UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE BARBARA L. MAJOR TO MAGISTRATE JUDGE ALLISON H. GODDARD | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Barbara L. Major to the calendar of the Honorable Allison H. Goddard for all further proceedings. All conferences or hearing dates previously set before Judge Major will remain as scheduled and will be before Judge Goddard. All dates set before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 19cv1628-H | Securities and Exchange Commission v. Champion-Cain et al. |
| 19CV760-H | Scripps Health v. nThrive Revenue Systems, LLC et al. |
| 12CV2600-W | Askins et al v. United States Department of Homeland Security et al. |
| 19CV473-WQH | Miholich v. GoNow Travel Club, LLC |
| 19CV209-MMA | Kay v. Hartford Life and Accident Insurance Company |
| 19cv1226-L | Jones et al v. Becerra et al. |

1

| | | |
|---|---|---|
| 1 | 19CV1550-DMS | <u>Turner et al v. Escogo, LLC et al.</u> |
| 2 | 18cv2911-JAH | <u>Riley v. Vizcarra et al</u> |
| 3 | 19CV1-CAB | <u>U-Blox AG et al v. Interdigital, Inc. et al.</u> |
| 4 | 15CV2320-JM | <u>Hawkins v. The Kroger Company</u> |
| 5 | 19CV1675-GPC | <u>Cavada v. Inter-Continental Hotels Group, Inc. et al.</u> |

**IT IS SO ORDERED.**

Dated:  9/16/2019

Hon. Barbara L. Major
United States Magistrate Judge

2