XAVIER BECERRA
Attorney General of California
STEPAN A. HAYTAYAN
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6617
  Fax:  (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in*
*his official capacity as Attorney General of*
*the State of California, and Brent E. Orick,*
*in his official capacity as Acting Director of*
*the Department of Justice Bureau of*
*Firearms*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW JONES, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,**<br><br>Defendants. | 19-cv-01226-L-AHG<br><br>**DECLARATION OF JENNIFER E. ROSENBERG IN SUPPORT OF JOINT MOTION OF ALL PARTIES SEEKING EXCUSAL FROM THE EARLY NEUTRAL EVALUATION CONFERENCE, OR, IN THE ALTERNATIVE, EXCUSAL FROM THE IN-PERSON PARTY ATTENDANCE REQUIREMENT**<br><br>Judge:      Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>Action Filed:      July 1, 2019<br><br>First Amended Complaint Filed:      July 30, 2019<br><br>First Amended Complaint and Summons Served:      August 1, 2019 |

I, Jennifer E. Rosenberg, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California.  I am authorized to appear before the above-entitled Court.  I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice.  I am assigned to represent Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California, and Defendant Brent E. Orick, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms (collectively, "Defendants"), in this action.

2.    I am fully informed of the defense facts and legal issues in this case.  I am also the government attorney who is authorized to negotiate settlement offers that I am willing to recommend to Defendants, the government officials who have ultimate settlement authority in this matter.

3.    Defendants are both government officials in the California Department of Justice.  Both Defendants are primarily stationed approximately 500 miles from this Court.  Defendant Xavier Becerra's principal office is located at the California Department of Justice's office in Sacramento, California.  Defendant Brent E. Orick's office is located at the Bureau of Firearms office in Sacramento, California.

4.    The Court's August 22, 2019 Order ("ENE Order") set an Early Neutral Evaluation Conference ("ENE conference") for September 30, 2019.  (ECF No. 6.)  By the Joint Motion concurrently filed by the Parties, I respectfully request that the Court excuse the Defendants from the ENE conference and related requirements, or, in the alternative, that the Court excuse Defendants from the in-person party attendance requirement set forth in paragraphs 2-3 of the ENE Order.

5.    Good cause exists to excuse all Parties from the ENE conference and related requirements.  Plaintiffs' and Defendants' respective counsel met and conferred by conference call on August 29, 2019, pursuant to Federal Rules of Civil Procedure Rule 26(f) and paragraph 6(a) of the ENE Order requiring the parties to meet and confer by no later than September 9, 2019.  During the August 29 meet-and-confer telephonic conference, counsel for Plaintiffs and Defendants discussed the possibility of settlement.  They agreed that, due to the nature of the complaint, there is no potential for settlement of Plaintiffs' claims.

6.    It is Defendants' position that the challenged provisions are constitutional and duly enacted.  Given the Attorney General's sworn duty to uphold the laws of the State, the Attorney General cannot excuse Plaintiffs from compliance with or application of the challenged provisions, or otherwise refuse to enforce the challenged provisions.  Cal. Const., art. III, § 3.5.  Accordingly, absent a complete dismissal of Plaintiffs' claims, there is no ground on which the Parties can reach any settlement.

7.    In-person appearance by Defendants will incur expense and inconvenience, and will not alter the potential for settlement in light of the nature of the claims and relief sought.

8.    Should the Court decline to excuse the Parties from the ENE conference and related requirements entirely, I plan to be personally present at the ENE conference.  Regardless of the Court's decision on the Joint Motion, I plan to be personally present for the Rule 16 conference currently set for September 30, 2019.

9.    Defendants do not oppose Plaintiffs sending a single party with full settlement authority to represent Plaintiffs for purposes of the ENE conference.

/

/

/

1    I, Jennifer E. Rosenberg, affirm under penalty of perjury under the laws of the

2    United States and of the State of California that the foregoing is true and correct of

3    my own knowledge, and that this declaration is executed on this ___ day of

4    September 2019 at Los Angeles, California.

5

6

7    JENNIFER E. ROSENBERG
     Deputy Attorney General

8    SA2019103398

9    53736835.docx

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      3

Declaration of Jennifer E. Rosenberg in Support of Joint Motion of All Parties Seeking Excusal
From the Early Neutral Evaluation Conference, or, in the Alternative, Excusal From the In-
Person Party Attendance Requirement  (19-cv-01226-L-AHG)