UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>                              Defendants. | Case No.: 19-cv-01226-L-AHG<br><br>**ORDER:**<br><br>**(1) RESETTING EARLY NEUTRAL EVALUATION, and**<br><br>**(2) ISSUING PRE-CONFERENCE PROCEDURES.** |

Pursuant to the Order of Recusal (ECF No. 7), the upcoming Early Neutral Evaluation ("ENE") will occur in the chambers of Magistrate Judge Allison H. Goddard, located at 221 West Broadway, Suite 3142, San Diego, California 92101. Due to a conflict on the Court's calendar, the Court **VACATES** the ENE currently set for September 30, 2019 at 9:30 AM and **RESETS** it for **October 9, 2019** at **2 PM.**

The parties shall abide by the remainder of the instructions and deadlines set forth in the Court's previous Notice and Order Setting Early Neutral Evaluation Conference (ECF No. 6), except that the parties' Confidential ENE Statements of ten pages or less are to be lodged via email to efile_goddard@casd.uscourts.gov no later than **September 27, 2019.**

Additionally, Local Rule 16.1(c) requires that an ENE take place within forty-five

(45) days of the filing of the first answer. Thus, requests to continue ENEs are rarely granted. An ENE may be rescheduled only upon a showing of good cause and adequate notice to the Court. Absent extraordinary circumstances, requests for continuances will not be considered unless submitted **in writing** no less than seven (7) days before the ENE. All requests for continuances must be made by a joint motion. The request must state:

      A.    The original date;

      B.    The number of previous requests for continuances;

      C.    A showing of good cause for the request;

      D.    Whether the request is opposed and why;

      E.    Whether the requested continuance will affect other case management dates; and

      F.    A declaration from the counsel seeking the continuance that describes the steps taken to comply with the existing deadlines, and the specific reasons why the deadlines cannot be met.

Dated: September 17, 2019

                                                _____
                                                Honorable Allison H. Goddard
                                                United States Magistrate Judge