UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, *et al.*,<br><br>                            Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>                            Defendants. | Case No.: 19-cv-01226-L-AHG<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO EXCUSE ALL PARTIES FROM EARLY NEUTRAL EVALUATION CONFERENCE, and**<br><br>**(2) SETTING IN-PERSON ATTORNEYS-ONLY CASE MANAGEMENT CONFERENCE.**<br><br>**[ECF NO. 8]** |

On September 17, 2019, after this case was reassigned pursuant to the Order of Recusal (ECF No. 7), the Court reset the Early Neutral Evaluation ("ENE") for October 9, 2019. ECF No. 9. The same day, the parties filed a Joint Motion seeking excusal from the ENE generally. ECF No. 8. The Court has reviewed the Joint Motion and finds that the extraordinary circumstances of this case warrant excusal of the ENE requirement under Local Rules 2.1(a) and 16.1(c). Because Plaintiffs challenge the constitutionality of a State law and are seeking solely declaratory and injunctive relief, the parties' shared position that there is no possibility of settlement is well-founded. Therefore, the parties'

Joint Motion (ECF No. 8) is **GRANTED** and the ENE is **VACATED**.

However, the Court will require counsel to appear in person for an **in-person** Attorneys-Only Case Management Conference ("CMC") at the same time, **October 9, 2019** at **2 PM**.  The Court **ORDERS** the following to occur before the CMC:

    A.    Counsel must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **September 23, 2019.**

    B.    The parties must file a Joint Case Management Statement by **October 1, 2019.**  The Joint Case Management Statement must address all points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H. Goddard," which can be found at https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf.

    C.    Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **October 7, 2019.**

**IT IS SO ORDERED.**

Dated:  September 18, 2019

_____
Honorable Allison H. Goddard
United States Magistrate Judge