John W. Dillon (Bar No. 296788)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile: (760) 431-9512
E-mail:  jdillon@gdandb.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; THE CAL GUN RIGHTS FOUNDATION (formerly, THE CALGUNS FOUNDATION); and SECOND AMENDMENT FOUNDATION,<br><br>                    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,<br><br>                    Defendants | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: July 1, 2019<br>Amended Complaint Filed: July 30, 2019<br><br>Date: November 18, 2019<br>Time: 9:00 a.m.<br>Department: 5B (5th Flr.) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: Notice is hereby given that on November 18, 2019, at 9:00 a.m. in Courtroom 5B (5th Flr.) of the above-captioned Court, located at 221 W. Broadway, San Diego, California 92101, Plaintiffs will move for preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure. Specifically, Plaintiffs will seek an order enjoining Defendant Attorney General Xavier Becerra and his agents, servant, employees, and those working in active concert with him, from enforcing or giving effect to California Penal Code, § 25710 during the pendency of this action.

Plaintiffs bring this motion on the grounds that California Penal Code § 27510 constitutes an absolute under-21 firearm ban applicable to all ordinary law-abiding Young Adults (18-20-years-old) in violation of the Second Amendment of the U.S. Constitution. The criminalization of Young Adult's acquisition and possession of any firearm infringes on the Second Amendment's core right of self-defense; and the so-called "exemptions" are inapplicable and illusory to ordinary law-abiding Young Adults.

The motion is based on this notice of motion and motion, the memorandum of points and authorities filed concurrently with this motion, and the supporting and concurrently filed Declarations of Matthew Jones, Thomas Furrh, Kyle Yamamoto, Matthew Beebe, John Phillips, Darin Prince, Anthony Williams, Alan Gottlieb, Brandon Combs, John Lott, Thomas Marvell, David Bogan, David

Hardy, and John Dillon, as well as any exhibits attached hereto. This motion is also based on the First Amended Complaint, pleadings, and records already on file, and on any further matters the Court deems appropriate at or before the time of the hearing.

October 4, 2019

Respectfully submitted,

Gatzke, Dillon & Ballance LLP

By: _____
John Dillon