1 John W. Dillon (Bar No. 296788)
Gatzke Dillon & Ballance LLP
2 2762 Gateway Road
3 Carlsbad, California 92009
Telephone: (760) 431-9501
4 Facsimile: (760) 431-9512
5 E-mail:  jdillon@gdandb.com

6 Attorney for Plaintiffs

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; THE CAL GUN RIGHTS FOUNDATION (formerly, THE CALGUNS FOUNDATION); and SECOND AMENDMENT FOUNDATION,<br><br>                              Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,<br><br>                              Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**DECLARATION OF MATTHEW JONES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: July 1, 2019<br>Amended Complaint Filed: July 30, 2019<br><br>Date: Monday, November 18, 2019<br>Time:  9:00 a.m.<br>Courtroom: Dept. 5B |

I, Matthew Jones, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts.

2. I am a 20-year-old resident of Santee, California. I do not have any criminal history, nor am I a member of the armed services or law enforcement.

3. I do not have a California hunter's licence issued by the Department of Fish and Wildlife. I have no interest in hunting.

4. I do not currently own any firearms. However, I would like to purchase a firearm for self-defense and other lawful purposes.

5. On April 23, 2019, I went to AO Sword, a gun shop in El Cajon, California, to buy a firearm for self-defense and other lawful purposes. I said to the employee behind the counter I wanted to buy a gun; and he asked me if I was 21 years old. I told him I was 20 years old.

6. Once I told the employee that I was 20, he informed me that due to my age, he would not be able to sell me any type of firearm. He said this was not a store policy, but rather a requirement under state law that recently increased the minimum purchasing age for firearms to 21. Because I was prohibited from purchasing any kind of firearm, I left the shop.

7. I wanted to buy a gun for self-defense and other lawful purposes, but was prevented from doing so because of the California law. As a result, I was denied the ability to exercise my Second Amendment rights, including my right to purchase, use,

and retain a firearm for self-defense and other lawful purposes. This unlawful prohibition and infringement on my Second Amendment rights will continue until I am 21 years old. But for the California law, I would have purchased a firearm. However, due solely to my age, I cannot purchase a firearm without fear of being criminally prosecuted for violating the law.

8. I have no interest in purchasing a firearm in order to hunt; I do not have a valid, unexpired hunting license issued by the California Department of Fish and Wildlife; and have no need for or interest in attending a hunter's safety course or paying unnecessary and burdensome fees associated with these classes and licenses. I am also not an active or retired peace officer or federal officer, nor am I a current or retired member of the armed forces. However, I am old enough to serve in the U.S. armed forces and vote.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on September 13, 2019.

_____
Matthew Jones