1  John W. Dillon (Bar No. 296788)
   Gatzke Dillon & Ballance LLP
2  2762 Gateway Road
3  Carlsbad, California 92009
   Telephone: (760) 431-9501
4  Facsimile: (760) 431-9512
5  E-mail:  jdillon@gdandb.com

6  Attorney for Plaintiffs

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | MATTHEW JONES; THOMAS FURRH; | Case No.: 3:19-cv-01226-L-AHG
   | KYLE YAMAMOTO; PWGG, L.P. (d.b.a. |
12 | POWAY WEAPONS AND GEAR and | Hon. M. James Lorenz and Magistrate
   | PWG RANGE); NORTH COUNTY | Judge Allison H. Goddard
13 | SHOOTING CENTER, INC.; BEEBE |
14 | FAMILY ARMS AND MUNITIONS LLC | **DECLARATION OF THOMAS**
   | (d.b.a. BFAM and BEEBE FAMILY | **FURRH IN SUPPORT OF**
15 | ARMS AND MUNITIONS); FIREARMS | **PLAINTIFFS' MOTION FOR**
16 | POLICY COALITION, INC.; FIREARMS | **PRELIMINARY INJUNCTION**
   | POLICY FOUNDATION; THE CAL |
17 | GUN RIGHTS FOUNDATION (formerly, |
18 | THE CALGUNS FOUNDATION); and | Complaint Filed: July 1, 2019
   | SECOND AMENDMENT | Amended Complaint Filed: July 30, 2019
19 | FOUNDATION, |
20 |                                          |
   |                        Plaintiffs, |
21 |                                          | Date: Monday, November 18, 2019
   | v. | Time:  9:00 a.m.
22 |                                          | Courtroom: Dept. 5B
   | XAVIER BECERRA, in his official |
23 | capacity as Attorney General of the |
   | State of California, et al., |
24 |                                          |
25 |                        Defendants. |

26

27

28

I, Thomas Furrh, declare as follows:

1.     I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts.

2.     I am a 20-year-old resident of Vista, California, where I live in an apartment with four roommates.

3.     I do not have a criminal history, nor am I a member of the armed services or law enforcement.

4.     I do not have a California hunter's licence issued by the California Department of Fish and Wildlife and I have no interest in hunting.

5.     Currently, I do not own any firearms.  However, I would like to purchase a firearm for self-defense and other lawful purposes.

6.     On May 15, 2019, I entered the gun shop Beebe Family Arms and Munitions (Beebe Arms) in Fallbrook, California, to purchase a firearm for self-defense and other lawful purposes.

7.     I told the employee behind the counter I wished to purchase a firearm. He asked me if I was 21 years old.  I told him I was 20 years old.

8.     Once I told the employee that I was 20, he immediately informed me that due to a recent change in California law, they were prohibited from selling or transferring any type of firearms to me due solely to my age.

9.     I asked if I could legally purchase a firearm from an individual rather than from a gun shop.  The employee told me that since all firearms transfers are

2

1

2

3

4
required to go through a federally licensed dealer, Beebe Arms was also prevented from conducting a private party transfer of any type of firearm to me.  Because I was prohibited from purchasing any kind of firearm, I left the Beebe Arms.

5

6

7

8

9

10

11

12

13

14

15
　　　　10.　　I wanted to buy a gun for self-defense and other lawful purposes, but was prevented from doing so because of the California law.  As a result, I was denied the ability to exercise my Second Amendment rights, including the right to purchase, use, and retain a firearm in self-defense and other lawful purposes. This unlawful prohibition and infringement on my Second Amendment rights will continue until I am 21 years old.  But for the California law, I would have purchased a firearm. However, due solely to my age, I cannot purchase a firearm without fear of being criminally prosecuted for violating the law.

16

17

18

19

20

21

22

23

24
　　　　11.　　I have no interest in purchasing a firearm in order to hunt; I do not have a valid, unexpired hunting license issued by the California Department of Fish and Wildlife; and have no need for or interest in attending a hunter's safety course or paying for irrelevant and burdensome fees associated with these classes and licenses. I am also not an active or retired peace officer or federal officer, nor am I a current or retired member of the armed forces.  However, I am old enough to serve in the U.S. armed forces and vote.

25

26

27

28

*DECLARATION OF THOMAS FURRH IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION*

1    I declare under penalty of perjury that the foregoing is true and correct.

2  Executed within the United States on September 14, 2019.

3

4

5  _____

6                     Thomas Furrh

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*DECLARATION OF THOMAS FURRH IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION*