John W. Dillon (Bar No. 296788)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile: (760) 431-9512
E-mail:  jdillon@gdandb.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; THE CAL GUN RIGHTS FOUNDATION (formerly, THE CALGUNS FOUNDATION); and SECOND AMENDMENT FOUNDATION,<br><br>                          Plaintiffs,<br>v.<br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,<br>                          Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**DECLARATION OF KYLE YAMAMOTO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: July 1, 2019<br>Amended Complaint Filed: July 30, 2019<br><br>Date: Monday, November 18, 2019<br>Time:  9:00 a.m.<br>Courtroom: Dept. 5B |

I, Kyle Yamamoto, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts.

2. I am a 19-year-old resident of Hacienda Heights, California.

3. I do not have a criminal history, nor am I a member of the armed services or law enforcement.

4. I do not have a California hunter's licence issued by the Department of Fish and Wildlife as I have no interest in hunting.

5. Currently, I do not own any firearms. However, I would like to purchase a firearm for self-defense and other lawful purposes.

6. On June 2, 2019, I attended the Crossroads of the West Gun Show (Gun Show) at the Orange County Fair and Event Center in Costa Mesa, California, in order to purchase a rifle for self defense and other lawful purposes.

7. At the Gun Show, I visited several booths operated by various licensed firearms dealers. To my knowledge, all dealers are required to follow all federal and state firearms regulations and all possessed valid licenses to deal in firearms and ammunition in the State of California.

8. At one of these booths occupied by licensed dealer, I found a rifle that I was interested in purchasing. Once I informed the dealer that I wanted to purchase the rifle, he asked for my California Driver's License. I provided my driver's license and

was immediately informed that I could not purchase the rifle due to a recent change in California law.  The dealer told me that since I was not 21, they were prohibited from selling or transferring any firearm to me unless I was law enforcement, military, or possessed a valid hunter's license.  I informed the dealer that I did not fall under any of these exceptions.  Because I was prohibited from purchasing any kind of firearm, I left the booth immediately afterward.

9. I subsequently asked several other dealers at the Gun Show about the recent change in the law. They all confirmed what the first dealer had told me. Because I was not able to purchase any kind of firearm, I left the Gun Show.

10. I wanted to buy a gun for self-defense and other lawful purposes, but was prevented from doing so because of the California law.  As a result, I was denied the ability to exercise my Second Amendment rights, including the right to purchase, use, and retain a firearm in self-defense and other lawful purposes. This unlawful prohibition and infringement on my Second Amendment rights will continue until I am 21 years old.  But for California law, I would have purchased a firearm.  However, due solely to my age, I cannot purchase a firearm without fear of being criminally prosecuted for violating the law.

11. I have no interest in purchasing a firearm in order to hunt; I do not have a valid, unexpired hunting license issued by the California Department of Fish and Wildlife; and have no need for or interest in attending a hunter's safety course or

paying for irrelevant and burdensome fees associated with these classes and licenses. I am also not an active or retired peace officer or federal officer, nor am I a current or retired member of the armed forces. However, I am old enough to serve in the U.S. armed forces and vote.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 30, 2019.

_____
Kyle Yamamoto

DECLARATION OF KYLE YAMAMOTO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION