John W. Dillon (Bar No. 296788)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile: (760) 431-9512
E-mail:  jdillon@gdandb.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; THE CAL GUN RIGHTS FOUNDATION (formerly, THE CALGUNS FOUNDATION); and SECOND AMENDMENT FOUNDATION,<br><br>                                    Plaintiffs,<br>v.<br>XAVIER BECERRA, *et al.*,<br>                                    Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**DECLARATION OF JOHN PHILLIPS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: July 1, 2019<br>Amended Complaint Filed: July 30, 2019<br><br>Date: Monday, November 18, 2019<br>Time:  9:00 a.m.<br>Courtroom: Dept. 5B |

I, John Phillips, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts.

2. I am the owner of Poway Weapons and Gear (PWG), a firearms range and retailer in Poway, California. PWG is the largest indoor range in California, serving just under 200,000 visitors per year and supporting almost 4,000 members that are roughly 65 percent male and 35 percent female. PWG employs 37 full-time employees as well as additional seasonal staff as needed.

3. PWG is also a 5-Star range/retailer as certified by the National Shooting Sport Foundation. At PWG, we take the sale and responsible use of firearms very seriously. We provide firearms training to over 8,000 students per year and interact on our ranges with countless more people. Since opening our range and training center in 2014, we have helped educate over 50,000 students. PWG is a strong supporter of our nation's Second Amendment rights and proudly complies with every step in the regulatory process to meet our own 5-Star standards relative to reputable firearms sales. We take great pride in our record of compliance with local, state, and federal laws and regulations, while also helping ensure the local community can benefit from PWG's efforts through firearms legal education.

4. Since Penal Code section 27510 went into effect on January 1, 2019, PWG business activities have been significantly and adversely impacted because

PWG employees have been forced to refuse firearms sales, transfers, and handling to otherwise qualified adults 18 to 20 years of age.

5. Because PWG is both a range and a retail store, PWG also has been forced to prohibit otherwise qualified young adults from using rental firearms and taking part in lawful shooting at the range, or face substantial criminal penalties. Because California's age-based gun ban prohibits a licensed dealer from selling, supplying, delivering, or giving *possession or control* of a firearm to any person under 21 years of age," PWG cannot even deliver a rental firearm to someone who is *over the age of 21* when they are accompanied by someone who is under 21 as PWG cannot lawfully *"supply"* a firearm to an individual who we know intends to shoot with their older partner.

6. In addition to being forced to deny individuals firearms purchase, transfers, and rentals, PWG has had to deny numerous otherwise qualified young adults customers from attending or taking part in PWG's firearms classes. Most PWG classes require students to handle firearms in some manner. Because PWG is prohibited from allowing even "possession or control" of any firearm to adults ages 18 to 20, PWG has had to deny all adults in that age range from attending our firearms classes.

7. California's age-based gun ban also prevents PWG from offering hunter's education classes to anyone under the age of 21, let alone adults ages 18 to 20. Anyone under 21, including those adults ages 18 to 20 who wish to comply

with Penal Code section 27510's exemption — which allows individuals over 18 to acquire long guns (*e.g.* shotguns, rifles) if they possess a valid, unexpired hunting license issued by the Department of Fish and Wildlife — are unable to take PWG's classes. Because law prohibits licensed dealers from selling, supplying, delivering, or giving *possession or control* of a firearm to any person under 21 years of age, PWG cannot lawfully allow individuals under 21 *take control of a firearm for a safe handling demonstration;* however, this is a requirement for the hunter's safety course — which is the only exemption available to the general public.

8. Thus, California's age-based gun ban prohibits PWG from selling and renting firearms to otherwise qualified, Young Adults. It also requires PWG to prevent anyone *over 21* from renting a PWG firearm if that person is accompanied by another person *under 21* – due to the exposure to criminal prosecution for supplying a firearm to someone under the age of 21.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on September 12, 2019.

_____
John Phillips