1  John W. Dillon (Bar No. 296788)
   Gatzke Dillon & Ballance LLP
2  2762 Gateway Road
3  Carlsbad, California 92009
   Telephone: (760) 431-9501
4  Facsimile: (760) 431-9512
5  E-mail:  jdillon@gdandb.com

6  Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; THE CAL GUN RIGHTS FOUNDATION (formerly, THE CALGUNS FOUNDATION); and SECOND AMENDMENT FOUNDATION,<br><br>                       Plaintiffs,<br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,<br><br>                       Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**DECLARATION OF ANTHONY WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: July 1, 2019<br>Amended Complaint Filed: July 30, 2019<br><br>Date: Monday, November 18, 2019<br>Time: 9:00 a.m.<br>Courtroom: Dept. 5B |

I, Anthony Williams, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts.

2. I am a 31-year-old resident of Fallbrook, California. I am currently employed as a store clerk and gunsmith at Beebe Family Arms and Munitions (Beebe Arms), located at 1032 S. Main Avenue, Fallbrook, California 92028.

3. As a store clerk, I hold a Certificate of Eligibility issued by the State of California. With this certificate, I am permitted to sell firearms and ammunition.

4. Since January 1, 2019, when SB 1100 went into effect and raised the minimum age requirements to purchase firearms to 21, Beebe Arms has made it a store policy to immediately ask the age of any potential purchaser of a firearm or ammunition.

5. Based on my experience, many individuals that have come into Beebe Arms to purchase a firearm are still unaware that the California law has changed. Thus, I routinely determine the age of the potential purchaser as soon as they state they are interested in purchasing a firearm.

6. On May 15, 2019, I was working behind the counter at Beebe Arms when a male individual, later identified as Thomas Furrh, came into the shop and indicated that he wanted to purchase a firearm.

7. I immediately asked Mr. Furrh how old he was. Mr. Furrh told me that he was 20 years old. I told Mr. Furrh the laws had recently changed and that

California increased the minimum age to purchase a firearm to 21-years-old. I told Mr. Furrh that since he was not 21, he would not be able to purchase any kind of firearm unless he was law enforcement, military, or possessed a valid hunting license issued by the California Department of Fish and Wildlife. Otherwise, as a licensed dealer, Beebe Arms is prohibited from selling or transferring him any firearm; or risk substantial criminal penalties for violating the law.

8. Mr. Furrh told me he did not fall under any of the exceptions and was not looking to purchase a firearm in order to hunt.

9. Mr. Furrh asked if it was possible to purchase a firearm if it wasn't purchased from a gun shop. I told him all firearms transfers must go through a licensed dealer, even private-party transfers. Thus, Beebe Arms was also prohibited from conducting a private-party transfer to Mr. Furrh.

10. Mr. Furrh left Beebe Arms shortly thereafter.

11. Because Penal Code section 27510 prohibits licensed dealers from selling, supplying, delivering, or giving possession or control of a firearm to any person under 21 years of age, I, as an employee of Beebe Arms, have had to deny several individuals their ability to exercise their Second Amendment rights, including the right to purchase, use or possess a firearm in self-defense or other lawful purposes.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed within the United States on September 9, 2019.

_____
Anthony Williams