1  John W. Dillon (Bar No. 296788)
2  Gatzke Dillon & Ballance LLP
   2762 Gateway Road
3  Carlsbad, California 92009
   Telephone: (760) 431-9501
4  Facsimile: (760) 431-9512
5  E-mail:  jdillon@gdandb.com

6  Attorney for Plaintiffs

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | MATTHEW JONES; THOMAS FURRH; | Case No.: 3:19-cv-01226-L-AHG
   | KYLE YAMAMOTO; PWGG, L.P. (d.b.a. |
12 | POWAY WEAPONS AND GEAR and | Hon. M. James Lorenz and
   | PWG RANGE); NORTH COUNTY | Magistrate Allison H. Goddard
13 | SHOOTING CENTER, INC.; BEEBE |
14 | FAMILY ARMS AND MUNITIONS LLC | **DECLARATION OF BRANDON**
   | (d.b.a. BFAM and BEEBE FAMILY | **COMBS IN SUPPORT OF**
15 | ARMS AND MUNITIONS); FIREARMS | **PLAINTIFFS' MOTION FOR**
   | POLICY COALITION, INC.; FIREARMS | **PRELIMINARY INJUNCTION**
16 | POLICY FOUNDATION; THE CAL |
17 | GUN RIGHTS FOUNDATION |
   | (formerly,THE CALGUNS | Complaint Filed: July 1, 2019
18 | FOUNDATION); and SECOND | Amended Complaint Filed: July 30, 2019
19 | AMENDMENT FOUNDATION, |
20 |                      Plaintiffs, |
21 | v. | Date: Monday, November 18, 2019
   | | Time:  9:00 a.m.
22 | XAVIER BECERRA, in his official | Courtroom: Dept. 5B
23 | capacity as Attorney General of the |
   | State of California, et al., |
24 |                      Defendants. |
25

26

27

28

*DECLARATION OF BRANDON COMBS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION*

I, Brandon Combs, declare as follows:

1.      I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts.

2.      I am the President of the Institutional Plaintiff Firearms Policy Coalition, Inc. (FPC), a non-profit organization incorporated under the laws of Delaware, with its principal place of business in Sacramento, California. FPC's members and supporters reside both within and outside the State of California, including in San Diego County, California. FPC serves its members, supporters, and the public through direct legislative advocacy, grassroots advocacy, litigation, legal and policy efforts, research, education, outreach, and other such programs. The purposes of FPC include defending the United States Constitution and the people's rights, privileges, and immunities deeply rooted in this Country's history and tradition, especially the fundamental right to acquire, keep, and bear arms under the Second Amendment.

3.      In addition to the individually-named Plaintiffs, who are each and every one of them FPC members, FPC has other members and supporters in California or who may move into California, who possess all the indicia of membership — individuals of more than 18 and less than 21 years of age who, but for the challenged law, are not otherwise legally prohibited from acquiring or possessing firearms but who are not exempt from the challenged law and Defendants' policies, practices, and customs that infringe on their fundamental, individual rights ("Constitutionally

1

Injured Legal Adults")("Young Adults").  FPC also has members and supporters that will become Constitutionally Injured Legal Adults in the near future.

4.    FPC strongly opposed the legislation, Senate Bill 1100, (2017-2018 Reg. Sess.) ("SB 1100") that led to enactment of the challenged law and Defendants' policies, practices, and customs that infringe on the fundamental, individual rights of Constitutionally Injured Legal Adults. As an institutional Plaintiff, FPC represents its Constitutionally Injured Legal Adult members and supporters, and similarly situated members of the public, who include gun owners throughout California and others affected by California's unconstitutional and burdensome gun control schemes, such as licensed firearm retailers, who were and are adversely and directly harmed and injured by Defendants' enforcement of the challenged law, policies, practices, and customs.

5.    The challenged law and Defendants' actions and omissions have caused FPC to expend and divert resources that would otherwise be available for other purposes to protect the rights and property of its members, supporters, and the general public, including by and through this litigation.

6.    I obtained and reviewed the available legislative history of SB 1100. Attached hereto as **Exhibit 1** is a true and correct copy of the California Department of Finance Department SB 1100 finance analysis, summary, and comments.  The Department's analysis for fiscal years 2018-19 and 2020-21 shows estimated adverse fiscal impacts to California with the passage of this new law. Specifically, for those

2

fiscal periods, the Department estimated incurring increase costs of more than $1.5 million, plus the need for three additional staff positions to administer "the expected increase in arrest prints, update departmental documentation and procedures, and [support] the ongoing maintenance…for the required systems." (**Ex.1**, p. 2.) The Department also anticipated annual revenue losses of more than $235,000.00, from special accounts and funds due to lost sales resulting from increasing "the minimum age to purchase firearms." (*Ibid*.)

7.      Further, the Department *opposed* SB 1100 "because it expands an existing crime which would lead to additional cases entering the court system, increase the statewide adult jail population, and impact the ability of counties to manage their offender population…." (**Ex. 1**, p. 3.)  The Department also pointed out that the new law will "impose additional criminal sanctions [which] will further strain the local criminal justice system…[and create] General fund cost measures that are not included in the Administration's fiscal plan." (**Ex. 1**, pp.2-3.)

8.      The challenged law (Penal Code section 27510(a)) and Defendants' policies, practices, and customs apply to *any* person or entity licenced by the federal and state government, to sell or transfer firearms.

9.      In short, anyone who engages in the highly regulated, licensed firearms business is barred from selling, supplying, delivering, transferring, or giving possession or control of, *any* firearm to Constitutionally Injured Legal Adults who

3

have an individual right to acquire, keep, and bear arms for lawful purposes, including but not limited to self-defense.

10.    In spite of the State of California's clear animus towards it and those who exercise it, the Second Amendment right to keep and bear arms is not a second-class right.    I am not aware of any other constitutionally enumerated, fundamental, individual right – particularly a 'negative right' against government infringement – that would be subject to a ban, or even significant restrictions, for legal adults under the age of 21 who are not adjudicated as mentally defective, incarcerated, imprisoned, subject to probation or parole, or the like.   Other fundamental rights, including the right to freedom of speech, protest, assembly, due process, speedy trial, and worship, for example, are all fully available to law-abiding legal adults over the age of 18 and under the age of 21.   A ban on such rights, affecting law-abiding legal adults over the age of 18 and under the age of 21, would almost certainly be fiercely rejected and enjoined from enforcement.

11.    The challenged law, including Penal Code section 27510, and Defendants' policies, practices, and customs, have denied, and will continue to deny, millions of Constitutionally Injured Legal Adults their fundamental, individual right to acquire, keep, and bear arms secured under the Second and Fourteenth Amendments to the United States Constitution.

12.    Attached hereto as **Exhibit 2** is a true and correct copy of the Senate Committee on Public Safety (April 17, 2018) from the legislative history of the challenged law (SB 1100).

13.    Attached hereto as **Exhibit 3** is a true and correct copy of the Assembly Committee on Public Safety, Background Information Request from the legislative history of the challenged law (SB 1100).

14.    Attached hereto as **Exhibit 4** is a true and correct copy of the Assembly Committee on Public Safety (June 19, 2018) from the legislative history of the challenged law (SB 1100).

15.    Attached hereto as **Exhibit 5** is a true and correct copy of the Department of Justice letter to Hon. Anthony Portantino (August 3, 2018) from the legislative history of the challenged law (SB 1100).

16.    I have also reviewed the Joint Case Management Statement ("CMS") submitted on October 1, 2019. Dkt. No. 11.  In the CMS, Defendants' counsel states that "SB 1100's amendments to Section 27510 provide *ample* avenues for responsible adults between the ages of 18 and 20 to purchase or receive long guns by transfer." Dkt. No. 11, p. 11 (emphasis added).  First, this statement highlights that section 27510 bans the sale, supply, delivery, and giving possession or control of *any* handgun *and* any long guns (e.g., rifles, shotguns) to *any* Constitutionally Injured Legal Adult 18 years of age or older who is not otherwise prohibited from acquiring or possessing firearms for lawful purposes.    Said differently, this constitutes an

5

absolute ban applicable to all ordinary, law-abiding Constitutionally Injured Legal Adults in California. Second, as explained below, the exemptions listed in section 27510 are not "ample." Instead, as shown below, the few section 27510 exemptions amount to window dressing to blur the *de facto* ban enacted by the Legislature and enforced by Defendants against all ordinary, law-abiding Constitutionally Injured Legal Adults.

17. Section 27510 permits selling, supplying, delivering, or giving possession or control of *only* rifles and shotguns to a person 18 years of age or older who:

(i) "possesses a valid, unexpired hunting license issued by the Department of Fish and Wildlife;"

(ii) is "[a]n active peace officer . . . who is authorized to carry a firearm in the course and scope of his or her employment;"

(iii) is "[a]n active federal officer or law enforcement agent who is authorized to carry a firearm in the course and scope of his or her employment";

(iv) is "[a] reserve peace officer, as defined in Section 832.6, who is authorized to carry a firearm in the course and scope of his or her employment as a reserve peace officer;"

(v) is "[a] person who provides proper identification of his or her active membership in the United States Armed Forces, the National Guard, the Air National Guard, or active reserve components of the United States;" or

(vi) is "[a] person who provides proper identification that he or she is an honorably discharged member of the United States Armed Forces, the National Guard, the Air National Guard, or the active reserve components of the United States."

Cal. Pen. Code § 27510(b)(1) and (b)(2) (A)-(E).

18.    Based on my review of publically available information regarding the application requirements of the various law enforcement agencies and the U.S. Military, these so-called "exemptions" are not "ample" exemptions for Constitutionally Injured Legal Adults to exercise a fundamental, individual right (*e.g.*, buying a firearm).  As shown below, the so-called "exemptions" are a statutory illusion the State fabricated in order to say that the State's ban is not a ban, when in fact the ban is indeed quite clearly an unconstitutional ban that denies Constitutionally Injured Legal Adults their fundamental, individual right to keep and bear arms.

19.    For example, in California, based on my review of local law enforcement agencies webpages, it appears that many law enforcement agencies require that individuals be at least 20 years old before they are *even eligible to apply* for the initial pre-hiring testing and screening requirements for law enforcement training.  Attached hereto as **Exhibit 6** is a true and correct copy of the San Diego Sheriff's Department "Sheriff's Hiring Process" found on the San Diego Sheriff's website. It states the minimum age for a Deputy Sheriff Patrol position is "20 ½ years of age at time of application; 21 years of age at time of appointment."   Attached hereto as **Exhibits 7, 8, 9, and 10** are true and correct copies of other California law enforcement agencies hiring requirements and application processes (*e.g.*, San Diego Police Department, Chula Vista Police Department, Los Angeles Police Department, and Los Angeles Sheriff Department).  Each of these agencies also have a minimum

7

age requirement *over 18* and as high as 20 just *to apply* for a position, and a minimum age of 21 at graduation.  Additionally, after calling the California Highway Patrol (CHP) recruiting office (online at https://www.chp.ca.gov/CHP-Careers/Officer) at (888) 843-3275, I spoke with a CHP representative and learned that the CHP requires CHP officer applicants to be 20-years-old at the time of initial application, and cannot join their force until a qualified candidate is 21.

20.    Further, San Diego Sheriff applicants must take part in and pass testing/screening to even be accepted into training.[1] For example, as a part of the San Diego Sheriff Department's application process, applicants must:

(1)    Fill out the initial online application;
(2)    Wait for and then answer a subsequent questionnaire with 27 supplemental questions;
(3)    Watch a mandatory video;
(4)    Register and take a written exam;
(5)    Wait 3-to-6 weeks for exam results;
(6)    Upon passing the exam, applicants are placed on an "eligibility list for one year" and if selected, they are invited to meet with a background investigator to move on to the next step of the application process;
(7)    Applicants then fill out a "Prescreen Questionnaire (Personal History Statement) and watch an additional mandatory video;
(8)    Undergo and pass a comprehensive "background investigation;"
(9)    Take and pass a "Computer Voice Stress Analysis" … or polygraph test;
(10)   Take and pass an Employment Interview or "Lieutenant's Interview;"
(11)   Take and pass a "Physical Agility Test … ;"

---

[1] Based on my review of a number of California law enforcement agency websites, other law enforcement agencies also have similar application and hiring processes. *See* **Exhibits 7-10.**

8

(12)  Take and pass a "Psychological Evaluation," which includes a written exam and a meeting with a psychologist;

(13)  Take and pass a medical exam; and

(14)  Applicants can then *wait to potentially receive a job offer* and be assigned to an academy where they will undergo further training only after all such requirements have been completed and passed. **Exhibit 6**.

21.    Completion of all the above *does not guarantee* that the applicant will become an active law enforcement officer. Thus, completion of all these requirements does not even guarantee the ability to purchase a firearm.

22.    Further, for an ordinary law-abiding Constitutionally Injured Legal Adult to make use of this so-called "exception," they would have to *potentially switch careers, apply for, and obtain a highly dangerous job that could result in their death.* All for the ability to exercise their fundamental rights to purchase and acquire a firearm for self-defense and other lawful purposes. This could hardly be considered a proper exemption to Section 27510's ban.

23.    Similar, if not *more extreme* requirements, are required to meet another section 27510 exemption — namely, becoming an "active federal officer or law enforcement agent." Attached hereto as **Exhibit 11** is a true and correct copy of the eligibility and employment requirements from FBI Jobs.gov. This publicly available website lists the minimum requirements to become an active special agent with the Federal Bureau of Investigation (FBI). Notably, for a special agent position, applicants must be at least 23 years old. **Exhibit 11**.

9

24.    Moreover, similar requirements, testing, and *binding* contracts and oaths are required in order to apply for and become an active member of the armed services. Attached hereto as **Exhibit 12** is a true and correct copy of "Today's Military – Enlisting in the Military", which depicts the general requirements to enlist in the military.  For example, to enlist in the military, applicants must:

(1)    Visit a Military Entrance Processing Station (MEPS). "The MEPS is a joint service organization that determines an applicant's physical qualifications, aptitude and moral standards as set by each branch of military service."  Each MEPS is staffed with military and civilian professionals who carefully screen each applicant to ensure they meet the physical, academic, and moral standards set by each Service." **Exhibit 12**.

(2)    Take the Armed Services Vocational Aptitude Battery (ASVAB). The ASVAB is a 3-hour multiple choice exam that "helps determine the careers for which an individual is best suited" and "has questions about standard school subjects like math, English, writing, and science." **Exhibit 12**.

(3)    Take and pass the physical exam

(4)    Meet with a service enlistment counselor to find a job specialty.

(5)    Take the Oath of Enlistment. "In this statement, you vow to defend the United States Constitution and obey the Uniform Code of Military Justice (UCMJ)."  Specifically, it states:
*I, (name), do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the president of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.*

(6)    Afterwards, applicants will do one of two things, depending on the terms of their enlistment: (i) *Direct Ship*: Report to basic training shortly after completing MEPS testing requirements. (It varies based on job assignment and branch.) A recruiter will provide instructions on transportation to basic training at this time; or (ii) *Delayed Entry Program (DEP):* Commit to basic training at a time in the future, generally within one year. **Exhibit 12**.

10

25.     Depending on the applicant's job assignment and branch of the armed services, they will have to complete, at minimum, some form of basic training.

26.     I have also reviewed publically available information regarding basic training in the U.S. Army.  Attached hereto as **Exhibit 13** is a true and correct copy of Military.com - "What to Except In Army Boot Camp."

27.     The requirements to take and pass Army basic training are extremely extensive and dangerous. For example, Army basic training is a 10-week course in which applicants learn Army rules, regulations and processes in classroom instruction. They are required to conduct daily physical fitness, marksmanship training, as well as courses on map reading and first aid.  Additionally, applicant must take and pass the "Basic Rifle Marksmanship Qualification Course" and "Fit to Win Obstacle Course." Later, hand grenade training, live fire exercises, and foot marching are all tested in the "Confidence Course."  In Week 8, applicants take part in "combat skill development" right before taking part in the final test of a three-day field retreat to Victory Forge.  After 10 weeks of training, applicants may graduate and then can be assigned to any part of the country for service.  **Exhibit 13**.

28.     Again, this could hardly be considered an "ample" exemption. This exemption requires a binding military service contract that can last for years, weeks of initial training that is both demanding and dangerous, and potential to be relocated anywhere in the country for service.  It also has the potential of requiring the individual to take part in and fight in wars.  Again, all of this is required for a

11

Constitutionally Injured Legal Adult to meet one of the State's illusory exemptions in order to buy a gun. As shown above, the section 27510 exemptions are extremely narrow, and inapplicable to all ordinary, law-abiding Constitutionally Injured Legal Adults in California.

29. Section 27510 also permits "[a] [Constitutionally Injured Legal Adult] who provides proper identification that he or she is an honorably discharged member of the United States Armed Forces, the National Guard, the Air National Guard, or the active reserve components of the United States" to purchase a firearm. However, that individual must still complete the numerous requirements and tests stated above, *and then be honorably discharged* in order to be able to use this exemption. Again, this does not apply to ordinary, law-abiding Constitutionally Injured Legal Adults. Further, by the time that individual is honorably discharged, they are likely over 21 years of age, rendering the exemption an illusion.

30. Thus, 5 of 6 of the State's illusory emptions to the section 27510 ban have: (i) minimum age requirements, (ii) minimum education requirements, (iii) physical fitness requirements, (iv) binding Military Service commitments (which are subject to criminal penalties if violated), (v) mandatory involvement in highly dangerous activities and training, (vi) psychological testing, (vii) and relocation. This list is not exhaustive. And more, even if a Young Adult applicant were to meet the requirements and pass the tests, they could still not obtain the desired position and, therefore, not meet the illusory section 27510 exemptions. To be sure, these are not

12

actual and accessible exemptions, but rather *additional restrictions and tests* required by the State and enforced by Defendants to exercise the fundamental right to keep and bear arms for self-defense and other lawful purposes—and thus unconstitutional restrictions under the Second Amendment.

31.    Even Section 27510's "most accessible" [2] exemption – i.e., meeting all of the requirements, making all payments for costs and fees, and passing tests – to "possesses a valid, unexpired hunting license issued by the Department of Fish and Wildlife" is irrelevant and inapplicable to the ordinary, law-abiding Constitutionally Injured Legal Adult who wishes to purchase a firearm for self-defense in the home and other lawful purposes, including but not limited to proficiency training and competition at shooting ranges.

32.    A person cannot merely go and purchase a hunting license "over the counter" without meeting significant requirements and requiring the individuals significant time and money.  *See* Bogan Declaration filed concurrently herewith. Constitutionally Injured Legal Adults should not have to feign an interest in, pay for, and take a *hunting safety and conservation course* or acquire a hunting license when they have no interest or intent to hunt.

---

[2]  In this instance, the term "most accessible" is only used to identify that the exemption listed in section 27510(b)(1) — requiring a valid hunting license — *is the only exemption that does not require a Constitutionally Injured Legal Adult to enter into a highly dangerous career.*

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on October 3, 2019.

_____

Brandon Combs

14

| | **EXHIBITS**<br>**TABLE OF CONTENTS** | |
|---|---|---|
| **Exhibit** | **Description** | **Page(s)** |
| 1 | Excerpt from Legislative History of California Penal Code § 27510 *As Amended By* Statutes of 2018, Chapter 894, § 1, Senate Bill 1100 – Portantino ("Legislative History") – Department of Finance Materials, Department of Finance Bill Analysis (as provided by LRI History LLC, 2018-894, pages 250-252). | 0001 – 0004 |
| 2 | Legislative History – Senate Committee on Public Safety, Bill Analysis, SB 1100 (as provided by LRI History LLC, 2018-894, pages 50-56). | 0005 – 0012 |
| 3 | Legislative History – Assembly Committee on Public Safety Background Information Request Form – Measure SB 1100 (as provided by LRI History LLC, 2018-894, pages 69-71). | 0013 – 0016 |
| 4 | Legislative History – Assembly Committee on Public Safety, SB 1100 (Portantino) – As Amended June 11, 2018 (as provided by LRI History LLC, 2018-894, page 72-75). | 0017 – 0021 |
| 5 | Legislative History – August 3, 2018 Letter to Senator Portantino from Mario De Bernardo, Deputy Attorney General, for Xavier Becerra, Attorney General (as provided by LRI History LLC, 2018-894, pages 248-249). | 0022 – 0024 |
| 6 | San Diego Sheriff's Department "Sheriff's Hiring Process" found on the San Diego Sheriff's website | 0025 – 0028 |
| 7 | San Diego Police Department Hiring Requirements and Application Processes | 0029 – 0032 |
| 8 | Chula Vista Police Department Hiring Requirements and Application Processes | 0033 – 0037 |
| 9 | Los Angeles Police Department Hiring Requirements and Application Processes | 0038 – 0043 |
| 10 | Los Angeles Sheriff Department Hiring Requirements and Application Processes | 0044 – 0046 |
| 11 | Eligibility and Employment Requirements from FBI Jobs.gov | 0047 – 0053 |
| 12 | "Today's Military – Enlisting in the Military" | 0054 – 0060 |

*Declaration Of Brandon Combs In Support of Plaintiffs' Motion For Preliminary Injunction*

| 13 | Military.com - "What to Except In Army Boot Camp" | 0061 – 0068 |
|---|---|---|

# EXHIBIT "1"

Exhibit 1
0001



## LRI History LLC

PO Box 2166, Placerville, CA 95667
(916) 442.7660 · intent@lrihistory.com
www.lrihistory.com

# Department of Finance Materials

LRI History LLC hereby certifies that the accompanying record/s is/are true and correct copies of the original/s obtained from one or more official, public sources in California unless another source is indicated, with the following exceptions :  In some cases,  pages may have been reduced in size to fit an 8 ½"  x 11" sized  paper.  Or, for readability purposes, pages may have been enlarged or cleansed of  black marks or spots. Lastly, for ease of reference, paging and relevant identification have been inserted.

**Exhibit 1**
**0002**
**Provided by LRI History LLC**                                        **2018-894  Page 250 of 358**

DEPARTMENT OF FINANCE BILL ANALYSIS

**AMENDMENT DATE:** 06/28/2018          **BILL NUMBER:** SB 1100
**POSITION:** Oppose                   **AUTHOR:** Portantino, Anthony

### BILL SUMMARY: Firearms: transfers.

This bill prohibits the sale or transfer of any firearm by a licensed dealer to any person under 21 years of age, except as specifically exempted.

### FISCAL SUMMARY

The Department of Justice estimates costs of $342,000 and 3.0 positions in fiscal year 2018-19, $654,000 in 2019-20, and $556,000 in 2020-21 and ongoing to administer this bill. Specifically, the California Justice Information Services Division requires 3.0 positions and additional staff time to address the expected increase in arrest prints, update departmental documentation and procedures, and the ongoing maintenance support for the required systems. The Bureau of Firearms also requires additional staff time to update existing regulations. The Dealers' Record of Sale Special Account, which collects fees imposed on firearm purchasers, currently has a structural deficit and is unable to cover the costs of this bill. Therefore, this bill creates a General Fund cost pressure to fund these activities. Any request for additional resources will be evaluated through the annual budget process.

The Department of Justice anticipates annual revenue loss of $152,000 to the Dealers' Record of Sale Special Account, $75,000 to the Firearms Safety and Enforcement Special Fund, and $8,000 to the Firearm Safety Account due to a reduction in Dealers' Record of Sale submissions and Firearms Safety Certificates resulting from the increased minimum age to purchase firearms. The major revenue sources for these funds are fees imposed on the firearms purchasing process, course fees, duplicate certificate fees, and test fees.

By expanding the definition of an existing crime, this bill would have an impact on the county jail population. Under certain circumstances, the California Constitution requires the state to reimburse local entities for the increased costs associated with a state-imposed program that requires local entities to implement a new program or provide a higher level of service. Any local government costs resulting from the mandate in this measure would not be state-reimbursable because the mandate only involves the definition of a crime or the penalty for conviction of a crime. We note this measure could, however, impose new costs and workload on counties, which creates additional fiscal pressure on the local criminal justice system.

### COMMENTS

The Department of Finance is opposed to this bill because it expands an existing crime which would lead to additional cases entering the court system, increase the statewide adult jail population, and impact the ability of counties to manage their offender population since certain lower-level offenders now serve their sentence in county jails and/or are supervised by county probation departments. To successfully implement public safety realignment, counties must have maximum flexibility in allocating their public safety resources. New laws that impose additional criminal sanctions at this critical time will further strain the

| | | | |
|---|---|---|---|
| Analyst/Principal | Date | Program Budget Manager | Date |
| (0210) E.Jungwirth | | Amy Jarvis | |

| | |
|---|---|
| Department Deputy Director | Date |

| | | | | |
|---|---|---|---|---|
| Governor's Office: | By: | Date: | Position Approved | |
| | | | Position Disapproved | |
| BILL ANALYSIS | | | Form DF-43 (Rev 03/95 Buff) | |

**Provided by LRI History LLC**

Exhibit 1
0003

| AUTHOR | AMENDMENT DATE | BILL NUMBER |
|---|---|---|
| Portantino, Anthony | 06/28/2018 | SB 1100 |

## COMMENTS (continued)

local criminal justice system by imposing additional fiscal pressure on county public safety resources.  In addition, this bill creates General Fund cost pressures that are not included in the Administration's fiscal plan.

Existing law prohibits the sale or transfer of a handgun, except as specifically exempted, to any person under 21 years of age.  Existing law also prohibits the sale or transfer of a firearm, other than a handgun, except as specifically exempted, to any person under 18 years of age. This bill would prohibit the sale or transfer of any firearm by a licensed dealer, except as specifically exempted, to any person under 21 years of age.

Existing law also requires a person who wishes to manufacture or assemble a firearm to first apply to the Department of Justice for a unique serial number or other identifying mark.  Applicants must be at least 18 years of age for a firearm that is not a handgun, and at least 21 years of age for a firearm that is a handgun.  This bill instead requires an applicant to be at least 21 years of age for any firearm, except that applications made before February 1, 2019, can be granted for an applicant who is at least 18 years of age but less than 21 years of age for a firearm that is not a handgun.

This bill also includes specific exemptions to these prohibitions, including, among others, an active peace officer who is authorized to carry a firearm in the course and scope of his or her employment.

According to the author's office, raising the age limit to 21 years of age to purchase a firearm insures we as Californians are taking proper steps toward public safety.

| Code/Department Agency or Revenue Type | SO LA CO RV | (Fiscal Impact by Fiscal Year) (Dollars in Thousands) | | | |
|---|---|---|---|---|---|
| | | PROP 98 | FC | 2018-2019 FC   2019-2020 FC   2020-2021 | Fund Code |
| 0820/Justice | SO | No | C | 342  C         654  C          556 | 0001 |

**Exhibit 1**
**0004**

Provided by LRI History LLC

# EXHIBIT "2"

Exhibit 2
0005

# SENATE COMMITTEE ON PUBLIC SAFETY
## Senator Nancy Skinner, Chair
### 2017 - 2018 Regular

| | | | |
|---|---|---|---|
| **Bill No:** | SB 1100 | **Hearing Date:** | April 17, 2018 |
| **Author:** | Portantino | | |
| **Version:** | March 19, 2018 | | |
| **Urgency:** | No | **Fiscal:** | Yes |
| **Consultant:** | GC | | |

### Subject: *Firearms: Transfers*

## HISTORY

Source:          Author

Prior Legislation:        AB 1674 (Santiago), 2015, vetoed
                          AB 202 (Knox), Ch. 128, Stats. of 1999

Support:          California Chapters of the Brady Campaign; Giffords Law Center to Prevent Gun
                  Violence

Opposition:       Firearms Policy Coalition

## PURPOSE

***The purpose of this bill is to extend the prohibition on purchasing more than one handgun a month to include all firearms and increases the age from 18 to 21 years for a person to purchase a firearm from a licensed dealer.***

*Existing law* prohibits a person from making more than one application to purchase a handgun within any 30-day period. (Pen. Code § 27535.)

*Existing law* prohibits a firearms dealer from delivering a handgun to a person whenever the dealer is notified by the Department of Justice that within the preceding 30-day period the purchaser has made another application to purchase a handgun that does not fall within an exception to the 30-day prohibition. A violation of that delivery prohibition by the dealer is a crime. (Pen. Code § 27540.)

*This bill* extends the prohibition on purchasing more than one handgun a month to all firearms, including long guns.

*Existing law* exempts the following from the one handgun a month prohibition:  (Pen. Code, § 27535, subd. (b).)

- Any law enforcement agency.
- Any agency duly authorized to perform law enforcement duties.
- Any state or local correctional facility.

**Exhibit 2**
**0006**

- Any private security company licensed to do business in California.
- Any person who is properly identified as a full-time paid peace officer and who is authorized to, and does carry a firearm during the course and scope of employment as a peace officer.
- Any motion picture, television, or video production company or entertainment or theatrical company whose production by its nature involves the use of a firearm.
- Any person who may make a valid claim an exemption from the waiting period set forth in Section 27540.
- Any transaction conducted through a licensed firearms dealer pursuant to Chapter 5 (commencing with Section 28050).
- Any person who is licensed as a collector and has a current certificate of eligibility issued by the Department of Justice.
- The exchange of a handgun where the dealer purchased that firearm from the person seeking the exchange within the 30-day period immediately preceding the date of exchange or replacement.
- The replacement of a handgun when the person's handgun was lost or stolen, and the person reported that firearm lost or stolen prior to the completion of the application to purchase to any local law enforcement agency of the city, county, or city and county in which the person resides.
- The return of any handgun to its owner.
- A community college that is certified by the Commission on Peace Officer Standards and Training to present the law enforcement academy basic course or other commission-certified law enforcement training.

*This bill* adds the following exceptions to the one gun a month prohibition:

- The purchase of a firearm, other than a handgun, by a person who possesses a valid, unexpired hunting license issued by the Department of Fish and Wildlife.
- The acquisition of a firearm, other than a handgun, at an auction or similar event conducted by a nonprofit public benefit or mutual benefit corporation to fund the activities of that corporation or local chapters of that corporation.

*Existing law* prohibits the sale or transfer of a handgun, except as specifically exempted, to any person below the age of 21 years. (Pen. Code § 27510.)

*Existing law* also prohibits the sale or transfer of a firearm, other than a handgun, except as specifically exempted, to any person below the age of 18 years. (Pen. Code § 27510.)

*This bill* prohibits the sale or transfer by a licensed dealer of a long gun to a person below the age of 21 years, increasing the age from 18 years to 21 years of age. The bill exempts long gun purchases or transfers when the purchaser or transferee has a valid, unexpired hunting permit.

**Exhibit 2**
**0007**
Provided by LRI History LLC                                      2018-894  Page 51 of 358

SB 1100  (Portantino)                                                    Page **3** of 7

# COMMENTS

## 1.  Need for This Bill

According to the author:

> While handguns are used in the majority of gun deaths, long guns have been used to perpetrate many of the largest mass shootings in U.S. history, including the tragic event that took place in San Bernardino, California.
>
> California is home to the most stringent gun laws in the county. One example is requiring an individual to be 21 years of age in order to purchase a handgun. Another is the general limitation on a gun dealer delivery of only one handgun to an individual in a 30 day period.
>
> Since these laws have taken effect, data shows that there has been a successful reduction in the incidence of gun trafficking while not burdening legitimate gun owners or persons who wish to acquire guns.
>
> In order to be uniformly consistent, California should apply the 30 day delivery period and 21 year age limit to long guns.
>
> Firearms will not be delivered whenever the dealer is notified by the DOJ that within the preceding 30-day period the purchaser has made another application to purchase a firearm. In addition, because of the interaction of state and federal law, receivers or frames (the gun minus the barrel) are also applicable to the 30-day purchase period. This bill will also define a frame or a receiver of a firearm.
>
> Lastly, this bill would also prohibit the sale or transfer of any firearm by a licensed dealer, except as specially exempted, to any person below the age of 21 years.

## 2.  One Gun a Month

According to the Senate Public Safety Analysis of Assembly Bill 202 (Knox, of 1999), which created the one-handgun-a-month law in California:

> The State of Virginia enacted a "one-handgun-a-month" law in 1993 (before the Federal Brady Bill, which required at least a five day waiting period plus a background check for states without such requirements). That state had weak restrictions on handgun sales and it has been stated that gun traffickers from New York City routinely traveled to Virginia to purchase quantities of weapons to take back for illegal sale in other states. Purchases of more than one handgun per 30-day period in Virginia is allowed upon completion of an "enhanced" background check when the purchase is for lawful business or personal use, for purposes of collectors, bulk sales and purchases from estates, to replace a lost or stolen weapon, and similar situations.

**Exhibit 2
0008**

**Provided by LRI History LLC**                                      2018-894  Page 52 of 358

Supporters of limits on purchases of handguns assume that the Virginia limits and the limits in this bill would only affect a very small proportion of legitimate handgun purchasers. A family of two adults could still purchase 24 handguns a year under the provisions of both this bill and the Virginia law.

Virginia repealed this law in 2012.  But, according to the Law Center to Prevent Gun Violence:

Virginia's one-gun-a-month law – which was in effect from 1993 to 2012 and prohibited the purchase of more than one handgun per person in any 30-day period – significantly reduced the number of crime guns traced to Virginia dealers. Virginia initially adopted its law after the state became recognized as a primary source of crime guns recovered in states in the northeastern U.S. After the law's adoption, the odds of tracing a gun originally acquired in the Southeast to a Virginia gun dealer (as opposed to a dealer in a different southeastern state) dropped by:

- 71% for guns recovered in New York;
- 72% for guns recovered in Massachusetts; and
- 66% for guns recovered in New Jersey, New York, Connecticut, Rhode Island and Massachusetts combined.

(http://smartgunlaws.org/multiple-purchases-sales-of-firearms-policy-summary/ [footnotes omitted].)

Other states that have limits on the number of firearms that can be sold in one month include:

- California: California law prohibits any person from purchasing more than one handgun within any 30-day period. In addition, a licensed firearms dealer may not deliver a handgun to any person following notification from the California Department of Justice that the purchaser has applied to acquire a handgun within the preceding 30-day period. Finally, firearms dealers must conspicuously post in their licensed premises a warning, in block letters at least one inch in height, notifying purchasers of these restrictions.

- District of Columbia: A person may not register more than one handgun in the District during any 30-day period. Since every handgun must be registered, this amounts to a purchase and sale limitation of one handgun per 30-day period. . .

- Maryland: Maryland prohibits any person from purchasing more than one handgun or assault weapon within a 30-day period. Under limited circumstances, a person may be approved by the Secretary of the Maryland State Police to purchase multiple handguns or assault weapons in a 30-day period. Maryland also penalizes any dealer or other seller who knowingly participates in an illegal purchase of a handgun or assault weapon. . .

- New Jersey: New Jersey prohibits licensed firearms dealers from knowingly delivering more than one handgun to any person within any 30-day period. With limited exceptions, no person may purchase more than one handgun within any 30-day period.  New Jersey requires a handgun purchaser to obtain a separate permit for

**Exhibit 2**
**0009**

each handgun purchased, and present the permit to the seller. The seller must keep a copy of each permit presented.

(http://smartgunlaws.org/multiple-purchases-sales-of-firearms-policy-summary/[footnotes omitted].)

### *Senate Bill 1674 (Santiago), of 2015: Veto Message*

The Governor stated in his veto message of Senate Bill 1674, which would have prohibited any person from making an application to purchase more than one firearm within any 30-day period:

> This bill generally prohibits the purchase of more than one firearm within any 30-day period. It should be noted that California already bans the purchase of more than one handgun per month.

> While well-intentioned, I believe this bill would have the effect of burdening lawful citizens who wish to sell certain firearms that they no longer need.

> Given California's stringent laws restricting gun ownership, I do not believe this additional restriction is needed.

### 3.  Increasing the Age for Purchase of Long Guns

This bill would increase the minimum age from 18 to 21 years for a person to purchase all firearms in California. The age restriction would also impact the ability to transfer a weapon. Under current law a person must be 21 years of age to purchase a handgun, and this bill applies those same rules to the purchase and transfer of all firearms (including long guns). The bill creates an exception to this rule when the purchaser or transferee has a valid, unexpired hunting license issued by the Department of Fish and Wildlife.

On February 14, 2018 Nikolas Cruz shot and killed seventeen people and wounded an additional seventeen people at Marjory Stoneman Douglas High School in Parkland, Florida. The perpetrator was 19-years old at the time of the incident, and he used assault rifles. Following the incident Florida passed legislation to increase the minimum age for buying rifles to 21-years. The National Rifle Association challenged the law and filed a lawsuit in the United States District court for the Northern District of Florida alleging that the ban on gun sales to people under 21 years of age is unconstitutional because it violates their rights under the Second and Fourteenth Amendments to the U.S. Constitution because 18-year-olds are classified as adults.

On March 1, 2018 George Skelton wrote an editorial for the LA Times[1] on this bill. He stated the following regarding this provision:

> In Sacramento, state Sen. Anthony Portantino (D-La Cañada Flintridge) proposes taking an even bigger step. He introduced legislation Wednesday to increase the legal age to 21 in California for buying any gun, including a shotgun or rifle with low ammo capacity. A shooter with a hunting license would be exempt because he'd taken a gun safety course.

---

[1] http://www.latimes.com/politics/la-pol-ca-skelton-guns-schools-teachers-20180301-story.html

Exhibit 2
0010

Provided by LRI History LLC

What about a skeet shooter? Or someone who just likes to plink tin cans out by the barn?

Doesn't make sense that an 18-year-old can enlist in the Army and be armed with an automatic M-16 to fight terrorists, but can't buy a bolt-action plinker back home until he's 21.

In Florida, where the gun lobby usually prevails in the Legislature, a House committee bucked the NRA on Tuesday and approved a bill to raise the rifle-buying age from 18 to 21. This came after emotional testimony from parents of students killed in the school shooting.

The committee also voted to allow arming of teachers. But it rejected a ban on assault weapons.

Everyone needs to get their priorities straight: Let the teachers teach. Treat 18-year-olds like adults. Get rid of all assault weapons.

However, there are a number of instances when lawmakers have limited the ability of person's under the age of 21 to engage in activities which are otherwise lawful. Notably, persons under the age of 21 are not allowed to ingest alcohol or marijuana under California law.

### 4.  California Hunting Licenses

This bill creates an exemption from the prohibition on persons under the age of 21 purchasing or receiving a long gun if the person under the age of 21 has a valid, unexpired hunting license. In order to obtain a hunting license in California a person must:

- Complete the California Hunter Education Certification requirements
- Choose the correct type of hunting license.
- Purchase a license through the California Department of Fish and Wildlife website or a California approved agent.

The Official California Hunter Safety Course is an online course that costs $28.95. There is no minimum age for the course. The course requires a follow-up course that is a 4-hour review of the online course with a certified hunter education instructor. The course includes a student demonstration of safe firearm handling and a test. Following completion of the follow-up course the enrollee receives a Hunter Education Certificate.

### 5.  Argument in Support

According to the California Chapters of the Brady Campaign:

The California Brady Campaign generally believes that handguns and long guns (rifles, shotguns and lower receivers) should be subject to the same laws. Modern sporting rifles are often high powered semi-automatic weapons with exchangeable magazines that can pose a greater threat than handguns. In the early 1990s, it was thought that handguns made up an overwhelming share of crime guns, but the data shows that is no longer the case. Of the 26,682 crime guns entered into the

Department of Justice Firearms Systems database in 2009, 11,500 were long guns.[i]

Existing law prohibits the sale or transfer of a handgun to a person below the age of 21 years. SB 1100 will similarly prohibit, with exceptions, the sale or transfer of a long gun by a licensed firearm dealer to a person under age 21. Additionally, the bill will require those who manufacture or assemble a long gun to be at least 21 years old in order to obtain a serial number for the firearm and register it with the California Department of Justice. These provisions makes sense as those under age 21 are disproportionly linked to crime. In 2015, 23.4 percent of those arrested for murder and non-negligent manslaughter in the U.S. were under 21[ii] and 26.5 percent of those arrested for "weapons carrying, possession, etc." were under age 21.[iii]  Individuals age 18 to 20 comprise only 4% of the population but commit 17% of gun homicides.[iv]

Maturity, impulsive or reckless behavior, and responsibility vary greatly among 18-20 year olds. This is recognized in other areas – those under age 21 cannot buy alcohol, rent a car, or purchase a handgun – and the same age restriction should apply to long guns.

Additionally, SB 1100 will limit purchases of long guns from licensed firearms dealers in California to no more than one gun per person per 30-day period, with appropriate exemptions. This is current law for handguns and is a recognized strategy for curbing the illegal flow of guns by taking the profit out of selling guns from bulk purchases on the black market. It stands to reason that a person buying large quantities of guns at one time may be acting as a straw purchaser or gun trafficker. Moreover, many of these bulk purchases are for lower receivers, which can be built up into military-style weapons and sold for a big profit. Firearms acquired in bulk are frequently used in crime. A University of Pennsylvania report found that a quarter of all guns used in crime were purchased as part of a multiple-gun sale and that guns purchased in bulk were up to 64% more likely to be used for illegal purposes than guns purchased individually.[v] Limiting multiple-gun sales within a short period of time for all firearm, including long guns, is clearly in the interest of public safety.

-- END –

---

[i] Data provided by the California Department of Justice, April 6, 2010.
[ii] FBI 2015 Crime in the United States, https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/tables/table-41.
[iii] Ibid.
[iv] "Uniform Crime Reporting Program Data: Supplementary Homicide Reports, 2015," US Department of Justice, Federal Bureau of Investigation, https://ucr.fbi.gov/nibrs/addendumfor-submitting-cargo-theft-data/shr.
[v] Koper, Christopher S.; Jerry Lee Center of Criminology, Univ. of Penn., *Crime Gun Risk Factors: Buyer, Seller, Firearm, and Transaction Characteristics Associated with Gun Trafficking and Criminal Gun Use -- A report to the National Institute of Justice, U.S. Department of Justice* (2007). https://www.ncjrs.gov/pdffiles1/nij/grants/221074. pdf.

Exhibit 2
0012
Provided by LRI History LLC                                          2018-894  Page 56 of 358

# EXHIBIT "3"

Exhibit 3
0013



ASSEMBLY COMMITTEE ON PUBLIC SAFETY
Reginald Byron Jones-Sawyer, Sr., Chairman
**BACKGROUND INFORMATION REQUEST**

*Please complete and return **2 copies of this form** and **2 copies of all supporting materials**
(including, press releases, support/opposition letters, proposed amendments, etc) **ASAP** of
receipt of this form.
A bill cannot be heard if a completed worksheet is not returned.*

In addition, please e-mail this background information request form electronically to:
Estefani Avila (**estefani.avila @asm.ca.gov**), Committee Secretary,  Gary Olson
(**gary.olson@asm.ca.gov**), Republican Consultant, and Kevin Sabo (**kevin.sabo@asm.ca.gov**),
Speakers Office of Research  **All material sent electronically should be flagged individually
(i.e., support/opposition letters, proposed amendments, news articles)**

**Measure: SB 1100**

**Author:** Portantino

**Staff:** Tara McGee

**Staff Contact Number: 916-651-4025**

**Please use Times New Roman Font and 12 point size for all responses.  Thank you.**

**BILL ORIGIN:**

1) Source:  What person, organization, or governmental entity requested introduction?  Please include
the name, address, and phone number of the contact person.

Author Sponsored

2) Similar Legislation:  Has a similar bill been previously introduced?  Please identify the bill number,
author, appropriate legislative session, and disposition of the bill.

AB 3 ( Bonta) -2018

AB 1674 (Santiago)-2015

AB 202 (Knox) – 1999

**BACKGROUND:**

**Exhibit 3
0014**

1) What is the problem or deficiency in existing law which this bill will remedy?

While handguns are used in the majority of gun deaths, long guns have been used to perpetrate many of the largest mass shootings in U.S. history, including the tragic event that took place in San Bernardino, California.

California is home to the most stringent gun laws in the county. One example is requiring an individual to be 21 years of age in order to purchase a handgun. Another is the general limitation on a gun dealer delivery of only one handgun to an individual in a 30 day period.

Since these laws have taken effect, data shows that there has been a successful reduction in the incidence of gun trafficking while not burdening legitimate gun owners or persons who wish to acquire guns.

In order to be uniformly consistent, California should apply the 30 day delivery period and 21 year age limit to long guns.

Firearms will not be delivered whenever the dealer is notified by the DOJ that within the preceding 30-day period the purchaser has made another application to purchase a firearm. In addition, because of the interaction of state and federal law, receivers or frames (the gun minus the barrel) are also applicable to the 30-day purchase period. This bill will also define a frame or a receiver of a firearm.

Lastly, this bill would also prohibit the sale or transfer of any firearm by a licensed dealer, except as specially exempted, to any person below the age of 21 years.

2) If there has been an interim committee report, study, news article, statistic or other evidence on the bill, please submit copies and/or links of these materials to the Committee.

none.

3) Are there any similar federal legislation or related bills or laws in other states? Please attach or provide any information and links, as appropriate.

4) Please include an author's statement as you wish it to appear on the committee analysis:

Raising the age limit to 21 years of age to purchase a firearm and having the one gun a month law apply to all firearms insures we as Californians are taking proper steps toward public safety. While Washington continues to be unable to pass prudent gun legislation it is imperative that California steps up. Young people across America are demanding that legislators respond to the crisis of gun violence on campuses. As a dad and a legislator I am determined to build on their leadership and help California act appropriately.

**Exhibit 3
0015**

**SUPPORT**

The CA Chapters of the Brady Campaign: Sponsor
American Academy of Pediatrics
Bay Area Student Activists
City of Santa Monica
Giffords Law Center to Prevent Gun Violence

**OPPOSITION**
California Sportsmen's Lobby
Firearms Policy Coalition
National Shooting Sports Foundation
Outdoor Sportsmen's Coalition of California
Safari Club International

All letters of support or opposition must be forwarded to the committee as soon as possible. Please note that these letters will NOT be returned.

**AMENDMENTS:**

Do you plan ANY amendments to this bill prior to hearing? If so, please submit a copy of the language submitted to Legislative Counsel or provide a brief summary of planned amendments to the committee as soon as possible.

Yes, please see attached amendments. They will be back from Counsel on 6/12/18.

## COMMITTEE POLICY ON AUTHOR'S AMENDMENTS

**Author's amendments must be submitted to the Committee (in Legislative Counsel Form) by Wednesday, 5:00 p.m., prior to the scheduled committee hearing date.** AMENDMENTS (ORIGINAL, SIGNED BY MEMBER, PLUS **EIGHT** COPIES IN LEGISLATIVE COUNSEL FORM) MUST BE **HAND DELIVERED** TO THE COMMITTEE AT 1020 "N" STREET, ROOM 111. **DO NOT** SEND AMENDMENTS THROUGH INTER-AGENCY MAIL.

PLEASE RETURN THIS FORM TO: ASSEMBLY COMMITTEE ON PUBLIC SAFETY
     Phone: 916-319-3744
       Fax: 916-319-3745
     e-mail to: estefani.avila@asm.ca.gov

**Exhibit 3**
**0016**

**Provided by LRI History LLC**                    **2018-894  Page 71 of 358**

# EXHIBIT "4"

Exhibit 4
0017

SB 1100
Page 1

Date of Hearing: June 19, 2018
Chief Counsel:    Gregory Pagan

ASSEMBLY COMMITTEE ON PUBLIC SAFETY
Reginald Byron Jones-Sawyer, Sr., Chair

SB 1100 (Portantino) – As Amended June 11, 2018

**SUMMARY:**  Increases the age for which a person can purchase a long-gun from a licensed dealer from 18 to 21 years of age, except as specified.  Specifically, **this bill**:

1) Exempts the sale of a firearm, that is not a handgun, to the following persons that are 18 years of age or older:

   a) A person who possesses a valid, unexpired hunting license issued by the Department of Fish and Wildlife;

   b) An active peace officer, who is authorized to carry a firearm in the course and scope of his or her employment;

   c) An active federal officer, or law enforcement agent, who is authorized to carry a firearm in the course and scope of his or her employment;

   d) A reserve peace officer, who is authorized to carry a firearm in the course and scope of his or her employment; and,

   e) An active member of the United States Armed Forces, the National Guard, the Air national Guard, or the active reserve components of the United States, where the individuals in these organizations are properly identified.  Proper identification includes the Armed Forces Identification Card or other written documentation certifying that the individual is an active or honorably retired member.

2) Makes conforming changes to the age requirements for an application for the granting of serial number by DOJ to persons wishing to manufacture or assemble a firearm.

**EXISTING LAW:**

1) Prohibits the sale or transfer of a handgun, except as specifically exempted, to any person below the age of 21 years. (Pen. Code § 27510.)

2) Prohibits any person from making an application to purchase more than one handgun within any 30-day period.  (Pen. Code, § 27535, subd. (a).)

3) Exempts from the above 30-day prohibition any of the following:

   a) Any law enforcement agency;

**Exhibit 4**
**0018**

SB 1100
Page 2

b) Any agency duly authorized to perform law enforcement duties;

c) Any state or local correctional facility;

d) Any private security company licensed to do business in California;

e) Any person who is a peace officer, as specified, and is authorized to carry a firearm in the course and scope of employment;

f) Any motion picture, television, video production company or entertainment or theatrical company whose production by its nature involves a firearm;

g) Any authorized representative of a law enforcement agency, or a federally licensed firearms importer or manufacturer;

h) Any private party transaction conducted through a licensed firearms dealer;

i) Any person who is a licensed collector and has a current certificate of eligibility issued by the Department of Justice (DOJ);

j) The exchange, replacement, or return of a handgun to a licensed dealer within the 30-day period; and,

k) A community college that is certified by the Commission on Peace Officer Standards and Training (POST) to present law enforcement academy basic course or other commission-certified training. (Pen. Code, § 27535, subd. (b).)

4) Prohibits a handgun from being delivered when a licensed firearms dealer is notified by the DOJ that within the preceding 30-day period the purchaser has made another application to purchase a handgun and the purchase was not exempted, as specified. (Pen. Code, § 27540, subd. (f).

5) Provides that the penalties for making more than one application to purchase a handgun within any 30-day period is as follows:

a) A first violation is an infraction punishable by a fine of fifty dollars ($50);

b) A second violation is an infraction punishable by a fine of one hundred ($100); and,

c) A third violation is a misdemeanor. (Pen. Code, § 27590, subd. (e)(1)-(3).)

**FISCAL EFFECT**: Unknown

**COMMENTS**:

1) **Author's Statement**: According to the author, "Raising the age limit to 21 years of age to purchase a firearm and having the one gun a month law apply to all firearms insures we as Californians are taking proper steps toward public safety. While Washington continues to be unable to pass prudent gun legislation it is imperative that California steps up. Young people

**Exhibit 4**
**0019**

across America are demanding that legislators respond to the crisis of gun violence on campuses. As a dad and a legislator I am determined to build on their leadership and help California act appropriately."

2) **Argument in Support**: According to the *California Chapters of the Brady Campaign to Prevent Gun Violence*, "Existing law prohibits the sale or transfer of a handgun to any person below the age of 21 years. SB 1100 will similarly prohibit, with exceptions, the sale or transfer of a long gun by a licensed firearm dealer to a person under age of 21. Additionally, the bill will require those who manufacture or assemble a long gun to be at least 21 years old in order to obtain a serial number for the firearm and register it with the California Department of Justice. These provisions makes sense as those under age 21 are disproportionally linked to crime. In 2015, 23.4 percent of those arrested for murder and non-negligent manslaughter in the U.S. were under 21 and 26.5 percent of those arrested for "weapons carrying, possession, etc." were under age 21. Individuals age 18 to 20 compromise only 4% of the population but commit 17% of gun homicides.
"Maturity, impulsive or reckless behavior, and responsibility vary greatly among 18-20 year olds. This is recognized in other areas – those under age 21 cannot buy alcohol, rent a car, or purchase a handgun – and the same age restriction should apply to long guns."

3) **Argument in Opposition**: According to the *Outdoor Sportsmen's Coalition of California*, "SB 1100 would needlessly raise the age for purchasing a rifle or shotgun from 18 to 21onth.

"Rather than raise the minimum age for lawful individuals to purchase a rifle or shotgun, or limit such purchases to one firearm per month, experience with mass homicides and other crimes involving firearms has clearly shown that the focus should be on preventing criminals and individuals suffering from mental illness from acquiring firearms, not on those who are not a part of the problem.

"Persons who have an intent to commit such crimes, or other illegal acts involving the use of a firearm, will always be able to obtain firearms through unlawful sources without going through a licensed firearms dealer.

"The restrictions proposed in SB 1100 will not prevent it.

4) **Related Legislation**: AB 3 (Bonta) is similar to this bill in that it prohibits the sale of any firearm to a person under 21 years of age. AB 3 is pending hearing in the Senate public Safety Committee.


**REGISTERED SUPPORT / OPPOSITION**:

**Support**

California Chapters of the Brady Campaign to prevent Gun Violence
Giffords Law Center to Prevent Gun Violence
American Academy of Pediatrics
Bay Area Student Activists
City of Santa Monica

**Exhibit 4**
**0020**

**Opposition**

California Sportsman's Lobby
Gun Owners of California
Firearms Policy Coalition
National Shooting Sports Foundation
Outdoor Sportsmen's Coalition of California
Safari Club International
California Sportsman's Lobby
National Shooting Sports Foundation

**Analysis Prepared by**:   Gregory Pagan / PUB. S. / (916) 319-3744

**Exhibit 4**
**0021**

**Provided by LRI History LLC**

# EXHIBIT "5"

Exhibit 5
0022

*XAVIER BECERRA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 210-6032
Facsimile: (916) 322-2630
E-Mail: mario.debernardo@doj.ca.gov

August 3, 2018

The Honorable Anthony Portantino
State Capitol, Room 3086
Sacramento, CA 95814

RE:   **Minimum Age Requirement for Long Guns (SB 1100):  SUPPORT**

Dear Senator Portantino:

On behalf of Attorney General Xavier Becerra, I am pleased to inform you that the California Department of Justice (DOJ) supports SB 1100 (Portantino). This bill would help protect our schools and communities by prohibiting a person under 21 from purchasing or possessing long guns, such as semi-automatic rifles.

Under California law, the minimum age requirement to purchase or possess a handgun is 21 years of age. However, the minimum age requirement to purchase or possess a long gun is 18. While handguns are used in the majority of gun deaths, long guns have been used to carry out many of the largest mass shootings in U.S. history. Moreover, mass shootings carried out at schools are generally committed by people under 21—e.g., Nikolas Cruz (Stoneman Douglas High School, 17 killed); Dimitrios Pagourtzis (Santa Fe High School, 10 killed); Adam Lanza (Sandy Hook Elementary School, 27 killed); Jeff Weise (Red Lake High School, 9 killed); and Eric Harris and Dylan Klebold (Columbine High School, 13 killed).

Our country's tragic history of mass shootings clearly demonstrates that long guns are as dangerous as handguns, especially in the hands of minors. In recognition of this, SB 1100 would bring parity to California's gun laws by setting the minimum age requirement to purchase or possess a long gun to 21—the same requirement for handguns.

The Attorney General is honored to support this common sense measure. If you have any questions or comments for DOJ, please do not hesitate to contact me.

**Exhibit 5**
**0023**

The Honorable Anthony Portantino
August 3, 2018
Page 2


Sincerely,

MARIO De BERNARDO
Deputy Attorney General

For    XAVIER BECERRA
Attorney General


cc:    Assembly Appropriations Committee
       Assembly Republican Caucus

Exhibit 5
0024

# EXHIBIT "6"

EXHIBIT 6
0025

10/3/2019    Case 3:19-cv-01226-L-AHG   Document 12-9   Filed 10/04/19   PageID.252   Page 43
of 85
Join the San Diego County Sheriff's Department | Application Process

*Join the*
# San Diego County Sheriff's Department (/index.html)

# Sheriff's Hiring Process

**STEP 1. Fill out online application/Complete Questionnaire/View Video.** It is highly suggested that you apply for both positions IF YOU QUALIFY so check both positions on the application. The County of San Diego Department of Human Resources will send you an email inviting you to fill out a questionnaire with 27 supplemental questions along with instructions on how to view a mandatory video with words from the Sheriff. (Please note: The Apply links in the left column will bring you to the County of San Diego Department of Human Resources web site).

NOTE: Upon successful completion of viewing the video and answering the questionnaire, your application will be submitted, processed and validated to ensure you meet the minimum requirements. This can take several weeks.



**STEP 2. Written Exam (Relative weight 100%).** Upon successful completion of STEP 1 the County of San Diego Department of Human Resources will contact you via email inviting you to register for the California P.O.S.T. written exam. The email notice will have instructions on how to register. It is one exam for both positions, so register for one exam only! Results take approximately 3-6 weeks. Upon passing the exam, you will be placed on the eligibility list for one year. If selected, you will be invited to meet with a background investigator to complete the next step (STEP 3).

**STEP 3. Prescreen questionnaire/Personal History Statement.** The County of San Diego Department of Human Resources will send you an email inviting you to fill out a Prescreen Questionnaire (Personal History Statement) and instructions on how to view an additional mandatory video with words from the Sheriff.

**STEP 4. Comprehensive Background Investigation.** You will be assigned a Background Investigator.

**STEP 5. Computer Voice Stress Analysis (CVSA) and Employment Interview.** Truth verification exam (type of polygraph) and employment interview (Lieutenant's Interview).

**STEP 6. Physical Agility Test (PAT).** See FAQ page for details.

**STEP 7. Psychological Evaluation.** You will fill out a written exam and meet with a psychologist.

**STEP 8. Medical Exam**

**STEP 9. Job Offer.** You receive a job offer and be assigned to attend an academy and attend a new hire orientation.

***STEPS 5 - STEPS 8 may not be completed in numerical order due to scheduling of events.***

## Minimum Requirements

**Deputy Sheriff Patrol:**

- 20 ½ years of age at time of application; 21 years of age at time of appointment. (There is no maximum age limit)
- U.S. citizen *or* Resident Alien in the process of becoming a U.S. citizen
- U.S. High School graduate or G.E.D.
- No felony convictions. Not on Probation. Misdemeanors may be disqualifying depending on the number, type of violation, date of the violation.
- Vision: 20/100 uncorrected, corrected to at least 20/30
- Valid California Drivers License prior to appointment. Valid photo ID to take the written exam.
- Effective oral and written communications in English.

**Deputy Sheriff Detentions/Courts:**

- 18 years of age at the time of the test. (There is no maximum age limit)
- U.S. citizen *or* Resident Alien in the process of becoming a U.S. citizen
- U.S. High School graduate or G.E.D.
- No felony convictions. Not on Probation. Misdemeanors may be disqualifying depending on the number, type of violation, and date of the violation.
- Vision: 20/100 uncorrected, corrected to at least 20/30

**EXHIBIT 6**
**0026**

- Valid California Drivers License prior to appointment. Valid photo ID to take the written exam.
- Effective oral and written communications in English.

147        37

**We Are Hiring!**

Applications will be accepted from 12:00 a.m. on

### September

# 16
Monday

through 11:59 p.m. on

### January

# 31
Friday

Learn How to Apply (join-sheriffs-department.html)



(/dispatcher/index.html)

**Quick Links**

**Deputy Sheriff - Law Enforcement**
ⓘ Information (/join-deputy-sheriff.html) | ✎ Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/2494208/deputy-sheriffs-cadet-19574707?page=2&pagetype=jobOpportunitiesJobs)

**Deputy Sheriff - Detentions/Courts**
ⓘ Information (/join-detentions-deputy.html) | ✎ Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/2491361/deputy-sheriff-cadet-detentions-court-services-19579707?page=2&pagetype=jobOpportunitiesJobs)

**Deputy Sheriff - Lateral**
ⓘ Information (/join-lateral-deputy.html) | ✎ Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/2302766/deputy-sheriff-lateral-19574601?keywords=19574601L&pagetype=jobOpportunitiesJobs)

**Deputy Sheriff-Detentions/Court Services-Lateral**
✎ Information & Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/2307089/deputy-sheriff-detentions-court-services-lateral-19575701?keywords=19575701L&pagetype=jobOpportunitiesJobs)

**Deputy Sheriff Cadet-Promotional**
✎ Information & Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/2306367/deputy-sheriffs-cadet-promotional-19574701p?keywords=19574701P&pagetype=promotionalJobs)

**Emergency Services Dispatcher Trainee**
ⓘ Information (/dispatcher/index.html) | ✎ Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/1934164/sheriffs-emergency-services-dispatcher-trainee-18282001?keywords=dispat&pagetype=jobOpportunitiesJobs)

**Licensed Mental Health Clinician**
✎ Information & Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/2346108/licensed-mental-health-clinician-sheriffs-detentions-19527902?page=4&pagetype=jobOppo

**EXHIBIT 6**
**0027**

**960-hour Rehire**

(Active & retired employees only)

✏ Information & Apply (http://goo.gl/PdsmH9)

Civilian Job Opportunities (/join-sheriff-civilians.html)

Law Enforcement Reserves (/join-reserves.html)

Hiring Process (/join-sheriffs-department.html)

Law Enforcement Academy (/law-enforcement-academy.html)

Detentions Academy (/detentions-academy.html)



(/join-sheriff-veterans.html)



(/women-in-law-enforcement.html)



(/join-reserves.html)

**EXHIBIT 6**
**0028**

# EXHIBIT "7"

EXHIBIT 7
0029

# Police

## Police Officer Requirements

Before you begin the process for Police Officer (/police/recruiting/opportunities/policeofficer), carefully review the hiring process (/join-san-diego-police-department).

- 🗋 Possible Disqualifiers for Police Officers/Recruits (/sites/default/files/legacy/police/pdf/possibledisqualifiers.pdf)

## General

U.S. citizenship or permanent resident who is eligible and has applied for U.S. citizenship prior to the application for employment.

## Minimum Age

20 years of age on the day you take the Written Test; 21 at time of Academy graduation (No maximum age limit).

## Education

- Graduation from a high school located within the United States or a U.S. territory;

- OR passage of the California High School Proficiency Examination OR G.E.D. with scores that meet the California standard established by the American Council on Education;

- OR possession of a two- or four-year degree from an accredited college or university. (Accreditation must be from an institutional accrediting body that has been recognized by the Council on Post-secondary Accreditation.)

Candidates screened by the Police Department must present proof of education when they submit their "Personal History Statement" (Word (/sites/default/files/legacy/police/pdf/phs.doc) 🗋 PDF (/sites/default/files/legacy/police/pdf/phs.pdf)).

## License

A valid California Class C Driver's License, which permits you to drive an automobile, will be required at the time of hire.

## Typing Certificate

Since Police Officers routinely use laptop computers, candidates must demonstrate typing ability. An ORIGINAL typing certificate indicating the ability to type at a corrected speed of 30 words per minute on a typewriter or computer keyboard must be submitted during the Police Department's Background Investigation Process. The certificate must be issued under International Typing Contest Rules and specify the net and gross speed, the number of errors and that the test was five minutes or longer. Certificates specifying more than five errors will not be accepted. Individuals who are serving or have served in City of San Diego job classifications that meet or exceed the minimum typing requirements need not submit a typing certificate. Internet typing tests will not be accepted.

**Typing tests are given at, but you are not limited to, the following locations:** (Call individual centers for further information.)

- Centre City / Skills Center: 619-388-4600
- Mid-City Center: 619-388-4500
- Cesar Chavez Center: 619-230-2895
- North City Center: 619-388-1800
- Educational Cultural Complex: 619-388-4956
- The West City Center: 619-221-6973
- Palomar College: 760-744-1150 ext. 2497 (San Marcos Campus) or ext. 8193 (Escondido Campus)

**EXHIBIT 7**

Case 3:19-cv-01226-L-AHG   Document 12-9   Filed 10/04/19   PageID.257   Page 48 of 85

If you have additional questions about San Diego Police Department Recruiting, see the Frequently Asked Questions (/police/recruiting/faqs), call 619-531-COPS (2677) or email sdpdrecruiting@pd.sandiego.gov (mailto:sdpdrecruiting@pd.sandiego.gov).

**If you have an emergency, dial 9-1-1.**

**To access 9-1-1 from a cell phone or outside San Diego, dial 619-531-2065.**

For 24-hour non-emergencies, dial 619-531-2000 or 858-484-3154.

**EXHIBIT 7**

## Join Us

- Join Us Home (/join-san-diego-police-department)
- ▾ Career Opportunities (/police/recruiting/opportunities)
  - Lateral Transfer (/police/recruiting/opportunities/lateral)
- Benefits (/police/recruiting/benefits)
- Police Dispatch Recruiting Events (/police/recruiting/meet/dispatchevents)
- C.A.M.P. (/police/recruiting/camp)
- Volunteer Opportunities (/police/recruiting/volunteer)
- Frequently Asked Questions (/police/recruiting/faqs)
- Contact Recruiting Unit (/police/recruiting/contact)

**EXHIBIT 7**

# EXHIBIT "8"

EXHIBIT 8
0033

# Job Opportunities



|  | |
|---|---|
| **Job Title:** | Police Recruit |
| **Opening Date/Time:** | Sat. 09/14/19 12:00 AM Pacific Time |
| **Closing Date/Time:** | Fri. 12/13/19 11:59 PM Pacific Time |
| **Salary:** | $5,268.27 - $5,531.67 Monthly |
| **Job Type:** | Permanent, Full-Time |
| **Location:** | Chula Vista, California |
| **Department:** | Police |

**Print Job Information** | **Apply**

| **Description and Essential Functions** | Benefits | Supplemental Questions |
|---|---|---|

To learn and participate in established curriculum and subsequently pass all tests given by training staff, including academics and manipulative skills such as defensive tactics, firing weapons with accuracy, and driving at high speeds on a set test course while maintaining control. Police Recruit is the entry-level position to a career in municipal law enforcement. After successfully completing the Police Academy, the Police Recruit will then automatically promote to the classification of Peace Officer.

**Essential Functions:**
Functions may include, but are not limited to, the following: learn and participate in all classroom and field activities while attending the police academy; write/type reports and complete all assignments; participate in daily physical training at the same intensity as the majority of the group, or as directed by academy training staff; run up to six miles at an eight minute/mile pace; perform up to sixty sit-ups straight; perform sixty push-ups straight; spar with training staff and/or fellow recruits; fire weapons; drive vehicles; talk on radio; build and maintain positive working relationships with co-workers, other City employees and the public using principles of good customer service; and perform other related duties and physical training activities as assigned.

### Minimum Qualifications:

Any combination of experience and training that would likely provide the required knowledge and abilities is qualifying. A typical way to obtain the knowledge and abilities would be: must be at least 20 years of age at time of application and 21 years of age at time of appointment; must have a valid California Driver's License at time of appointment; must meet citizenship requirements as defined under California Government Code Sections 1031(a) and 1031.5.

**Education** - Per Government Code section 1031(e), United States high school graduation, or passage of the General Education Development (GED) test, or attainment of a two-year or four-year degree from an accredited college or university. NOTE: Verification at time of hire is required. Additional college course work in Police Administration and/or Criminal Justice is highly desirable.

### Knowledge, Skills and Abilities / Physical Demands and Working Conditions:

**Knowledge, Skills and Abilities:**
Knowledge of: customer service; modern office practices and procedures; computer equipment and software applications related to assignment; basic mathematics; English usage, spelling, grammar, and punctuation. Ability to: participate in all physical training exercises; learn and participate in classroom lectures; prioritize and coordinate several activities/assignments; learn and apply procedures and techniques learned in the police academy; use initiative and sound independent judgment within established guidelines; communicate clearly and concisely, both orally and in writing; establish and maintain effective working relationships with those contacted in the course of work; and work with various cultural and ethnic groups in a tactful and effective manner.

**Physical Demands and Working Conditions:**
The Physical Agility Test (PAT) is designed to be a specific measure of the physical capabilities necessary to perform the duties of a Peace Officer. Test events are designed to simulate actual areas of police work. The events include: 1) a 1.5-mile run to be completed in 14 minutes or less; 2) an agilities course to be completed in 3.5 minutes or less. Lift up to 150 lbs. Must be able to see a target up to 50 yards away and focus enough on it to accurately fire a weapon at it. Must be able to hear voices of training staff over other loud noises such as gunfire and yelling. Some of the work is performed indoors in a classroom setting, and some of the work takes place outside while performing the physical training exercises.

### Additional Information:

**RECRUITMENT NO. 19507109**

**EXHIBIT 8**

| Description and Essential Functions | Benefits | Supplemental Questions |
|---|---|---|

To be considered for this position, applicants must submit a City Application and Supplemental Questionnaire by the closing date listed. Candidates whose applications indicate the required education and experience most directly related to the position will be invited to participate in the selection process. All notices will be sent via e-mail.

**Unless otherwise noted, a passing score must be achieved at each step of the recruitment process in order to have your name placed on the eligibility list for hiring consideration. The eligibility list established as a result of this recruitment will be for a duration of twelve (12) months, unless otherwise extended. Please note: The examination materials for this recruitment are validated, copyrighted, and/or inappropriate for review.**

Employees in the Police Recruit position are represented by the Association of Chula Vista Employees (ACE) and receive benefits afforded to ACE-represented employees. After successfully completing the Police Academy, the Police Recruit will automatically promote to the classification of Peace Officer, a position represented by the Chula Vista Police Officers' Association (POA) and receive benefits outlined in the POA Memorandum of Understanding. Click here to view POA benefit summary information.

**Personal Qualifications**
Please click here for a list of disqualifying criteria.

Must possess a good character and reputation; superior self-command, alertness, and judgment; ability to establish and maintain good working and public relations. Conviction of a serious offense, repeated or numerous convictions for minor offenses, conviction of an offense involving moral turpitude, or discharge from the military service under other than honorable conditions may be disqualifying. Candidates will be subject to a thorough background investigation, a voice stress analysis, and after a conditional offer of employment, a psychological and medical evaluation.

**Recruitment and Selection Process - Applicants must pass ALL of the following assessments:**

**Application Review**
Applications will be reviewed to ensure that candidates meet the age, licensing, citizenship, and education requirements. All statements made in the application materials are subject to verification; false statements will be cause for disqualification or discharge.

**Written Examination** - *Tentatively scheduled for January 4, 2020*
The written examination is a California Peace Officer Standards and Training (POST) Entry-Level Test Battery that has two components:
1. Reading Component - measures reading comprehension
2. Writing Component - measures clarity, vocabulary, and spelling

The written exam takes approximately 3.5 hours to administer. This includes thirty minutes for the proctor to read the test instructions and for the applicants to code demographic information on machine-readable forms. The scoring procedure is automated thus requiring the applicants to code their names, addresses, social security numbers, etc., on the forms. Two and one-half (2.5) hours are allowed for actual completion of the test battery.

POST scores the written examination. Results are released 2 - 3 weeks after the written exam. Successful candidates are eligible to continue in the selection process. Candidates who are unsuccessful on the written exam will not be eligible to continue in the selection process, however may re-apply, and test at a future date.

The Applicant Preparation Guide for the POST Entry-Level Test Battery provides a thorough overview of the test, practice test items, and test taking strategies. For more information go to www.POST.CA.gov.

POST 30-Day Rule: Applicants must wait for a period of one month (30 calendar days) before taking a subsequent exam. If you have taken or will take the POST PELLETB exam 30 days prior to our scheduled exam, you are **INELIGIBLE** to take the written exam.

Exception for Written Test: If you possess POST PELLETB written exam results from another agency **AND** the letter is dated within **6 months** prior to our test date; you may submit these results with your application or via email to amatsuhiro@chulavistaca.gov by 12/13/19. Only applicants with a Tscore of 50 and above will be invited to continue in the process.

**Officer Pre-Background Questionnaire**
This confidential questionnaire is designed to assist the Police Department in conducting a preliminary suitability screening. This confidential questionnaire will be provided at the written examination. You are required to pass both the written examination and the Officer Pre-Background questionnaire to continue in the selection process.

**Physical Agility Test (PAT)** - *Tentatively scheduled for February 1, 2020*
The Physical Agility Test (PAT) is developed to assess fitness and agility capabilities necessary to perform the duties of a Peace Officer. Test events are designed to simulate actual areas of police work. The PAT is comprised of two timed events:

| Description and Essential Functions | | Benefits | | Supplemental Questions | |

1. 1.5 mile run to be completed in 14 minutes or less
2. Obstacle/agility course to be completed in 3.5 minutes or less

The PAT is a pass/fail test with no numeric score. Candidates are verbally notified immediately after the PAT if they passed or failed. Successful candidates are eligible to continue in the selection process.

**Oral Board Interview -** *Tentatively scheduled for the week of February 10, 2020*
The oral board interview will consist of questions regarding candidate's education, experience, interest, and personal qualifications to determine suitability for law enforcement service. The oral board panel will have members from the Human Resources Department and ranking members from the Police Department.

Passing the interview requires a score of 70 or higher. The score you receive will determine your rank on the eligibility list. The City of Chula Vista certifies the top three ranks, plus any ties, to the department for continuation in the background process. Candidates will be notified if they are eligible to proceed to the background investigation.

**Background Investigation**
Peace Officers are responsible for protecting and serving the public and are entrusted with substantial authority to carry out these responsibilities. As such, the California Peace Officer Standards and Training (POST) requires that the history of peace officer applicants be thoroughly investigated to make sure that nothing in their background is inconsistent with performing peace officer duties. Failure to pass the background investigation will result in removal of the candidate's name from the eligibility list.

**Chief's Interview**

**Psychological Evaluation and Medical Examination**
California Government Code 1031(f) requires all California peace officers to be free from any emotional, or mental condition that might adversely affect the exercise of the powers of a peace officer. Peace officers must also be free from any physical condition that might adversely affect the exercise of peace officer powers.

**EXHIBIT 8**
0036

# CHULA VISTA POLICE DEPARTMENT

## RECRUITING FAQ



Q: Are you currently hiring/testing?
A: We hire police recruits and lateral police officers on an ongoing basis.

Q: What are the minimum requirements?
A:
- Be 21 years of age with a high school diploma (no upper age limit).
- Have vision correctable to 20/40 and be physically fit.
- Have a valid California driver's license.
- Be a U.S. citizen or obtain citizenship within three years of applying.
- Have good moral character.

Q: Where is the police academy?
A: Selected candidates will attend a six-month regional police academy at Miramar College. Uniforms, equipment, and books will be provided.

Q: What is the testing process?
A:
- The written examination includes reading comprehension, English grammar, sentence structure, vocabulary, and spelling.
- A Physical Agility Test (PAT) is required for police officer recruits; 1.5 mile run within 14 minutes; obstacle course within 3:30 minutes.
- An oral interview.
- A background check, to include truth verification, psychological examination, and medical examination.

Q: What should I study for the written exam?
A:
- The public library or local bookstores have literature on Entry Level Law Enforcement Officer examinations.
- Improving reading comprehension is a key component of the exam.
- Read each question carefully. Choose the best possible answer. Try to answer every question; those left blank will be incorrect.
- For more information, visit www.post.ca.gov.

Q: How long does it take to get hired?
A: Completion of the hiring process averages between four to six months.


CITY OF
CHULA VISTA

315 Fourth Avenue, MS P-200, Chula Vista, CA 91910 | www.chulavistapd.org | (619) 585-5652 | fax (619) 409-5985

EXHIBIT 8
0037

# EXHIBIT "9"

EXHIBIT 9
0038

Qualifications | Join LAPD

# JOIN



## Qualifications

   

| AGE | EDUCATION | CITIZENSHIP | BACKGROUND |
|---|---|---|---|
| At least **20 YEARS** of age at the time of application and **21 YEARS** of age by police academy graduation. | Graduation from a U.S. high school, G.E.D. or equivalent from a U.S. institution, or a California High School Proficiency Examination (CHSPE) certificate is required.<br><br>A two-year or a four-year college degree from an accredited U.S. or foreign institution may be substituted for the high school requirement. | The City of Los Angeles requires that a Police Officer candidate be a United States citizen, or that a non-citizen be a permanent resident alien who, in accordance with the requirements of the U.S. Citizenship and Immigration Services (USCIS), is eligible and has applied for citizenship.<br><br>During the selection process, each non-citizen is required to prove that USCIS accepted his/her application for citizenship prior to the date the Police Officer written test was taken.<br><br>California State law requires that citizenship be granted within three years after the employment application date. For information regarding citizenship requirements, contact the USCIS.<br><br>**RESIDENCY**<br>You do not have to be a resident of Los Angeles to apply for or work as an LAPD Officer. | Los Angeles Police Department Officers are entrusted with responsibility to keep our cities safe from crime and corruption. Therefore, a history of ethical and moral behavior is of the utmost importance. Your background will be looked at very closely. Candidates who have a history of unethical or immoral behavior will not be hired. You will be subjected to an intensive background evaluation, pursuant to the City of Los Angeles Public Safety Background Standards. |

**EXHIBIT 9**
**0039**

There are seven steps to the application process. | Join LAPD

# JOIN

≡





APPLY →         FAQ's →

## There are seven steps to the application process:

### Online Application and Personal Qualifications Essay (PQE) written test



All applicants must complete the **Online Application**. You must complete BOTH sections, which will take approximately 5 minutes to complete. You MUST submit the Online Application and print a copy to bring with you to the written test. **For testing calendar click** here. (https://personline.lacity.org/apps/testingcalendar/)

The **Personal Qualifications Essay (PQE)** consists of essay questions related to judgment and decision making and behavioral flexibility. Your written communication skills will also be evaluated.

### Personal History Statement (PHS)

**EXHIBIT 9**
**0040**

Completion and submittal of a **Personal History Statement (PHS)** is the first step of the Background Investigation. The PHS requires compilation of extensive biographical information, fingerprinting, and an interview with a background investigator. The investigation will also include checks of employment, police, financial, education, and military records, and interviews with family members, neighbors, supervisors, co-workers, and friends.

**STEP 2**

The Physical Fitness Qualifier and Continuous Physical Preparation

In order to better prepare for the exam and the physical demands of the academy, you are **required to attend** the Candidate Advancement Program (CAP) **and** complete the Physical Fitness Qualifier (PFQ). You **must** complete the PFQ **at least once** prior to appointment.

The PFQ consists of four events: 1) maximum sit-ups in on minute, 2) 300-meter sprint, 3) maximum push-ups in one minute, and 4) 1.5 mile-run. This is the same physical fitness test that academy recruits take the third day of the Police Academy.

## The Physical Fitness Qualifier (PFQ) and Candidate Advancement Program (CAP)

**STEP 3**

In order to better prepare for the exam and the physical demands of the academy, you are **required to attend** the Candidate Advancement Program (CAP) **and** complete the Physical Fitness Qualifier (PFQ). You **must** complete the PFQ **at least once** prior to appointment. Your goal is to score 50 or higher on the PFQ and you are encouraged to take it as many times as you like. If you are struggling to reach the goal of 50 you must attend CAP to get tips and training from our recruitment officers.

The PFQ consists of four events: 1) maximum sit-ups in on minute, 2) 300-meter sprint, 3) maximum push-ups in one minute, and 4) 1.5 mile-run. This is the same physical fitness test that recruit officers take the third day of the Police Academy.

The Academy Physical Training Program  (http://joinlapd-d7-prod.us-west-2.elasticbeanstalk.com/academy-physical-training-program) is intense and demanding, the first physical fitness test occurs during the first week of the Academy. It is critical that candidates don't wait until they are in the Academy to get into good physical shape. It is recommended to begin a physical conditioning program as soon as you apply.

## Polygraph Examination and Department Interview

**STEP 4**

The **Polygraph Examination** is conducted to confirm information obtained during the selection process.

The **Department Interview** will be conducted by a panel to assess your personal accomplishments, job motivation, instrumentality, interpersonal skills, continuous learning orientation, and oral communication skills. Only those candidates who pass this part of the process will receive a Conditional Job Offer.

## Medical Evaluation

The Medical Evaluation is thorough and it is essential that you be in excellent health with no conditions which would restrict your ability to safely perform the essential functions of the Police Officer job. Good physical condition is necessary, as training in the Academy is rigorous. Failure to be in **excellent** physical condition may delay or disrupt training and result in a dismissal from the Academy.

**EXHIBIT 9**
**0041**



## STEP 5

### Field Investigation



**STEP 6**

The **Field Investigation** includes checks of employment, police, financial, education, and military records and interviews with family members, neighbors, supervisors, co-workers, and friends. You will be evaluated on your past behavior and the extent to which your behavior demonstrates positive traits that support your candidacy for Police Officer. The Field Investigation provides you the time and opportunity to get in shape for the Academy. You have very few active responsibilities during this step of the process, so we encourage you to attend as many CAP sessions as possible and to continue to take the Physical Fitness Qualifier.

### Psychological Evaluation

**STEP 7**

The **Psychological Evaluation** consists of an oral interview and evaluation by a City psychologist on factors related to successful performance in the difficult and stressful job of Police Officer. The information evaluated includes the written psychological tests along with information obtained in the background investigation process.

## Contact a Mentor Today! (node/39)

## Mentors are available Monday – Friday from 6:00 A.M. until 4:30 P.M

## 213-473-3450

APPLICATION

PERSONAL QUALIFICATIONS ESSAY

**EXHIBIT 9**
**0042**

PERSONAL HISTORY STATEMENT

DEPARTMENT INTERVIEW, POLYGRAPH & PFQ

MEDICAL EVALUATION

FIELD INVESTIGATION

PSYCHOLOGICAL EVALUATION

**EXHIBIT 9**
**0043**

# EXHIBIT "10"

EXHIBIT 10
0044

*Los Angeles County*
# Sheriff's Department



**☰ MENU**

Search          OK

# Requirements

To apply for a Deputy Sheriff Trainee position, the following is required:

Be at least 19.5 years old to apply / 20 years old at appointment

A U.S. citizen or eligible resident alien awaiting citizenship application decision

A U.S. High school graduate or GED, or passed a U.S. high school proficiency test

Valid Class C driver's license (Out-of-state applicants can use a valid license from their home state while filing, but will need a valid California Class C license at the time of hire)

Be in good physical condition and free from any medical conditions that would interfere with the responsibilities of a Deputy Sheriff

Have at least 20/70 vision in each eye, correctable to 20/30 with only minor color impairment

No major hearing impairment (no more than 25 db loss in the better ear and 35 db loss in weaker ear)

No felony convictions or currently on probation; misdemeanors may be disqualifying, depending on the number, type of violation, and date of the violation

IV – Arduous Physical Class (Must be able to lift 25 lbs while bending, twisting or working on irregular surfaces and may require extraordinary physical exertion)


Additionally, a successful candidate will have these attributes to become a Deputy Sheriff:

Possess and demonstrate integrity

Demonstrated ability to use good judgment and problem solving

Capacity for empathy and compassion

Capacity to multi-task

Ability to demonstrate courage and to take responsibility

Ability to be resourceful and show initiative

Demonstrating assertiveness

Capacity for engaging in teamwork and ability to collaborate

**EXHIBIT 10**
**0045**

Application Process | Los Angeles County Sheriff's Department

Deputy Sheriff    **Apply Now**

*Los Angeles County*
# Sheriff's Department

☰ MENU

Search                                                                     OK

# Application Process

To make sure we're getting the best applicants you must pass a number of exams and screenings. The full process to become a Deputy Sheriff typically takes between six and nine months.

**1. Application / Supplemental Questions**
Selection Requirements, Work Conditions, & Pre-Background Questionnaire

**2. Written Test**

**3. Validated Physical Ability Test – VPAT**
Up to 2 opportunities in six months to pass

**4. Oral Interview / Intake**

**5. Background Investigation** [Approximately 3 months to complete]
Polygraph, Ride Along, Jail Tour, Orientation, Reference & Employment Checks

**6. Admin Review**

**7. Medical / Psych** [Approximately 2 months to complete]

**8. Pre-Academy Consultation**

**9. Academy**

** Please allow up to three (3) weeks in between each task for administrative processing and review.

**EXHIBIT 10**
**0046**

# EXHIBIT "11"

EXHIBIT 11
0047



**Major Duties**

The FBI Special Agent (SA) position requires significant commitment and dedication. Special Agents must:

- Adhere to the highest standards of conduct, especially in maintaining honesty and integrity.
- Be available for worldwide assignment on either a temporary or a long-term basis. Not sure about the transfer process?
- Work a minimum of 50 hours a week (which may include irregular hours) and be on call 24/7, including holidays and weekends.
- Maintain a high level of fitness necessary to complete FBI Academy at Quantico training and throughout your career.
- Carry a firearm and be willing to use deadly force, if necessary.
- Be willing and able to participate in arrests, execution of search warrants and other dangerous assignments, all of which pose the risk of personal bodily harm.

**FBI Employment Requirements for All Positions**

- Must be a U.S. Citizen.
- Must be able to obtain a Top Secret SCI (Sensitive Compartmented Information) clearance.
- Must be in compliance with the FBI Drug Policy.

See more about FBI employment requirements (/working-at-FBI/eligibility).

APPLY NOW [HTTPS://APPLY.FBIJOBS.GOV/PSC/PS/EMPLOYEE/HRMS/C/HRS_HRAM_FL.HRS_CG_SEARCH_FL.GBL?PAGE=HRS_APP_JBPST_FL&ACTION=U&FOCUS=APPLICANT&SITEID=1&JOBOPENINGID=22187&POSTINGSEQ=1]

**Employment Requirements for the Special Agent Position**

To be eligible for the FBI Special Agent position, applicants must meet the following minimum qualifications at the time of application:

- Be between 23 and 36 years of age.
  - FBI Special Agents have a mandatory retirement age of 57. In order to achieve the required 20 years of service for retirement, Special Agents must enter on duty no later than the day before their 37th birthday. Applicants must apply for the Special Agent position prior to their 36th birthday to allow adequate time to complete the Special Agent Selection System. The FBI may disqualify applicants at any time if it is determined that they will reach age 37 before appointment.
  - Current FBI employees must apply prior to their 39th birthday and must be appointed and assigned to the FBI Academy no later than the month of their 40th birthday.
- Have a minimum of a bachelor's degree from a U.S.-accredited college or university.
- Have at least two years of full-time professional work experience, or one year if you have earned an advanced degree (master's or higher).
- Possess a valid driver's license and have six months of driving experience.
- Meet the Special Agent physical fitness standards (see the Physical Requirements (/career-paths/special-agents/physical-requirements) page).
- Be available to report to one of the FBI's 56 Field Offices (https://www.fbi.gov/contact-us/field-offices) for interviews and testing several times throughout the application process. You are responsible for your own travel to and from the Field Office. Applicants who reside overseas must be available for travel to the United States for testing and processing at an FBI Field Office at your own expense; you may choose a Field Office (https://www.fbi.gov/contact-us/field-offices) that is most convenient for you. While travel from an overseas location to the Processing Field Office (PFO) is the responsibility of the applicant, any additional travel for Phase II testing from the PFO will be incurred by the FBI.
- If you are currently on active duty in the military, you must be within one year of completing your service before submitting your application.

**Core Compentencies**

**EXHIBIT 11**
**0048**


**COLLABORATION**


**COMMUNICATION**


**FLEXIBILITY / ADAPTABILITY**


**INITIATIVE**


**INTERPERSONAL ABILITY**


**LEADERSHIP**


**ORGANIZING / PLANNING**


**PROBLEM SOLVING / JUDGMENT**

FBI Special Agents are required to adhere to strict standards of conduct and exemplify the FBI's Core Competencies listed above. Please explain how you have demonstrated these competencies in real-life situations within your resume. Provide as much information as possible. Use the Situation, Action, Result format to describe the situation, the actions you took and the resulting outcomes.

Definitions of the FBI Core Competencies [/sites/default/files/FBI_Core_Competencies_Definitions.pdf].

Special Agent Selection Process: Core Competencies



Becoming an Agent: The First Week

**EXHIBIT 11**
**0049**



ACCESSIBILITY (HTTPS://WWW.FBI.GOV/ACCESSIBILITY?EMID=) | EQUAL OPPORTUNITY (/EQUAL-OPPORTUNITY) | PRIVACY POLICY (/PRIVACY-POLICY) | FBI.GOV (HTTPS://WWW.FBI.GOV/) |

FBIJOBS.GOV is an official site of the U.S. Government, U.S. Department of Justice
FBI is a partner with the U.S. Intelligence Community

©Federal Bureau of Investigation. All Rights Reserved.

[/]

**FBI** Jobs

f          

## ELIGIBILITY

**Ensure you meet our mission standards.**

If you believe an FBI career is the right fit for you, familiarize yourself with our qualification requirements here.

**APPLY TO JOBS** (HTTPS://APPLY.FBIJOBS.GOV/)

Home [/] / Working at FBI / Eligibility

## EMPLOYMENT ELIGIBILITY

In order to be eligible for employment with the FBI, applicants must violate none of the automatic employment disqualifiers, and adhere to the FBI's pre-employment drug policy. Please ensure you meet these standards before submitting an application. All of these disqualifiers are extensively researched during the FBI Background Investigation Process.

## EMPLOYMENT DISQUALIFIERS

Below are specific elements that will automatically disqualify job candidates for employment with the FBI. These include:

- Non-U.S. citizenship
- Conviction of a felony (Special Agent candidates only: conviction of a domestic violence misdemeanor or more serious offense)
- Violation of the FBI Employment Drug Policy (please see below for additional details)
- Default on a student loan insured by the U.S. Government
- Failure of an FBI-administered urinalysis drug test
- Failure to register with the Selective Service System (for males only, exceptions apply – please click here [https://www.sss.gov/Portals/0/PDFs/WhoMustRegisterChart.pdf] to find out more)
- Knowingly or willfully engaged in acts or activities designed to overthrow the U.S. government by force
- Failure to pay court ordered child support
- Failure to file federal, state, or local income tax returns

Please note that if you are disqualified by any of the above tests, you are not eligible for employment with the FBI. Please make sure you can meet FBI employment requirements and pass all disqualifiers before you apply for an FBI position.

## EMPLOYMENT DRUG POLICY

The FBI is firmly committed to a drug-free society and workplace. Applicants for employment with the FBI who are currently using illegal drugs, misusing or abusing legal drugs or other substances at the time of the application process will be found unsuitable for employment. While the FBI does not condone any prior unlawful drug use by applicants, the FBI realizes some otherwise qualified applicants may have used illegal drugs at some point in their past. The guidelines set forth in this policy should be followed for determining whether an applicant's prior drug use makes him or her unsuitable for employment, balancing the needs of the FBI to maintain a drug-free workplace and the public integrity necessary to accomplish its law enforcement and intelligence missions by hiring the most qualified candidates to fill the FBI's personnel needs.

A candidate will be found unsuitable for employment and automatically disqualified if he/she deliberately misrepresents his or her drug history in connection with his or her application for employment. Additionally, candidates are automatically disqualified under the following criteria:

### Marijuana Usage:

Candidates cannot have used marijuana within the three (3) years preceding the date of their application for employment, regardless of the location of use (even if marijuana usage is legal in the candidate's home state). The various forms of marijuana include cannabis, hashish, hash oil, and tetrahydrocannabinol (THC), in both synthetic and natural forms.

A candidate's use of marijuana in its various forms for medical reasons, regardless of whether or not it was prescribed by a licensed practicing physician, cannot be used as a mitigating factor.

### Illegal Drugs:

Candidates cannot have used any illegal drug, other than marijuana, within the ten (10) years preceding the date of the application for employment.

Additionally, candidates cannot have sold, distributed, manufactured, or transported any illegal drug or controlled substance without legal authorization.

### Prescription Drugs/Legally Obtainable Substances:

Candidates cannot have used anabolic steroids without a prescription from a licensed practicing physician within the past ten (10) years preceding the date of the application for employment.

Finally, candidates cannot have sold, distributed, manufactured, or transported any prescription drug without legal authorization.

## FBI BACKGROUND INVESTIGATION

All FBI employees must undergo an FBI Background Investigation and receive an FBI Top Secret security clearance. Once you have received and accepted a conditional job offer, the FBI will initiate an intensive background investigation. You must go through this background investigation, and you must pass, before moving forward with employment. The preliminary employment requirements include a polygraph examination; a test for illegal drug use; credit and records checks; and extensive interviews with former and current colleagues, neighbors, friends, professors, etc. Before applying for any FBI position, please make sure that the FBI Employment Disqualifiers do not apply to you.

**EXHIBIT 11**
**0052**

   

ACCESSIBILITY (HTTPS://WWW.FBI.GOV/ACCESSIBILITY?EMID=) | EQUAL OPPORTUNITY (/EQUAL-OPPORTUNITY) |
PRIVACY POLICY (/PRIVACY-POLICY) | FBI.GOV (HTTPS://WWW.FBI.GOV/) |

FBIJOBS.GOV is an official site of the U.S. Government, U.S. Department of Justice
FBI is a partner with the U.S. Intelligence Community

©Federal Bureau of Investigation. All Rights Reserved.

**EXHIBIT 11**
**0053**

# EXHIBIT "12"

EXHIBIT 12
0054

**TODAY'S MILITARY**

MENU 🔍

## Main Menu

ABOUT THE MILITARY

HOW TO JOIN

CAREERS & BENEFITS

EDUCATION & TRAINING

MILITARY LIFE

FOR PARENTS

LANGUAGE: ENGLISH | ESPAÑOL

EDUCATOR RESOURCES

REQUEST INFORMATION

FAQS

HOW TO JOIN

# Enlisting in the Military

Once you have talked to a recruiter, you'll set a date to visit a Military Entrance Processing Station (MEPS) to finish the enlistment process. The MEPS is a joint Service organization that determines an applicant's physical qualifications, aptitude and moral standards as set by each branch of military service. There are MEPS locations all over the country.

**On This Page**

MEPS VISIT TIPS

STEPS TO ENLISTING

## EXHIBIT 12

**TODAY'S MILITARY.**

MENU  🔍

Military Entrance Processing Station (MEPS) Overview

▶

## Military Entrance Processing Station (MEPS) Overview

Each MEPS is staffed with military and civilian professionals who carefully screen each applicant to ensure they meet the physical, academic and moral standards set by each Service.

LENGTH 2:56  |  VIEW TRANSCRIPT

**Related Videos**

| A Day at the Military Entrance Processing Station (MEPS) | Taking the Oath of Enlistment |
| --- | --- |

## MEPS Visit Tips

Here are a few things you should keep in mind for the visit:

- Bring a Social Security card, birth certificate and driver's license
- Remove piercings, and do not wear clothing with obscene images
- Bring glasses or wear contacts, and bring along an eyeglass or contact lens case and solution
- Get a good night's sleep and arrive early

You'll officially complete the process of joining the Military once you meet all of the Service requirements assessed at the MEPS. The process typically takes one to two days, with food and lodging provided.



TODAY'S
MILITARY

MENU



PRIVATE 1ST CLASS / KEEGAN LEWINS   ARMY NATIONAL GUARD

## Step 1: Take the Armed Services Vocational Aptitude Battery (ASVAB)

The **ASVAB** is a multiple-choice exam that helps determine the careers for which an individual is best suited. Both traditional pen-and-paper exams and a computer-based version are available. The ASVAB takes approximately three hours to complete and has questions about standard school subjects like math, English, writing and science. Each Service uses a custom combination of ASVAB results to produce scores related to different career fields. Alternatively, recruits may take the PiCAT, or Prescreen Internet Based Computerized Adaptive Test, which is an untimed, unmonitored version of the ASVAB that can be taken online.

In addition, some high schools offer and administer the ASVAB test to their students. If you have taken the test already, you should inform your recruiter and see if your results are still valid.



CADET  BRIAN ABRAMS   ARMY RESERVE

## Step 2: Pass the Physical Examination

A recruiter will discuss physical **eligibility requirements** with you beforehand. The physical is a regular medical exam, similar to what you would receive from a family doctor. Some recruiters may conduct a short physical training (PT) test with potential recruits as well.

Examinations include:

- Height and weight measurements
- Hearing and vision examinations
- Urine and blood tests
- Drug and alcohol tests
- Muscle group and joint maneuvers
- Specialized test if required (pregnancy test for women, body fat percentage test for those who are overweight, tests relating to any unusual medical history)

**EXHIBIT 12**
**0057**





STAFF SERGEANT | SALMAN SYED    AIR FORCE RESERVE

### Step 3: Meet With a Counselor and Determine a Career

At this point, a service enlistment counselor meets with you to find the right job specialty. A few different factors contribute to career selection:

- Needs of the Service
- Job availability
- ASVAB score
- Physical requirements (for example, a recruit needs normal color vision for some careers)
- Recruit preference

**LEARN MORE: EXPLORE CAREERS**

The service enlistment counselor will also go over the enlistment agreement. It is important to understand this fully before signing. When you sign this agreement, you are making a serious commitment to the Military.

At this time, you will also be fingerprinted for your file, which is required for background checks and security clearances.

**EXHIBIT 12**
**0058**

TODAY'S MILITARY

MENU    🔍



FIRST LIEUTENANT : STEVE ROGACKI    ARMY

## Step 4: Take the Oath of Enlistment

Once your career has been determined, you are ready to take the Oath of Enlistment. In this statement, you vow to defend the United States Constitution and obey the Uniform Code of Military Justice (UCMJ). Family members are invited to watch and take photos.

*I, (name), do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the president of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.*



CADET : PAIGE HERBST    ARMY NATIONAL GUARD

## Step 5: After the MEPS

You'll do one of two things, depending on the terms of your enlistment:

- Direct Ship: Report to Basic Training shortly after completing MEPS testing requirements. (It varies based on job assignment and branch.) A recruiter will provide instructions on transportation to Basic Training at this time.

- Delayed Entry Program (DEP): Commit to Basic Training at a time in the future, generally within one year. Most recruits enter DEP before shipping, including those who enlist before completing high school. Recruits enrolled in DEP may return to their homes until the time comes to report for duty.

Remember, a recruiter can answer any additional questions you may have about the enlistment process.

**QUESTIONS TO ASK A RECRUITER**

**More In How To Join**



TODAY'S
MILITARY.

ASVAB TEST

BECOMING AN OFFICER

BOOT CAMP

QUESTIONS TO ASK A RECRUITER

# EXHIBIT "13"

EXHIBIT 13
0061








**Military.com**



Military.com

**Get ready for Army Basic Training** Schedules & Timelines - Army  Army Basic Training is an intense 10 week program. The breakdown is as follows:

**ZERO WEEK: RECEPTION**

This is where your transformation for civilian life to the Army world begins—from bidding farewell to your civilian clothes, getting your Army haircut and getting ready to become physical fit.

**WEEK 1: FALL IN**

Once Reception Week completes, it's now time to get down to business, lots to learn in a short period of time, new rules, regulations and processes involved in being in the Army. Classroom instruction begins.

**WEEK 2: DIRECTION**

Your new mentor is your Drill Sergeant, leaving the classroom for the field, it's time to test your physical and

**EXHIBIT 13**
**0062**

 Military.com

Show Full Article

**Related Topics**

Army, Basic Training/Boot Camp

*© Copyright 2019 Military.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

## You May Also Like

 Part of $100M Fort Bragg Housing Investment Work Starts this Month

 Bell Unveils New '360 Invictus' Attack Helicopter for Army's Future Wars

 2,000-Plus Turn Up at Funeral of Florida Veteran with No Kin

 Purple Heart Recipient Dies after Saving Granddaughter from House Explosion

## Join the Military

- Contact a Recruiter
- The ASVAB Test
- Service Choices
- Eligibility Requirements

- Military Jobs
- Pay Benefits
- Visiting a Recruiter
- ROTC

## Select Service

ARMY      MARINES      NAVY      AIR FORCE

NATIONAL GUARD      COAST GUARD      SPOUSE      LOGIN

## Related Articles About Enlisting



EXHIBIT 13

**0063**





## Man Gets First Haircut in 15 Years in Order to Enlist in Army

Reynaldo Arroyo, 23, who enlisted as an infantryman, donated his hair to Locks of Love.

 California Democrat Renews Bill to Let 'Dreamers' Enlist

 14 Sikh High Schoolers Get Waivers to Enter Army Basic With Beard, Turban

 New Pentagon Transgender Enlistment Ban Takes Effect

 Why the Marines Are Throwing Big Cash Bonuses at Infantry Squad Leaders

View More

## Latest Military Videos



**EXHIBIT 13**
**0064**

What to Expect in Army Boot Camp | Military.com

☰　**Military.com**　🔍



## The Corps Vision

The Marine Corps plays an integral role in the National Defense Strategy. Its training, capabilities and global presence ensure...



## Littoral Combat Ship Fires Naval Strike Missile in Pacific Exercise

The Independence-variant littoral combat ship USS Gabrielle Giffords (LCS 10) successfully demonstrated the capabilities of the Naval Strike Missile...



**EXHIBIT 13**
**0065**



☰          **Military.com**          🔍



## Male Marines Attempt to Form Sock Buns

How do Marines celebrate National Hair Day? Watch as Okinawa-based attempt to style a female Marine's hair into a...



## Alternate Assessment for Selected Soldiers with Permanent Profiles

Army senior leaders have approved a modification of the ACFT that included three aerobic test events for selected Soldiers...



EXHIBIT 13
0066

Case 3:19-cv-01226-L-AHG    Document 12-9    Filed 10/04/19    PageID.293    Page 84 of 85



**Military.com**



## Medical Teams Save Soldier During Historic Flight

Extracorporeal Membrane Oxygenation, Critical Care Air Transport, and Aeromedical Evacuation teams came together on a historic trip, saving the...

View More

**EXHIBIT 13**
**0067**



☰                                  🔍

Please stay on topic. Off topic posts will be deleted. Only links allowed are .gov, .mil and military.com.

**What do you think?**

5 Responses

👍 Upvote    😆 Funny    😍 Love    😮 Surprised    😠 Angry    😢 Sad

**0 Comments**    **Military.com**                                    1 Login ▾

♡ Recommend    🐦 Tweet    f Share                        Sort by Newest ▾

Start the discussion…

**LOG IN WITH**       **OR SIGN UP WITH DISQUS** ⑦



Name

Email

Password

Please access our Privacy Policy to learn what personal data Disqus collects and your choices about how it is used. All users of our service are also subject to our Terms of Service.

→

Be the first to comment.

✉ Subscribe   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

Add a comment

About Us | Advertise with Us | Privacy Policy

f 📷 📌 🐦 ▶

© 2019 Military Advantage | A MONSTER Company