1  John W. Dillon (Bar No. 296788)
2  Gatzke Dillon & Ballance LLP
   2762 Gateway Road
3  Carlsbad, California 92009
   Telephone: (760) 431-9501
4  Facsimile: (760) 431-9512
5  E-mail:  jdillon@gdandb.com

6  Attorney for Plaintiffs

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 MATTHEW JONES; THOMAS FURRH;          Case No.: 19-cv-01226-L-AHG
   KYLE YAMAMOTO; PWGG, L.P.
12 (d.b.a. POWAY WEAPONS AND GEAR        Hon. Judge M. James Lorenz and
   and PWG RANGE); NORTH COUNTY         Magistrate Judge Allison H. Goddard
13 SHOOTING CENTER, INC.; BEEBE
14 FAMILY ARMS AND MUNITIONS            **DECLARATION OF DAVID T.**
   LLC (d.b.a. BFAM and BEEBE FAMILY    **HARDY IN SUPPORT OF**
15 ARMS AND MUNITIONS); FIREARMS        **PLAINTIFFS' MOTION FOR**
   POLICY COALITION, INC.;              **PRELIMINARY INJUNCTION**
16 FIREARMS POLICY FOUNDATION;          **(Part 3 of 4)**
17 THE CAL GUN RIGHTS FOUNDATION
   (formerly, THE CALGUNS
18 FOUNDATION); and SECOND              Complaint Filed: July 1, 2019
19 AMENDMENT FOUNDATION                 Amended Complaint Filed: July 30, 2019
                          Plaintiffs,
20                                       Date: November 18, 2019
21 v.                                    Time: 9:00 a.m.
                                         Courtroom: Dept. 5B
22 XAVIER BECERRA, in his official
   capacity as Attorney General of the
23 State of California, et al.,
24                          Defendants
25
26
27
28

# EXHIBIT "13"

EXHIBIT 13
0205

This is a reproduction of a library book that was digitized
by Google as part of an ongoing effort to preserve the
information in books and make it universally accessible.

 

https://books.google.com

**EXHIBIT 13**
**0206**



EXHIBIT 13
0207

**Harvard College Library**



FROM THE BEQUEST OF

CHARLES SUMNER

CLASS OF 1830

SENATOR FROM MASSACHUSETTS

FOR BOOKS RELATING TO
POLITICS AND FINE ARTS

Digitized by Google

**EXHIBIT 13**
**0208**

THE

# STATUTES AT LARGE

OF

## SOUTH CAROLINA;

EDITED, UNDER AUTHORITY OF THE LEGISLATURE,

BY

DAVID J. McCORD.

VOLUME EIGHTH,

CONTAINING THE ACTS RELATING TO CORPORATIONS AND THE MILITIA.

COLUMBIA, S. C.
PRINTED BY A. S. JOHNSTON.
1840.

EXHIBIT 13
0209

# Table of Contents.

---

ACTS RELATING TO CORPORATIONS.—BANKS.

| A. D. 1801. | No. 1759. | An Act to incorporate the South Carolina and State Banks.....................1 |
|---|---|---|
| A. D. 1802. | 1791. | An Act to incorporate the State Bank, and imposing certain restrictions on the directors, officers and servants of Banks in this State.................6 |
| A. D. 1810. | 1964. | An Act to incorporate the Union Bank of South Carolina....................14 |
|  | 1975. | An Act to incorporate the Planters's and Mechanica's Bank of South Carolina..................................................................18 |
| A. D. 1811. | 1986. | An Act for amending the charter of the Planters's and Mechanics's Bank of South Carolina ; and for other purposes therein mentioned.............22 |
| A. D. 1812. | 2021. | An Act to establish a Bank, on behalf of and for the benefit of the State.....24 |
| A. D. 1813. | 2027. | An Act to explain and amend an Act entitled "An Act to establish a Bank, on behalf of and for the benefit of the State.".........................31 |
| A. D. 1814. | 2047. | An Act to alter and amend the charter of the Bank of the State of South Carolina, so far as relates to the issuing of bills of a less denomination than one dollar ; and for other purposes therein mentioned..................23 |
| A. D. 1815. | 2082. | An Act to amend the charter of the Bank of South Carolina.................34 |
|  | 2083. | An Act to alter and amend the charter of the State Bank...................34 |
| A. D. 1816. | 2102. | An Act to authorize the President and Directors of the Bank of the State of South Carolina to call in the paper medium loan office bonds; and to establish a branch Bank in Georgetown...................................35 |
| A. D. 1817. | 2134. | An Act to alter and amend an Act entitled "An Act to establish a Bank, on behalf of and for the benefit of the State.".........................36 |
|  | 2140. | An Act to amend the several Acts incorporating the Banks of the State of South Carolina................................................................36 |
| A. D. 1818. | 2176. | An Act to alter and amend the charter of the Bank of the State of South Carolina...................................................................37 |
|  | 2184. | An Act to alter and amend the charter of the Bank of the State of South Carolina....................................................................37 |
|  | 2199. | An Act to excuse the officers of the several branches of the Bank of the State of South Carolina, from the performance of ordinary Militia duty, and serving on Juries...........................................................38 |
|  | 2200. | An Act to authorize the President and Directors of the Bank of the State of South Carolina, to establish a branch of the said Bank in Camden.......38 |
| A. D. 1822. | 2282. | An Act to protect Banks, and the holders of bills and notes, from fraud......39 |
|  | 2290. | An Act to renew the charter of the State Bank, and the Bank of South Carolina ; and for other purposes therein mentioned.....................39 |
|  | 2296. | An Act to establish a Bank in the town of Hamburg, and to incorporate the same...................................................................40 |

Digitized by Google

EXHIBIT 13
0210

## TABLE OF CONTENTS.

### ACTS RELATING TO THE MILITIA.

| A. D. 1794. | No. 1582. | An Act to organize the Militia throughout the State of South Carolina, in conformity with the Act of Congress ........................485 |
| | 1602. | An additional Act to the Act entitled "Act Act to organize the Militia throughout the State of South Carolina, in conformity with the Act of Congress." ..............................498 |
| A. D. 1795. | 1622. | An additional Act to the Act entitled "An Act to organize the Militia throughout the State of South Carolina, in conformity with the Act of Congress;" and for other purposes therein mentioned........................501 |
| A. D. 1796. | 1657. | An Act to prolong the time for certain officers of the militia to take the oath or affirmation prescribed by law.........................503 |
| A. D. 1797. | 1662. | An Act concerning the Cavalry and Artillery of this State; and for other purposes therein mentioned.........................503 |
| A. D. 1800. | 1748. | An Act in addition to the Militia Laws of this State........................506 |
| A. D. 1807. | 1892. | An Act to alter and amend an Act entitled "An Act concerning the Cavalry and Artillery of this State, and for other purposes therein mentioned;" passed the sixteenth December, seventeen hundred and ninety-seven....509 |
| | 1893. | An Act to give the militia officers of this State, who have not taken the oath required by the Act of the General Assembly, passed the nineteenth day of December, one thousand seven hundred and ninety-four, in the manner directed by said Act, further time to take the said oath...............510 |
| | 1898. | An Act explanatory of former Acts relative to the mode of determining the seniority of officers in the militia of this State; and for other purposes therein mentioned.........................510 |
| A. D. 1808. | 1916. | An Act requiring the Major Generals of the Militia of this State to cause one uniform system of evolutions to be adopted by the Cavalry, within their respective divisions; for perfecting the several officers of the militia throughout this State, in their military duties; and for other purposes therein mentioned..........................511 |
| A. D. 1809. | 1940. | An Act to amend and explain the militia laws of this State.........................515 |
| A. D. 1812. | 2010. | An Act to exempt the officers, non-commissioned officers and privates, of the City Guard of Charleston, from militia duty.........................518 |
| A. D. 1813. | 2025. | An Act to alter and amend the militia laws of this State.........................518 |
| A. D. 1814. | 2046. | An Act to prolong the time for certain militia officers to take the oath or affirmation prescribed by law.........................522 |
| | 2054. | An Act to divide the State into five Divisions and ten Brigades.............523 |
| | 2055. | An Act to raise a Brigade of State Troops.........................524 |
| A. D. 1815. | 2069. | An Act for the organization of the Staff of the Militia of South Carolina; and for other purposes therein mentioned.........................528 |
| | 2071. | An Act to alter and amend the militia laws of this State.........................529 |
| A. D. 1816. | 2099. | An Act to make all the officers of the militia of this State elective.........533 |
| A. D. 1818. | 2187. | An Act to increase the number of places of elections, now limited by law, for the elections of Colonels and Majors in each regiment or battalion throughout the State; and for other purposes therein mentioned........535 |
| | 2199. | An Act to excuse the officers of the several Branches of the Bank of the State of South Carolina from the performance of ordinary militia duty, and serving on juries.........................537 |
| A. D. 1819. | 2220. | An Act to provide for the more effectual performance of patrol duty........538 |
| A. D. 1820. | 2232. | An Act to give the same compliment of officers to companies of Artillery in this State, as are required by the laws now of force in the United States service; and for other purposes therein mentioned.....................541 |
| | 2244. | An Act authorizing another regiment of militia to be raised and organized in the District of Pendleton; and for other purposes.........................542 |
| A. D. 1821. | 2271. | An Act authorizing another regiment of militia to be raised and organized in the District of Barnwell; and for other purposes.........................543 |
| A. D. 1822. | 2294. | An Act to consolidate and equalize certain militia companies; to authorize the sale of small arms; and the inspection of muskets made by Adam Carruth, preparatory to their being purchased by the State............544 |
| A. D. 1823. | 2317. | An Act to regulate the performance of patrol duty on Charleston Neck......545 |
| | 2318. | An Act to require the officers of each brigade of militia to assemble in Brigade Encampments; and for other purposes.........................549 |

EXHIBIT 13
0211

TABLE OF CONTENTS.                              ix

A.D. 1824.  No. 2341. An Act to repeal the first section of an Act entitled "An Act to require the officers of each brigade of militia to assemble in Brigade Encampments, and for other purposes," passed the 20th day of December, 1823; and for other purposes............................................550

A.D. 1827.  2406. An Act to alter and define the Line between the thirty-fourth and thirty-fifth Regiments of the South Carolina Militia; and for other purposes....552

2410. An Act to enlarge the recruiting limits of the Winnsborough Light Infantry Volunteer Company......................................................552

A.D. 1828.  2450. An Act to regulate the elections of Cavalry and Artillery Officers throughout this State........................................................553

A.D. 1829.  2479. An Act to regulate the collection of Military Fines; and for other purposes...........................................................553

2487. An Act to provide for the division of Beat Company number seven, of the 16th Regiment of South Carolina Militia................................554

2488. An Act to consolidate the two Beat Companies of Georgetown............555

A.D. 1830.  2504. An Act to change the place of Company Muster in Saint James Santee......555

2506. An Act to establish the Dividing Line between the 26th and 27th Regiments of Militia; and to lay off a new Beat Company at and around Sumterville..................................................................556

2510. An Act to conform the Military with the Judicial Divisions of Pendleton District; and for other purposes.........................................557

2511. An Act to form a Squadron of Cavalry in the Eighth Brigade..............559

A.D. 1831.  2523. An Act to authorize the formation of a Mounted Corps in Charleston.......560

2525. An Act to define the Recruiting Limits of the Fairfield Grenadier Company.560

2529. An Act to lay off and establish a new Beat Company in the seventh Regiment of South Carolina Militia.......................................561

2541. An Act to enable officers of the militia to reside, in certain cases, out of their commands........................................................561

A.D. 1832.  2560. An Act further to alter and amend the Militia Laws of this State...........562

2561. An Act to regulate the militia of the parishes of St. Philip and St. Michael; and for other purposes...............................................565

2565. An Act to empower the Commissioners of Cross Roads, for Charleston Neck, to appoint a collector of patrol fines.....................................566

2567. An Act to transfer Captain Cleckley's Company to the 14th Regiment of South Carolina Militia; and for other purposes.........................567

2570. An Act prescribing the mode of altering the boundaries of the several Militia Beats, Battalions and Regiments, within this State.......................567

A.D. 1833.  2612. An Act to provide for the Military organization of this State..............568

A.D. 1834.  2624. An Act to amend an Act entitled "An Act to provide for the Military organization of this State," passed on the 19th day of December, 1833; and for other purposes...........................................................578

A.D. 1835.  2650. An Act further to provide for the military organization of this State........581

2656. An Act to alter and amend the fourteenth section of an Act entitled "An Act to provide for the more effectual performance of patrol duty," passed on the eighteenth day of December, in the year of our Lord one thousand eight hundred and nineteen...........................................587

A.D. 1836.  2660. An Act to consolidate the First Company of the Charleston Ancient Battalion of Artillery, and the Jefferson Artillery, into one company, and to incorporate the same; and for other purposes.........................588

2686. An Act further to provide for the military organization of this State........589

A.D. 1837.  2714. An Act further to provide for the military organization of this State; and for other purposes.............................................592

2784. An Act to amend an Act entitled "An Act to regulate the performance of patrol duty on Charleston Neck;" and for other purposes...............597

Digitized by Google

EXHIBIT 13
0212

# ACTS RELATING TO THE MILITIA.

---

AN ACT TO ORGANIZE THE MILITIA THROUGHOUT THE STATE OF SOUTH No. 1582.
CAROLINA, IN CONFORMITY WITH THE ACT OF CONGRESS.

WHEREAS, it is necessary to organize the militia of this State, in conformity with the Act of Congress, in that case made and provided :

I. *Be it therefore enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and immediately after the passing of this Act, the whole of this State shall be divided into two divisions, and to each division there shall be a major-general ; one of which divisions shall comprehend the districts of Charleston, Georgetown, Beaufort, Cheraw, Camden, and Orangeburg, except the Dutch Fork, between Saluda and Broad rivers ; and the other shall comprehend and include the districts of Ninety-six, including the Dutch Fork between Saluda and Broad rivers, Washington and Pinckney ; and in the first division there shall be five brigades ; one for Charleston district, except Colleton county regiment ; one for Beaufort and Orangeburg, including Colleton county regiment ; one for Georgetown ; and one for Cheraws, and one for Camden district. In the second division there shall be four brigades, one for Abbeville and Edgefield counties, one for Laurens and Newberry counties, including the Dutch Fork, one for Washington district, and one for Pinckney district. And that as soon as the Governor or Commander-in-chief of this State shall be informed of the organization and arrangement of the militia regiments of this State, agreeable to the provisions made by this Act, he be, and is hereby, authorized and required to issue his proclamation, notifying the same, from and immediately after which the militia commissions of all such persons as shall not be re-elected and confirmed in the rank and grade they may hold under the laws of this State, shall be vacated ; but that every person who shall be re-elected and confirmed in such commission as he holds in the militia of this State, shall retain such commission, and take rank from the date thereof.

II. *And be it further enacted* by the authority aforesaid, That the Legislature, on the first organization of the militia of this State, under this Act, shall choose, by ballot, the major-generals, brigadier generals, and adjutant-general ; which adjutant-general shall be of the rank of lieutenant-colonel.

*State divided into divisions and brigades.*

*Major-generals, &c.*

Digitized by Google

**EXHIBIT 13**
**0213**

486                    STATUTES AT LARGE

A.D.1794.              *Acts relating to the Militia.*

Brigades to be divided into regiments, battalions and companies.

III. *And be it further enacted* by the authority aforesaid, That as soon as the several brigadier-generals are notified by the Goveror of their election, they shall proceed to divide their respective brigades into regiments; and that after they have made such division, they shall appoint five fit and proper persons in each regiment, whose duty it shall be to divide the respective regiments into battalions and companies, as nearly as conveniently may be, conformably to the Act of Congress.

Lieutenant-colonel and two majors to be elected.

IV. *And be it further enacted* by the authority aforesaid, That as soon as the respective regiments, battalions and companies, are marked off and designated, the brigadier-general of each district, respectively, shall direct a regimental muster, as well of those men liable to do duty in time of alarm as at common musters, to be held (giving at least fifteen days notice thereof,) at the most central part of the regimental district, for the election of a lieutenant-colonel and two majors, and shall appoint proper persons to open and hold a poll from the hours of nine o'clock in the morning to five o'clock in the afternoon, for the election of the said officers, respectively; and that the persons having the greatest number of votes for lieutenant-colonel shall be commissioned as lieutenant-colonels, and the persons having the greatest number of votes as majors shall be commissioned as majors, of the respective regiments and battalions; and that the said brigadier-general shall appoint proper persons in each company, who shall, within five days after the said election of field officers, hold an election for a captain, lieutenant and ensign, in each company, in manner aforesaid; and the persons having the greatest number of votes in each company, shall be commissioned as officers thereof, or retain their former commissions, as the case may be, according to the grade to which they shall be severally elected. *Provided, always, nevertheless,* that wherever there shall be any company of artillery, cavalry or infantry, associated, uniformed and in commission, which, on the twentieth day of June next, shall consist of at least forty effective rank and file, it shall be lawful for such company to meet and vote for their officers; and the persons duly elected by a majority of votes, shall retain their commissions, or be commissioned by the Governor, as the case may be, to such grades as they shall be, respectively, elected to. And that all other officers of the Charleston regiment, as well field as battalion officers, shall be elected by the regiment at large; and no person shall be considered as elected, who shall not have a majority of the votes of the persons voting. *Provided, also,* that the men composing the uniform companies shall not be entitled to vote for the captains, lieutenants and ensigns of the other companies, to be elected by virtue of this Act.

Contested elections.

V. *And be it further enacted* by the authority aforesaid, That in case of any contested election, the validity of the same, (in the election of field officers,) shall be referred to the brigadier-general of the brigade, who shall call to his assistance two field officers of some other regiments of his brigade; and in the election of captains, lieutenants and ensigns, shall be referred to the field officers of the regiment to which they belong; and all elections of officers, made in pursuance of this Act, shall be returned, on oath, by the managers, to the Governor.

How to proceed where the brigadier-general resides out of the State.

VI. *And be it further enacted* by the authority aforesaid, That if any person who shall be elected a brigadier-general, by virtue of this Act, shall be without the limits of the State, it shall be the duty of the major-general of the division to do and perform the duties enjoined on the said brigadier-general; and in case of his sickness or inability to attend, it shall be lawful for the Governor or Commander-in-chief for the time being to commission,

Digitized by Google

EXHIBIT 13
0214

*Acts relating to the Militia.*   A. D. 1794.

under his hand and seal, some fit and proper person to execute the duties imposed by this Act, so far as regards the division of the brigades and election of officers.

VII. *And be it further enacted* by the authority aforesaid, That all the officers who shall be appointed by virtue of this Act, shall reside within their respective commands, and on their removal therefrom their commissions shall be vacated; *provided*, that the restrictions, as to residence, shall not extend to the officers of the Charleston regiment or regiments, but that a residence within the city shall be sufficient. That the major-generals shall have the right to appoint their respective aids-de-camp, and that the brigadier-generals shall have the right to appoint their respective aids-de-camp, who shall have the rank of captain; and they shall also have the right to appoint their respective brigade-inspectors, who shall be approved of by the major-general of the division; that the regimental staff shall be appointed by the lieutenant-colonels, respectively, and be approved of by the brigadier; and that all officers so to be nominated and appointed, as aforesaid, shall be commissioned by the Governor, who shall be authorzed to appoint all other officers; and that in case of vacancy by death, resignation, or otherwise, the brigadiers shall rise in their respective divisions, the lieutenant-colonels commandant in their respective brigades, the majors in their respective regiments, the captains in their respective battalions, and the subalterns in their respective companies, by seniority of commission.

*All officers to reside within their commands.*

VIII. *And be it further enacted* by the authority aforesaid, That each brigade-inspector shall receive for his pay fifty pounds per annum, exclusive of the pay he may be entitled to receive when called into actual service.

IX. *And be it further enacted* by the authority aforesaid, That all sergeants and corporals shall be appointed by the captains of the different companies; and that each and every company, created by virtue of this Act, shall have a place of rendezvous, at which they shall, respectively, assemble once in every two months, except in Charleston, Georgetown and Camden, where they shall assemble once a month, by companies, for the purpose of training, disciplining and improving in martial exercise, and shall not be kept at the place of exercise more than one day at a time; and that each battalion shall be obliged to rendezvous in like manner for the same purpose, not oftener than twice a year, either in battalion or regiment, in such place as the brigadier shall think proper, and shall not be kept at the place of exercise more than one day at a time.

*Companies, places of rendezvous &c.*

X. *And be it further enacted* by the authority aforesaid, That every captain or commanding officer of a company shall also enrol every citizen who shall, from time to time, arrive at the age of eighteen years, or come to reside within his beat, and without delay notify such enrolment to such citizen so enrolled, by some non-commissioned officer of the company, who shall be a competent witness to prove such notice; that all disputes that may happen with respect to the age or ability of any person to bear arms, shall be determined by the captain or commanding officer of the company, with a right of appeal by the person who may conceive himself aggrieved, or by any other person belonging to the company, to the lieutenant-colonel or commanding officer of the regiment.

*Persons to be enrolled at the age of 18.*

XI. *And be it further enacted* by the authority aforesaid, That the Commander-in-chief for the time being may, in case of invasion or other emergency, when he shall judge it necessary, order out any proportion of the militia of the State, to march to any part thereof, and continue as long as

EXHIBIT 13
0215

A. D. 1794.

Marching out of the State in cases of emergency.

he may think it necessary; and likewise may, in consequence of an application from the executive of any of the United States, on an invasion, or an apprehension of an invasion, of such State, at his discretion, order any number of the militia, not exceeding one third part thereof, to such State; *provided,* that they be not compelled to continue on duty out of this State more than two months at any one time; that whilst in actual service, in consequence of being so called out, they shall receive the same pay and rations, and be subject to the same rules and regulations, as the troops of the United States of America. *Provided,* that upon any transgression or offence of a militia man, whether officer or private, against the rules and regulations of the federal army, the cause shall be tried and determined by a court martial of the militia of this State; and that it shall be in the power of the Governor, or, in case of his absence, of the commanding officer of the militia of this State, to mitigate, suspend or pardon, any punishment to which any militia man be sentenced by a general court martial.

In cases of invasion.

XII. *And be it further enacted* by the authority aforesaid, That it shall and may be lawful to and for any major-general, or brigadier-general, or commanding officer of a brigade, or lieutenant-colonel commandant, or commanding officer of a regiment, when and as often as any invasion may happen, to order out the militia under their respective commands, for the defence of this State, giving notice of such invasion, and every circumstance attending the same, as early as possible, to their immediate commanding officer, by whom such information shall be transmitted to the Governor or Commander-in-chief, by express, the expense of which shall be immediately paid. And that in cases of insurrection, the commanding officer of the regiment or battalion within the limits of which any such insurrection may happen, shall immediately assemble his regiment or battalion under arms, and having transmitted information thereof to the commanding officer of the brigade, and to the major-general of the division, and to the Governor or Commander-in-chief, shall proceed to take such measures to suppress such insurrection as to any three of the judges or justices of the county or district in which such insurrection shall happen, shall appear most proper and effectual; and if any person be wounded or disabled while in actual service in opposing any invasion or insurrection, or in suppressing the same, he shall be taken care of and provided for at the public expense, without regard to the rank such person may hold.

Pay of militia.

XIII. And *whereas,* it is proper to ascertain the compensation which shall be allowed to the militia when they may hereafter be called out into actual service, by order of the executive authority of this State. *Be it further enacted* by the authority aforesaid, That in future, when the militia of this State, or any part thereof, shall be called out into service within this State, by the authority of the laws thereof, each commissioned officer shall be entitled to and shall receive the same pay and rations as are allowed to the officers of the same rank of the federal army by the laws of the United States; that the pay of a sergeant, drum-major, and fife-major, in lieu of all other demands, shall be eight dollars per month; and the pay of a corporal, bugler, trumpeter, drummer and fifer, in lieu of all other demands, shall be seven dollars per month; and the pay of a private, in lieu of all other demands, shall be six dollars and a half per month, besides rations; to be provided for in the tax bill of the year in which the service shall be performed.

XIV. *And be it further enacted* by the authority aforesaid, That the

Digitized by Google

**EXHIBIT 13**
**0216**

*Acts relating to the Militia.*

brigade inspectors, whenever required by the brigadier-general of the brigade, shall make a return of the militia to which he belongs, to the said brigadier-general ; and the brigadier-general shall, whenever required by the major-general of the division to which he belongs, make a return of the militia of their respective brigades, to the said major-general ; and the major-generals shall, whenever required by the Governor or Commander-in-chief, make a return of the militia of their respective divisions, to the said Governor or Commander-in-chief.

*Returns to be made.*

XV. *And be it further enacted* by the authority aforesaid, That every master or other person who hath the power over, government or command of, any white apprentice or man servant, shall, at his or their own proper costs and charges, furnish and provide every such apprentice or man servant liable to do militia duty, during his servitude, with the arms and accoutrements directed by the aforesaid Act of Congress ; and every master or other person, as aforesaid, shall constantly keep such arms and accoutrements, as aforesaid, for every such apprentice or servant, and shall compel him or them, so completely armed and accoutred as aforesaid, to attend all musters, trainings and exercises directed by this Act ; and in case such apprentice or servant shall not appear, or his arms and accoutrements shall be found deficient, the master or other person, as aforesaid, having the government of such apprentice or servant, shall, on default made in any of the premises, be subject to the same forfeitures and penalties as are inflicted on other persons made liable by this Act to appear and bear arms at exercises, musters and trainings. *Provided, always,* that if any such servant, as aforesaid, who shall be duly furnished and provided as is before directed, and shall be sent to muster, by the master or other person under whose government such servant shall be, shall, of his own accord, and contrary to the will, and without the consent of the master, or such other person as aforesaid, neglect to appear at any muster, training or exercise appointed by this Act, the master or other person under whose government such servant may be, shall be liable to the penalties by this Act inflicted for the default of such servant ; and every such servant so offending shall be obliged to serve his master two weeks for every penalty so paid by his said master or other person; and if any person shall embezzle, sell or make away with the arms so to be provided for him, he shall be liable to make his master, or other person under whose government he may be, full satisfaction.

*White apprentices to attend musters.*

XVI. *And be it further enacted* by the authority aforesaid, That no civil officer whatsoever shall, on any pretence, execute any process, (unless for treason, felony or breach of the peace,) on any person whatsoever, at any muster, or other time when such person shall be obliged to bear arms, in pursuance of the directions of this Act, nor in going to or returning from any muster or place of rendezvous, or within twenty-four hours after such person shall be discharged from appearing in the regiment, company or troop, to which he shall belong, under the penalty of five pounds sterling ; and the service of any such process shall be void, to all intents and purposes whatsoever ; and all arms and accoutrements which, by this Act, are required to be provided, also the troop horse of each trooper, duly entered and registered with the captain of the troop, so long as said trooper shall continue in the troop, shall not be liable to be seized, destrained or taken in execution for any cause, matter or thing whatsoever. And in case any person shall seize, levy or destrain upon any such arms, accoutrements or horse, every such person shall forfeit the sum of ten pounds, sterling money, to be recovered in any court of record in this State.

*No civil process to be executed on any person attending musters.*

VOL. VIII.—62.

Digitized by Google

EXHIBIT 13
0217

A.D.1794.                 *Acts relating to the Militia.*

Fine for not attending musters.

XVII. And *be it further enacted* by the authority aforesaid, That every lieutenant-colonel who shall wilfully neglect to turn out at a regimental muster, shall be fined in a sum not exceeding ten pounds, and also a sum not exceeding five per cent. on the amount of his last general tax; and that every major who shall wilfully neglect to turn out at a regimental or battalion muster, shall be fined in a sum not exceeding eight pounds, and also a sum not exceeding five per cent. on the amount of his last general tax; that every captain who shall wilfully neglect to turn out at a regimental or battalion muster, shall be fined in a sum not exceeding six pounds, and also a sum not exceeding five per cent. on the amount of his last general tax; that every subaltern officer who shall wilfully neglect to turn out at a regimental or battalion muster, shall be fined in a sum not exceeding four pounds, and also a sum not exceeding five per cent. on the amount of his last general tax; and that every non-commissioned officer and private, who shall wilfully neglect to turn out at a regimental or battalion muster, shall be fined in a sum not exceeding fourteen shillings, and also a sum not exceeding five per cent. on the amount of his last general tax; that every captain who shall wilfully neglect to turn out at an ordinary muster, shall be fined in a sum not exceeding thirty shillings, and also a sum not exceeding two and one half per cent. on the amount of his last general tax; that every subaltern officer who shall wilfully neglect to turn out at an ordinary muster, shall be fined in any sum not exceeding one pound, and also a sum not exceeding two and one half per cent. on the amount of his last general tax; and that every non-commissioned officer and private, who shall wilfully neglect to turn out at an ordinary muster, shall be fined in any sum not exceeding seven shillings, and also a sum not exceeding two and one half per cent. on the amount of his last general tax.

Fines for disobedience.

XVIII. And *be it further enacted* by the authority aforesaid, That every non-commissioned officer and private, who shall neglect or refuse to obey the order of his superior officer, while under arms, shall forfeit a sum not exceeding one pound for every such offence; and if any such non-commissioned officer or private, enrolled in either of the companies of artillery, infantry or cavalry, shall refuse or neglect to perform such military duty or exercise as he shall be required to perform, or shall depart from his colors or guard, without the permission of his superior officer, as aforesaid, he shall forfeit a sum not exceeding one pound; and for the non-payment thereof the offender shall be committed, by warrant from the captain or commanding officer of the troop or company then present, to which such offender doth belong, or under whose command he may be, to the next gaol, there to be confined until the fines as aforesaid, together with the gaoler's fees, are paid; and the respective sheriffs of the city and respective districts and counties of this State, are hereby empowered and required to receive the body or bodies of such offender or offenders as shall be brought to them by virtue of a warrant or warrants under the hand and seal of such officer, as aforesaid, and him or them to keep in safe custody until such fines as are mentioned in such warrant, together with the gaoler's fees, as aforesaid, shall be paid; and the sheriffs and gaolers, respectively, shall be allowed the same fees as are allowed in other cases. *Provided, always,* that the persons so confined shall, at the end of five days, or any shorter time for which they may have been committed, be released, on their swearing that they are unable to pay the fines and fees hereinbefore directed to be paid.

Digitized by Google

**EXHIBIT 13**
**0218**

*Acts relating to the Militia.*

·XIX. *And be it further enacted* by the authority aforesaid, That the military uniform of this State shall be as follows, that is to say: general officers, dark blue coats with buff colored facings, linings, collars and cuffs, gold epaulets and yellow buttons, with buff colored under-clothes; regimental officers of infantry, dark blue coats, with such colored linings, facings, collars and cuffs, epaulets and buttons, as shall be determined on by the major-general of each division.　*Military uniform.*

XX. *And be it further enacted* by the authority aforesaid, That all fines which shall be imposed in any regiment, corps, company or troop, shall be paid into the hands of the pay-master, or person acting as such, of such regiment, corps, company or troop, and be paid and appropriated, by warrant under the hands of a major part of the field officers, or commanding officer of the corps, or captain or commanding officer of the company or troop, as the case may be, for the purposes of providing colors, drums, bugles, fifes and trumpets, for their respective battalions, corps, companies and troops, and carrying expresses relative to military matters, and for the purchasing and providing arms and accoutrements for such of the men of the respective battalions, corps, companies and troops, as are or shall be unable to furnish and provide themselves therewith; and that it shall be the duty of the pay-master, or person acting as such, of each respective battalion, corps, company or troop, once in every year, to render an account to the brigadier, or the officer commanding the brigade, of all his receipts and expenditures in pursuance of this Act.　*Appropriation of fines.*

XXI. *And be it further enacted* by the authority aforesaid, That every free white man of this State, liable to bear arms in any of the regiments, corps, companies or troops in this State, who shall appear at any regimental or battalion musters, or at any company muster, ordered in pursuance of this Act, not provided, accoutred and armed, according to the Act of Congress, entitled "An Act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States," passed the 24th October, 1791, shall forfeit and pay, for each and every such offence, a sum not exceeding five shillings, or the sum of two shillings and four pence, for each article of arms or accoutrements required by the last mentioned Act; that all fines shall be inflicted on non-commissioned officers and privates by the judgment of the majority of the commissioned officers of the company in which the offender is enrolled; that a major-general shall be tried by a major-general to preside, and four brigadier-generals; but if the attendance of a major-general cannot conveniently be procured, then by five brigadier-generals; and, in such case, the eldest of such brigadiers to preside; that a brigadier-general shall be tried by one or more brigadier-generals, and four field officers; that a lieutenant-colonel shall be tried by an officer not under the rank of a lieutenant-colonel, and four field officers; that a major shall be tried by an officer not under the rank of a field officer, and four officers not under the rank of captain; that a captain shall be tried by an officer not under the rank of a field officer, and by four officers not under the rank of captain; and a lieutenant or ensign shall be tried by an officer not under the rank of a field officer, and four other commissioned officers; that all non-commissioned officers and privates be tried by not less than three commissioned officers.  Each member of a court martial is hereby enjoined to take the following oath or affirmation:　*Arms and accoutrements.*　*Courts martial.*

"I do swear, (or affirm, as the case may be,) that I will not divulge the

Digitized by Google

EXHIBIT 13
0219

492

STATUTES AT LARGE

A.D.1794.

Oath,

sentence of the court, until the same shall be approved of or disapproved; neither will I, upon any account, or at any time whatsoever, disclose or discover the vote or opinion of any particular member of the court martial, unless required to give evidence thereof by a court of justice, in a due course of law.  So help me God."

And any member of the court is authorized to tender the above oath to the other members.  The Governor or Commander-in-chief shall appoint courts martial on general officers; the major-generals shall appoint division courts martial in their respective divisions; the brigadier-generals shall appoint brigade courts martial in their respective brigades; the lieutenant-colonels shall appoint regimental courts martial in their respective regiments; and the majors battalion courts martial in their respective battalions; and no sentence of a court martial shall be put in force without the same be approved by the officers appointing the same, or by the commanding officers, respectively, for the time being.

Court of enquiry.

XXII. *And be it further enacted* by the authority aforesaid, That if the conduct of any officer shall be represented to the Governor or Commander-in-chief, or to either the major-general of the division, brigadier-general of the brigade, or commanding officer of the detachment, to be so unmilitary and unbecoming an officer, as to deserve being cashiered, it shall be lawful for the Governor or Commander-in-chief, major-general of the division, brigadier-general of the brigade, or commanding officer of the detachment, as the case may be, to order a court of enquiry; and if, on such court of enquiry, it shall appear that there is foundation for the charge, to have a court martial held, who shall make such order in the business as they shall think consistent with military rule. *Provided, nevertheless,* that such court of enquiry shall never consist of less than three officers, one of whom, at least, to be of the rank of the person accused.

Persons exempt.

XXIII. *And be it further enacted* by the authority aforesaid, That persons of the following professions and descriptions shall be excused from militia duty, except in times of invasion or alarm, to wit; the lieutenant-governor for the time being; the members of both branches of the Legislature, and their officers; the judges, commissioners, registers and clerks of the several superior courts of law and equity, and county courts; the commissioners of the treasury and their clerks; the secretary of this State, and his deputies; the attorney-general; the three circuit solicitors; the surveyor-general and his deputy, residing either in Charleston or Columbia; the ordinaries and registers of the several districts; the sheriffs and gaol-keepers in the several counties and districts; all continental officers who were deranged, or who served to the end of the war; all regular clergymen of any sect or denomination; all persons holding any office or commission under the United States; all acting magistrates; all regular bred practising physicians and surgeons; all school-masters who shall have under their tuition not less than fifteen scholars; all students at school or at college; the intendant and wardens of Charleston and Camden, their treasurers and the officers of their courts; all branch pilots for the several ports; one white man to each established ferry or toll-bridge; one white man to each water grist-mill, wind-mill, fulling-mill or oil-mill; three white men to each forge, and five to each furnace erected or to be erected at any iron mine or mines in this State, who shall constantly work and reside at the same; and all persons under the age of eighteen, and above the age of forty-five years; and all militia officers who have held their commissions for seven years.

Digitized by Google

EXHIBIT 13
0220

*Acts relating to the Militia.*     A. D. 1794.

XXIV. *Whereas,* a doubt has arisen, whether aliens and other transient persons who have resided, or may reside, in this State for a considerable length of time, and enjoy the benefit and advantage resulting from the organization of the militia of this State, are liable to perform militia duty. And *whereas,* it is but just and reasonable that those whose property is secured by the care and watchfulness of the community in which they reside, should contribute to its protection : *Be it enacted* by the authority aforesaid, That all free white aliens or transient persons, above the age of eighteen and under the age of forty-five years, who have resided, or hereafter shall or may reside, in this State, for the term of six months, shall immediately thereafter be, and are hereby declared to be, subject and liable to do and perform all patrol and militia duty which shall or may be required by the commanding officer of the beat or district in which such alien or transient person shall reside, and be subject to all pains and penalties inflicted by this Act; any law, usage or custom to the contrary thereof, in any wise, notwithstanding. *Provided, always,* That nothing contained in this Act shall be construed to extend or effect in any way or manner the natural born citizen of any State or potentate who shall be actually engaged in war with the United States, or to compel such alien or transient person to serve on patrol or militia duty out of the particular district of the regiment to which he shall or may be attached, nor to natural born and bona fide French citizens, (not being citizens of the United States,) who are, by treaty, exempt from all personal service.

XXV. *And be it further enacted* by the authority aforesaid, That if the Governor or Commander-in-chief for the time being, receive advice from any person or persons in authority in this State, or other credible person or persons in foreign parts, or if he shall receive any information, upon oath, from any credible person or persons within this State, that any foreign enemy or armed force, intend suddenly to invade the State, or if any dangerous insurrection or rebellion be actually raised within this State, which cannot be suppressed by one single company, the Governor or Commander-in-chief for the time being may raise and assemble such and as many of the divisions, brigades, battalions, regiments, troops and companies, by this Act directed to be formed, as he shall think sufficient and able to suppress and repel such invasion, rebellion or insurrection, as may happen ; and for the more effectual execution thereof, he may make and publish, or cause to be made and published, an alarm, throughout the whole State, by firing six guns, two at a time, at three minutes distance ; or by sending orders and expresses to the general officers, field officers, and other officers of the militia, to raise their several and respective divisions, brigades, regiments, troops and companies, or such part of them as shall be ordered and directed to march and rendezvous at such proper times and places within the State, as the Governor or Commander-in-chief for the time being, shall think fit ; and the said alarms shall be carried on throughout the whole State, by all the commissioned officers of the militia, by firing three small arms at convenient intervals, from place to place, and by speedily raising their several corps, and taking all other proper and effectual measures to give notice of the motion of the enemy, and forwarding with the utmost expedition all necessary information to the Governor or Commander-in-chief, and by putting in execution all such orders as they shall receive from their superior officers.

XXVI. *And be it further enacted* by the authority aforesaid, That on

*Aliens or transient persons liable to do duty.*

*Militia to be called out in case of invasion.*

Digitized by Google

EXHIBIT 13
0221

A.D. 1791.

*Acts relating to the Militia.*

Alarm to be
made with
small arms.

sight of an enemy, or on information of an enemy appearing, or mischief done by an enemy, from any white man of credit, who hath seen the same, of the credit of which informer, the officer to which information is given, shall be a judge, an alarm shall be made by any commissioned officer, by firing three small arms; and every alarm shall be carried on by all persons hearing or having knowledge of the same, by firing the small arms distinctly, as usual; and the said officer who fired the alarm shall assemble the corps of which he is an officer, by beat of drum, or by ordering them to warn their next neighbors, or otherwise, till the corps can be got together; and the commanding officer of said corps shall, with all convenient speed, despatch two expresses, one to the Governor or Commander-in-chief, and the other to the next field officer of the regiment to which the said corps belongs, with an account of the cause of the alarm so made; upon which notice, the said field officer shall despatch two expresses with an account of the same, one to the Brigadier of the brigade, and the other to the Major-general of the division; the field officer who shall receive the information as aforesaid, shall have power to assemble any number of men of the battalion or regiment, as the case may be, to which he belongs, to march to the assistance of any of the inhabitants of the State who are in danger.

Penalty for ne-
glecting to give
information of
the approach
of an enemy.

XXVII. *And be it further enacted* by the authority aforesaid, That if any person liable to bear arms shall, in time of such alarm, neglect or refuse to use his utmost endeavors to convey and communicate the said alarm or notice of the enemy's approach, every such person shall forfeit and pay a sum not exceeding fifty pounds sterling; and in case any such person, after he hath notice of an alarm, does not forthwith repair, completely armed and accoutred as aforesaid, with all convenient speed, to the place where the regiment, troop or company, to which he shall belong, shall be appointed to rendezvous, every such person shall forfeit a sum not exceeding twenty pounds sterling money; and in case the company or troop to which such person shall belong, shall actually engage and fight with the enemy, before such person shall appear in the said regiment, troop or company, in every such case, the person not appearing as aforesaid, shall forfeit a sum not exceeding forty pounds sterling money.

Officers to as-
semble any
number of their
corps.

XXVIII. *And be it further enacted* by the authority aforesaid, That every commissioned officer in the militia has power, when occasion shall require, to assemble, arm and raise, any number of men belonging to their respective corps; and if need be, to give notice and call to their aid the officers and men of any adjacent corps, to disperse, suppress, kill, destroy, apprehend, take or subdue, any pirate, sea rover, Indian, or other enemy, who shall, in a hostile manner, hurt, or attempt to hurt, any of the inhabitants of this State, in their person or persons; or any number of slaves who shall be met together, or who shall be lurking in any suspected place where they may do mischief; or who shall have absented themselves from the service of their owners; and in case any person liable to bear arms, shall, on such occasion, neglect or refuse to appear, upon notice given, by any commissioned officer of the troop or corps to which such person belongs, or appearing, shall not attend and obey the said officer, he shall, for every such neglect or refusal, forfeit the sum of two pounds sterling.

XXIX. *And be it further enacted* by the authority aforesaid, That in times of invasion or insurrection, when it shall be found necessary to march the several regiments, troops or companies, or any of them, out of

Digitized by Google

EXHIBIT 13
0222

*Acts relating to the Militia.*      A. D. 1794

their proper parishes, counties or districts, one fourth part at least, of every company in this State, shall stay and remain in the respective parishes and divisions to which they belong, and shall be formed into patrols, under the command of such officer as the commissioned officers of the companies shall direct and appoint, under whose command, respectively, they shall continue, until the rest of the company shall return to their habitations, and shall be discharged from bearing arms; and the patrol so formed shall be obliged to be on constant duty, and to ride and patrol, and guard the plantations, and keep the slaves within their several parishes and divisions in good order, and shall place proper guards, watches and centinels, at proper and convenient places, to give notice of danger, or for the more speedy conveying advice and intelligence to the Governor or Commander-in-chief, or any army raised and assembled by his command ; and in case any person or persons obliged to serve in such patrols, shall refuse or neglect to ride patrol, or to watch, stand centinel, or to keep guard, or shall refuse to obey the lawful commands of any person appointed to command such patrol, every person so offending shall forfeit any sum not exceeding fifteen pounds sterling money.

*In times of invasion, part of the militia to remain on guard at home.*

XXX. *And be it further enacted* by the authority aforesaid, That in times of invasion, rebellion, or insurrection, when any person shall receive orders to march out of their parish, county, district or division, the captain, or other commanding officer, who shall be present, shall cause the names of all the persons who are entered, enlisted and enrolled in the muster roll of such company, officers excepted, to be written down on small scrolls of paper, which shall be folded up and put into a hat, and shall be shaken together, and the clerk or sergeant of the said company shall draw out of the hat the names of so many persons as will not exceed three fourth parts of the said company; and the persons whose names shall be so drawn, shall be obliged to march according to such orders as shall be given by the Governor or Commander-in-chief, and the rest whose names shall be left in the hat, shall stay in their respective parishes and divisions, and shall do the duty of the patrol, as before directed ; but no officer of any company shall be excused from marching with the company for which he is appointed, unless by particular orders from the Governor or Commander-in-chief ; and, in that case, such officer so directed to stay shall be commanding officer of that part of the company left for the patrol duty. If any person whose name is drawn, as aforesaid, and is thereby obliged to march out of his parish or division, can provide an able bodied man, (to be approved by the majority of the officers of the company to which such person belongs,) completely armed and furnished, according to the directions of this Act, every such person shall be permitted and at liberty so to do ; and upon producing and sending out such able bodied man in his stead, he shall be excused from going out or marching in person ; but, nevertheless, he shall be obliged to do patrol duty in his district ; and in case of disobedience, neglect or refusal to ride in such patrol, he shall be liable to all the pains, penalties and forfeitures inflicted by this Act.

*Manner of ascertaining those men who shall leave their parishes.*

XXXI. *And be it enacted* by the authority aforesaid, That in time of an alarm, occasioned by any insurrection, rebellion or invasion, all field officers, and captains of every company, are empowered, by themselves or their warrants to any inferior officer or soldier, to impress any arms, ammunition, provisions, horses, wagons, carts, boats, canoes, pettiaugors and vessels, with their furniture, or whatever other thing they shall want or have need of, for the service of this State. *Provided,* all such things

*Arms, &c., to be impressed.*

Digitized by Google

EXHIBIT 13
0223

498

STATUTES AT LARGE

A. D. 1794.

*Acts relating to the Militia.*

so impressed be by the said officers brought before three or more indifferent persons, being freeholders, to be appraised and valued, before they be disposed of for the public service ; and such valuation and appraisement being made, the officer shall give a receipt for the same, if he conveniently can ; and the officer is to cause his clerk to enter the same in a book, to be kept for that purpose ; and the said appraisers shall ascertain any loss or damage that may happen to the things so impressed, or allow a competent hire for the same when returned to the owner, as the case shall require, and shall give such appraisement, under their hands, to the owner, directed to the public treasurers, who are to lay the same before the Legislature. And the commanding officer or captain of each company, after such alarm shall be over, and before such company shall be discharged, is to order so many men as he shall think fit, to carry the several things by him impressed to the several owners, who, upon re-delivery of the same, shall give a receipt. The officer is likewise empowered to draw on the public treasury for so much money as he shall think the carriage of the said several things deserves.

Things impressed to be kept an account of.

XXXII. *And be it further enacted* by the authority aforesaid, That the commanding officer or commander of each company, shall lodge in some convenient and secure place, for the public use, all the provisions and ammunition impressed by him, or by virtue of his warrant, that shall remain unexpended after an alarm, and must keep a particular account thereof.

Free persons of color, &c.

XXXIII. *And be it further enacted* by the authority aforesaid, That all free negroes and Indians, (nations of Indians in amity with the State excepted,) Moors, mulattoes and mestizoes, between the ages of eighteen and forty-five, shall be obliged to serve in the said militia as fatigue-men and pioneers, in the several regimental boats in which they reside ; and upon neglect or refusal to attend when summoned on duty, they, and every one of them, shall be liable to the like penalties and forfeitures as privates in the same regiment or company are made liable by law.

Members of uniform companies.

XXXIV. *And be it further enacted* by the authority aforesaid, That the officers and privates in any company of artillery, infantry or cavalry, raised and uniformed in any militia regiment of this State, by permission of his Excellency the Governor, or any lieutenant-colonel or commanding officer of any regiment, or to be hereafter raised, shall be, respectively, liable to all the fines and forfeitures imposed by law on the officers or privates in any regimental or company beat ; and that when any person now actually enrolled, or that shall hereafter be enrolled, in any such company, shall be desirous to quit the same, he shall be obliged to give at least thirty days notice of such intention ; and shall be obliged, also, to enrol himself in the company beat in which he resides, or in some other company of artillery, infantry or cavalry, of the regiment to which he belongs, and produce a certificate thereof from the captain or officer commanding such beat or company, before he shall be permitted to leave the uniform company or corps to which he belonged, or be excused from duty therein.

Companies may be summoned to mount guard in Charleston.

XXXV. And *whereas*, the safety of the city of Charleston requires the calling forth, at certain times and seasons, one or more companies of the militia of the said city : *Be it therefore enacted* by the authority aforesaid, That it shall and may be lawful for the Governor or Commander-in-chief for the time being, or the major-general of the division, or brigadier of the brigade, in which Charleston is comprehended, or the commanding officer of the Charleston regiment for the time being, to call forth, when necessary, such and so many companies, or detachments of companies, to mount

Digitized by Google

EXHIBIT 13
0224

*Acts relating to the Militia.* A.D. 1794.

guard in the said city, as to them shall, respectively, appear necessary and proper. *Provided,* that no guard shall be obliged to continue on duty, at any one time, except in case of actual alarm, more than twenty-four hours on one guard; and every person duly summoned to turn out on any such guard, who shall not obey, or who shall leave his guard, or otherwise misbehave, shall be liable to pay the same fines and forfeitures as such person would be obliged to pay for default of duty by non-attendance or misbehaviour at any battalion or regimental muster, by virtue of this Act.

XXXVI. *And be it further enacted* by the authority aforesaid, That every commissioned officer who, at the original organization of the militia, agreeable to this Act, shall be appointed in pursuance of the same, and accepts his commission, shall be furnished, at the expense of this State, with a copy of this law, the Act of Congress to provide for the national defence and establishing an uniform militia throughout the United States, Baron Steuben's military discipline, and the articles of war, all bound together in a small and convenient pocket volume; and that the senior major-general, elected in pursuance of this Act, is hereby authorized and empowered to contract for procuring the same on the best and cheapest terms. <sub>Officers to be furnished with this Act.</sub>

XXXVII. *And be it further enacted* by the authority aforesaid, That if any person or persons whosoever shall be sued, impleaded, molested or prosecuted, for any matter, cause or thing done or executed, or caused to be done or executed, by virtue of or in pursuance of this Act, and all and every person or persons who shall or may, by the command, or in aid or assistance, of any person who shall do or execute, or cause to be done or executed, any matter or thing by virtue of or in pursuance of the direction of this Act, shall and may plead the general issue, and give this Act and the special matter in evidence; and in case the plaintiff shall suffer a discontinuance, enter a *noli prosequi,* suffer a non-suit, or if a verdict or judgment shall pass against him, he shall pay to every defendant that shall be acquitted, or for whom judgment shall pass, his full double costs of suit. <sub>Persons sued may plead this Act.</sub>

XXXVIII. *And be it further enacted* by the authority aforesaid, That all laws heretofore enacted in this State, respecting the militia, shall be, and the same are hereby, repealed, except such laws or parts of laws as respect the Charleston battalion of artillery. <sub>Former militia laws repealed.</sub>

In the Senate House, this tenth day of May, in the year of our Lord one thousand seven hundred and ninety-four, and in the eighteenth year of the Independence of the United States of America.

DAVID RAMSAY, *President of the Senate.*
JACOB READ, *Speaker of the House of Representatives..*

VOL. VIII.—63.

Digitized by Google

EXHIBIT 13
0225

Case 3:19-cv-01226-L-AHG   Document 12-14   Filed 10/04/19   PageID.664   Page 23 of 176

A. D. 1794.                *Acts relating to the Militia.*

No. 1602.  AN ADDITIONAL ACT TO THE ACT ENTITLED "AN ACT TO ORGANIZE
THE MILITIA THROUGHOUT THE STATE OF SOUTH CAROLINA, IN CON-
FORMITY WITH THE ACT OF CONGRESS."

Preamble.

WHEREAS, the law of Congress, entitled "An Act more effectually
to provide for the national defence, by establishing an uniform militia
throughout the United States," directs that each division, brigade and regi-
ment, in each State, shall be numbered at the formation thereof, and a re-
cord made of such numbers, in the adjutant-general's office, in the State;
and when in the field, or in service in the State, each division, brigade and
regiment shall, respectively, take rank according to their numbers, reckon-
ing the first or lowest number highest in rank.  And *whereas*, it is neces-
sary to fix the rank of officers who were elected to the same grade by the
Legislature at their last session, or by the people since that period:

Rank of divi-
sions and bri-
gades to be as-
certained by
lot.

I.  *Be it therefore enacted* by the Honorable the Senate and House of Re-
presentatives, now met and sitting in General Assembly, and by the au-
thority of the same, That the rank of the divisions, brigades and regiments,
shall be determined by lot, in the following manner, that is to say: that a
joint committee of both houses shall forthwith cause the words Eastern
Division, and the words Western Division, to be, respectively, written on
two pieces of paper, which shall be folded up and put into a hat, and they
shall then cause a child, under ten years of age, to draw out, in their pre-
sence, one of the said lots, and that which shall be so drawn shall be the
first division of this State, and the remaining lot shall be the second divi-
sion; and if the eastern division shall be the first drawn, then the bri-
gades and regiments in that division shall have the lowest numbers and
highest rank, and the brigades and regiments in the western division the
highest numbers and lowest rank; and if the western division be first
drawn, then the brigades and regiments in that division shall have the low-
est numbers and highest rank, and the brigades and regiments in the east-
ern division, the highest numbers and lowest rank.  That then the committee
shall cause the numbers of the brigades in each division to be determined
in a similar manner, by lot, that is to say: if the eastern division shall be the
first drawn, they shall cause the words Charleston brigade, Georgetown
brigade, Cheraw brigade, Camden Brigade, and Beaufort and Orangeburg
brigade, to be written on five lots, and to be folded up and put into a hat,
and they shall then cause a child, under ten years of age, to draw, in their
presence, the said lots, one by one, from the hat, and the brigade first
drawn shall be numbered the first brigade, the brigade second drawn shall
be numbered the second brigade, the brigade third drawn shall be numbered
the third brigade, the brigade fourth drawn shall be numbered the fourth
brigade, and the brigade fifth drawn shall be numbered the fifth brigade;
and then they shall cause the words Edgefield and Abbeville brigade, Lau-
rens and Newberry brigade, Washington brigade, and Pinckney brigade, to
be written on four lots, and the same shall be folded up and put into a hat,
and they shall then cause a child, under ten years of age, to draw, in their
presence, the lots, one by one, from the hat, and the brigade first drawn
shall be numbered the sixth brigade, the brigade second drawn shall be num-
bered the seventh brigade, the brigade third drawn shall be numbered the
eighth brigade, and the brigade fourth drawn shall be numbered the ninth
brigade.  And if the western division shall be first drawn, they shall cause
the words Edgefield and Abbeville brigade, Laurens and Newberry brigade,

Digitized by Google

EXHIBIT 13
0226

*Acts relating to the Militia.*

Washington brigade, and Pinckney brigade, to be written upon four lots, which shall be folded up and put into a hat, and they shall then cause a child, under ten years of age, to draw, in their presence, the lots, one by one, from the hat; and the brigade first drawn shall be numbered the first brigade, the brigade second drawn shall be numbered the second brigade, the brigade third drawn shall be numbered the third brigade, and the brigade fourth drawn shall be numbered the fourth brigade; and then they shall cause the words Charleston brigade, Georgetown brigade, Cheraw brigade, Camden brigade, and Beaufort and Orangeburg brigade, to be written on five lots, and the same shall be folded up and put into a hat, and they shall then cause a child, under ten years of age, to draw, in their presence, the lots, one by one, from the hat, and the brigade first drawn shall be numbered the fifth brigade, the brigade second drawn shall be numbered the sixth brigade, the brigade third drawn shall be numbered the seventh brigade, the brigade fourth drawn shall be numbered the eighth brigade, and the brigade fifth drawn shall be numbered the ninth brigade. That then the committee shall, in like manner, by lots drawn in their presence, proceed to number the regiments, taking care so to conduct the drawing that the lowest number of the respective regiments be given to the lowest number of the respective brigades, and that the brigades highest in number have the regiments highest in number; and that the rank of battalions, in their respective regiments, be always determined by the seniority of their respective majors.

II. *And be it further enacted* by the authority aforesaid, That all the officers who were elected by the Legislature, at their last session, or by the people since, shall take rank in the following manner, that is to say: if the eastern division shall be the first drawn, all the officers of equal grade of date and commission in that division, shall take rank of all the officers of similar grade and date of commission in the western division; and if the western shall be the first drawn, all the officers of equal grade and date of commission in that division, shall take rank of all the officers of similar grade and date of commission in the eastern division; and all the officers of equal grade and date of commission, of the brigades lowest in number, shall take rank of all the officers of equal grade and date of commission in the brigades higher in number, in the division to which it belongs; and all the officers of equal grade and date of commission, in the regiments lowest in number, shall take rank of all the officers of equal grade and date of commission in the regiments highest in number, in their respective brigades. And all the officers of equal grade and date of commission in their respective regiments, shall determine their rank in their regiment by lot, drawn in the presence of the lieutenant-colonel or commanding officer of the regiment; or where the lieutenant-colonel is dead, and the rank has not been determined between the majors, in the presence of some person to be appointed by the brigadier-general, or in his absence by the major-general. *Provided, always,* that nothing in this Act shall be construed to extend to deprive officers who have been elected to the same grade they held before, from retaining and taking rank agreeably to their old commissions, or to determine the rank of officers in any regiment, where they have already drawn for it.

*Rank of regimental officers to be ascertained by lot.*

III. *And be it further enacted* by the authority aforesaid, That when the commission of ensign is vacant in any company, the men liable to do duty in that company, as well in time of alarm as at common musters, shall elect, by ballot, a fit person to fill the vacancy; and the lieutenant-colonel

*Ensigns, how to be elected.*

Digitized by Google

EXHIBIT 13
0227

A. D. 1794.                *Acts relating to the Militia.*

or commanding officer shall order such election, giving notice on one muster day, in writing, which shall be publicly declared and made known to the company by the officer commanding the same, and shall be fixed up in some public place upon the muster ground, that the election will be held at the ensuing muster; and the captain or commanding officer of the company shall manage the election.

Sergeants refusing to do duty to do fined.

IV. *And be it further enacted* by the authority aforesaid, That if any person liable to do duty at common musters shall be appointed a sergeant, and refuse to do duty as such, he shall be fined in a sum of four pounds; but no person shall be obliged to act as sergeant more than one year at a time.

Governor, major-generals and brigadier-generals.

V. *And be it further enacted* by the authority aforesaid, That the Governor, the major-generals and brigadier-generals, respectively, as occasion may require, shall be authorized to appoint one or two extra aids-de-camp, who shall not be entitled to any other rank or pay than what they are entitled to in the line.

Parade limits to be ascertained.

VI. *And be it further enacted* by the authority aforesaid, That each commanding officer of a corps, when on duty or parade, shall have full power and authority to ascertain and fix certain necessary limits and bounds to their respective parades and places of exercise, (no road in which people usually travel, or more than one half the width of any street, to be included,) within 'which no spectator shall have a right to enter, without liberty from the said commanding officer; and in case any person shall so intrude within the lines of the parade or place of exercise, after being once forbidden, he shall be liable to be confined under guard during the time of exercise, at the discretion of the commanding officer.

Fines, how to be recovered.

VII. *And be it further enacted* by the authority aforesaid, That every fine imposed by this Act, or the Act entitled "An Act to organize the militia throughout the State of South Carolina, in conformity with the Act of Congress," or by any future Act, shall be recovered in the following manner, that is to say: the officer who presided at the court martial when any such fine or fines shall be imposed, (excepting fines incurred for misconduct while under arms, which shall be recovered as is directed by said Act,) shall issue his warrant, under his hand and seal, directed to some sergeant belonging to the brigade, regiment, battalion, company or troop to which the offender, according to his rank, may immediately belong, or for want of such sergeant, to such other person as may be appointed by the commanding officer of the regiment, and shall mention therein the amount of the fine or forfeiture, or fines or forfeitures incurred, and for what default or misconduct, and by what court-martial the same was or were imposed, and shall thereby command such sergeant or other person to take the body of the defaulter or offender to the nearest gaol, there to be confined until such fine or forfeiture, or fines or forfeitures, together with the gaoler's and sergeant's fees, shall be paid; and every such sergeant or other person shall be obliged to execute such warrant, according to the tenor or purport thereof; and all district sheriffs and gaolers, county sheriffs and gaolers, and city sheriffs and gaolers, in this State, are hereby empowered and required to receive the body of any such defaulter or offender, who may be brought to either of them under any such warrant, and to keep him in safe custody until the amount specified in the warrant, together with the gaoler's and sergeant's fees, shall be paid; and the sheriffs and gaolers shall be allowed the same fees in such cases as are allowed in other cases of commitments,

Digitized by Google

**EXHIBIT 13**
**0228**

OF SOUTH CAROLINA. 501

*Acts relating to the Militia.*

A. D. 1794.

and the sergeant shall be allowed the same fees as constables have for serving summonses, and for commitments for the same amount, or for levying an execution for the same amount. *Provided, always,* that the person so committed shall, at the end of a certain time, to be computed at the rate of one day for every three shillings and six pence he may be condemned to pay, be released, upon swearing that he is unable to pay the amount for which he may be committed, and the fees hereinbefore directed to be paid; and *provided, also,* that no person shall be taken up on any such warrant or execution, if he will immediately pay the amount he is liable for, and the fees due, or produce to the officer sufficient property of his own to satisfy the same, which, if he shall produce, the officer shall take and dispose of at public sale, in the same manner as constables make their sales under execution; and after paying the fine or fines due, and the fees that have accrued, he shall return the surplus, if any there be, of the proceeds of the sale, to the said defaulter or offender.

VIII. *And be it further enacted* by the authority aforesaid, That every officer in the militia shall, within six months after the ratification of this Act, or after he shall be elected or appointed, take the following oath or affirmation, before some justice of the peace, who shall certify the same on the back of his commission: "I, A B, do solemnly swear, (or affirm, as the case may be,) that I will support and maintain, to the utmost of my ability, the laws and constitution of this State and of the United States." And every officer neglecting so to do shall vacate his commission.

*Officers to take an oath.*

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand seven hundred and ninety-four, and in the nineteenth year of the Independence of the United States of America.

DAVID RAMSAY, *President of the Senate.*
JACOB READ, *Speaker of the House of Representatives.*

---

AN ADDITIONAL ACT TO THE ACT ENTITLED "AN ACT TO ORGANIZE THE MILITIA THROUGHOUT THE STATE OF SOUTH CAROLINA, IN CONFORMITY WITH THE ACT OF CONGRESS;" AND FOR OTHER PURPOSES THEREIN MENTIONED.

No. 1622.

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That in all cases where any of the regiments, or any of the battalions and companies belonging to any of the regiments, of this State, shall or may be aggrieved and injured, by the division or divisions made by the different commissioners appointed by the several Brigadier Generals, for the purpose of dividing the regiments belonging to their respective brigades into battalions and companies, pursuant to the Militia Act of this State, passed on the tenth day of May, seventeen hundred and ninety-four, the regiments, or any of the battalions or companies belonging to the said regiments, so aggrieved or injured, shall make their application for redress to the Brigadier General of the brigade to which the said regiment or regiments belong, who shall appoint two field officers of the brigade, who are not involved in the dispute or interested in the decision of the same,

*Field officers to give relief, where regiments, &c. are injured by division.*

Digitized by Google

EXHIBIT 13
0229

502　　　　　　　　STATUTES AT LARGE

*Acts relating to the Militia.*

who are hereby empowered and directed, should it appear to them fit and expedient, to make, direct and order, any arrangement or division of the said regiments, or any of the battalions or companies belonging thereto, as to them shall appear to the advantage of the same; *provided, however,* that such arrangement or division be, as nearly as conveniently may be, in conformity to the Act of Congress, passed on the eighth day of May, seventeen hundred and ninety-two.

II. *And be it further enacted* by the authority aforesaid, That in all *In case of con-* cases of contested elections for field officers, where either of the candidates *tested elec- tions, appeal to* think themselves aggrieved by the determination of the brigadier general *be made.* or field officers who have decided on the election, such candidate may appeal from such decision to the major general of the division to which he belongs, and the said major general, together with a board of general and field officers, to be appointed by the said major general, and to consist of the said major General and not less than one brigadier general and three field officers, shall examine into the merits of the said election, and shall decide thereon; and such decision shall be final and conclusive, and the person in whose favor they decide shall be commissioned by the Governor.

III. And *whereas,* many of the officers in the militia have, through in-*Militia officers* advertence, neglected to take the oath or affirmation prescribed by the Act, *allowed a fur- ther time to* passed on the nineteenth day of December, seventeen hundred and ninety-*qualify.* ty-four :—*Be it further enacted* by the authority aforesaid, That a further time of six months be allowed them to take the said oath or affirmation before some justice of the peace, who shall certify the same on the back of his commission; and every officer who shall neglect so to do, within the time above limited, shall vacate his commission; but provided he takes the said oath within the said time, he shall retain his commission; any thing in the said Act contained to the contrary thereof in any wise notwithstanding.

IV. And *whereas,* it has been represented to the Legislature, that the *Salary of Ad-* duty of the adjutant general is very laborious, and attended with conside-*jutant General.* rable expense. *Be it therefore enacted* by the authority aforesaid, That the salary of the said officer shall be, in future, one thousand dollars per annum; *provided,* he shall attend the different regimental reviews throughout the State, once in every year.

V. And *whereas,* it is of great importance to this country, that encour-*Persons em-* agement should be given to the company for opening the Santee Canal. *ployed at the* *Be it therefore enacted* by the authority aforesaid, That the overseers, toll-*Santee Canal,* receivers, lock-keepers, and white laborers, employed or to be employed by *exempt from* the said company, be exempt from doing militia duty at any time hereafter, *militia duty.* except in times of alarm.

VI. *And be it further enacted* by the authority aforesaid, That so much *Duration.* of this Act as relates to the office, salary, and duties of the adjutant general, shall continue in force for and during the term of three years, and from thence to the end of the next session of the Legislature thereafter, and no longer.

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand seven hundred and ninety-five, and in the twentieth year of the Independence of the United States of America.

DAVID RAMSAY, *President of the Senate.*
ROBT. BARNWELL, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0230

OF SOUTH CAROLINA.                               503

*Acts relating to the Militia.*                    A.D. 1796.

AN ACT TO PROLONG THE TIME FOR CERTAIN OFFICERS OF THE MILITIA   No. 1657.
TO TAKE THE OATH OR AFFIRMATION PRESCRIBED BY LAW.

WHEREAS, many officers of the militia have, through inadvertence, neglected to take the oath or affirmation prescribed by the Act entitled An additional Act to the Act entitled An Act to organize the Militia throughout the State of South Carolina, passed on the nineteenth day of December, in the year of our Lord one thousand seven hundred and ninety-four, in conformity with the Act of Congress.

I. *Be it therefore enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That a further time of six months be allowed the said officers to take the said oath or affirmation before some justice of the peace, who shall certify the same on the back of their commissions; and that the said officers thus taking the said oath or affirmation, shall be still qualified to hold their said commissions; any thing in the aforesaid Act, passed the nineteenth day of December, in the year of our Lord one thousand seven hundred and ninety-four, to the contrary hereof notwithstanding. *Provided, nevertheless,* that if the said officers do not within the said time take the said oath or affirmation, at the expiration of the same their commissions shall be vacated.

II. *And be it enacted* by the authority aforesaid, That any officer or officers taking the oath or affirmation within the time abovementioned, shall receive commissions of the same date, and shall be entitled to the same grade, as if he or they had taken the said oath or affirmation when first elected.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand seven hundred and ninety-six, and in the twenty-first year of the Independence of the United States of America.

DAVID RAMSAY, *President of the Senate.*

ROBT. BARNWELL, *Speaker of the House of Representatives.*

————

AN ACT CONCERNING THE CAVALRY AND ARTILLERY OF THIS STATE;   No. 1662.
AND FOR OTHER PURPOSES THEREIN MENTIONED

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the cavalry of this State shall be arranged into squadrons Cavalry of the and regiments, as follows :—the several troops now raised, and hereafter to State arranged be raised, in the brigade number one, (No. 1.) shall form one regiment; in squadrons the several troops now raised, or hereafter to be raised, in the brigade and regiments. number two, (No. 2.) shall form one regiment; the several troops now raised, and hereafter to be raised, in the brigade number three, (No. 3.) shall form one regiment; the several troops now raised, and hereafter to be raised, in the brigade number four, (No. 4.) shall form one regiment; the

Digitized by Google

EXHIBIT 13
0231

S TATUTES AT LARGE

*Acts relating to the Militia.*

several troops now raised, and hereafter to be raised, in the brigade number five, (No. 5.) shall form one regiment; the several troops now raised, and hereafter to be raised, in the brigade number six, (No. 6.) shall form one regiment or squadron; the several troops now raised, and hereafter to be raised, in the brigade number seven, (No. 7.) shall form one regiment; the several troops now raised, and hereafter to be raised, in the brigade number eight, (No. 8.) shall form one regiment; the several troops now raised, and hereafter to be raised, in the brigade number nine, (No. 9.) shall form one regiment or squadron. *Provided,* that no regiment shall consist of more than six troops, nor less than four, nor each troop of more than sixty-four, rank and file.

Brigadiers to fill up regiments of horse, &c.

II. *And be it further enacted* by the authority aforesaid, That the brigadier general of each of the aforesaid brigades shall be, and he is hereby, authorized and empowered, whenever the regiment of horse in his brigade is not complete, to fill up the same, if he shall see fit, by authorizing proper persons to raise the necessary number of troops; and also, by empowering the captains of the respective troops in his regiment to enrol men who are not obliged to do militia duty, but who would be willing to enrol themselves in such troops, and to turn out with them, properly uniformed and accoutred, when called into actual service; and the said brigadiers shall distribute the troops in their respective regiments into squadrons.

Each squadron to have a major.

III. *And be it further enacted* by the authority aforesaid, That to each of the aforesaid squadrons there shall be one major; and each of the aforementioned regiments shall be commanded by one lieutenant-colonel; and the Governor and Commander-in-chief shall be, and he is hereby, authorized to commission, in common form, the eldest captain of horse in each brigade, as lieutenant-colonel in each brigade, and the second and third in seniority, as majors of the first and second squadrons, in each regiment, respectively; and if any case should occur in which the captains's commissions bear even date, the preference shall be decided by lot, in presence of the brigade major, who shall make a return thereof to the adjutant-general; and the rank of the several lieutenant colonels shall also be determined by lot, to be drawn in the following manner:—the adjutant general shall write the names of the respective regiments on slips of paper, and having intermixed them well, shall, in presence of the Governor or Commander-in-chief, draw forth their names, singly; and each of the aforesaid lieutenant colonels shall take rank in the order in which his name is drawn; and the adjutant general shall make out two lists of the said officers, according to their respective ranks, and transmit one of the said lists to the secretary's office in Charleston, and the other to the secretary's office in Columbia, there to be recorded. *Provided,* that nothing herein contained shall be so construed as to give rise to any captain or commander of a troop, who has neglected, for six months previous to the passing of this Act, to muster his troop.

Persons formerly enrolled, to remain.

IV. *And be it further enacted* by the authority aforesaid, That all those of the militia who have heretofore enrolled themselves in any troop or company of cavalry, may remain with their troop or company; and that hereafter all volunteers for the corps of cavalry shall be limited to their respective brigades, except otherwise ordered by the Commander-in-chief.

Horses to be appraised.

V. *And be it further enacted,* That whenever any of the cavalry, or any part thereof, shall be called into the actual service of this State, it shall be the duty of the brigadier-inspector to call to his assistance two of the freeholders of the county where each horseman may reside, who, together

Digitized by Google

EXHIBIT 13
0232

*Acts relating to the Militia.*          A. D. 1797.

with the said brigade inspector, shall, on oath, appraise the horse of each horseman, immediately before the time of going into such service, and enter such appraisement in a book, to be kept for that purpose ; and the said cavalry shall receive the same indemnification, and no other, for loss of horses or otherwise, under the same regulations and restrictions, as are or may be established, in like cases, in the militia in the service of the United States, by the laws thereof, for the time being.

VI. *And be it further enacted,* That the cavalry shall meet in troop, at Troops to least six times in each year, and at such places as the commanding officer meet. of each troop shall direct.

VII. *And be it enacted,* That the brigadier in each brigade be, and he is Uniform and hereby, authorized to direct the mode of uniform for the cavalry of his discipline. brigade ; and the adjutant general shall prescribe the form of discipline to be used and adopted by them.

VIII. *And be it further enacted,* That the company of artillery attached to the twenty-eighth regiment, the company attached to the twenty-ninth Regiment of regiment, and the company attached to the thirtieth regiment of infantry, ed. artillery form- shall form one battalion ; and the said battalion, together with the Charleston battalion of artillery, shall form one regiment.

IX. *And be it further enacted,* That the said regiment of artillery shall be commanded by a lieutenant-colonel ; and each of the said battalions, by How to be a major ; and the Governor or Commander-in-chief shall be, and he is officered, hereby, authorized to commission, in common form, the first officer in rank in the said regiment, as lieutenant-colonel thereof ; and the second and third in seniority, as majors of the battalions, who shall take rank according to the dates of their commissions.

X. *And be it further enacted,* That throughout the other parts of the Other artillery State, the captains of artillery shall be attached to the battalions in which to remain as they reside, respectively ; and rise in the same, with the other officers, before. according to the dates of their commissions.

XI. *And be it further enacted,* That the said lieutenant-colonel of cavalry, and lieutenant-colonel of artillery, shall take rank and promotion Officers, how together with and in the same manner as the other lieutenant-colonels of rise. this State. *Provided, nevertheless,* that no officer to be appointed by virtue of this Act shall take rank and precedent over any officer of infantry of the militia of this State, of the same grade, except by seniority of commission.

XII. *And be it further enacted,* That the officers and men of the cavalry and artillery, throughout this State, shall be subject to the same laws, Subject to general rules. rules and orders, as the officers and men of the infantry of this State, are or shall be subject to. *Provided always, nevertheless,* that nothing contained in this Act shall be construed to affect the rights and privileges of the ancient battalion of artillery in Charleston, as secured to them by their charter, or by any other law or regulation.

XIII. *And be it enacted* by the authority aforesaid, That the three companies of artillery in brigadier-general Winn's brigade shall also form Artillery in one battalion ; and the eldest captain in the said battalion shall be com- brigade. Gen Winn's missioned major thereof.

XIV. *And be it enacted* by the authority aforesaid, That the officers commanding in the different company beats in the town of Georgetown, Officers in be, and the same are hereby, authorized to hold their respective commis- Georgetown. sions, although not resident in the beats aforesaid ; *provided,* that the said residence be in his battalion.

VOL. VIII.—64.

Digitized by Google

EXHIBIT 13
0233

STATUTES AT LARGE

*Acts relating to the Militia.*

A.D. 1797.

Warrants for fines, &c.

XV. And *whereas*, it has been inconvenient, and sometimes oppressive, to issue warrants, in the first instance, against the body of defaulters, and other persons subjected to the fines by the militia law :—for remedy whereof, *Be it enacted* by the authority aforesaid, That the officer to whom the power is given of issuing warrants against the body of defaulters, and other persons liable to fines, shall, in the first instance, issue his warrant against the goods and chattels of such person ; and the sergeant or other person to whom such warrant shall be directed, is hereby authorized and required to seize the property of the person against whom the warrant shall be issued, and sell the same, after having advertised it in some public place in the regimental or company district to which the said person may belong, at least five days previous to the sale ; and if the person to whom the said warrant shall be directed, shall make a return that he cannot find any goods and chattels to be levied on, then the officer who issued the first warrant is hereby authorized and required to issue a warrant against the body of the person, in lieu of that which was issued against his goods and chattels.

Governor to issue blank commissions.

XVI. *And be it further enacted* by the authority aforesaid, That the Governor and Commander-in-chief for the time being, be, and he is hereby, authorized to issue blank commissions to the lieutenant-colonels of the respective regiments ; and the lieutenant-colonels of the respective regiments shall, from time to time, as vacancies may occur in their said regiments, fill up and issue commissions, and make return thereof to the brigadier.

Turning out of the militia.

XVII. *And be it further enacted* by the authority aforesaid, That the militia of Charleston and Georgetown shall be, and they are hereby, exempted from turning out on company parade, oftener than once in every two months ; and the commanding officer in each regiment throughout the State, shall be authorized, if he see fit, to exempt his men from turning out on parade in the months of July, August and September ; *provided,* they turn out not less than six times in the year.

In the Senate House, the sixteenth day of December, in the year of our Lord one thousand seven hundred and ninety-seven, and in the twenty-second year of the Independence of the United States of America.

DAVID RAMSAY, *President of the Senate.*

ROBT. BARNWELL, *Speaker of the House of Representatives.*

———

No. 1748.     AN ACT IN ADDITION TO THE MILITIA LAWS OF THIS STATE.

WHEREAS, it is necessary and proper to alter and amend, in some respects, the militia laws of this State : and *whereas, also,* it is highly necessary that due subordination and obedience to orders should be maintained and ensured in the said militia.

Officers liable to be cashiered.

I. *Be it therefore enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That every commissioned officer of the militia of this State, or any part thereof, who shall be tried for and found guilty of disobeying the lawful order or orders of his superior officers, shall be liable,

Digitized by Google

**EXHIBIT 13**
**0234**

therefor, to be cashiered by a court martial, if the same shall be approved of, and the officer ordered to be cashiered, by the Commander-in-chief of this State.

II. *And be it enacted* by the authority aforesaid, That when any volunteer company of cavalry shall be reduced to less than twenty-four men, and when any volunteer company of infantry or artillery shall be reduced to less than thirty men, uniformed according to law, then, and in every such case, the commissions of the officers of such troop or company, as the case may be, shall, respectively, cease and determine; unless such troop or company shall, respectively, be completed with the number of men aforesaid, within twelve months after the passing of this Act. *{marginal: What number of men shall form a company.}*

III. *And be it further enacted* by the authority aforesaid, That no person liable to do militia duty, who now is, or hereafter may be, enrolled in any volunteer troop of cavalry, infantry or artillery, shall be exempted from doing duty in such troop or company, unless he shall have given six months previous notice, in writing, of his intention of leaving such troop or company, to the commanding officer thereof, and shall have complied with the other requisitions required by law. *{marginal: Persons enrolled in a volunteer company, to give six months notice of their intention to leave it.}*

IV. *And be it enacted* by the authority aforesaid, That the commission of every captain of any troop of cavalry or company of artillery or infantry, shall be null and void, to all intents and purposes, who hereafter shall refuse or neglect, for the space of six months in immediate succession, to muster his troop or company, as the case may be. *{marginal: Captains who neglect to muster, to forfeit their commissions.}*

V. *And be it further enacted,* That the brigadiers general shall, within their respective commands, depute proper persons to collect all fines and penalties which may be imposed on delinquents under the militia laws of this State, and allow such percentage on the collection thereof, as to them shall appear advisable, so as the same shall not exceed ten per cent. *{marginal: Persons appointed to collect fines.}*

VI. *And be it enacted* by the authority aforesaid, That all persons acting as fire-masters, or enrolled in any department under them, shall, on ordinary musters, be exempted from the performance of militia duty. *{marginal: Fire masters exempted from militia duty.}*

VII. *And be it enacted* by the authority aforesaid, That every militia officer who shall be appointed to conduct an election for an ensign, or other commissioned officer, shall fairly enter, or cause to be entered, in a book or roll, the names of all persons voting at such election, and shall provide a box or glass for the purpose of receiving the said ballots; and the officer so managing such election may require any person offering to give his vote thereat, to swear that he is a resident within the company beat, or is otherwise properly enrolled therein, and is then liable to do duty in that company, under the third section of "An additional Act to organize the Militia throughout the State of South Carolina," passed the nineteenth day of December, in the year of our Lord one thousand seven hundred and ninety four; and the officer holding such election shall make oath, that he has managed the election according to law, according to the best of his knowledge and belief, and the orders he shall have received from the commanding officer for conducting the same. *{marginal: Mode of conducting elections.}*

VIII. *And be it enacted* by the authority aforesaid, That whenever it shall be considered as necessary for any militia officer, not under the rank of captain, or other commanding officer of a company, to take a census of the number of persons within his beat, company or district, liable to the performance of militia duty, such officer or officers shall be, and they are hereby, authorized and required to demand the name or names of each and every householder, or other person or persons so resident therein, and to *{marginal: Militia officers may inquire into the liability of persons to do militia duty.}*

Digitized by Google

EXHIBIT 13
0235

Case 3:19-cv-01226-L-AHG   Document 12-14   Filed 10/04/19   PageID.674   Page 33 of 176

STATUTES AT LARGE

A.D.1800.                *Acts relating to the Militia.*

inquire into their liability to perform such duty in his said beat, company or district; and if any householder, or other person or persons residing in such beat, shall fail or refuse to satisfy the necessary enquiries of such officer, touching his or their liability to be enrolled as a militia man, such householder or other resident shall forfeit and pay the sum of ten dollars, to be sued for and recovered before any one justice of the peace; which penalty shall be paid into the hands of the paymaster of the regiment in which such person or persons may reside.

**Carbineers attached.** IX. *And be it enacted* by the authority aforesaid, That it shall and may be lawful to and for any major of cavalry to attach to the squadron under his command, by and with the consent of the commanding officer of the regiment of which such squadron shall be a part, any number of rifle carbineers, not exceeding twelve to a troop, who shall also be armed as troopers, in such way and manner as he shall think fit and direct.

**Vacancies, how filled.** X. *And be it enacted* by the authority aforesaid, That whenever a vacancy or vacancies shall happen of any commissioned officer or officers in any troop or company of the militia, and the men composing such troop or company, respectively, shall neglect or refuse, for the space of three months, due notice of an election being given, to fill up the same as the law directs, then, and in every such case, it shall and may be lawful to and for the commanding officer of the regiment to which such troop or company shall belong or be attached, by and with the consent of the commanding officer thereof, to fill up such vacancy.

**Pioneers may be attached.** XI. *Be it enacted* by the authority aforesaid, That it shall and may be lawful to and for the commanding officer of any company of artillery to attach thereto any number of free negroes and Indians, moors, mulattoes, and mestizoes, between the age of eighteen and forty-five, not exceeding four, to act as pioneers, in such way and manner as the commanding officer of the regiment or battalion to which such company may belong or be attached, shall think fit, or direct the said pioneers to be clothed in hunting shirts and overalls, and equiped with the usual accoutrements of a pioneer, except swords, hangers or bayonets.

**Fines, how to be applied.** XII. *And be it enacted* by the authority aforesaid, That the fines which have been, or may hereafter be, collected in the ancient battalion of artillery in Charleston, under the authority of the militia law of this State, from the commissioned and non-commissioned officers and matrosses of the said battalion, shall and may be applied, exclusively, to the uses and purposes of the said battallion; and the fines collected, as aforesaid, in the second battalion of the regiment of artillery in Charleston, shall and may be applied, exclusively, to the uses and purposes of the said second battalion.

**Persons of colour not to wear offensive weapons.** XIII. *And be it enacted* by the authority aforesaid, That no trumpeter or musician, being a negro, mulatto, mestizo, or person of color, attached to any corps of cavalry, be permitted to be armed with any offensive weapons, unless in cases of alarm or of service on detachment.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred, and in the twenty-fifth year of the Independence of the United States of America.

JOHN WARD, *President of the Senate.*
THEO. GAILLARD, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0236

AN ACT TO ALTER AND AMEND AN ACT ENTITLED "AN ACT CONCERNING No. 1892.
THE CAVALRY AND ARTILLERY OF THIS STATE, AND FOR OTHER
PURPOSES THEREIN MENTIONED;" PASSED THE SIXTEENTH DECEMBER,
SEVENTEEN HUNDRED AND NINETY-SEVEN.

WHEREAS, by the eighth section of the Act aforesaid, it is enacted
that the company of artillery attached to the twenty-eighth regiment, the
company attached to the twenty-ninth regiment, and the company attached
to the thirtieth regiment of infantry, shall form one battalion, and the
said battalion, together with the Charleston battalion of artillery, shall
form one regiment. And *whereas,* no such company as is stated in the
said Act to be attached to the thirtieth regiment of infantry, did or does
exist. And *whereas,* the Governor and Commander-in-chief for the time
being, did permit to be raised a company of artillery, by the name of "The
Federalist Artillery Company," pursuant to the Act of Congress, in such
case made and provided, and did duly commission the officers thereof,
which company hath ever since acted with the said regiment of artillery
as a company of the battalion aforesaid, formed by the Act aforesaid,
commonly called and known as the second battalion of the said regiment
of artillery.

I. *Be it therefore enacted,* by the Honorable the Senate and House of
Representatives, now sitting in General Assembly, and it is hereby enacted
by the authority of the same, That the said company of artillery, called
the Federalist Artillery Company, be, and the same is hereby, attached to
the said regiment of artillery, as one of the companies of the said second
battalion of the said regiment; and that the officers thereof shall, in all
cases, take and be entitled to rank in the said regiment, and militia of this
State, according to law and the dates of the.r commissions.

II. *And be it further enacted* by the authority aforesaid, That if, at any
time hereafter, it shall happen that one or more of the companies forming
the said second battalion of artillery shall be dissolved, or otherwise legally
cease to exist, it shall and may be lawful to and for the Governor or Com-
mander-in-chief for the time being, to raise, or cause or permit to be raised,
one or more companies, as the vacancies of the said second battalion of
artillery may require, and to commission the officers thereof according to
law; which company or companies, as the case may be, shall be attached,
and form a company or companies, as the case may be, of the said second
battalion of artillery, in the room and stead of any company or companies
so dissolved or ceasing to exist, so that the said battalion may always be
kept entire.

III. *And be it further enacted* by the authority aforesaid, That so much
of the said Act entitled "An Act concerning the Cavalry and Artillery
of this State," passed the 16th December, 1797, as is repugnant to this
Act, be, and the same is hereby, repealed.

In the Senate House, the nineteenth day of December, in the year of our Lord one
thousand eight hundred and seven, and of the Independence of the United States of
America the thirty-second.

WM. SMITH, *President of the Senate.*
JOSEPH ALSTON, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0237

510                   STATUTES AT LARGE

A. D. 1807.                 *Acts relating to the Militia.*

No. 1893. AN ACT TO GIVE THE MILITIA OFFICERS OF THIS STATE, WHO HAVE
           NOT TAKEN THE OATHS REQUIRED BY THE ACT OF THE GENERAL
           ASSEMBLY, PASSED THE NINETEENTH DAY OF DECEMBER, ONE THOU-
           SAND SEVEN HUNDRED AND NINETY-FOUR, IN THE MANNER DIRECTED
           BY SAID ACT, FURTHER TIME TO TAKE THE SAID OATH.

I. *Be it enacted*, by the Honorable the Senate and House of Represen-
tatives, now met in General Assembly, and by the authority of the same,
That all militia officers of this State, who have received commissions, and
who have not taken the oath prescribed by the Act of the General Assem-
bly of this State, passed the nineteenth day of December, in the year one
thousand seven hundred and ninety-four, within the time limited by the
said Act, and who shall take the said oath within the space of one year
from the date of the passing of this Act, shall be, and they are hereby,
established in their respective commissions, and shall take grade in the
same manner, and possess the same rights and privileges, as they might or
would have had, provided they had taken the oath as prescribed and direc-
ted by the said Act of the General Assembly, passed on the nineteenth day
of December, in the year one thousand eight hundred and ninety-four ; any
law or custom to the contrary notwithstanding.

II. *And be it enacted* by the authority aforesaid, That nothing in this
Act shall extend, or be construed to extend, to any militia officer of this
State who is or may have been concerned in any decision already made
by any military court, or where there are now any officers contending for
rank, in consequence of the aforesaid oath not having been taken, or may
contend for, three months after the passing of this Act.

In the Senate House, the nineteenth day of December, in the year of our Lord one
    thousand eight hundred and seven, and of the Independence of the United States
    of America the thirty-second.

            WM. SMITH, *President of the Senate.*
            JOSEPH ALSTON, *Speaker of the House of Representatives.*

------

No. 1898. AN ACT EXPLANATORY OF FORMER ACTS RELATIVE TO THE MODE OF
           DETERMINING THE SENIORITY OF OFFICERS IN THE MILITIA OF THIS
           STATE ; AND FOR OTHER PURPOSES THEREIN MENTIONED.

WHEREAS, it appears that Captain Janent Laval and Captain John
Geddes, hold commissions in the first squadron, eight regiment of cavalry,
of the same grade, each to take rank on the same day ; and *whereas*, in
consequence thereof, Isaac Walter, Esq., lieutenant-colonel of the said
regiment, did order and direct their seniority to be determined by lot, as
directed by law ; and *whereas*, brigadier-general Read set aside and annull-
ed the said order, and a court of enquiry, unauthorized in such cases by
any law, was called by the Governor of this State, to determine the rank

Digitized by Google

EXHIBIT 13
0238

of the said officers, and the seniority thereby given to Captain Janent Laval, although the same had not been determined by lot, as is directed by law, as aforesaid, whereby it appears that the said Captain John Geddes has been deprived of a right secured to him by the militia laws, in such cases made and provided.

I. *Be it therefore enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That lieutenant-colonel Isaac Walter, or the commanding officer of the said eighth regiment of cavalry, is hereby required and directed, on or before the first Monday in February next, to cause the seniority of rank between Captain Geddes and Captain Laval to be determined by lot, according to the mode prescribed by the militia laws.

II. *And be it further enacted* by the authority aforesaid, That in all cases where two officers hold commissions of equal grade, and are entitled to take rank on the same day, notwithstanding the said commissions may have been issued and filled up on different days, yet the seniority of such officers shall be determined (without reference to their former commissions,) by lot, according to the directions of an Act of Congress, passed the eighth day of May, one thousand seven hundred and ninety-two, and an Act of this State, passed the eighteenth day of December, one thousand seven hundred and ninety-four, in conformity thereto.

III. *And be it further enacted* by the authority aforesaid, That this Act be deemed a public Act, and that it shall be the duty of the militia officers of this State to enforce the due observance thereof.

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and seven, and of the Independence of the United States of America the thirty-second.

WM. SMITH, *President of the Senate.*
JOSEPH ALSTON, *Speaker of the House of Representatives.*

───

AN ACT REQUIRING THE MAJOR-GENERALS OF THE MILITIA OF THIS    No. 1916.
STATE TO CAUSE ONE UNIFORM SYSTEM OF EVOLUTIONS TO BE ADOPTED BY THE CAVALRY, WITHIN THEIR RESPECTIVE DIVISIONS; FOR PERFECTING THE SEVERAL OFFICERS OF THE MILITIA THROUGHOUT THIS STATE, IN THEIR MILITARY DUTIES; AND FOR OTHER PURPOSES THEREIN MENTIONED.

WHEREAS, it is highly expedient and necessary that a uniform system of evolutions should be adopted for the cavalry; that the several militia officers throughout this State should become perfect in their military duties; and that patrol duty should be strictly and regularly performed:

I. *Be it therefor enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That an uniform system of evolutions be adopted

Digitized by Google

EXHIBIT 13
0239

*Acts relating to the Militia.*

A. D. 1808.

Uniform system of evolutions.

and performed by the cavalry of this State, the same to be settled and agreed upon by the major-generals and the adjutant-general, or a majority of them.   That it shall be the duty of the major-generals of the militia of this State to cause the same to be notified to, and to be adopted and observed by, the cavalry within their respective divisions.

Officers to attend brigade musters.

II.   *And be it further enacted* by the authority aforesaid, That it shall be the duty of all the officers of the several different brigades throughout this State, under the rank of brigadier, excepting artillery and cavalry officers, to assemble in some central and proper place within their respective brigades, in full uniform, and equipped with a musket, bayonet, cartouch box and twenty-four cartridges, once at least in every two years, and there be kept on duty in the practice of the manual exercise, for a time not exceeding six days, nor less than three days, as the major-general of each division may think fit and proper.   And it shall be the duty of the several brigadier-generals to attend the said officers so assembled within their respective brigades, and to lead, train, discipline and manœuvre the said officers, according to the system of Steuben, or any other system which may be adopted by Congress.   And it shall be the duty of the adjutant-general and brigade-majors, within the respective brigades, to attend such musters, and be subject to orders, as on reviews; and it shall also be the duty of the major-generals, within their respective divisions, to attend at the said musters; which said musters of the officers, as aforesaid, shall be ordered by the Governor or Commander-in-chief, and at such times as he shall deem fit and proper for the purposes intended by this Act.   And in case any of the officers required by this Act to attend the musters aforesaid, shall fail or neglect so to attend, the said officers, respectively, so failing or neglecting, shall be subject to the fines and forfeitures following, that is to say: a major-general shall be fined in the sum of sixty dollars, a brigadier-general in the sum of fifty dollars, a colonel in the sum of forty dollars, a major in the sum of thirty-dollars, a captain, lieutenant or ensign, in the sum of twenty dollars; and that such defaulter or defaulters shall be tried in the same manner as is now directed by the militia laws of this State, and the fines applied to the use of the brigade in which such fines and forfeitures have accrued.

Officers to attend regimental musters.

III.   *And be it further enacted* by the authority aforesaid, That it shall be the duty of the officers of the several regiments within this State, in like manner, to assemble, once at least in every year, in some convenient and central place, within the bounds of the said regiments, respectively, at such times as the respective brigadiers shall order, accoutred in the same manner as hereinbefore directed; at which regimental musters it shall be the duty of the brigade-major of the respective brigades to attend; and the said officers, respectively, in case of default, shall be subject to the same fines and forfeitures as are in the said clause mentioned; which said fines and forfeitures are to be collected in like manner as aforesaid, and to be applied to the use of the regiments in which such fines and forfeitures have accrued.

Fines for non-attendance.

IV.   *And be it further enacted* by the authority aforesaid, That every lieutenant-colonel who shall wilfully neglect to turn out at a regimental muster, shall be fined in a sum of forty dollars, and fifty per cent. on the amount of his last general tax; and that every major, for a like neglect, either at a regimental or battalion muster, shall be fined thirty dollars, and also fifty per cent. on the amount of his last general tax; that every captain, for a like neglect, shall be fined twenty-dollars, and also a

Digitized by Google

EXHIBIT 13
0240

*Acts relating to the Militia.*

sum not exceeding fifty per cent. on his general tax; that every subaltern officer, for a like neglect, shall be fined fifteen dollars, and also a sum not exceeding fifty per cent. on the amount of his general tax; and that every non-commissioned officer and private, for a like neglect, shall be fined the sum of three dollars, and fifty per cent. on the amount of his general tax; that every captain who shall wilfully neglect to turn out at any ordinary muster, shall be fined in the sum of six dollars, and also fifty per cent on the amount of his general tax; that every subaltern officer, for a like neglect, shall be fined in the sum of four dollars, and also fifty per cent. on the amount of his general tax; and that every non-commissioned officer and private, for the like neglect, shall be fined the sum of one dollar and fifty cents, and fifty per cent. on the amount of his general tax.

V. *And be it further enacted* by the authority aforesaid, That every person liable to perform patrol duty, or liable to procure a substitute to perform the same, shall, on failure (without legal excuse,) to ride patrol, either by himself or substitute, in their respective turn, for every such default, forfeit and pay to the commanding officer of the company of which such patrol is a detachment, the sum of two dollars, and also the sum of fifty per cent. on the amount of his last general tax, to be recovered before the captain of such company, the money to go to the use of the company of which such patrol is a detachment. *Fine for not performing patrol duty.*

VI. *And be it further enacted,* That no officer, either of infantry, cavalry or artillery, shall be excused from the performance of patrol duty; but every officer, either of cavalry, infantry or artillery, and every private, shall be liable to perform patrol duty in the beat, under the [captain] of said beat, within which such officer or private resides. *Officers to perform patrol duty.*

VII. *And be it further enacted,* That every clause and article in this Act shall be construed to extend as well to the officers and privates of the cavalry, artillery and volunteer companies, as to the officers and privates of the infantry. *This Act, how to be construed.*

VIII. *And be it further enacted* by the authority aforesaid, That all Acts and clauses of Acts repugnant hereto, be, and the same are hereby, repealed. *Repealing clause.*

IX. *And be it further enacted* by the authority aforesaid, That the proportion of the militia of this State ordered to be organized and held in readiness to act at a moment's warning, be exempt, during their organization and the continuance of such orders, from ordinary militia duty, and be subject to the immediate command only of the officers detached with them; and that the militia so detached, until called into actual service, shall be subject and liable to the same fines and penalties for breach of duty, as by law are imposed on the militia of the State generally; such fines to be appropriated to the use of the respective battalions or regiments in which they may accrue; and that the militia so detached be required to assemble in battalions, squadrons or regiments, at the discretion of the commanding officers of regiments or brigades, to be encamped, and there to perform all the usual duties and exercises of a camp, and to continue embodied and encamped for not less than three or more than five days; and that the troops who may perform such duty shall be entitled to rations, or money in lieu thereof, agreeably to the contract of the United States for rations in this State; and that the sum of four thousand dollars be appropriated in the tax bill, for the above purpose; and that his Excellency the Governor be, and he is hereby, authorized to apply to the comptroller-general for *The militia ordered to be organized, exempt from ordinary militia duty.*

VOL. VIII.—65.

Digitized by Google

EXHIBIT 13
0241

514                                  STATUTES AT LARGE

A. D. 1808.                      *Acts relating to the Militia.*

warrants, and the said comptroller general to issue the same, in favor of
the commanders of the corps who may encamp as aforesaid, for the rations,
or amount thereof, due to said corps, respectively.

Mode to be
adopted in re-
lation to the
rise of officers.
X. *And be it further enacted* by the authority aforesaid, That the fol-
lowing mode, in relation to the rise of officers, and no other mode, be
hereafter adopted and adhered to, viz ; that in case of any vacancy for
any commissioned officer in any company, such vacancy shall be filled up
by the ballot of all persons enrolled, (including alarm men,) in such com-
pany ; that in case the majority in any battalion or squadron shall become
vacant, that such vacancy shall be filled up by the votes of the commission-
ed officers of such battalion or squadron, who shall be compelled to elect a
major from the captains of said battalion or squadron ; that in case of the
death, resignation or removal of any lieutenant-colonel, that the vacancy
thereby occasioned shall be filled up by the votes of the captains in said
regiment, who shall elect a lieutenant-colonel from one of the majors of
said regiment ; and if it should happen that two majors are not in commis-
sion when the lieutenant-colonel may die, resign or be removed, that the
commissioned officers of the battalion in which such vacant majority may
occur, shall be obliged to appoint a major or majors, as the case may be,
before a choice of lieutenant-colonel can be made ; that in case of the
death, resignation or removal of any brigadier-general, that the vacancy
thereby occasioned shall be filled up by the votes of the field officers of
the brigade electing him, from among the lieutenant-colonels ; that in case
of the death, resignation or removal of any major-general, that the vacan-
cy thereby occasioned shall be filled up by the brigadier-generals of the di-
vision, electing from among themselves.

Regiments of
cavalry and ar-
tillery to be
formed into
brigades.
XI. *And be it further enacted* by the authority aforesaid, That the regi-
ments of cavalry and artillery of the two divisions of the militia of this
State, be formed into brigades, one brigade of each to be attached to each
division ; and that as soon as his Excellency the Governor shall report the
organization of said brigades, the brigadier-generals thereof shall be, ap-
pointed from among the colonels of the brigades, respectively, by the field
officers of the same.

Sanction of
Congress to be
obtained.
XII. *And be it further enacted* by the authority aforesaid, That certified
copies of this clause of this Act, together with the laws heretofore passed
in relation to the cavalry and artillery of this State, be transmitted to the
senators and members of Congress from this State, with a request that
they endeavor to obtain from the Congress of the United States their sanc-
tion of the organization of the cavalry and artillery of this State.

Fines in uni-
form compa-
nies, how to be
collected.
XIII. *And be it further enacted* by the authority aforesaid, That the offi-
cers commanding uniform corps of infantry, cavalry or artillery, shall, on
their court martials being approved of hereafter, transmit the same to the
adjutant of their respective regiments, whose duty it shall be to sign and
issue executions against all persons returned as defaulters by said courts
martial, except as to the militia of Charleston, where the brigade collector
shall sign all executions and collect all fines.

Persons remo-
ving must en-
rol their
names where
they settle
XIV. *And be it further enacted* by the authority aforesaid, That all
persons enrolled in any company of militia in this State, who shall or may
remove out of the company, beat or precinct, or settle or reside, for the
space of three months, in any other part of the State, and who shall not
enrol his name, and do ordinary militia duty in the place or precinct to
which he may so remove and remain for the time above mentioned, or any

Digitized by Google

**EXHIBIT 13**
**0242**

OF SOUTH CAROLINA. 515

*Acts relating to the Militia.*

A.D. 1809.

longer space of time, shall be liable to be fined as a defaulter, in case the company in which his name is enrolled has performed militia duty during his absence.

In the Senate House, the seventeenth day of December, in the year of our Lord one thousand eight hundred and eight, and in the thirty-third year of the Sovereignty and Independence of the United States of America.

SAMUEL WARREN, *President of the Senate.*
JOSEPH ALSTON, *Speaker of the House of Representatives.*

———

AN ACT TO AMEND AND EXPLAIN THE MILITIA LAWS OF THIS STATE. No. 1940.

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That in case of vacancy of the majority in any battalion or squadron, the captains and subalterns thereof shall fill up the said vacancy, by the election of some officer from among themselves. That in case of vacancy of a colonel's commission in any regiment, the majors and captains thereof shall fill the same, by election of some officer from among themselves. That in case of vacancy in the commission of a brigadier-general, the colonels and majors of the brigade shall fill the said vacancy, by the election of some officer from among themselves. That in case of the vacancy of a general of division, the colonels and brigadiers of such division shall fill the same, by the election of some officer from among themselves. *[Rise of officers fixed.]*

II. *And be it further enacted* by the authority aforesaid, That so much of an Act, passed at the last session of the General Assembly, as enacts that the cavalry and artillery of this State shall be arranged into brigades, be, and is hereby, repealed; and that hereafter, colonels and majors of cavalry, and colonels and majors of artillery, respectively, may and shall be eligible by election to the commission of brigadier-general, or general of division, as the case may be, agreeably to terms set forth in the foregoing clause of this Act. *[Part of a former Act repealed.]*

III. *And be it further enacted* by the authority aforesaid, That all elections for officers as aforesaid, shall be ordered by the officer commanding the battalion or squadron, regiment, brigade or division, wherein the vacancy shall occur, as the case may be, giving at least thirty days notice for the election of a major, at least forty days notice for that of a colonel, and at least fifty days notice of the election for a brigadier-general or general of division ; that at every such election, it shall require a majority of the persons eligible to vote, to constitute an election, and a majority of the votes to elect. *[How to hold elections.]*

IV. *And be it further enacted,* That in consequence of the major-generals and adjutant general of this State not having, as directed by the first section of the militia law, passed the seventeenth day of December last, brought forward a system of uniform exercise and evolutions, for the *[Hoyt's system adopted.]*

Digitized by Google

EXHIBIT 13
0243

516             STATUTES AT LARGE.

*Acts relating to the Militia.*

training of cavalry, that the exercise and evolutions laid down and published by —— Hoyt, be now and hereafter adopted, and none else, throughout the State, until the major-generals and adjutant-general do bring forward such uniform system, as directed by the aforesaid Act.

*How fines are to be collected.* V. *And be it further enacted* by the authority aforesaid, That in future, all fines to be imposed for neglect of patrol and militia duty, generally, in every company, battalion, regiment or brigade, shall be collected as follows, viz :—by such person or persons as the majors, lieutenant-colonel, or commanding officer of regiments or brigades, shall appoint to collect the same within their respective commands ; and that the said persons so to be appointed to collect said fines, shall be allowed a per centage on the monies to be collected by them, respectively, not exceeding ten per cent.; and that it shall be the duty of the senior officer presiding at a court martial, to furnish the collector so to be appointed, with a list of the fines imposed by such court, within fifteen days after the said court shall have imposed the same ; and that the said collector shall, within thirty days after receiving such lists, notify to each delinquent the amount of his fine, and require the payment of the same ; and if the said delinquent, so to be notified of his fine, shall neglect to pay the same for the space of fifteen days after such notification, the said collector shall issue an execution, and may arrest thereunder the body of said delinquent for satisfaction of said fine, unless the said delinquent shall point out sufficient property which can be levid on for satisfaction of said fine so to be imposed ; and that it shall be the duty of the several tax collectors in this State, on the reasonable request of any commissioned officer in the militia, or of any collector of militia fines, to discover and make known the amount of the last general tax of any defaulter liable to be fined as aforesaid ; *provided always,* that every non-commissioned officer or private, who may conceive himself aggrieved by the sentence of any court martial, shall have a right to appeal from the same, within fifteen days after being notified of the fine imposed, to the field officers of his regiment ; and the determination of a majority of the field officers of such regiment, shall be conclusive on the subject submitted to them.

*Collector to account to proper officer.* VI. *And be it further enacted* by the authority aforesaid, That all officers ordering court martials, or authorized by law to approve court martials, within their respective commands, shall, as often as they may think proper, and once in every year at least, compel the collector or collectors of fines as aforesaid, and all others who may have received or collected fines for neglect of patrol or militia duty, to come to an account and reckoning, and pay over the said fines so collected, to be applied according to law.

*Officers to purchase lands for parade ground.* VII. *And be it further enacted* by the authority aforesaid, That the field officers of the seventh brigade, residing within the parishes of St. Philip's and St. Michael's, shall have power, for the use of the militia of said parishes, to purchase as much land, not exceeding three hundred acres, as they may deem requisite and sufficient for a parade ground, or place of military exercise ; and they and their successors in command, may hold the same for ever thereafter, as a parade ground for the militia aforesaid, free of taxes ; and to aid them in the purchase hereby intended to be made, the said field officers, or a majority of them, shall have liberty to draw one or more lotteries, the profits whereof to be applied in payment of said parade ground, and to no other purpose, and not to exceed the amount of the said purchase.

Digitized by Google

EXHIBIT 13
0244

VIII. *And be it enacted* by the authority aforesaid, That the lieutenant-colonels or commandants or the respective regiments, shall, at least once in every year, order and direct the several commissioned and non-commissioned officers under their command, to assemble, completely armed and accoutred, at some convenient and central place, within their battalion or regimental precinct, one day previous to the battalion or regimental parade or review, for the purpose of being instructed in the exercise and manœuvres intended to be performed by the battalion or regiment to which said officers may be attached, at the next parade or review of the same; which said duty shall be in substitution of the duties required by law of said regimental officers, under the Act passed seventh December, one one thousand eight hundred and eight; and any commissioned officer neglecting to obey the order of his commanding officer aforesaid, shall be liable to the fines imposed by the aforesaid Act; and every non-commissioned officer, to the same fines as are imposed by law on them in case of their neglect of militia duty.

*Officers to meet and be instructed.*

IX. *And be it further enacted* by the authority aforesaid, That every person liable to perform patrol duty, or liable to procure a substitute to perform the same, shall, on failure, without legal excuse, to ride patrol, either by himself or substitute, in their respective turn, for every such default, forfeit and pay to the commanding officer of the company of which such patrol is a detachment, the sum of five dollars, and also, the sum of five per cent. upon the amount of his last general tax, to be recovered before the captain of such company, the money to go to the use of the company of which such a patrol is a detachment; and all Acts and clauses of Acts repugnant hereto, be, and the same are hereby, repealed.

*Fine for not riding patrol.*

X. *And be it further enacted* by the authority aforesaid, That the sum of five hundred dollars be appropriated, subject to the draft of the Governor, for the payment of the balance due of the expenditure of the late quota of the militia of this State; and that the sum of five thousand dollars be appropriated, and be subject to the draft of the Governor, as a provision, in case the General Government should call upon this State to furnish a quota of active militia to take the field, and not otherwise; and also, that the sum of two thousand five hundred dollars be appropriated for the purpose of building two new sheds for the securing of the carriages for the artillery in Charleston, and for repairing the former ones built for that purpose, and that the same be subject to the draft of the field officers of the twenty-eighth and twenty-ninth regiments of this State, and the field officers of the regiment of artillery in Charleston.

*Money appropriated.*

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and nine, and in the thirty-fourth year of the Independence of the United States of America.

SAMUEL WARREN, *President of the Senate.*
JOSEPH ALSTON, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0245

STATUTES AT LARGE

*Acts relating to the Militia.*

A.D. 1812.

No. 2010. AN ACT TO EXEMPT THE OFFICERS, NON-COMMISSIONED OFFICERS AND PRIVATES, OF THE CITY GUARD OF CHARLESTON, FROM MILITIA DUTY.

WHEREAS, it has been represented to the Legislature, that under the present militia laws of this State, the officers, non-commissioned officers and privates, of the city guard of Charleston, are subject, (notwithstanding their enrolment under the ordinance of said city,) to be fined by the officers of the militia in whose beat they reside, for not performing the duties required under the militia law, when at the same time they are performing the duties of guard and watch of the city ; therefore, to remedy, in future, this inconvenience and grievance,

I. *Be it enacted, and it is hereby enacted,* That from and after the passing of this Act, that so much of the militia law of this State shall be, and is hereby, repealed, as imposes a fine or fines on any member of the city guard of Charleston, so long as said members so continue, and until discharged from the said guard, notwithstanding such member of the guard may be resident in the militia beat : *provided,* that the city guard of Charleston shall at no time consist of more than one hundred, rank and file ; and this Act may, in the above case, be specially pleaded.

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and twelve, and in the thirty-seventh year of the Sovereignty and Independence of the United States of America.

SAMUEL WARREN, *President of the Senate.*
JOHN GEDDES, *Speaker of the House of Representatives.*

———

No. 2026. AN ACT TO ALTER AND AMEND THE MILITIA LAWS OF THIS STATE.

I. *Be it enacted,* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the Commander-in-chief for the time being, may, in case of invasion or other emergency, when he shall judge it necessary, order out any portion of the militia of this State, to march to any part thereof, and continue not more than three months at any one time, and until relieved, for which he shall make timely provision ; and likewise, may, in consequence of an application of the Executive of any of the United States, on an invasion or insurrection, or on apprehension of an invasion, of such State, at his discretion, order any number of militia, not exceeding one-third part thereof, to such State ; *provided,* that the militia which shall be so ordered out of the State, shall not be obliged to continue on duty out of this State more than two months at any one time.

Commander-in-chief may order out the militia.

II. *And be it further enacted* by the authority aforesaid, That in all cases where the militia are ordered out by virtue of this Act, volunteers and substitutes shall be accepted in the place of those ordered out, under the conditions, limitations and restrictions, already established by law.

Volunteers and substitutes to be accepted.

Digitized by Google

EXHIBIT 13
0246

*Acts relating to the Militia.*

III. *And be it further enacted* by the authority aforesaid, That no civil officer whatsoever shall, on any pretence, execute any process, unless for treason, felony or breach of the peace, on any person whatsoever, when such person shall be called out into service and embodied by the Executive authority of this State, in pursuance of the directions of this Act, or within thirty days after such person shall be discharged from the service upon which such person shall be called out, under the penalty of twenty dollars, and the service of any such process shall be void, to all intents and purposes whatsoever ; and that all suits which may be pending against such persons, shall stand and be continued over, in the same manner as if they had been regularly postponed by affidavit. *(margin: Process, when to be executed.)*

IV. *And be it further enacted* by the authority aforesaid, That the estate of any person whatsoever, when such person shall be called out and embodied in pursuance of the directions of this Act, shall be free and exempt from levy, distress or sale, by virtue of any legal process whatsoever, from the time any such person shall be called out as aforesaid, and until thirty days shall elapse after such person shall be discharged from the service upon which such person shall be so called out ; and that any person making any such levy, or distress, or sale, as aforesaid, shall be fined in the sum of twenty dollars ; and every such levy, distress, or sale, as aforesaid, shall be void, to all intents and purposes whatsoever. *(margin: Estates protected.)*

V. *And be it further enacted* by the authority aforesaid, That from and after the passing of this Act, the officers, non-commissioned officers, musicians and privates, of the infantry, artillery, cavalry and riflemen, of the militia of this State, when called into service and embodied by the authority of the laws thereof, and whilst remaining therein, shall be entitled to the same pay, rations and forage, with the regular troops of the United States. *(margin: Pay of militia.)*

VI. *And be it further enacted* by the authority aforesaid, That whenever the militia shall be called into the actual service of this State, by the authority of the laws thereof, their pay shall be deemed to commence from the day of their appearing at the places of battalion, regimental or brigade rendezvous, allowing to each officer, non-commissioned officer, musician and private soldier, a day's pay and rations for every fifteen miles from his home to such place of rendezvous, and the same allowance for travelling home from the place of discharge. *(margin: Pay, when to commence.)*

VII. *And be it further enacted* by the authority aforesaid, That whenever the militia, or any part thereof, shall be in actual service, and embodied in consequence of being so ordered out by the Commander-in-chief, either within or without the State, they shall be subject to the same rules and regulations as the troops of the United States shall be subject to, at the time the militia shall be so ordered out, in order to secure, as far as possible, an uniformity of discipline between the militia of this State and the troops of the United States ; and the said rules and articles shall be proclaimed with due solemnity at the head of such detachment, as soon after their being assembled as possible. *(margin: How to be governed.)*

VIII. *And be it further enacted* by the authority aforesaid, That whenever a militia-man, in either of the aforesaid cases, shall have been duly summoned or ordered to appear at the rendezvous appointed, and shall not appear, then, and in that case, he may be fined in a sum not exceeding five hundred dollars, and the amount of his taxes last paid to the State, at the discretion of a court martial, to be composed of officers of the detachment *(margin: Fine for not turning out.)*

Digitized by Google

EXHIBIT 13
0247

520                          STATUTES AT LARGE

A. D. 1813.                 *Acts relating to the Militia.*

ordered out, if it be convenient ; if not convenient, of officers of the bri-
gade to which the delinquent shall belong, or of any other officers of the
militia of this State, at the discretion of the Commander-in-chief, who is
hereby authorized to order the said courts, in conformity with the usage of
the army of the United States.   And in addition to the fine which the said
court-martial may inflict on any person who may subject himself to any of
the aforesaid penalties, the said court martial may, at their discretion, sen-
tence any delinquent to imprisonment in the common gaol, for a term not
exceeding three months ; *provided, always,* that no fine or imprisonment
shall be imposed on any delinquent until he shall have been summoned to
appear before a court-martial, to shew cause why such fine or imprisonment
should not be imposed.

How to be
warned to turn
out.

IX. *And be it further enacted* by the authority aforesaid, That as often
as it shall happen that any non-commissioned officer or private shall be
absent when any non-commissioned officer shall call to warn him to appear
at rendezvous, a notice in writing, signed by such non-commissioned offi-
cer, and left at the usual place of his abode, shall be deemed a sufficient
warning.

Fines, how to
be collected.

X. *And be it further enacted* by the authority aforesaid, That all fines
which shall be imposed by virtue of this Act, shall be collected in the fol-
lowing manner : the president of every court martial shall make a list of
all the persons fined, designating the company to which they belong, and
the sum imposed as fines on each person, and draw his warrant, under his
hand and seal, directed to any sheriff of any district, as the case may be,
thereby commanding such sheriff to levy such fine or fines, together with
his costs, of the lands, tenements, goods and chattels, of such delinquent ;
and every such sheriff to whom such list and warrant aforesaid shall be di-
rected and delivered, shall execute the same by levying and collecting the
said fines, as aforesaid, and shall make return thereof, within forty days
from the receipt of such warrant, to the president who issued the same ;
and should the sheriff be able to find no lands, tenements, goods or chat-
tels, of which to levy the said fine or fines, then he shall take the body of
the said delinquent, and commit it to gaol, and there keep it until the said
fine or fines shall be paid, or until double the time shall have elapsed for
which the delinquent would have served, had he joined the militia so or-
dered out ; and the said sheriff shall be entitled to the same fees for collect-
ing the aforesaid fines, and subject to the same penalties for neglect, as
are allowed and provided in similar cases.

To be paid to
the paymaster.

XI. *And be it further enacted* by the authority aforesaid, That all fines
collected as above, shall be paid into the hands of the pay-master of the
regiment to which the delinquents shall, respectively, belong.

Fines for pa-
trol and militia
duty.

XII. *And be it further enacted* by the authority aforesaid, That all fines,
(except such as are otherwise provided for by this Act,) now incurred, or
which may hereafter be incurred or imposed for neglect or default of pa-
trol or militia duty, (except in the parishes of St. Philip and St. Michael,)
may be collected in the following manner, to wit : by warrant, under the
hand and seal of the captain, or other commanding officer of the compa-
ny, or by the presiding officer of the court-martial by which the fine is im-
posed, which said warrant may be directed to any sergeant of the company
to which the delinquent belongs, commanding him to levy and collect the
said fine or fines ; and the said sergeant is hereby authorized and required,
under the penalty of twenty dollars, to call on every delinquent who shall

Digitized by Google

**EXHIBIT 13**
**0248**

be named in such warrant, or in a schedule or list to the warrant annexed, and to demand payment of the said fine or fines; and on neglect or refusal to make such payment, after demand thereof so as aforesaid made, then the said sergeant having the aforesaid warrant, is hereby required forthwith to proceed to collect the said fine or fines, together with such costs as are received by constables in small and mean causes.

XIII. *And be it further enacted* by the authority aforesaid, That the form of the warrant to be issued by the captain or commanding officer of the company, or the presiding officer of the court martial, for the collection of the fines aforesaid, shall be as follows :

"*The State of South Carolina:*

Whereas, the persons named in the schedule or list hereunto annexed, have been duly sentenced by a court martial to pay the sums to their names affixed ; this warrant, therefore, authorizes and requires you to levy and sell of the goods and chattels sufficient to pay the fine and costs which have been adjudged against him ; and pay over the fines aforesaid to the proper officer. *Form of warrant to collect fines.*

Given under my hand and seal, the ———day of ———, one thousand eight hundred and ———.

A B, Captain. L. S."

XIV. *And be it further enacted* by the authority aforesaid, That if the said person to whom the said warrant shall be directed, shall make return that he cannot find any goods and chattels to be levied on, then the officer who issued the warrant is hereby authorized and required to issue a warrant against the body of the delinquent, and take him to the common gaol, there to remain for such time as is already provided for by law, unless the fine and costs may be sooner paid. *Body of delinquent may be taken.*

XV. *Whereas,* Chapman Levy, Francis Blair, William Robinson, Robert Singleton, Joshua English, John Hughson, William Trapp, A. Blanchard, John Parker, and Robert Coleman, have prayed for leave to raise a fund, by one or more lotteries, for the purpose of purchasing arms and other munitions of war for the use of the Camden rifle and artillery companies : *Be it therefore enacted* by the authority aforesaid, That the said Chapman Levy, Francis Blair, William Robinson, Robert Singleton, Joshua English, John Hughson, A. Blanchard, John Parker, and Robert Coleman, be, and they are hereby, authorized to raise a fund, not exceeding five thousand dollars, by establishing and drawing one or more lottery or lotteries ; the said fund to be appropriated for the purchase of such arms as may be suitable for the use of the said Camden rifle and artillery companies. *Camden Rifle and Artillery Companies.*

XVI. *And be it further enacted* by the authority aforesaid, That all free persons of color, pioneers, fatigue-men, musicians, trumpeters, buglers, drummers, and fifers, attached to, or liable to do duty in, any company, troop or corps, shall be entitled to the same pay, and be liable to the same fines and penalties, and subject to the same rules and regulations, as the militia of this State are liable to. *Pioneers, &c., how paid and governed.*

XVII. *And be it further enacted* by the authority aforesaid, That the Commander-in-chief for the time being shall have authority to remove to some temporary place of safety and deposit, such portion of the arms, ammunition and military stores, at any time deposited in the public arsenals of the State, as circumstances may appear to require, and, when necessary, in his opinion, to provide and furnish sufficient guards to protect the public *Commander-in-chief may remove public arms.*

VOL. VIII.—66.

Digitized by Google

EXHIBIT 13
0249

A. D. 1813.

*Acts relating to the Militia.*

arsenals, until it be found expedient to call out into the public service detachments of the militia, on whom this duty may in part devolve.

*Arsenals to be examined.* XVIII. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the Governor and Commander-in-chief for the time being, from time to time, to examine, or cause to be examined by some proper officer, the situation of the respective arsenals throughout the State; to require security from the arsenal keepers, and to remove them for negligence or other improper conduct, or incapacity of performing the duties devolving on them as as such; and to appoint, in cases of removal, other persons to supply the vacancies thereby created.

*Governor may aid in erecting temporary works.* XIX. *And be it further enacted* by the authority aforesaid, That the Commander-in-chief for the time being may, at his discretion, aid and assist the citizens of any portion of this State in erecting temporary works and means of protection, and build such redoubts and establish such military posts, as he shall deem necessary, and best calculated to promote the common defence.

*Additional compensation to the adjutant general.* XX. *And be it further enacted* by the authority aforesaid, That the Governor shall be, and he is hereby, authorized to make, to the adjutant-general, from the contingent fund, such additional compensation as the additional duties imposed on that officer may, in his judgment, render proper and reasonable; *provided*, the same do not exceed five hundred dollars per annum.

*Repealing clause.* XXI. *And be it further enacted* by the authority aforesaid, That all Acts and parts of Acts repugnant to this Act, be, and the same are hereby, repealed.

In the Senate House, the twenty-fourth day of September, in the year of our Lord one thousand eight hundred and thirteen, and in the thirty-eighth year of the Sovereignty and Independence of the United States of America.

JAMES B. RICHARDSON, *President of the Senate.*
JOHN GEDDES, *Speaker of the House of Representatives.*

––––––

No. 2046. AN ACT to prolong the time for certain Militia officers to take the oath or affirmation prescribed by law.

WHEREAS, many officers of the militia have, through inadvertence, neglected to take the oath or affirmation prescribed by the Act entitled "An Act to organize the militia throughout the State of South Carolina," passed on the nineteenth day of December, in the year of our Lord one thousand seven hundred and ninety-four, in conformity with the Act of Congress.

I. *Be it therefore enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That a further term of six months be allowed the said officers to take the said oath or affirmation, before some justice of the peace or quorum, who shall certify the same on the back of their commissions; and the said officers thus taking said oath or affirmation, shall be

Digitized by Google

EXHIBIT 13
0250

523

*Acts relating to the Militia.*

A. D. 1814.

still qualified to hold their said commissions; any law to the contrary notwithstanding. *Provided, nevertheless,* that if the said officers do not, within the said time, take the said oath or affirmation, their commissions shall be vacated.

II. *And be it further enacted* by the authority aforesaid, That any officer or officers taking the oath or affirmation within the time above mentioned, shall receive commissions of the same date, and shall be entitled to take the same grade, as if he or they had taken the said oath or affirmation according to the requisitions of the above-mentioned Act.

In the Senate House, the seventeenth day of December, in the year of our Lord one thousand eight hundred and fourteen, and in the thirty-ninth year of the Independence of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*

THOS. BENNETT, *Speaker of the House of Representatives.*

---

AN ACT TO DIVIDE THE STATE INTO FIVE DIVISIONS AND TEN BRIGADES.

No. 2054.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and immediately after the passing of this Act, this State shall be divided into five divisions, and to each division there shall be a major-general; the first of which divisions shall comprehend the districts of Edgefield, Abbeville, Pendleton and Greenville; the second division shall comprehend the districts of Barnwell, Beaufort, Colleton, Charleston, Orangeburg, and Lexington, (except the Dutch Fork between Saluda and Broad rivers;) one other division shall comprehend the districts of Georgetown, Williamsburg, Horry, Marion, Marlborough, Chesterfield, and Darlington; one other division shall comprehend the districts of Richland, Sumter, Kershaw, Lancaster, Chester and Fairfield; one other division shall comprehend the districts of Union, York, Spartanburg, Newberry, and Laurens, including the Dutch Fork between Saluda and Broad rivers.

II. *And be it further enacted* by the authority aforesaid, That the rank of the three last divisions created by virtue of this Act, shall be ascertained and determined by lot, in the manner following, that is to say: a joint committee of both Houses shall forthwith cause the words Eastern Division, North-Eastern Division, and Northern Division, to be, respectively, written on three pieces of paper, which shall be folded up and put into a hat, and they shall then cause a child under ten years of age to draw out, in their presence, two of the said pieces of paper or lots, and that which shall be first drawn shall be the third division of this State, that which is next drawn shall be the fourth division, and the remaining lot or piece of paper shall be the fifth division.

III. *And be it further enacted* by the authority aforesaid, That the rank of the brigades and regiments of infantry shall likewise be determined by

Digitized by Google

EXHIBIT 13
0251

A.D.1814.

*Acts relating to the Militia.*

lot, the first division having the lowest numbers and highest rank, those of the second division shall be next lowest in numbers and highest in rank, and so on, according to the rank of the respective divisions, taking care so to conduct the drawing that the lowest number of the respective regiments be given to the lowest number of the respective brigades; and that the rank of the battalions, in their respective regiments, be always determined by the seniority of their respective majors.

IV. *And be it further enacted* by the authority aforesaid, That the districts of Fairfield and Chester shall form and constitute one additional brigade, which shall be numbered according to the rank to which it may be drawn.

V. *And be it further enacted* by the authority aforesaid, That the cavalry now raised, and hereafter to be raised, in the districts of Fairfield and Chester, shall form one regiment or squadron, according as the number of troops therein may warrant.

VI. *And be it further enacted* by the authority aforesaid, That the Legislature, under this Act, shall choose, by ballot, the major-generals of the three additional divisions created by virtue of this Act, who shall take rank according to the number of their divisions ; the Legislature shall also choose, in like manner, the brigadier-general of the newly formed brigade ; and as soon as the brigadier-general is notified by the Governor of his election, he shall proceed to divide his brigade into four regiments, and after he has made such division he shall appoint five fit and proper persons in each regiment, whose duty it shall be to divide the respective regiments into battalions and companies, as near as conveniently may be conformably to the Acts of Congress. *Provided,* no officer now in commission in said regiments shall be divested of his commission by such division or alteration.

In the Senate House, the twenty-first day of December, in the year of our Lord one thousand eight hundred and fourteen, and in the thirty-ninth year of the Independence of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*
THOS. BENNETT, *Speaker of the House of Representatives.*

----

No. 2055.          AN ACT TO RAISE A BRIGADE OF STATE TROOPS.

Brigade of infantry to be raised.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That there shall be raised, in this State, one brigade of military, in the manner hereinafter mentioned ; that said brigade shall consist of two regiments, each regiment of two battalions, each battalion of five companies, and each company of one captain, one first lieutenant, one second lieutenant, one third lieutenant, one ensign, five sergeants, six corporals, two musicians, and ninety privates.   That each battalion shall have one major, and each regiment one colonel, one lieutenant-colonel, one adjutant, one quarter-master, one pay-master, one surgeon, two surgeon's mates, one

Digitized by Google

EXHIBIT 13
0252

OF SOUTH CAROLINA. 525

*Acts relating to the Militia.*

sergeant-major; and one quarter-master sergeant; and said brigade shall
be commanded by a brigadier general, who shall appoint such brigade
staff as are attached to the brigades in the army of the United States;
and the colonels shall appoint the staff of their respective regiments.

II. *And be it further enacted* by the authority aforesaid, That the briga- *Field offi-*
dier-general and field officers of the said brigade shall be appointed by the *cers, how ap-*
Legislature previous to the adjournment, but they shall not be called into *pointed, &c.*
service, nor be entitled to pay, until their respective commands have been
raised, that is to say :—as soon as five companies are raised, the eldest
major shall be called into service ; as soon as six companies are raised, the
eldest lieutenant-colonel shall be called into service ; and as soon as a
regiment is raised, all the officers of a regiment shall be called into service.
That as soon as two regiments are completed, the brigadier-general, with
his staff, shall be called into service ; and when the services of these offi-
cers, respectively, are required, they shall be notified thereof by the Gov-
ernor and Commander-in-chief.

III. *And be it further enacted* by the authority aforesaid, That the *Company offi-*
company officers of the said brigade shall be appointed and commissioned *cers, how ap-*
in the following manner, that is to say :—as soon as any five citizens of *pointed.*
the United States shall engage a full company of able bodied effective
men, and present them to the Governor, or any inspector authorized to
inspect them, or shall shew, by the articles of engagement, that he has
actually engaged the said company, they shall be entitled to the commis-
sions in that company, which shall be distributed according to any agree-
ment which shall have been made between the parties ; and the company
first raised, shall rank first ; that is to say, the captain thereof shall be the
first captain in the brigade, and, with his officers, shall take rank from the
day on which his company was inspected and received ; and all the com-
panies which shall be raised in the manner aforesaid, shall rank from the
day on which they shall be inspected and received.

IV. *And be it further enacted* by the authority aforesaid, That every *Persons fur-*
militia man of this State who shall furnish an able bodied man for the *nishing substi-*
brigade, shall be, and he is hereby, exempted from any draft to which the *tutes exempt*
militia of this State shall be liable during the service of the brigade, *from draft.*
excepting in cases of invasion or insurrection ; and the said citizen so
furnishing such recruit, shall, in every other respect, be liable to the per-
formance of militia and patrol duty, as is now required by law ; and the
certificate of any officer of the said brigade shall be regarded as sufficient
evidence to entitle any militia man to the exemption aforesaid ; *provided,
however,* that the recruit so furnished shall not be entitled to and receive
the bounty offered by the State.

V. *And be it further enacted* by the authority aforesaid, That if the *Deficiency of*
whole number of troops authorized by this Act shall not be raised in the *troops, how*
manner beforementioned, the deficiency shall be raised in the following *to be made up.*
manner, that is to say :—the Governor shall appoint four convenient places
of rendezvous, or more, for the four battalions hereby authorized to be
raised, and shall, by proclamation, call upon all persons who shall raise
any number of men to present them, on the first day of May next, at one
of the places of rendezvous appointed by him ; that the Governor is here-
by authorized and directed to appoint some proper person to inspect the said
troops ; that if any five persons shall then and there present a full company,
they shall be first commissioned ; that if no full companies shall have been
commissioned, or there shall remain vacancies in the said regiment, the

Digitized by Google

EXHIBIT 13
0253

*Acts relating to the Militia.*

person presenting the greatest number of men shall be commissioned captain, and take rank next to those previously commissioned; the person presenting the next greatest number shall be the next captain; and so on, until all the vacancies are filled, each officer taking rank according to the number of men he shall bring. *Provided, always,* that no person shall be entitled to a captain's commission who shall bring less than forty men; no person a first lieutenant's commission, who shall bring less than twenty-one men; no person a second lieutenant's, who shall bring less than eighteen men; no person a third lieutenant's, who shall bring less than fourteen men; and no person an ensign's, who shall bring less than ten men. And *provided also,* that if a greater number of men are presented than are required, those who bring the greatest number of men shall be first accepted, and the surplus shall be discharged proportionally and by lot; and the men so discharged shall be entitled to forty cents per day, from the time they left the place of their engagement, until their return to the same place, at the rate of fifteen miles for every day.

**Engagement to be signed.**

VI. *And be it further enacted* by the authority aforesaid, That any person who shall undertake to raise men for the brigade aforesaid, shall be authorized to obtain signatures to an engagement to serve the State during the continuance of the present war; and any person who shall sign such engagement, shall be bound thereby as firmly as if they had regularly engaged with an authorized officer of the State; and if, after having so engaged, he shall fail to appear at the places of rendezvous appointed by virtue of this Act, he shall be deemed a deserter, and proceeded against accordingly; and on the said recruit's appearing at any of the abovementioned places of rendezvous, he shall receive a bounty of thirty dollars, and have the rules and articles of war read to him, and shall be liable to the said rules and articles of war, as practised in the army of the United States. *Provided, nevertheless,* that nothing herein contained shall effect any minor, unless such minor shall have the sanction, in writing, of his father, if he be alive, and if the father be not alive, of his mother, and if neither father nor mother be alive, then of his guardian.

**Rank of officers determined by lot.**

VII. *And be it further enacted* by the authority aforesaid, That on the appointment of the field officers, a joint committee of the two houses shall determine by ballot the rank of the officers; those which shall draw the lowest numbers shall be the highest in rank, and be attached to the first regiment, and the others to the second regiment; and the said regiments shall be called the first and second regiments of South Carolina State Troops; and in case any officer appointed by the Legislature shall refuse to accept said appointment, or resign, or die, before the battalions shall have been raised, the Governor shall appoint some suitable person to fill such vacancy.

**Officers, how to rise.**

VIII. *And be it further enacted* by the authority aforesaid, That the officers of the said brigade shall rise in line in conformity to the regulations adopted in the army of the United States; and the Governor shall appoint proper persons to be ensigns in the place of those who shall be promoted.

**Pay and clothing of the officers and men.**

IX. *And be it further enacted* by the authority aforesaid, That the officers, non-commissioned and privates of the said brigade, shall be entitled to the same pay, rations, clothing, and allowance, (except bounty,) as the troops of the United States.

X. *And be it further enacted* by the authority aforesaid, That the officers of the said brigade shall, when serving with the militia of this State,

Digitized by Google

EXHIBIT 13

0254

*Acts relating to the Militia.*   A.D. 1814.

or the army of the United States, have the same rank as the officers of the United States's army ; and that all persons attached to the said brigade, committing any offences, shall be tried, and the offenders punished, by a court-martial composed of officers of the brigade ; and when any offence shall be committed by the brigadier-general or the field officers of the said brigade, a court-martial shall be held by the militia officers of the State. *Rank of officers, &c.*

XI. *And be it further enacted* by the authority aforesaid, That the uniform of the said brigade shall be blue woolen coatees and pantaloons, after the same fashion, and in every respect conformable, with the uniform of the infantry of the United States, except that the non-commissioned officers and soldiers shall wear round wool hats, with blue pompons ; but the officers of the said brigade shall wear the same dress as the officers of the United States infantry, with yellow buttons, gold epaulets, and a blue feather. *Uniform of the brigade.*

XII. *And be it further enacted* by the authority aforesaid, That as soon as the said brigade, or any part thereof, shall be raised, they shall be offered by the Governor to the United States ; on the condition, however, that they be kept within the State for the defence thereof, unless in the case of an actual invasion of a contiguous State, it shall become necessary to call on the people of South Carolina to assist in repelling them ; in which case, the said brigade may be marched to repel such invasion ; *provided*, they be not kept out of the State longer than necessary to repel such invasion ; and while so out of the State, an equal number of militia be called into service by the United States, for the protection of this State. *Brigade to be offered to the United States.*

XIII. *And be it further enacted* by the authority aforesaid, That immediately after the passing of this Act, it shall be the duty of the Governor to transmit a copy thereof to the Secretary of War, and to know from him how far the United States can aid the State in arms, clothing, and munitions of war ; and he is hereby authorized and directed to order the commissary-general of purchases to procure whatever may be necessary for the purposes aforesaid, and which cannot be provided by the United States ; and the Governor is authorized to draw orders on the treasury in favor of the proper officers, taking receipts for the same ; and all the accounts of the expenditures made by virtue of this Act, shall be rendered to the comptroller-general, and by him be laid before the Legislature. *Governor to transmit this Act to the secretary.*

XIV. *And be it further enacted* by the authority aforesaid, That as soon as any part of the said brigade shall be called into service, the Governor shall be authorized to purchase, and attach to the several posts that may be established on the sea board, any number of row, or other boats, not exceeding twelve, suitable to the transportation of troops at a moment's warning, to any point of attack, and to be employed as look-out boats, to ascertain the approach of the enemy's barges, and to give notice thereof to the coasting trade. *Boats to be attached to military posts.*

XV. *And be it further enacted* by the authority aforesaid, That the sum of five hundred thousand dollars be, and the same is hereby, appropriated out of any monies in the treasury not otherwise appropriated, for the purpose of carrying this Act into full and complete effect. *Appropriation.*

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and fourteen, and in the thirty-ninth year of the Independence of the United States of America.

   JAMES R. PRINGLE, *President of the Senate.*
   THOMAS BENNETT, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0255

*Acts relating to the Militia.*

No. 2069. AN ACT for the organization of the Staff of the Militia of South Carolina ; and for other purposes therein mentioned.

I. *Be it enacted*, by the Senate and House of Representatives of South Carolina, now met and sitting in General Assembly, and by the authority of the same, That the adjutant-general's department shall hereafter consist of one adjutant and inspector-general, with the rank of a brigadier-general, and five division or deputy adjutant-generals, with the rank of lieutenant colonel, one in each division. That the quartermaster-general's department shall consist of one quartermaster-general, with the rank of colonel, five division or deputy quartermaster-generals, with the rank of major, and ten brigade or assistant deputy quartermaster-generals, with the rank of captain ; one division quartermaster being taken from each division, and one brigade quartermaster from each brigade. That there shall be to each division of the State, one division or assistant inspector-general, with the rank of lieutenant-colonel, and to each brigade, one assistant deputy inspector-general, with the rank of major. There shall also be to the militia of this State, one judge advocate general, with the rank of lieutenant-colonel ; and to each brigade there shall be a brigade or deputy judge advocate general, with the rank of major.

*Staff of the militia of this State organized.*

II. *And be it further enacted* by the authority aforesaid, That there shall be one commissary-general of purchases, with the rank of lieutenant-colonel ; one commissary-general of issues, with the rank of lieutenant-colonel ; one paymaster-general, with the rank of lieutenant-colonel ; one physician and surgeon-general, with the rank of lieutenant-colonel ; one apothecary-general, with the rank of major ; and one brigade chaplain to each brigade.

*Commissary general of purchases.*

III. *And be it further enacted* by the authority aforesaid, That the Governor and Commander-in-chief shall be entitled to ten aids-de-camp, with the rank of lieutenant-colonel ; the major-generals to three aids-de-camp, with the rank of major ; and the brigadier-generals to two aids-de-camp, with the rank of captain.

*Aids-de-camp to be appointed.*

IV. *And be it further enacted* by the authority aforesaid, That the adjutant-general shall be, and he is hereby, appointed adjutant and inspector-general, and that all officers who now hold any of the aforesaid offices, be, and they are hereby, confirmed in them respectively ; and the Governor and Commander-in-chief shall be authorized to appoint proper persons to the offices hereby created, and to fill all vacancies which shall hereafter occur in any of the abovementioned offices, except aids to the major-generals and brigadier-generals.

*Adjutant general to be inspector general, &c.*

V. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the Governor and Commander-in-chief, and he is hereby authorized, to prepare general regulations, better defining and prescribing the respective duties and powers of the several officers before mentioned, which shall be respected and obeyed, until altered and revoked by the same authority ; and the said general regulations shall be laid before the Legislature at their next meeting.

*Duties defined.*

VI. *And be it further enacted* by the authority aforesaid, That nothing herein contained shall be construed so as to affect the officers of the regimental staff, or the brigade majors, now authorized by law, otherwise than being subject to the general regulations aforesaid.

*Certain officers not to be affected thereby.*

VII. *And be it further enacted* by the authority aforesaid, That the uniform of the officers of the militia of this State shall hereafter be the

Digitized by Google

EXHIBIT 13
0256

same in every respect, as that now established in the army of the United States for officers of similar grade and character; and that all the officers hereafter to be elected, shall be required to conform to this arrangement immediately on their election; and all officers now in commission, shall be allowed twelve months to procure the new uniform. *Provided,* nothing herein contained shall be construed to extend to officers of volunteer companies.

In the Senate House, the thirteenth day of December, in the year of our Lord one thousand eight hundred and fifteen, and in the fortieth year of the Sovereignty and Independence of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*
THOMAS BENNETT, *Speaker of the House of Representatives.*

---

AN ACT TO ALTER AND AMEND THE MILITIA LAWS OF THIS STATE. No. 2071.

I. *Be it enacted* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That every officer of the militia of this State who shall be declared, by the sentence of a court martial, to be incompetent to the discharge of the duties of his station, shall be cashiered; *provided,* every officer, after charges exhibited, shall be at liberty to resign; the said courts martial to be ordered by the officers commanding battalions, regiments, brigades, and divisions, respectively; and on major-generals, by the Commander-in-chief; and the members of every court martial hereafter to be held in this State, as well on officers as non-commissioned officers and privates, shall, in addition to the oath now prescribed by law, severally swear, "that they will well and truly try and determine the cases that shall be brought before them, according to law, and the evidence that shall be adduced." *[margin: Incompetent officers to be cashiered.]*

II. *And be it further enacted* by the authority aforesaid, That courts martial on non-commissioned officers and privates, may hereafter be held by any three commissioned officers of the regiment to which they belong. *[margin: Courts-martial.]*

III. *And be it further enacted* by the authority aforesaid, That no appeal shall hereafter be made from courts martial, imposing fines on non-commissioned officers and privates, unless the appellant shall accompany his appeal by an affidavit, that he could not attend the court by which he was fined, and that he does not appeal for the purpose of delay; in all other cases, the decision of every such court martial shall, when approved by the officer ordering the same, be final and conclusive.

IV. *And be it further enacted* by the authority aforesaid, That every officer who shall hereafter be cashiered by the sentence of a court martial, shall be disqualified from holding any commission in the militia, for a period not less than one year, nor more than five, at the discretion of the court; and no officer who shall hereafter resign his commission, shall be *[margin: Appeals, how to be made.]*

VOL. VIII.—07.

Digitized by Google

EXHIBIT 13
0257

*Acts relating to the Militia.*

re-eligible to the same office, until it shall have been filled by some other person.

V. *And be it further enacted* by the authority aforesaid, That in addition to the fines now imposed by law on officers neglecting to attend the brigade encampments, without a sufficient excuse, every officer so neglecting shall pay fifty per cent. on his general tax for the year preceding such default, and shall be fined the sum of one dollar for each article of uniform or equipment which he shall not have at such encampment, unless he can shew that he could not procure the same; and it shall be the duty of the brigadier and major-generals to attend the reviews of their respective brigades; and for their neglecting so to do, every brigadier-general shall be fined in the sum of fifty dollars, and fifty per cent. on his general tax; and every major-general the sum of eighty dollars, and fifty per cent. on his tax. And all fines hereby imposed for default at any brigade encampment, shall be collected in the manner following, that is to say:—the presiding officer of the court martial shall issue his warrant under his hand and seal, directed to any person now authorized to collect fines in the several regimental districts, who shall collect the same in like manner as other fines are now collected; and for the collection of the same, he shall be allowed twenty per cent. on the amount collected; and that the said penalty, when received, shall be paid to the collector of the regiment, to be applied to the purchase of drums, fifes or colors, for the use of the regiment, and for defraying other necessary expenses of the same, or the necessary expenses of the brigade or division.

*Penalty for not attending properly equipped, &c.* (margin note)

VI. *And be it further enacted* by the authority aforesaid, That every officer whose duty it shall be to enforce the militia laws of this State, who shall wilfully neglect so to do, shall, on conviction, be cashiered; and courts martial shall be ordered as in other cases.

*Penalty for not enforcing militia law.* (margin note)

VII. *And be it further enacted* by the authority aforesaid, That it shall be the duty of officers commanding regiments, to assemble the officers and non-commissioned officers of their respective regiments, the day previous to every regimental muster, to instruct them in the exercise and evolutions to be performed on the day following; and every officer and non-commissioned officer who shall fail to attend such meeting, shall be subject to the same fines as are imposed by law for non-attendance at regimental musters; and courts martial shall be ordered as in other cases.

*Officers to assemble the day previous to regimental musters.* (margin note)

VIII. *And be it further enacted* by the authority aforesaid, That officers of the cavalry and artillery shall be liable to attend at the brigade encampments; and where cavalry and artillery companies are attached to regiments of infantry, the officers and non-commissioned officers of the companies so attached, shall attend the meeting of the regimental officers of infantry the day previous to every regimental muster, to be instructed in the evolutions to be performed; and the said officers of cavalry and artillery shall, at the brigade encampments, be armed in the same manner as officers of infantry; and for non-attendance at such encampments, or at the regimental meetings aforesaid, the said officers and non-commissioned officers shall be liable to the same fines as the officers of infantry; and any officer guilty of misconduct at any encampment or regimental meeting, shall be liable to be put under guard, and to be cashiered by the sentence of a court martial; and should any person not bound to attend at such meetings, molest or disturb the same, such person may be put under guard, and kept in confinement at the discretion of the commanding officer, during the continuance of such encampment.

*Officers of cavalry and artillery to attend brigade encampments.* (margin note)

Digitized by Google

EXHIBIT 13
0258

Case 3:19-cv-01226-L-AHG  Document 12-14  Filed 10/04/19  PageID.697  Page 56 of 176

A.D.1815.

IX. *And be it further enacted* by the authority aforesaid, That the rules and regulations of the field exercise and manœuvres of infantry, compiled and adapted to the organization of the army of the United States, agreeably to a resolve of Congress, shall hereafter be observed in the instruction and exercise of infantry within this State, and that every officer shall be furnished by the State with a copy thereof; and every such officer so furnished, shall be compelled, upon the vacation of his commission, to deliver over to his successor the said book, under the penalty of five dollars, to be recovered before any magistrate.

*U. S. exercise to be observed.*

X. *And be it further enacted* by the authority aforesaid, That the officers commanding regiments of infantry within this State, shall be authorized to permit volunteer uniform companies of infantry or riflemen to be raised within their respective commands, and the officers thereof shall be commissioned, if such companies shall consist, respectively, of forty effective rank and file in uniform; and officers commanding brigades are authorized to permit volunteer companies of cavalry and artillery to be raised within their respective commands, which shall consist of thirty effective men in complete uniform, and to commission the officers thereof; and if such volunteer companies of infantry or riflemen shall at any time be reduced below thirty men in uniform, and any such company of cavalry or artillery shall be reduced below twenty-four men in uniform, and the said companies, respectively, shall not, within six months after notice given by the commanding officer of the brigade or regiment, recruit their respective companies, they shall be dissolved, and the commissions of the officers forfeited; *provided always,* that no beat or district company shall be reduced below thirty men, by the formation of any volunteer company or companies; and *provided also,* that whenever any call shall be made for the services of any volunteer company, they shall go by companies under their own officers; *provided,* nothing herein contained shall authorize the raising a greater portion of cavalry, artillery, riflemen or infantry, than are now authorized by law.

*Volunteer companies may be raised.*

XI. *And be it further enacted* by the authority aforesaid, That the rank of officers in the militia of this State shall be the same as that of the officers of the army of the United States, that is to say :—the commanding officers of regiments shall hereafter have the rank of colonel; the second officer in each regiment shall have the rank of lieutenant-colonel; and to each company of infantry there shall be a captain, first lieutenant, second lieutenant, and ensign; and every lieutenant-colonel in the State is hereby created a colonel; the first major of every regiment, a lieutenant-colonel; the lieutenant of every company, a first lieutenant; and the ensign of every company, a second lieutenant; and elections shall be held throughout the State for ensigns in the several companies; and the proper officers are hereby authorized to give commissions to the officers hereby promoted, who shall take rank from the date of their former commissions, respectively.

*Rank of officers settled.*

XII. *And whereas,* the Charleston Ancient Battalion of Artillery are now entitled to or do assume certain exclusive privileges, from which other militia corps are excluded :—*Be it therefore enacted* by the authority aforesaid, That the said Charleston Ancient Battalion of Artillery shall be, and they are hereby, divested of all exclusive privileges, and put upon an equality with the other militia companies and battalions of this State; *provided,* the captains-lieutenants now in commission, shall retain their commissions; but when vacancies hereafter occur in said offices, no elections

*Charleston Ancient Battalion of Artillery, divested of certain privileges.*

Digitized by Google

EXHIBIT 13
0259

532          STATUTES AT LARGE

A. D. 1815.

*Acts relating to the Militia.*

shall be held, nor rise by seniority to supply said offices, but the office of captain-lieutenant shall be abolished.

Charleston, how guarded in case of alarm of fire, &c.

XIII. *And be it further enacted* by the authority aforesaid, That the Governor and Commander-in-chief, in order to prevent the confusion which may arise from too many men being under arms, when fires shall break out in the city of Charleston, be, and he is hereby, authorized to fix the number of men necessary to be under arms in such cases, and to make regulations by which a certain portion only of the militia of Charleston shall be required, for the period of three months, to hold themselves in readiness to parade in cases of alarm from fire ; and if any officer, non-commissioned officer, or soldier, so ordered, shall fail to attend at his muster-ground in cases of alarm, he shall be subject to the same fines as are imposed by law for non-attendance at regimental musters.

Public arms to be sold.

XIV. *And be it further enacted* by the authority aforesaid, That the Governor and Commander-in-chief be, and he is hereby, authorized to cause to be sold such arms as on inspection shall be found incapable of repair, and to pass the amount of such sales to the credit of the quartermaster-general's department, to be applied to the repair and preservation of arms.

Arsenals to be visited.

XV. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the brigade quarter-masters, within the limits of whose brigades arsenals are or shall hereafter be established, to visit and inspect the same, at least once in every year, and to report to the quartermaster-general thereon ; and that the several arsenal keepers within the State shall each receive an additional compensation of one hundred dollars per annum, and shall give bond to the quartermaster-general for the faithful performance of their duties.

Officers to rise by seniority.

XVI. *And be it further enacted* by the authority aforesaid, That where vacancies shall hereafter occur in any company, battalion, regiment, brigade, or division, such vacancy shall be filled by the officer next in rank, the officers rising by seniority in their respective companies, battalions, regiments, brigades and divisions.

Former Acts repealed.

XVII. *And be it further enacted* by the authority aforesaid, That all Acts and parts of Acts contrary to any thing herein contained, be, and the same is hereby, repealed.

In the Senate House, the sixteenth day of December, in the year of our Lord one thousand eight hundred and fifteen, and in the fortieth year of the Independence of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*
THOS. BENNETT, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0260

*Acts relating to the Militia.*

AN ACT TO MAKE ALL THE OFFICERS OF THE MILITIA OF THIS STATE ELECTIVE.

No. 2099.

WHEREAS, experience has shown that it is inexpedient that the officers of the militia of this State should rise by seniority ; for remedy whereof,

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and it is hereby enacted, by the authority of the same, That from and after the passing of this Act, when any vacancy shall take place in any of the military commissions of the militia of this State, the same shall be filled by election, in the following manner : when any vacancy shall take place in the commission of a major-general, the Governor for the time being shall forthwith issue his orders to the several brigadier-generals of the division in which such vacancy shall happen, requiring such brigadier-generals to order an election in each regiment within the division in which such vacancy shall have occurred, for a major-general to fill such vacancy ; and all commissioned officers of the division in which such vacancy shall have happened, shall be entitled to vote for a major-general ; and any commissioned officer of the division in which such vacancy shall have occurred, shall be eligible to the office of major-general; and each colonel shall return the state of the polls of his regiment to the brigadier-general, who shall transmit the same to the Governor, who is hereby empowered to pronounce the person having the greatest number of votes to be duly elected, and shall commission such person accordingly.

Vacancies to be filled by elections.

II. *And be it further enacted* by the authority aforesaid, That when any vacancy shall take place in the commission of brigadier-general, the major-general, and in case there is no major-general, then the next commanding officer of the division, shall forthwith issue his orders to the several colonels of the regiments composing the brigade where such vacancy shall be, to hold, in each of their respective regiments, an election for brigadier-general, to fill such vacancy ; and all commissioned officers of the brigade where there shall be such vacancy, shall be entitled to vote for brigadier-general to fill the same ; and any commissioned officer of such brigade shall be eligible to the office of brigadier-general; and each colonel shall attend the counting out of the votes, and return the state of the polls of his regiment to the commanding officer of the division, who shall pronounce the person having the greatest number of votes duly elected, and commission him accordingly. And when any vacancy shall take place in the commission of colonel of infantry, the same shall be filled by election by all free white men above the age of eighteen years, who reside within the said regiment, (except such persons as are attached to the cavalry, or any regiment of artillery,) the person having the greatest number of votes shall be the person elected. When any vacancy shall take place in the commission of lieutenant-colonel, the major then in commission in the same regiment shall be immediately commissioned lieutenant-colonel ; and whenever a vacancy shall take place in the commission of major, the same shall be filled by election by all free white men above the age of eighteen years, who belong to the battalion where such vacancy shall occur ; the person having the greatest number of votes shall be elected. When any vacancy shall take place in the commission of captain, first-lieutenant, second-lieutenant, or ensign, of any beat company, the same shall be filled by election by all free white men above the age of eighteen years, residing within

Officers, how to be elected.

Digitized by Google

EXHIBIT 13
0261

the said beat company; the person having the greatest number of votes shall be the person elected. *Provided, nevertheless*, that nothing herein contained shall extend to any volunteer corps of artillery, cavalry or light infantry, who shall elect their respective officers from among themselves, in the following manner: when any vacancy shall take place in the commission of colonel of cavalry, the same shall be elected from amongst the officers, non-commissioned officers and privates of the said regiment, by themselves; the person having the greatest number of votes to be the person elected. When any vacancy shall take place in the commission of lieutenant-colonel, or major of cavalry, or major of artillery, the same shall be filled by election, by the officers, non-commissioned officers and privates composing the said battalion or squadron, from among themselves; the person having the greatest number of votes to be the person elected. When any vacancy shall take place in the commission of any captain, first lieutenant, second lieutenant, ensign or cornet, of any company of artillery, light infantry, or troop of cavalry, the same shall be filled by election, by the officers, non-commissioned officers and privates of the said company or troop, from among themselves; the person having the greatest number of votes shall be the person elected.

Colonel. III. *Be it further enacted*, That when the commission of a colonel shall become vacant, the brigadier-general, or, in case there be no brigadier-general or major-general commanding the said regiment, the Governor for the time being, shall appoint two fit and proper persons to open and hold a poll at each of the battalion muster grounds of the said regiment, and two fit and proper persons to open and hold a poll at the regimental muster ground of the said regiment; which said managers shall advertise the same for forty days in twelve public places in the said regiment; the said managers shall hold the polls one day at each place, from eleven o'clock in the morning until three o'clock in the afternoon, and shall meet at the regimental muster ground on the day following, and count over the votes and declare the election.

Major. IV. *Be it further enacted*, That when the commission of major shall become vacant, the colonel, or, if there be no colonel, the officer next in command in the said regiment or battalion, shall appoint two fit and proper persons to open and hold the poll for the said election, at the battalion muster ground of the said battalion, from ten o'clock in the morning until four o'clock in the afternoon, after having advertized the same for thirty days in six public places within the said battalion; and the said managers shall meet at the said place of election the day following, count over the votes and declare the election.

Captain. V. *Be it enacted*, That when any vacancy shall take place in a captain's commission, the lieutenant-colonel or officer commanding the battalion or squadron, shall appoint two fit and proper persons within the said company or troop, to manage the said election, who shall hold the polls at the usual muster ground of the said troop or company, from eleven o'clock in the morning until three o'clock in the afternoon, after having advertized the same for twenty days before the said election, in at least four public places in the said company or troop; and that on the same evening the managers shall count over the votes and declare the election.

Lieutenant, &c. VI. *Be it further enacted*, That when the commission of first lieutenant, second lieutenant, ensign, or cornet, shall become vacant, the captain, or if there be no captain, the major or lieutenant-colonel, commanding the said company or troop, shall appoint two fit and proper persons to hold an election at the usual muster ground of said company or troop, from eleven

Digitized by Google

EXHIBIT 13
0262

*Acts relating to the Militia.*   A.D. 1816.

o'clock in the morning until three o'clock in the afternoon, after having advertized the same for at least twenty days previous to the election, in at least four public places in the said company or troop; and on the same evening the managers shall count over the votes and declare the election.

VII. *Be it further enacted,* That when any division, brigade, regiment, battalion, squadron, company or troop, shall be embodied and in actual service, either under the authority of this State or of the United States, the vacancies therein shall be filled by seniority, agreeable to the usages and customs of war. *In time of actual service, vacancies to be filled by seniority.*

VIII. *And be it further enacted* by the authority aforesaid, That whenever an election is ordered for a major-general or brigadier-general, it shall be the duty of each colonel who shall be ordered to hold such election, to give fifty days notice in his regiment of such election, and post up the said notice for that length of time, at least at one public place in each beat in his regiment. *Notice to be given of elections.*

IX. *And be it further enacted* by the authority aforesaid, that from and after the passing of this Act, it shall not be necessary, in order to constitute a battalion court martial or court of enquiry, that a field officer should preside; but that the same may consist of a captain, as presiding officer of said court, and four other commissioned officers of said battalion, one of whom at least shall be of the rank of a captain. *Courts-martial, how to be constituted.*

X. *And be it further enacted* by the authority aforesaid, That the commanding officer of any division, brigade, regiment, battalion, squadron, troop or company, who shall call out the men under his command to muster, shall be, and he is hereby, authorized and empowered to appoint a sutler to retail spirituous liquors at the muster ground of said division, brigade, regiment, battalion, squadron, troop or company, without any other license or permission. *Provided,* that the said sutler so appointed do furnish a suitable field to exercise the said troops on, to be approved by the commanding officer who shall have ordered the said muster. *Sutlers to be appointed.*

XI. *And be it further enacted,* That all Acts and parts of Acts repugnant to this Act, be, and the same are hereby, repealed.

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and sixteen, and in the forty-first year of the Independence of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*

THOS. BENNETT, *Speaker of the House of Representatives.*

———

AN ACT TO INCREASE THE NUMBER OF PLACES OF ELECTIONS, NOW LIMITED BY LAW, FOR THE ELECTIONS OF COLONELS AND MAJORS IN EACH REGIMENT OR BATTALION THROUGHOUT THE STATE; AND FOR OTHER PURPOSES THEREIN MENTIONED. No. 2187.

I. *Be it enacted* by the Honorable Senate and House of Representatives, now met and in Session, and by the authority of the same, That from and immediately after the passing of this Act, instead of the elections for colonels being only held at the battalion muster grounds as heretofore, when

Digitized by Google

EXHIBIT 13
0263

*Acts relating to the Militia.*

A. D. 1816.

**Elections, where and how to be held.**

the commission of colonel in any regiment shall hereafter become vacant, the brigadier-general, or in case there be no brigadier-general or major-general commanding said regiment, the officer next in command in said brigade, shall issue his order, to be extended to each captain or commanding officer of a company constituting said regiment, to call to his assistance two of his subaltern officers, or, if none, two other fit and proper persons, to open and hold a poll at their respective muster grounds, which said captain shall advertize for at least forty days at three public places in the bounds of his command ; the said managers shall hold the polls one day, from eleven o'clock in the morning until three o'clock in the afternoon, and shall meet at the regimental muster ground the first or second day after the election, as may be ordered by the officer who shall order such election, to count over the votes and declare the election.   That when the commission of major shall become vacant, the colonel, and if there be no colonel, the officer next in command in said regiment, shall order each captain or commandant of a company to call to his assistance two of his subaltern officers, or other fit and proper persons, to open and hold a poll at their respective muster grounds, giving forty days notice, by advertising in three public places in the bounds of their command ; the said managers shall hold the poll on one day at their muster ground, from eleven o'clock in the morning until three o'clock in the afternoon, and shall meet on the battalion muster ground, or some public house near the same, on the day following, and count over the votes and declare the election.

**Managers to be sworn.**

II. *And be it further enacted* by the authority aforesaid, That the managers of elections to be appointed in pursuance of this Act, before they proceed to hold any election, shall be duly sworn that they will impartially and faithfully hold such election ; and that the presence of not more than one manager from each place of election, shall be necessary at the time of counting over the votes and declaring the election.

**Battalion of artillery dissolved.**

III. *And be it further enacted* by the authority aforesaid, That the battalion of artillery formed by an Act of the General Assembly of the year seventeen hundred and ninety-seven, of the three companies of artillery then in brigadier-general Winn's brigade, be, and the same is hereby, dissolved.

**Managers exempt from toll.**

IV. *And be it enacted* by the authority aforesaid, That the managers of elections for colonels and majors as aforesaid, shall be exempted from paying any ferriage or toll which are usually paid at the ferries and toll-bridges within this State, while going or returning from the places for holding and declaring the elections, as aforesaid ; any law, usage or custom to the contrary notwithstanding.

**Companies to be subdivided.**

V. *And be it further enacted* by the authority aforesaid, That the brigadier-general or commandant of the third brigade, be, and he is hereby, authorized to appoint three fit and proper persons to subdivide into three companies the two companies now commanded by captains Simms and Parr, of the south battalion, thirteenth regiment South Carolina militia. *Provided, nevertheless,* that the officers now in commission shall hold their respective commissions in one of the said subdivided companies, and cause the vacancies for the balance of the officers to be filled up, as heretofore provided by law.

**R. Hamilton's company to be subdivided.**

VI. *And be it further enacted* by the authority aforesaid, That the brigadier-general of the eighth brigade be, and he is hereby, authorized to appoint three fit and proper persons to subdivide Robert Hamilton's company of militia, in the upper battalion, and thirty-second regiment of the

Digitized by Google

EXHIBIT 13
0264

Case 3:19-cv-01226-L-AHG Document 12-14 Filed 10/04/19 PageID.703 Page 62 of 176

said eighth brigade, into two companies. *Provided, nevertheless,* the offi-
cers now in commission in the aforesaid Robert Hamilton's company shall
hold their respective commissions in one of the said companies.

VII. *And be it further enacted* by the authority aforesaid, That so much <sub>Former Act</sub>
of an Act passed on the seventeenth day of December, in the year of our <sup>repealed.</sup>
Lord one thousand eight hundred and eight, as requires all the officers of
the several different brigades throughout this State, under the rank of bri-
gadier, excepting artillery and cavalry officers, to assemble in some central
and proper place once at least in every two years, to be practiced and in-
structed for a term not exceeding six days, nor less than three, be, and the
same are hereby, repealed.

VIII. *And be it enacted* by the authority aforesaid, That all Acts and <sub>Repealing</sub>
parts of Acts repugnant to the true intent and meaning of this Act, be, <sup>clause.</sup>
and the same are hereby, repealed.

In the Senate House, the eighteenth day of December, in the year of our Lord one thou-
sand eight hundred and eighteen, and in the forty-third year of the Independence
of the United States of America.

    JAMES R. PRINGLE, *President of the Senate.*
    PATRICK NOBLE, *Speaker of the House of Representatives.*

----

AN ACT TO EXCUSE THE OFFICERS OF THE SEVERAL BRANCHES OF THE <sub>No. 2199.</sub>
BANK OF THE STATE OF SOUTH CAROLINA FROM THE PERFORMANCE
OF ORDINARY MILITIA DUTY, AND SERVING ON JURIES.

I. *Be it enacted,* by the Honorable the Senate and House of Represen-
tatives, now met and sitting in General Assembly, and by the authority of
the same, That the presidents and cashiers of the several branches of the
Bank of the State of South Carolina, and the clerks employed in the same,
shall be, and they are hereby declared to be, exempted from the performance
of ordinary militia duty, and from serving on juries.

In the Senate House, the sixteenth day of December, in the year of our Lord one
thousand eight hundred and eighteen, and in the forty-third year of the Indepen-
dence of the United States of America.

    JAMES R. PRINGLE, *President of the Senate.*
    ROBT. Y. HAYNE, *Speaker of the House of Representatives.*

      VOL. VIII.—68.

Digitized by Google

EXHIBIT 13
0265

538 STATUTES AT LARGE

A.D. 1819.

*Acts relating to the Militia.*

No. 2220. AN ACT TO PROVIDE FOR THE MORE EFFECTUAL PERFORMANCE OF PA-
TROL DUTY.

Patrol districts
to be formed.
I. *Be it enacted*, by the Honorable the Senate and House of Represen-
tatives, now met and sitting in General Assembly, and by the authority of
the same, That it shall be the duty of the captains of the several beat
companies within this State, within six months after the passing of this
Act, to cause their respective beats to be divided into convenient patrol
districts; which divisions, when made, shall be permanent until the same
shall be altered by a majority of the officers of the said company. And in
case the captain of any beat company shall neglect to perform the duty
hereinbefore required of him, he shall forfeit and pay the sum of thirty dol-
lars, to be recovered in any court having competent jurisdiction.

Rolls to be
made out.
II. *And be it further enacted* by the authority aforesaid, That it shall be
the duty of the commanding officer of each and every beat company to
cause to be made out a roll for each patrol district, which shall include the
names of all the free white male inhabitants above the age of eighteen
years, residing within the said patrol district. *Provided*, that nothing here-
in contained shall be construed to compel any male inhabitant of any beat
company to perform patrol duty, either in person or by substitute, who may
have attained the age of forty-five years or upwards, and who shall not
possess any slave or slaves.

Patrol to be
pricked off.
III. *And be it further enacted* by the authority aforesaid, That it shall
be the duty of the commanding officer of each and every beat company,
at every regular petty muster, to prick off from the roll of each patrol
district, at his discretion, any number of persons, who shall perform the
duty hereinafter prescribed until the next regular petty muster; and to
every patrol the commanding officer of the company shall appoint some
prudent and discreet person as commander; and in case the commanding
officer of the company shall fail to prick off such patrol, or the comman-
ders of the patrol shall fail to perform the duties herein required of them,
they shall, respectively, forfeit and pay, to be recovered by indictment, a
sum not exceeding thirty dollars.

To turn out
once a fort-
night.
IV. *And be it further enacted* by the authority aforesaid, That it shall
be the duty of the commander of every patrol, at least as often as once a
fortnight, to call out the patrol under his command, and to take up all
slaves who may be found without the limits of their owners's plantations,
under suspicious circumstances, or at a suspicious distance therefrom, and
to correct all such slaves by a moderate whipping, with a switch or cow-
skin, not exceeding twenty lashes, unless the said slave shall have a ticket
or letter to show the reasonableness of his or her absence, or shall have
some white person in company to give an account of the business of such
slave or slaves. And if any white person shall beat or abuse any slave,
quietly or peaceably being in his or her master's plantation, or found any
where without the same without a lawful ticket, he shall forfeit the sum of fif-
ty dollars, to be recovered by the owner, and to his use, by action of debt,
besides being liable to the owner in an action of trespass for damages.

May enter dis-
orderly houses.
V. *And be it further enacted* by the authority aforesaid, That the said
patrols, in their respective divisions, shall have power, and they are hereby
authorized and required, to enter into any disorderly house, or into any
other house, vessel or boat, suspected of harboring, trafficking or dealing
with negroes, whether the same be occupied by white persons, free negroes,
mulattoes, mestizoes, or slaves, and to apprehend and correct all slaves

Digitized by Google

EXHIBIT 13
0266

OF SOUTH CAROLINA.                    539

*Acts relating to the Militia.*                    A. D. 1819.

found there, by whipping, as hereinbefore directed. And the said patrol are, moreover, authorized and required to give information of such white persons as may be found in such house, vessel or boat, and to detain in their possession such produce or articles for trafficking, as may be found in such house, vessel or boat, if such detention be authorized by any three freeholders, or by any justice of the peace, until the same shall be recovered according to law.

VI. *And be it further enacted* by the authority aforesaid, That it shall not be lawful for any slave, except in the company and presence of some white person, to carry or make use of any fire arms or other offensive weapon, unless such slave shall have a ticket or license in writing from his owner or owners, or be employed to hunt and kill game, mischievous birds, or beasts of prey, within the limits of his master's plantation, or shall be a watchman in and over his owner's fields and plantation. And in case any white person shall find any slave using or carrying any gun or other offensive weapon, contrary to the intent and meaning of this Act, he, she or they, may lawfully seize such gun or offensive weapon, and convert the same to his, her or their own use; but before the property of such goods shall be vested in the person who shall seize the same, such person shall, within forty-eight hours after such seizure, go before the next justice, and shall make oath of the manner of taking; and if such justice of the peace, after such oath shall be made, or if upon any other examination, he shall be satisfied that the said fire arms, or other offensive weapons, shall have been seized according to the directions and agreeable to the true intent and meaning of this Act, the said justice shall, by certificate under his hand and seal, declare them forfeited, and that the property is lawfully vested in the person who seized the same; *provided*, that no such certificate shall be granted until the owner or owners of such fire arms, or other offensive weapon, so seized, as aforesaid, or the overseer or overseers who shall or may have the charge of such slave or slaves from whom such fire arms or other offensive weapon shall be taken or seized, shall be duly summoned to shew cause, (if any such they have,) why the same should not be condemned as forfeited, nor until forty-eight hours after the service of such summons, and oath made of the service thereof before the said justice. <span style="float:right">Slaves not to carry or use fire arms.</span>

VII. *And be it further enacted* by the authority aforesaid, That the commander of every patrol shall have power to keep the men under his command in good order and demeanor during their term of service; and in case any patrol man shall misbehave himself, or neglect or disobey the orders of his commander, he shall be subject to a fine of not more than two dollars, to be imposed by the company court martial to which such offender shall belong, to be paid to the commissioners of the poor for the use of the poor. <span style="float:right">Patrol to be kept in order.</span>

VIII. *Be it further enacted,* that if any captain of a patrol shall act disorderly while on duty, so as to defeat the orderly performance or execution of the patrol laws, agreeable to the true intent and meaning thereof, he shall be liable to be returned by either of the members of his patrol, or other person competent to give evidence, to the commanding officer of the beat, who shall order a court martial for such trial, and upon sufficient evidence being given of the charge, such captain of the patrol shall be fined in the sum of five dollars, to be recovered and applied as aforesaid to the use of the poor. <span style="float:right">Captain of patrol may be fined.</span>

IX. *And be it further enacted* by the authority aforesaid, That it shall be lawful for any person or persons hereby declared liable to perform patrol

Digitized by Google

EXHIBIT 13
0267

540　　　　　　　　　STATUTES AT LARGE

*Acts relating to the Militia.*

Subatitutes
may be em-
ployed.

duty, to send any able bodied white man, between the ages of eighteen and sixty, to perform patrol duty for him or them. And if any patrol man shall neglect or refuse to perform the duty required of him by this Act, or to procure a substitute to perform the same, without a legal excuse, he shall forfeit and pay a fine of two dollars for each and every such default, and ten per cent. on his general tax for the year preceding paid by him on the property owned by him in the district or parish in which he is a defaulter, to be inflicted by a court martial of the company in which the offender may reside, to the use of the poor of the district or parish.

Return to be
made.

X. *And be it further enacted* by the authority aforesaid, That each captain of patrol shall make a return, upon oath, of the performance of the duties of his office as commander of such patrol, to the captain or officer commanding the beat company, at the regular times required by this Act, under the penalty of a fine of twenty dollars, to be recovered by indictment.

Slaves to be
corrected.

XI. *And be it further enacted* by the authority aforesaid, That it shall be lawful for all persons, as well patrol as other persons, to apprehend, and moderately correct with stripes, not exceeding twenty, all slaves who may be found without their masters's plantations, without a ticket in the form or of the import of the ticket before prescribed by this Act to be used by persons who shall have the care or management of any slave or slaves; or with a ticket, if such slave or slaves shall have in his possession any gun, pistol or other offensive weapon, not less than ten years of age; and also to disperse and punish, as aforesaid, all unlawful assemblies of slaves, free negroes, mulattoes or mestizoes, whether the said assembly shall consist of all or any of the persons above described. And *provided, always,* that nothing herein contained shall be construed to authorize any person to break into or disturb any church or place of public worship, wherein shall be assembled the members of any religious society, a majority of whom shall be white persons, at any time before nine o'clock in the evening—unless the said person or persons shall have previously obtained a warrant from a magistrate, authorizing him to do so; and *provided, also,* that nothing herein contained shall be construed so as to authorize any patrol or other person to strike and correct, or beat in any manner, any slave or slaves who shall be employed by the person having the charge of such slave or slaves in any incorporated town, when such slave or slaves shall be absent from the place of residence of such slave or slaves, between daybreak and nine o'clock in the evening, within the limits of such incorporated town, unless such slave or slaves shall be engaged in an unlawful purpose.

Unlawful as-
semblages to
be dispersed.

XII. *And be it further enacted* by the authority aforesaid, That it shall be lawful for any person or persons who may be engaged in dispersing any unlawful assembly of slaves, free negroes, mulattoes or mestizoes, to enter into all such places as the said persons may be assembled at, and if resisted, they may break open doors, gates or windows.

Owners of
plantations to
employ white
persons there-
on.

XIII. *And be it further enacted* by the authority aforesaid, That every owner of any settled plantation shall employ and keep on such plantation some white man capable of performing patrol duty, under the penalty of fifty cents per head per month, for each and every working slave which may be on such plantation; to be recovered by indictment, one half to the informer, the other half to the use of the State; *provided always,* that nothing herein contained shall be construed to affect any person or persons

Digitized by Google

EXHIBIT 13
0268

*Acts relating to the Militia.*    A. D. 1819.

who resides on his, her or their plantation for the space of seven months in the year, or who shall employ less than ten working slaves on such plantation.

XIV. *And be it further enacted* by the authority aforesaid, That if any person or persons shall commence an action against any patrol or other person, for any trespass by him committed in carrying into execution the provisions of this Act, and at the trial thereof shall fail to recover any damage, he, she or they shall be liable and adjudged to pay to the party so sued treble costs *Persons prosecuting and fail-ing, to pay treble costs.*

XV. *And be it further enacted* by the authority aforesaid, That the Secretary of State be, and he is hereby, required to have a sufficient number of copies of the aforesaid Act printed, and by him to be transmitted to the commandants of regiments, to be by them distributed to the commissioned officers of their respective regiments; and it shall be the duty of the captain or commanding officer of each company, to read this Act to his company, at least once in six months. *Secretary of State to distri-bute this Act.*

XVI. *And be it further enacted* by the authority aforesaid, That all Acts and parts of Acts repugnant to this Act, be, and the same are hereby, repealed. *Provided, nevertheless,* that nothing herein contained shall be construed so as to deprive the Intendant and Wardens of any incorporated town, of any power heretofore invested in them, to regulate and order out patrols within the limits of such incorporation; but that such Intendant and Wardens shall have as full power as they were invested with before the passing of this Act. *Acts repug-nant to this Act, repealed.* *Proviso.*

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and nineteen, and in the forty-fourth year of the Independence of the United States of America.

BENJAMIN HUGER, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

------

AN ACT to give the same compliment of Officers to companies of Artillery in this State, as are required by the laws now in force in the United States service; and for other purposes therein mentioned. No. 2232.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, the several artillery companies in this State shall have the same compliment of officers as are now required by law in the companies of artillery in the service of the United States, to wit :—each company of artillery in this State shall consist of one captain, one first lieutenant, one second lieutenant, and one third lieutenant.

II. *And be it further enacted* by the authority aforesaid, That immediately after the passing of this Act, elections shall be ordered and held, in the same manner already prescribed by law, for the purpose of filling the

Digitized by Google

EXHIBIT 13
0269

Case 3:19-cv-01226-L-AHG   Document 12-14   Filed 10/04/19   PageID.708   Page 67 of 176

office of third lieutenant in each and every company of artillery in this
State.

III. *And be it further enacted* by the authority aforesaid, That so
much of the militia law as requires the encampment of artillery and caval-
ry officers, be, and the same is hereby, repealed.

In the Senate House, the ———— day of December, in the year of our Lord one thou-
sand eight hundred and twenty, and in the forty-fifth year of the Independence
of the United States of America.

BENJ. HUGER, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

———

No. 2244. AN ACT AUTHORIZING ANOTHER REGIMENT OF MILITIA TO BE RAISED
AND ORGANIZED IN THE DISTRICT OF PENDLETON; AND FOR OTHER
PURPOSES.

WHEREAS, the persons subject to militia duty in the District of Pen-
dleton, suffer many inconveniences in consequence of the extensive bounds
of the Regiment in the said district, which have been greatly enlarged by
the late acquisition of territory from the Cherokee Indians.

I. *Be it therefore enacted* by the Honorable the Senate and House of Re-
presentatives, now met and sitting in General Assembly, and by the au-
thority of the same, That the three regiments of militia in the district of
Pendleton, be, and the same are hereby, required to be so divided, as to
form four regiments, as equal in strength as practicable, each regiment to
consist of at least eight companies.

II. *And be it further enacted* by the authority aforesaid, That the fol-
lowing persons be, and they are hereby, appointed commissioners to divide
the said regiments, and to make another regiment, as directed by this Act,
viz:—Alexander Moorhead, Poter Keys, Patrick Norris, John C. Kilpat-
rick, Robert Stribling, Thomas Stribling, George Rankin, John Esly, and
Andrew Humbleton.

III. *And be it further enacted* by the authority aforesaid, That if the
said commissioners shall refuse or neglect to act, so as to carry this Act
into effect, then it shall be the duty of the brigadier-general commanding
said regiments, to appoint three suitable and proper persons from each of
the present regiments, to lay out and designate the bounds and limits of
the said new regiment; and also, to make alterations in the lines of the
present existing regiments; *provided*, they do not alter the lines of beat
companies, or divide any established beat company.

IV. *And be it further enacted* by the authority aforesaid, That it shall
be the duty of the said commissioners, so soon as they have made a divi-
sion and formed said regiment, to report the same to the brigadier-general
commanding said regiment, and to the several colonels commanding the
same, which said report shall designate the companies composing the said
several regiments; and it shall be the duty of the said brigadier-general,
immediately after the receipt of the said report, to order elections for such

Digitized by Google

EXHIBIT 13
0270

OF SOUTH CAROLINA. 543

*Acts relating to the Militia.*

A. D. 1821.

field officers as it shall be necessary to create in consequence of raising the said new regiment; and where the present field officers shall fall into the said new regiment, they shall have command in the same.

V. *And be it further enacted* by the authority aforesaid, That the said new regiment shall be ranked the Forty-second Regiment of the South Carolina Militia, and be attached to the first brigade of the first division of the same.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and twenty, and in the forty-fifth year of the Independence of the United States of America.

BENJAMIN HUGER, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

---

AN ACT AUTHORIZING ANOTHER REGIMENT OF MILITIA TO BE RAISED AND ORGANIZED IN THE DISTRICT OF BARNWELL; AND FOR OTHER PURPOSES.

No. 2271.

WHEREAS, the persons subject to militia duty in the District of Barnwell, suffer many inconveniences, in consequence of the extensive bounds of the Regiment in said district.

I. *Be it therefore enacted* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the regiment of militia in the district of Barnwell, be, and the same is hereby, required to be so divided as to form two regiments, as equal in strength as practicable, each regiment to consist of at least seven companies.

II. *And be it further enacted* by the authority aforesaid, That the following persons be, and they are hereby, appointed commissioners to divide the said regiment, and to make another regiment, as directed by this Act, viz :—William Walker, William McMillian, William Bush, Barnet H. Brown, and James W. Maxwell.

III. *And be it further enacted* by the authority aforesaid, That if the said commissioners shall refuse or neglect to act, so as to carry this Act into effect, then it shall be the duty of the brigadier-general commanding said regiment, to appoint three suitable and proper persons from said regiment, to lay out and designate the bounds and limits of said new regiment.

IV. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the said commissioners, so soon as they have made a division and formed said regiment, to report the same to the brigadier-general commanding said regiment, and to the several colonels commanding the same, which said report shall designate the companies composing the said two regiments; and it shall be the duty of the said brigadier-general, immediately after the receipt of the said report, to order elections for such field officers as it shall be necessary to create in consequence of raising the

Digitized by Google

EXHIBIT 13
0271

544    STATUTES AT LARGE

A.D. 1822.          Acts relating to the Militia.

said new regiment; and where the present field officers fall into the said
new regiment, they shall command in the same.

V. *And be it further enacted* by the authority aforesaid, That the
said new regiment shall be ranked Forty-third Regiment of South Caroli-
na Militia, and be attached to the third brigade of the second division of
the same.

In the Senate House, the twentieth day of December, in the year of our Lord one thou-
sand eight hundred and twenty-one, and in the forty-sixth year of the Independence
of the United States of America.

BENJAMIN HUGER, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

---

No. 2294. AN ACT TO CONSOLIDATE AND EQUALIZE CERTAIN MILITIA COMPANIES;
TO AUTHORIZE THE SALE OF SMALL ARMS; AND THE INSPECTION OF
MUSKETS MADE BY ADAM CARRUTH, PREPARATORY TO THEIR BEING
PURCHASED BY THE STATE.

I. *Be it enacted* by the Honorable the Senate and House of Representa-
tives, now met and sitting in General Assembly, and by the authority of
the same, That from and after the passing of this Act, there shall be but
one beat company in each of the parishes of Christ Church and St. James
Santee; and the two companies in each of the said parishes shall be con-
solidated into one.

II. *And be it further enacted* by the authority aforesaid, That the per-
sons residing in the parish of Saint James Santee, entitled to vote for
company officers, shall meet at the head of Wigfall's, (now Cordes's cause-
way,) on the third Monday in January next, for the purpose of electing
officers for the company within said parish, which place is hereby declared
to be the muster ground of the said company.

III. *And be it further enacted* by the authority aforesaid, That the
eleven mile post on the Stage-road from Charleston to Georgetown, shall
be the place of meeting of the company within the parish of Christ
Church; and an election shall be held at the said place on the third Mon-
day of January next, for the election of officers for the said company.

IV. *And be it further enacted* by the authority aforesaid, That Thomas
Gaillard, Thomas Porcher, jr., Peter Broughton, Philip Porcher, and
Samuel Porcher, or any three of them, shall be, and they are hereby, ap-
pointed commissioners to alter the dividing line between the upper and
lower beat companies in the parish of Saint John's Berkly, for the purpose
of making said beat companies equal; and the said commissioners, or any
three of them, after altering the said line, shall make a report of their pro-
ceedings in the premises, to the colonel or other officer commanding the
regiment in which the said companies are situated.

V. *And be it further enacted* by the authority aforesaid, That as soon
as practicable after the passing of this Act, it shall be the duty of the

Digitized by Google

EXHIBIT 13
0272

OF SOUTH CAROLINA. 545

*Acts relating to the Militia.*

colonels or other commanding officers of the 16th and 17th regiments in the 4th brigade of South Carolina Militia, to divide the company of militia on Charleston Neck, into four companies, as nearly equal in number as may be; two of which companies shall be attached to the 16th and the other to the 17th regiment.'

VI. *And be it further enacted* by the authority aforesaid, That the Governor and Commander-in-chief do cause an inspection to be made of the muskets manufactured by Adam Carruth, under a contract with the General Government, and now the property of William Young, Barksdale Garrison, John Charles, and Robert Anderson; and if on inspection the said muskets are approved, he is hereby authorized to receive in payment of the debt due by the said William Young, Barksdale Garrison, John Charles, and Robert Anderson, as securities of the said Carruth, any number of the said muskets not exceeding one thousand, at such price as was contracted to be paid for muskets to the said Carruth by the Government of the United States.

VII. *And be it further enacted* by the authority aforesaid, That the Governor and Commander-in-chief be, and he is hereby, authorized and empowered to cause to be sold, to any of the militia of this State, any arms belonging to the State, in any of the public arsenals, at such price as the said arms may have cost the State; and the Governor is hereby authorized to lay out the money received from the sale of any arms as aforesaid, in the purchase of other arms.

In the Senate House, the twenty-first day of December, in the year of our Lord one thousand eight hundred and twenty-two, and in the forty-seventh year of the Independence of the United States of America.

JACOB BOND I'ON, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

———

AN ACT TO REGULATE THE PERFORMANCE OF PATROL DUTY ON CHARLESTON NECK. No. 2317.

WHEREAS, the Local situation of Charleston Neck, from the bounds of the city of Charleston to the northern boundary of St. Philip's Parish, renders the present existing patrol laws insufficient to protect the property of the inhabitants of said neck, and to controll and keep in order the numerous black population of the same, and others travelling to and from the city within the aforesaid limits.

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That it shall be the duty of the officer or officers commanding the militia company or companies on Charleston Neck, within two months after the passing of this Act, to cause his or their company or

*Patrol to be formed.*

Digitized by Google

EXHIBIT 13
0273

STATUTES AT LARGE

A. D. 1823.

*Acts relating to the Militia.*

companies to be divided into convenient patrols, in such manner as a majority of said company officers shall direct; which division, when made, shall be permanent, until altered by a majority of said officers; and in case the officers of such company or companies shall neglect or refuse to perform the duty hereinbefore required of them, each shall forfeit and pay the sum of thirty dollars, to be recovered in any court having competent jurisdiction, to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads.

**Rolls to be made out.**

II. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the commanding officer or officers of the company or companies aforesaid, to cause to be made out a roll for each patrol district, which shall include the names of all the free white male inhabitants above the age of eighteen years, and under the age of sixty, residing within the said patrol district, except Ministers of the Gospel of any sect or denomination whatsoever, and all females owning ten slaves above the age of ten years. And all persons having settled farms, or a house and lot with five or more slaves above the age of sixteen years, residing within the said company or companies, shall be liable to perform the patrol duty hereinafter prescribed.

**Leaders of patrols to be appointed.**

III. *And be it enacted* by the authority aforesaid, That it shall be the duty of the commanding officer or officers of the said company or companies to appoint, which appointment shall be in writing, signed by such commanding officer or officers, some prudent and discreet person as leader in each patrol district, who shall perform the duty hereinafter prescribed, until the expiration of two months from the date of such appointment; and in case the person appointed shall refuse to accept such appointment, or the commanding officer or officers of the said company or companies, or the leader or leaders of the patrol, shall fail to perform any of the duties required of them by this Act, they shall, respectively, forfeit and pay the sum of twenty dollars, to be recovered in any court having competent jurisdiction, to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads; *provided always*, that no person shall be compelled to serve more than once in every twelve months, as leader of any patrol.

**To turn out twice a month.**

IV. *And be it enacted* by the authority aforesaid, That it shall be the duty of the leader of each patrol, at least as often as twice a month, to call out any number of persons under his command, and to ride patrol through Charleston Neck, and to take up all slaves who may be found within its limits, and without their owners's inclosures under suspicious circumstances, or at a suspicious distance therefrom, and to correct all such slaves by a moderate whipping with a whip or cowskin, not exceeding twenty lashes, unless the said slave shall have a ticket or letter to shew the reasonableness of his or her absence; and if any white man shall wantonly beat or abuse any slave, quietly and peaceably being in his or her owner's inclosure, or found any where without the same with a lawful ticket, he shall forfeit the sum of fifty dollars, to be recovered by the owner of said slave, and to his use, by action of debt, besides being liable to the owner in an action of trespass for damages.

**Powers and duties.**

V. *And be it enacted* by the authority aforesaid, That the said patrols shall have power, within the limits of Charleston Neck, and they are hereby authorized and required, to enter into any disorderly house, or into any vessel or boat, suspected of harboring, or unlawfully trafficking or dealing with slaves, and if resisted, to break open doors, windows or locks, and to

Digitized by Google

**EXHIBIT 13**
**0274**

*Acts relating to the Militia.*                A.D. 1823.

apprehend and correct or commit, all slaves found there contrary to the true intent and meaning of this Act; and the leaders of said patrols are further authorized and required to give information of such white persons, or persons of color, as may be found in such house, vessel or boat, or place, unlawfully trading or trafficking with slaves, to any lawful magistrate; and to deliver to the said magistrate such produce or articles for trafficking as may be found in such house, vessel, boat or place, to be disposed of according to law.

VI. *And be it enacted* by the authority aforesaid, That the leader of every patrol shall have power to keep the men under his command in good order and demeanor during their time of service; and in case any patrol man shall misbehave himself, or neglect or disobey the orders of his commander, he shall be subject to arrest, at the discretion of the said leader, and be liable to a fine of not more than two dollars, to be imposed by a court consisting of the officers of the company to which he belongs, to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads. <span style="float:right">Penalty on patrol men who misbehave.</span>

VII. *And be it further enacted* by the authority aforesaid, That if any leader of patrol shall act disorderly while on duty, so as to defeat the orderly performance or execution of the patrol law, agreeable to the true intent and meaning of this Act, he shall be liable to be reported by any of the members of his patrol, or other persons competent to give evidence, to the commanding officer of the company to which he is attached, who shall order a court, consisting of the officers of said company, or of any three officers of the regiment to which such company is attached, to try him, and upon sufficient evidence being given of the charge, such leader of the patrol shall be fined in the sum of ten dollars; to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads. <span style="float:right">Leaders of patrol may be fined.</span>

VIII. *And be it further enacted* by the authority aforesaid, That it shall be lawful for any person or persons hereby declared liable to perform patrol duty, to send any able bodied white man, between the age of eighteen and sixty, to peform patrol duty for him or them; and if any patrol man shall neglect or refuse to perform the duty required of him by this Act, or procure a substitute to perform the same, without a legal excuse, he shall forfeit and pay a fine of two dollars for each and every default, and ten per cent on his general tax for the year preceding on property owned by him on Charleston Neck, to be inflicted by a court composed of the officers of the company to which he is attached, a majority of whom shall be sufficient to form such court, or any three officers of the regiment to which the said company is attached, and to be collected by the collector of the regiment, who shall have as full power and authority to collect the same, as he now has or may hereafter have to collect militia fines, under any law which now is or may hereafter be of force in this State; to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads. <span style="float:right">Fine for not performing patrol duty.</span>

IX. *And be it further enacted* by the authority aforesaid, That it shall be the duty of each leader of patrol to make a return upon oath of the performance of the duties of his office, to the commanding officer of the company to which he belongs, once in every two months, under the penalty of a fine not exceeding twenty dollars; to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads. <span style="float:right">Return to be made.</span>

X. *And be it further enacted* by the authority aforesaid, That all persons of color, (Indians in amity with the United States excepted,) negroes, <span style="float:right">Slaves to be corrected.</span>

Digitized by Google

EXHIBIT 13
0275

*Acts relating to the Militia.*

mulattoes, or mestizoes, found within the limits of Charleston Neck, shall be taken and considered as slaves, and shall be liable to such correction or other punishment to which by this Act slaves are liable, unless such persons of color shall produce their free papers, or copies of the same, or such other good and sufficient evidence of their freedom as may be satisfactory to the leader of the patrol ; *provided, nevertheless,* that free negroes, mulattoes or mestizoes, found within Charleston Neck, and without their own or their employer's enclosure, not having a regular ticket from their guardian, after the hours of nine o'clock, P. M., from the twentieth of September to the twentieth of March, and ten o'clock, P. M., from the twentieth of March to the twentieth of September, in each and every year, shall be liable to the same punishment to which by this Act slaves are liable.

XI. *And be it further enacted* by the authority aforesaid, That it shall <span>No shop to be kept open after nine o'clock.</span> not be lawful for any owner or occupant of a grocery store or retail shop, within the limits of Charleston Neck, or of any store, shop or place within the limits aforesaid, wherein are vended spirituous liquors, to keep open the said stores, shops and places, for the purpose of trade, or to trade, traffick or barter therein, with negroes or persons of color, on the Sabbath day, or any other day after the hours of nine o'clock, P. M., from the twentieth of September to the twentieth of March, and ten o'clock, P. M., from the twentieth of March to the twentieth of September, in each and every year. And in case any owner or occupant of any such store, shop or place, shall transgress or violate this Act, by keeping open the said stores, shops or places, or by trading, trafficking or bartering therein, with any negroes or persons of color, on the Sabbath day, or on any other day after the hours of nine o'clock, P. M., from the twentieth of September to the twentieth of March, and ten o'clock, P. M., from the twentieth of March to the twentieth of September, in each and every year, he, she or they, shall forfeit and pay the sum of fifty dollars, to be recovered in any court having competent jurisdiction; to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads.

XII. *And be it further enacted* by the authority aforesaid, That every <span>Patrol to be provided with arms.</span> person liable to perform patrol duty on Charleston Neck, shall provide for himself, and keep always in readiness, and carry with him on his patrol service, one good gun or pistol, in order, with at least six ball cartridges for the same, or a cutlass, under the penalty of two dollars, and ten per cent on his general tax for the year preceding, on property owned by him on Charleston Neck, for want of any such arms or ammunition ; to be recovered and appropriated in the same manner as by this Act fines for non-performance of patrol duty are recovered and appropriated.

XIII. *And be it further enacted* by the authority aforesaid, That the <span>Fines to be paid to the commissioners of the Cross Roads.</span> commissioners of the Cross Roads of Charleston Neck shall have power to demand and receive all such fines and forfeitures, and other monies and things whatsoever, as are appropriated by this Act to the use of the said Cross Roads ; and in case of refusal to deliver or pay the same, to commence and prosecute any lawful action for the recovery thereof.

XIV. *And be it further enacted* by the authority aforesaid, That the <span>Record of proceedings to be kept.</span> commanding officer of the militia company or companies of Charleston Neck, shall have power to appoint a secretary, whose duty it shall be to prepare and lay before the court or courts hereby established, all necessary papers, and to keep a record of the proceedings of the same, which record shall be open to the inspection of any citizen interested therein ; for which services, the said secretary shall be excused from the ordinary patrol duty.

Digitized by Google

EXHIBIT 13
0276

*Acts relating to the Militia.*                    A. D. 1823.

XV. And *be it further enacted* by the authority aforesaid, That the leader of each patrol district shall have power to appoint a person whose duty it shall be to summon out the patrol at the times and places appointed by the leader, and to extend such orders and commands as may be given to him by the said leader of patrol; for which services, the said person shall be excused from ordinary patrol duty. <span style="font-size:small">Patrol to be summoned.</span>

XVI. And *be it further enacted* by the authority aforesaid, That it shall be the duty of the commanding officer of each militia company on Charleston Neck, and of all lawful magistrates within the limits of Charleston Neck, to give information to the respective leaders of patrol, of any unlawful assemblies of negroes or persons of color, which may come within their knowledge; which leaders, on receiving such information, shall turn out their patrols and perform the duties prescribed by law; and in case any leader of patrol shall neglect or refuse to turn out his patrol, and perform the duties required by law, after receiving such information, he shall forfeit and pay a sum not exceeding twenty dollars; to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads. <span style="font-size:small">Information of unlawful assemblies to be given to the commanding officer.</span>

XVII. And *be it further enacted* by the authority aforesaid, That if any person or persons shall commence an action against any patrol or patrol man, for any trespass by him committed in carrying into execution the provisions of this Act, and at the trial thereof shall fail to recover any damage, he, she or they shall be liable and adjudged to pay to the party so sued treble costs. <span style="font-size:small">Persons prosecuting and failing, to pay treble costs.</span>

XVIII. And *be it enacted* by the authority aforesaid, That all Acts and parts of Acts repugnant to this Act, be, and the same are hereby, repealed. <span style="font-size:small">Repealing clause.</span>

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and twenty-three, and in the forty-eighth year of the Independence of the United States of America.

JACOB BOND I'ON, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

---

AN ACT TO REQUIRE THE OFFICERS OF EACH BRIGADE OF MILITIA TO ASSEMBLE IN BRIGADE ENCAMPMENTS; AND FOR OTHER PURPOSES. <span style="font-size:small">No. 2318.</span>

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, it shall be the duty of all the commissioned officers of the several different brigades throughout this State, under the rank of brigadier, to assemble in some central and proper place, within their respective brigades, in full uniform, and equipt with a musket, bayonet, cartouch-box and twenty-four cartridges, at least once in two years, and there be kept on duty and in the practice of the manual exercise for a time not exceeding six days nor less than three days,

Digitized by Google

EXHIBIT 13
0277

　　　　　　STATUTES AT LARGE

A.D. 1823.　　　　*Acts relating to the Militia.*

as the major-general of each division may think fit and proper; and it shall be the duty of the several brigadier-generals to attend the officers so assembled within their respective brigades, and to load, train, discipline and manoeuvre the said officers, according to the system of Scott, or any other system which may be adopted by Congress; and it shall be the duty of the adjutant-general and brigade-majors, within their respective brigades, to attend such musters, and be subject to orders as on reviews; and it shall also be the duty of the major-generals, within their respective divisions, to attend at the said musters. Which said musters of the officers, as aforesaid, shall be ordered by the Governor and Commander-in-chief, and at such times as he shall deem fit and proper, for the purposes intended by this Act. And in case any of the officers required by this Act to attend the musters aforesaid, shall fail or neglect so to attend, the said officers, respectively, so failing or neglecting, shall be subject to the fines and forfeitures following, that is to say: a major-general shall be fined in the sum of sixty dollars; a brigadier-general in the sum of fifty dollars; a colonel in the sum of forty dollars; a major in the sum of thirty dollars; a captain, lieutenant or ensign, in the sum of twenty dollars; and that such defaulter or defaulters shall be tried in the same manner as is now directed by the militia laws of this State, and the fines applied to the use of the brigade in which such fines and forfeitures have accrued.

II. *Be it further enacted,* That if any beat company of militia shall neglect or refuse, for three months, to elect officers to command said company, it shall be the duty of the colonel, lieutenant-colonel or major commanding the regiment or battalion to which the said company may belong, to divide the said company, and attach it to the nearest beat companies thereto, until the said company shall elect officers to command the same, and those composing such company are hereby required to do duty in the beat company to which they shall be attached.

III. *And be it enacted,* That the officers commanding the 2d company of the 2d battalion of the 19th regiment of South Carolina militia, shall hereafter hold their company musters at Brown's Tavern, in St. John's parish, Berkley.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and twenty-three, and in the forty-eighth year of the Independence of the United States of America.

JACOB BOND I'ON, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

No. 2341. AN ACT TO REPEAL THE FIRST SECTION OF AN ACT ENTITLED "AN ACT TO REQUIRE THE OFFICERS OF EACH BRIGADE OF MILITIA TO ASSEMBLE IN BRIGADE ENCAMPMENTS, AND FOR OTHER PURPOSES;" PASSED THE TWENTIETH DAY OF DECEMBER, 1823; AND FOR OTHER PURPOSES.

WHEREAS, by the first section of an Act of Assembly, passed on the twentieth day of December, in the year of our Lord one thousand eight

Digitized by Google

EXHIBIT 13
0278

*Acts relating to the Militia.*                    A. D. 1824.

hundred and twenty-three, all the commissioned officers in each brigade of militia in this State were required to meet and assemble at some central and proper place within their respective brigades, in full uniform, and equipt as therein directed, at least once in two years, and there to be kept in the practice of military exercises for a time therein specified. And *whereas*, the said law has not only effected no beneficial purpose, but is inconvenient, oppressive and burthensome to the officers of the militia of this State :

I. *Be it therefore enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the first section of an Act entitled "An Act to require the officers of each brigade of militia to assemble in brigade encampments, and for other purposes," be, and the same is hereby, repealed.

II. *And be it further enacted* by the authority aforesaid, That the Beaufort volunteer company of artillery be, and the same are hereby, exempted from attending any regimental reviews ; *provided*, the said company, in addition to the days and times now required by law, do, on the days and times when the regiment to which the said company is now attached shall parade for review and exercise, also assemble at the usual muster ground of said company, for drill, exercise and instruction ; and *provided, also*, that the members of said company shall at no time exceed sixty-four men, rank and file.

III. *And be it further enacted* by the authority aforesaid, That the fifth section of an Act passed on the twenty-first day of December, in the year of our Lord 1822, entitled "An Act to consolidate and equalize certain beat companies ; to authorize the sale of small arms, and the inspection of muskets made by Adam Carruth, preparatory to their being purchased," be, and the same is hereby, repealed.

IV. *And be it further enacted* by the authority aforesaid, That all that part of the Charleston Neck company which lies on the east side of King street, up to the cross roads, and thence on the east side of the main road to the quarter house, be and constitute one company ; and that part of said company which lies on the west side of said line, be and constitute another company ; both of which companies shall continue attached to the sixteenth regiment.

V. *Be it further enacted* by the authority aforesaid, That the commissioned officers of the Charleston Neck company may select in which of the companies hereby created they will hold their commissions, and they shall, respectively, hold and be confirmed in the rank and commission which they now hold ; and it shall be the duty of the colonel or commanding officer of the 16th regiment, as soon hereafter as may be practicable, to order an election for officers in the other company.

In the Senate House, the seventeenth day of December, in the year of our Lord one thousand eight hundred and twenty-four, and in the forty-ninth year of the Independence of the United States of America.

    JACOB BOND I'ON, *President of the Senate.*
    JNO. B. O'NEALL, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0279

A. D. 1827.                *Acts relating to the Militia.*

No. 2406.  AN ACT to ALTER AND DEFINE THE LINE BETWEEN THE 34TH AND
35TH REGIMENTS OF THE SOUTH CAROLINA MILITIA; AND FOR OTHER
PURPOSES.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the following shall hereafter be the boundary between the 34th and 35th regiments of the South Carolina militia, that is to say : the line shall commence on Pacolet river, opposite Sandy Run ; thence down said river to Thomas Taylor's ; thence to William Huckby's, son of Robert Huckby ; thence down the old regimental line to Broad river, near the mouth of Thicketty creek ; thence up said Thicketty creek to John Jeffers's ford, on the said Thicketty creek ; thence along the main road, by Hancocksville, to the Grindal Shoals, on Pacolet river ; and that the persons liable to perform militia duty, residing within the aforesaid limits, be formed into a beat company, be, and the same is hereby, attached to the thirty-fifth regiment.

II. *And be it further enacted,* That the lower battalion of the seventh or Glascock's regiment, shall be divided into five beat companies, instead of four, as heretofore : and that Col. Thomas Glascock, Lieut. Col. John Marsh, and Major Andrew P. Jones, are hereby appointed commissioners to make such division ; the said commissioners to report to the brigadier-general the division so made, and on his approval of the same, the proper officer shall forthwith order an election of officers for the additional beat company hereby authorized to be laid off ; *provided,* that no officer in command shall thereby have his commission vacated.

In the Senate House, the twenty-fourth day of November, in the year of our Lord one thousand eight hundred and twenty-seven, and in the fifty-second year of the Independence of the United States of America.

JACOB BOND I' ON, *President of the Senate.*
JNO. B. O'NEALL, *Speaker of the House of Representatives.*

---

No. 2410.  AN ACT to ENLARGE THE RECRUITING LIMITS OF THE WINNSBOROUGH
LIGHT INFANTRY VOLUNTEER COMPANY.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That hereafter it shall and may be lawful for any person residing within Fairfield district, and liable to do militia duty, to join and become a member of the Winsborough Light Infantry Volunteer Company, in the same manner as such person would be entitled to do, were he a resident of that regiment to which said company is attached.

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and twenty-seven, and in the fifty-second year of the Independence of the United States of America.

JACOB BOND I' ON, *President of the Senate.*
JNO. B. O'NEALL, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0280

*Acts relating to the Militia.*

A. D. 1828.

AN ACT TO REGULATE THE ELECTION OF CAVALRY AND ARTILLERY         No. 2450.
OFFICERS THROUGHOUT THIS STATE.

I. *Be it enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That whenever any vacancy shall take place in the commission of lieutenant-colonel of cavalry or artillery, the major then in commission in the same regiment, shall be immediately commissioned lieutenant-colonel.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and twenty-eight, and in the fifty-third year of the Independence of the United States of America.

H. DEAS, *President of the Senate.*
B. F. DUNKIN, *Speaker of the House of Representatives.*

————

AN ACT TO REGULATE THE COLLECTION OF MILITARY FINES ; AND FOR         No. 2479.
OTHER PURPOSES.

I. *Be it enacted*, by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That all fines hereafter imposed on any commissioned officers for neglect of military duty in any battalion, regiment or brigade, shall be collected by the sheriff of the judicial district in which such delinquent may reside, and for the performance of this duty the sheriff shall receive twenty-five per cent. on all monies so collected; except in the parishes of St. Philip and St. Michael, where fines shall be collected as heretofore ; the collector of fines in which place shall be entitled to the like compensation as is herein provided for the sheriff.

II. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the officer ordering any courts martial, to furnish the sheriff, within fifteen days after any fine has been imposed on any commissioned officer, with executions against such delinquents ; and the said sheriff, within thirty days after receiving such executions, shall notify each delinquent of the amount of his fine, and to require payment thereof; and if the said delinquent shall neglect or refuse to pay the same within fifteen days after such notification, the said sheriff shall proceed on this execution, and shall arrest the body of the said delinquent for the satisfaction of the said fine, unless the said delinquent shall point out sufficient property whereof to levy and satisfy such fine so imposed as aforesaid.

III. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the several tax collectors in this State, at the request of any militia officer, to furnish such officer with the amount of the last general tax of any defaulter liable to be fined as aforesaid; but nothing in this Act shall be construed to deny the right of appeal to any officer who may conceive himself aggrieved by the sentence of any court-martial.

VOL. VIII.—70.

Digitized by Google

EXHIBIT 13
0281

STATUTES AT LARGE

*Acts relating to the Militia.*

IV. *And be it further enacted* by the authority aforesaid, That the she-
riff with whom any such execution shall be lodged, shall be bound to exe-
cute and return the same to the paymaster of the regiment, within three
months from the time of the lodgment thereof, and on default, he shall pay
the sum of fifty dollars, to be recovered by summary process, in the name
of the State of South Carolina; one half of which shall be paid to the in-
former, and the other half to the use of the regiment.

V. *And be it further enacted* by the authority aforesaid, That it shall be
the duty of the sheriff within ten days after demand, to pay over all mo-
nies collected by him, pursuant to this Act; and, in default thereof, an
action may be brought against him, in the name of the regimental paymas-
ter, and the amount so collected, recovered against him, with interest at the
rate of six per cent. for each month, from the time of demand.

VI. *And be it further enacted*, That if any member of the magazine
guard, at Laurel Island, on Charleston Neck, or of the guard to be hereaf-
ter, or at this session, established at Georgetown, shall be hereafter intoxi-
cated, or disorderly or disobedient to lawful orders, he may be arrested and
confined, by order of the commanding officer of said guard.

> In the Senate House, the eighteenth day of December, in the year of our Lord one thou-
> sand eight hundred and twenty-nine, and in the fifty-fourth year of the Indepen-
> dence of the United States of America.

    HENRY DEAS, *President of the Senate.*
    BENJ. F. DUNKIN, *Speaker of the House of Representatives.*

---

No. 2487. AN ACT TO PROVIDE FOR THE DIVISION OF BEAT COMPANY NUMBER
SEVEN, OF THE 15TH REGIMENT OF SOUTH CAROLINA MILITIA.

I. *Be it enacted*, by the Honorable the Senate and House of Represen-
tatives, That beat company number seven, of the fifteenth regiment of
South Carolina militia, now commanded by captain Jacob Kitchen, shall,
as soon hereafter as practicable, be divided into two companies, and that
Richard Jones, Esq., John Horsey, Jacob Kitching, John Quattlebaum,
and George Sawyer, be appointed commissioners to divide the same.

II. The said commissioners, or a majority of them, shall, as soon as
may be practicable, meet and make such division, and shall return, in wri-
ting, to the colonel of the regiment, a report of such division, and the lim-
its apportioned to each beat company; and the colonel shall cause the
same to be entered in the books of the regiment.

III. The officers now holding commissions in said beat company, shall be
entitled to hold the same in the company, within the limits of which they
may, respectively, fall.

IV. The colonel shall, as soon as the said limits are fixed, order elections
to fill up the vacancies that may exist in said companies, respectively.

> In the Senate House, the eighteenth day of December, in the year of our Lord one
> thousand eight hundred and twenty-nine, and in the fifty-fourth year of the Indepen-
> dence of the United States of America.

    HENRY DEAS, *President of the Senate.*
    BENJ. F. DUNKIN, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0282

*Acts relating to the Militia.*

A. D. 1830.

AN ACT TO CONSOLIDATE THE TWO BEAT COMPANIES OF GEORGETOWN.   No. 2488.

I. *Be it enacted*, by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, the two beat companies of the lower battalion, thirty-first regiment, heretofore known as the upper and lower beats of Georgetown, be, and the same are hereby, consolidated, so as to constitute hereafter but one beat instead of two.

II. *And be it further enacted* by the authority aforesaid, That the officer now in command of the said lower battalion, thirty-first regiment, be, and he is hereby, authorized and directed to carry into effect the provisions of this Act, and forthwith to order the necessary elections, and cause to be filled the offices of the said company, whereupon he shall report his proceedings to the colonel of his regiment.

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and twenty-nine, and in the fifty-fourth year of the Independence of the United States of America.

HENRY DEAS, *President of the Senate.*

BENJ. F. DUNKIN, *Speaker of the House of Representatives.*

————

AN ACT TO CHANGE THE PLACE OF COMPANY MUSTER IN ST. JAMES   No. 2504. SANTEE.

I. *Be it enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, the beat company of militia in the parish of St. James Santee, shall cease to be mustered at the head of Wigfall's or Cordes's causeway, as they heretofore have been, and that the head of Palmer's causeway shall be, and is hereby, fixed and established as the muster ground of the said beat company.

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and thirty, and in the fifty-fifth year of the Independence of the United States of America.

H. DEAS, *President of the Senate.*

H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0283

STATUTES AT LARGE.

*Acts relating to the Militia.*

A. D. 1830.

No. 2506. AN ACT to establish the dividing line between the 26th and 27th Regiments of Militia; and to lay off a new Beat Company at and around Sumterville.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly; and by the authority of the same, That the boundary line which divides the 26th and 27th regiments of South Carolina militia from each other, shall be, and the same is hereby, altered, defined and established, to run as follows, that is to say: beginning at M'Clure's old field, on the Saluda road, near the village of Chester; running thence in a direct line to the spring east of the said village; thence along the meanders of the branch from the said spring until it intersects the Charleston road; and thence along the said road as heretofore.

II. *Be it further enacted* by the authority aforesaid, That a new beat company of militia be formed and established in and around the village of Sumterville, by uniting portions of the two beat companies commanded by captain William N. Harvin and captain James A. Vaughan, in manner and form following, that is to say: captain Harvin's beat shall be divided by a line beginning at the mouth of Cow-pen branch, near Thomas J. Wilder's plantation; thence upward along said branch to its source; thence directly to the head of Camp branch; thence along the meanders of the same to its juncture with Black river; and that captain James A. Vaughan's beat shall be divided by a line beginning at Mr. Charles Spann's mill; thence along the road to John Knox's; thence along the Stateburg road to Green swamp; and that the contiguous portions of the said beat companies, so abstracted and divided off by the said lines, form and be constituted a separate beat; *provided,* that the companies hereby directed to be divided, shall not be reduced by such division below the number directed by law to constitute a company.

III. *And be it further enacted,* That the beat hereby directed to be formed and established, shall be attached to, and form a part of the lower battalion of the 20th regiment, and that the officer whose duty it may be, shall forthwith issue the necessary orders for the election of company officers in the said new beat.

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and thirty, and in the fifty-fifth year of the American Independence.

H. DEAS, *President of the Senate.*

H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0284

OF SOUTH CAROLINA. 557

*Acts relating to the Militia.* A.D.1830.

AN ACT TO CONFORM THE MILITARY WITH THE JUDICIAL DIVISIONS No. 2510.
OF PENDLETON DISTRICT; AND FOR OTHER PURPOSES.

I. *Be it enacted* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, *Division of militia.* That from and after the first day of March next, the 4th and 42d regiments of militia, shall be included in the district of Anderson; and that the 2d and 5th regiments of militia, shall be included in the District of Pickens.

II. That the fifth street in the village of Anderson, be the line between the 4th and 42d regiments, continuing from the east end thereof to a point *Dividing line.* on Saluda river, within one mile of Wilson's Ferry, above; and from the west end of said street, to a point on Senaca river, between Mrs. Sloan's Ferry, and two miles above the mouth of said river. The said lines to be run by a person to be nominated by the Colonels of those regiments, and the expense to be defrayed out of fines collected from defaulters in said regiments, each contributing equally.

III. *And be it further enacted,* That this line dividing the 2d and 5th regiments, shall commence at the point of intersection between the district line of Pickens and Anderson, and the public road leading from the village of Pendleton to Harrison's Ferry on Senaca river; thence along said road to said ferry; thence up said river, to the mouth of Toxaway, and up Toxaway to the Three Forks; and thence up South Fork to the State line.

IV. *And be it further enacted,* That the General's road shall be the dividing line between the two battalions of the 4th regiment; and that *Commissioners to establish dividing lines. &c.* Samuel J. Hammond, Christopher Orr, and Asa Clinkscales, be commissioners in the first battalion; and that John McFall, jr., Solomon Shelton, and William Houston, be appointed commissioners in the second battalion, to establish the beat company lines and battalion parade grounds in their respective battalions.

V. *And be it further enacted,* That Swellen Goode, A. J. Liddell, and Job Rainwater, be appointed commissioners for like purposes, in the battalion in which they reside; and that James L. McCann, James Mulligan, and Saxon Anderson, be appointed commissioners for like purposes, in the battalion in which they reside; and that they jointly, form a board of commissioners for the 42d regiment, to determine the grade of battalions, the dividing line of the battalions, and the regimental parade ground.

VI. *And be it further enacted,* That Samuel Reid, William Duff, and Michael Edmonston, be appointed commissioners for like purposes, in the *Commissioners for like purposes.* battalion in which they reside; and Samuel C. Reeder Jacob R. Cox, and Obediah Trimmier, be appointed commissioners in the battalion in which they reside, for like purposes, who shall, jointly, determine the grade of the battalions, the battalion line, and the regimental parade ground for the second regiment; and that Samuel Gassaway, John Bowen, jr., and James Hendrix, be appointed commissioners for like purposes, in the battalion in which they reside; and John Hunter, Nathaniel Lynch, and William Sutherland, be appointed commissioners for similar purposes, in the battalion in which they reside, who shall also, jointly, determine the grade of the two battalions, the battalion line, and regimental parade ground for the fifth regiment.

VII. *And be it further enacted,* That the foregoing changes shall not

Digitized by Google

EXHIBIT 13
0285

occasion any forfeiture of commission or rank, either in regimental, battalion, or beat company officers, or any dissolution of any existing uniform corps, but such officers or privates may continue to exercise the duties of their respective commands, or parade with the uniform corps to which they may have been attached, as the case may be.

VIII. *And be it further enacted,* That Jesse W. Norris, A. Rice, Thos. Bunoughs, William Houston, Archibald Simpson, Christopher Orr, Hugh Wilson, Miles J. Hardy, James Pagott, and John T. Broyles, be appointed commissioners of roads and bridges for the fourth regiment; and that Jas. C. Griffin, Wyatt Smith, William Steel, John Harris, jr., Jas. L. M'Cann, William Holcomb, Joseph V. Shanklin, Herbert Hammond, Baylis Wodkins, William McMurry, and Eben Smith, be appointed commissioners of roads, bridges, et cetera, for the forty second regiment; and that William G. Field, Joseph Evetts, Jeptha Norton, jr., Frederick N. Garvin, Stephen C. Reid, Weyman Holland, and John Hunter, be appointed commissioners of roads for the fifth regiment; and that John T. Humphreys, Thomas Fitzgerald, Jesse McKinney, Samuel C. Reeder, Samuel Kirksey, John E. Calhoun, and Joseph Grisham, be appointed commissioners of roads for the second regiment, vested with the same powers, and subject to the same penalties as now by law provided.

IX. *And be it further enacted,* That the boards of the fourth and forty-second regiments, shall form a general board for Anderson district; and the said boards for the fifth and second regiments, shall form a general board for Pickens districts; each to meet on the first Monday in January next, at their respective court houses, and annually, thereafter, to transact such business as is now required of such general board by law; and it shall be the duty of the tax collector for Pendleton district, to collect such assessments as he may be required by each of these boards, from the tax-paying inhabitants in Anderson and Pickens, respectively. And it shall be the duty of the treasurer for the general board for Pendleton, to exhibit a fair account, current, to each of the general boards for Anderson and Pickens, the balance of funds on hand, or amount, if deficient, to be received or contributed in equal proportion by each of the general boards aforesaid, as the case may be; and all appeals now pending, or other unfinished business before the general board, to be transferred to that board to which it properly belongs, by the said treasurer.

X. *And be it further enacted,* That Robert Anderson, Thos. W. Sloan, Benjamin D. Dupree, Bailey Barton, James Osborne, David Hendricks, and David McKinney, shall constitute a board of commissioners of free schools for Pickens District; and that Levi Garrison, Jesse W. Norris, Christopher Orr, J. D. Gaillard, J. L. McCann, Garrison Lynn, and A. Evans, shall constitute a board of commissioners of free schools for Anderson district, shall meet at their respective court houses on the first monday in February next, for the purpose of organizing their boards, locating schools, and transacting such duties as are now required of boards of commissioners by law; meeting quarterly and annually thereafter, on such days as are now provided. And it shall be the duty of the present board of commissioners of free schools for Pendleton, on the fourth Monday in January next, only to examine the reports of teachers, and ascertain the amounts due to each, and draw their order therefor on the treasurer of the Upper Division, in conformity with existing laws; and bring to a close, as far as practicable, all engagements with their teachers, from and after which day, the said board is hereby, dissolved; *nevertheless,* it shall be

Digitized by Google

EXHIBIT 13
0286

their duty to transfer to each of the new boards, respectively, such business as may not be closed.

XI. *And be it further enacted,* That the balance of appropriation, as well as all future appropriations to which Pendleton District may be entitled by laws now of force, be, and the same shall hereafter be, divided between the districts of Anderson and Pickens, in equal shares, one moiety to each, and no more; liable to be drawn from the treasury, as is now provided for the other boards of free schools. And it shall be the duty of the treasurer of the upper division, after the payment of said order from the board for Pendleton District, to open an account, current, with Pickens and Anderson, in conformity with the provisions. — *Division of appropriation.*

XII. *And be it further enacted,* That in the event of the neglect or refusal of any one or more of the commissioners, appointed to adjust and establish the lines of beat companies, etcetera, such vacancy or vacancies, may be filled by the Pendleton delegation. — *To fill vacancies.*

XIII. *And be it further enacted,* That from and after the passing of this Act, Anderson district shall be entitled to fifteen justices of quorum, and twenty justices of the peace, and no more; and that Pickens district shall be entitled to twelve justices of the quorum, and fifteen justices of the peace, and no more; each inclusive of those now in office. — *Number of justices of peace and quorum.*

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and thirty, and in the fifty-fifth year of the Independence of the United States of America.

     H. DEAS, *President of the Senate.*

     H. L. PINCKNEY, *Speaker of the House of Representatives.*

---

AN ACT TO FORM A SQUADRON OF CAVALRY IN THE EIGHTH BRIGADE. No. 2511.

I. *Be it enacted,* by the Senate and House of Representatives, That the All Saints Light Dragoons, the Winyaw Hussars, and the Marion Troop, three troops of Cavalry belonging to the Eighth Brigade of the Militia of this State, be formed into a Squadron, under the command of a field officer, with the rank of Major, who shall be elected by the members of the said corps; and that the brigadier-general of the said brigade, be authorized to order an election for such officer.

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and thirty, and in the fifty-fifth year of the Independence of the United States of America.

     H. DEAS, *President of the Senate.*

     H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0287

A. D. 1831.　　　　　　*Acts relating to the Militia.*

No. 2523.　AN ACT TO AUTHORIZE THE FORMATION OF A MOUNTED CORPS IN
CHARLESTON.

I. *Be it enacted*, by the Senate and House of Representatives, That
from and after the passing of this Act, it shall and may be lawful to and
for such persons, not exceeding one hundred in number, as reside in the
city or district of Charleston, who are exempt from ordinary militia duty,
to form themselves into a military corps of mounted men, under the name
of "The Charleston Horse Guards," to be equipped in such manner as
the Governor shall direct or approve.

II. That the said corps shall be entitled to the usual number of officers,
and are hereby authorized to regulate the election and removal of said
officers as they see fit.

III. That when the said corps shall be organized in such manner as the
Governor shall approve, the Governor is hereby authorized and required
to, commission the officers to be elected by them.

IV. That it shall be the duty of the said corps in times of alarm, to
perform such service as shall be prescribed and directed by the command-
ing officer of the militia in Charleston, on pain of incurring like penalties
as the other militia of the State.

V. That a list of the persons who may be enrolled in the said corps, duly
certified by the captain, shall be furnished to the captains of the several
beat companies in which they reside; and said persons while they continue
members of the Horse Guards, shall not be liable to do duty in said beats.

In the Senate House, the seventeenth day of December, in the year of our Lord one
thousand eight hundred and thirty-one, and in the forty-sixth year of the In-
dependence of the United States of America.

H. DEAS, *President of the Senate.*
H. L. PINCKNEY, *Speaker of the House of Representatives.*

———

No. 2525. AN ACT TO DEFINE THE RECRUITING LIMITS OF THE FAIRFIELD
GRENADIER COMPANY.

I. *Be it enacted*, by the Honorable the Senate and House of Representa-
tives, now met and sitting in General Assembly, and by the authority of
the same, That hereafter, it shall be lawful for any person residing within
the districts of Fairfield and Chester, and liable to do militia duty, to join
and become a member of the Fairfield Grenadier Company, in the same
manner as such person would be entitled to do, were he a resident of that
regiment to which said company is attached.

In the Senate House, the seventeenth day of December, in the year of our Lord one
thousand eight hundred and thirty-one, and in the fifty-sixth year of the Inde-
pendence of the United States of America.

H. DEAS, *President of the Senate.*
H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0288

OF SOUTH CAROLINA.                                501

*Acts relating to the Militia.*                   A. D. 1831.

AN ACT TO LAY OFF AND ESTABLISH A NEW BEAT COMPANY IN THE   No. 2529.
SEVENTH REGIMENT OF SOUTH CAROLINA MILITIA.

I. *Be it enacted*, by the Senate and House of Representatives, now met
and sitting in General Assembly, and by the authority of the same, That
a new beat company be formed and established, in and around the Town
of Edgefield, by uniting portions of Bland's and the Horn's Creek Beat
Companies, by lines running in the following manner, that is to say :—
beginning at the head of Log Creek, and running down and along the
meanders of the said creek to the dividing line between the seventh, (Col.
Bacon's,) and ninth, (Col. Tompkins's,) regiments; thence along said
regimental line, to its intersection with the old Long Cane road, near the
residence of James Griffin ; thence down said road to the two mile stone,
on the road leading from Edgefield Court House to the Pine House;
thence a direct line to the head of Log Creek, the beginning ; and that
the portions of said two beat companies included within the said lines,
form and be constituted a separate beat.

II. *And be it further enacted*, That the beat hereby directed to be form-
ed and established, shall be attached to and form a part of the upper bat-
talion of the seventh regiment; and that the officer whose duty it may be,
shall immediately issue the necessary orders for the election of company
officers in the said now beat.

In the Senate House, the seventeenth day of December, in the year of our Lord one thou-
sand eight hundred and thirty-one, and in the fifty-sixth year of the Indepen-
dence of the United States of America.

H. DEAS, *President of the Senate.*
H. L. PINCKNEY, *Speaker of the House of Representatives.*

AN ACT TO ENABLE OFFICERS OF THE MILITIA TO RESIDE, IN CERTAIN  No. 2541.
CASES, OUT OF THEIR COMMANDS.

I. *Be it enacted*, by the Honorable the Senate and House of Representa-
tives, now met and sitting in General Assembly, and by the authority of
the same, That in all cases where the dividing line between any regiments
in this State shall pass through any town or village, it shall be lawful for
any person holding a commission in either regiment, to reside any where
within the limits of said town or village, without a forfeiture of his com-
mission.

In the Senate House, the seventeenth day of December, in the year of our Lord one
thousand eight hundred and thirty-one, and in the fifty-sixth year of the Inde-
pendence of the United States of America.

H. DEAS, *President of the Senate.*
H. L. PINCKNEY, *Speaker of the House of Representatives.*
VOL. VIII.—71.

Digitized by Google

EXHIBIT 13
0289

STATUTES AT LARGE

A. D. 1832.

*Acts relating to the Militia.*

No. 2560.   AN ACT FURTHER TO ALTER AND AMEND THE MILITIA LAWS OF THIS STATE.

Governor may call out troops.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That in case the Government of the United States, or any officer thereof, shall, by the employment of naval or military force, attempt to coerce the State of South Carolina into submission to the Acts of Congress, declared and ordained to be null and void and no law, in a convention of the people of the State of South Carolina, on the twenty-fourth day of November, in the year of our Lord one thousand eight hundred and thirty-two, or to resist the enforcement of an ordinance adopted by the convention aforesaid, or the laws passed in pursuance thereof, or in case of any armed or forcible resistance thereto, the Governor is hereby authorized and empowered to resist the same; and in order to render such resistance effectual, he is hereby authorized and empowered to order into service the whole military force of this State, or so much thereof as he may, from time to time, deem necessary and proper.

Calling out troops for defence.

II. In case of any overt act of coercion, or an intention on the part of the Government of the United States, or any officer thereof, to commit such an act, manifested by an unusual assemblage of naval or military forces, in or near this State, or the occurrence of any circumstances indicating the probability that armed force is about to be employed against this State, or in resistance to its laws, the Governor be, and he is hereby, authorized to call into the service of this State, from time to time, such portion of the militia as may be required to meet the emergency.

Infantry and rifle companies, what number to consist of.

III. Each company of infantry called into the service, shall consist of sixty privates, five sergeants and six corporals, to be officered by one captain, one first and second lieutenant and ensign ; and each company of infantry or riflemen, shall consist of not less than forty privates, and the requisite number of non-commissioned and commissioned officers.

Regiment of infantry, what to consist of.

IV. Each regiment of infantry called into service as aforesaid, shall consist of eight companies of infantry, and two companies of light infantry or riflemen, to be commanded by one colonel, one lieutenant-colonel and one major, to be selected by the commander-in-chief from amongst the officers of their respective grades in commission at the time, in the brigade or division out of which such regiment shall be raised; and each colonel commanding a regiment of volunteers or militia, shall appoint his regimental staff, subject to the approval of the brigadier-general.

Volunteer companies to be raised.

V. The Governor is hereby authorized, out of the several brigades or divisions of the State, to permit volunteer companies, troops, battalions, squadrons, and regiments of infantry, artillery, cavalry, light infantry, and riflemen, to be raised; and he is hereby authorized to accept the services of volunteers, whether by files, companies or otherwise ; and it shall be his duty, whenever in his opinion the public interest shall require it, to cause such volunteers to be organized into companies, troops, battalions, squadrons or regiments, as the case may be, and he may form the same into brigades and divisions ; *provided*, no troop or company shall consist of less than forty or more than one hundred effective rank and file, with the proper compliment of non-commissioned and commissioned officers required by law ; the field and general officers to be selected by the Governor, from amongst the officers of their respective grades in the brigade or division out of which such regiment or brigade shall be raised ; and where any

Digitized by Google

EXHIBIT 13
0290

*Acts relating to the Militia.*

A. D. 1832.

officer already in commission, shall accept a command in any such volunteer corps, he may retain both commissions, and at the end of his term of service as a volunteer, shall be at liberty to resume his rank and command; *provided*, that every volunteer company, troop, battalion, squadron or regiment, which shall offer its services as a whole, shall be received and permitted to retain its own officers.

VI. The officers, non-commissioned officers, and privates of every volunteer company, troop, battalion, squadron or regiment, which may be raised, or whose services may be accepted as aforesaid, shall not be called upon to do militia duty in any other corps; but shall be liable to perform, in their respective volunteer companies, all the duties now required, or which may hereafter be required, of the militia by law; and the officers of such volunteer corps, shall, when acting in conjunction with their corps, rank according to the date of their respective commissions. *Volunteers exempt from ordinary militia duty.*

VII. The volunteers which shall be raised, or whose services shall be accepted as aforesaid, or any portion thereof, may be called out by the Governor in any of the cases above mentioned, or other emergency in which he is authorized by law to call out the militia, and the term of service of the said volunteers, as well as the other militia corps, shall be six months from the day of their being mustered into service, unless sooner discharged; and all free white men above the age of sixteen years, may be accepted as volunteers; and all between the ages of eighteen and forty-five, shall be liable to be called out as is hereinbefore provided for. *Time of service.*

VIII. Whenever any portion of the volunteers or militia aforesaid, shall be required for actual service, they shall, in every respect, be subject to the provisions contained in the second, third, fourth, fifth, sixth, seventh, eighth, ninth, tenth, and eleventh sections of the Act of the General Assembly, ratified on the twenty-fourth day of September, eighteen hundred and thirteen, entitled "An Act to alter and amend the militia laws of this State." *Regulations for militia and volunteers.*

IX. The Governor shall be, and he is hereby, authorized to order out any portion of the volunteers and militia of this State for review, inspection, and military instruction, as often as, in his opinion, the public service may require; *provided*, that when so ordered out, they shall not be kept longer in the field than twelve hours at any one time; and every officer, non-commissioned officer and private, shall be liable to the same fines and other penalties for non-attendance, or disobedience of orders while under arms, as are now imposed by law for non-attendance or disobedience of orders at regimental musters; the same to be imposed, collected and appropriated as now provided for by law in relation to regimental musters. *Governor to order out troops for instruction.*

X. The Governor is hereby authorized and empowered to purchase, for the use of the State, as he may judge necessary, from time to time, ten thousand stand of small arms, and the necessary accoutrements, the requisite quantity of cannon balls, powder, lead, and other munitions, such ordinance as he may deem advisable, and to repair and mount such ordinance now belonging to this State, as may be worth the expense. And the Governor also shall be, and he is hereby, authorized to appoint, from time to time, such assistant staff officers of the grades now established by law, as may be necessary for the purpose of carrying this Act into complete effect; and he is also authorized to appoint additional aids-de-camp, whenever, in his opinion, the public service may require it; *provided*, that such appointments shall not continue in force longer than two years after the passage of this Act. *Authorizing the purchase of arms.*

Digitized by Google

EXHIBIT 13
0291

564                    STATUTES AT LARGE.

A.D.1832.

*Acts relating to the Militia.*

In case of inability in the civil authority, the military to be called out.
XI. The Governor shall have power, and it is hereby declared to be his duty, in all cases of insurrection or invasion, or eminent danger thereof, and in cases where the laws of this State shall be opposed, or the execution thereof forcibly obstructed, by combinations too powerful to be suppressed by the power vested in the sheriffs or other civil officers of the State who may be charged with the execution of the said laws, to call forth such portions of the militia and volunteers aforesaid, as may be necessary promptly to suppress such combinations, and to cause the laws of the State to be duly executed.

This Act to be given in evidence.
XII. And if any person or persons whosoever shall be sued, impleaded, molested or prosecuted, for any matter, cause or thing, done or executed, or caused to be done or executed, by virtue of or in pursuance of this Act, all and every such person shall and may plead the general issue, and give this Act and the special matter in evidence ; in case the plaintiff should suffer a discontinuance, enter a *nolle prosequi*, suffer a non-suit, or if a verdict or judgment shall pass against him, he shall pay to every defendant that shall be acquitted, or for whom judgment shall pass, his full double costs of suit.

The law prohibiting the reduction of beat companies, suspended.
XIII. The laws now of force prohibiting the reduction of beat companies below the number of thirty men, or the raising a greater portion of certain descriptions of troops than are now authorized within the limits of each military division, be, and the same are hereby, suspended, so far as the operation of this Act is concerned ; and this Act shall continue of force, unless sooner repealed, for two years from the passing thereof, and no longer.   The abstract of infantry tactics for the use of the militia of the United States, published by the department of war, under the authority of the Act of Congress, of the second of March, eighteen hundred and twenty-nine, shall, hereafter, be observed in the instruction and exercise of infantry within this State ; and the exercise and manœuvres of light infantry and riflemen, annexed to said abstract, shall, in like manner, be observed in the instruction and exercise of light infantry and riflemen ; and the system of exercise and instruction of field artillery, including manœuvres for light or horse artillery, shall likewise be observed by the artillery within this State ; and the officers of infantry, cavalry and artillery, respectively, shall be furnished with a copy thereof by the Governor ; and every officer shall be required, on the vacation of his commission, to deliver over to his successor the said book, or pay to said successor three dollars, to be by him recovered before any magistrate, and applied by said successor to the purchase of another and similar book.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and thirty-two, and fifty-seventh of the Independence of the United States of America.

     H. DEAS, *President of the Senate.*

     H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0292

*Acts relating to the Militia.*

AN ACT to regulate the Militia of the Parishes of St. Philip and St. Michael; and for other purposes. No. 2561.

WHEREAS, from the location of the regiments and corps composing the militia of the parishes of St. Philip and St. Michael, they can be conveniently assembled as a body, for inspection, exercise and review, to their manifest advantage in point of discipline and efficiency:

I. *Be it therefore enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, it shall and may be lawful for the brigadier-general, or officer commanding the fourth brigade, in the second division of the militia of this State, to order the several regiments and corps composing the militia of the said parishes, to parade for inspection, exercise and review, twice in each and every year; parades for such purpose to be enumerated as a part of the six company parades now annually required by law. *Reviews for St. Philip and St. Michael.*

II. *Be it further enacted* by the authority aforesaid, That the brigadier general of the said brigade be, and he is hereby, constituted a member and the presiding officer of the board of field officers residing in said parishes, empowered by the Act of 1809 to purchase a parade ground for the use of the militia of the said parishes. *Parade ground.*

III. *And be it further enacted* by the authority aforesaid, That the brigadier-general of the said brigade be, and he is hereby, authorized and required to appoint a collector of the militia fines for the said parishes, whose duty it shall be to collect all fines now imposed, or hereafter to be imposed, for neglect of militia duty, in the militia of said parishes; and who shall be clothed with the same authority and powers as are now vested by law in the collectors of militia fines throughout the State; and who shall receive, as a compensation for his services, a sum not exceeding twenty-five per cent. on all monies collected, together with the usual fees allowed to magistrates and constables, to be collected from the parties, if able to pay, in all cases where executions shall be issued. *Collection of fines for those parishes.*

IV. *And be it further enacted* by the authority aforesaid, That the fines so collected shall form a common fund for the militia of said parishes, to defray the expenses incident to their company and other parades, and in general, to be appropriated to their use, and disbursed under the direction of the board of officers aforesaid, composed of the brigadier-general and field officers residing within the said parishes. *Fines, how appropriated.*

V. *And whereas*, some difficulty has arisen in relation to courts martial ordered to be held on the commissioned officers, non-commissioned officers and privates, who may compose the fire guard of the city of Charleston, for default of duty and other military offences; for remedy whereof, *Be it further enacted* by the authority aforesaid, That from and after the passing of this Act, the brigadier-general of the fourth brigade, or in his absence from the parishes of St. Philip and St. Michael, the senior officer of the militia of said parishes, shall have full power and authority to order courts martial on all officers, non-commissioned officers and privates, composing the aforesaid fire guard, who shall fail to attend in case of alarm from fire, and when ordered to mount guard, and for relief of the same, and for other military offences, at such times and in such manner as may be deemed fit and proper; and that the proceedings of such courts martial shall be approved or disapproved of by the officer so ordering the same. *Courts-martial for fire-guard.*

Digitized by Google

**EXHIBIT 13**
**0293**

566                       STATUTES AT LARGE

Acts relating to the Militia.

VI. *And be it further enacted* by the authority aforesaid, That all Acts and parts of Acts repugnant to this Act, be, and the same are hereby, repealed.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and thirty-two, and in the fifty-seventh year of the Sovereignty and Independence of the United States of America.

> H. DEAS, *President of the Senate.*
> H. L. PINCKNEY, *Speaker of the House of Representatives.*

---

No. 2565.  AN ACT TO EMPOWER THE COMMISSIONERS OF CROSS ROADS, FOR CHARLESTON NECK, TO APPOINT A COLLECTOR OF PATROL FINES.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That so much of the Act of General Assembly, ratified the twentieth day of December, one thousand eight hundred and twenty-three, as appoints the collector of the regiment to collect the fines and penalties imposed for neglect or default in the performance of patrol duty, on Charleston Neck, be, and the same are hereby, repealed ; and that the commissioners of cross roads for Charleston Neck, be, and are hereby, empowered to appoint a collector, who shall have the same power and authority to collect the fines and penalties imposed for neglect or default in the performance of patrol duty, as by the said Act is vested in the collector of the regiment.  And the said commissioners are authorized and empowered to require of the collector to be appointed by them, bond, with sufficient security, for the faithful performance of the duties of his office ; and also to remove said collector from office.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and thirty-two, and in the fifty-seventh year of the Independence of the United States of America.

> H. DEAS, *President of the Senate.*
> H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

**EXHIBIT 13**
**0294**

*Acts relating to the Militia.*   A.D.1832.

AN ACT TO TRANSFER CAPTAIN CLECKLEY'S COMPANY TO THE FOUR- No. 2567.
TEENTH REGIMENT, SOUTH CAROLINA MILITIA ; AND FOR OTHER PUR-
POSES.

I. *Be it enacted,* by the Senate and House of Representatives, That the
company of militia in St. Matthew's parish, now under the command of
captain Cleckley, and known by the name of the Buck-head company, be
transferred from the fifteenth regiment, and attached to and form a part of
the fourteenth regiment of the militia of this State.

II. *And be it further enacted,* That the field officers of the fifteenth regi-
ment of the militia of this State, divide the battalions composing the same,
by substituting Savannahunt, instead of Sandy Run, as the division line
of said battalions, on or before the thirteenth day of January next.

III. *And be it further enacted,* That the dividing line between the first
and second battalions, in the first and second battalions in the fourth regi-
ment, be so altered as to include the dwelling house on the Verennes Tract,
within the limits of the first battalion.

In the Senate House, the twentieth day of December, in the year of our Lord one
thousand eight hundred and thirty-two, and in the fifty-seventh year of American
Independence.

H. DEAS, *President of the Senate.*
H. L. PINCKNEY, *Speaker of the House of Representatives.*

---

AN ACT PRESCRIBING THE MODE OF ALTERING THE BOUNDARIES OF THE No. 2570.
SEVERAL MILITIA BEATS, BATTALIONS AND REGIMENTS, WITHIN THIS
STATE.

I. *Be it enacted,* by the Senate and House of Representatives, now met
and sitting in General Assembly, and by the authority of the same, That
from and after the passing of this Act, it shall be the duty of each of the
brigadier-generals of this State, to whom representation shall be made of
any gross inequality or manifest inconvenience of boundary, between any
two or more adjoining beats, battalions, or regiments, within his brigade,
to appoint a board of commissioners, consisting of not less than five per-
sons from each of the beats, battalions or regiments, liable to be affected
by their decision, whose duty it shall be to examine fully the complaints or
representations so made as aforesaid, and to make such decision in the
premises, in favor of the existing boundaries, or of such new boundaries,
as to them shall seem proper.   And any boundaries of any adjoining beats,
battalions or regiments, adopted by such board of commissioners, when ap-
proved by the brigadier-general, and by him announced in brigade orders,
shall be the boundary of every such beat, battalion or regiment.

In the Senate House, December the twentieth day, in the year of our Lord one thou-
sand eight hundred and thirty-two, and the fifty-seventh of the Independence of
the United States of America.

H. DEAS, *President of the Senate.*
H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0295

508                          . STATUTES AT LARGE

A.D. 1833.               *Acts relating to the Militia.*

No. 2612. AN ACT TO PROVIDE FOR THE MILITARY ORGANIZATION OF THIS STATE.

Commissions
vacated.
I. *Be it enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, That from and after the passing of this Act, the commissions of the major-generals, brigadier-generals, and their respective staffs, the adjutant and inspector-general, and deputy adjutant-generals of the militia of this State, are hereby vacated; and the Legislature shall forthwith, by joint ballot of both houses, elect five major-generals, one for each division, and ten brigadier-generals, one for each brigade.

Officers, how
to be elected.
II. There shall be one adjutant and inspector-general, with the rank of brigadier-general, five assistant adjutants-general, with the rank of colonel, and to each division and brigade the additional staff officers now required by law. The adjutant and inspector-general to be elected by joint ballot of both branches of the Legislature, to continue in office for four years from the date of his commission. The division staff to be appointed by the major-generals, subject (except his aids-de-camp,) to the approval of the commander-in-chief; the brigade staff to be appointed by the brigadier-general, subject, except his aids-de-camp, to the approval of the major-general; and the adjutant and inspector-general shall receive an annual salary of fifteen hundred dollars.

Companies
dissolved.
III. Each and every volunteer company of light infantry, riflemen, or grenadiers, in existence at the passing of this Act, attached to any regiment or battalion of the militia of this State, except such as are incorporated by Act of the Legislature, shall be dissolved on the first day of March next, and the commissions of their respective officers vacated, and of none effect.

Beats, how
laid off.
IV. Each brigadier-general, immediately after his election, shall appoint five commissioners in each battalion of his brigade, in which there shall be either more or less than four beat companies, whose duty it shall be to divide said battalions into four beat companies, as nearly as may be, and report the same to the brigadier-general, designating the boundaries and lines of each beat, within two months from the adjournment of the Legislature. Three of said commissioners shall be a quorum to perform said duties; and if either of said commissioners shall wilfully neglect or refuse to perform the duty hereby assigned, he shall, upon conviction on indictment, be fined not less than one hundred dollars.

Boundaries to
be recorded.
V. Within fifteen days after the report of the commissioners is received, each brigadier-general shall issue an order, defining the boundaries of each beat company, which shall be posted up at two public places, at least, within said beat company, and which shall be recorded in the office of the register of mesne conveyance of the district in which said beat is situated; he shall also order an election and appoint managers to conduct and declare the same, for one captain, two lieutenants, and one ensign, to command said company; for one major to command said battalion, and one colonel to command the regiment; which election shall be held on the eleventh day of April next; elections shall also be held on the same day in each volunteer uniform company, having the full compliment of rank and file required by this Act, and regularly attached to said regiment, for company, battalion and regimental officers. And should any brigadier-general neglect or refuse, or from any cause fail, to have the several battalions of his brigade divided into beats, as herein provided, or to order the election of officers on the eleventh of April next, the commander-in-chief is hereby authorized

Digitized by Google

EXHIBIT 13
0296

and required to cause the election of field officers to be advertized and held in every regiment of such brigade, the return to be made to the commander-in-chief; and every colonel so elected, when commissioned, shall forthwith cause each of the battalions in his regiment to be divided into four beat companies, and order elections to be held for company officers in each of such beats.

VI. On the tenth day of April next, the commission of each and every militia officer of this State, except those elected or appointed under this Act, and the aids of the Commander-in-chief, shall be, and the same are hereby declared, vacated and of none effect; *provided,* that every officer who may be elected or appointed under this Act to the same office which he may hold on the said tenth day of April next, shall take rank from the date of his commission so vacated. The Secretary of State shall be allowed one thousand dollars, in lieu of all fees and charges for services, in relation to military commissions for the ensuing year. *Fees for granting commissions.*

VII. From and after the present session of the Legislature, each major-general shall be elected by the commissioned officers of the division in which the vacancy shall occur, from amongst the general, field and staff officers, residing within the said division, of or above the rank of major; and no such officer shall be eligible, unless he has held a commission of or above the rank of captain, for twelve months next preceding the election; and each brigadier-general shall be elected by the commissioned officers of the brigade in which such vacancy shall occur, and by the staff officers residing in the said brigade, from among the officers of the brigade and the staff officers residing in said brigade, of or above the rank of captain; and no officer shall be eligible, unless he has held a commission of or above the rank of captain, for twelve months next preceding the election; *provided,* the ineligibility above specified shall not extend to officers elected or appointed under the provisions of this Act, until the expiration of twelve months from the eleventh day of April next. *Major-generals and brigadier-generals, how elected.*

VIII. From and after the eleventh day of April next, every vacancy in the offices of colonel and major in the line, shall be filled by election, as now prescribed by law; *provided,* that no person shall be eligible to either of said offices, unless he has held a commission in said regiment or battalion at least six months next preceding the election; *provided,* the ineligibility above specified shall not extend to officers elected or appointed under the provisions of this Act, until the expiration of twelve months from the eleventh day of April next; and all vacancies in the offices of the volunteer uniform and battalion beat companies, shall also be filled as now prescribed by law; *provided,* that no person attached to the cavalry, and no person who has not resided in the State at least six months next preceding such elections, shall be allowed to vote at the same. *Colonels and majors.*

IX. Whenever any beat company shall neglect or refuse to elect an officer to fill any vacancy which shall occur in said company, for the space of two months, or where the person elected to fill such vacancy shall refuse to accept, within thirty days from the time of his election, it shall be the duty of the colonel or officer commanding the regiment to which said company belongs, to appoint and commission some fit and proper person, liable to do ordinary militia duty within such beat, to fill such office, who shall discharge the duties thereof for twelve months, unless said office be sooner filled by the election of some person who will accept the same, as provided by this Act; and upon the refusal of any person so appointed to office to *Companies refusing to elect, officers to be appointed.*

Digitized by Google

EXHIBIT 13
0297

570

STATUTES AT LARGE

A. D. 1833.

*Acts relating to the Militia.*

discharge the duties of said office, he shall pay a fine of twenty dollars, to be imposed by the field officers sitting in court-martial, and collected as other fines hereinafter provided.   And it shall be the duty of the colonel or officer commanding the regiment, to appoint and commission, as often as such vacancy shall occur, until the same shall be filled by some person accepting said office; and in every case of refusal to accept, the penalty above mentioned shall be inforced against the person so refusing, in the manner prescribed in the forgoing part of this clause; and each company officer elected and commissioned as provided by this Act, shall, under a penalty of twenty dollars, to be imposed as aforesaid, be compelled to serve at least twelve months, unless he shall be promoted or shall remove from the limits of his command, or in the opinion of the field officers of the regiment, become incompetent to discharge the duties of the same.   *Provided,* that no person accepting a commission under the appointment of the colonel or other officer in command of the regiment, as hereinabove provided for, shall be compelled to uniform himself, or be compelled to discharge the duties of a commissioned officer in said company longer than one year in three.

X.  In addition to the oaths now required by law, every officer of the militia hereafter elected, shall, before he enters upon the duties of his office, take and subscribe, before some person authorized by law to administer oaths, the following oath:

Oath.

"I, A B, do solemnly swear, (or affirm, as the case may be,) that I will be faithful, and true allegiance bear to the State of South Carolina.  So help me God."*

Which oath shall be indorsed and certified upon his commission, as hereinafter prescribed.

In case of neglect new elections to be made.

XI.  If any person elected or appointed to any military office in this State shall accept the same, and shall neglect or refuse to take the oath of office prescribed by law, within thirty days after his election or appointment, he shall, in addition to the penalties provided by this Act, for refusing to discharge the duties of the office to which he has been elected or appointed, forfeit his commission; and the officer authorized to commission such person is hereby authorized and required to appoint some suitable person to fill said office, who, upon taking said oath, shall continue to discharge the duties thereof until the same shall be filled by election or appointment, as provided for by this Act.  All officers authorized to commission an officer by the provisions of this Act, are hereby authorized to administer the oath of office; and no person elected or appointed to office under this Act, who shall accept the same, and wilfully neglect or refuse

---

*This clause of the Act, the late court of appeals, composed of three judges, declared unconstitutional and void.  *Johnson, J.,* holding that the State Constitution, article 4, having prescribed the form of the oath of office, the Legislature had no authority to change, add to or alter it; and *O'Neall, J.,* that the oath is contrary to the Constitution of the State, and inconsistent with the allegiance of the citizen to the Federal Government.  *Harper, J.,* dissenting, held that it was neither repugnant to the Constitution of the State, nor inconsistent with any obligation of the citizen to the Federal Government.  The State *ex relatione* M'Crady vs. Hunt, and M'Daniel vs. M'Meekin;  2 Hill R., 1, and note by the Reporter, at page 2.

See 1st volume, 120, 135, 147, for former Acts requiring oath of allegiance.  Mr. attorney-general Smith's argument;  2 Hill, 96, 110, 111, 112.  See, also, the oath required of all district officers in the State, in the present volume, at page 384; and the oaths required of attorneys and solicitors, chancellors, of magistrates, sheriffs and constables, in relation to the laws against gaming; of the takers of the census, tax collectors, and electors of president and vice president of the U. S.; oath of commissioners to count the votes for members of Congress, &c., &c.

See amendment of the Constitution of South Carolina, of Dec. 6, 1834.  1 vol., 195.

Digitized by Google

EXHIBIT 13
0298

*Acts relating to the Militia.*

A.D. 1833.

to take the oath prescribed by law, shall thereafter be eligible to that office.

XII. The officer whose duty it shall be to commission any person elected or appointed to any office in the militia, shall, in each and every case, before issuing a commission to an officer, receive from such officer the above prescribed oath, sworn to as the law directs, certified by the officer before whom the oath was taken: which oath and certificate he shall indorse upon said commission, and certify to be true copies. *Oath certified to.*

XIII. Each regiment of infantry shall consist of two battalions, and each battalion of four beat companies; and to each regiment there may be attached two light companies and one company of artillery, and no more; and from and after the eleventh day of April next, the colonel or commanding officer of each regiment in which the number of light companies allowed by this Act, have not been raised, is hereby authorized and required to permit said companies to be raised. *Formation of regiments, &c.*

XIV. No light company shall be inspected and received into any regiment unless it consist of forty rank and file, four officers and four serjeants; nor shall any such company contain more than one hundred, rank and file; and should any such company at any time be reduced below the number above required for inspection, the colonel of the regiment to which it is attached, shall give notice to its commanding officer to fill up its ranks; and unless the said company shall, in six months after the said notice, be filled up to the number above required for inspection, the colonel shall disband it. *Companies to consist of a certain number of men.*

XV. Immediately after the brigadier-general has issued his order defining the boundaries of the beat companies, the light companies specified in the foregoing clauses may be raised, precedence, in all cases, being given to those companies already incorporated by Act of the Legislature. And all such volunteer light companies which are in complete uniform and attached to their proper regiments, on the tenth day of April next, shall hold elections for company, battalion and regimental officers, as provided by this Act. *Companies may be raised.*

XVI. The volunteer light companies to be raised under this Act, shall, when called into service by the authority of this State, go as a whole; and upon refusal of any such company so to turn out, it shall be disbanded, and the commissions of its officers vacated and of none effect; and the proper officer shall forthwith permit another company to be organized to supply its place. *Volunteers to turn out as a whole.*

XVII. Artillery companies, troops, squadrons and regiments of cavalry, which were organized according to law, previous to the Act passed in December last, entitled "An Act further to alter and amend the militia laws of this State," shall be allowed to re-organize themselves, and elect their officers on the eleventh day of April next; and where no such companies, troops, squadrons and regiments have been raised, as now provided by law, the brigadier-generals are hereby authorized to permit the raising of such corps within their respective commands. *Companies may be re-organized.*

XVIII. No beat company shall be reduced below forty rank and file, by the raising of any light or other volunteer company.

XIX. Each captain or officer commanding a company or troop, shall assemble his command six times in every year, for drill, exercise and instruction, to continue not more than one day at each time of assembling.

XX. Each colonel or officer commanding a regiment, is hereby authorized and required to order out his regiment once in every year, to assemble at

EXHIBIT 13
0299

572 STATUTES AT LARGE

*Acts relating to the Militia.*

**Parades.** some convenient place for drill, exercise and instruction, to continue assembled not more than one day; and the said colonel or officer commanding a regiment, shall likewise, on the day preceding such drill, assemble all the officers and non-commissioned officers of his regiment, and drill, exercise and instruct them in the manœuvres which are to be performed the next day.

**How conducted.** XXI. It shall be the duty of each colonel to attend the muster of each company in his regiment, at least once in every year, and of the lieutenant-colonel and major to attend the muster of each company in their respective battalions, at least twice in each year, to give them assistance and superintendence in the drill, exercise and instruction of said companies. And each captain or officer commanding a company, shall arrange his musters at such times as will best enable the colonel, lieutenant-colonel and major to perform the above duties; and shall, whenever required, furnish said officers with a report, specifying the times and places at which his company will be mustered for the year next ensuing.

**Reviews.** XXII. It shall be the duty of each brigadier-general to order, and with his staff attend, a muster and review of each regiment in his brigade, at least once in every year; and of each major-general to order, and with his staff attend, a muster and review of each regiment in his division, at least once in every two years.

**Power vested in Commander-in-chief.** XXIII. The Commander-in-chief shall have power and authority to order reviews of such portions of the militia, and at such times and places, as he may deem expedient and proper; and be also invested with all the powers and authority now provided by law in cases of invasion or threat of invasion.

XXIV. The army regulations of the United States, as far as consistent with the laws and constitution of the State, are hereby adopted and established as a system of police for the militia of this State.

**System of tactics to be complied.** XXV. The Commander-in-chief is hereby authorized to cause a system of cavalry and artillery tactics to be compiled, published and distributed, for the use of the cavalry and artillery of this State.

**Commissioned officers to assemble.** XXVI. It shall be the duty of the brigadier-general or officer commanding the brigade, under the direction of the Commander-in-chief, once in two years, to assemble the commissioned officers of his brigade, at some convenient place within said brigade, to be encamped for five days, and instructed and exercised in the various schools of the soldier, company and battalion, the manœuvres of the line, and the routine of the duties and discipline of the camp; each officer to be in full uniform, and fully equipped, besides his side arms, with a musket, bayonet, cartouch-box, twenty-four rounds of blank cartridge, and a knapsack; and each brigade shall be furnished by the State with the requisite number of good tents.

**Notice given for parade.** XXVII. Whenever a brigadier-general, or officer commanding a brigade, shall have issued orders for a brigade encampment, he shall notify the major-general, or officer commanding the division, of the time and place at which the officers of his brigade will be encamped; and it shall be the duty of the said major-general, or officer commanding the division, with his staff, to attend such encampment.

**Duty of adjutant and inspector-general.** XXVIII. In addition to the duties now required by law of the adjutant and inspector-general, it shall be his duty to attend all encampments of officers, and to drill, train, exercise and instruct them in the various branches of military manœuvre and tactics.

Digitized by Google

**EXHIBIT 13**
**0300**

XXIX. Each colonel of a regiment shall have power to order courts-mar- Courts-martial, tial for the trial of all officers under his command, except field officers, to how ordered consist of not less than five, nor more than thirteen officers, one of whom and conducted. shall be a field officer; and it shall also be his duty to detail courts-martial, to consist of at least three commissioned officers, who shall meet at least once in every four months, in full uniform, at or near the regimental mus- ter-ground, or at such other place within the limits of the regiment as the colonel may deem proper, to try all defaulters at company, battalion or re- gimental musters, and all non-commissioned officers, privates or fatigue- men, for the non-performance or violation of any duty required by law, as well as for disobedience of orders, and for non-performance of patrol duty. The officers commanding companies in said regiment shall report all the de- faultors to this court, at each of its meetings, and shall cause them to be summoned to attend its sittings, and furnish the court with proof of the summons. Defaulters may send their excuse, if fairly written out and Defaulters sworn to before some person competent to administer an oath, unless spe- may send their cially summoned to attend in person by the court; and from this court there excuses in wri- shall be no appeal; but no sentence of any court-martial shall be put in force ting. until approved of by the officer ordering said court.

XXX. All penalties imposed by this Act may be recovered within twelve Fines, how to months after the party has made default; but no defaulter shall be liable to be collected. any penalty after the expiration of the time aforesaid.

XXXI. The president of every court-martial imposing a fine shall issue Fi. Fa. may be an execution, *fi. fa.* or *ca. sa.*, for the same, directed to all and singular issued. the sheriffs of this State, who shall execute and return the same to the court from which it issues, within four months, and pay the amount collected to the proper paymaster, under the same penalties as are now imposed by law for not returning process issued by any court of this State. The she- riff's fees for executing such process shall be fifty cents from the defendant, and ten per cent. on the fines collected.

XXXII. Each sheriff failing to collect and pay over fines, or to make re- Duties of the turn of the execution, as above required, shall be subject to rule and at- sheriff and pay- tachment from the court of common pleas of the district wherein he re- masters. sides, upon motion of any attorney, president of a court-martial, the offi- cer ordering the same, or any paymaster or other officer, whose duty it is to see that such process bo duly executed.

XXXIII. The paymaster of the regiment shall receive all fines imposed by regimental courts-martial, which shall be disbursed by order of the field officers of the regiment, as now required by law.

XXXIV. Each major-general and brigadier-general is hereby authorized to appoint a paymaster for his division or brigade, respectively, who shall Paymasters, continue in office during the pleasure of the officer making his appoint- how appointed. ment, and who shall receive all fines imposed by division or brigade courts martial, which shall be disbursed by order of the major-general or briga- dier-general, for the use of the division or brigade in which they may have been imposed.

XXXV. It shall be the duty of each officer authorized to appoint a pay- master, to take from him a bond, with good security, in the penal sum of Paymaster to one thousand dollars, conditioned for the faithful performance of the duties give bond. of his office; which said bond shall be made payable to the State of South Carolina, and shall be lodged with the clerk of the court of the district in which the paymaster resides; and every paymaster shall be allowed to re- tain for his services, ten per cent. of the monies collected by him. And each

Digitized by Google

EXHIBIT 13
0301

A. D. 1833.

*Acts relating to the Militia.*

paymaster shall be compelled to account, once at least in twelve months, and oftener, if required, to the commanding officer of the regiment, brigade or division, respectively, of which he is paymaster; which account shall be subject to the inspection of the brigadier-general, major-general, and commander-in-chief, respectively.

**Penalties for neglect of duty.**

XXXVI. A major-general and each officer of his staff, a brigadier-general and each officer of his staff, each field officer, and each officer of the regimental staff, shall, for any neglect of duty, on or off parade, in addition to the other penalties provided by law, be liable to pay a fine of not less than twenty, nor more than one hundred dollars; to be imposed by courts martial authorized to try officers of their grades, respectively.

**Neglect or disobedience on parade.**

XXXVII. Every commissioned company officer for each neglect of duty or disobedience of orders, either on or off parade, shall be fined not less than five dollars, nor more than fifty dollars; to be imposed by courts martial authorized to try officers of their grade, besides being liable to the other penalties now imposed by law.

XXXVIII. Each non-commissioned officer or private for non-attendance at a company muster, shall be fined two dollars, and fifty per cent on his last general tax; *provided*, that such fines shall in no case exceed twenty dollars.

**Disorderly conduct, how punished.**

XXXIX. While on parade, the officer commanding shall have full power and authority to put under arrest any non-commissioned officer or private, who may disobey orders, or be guilty of disorderly conduct, or any other person who shall disturb the parade; and to inflict, forthwith, a fine of not less than two nor more than ten dollars on the offender; for the collection of which, he shall issue an execution forthwith, directed to the sheriffs of the State, as is hereinbefore provided for other fines; and shall also have power to cause the offender to be confined, not exceeding ten hours, under a guard.

XL. Each non-commissioned officer for disobedience of orders, or any neglect of duty off parade, shall be fined by a court martial, not less than three, nor more than twenty-five dollars.

**Returns.**

XLI. Any officer whose duty it is to make any returns required by law, or any paymaster whose duty it is to account, shall do so whenever ordered by the proper officer, under a fine, for neglecting so to do, of not less than ten, nor more than one hundred dollars; to be imposed by a court martial.

**Equipments.**

XLII. Instead of the fines now imposed by law, on a non-commissioned officer or private, who appears on parade without the proper equipments, he shall be fined one dollar, unless he appears at muster with a gun in good order for service, the officer commanding to issue execution therefor forthwith; *provided*, that no person shall be compelled to pay said fine, who shall make oath, before some magistrate, or the commanding officer of his company, who is hereby authorized to administer such oath, of his inability to purchase or procure such weapon.

**Persons to report themselves.**

XLIII. Every person removing from one beat to another, shall report himself within thirty days after his removal, to the officer commanding the beat from which he has removed, and to the officer commanding the beat to which he has removed, or be fined five dollars, besides being liable for default of duty in the beat from which he has removed.

**Fines for non-attendance.**

XLIV. For a non-attendance of brigade encampments, the following fines shall be imposed:—a major-general, one hundred dollars; a brigadier-general, eighty dollars; a colonel, sixty dollars; a lieutenant-colonel or major, fifty dollars; a captain or subaltern, twenty-five dollars; to be

Digitized by Google

EXHIBIT 13
0302

OF SOUTH CAROLINA. 575

*Acts relating to the Militia.*

imposed by courts martial authorized to try officers of their grades, respectively.

XLV. The following persons, and none others, shall be exempt from the performance of ordinary militia duty, and those not in time of alarm or military invasion, to wit:—the lieutenant governor; judges; members of both branches of the Legislature, and their respective officers, fifteen days before the commencement, during, and fifteen days after the close of each session; regularly officiating clergymen; schoolmasters, having under their tuition not less than fifteen scholars; students at school, academies and colleges; clerks of courts; sheriffs and jailors; regularly admitted practicing physicians and surgeons; all branch pilots; one white man to each established ferry, toll-bridge and toll grain mill; one white man to each forge, and three white men to each furnace erected at any iron works in this State, who shall constantly reside and work at the same; the overseers, toll-keepers, and lock-keepers of the Santee Canal; the president, cashiers, and clerks, employed in keeping the books of the several banks of this State, the branches of the bank of the State, and the office of discount and deposite of the bank of the United States; the officers and men of the city guard of Charleston; the officers of the South Carolina Canal and Rail Road Company, as specified in the Act entitled "An Act concerning the South Carolina Canal and Rail Road Company," passed on the twentieth day of December, in the year of our Lord one thousand eight hundred and thirty-two; the superintendant and keepers of the Lunatic Asylum; and the several fire engine companies; the superintendant of public works, toll-collectors on the State road, and lock-keepers on the State canals; the keepers of the Arsenals at Charleston and Columbia, and the citadel and magazine guard in Charleston; all persons holding office under the United States, who are now exempt by law; and all persons under the age of eighteen, and over the age of forty-five years.

*Certain persons exempt from military duty.*

XLVI. From and after the eleventh day of April next, the uniform of all officers shall be the same as that prescribed in the army regulations adopted in 1815, except, that the uniform of all officers of the line, of and under the rank of captain, shall be a plain black hat with a white plume, common dress coat, of blue broad cloth, and pantaloons of white or blue cloth, with a sword and epaulette; *provided*, that the buttons worn upon the uniform of all general, staff and field officers, shall be convex; and those worn by officers of the line, shall be flat; having, in all cases, the palmetto emblem; *provided*, nothing herein contained shall apply to volunteer uniform companies.

*Uniform.*

XLVII. The Governor is hereby authorized to have the militia and patrol laws, and the decisions of the court thereon, properly digested and indexed, at the expence of the State, and a number of copies published, sufficient to furnish one to each officer; and every officer shall be required, on the vacation of his commission, to deliver over to his successor the said digest, or pay to such successor four dollars, to be by him recovered before any magistrate, and applied by said successor to the purchase of another copy of said digest.

*Militia laws to be published.*

XLVIII. The Act of the General Assembly, entitled "An Act further to alter and amend the militia laws of this State," passed on the twentieth day of December last, so far as relates to the organization of volunteers, and so far as it may be repugnant to this Act, shall be repealed from and after the first day of March next.

*An Act repealed.*

XLIX. A separate mode of organization shall be adopted for the militia

Digitized by Google

EXHIBIT 13
0303

576        STATUTES AT LARGE

**Separate mode of organization for St. Philip and St. Michael.** of the parishes of Saint Philip and Saint Michael, and the militia of said parishes shall be arranged as heretofore, into one regiment of artillery, one squadron of cavalry, and two regiments of infantry.

L. The organization of the artillery and cavalry of said parishes shall be continued in precisely the same form as it now exists; and the present organization of the sixteenth and seventeenth regiments of infantry, in the said parishes of Saint Philip and Saint Michael, be abolished.

LI. On the tenth day of April next, the commission of each and every officer of the said parishes, except those elected or appointed under the provisions of this Act, shall be, and the same is hereby, vacated and of non-effect; and the brigadier-general of the fourth brigade, immediately after his election, shall appoint five commissioners to re-organize said regiments, in the manner following, to wit:—the artillery and cavalry of the said parishes, in the same form precisely as it now exists, in manner following, viz:—public notice shall be given for the re-organization of the several companies and troops composing the regiment of artillery and the squadron of cavalry of said parishes. Within twenty days from the date of said notice, report shall be made to said commissioners by the captains elect of all such companies or troops as may be re-organized, of the effective force of their respective corps; and said commissioners are authorized and required to receive as a full company of artillery or troop of cavalry, [any company of artillery or troop of cavalry] so re-organized and reported, which shall consist of not less than thirty effective rank and file, with a proper compliment of commissioned and non-commissioned officers; and the officers of the said corps shall be commissioned on the eleventh day of April next. After said re-organization of companies and troops, it shall be the duty of the said commissioners to organize said companies and troops into one regiment of artillery, and one squadron of cavalry, in the form as at present existing, and report such organization to the brigadier-general of the brigade, who shall be authorized and required to issue the necessary orders for the election, on the eleventh day of April next, of all officers within said parishes whose commissions shall be vacated under the provisions of this Act. And the said commissioners shall also reorganize the sixteenth and seventeenth regiments of infantry. Public notice shall be given for the re-organization of volunteer corps of infantry in the said parishes. Within twenty days from the date of said notice, report shall be made to the said commissioners, by the captains elect of all such volunteer corps as may be re-organized in the said parishes, of the effective force of their respective corps; and the said commissioners are authorized and required to receive, as a full corps of infantry, any volunteer corps so re-organized and reported, which shall consist of not less than forty effective rank and file, with a proper compliment of commissioned and non-commissioned officers; and the officers of the said corps shall be commissioned on the eleventh day of April next. As soon as the number of the said volunteer corps shall be ascertained, the said commissioners shall cause a census to be taken of all the male inhabitants of said parishes, not attached to the volunteer corps aforesaid, the cavalry or artillery, specifying the individual registered, and whether he be exempt or not from militia duty. After said census shall be taken, the said commissioners shall proceed to lay off the said parishes into as many beats as shall be required to make up, with the volunteer corps aforesaid, ten companies to each of the said sixteenth and seventeenth regiments. The said beats

Digitized by Google

**EXHIBIT 13**
**0304**

shall be divided by certain territorial boundaries, and as far as may be practicable, the individuals registered in the census aforesaid, be equally distributed and classified among the several beats so laid off. After the said division and classification into beats shall have been effected, the said commissioners shall proceed to organize the whole number of volunteer and beat companies into two regiments, to be entitled, as heretofore, the sixteenth and seventeenth regiments of infantry, and report such organization to the brigadier-general of the said brigade, who shall be authorized and required to issue the necessary orders for the election, on the eleventh day of April next, of all officers within the said parishes, whose commissions shall be vacated under the provisions of this Act.

LII. No volunteer corps in the said parishes of Saint Philip and Saint Michael shall consist of more than sixty-four rank and file, with the usual compliment of commissioned and non-commissioned officers.

LIII. Each corps of artillery throughout the State shall be supplied, as heretofore, from the State magazine, with the requisite quantity of powder and ball for the usual parades ordered by law; and the necessary expenses incurred by said corps in providing cartridges, tubes, match-ropes, and other incidental charges, to be paid by the State; *provided*, the amount of said charges shall, in no event, exceed the sum of fifty dollars a year to each corps; and that each regiment of cavalry may be furnished with twenty pounds of powder for each regimental review; and each squadron, with ten pounds for each squadron muster or review; the said powder to be subject to the order of the colonel, lieutenant-colonel, or major commanding said regiment or squadron. *Artillery corps to be furnished with powder, &c.*

LIV. Militia fines in the parishes of Saint Philip and Saint Michael, shall be collected and disbursed as provided for by this Act. The Governor is hereby authorized and required to cause military commissions to be prepared and issued in proper form. It shall be the duty of the Governor to commission the major-generals and the general staff. The major-general, or officer in command of a division, shall commission the division staff, and the brigadier-generals. The brigadier-general, or officer in command of a brigade, shall commission his own staff, and all the field officers of his brigade. Each colonel, or officer in command of a regiment or squadron, shall commission the company and staff of the regiment or squadron under his command. *Officers, how commissioned.*

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and thirty-three, and in the fifty-eighth year of the Sovereignty and Independence of the United States of America.

H. DEAS, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

VOL. VIII.—73.

Digitized by Google

EXHIBIT 13
0305

A.D. 1834.

*Acts relating to the Militia.*

No. 2624. AN ACT TO AMEND AN ACT ENTITLED "AN ACT TO PROVIDE FOR THE MILITARY ORGANIZATION OF THIS STATE," PASSED ON THE NINE-TEENTH DAY OF DECEMBER, EIGHTEEN HUNDRED AND THIRTY-THREE; AND FOR OTHER PURPOSES.

Appeals from courts martial.

I. *Be it enacted*, by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, the right of appeal from the deci-sion of courts martial, shall be the same as established by law, previous to the passing of the Act entitled "An Act to provide for the military organi-zation of this State," ratified on the nineteenth day of December, one thousand eight hundred and thirty-three.

How to pro-ceed against defaulters.

II. That the commissioned officers of each company, upon the applica-tion of any defaulter for militia or patrol duty, to render in his excuse in writing, are hereby authorized and required to administer to such defaulter the necessary oath, and the person making the affidavit shall sign the same ; and the officer administering the oath shall certify it, designating his rank in the company ; and for this service he shall receive no compen-sation.   And it shall be the duty of the captain or officer commanding the company, when he sends up the names of defaulters to courts martial, to send up also, such affidavits of excuse as have been rendered according to the provisions of this section.

Oath to be ta-ken.

III. That every officer of the militia hereafter to be elected or appoint-ed, shall, before he enters upon the duties of his office, take and subscribe, before some person authorized by law to administer oaths, the following oath prescribed by the constitution, to wit:

"I do solemnly swear, (or affirm,) that I will be faithful, and true allegi-ance bear, to the State of South Carolina, so long as I continue a citizen thereof; and that I am duly qualified, according to the constitution of this State, to exercise the office to which I have been appointed; and that I will, to the best of my abilities, discharge the duties thereof; and preserve, pro-tect and defend, the constitution of this State and of the United States. So help me God."

Which oath shall be endorsed and certified upon his commission, as is provided by the twelfth section of the Act aforesaid, in relation to the oath thereby prescribed.   And if any person elected or appointed to any office in the militia of this State, shall accept the same, and shall neglect or re-fuse to take the oath aforesaid, within sixty days after his election or ap-pointment, he shall, for such neglect or refusal, be subject to all the penal-ties provided by the Act aforesaid, entitled "An Act to provide for the mili-tary organization of this State," for refusal or neglect to take the oath therein required.

Elections made under Act of 1832, declared valid.

IV. That the elections or appointments of all officers made under the provisions of the Act aforesaid, are hereby declared to be valid, except where from the refusal or neglect of an officer to comply with the requisi-tions of the law, a new election or appointment has been made to the same office ; *provided*, that every officer so elected or appointed, who has not taken the oath of office and been commissioned, shall, within three months after the passing of this Act, take the oath prescribed by the third section of this Act.

V. That every officer of the militia, except such as are exempt by law, shall, within three months after his election or appointment, uniform

Digitized by Google

EXHIBIT 13
0306

*Acts relating to the Militia.*

A.D.1834.

himself according to law; and in case any officer shall appear on parade, or at any court martial, of which he may be a member, without such uniform, after the time above specified, he shall be fined in a sum of not less than five nor more than fifty dollars; to be imposed by courts martial authorized to try officers of his grade. *Time allowed officers to equip themselves.*

VI. That in addition to the volunteer companies now allowed by law in the several regiments, there may be raised in each regiment, two companies of riflemen or light infantry, as is provided by the Act aforesaid, entitled "An Act to provide for the military organization of this State:" *provided*, that not more than two volunteer companies of riflemen or light infantry shall be raised in each battalion. *Number of volunteer companies that may be raised.*

VII. That the Governor is hereby authorized to require all the arms belonging to the State, not in the possession of some regularly organized company of militia, to be collected; and such as are fit for use may be re-issued to any volunteer company applying for the same; and those unfit for use shall be returned to the arsenal, either in Columbia or Charleston, and repaired or disposed of according to law. *Governor to collect arms belonging to the State.*

VIII. That the citizens of James Island, Wadmalaw, and John's Island, conjointly; of Edisto Island, and of Port Royal and Lady's Island, conjointly; of St. Helena Island, of Hilton Head, and Dawfuskу Island, conjointly, are hereby authorized to form beat companies within their respective limits, without regard to numerical force; and shall be attached to their respective regiments, and shall conform to the law in other particulars. *Citizens of James Island and others, to form beat companies.*

IX. That the major-general of the fifth division shall, within two months from the adjournment of the Legislature, cause the ninth brigade of said division to be divided into six regiments, as nearly equal in numbers as may be, in the following manner, to wit :—the district of York shall be divided into two regiments, and the districts of Spartanburgh and Union, into four regiments; and when the said brigade shall be so divided, the regiments embracing a portion of the lower end of Spartanburgh and the upper end of Union districts, situate on the Enoree river, shall be attached to and form a part of the tenth brigade. *Division to be made in ninth brigade.*

X. That four of the regiments composing the said brigade, shall retain the rank now held by the four regiments in said brigade, to be determined by lot; the rank of the fifth regiment of said brigade, and the regiment attached to the tenth brigade, shall also be determined by lot; and they shall be denominated accordingly. *Regiments to retain their rank.*

XI. That to effect the above organization, the major-general shall have power to appoint five or more commissioners in each district, a majority of whom shall be a quorum to perform their duties, who shall proceed to divide said brigade according to the provisions of this Act, and report the same to the major-general within the time above specified, designating the boundaries and lines of each regiment; and if either of the said commissioners shall wilfully neglect or refuse to perform the duty hereby assigned, he shall, upon indictment and conviction thereof, be fined not less than one hundred dollars. Within fifteen days after the report of the commissioners is received, the major-general shall issue an order, defining the boundaries and rank of each regiment, and shall furnish the brigadier-general of each brigade with a copy of such order; and also, the adjutant and inspector-general of the State with a copy of the same, to be recorded in his office. *Maj. Gen. may appoint commissioners.*

XII. Each brigadier-general, upon receiving the order of the major-general, defining the boundaries of the regiments attached to his brigade,

Digitized by Google

EXHIBIT 13
0307

580                    STATUTES AT LARGE

A. D. 1834.

Brigadier Gen. to cause regiments to be divided, &c. upon orders from Maj. General.

shall forthwith cause each regiment to be divided into two battalions, and each battalion into four beat companies, as nearly equal as may be, in respect to numbers and territory; to effect which, he shall appoint commissioners, five or more in number, receive their report, issue his order defining the boundaries and lines of the battalions and companies, and cause the same to be recorded, as is provided by the fourth and fifth sections of the Act aforesaid, entitled "An Act to provide for the military organization of this State;" and each commissioner appointed by the brigadier-general, shall, for wilful neglect or refusal to perform the duty assigned him, be subject to the penalty provided for like offence by the Act aforesaid; and the said commissioners shall complete the duties herein assigned them, within two months from the date of the order of the brigadier-general.

Twentieth regiment to be divided.

XIII. That the regiment of militia in the district of Sumter, known as the twentieth regiment South Carolina Militia, be, and the same is hereby required to be, so divided as to form two regiments, as equal in strength as practicable.

How the above regiments shall be divided.

XIV. The brigadier-general commanding the brigade in which the said twentieth regiment is included, shall forthwith cause the said regiment to be divided into two regiments; each of the two regiments into two battalions; and each of the said battalions into four beat companies, as nearly equal as may be, in respect to numbers and territory; to effect which, he shall appoint commissioners, five or more in number, receive their report, issue his order defining the boundaries and lines of the said regiments, battalions and companies, and cause the same to be recorded, as is provided by the fourth and fifth sections of the Act aforesaid, entitled "An Act to provide for the military organization of this State;" and each commissioner appointed by the brigadier-general, shall, for wilful neglect or refusal to perform the duties assigned him, be subject to the penalty provided for the like offence by the Act aforesaid; and the said commissioners shall complete the duties herein assigned them, within two months from the date of the order of the brigadier-general.

Officers to take rank, &c.

XV. Each officer in commission when the organization of the brigade is completed, as is provided by this Act, in any regiment, battalion or company, shall retain his rank and command, except when two or more officers of the same rank shall reside within the limits of the same command; in which case, an election shall be ordered by the proper authority, for such officer or officers; and if either of the persons so in commission shall be elected to the same office held by him before, he shall retain his commission, and take rank from the date thereof.

Elections to be held to fill vacancies.

XVI. If by this organization the offices of colonel, lieutenant-colonel, major, captain, or other subaltern officers, in any regiment, battalion or company, shall be vacant, elections shall be forthwith ordered, as is now provided by law, to fill such vacancy or vacancies.

XVII. The same number and description of volunteer companies permitted by law to be raised in the regiments or battalions of infantry, may be organized and attached to each of the said regiments or battalions.

Fines, &c.

XVIII. That the proviso contained in the thirty-ninth section of the Act aforesaid, entitled "An Act to provide for the military organization of this State," limiting the fines to be imposed on non-commissioned officers or privates for non-attendance at a company muster, to twenty dollars, be, and the same is hereby, repealed; and in lieu of the fine heretofore imposed for non-attendance at company musters, the fine shall be two dollars, and twenty per cent. on the last general tax of the defaulter.

Digitized by Google

**EXHIBIT 13**
**0308**

*Acts relating to the Militia.*

A. D. 1034.

XIX. That the recruiting limits of volunteer companies shall not hereafter be confined to the boundaries of the regiments to which they are attached, respectively, but may extend to the boundaries of the brigades to which they belong, and not beyond them.

<span style="float:right">Recruiting limits of volunteer companies enlarged.</span>

XX. The buttons worn on the uniform of the general, staff and field officers, shall be convex: and those worn by officers of the line, shall be flat, having, in all cases, the palmetto crest, the emblem of the State; but nothing herein contained shall apply to the officers of uniform companies.

<span style="float:right">What kind of buttons shall be worn.</span>

XXI. That courts martial shall be hereafter held upon all defaulters at the several parades now authorized by law, to mount and relieve guard, and in cases of alarm of fire in the parishes of Saint Philip and Saint Michael, according to the provisions of the Act entitled "An Act to provide for the military organization of this State," passed on the nineteenth day of December, eighteen hundred and thirty three, with the right of appeal as provided for in the first section of this Act.

<span style="float:right">Courts martial to be held.</span>

XXII. That all Acts and parts of Acts contrary to the provisions of this Act, be, and the same are hereby, repealed.

In the Senate House, the seventeenth day of December, in the year of our Lord one thousand eight hundred and thirty-four, and in the fifty-ninth year of the Sovereignty and Independence of the United States of America.

H. DEAS, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

----

AN ACT FURTHER TO PROVIDE FOR THE MILITARY ORGANIZATION OF THIS STATE

<span style="float:right">No. 2650.</span>

I. *Be it enacted,* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That for the purpose of effecting the immediate organization of the regiment situated on Broad River, in York District, in the ninth brigade South Carolina Militia, William C. Beatty, who has been duly elected and commissioned colonel of said regiment, be confirmed in his said commission, and that he shall take rank from the date thereof; and that the ineligibility to hold office, specified in the eighth section of an Act entitled "An Act to provide for the military organization of this State," passed on the nineteenth day of December, one thousand eight hundred and thirty-three, shall be, and the same is hereby declared to be, inoperative in the said regiment for the space of twelve months from and after the passing of this Act, and no longer. And if it shall appear to the satisfaction of any of the brigadier-generals of this State, that there are no commissioned officers in any one of the regiments under his command, who are, by law, eligible to the offices of colonel, lieutenant-colonel, and major, in said regiments, by reason of the provisions of the said eighth section of the Act aforesaid, it shall be lawful for the said brigadier-general to commission to such offices aforesaid, any person who shall be duly elected to the same, notwithstanding the disqualification of such person by reason of the operation of

<span style="float:right">Suspension of a former Act, to make persons eligible.</span>

Digitized by Google

EXHIBIT 13
0309

A. D. 1835.                *Acts relating to the Militia.*

the said eighth section of the Act aforesaid; *provided, however,* that such person be not otherwise disqualified from holding office; and *provided,* that this provision continue of force only for the time above specified.

**Power to order courts martial.** II. That the major-generals and brigadier-generals, respectively, shall have power to order courts martial for the trial of all commissioned and non-commissioned officers, musicians and privates, who may, at any time, disobey any orders issued by them, whether such orders be issued where the militia of this State be in actual service, or for ordinary musters, encampments or reviews; *provided,* this authority shall not be construed to invalidate the concurrent power of colonels to order regimental court martials, as now provided by law.

**Sentence of courts martial to be made public, &c.** III. That hereafter, it shall not be necessary for the members of a court martial, convened for the trial of defaulters, for neglect of militia or patrol duty, to keep secret the sentence of the court; but upon the final adjournment of the court martial, the same shall be made public, for which purpose, the president of the court martial shall post up, at the place where the court was held, a notice, containing the names of all persons fined by said court; and it shall, moreover, be the duty of the president of the court martial aforesaid, forthwith to transmit the proceedings of the court to the officer ordering the same, who shall retain in his possession the said proceedings for the space of thirty days from the adjournment of the court martial, during which time, any person who may conceive himself aggrieved by the decision of the court, shall have the right of appeal to the officer ordering said court; *provided,* he shall accompany such appeal by an affidavit, that he could not attend the court by which he was tried, nor render his excuse in writing to the same, and that he does not appeal for the purpose of delay merely; and it shall be the duty of the officer ordering the said court, at the expiration of the said thirty days, to issue an execution against all persons fined by the court, except such whose cases may be submitted for re-consideration, (as is hereinafter provided,) directed to the sheriff of the district in which they reside, in manner and form following, that is to say :—

*Form of Execution.*

**Form of execution.** "The State of South Carolina:
To all and singular the Sheriffs of said State :—Whereas, the persons named in the schedule or list hereunto annexed, have been duly sentenced by a court-martial, convened at ——, on the —— day of—— 18——, to pay the sums to their names affixed, respectively : You, and each of you, are, therefore, hereby authorized and required to levy and sell of the goods and chattels of each person therein named, sufficient to pay the fine and costs which have been adjudged against him, and pay over the fines aforesaid to the proper officer ; and you are further authorized and required, in case any person named in the schedule or list aforesaid shall refuse to pay the fine and costs adjudged against him, or to shew property sufficient to pay the same, to take the body of the delinquent, and lodge him in the jail of your district, there to remain until discharged by due course of law.   Given under my hand and seal, this —— day of ——, 18——.   A B, (L. S.,)
Colonel of —— regiment, Brigadier-General of —— brigade, etc.,
(as the case may be.")

*Form of Schedule.*

**Form of schedule.** "A B, two dollars, and 20 per cent. on his general tax for 18——.
C D, three dollars, and fifty (50) per cent. on his general tax for 18——.
E F, one hundred dollars.,

Digitized by Google

EXHIBIT 13
0310

*Acts relating to the Militia.*

I certify the above schedule to be a true copy of the fines imposed on the persons therein named, respectively, by a court-martial convened under my orders, at ———, the ——— day of ———,18—. (Signed.) A B, (with the rank attached.")

Which said execution shall be lodged in the office of the sheriff aforesaid, within ten days after the expiration of the thirty days aforesaid, or as soon thereafter as practicable; and the sheriff, for every fine paid to him previous to levy, shall be entitled to receive from the delinquent the sum of fifty cents; and for every fine collected by the sheriff, after levy of the said execution, he shall be entitled to receive from the delinquent the sum of one dollar, and the usual fees for advertizing.

IV. That in no case wherein courts-martial have proceeded according to law, and fined defaulters for neglect of militia or patrol duty, shall the officer ordering the same have power to remit such fines; but if he conceives that the court has mistaken the law, or erred in judgment, in any case, whether by imposing a fine or excusing a defaulter, he may re-assemble the court to re-consider such case, and may assign his reasons to the court, which shall forthwith proceed to re-consider, and their decision shall be final and conclusive; and the officer ordering said court shall forthwith carry such decision into effect. *[margin: Remittance of fines, and collection.]*

V. That in case any delinquent shall neglect or refuse to pay the fine imposed upon him, as aforesaid, and the cost accruing, or shall fail to point out to the sheriff aforesaid sufficient property to pay the same, it shall be the duty of the sheriff, by virtue of the execution aforesaid, to arrest the body of such delinquent, and commit him to close confinement in the common jail of his district, there to remain until such fine and cost be paid; *provided*, the person so committed shall, at the end of a certain time, to be computed at the rate of one day for every dollar he may be adjudged to pay, as aforesaid, be released, upon swearing, before some justice of the peace or quorum, that he is unable to pay the sum for which he stands committed; and *provided, also*, that in no case shall any person so committed be confined in prison for a longer period than ten days, if at the end of such time he shall take the oath aforesaid. *[margin: Delinquents punished by imprisonment.]*

VI. That each member of a court martial, convened for the trial of defaulters, for neglect of militia or patrol duty, shall hereafter, in lieu of the oath now prescribed, take the following oath, to wit:

"I do swear that I will well and truly try and determine the cases which shall be brought before me, according to the law and the evidence which shall be adduced, and that I will not divulge the vote or opinion of any particular member of the court martial, unless required to give evidence thereof in a court of justice, in due course of law. So help me God" *[margin: Oath.]*

VII. That hereafter courts martial for the trial of general and field officers, shall consist of not less than five nor more than thirteen officers; that upon a court martial to try a major-general, a major-general and not less than two brigadier-generals, shall sit, and the other members of the court shall be field officers of and above the rank of major; that a brigadier-general shall be tried by one or more brigadier-generals, and the other members of the court shall be field officers, not under the rank of major; that a colonel shall be tried by one or more colonels, and the other members of the court shall be officers not under the rank of captain; that a lieutenant-colonel and major, respectively, shall be tried by one or more lieutenant-colonels or majors, as the case may be, and the other members of the court shall be officers not under the rank of captain. *[margin: How many the court shall consist of.]*

VIII. That in all cases of contested elections for brigadier-generals, the

Digitized by Google

EXHIBIT 13
0311

584 STATUTES AT LARGE

A.D. 1835.

*Acts relating to the Militia.*

Contested
elections.

same shall be tried by a board of officers to consist of a major-general and four other officers, not under the rank of field officers, whose decision shall be final and conclusive; and in all cases of contested election for major-generals, the same shall be tried by a board to consist of one major-general, one brigadier general, and three colonels, whose decision shall be final and conclusive; the former board to be convened by the major-general, the latter by the commander-in-chief.

Officers subject
to serve on
courts.

IX. That commissioned officers who have been, or may hereafter be, appointed, according to the provisions of the existing law, and who are not required to uniform themselves, shall, notwithstanding, be subject to serve upon courts martial, and shall not be required to appear in uniform.

How vacancies
shall be filled.

X. That when courts martial shall be convened for the trial of any officer within its jurisdiction, if any of the officers required by the order convening the court, to sit on the same as members, shall not appear, their places shall be filled from among the supernumerary officers ordered to attend the said court.

Respecting
cashiered offi-
cers.

XI. That whenever an officer has been cashiered and disqualified from holding office, by the sentence of a court-martial, which sentence has been approved and carried into effect, and such officer shall be voted for and receive the highest vote at an election for militia officers, before the expiration of his term of disqualification, the officer authorized to commission to said office shall disregard such vote, and commission the person having the highest vote at such election, who, agreeable to law, may be eligible to said office.

Time regi-
ments, batta-
lions and com-
panies shall be
kept on duty.

XII. That whenever the commandants of regiments or battalions shall assemble their commands for drill or review, they shall be kept on duty at least three hours, and the commandants of companies shall, in like case, drill their commands at least two hours, excluding the necessary intervals of rest.

How colonels
and majors
may order
company
drills.

XIII. That for the purpose of enabling colonels or majors to attend the company drills within their command, as required by law, they shall have power, respectively, to order such drills as they shall attend, at such times as they may deem proper. *Provided,* such order be issued to the commanding officer of such company, at or previous to the preceding company muster.

Judge Advo-
cate, and duty.

XIV. That the colonel of each regiment is hereby authorized and required to appoint and commission a regimental judge advocate, with the rank of lieutenant, who shall be attached to his staff, and who shall act as recorder to all courts martial which shall be ordered by the colonel or commanding officer of his regiment.

No substitute
allowed.

XV. That it shall not be lawful for any officer commanding a company, battalion, or regiment, when his command shall be assembled for drill, inspection or review, to receive a substitute in the place of any person required by law to do militia duty, under a penalty of not less than five nor more than fifty dollars, to be imposed by a court martial.

Clerk of com-
pany exempt
from drill.

XVI. That the captain or commanding officer of each company shall have power to appoint a clerk of the company, who shall be exempt from drill at company, battalion, or regimental musters, and whose duty it shall be, under the superintendance of the captain or commanding officer of the company, to take a census of the company when required, to make out and keep a regular roster of those who are liable to perform patrol duty, and to furnish orders and lists for such duty. And in consequence of the sergeants of companies being herein required to attend the brigade encampments of

Digitized by Google

**EXHIBIT 13**
**0312**

officers, they shall be exempt from the duty of warning the men to attend musters and courts-martial, and such duty shall hereafter be performed by the corporals of each company, under the penalty of twenty dollars.

**XVII.** That the officer or other person whose duty it may be to summon defaulters for neglect of militia or patrol duty, to attend court-martial, may make his return upon oath, in writing, to the court; and any officer of the division, brigade, regiment, battalion, or company, under whose authority he shall be acting, is hereby authorized to administer to such officer or person the usual oath, certified as is now prescribed by law. *Return of defaulters to be on oath.*

**XVIII.** That it shall be lawful for all commissioned officers, when summoned to attend a court-martial for neglect of militia or patrol duty, to send their excuses, in writing, to the court, rendered upon oath, and certified by any officer or other person authorized by law to administer oaths; and all such excuses shall be received and acted on by the court-martial, unless, in the opinion of the court-martial, the personal attendance of such defaulter shall be necessary to a proper adjudication of the matter. *Excuses to be rendered on oath.*

**XIX.** That it shall be lawful for any person entitled to vote for field officers of any regiment or battalion in this State, to give his ballot at any election poll which shall be held agreeable to law, within the limits of such regiment or battalion; except in the parishes of St. Philip and St. Michael, where such voter shall be required to vote at the election poll of the company to which he belongs. *Limits where persons may vote.*

**XX.** That the officers commanding divisions, brigades, regiments, battalions and companies, shall, respectively, have power to order out such persons as are by law liable to fatigue duty, to perform such duty as fatigue-men as shall be deemed necessary for military purposes; *provided,* they shall not be required to be on such duty for a greater number of days in each year than the officers of this State are required to be on militia duty. *Fatigue-duty.*

**XXI.** That when a brigadier-general shall receive and commission the officers of any company of artillery permitted to be raised within the limits of his command, except such as may be attached to a battalion of artillery, he shall have power to designate the regiment and battalion to which the said company shall be attached; *provided,* there shall in no case be more than one company attached to a regiment. *Power of brigadier, respecting artillery companies.*

**XXII.** That the quarter-master general shall, from and after the passing of this Act, receive an annual salary of five hundred dollars.

**XXIII.** That in all cases where the dividing line between regiments in any brigade in this State shall pass through the lands on which any officer holding a commission in either regiment shall reside, it shall be lawful for such officer to reside on either side of said line, without a forfeiture of his commission. *Where officers may lawfully reside.*

**XXIV.** That whenever, from any cause, any beat company in any district or parish in this State shall be without commissioned officers for the term of three months, it shall be the duty of the magistrates of the said beat, on the information of any of the inhabitants thereof, to issue patrol warrants to any competent persons to execute the patrol duties of said beat; and the said magistrate shall cause returns to be made to him, and impose the same fines and penalties for non-execution thereof as are now imposed by law. *Magistrate's duty where companies are without officers.*

**XXV.** That the division quarter-masters, respectively, shall, when required, take charge of the tents which may be furnished by the State, for the use of their divisions; and shall, when required, cause the said tents to *Quarter-master's duty.*

VOL. VIII.—74.

Digitized by Google

**EXHIBIT 13**
**0313**

586           STATUTES AT LARGE

A.D.1835.          *Acts relating to the Militia.*

be carried to the brigade encampments of officers within their divisions; and at the close of said encampments shall cause the said tents to be returned and deposited under their care; the expenses of transportation, and such other expenses as may be necessary to procure a suitable place of deposit for said tents, to be paid by the State; and the said quarter-masters shall return their accounts to the Governor, who is hereby authorized to pay the same out of the contingent fund.

Sergeants and others, required to attend encampments.

XXVI. That the encampments of officers, required by the twenty-seventh section of an Act entitled "An Act to provide for the military organization of this State," passed on the nineteenth day of December, in the year of our Lord one thousand eight hundred and thirty-three, shall continue for six days; and, in addition to the officers therein required to attend said encampments, the sergeants of each company, and the non-commissioned regimental staff officers, are hereby required to attend said encampments, for the purpose of receiving military instruction, and shall be equipped with a musket and bayonet, cartouch box, and twenty-four rounds of blank cartridges; and for non-attendance at the said brigade encampments, each of the aforesaid officers shall be liable to be fined in the sum of fifteen dollars; and in lieu of the fines now imposed by law on company officers for non-attendance of brigade encampments, they shall each be subject, for such neglect of duty, to pay a fine of thirty dollars.

Captain's duty, and penalty.

XXVII. That it shall be the duty of the captain or commanding officer of each company, under the penalty of fifty dollars, to be imposed by courts-martial, to keep constantly in office in his company the full number of non-commissioned officers required by law; and any person appointed a non-commissioned officer, who shall refuse to serve, shall be liable to a penalty of thirty dollars, to be imposed by a court martial.

Penalty for disturbing a camp.

XXVIII. That any person who shall disturb the camp, or violate the regulations thereof, of any portion of the militia of this State, who shall be encamped in obedience to requirements of law, or voluntarily, shall, for such offence, be liable to a penalty not exceeding fifty dollars, to be imposed by any court-martial ordered by the commandant of the camp to try such offender, in addition to being confined under guard, at the discretion of the commanding officer, not exceeding twelve hours. And whenever any portion of the militia shall be voluntarily encamped for the purpose of military instruction, they shall be subject to the same rules and government, whilst encamped, as are established for the government of encampments ordered by law.

Superintendence of the encampment.

XXIX. That when the Commander-in-chief or the major-general of a division, within his command, shall attend the brigade encampments prescribed by law, he shall superintend and regulate the duties of the encampment, in such manner as he shall deem proper and conformable to military usage.

Governor to supply arms, powder, and lend to the officers in encampment.

XXX. That the Governor, on the requisition of any brigadier-general, is hereby authorized to cause to be issued, from any of the arsenals of this State, such portion of the public arms as may be necessary and suitable, (in addition to those in possession of the volunteer companies within the brigade,) to supply the officers required to attend brigade encampments; and the officers of volunteer companies, in each brigade, having under their charge public arms, are hereby required to furnish the same, upon requisition of the said brigadier-general of the brigade; which arms the said brigadier-general shall cause to be returned to the said officers in good order, as soon as may be after the close of the encampment, and shall cause any damage done to the same to be repaired at the public expense;

Digitized by Google

EXHIBIT 13
0314

and the Governor is hereby authorized and required to furnish for each encampment such quantity of powder as he may deem necessary and proper, and likewise to furnish a band of military music, each at the public expense.

XXXI. That as soon as may be practicable, the Governor is hereby required to purchase and distribute for the use of the general and field officers of this State, sixty copies each of M'Comb on courts-martial, and the regulations for the army of the United States. *Books to be furnished.*

XXXII. That the Governor shall cause to be published, in pamphlet form, such number of copies of this Act as will supply each commissioned officer with one copy, and shall cause the same to be distributed as soon as practicable; and he shall also cause to be published, for the use of the infantry officers, a selection from Scott's infantry tactics, the column of attack, square against cavalry, and such other evolutions as he may deem necessary to perfect the drill book for infantry; and likewise cause to be published and distributed the sword exercise for cavalry. *Copies of this Act, and books.*

XXXIII. That so much of the Purysburg beat company, attached to the twelfth regiment South Carolina militia, as lies east of New river, be, and the same is hereby, attached to the Oakely beat company in the same regiment. *Purysburg beat company.*

XXXIV. That the colonel of the fifteenth regiment South Carolina militia, be authorized to commission the major elect of the upper battalion in that regiment, in virtue of the election heretofore held, to take date from said election. *Duty of colonel of 15th regiment.*

XXXV. All officers who have held, or shall hold, commissions in the militia of this State, for the term of ten years consecutively, shall be thereafter exempt from the performance of ordinary militia duty. *Exemption.*

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and thirty-five, and in the sixtieth year of the Sovereignty and Independence of the United States of America.

    H. DEAS, *President of the Senate.*
    PATRICK NOBLE, *Speaker of the House of Representatives.*

---

AN ACT TO ALTER AND AMEND THE FOURTEENTH SECTION OF AN ACT No. 2656. ENTITLED "AN ACT TO PROVIDE FOR THE MORE EFFECTUAL PERFORMANCE OF PATROL DUTY," PASSED ON THE EIGHTEENTH DAY OF DECEMBER, IN THE YEAR OF OUR LORD ONE THOUSAND EIGHT HUNDRED AND NINETEEN.

I. *Be it enacted,* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the fourteenth section of an Act entitled "An Act to provide for the more effectual performance of patrol duty," passed on the eighteenth day of December, in the year of our Lord one thousand eight hundred and nineteen, be, and the same is hereby, altered and amended so as to read as

Digitized by Google

EXHIBIT 13
0315

STATUTES AT LARGE

*Acts relating to the Militia.*

follows, to wit: every owner of any settled plantation shall employ and keep on or in the immediate vicinity of such plantation, some white man, capable of performing patrol duty, under the penalty of fifty cents per head per month for each and every working slave which may be on such plantation, to be recovered by indictment, one half to the informer, the other half to the use of the State. *Provided, always,* that [nothing] herein contained shall be construed to affect any person or persons who resides on his, her or their plantation, for the space of six months in the year, or who shall employ less than fifteen working slaves on such plantation.

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and thirty-five, and in the sixtieth year of the Sovereignty and Independence of the United States of America.

H. DEAS, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

―――――

No. 2660. AN ACT TO CONSOLIDATE THE FIRST COMPANY OF THE CHARLESTON ANCIENT BATTALION OF ARTILLERY, AND THE JEFFERSON ARTILLERY, INTO ONE COMPANY, AND TO INCORPORATE THE SAME ; AND FOR OTHER PURPOSES.

I. *Be it enacted,* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the first company of the Charleston Ancient Battalion of Artillery, and the Jefferson Artillery, two companies of the battalion of artillery attached to the fourth brigade of militia of this State, be, and the same are hereby, consolidated into one company, by the name and title of "The Charleston Ancient Artillery ;" and that such persons as have, by agreement between the said two companies, been appointed to offices in the consolidated company, be commissioned by the commander-in-chief of this State accordingly ; such of them as at present hold offices in either of the said companies, to take rank from the dates of their present commissions, respectively.

II. *And be it further enacted,* That those persons who now are, or hereafter may become, members of the said consolidated corps, be, and the same are hereby, created and declared a body politic and corporate, during the pleasure of the State, by the name and style of "The Charleston Ancient Artillery ;" and that the said corporation shall be capable in law, to have succession of officers and members, to be chosen and admitted according to the rules and regulations made or to be made for its government and direction ; to make all lawful by-laws ; to have a common seal, and to alter the same ; and, by its said name, to sue and be sued, implead and be impleaded, answer and be answered, in any court of law or equity in this State.

III. *And be it further enacted,* That the companies composing the battalion of artillery in the city of Charleston, be, and the same are hereby, exempt

Digitized by Google

EXHIBIT 13
0316

OF SOUTH CAROLINA. 589

*Acts relating to the Militia.*

A. D. 1836.

from mounting and relieving fire-guard, and from attendance, by companies, in cases of alarm of fire in the said city; and that in lieu thereof, it shall be the duty of the major, or other officer in command of the battalion, once in every three months, to detail an officer and a sufficient number of privates to man one piece, to attend at the arsenal at each alarm of fire, for the three months next succeeding; which officer and privates shall be subject to the same fines for default, and be tried by courts martial in the same manner, as now provided by law for defaults in the performance of fire-guard duty.

IV. *And be it further enacted*, That each corps of artillery throughout the State, shall be allowed the sum of twenty-five dollars per annum, for each piece of artillery fully manned and regularly exercised by the said corps, respectively, for the purpose of defraying the expenses of the same; to be drawn from the treasury by the order of the commanding officer of each corps, countersigned by the commanding officer of the regiment or battalion to which the said corps may be attached: *provided*, the sum so to be drawn shall in no case exceed one hundred dollars.

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and thirty-five, and in the sixtieth year of the Sovereignty and Independence of the United States of America.

H. DEAS, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

———

AN ACT FURTHER TO PROVIDE FOR THE MILITARY ORGANIZATION OF THIS STATE. No. 2686.

I. *Be it enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That all persons residing on St. Helena Island, be, and they are hereby, authorized to organize a corps of mounted riflemen, to be attached to the twelfth regiment, to be called "The Saint Helena Mounted Riflemen," and subject to all the duties to which they have heretofore been liable as a beat company; and that the said company hereby authorized to be formed, shall attend the reviews of the said regiment, either on foot or horse, as the colonel shall direct; that the said company shall parade and muster once every two months; and shall perform patrol duty as now required by law. {Saint Helena Riflemen.}

II. That the persons composing the Charleston Fire Company of Axemen, and the city Constables of Charleston, provided the latter do not exceed twenty-four, be, and they are hereby, exempted from the performance of ordinary militia duty. {Exemptions from militia duty.}

III. All officers who have held or shall hold commissions in the militia of this State, for the term of seven years consecutively, shall be, thereafter, exempt from the performance of ordinary militia duty.

IV. That the system of instruction and regulations, prepared and arranged under the superintendence of Major General McComb, and established for the government of the militia and volunteers of the United States, be observed in the instruction and exercise of the militia of this

Digitized by Google

EXHIBIT 13
0317

STATUTES AT LARGE

A. D. 1836.

*Acts relating to the Militia.*

Books of in-
struction.

State; and that all Acts and parts of Acts inconsistent with this Act, be,
and the same are hereby, repealed. And that the Governor be, and he is
hereby, authorized to purchase a sufficient number of copies of said book
of instruction and exercise, and distribute one copy thereof to each officer,
who shall, on his resignation or removal from office, deliver the same to his
successor, or to the colonel of the regiment to which such officer belongs;
and in case of the death of any officer, his legal representative shall deli-
ver over the same to such successor or colonel of the regiment as aforesaid,
under the penalty of four dollars, which shall be recoverable before any
justice of the peace or quorum of this State, on information and proof of
the said offence; which sum, when collected, shall be paid to the paymas-
ter of the regiment in which the default was made, and shall be applied to
replace the book or books, so withheld, lost or destroyed; and the sum of
twenty-five hundred dollars, if so much be necessary, be, and the same is
hereby, appropriated to purchase twenty-five hundred copies of said books
of instruction and exercises.

Adjutant Gen.
to attend and
instruct regi-
ments.

V. *And be it further enacted*, That it shall hereafter be the duty of
the adjutant and inspector general, and he is hereby required, in addition
to his duties heretofore prescribed by law, to attend, once a year, the mus-
ter of each regiment in the State, and the drill of the officers of each the
day previous; and whenever he shall deem it necessary to the correct in-
struction in military tactics of the officers or the regiment, he may act as
instructor; *provided*, there shall be no superior officer present who may
think proper to assume the direction of the drill; and he shall, with the
consent of the commander-in-chief, have power, and he is hereby autho-
rized, to order out for drill the said regiments, at such times as will best
enable him to perform the duties hereby assigned.

To keep a mili-
tary Bureau,
&c.

VI. He shall keep a military Bureau, and shall keep a record of the
number and rank of each division, brigade and regiment, in the State;
procure and record, annually, a return of the strength, arms and equip-
ments of the militia; the names, rank and date of the commissions of all
the general, staff and field officers; record all military orders received or
issued by him; and, generally, all matters which may be necessary to enable
him to exhibit the true strength, character and condition, of the military
force and power of the State.

To inspect
arsenals and
magazines.

VII. He shall, once a year, visit and inspect the arsenals and maga-
zines in the State, and report to the commander-in-chief, to be by him sub-
mitted to the Legislature; and record in his office their condition, the
number and condition of the arms, equipments and public stores in each;
the number and description of public arms and equipments distributed to
the militia each year, and the disposition and conditions of such distribu-
tion; the strength of the guards at each, the duties performed by them,
their general condition and efficiency to discharge the duties required of
them. And to enable him to perform this duty, the quarter-master-general
and other officers having charge of those departments, shall, when re-
quired, make to him full reports of the different matters committed to their
charge.

VIII. It shall further be the duty of the adjutant-general, and he is
hereby required, to deposit in the Executive office at Columbia, in a Bu-
reau kept for the purpose, a true record of all matters relating to his office,
as is hereinbefore enjoined.

IX. That hereafter, a regiment of cavalry may consist of eight troops

Digitized by Google

EXHIBIT 13
0318

OF SOUTH CAROLINA.                              591

*Acts relating to the Militia.*                 A.D. 1836.

Cavalry.

of horse; and that a squadron may consist of four troops of horse; and the lieutenant colonel, major, or officer commanding a squadron of cavalry, may, and is hereby authorized to, order courts martial for the trial of all defaulters at troop or squadron musters, in the same way, as far as practicable, as is now done by the colonels of regiments of cavalry.

X. That the annual salary of the Arsenal keeper in Charleston shall be, and is hereby, increased to the sum of one thousand dollars.

XI. That a small magazine shall be erected in the citadel in Charleston, and the sum of twelve hundred dollars, if so much be necessary, shall be, and is hereby, appropriated for that purpose.

XII. That the arsenal, magazine and guard houses, situated within the corporate limits of the town of Camden, be, and the same are hereby, transferred to and vested in the Town Council of Camden, to be used for corporate purposes.

XIII. *And be it further enacted,* That such persons residing in the town of Columbia, not exceeding thirty in number, as shall organize themselves into a Fire Engine Company, and train, exercise and do duty as such, whenever called on by the town council, shall be, and they are hereby, exempted from the performance of ordinary militia duty, so long as they continue members of said company, and faithfully discharge the duties hereby enjoined; *provided,* that no person or persons hereby intended to be exempted from militia duty, shall be so excused, until the officer commanding the regiment in which they reside, shall be furnished by the town council with a statement, certifying the names of the persons enrolled in said company, its organization and readiness to perform the duties hereby required.

Columbia Fire Company.

XIV. That the ineligibility to hold office, specified in the eighth section of an Act entitled "An Act to provide for the military organization of this State," passed the nineteenth day of December, one thousand eight hundred and thirty-three, shall be, and the same is hereby declared to be, inoperative in the two regiments of infantry in Greenville district, for the space of twelve months from and after the passing of this Act, and no longer.

Regiments in Greenville.

XV. That in all cases of appeal heretofore allowed by law for default of militia or patrol duty, the officer ordering the court shall hear the case, and his decision shall be final and conclusive, and he shall issue executions as is in other cases provided by law.

In the Senate House, the twenty-first day of December, in the year of our Lord one thousand eight hundred and thirty-six, and in the sixty-first year of the Sovereignty and Independence of the United States of America.

PATRICK NOBLE, *President of the Senate.*

D. L. WARDLAW, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0319

592                              STATUTES AT LARGE

A.D. 1837.                   *Acts relating to the Militia.*

No. 2714.  AN ACT FURTHER TO PROVIDE FOR THE MILITARY ORGANIZATION OF
                        THIS STATE; AND FOR OTHER PURPOSES.

Battalions to drill once a year.

I. *Be it enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, it shall be
the duty of the colonels or officers commanding regiments to order out their
regiments, by battalion, for drill, exercise and inspection, once in each year;
the commissioned and non-commissioned officers to assemble the day previous for drill; and courts martial upon defaulters for such musters, shall
be ordered and holden as is now provided by law.

Two companies of volunteers to each regiment.

II. *And be it further enacted*, That whenever the number of volunteer
corps of light infantry or riflemen, now existing in any regiment of infantry
in this State, shall be reduced to two in number, that it shall not be lawful
to permit the raising of more than two of such corps in each regiment, one
of which, if practicable, shall be raised in and attached to each battalion,
and shall consist of sixty-four rank and file, with the compliment of commissioned and non-commissioned officers, now or hereafter to be  required
by law, in full uniform.

Rank and file of artillery corps.

III. *And be it further enacted*, That the artillery corps now allowed by
law, shall consist of sixty-four rank and file, with the compliment of commissioned and non commissioned officers, now or hereafter to be required
by law, in full uniform; and all such corps that are now in existence which
shall not, within twelve months from the passing of this Act, be organized
as above specified, shall be dissolved.

Inspections.

IV. *And be it further enacted*, That it shall be the duty of the colonel or officer commanding the regiment, to cause the volunteer light
corps above specified, to be inspected once in each year, and if, at any
such inspection, it shall appear that the number of rank and file of any
corps in complete uniform, is below the number required by law, he shall
notify such corps of the fact; and *provided*, that it shall not recruit its
numbers to the compliment required for its organization, within twelve
months from the date of the notice, it shall be dissolved.

Artillery may be armed as infantry.

V. *And be it further enacted*, That the artillery corps attached to the
regiments of infantry, may be armed with muskets and bayonets, or
field pieces, (to be furnished by the State,) at the discretion of the commander-in-chief.

Drill Books.

Sergeants.

VI. *And be it further enacted*, That the non-commissioned staff of
each regiment, and the sergeants of companies, shall each be furnished
with a drill book similar to that used by the company officers, and upon the same conditions; and that the sergeants hereafter appointed, shall
be exempt from road duty, during the year in which they are required
to attend the brigade encampments, except in the parishes of St. Philip
and St. Michael, and in lieu thereof, any person who shall serve as a
sergeant in said parishes for ten years consecutively, shall, thereafter,
be exempt from ordinary militia duty.

Corporals.

VII. *And be it further enacted*, That hereafter, corporals shall serve
for one year, and be subjected to a fine of thirty dollars for refusing to
accept the appointment and discharge the duties thereof.

VIII. *And be it further enacted*, That hereafter, for non-attendance
of brigade encampments authorized by law, the following fines shall be
imposed:—a major-general, one hundred and fifty dollars; brigadier-general, one hundred dollars; colonels, lieutenant-colonels, and majors, each,

Digitized by Google

**EXHIBIT 13**
**0320**

*Acts relating to the Militia.*

seventy-five dollars; captains and subaltern officers, each, fifty dollars; and similar fines shall be imposed upon all staff officers, according to their respective grades; and upon the non-commissioned regimental staff officers and sergeants, thirty dollars; and upon sergeants for refusing to accept their appointments, each, thirty dollars; and upon company officers, who shall be elected or appointed as now provided by law, for refusing to accept and perform the duties of their office, each fifty dollars. *(margin: Penalty for non-attendance at encampments.)*

IX. *Be it enacted,* That any person or persons who now are, or hereafter may be, exempt from the performance of militia duty, shall attach himself or themselves to any volunteer corps of militia, and have accepted, or shall accept any office, whether held by commission or warrant, he or they, shall be subject to the same fines and forfeitures, respectively, that officers of their rank now are or shall be liable to by law. *(margin: Volunteers.)*

X. *And be it further enacted,* That any captain or commanding officer of a company, or leader of a patrol, who shall neglect to perform the duty assigned him by the laws regulating the performance of patrol duty, shall be tried by courts martial, in the same manner as the officers of the militia are, and subjected to the same fine as now provided by law. *(margin: Patrol duty.)*

XI. *And be it further enated,* That all penalties incurred for the neglect of militia or patrol duty, may be imposed by courts martial, within twelve months from the time of making default, and not thereafter; but upon judgment being had, the party shall be liable to execution and collection as in civil cases; *provided,* that nothing herein contained shall release the collecting officers from the performance of their duty as now required by law. *(margin: Penalty for neglect.)*

XII. *And be it further enacted,* That the colonels or commanding officers of regiments, shall order courts martial for the trial of defaulters of militia or patrol duty, to sit at each battalion muster-ground, or at such other place or places, within the limits of his regiment, as he may deem expedient; and it shall be the duty of the officers aforesaid, to issue an order to the commanding officers of companies, notifying them of the times and places at which the court or courts shall be convened for the trial of their respective defaulters; and (if practicable,) all persons who have made default previous thereto, shall be reported to and tried by such court or courts, as now provided by law; *provided,* any person [who] shall be fined by default, and conceive himself aggrieved by the sentence of the court, and shall make affidavit that he could not attend the court by which he was tried, or render his excuse in writing to the same, or that it was out of his power to sue out an appeal before the issuing of execution, and that he does not appeal for the purpose of delay, the colonel or officer in command of the regiment, shall have power to hear and determine the case; and if he shall decide in favor of the party, he shall notify the sheriff in writing to that effect, upon which the sheriff shall enter satisfaction in the case, stating the manner in which it was settled; and *provided,* the colonels or commanding officers of regiments shall wilfully fail or neglect to perform any of the duties herein specified, they shall be liable to a fine of twenty-five dollars, to be recovered by courts martial. *(margin: Courts martial.)*

XIII. *And be it further enacted,* That beat companies shall have the privilege of passing by-laws for their government to uniform themselves, and impose such penalties for a violation of their laws, as may be agreed upon by the company; *provided,* that no member of a company shall be compelled to uniform, or be subjected to any penalty imposed by the by-laws, unless he shall have assented to and subscribed the same; and *(margin: Beat companies may pass by-laws.)*

VOL. VIII.—75

Digitized by Google

EXHIBIT 13
0321

594

STATUTES AT LARGE

A. D. 1837.

*Acts relating to the Militia.*

whenever any beat company shall be uniformed as above provided, the commissioned officers thereof shall be permitted to adopt and wear the same.

*When companies shall be received.*

XIV. *And be it further enacted*, That from and after the passing of this Act, no volunteer corps of cavalry, artillery, light infantry or riflemen, shall be inspected or received, and the officers thereof commissioned, until the said corps shall have the compliment of men rank and file, and officers in full uniform, required for its organization; and any officer permitted by law to authorize the raising of such corps, shall, for a violation of this provision, be liable to a fine of twenty-five dollars, to be recovered by courts martial.

*Beaufort Troop.*

XV. *And be it further enacted*, That the Beaufort District Troop of Horse shall be exempted from attendance at regimental reviews and parades, as soon as it shall conform to the organization of cavalry corps to be adopted by the provisions of this Act; *provided*, it shall hold itself in readiness to move at a moment's notice to any part of the district, where the public safety may require its service, and be liable to such inspection and drill on its company parade ground, as is now required by law.

*Adjutant Gen. salary.*

XVI. *And be it further enacted*, That hereafter, the salary of the adjutant and inspector-general shall be twenty-five hundred dollars.

*Furloughs.*

XVII. *And be it further enacted*, That hereafter, no officer of the militia of this State shall have authority, except when in actual service, to grant a furlough or leave of absence to relieve the party from the performance of militia duty required by law; but all defaulters of such duty shall be tried by courts martial as the law directs; *provided*, that nothing herein contained shall be construed to prevent the commander-in-chief, or senior officer on duty, when the troops shall have assembled for drill, exercise, inspection or review, to grant leave of absence from that special duty, upon good and lawful cause being shown.

*Companies in Christ Church parish.*

XVIII. *And be it further enacted*, That the two beat companies now existing in Christ Church Parish, shall be united and form one beat company, and the commissions of the officers of said companies are hereby vacated. And it shall be the duty of the colonel of the 19th regiment to order an election for a captain, first and second lieutenants and ensign, to command said company, within two months from the passing of this Act, and the persons having the greatest number of votes for each commission, shall be commissioned as the officers to command the said company; and hereafter the muster-ground of said company shall be at or near the thirteen mile-post on the State road.

*Thirtieth regiment.*

XIX. *And be it further enacted*, That to equalize the battalions and beat companies of the 30th regiment in the seventh brigade of the militia of this State, the brigadier general of the said brigade is hereby authorized to cause the said regiment to be re-divided into two battalions and eight beat companies, according to the principles prescribed in the fourteenth, fifteenth and sixteenth sections of an Act, passed the seventeenth day of December, 1834, entitled "An Act to amend An Act entitled An Act to provide for the military organization of this State, passed the nineteenth day of December, 1833, and for other purposes;" and the same penalties shall attach for neglect of duty and forfeitures of commissions in the said regiment as is provided by the Act aforesaid.

XX. *And be it further enacted*, That the regiments of cavalry in this State, now raised or hereafter to be raised, shall take and have the number,

Digitized by Google

. . .

EXHIBIT 13
0322

designation and rank, of the brigade of infantry within which such regiment of cavalry is raised, that is to say :—the regiment of cavalry now attached to the first brigade, shall be the first regiment; the regiment of cavalry now attached to the second brigade, shall be the second regiment; the regiment of cavalry now attached to the third brigade, shall be the third regiment; the regiment of cavalry now attached to the fifth brigade, shall be the fifth regiment; the regiment of cavalry now attached to the sixth brigade, shall be the sixth regiment; the regiment of cavalry now attached to the ninth brigade, shall be the ninth regiment; the regiment of cavalry now attached to the tenth brigade, shall be the tenth regiment; and that whenever a sufficient number of troops shall have been raised in the fourth brigade, to constitute, according to law, a regiment of cavalry, such regiment shall be the fourth regiment; whenever a sufficient number of troops shall have been raised in the seventh brigade, to constitute a regiment according to law, such regiment shall be the seventh regiment; and whenever a sufficient number of troops shall have been raised in the eighth brigade, to constitute a regiment according to law, such regiment shall be the eighth regiment. *[margin: Arrangement of cavalry regiments.]*

XXI. *And be it further enacted,* That the number, designation and rank of the cavalry regiments aforesaid, shall be and remain permanent; and whenever either of the regiments aforesaid shall be dissolved, and a new regiment raised in its stead, such new regiment shall take and have the number, designation and rank of the regiment so dissolved. *[margin: Their rank.]*

XXII. *And be it further enacted,* That the regiments of cavalry in this State, be, and they are hereby, arranged and constituted into brigades of cavalry, in the manner following, that is to say :—the first and second regiments, shall constitute the first brigade; the fifth and sixth regiments, shall constitute the third brigade; the ninth and tenth regiments, shall constitute the fifth brigade; and whenever the fourth regiment shall have been organized according to law, the third and fourth regiments shall constitute the second brigade; and whenever the seventh and eighth regiments shall have been organized, according to law, the said seventh and eighth regiments shall constitute the fourth brigade. *[margin: Brigades of cavalry.]*

XXIII. That the third regiment of cavalry, and the troops now organized in the fourth, seventh and eighth infantry brigades, remain attached to said infantry brigade, as now provided by law, until fully organized, as required by the twentieth section of this Act.

XXIV. *And be it further enacted,* That it shall be the duty of the major-generals, commanding the first, third and fifth divisions of the militia of this State, within three months after the passing of this Act, to issue their orders to the colonels of the cavalry regiments, within their respective divisions, to advertise and hold an election for a brigadier-general of cavalry, to command the brigade of cavalry within their respective divisions; and whenever either the second and fourth brigades of cavalry shall have been organized, as required by the twenty second section of this Act, the major-general commanding the division in which such brigade may be organized, shall, forthwith, order an election for a brigadier-general to command such brigade. *[margin: Election of Brigadier Gen. of cavalry.]*

XXV. *And be it further enacted,* That all elections of brigadier-generals of cavalry shall be ordered, advertised, held and conducted, and the brigadier-generals elected receive their commissions, in the same manner as now provided for the electing and commissioning of brigadier-generals of infantry. *[margin: Elections, how to be conducted.]*

Digitized by Google

EXHIBIT 13
0323

590          STATUTES AT LARGE

*Acts relating to the Militia.*

A. D. 1837.

**Ineligibility and voters.**

XXVI. *And be it further enacted,* That the same ineligibility to the office of brigadier-general of cavalry, and the same qualification in the voters for such office, shall be required, as now provided by law for the office of brigadier-general of infantry; *provided,* that no officer of the infantry or artillery shall be eligible to the office or entitled to a vote for brigadier-general of cavalry; and no officer of cavalry in any organized brigade of cavalry, shall be eligible to the office or entitled to a vote for brigadier-general of infantry.

**When cavalry brigades shall be dissolved.**

XXVII. *And be it further enacted,* That hereafter, when either of the regiments composing a brigade of cavalry shall be reduced below the number of troops required by law to constitute a regiment, and shall not recruit to such number within twelve months after notice to the commanding officer of such regiment, from the major-general of the division in which such regiment was raised, or from the commander-in-chief, then, and in that case, such brigade shall be dissolved, the commission of the brigadier-general of such brigade of cavalry vacated, and the regiment, squadron or troops, still in existence within the limits of such brigades, be attached to the infantry brigades, as now provided by law.

**Quota of men for cavalry corps.**

XXVIII. That a troop of cavalry shall hereafter consist of thirty-six men rank and file, four sergeants, one captain, two lieutenants and one cornet; and if any troop now raised shall not, within twelve months after the passing of this Act, contain the number of rank and file and the sergeants and officers herein required, such troop shall be dissolved by the major-general of the division to which such troop is attached; and if, at any subsequent inspection, any troop of cavalry now raised or hereafter to be raised, shall not contain twenty-eight rank and file, and the sergeants and officers required by law, and shall not recruit the same within six months after notice to fill up its ranks, given to the commander of such troop, then such troop shall be dissolved.

**Cavalry to encamp with infantry.**

XXIX. *And be it further enacted,* That the cavalry shall continue to encamp with the brigades of infantry, as now required by law; and it shall be the duty of the brigadier-generals of cavalry to attend the encampments of the cavalry of their respective brigades, and superintend and instruct them in the drill, exercise, and manœuvres of cavalry; *provided,* that no brigadier-general of cavalry shall assume or exercise any command or authority over the infantry or artillery of such encampment.

**Duty of Colonels and Majors.**

XXX. *And be it further enacted,* That colonels of cavalry shall, after the passing of this Act, drill each troop in their respective regiments, once in every two years; and that lieutenant-colonels and majors of cavalry, shall also drill each troop in their respective squadrons, once in every twelve months.

**How disputes shall be settled between cavalry and infantry.**

XXXI. *And be it further enacted,* That if any collision or dispute shall arise between the cavalry and infantry arms of service, within any division of this State in which shall be organized a brigade of cavalry, it shall be the duty of the major-general of such division to hear and determine the cause, and his decision shall be conclusive; and *provided,* any such collision or dispute shall occur in a brigade of infantry, in which the cavalry shall not be composed into a brigade, the same shall be heard and determined by the brigadier-general of such brigade, and his decision shall be conclusive; reserving to the parties the right of appeal, in the former case, to the commander-in-chief, and in the latter case, to the major-general of the division.

Digitized by Google

**EXHIBIT 13**
**0324**

XXXII. *Be it further enacted,* That the Hilton Head company, in the Hilton Head twelfth regiment, be exempted from attending battalion and regimental company. musters.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and thirty-seven, and in the sixty-second year of the Sovereignty and Independence of the United States of America.

     PATRICK NOBLE, *President of the Senate.*

     D. L. WARDLAW, *Speaker of the House of Representatives.*

———

AN ACT TO AMEND AN ACT ENTITLED "AN ACT TO REGULATE THE   No. 2724. PERFORMANCE OF PATROL DUTY ON CHARLESTON NECK;" AND FOR OTHER PURPOSES.

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the eleventh section of the Act entitled "An Former Act repealed. Act to regulate the performance of Patrol Duty on Charleston Neck," be, and is hereby, repealed.

II. *Be it further enacted,* That it shall not be lawful for any owner or occupyer of a grocery store or retail shop within the limits of Charleston Provision respecting Groceries, shops or places, within the limits aforesaid, wherein are cery stores on vended spirituous liquors, to keep open the said stores, shops or places, or Charleston Neck. to trade, traffick or barter therein, with negroes or persons of color, at any time on the Sabbath day, or on any other day, after the hours of nine o'clock, P. M., from the twentieth day of September to the twentieth day of March, and ten o'clock, P. M., from the twentieth day of March to the twentieth day of September, in each and every year; and in case any owner or occupant of any such store, shop or place, shall transgress or violate this Act, by keeping open the said stores, shops or places, or by trading, trafficking or bartering therein, with any negroes or persons of color, at any time on the Sabbath day, or on any other day, after the hours of nine o'clock, P. M., from the twentieth day of September to the twentieth day of March, and ten o'clock, P. M., from the twentieth day of March to the twentieth day of September, in each and every year, he, she or they, shall forfeit and pay the sum of one hundred dollars, to be recovered in any court having competent jurisdiction ; to be paid to the commissioners of Cross Roads of Charleston Neck, for the use of said roads.

III. *And be it further enacted,* That it shall not be lawful for the owner or keeper of any retail shop within the limits of Charleston Neck, or Retail shops the owner or occupant of any place within the limits aforesaid, wherein are on Charleston vended spirituous liquors, to erect or keep in such shop or place, any blind, have screens screen, or other obstruction whatever, to the view from the front door or and blinds. other opening, behind which any article might be secretly sold, nor shall he or she have recourse to any private room, closet or other enclosure on the said premises, to effect such object with greater privacy ; and every person violating the provisions of this Act, shall forfeit and pay, not less

Digitized by Google

EXHIBIT 13

0325

598                                STATUTES AT LARGE

A.D.1837.                *Acts relating to the Militia.*

than fifty, nor more than two hundred dollars, according to the discretion of the presiding judge; to be recovered in any court having competent jurisdiction; to be paid to the commissioners of Cross Roads, for the use of said roads.

*Hogs running at large on Charleston Neck, prohibited.* IV. And *whereas,* the going at large of hogs on Charleston Neck, is a great inconvenience to the citizens thereof: *Be it therefore enacted,* That the clerk of the board of commissioners of Cross Roads for Charleston Neck, or his deputy or deputies, shall, on and after the first day of February next, be authorized and required to seize or kill any hog or hogs going at large any where on that part of Charleston Neck which lies between Cooper and Ashley Rivers, and extending from Boundary to Line street; and that every hog or hogs so taken or killed, shall be forfeited by law; and the said clerk of the said board of commissioners of Cross Roads, or his deputy or deputies, shall take and keep the said hog or hogs, or the same sell and dispose of, applying the proceeds thereof to his own or their use, benefit and behoof, as a perquisite of his or their office, without question or claim from any person or persons whatever; *provided,* this law shall not be construed to extend to any hog or hogs driven through the streets within the limits aforesaid, for market or any such purpose; and it shall be the duty of the said clerk to give one month's notice in one or more of the gazettes of the city of Charleston, and of this law, previous to his proceeding to execute the same.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and thirty-seven, and in the sixty-second year of the Sovereignty and Independence of the United States of America.

PATRICK NOBLE, *President of the Senate.*
D. L. WARDLAW, *Speaker of the House of Representatives.*

Digitized by Google

EXHIBIT 13
0326

# EXHIBIT "14"

EXHIBIT 14
0327

[ 6 ]

by this commonwealth, and with all fums of money directed to be paid by the prefent General Affembly, for which no other provifion has been made, and all warrants and other facilities which have been heretofore receivable in difcharge of the refpective taxes, which conftitute the aggregate fund, and all warrants, with the payment of which the aggregate fund is charged by this act, may be paid in difcharge of the taxes which conftitute the faid fund ; and the sherifs or collectors of the revenue taxes which conftitute the faid fund, fhall on payment thereof into the public treafury, have credit for the fame accordingly ; the monies which may be paid into the treafury, on difcharge of the taxes which conftitute the faid fund, or fo much the money which may be received on fales of tobacco, paid in difcharge of the fame, or fo much thereof as fhall be neceffary, fhall be paid by the treafurer to the holders of warrants on the faid fund at certain periods. And to the end that all holders of fuch warrants, may receive in proportion to their refpective claims, the treafurer fhall give in the Virginia Gazette, fix weeks previous notice of the time, when payment is to be made, in order that fuch warrants may be previoufly regiftered, and the money belonging to the faid fund duly apportioned amongft them.

<div style="display:flex"><div style="width:20%">

Former appropriations continued.

Charges on the revenue of 1791.

Deficiency in certain funds to be fupplied by borrowing from others.

</div><div style="width:80%">

SEC. II.   *AND be it further enacted,* That all taxes and arrearages of taxes, except thofe conftituting the aggregate fund, fhall continue as appropriated by the aforefaid act of the laft feffion of Affembly, intituled, " An act for appropriating the public revenue ;" and that all branches of revenue which fhall arife to the commonwealth, between the laft day of December, one thoufand feven hundred and ninety-two, and the firft day of January, one thoufand feven hundred and ninety-four, fhall be appropriated to the fupport of civil government, and for the contingent charges thereof ; and fhall alfo be charged with the payment of all unfatisfied warrants charged on the faid taxes and arrearages of taxes by the aforefaid act of laft feffion of Affembly, of warrants which fhall be hereafter iffued for expences attending criminal profecutions ; for the ftate's fhares in the Patowmac, James River, and Difmal Swamp Canal companies ; for the hofpital for the reception of perfons of unfound mind ; to the directors of the public buildings ; for erecting public buildings at the federal feat of government on the Patowmac ; for the expences attending the arfenal at the Point of Fork ; for all penfions allowed by this commonwealth; and for expences which may accrue, by order of the Executive, in defence of the weftern frontier.   And if the funds herein appropriated to the payment of the officers of civil government, and of warrants iffued by direction of the Executive for the contingent purpofes thereof ; on account the of ftate's fhares in the Patowmac, James River, and Difmal Swamp Canal Companies ; for the hofpital for the reception of perfons of unfound mind ; for erecting the public buildings at the federal feat of government on Patowmac ; for all penfions due by this commonwealth, and for expences which may accrue, by order of the Executive, in defence of the weftern frontier, fhould not be productive early enough for thofe purpofes, it fhall be lawful for the Executive to direct the treafurer to borrow as much money as fhall be deficient, out of any other funds, and to replace the fame as foon as poffible.

</div></div>

<div style="display:flex"><div style="width:20%">

Repealing claufe.

</div><div style="width:80%">

SEC. III.   SO much of every act of Affembly as comes within the purview of this act, fhall be, and the fame is hereby repealed.

</div></div>

<div style="display:flex"><div style="width:20%">

Certificates in the finking fund to be exchanged for others in the hands of certain creditors.

</div><div style="width:80%">

SEC. IV.   *AND be it further enacted,* That it fhall be lawful for the treafurer to pay to the agent of Caron de Beaumarchais, on warrant or warrants from the auditor, military, or other certificates of the finking fund dated prior to the firft day of January, one thoufand feven hundred and ninety, to the amount of the liquidated claim of the faid De Beaumarchais, and in like manner to any other public foreign creditor willing to accept of fuch payment ; and alfo to exchange certificates of the faid fund of a prior date to the faid period, for any of the certificates of this commonwealth, dated fubfequent to the firft day of January one thoufand feven hundred and ninety, and bearing an intereft of fix per centum.

</div></div>

<div style="display:flex"><div style="width:20%">

Commencement of the act

</div><div style="width:80%">

SEC. V.   THIS act fhall commence in force from and after the paffing thereof.

</div></div>

---

## C H A P.   IV.

### *An ACT for regulating the Militia of this Commonwealth.*

[Paffed December the 22d, 1792.]

<div style="display:flex"><div style="width:20%">

Preamble.

</div><div style="width:80%">

SECTION I.   WHEREAS the Congrefs of the Unite[d] States did at their laft feffion pafs an act, intituled, " An act more effectually to provide for the national " defence, by eftablifhing an uniform militia throughout the United States ;" and it is expedient for this Legiflature to carry the fame into effect, fo far as it refpects this ftate :

</div></div>

<div style="display:flex"><div style="width:20%">

Arrangement of the militia in brigades and divifions.

</div><div style="width:80%">

SEC. II.   BE it therefore enacted, That the counties of Accomack, Northampton, Princefs-Anne, and Norfolk, fhall compofe one brigade ; the counties of Nanfemond, Ifle of Wight, Southampton, Surry, Suffex, and Prince-George, one brigade ; the counties of Elizabeth City, Warwick, York, James City, Charles City, New-Kent, Henrico, and Hanover, one brigade ; the counties of Gloucefter, Mathews, Middlefex, Effex, King William, King & Queen, Lancafter, Northumberland, Richmond, and Weftmoreland, one brigade ; and the faid brigades fhall compofe one divifion.   That the counties of London and Fairfax fhall compofe one brigade ; the counties of Fauquier, Prince William, Stafford, and King George, one brigade ; the counties of Culpeper, Orange, Spotfylvania, and Caroline, one brigade ; the counties of Louifa, Goochland, Fluvanna, Albemarle, and Amherft, one bri-

</div></div>

**EXHIBIT 14**
**0328**

[ 7 ]

gade : and the faid brigades fhall compofe another divifion.  The counties of Frederick and
Berkeley, fhall compofe one brigade ; the counties of Rockingham, Augufta, and Shenandoah,
one brigade ; the counties of Wythe, Ruffell, Wafhington, Lee, Grayfon, and Montgomery,
one brigade ; the counties of Botetourt, Rockbridge, Greenbrier, Bath, and Kanawha, one
brigade ; the counties of Hampfhire, Hardy, Pendleton, Randolph, Harrifon, Monongalia,
and Ohio, one brigade ; and the faid brigades fhall compofe another divifion.  The counties of
Henry, Patrick, Franklin, Campbell, and Bedford, fhall compofe one brigade ; the counties
of Pittfylvania, Halifax, Charlotte, and Prince Edward, one brigade ; the counties of Din-
widdie, Greenfville, Brunfwick, Lunenburg, and Mecklenburg, one brigade ; the counties of
Chefterfield, Amelia, Nottoway, Powhatan, Cumberland, and Buckingham, one brigade ;
and the faid brigades fhall compofe another divifion.

SEC. III.  *AND be it further enacted*, That the counties of Berkeley, Culpeper, Loudoun,    In regiments
and Frederick, fhall compofe two regiments, and four battalions each ; that the counties of    and battalions.
Middlefex and Effex, fhall each compofe one battalion, which two battalions fhall compofe one
regiment ; that the counties of King & Queen and King William, fhall each compofe one
battalion, which two battalions fhall compofe one regiment ; that the counties of Northum-
berland and Lancafter, fhall each compofe one battalion, which two battalions fhall compofe
one regiment ; that the counties of Richmond and Weftmoreland, fhall each compofe one
battalion, which two battalions fhall compofe one regiment ; that the counties of Powhatan
and Cumberland, fhall each compofe one battalion, which two battalions fhall compofe one
regiment ; that the counties of Harrifon and Randolph, fhall each compofe one battalion, which
two battalions fhall compofe one regiment ; that the counties of Ruffell and Lee, fhall each
compofe one battalion, which two battalions fhall compofe one regiment ; and the counties of
Charles City and New-Kent, fhall compofe each one battalion, which two battalions fhall
conftitute one regiment ;  the counties of Elizabeth City and Warwick, one battalion, and
the counties of York and James City, one battalion, which two battalions fhall compofe one
regiment ; and each of the other counties in this commonwealth, and alfo the city of Rich-
mond and borough of Norfolk, fhall compofe each one regiment and two battalions.

SEC. IV.  *AND be it further enacted*, That the General Affembly fhall by joint ballot of    Officers, how
both houfes, appoint an Adjutant-General for the militia of this ftate, and alfo a Major-Ge-    to be appoint-
neral to each divifion, and a Brigadier-General to each brigade ;  which Major-Generals and    ed.
Brigadiers, fhall refide within the limits of their refpective commands.  Each Major-General
fhall appoint his own aids de camp, and each Brigadier-General his own brigade infpector,
who fhall alfo refide within the limits of their refpective divifions and brigades.

SEC. V.  *AND be it enacted*, That the courts of the feveral counties and corporations,
fhall from the field and other officers who at prefent hold commiffions in the militia of the re-
fpective counties and corporations, proceed to recommend to the Executive, the officers ne-
ceffary to complete the regiments and battalions and companies, purfuant to this act, by grades
and feniority ; and the perfons fo recommended, fhall be commiffioned by the Governor, agree-
able to the conftitution of this ftate.

SEC. VI.  ALL perfons holding commiffions under the late militia laws of this ftate, and    Officers not re-
who fhall not be recommended by their refpective courts, fhall be confidered as fupernumerary    commended by
officers, and may be recommended by the  refpective county and corporation courts to fupply    the county
vacancies hereafter happening in the officers of the militia.                                   court to be-
                                                                                                come fupernu-
                                                                                                meraries.

SEC. VII.  AND whereas it will be productive of confiderable advantages to the difci-
plining the militia, to have frequent meetings of the commiffioned officers of the feveral regi-
ments and battalions :  *Be it enacted*, That the commiffioned officers of the feveral regiments    Commiffioned
and battalions fhall  meet twice in every year, for the purpofe of being trained and inftructed    officers to meet
by the Brigade infpector.  The days and places of meeting to be fixed on by the commanding    twice in every
officer of the brigade to which the regiments and battalions belong.  The officers thus affem-    year to be
bled, fhall each continue two days and no longer, for every time they fhall be called out.    trained.
Every officer failing to attend fuch meeting on being fummoned (not having a reafonable ex-
cufe, to be adjudged of by a court-martial) fhall forfeit and pay five dollars, to be appropri-
ed as the other fines are by this act directed.

SEC. VIII.  IT fhall be the duty of the Executive to number by ballot the feveral divifi-    Divifions, bri-
ons, brigades, and regiments, and caufe the fame to be regiftered in the office of the Adju-    gades and re-
tant-General ; and every commiffion hereafter iffued by the Executive, fhall exprefs the num-    giments to be
ber of the divifion, brigade or regiment refpectively, to which the perfon to whom the fame is    numbered and
directed fhall belong.                                                                          regiftered in
                                                                                                the adjutant
                                                                                                general's office

SEC. IX.  *AND be it further enacted*, That the commanding officers of regiments, batta-    Counties to be
lions, and companies, to be appointed and commiffioned by virtue of this act, fhall meet at    divied into
their refpective courthoufes on fome day in the month of March or April next, to be appoint-    diftricts for
ed by the commanding officers of regiments, then and there to divide their refpective coun-    forming regi-
ties into diftricts for the purpofe of forming the regiments, battalions, and companies, by this    ments, bat-
act eftablifhed ;  which diftricts fo laid off fhall be defignated by certain lines and bounds to be    talions and com-
eftablifhed by them, and recorded by the clerks  of the courts-martial refpectively, herein af-    panies.
ter to be appointed.

**EXHIBIT 14**
**0329**

[ 8 ]

**Companies to be divided into divisions.**

Sec. X. AND be it further enacted, That it shall be the duty of the commanding officers of each company so inrolled, to proceed forthwith to divide his company into divisions by ballot from one to ten, for the purpose of a regular rotine of duty when called into actual service, and shall return a roster of each division and its number in rotation, within fifteen days, to the commanding officer of his battalion, who shall forthwith transmit the same to the commanding officer of the regiment, who shall order the same to be recorded by the clerk of the court-martial. The same regulations shall be observed by every commanding officer of a company, battalion, and regiment on the subsequent inrollment of any person therein, unless such person shall produce a certificate of his having been before draughted for the above purpose, in which case he shall be inrolled accordingly.

**Persons exempted from militia duty.**

Sec. XI. AND be it further enacted, That the members of the council of state; judges of the superior courts; speakers and clerks of both houses of the general assembly; the clerks of the superior and inferior courts; the attorney-general; the treasurer and his clerks; the auditor of public accounts and his clerks; clerks of the council of state; the register of the land-office and his clerks; all inspectors of tobacco; all professors and tutors and students at the college of William & Mary, and other public seminaries of learning; all ministers of the gospel licensed to preach according to the rules of their sect, who shall have previously taken before the court of their county an oath of fidelity to the commonwealth; keepers of the public, district, and county jails, and of the public hospital; millers; and all quakers and menonists religiously scrupulous of bearing arms, and having a certificate from their respective societies, according to the rules thereof, of their being members of such society, shall be, and they are hereby exempted from the duties required by this act.

Sec. XII. AND whereas it will be of great utility and advantage in establishing a well disciplined militia, to annex to each battalion a light company to be formed of young men from eighteen to twenty-five years of age, whose activity and domestic circumstances will admit of a frequency of training, not practicable or convenient for the militia in general, and returning to the main body on their arrival at the latter period, will be continually giving thereto a military pride and experience, from which the best of consequences will result.

**A company of grenadier s, light infantry, or riflemen, to be annexed to each battalion.**

Sec. XIII. BE it enacted, That the Governor with the advice of Council, shall issue commissions for a captain, lieutenant and ensign to each battalion out of the present commissioned officers therein; and the said companies shall be distinguished by the denomination of grenadiers, light-infantry or riflemen, at the discretion of the commanding officer of the battalion. Every person belonging to the said light companies, shall wear while on duty, such caps and uniforms as the Executive shall direct, to be purchased by the commanding officer of the battalion, out of the monies arising on delinquents. The captain thereof shall after qualifying as is directed for other officers, proceed to enlist by voluntary enlistments in his company, a sufficient number of young men as before described. And as the men of such light company shall from time to time arrive at the age of twenty-five years, the captain shall make report thereof to the commanding officer of the battalion, who shall order them to be inrolled in the company, whose districts they may respectively live in, and deficiencies shall be supplied by new enlistments, and the said companies shall in all respects be subject to the same regulations and orders as the rest of the militia.

**A company of cavalry, and a company of artill-ry, to be annexed to each division.**

Sec. XIV. AND be it further enacted, That the Governor with the advice of Council, shall and he is hereby empowered, to appoint and commission at their own discretion, at least one captain and two lieutenants in each division, who are hereby authorised and empowered to enlist by voluntary enlistment, and in such proportion to each officer respectively so appointed as the Executive shall direct, a company, to be denominated the company of artillery. In like manner commissions shall issue for at least one captain, two lieutenants and one cornet, who shall also by voluntary enlistments, in the same proportions to their respective ranks, enlist a company, to be denominated the company of cavalry.

**Proviso.**

Provided, that the number of companies of artillery and of cavalry, shall not exceed one for each brigade.

**Oaths of officers.**

Sec. XV. AND be it further enacted, That each and every officer appointed and commissioned by virtue of this act, shall previous to their entering on the execution of their respective offices, take the following oath:—"I— do swear that I will be faithful and true to the "commonwealth of Virginia, of which I profess myself to be a citizen, and that I will faith- "fully and justly execute the office of a in the regiment of the "  militia of Virginia, according to the best of my skill and judgment: So "help me God."

**Adjutant-general may convene brigade-majors and inspectors.**

Sec. XVI. THE adjutant-general shall have full power and authority to convene the brigade majors and inspectors, at such times and places as the good of the service may require, and he shall think proper, and generally to establish such rules and regulations for conducting the business of his department, as he may think expedient and necessary. Any brigade major or inspector, failing to attend such meeting, when duly notified thereof, not having a reasonable excuse for such failure, shall forfeit and pay fifty dollars, to be appropriated as the other fines are directed by this act.

EXHIBIT 14
0330

[ 9 ]

**Sec. XVII.** THERE shall be a private muster of each company of grenadiers, light-infantry, riflemen, artillery and cavalry, once in every two months, except in the months of December, January and February, in every year, and every other company, formed by virtue of this act, once in three months, (except as before is herein excepted) to be appointed by the commanding officer thereof, at or as near as may be to the centre of his company district. There shall be a muster of each battalion in the month of May, in every year, to be appointed by the commanding officers of the regiments to which such battalions respectively belong, at, or as near as may be to the centre of the battalion, and a muster of each regiment in the month of October in every year, to be appointed by the brigadier general or commanding officer of the brigade, to which such regiment belongs, at, or as near as may be, to the centre of the regimental district, which said company, battalion, and regimental musters shall continue one day each, and no longer. Of the times and places of the said musters the brigadier generals or commanding officers of brigades for the time being, shall cause notice to be given to the commanding officers of regiments; the commanding officers of regiments shall give notice of the regimental and battalion musters to the commanding officers of battalions; the commanding officers of battalions shall give notice of the regimental and battalion musters, to the captains or commanding officers of the companies; and the captains or commanding officers of companies shall give notice of the regimental battalion and private musters, to every person of their respective companies; and to that end the commanding officers of companies shall have power to order so many of their serjeants as they shall think fit to give such notice, which may be done by personal summons by the said commanding officer, or serjeant to ordered, or by either of them leaving notice in writing at the usual place of abode of the person so to be notified. The notice to be given by the commanding officers of brigades, regiments and battalions, shall be in writing delivered in person, or left at the usual place of abode of each person to be notified, either by such commanding officers themselves, or by such officer or officers of their respective commands, as they may think fit to order. The said notices shall be given by the commanding officers of the brigade, to the commanding officers of regiments at least thirty days; by the commanding officers of regiments to the commanding officers of battalions, at least fifteen days; by the commanding officers of battalions to the commanding officers of companies, at least ten days; and by the commanding officers of companies to each person in their companies at least five days before such regimental, battalion, or private musters, (as the case may be) shall be appointed to be had. Any officer ordered as aforesaid to give such notices, and failing therein, shall for every offence forfeit and pay twenty dollars; and every serjeant to failing shall forfeit and pay three dollars for every such failure, to be recovered as other fines hereafter to be established. Every officer and soldier shall appear at his respective muster field on the day appointed by eleven o'clock in the forenoon. At every muster, each captain or commanding officer of a company shall call his roll, examine every person belonging thereto, and note down all delinquencies occurring therein, and make return thereof at the next regimental or battalion muster to the commanding officer of his battalion, including those which may occur on that day. And every commanding officer of a battalion, shall at their regimental or battalion musters (as the case may be) in like manner call his roll, examine and note down all delinquencies in his battalion, and make return thereof, together with those reported from commanding officers of companies, to the commanding officer of the regiment to which he belongs, on the day next succeeding such regimental or battalion musters, (as the case may be) who shall lay the whole before the court hereafter appointed to take cognizance of, and determine on them: Provided, that the commanding officer of a battalion shall not be obliged to extend his roll call, or individual examination, beyond the officers, unless he shall observe some apparent necessity therefor; and to each of the said returns shall be annexed the following certificate, to wit:

"I A B do certify that the returns hereunto annexed, contain all the "delinquencies which have occurred in my company since my last return, having examined "the same as they were directed." And to the battalion returns shall be added, "and that the "reports which accompany them, are all which have been made by the commanding officers "of battalions."

**Sec. XVIII.** EVERY captain or commanding officer of a company, shall within ten days after every regimental and battalion muster, make up and report to the commanding officer of his battalion, a return of his company, in such manner and form as shall be furnished by the proper officer from time to time. It shall be the duty of the commanding officers of battalions to make like returns to the commanding officers of regiments in ten days after such regimental or battalion musters, who shall cause like adjutant of his regiment to make like returns thereof to their respective brigade inspectors within thirty days thereafter.

**Sec. XIX.** EACH captain or commanding officer of a company, shall appoint to his company four serjeants, four corporals, a drummer and fifer, to be approved of by the commanding officer of his battalion, and all vacancies, which may thereafter happen, shall be filled up by appointments in like manner.

**Sec. XX.** IN all cases of death, absence, or resignation of any lieutenant colonel commandant, major, or captain, the next officer in rank in his respective command, shall be considered as the commanding officer during such vacancy, and shall to perform the duties required by this act, and for neglect therein, shall incur the penalties annexed thereto.

**Sec. XXI.** IT shall be the duty of every commander of a regiment, battalion, or company, at every of their respective musters, to cause the militia to be exercised and trained agreeable to the mode of discipline prescribed by Congress, under pain of being arrested and

C

*Musters of the companies.*

*Of the battalions.*

*Of the regiments.*

*Notices of them, by whom & how to be given.*

*Penalties on officers, and serjeants failing to give the notices.*

*Rolls to be called, and delinquencies noted.*

*Form of return of delinquencies.*

*Returns of companies.*

*Of battalions.*

*Of regiments.*

*Drummer and fifer to be appointed in each company.*

*The officer next in rank to take command, in the absence of his superior.*

*Militia to be exercised.*

**EXHIBIT 14**
**0331**

[ 10 ]

tried for breach of their duty; and for this purpose the said officers are hereby authorifed to order the moft expert and fit officer in their refpective commands, to perform that duty.

**Officers to be furnifhed with printed copies of the rules of difcipline.**

SEC. XXII.  AND to the end that a general knowledge of the rules of difcipline eftablifhed by Congrefs in their refolution of the twenty-ninth day of March, one thoufand feven hundred and feventy-nine, may be diffufed, the Executive is hereby authorifed and required, to procure and have a fufficient number of copies of the faid rules printed and bound in boards, to afford to every commiffioned officer of the militia, one; and to caufe them to be delivered to the commanding officers of brigades, to be by them duly diftributed without delay; and upon the death, refignation, or removal of any officer, as aforefaid, the plan delivered him fhall revert to the public, and the commanding officer of the battalion in which fuch vacancy fhall occur, fhall deliver the fame to a new appointed officer, who may not have received one, and for defraying the neceffary expenfe thereof, the Executive fhall draw on the contingent fund.

**Officers may be arrefted for mifbehaviour. Non commiffioned officers & foldiers may be confined or bound neck & heels for difobedience or mutiny.**

SEC. XXIII.  ANY officer who fhall be guilty of difobedience, or other mifbehaviour when on duty, or fhall at any time be guilty of any conduct unbecoming the character of an officer, fhall be put under arreft by his commanding officer, and tried as hereafter fhall be directed.

SEC. XXIV.  IF any non-commiffioned officer, or foldier, fhall behave himfelf difobediently or mutinoufly, when on duty, or before any court, or board herein-after appointed for enquiring into delinquencies: And to the end held, the commanding officer, court, or board, may confine him for the day, or caufe him to be bound neck and heels for any time not exceeding five minutes.

**Byftanders may be confined for molefting any officer or foldier on duty.**

SEC. XXV.  IF any byftander fhall interrupt, moleft, or infult any officer or foldier while on duty at any mufter, or fhall be guilty of like conduct before any court or board as aforefaid, the commanding officer, or fuch court or board, may caufe him to be confined for the day.

**Colours to be procured; Drums & fifes, or bugle-horns**

SEC. XXVI.  THE commanding officers of regiments fhall caufe to be purchafed, out of the money arifing from the fines, a fet of colours for his regiment, and alfo a fet of colours for each battalion in his regiment.  He fhall alfo procure in like manner, for each company in his regiment, a drum and fife, or bugle-horn, and on the colours and drums fhall be marked the number of the regiment and battalion, together with the name of the county to which they belong.

**Militia to be called forth in cafe of invafion or infurrection.**

SEC. XXVII.  AND be it further enacted, That the Governor, with the advice of Council, be authorifed and empowered, on any invafion or infurrection, or probable profpect thereof, to call forth fuch a number of militia, and from fuch counties as they may deem proper; and for the accommodation, equipment, and fupport of the militia, fo at any time to be called forth, the Governor, with the advice aforefaid, may appoint fuch quarter-mafters, commiffaries, and other ftaff, as to them fhall feem proper, and to fix their pay and allowances, and fhall alfo take fuch meafures for procuring, tranfporting, and iffuing all ftores which may be neceffary, as to them fhall feem beft.  Orders for the militia to be called forth, as aforefaid, fhall be fent to the commanding officers of brigades, with a notification of the place or places of rendezvous, who fhall immediately take meafures for detaching the fame, with the neceffary number, and ranks of officers by detail and rotation of duty.

**Each company to be furnifhed with a waggon, team, &c. by impreffment or otherwife.**

SEC. XXVIII. THE lieutenant colonel commandant, or commanding officers of regiments from which fuch detachments are drawn, fhall caufe to be procured by impreffment or otherwife, for each company, a waggon, team, and driver, fix oxes, and fix camp-kettles, or pots of convenient fize, all which fhall be delivered to the commanding officer of the company, who fhall be accountable for returning the fame when his tour is over, and the articles aforefaid fhall be returned to the owners, who fhall be allowed for the ufe of the fame, whatever fhall be adjudged by the court herein-after appointed for enquiring into delinquencies:  And to the end that if any article impreffed, be loft, the owner may be paid for the fame, the lieutenant colonel commandant, or commanding officer, fhall caufe all property by him impreffed by virtue of this act, to be valued by two or more freeholders on oath, before the fame fhall be fent away; and upon proof being made of any article being loft, the valuation thereof fhall be allowed, without any allowance for the ufe, and the faid allowance fhall be certified to the auditor of public accounts.  The faid court fhall make enquiry into the caufe of fuch lofs, and if it fhall appear that the faid lofs was occafioned by the mifconduct or inattention of any officer, the lieutenant colonel commandant, or commanding officer, is hereby authorifed and required to profecute a fuit againft fuch officer for the recovery of damages for the ufe of the commonwealth.

**Articles impreffed to be valued,**

**and the owners paid therefor if loft;**

**Officers anfwerable to the public, if loft thro' neglect.**

**Executive to appoint officers when neceffary**

SEC. XXIX.  IF it fhall appear to the Executive, upon calling forth the militia as aforefaid, that the neceffary number and ranks of officers will not attend the detachments for officering them at the places of rendezvous, the Governor, with the advice of Council, is hereby authorifed to appoint fuch officers as may be neceffary from the counties called upon, as they may think proper, to join the detachment fo raifed.

**Commanding officer in a county may order out militia in invafions or infurrections.**

SEC. XXX.  IF a fudden invafion fhall be made into any county in this commonwealth, or in cafe of an infurrection in any county, the commanding officer in fuch county is hereby authorifed and required, to order out the whole or fuch part of his militia as he may think neceffary, and in fuch manner as he may think beft, for repelling or fuppreffing fuch infurrection, and fhall call on the commanding officers of regiments in the adjacent counties, for fuch aid as he

**EXHIBIT 14**
**0332**

[ 11 ]

may think necessary, who shall forthwith in like manner furnish the same; and for assembling the militia required upon such occasions, or by orders of the Executive, the same measures shall be taken to summon them as is directed in the case of musters.

Sec. XXXI. WHENEVER any militia shall be called forth into actual service as aforesaid, they shall be governed by the articles of war which govern the troops of the United States. And courts-martial shall be held as are therein directed, to be composed of militia officers only, for the trial of any person in the militia; but to the cashiering of any officer, or of capital punishment of any person, the approbation of the Executive shall be necessary; and when any militia shall be in actual service, they shall be allowed the same pay and rations as are allowed by the Congress of the United States to the troops in the service of the United States. *Militia in service to be governed by the articles of war of the United States. Their pay and rations;*

Sec. XXXII. AND be it further enacted, That the commanding officer of every battalion of militia, shall from time to time, as he shall deem it necessary, appoint an officer, and so many men of the militia as to him shall seem necessary, not exceeding four, once in every month, or oftener if thereto required by such officer, to patrole and visit all negro quarters and other places suspected of entertaining unlawful assemblies of slaves, servants, or other disorderly persons, as aforesaid, unlawfully assembled, or any others strolling about from one plantation to another, without a pass from his or her master, mistress, or owner, and carry them before the next justice of the peace, who, if he shall see cause, is hereby required to order every such slave, servant, stroller, or other disorderly person as aforesaid, to receive any number of lashes, not exceeding twenty, on his or her bare back; and in case one company of patrollers shall not be sufficient, more companies may in like manner be ordered for the same service. And after every patrole, the officer of every party shall return to the captain of the company to which he belongs, a report in writing upon oath (which oath such captain is hereby empowered to administer) of the names of those of his party who were upon duty, and of the proceedings of such patrole; and such captain shall once in every month deliver such patrole returns to the commanding officer of his battalion, by whom they shall be certified and laid before the next court-martial; and if they shall adjudge the patrollers to have performed their duty according to law, the said court shall certify the same to the county court, who are thereupon empowered and required to levy fifty cents for every twelve hours each of them shall so patrole; and every commanding officer failing to appoint patrollers according to the directions of this act, shall forfeit and pay thirty dollars; and every person appointed to patrole, failing to do his duty, shall forfeit and pay three dollars for every such failure; which fines, shall be laid, collected, accounted for, and appropriated as is herein directed for laying, accounting for, and appropriating the several fines and penalties by this act directed. *Patrollers to be appointed; Their duty; Their pay; Penalty for failing to do their duty;*

Sec. XXXIII. AND WHEREAS it is necessary that certain tribunals be instituted for the trial of offences as they are to be viewed in a military light, as well as for enquiring into delinquencies and assessing fines thereon: Be it therefore enacted, That the Governor shall have power to arrest the major generals and all other officers for any misconduct whatever, and upon trial and conviction, may censure or cashier them; a lieutenant colonel commandant may arrest any officer under his command, and report him to the Governor for trial, or at the option of such lieutenant colonel commandant, a general court-martial, to consist of thirteen officers, may by his order be held within the limits of his regimental district, for trial of such as shall be under the rank of a field officer. The president of the said court shall be a field officer, and fix at least of the members shall be captains, and where there is not a sufficient number of officers in any regiment to constitute a court where the arrest is made, the commanding officer of the regiment may call upon the commanding officer of any adjacent regiment, to order as many officers from such regiment as will be sufficient to make a court, and such court may, on conviction, censure or cashier any officer so tried, and their sentence shall be final; saving to such officer an appeal to the executive, if he shall think proper, in which case the commanding officer shall furnish him with a copy of the proceedings of the said court. Any non-commissioned officer, or soldier, offending, shall be tried by a like general court martial, and may, on conviction, be censured or fined at the discretion of the court. For obtaining the necessary evidence for the trials aforesaid, the governor, or the commanding officer of the regiment (as the case may be) shall issue his summons, and any person so summoned failing to attend, shall forfeit and pay, upon a summons from the governor, thirty dollars, and upon a summons from the commanding officer of a regiment, fifteen dollars; to be reported by the commanding officer, amongst other delinquencies, to the court aforesaid. *Courts-martial to be held for the trial of offences; Officers, by whom to be arrested; Appeals may be made from the sentence of a court-martial to the Executive; Evidence, how to be procured;*

Sec. XXXIV. AND be it further enacted, That the commanding officers of regiments shall, on some day in the months of May and October, not exceeding fifteen, nor less than ten days after their regimental and battalion musters, order the commanding officers of battalions and of companies, to meet at the places where their last battalion musters respectively were held, a majority of whom shall form a court of enquiry and assessment of fines, and it shall be the duty of the lieutenant colonel commandant to preside at such boards, and in case of his absence by sickness or otherwise, the next officer in rank shall preside. The said court shall take the following oath, to be administered by the senior officer present, and afterwards by any other officer of the said board to him, to wit: " I                                    do swear, that I will truly and " faithfully, enquire into all delinquencies which appear on the returns to be laid before me, " and will assess the fines thereon as shall seem just, without favor, partiality, or affection," " So help me GOD." The lieutenant colonel commandant shall then lay before the said court *Courts for assessment of fines, when & where to be held;*

EXHIBIT 14
0333

[ 12 ]

all delinquencies, as directed by this act, whereupon they shall proceed to hear and determine on them.

**Fines to be collected by the sheriff;**

Sec. XXXV. ALL fines to be assessed by virtue of this act, shall be collected by the sheriff of the county, upon a list thereof certified by the clerk of the said court, and delivered to the sheriff, on or before the first day of January, in every year, who shall give his receipt therefor, and account for the same to the lieutenant colonel commandant, or his successor, and be allowed the same commissions as for other public monies, on or before the first day of November in the same year; and on failure, the commanding officer, or his successor, shall, on ten days previous notice, obtain judgment for the same in the county or corporation court with costs; and should any person so charged with fines, fail to make payment on or before the first day of May, in any year, the sheriff is hereby authorized to make distress and sale therefor, in the same manner as is directed in the collection of the taxes.

**by distress, when necessary;**

**Officers to render accounts of fines received.**

Sec. XXXVI. THE commanding officer of every regiment shall on or before the thirty first day of December, in every year, render to the Executive an account upon oath of all monies which have come into his hands by virtue of his office, and of his disbursements; and if there shall remain any money in his hands, the same shall be paid into the treasury in aid of the contingent fund.

**Fines to be paid for delinquencies; By a commanding officer of a regiment;**

Sec. XXXVII. AND for enforcing obedience to this act, *Be it enacted*, That the following forfeitures and penalties shall be incurred for delinquencies, viz. By a lieutenant-colonel commandant, or commanding officer of a regiment, for failing to take any oath, to summon any court or board, to attend any court or board, to transmit any recommendation of an officer or officers to the governor, to deliver any commission or commissions, to appoint a regimental or battalion muster, to report delinquencies, to make returns of his regiment as by this act directed, shall for each and every such offence or neglect, forfeit and pay seventy dollars; failing to send into actual service any militia legally called for, or to turn out his militia upon any invasion or insurrection of his county, two hundred dollars. By a major for failing to take any oath, to attend any court or board, to give notice of any regimental or battalion muster, to examine his battalion, to report delinquencies, or to make any return as directed by this act, he shall forfeit and pay for each and every offence or neglect, thirty dollars; failing to call forth from his battalion with due dispatch, any detachment of men and officers, as shall be required from time to time by the commanding officer, or any call from the governor, invasion of or insurrection in his county, or requisition from any neighbouring county, eighty dollars. By a captain for failing to take an oath, to attend any court, to inroll his company, to appoint private musters, to give notice of a regimental or battalion muster, to attend any muster armed, to call his roll, examine his company and report delinquencies, to make any return as directed by this act, he shall forfeit and pay for each and every such offence and neglect, twenty dollars; failing to call forth such officers and men as shall from time to time be legally called from his company, upon any call from the Governor, invasion of, or insurrection in the county, or requisition from an adjacent county, or failing on any such occasion to repair to the place of rendezvous, he shall forfeit and pay forty dollars. By a subaltern officer for failing to take any oath, to attend any court, or muster armed as directed, for each and every such offence he shall forfeit and pay ten dollars; failing to repair to the place of rendezvous, armed as required; when ordered upon any call from the Governor, invasion of, or insurrection in the county, or requisition from a neighbouring county, he shall forfeit and pay twenty dollars: And moreover the said officers, for any of the said offences, shall be liable to be arrested and tried for the same as military offenders. By a non-commissioned officer or soldier, for failing to attend at any muster, armed and equipped as directed by law, fifty cents; failing to repair to his rendezvous when ordered, upon any call from the Governor, invasion of, or insurrection in the county, or requisition from a neighbouring county, he shall forfeit and pay ten dollars.

**By a major;**

**By a captain;**

**By a subaltern;**

**By a non commissioned officer or private.**

**Arms, &c. of militia exempted from executions, distresses, &c. and their persons from arrests at musters and in service.**

Sec. XXXVIII. ALL arms, ammunition, and equipments of the militia, shall be exempted from executions and distresses at all times, and their persons from arrests in civil cases, while going to, continuing at, or returning from musters, and while in actual service.

Sec. XXXIX. THE commanding officers of regiments shall on the day of his regimental muster first to be held under this act, his muster being over, order the majors and captains of his regiment to assemble at some convenient place, at or near the muster-ground, and then and there appoint by ballot a clerk and provost martial, who shall attend the courts or boards herein before directed to be held; such clerk shall keep a fair record of the proceedings of such courts or boards, as also of the roster returned by the several captains or commanding officers of companies for regular rotine of duty, and all other duties required by this act; and together with the provost martial, receive such allowance, to be paid out of the fines arising from delinquencies, as the court or board shall think reasonable.

**Richmond, Williamsburg, and Norfolk militia to be under the like regulations as the militia of the counties.**

Sec. XL. THE militia of the city of Williamsburg, city of Richmond, and borough of Norfolk, shall have their officers appointed, and be under the same rules and regulations as the different counties.

Sec. XLI. THE commanding officers of regiments are hereby empowered to receive the commission of any officer in his regiment, who may think proper to resign, and shall notify such resignation to the next succeeding court, in order that such vacancy may be supplied.

**EXHIBIT 14**
**0334**

[ 13 ]

SEC. XLII. ANY court martial may for good caufe fhewn, remit any fines impofed by a former court martial, provided that not more than two courts martial fhall have intervened between fuch impofition and application for remiffion.

<div style="float:right">Courts martial may remit fines;</div>

SEC. LXIII. COURTS martial may exempt any militia man from duty on account of bodily infirmity, and may again direct fuch perfons to be inrolled when able to do duty.

<div style="float:right">And exempt perfons from militia duty for bodily infirmities.</div>

SEC. LXIV. FOR the trial and punifhment of the adjutant general, major generals, and brigadier generals, *Be it enacted*, that any major general or brigadier general offending under this act, fhall be arrefted and tried in the following manner, viz. A major general fhall be arrefted by the commander in chief of the ftate upon any mifconduct of his own knowledge, or upon complaint lodged in writing by any commiffioned officer, who fhall thereupon order a general court martial, to confift if convenient of the remaining major generals, the brigadier generals of the divifion, over which fuch major general is appointed, or as many of them as can conveniently attend, and as many lieutenant colonel commandants and majors, as fhall make up the number of thirteen in the whole, who fhall conftitute a court martial for the trial of fuch offenders. Any brigadier general may in like manner be arrefted for any offence committed under this act, by the commander in chief of the ftate, or by the major general of the divifion to which he belongs, and tried by a court martial, to confift of one major general, and not more than four brigadiers, and as many lieutenant colonel commandants, majors, and captains, as will be fufficient to conftitute a court, to confift of thirteen members in the whole, which courts fhall proceed to hear and determine all fuch offences, and give judgment according to the right of the cafe, to be approved or difapproved by the commanding officer of the ftate.

<div style="float:right">Courts martial for the trial of generalofficers.</div>

<div style="float:right">By whom they may be arrefted.</div>

SEC. LXV. *AND be it further enacted*, That the adjutant general fhall be allowed four hundred dollars per year; and that each brigade infpector fhall be allowed one hundred and fifty dollars per year, for the duties herein required of them, to be paid by the treafurer, on warrant from the auditor, who is hereby authorifed and required to grant the fame quarter yearly, on proper application being made.

<div style="float:right">Salaries of the adjutant general and brigade infpectors.</div>

SEC. LXVI. THIS act fhall commence and be in force from and after the paffing thereof.

<div style="float:right">Commencement of this act.</div>

## C H A P. V.

*An ACT for reducing into one, the feveral Acts concerning Executions, and for the relief of Infolvent Debtors.*

[Paffed December the 13th, 1792.]

SECTION I. **B**E it enacted by the General Affembly, That all perfons recovering any debt, damages or cofts, by the judgment of any court of record within this commonwealth, may, at their election, profecute writs of *fieri facias, elegit*, and *capias ad fatisfaciendum*, within the year, for the taking the goods, lands, or body of the perfon or perfons againft whom fuch judgment is obtained, in manner following: All fuch writs fhall run in the name of the commonwealth, and bear tefte by the clerks of the faid courts refpectively, fhall be returnable to the firft day of the next fucceeding court, fo that there be always at leaft fifteen days between the tefte and return of each of the faid writs: *Provided*, that executions may be iffued from the General Court returnable to the fecond term of the faid court, following the day of iffuing the fame; and that executions fhall iffue to any fheriff or coroner from the clerks of the Diftrict Courts, and be returnable to the firft day thereof, *And provided alfo*, that if the plaintiff in any county or other inferior court, fhall defire an execution to iffue, returnable, at a further day, the clerk fhall iffue the fame accordingly, fo as the day of fuch return be upon a court day within ninety days next after the tefte thereof; and that the forms of the faid feveral writs fhall be as follows, *mutatis, mutandis*, to wit;

<div style="float:right">Writs of execution.</div>
<div style="float:right">How to be iffued and returned.</div>
<div style="float:right">Fifteen days at leaft between tefte & return.</div>
<div style="float:right">From the general and diftrict courts, when returnable.</div>
<div style="float:right">Forms of the writs.</div>

## " A FIERI FACIAS IN DEBT.

" THE commonwealth of Virginia, to the fheriff of                county, greet-
" ing: WE command you, that of the goods and chattels of A. B. late in your bailiwick,
" you caufe to be made the fum of         , which C. D. lately in our
" court hath recovered againft him for debt; alfo the fum of         , which to the
" faid C. D. in the fame court were adjudged for his damages, as well by reafon of detaining
" the faid debt, as for his cofts in that fuit expended, whereof he is convicted, as appears to us of
" record, and that you have the faid         before the judges or juftices (as the cafe-
" may be) of our faid court, the         day of         to render to the faid C. D.
" of the debt and damages aforefaid. And have there then this writ. Witnefs, &c."

<div style="float:right">Againft goods and chattels.</div>
<div style="float:right">Debt.</div>

The fame in cafe, upon a Promife;

AS before unto         " for his damages, which he fuftained, as well by reafon of his
" not performing a certain promife and affumption to the faid C, D, by the faid A. B. lately
" made, as for his cofts by him about his fuit in this behalf expended, &c."

<div style="float:right">Cafe, affumpfit.</div>

D

EXHIBIT 14
0335

# EXHIBIT "15"

EXHIBIT 15
0336

Case 3:19-cv-01226-L-AHG Document 12-14 Filed 10/04/19 PageID.775 Page 134 of 176

States, and for appropriating the same, took effect: *And provided also,* That such allowance shall not exceed the annual amount of seventy thousand dollars, until the same shall be further ascertained by law.

<div style="text-align:right">not to exceed $70,000.</div>

Sec. 17. *And be it further enacted,* That the act, intituled " An act repealing after the last day of June next, the duties heretofore laid upon distilled spirits imported from abroad and laying others in their stead, and also upon spirits distilled within the United States, and for appropriating the same," shall extend to and be in full force for the collection of the several duties herein before mentioned and for the recovery and distribution of the penalties and forfeitures herein contained and generally for the execution of this act, as fully and effectually as if every regulation, restriction, penalty, provision, clause, matter, and thing therein contained were inserted in and re-enacted by this present act, subject only to the alterations hereby made.

<div style="text-align:right">Certain act in force for collection of the duties, &c. herein.<br><br>1791, ch. 15.</div>

Approved, May 8, 1792.

<div style="text-align:right">Statute I.</div>

Chap XXXIII.—*An Act more effectually to provide for the National Defence by establishing an Uniform Militia throughout the United States.(a)*

<div style="text-align:right">May 8, 1792.</div>

Section 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled* That each and every free able-bodied white male citizen of the respective states, resident therein, who is or shall be of the age of eighteen years, and under the age of forty-five years (except as is herein after excepted) shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company, within whose bounds such citizen shall reside, and that within twelve months after the passing of this act. And it shall at all times hereafter be the duty of every such captain or commanding officer of a company to enrol every such citizen, as aforesaid, and also those who shall, from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years (except as before excepted) shall come to reside within his bounds; and shall without delay notify such citizen of the said enrolment, by a proper non-commissioned officer of the company, by whom such notice may be proved. That every citizen so enrolled and notified, shall, within six months thereafter, provide himself with a good musket or firelock, a sufficient bayonet and belt, two spare flints, and a knapsack, a pouch with a box therein to contain not less than twenty-four cartridges, suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball: or with a good rifle, knapsack, shot-pouch and powder-horn, twenty balls suited to the bore of his rifle and a quarter of a pound of powder; and shall appear, so armed, accoutred and provided, when called out to exercise, or into service, except, that when called out on company days to exercise only, he may appear without a knapsack. That the commissioned officers shall severally be armed with a sword or hanger and espontoon, and that from and after five years from the passing of this act, all muskets for arming the militia as herein required, shall be of bores sufficient for

<div style="text-align:right">Militia how and by whom to be enrolled.<br><br><br><br><br><br><br><br><br><br><br><br>How to be armed and accoutred.<br><br><br><br><br><br><br><br><br><br>1803, ch. 15.</div>

(a) The acts for the establishment of an uniform system for the government of the militia, are: An act more effectually to provide for the national defence by establishing an uniform militia throughout the United States, May 8, 1792, chap. 33; an act providing arms for the militia throughout the United States, July 6, 1798, chap. 65; an act in addition to an act entitled, "An act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States," March 2, 1803, chap. 15; an act more effectually to provide for the organizing of the militia of the District of Columbia, March 3, 1803, chap. 20; an act establishing rules and articles for the government of the armies of the United States, April 10, 1806, chap. 20; an act in addition to the act entitled, "An act to provide for calling forth the militia to execute the laws of the Union, suppress insurrections, and to repeal the act now in force for those purposes," April 18, 1814, chap. 82; an act concerning field officers of the militia, April 20, 1816, chap. 64; an act to establish an uniform mode of discipline and field exercise for the militia of the United States, May 12, 1820, chap. 97; an act to reduce and fix the military peace establishment of the United States, March 2, 1821, chap. 13, sec. 14.

EXHIBIT 15<br>0337

balls of the eighteenth part of a pound.   And every citizen so enrolled, and providing himself with the arms, ammunition and accoutrements required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales, for debt or for the payment of taxes.

**Executive officers, &c. exempted.**

SEC. 2. *And be it further enacted*, That the Vice President of the United States; the officers judicial and executive of the government of the United States; the members of both Houses of Congress, and their respective officers; all custom-house officers with their clerks; all post-officers, and stage drivers, who are employed in the care and conveyance of the mail of the post-office of the United States; all ferrymen employed at any ferry on the post road; all inspectors of exports; all pilots; all mariners actually employed in the sea service of any citizen or merchant within the United States; and all persons who now are or may hereafter be exempted by the laws of the respective states, shall be, and are

**1810, ch. 37, sec. 33.**

hereby exempted from militia duty, notwithstanding their being above the age of eighteen, and under the age of forty-five years.

**Militia how to be arranged, and**

SEC. 3. *And be it further enacted*, That within one year after the passing of this act, the militia of the respective states shall be arranged into divisions, brigades, regiments, battalions and companies, as the legislature of each state shall direct; and each division, brigade and regiment, shall be numbered at the formation thereof; and a record made of such numbers in the adjutant-general's office in the state; and when in the field, or in service in the state, each division, brigade and regiment shall respectively take rank according to their numbers, reckoning the first or lowest number highest in rank.   That if the same be convenient, each brigade shall consist of four regiments; each regiment of two battalions; each battalion of five companies; each company of

**by whom officered.**

sixty-four privates.   That the said militia shall be officered by the respective states, as follows: To each division, one major-general and two aids-de-camp, with the rank of major; to each brigade, one brigadier-general, with one brigade inspector, to serve also as brigade-major, with the rank of a major; to each regiment, one lieutenant-colonel commandant; and to each battalion one major; to each company one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer and one fifer or bugler.   That there shall be a regimental staff, to con-

**1803, ch. 15, sec. 3.**

sist of one adjutant and one quartermaster, to rank as lieutenants; one paymaster; one surgeon, and one surgeon's mate; one sergeant-major; one drum-major, and one fife-major.

**Each battalion to have one company of grenadiers, &c. and one company of artillery.**

SEC. 4. *And be it further enacted*, That out of the militia enrolled, as is herein directed, there shall be formed for each battalion at least one company of grenadiers, light infantry or riflemen; and that to each division there shall be at least one company of artillery, and one troop of horse: there shall be to each company of artillery, one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombadiers, one

**Officers how to be armed.**

drummer, and one fifer.   The officers to be armed with a sword or hanger, a fusee, bayonet and belt, with a cartridge-box to contain twelve cartridges; and each private or matross shall furnish himself with all the equipments of a private in the infantry, until proper ordnance and field

**Troops of horse how officered, &c.**

artillery is provided.   There shall be to each troop of horse, one captain, two lieutenants, one cornet, four sergeants, four corporals, one saddler, one farrier, and one trumpeter.   The commissioned officers to furnish themselves with good horses of at least fourteen hands and an half high, and to be armed with a sword and pair of pistols, the holsters of which to be covered with bearskin caps.   Each dragoon to furnish himself with a serviceable horse, at least fourteen hands and an half high, a good saddle, bridle, mailpillion and valise, holsters, and a breast-plate and crupper, a pair of boots and spurs, a pair of pistols, a sabre, and a cartouch-box, to

**Artillery and horse of whom to be formed;**

contain twelve cartridges for pistols.   That each company of artillery and troop of horse shall be formed of volunteers from the brigade, at the

EXHIBIT 15
0338

Case 3:19-cv-01226-L-AHG   Document 12-14   Filed 10/04/19   PageID.777   Page 136 of 176

discretion of the commander-in-chief of the state, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry, and shall be uniformly clothed in regimentals, to be furnished at their own expense; the colour and fashion to be determined by the brigadier commanding the brigade to which they belong. *to be uniformly clad at their own expense.*

*1803, ch. 15.*

SEC. 5. *And be it further enacted,* That each battalion and regiment shall be provided with the state and regimental colours by the field officers, and each company with a drum and fife, or bugle-horn, by the commissioned officers of the company, in such manner as the legislature of the respective states shall direct. *What colors &c. and by whom to he furnished.*

SEC. 6. *And be it further enacted,* That there shall be an adjutant-general appointed in each state, whose duty it shall be to distribute all orders from the commander-in-chief of the state to the several corps; to attend all public reviews when the commander-in-chief of the state shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the system of military discipline established by this act; to furnish blank forms of different returns that may be required, and to explain the principles on which they should be made; to receive from the several officers of the different corps throughout the state, returns of the militia under their command, reporting the actual situation of their arms, accoutrements, and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline : all which the several officers of the divisions, brigades, regiments, and battalions, are hereby required to make in the usual manner, so that the said adjutant-general may be duly furnished therewith: from all which returns he shall make proper abstracts, and lay the same annually before the commander-in-chief of the state. *Adjutant-general in each state, his duty.*

*1803, ch. 15.*

SEC. 7. *And be it further enacted,* That the rules of discipline, approved and established by Congress in their resolution of the twenty-ninth of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout the United States, except such deviations from the said rules as may be rendered necessary by the requisitions of this act, or by some other unavoidable circumstances. It shall be the duty of the commanding officer at every muster, whether by battalion, regiment, or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline. *Rules of discipline.*

SEC. 8. *And be it further enacted,* That all commissioned officers shall take rank according to the date of their commissions; and when two of the same grade bear an equal date, then their rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company, or detachment. *Officers how to take rank.*

SEC. 9. *And be it further enacted,* That if any person, whether officer or soldier, belonging to the militia of any state, and called out into the service of the United States, be wounded or disabled while in actual service, he shall be taken care of and provided for at the public expense. *Provision in case of wounds, &c.*

SEC. 10. *And be it further enacted,* That it shall be the duty of the brigade-inspector to attend the regimental and battalion meetings of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition, and accoutrements; superintend their exercise and manœuvres, and introduce the system of military discipline before described throughout the brigade, agreeable to law, and such orders as they shall from time to time receive from the commander-in-chief of the state; to make returns to the adjutant-general of the state, at least once in every year, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements, and ammunition of the several corps, and every other thing which, in his judgment, may relate to their government and the *Brigade inspector's duty.*

*1803, ch. 15.*

EXHIBIT 15
0339

Case 3:19-cv-01226-L-AHG   Document 12-14   Filed 10/04/19   PageID.778   Page 137 of 176

general advancement of good order and military discipline; and the adjutant-general shall make a return of all the militia of the state to the commander-in-chief of the said state, and a duplicate of the same to the President of the United States.

Artillery &c.
now existing,

And whereas sundry corps of artillery, cavalry, and infantry now exist in several of the said states, which by the laws, customs, or usages thereof have not been incorporated with, or subject to the general regulations of the militia:

to retain their
privileges.

Sec. 11. *Be it further enacted,* That such corps retain their accustomed privileges, subject, nevertheless, to all other duties required by this act, in like manner with the other militia.

Approved, May 8, 1792.

Statute I.

May 8, 1792.

Chap. XXXIV.—*An Act relative to the compensations to certain officers employed in the collection of the duties of impost and tonnage.*

[Obsolete.]
Additional
specific allow-
ance from 1st of
July next to cer-
tain  surveyors
and collectors.
1790, ch. 35.
sec. 53.
Act of March
2, 1799, ch. 23.

Section 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That from and after the last day of June next, in addition to the fees and emoluments which may accrue to the officers employed in the collection of the duties of impost and tonnage, by the provisions already made, they shall severally have and be entitled to the respective allowances following, to wit: The surveyors of Newburyport, Salem, St. Mary's and Wilmington, in North Carolina, the yearly sum of one hundred dollars each; the surveyors of Beverly, North Kingston, East Greenwich, Warren, Bristol, Pawcatuck river, Providence, Patuxet, New Haven, Lewellensburg, Alexandria, Beaufort, Hertford, Winton, Bennet's creek, Plymouth, Windsor, Skewarkey, Murfreesborough, Nixonton, Indiantown, Currituck inlet, Pasquotank river bridge, and Newbiggen creek, the yearly sum of eighty dollars each; the surveyor of Portsmouth, the yearly sum of sixty dollars; the surveyors of Ipswich, Portland, Newport, Stonington, Middleton, Bermuda hundred, Petersburg, Richmond, and Savannah, the yearly sum of fifty dollars each; the surveyors of Gloucester, New London, and Swansborough, the yearly sum of thirty dollars each; the surveyors of Hudson, Little Egg Harbour, Suffolk, Smithfield, Urbanna, and Fredericksburg, the yearly sum of twenty dollars each; the collector of the district of Wilmington, in North Carolina, the yearly sum of one hundred and fifty dollars; the collectors of the districts of Portsmouth, Gloucester, Albany, Annapolis, Vienna, Nottingham, Yorktown, Dumfries, and Louisville, the yearly sum of one hundred dollars each; the collector of the district of Fairfield, the yearly sum of eighty dollars; the collectors of the districts of Marblehead, Plymouth, Barnstable, Nantucket, New Bedford, Dighton, York, Biddeford, and Pepperelborough, Bath, Wiscasset, Machias, Newport, New Haven, Perth Amboy, Great Egg Harbour, Wilmington, in Delaware, Chester, Cedar Point, Georgetown, Hampton, South Quay, Washington, Plank Bridge, and Georgetown, in South Carolina, the yearly sum of fifty dollars each; the naval officer of the district of Portsmouth, the yearly sum of one hundred dollars; the naval officers of the districts of Newburyport, Newport, Providence, Wilmington, in North Carolina, and Savannah, the yearly sum of fifty dollars each; the collector of the district of Salem and Beverly, one fourth of one per centum on the amount of all monies by him received on account of the said duties; and to the collectors of the districts of Portsmouth, Newburyport, Gloucester, Marblehead, Plymouth, Nantucket, Edgartown, New Bedford, Dighton, York, Biddeford, and Pepperelborough, Portland, Bath, Wiscasset, Penobscot, Frenchman's bay, Machias, Newport, Providence, New Haven, Fairfield, Perth Amboy, Burlington, Great Egg Harbour, Wilmington, in Delaware, Oxford, Vienna, Snowhill, Annapo-

EXHIBIT 15
0340

# EXHIBIT "16"

EXHIBIT 16
0341

# History and Tradition in Modern Circuit Cases on the Second Amendment Rights of Young People

David B. Kopel* & Joseph G.S. Greenlee**

## I. INTRODUCTION

This Article surveys nineteenth century laws and cases that restricted arms ownership based on age.   We analyze the nineteenth century statutes and cases through the lens of five federal Circuit Court of Appeals cases involving restrictions on the Second Amendment rights of young people.

Part II examines *Rene E.*, a First Circuit case. Because *Rene E.* relied on nineteenth century cases, Part II analyzes those cases.

Part III is the Fifth Circuit's *NRA v. BATF*, which cited nineteenth century statutes, some of which had led to the cases that *Rene E.* cited.  So, Part III reviews the statutes.

Parts IV, V, and VI each have shorter discussions of the other leading Circuit cases: *NRA v. McCraw* (5th Cir.) (carry permits); *Horsely v. Trame* (7th Cir.) (parental permission for gun license), and *Ezell v. Chicago* (7th Cir., "Ezell II") (ban on persons under 18 using firing ranges).

Because this Article focuses on post-*Heller* circuit court cases and their use of history, there are certain topics that we do not address.  First, we discuss the Supreme Court's Second Amendment decisions only to the extent that they are discussed by the circuit opinions.  Second, we do not discuss the history of colonial and Early Republic militia statutes.  Those statutes typically set the minimum age for militia service at sixteen, although by the end of the eighteenth century the minimum age federally and in most states had been raised to eighteen.  Third, we do not discuss contemporary gun control laws, except to the extent that particular laws are at issue in the circuit cases we analyze. All of the topics that we do not examine in this Article will be reviewed in depth in an Article in the next issue of this Journal.[1]

*     Adjunct Professor of Constitutional Law, Denver University, Sturm College of Law; Research Director, Independence Institute, Denver, Colorado; Associate Policy Analyst, Cato Institute, Washington, D.C., http://davekopel.org.

**    Fellow in Constitutional Studies and Firearms Policy, Millennial Policy Center; Steamboat Institute, Emerging Leaders Advisory Council; J.D. 2014, Denver University, Sturm College of Law, http://josephgreenlee.org.

**EXHIBIT 16**
**0342**

Electronic copy available at: https://ssrn.com/abstract=3231468

## II. UNITED STATES V. RENE E.

Rene E. was convicted of violating the federal ban on juvenile handgun possession, by possessing a handgun at age seventeen.[2]  The First Circuit upheld the ban based "on the existence of a longstanding tradition of prohibiting juveniles from both receiving and possessing handguns."[3]  The court considered (1) "contemporary federal restrictions on firearm and handgun possession by juveniles;" (2) "nineteenth-century state laws imposing similar restrictions;" and (3) "whether the Founders would have regarded prohibiting the juvenile possession of handguns as consistent with the Second Amendment right."[4]  We will analyze the issues following *Rene E.*'s organization.

A. Congressional regulation of juvenile access to firearms

First, the court inaccurately summarized federal age-based firearms regulations, describing federal law as "prohibiting the sale of firearms to individuals less than twenty-one years old."[5] Actually, the 1968 law cited by the court applied only to a federally "licensed importer, licensed manufacturer, or licensed dealer," and it allowed long gun sales to persons 18-to-20.[6] There were not, and never have been, federal rules on private long gun possession by juveniles; it is a matter of state law.  The same was true for handguns until 1993, when the Youth Handgun Safety Act, restricted, but did not ban, juvenile handgun possession.[7]

The *Rene E.* court emphasized that the allowances for juvenile possession made the statute less burdensome than the handgun ban struck down in *Heller*:

---

[1]   David B. Kopel & Joseph G.S. Greenlee, *The Second Amendment Rights of Young Adults*, 43 S. ILL. U. L.J. (forthcoming 2019).

[2]   United States v. Rene E., 583 F.3d 8, 9 (1st Cir. 2009). 18 U.S.C. § 922(x)(2) (2018) provides:
It shall be unlawful for any person who is a juvenile to knowingly possess--
(A) a handgun; or
(B) ammunition that is suitable for use only in a handgun.

[3]   *Rene E.*, 583 F.3d at 12.

[4]    *Id.* at 12–13.

[5]    *Id.* at 13.

[6]   Omnibus Crime Control and Safe Streets Act of 1968, Pub. L. No. 90-351, § 922(a)(1), 82 Stat. 197, 235 (1968) (codified at 18 U.S.C. § 922(a)(1); 18 U.S.C. § 922(b)(1) (2018) (prohibiting FFL transfer of "any firearm or ammunition to any individual who the licensee knows or has reasonable cause to believe is less than eighteen years of age, and, if the firearm, or ammunition is other than a shotgun or rifle, or ammunition for a shotgun or rifle, to any individual who the licensee knows or has reasonable cause to believe is less than twenty-one years of age.").

[7]   Youth Handgun Safety Act, Pub. L No. 103–159, 107 Stat. 1536 (1993) (codified as amended at 18 U.S.C. § 922(x)).

**EXHIBIT 16**
**0343**

Electronic copy available at: https://ssrn.com/abstract=3231468

These exceptions permit juveniles to possess handguns for legitimate purposes, including hunting and national guard duty, as well as "in defense of the juvenile or other persons against an intruder into the residence of the juvenile or a residence in which the juvenile is an invited guest."  Thus, contrary to appellant's suggestion, the ban on juvenile possession of handguns is not "even more complete" than the D.C. ban at issue in *Heller*, but contains important exceptions.[8]

### B. Historic state cases on juvenile access to firearms

#### 1. Callicutt: Tennessee's Misinterpretation of the Right to Arms

Next, *Rene E.* considered state cases.  The court pointed first to *State v. Callicutt*, decided by the Supreme Court of Tennessee in 1878.[9]  The law at issue had made it "a misdemeanor to sell, give, or loan a minor a pistol, or other dangerous weapon, except a gun for hunting, or weapon for defense in traveling."[10]  The defendant "insisted that every citizen who is subject to military duty has the right 'to keep and bear arms,' and that this right necessarily implies the right to buy or otherwise acquire, and the right in others to give, sell, or loan to him."[11]  As quoted in *Rene E.*, the *Callicutt* court retorted: "we regard the acts to prevent the sale, gift, or loan of a pistol or other like dangerous weapon to a minor, not only constitutional as tending to prevent crime but wise and salutary in all its provisions."[12]

*Callicutt* is poor precedent because it is based on the Tennessee Supreme Court's interpretation of the Second Amendment in the 1840 case *Aymette v. State*.[13]  The *Heller* Court expressly denounced *Aymette*: "This odd reading of the right is, to be sure, not the one we adopt. . . ."[14]  Indeed, as

---

[8]  *Rene E.*, 583 F.3d at 13–14 (internal citations omitted).

[9]  State v. Callicutt, 69 Tenn. (1 Lea) 714 (1878).

[10]  *Id.* at 714.

[11]  *Id.* at 716.

[12]  *Id.* at 716–17; *Rene E.*, 583 F.3d at 14.

[13]  21 Tenn. (2 Hum.) 154 (1840).

[14]  District of Columbia v. Heller, 554 U.S. 570, 613 (2008). In full, the U.S. Supreme Court said: Those who believe that the Second Amendment preserves only a militia-centered right place great reliance on the Tennessee Supreme Court's 1840 decision in Aymette v. State, 21 Tenn. 154. The case does not stand for that broad proposition; in fact, the case does not mention the word "militia" at all, except in its quoting of the Second Amendment. Aymette held that the state constitutional guarantee of the right to "bear" arms did not prohibit the banning of concealed weapons. The opinion first recognized that both the state right and the federal right were descendants of the 1689 English right, but (erroneously, and contrary to virtually all other authorities) read that right to refer only to "protect[ion of] the public liberty" and "keep[ing] in awe those who are in power," *id.,* at 158. The court then adopted a sort of middle position, whereby citizens were permitted to carry arms openly, unconnected with any service in a formal militia, but were given the right to use them only for the military purpose of banding together to

EXHIBIT 16
0344
Electronic copy available at: https://ssrn.com/abstract=3231468

the sentence from *Callicutt* immediately preceding the sentence quoted by the First Circuit explains, the *Callicutt* court was relying on the *Aymette*'s "odd reading of the right."  The full paragraph from *Callicutt* states:

> The cases of Aymette v. State, 2 Hum., 155, opinion by Judge Greene, and of Page v. State, 3 Heis., 198, opinion by Chief Justice Nicholson, sufficiently indicate the difference between the right and the wrong construction of the "right to keep and bear arms," etc., and we do not deem it necessary to do more than say that we regard the acts to prevent the sale, gift, or loan of a pistol or other like dangerous weapon to a minor, not only constitutional as tending to prevent crime but wise and salutary in all its provisions.[15]

### 2. McMillan: Pennsylvania Ban on Handgun Sales to Persons under Sixteen

After the quote from *Callicutt*, the First Circuit provided a string cite of other nineteenth and early twentieth century cases.[16]   First, was Pennsylvania's *McMillen v. Steele*.[17]   The case involved an 1880 statute that made it unlawful to "knowingly and willfully sell . . . to any person under the age of sixteen years, any cannon, revolver, pistol or other such deadly weapon."[18]   A storeowner was being sued because his store sold a firearm to a person under 16.

*McMillen* explained why the limit was set at 16: "The act of 1881 merely substitutes, for the proof necessary to show lack of capacity, the hard and fast rule of sixteen years of age.  Children under that age have been legislatively declared utterly unfit to handle firearms.  The negligent act is solely referable to the unlawful sale to a minor under sixteen."[19]   Persons 16 and above were held to a different standard than those below 16.  Thus, *McMillen* did not support the ban on the 17-year-old in *Rene E.*

---

oppose tyranny. This odd reading of the right is, to be sure, not the one we adopt—but it is not petitioners' reading either.

[15]   *Callicutt*, 69 Tenn. at 716–17. *Page v. State*, 79 Tenn. (11 Lea) 202 (1883) dealt with bearing arms in public and contributes nothing to the discussion of age limitations.

[16]   *Rene E.*, 583 F.3d at 14.

[17]   McMillen v. Steele, 119 A. 721 (Pa. 1923).

[18]   *Id.* at 721; Act of June 10, 1881, § 1 (Pub. L. 111; Pa. St. 1920, § 10595). This statute was involved in another negligence case, *Shaffer v. Mowery*, 108 A. 654 (Pa. 1919), in which a 13-year-old purchased a cartridge from a general merchandise store.

[19]   *McMillen*, 119 A. at 722.

EXHIBIT 16
0345

Electronic copy available at: https://ssrn.com/abstract=3231468

### 3. Cases not Addressing the Right to Arms

Second, *Rene E.* cited *State v. Quail*.[20]    The *Quail* defendant unsuccessfully argued that a Delaware law prohibiting the concealed carrying of a deadly weapon (other than a pocket knife) did not apply to unloaded revolvers.  The same statute made it unlawful to "knowingly sell a deadly weapon to a minor other than an ordinary pocket knife," although that part of the statute was not at issue.[21]

The next case was *Tankersly v. Commonwealth* from the Court of Appeals of Kentucky—a three sentence opinion, in which the court declared that it did not have jurisdiction to hear an appeal to an indictment for selling a deadly weapon to a minor, because the punishment was not severe enough to qualify for an appeal.[22]

The fourth case, *State v. Allen*, was decided by the Supreme Court of Indiana.  Allen was accused of unlawfully bartering "to Wesley Powles, who was then and there a minor under the age of twenty-one years, a certain deadly and dangerous weapon, to wit: a pistol, commonly called a revolver, which could be worn or carried concealed about the person."[23]   Since the appeal was argued on procedural grounds, the constitutionality of the statute was not at issue.

The next case, *Coleman v. State*, was an Alabama appeal of an indictment founded on an 1856 statute making it a misdemeanor to "sell, or give, or lend" a pistol to "any male minor."[24]  Notably the Alabama statute did not apply to female minors.  The constitutionality of the statute was not at issue in *Coleman*.

### 4. Georgia and Minnesota Tort Liability for Illegal Sale of Handgun to Minor

The sixth case, *Spires v. Goldberg*, involved tort liability for an injury that occurred after the defendants sold a pistol and cartridges to a boy around 14 years old.[25]  The Georgia appellate court noted that a state statute "forbids the sale of pistols to minors and makes the violation of the statute a misdemeanor."[26]   The constitutionality of the law was not litigated; the question was whether the statutory violation constituted negligence.

---

20   State v. Quail, 92 A. 859 (Del. Super. Ct. 1914).
21   *Id.*; 16 Del. Laws 716 (1881).
22   Tankersly v. Commonwealth, 19 S.W. 702, 703 (Ky. 1888).
23   State v. Allen, 94 Ind. 441, 442 (1884)
24   Coleman v. State, 32 Ala. 581, 582 (1858).
25   Spires v. Goldberg, 106 S.E. 585 (Ga. Ct. App. 1921).
26   *Id.* at 586.

**EXHIBIT 16**
**0346**

Electronic copy available at: https://ssrn.com/abstract=3231468

The *Spires* court cited two cases "which come nearest to analogy."[27] *Fowell v. Grafton* was a case from Ontario that involved the violation of a statute making it illegal to sell an airgun to a child under 16.[28] More relevant to this Article, *Binford v. Johnston* involved the violation of an Indiana statute prohibiting the sale of pistol cartridges to persons under 21.[29]

The seventh case, *Schmidt v. Capital Candy Co.*, was about a Minnesota ordinance prohibiting the sale of fireworks and explosives to minors. The ordinance also made it "unlawful for any person or dealer . . . to sell, expose or offer for sale, or in any manner furnish or dispose of . . . to any minor person at any time, any blank cartridge, pistol or revolver."[30] The case decided a question of liability, rather than the constitutionality of the ordinance.

### 5. Georgia: Minors Have No Constitutional Rights and Handguns can be Banned

As the First Circuit recognized, the statutes in all of the above cases were bans only on *sales*, and not on uncompensated transfers (except for the Alabama statute). None of the statutes criminalized possession by minors. So the First Circuit then looked for laws that "criminalized the mere *possession* of handguns by juveniles."[31]

The first anti-possession case cited by the First Circuit was *Glenn v. State*.[32] It challenged a 1910 Georgia statute that prohibited the carrying of firearms without a license and did not make licenses available to persons under 18.[33] The same statute made it illegal to "knowingly sell, or furnish, any minor with 'any pistol, dirk, bowie knife, or sword cane, except under circumstances justifying their use in defending life, limb, or property.'"[34] The *Glenn* court interpreted the statute as a complete prohibition on persons under 18 from possessing pistols.[35] The interpretation is plainly incorrect, since the statute allowed possession for self-defense.

The *Glenn* court upheld the statute under the theory that minors have *no* rights that the legislature is bound to respect: "It is entirely within the

---

27   *Id.* at 588.
28   *Id.*
29   Binford v. Johnson, 82 Ind. 426 (1882).
30   Schmidt v. Capital Candy Co, 166 N.W. 502, 503 (Minn. 1918).
31   United States v. Rene E., 583 F.3d 8, 14 (1st Cir. 2009).
32   *Id.*
33   Glenn v. State, 72 S.E. 927 (Ga. Ct. App. 1911).
34   *Id.* at 928.
35   *Id.* ("We conclude, therefore, that the act of 1910 not only prohibits minors under the age of 18 years from obtaining license to have a pistol or revolver on their persons, but that the clear intendment of the act is to prevent minors from having about their persons at this character of weapons, and this construction is in harmony with the general legislation of the State on the subject of minors")

**EXHIBIT 16**
**0347**

Electronic copy available at: https://ssrn.com/abstract=3231468

province of the legislature, in the exercise of the police power of the State, to prohibit, on the part of minors, the exercise of any right, constitutional or otherwise, although in the case of adults it might only have the right to regulate and restrict such rights."[36]

The assertion that minors have no constitutional rights is plainly wrong under modern precedent, and it was plainly wrong under the law of the time.[37]

*Glenn* also asserted that handguns are not constitutionally protected arms: "So far as the writer of this opinion is concerned, he is decidedly of the opinion that the possession of a pistol or revolver about the person, either by a minor or an adult, concealed or open, is a menace to individual safety and to law and order, and he concurs strongly in the view of those able jurists who construe the constitutional provision above quoted as not applicable to the modern pistol or revolver."[38]

The *Glenn* decision is contrary to *Heller*, which holds that the possession of pistols and revolvers (handguns) is a constitutional right. *Glenn* was also contrary to Georgia Supreme Court precedent from 1844, which had held that handguns are protected by the right to keep and bear arms.[39]

---

[36] *Id.* at 928-29.

[37] *See* In re *Gault*, 387 U.S. 1, 13 (1967) (holding that "neither the Fourteenth Amendment nor the Bill of Rights is for adults alone" and that juveniles have right to counsel, right to notice of charges, right to confront and cross-examine witnesses, and right against self-incrimination); Tinker v. Des Moines Indep. Sch. Cmty. Sch. Dist., 393 U.S. 503, 511 (1969) ("Students in school as well as out of school are 'persons' under our Constitution. They are possessed of fundamental rights which the State must respect…"); Roper v. Simmons, 543 U.S. 551 (2005) (holding that the Eighth and Fourteenth Amendments forbid the execution of individuals who committed their crimes when they were under 18); 1 BLACKSTONE, COMMENTARIES *460–466 (chapter "Of Guardian and Ward" describing various legal rights of minors). If *Glenn* were correct that minors have no constitutional rights, then the Georgia Constitution of 1877, which was still in effect in 1911, would have been no barrier to the Georgia legislature enacting laws against some or all minors: to take their property without due process of law, to banish them from the state, to inflict cruel and unusual punishments on them, to require all Georgians under 21 to profess believe in an official state religion, to punish their dissent from said religion as heresy, to forbid them from criticizing government officials of Georgia, to search their houses without warrants, to forbid them to petition government, and to punish them with ex post facto laws and bills of attainder. *See* GA. CONST. (1877), art. I, § 1, parts 3, 7, 12, 15, 16, 24, § 3, part 2 (enumerating prohibitions on aforesaid types of government action, and not limiting the protections only to adults). The absurdity of the proposition is self-evident.

[38] *Glenn*, 72 S.E. at 929.

[39] Nunn v. State, 1 Ga. 243 (1846).
*Glenn* silently sidestepped *Nunn* by stating that the right to arms did not apply to "the *modern* pistol or revolver." (emphasis added). This is implausible. By the time *Nunn* was decided in 1844, modern revolvers, from Colt's Manufacturing Company, were on the market. They had been preceded by widespread sales of multi-shot "pepperbox" handguns, which function like a revolver. *See* JACK DUNLAP, AMERICAN BRITISH & CONTINENTAL PEPPERBOX FIREARMS 16 (1964); LEWIS WINANT, PEPPERBOX FIREARMS (1952); WILLIAM B. EDWARDS, THE STORY OF COLT'S REVOLVER (1953).

EXHIBIT 16
0348

Electronic copy available at: https://ssrn.com/abstract=3231468

*6. Illinois Case Not Addressing Minors*

The second anti-possession case cited, *Biffer v. City of Chicago*,[40] did not involve a statute that "criminalized the mere *possession* of handguns by juveniles."[41]  The case challenged a Chicago ordinance that required arms dealers to have licenses and that restricted advertising.  Those provisions were upheld as lawful under Chicago's police power.[42]  At the time, Illinois had no constitutional right to keep and bear arms, and the U.S. Supreme Court had specifically declined an opportunity to enforce the Second Amendment against Illinois.[43]

Another portion of the Chicago ordinance, which was not specifically challenged, prohibited the general superintendent of police from issuing to minors the permit required "to purchase any pistol, revolver, derringer, bowie knife, dirk or other weapon of like character which can be concealed on the person."[44]  This was a sales restriction, not a possession prohibition.

*7. The Kansas Supreme Court Reversal in Parman: Minors Have a Constitutional Right to Long Guns*

The First Circuit also cited *Parman v. Lemmon*.[45]  *Parman* is particularly relevant to this Article.  The issue was whether a 20-gauge Winchester pump-action shotgun was a "dangerous weapon" prohibited by the Kansas statute that made it a misdemeanor to "sell, trade, give, loan or otherwise furnish any pistol, revolver or toy pistol, by which cartridges or caps may be exploded, or any dirk, bowie knife, brass knuckles, sling shot, or other dangerous weapons, to any minor, or to any person of notoriously unsound mind."[46]  As detailed *infra*, many laws prohibiting the sale of pistols and revolvers also prohibited "other deadly weapons."  Long guns were not considered "other deadly weapons"—the closest they came to being so characterized was by the Supreme Court of Kansas in *Parman*.

The *Parman* court initially held that shotguns (and therefore all firearms) were covered by the statute, and consequently that it was illegal to transfer any firearm to a minor.  The court based its decision on the rule of ejusdem generis:

---

40    Biffer v. Chicago, 116 N.E. 182 (Ill. 1917).
41    United States v. Rene E., 583 F.3d 8, 14 (1st Cir. 2009).
42    *Biffer*, 116 N.E. at 184.
43    *See* Presser v. Illinois, 116 U.S. 252 (1886).
44    *Biffer*, 116 N.E. at 184.
45    Parman v. Lemmon, 244 P. 227 (Kan. 1925).
46    *Id.* at 228 (citing R. S. 38–701). R. S. 38–702 made it unlawful for minors to possess these dangerous weapons.

**EXHIBIT 16**
**0349**

Electronic copy available at: https://ssrn.com/abstract=3231468

Applying this general rule to the question, we have a title specifying minors and deadly weapons.  The act enumerates pistol, revolver, toy pistol, dirk, bowie knife, brass knuckles, sling shot, and "other dangerous weapons."  Can it be said that a Winchester rifle or repeating shotgun placed in the hands of an insane or incompetent person is not a weapon that is inherently dangerous to himself and his associates?  The answer is obvious.[47]

"The rule, *ejusdem generis* ordinarily limits the meaning of general words to things of the same class as those enumerated under them."[48]

Justice John Dawson dissented:

The fathers of our republic believed that a well-regulated militia was necessary to the security of a free state and that the right of the people to keep and bear arms should never be infringed.  Have we ceased to believe that doctrine?  I refer to this not because it is a provision of the federal constitution, and restricts the power of congress over this subject, but because it is a basic principle of statecraft of deep concern to all who are clothed with authority and who feel their responsibility to hand on undiminished to future generations those liberties which are our proud American heritage.

From the landing of the Pilgrims in 1620 until the last Indian menace on the Kansas frontier in 1885, the rifle over the fireplace and the shotgun behind the door were imperatively necessary utensils of every rural American household.  And it was just as imperative that the members of such household, old and young, should know how to handle them.  And it was almost equally true that unless a man were trained in the use of the rifle and shotgun in his boyhood he seldom learned to use them.  The American Civil War was largely fought by boys.  Half of the Union armies were made up of lads in their teens. When those armies were disbanded, so many thousand ex-Union soldiers came to Kansas that their political views and outlook on life and government gave form and tone to the genius of our Kansas institutions.  They filled our public offices for a full generation.  They constituted a majority of the legislature of 1883, when this statute was enacted, and a majority of all the Legislatures of Kansas for a decade prior to and succeeding that time. Does anybody believe that while our western prairies were still sporadically subjected to Indian raids, while our pioneer homes were still shaded in gloom because of the tomahawk and scalping knife of Ogallalas, Cheyennes, Brule Sioux, and other bloodthirsty savages who smeared our frontier with blood and tears as late as 1878 and 1879, a

---

47    *Id.* at 229.
48    *Id.* at 229 (citing 2 Words and Phrases, Second Series, 225). "Ejusdem generis" is Latin for "of the same kind or class."  BLACK'S LAW DICT. 631 (10th ed. 2014). It is a canon of construction "that when a general word or phrase follows a list of specifics, the general word or phrase will be interpreted to include only items of the same class as those listed." *Id.*

**EXHIBIT 16**
**0350**

Electronic copy available at: https://ssrn.com/abstract=3231468

Kansas legislature would enact a law declaring it to be a crime for a father to intrust a rifle to his son of less than twenty-one years, and declaring it to be a crime for every youth less than twenty-one years of age to handle such a weapon?  Yet that is exactly what this decision means when plainly spelled out in the Kansas language for everybody to read.

Yes, and it means more than that.  It means that every parent in Kansas since the enactment of this statute in 1883 who has permitted his son under twenty-one to take the family shotgun or heirloom rifle and go rabbit hunting committed a crime in so doing and repeated that crime every time he did permit it.  And the boy, too, committed a criminal act every time he used the gun or had it in his possession. Until the recent acceleration of urban population our people have been largely country bred and reared, and it is conservative to say that nine out of every ten country-reared boys have been and still are permitted to use rifles and shotguns. Yet this decision in effect says all such doings are crimes!

It is only the indisputable fact that the legislature so intended which should constrain this court, after a lapse of forty-two years, to discover such an interpretation for this statute.

I think it unnecessary to supplement these general observations with a mere lawyer's argument that the decision is wrong, although it could readily be made. An application of the principle of *ejusdem generis* would make it perfectly clear what the lawmakers of 1883 were concerned with—the vice of permitting children to handle revolvers, toy pistols, using explosives, dirks, sling shots and dangerous weapons of that character, *ejusdem generis*. A shotgun, a rifle, a pitchfork, a hatchet, is a dangerous weapon, of course, but neither is *ejusdem generis* with the sort of weapons denounced by the statute.  But I place my dissent principally on the ground that the interpretation of the statute offends against the genius of Kansas and her hitherto free institutions, contemns her heroic history, and disdains the epics of her pioneers.[49]

Justice Henry Mason, also dissenting, argued that ejusdem generis required a different result:

Here the dangerous weapons specifically named in the statute have a quality in common, bearing a clear relation to the evil to be remedied.  They all (with the exception of the toy pistol, which, as noted in the opinion of the court, was inserted by amendment after the bill had been introduced) are weapons primarily intended and used to inflict injury upon human beings, and generally speaking, serve no worthy purpose but the quite exceptional one of self-defense.  The shotgun, on the other hand, is habitually employed for such useful and ordinary purposes as protecting crops and procuring

---

49      *Parman*, 244 P. at 231–32 (Dawson, J., dissenting).

**EXHIBIT 16**
**0351**

Electronic copy available at: https://ssrn.com/abstract=3231468

game.  Moreover, it is such a common implement that if the lawmakers intended to include it in the prohibited list it is extremely unlikely they would have failed to mention it.[50]

These dissenting opinions apparently persuaded some justices who had originally constituted the majority.  Rehearing was granted, and within five months of the original decision, the Kansas Supreme Court reversed itself.

> It is argued that if the meaning of a statute is doubtful, that construction should be given which leads to the most reasonable result, and that it is reasonable to conclude that the legislature did not intend to make law violators of sixty per cent of the militia of the state, it being estimated that sixty per cent. of the personnel of that body are minors; that it did not intend to prohibit students under twenty-one years of age in the colleges from taking military training; that it did not intend to prohibit young men under twenty-one years of age from taking out hunters' licenses and hunting; that it did not intend to prohibit young men who have not yet reached the age of twenty-one, who reside on the farms and ranches, from carrying and using shotguns and rifles when necessity requires.
>
> These suggestions and many others have had the consideration of the court. We do not deem it necessary to discuss the question at length, nor to analyze the cases. We are of the opinion that, if the legislature of 1883 had intended to include shotguns in the prohibited list of dangerous weapons it would have specifically mentioned them.
> . . .
> By a change of view on the part of some of the justices, the dissenting opinion at the time of the first decision has now become the controlling voice of the court, and further discussion is needless.[51]

The vacated *Parman* opinion had cited *Evans v. Waite*.[52]  This Wisconsin case involved a dispute over liability where someone was accidentally shot with a revolver by "a minor of about the age of 18."  "The circuit judge held that, because the defendant was a minor and was armed with a revolver" in violation of state law, "he was liable to the plaintiff for the injury, without regard to the question of negligence."[53]  The Supreme Court of Wisconsin affirmed.

---

[50]    *Id.* at 232 (Mason, J., dissenting).
[51]    Parman v. Lemmon, 244 P. 232, 233 (Kan. 1926).
[52]    Evans v. Waite, 53 N.W. 445 (Wis. 1892).
[53]    *Id.* at 446

EXHIBIT 16
0352

Electronic copy available at: https://ssrn.com/abstract=3231468

*8. Virginia: Young Adults can Sign Arms-Bearing Contracts*

Also cited by the First Circuit was *United States v. Blakeney*.[54]  The Supreme Court of Appeals of Virginia held that 18-to-20-year-old "minors" were to be treated as adults in the context of bearing arms.[55]  Blakeney was a 19-year-old who volunteered for military duty, and regretting his decision, argued that a minor (at the time, a person under 21) could not enter into a valid contract.[56]  The court held the contract valid, based in part on the fact that as a 19-year-old, Blakeney had the mental and physical capacity to bear arms.[57]

The court explained that "children" were exempted from military service because they are incapable of handling arms:

> No person is naturally exempt from taking up arms in defence of the state; the obligation of every member of society being the same.  They only are excepted who are incapable of handling arms, or supporting the fatigues of war.  This is the reason why old men, children, and women are exempted.[58]

By contrast, "We know, as a matter of fact, that at the age of eighteen, a man is capable intellectually and physically of bearing arms."[59]  And since 18-year-olds were just as capable as 21–year–olds of both carrying arms and consenting to military service, the court held that 18-to-20-year-olds were bound by military enlistments just as adults over 21 were:

> It seems to me obvious that the enlistment of a minor capable of bearing arms, does not fall within the general rule of the municipal law, in regard to the incapacity of infants under the age of twenty-one years, to bind themselves by contract.  Nor am I disposed to regard the enlistment as an exception to that rule.  The rule, I think, has no application to the subject.  The capacity of all citizens or subjects able to bear arms to bind themselves to do so by voluntary enlistment, is in itself a high rule of the public law, to which the artificial and arbitrary rule of the municipal law forms no exception.  The rule of the public law is subject to but two conditions, the ability of the party to carry arms, and his consent to do so; and these conditions may exist in as full force at the age of eighteen as at the age of twenty-one.  The party is subject to no incapacity by any arbitrary rule in regard to discretion;

---

[54]   United State v. Blakeney, 44 Va. (3 Gratt.) 405 (1847).
[55]   *Id.*
[56]   *Id.*
[57]   *Id.*
[58]   *Id.* at 408.
[59]   *Id.* at 418.

**EXHIBIT 16**
**0353**

Electronic copy available at: https://ssrn.com/abstract=3231468

> and there is but little room for discretion when he is in the line of his
> allegiance and public duty.60

In sum, *Rene E.*'s list of cases is less than meets the eye. Many of the cited cases did not address constitutional issues. Of those that did, several are indefensible in light of *Heller*. *Parman*, in its final outcome, affirms that minors have the right to possess and use long guns, and *Blakeney* is in the same spirit. Most the remaining cases involved handgun sales bans and not possession bans.

## C. Evidence of the Founders' Attitudes

Turning to the Founding, the *Rene E.* court could not cite a single source in support of the notion that young people could be disarmed. The absence of such sources can hardly be surprising; as detailed in our forthcoming Article, over 250 colonial and state militia statutes through 1799 mandated that persons 16 and older (or sometimes 18, 15, or 10) be armed.[61]

So the First Circuit merely cited some modern law review articles contending that the Founders believed that unvirtuous persons could be disarmed. The paradigmatic examples in these articles were persons who were disloyal to the government during wartime, as well as slaves and hostile Indians.

The only Founding Era source directly cited in *Rene E.* was a never-adopted proposal from Pennsylvania's Anti-Federalists. The proposal would have amended the U.S. Constitution to prevent anyone from being disarmed "unless for crimes committed, or real danger of public injury from individuals." The proposal is addressed in Part III, but it is worth emphasizing here that it made no mention of age whatever. It hardly stands for the proposition that being under 21 years old constitutes "real danger of public injury."

The one other early historical source in *Rene E.* is a 1697 pro-militia pamphlet from England.[62] The pamphlet refers to ancient "Israelites, Athenians, Corinthians, Achaians, Lacedemonians, Thebans, Samnites, and Romans."[63] According to the pamphlet, "Their Arms were

---

60     *Id.* at 409–10.
61     David B. Kopel & Joseph G.S. Greenlee, *The Second Amendment Rights of Young Adults*, 43 S. ILL. U. L.J. (forthcoming 2019).
62     J. Trenchard & W. Moyle, *An Argument Shewing, That a Standing Army Is Inconsistent with a Free Government, And Absolutely Destructive to the Constitution of the English Monarchy*, U. OF MICH., https://quod.lib.umich.edu/e/eebo/A63115.0001.001/1:3?rgn=div1;view=fulltext (last visited October 2, 2018).
63     *Id.* The ancient Hebrew militia obligation began at age 20. Numbers 1:2–4. Under the Hebrew monarchy, training the use of arms began during childhood. 2 Samuel 1:18; CHAIM HERZOG & MORDECHAI GICHON, BATTLES OF THE BIBLE: A MILITARY HISTORY OF ANCIENT ISRAEL 110–11 (rev. ed. 2002) (1978).

**EXHIBIT 16**
**0354**

Electronic copy available at: https://ssrn.com/abstract=3231468

never lodg'd in the hands of any who had not an Interest in preserving the publick Peace."[64]  That may be true, but there is no evidence that any of these ancient societies considered arms possession by young people to be contrary to preserving the public peace.

In short, *Rene E.* was able to muster little historical evidence in support of a handgun possession ban for persons under 18, although there was some history of sales restrictions.

## II. NATIONAL RIFLE ASSOCIATION VERSUS BUREAU OF ALCOHOL, TOBACCO, FIREARMS, & EXPLOSIVES

This Fifth Circuit case directly addressed the Second Amendment rights of young adults.[65]  The National Rifle Association challenged the federal statute that prohibits federally licensed firearms dealers from selling handguns to 18–to–20–year–olds.[66]  The court upheld the law after analyzing the historical understanding of the right to keep and bear arms.[67]

### A. No Founding-Era Source Supports Disarming People under 21

The court found that *"when the fledgling republic adopted the Second Amendment, an expectation of sensible gun safety regulation was woven into the tapestry of the guarantee:"*[68]

> Since even before the Revolution, gun use and gun control have been inextricably intertwined.  The historical record shows that gun safety

---

The Athenians, Corinthians, Achaians, Lacedemonians (Spartans), and Thebans, were inhabitants of Greek city-states or regions. In Politics, Aristotle had explained that oligarchs attempt to obtain and maintain power by disarming the general public. 1 The Politics of Aristotle 48 (B. Jowett trans. & ed., 1885) ("the husbandmen have no arms, and the artisans neither arms nor land, and therefore they become all but slaves of the warrior class.''); id. at 80 ("in a constitutional government the fighting-men have the supreme power, and those who possess arms are the citizens.'); id. at 131 (oligarchies consolidate power by exempting the poor from the obligation to have arms); *id.* at 171 ("As of oligarchy so of tyranny . . . both mistrust the people, and therefore deprive them of their arms.''); *id.* at 221–22 (Citizens should be warriors at a young age, when their strength is greatest, and should be "councillors, who advise about the expedient and determine matters of law," later in life. "It remains therefore that both functions of government should be entrusted to the same persons, not, however, at the same time, but in the order prescribed by nature, who has given to young men strength and to older men wisdom.'').

The Samnites were a central Italian tribe that was conquered by, and assimilated to, the growing city-state of Rome. In the Roman Republic, the starting age for militia service was 16 years old. *See* STEPHEN DANDO-COLLINS, LEGIONS OF ROME: THE DEFINITIVE HISTORY OF EVERY IMPERIAL ROMAN LEGION 16 (2012).

[64]    Trenchard & Moyle, *supra* note 64.
[65]    Nat'l Rifle Ass'n of Am. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, 700 F.3d 185 (5th Cir. 2012).
[66]    *Id.*
[67]    *Id.*
[68]    *Id.* at 200.

EXHIBIT 16
0355

Electronic copy available at: https://ssrn.com/abstract=3231468

regulation was commonplace in the colonies, and around the time of the founding, a variety of gun safety regulations were on the books; these included safety laws regulating the storage of gun powder, laws keeping track of who in the community had guns, laws administering gun use in the context of militia service (including laws requiring militia members to attend "musters," public gatherings where officials would inspect and account for guns), laws prohibiting the use of firearms on certain occasions and in certain places, and laws disarming certain groups and restricting sales to certain groups.[69]

The court provided no specific examples, and the various laws listed can hardly be said to have woven an expectation of restrictions into the tapestry of the guarantee.

The gunpowder of the Founding Era was blackpowder, which is volatile.[70]  To prevent fires and explosions, merchants were often required to store their reserves in a brick building.[71]  The "laws prohibiting the use of firearms on certain occasions and in certain places" were typically for fire prevention.[72]  Or laws might prohibit unsafe behavior such firing guns randomly at night—because gunshots were used to raise an alarm, and random fire at night would create a false alarm.[73]

The colonial and Founding Era arms sales restrictions for "certain groups" were primarily for Indians, and sometimes for slaves (or, very rarely, for free blacks).[74]  There were no restrictions on sales to free citizens.

The only gun laws that were pervasive were the mandates to possess certain types and quantities of arms and accoutrements.[75]  As will be detailed in our Article in the next issue of this Journal, militiamen (typically, ages 16 to 50 or 60) had to possess certain arms.  So did men who had aged out of the militia (but who might be needed for local defense).  In some colonies, heads of households (regardless of sex or age) also had to possess arms.

---

[69]    *Id.*

[70]    *See* David B. Kopel, *How the British Gun Control Program Precipitated the American Revolution*, 38 CHARLESTON L. REV. 283, 291 (2012).

[71]    *Id.*

[72]    *See* Ezell v. City of Chicago, 651 F.3d 684, 706 (7th Cir. 2011).

[73]    *See* NICHOLAS J. JOHNSON, DAVID B. KOPEL, GEORGE MOCSARY & MICHAEL P. O'SHEA, FIREARMS LAW AND THE SECOND AMENDMENT: REGULATION, RIGHTS, AND POLICY 187 (2d ed. 2017) (Virginia: no shooting "any guns at drinkeing," except for marriages and funerals; Maryland: no shooting a gun more than three times in an hour, except to raise an alarm; Plymouth: no shooting at night, except at wolves or "for the finding of someone lost"; Pennsylvania, no shooting guns "wantonly" on New Year's Eve in inhabited areas, or shooting guns near highways). Founding Era limits on firing guns in municipalities were discussed in *Heller* and determined not to be limits on lawful defensive use. *Heller* at 631–34.

[74]    JOHNSON et al., *supra* note 75, at 187–96.

[75]    *Id.* at 175–82 (also noting exception for Pennsylvania, which had no colonial or local militias during most of the colonial period).

EXHIBIT 16
0356

Electronic copy available at: https://ssrn.com/abstract=3231468

Militia musters were the occasion for militiamen to demonstrate that they had the requisite arms by bringing them to the muster.

These laws do show that there were gun laws in the Founding Era, but these laws hardly created a pervasive system of gun control. If an individual possessed the required minimum arms, he or she could purchase and possess additional arms (or choose not to) with zero regulation, including zero restrictions on purchases.

The Fifth Circuit asserted that "laws that confiscated weapons owned by persons who refused to swear an oath of allegiance to the state or to the nation" supported the ban on young adults because the laws "targeted particular groups for public safety reasons."[76] These laws were rare and were enacted exclusively during war time to disarm potential enemy combatants.[77] The disarmament of disloyal persons during wartime is hardly a precedent for targeting other "particular groups" whose loyalty is unquestioned.

The Fifth Circuit specifically cited only two founding-era sources. The first was the document (mentioned above) issued by the Pennsylvania Anti-Federalists who opposed ratifying the Constitution without a declaration of rights. *The Address and reasons of dissent of the minority of the convention, of the state of Pennsylvania, to their constituents* called for the inclusion of the following right to bear arms in the Constitution:

> That the people have a right to bear arms for the defence of themselves and their own state, or the United States, or for the purpose of killing game, and no law shall be passed for disarming the people or any of them, unless for crimes committed, or real danger of public injury from individuals; and as standing armies in the time of peace are dangerous to liberty, they ought not to be kept up; and that the military shall be kept under strict subordination to and be governed by the civil powers.[78]

Because the dissenting minority's proposal would have permitted disarmament of people for "real danger of public injury from individuals," the Fifth Circuit concluded that *all* young adults could be placed outside of the Second Amendment's protections. This was the strongest founding-era justification that the court produced.

---

[76]   Nat'l Rifle Ass'n of Am. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, 700 F.3d 185, 200 (5th Cir. 2012).

[77]   JOHNSON et al, *supra* note 75, at 196–98.

[78]   Nathaniel Breading et al., *The Address and reasons of dissent of the minority of the convention, of the state of Pennsylvania, to their constituents*, LIBR. OF CONGRESS (Dec. 12, 1787), https://www.loc.gov/resource/bdsdcc.c0401/?sp=1.

EXHIBIT 16
0357

Electronic copy available at: https://ssrn.com/abstract=3231468

The other founding-era source—included in a footnote—was William Rawle.  Rawle was an eminent lawyer, and his constitutional law treatise was the leading work on the subject following its publication in 1825.[79]

According to the court, Rawle "maintained that although the Second Amendment restrained the power of Congress to 'disarm the people,' the right to keep and bear arms nonetheless 'ought not, ... in any government, to be abused to the disturbance of the public peace.'"[80]  Certainly, persons who abuse the right to arms by disturbing the peace may be punished by government.  The principle does not justify disarming persons who do *not* abuse the right.

The Fifth Circuit omitted Rawle's language making it clear that Rawle was writing about people whose conduct demonstrated their danger.  After the language quoted by the Fifth Circuit, Rawle elaborated that he was referring to mutinies and to specific individuals who terrorized the public:

> An assemblage of persons with arms, for an unlawful purpose, is an indictable offence, and even the carrying of arms abroad by a single individual, attended with circumstances giving just reason to fear that he purposes to make an unlawful use of them, would be sufficient cause to require him to give surety of the peace.  If he refused he would be liable to imprisonment.[81]

The Supreme Court in *Heller* put the quote from Rawle in proper context.[82]  The Court also quoted Rawle about how the foundation of a militia is an armed populace: "In a people permitted and accustomed to bear arms, we have the rudiments of a militia, which properly consists of armed citizens, divided into military bands, and instructed at least in part, in the use of arms for the purposes of war."[83]  Since 18-year-olds were part of the militia—in Rawle's time and at present—they should be "permitted and accustomed to bear arms."

---

[79]   David B. Kopel, *The Second Amendment in the Nineteenth Century*, 1998 BYU L. REV. 1359, 1384–88 (1998).

[80]   Nat'l Rifle Ass'n of Am., 700 F.3d at 212 n.12.

[81]   WILLIAM RAWLE, A VIEW OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA 125–26 (William S. Hein & Co. 2003) (2d ed. 1829). ("Surety of the peace" statutes could be used to require that individuals who had been proven to be acting in a threatening manner could be required to post bond for good behavior if they wanted to continue carrying arms.) *See* David B. Kopel, *The First Century of Right to Arms Litigation*, 14 GEO. J. L & PUB. POL'Y 127, 175–77 n.345 (2016).

[82]   District of Columbia v. Heller, 554 U.S. 570, 607–08 (2008) (quoting RAWLE, A VIEW OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA at 123)("Rawle further said that the Second Amendment right ought not 'be abused to the disturbance of the public peace,' such as by assembling with other armed individuals 'for an unlawful purpose'—statements that make no sense if the right does not extend to *any* individual purpose.").

[83]   *Id.*, 554 U.S. at 607 (quoting WILLIAM RAWLE, A VIEW OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA at 140).

EXHIBIT 16
0358

Electronic copy available at: https://ssrn.com/abstract=3231468

Thus, Rawle's treatise stands for the opposite of the point for which the Fifth Circuit cited the treatise.  According to Rawle, law-abiding persons, including whoever would be in the militia, should be "permitted and accustomed to bearing arms." Further, persons of any age who abused the right by disturbing the peace could be punished.

Like the First Circuit in *Rene E.*, the Fifth Circuit in *NRA v. BATF* was unable to cite even one Founding Era source for stripping young adults of civil rights.

Like the Georgia Supreme Court in 1911, the Fifth Circuit resorted to the claim that minors lack constitutional rights.  "The age of majority at common law was 21, and it was not until the 1970s that States enacted legislation to lower the age of majority to 18."[84]   Therefore, "If a representative citizen of the founding era conceived of a 'minor' as an individual who was unworthy of the Second Amendment guarantee, and conceived of 18-to-20-year-olds as 'minors,' then it stands to reason that the citizen would have supported restricting an 18-to-20-yea-old's right to keep and bear arms."[85]

The Fifth Circuit's speculation is contrary to all the evidence.  Persons under 21 were certainly minors under the common law of the Founding Era.  Thus, their independent exercise of contract and property rights was limited.

However, there is no evidence "a representative citizen" (or anyone else) in the Founding Era considered all minors "unworthy of the Second Amendment guarantee."  To the contrary, state and federal laws of the Founding Era are unanimous that minors aged 18-to-20 *were* considered worthy of the Second Amendment guarantee.  As had been the case from the earliest colonial days, they were part of the militia and were required to possess their own arms.

As Blackstone put it, age limits are "different for different purposes."[86]  For example, 14-year-olds were capable of discerning right from wrong and could be "capitally punished for any offense."[87]   The principles of age limits on diverse matters will be discussed further in our forthcoming Article.

We do not need to reason by analogy to know the Founding Era laws for age limits for capital punishment, marriage (universally allowed before age 18), conveying real estate (21), or being elected to the U.S. House of Representatives (25).[88]   Analogies are unnecessary because of the massive and uncontradicted evidence from the Founding Era—which also shows that

---

[84]    Nat'l Rifle Ass'n of Am., 700 F.3d at 201.

[85]    *Id.* at 202.

[86]    1 BLACKSTONE, COMMENTARIES 463 (discussing various ages at which male and female wards may consent to marriage, choose their guardian, be an executor of an estate; listing various exceptions to the general rule that minors may not alienate property or enter contracts).

[87]    *Id.* at 463-64; *cf.* Roper v. Simmons, 543 U.S. 551 (2005) ("Today, the Supreme Court has forbidden capital punishment for persons under 18.").

[88]    U.S. CONST., art. I. § 2, cl. 2.

**EXHIBIT 16**
**0359**

Electronic copy available at: https://ssrn.com/abstract=3231468

18-to-20-year-olds *did* have the right to keep and bear arms, and indeed were required by law to exercise that right.

## B. Late Nineteenth-Century State Statutes on Handguns for Minors

The Fifth Circuit found better support from the nineteenth century.  It accurately stated that "by the end of the 19th century, nineteen States and the District of Columbia had enacted laws expressly restricting the ability of persons under 21 to purchase or use particular firearms, or restricting the ability of 'minors' to purchase or use particular firearms while the state age of majority was set at age 21."[89]  A string citation in a footnote listed the laws.  Most of them date from around the last quarter of the century.  These laws did not apply to long guns, but only to handguns, and sometimes to other arms that were considered especially disreputable, such as brass knuckles and bowie knives.  Some were limits only on sales; some had exceptions for parental consent, for self-defense, or for hunting.

The laws were:

*Alabama.* 1856. No one may give a male minor a handgun or bowie knife.[90]

*Delaware.* 1881. No one may sell to a minor a deadly weapon, other than a pocket knife.[91]

*District of Columbia.* 1892. No one may give a minor a pistol, bowie knife, dagger, or brass knuckles.[92]

*Georgia.* 1876. No one may give a minor a "pistol, dirk, bowie knife, or sword cane."  The law does not limit "the furnishing of such weapons under circumstances justifying their use in defending life, limb or property."[93]

---

[89]   Nat'l Rifle Ass'n of Am., 700 F.3d at 202.

[90]   1856 Ala. Acts §17 ("That anyone who shall sell or give or lend, to any male minor, a bowie knife, or knife or instrument of the like kind or description, by whatever name called, or air gun or pistol, shall, on conviction be fined not less than three hundred, nor more than one thousand dollars.").

[91]   16 Del. Laws 716, § 1 (1881): "That if any person shall carry concealed a deadly weapon upon or about his person other than an ordinary pocket knife, or shall knowingly sell a deadly weapon to a minor other than an ordinary pocket knife, such person shall, upon conviction thereof, be fined…."

[92]   27 Stat. 116–17, § 5 (1892) (District of Columbia)
That any person or persons who shall, within the District of Columbia, sell, barter, hire, lend or give to any minor under the age of twenty-one years any such weapon as hereinbefore described [deadly or dangerous weapons, such as daggers, air-guns, pistols, bowie-knives, dirk knives or dirks, blackjacks, razors, razor blades, sword canes, slung shot, brass or other metal knuckles] shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, pay a fine or penalty of not less than twenty dollars nor more than one hundred dollars, or be imprisoned in the jail of the District of Columbia not more than three months.

[93]   1876 Ga. Laws 112, § 1
That from and after the passage of this Act it shall not be lawful for any person or persons knowingly to sell, give, lend or furnish any minor or minors any pistol, dirk, bowie knife, or sword cane. Any person found guilty of a violation of this Act shall be guilty of a misdemeanor, and punished as

---

**EXHIBIT 16**
**0360**

Electronic copy available at: https://ssrn.com/abstract=3231468

*Illinois.* 1873. Most people may not give a minor, "any pistol, revolver, derringer, bowie knife, dirk or other deadly weapon of like character, capable of being secreted upon the person." Such arms may be given to a minor by the minor's "father, guardian or employer."[94]

*Indiana.* 1875. No one may give a minor "any pistol, dirk, or bowie-knife, slung-shot, knucks, or other deadly weapon that can be worn, or carried, concealed upon or about the person." The same restriction applies to handgun cartridges.[95]

*Iowa.* 1884. No one may give "any pistol, revolver or toy pistol to any minor."[96]

*Kansas.* 1883. No one may give "any pistol, revolver or toy pistol, by which cartridges or caps may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot, or other dangerous weapons to any minor, or to any person of notoriously unsound mind."[97] Minors in possession of such items are guilty of a misdemeanor, and may be fined up to ten dollars.[98] As discussed *supra*, the Kansas Supreme Court held these restrictions did not apply to long guns.[99]

*Kentucky.* 1873. The court cited 1873 Ky. Acts 359, but the citied material has nothing to do with arms.[100] We did find the following restriction

---

prescribed in section 4310 of the Code of 1873: *Provided,* that nothing herein contained shall be construed as forbidding the furnishing of such weapons under circumstances justifying their use in defending life, limb or property.

[94]    1881 Ill. Laws 73, § 2

Whoever, not being the father, guardian or employer of the minor herein named, by himself or agent, shall sell, give, loan, hire or barter, or shall offer to sell, give, loan, hire or barter to any minor within this state, any pistol, revolver, derringer, bowie knife, dirk or other deadly weapon of like character, capable of being secreted upon the person, shall be guilty of a misdemeanor, and shall be fined in any sum not less than twenty-five dollars ($25) nor more than two hundred dollars ($200).

[95]    1875 Ind. Acts 86, § 1

That it shall be unlawful for any person to sell, barter, or give to any other person, under the age of twenty-one years, any pistol, dirk, or bowie-knife, slung-shot, knucks, or other deadly weapon that can be worn, or carried, concealed upon or about the person, or to sell, barter, or give to any person, under the age of twenty-one years, any cartridges manufactured and designed for use in a pistol.

[96]    1884 Iowa Acts 86, § 1 ("That it shall be unlawful for any person to knowingly sell, present or give any pistol, revolver or toy pistol to any minor.").

[97]    1883 Kan. Sess. Laws 159, § 1

Any person who shall sell, trade, give, loan or otherwise furnish any pistol, revolver or toy pistol, by which cartridges or caps may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot, or other dangerous weapons to any minor, or to any person of notoriously unsound mind, shall be deemed guilty of a misdemeanor, and shall, upon conviction before any court of competent jurisdiction, be fined not less than five nor more than one hundred dollars.

[98]    1883 Kan. Acts 159, § 2 ("Any minor who shall have in his possession any pistol, revolver or toy pistol, by which cartridges may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot or other dangerous weapon, shall be deemed guilty of a misdemeanor, and upon conviction before any court of competent jurisdiction shall be fined not less than one nor more than ten dollars.").

[99]    *See supra* text accompanying note 45.

[100]    1873 KY Law chapter 359 is an act to incorporate a banking and warehouse company. 1873 Kentucky Law page 359 is part of an 1874 law (beginning on page 327) revising and amending the charter of the city of Newport. Heinonline's Session Laws Library for Kentucky for 1873 contains

**EXHIBIT 16**
**0361**

Electronic copy available at: https://ssrn.com/abstract=3231468

on minors passed in 1860: "If any person, other than the parent or guardian, shall sell, give, or loan, any pistol, dirk, bowie-knife, brass-knucks, slung-shot, colt, cane-gun, or other deadly weapon, which is carried concealed, to any minor, or slave, or free negro, he shall be fined fifty dollars."[101]

*Louisiana.* 1890. No one may give a minor "any pistol, dirk, bowie-knife or any other dangerous weapon, which may be carried concealed."[102]

*Maryland.* 1882. No one may give a minor "any firearm whatsoever or other deadly weapons, except shot gun, fowling pieces and rifles."[103]

*Mississippi.* 1878. It is unlawful to sell to a minor or an intoxicated person "any bowie knife, pistol, brass knuckles, slung shot or other deadly weapon of like kind or description" or to sell pistol cartridges to such persons. Concealed carry by anyone of such arms is prohibited, except while traveling.[104] A father who knowingly allows "any minor son under the age of sixteen years to carry concealed" the above arms is guilty of a

---

three books: "1873 (General Assembly, Public, Local, Private Acts, Regular Session pp. 1-570)"; "1873 vol. I (General Assembly, Public, Local, Private Acts, Adjourned Session pp. 1-694)"; and "1873 vol. II (General Assembly, Local, Private Acts, Adjourned Session pp. 1-644)." We could not locate a firearms law enactment about minors in any of them.

[101]   1860 Ky. Acts 245.

[102]   1890 La. Acts 39, § 1 ("That, hereafter, it shall be unlawful, for any person to sell, or lease or give through himself or any other person, any pistol, dirk, bowie-knife or any other dangerous weapon, which may be carried concealed to any person under the age of twenty-one years.").

[103]   1882 Md. Laws 656, § 2

That it shall be unlawful for any person, be he or she licensed dealer or not, to sell, barter or give away, to any person who is a minor under the age of twenty-one years. Any person or persons violating any of the provisions of this act shall, on conviction thereof, pay a fine of not less than fifty nor more than two hundred dollars, together with the cost of prosecution, and upon failure to pay said fine and cost, be committed to jail and confined therein until such fine and costs are paid, or for the period of sixty days, whichever shall first occur.

"Fowling pieces" would today be considered a type of shotgun especially suitable for bird hunting.

[104]   1878 Miss. Laws 175–76, § 1

SEC. 1. That any person, not being threatened with, or having good and sufficient reason to apprehend an attack, or traveling (not being a tramp) or setting out on a journey, or peace officers, or deputies in discharge of their duties, who carries concealed, in whole or in part, any bowie knife, pistol, brass knuckles, slung shot or other deadly weapon of like kind or description, shall be deemed guilty of a misdemeanor, and on conviction, shall be punished for the first offence by a fine of not less than five dollars nor more than one hundred dollars, and in the event the fine and cost are not paid shall be required to work at hard labor under the direction of the board of supervisors or of the court, not exceeding two months, and for the second or any subsequent offence, shall, on conviction, be fined not less than fifty nor more than two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor not exceeding six months under the direction of the board of supervisors, or of the court. That in any proceeding under this section, it shall not be necessary for the State to allege or prove any of the exceptions herein contained, but the burden of proving such exception shall be on the accused.

SEC. 2. *Be it further enacted,* That it shall not be lawful for any person to sell to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any weapon of the kind or description in the first section of this Act described, or any pistol cartridge, and on conviction shall be punished by a fine not exceeding two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors or of the court, not exceeding six months.

**EXHIBIT 16**
**0362**

Electronic copy available at: https://ssrn.com/abstract=3231468

misdemeanor.[105]   Also guilty of a misdemeanor is "any student of any university, college or school, who shall carry concealed" as well as "any teacher, instructor, or professor" who knowingly permits student concealed carry.[106]

*Missouri.* 1879. Delivering arms to minors without parental consent is a misdemeanor.[107]

*Nevada.* 1885. Minors who carry concealed arms are guilty of a misdemeanor.[108]

*North Carolina.* 1893. It is illegal to sell or "dispose of to a minor any pistol or pistol cartridge, brass knucks, bowie-knife, dirk, loaded cane, or sling-shot."[109]   Unlike some other states (e.g., Alabama 1856), North Carolina did not prohibit loaning such arms to minors.

*Tennessee.* 1856. It is unlawful "for any person to sell, loan, or give, to any minor a pistol, bowie-knife, dirk, or Arkansas tooth-pick, or hunter's knife."   The law "shall not be construed so as to prevent the sale, loan, or gift, to any minor of a gun for hunting."   Since the act did not apply at all to

---

[105]   *Id.* § 3

That any father, who shall knowingly suffer or permit any minor son under the age of sixteen years to carry concealed, in whole or in part, any weapon of the kind or description in the first section of this Act described, shall be deemed guilty of a misdemeanor, and on conviction, shall be fined not less than twenty dollars, nor more than two hundred dollars, and if the fine and costs are not paid, shall be continued to hard labor under the direction of the board of supervisors or of the court.

[106]   1878 Miss. Acts 175–176

SEC. 4. *Be it further enacted.* That any student of any university, college or school, who shall carry concealed, in whole or in part, any weapon of the kind or description in the first section of this Act described, or any teacher, instructor, or professor who shall, knowingly, suffer or permit any such weapon to be carried by any student or pupil, shall be deemed guilty of a misdemeanor, and, on conviction, be fined not exceeding three hundred dollars, and if the fine and costs are not paid, condemned to hard labor under the direction of the board of supervisors or of the court.

[107]   1883 Mo. Acts 76 § 1274

If any person shall carry concealed, upon or about his person, any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for education, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any unlawful purpose other than for militia drill or meetings called under the militia law of this state, having upon or about his person any kind of fire arms, bowie knife, dirk, dagger, slung-shot, or other deadly weapon, or shall in the presence of one or more persons exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, or shall directly or indirectly sell or deliver, loan or barter to any minor any such weapon, without the consent of the parent or guardian of such minor, he shall, upon conviction, be punished by a fine of not less than twenty-five nor more than two hundred dollars, or by imprisonment in the county jail not exceeding six months, or by both such fine and imprisonment.

[108]   1885 Nev. Stat. 51, § 1 (approved March 4, 1881)

Every person under the age of twenty-one (21) years who shall wear or carry any dirk, pistol, sword in case, slung shot, or other dangerous or deadly weapon concealed upon his person, shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, be fined not less than twenty nor more than two hundred ($200) dollars, or by imprisonment in the county jail not less than thirty days nor more than six months, or by both such fine and imprisonment.

[109]   1893 N.C. Sess. Laws 468–69, § 1.

EXHIBIT 16
0363

Electronic copy available at: https://ssrn.com/abstract=3231468

long guns, the intent of the exemption was to allow minors to hunt with handguns.[110]

*Texas.* 1897. In order to sell or give a minor, "any pistol, dirk, dagger, slung shot, sword-cane, spear, or knuckles made of any metal or hard substance," the vendor or donor must have "the written consent of the parent or guardian of such minor, or of some one standing in lieu thereof."[111]

*West Virginia.* 1882. No one may "sell or furnish" to a minor "any revolver or other pistol, dirk, bowie knife, razor, slung shot, billy, metalic or other false knuckles, or any other dangerous or deadly weapon of like kind or character." However, "nothing herein contained shall be so construed as to prevent any person from keeping or carrying about his dwelling house or premises any such revolver or other pistol," or taking the handgun to or from a gunsmith for repair.[112]

Besides the blanket exception for handguns in the home, there was also an exception for carrying outside the home if the minor could prove "that he

---

[110]  1856 Tenn. Pub. Acts 92, § 2

That, hereafter, it shall be unlawful for any person to sell, loan, or give, to any minor a pistol, bowie-knife, dirk, or Arkansas tooth-pick, or hunter's knife ; and whoever shall so sell, loan, or give, to any minor any such weapon, on conviction thereof, upon indictment or presentment, shall be fined not less than twenty-five dollars, and be liable to imprisonment, at the discretion of the Court : *Provided,* that this act shall not be construed so as to prevent the sale, loan, or gift, to any minor of a gun for hunting.

[111]  1897 Tex. Gen. Laws 221–22, § 1

That if any person in this State shall knowingly sell, give or barter, or cause to be sold, given or bartered to any minor, any pistol, dirk, dagger, slung shot, sword-cane, spear, or knuckles made of any metal or hard-substance, bowie knife or any other knife manufactured or sold for the purpose of offense or defense, without the written consent of the parent or guardian of such minor, or of some one standing in lieu thereof, he shall be punished by fine of not less than twenty-five dollars nor more than two hundred dollars, or by imprisonment in the county jail not less than ten nor more than thirty days, or by both such fine and imprisonment. And during the time of such imprisonment such offender may be put to work upon any public work in the county in which such offense is committed.

[112]  1882 W. Va. Acts 421–22, § 7

If a person carry about his person any revolver or other pistol, dirk, bowie knife, razor, slung shot, billy, metalic or other false knuckles, or any other dangerous or deadly weapon of like kind or character, he shall be guilty of a misdemeanor, and fined not less than twenty-five nor more than two hundred dollars, and may, at the discretion of the court, be confined in jail not less than one, nor more than twelve months; and if any person shall sell or furnish any such weapon as is hereinbefore mentioned to a person whom he knows, or has reason, from his appearance or otherwise, to believe to be under the age of twenty-one years, he shall be punished as hereinbefore provided; but nothing herein contained shall be so construed as to prevent any person from keeping or carrying about his dwelling house or premises any such revolver or other pistol, or from carrying the same from the place of purchase to his dwelling house, or from his dwelling house to any place where repairing is done, to have it repaired, and back again. And if upon the trial of an indictment for carrying any such pistol, dirk, razor or bowie knife, the defendant shall prove to the satisfaction of the jury that he is a quiet and peaceable citizen, of good character and standing in the community in which he lives, and at the time he was found with such pistol, dirk, razor or bowie knife, as charged in the indictment he had good cause to believe and did believe that he was in danger of death or great bodily harm at the hands of another person, and that he was, in good faith, carrying such weapon for self defense and for no other purpose, the jury shall find him not guilty.

EXHIBIT 16
0364

Electronic copy available at: https://ssrn.com/abstract=3231468

is a quiet and peaceable citizen, of good character and standing in the community…and had good cause to believe…that he was in danger of death or great bodily harm at the hands of another person."[113]

*Wisconsin.* 1883. It is "unlawful for any minor…to go armed with any pistol or revolver."[114] It is also "unlawful for any dealer in pistols or revolvers, or any other person, to sell, loan, or give any pistol or revolver to any minor."[115]

*Wyoming.* 1890. It is unlawful "to sell, barter or give to any other person under the age of twenty-one years any pistol, dirk or bowie-knife, slung-shot, knucks or other deadly weapon that can be worn or carried concealed upon or about the person."  It is also unlawful to give "cartridges manufactured and designed for use in a pistol" to a person under 16.[116]

Besides the state statutes, the Fifth Circuit also cited the cases of *State v. Quail*, *State v. Allen*, *Tankersly v. Commonwealth*, and *Coleman v. State*, all of which were cited by *Rene E.* and discussed *supra*.

As of 1899, there were forty-six states in the Union.  Nineteen of them had some sort of law involving handguns and minors and the other twenty-seven had no such laws.  No state criminalized handgun possession by minors.  Ten states generally prohibited handgun transfers to minors; four of those ten had exceptions for self-defense, hunting, or home possession, and Alabama's law was only for males.  Of these ten statutes, five expressly prohibited loans, while the other five were phrased in terms that could be construed to refer only to permanent dispositions. We do not know of caselaw for how those latter five statutes were applied, but we do note the 2006 Maryland decision that a statute restricting the "transfer" of a regulated weapon did not apply to loans.[117]

Three other states did not restrict transfers in general, but did restrict sales (Delaware, Mississippi) or dealer sales (Wisconsin). Five states

---

[113]   *Id.*
[114]   1883 Wis. Sess. Laws 290

SECTION 1: It shall be unlawful for any minor, within this state, to go armed with any pistol or revolver, and it shall be the duty of all sheriffs, constables, or other public police officers, to take from any minor, any pistol or revolver, found in his possession.

SECTION 2: It shall be unlawful for any dealer in pistols or revolvers, or any other person, to sell, loan, or give any pistol or revolver to any minor in this state.

[115]   *Id.*
[116]   1890 Wyo. Sess. Laws 1253

It shall be unlawful for any person to sell, barter or give to any other person under the age of twenty-one years any pistol, dirk or bowie-knife, slung-shot, knucks or other deadly weapon that can be worn or carried concealed upon or about the person, or to sell, barter or give to any person under the age of sixteen years any cartridges manufactured and designed for use in a pistol; and any person who shall violate any of the provisions of this section shall be fined in any sum not more than fifty dollars.

[117]   State v. Chow, 903 A.2d 388, 406-07 (Md. 2006).

EXHIBIT 16
0365

Electronic copy available at: https://ssrn.com/abstract=3231468

required parental consent for handgun transfers to minors (Illinois, Iowa, Kentucky, Missouri, Texas). Nevada simply prohibited concealed carry.

## C. Justice Cooley's Commentary

After the list of statutes, the Fifth Circuit turned to the most influential constitutional commentator of the latter nineteenth century, Michigan Supreme Court Justice Thomas Cooley. The court wrote that Cooley, in his "massively popular 1868 Treatise on Constitutional Limitations" relied on by *Heller*, "agreed that 'the State may prohibit the sale of arms to minors' pursuant to the State's police power."[118]

This is overstated in a section that analyzed the police power (and which was not analyzing the right to arms).  Cooley cited *State v. Callicutt* in a footnote as holding "That the State may prohibit the sale of arms to minors."[119]  Cooley was simply identifying *Callicutt* as a case related to his discussion, which is how he utilized footnotes to cite thousands of cases throughout the treatise.

*Callicutt*, as explained *supra*, was based on an interpretation of the right to bear arms that was expressly denounced by *Heller* as "odd" and "not the one we adopt."[120]   *Heller* aside, because Congress does not have a police power, *Callicutt* is no precedent for the permissibility of the congressional statute that was at issue in *NRA v. BATF*.

In the section of *Constitutional Limitations* that *did* discuss the right to arms, Cooley set forth general rules, but expressly avoided discussing restrictions on the right: "how far it may be in the power of the legislature to regulate the right [to keep and bear arms] we shall not undertake to say."[121] "Happily," he added, "there neither has been, nor, we may hope, is likely to be, much occasion for an examination of that question by the courts."[122]

---

[118]   Nat'l Rifle Ass'n of Am. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, 700 F.3d 185, 203 (5th Cir. 2012).

[119]   THOMAS M. COOLEY, A TREATISE ON THE CONSTITUTIONAL LIMITATIONS WHICH REST UPON THE LEGISLATIVE POWER OF THE STATES OF THE AMERICAN UNION 740 (6th ed. 1890). The footnote followed a discussion of laws establishing wharf lines and penalizing the removal of stones, gravel, or sand from a beach. Cooley, quoting the Supreme Judicial Court of Massachusetts in upholding the latter law, explained that courts viewed such regulations as "a just restraint of an injurious use of property, which the legislature have authority to impose." (citing, Commonwealth v. Tewksbury, 11 Mass. (11 Tyng) 55 (1846) (a statute which prohibited the having in possession of game birds after a certain time, though killed within the lawful time, was sustained in *Phelps v. Racey*, 60 N.Y. 10 (1875). But, such statute is held in Michigan not to cover a case where the birds were killed out of the State. People v. O'Neil, 39 N.W. 1 (Mich. 1888). That the State may prohibit the sale of arms to minors, see State v. Callicut, 69 Tenn. (1 Lea) 714 (1878).). Cooley, *supra*, at 739-40.

[120]   District of Columbia v. Heller, 554 U.S. 570, 613 (2008).

[121]   Cooley, *supra* note 121, at 427.

[122]   *Id.*

**EXHIBIT 16**
**0366**

Electronic copy available at: https://ssrn.com/abstract=3231468

The Fifth Circuit did not discuss Cooley's other major treatise, *The General Principles of Constitutional Law*, which was also quoted by *Heller*. The treatise does have application to arms rights of young adults.  While emphasizing that the right to arms is not limited to persons in the militia, Cooley made clear that those in the militia certainly were protected:

> It might be supposed from the phraseology of [the Second Amendment] that the right to keep and bear arms was only guaranteed to the militia; but this would be an interpretation not warranted by the intent.  The militia, as has been elsewhere explained, consists of those persons who, under the law, are liable to the performance of military duty, and are officered and enrolled for service when called upon.  But the law may make provision for the enrolment of all who are fit to perform military duty, or of a small number only, or it may wholly omit to make any provision at all; and if the right were limited to those enrolled, the purpose of this guaranty might be defeated altogether by the action or neglect to act of the government it was meant to hold in check.  *The meaning of the provision undoubtedly is, that the people, from whom the militia must be taken, shall have the right to keep and bear arms*; and they need no permission or regulation of law for the purpose.  But this enables government to have a well-regulated militia; for to bear arms implies something more than the mere keeping; it implies the learning to handle and use them in a way that makes those who keep them ready for their efficient use; in other words, it implies the right to meet for voluntary discipline in arms, observing in doing so the laws of public order.[123]

According to Cooley, although the right is not limited to militiamen, everyone in the militia is protected by the Second Amendment.  That includes young adults.

## D. The Fifth's Circuit's Flawed Application of Intermediate scrutiny

Determining that "there is considerable historical evidence of age- and safety-based restrictions on the ability to access arms," the court concluded that "Modern restrictions on the ability of persons under 21 to purchase handguns—and the ability of persons under 18 to possess handguns—seem, to us, to be firmly historically rooted."[124]  Nevertheless, in an abundance of caution, the court proceeded to apply heightened scrutiny.

The court explained that "A law that burdens the core of the Second Amendment guarantee—for example, 'the right of law-abiding, responsible

---

[123]   *Heller*, 554 U.S. at 617–18 (quoting Thomas M. Cooley, THE GENERAL PRINCIPLES OF CONSTITUTIONAL LAW IN THE UNITED STATES OF AMERICA 271 (1880) (emphasis added)).

[124]   Nat'l Rifle Ass'n of Am. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, 700 F.3d 185, 204 (5th Cir. 2012).

**EXHIBIT 16**
**0367**

Electronic copy available at: https://ssrn.com/abstract=3231468

citizens to use arms in defense of hearth and home,' *Heller,* 554 U.S. at 635, 128 S.Ct. 2783—would trigger strict scrutiny, while a less severe law would be proportionately easier to justify."[125]

Intermediate scrutiny was deemed appropriate because: (1) "this federal scheme is not a salient outlier in the historical landscape of gun control;"[126] (2) "The Second Amendment, at its core, protects 'law-abiding, *responsible*' citizens;"[127] (3) "Far from a total prohibition on handgun possession and use, these laws resemble 'laws imposing conditions and qualifications on the commercial sale of arms,' which *Heller* deemed 'presumptively lawful;'"[128] (4) "these laws do not strike the core of the Second Amendment because they do not prevent 18-to-20-year-olds from possessing and using handguns 'in defense of hearth and home;'"[129] (5) "18-to-20-year-olds may possess and use handguns for self-defense, hunting, or any other lawful purpose . . . and they may possess, use, and purchase long-guns;"[130] and (6) "they regulate commercial sales through an age qualification with temporary effect. Any 18-to-20-year-old subject to the ban will soon grow up and out of its reach."[131]  Each of these reasons, however, was flawed.

*1. The Federal Statute as an Outlier*

As discussed above, by the end of the nineteenth century, thirteen states restricted handgun sales to minors, while four more required parental permission.  So the Fifth Circuit was right that an age-based handgun sales restriction for persons under 21, although a minority in historical context, is not a "salient" outlier.

On the other hand, the *federal* scheme was "a salient outlier in the historical landscape of gun control" because no federal law had ever restricted handgun possession so severely.  As the First Circuit recognized in *Rene E.*, federal laws receive limited support from cases that upheld regulations under a state's police power because "Congress does not have the police power.  Its jurisdiction to regulate the juvenile possession of handguns must rest on a different basis."[132]

---

[125]    *Id.* at 205.
[126]    *Id.*
[127]    *Id.* at 206 (quoting *Heller*, 554 U.S. at 635).
[128]    *Id.* (quoting *Heller*, 554 U.S. at 626–27 & n.26).
[129]    *Id.* (quoting *Heller*, 554 U.S. at 628–30, 635).
[130]    *Id.* at 207.
[131]    *Id.*
[132]    United States v. Rene E., 583 F.3d 8, 19 n.6 (1st Cir. 2009).

**EXHIBIT 16**
**0368**

Electronic copy available at: https://ssrn.com/abstract=3231468

### 2. Young Adults were Improperly Equated with Felons and the Mentally Ill

Second, the court inappropriately equated law-abiding young adults with felons and the mentally ill by claiming that they are all too "irresponsible" for Second Amendment protection: "as with felons and the mentally ill, categorically restricting the presumptive Second Amendment rights of 18-to-20-year–olds does not violate the central concern of the Second Amendment.  The Second Amendment, at its core, protects 'law-abiding, *responsible*' citizens."[133]  Such treatment contradicts the standing of young adults in American society, where they can vote, marry, contract, serve on juries, and serve in the military.

It is true that persons 18-to-20 commit gun crimes at a higher rate than do older people.  It has long been known that there is a relationship between age and criminal activity.  For example, one of the founders of quantitative criminology, Adolphe Quetlet, observed in 1833 that the percentage of the population that perpetrates crime peaks in late adolescence and early adulthood, and then declines as people age.  The age-crime relationship can be found in many different historical periods and nations, and for many diverse types of crime.[134]

The age-crime relation persists as persons age.  Persons 21-to-25 commit crimes at a higher rate than do people over 25.  Persons 60-to-65 commit crimes at a higher rate than do persons over 65.  By the Fifth Circuit's rationale, the minimum age for gun ownership could be set at 100, since persons under 100 commit crimes at a much higher rate than persons over 100.

A similar prohibitory rationale could be applied to many groups that commit crimes disproportionately.  For instance, African Americans commit murders at disproportionately high rates, but that cannot justify bans on *all* African Americans.[135]  If nineteenth century statutes are the basis for denial of the right to arms, one can find many more statutes for disarmament of persons of color, including free persons of color, than one can find for limiting handgun acquisition by minors.  While the colonial and founding periods had no laws against guns for minors, some of the colonies and early states did restrict guns racially, such as in limits on arms possession by slaves (who were black or Indian).  Limits on gun possession by free people of color became common in slave states during the nineteenth century.  After the Civil

---

133    Nat'l Rifle Ass'n of Am., 700 F.3d at 206 (emphasis added by Fifth Circuit).
134    ADOLPHE QUETLET, OF THE DEVELOPMENT OF THE PROPENSITY TO CRIME (1833).
135    FBI, *Uniform Crime Reports, 2016 Crime in the United States, Expanded Homicide Data Table 2*, FBI,   https://ucr.fbi.gov/crime-in-the.u.s/2016/crime-in-the-u.s.-2016/tables/expanded-homicide-data-table-2.xls. (last visited on Oct. 5, 2018) (For 2016, the FBI reported 5,004 "White" murder offenders, 6,095 "Black or African American" murder offenders, 291 "Other" (which "Includes American Indian or Alaska Native, Asian, and Native Hawaiian or Other Pacific Islander"), and 5,574 "Unknown.").

**EXHIBIT 16**
**0369**

Electronic copy available at: https://ssrn.com/abstract=3231468

War and the Fourteenth Amendment, race-based limits continued, albeit in formally neutral gun control statutes that were enforced only against people of color.[136]

Regardless of age or race, males commit far more murders and other gun crimes than females.[137]  That cannot justify an arms ban for all males—even though the 1856 Alabama statute is a precedent for sex discrimination in arms laws.

As the Fifth Circuit acknowledged, law-abiding, responsible citizens are at the core of the Second Amendment right.  Their rights should not be forfeited because of irresponsible behavior by other persons of the same age, race, or sex.

### 3. "Conditions and Qualification on the Commercial Sale of Arms" Do Not Justify Prohibition

The Fifth Circuit's third rationale was that *Heller* allows "conditions and qualifications on the commercial sale of arms."  Legitimate conditions and qualifications could include, for example, the federal licensing system for persons who are "engaged in the business" of selling arms.  They must obtain a federal license and allow federal inspections of their inventory records. To be issued a license, persons must meet certain "qualifications," such as not having a felony conviction, and having a fixed place of business where sales will be conducted.[138]

The permissibility of "conditions and qualifications on commercial sale" does not authorize prohibition.  For example, before *Heller*, a lawful seller of arms in the District of Columbia could not sell a handgun to a person who was not a government employee.  The "conditions and qualifications" language from *Heller* is not an exception that swallows the *Heller* rule against banning handgun possession by classes of law-abiding citizens.

### 4. Long Guns are Not Acceptable Substitutes for Handguns, and Private Sales can be Inferior Substitutes for Store Sales

The court's fourth and fifth points were that the federal limit on commercial sales of handguns to young adults did not actually prevent young adults from obtaining handguns and from using those handguns for home defense, hunting, or other lawful activities.  The young adults simply had to obtain the handguns someplace other than a licensed gun store—such as by

---

[136]    See David B. Kopel, The First Century of Right to Arms Litigation, 14 GEO. J. L & PUB. POL'Y 127 (2016); David B. Kopel, Background Checks for Firearms Sales and Loans: Law, History, and Policy, 53 HARV. J. LEGIS. 303, 336–40 (2016).

[137]    FBI, supra note 137 (10,310 male murder offenders; 1,295 female offenders; and 5,359 unknown).

[138]    18 U.S.C. § 923; 27 C.F.R. § 478.41 et seq.

**EXHIBIT 16**
**0370**

Electronic copy available at: https://ssrn.com/abstract=3231468

purchase from a private individual, or by gift or loan from friends or family. Moreover, young adults could buy long guns from gun stores.

The long gun argument was directly contrary to *Heller*, which declares that long guns are *not* constitutionally adequate substitutes for handguns: "It is no answer to say, as petitioners do, that it is permissible to ban the possession of handguns so long as the possession of other firearms (*i.e.,* long guns) is allowed."[139]

The point about private sales was true. Young adults in Texas could, and still can, buy a handgun from anyone who is not a federally licensed firearms dealer. However, there is no guarantee that a young adult will be able to find a private seller or somebody to gift them a handgun. This is particularly so for young adults who are living on their own and recently moved to Texas from elsewhere.

Besides, as was pointed out by the briefs, but not addressed by the Fifth Circuit's opinion, it is hard to find much of a government interest in requiring young adults to buy from private sellers only, and not from stores. Presumably stores would be superior for many buyers, as the stores would typically have greater expertise in helping the buyer choose a reliable handgun with good ergonomics (e.g., grip fit, controllable recoil) for the particular buyer. And stores are more likely to be able to guide buyers towards available safety training courses.

Moreover, the Fifth Circuit's point about the alternative of private sales, while valid in Texas, is not applicable in some other states, such as those that have adopted Michael Bloomberg's "universal background check" laws. These laws require all private sales, all private loans of firearms, and all returns of loaned firearms, to take place at a gun store; the store must process the private sale (or the loan or return of a firearm) as if the store were selling a firearm out of its own inventory. Yet federal law prohibits the store from delivering a handgun to a person under 21.

Suppose an uncle wishes to give his 20-year-old niece a handgun. Or he wishes to loan it to her for her week-long camping trip. In "universal background check" states, the handgun transfer may only take place at a gun store. But the gun store may not transfer the handgun, because the recipient is under 21.

Thus, in Colorado, the Bloomberg law, adopted in 2013, has operated to terminate handgun acquisitions by young adults. This was never the intent of the Colorado legislature; the issue of blocking handguns for young adults was never mentioned during legislative debate or public testimony. The

---

[139]     District of Columbia v. Heller, 554 U.S. 570, 629 (2008).

**EXHIBIT 16**
**0371**

Electronic copy available at: https://ssrn.com/abstract=3231468

prohibition was an unintended consequence.  Or at least unintended by the legislature.[140]

### 6. Unlike Illegal Drug Users, Young People have No Escape from Bans

Finally, the Fifth Circuit pointed out the temporary nature of the ban on gun store handgun sales to young adults.  The court compared the age ban to the temporary nature of bans on illegal drug users.  As we have previously argued:

> First, that a severe burden will be lifted in a few years does not change the present severity of the burden.  That a person will be able to protect herself with a handgun three years from now is cold comfort when she cannot protect herself with a handgun from an imminent threat today.  Similarly, the fact that a now-pregnant woman would be eligible to get an abortion in three years would not bolster the constitutionality of a law preventing her from getting an abortion today.  Second, the court's comparison to unlawful drug users is misguided.  As the court explained, the unlawful drug user can end the prohibition by simply ending his drug use—it is completely within the prohibited person's control.[141]  In contrast, an age limitation is completely beyond the prohibited person's control.[142]

## IV. NATIONAL RIFLE ASSOCIATION V. MCCRAW

We have finished with history.  The remainder of this Part will address the three other major post-*Heller* federal circuit cases involving young adults.

*NRA v. McCraw* challenged Texas's statute that prevented most 18-to-20-year-olds from applying for a license to carry handguns for lawful

---

[140]   David B. Kopel, *Background Checks for Firearms Sales and Loans: Law, History, and Policy*, 53 HARV. J. LEGIS. 303 (2016) (the "background check" bills drafted by Mr. Bloomberg's organizations are laden with prohibitions and consequences that go very far beyond simply requiring background checks on the private sales of guns. The Colorado law still allows transfers among some family members, without need for gun store processing. But many young adults in Colorado cannot take advantage of this. First, the permissible relatives may not live in Colorado. The out-of-state relatives cannot donate a gun, because federal law forbids private arms transfers across state lines. Or the young adult may be living independently from an abusive or otherwise dysfunctional family. Even for functional in-state families, a parent cannot purchase a handgun as an agent for a young adult, because the transaction would be a "straw purchase" under federal law.) *See* United States v. Moore, 109 F.3d 1456 (9th Cir. 1997) (en banc).

[141]   United States v. Carter (*Carter I*), 669 F.3d 411, 419 (4th Cir. 2012) ("[I]t is significant that § 922(g)(3) enables a drug user who places a high value on the right to bear arms to regain that right by parting ways with illicit drug use."); *see also* United States v. Yancey, 621 F.3d 681, 687 (7th Cir. 2010) ("[T]he gun ban extends only so long as Yancey abuses drugs. In that way, Yancey himself controls his right to possess a gun.").

[142]   David B. Kopel & Joseph G.S. Greenlee, *The Federal Circuits' Second Amendment Doctrines*, 61 ST. LOUIS U. L.J. 193, 282 (2017).

**EXHIBIT 16**
**0372**

Electronic copy available at: https://ssrn.com/abstract=3231468

protection in public places.[143]  Having recently decided *NRA v. BATF*, the Fifth Circuit provided little analysis, explaining that it was bound by *BATF*: "The Texas scheme restricts the same age group's access to and use of handguns for the same reason [as the handgun sale restriction upheld in *BATF*].  Therefore, under circuit precedent, we conclude that the conduct burdened by the Texas scheme likely 'falls outside the Second Amendment's protection.'"[144]  In other words, young adults have no Second Amendment rights, or at least no Second Amendment handgun rights.

Like the *BATF* court, the *McCraw* court applied intermediate scrutiny in an abundance of caution and upheld the law for similar reasons.

However, the *McCraw* court made at least two mistakes in its application of intermediate scrutiny.  Under the post-*Heller* doctrines adopted by the federal circuits, the level of Second Amendment scrutiny in a given case depends on the severity of the burden on Second Amendment rights.  Severe burdens should have more rigorous scrutiny than lesser burdens.  In *BATF*, the effect of the federal statute was to restrict where and how young adults could acquire handguns; they could acquire handguns from private persons, but not from stores.  The federal law simply forced young adults to use less convenient means of buying handguns.  So arguably, intermediate scrutiny was the correct standard of review in *BATF*.

However, in *McCraw*, the effect of the law was to completely disable young adults from bearing handguns for lawful defense.  Being a complete prohibition on the exercise of the right to bear handguns, the law at issue in *McCraw* should have been tested under strict scrutiny.[145]

The Fifth Circuit also refused to apply all of the intermediate scrutiny tests.  In strict scrutiny, the government must prove that there is no "less restrictive alternative."  Under the more relaxed standard of intermediate scrutiny, the government must prove that there is no "substantially less burdensome alternative."[146]  The plaintiffs had argued that instead of banning licensed carry for young adults, Texas could have a more rigorous licensing system for young adults, compared to applicants over 21.

The *McCraw* court dismissed that alternative and said that "less restrictive alternative" is not part of intermediate scrutiny.  True enough, but "substantially less burdensome alternative" is part of intermediate scrutiny, and the court offered no explanation for refusing to consider it.

---

[143]   Nat'l Rifle Ass'n of Am. v. McCraw, 719 F.3d 338 (5th Cir. 2013).

[144]   *Id.* at 347 (quoting Nat'l Rifle Ass'n of Am. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, 700 F.3d 185, 203 (5th Cir. 2012)).

[145]   *Id.* (held categorically unconstitutional, as were the complete prohibitions on handguns and on home defense with any firearm in *Heller*.)

[146]   Kopel & Greenlee, *supra* note 144, at 309–12.

**EXHIBIT 16**
**0373**

Electronic copy available at: https://ssrn.com/abstract=3231468

## V. HORSLEY V. TRAME

Illinois requires that residents obtain a firearm owner's identification (FOID) card before acquiring or possessing a firearm. In *Horsley v. Trame*, the plaintiff challenged the requirement that FOID card applicants between 18 and 21 obtain the consent of a parent or guardian.[147] The Seventh Circuit determined that the requirement did not violate the Second Amendment because "Illinois does not impose a categorical ban on firearm possession for 18-to-20-year-olds whose parents do not consent. Rather, when an applicant cannot obtain a parent or guardian signature, he or she may appeal to the Director for a FOID card, and the Director will make a determination."[148]

Specifically, "The Director may grant relief to a person who lacks a parent or guardian signature if the applicant establishes to the Director's satisfaction that the applicant has not been convicted of a forcible felony within a certain number of years, the applicant will not be likely to act in a manner dangerous to public safety, and granting relief would not be contrary to the public interest or to federal law. A decision from the Director denying an appeal is subject to judicial review under Illinois's Administrative Review Law."[149]

The Illinois Attorney General argued "that the Second Amendment was not originally understood to include minors, and that minors during the founding era were understood to be persons under the age of 21. From there she reasons that persons who are presently under the age of 21 do not have a Second Amendment right to possess a firearm."[150]

Following this reasoning, the court acknowledged that "[a]ccording to Blackstone . . . 'full age in male or female is twenty-one years,' and 'till that time is an infant, and so stiled in law.'"[151] "So most right-to-bear-arms laws were passed while 18-to-20-year-olds were minors."[152] Moreover, "Thomas Cooley's treatise that *Heller* called 'massively popular' [explains] that the

---

[147]   Horsley v. Trame, 808 F.3d 1126 (7th Cir. 2015). The law, 430 ILL. COMP. STAT. 65/4(a)(2)(i), requires an applicant to submit evidence that:

> He or she is 21 years of age or over, or if he or she is under 21 years of age that he or she has the written consent of his or her parent or legal guardian to possess and acquire firearms and firearm ammunition and that he or she has never been convicted of a misdemeanor other than a traffic offense or adjudged delinquent, provided, however, that such parent or legal guardian is not an individual prohibited from having a Firearm Owner's Identification Card

[148]   *Trame*, 808 F.3d at 1127.
[149]   *Id.* at 1128.
[150]   *Id.* at 1130.
[151]   *Id.* (quoting 1 COMMENTARIES ON THE LAWS OF ENGLAND 463 (St. George Tucker ed. 1803)).
[152]   *Id.* at 1130.

**EXHIBIT 16**
**0374**

Electronic copy available at: https://ssrn.com/abstract=3231468

states 'may prohibit the sale of arms to minors' pursuant to their police power."[153]  The problems with these arguments have been discussed above.[154]

Horsley argued that even if the age of majority had once been 21, it is now 18.  After all, nowadays 18-year-olds "can vote and serve in the military, get married without parental consent, and own land."[155]  Moreover, she pointed out that the federal Uniform Militia Act of 1792 included 18-year-olds.  "Because a minor could be a member of the militia and be armed, she reasons that the Second Amendment gives these persons a right to bear arms."[156]

After describing the pro/con arguments, the Seventh Circuit declared: "We need not decide today whether 18-, 19-, and 20-year-olds are within the scope of the Second Amendment."[157] Because regardless, the law would be constitutional.  In deciding so, the court repeatedly emphasized that the law did not constitute a ban of any sort on 18-to-20-year-olds.[158]

Since there was no blanket ban on 18-to-20-year-olds who could not get parent or guardian consent, this case was "much different from the blanket ban on firearm possession present in *Heller*."  The Illinois law was also different from the statute *Planned Parenthood v. Danforth*,[159] where the Supreme Court struck down a blanket provision requiring the consent of a

---

153  *Id*. (quoting THOMAS M. COOLEY, TREATISE ON CONSTITUTIONAL LIMITATIONS 740 n.4 (5th ed. 1883)); District of Columbia v. Heller, 554 U.S. 570, 616 (2008).

154  *See supra* notes 88 and 119.

155  *Trame*, 808 F.3d at 1131.

156  *Id*.

157  *Id*.; *see* People v. Mosley, 33 N.E.3d 137 (Ill. 2015); *see also* People v. Jordan G. (*In re* Jordan G.), 33 N.E.3d 162 (Ill. 2015) (The court cited these two cases from the Supreme Court of Illinois upholding restrictions on 18-to-20-year-olds but was apparently not persuaded by either. Nor should it have been, as the Supreme Court of Illinois failed to conduct meaningful historical analysis in either case).

158  *Trame,* 808 F.3d at 1127 ("We disagree with Horsley that the Illinois statutory scheme violates her rights under the Second Amendment. Illinois does not impose a categorical ban on firearm possession for 18-to-20-year-olds whose parents do not consent."); *Id.* at 1130 ("The question in our case is whether the Illinois statutory scheme that promulgates a different procedure for 18-to-20-year-olds to possess a firearm, but does not ban them from doing so, violates the Second Amendment."); *Id.* at 1131–32 ("Significantly, although Horsley's arguments treat the challenged statute as a categorical ban on firearm possession, the FOID Card Act does not in fact ban persons under 21 from having firearms without parent or guardian consent."); *Id.* at 1132 ("The absence of a blanket ban makes the Illinois FOID Card Act much different from the blanket ban on firearm possession present in *Heller*."); *Id.* at 1132 ("So the lack of a parent signature does not bar Horsley from possessing a firearm, despite her arguments to the contrary. Nor does it impose a bar on gun possession on an 18-to-20-year-old whose parents have passed away or are disqualified from owning guns."); *Id.* at 1132 ("The absence of a parent or guardian signature is not a 'veto' on the ability of a person between 18 and 21 to get a FOID card in Illinois. And the Illinois scheme is not a regulatory means that imposes severe burdens because it does not leave open ample alternative channels; rather it is a restriction that imposes only modest burdens because it does leave open ample alternative channels.")(internal quotations, citations, footnote markers, and brackets omitted).

159  Planned Parenthood of Central Missouri v. Danforth, 428 U.S. 52 (1976).

**EXHIBIT 16**
**0375**

Electronic copy available at: https://ssrn.com/abstract=3231468

parent or person *in loco parentis* for an abortion in certain circumstances.[160] Pursuant to *Danforth*, states that require parental consent for abortions for minors must have a safety valve, by which a minor can instead seek consent from a court.

So "The question in our case is whether the Illinois statutory scheme that promulgates a different procedure for 18-to-20-year-olds to possess a firearm, but does not ban them from doing so, violates the Second Amendment."[161]  Persuaded primarily by the relatively higher crime rate of 18-to-20-year-olds, the court determined that a different—but not prohibitive—procedure for young adults was "substantially related to the state's important interests."[162]

## VI. EZELL V. CITY OF CHICAGO

Ezell challenged a Chicago ordinance that prohibited anyone under 18 from entering a shooting range.[163]

Chicago argued that persons under 18 have no Second Amendment rights.  "To support this sweeping claim, the City points to some nineteenth-century state laws prohibiting firearm possession by minors and prohibiting firearm sales to minors.  Laws of this nature might properly inform the question whether minors have a general right, protected by the Second Amendment, to purchase or possess firearms.  But, they have little relevance to the issue at hand."[164]  As discussed above, in the nineteenth century, the majority of states imposed no age limits on the right to arms. Towards the end of the century, a minority of states did limit handgun acquisition.  No state prohibited long gun acquisition by minors.

The nineteenth century laws did not prohibit minors who were lawfully in possession of arms from practicing with those arms.  As the Seventh Circuit observed, "There's zero historical evidence that firearm training for this age group is categorically unprotected.  At least the City hasn't identified any, and we've found none ourselves."[165]

Moreover, the court found nothing from Heller that would justify the ban:

> To the contrary, *Heller* itself points in precisely the opposite direction.  554 U.S. at 617–18, 128 S.Ct. 2783 ("[T]o bear arms implies something more than the mere keeping; it implies the learning to handle and use them ...; it

---

[160]    *Trame*, 808 F.3d at 1132.
[161]    *Id.* at 1130.
[162]    *Id.* at 1134.
[163]    Ezell v. City of Chicago, 846 F.3d 888 (7th Cir. 2017).
[164]    *Id.* at 896.
[165]    Id.

**EXHIBIT 16**
**0376**

Electronic copy available at: https://ssrn.com/abstract=3231468

implies the right to meet for voluntary discipline in arms, observing in doing
so the laws of public order." (quoting Thomas McIntyre Cooley, A Treatise
on the Constitutional Limitations 271 (1868))); *see also id.* at 619, 128
S.Ct. 2783 ("No doubt, a citizen who keeps a gun or pistol under judicious
precautions, practices in safe places the use of it, and in due time teaches
his sons to do the same, exercises his individual right." (quoting Benjamin
Vaughan Abbott, Judge and Jury: A Popular Explanation of the Leading
Topics in the Law of the Land 333 (1880))).[166]

The court, having determined that the Second Amendment applies to
minors at firing ranges, applied heightened scrutiny to the law.

The government was "left to rely on generalized assertions about the
developmental immaturity of children, the risk of lead poisoning by
inhalation or ingestion, and a handful of tort cases involving the negligent
supervision of children who were left to their own devices with loaded
firearms."[167]   Since the government could address these concerns with "a
more closely tailored age restriction—one that does not *completely
extinguish* the right of older adolescents and teens in Chicago to learn how to
shoot in an appropriately supervised setting at a firing range," the law
violated the Second Amendment.[168]

## VII. CONCLUSION

This Article has not attempted to fully analyze all the legal issues
involving restrictions on firearms for persons under twenty-one-years-old.
Examination of all relevant Supreme Court precedents, of the legal history of
the colonial period and Early Republic, of all contemporary statutes on arms
and young people, and of age limits for other rights or activities will be
discussed in our forthcoming article in the *Southern Illinois University Law
Journal*.

In this Article, we have confined the analysis to the five major Circuit
Court of Appeals cases on age restrictions for arms.   We have closely
examined how those cases used history and policy arguments.   In short, there
are no Founding Era sources that support restrictions on arms acquisition by
young people.   The first age restrictions appear in the South shortly before
the Civil War; by the end of the nineteenth century, thirteen of the forty-six
states had restricted handgun sales to minors; and five more required parental
permission for such sales.   Five states went so far as to prohibit handgun
loans to minors.   No state had restrictions on long gun sales or loans; a Kansas
decision applying a vague statutory term to long guns was swiftly overturned.

---

[166]    Id.
[167]    Id. at 898.
[168]    Id.

**EXHIBIT 16**
**0377**

Electronic copy available at: https://ssrn.com/abstract=3231468

Case 3:19-cv-01226-L-AHG   Document 12-14   Filed 10/04/19   PageID.816   Page 175 of 176

Modern policy arguments attempting to justify prohibitions on young adults 18-to-20 are thinly reasoned and rely on the unsupportable theory that law-abiding young adults are legally similar to convicted felons, illegal drug users, or wartime traitors.

**EXHIBIT 16**
**0378**

Electronic copy available at: https://ssrn.com/abstract=3231468

**EXHIBIT 16**

**0379**

Electronic copy available at: https://ssrn.com/abstract=3231468