| | |
|---|---|
| 1 | John W. Dillon (Bar No. 296788) |
| 2 | Gatzke Dillon & Ballance LLP |
|   | 2762 Gateway Road |
| 3 | Carlsbad, California 92009 |
| 4 | Telephone: (760) 431-9501 |
|   | Facsimile: (760) 431-9512 |
| 5 | E-mail: jdillon@gdandb.com |

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; THE CALIFORNIA GUN RIGHTS FOUNDATION (formerly known as the CALGUNS FOUNDATION); and SECOND AMENDMENT FOUNDATION, | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**PLAINTIFFS' NOTICE OF PARTIES WITH FINANCIAL INTEREST**<br><br>Complaint Filed: July 1, 2019<br>Amended Complaint Filed: July 30, 2019 |
| Plaintiffs, | |
| v. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Local Rule 40.2 of the United States District Court for the Southern District of California, the undersigned counsel certifies that as of this date, Plaintiffs PWGG, L.P., North County Shooting Center, Inc., Beebe Family Arms and Munitions, LLC, Firearms Policy Coalition, Inc., Firearms Policy Foundation, The California Gun Rights Foundation, and Second Amendment Foundation, have no parent corporations, and no publically held company owns 10% or more of any of Plaintiffs' stock.

October 9, 2019

Respectfully submitted,

Gatzke, Dillon & Ballance LLP

By: _____
John Dillon