1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

MATTHEW JONES, *et al.*,

12

Plaintiffs,

Case No.:  3:19-cv-1226-L-AHG

13

v.

14

XAVIER BECERRA, in his official
capacity as Attorney General of the State
of California, *et al.*,

**SCHEDULING ORDER
REGULATING DISCOVERY
AND OTHER PRE-TRIAL
PROCEEDINGS**

15
16

Defendants.

17
18

        Pursuant to Local Rule 16.1(d), a Case Management Conference was held on

19

**October 9, 2019**.  After consulting with the counsel of record for the parties, being

20

advised of the status of the case, and for good cause shown, **IT IS HEREBY**

21

**ORDERED**:

22

        1.      The parties must review and familiarize themselves with the Civil Local

23

Rules of this District ("Local Rules"), the Electronic Case Filing Administrative Policies

24

and Procedures ("CM/ECF Manual"), the Standing Order for Civil Cases issued by the

25

Hon. M. James Lorenz ("Standing Order"), and the undersigned Magistrate Judge's

26

Chambers Rules ("Chambers Rules"), all of which are posted on this District's website.

27

*/ / / / /*

28

1

**Pleadings**

2      2.      Any motion to join other parties, to amend the pleadings, or to file additional

3   pleadings shall be filed no later than **November 22, 2019**.

4   / / / / /

5

**Discovery**

6      3.      All fact discovery shall be completed by all parties no later than **September**

7   **23, 2020**.  "Completed" means that all discovery under Rules 30-36, and discovery

8   subpoenas under Rule 45,[1] must be initiated a sufficient period of time in advance of the

9   cut-off date, **so that it may be completed** by the cut-off date, taking into account the

10   times for service, notice and response.  **Counsel shall promptly and in good faith meet**

11   **and confer with regard to all discovery disputes in compliance with Local Rule**

12   **26.1(a).**  Counsel shall make every effort to resolve all disputes without court

13   intervention through the meet and confer process.  If the parties reach an impasse on any

14   discovery issue, counsel shall file an appropriate motion within the time limit and

15   procedures outlined in the Chambers Rules.  **A failure to comply in this regard will**

16   **result in waiver.  Absent an order of the court, no stipulation to alter or extend the**

17   **time to comply with this provision will be recognized by the court.**

18      4.      No later than **November 9, 2020**, the parties shall designate their respective

19   experts in writing.  The parties must identify any person who may be used at trial to

20   present evidence pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence.

21   This requirement is not limited to retained experts.  The date for exchange of rebuttal

22   experts shall be no later than **December 9, 2020**.  The written designations shall include

23   the name, address and telephone number of each expert and a reasonable summary of the

24   testimony the expert is expected to provide.  The list shall also include the normal rates

25   the expert charges for deposition and trial testimony.

26      5.      No later than **November 9, 2020**, each party shall comply with Rule

27

28   [1]      All references to "Rule" are to the Federal Rules of Civil Procedure.

26(a)(2)(A) and (B) disclosure provisions.  This disclosure requirement applies to all persons retained or specially employed to provide expert testimony, or whose duties as a party's employee regularly involve giving expert testimony.  **Except as provided in the paragraph below, any party that fails to make these disclosures shall not, absent substantial justification, be permitted to use the undisclosed evidence or testimony at any hearing or at trial.  In addition, the court may impose sanctions as permitted by Rule 37(c).**

6.      No later than **December 9, 2020**, the parties shall supplement their disclosures regarding contradictory or rebuttal evidence under Rule 26(a)(2)(D).

7.      All expert discovery shall be completed by all parties no later than **January 8, 2021**.  The parties shall comply with the same procedures set forth in the paragraph governing fact discovery.

8.      Failure to comply with this section or any other discovery order of the court may result in Rule 37 sanctions, including preclusion of expert or other designated evidence.

### Motion Briefing

9.      Except for motions *in limine*, all pretrial motions must be filed no later than **March 12, 2021**.  As provided herein and in the Standing Order, **certain motions, including motions for class certification, must be filed well before this date.**

10.     Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.  The period of time between the date of requesting a motion date and the hearing date typically exceeds 30 days.  Failure to make a timely request for a motion date may result in the motion not being heard.

11.     Motion briefing must comply with all applicable Rules, Local Rules, Standing Order, Chambers Rules and court orders.

/ / / / /

### Mandatory Settlement Conference

1.      A Mandatory Settlement Conference shall be conducted on **May 13, 2021** at

**2 PM** in the chambers of **Magistrate Judge Allison H. Goddard**.  Plaintiff must serve on Defendant a **written** settlement proposal, which must include a specific demand amount, no later than **April 22, 2021**. The defendant must respond to the plaintiff **in writing** with a specific offer amount prior to the Meet and Confer discussion. The parties should not file or otherwise copy the Court on these exchanges. Rather, the parties must include their written settlement proposals in their respective Settlement Conference Statements to the Court.  Counsel for the parties must meet and confer in person or by phone no later than **April 29, 2021**.  Each party must prepare a Settlement Conference Statement, which will be served on opposing counsel and lodged with the Court no later than **May 3, 2021**. The Statement must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed).  The substance of the Settlement Conference Statement must comply fully with the Judge Goddard's Mandatory Settlement Conference Rules (located at https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Mandatory%20Settlement%20Conference%20Rules.pdf).  Each party may also prepare an **optional** Confidential Settlement Letter for the Court's review only, to be lodged with the Court no later than **May 3, 2021**.  The Letter must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed).  Should a party choose to prepare a Letter, the substance of the Settlement Conference Letter must comply fully with the Judge Goddard's Mandatory Settlement Conference Rules.  **All parties are ordered to read and to fully comply with the Chambers Rules and Mandatory Settlement Conference Rules of Magistrate Judge Allison H. Goddard.**

/ / / / /

### Final Pretrial Conference

12.     Memoranda of Contentions of Fact and Law are not required and will not be accepted.

13.     No later than **May 28, 2021**, counsel shall comply with Rule 26(a)(3) pre-trial disclosure requirements.  Failure to comply could result in evidence preclusion or

other Rule 37 sanctions.

14.     No later than **June 4, 2021**, counsel shall meet and take the action required by Local Rule 16.1(f)(4) with a view to enter into stipulations and agreements to simplify issues for trial.  Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment.  The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c).  Counsel shall note any objections they have to other parties' Rule 26(a)(3) pretrial disclosures.  Counsel shall cooperate in the preparation of the proposed final pretrial conference order.

15.     Counsel for plaintiff is responsible for preparing the proposed final pretrial conference order and arranging the meetings of counsel pursuant to Local Rule 16.1(f). No later than **June 11, 2021**, plaintiff's counsel must provide opposing counsel with the draft proposed final pretrial order for review and approval.  Opposing counsel must communicate promptly with plaintiff's counsel concerning any objections to form or content.  Both sides shall attempt promptly to resolve their differences, if any, concerning the proposed order.

16.     The proposed final pretrial conference order, including objections to Rule 26(a)(3) pretrial disclosures, shall be served and lodged with Judge Lorenz no later than **June 18, 2021**, and shall comply with Local Rule 16.1(f)(6).

17.     The Final Pretrial Conference is scheduled on the calendar of the **Honorable M. James Lorenz** on **June 25, 2021** at **10:30 AM**.  Trial briefs are not required for cases tried to the jury.  Leave to file a trial brief for a jury trial must be obtained from Judge Lorenz at the Final Pretrial Conference.

/ / / / /

## Additional Provisions

18.     Upon parties' request, a post-trial settlement conference before a Magistrate Judge may be held within 30 days of verdict.

19.     The dates and times set forth herein will not be modified except for good cause shown.

3:19-cv-1226-L-AHG

20.     Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated:  October 10, 2019

Honorable Allison H. Goddard
United States Magistrate Judge