| | |
|---|---|
| 1 | John W. Dillon (Bar No. 296788) |
| 2 | Gatzke Dillon & Ballance LLP |
|   | 2762 Gateway Road |
| 3 | Carlsbad, California 92009 |
| 4 | Telephone: (760) 431-9501 |
|   | Facsimile: (760) 431-9512 |
| 5 | E-mail:  jdillon@gdandb.com |

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; THE CALIFORNIA GUN RIGHTS FOUNDATION (formally known as THE CALGUNS FOUNDATION); and SECOND AMENDMENT FOUNDATION, <br><br>                                    Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al., <br><br>                                    Defendants. | Case No.: 3:19-cv-01226-L-AHG <br><br> Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Complaint Filed: July 1, 2019 <br> Amended Complaint Filed: July 30, 2019 <br><br> Hearing Date: November 18, 2019 <br> Time: 9:00 a.m. <br> Department: 5B (5th Flr.) |

NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION (CASE NO. 3:19-CV-01226-L-AHG)

PLEASE TAKE NOTICE Plaintiffs Matthew Jones, et al., through their respective counsel of record, hereby withdraws Plaintiffs' Notice of Motion and Motion for Preliminary Injunction set for hearing November 18, 2019. Dkt. No. 12.

On October 4, 2019, Plaintiffs' filed and served their preliminary injunction motion and supporting papers. Pursuant to Magistrate Judge Goddard's Order (Dkt. No. 10), parties attended an in-person, counsel-only case management conference on October 9, 2019. At the conference, Plaintiffs' counsel discussed the likelihood of California Governor Gavin Newsom signing Senate Bill 61 (SB 61) into law, which would make substantial changes to California Penal Code section 27510 – the statute at issue in this case. Predicting this potential change in the law, Plaintiffs' counsel stated that if SB 61 were to be signed into law, Plaintiffs would be forced to file a second amended complaint and refile their preliminary injunction motion. Subsequently, on October 11, 2019, Governor Newsom signed SB 61 into law.

Due to the changes made to Penal Code section 27510 and Plaintiffs' need to amend their complaint and refile a preliminary injunction motion to account for this change in state law, Plaintiffs withdraw their motion and request that this Court take off calendar the hearing on the motion, which is currently set for November 18, 2019, at 9:00 a.m., without prejudice.

October 18, 2019        Respectfully submitted,
                        Gatzke, Dillon & Ballance LLP
                        By:  */s/ John W. Dillon*
                        John Dillon