John W. Dillon (Bar No. 296788)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile: (760) 431-9512
E-mail: jdillon@gdandb.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,<br><br>Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**DECLARATION OF JOHN W. DILLON IN SUPPORT OF PARTIES' JOINT MOTION TO EXCEED PAGE LIMIT OF BRIEFS REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Action Filed: July 1, 2019<br><br>First Amended Complaint Filed: July 30, 2019<br><br>First Amended Complaint and Summons Served:  August 1, 2019 |

# DECLARATION OF JOHN W. DILLON

I, John W. Dillon, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court. I am counsel for Plaintiffs, Matthew Jones, et al., in this case.

2. Plaintiffs filed their original complaint on July 1, 2019 and served their First Amended Complaint on August 1, 2019. Dkt. Nos. 1 & 3. Plaintiffs subsequently filed their original motion for preliminary injunction on October 4, 2019. Dkt. No. 12.

3. I attended the Case Management Conference (CMC) on behalf of my clients on October 9, 2019, pursuant to Magistrate Judge Goddard's Order. Dkt. No. 9. Counsel for Defendants, Jennifer Rosenberg, was also in attendance.

4. At the CMC, I discussed the likelihood of California Governor Gavin Newsom signing Senate Bill 61 (SB 61) within the next few weeks. SB 61 would make amendments to California Penal Code section 27510 – the law at issue in this case.

5. At the CMC, based on the recommendation of Magistrate Judge Goddard, I said that Plaintiffs would withdraw Plaintiffs' preliminary injunction motion and file a Second Amended Complaint in the event that SB 61 was passed. Both Magistrate Judge Goddard and Defendants' counsel were informed of my intent.

2

*DECLARATION OF JOHN W. DILLON IN SUPPORT OF PARTIES' JOINT MOTION TO EXCEED PAGE LIMIT OF BRIEFS REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION* (3:19-CV-01226-L-AHG)

6. On October 11, 2019, SB 61 was signed into law by Governor Newsom. I subsequently withdrew Plaintiffs' preliminary injunction on October 18, 2019. Dkt. No. 16. After making the necessary amendments to Plaintiffs' Second Amended Complaint, on October 23, 2019, I delivered a courtesy copy of Plaintiffs' proposed Second Amended Complaint to Defendants' counsel for review and requested Defendants' consent to the amendment of the pleadings.

7. After obtaining Defendants' consent to amendment of the pleadings after further e-mail discussions, on November 5 the parties, through their counsel, filed a stipulation regarding amendment of the complaint and lodged a proposed order with this Court. Dkt. 17. This Court is currently considering the parties' joint motion and stipulation. Plaintiffs intend to file their SAC immediately upon receipt of this Court's Order granting parties' motion.

8. There is good cause for allowing the parties to exceed the standard 25-page limit in briefing this motion. Plaintiffs' initial motion for preliminary injunction was filed at the 25-page limit, before SB 61 was signed changing the law, after extensive revisions to meet such limit. To properly account for the change in law, Plaintiffs intend to address the general timing of the amendment, the new law's effect on ordinary, law-abiding Young Adults' (adults ages 18-to-20 years old) ability to purchase and acquire firearms in California, and the additional legislative history for the change in the law. This new information will require Plaintiffs to engage in

3

DECLARATION OF JOHN W. DILLON IN SUPPORT OF PARTIES' JOINT MOTION TO EXCEED PAGE LIMIT OF BRIEFS REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (3:19-CV-01226-L-AHG)

additional discussion beyond what was already submitted to the Court. With the changes in the law, Plaintiffs will need up to seven additional (7) pages to properly analyze the this change and how it further supports Plaintiffs' contention that Penal Code section 27510 is a ban on the purchase, transfer, acquisition, and even possession of commonly owned firearms for ordinary, lawful adults ages 18-to-20 years old in violation of the Second Amendment.

9. It is the parties' view that Plaintiffs and Defendants should be afforded the same extension of page limits, as the extended discussion in Plaintiffs' motion for preliminary injunction will require additional response from Defendants in their opposition. Thus, the parties agree that Defendants should be granted an additional seven pages for their memorandum of points and authorities in opposition to Plaintiffs' motion for preliminary injunction.

10. The additional 7 pages will help ensure that the parties submit more complete papers for the Court's review and consideration

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, of my own knowledge, and that this declaration is executed on November 7, 2019 in Carlsbad, California.

_____
John W. Dillon
Attorney for Plaintiffs

4

*DECLARATION OF JOHN W. DILLON IN SUPPORT OF PARTIES' JOINT MOTION TO EXCEED PAGE LIMIT OF BRIEFS REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION* (3:19-CV-01226-L-AHG)