# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,<br><br>Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>**ORDER:**<br><br>**GRANTING JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [Doc. 17]**<br><br>**GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES [Doc. 18]** |

Having considered the parties' joint motion for leave to file a second amended complaint [doc. 17], the Court finds that good cause exists, and Plaintiffs shall file their Second Amended Complaint as follows:

1. Plaintiffs shall file and electronically serve their Second Amended Complaint on or before **November 12, 2019**;

2. Plaintiffs shall file and electronically serve their motion for preliminary injunction within 2 court days of the filing of their Second Amended Complaint; and

3. Defendants shall file and electronically serve their pleading responsive to Plaintiffs' Second Amended Complaint within 14 days after the filing of the Second Amended Complaint.

Having also considered the parties' joint motion to exceed the page limits in briefing Plaintiffs' motion for preliminary injunction [doc. 18], the Court finds good cause exists to grant leave to both parties to exceed the Civil Local Rule 7.1.h 25-page limit on motion briefs and opposition briefs up to five (5) additional pages. Therefore, the parties' joint motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS SO ORDERED.**

November 8, 2019

Hon. M. James Lorenz
United States District Judge