John W. Dillon (Bar No. 296788)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile: (760) 431-9512
E-mail: jdillon@gdandb.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al., <br><br> Defendants | Case No.: 3:19-cv-01226-L-AHG <br><br> Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard <br><br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** <br><br><br> Complaint Filed: July 1, 2019 <br> Second Amended Complaint Filed: November 8, 2019 <br><br> Date: Monday, December 16, 2019 <br> Time: 10:30 a.m. <br> Department: 5B (5th Floor) <br><br> No oral argument should be heard unless ordered by the Court |

*PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION*

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: Notice is hereby given that on December 16, 2019, at 10:30 a.m. in Courtroom 5B (5th Floor) of the above-captioned Court, located at 221 W. Broadway, San Diego, California 92101, Plaintiffs will move for preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure. Specifically, Plaintiffs will seek an order enjoining Defendant Attorney General Xavier Becerra and his agents, servant, employees, and those working in active concert with him, from enforcing or giving effect to California Penal Code, § 25710 during the pendency of this action.

Plaintiffs bring this motion on the grounds that California Penal Code § 27510 constitutes an absolute under-21 firearm ban applicable to all ordinary law-abiding Young Adults (18-20-years-old) in violation of the Second Amendment of the U.S. Constitution.  The criminalization of Young Adult's acquisition and possession of any firearm infringes on the Second Amendment's core right of self-defense; and the so-called "exemptions" are inapplicable and illusory to ordinary law-abiding Young Adults.

The motion is based on this notice of motion and motion, the memorandum of points and authorities filed concurrently with this motion, and the supporting and concurrently filed Declarations of Matthew Jones, Thomas Furrh, Kyle Yamamoto, Matthew Beebe, John Phillips, Alan Gottlieb, Anthony Williams, Darin Prince, Brandon Combs, John Dillon, John Lott, Thomas B. Marvell, David

1  Bogan, and David T. Hardy as well as any exhibits attached hereto.  This motion is

2
   also based on the Second Amended Complaint, pleadings, and records already on
3

4  file, and on any further matters the Court deems appropriate at or before the time

5  of the hearing.

6
   November 12, 2019                    Respectfully submitted,
7

8                                       Gatzke, Dillon & Ballance LLP

9                                       By:

10                                           John Dillon

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28