John W. Dillon (Bar No. 296788)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile: (760) 431-9512
E-mail: jdillon@gdandb.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION (formerly, THE CALGUNS FOUNDATION); and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al., <br><br> Defendants. | Case No.: 3:19-cv-01226-L-AHG <br><br> Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard <br><br> **DECLARATION OF THOMAS FURRH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Complaint Filed: July 1, 2019 <br> Second Amended Complaint Filed: November 8, 2019 <br><br> Date: Monday, December 16, 2019 <br> Time: 10:30 a.m. <br> Courtroom: Dept. 5B (5th Floor) <br><br> No oral argument should be heard unless ordered by the Court |

I, Thomas Furrh, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts.

2. I am a 20-year-old resident of Vista, California, where I live in an apartment with four roommates.

3. I do not have a criminal history, nor am I a member of the armed services or law enforcement.

4. I do not have a California hunter's licence issued by the California Department of Fish and Wildlife and I have no interest in hunting.

5. Currently, I do not own any firearms. However, I would like to purchase a firearm for self-defense and other lawful purposes.

6. On May 15, 2019, I entered the gun shop Beebe Family Arms and Munitions (Beebe Arms) in Fallbrook, California, to purchase a firearm for self-defense and other lawful purposes.

7. I told the employee behind the counter I wished to purchase a firearm. He asked me if I was 21 years old. I told him I was 20 years old.

8. Once I told the employee that I was 20, he immediately informed me that due to a recent change in California law, they were prohibited from selling or transferring any type of firearms to me due solely to my age.

9. I asked if I could legally purchase a firearm from an individual rather than from a gun shop. The employee told me that since all firearms transfers are

required to go through a federally licensed dealer, Beebe Arms was also prevented from conducting a private party transfer of any type of firearm to me. Because I was prohibited from purchasing any kind of firearm, I left the Beebe Arms.

10. I wanted to buy a gun for self-defense and other lawful purposes, but was prevented from doing so because of the California law. As a result, I was denied the ability to exercise my Second Amendment rights, including the right to purchase, use, and retain a firearm in self-defense and other lawful purposes. This unlawful prohibition and infringement on my Second Amendment rights will continue until I am 21 years old. But for the California law, I would have purchased a firearm. However, due solely to my age, I cannot purchase a firearm without fear of being criminally prosecuted for violating the law.

11. I have no interest in purchasing a firearm in order to hunt; I do not have a valid, unexpired hunting license issued by the California Department of Fish and Wildlife; and have no need for or interest in attending a hunter's safety course or paying for irrelevant and burdensome fees associated with these classes and licenses. I am also not an active or retired peace officer or federal officer, nor am I a current or retired member of the armed forces. However, I am old enough to serve in the U.S. armed forces and vote.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on September 14, 2019.

_____
Thomas Furrh