1  John W. Dillon (Bar No. 296788)
2  Gatzke Dillon & Ballance LLP
   2762 Gateway Road
3  Carlsbad, California 92009
   Telephone: (760) 431-9501
4  Facsimile: (760) 431-9512
5  E-mail:  jdillon@gdandb.com
6
   Attorney for Plaintiffs
7

8              **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | MATTHEW JONES; THOMAS FURRH;        Case No.: 3:19-cv-01226-L-AHG
   | KYLE YAMAMOTO; PWGG, L.P. (d.b.a.
12 | POWAY WEAPONS AND GEAR and          Hon. M. James Lorenz and Magistrate
   | PWG RANGE); NORTH COUNTY            Judge Allison H. Goddard
13 | SHOOTING CENTER, INC.; BEEBE
14 | FAMILY ARMS AND MUNITIONS LLC       **DECLARATION OF BRANDON**
   | (d.b.a. BFAM and BEEBE FAMILY       **COMBS IN SUPPORT OF**
15 | ARMS AND MUNITIONS); FIREARMS       **PLAINTIFFS' MOTION FOR**
   | POLICY COALITION, INC.; FIREARMS    **PRELIMINARY INJUNCTION**
16 | POLICY FOUNDATION; CALIFORNIA       **(Part 2 of 2)**
17 | GUN RIGHTS FOUNDATION; and
   | SECOND AMENDMENT                    Complaint Filed: July 1, 2019
18 | FOUNDATION,                         Second Amended Complaint Filed:
19 |                                     November 8, 2019
   |                         Plaintiffs,
20 |                                     Date: Monday, December 16, 2019
   | v.                                  Time: 10:30 a.m.
21 |                                     Department: 5B (5th Floor)
22 | XAVIER BECERRA, in his official
   | capacity as Attorney General of the
23 | State of California, et al.,         No oral argument should be heard unless
                                         ordered by the Court
24 |                         Defendants.

25

26

27

28

# EXHIBIT "7"

Exhibit 7
0438

*Join the*
# San Diego County Sheriff's Department (/index.html)

# Sheriff's Hiring Process

**STEP 1. Fill out online application/Complete Questionnaire/View Video.** It is highly suggested that you apply for both positions IF YOU QUALIFY so check both positions on the application. The County of San Diego Department of Human Resources will send you an email inviting you to fill out a questionnaire with 27 supplemental questions along with instructions on how to view a mandatory video with words from the Sheriff. (Please note: The Apply links in the left column will bring you to the County of San Diego Department of Human Resources web site).

NOTE: Upon successful completion of viewing the video and answering the questionnaire, your application will be submitted, processed and validated to ensure you meet the minimum requirements. This can take several weeks.



**STEP 2. Written Exam (Relative weight 100%).** Upon successful completion of STEP 1 the County of San Diego Department of Human Resources will contact you via email inviting you to register for the California P.O.S.T. written exam. The email notice will have instructions on how to register. It is one exam for both positions, so register for one exam only! Results take approximately 3-6 weeks. Upon passing the exam, you will be placed on the eligibility list for one year. If selected, you will be invited to meet with a background investigator to complete the next step (STEP 3).

**STEP 3. Prescreen questionnaire/Personal History Statement.** The County of San Diego Department of Human Resources will send you an email inviting you to fill out a Prescreen Questionnaire (Personal History Statement) and instructions on how to view an additional mandatory video with words from the Sheriff.

**STEP 4. Comprehensive Background Investigation.** You will be assigned a Background Investigator.

**STEP 5. Computer Voice Stress Analysis (CVSA) and Employment Interview.** Truth verification exam (type of polygraph) and employment interview (Lieutenant's Interview).

**STEP 6. Physical Agility Test (PAT).** See FAQ page for details.

**STEP 7. Psychological Evaluation.** You will fill out a written exam and meet with a psychologist.

**STEP 8. Medical Exam**

**STEP 9. Job Offer.** You receive a job offer and be assigned to attend an academy and attend a new hire orientation.

***STEPS 5 - STEPS 8 may not be completed in numerical order due to scheduling of events.***

## Minimum Requirements

**Deputy Sheriff Patrol:**

- 20 ½ years of age at time of application; 21 years of age at time of appointment. (There is no maximum age limit)
- U.S. citizen *or* Resident Alien in the process of becoming a U.S. citizen
- U.S. High School graduate or G.E.D.
- No felony convictions. Not on Probation. Misdemeanors may be disqualifying depending on the number, type of violation, and date of the violation.
- Vision: 20/100 uncorrected, corrected to at least 20/30
- Valid California Drivers License prior to appointment. Valid photo ID to take the written exam.
- Effective oral and written communications in English.

**Deputy Sheriff Detentions/Courts:**

- 18 years of age at the time of the test. (There is no maximum age limit)
- U.S. citizen *or* Resident Alien in the process of becoming a U.S. citizen
- U.S. High School graduate or G.E.D.
- No felony convictions. Not on Probation. Misdemeanors may be disqualifying depending on the number, type of violation, and date of the violation.
- Vision: 20/100 uncorrected, corrected to at least 20/30

**Exhibit 7**
**0439**

- Valid California Drivers License prior to appointment. Valid photo ID to take the written exam.
- Effective oral and written communications in English.

147         37

---

**We Are Hiring!**

Applications will be accepted from 12:00 a.m. on

### September

# 16
Monday

through 11:59 p.m. on

### January

# 31
Friday

Learn How to Apply (join-sheriffs-department.html)

---



(/dispatcher/index.html)

---

Quick Links

**Deputy Sheriff - Law Enforcement**
ℹ️ Information (/join-deputy-sheriff.html) | ✏️ Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/2494208/deputy-sheriffs-cadet-19574707?page=2&pagetype=jobOpportunitiesJobs)

**Deputy Sheriff - Detentions/Courts**
ℹ️ Information (/join-detentions-deputy.html) | ✏️ Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/2491361/deputy-sheriff-cadet-detentions-court-services-19579707?page=2&pagetype=jobOpportunitiesJobs)

**Deputy Sheriff - Lateral**
ℹ️ Information (/join-lateral-deputy.html) | ✏️ Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/2302766/deputy-sheriff-lateral-19574601?keywords=19574601L&pagetype=jobOpportunitiesJobs)

**Deputy Sheriff-Detentions/Court Services-Lateral**
✏️ Information & Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/2307089/deputy-sheriff-detentions-court-services-lateral-19575701?keywords=19575701L&pagetype=jobOpportunitiesJobs)

**Deputy Sheriff Cadet-Promotional**
✏️ Information & Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/2306367/deputy-sheriffs-cadet-promotional-19574701p?keywords=19574701P&pagetype=promotionalJobs)

**Emergency Services Dispatcher Trainee**
ℹ️ Information (/dispatcher/index.html) | ✏️ Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/1934164/sheriffs-emergency-services-dispatcher-trainee-18282001?keywords=dispat&pagetype=jobOpportunitiesJobs)

**Licensed Mental Health Clinician**
✏️ Information & Apply (https://www.governmentjobs.com/careers/sdcounty/jobs/2346108/licensed-mental-health-clinician-sheriffs-detentions-19527902?page=4&pagetype=jobOpp...

**Exhibit 7**
**0440**

**960-hour Rehire**

(Active & retired employees only)

✏ Information & Apply (http://goo.gl/PdsmH9)

Civilian Job Opportunities (/join-sheriff-civilians.html)

Law Enforcement Reserves (/join-reserves.html)

Hiring Process (/join-sheriffs-department.html)

Law Enforcement Academy (/law-enforcement-academy.html)

Detentions Academy (/detentions-academy.html)



(/join-sheriff-veterans.html)



(/women-in-law-enforcement.html)



(/join-reserves.html)

**Exhibit 7**

**0441**

# EXHIBIT "8"

Exhibit 8
0442

# Police

## Police Officer Requirements

Before you begin the process for Police Officer (/police/recruiting/opportunities/policeofficer), carefully review the hiring process (/join-san-diego-police-department).

- 🗎 Possible Disqualifiers for Police Officers/Recruits (/sites/default/files/legacy/police/pdf/possibledisqualifiers.pdf)

## General

U.S. citizenship or permanent resident who is eligible and has applied for U.S. citizenship prior to the application for employment.

## Minimum Age

20 years of age on the day you take the Written Test; 21 at time of Academy graduation (No maximum age limit).

## Education

- Graduation from a high school located within the United States or a U.S. territory;
- OR passage of the California High School Proficiency Examination OR G.E.D. with scores that meet the California standard established by the American Council on Education;
- OR possession of a two- or four-year degree from an accredited college or university. (Accreditation must be from an institutional accrediting body that has been recognized by the Council on Post-secondary Accreditation.)

Candidates screened by the Police Department must present proof of education when they submit their "Personal History Statement" (Word (/sites/default/files/legacy/police/pdf/phs.doc) 🗎 PDF (/sites/default/files/legacy/police/pdf/phs.pdf)).

## License

A valid California Class C Driver's License, which permits you to drive an automobile, will be required at the time of hire.

## Typing Certificate

Since Police Officers routinely use laptop computers, candidates must demonstrate typing ability. An ORIGINAL typing certificate indicating the ability to type at a corrected speed of 30 words per minute on a typewriter or computer keyboard must be submitted during the Police Department's Background Investigation Process. The certificate must be issued under International Typing Contest Rules and specify the net and gross speed, the number of errors and that the test was five minutes or longer. Certificates specifying more than five errors will not be accepted. Individuals who are serving or have served in City of San Diego job classifications that meet or exceed the minimum typing requirements need not submit a typing certificate. Internet typing tests will not be accepted.

**Typing tests are given at, but you are not limited to, the following locations:** (Call individual centers for further information.)

- Centre City / Skills Center: 619-388-4600
- Mid-City Center: 619-388-4500
- Cesar Chavez Center: 619-230-2895
- North City Center: 619-388-1800
- Educational Cultural Complex: 619-388-4956
- The West City Center: 619-221-6973
- Palomar College: 760-744-1150 ext. 2497 (San Marcos Campus) or ext. 8193 (Escondido Campus)

**Exhibit 8**

If you have additional questions about San Diego Police Department Recruiting, see the Frequently Asked Questions (/police/recruiting/faqs), call 619-531-COPS (2677) or email sdpdrecruiting@pd.sandiego.gov (mailto:sdpdrecruiting@pd.sandiego.gov).

**If you have an emergency, dial 9-1-1.**

**To access 9-1-1 from a cell phone or outside San Diego, dial 619-531-2065.**

For 24-hour non-emergencies, dial 619-531-2000 or 858-484-3154.

**Exhibit 8**

# Join Us

- Join Us Home (/join-san-diego-police-department)
- ▾ Career Opportunities (/police/recruiting/opportunities)
  - Lateral Transfer (/police/recruiting/opportunities/lateral)
- Benefits (/police/recruiting/benefits)
- Police Dispatch Recruiting Events (/police/recruiting/meet/dispatchevents)
- C.A.M.P. (/police/recruiting/camp)
- Volunteer Opportunities (/police/recruiting/volunteer)
- Frequently Asked Questions (/police/recruiting/faqs)
- Contact Recruiting Unit (/police/recruiting/contact)

**Exhibit 8**

# EXHIBIT "9"

Exhibit 9
0446

# Job Opportunities



**Job Title:** Police Recruit

**Opening Date/Time:** Sat. 09/14/19 12:00 AM Pacific Time

**Closing Date/Time:** Fri. 12/13/19 11:59 PM Pacific Time

**Salary:** $5,268.27 - $5,531.67 Monthly

**Job Type:** Permanent, Full-Time

**Location:** Chula Vista, California

**Department:** Police

**Print Job Information | Apply**

| **Description and Essential Functions** | Benefits | Supplemental Questions |

To learn and participate in established curriculum and subsequently pass all tests given by training staff, including academics and manipulative skills such as defensive tactics, firing weapons with accuracy, and driving at high speeds on a set test course while maintaining control. Police Recruit is the entry-level position to a career in municipal law enforcement. After successfully completing the Police Academy, the Police Recruit will then automatically promote to the classification of Peace Officer.

**Essential Functions:**
Functions may include, but are not limited to, the following: learn and participate in all classroom and field activities while attending the police academy; write/type reports and complete all assignments; participate in daily physical training at the same intensity as the majority of the group, or as directed by academy training staff; run up to six miles at an eight minute/mile pace; perform up to sixty sit-ups straight; perform sixty push-ups straight; spar with training staff and/or fellow recruits; fire weapons; drive vehicles; talk on radio; build and maintain positive working relationships with co-workers, other City employees and the public using principles of good customer service; and perform other related duties and physical training activities as assigned.

### Minimum Qualifications:

Any combination of experience and training that would likely provide the required knowledge and abilities is qualifying. A typical way to obtain the knowledge and abilities would be: must be at least 20 years of age at time of application and 21 years of age at time of appointment; must have a valid California Driver's License at time of appointment; must meet citizenship requirements as defined under California Government Code Sections 1031(a) and 1031.5.

**Education** - Per Government Code section 1031(e), United States high school graduation, or passage of the General Education Development (GED) test, or attainment of a two-year or four-year degree from an accredited college or university. NOTE: Verification at time of hire is required. Additional college course work in Police Administration and/or Criminal Justice is highly desirable.

### Knowledge, Skills and Abilities / Physical Demands and Working Conditions:

**Knowledge, Skills and Abilities:**
Knowledge of: customer service; modern office practices and procedures; computer equipment and software applications related to assignment; basic mathematics; English usage, spelling, grammar, and punctuation. Ability to: participate in all physical training exercises; learn and participate in classroom lectures; prioritize and coordinate several activities/assignments; learn and apply procedures and techniques learned in the police academy; use initiative and sound independent judgment within established guidelines; communicate clearly and concisely, both orally and in writing; establish and maintain effective working relationships with those contacted in the course of work; and work with various cultural and ethnic groups in a tactful and effective manner.

**Physical Demands and Working Conditions:**
The Physical Agility Test (PAT) is designed to be a specific measure of the physical capabilities necessary to perform the duties of a Peace Officer. Test events are designed to simulate actual areas of police work. The events include: 1) a 1.5-mile run to be completed in 14 minutes or less; 2) an agilities course to be completed in 3.5 minutes or less. Lift up to 150 lbs. Must be able to see a target up to 50 yards away and focus enough on it to accurately fire a weapon at it. Must be able to hear voices of training staff over other loud noises such as gunfire and yelling. Some of the work is performed indoors in a classroom setting, and some of the work takes place outside while performing the physical training exercises.

### Additional Information:

**RECRUITMENT NO. 19507109**

**Exhibit 9**
**0447**

| Description and Essential Functions | Benefits | Supplemental Questions |
|---|---|---|

To be considered for this position, applicants must submit a City Application and Supplemental Questionnaire by the closing date listed. Candidates whose applications indicate the required education and experience most directly related to the position will be invited to participate in the selection process. All notices will be sent via e-mail.

**Unless otherwise noted, a passing score must be achieved at each step of the recruitment process in order to have your name placed on the eligibility list for hiring consideration. The eligibility list established as a result of this recruitment will be for a duration of twelve (12) months, unless otherwise extended. Please note: The examination materials for this recruitment are validated, copyrighted, and/or inappropriate for review.**

Employees in the Police Recruit position are represented by the Association of Chula Vista Employees (ACE) and receive benefits afforded to ACE-represented employees. After successfully completing the Police Academy, the Police Recruit will automatically promote to the classification of Peace Officer, a position represented by the Chula Vista Police Officers' Association (POA) and receive benefits outlined in the POA Memorandum of Understanding. Click here to view POA benefit summary information.

**Personal Qualifications**
Please click here for a list of disqualifying criteria.

Must possess a good character and reputation; superior self-command, alertness, and judgment; ability to establish and maintain good working and public relations. Conviction of a serious offense, repeated or numerous convictions for minor offenses, conviction of an offense involving moral turpitude, or discharge from the military service under other than honorable conditions may be disqualifying. Candidates will be subject to a thorough background investigation, a voice stress analysis, and after a conditional offer of employment, a psychological and medical evaluation.

**Recruitment and Selection Process - Applicants must pass ALL of the following assessments:**

**Application Review**
Applications will be reviewed to ensure that candidates meet the age, licensing, citizenship, and education requirements. All statements made in the application materials are subject to verification; false statements will be cause for disqualification or discharge.

**Written Examination** - *Tentatively scheduled for January 4, 2020*
The written examination is a California Peace Officer Standards and Training (POST) Entry-Level Test Battery that has two components:
1. Reading Component - measures reading comprehension
2. Writing Component - measures clarity, vocabulary, and spelling

The written exam takes approximately 3.5 hours to administer. This includes thirty minutes for the proctor to read the test instructions and for the applicants to code demographic information on machine-readable forms. The scoring procedure is automated thus requiring the applicants to code their names, addresses, social security numbers, etc., on the forms. Two and one-half (2.5) hours are allowed for actual completion of the test battery.

POST scores the written examination. Results are released 2 - 3 weeks after the written exam. Successful candidates are eligible to continue in the selection process. Candidates who are unsuccessful on the written exam will not be eligible to continue in the selection process, however may re-apply, and test at a future date.

The Applicant Preparation Guide for the POST Entry-Level Test Battery provides a thorough overview of the test, practice test items, and test taking strategies. For more information go to www.POST.CA.gov.

POST 30-Day Rule: Applicants must wait for a period of one month (30 calendar days) before taking a subsequent exam. If you have taken or will take the POST PELLETB exam 30 days prior to our scheduled exam, you are **INELIGIBLE** to take the written exam.

Exception for Written Test: If you possess POST PELLETB written exam results from another agency **AND** the letter is dated within **6 months** prior to our test date; you may submit these results with your application or via email to amatsuhiro@chulavistaca.gov by 12/13/19. Only applicants with a Tscore of 50 and above will be invited to continue in the process.

**Officer Pre-Background Questionnaire**
This confidential questionnaire is designed to assist the Police Department in conducting a preliminary suitability screening. This confidential questionnaire will be provided at the written examination. You are required to pass both the written examination and the Officer Pre-Background questionnaire to continue in the selection process.

**Physical Agility Test (PAT)** - *Tentatively scheduled for February 1, 2020*
The Physical Agility Test (PAT) is developed to assess fitness and agility capabilities necessary to perform the duties of a Peace Officer. Test events are designed to simulate actual areas of police work. The PAT is comprised of two timed events:

| Description and Essential Functions | | Benefits | | Supplemental Questions |

1. 1.5 mile run to be completed in 14 minutes or less
2. Obstacle/agility course to be completed in 3.5 minutes or less

The PAT is a pass/fail test with no numeric score. Candidates are verbally notified immediately after the PAT if they passed or failed. Successful candidates are eligible to continue in the selection process.

**Oral Board Interview -** *Tentatively scheduled for the week of February 10, 2020*
The oral board interview will consist of questions regarding candidate's education, experience, interest, and personal qualifications to determine suitability for law enforcement service. The oral board panel will have members from the Human Resources Department and ranking members from the Police Department.

Passing the interview requires a score of 70 or higher. The score you receive will determine your rank on the eligibility list. The City of Chula Vista certifies the top three ranks, plus any ties, to the department for continuation in the background process. Candidates will be notified if they are eligible to proceed to the background investigation.

**Background Investigation**
Peace Officers are responsible for protecting and serving the public and are entrusted with substantial authority to carry out these responsibilities. As such, the California Peace Officer Standards and Training (POST) requires that the history of peace officer applicants be thoroughly investigated to make sure that nothing in their background is inconsistent with performing peace officer duties. Failure to pass the background investigation will result in removal of the candidate's name from the eligibility list.

**Chief's Interview**

**Psychological Evaluation and Medical Examination**
California Government Code 1031(f) requires all California peace officers to be free from any emotional, or mental condition that might adversely affect the exercise of the powers of a peace officer. Peace officers must also be free from any physical condition that might adversely affect the exercise of peace officer powers.

**Exhibit 9**
**0449**

# CHULA VISTA POLICE DEPARTMENT

## RECRUITING FAQ



Q: Are you currently hiring/testing?
A: We hire police recruits and lateral police officers on an ongoing basis.

Q: What are the minimum requirements?
A:
- Be 21 years of age with a high school diploma (no upper age limit).
- Have vision correctable to 20/40 and be physically fit.
- Have a valid California driver's license.
- Be a U.S. citizen or obtain citizenship within three years of applying.
- Have good moral character.

Q: Where is the police academy?
A: Selected candidates will attend a six-month regional police academy at Miramar College. Uniforms, equipment, and books will be provided.

Q: What is the testing process?
A:
- The written examination includes reading comprehension, English grammar, sentence structure, vocabulary, and spelling.
- A Physical Agility Test (PAT) is required for police officer recruits; 1.5 mile run within 14 minutes; obstacle course within 3:30 minutes.
- An oral interview.
- A background check, to include truth verification, psychological examination, and medical examination.

Q: What should I study for the written exam?
A:
- The public library or local bookstores have literature on Entry Level Law Enforcement Officer examinations.
- Improving reading comprehension is a key component of the exam.
- Read each question carefully. Choose the best possible answer. Try to answer every question; those left blank will be incorrect.
- For more information, visit www.post.ca.gov.

Q: How long does it take to get hired?
A: Completion of the hiring process averages between four to six months.



CITY OF CHULA VISTA

315 Fourth Avenue, MS P-200, Chula Vista, CA 91910 | www.chulavistapd.org | (619) 585-5652 | fax (619) 409-5985

**Exhibit 9**
**0450**

# EXHIBIT "10"

Exhibit 10
0451

## JOIN



# Qualifications









| AGE | EDUCATION | CITIZENSHIP | BACKGROUND |
|---|---|---|---|
| At least **20 YEARS** of age at the time of application and **21 YEARS** of age by police academy graduation. | Graduation from a U.S. high school, G.E.D. or equivalent from a U.S. institution, or a California High School Proficiency Examination (CHSPE) certificate is required.<br><br>A two-year or a four-year college degree from an accredited U.S. or foreign institution may be substituted for the high school requirement. | The City of Los Angeles requires that a Police Officer candidate be a United States citizen, or that a non-citizen be a permanent resident alien who, in accordance with the requirements of the U.S. Citizenship and Immigration Services (USCIS), is eligible and has applied for citizenship.<br><br>During the selection process, each non-citizen is required to prove that USCIS accepted his/her application for citizenship prior to the date the Police Officer written test was taken.<br><br>California State law requires that citizenship be granted within three years after the employment application date. For information regarding citizenship requirements, contact the USCIS.<br><br>**RESIDENCY**<br>You do not have to be a resident of Los Angeles to apply for or work as an LAPD Officer. | Los Angeles Police Department Officers are entrusted with responsibility to keep our cities safe from crime and corruption. Therefore, a history of ethical and moral behavior is of the utmost importance. Your background will be looked at very closely. Candidates who have a history of unethical or immoral behavior will not be hired. You will be subjected to an intensive background evaluation, pursuant to the City of Los Angeles Public Safety Background Standards. |

# JOIN ☰







## There are seven steps to the application process:

### Online Application and Personal Qualifications Essay (PQE) written test

**STEP 1**

All applicants must complete the **Online Application**. You must complete BOTH sections, which will take approximately 5 minutes to complete. You MUST submit the Online Application and print a copy to bring with you to the written test. **For testing calendar click** here. (https://personline.lacity.org/apps/testingcalendar/)

The **Personal Qualifications Essay (PQE)** consists of essay questions related to judgment and decision making and behavioral flexibility. Your written communication skills will also be evaluated.

### Personal History Statement (PHS)

**Exhibit 10**
**0453**

Completion and submittal of a **Personal History Statement (PHS)** is the first step of the Background Investigation. The PHS requires compilation of extensive biographical information, fingerprinting, and an interview with a background investigator. The investigation will also include checks of employment, police, financial, education, and military records, and interviews with family members, neighbors, supervisors, co-workers, and friends.

**STEP 2**

The Physical Fitness Qualifier and Continuous Physical Preparation

In order to better prepare for the exam and the physical demands of the academy, you are **required to attend** the Candidate Advancement Program (CAP) **and** complete the Physical Fitness Qualifier (PFQ). You **must** complete the PFQ **at least once** prior to appointment.

The PFQ consists of four events: 1) maximum sit-ups in on minute, 2) 300-meter sprint, 3) maximum push-ups in one minute, and 4) 1.5 mile-run. This is the same physical fitness test that academy recruits take the third day of the Police Academy.

## The Physical Fitness Qualifier (PFQ) and Candidate Advancement Program (CAP)

**STEP 3**

In order to better prepare for the exam and the physical demands of the academy, you are **required to attend** the Candidate Advancement Program (CAP) **and** complete the Physical Fitness Qualifier (PFQ). You **must** complete the PFQ **at least once** prior to appointment. Your goal is to score 50 or higher on the PFQ and you are encouraged to take it as many times as you like. If you are struggling to reach the goal of 50 you must attend CAP to get tips and training from our recruitment officers.

The PFQ consists of four events: 1) maximum sit-ups in on minute, 2) 300-meter sprint, 3) maximum push-ups in one minute, and 4) 1.5 mile-run. This is the same physical fitness test that recruit officers take the third day of the Police Academy.

The Academy Physical Training Program (http://joinlapd-d7-prod.us-west-2.elasticbeanstalk.com/academy-physical-training-program) is intense and demanding, the first physical fitness test occurs during the first week of the Academy. It is critical that candidates don't wait until they are in the Academy to get into good physical shape. It is recommended to begin a physical conditioning program as soon as you apply.

## Polygraph Examination and Department Interview

**STEP 4**

The **Polygraph Examination** is conducted to confirm information obtained during the selection process.

The **Department Interview** will be conducted by a panel to assess your personal accomplishments, job motivation, instrumentality, interpersonal skills, continuous learning orientation, and oral communication skills. Only those candidates who pass this part of the process will receive a Conditional Job Offer.

## Medical Evaluation

The Medical Evaluation is thorough and it is essential that you be in excellent health with no conditions which would restrict your ability to safely perform the essential functions of the Police Officer job. Good physical condition is necessary, as training in the Academy is rigorous. Failure to be in **excellent** physical condition may delay or disrupt training and result in a dismissal from the Academy.

**Exhibit 10**
**0454**



### Field Investigation



The **Field Investigation** includes checks of employment, police, financial, education, and military records and interviews with family members, neighbors, supervisors, co-workers, and friends. You will be evaluated on your past behavior and the extent to which your behavior demonstrates positive traits that support your candidacy for Police Officer. The Field Investigation provides you the time and opportunity to get in shape for the Academy. You have very few active responsibilities during this step of the process, so we encourage you to attend as many CAP sessions as possible and to continue to take the Physical Fitness Qualifier.

### Psychological Evaluation

The **Psychological Evaluation** consists of an oral interview and evaluation by a City psychologist on factors related to successful performance in the difficult and stressful job of Police Officer. The information evaluated includes the written psychological tests along with information obtained in the background investigation process.

## Contact a Mentor Today! (node/39)

### Mentors are available Monday – Friday from 6:00 A.M. until 4:30 P.M
### 213-473-3450

APPLICATION

PERSONAL QUALIFICATIONS ESSAY

**Exhibit 10**
**0455**

PERSONAL HISTORY STATEMENT

DEPARTMENT INTERVIEW, POLYGRAPH & PFQ

MEDICAL EVALUATION

FIELD INVESTIGATION

PSYCHOLOGICAL EVALUATION

**Exhibit 10**
**0456**

# EXHIBIT "11"

Exhibit 11
0457

Deputy Sheriff   **Apply Now**

 

≡ MENU

Search                 OK

# Requirements

To apply for a Deputy Sheriff Trainee position, the following is required:

Be at least 19.5 years old to apply / 20 years old at appointment

A U.S. citizen or eligible resident alien awaiting citizenship application decision

A U.S. High school graduate or GED, or passed a U.S. high school proficiency test

Valid Class C driver's license (Out-of-state applicants can use a valid license from their home state while filing, but will need a valid California Class C license at the time of hire)

Be in good physical condition and free from any medical conditions that would interfere with the responsibilities of a Deputy Sheriff

Have at least 20/70 vision in each eye, correctable to 20/30 with only minor color impairment

No major hearing impairment (no more than 25 db loss in the better ear and 35 db loss in weaker ear)

No felony convictions or currently on probation; misdemeanors may be disqualifying, depending on the number, type of violation, and date of the violation

IV – Arduous Physical Class (Must be able to lift 25 lbs while bending, twisting or working on irregular surfaces and may require extraordinary physical exertion)


Additionally, a successful candidate will have these attributes to become a Deputy Sheriff:

Possess and demonstrate integrity

Demonstrated ability to use good judgment and problem solving

Capacity for empathy and compassion

Capacity to multi-task

Ability to demonstrate courage and to take responsibility

Ability to be resourceful and show initiative

Demonstrating assertiveness

Capacity for engaging in teamwork and ability to collaborate

**Exhibit 11**
**0458**

Deputy Sheriff    **Apply Now**



≡ MENU

Search                                                                OK

# Application Process

To make sure we're getting the best applicants you must pass a number of exams and screenings. The full process to become a Deputy Sheriff typically takes between six and nine months.

**1. Application / Supplemental Questions**
Selection Requirements, Work Conditions, & Pre-Background Questionnaire

**2. Written Test**

**3. Validated Physical Ability Test – VPAT**
Up to 2 opportunities in six months to pass

**4. Oral Interview / Intake**

**5. Background Investigation** [Approximately 3 months to complete]
Polygraph, Ride Along, Jail Tour, Orientation, Reference & Employment Checks

**6. Admin Review**

**7. Medical / Psych** [Approximately 2 months to complete]

**8. Pre-Academy Consultation**

**9. Academy**

** Please allow up to three (3) weeks in between each task for administrative processing and review.

**Exhibit 11**
**0459**

# EXHIBIT "12"

Exhibit 12
0460



**Major Duties**

The FBI Special Agent (SA) position requires significant commitment and dedication. Special Agents must:

- Adhere to the highest standards of conduct, especially in maintaining honesty and integrity.
- Be available for worldwide assignment on either a temporary or a long-term basis. Not sure about the transfer process?
- Work a minimum of 50 hours a week (which may include irregular hours) and be on call 24/7, including holidays and weekends.
- Maintain a high level of fitness necessary to complete FBI Academy at Quantico training and throughout your career.
- Carry a firearm and be willing to use deadly force, if necessary.
- Be willing and able to participate in arrests, execution of search warrants and other dangerous assignments, all of which pose the risk of personal bodily harm.

**FBI Employment Requirements for All Positions**

- Must be a U.S. Citizen.
- Must be able to obtain a Top Secret SCI (Sensitive Compartmented Information) clearance.
- Must be in compliance with the FBI Drug Policy.

See more about FBI employment requirements (/working-at-FBI/eligibility).

> APPLY NOW (HTTPS://APPLY.FBIJOBS.GOV/PSC/PS/EMPLOYEE/HRMS/C/HRS_HRAM_FL.HRS_CG_SEARCH_FL.GBL?PAGE=HRS_APP_JBPST_FL&ACTION=U&FOCUS=APPLICANT&SITEID=1&JOBOPENINGID=221876POSTINGSEQ=1)

**Employment Requirements for the Special Agent Position**

To be eligible for the FBI Special Agent position, applicants must meet the following minimum qualifications at the time of application:

- Be between 23 and 36 years of age.
  - FBI Special Agents have a mandatory retirement age of 57. In order to achieve the required 20 years of service for retirement, Special Agents must enter on duty no later than the day before their 37th birthday. Applicants must apply for the Special Agent position prior to their 36th birthday to allow adequate time to complete the Special Agent Selection System. The FBI may disqualify applicants at any time if it is determined that they will reach age 37 before appointment.
  - Current FBI employees must apply prior to their 39th birthday and must be appointed and assigned to the FBI Academy no later than the month of their 40th birthday.
- Have a minimum of a bachelor's degree from a U.S.-accredited college or university.
- Have at least two years of full-time professional work experience; or one year if you have earned an advanced degree (master's or higher).
- Possess a valid driver's license and have six months of driving experience.
- Meet the Special Agent physical fitness standards (see the Physical Requirements (/career-paths/special-agents/physical-requirements) page).
- Be available to report to one of the FBI's 56 Field Offices (https://www.fbi.gov/contact-us/field-offices) for interviews and testing several times throughout the application process. You are responsible for your own travel to and from the Field Office. Applicants who reside overseas must be available for travel to the United States for testing and processing at an FBI Field Office at your own expense; you may choose a Field Office (https://www.fbi.gov/contact-us/field-offices) that is most convenient for you. While travel from an overseas location to the Processing Field Office (PFO) is the responsibility of the applicant, any additional travel for Phase II testing from the PFO will be incurred by the FBI.
- If you are currently on active duty in the military, you must be within one year of completing your service before submitting your application.

**Core Compentencies**

**Exhibit 12**
**0461**


COLLABORATION


COMMUNICATION


FLEXIBILITY /
ADAPTABILITY


INITIATIVE


INTERPERSONAL
ABILITY


LEADERSHIP


ORGANIZING /
PLANNING


PROBLEM SOLVING /
JUDGMENT

FBI Special Agents are required to adhere to strict standards of conduct and exemplify the FBI's Core Competencies listed above. Please explain how you have demonstrated these competencies in real-life situations within your resume. Provide as much information as possible. Use the Situation, Action, Result format to describe the situation, the actions you took and the resulting outcomes.

Definitions of the FBI Core Competencies (/sites/default/files/FBI_Core_Competencies_Definitions.pdf).

Special Agent Selection Process: Core Competencies



Becoming an Agent: The First Week

Exhibit 12
0462

f   🐦   ▶️   in

ACCESSIBILITY (HTTPS://WWW.FBI.GOV/ACCESSIBILITY?EMID=)   |   EQUAL OPPORTUNITY (/EQUAL-OPPORTUNITY)   |   PRIVACY POLICY (/PRIVACY-POLICY)   |   FBI.GOV (HTTPS://WWW.FBI.GOV/)   |
FBIJOBS.GOV is an official site of the U.S. Government, U.S. Department of Justice
FBI is a partner with the U.S. Intelligence Community

©Federal Bureau of Investigation. All Rights Reserved.

**Exhibit 12**
**0463**



# FBI Jobs



## ELIGIBILITY

**Ensure you meet our mission standards.**

If you believe an FBI career is the right fit for you, familiarize yourself with our qualification requirements here.

**APPLY TO JOBS** (HTTPS://APPLY.FBIJOBS.GOV/)

Home (/) / Working at FBI / Eligibility

## EMPLOYMENT ELIGIBILITY

In order to be eligible for employment with the FBI, applicants must violate none of the automatic employment disqualifiers, and adhere to the FBI's pre-employment drug policy. Please ensure you meet these standards before submitting an application. All of these disqualifiers are extensively researched during the FBI Background Investigation Process.

**Exhibit 12**
**0464**

**EMPLOYMENT DISQUALIFIERS**                                                                    —

Below are specific elements that will automatically disqualify job candidates for employment with the FBI. These include:

- Non-U.S. citizenship
- Conviction of a felony (Special Agent candidates only: conviction of a domestic violence misdemeanor or more serious offense)
- Violation of the FBI Employment Drug Policy (please see below for additional details)
- Default on a student loan insured by the U.S. Government
- Failure of an FBI-administered urinalysis drug test
- Failure to register with the Selective Service System (for males only, exceptions apply – please click here (https://www.sss.gov/Portals/0/PDFs/WhoMustRegisterChart.pdf) to find out more)
- Knowingly or willfully engaged in acts or activities designed to overthrow the U.S. government by force
- Failure to pay court ordered child support
- Failure to file federal, state, or local income tax returns

Please note that if you are disqualified by any of the above tests, you are not eligible for employment with the FBI. Please make sure you can meet FBI employment requirements and pass all disqualifiers before you apply for an FBI position.

**EMPLOYMENT DRUG POLICY**                                                                      —

The FBI is firmly committed to a drug-free society and workplace. Applicants for employment with the FBI who are currently using illegal drugs, misusing or abusing legal drugs or other substances at the time of the application process will be found unsuitable for employment. While the FBI does not condone any prior unlawful drug use by applicants, the FBI realizes some otherwise qualified applicants may have used illegal drugs at some point in their past. The guidelines set forth in this policy should be followed for determining whether an applicant's prior drug use makes him or her unsuitable for employment, balancing the needs of the FBI to maintain a drug-free workplace and the public integrity necessary to accomplish its law enforcement and intelligence missions by hiring the most qualified candidates to fill the FBI's personnel needs.

A candidate will be found unsuitable for employment and automatically disqualified if he/she deliberately misrepresents his or her drug history in connection with his or her application for employment. Additionally, candidates are automatically disqualified under the following criteria:

### Marijuana Usage:

Candidates cannot have used marijuana within the three (3) years preceding the date of their application for employment, regardless of the location of use (even if marijuana usage is legal in the candidate's home state). The various forms of marijuana include cannabis, hashish, hash oil, and tetrahydrocannabinol (THC), in both synthetic and natural forms.

A candidate's use of marijuana in its various forms for medical reasons, regardless of whether or not it was prescribed by a licensed practicing physician, cannot be used as a mitigating factor.

### Illegal Drugs:

Candidates cannot have used any illegal drug, other than marijuana, within the ten (10) years preceding the date of the application for employment.

Additionally, candidates cannot have sold, distributed, manufactured, or transported any illegal drug or controlled substance without legal authorization.

### Prescription Drugs/Legally Obtainable Substances:

Candidates cannot have used anabolic steroids without a prescription from a licensed practicing physician within the past ten (10) years preceding the date of the application for employment.

Finally, candidates cannot have sold, distributed, manufactured, or transported any prescription drug without legal authorization.

**FBI BACKGROUND INVESTIGATION**                                                                —

All FBI employees must undergo an FBI Background Investigation and receive an FBI Top Secret security clearance. Once you have received and accepted a conditional job offer, the FBI will initiate an intensive background investigation. You must go through this background investigation, and you must pass, before moving forward with employment. The preliminary employment requirements include a polygraph examination; a test for illegal drug use; credit and records checks; and extensive interviews with former and current colleagues, neighbors, friends, professors, etc. Before applying for any FBI position, please make sure that the FBI Employment Disqualifiers do not apply to you.

**Exhibit 12**
**0465**

   

ACCESSIBILITY (HTTPS://WWW.FBI.GOV/ACCESSIBILITY?EMID=)  |   EQUAL OPPORTUNITY (/EQUAL-OPPORTUNITY)  |
PRIVACY POLICY (/PRIVACY-POLICY)  |   FBI.GOV (HTTPS://WWW.FBI.GOV/)  |

FBIJOBS.GOV is an official site of the U.S. Government, U.S. Department of Justice
FBI is a partner with the U.S. Intelligence Community

©Federal Bureau of Investigation. All Rights Reserved.

**Exhibit 12**
**0466**

# EXHIBIT "13"

Exhibit 13
0467





**Main Menu**

ABOUT THE MILITARY

HOW TO JOIN

CAREERS & BENEFITS

EDUCATION & TRAINING

MILITARY LIFE

FOR PARENTS

LANGUAGE: ENGLISH | ESPAÑOL

EDUCATOR RESOURCES

REQUEST INFORMATION

FAQS

HOW TO JOIN

# Enlisting in the Military

Once you have talked to a recruiter, you'll set a date to visit a Military Entrance Processing Station (MEPS) to finish the enlistment process. The MEPS is a joint Service organization that determines an applicant's physical qualifications, aptitude and moral standards as set by each branch of military service. There are MEPS locations all over the country.

**On This Page**

MEPS VISIT TIPS

STEPS TO ENLISTING

**Exhibit 13**

**Ill TODAY'S MILITARY.**

MENU  Q

Military Entrance Processing Station (MEPS) Overview

▶

## Military Entrance Processing Station (MEPS) Overview

Each MEPS is staffed with military and civilian professionals who carefully screen each applicant to ensure they meet the physical, academic and moral standards set by each Service.

LENGTH 2:56  |  VIEW TRANSCRIPT

**Related Videos**

| A Day at the Military Entrance Processing Station (MEPS) | Taking the Oath of Enlistment |
| --- | --- |

## MEPS Visit Tips

Here are a few things you should keep in mind for the visit:

- Bring a Social Security card, birth certificate and driver's license
- Remove piercings, and do not wear clothing with obscene images
- Bring glasses or wear contacts, and bring along an eyeglass or contact lens case and solution
- Get a good night's sleep and arrive early

You'll officially complete the process of joining the Military once you meet all of the Service requirements assessed at the MEPS. The process typically takes one to two days, with food and lodging provided.

**Exhibit 13**

 



## Step 1: Take the Armed Services Vocational Aptitude Battery (ASVAB)

The **ASVAB** is a multiple-choice exam that helps determine the careers for which an individual is best suited. Both traditional pen-and-paper exams and a computer-based version are available. The ASVAB takes approximately three hours to complete and has questions about standard school subjects like math, English, writing and science. Each Service uses a custom combination of ASVAB results to produce scores related to different career fields. Alternatively, recruits may take the PiCAT, or Prescreen Internet Based Computerized Adaptive Test, which is an untimed, unmonitored version of the ASVAB that can be taken online.

In addition, some high schools offer and administer the ASVAB test to their students. If you have taken the test already, you should inform your recruiter and see if your results are still valid.



## Step 2: Pass the Physical Examination

A recruiter will discuss physical **eligibility requirements** with you beforehand. The physical is a regular medical exam, similar to what you would receive from a family doctor. Some recruiters may conduct a short physical training (PT) test with potential recruits as well.

Examinations include:

- Height and weight measurements
- Hearing and vision examinations
- Urine and blood tests
- Drug and alcohol tests
- Muscle group and joint maneuvers
- Specialized test if required (pregnancy test for women, body fat percentage test for those who are overweight, tests relating to any unusual medical history)

**Exhibit 13**
**0470**



STAFF SERGEANT | SALMAN SYED    AIR FORCE RESERVE

## Step 3: Meet With a Counselor and Determine a Career

At this point, a service enlistment counselor meets with you to find the right job specialty. A few different factors contribute to career selection:

- Needs of the Service
- Job availability
- ASVAB score
- Physical requirements (for example, a recruit needs normal color vision for some careers)
- Recruit preference

**LEARN MORE: EXPLORE CAREERS**

The service enlistment counselor will also go over the enlistment agreement. It is important to understand this fully before signing. When you sign this agreement, you are making a serious commitment to the Military.

At this time, you will also be fingerprinted for your file, which is required for background checks and security clearances.



## Step 4: Take the Oath of Enlistment

Once your career has been determined, you are ready to take the Oath of Enlistment. In this statement, you vow to defend the United States Constitution and obey the Uniform Code of Military Justice (UCMJ). Family members are invited to watch and take photos.

*I, (name), do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the president of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.*



## Step 5: After the MEPS

You'll do one of two things, depending on the terms of your enlistment:

- **Direct Ship:** Report to Basic Training shortly after completing MEPS testing requirements. (It varies based on job assignment and branch.) A recruiter will provide instructions on transportation to Basic Training at this time.

- **Delayed Entry Program (DEP):** Commit to Basic Training at a time in the future, generally within one year. Most recruits enter DEP before shipping, including those who enlist before completing high school. Recruits enrolled in DEP may return to their homes until the time comes to report for duty.

Remember, a recruiter can answer any additional questions you may have about the enlistment process.

**QUESTIONS TO ASK A RECRUITER**

**More In How To Join**

**Exhibit 13**
**0472**





ASVAB TEST

BECOMING AN OFFICER

BOOT CAMP

QUESTIONS TO ASK A RECRUITER

**Exhibit 13**

# EXHIBIT "14"

Exhibit 14
0474

  





Military.com

**Get ready for Army Basic Training** Schedules & Timelines - Army  Army Basic Training is an intense 10 week program. The breakdown is as follows:

**ZERO WEEK: RECEPTION**

This is where your transformation for civilian life to the Army world begins—from bidding farewell to your civilian clothes, getting your Army haircut and getting ready to become physical fit.

**WEEK 1: FALL IN**

Once Reception Week completes, it's now time to get down to business, lots to learn in a short period of time, new rules, regulations and processes involved in being in the Army. Classroom instruction begins.

**WEEK 2: DIRECTION**

Your new mentor is your Drill Sergeant, leaving the classroom for the field, it's time to test your physical and

**Exhibit 14**
**0475**

 

Show Full Article

**Related Topics**

Army, Basic Training/Boot Camp

© Copyright 2019 Military.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

---

## You May Also Like

 Part of $100M Fort Bragg Housing Investment Work Starts this Month

 Bell Unveils New '360 Invictus' Attack Helicopter for Army's Future Wars

 2,000-Plus Turn Up at Funeral of Florida Veteran with No Kin

 Purple Heart Recipient Dies after Saving Granddaughter from House Explosion

---

## Join the Military

- Contact a Recruiter
- The ASVAB Test
- Service Choices
- Eligibility Requirements

- Military Jobs
- Pay Benefits
- Visiting a Recruiter
- ROTC

---

## Select Service

| ARMY | MARINES | NAVY | AIR FORCE |
| NATIONAL GUARD | COAST GUARD | SPOUSE | LOGIN |

---

## Related Articles About Enlisting



**Exhibit 14**
**0476**


**Military.com**



## Man Gets First Haircut in 15 Years in Order to Enlist in Army

Reynaldo Arroyo, 23, who enlisted as an infantryman, donated his hair to Locks of Love.

 California Democrat Renews Bill to Let 'Dreamers' Enlist

 14 Sikh High Schoolers Get Waivers to Enter Army Basic With Beard, Turban

 New Pentagon Transgender Enlistment Ban Takes Effect

 Why the Marines Are Throwing Big Cash Bonuses at Infantry Squad Leaders

View More

## Latest Military Videos



**Exhibit 14**
**0477**


**Military.com**




## The Corps Vision

The Marine Corps plays an integral role in the National Defense Strategy. Its training, capabilities and global presence ensure...



## Littoral Combat Ship Fires Naval Strike Missile in Pacific Exercise

The Independence-variant littoral combat ship USS Gabrielle Giffords (LCS 10) successfully demonstrated the capabilities of the Naval Strike Missile...



**Exhibit 14**
**0478**



## Male Marines Attempt to Form Sock Buns

How do Marines celebrate National Hair Day? Watch as Okinawa-based attempt to style a female Marine's hair into a...



## Alternate Assessment for Selected Soldiers with Permanent Profiles

Army senior leaders have approved a modification of the ACFT that included three aerobic test events for selected Soldiers...



**Exhibit 14**
**0479**




# Military.com



## Medical Teams Save Soldier During Historic Flight

Extracorporeal Membrane Oxygenation, Critical Care Air Transport, and Aeromedical Evacuation teams came together on a historic trip, saving the...

View More

 **Military.com**                                            

Please stay on topic. Off topic posts will be deleted. Only links allowed are .gov, .mil and military.com.

## What do you think?
### 5 Responses

 Upvote    Funny    Love    Surprised    Angry    Sad

**0 Comments**          **Military.com**                                             **Login** ▾

♡ **Recommend**          🐦 Tweet      f Share                          Sort by Newest ▾

    Start the discussion…

**LOG IN WITH**          **OR SIGN UP WITH DISQUS** ⑦
**Military.com**

|  Name  |
|  Email  |
|  Password  |

Please access our Privacy Policy to learn what personal data Disqus collects and your choices about how it is used. All users of our service are also subject to our Terms of Service.

→

Be the first to comment.

✉ Subscribe   🔒 **Disqus' Privacy Policy**Privacy PolicyPrivacy

**Add a comment**

About Us  |  Advertise with Us  |  Privacy Policy

f      🐦   ▶

© 2019 Military Advantage  |  A **MONSTER** Company

**Exhibit 14
0481**

# EXHIBIT "15"

Exhibit 15
0482



**Home (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/home)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/offenses-known-to-law-enforcement)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/clearances)**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/persons-arrested)**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/police-employee-data)**

Expanded Homicide Data Table 8

**Murder Victims**
by Weapon, 2014–2018

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/tables/expanded-homicide-data-table-8.xls/output.xls)

| Weapons | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| **Total** | **12,278** | **13,780** | **15,318** | **15,195** | **14,123** |
| Total firearms: | 7,803 | 9,103 | 10,372 | 11,006 | 10,265 |
|    Handguns | 5,342 | 6,176 | 6,762 | 7,051 | 6,603 |
|    Rifles | 235 | 215 | 300 | 390 | 297 |
|    Shotguns | 238 | 247 | 247 | 264 | 235 |
|    Other guns | 88 | 151 | 172 | 180 | 167 |
|    Firearms, type not stated | 1,900 | 2,314 | 2,891 | 3,121 | 2,963 |
| Knives or cutting instruments | 1,545 | 1,525 | 1,558 | 1,609 | 1,515 |
| Blunt objects (clubs, hammers, etc.) | 431 | 436 | 464 | 472 | 443 |
| Personal weapons (hands, fists, feet, etc.)[1] | 668 | 647 | 664 | 710 | 672 |
| Poison | 9 | 8 | 12 | 15 | 5 |
| Explosives | 6 | 1 | 1 | 0 | 4 |
| Fire | 55 | 63 | 78 | 96 | 72 |
| Narcotics | 70 | 69 | 118 | 110 | 78 |
| Drowning | 12 | 12 | 9 | 8 | 9 |
| Strangulation | 84 | 96 | 97 | 89 | 70 |
| Asphyxiation | 93 | 105 | 92 | 111 | 90 |

**Exhibit 15**
**0483**

| Weapons | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Other weapons or weapons not stated | 1,502 | 1,715 | 1,853 | 969 | 900 |

- [1] Pushed is included in personal weapons.
- NOTE: The Uniform Crime Reporting Technical Refresh enables updating of prior years' crime data; therefore, data presented in this table may not match previously published data.

**Exhibit 15**
**0484**

# EXHIBIT "16"

Exhibit 16
0485



Criminal Justice Information Services Division (https://www.fbi.gov/services/cjis)
Feedback (https://forms.fbi.gov/cius-feedback-2018) | Contact Us (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/contact-us) | Data Quality Guidelines (https://ucr.fbi.gov/data-quality-guidelines-new) | UCR Home (https://ucr.fbi.gov/)

**Home (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/home)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/offenses-known-to-law-enforcement)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/clearances)**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/persons-arrested)**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/police-employee-data)**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/tables/table-20/table-20.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/tables/table-20/table-20.xls/output.xls)

Table 20

**Murder**
by State, Types of Weapons, 2018

| State | Total murders[1] | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc.[2] |
|---|---|---|---|---|---|---|---|---|---|
| Alabama[3] | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Alaska | 47 | 31 | 7 | 3 | 0 | 21 | 8 | 3 | 5 |
| Arizona | 339 | 203 | 139 | 12 | 6 | 46 | 45 | 87 | 4 |
| Arkansas | 218 | 156 | 66 | 6 | 5 | 79 | 17 | 38 | 7 |
| California | 1,739 | 1,177 | 834 | 24 | 27 | 292 | 252 | 223 | 87 |
| Colorado | 207 | 147 | 99 | 2 | 8 | 38 | 27 | 13 | 20 |
| Connecticut | 83 | 54 | 10 | 2 | 0 | 42 | 18 | 9 | 2 |
| Delaware | 48 | 40 | 14 | 1 | 2 | 23 | 4 | 3 | 1 |
| District of Columbia | 151 | 120 | 120 | 0 | 0 | 0 | 20 | 7 | 4 |
| Georgia | 568 | 460 | 410 | 11 | 10 | 29 | 44 | 62 | 2 |
| Hawaii | 33 | 11 | 6 | 1 | 0 | 4 | 10 | 6 | 6 |
| Idaho | 32 | 19 | 14 | 2 | 2 | 1 | 4 | 8 | 1 |
| Illinois[3] | 864 | 708 | 592 | 14 | 4 | 98 | 77 | 53 | 26 |
| Indiana | 371 | 294 | 136 | 10 | 7 | 141 | 33 | 29 | 15 |

**Exhibit 16**
**0486**

| State | Total murders[1] | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc.[2] |
|---|---|---|---|---|---|---|---|---|---|
| Iowa[4] | 43 | 20 | 6 | 2 | 2 | 10 | 8 | 9 | 6 |
| Kansas | 110 | 78 | 47 | 0 | 2 | 29 | 7 | 19 | 6 |
| Kentucky | 237 | 179 | 112 | 12 | 6 | 49 | 17 | 32 | 9 |
| Louisiana | 521 | 436 | 233 | 12 | 5 | 186 | 30 | 44 | 11 |
| Maine | 23 | 11 | 6 | 0 | 1 | 4 | 2 | 6 | 4 |
| Maryland | 470 | 388 | 345 | 1 | 10 | 32 | 39 | 30 | 13 |
| Massachusetts | 136 | 93 | 37 | 0 | 1 | 55 | 25 | 13 | 5 |
| Michigan | 550 | 394 | 166 | 17 | 11 | 200 | 31 | 99 | 26 |
| Minnesota | 104 | 49 | 36 | 4 | 0 | 9 | 16 | 28 | 11 |
| Mississippi | 142 | 118 | 99 | 3 | 2 | 14 | 7 | 15 | 2 |
| Missouri | 555 | 473 | 235 | 16 | 9 | 213 | 40 | 32 | 10 |
| Montana | 34 | 17 | 9 | 3 | 0 | 5 | 2 | 12 | 3 |
| Nebraska | 43 | 26 | 22 | 0 | 1 | 3 | 5 | 9 | 3 |
| Nevada | 201 | 134 | 46 | 1 | 1 | 86 | 23 | 24 | 20 |
| New Hampshire | 21 | 12 | 6 | 0 | 0 | 6 | 3 | 4 | 2 |
| New Jersey | 286 | 202 | 152 | 0 | 2 | 48 | 37 | 28 | 19 |
| New Mexico | 137 | 87 | 39 | 3 | 0 | 45 | 23 | 22 | 5 |
| New York | 546 | 313 | 254 | 6 | 10 | 43 | 124 | 63 | 46 |
| North Carolina | 479 | 346 | 231 | 15 | 16 | 84 | 44 | 52 | 37 |
| North Dakota | 16 | 9 | 8 | 0 | 0 | 1 | 1 | 1 | 5 |
| Ohio | 546 | 383 | 184 | 3 | 7 | 189 | 49 | 87 | 27 |
| Oklahoma | 202 | 134 | 95 | 7 | 3 | 29 | 28 | 29 | 11 |
| Oregon | 81 | 48 | 30 | 3 | 1 | 14 | 12 | 18 | 3 |
| Pennsylvania | 787 | 580 | 464 | 17 | 7 | 92 | 83 | 99 | 25 |
| Rhode Island | 16 | 12 | 1 | 1 | 1 | 9 | 2 | 1 | 1 |
| South Carolina | 386 | 296 | 188 | 8 | 6 | 94 | 29 | 42 | 19 |
| South Dakota | 13 | 8 | 5 | 0 | 0 | 3 | 4 | 1 | 0 |
| Tennessee | 496 | 397 | 245 | 26 | 8 | 118 | 28 | 49 | 22 |
| Texas | 1,301 | 956 | 522 | 33 | 37 | 364 | 128 | 133 | 84 |
| Utah | 59 | 28 | 17 | 1 | 0 | 10 | 12 | 10 | 9 |
| Vermont | 10 | 3 | 3 | 0 | 0 | 0 | 0 | 5 | 2 |
| Virginia | 391 | 297 | 141 | 8 | 5 | 143 | 30 | 49 | 15 |
| Washington | 232 | 138 | 76 | 2 | 5 | 55 | 45 | 35 | 14 |

**Exhibit 16**
**0487**

| State | Total murders[1] | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc.[2] |
|-------|-----------------|----------------|----------|--------|----------|------------------------|-------------------------------|---------------|-----------------------------|
| West Virginia | 57 | 34 | 21 | 1 | 1 | 11 | 5 | 14 | 4 |
| Wisconsin | 178 | 136 | 67 | 4 | 2 | 63 | 15 | 16 | 11 |
| Wyoming | 12 | 8 | 6 | 0 | 2 | 0 | 2 | 0 | 2 |

- [1] Total number of murders for which supplemental homicide data were received.
- [2] Pushed is included in hands, fists, feet, etc.
- [3] Limited supplemental homicide data were received.
- [4] Limited data for 2018 were available for Iowa.

**Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/tables/table-20/table-20.xls/@@template-layout-view?override-view=data-declaration)**

Provides the methodology used in constructing this table and other pertinent information about this table.

**Exhibit 16**
**0488**

# EXHIBIT "17"

Exhibit 17
0489

# ALERRT ACTIVE SHOOTER DATA

Search

## Characteristics of Active Shootings

The following section will present data regarding active shooting events that took place in all types of locations. The data is based on active shooting events that occurred in school locations the United States between 2000 and 2015.

ALERRT and the FBI identified a total of 200 active shooter events (ASE's) between 2000 and 2015.



Number of Events by Year

**Exhibit 17**
**0490**

The above graphic shows the number of active shooting events that have occurred in the United States between 2000 and 2015. The superimposed power trend-line indicates the number of yearly active shooter events is plateauing (power = .9354).



This graph presents the times of day that active shooting events took place. The majority of active shootings took place between 8:00 a.m. and 4:00 p.m. Although, as the graph shows, active shootings have occurred at all times of day.

## Number of Active Shootings By Location

**Exhibit 17**
**0491**



The above graph presents the number of active shooting events that occurred between 2000 and 2015.

Business locations experienced the most active shooting events, with 98 events. Schools had the second highest amount of active shootings, with 44 events. There were 32 active shootings that took place in a public venue environment. There were 8 active shootings that occurred in churches and 7 that occurred within medical facilities during this time period. Military bases experienced 3 active shootings.

# WEAPONRY

The following graphs provide details regarding the weaponry used in active shootings. The way in which weapons are categorized depends on the type of weapon(s) the active shooter used during the event. For example, if the shooter used multiple weapons, the most powerful weapon used would be the one listed for the event. Thus, if a shooter had two pistols during the attack, the pistol would be categorized as the most powerful . However, if the shooter had a pistol and a rifle during the attack, the rifle would be categorized as the most powerful weapon.

## Multiple Weapons Used

**Exhibit 17**
**0492**



This graph presents the percentage of active shooting cases where the shooter had more than one weapon on his/her person.

Multiple weapons were used by active shooters in 77 of the 200 active shooting cases.

## Most Powerful Weapon Used

**Exhibit 17**
**0493**



Shooters used a variety of weapons during their attacks. These can be disaggregated into three categories of most powerful weapon used with pistols being the least powerful and rifles being the most. As seen in the graphic, pistols were the most powerful weapon used (56% of attacks) in a majority of the attacks. Rifles were the next most used weapon (27% of attacks) and the least used weapon in active shootings was the shotgun (14% of attacks).

## Most Powerful Weapon Used in School Active Shootings

**Exhibit 17**
**0494**



This graph shows the most powerful types of weapon used in school active shootings. School shooters typically used pistols (26 events) in their attacks. There were eleven events where the shooter used a shotgun and eight events where a rifle was used.

## Most Powerful Weapon used in Business Active Shootings

**Exhibit 17**
**0495**



This graph presents the types of weapons used in active shootings that occurred in business locations. The active shooter used a pistol in 56 events in a business setting. The second most common weapon used in a business active shooting was the rifle (32 events) and the least commonly used weapon was the shotgun (14 events). There was one event where the weapon used was unknown due to the fact the shooter fled the scene and was never apprehended.

## Most Powerful Weapon Used in Public Venue Active Shootings



**Exhibit 17**
**0496**

This graph presents the type of weapons used in active shootings that took place in a public venue. There were 19 events where the shooter used a pistol and 10 events where the shooter used a rifle. There were no known cases where the shooter used a shotgun in a public venue active shooting.

## Most Powerful Weapon Used in Church Active Shootings



This graph present the type of weapons used in active shootings that took place in a church. It appears that like the school, business, office, and public venue locations, the majority of active shootings that took place in a church also used a pistol, the most powerful weapon listed. In total, there were 5 events where the shooter used a pistol, 2 events where a shotgun was used, and 1 event where a rifle was used.

## Most Powerful Weapon Used in Military Base Active Shootings

**Exhibit 17**
**0497**



The above graph shows the type of weapons used in active shootings that took place on military bases. In 3 events, the active shooter used a pistol. In 1 event, the active shooter used a rifle.

This website was developed at the Advanced Law Enforcement Rapid Response (ALERRT; ALERRT.org) program. More than 85,000 law enforcement officers across the nation have been trained in ALERRT operations and tactics to respond to active shooter situations. This vital training is delivered by veteran law enforcement SWAT specialists with proven experience in active shooter response and police training. In March of 2013, the FBI announced that ALERRT is the national standard through which they are training their agents. Mississippi, Oklahoma, North Carolina, Iowa, Alabama, Iowa, Louisiana, and South Carolina are among the first states to train and adopt the ALERRT curriculum as their state standard in active shooter response. Other states are moving forward with this as their standard and many large cities (New York City, Miami, Houston, Dallas, Atlanta, and San Antonio) are training all of their front line officers in ALERRT tactics and standards

Site powered by Weebly. Managed by iPage

**Exhibit 17**
**0498**

# EXHIBIT "18"

Exhibit 18
0499


# MODERN SPORTING RIFLE: INTRODUCTION

## Understanding America's Rifle

The term "modern sporting rifle" was coined to describe today's very popular semiautomatic rifle designs, including the AR-15 and its offspring. These rifles are used by hunters, competitors, a lot of Americans seeking home-defense guns and by many others who simply enjoy going to the range.

Though modern sporting rifles are increasingly popular, they are too often misunderstood.

The central reason these firearms are misunderstood is political. Though the semiautomatic design used in today's pistols, rifles and shotguns was invented in the late-nineteenth century and was popularly sold to consumers in America and Europe in the early twentieth century, the modern sporting rifle has been called a "weapon of war" by those who want to ban them.

Though some modern sporting rifles might cosmetically look like fully automatic rifles the military uses, modern sporting rifles by law have many internal differences.

To dispel the myths about modern sporting rifles so that we can have honest and factual discussions about them here are the facts about these rifles.

**Exhibit 18**
**0500**

 

 

# Modern Sporting Rifle Facts

- Modern sporting rifles are among the most popular firearms being sold today.

- The "AR" in "AR–15" rifle stands for ArmaLite rifle, after the company that developed it in the 1950s. "AR" does NOT stand for "assault rifle" or "automatic rifle."

- AR–15–style rifles are NOT "assault weapons" or "assault rifles." An assault rifle is fully automatic, a machine gun. Automatic firearms have been severely restricted from civilian ownership since 1934.

- If someone calls an AR–15–style rifle an "assault weapon," then they've been duped by an agenda. The only real way to define what is an "assault weapon" is politically, as in how any given law chooses to define the term—this is why the states that have banned this category of semiautomatic firearms have done so with very different definitions.

- AR–15–style rifles can look like military rifles, such as the M-16, but by law they function like other semiautomatic civilian sporting firearms, as they fire only one round with each pull of the trigger.

- Versions of modern sporting rifles are legal to own in most states, provided the purchaser passes the mandatory FBI background check required for all retail firearm purchasers.

- Since America's founding, civilian sporting rifles have evolved along with military firearms. The modern sporting rifle simply follows that pattern.

- These rifles' accuracy, reliability, ruggedness and versatility serve target shooters and hunters well. They are true all–weather firearms.

- Modern sporting rifles are chambered in .22 LR, .223 (5.56 x 45mm), 6.8 SPC, .308, .450 Bushmaster and in many other calibers. Upper receivers for pistol calibers such as 9 mm, .40, and .45 are available. There are even .410 shotgun versions.

**Exhibit 18**
**0501**

 

most cases are chambered in calibers less powerful than common big-game hunting cartridges like the .30–06 Springfield and .300 Win. Mag.

- The AR–15 platform is modular. Owners like being able to affix different "uppers" (the barrel and chamber) to the "lower" (the grip, stock).

- They have been commercially sold to the American public since the 1960s.

- They are commonly-owned, with more than 16 million modern sporting rifles owned by civilians by 2018.

- And, they are a lot of fun to shoot!

## Featured News

**NOVEMBER 6, 2019**

NSSF Promotes Gun Safety in Texas with $1 Million Grant from Governor's Office

NSSF's Project ChildSafe® program will encourage locked storage of firearms when not in use NEWTOWN, Conn. — The National Shooting Sports Foundation® is making available... **Read More**

**NOVEMBER 5, 2019**

Accessory Stocking Tips For Waterfowl Customers

When waterfowl hunters head into the field, they'll bring with them a wide assortment of essential accessories. A shotgun and shells are just the beginning.... **Read More**

**NOVEMBER 1, 2019**

Arbitrary Gun Laws Stand No Chance Against Crime

The debate over gun control is intensifying as we move into the 2020 election, and with that comes the need for the staunchest defense of... **Read More**

View All

**Exhibit 18**
**0502**





© 2019 National Shooting Sports Foundation, Inc. All Rights Reserved. 11 Mile Hill Road · Newtown, CT 06470 · 203.426.1320

**Exhibit 18**
**0503**



**Exhibit 18**
**0504**





≡ Menu

# Best Deer Rifles – 2019 Buyer's Guide Review

***Big Game Logic is reader-supported. When you buy through links on our site, we may earn an affiliate commission.***

Deer are the most hunted large game in America. The market has responded with a seemingly endless selection of rifles for hunting deer.

Personal taste does play a large part in choosing a deer rifle; that said, not all deer rifles are created equal. Follow our guide to find the best one for you.

## Comparison Chart of the Best Deer Rifles

| PRODUCT |
|---|

**Ruger American .308 Win. Black Composite Stock Rifle**

**OUR TOP PICK**

Cold hammer-forged barrel with a 1:10 twist rate

Ruger's adjustable Marksman trigger with 3 or 5-pound pull

Components are completely sourced and assembled in the USA.

**VIEW LATEST PRICE**

**Tikka - Tikka T3x 6.5 Creedmoor**

**Exhibit 18**
**0505**



Overall build quality and tolerances are very hard to beat

Modular stock is adjustable using separate pistol grip replacements

Chambered in an outstanding mid-powered round, the 6.5 Creedmoor

**VIEW LATEST PRICE**

## Browning Ab3 Composite Stalker .243 Win Rifle



Bolt lift is only 60° for quick cycling

Inflex recoil pad deflects the butt away from your face

Bolt unlock button allows the bolt to open with safety on

**VIEW LATEST PRICE**

## Psa Gen2 Pa10 18" Mid-length .308 Win Rifle



Closely follows standard A2 and M2 mil-spec design parameters

Comes with all internal components including charging handle and BCG

Designed to be compatible with as many AR-15 components as possible

**VIEW LATEST PRICE**

## Savage 16/116 Trophy Hunter .270 Win

Includes a Nikon 3-9x40 scope with a BDC reticle

Savage's adjustable AccuTrigger

**VIEW LATEST**

**Exhibit 18**
**0506**



system for a crisp trigger pull

High-quality barrel offers industry-leading out-of-the-box accuracy

PRICE

## Remington 700 Sps Tactical .308 Win Rifle

At 7.5 pounds, the rifle is light despite the heavy barrel

Heavy contour barrel for great accuracy on repeated shots

Stock has Hogue over-molding, a beavertail fore-end, and a SuperCell buttpad

VIEW LATEST PRICE

## Henry Repeating Arms - Big Boy Steel 44 Magnum

Huge 10-round capacity in the tube magazine

Classic buckhorn-style sight with a diamond insert

Very lightweight for a reproduction of a classic rifle

VIEW LATEST PRICE

## Springfield Armory M1A SOCOM .308 Win Kryptek Highlander Rifle

Features a ten round detachable box magazine

Short 16-inch barrel is perfect for hunting in heavy foliage

Includes forward rail for easy mounting long eye relief optics

VIEW LATEST PRICE

## Savage Axis Ii Xp Compact .243 Win 20" Rifle

**Exhibit 18**
**0507**



Comes with a great all-round 3-9x40mm Bushnell scope

Designed to be ergonomic and comfortable for small-framed shooters

**VIEW LATEST PRICE**

Overall great accuracy supported by Savage's adjustable AccuTrigger system

## Henry Repeating Arms - Big Boy 20in 357 Magnum



Can fire both .357 Magnum and .38 Special rounds

Classic old west design approved for cowboy action shooting events

**VIEW LATEST PRICE**

Gorgeous, select American walnut stock perfectly matches the brass receiver

# What is the Best Caliber for Deer Hunting?

Practically every hunter has their own unique preference, based on what they're used to, what they've had the greatest success with, what has been available, or simply sentimentality. Things to look for are velocity, energy transfer, and availability. Any caliber from .243 up is good, though for deer there isn't much point in accepting the increased recoil and cost of ammo above .30-06.

In the USA, calibers that are current or former standard military issue tend to reign supreme. Foremost among these for deer hunting is the .30-06. Designed to outgun the Spanish over a hundred years ago, the .30-06 is one of the most popular and versatile calibers on the planet. It is great for larger deer, but not everyone likes the recoil.

**Exhibit 18**
**0508**

This is where another favorite with a military background comes in, the .308. It is a classic mid-power round that shoots flat and is ideal for mid-sized game like deer.



Remington Model 783 .30-06 Springfield Hunting Rifle (Source)

The .243 design is based on the .308, but with the case necked-down to accept a smaller bullet for greater velocity. It is an excellent round, especially for smaller deer. The .243 gives you great versatility; it is perfect for everything from rabbits to deer, all the most practical game for the table. Like the .308, It is also an outstanding long-range round.

The 6.5 Creedmoor is a recent entrant into the deer caliber game, but it has taken the shooting world by storm. The ballistic performance is better than .308 or .243 in every way, but unlike those rounds, you won't find it in every rural mom & pop sportsman's shop in the country.

## What Makes a Great Deer Hunting Rifle?

A lot of personal taste goes into choosing the perfect deer gun. Your regular shooting environment and local laws will also determine what rifle is best for you.

**Exhibit 18**
**0509**

Many types of action are available from the rare pump action rifle to the lever action, from the semi-auto to the bolt action, to name a few. Bolt action rifles are the most common hunting rifles in the world today. They are extremely reliable, accurate and quiet to operate.

Lever action rifles have that old west charm and the benefit of never needing to change your hand position to chamber a round. The lever can get in the way when shooting prone, however.

As semi-auto designs have become more reliable and accurate, their popularity in deer hunting has increased. A good sportsman should be able to take a deer with one well-placed, clear, confident, and ethical shot. The need for a second shot ideally should not arise. Nevertheless, as the popularity of semi-autos increases, so do the options available.

## Quick Take | Best Deer Rifles

**Just looking for the top three best deer rifles? Here they are:**

1. Ruger American .308 Win. Black Composite Stock Rifle
2. Tikka - Tikka T3x 6.5 Creedmoor
3. Browning Ab3 Composite Stalker .243 Win Rifle

## Review of the Best Deer Rifles

Given the considerations above, we have done the research so that you don't have to. Read on for our picks for the best deer rifles available today.

**Best Overall:**
Ruger American .308 Win. Black Composite Stock Rifle

**Exhibit 18**
**0510**



CHECK LATEST PRICE

## PROS

- ⊕ Completely sourced and built in the USA
- ⊕ Highly engineered bolt has a 70° throw to easily clear scopes
- ⊕ Includes Ruger's Marksman trigger adjustable to either a 3 or 5-pound pull

## CONS

- ⊠ Does not include sights

Ruger was founded in 1949 in Connecticut by Bill Ruger. The company has come to dominate the American market by offering affordable prices for very reliable and well-designed firearms. The Ruger American rifle is no exception. The main feature of this rifle is that it is one hundred percent sourced and built in the USA.

This version comes with a 22-inch cold hammer-forged barrel with a 1:10-inch twist rate with six rifling grooves. The barrel is bedded with Ruger's proprietary Power Bedding to free-float the barrel for the best possible accuracy. Sights are not included but a base is. The bolt is a full-diameter, one-piece three lug design with a 70° throw for ample scope clearance. The bolt also has dual cocking cams for smooth, easy cycling from your shoulder.

This rifle comes with a four-round detachable rotary magazine. The trigger is Ruger's adjustable 'Marksman' model with either a three pound or a five-pound pull. The rifle has a comfortable tang safety. The lightweight, black synthetic stock comes with a rubber recoil pad and sling swivel studs. The weight is a decent 6.12

**Exhibit 18**
**0511**

pounds and the length of pull is 13.75 inches.

**Bottom Line**

This is a very affordable rifle and the ideal choice for the true patriot. Support American manufacturing with the Ruger American rifle. The top features of the Ruger American rifle are the highly engineered bolt, the adjustable trigger, and the great safety design.

## Runner-up:
### Tikka - Tikka T3x 6.5 Creedmoor



CHECK LATEST PRICE

**PROS**

⊕ Excellent Finnish design, quality, tolerances, and attention to detail

**Exhibit 18**
**0512**

- ⊕ 6.5 Creedmoor is arguably the best mid-power rifle cartridge available today
- ⊕ The pistol grip and fore-end geometries are adjustable with aftermarket replacement parts

## CONS

- ⊘ 6.5 Creedmoor is not as readily available as .308

This is my personal favorite rifle. Tikka was founded in Finland in 1893 but has been owned by Sako since 1983. Despite being a manufacturers' budget brand, Tikka surpasses the quality of most other manufacturers out there. Every rifle they sell is guaranteed to have 1 MOA accuracy straight out of the box.

This model has a detachable ten-round box magazine and a universal rail. The short 20-inch barrel has a 1:8-inch twist rate with four grooves of rifling. The rifle features a heavy-duty recoil lug to take pressure off the screws. The bolt shroud is also unusually heavy-duty to keep the moving parts safe.

Besides the fine workmanship on the receiver and barrel, the synthetic stocks on Tikka rifles are very highly engineered. They are foam filled to reduce noise caused by brushing foliage in the woods. They have a non-slip grip, but most importantly, they are modular. You can buy separate pistol grip replacements with various different geometries depending on your hand size and shooting style. The forend width can be adjusted in a similar way. A recoil pad is included. The rifle weighs a fairly normal 7.5 pounds.

**Bottom Line**

This is easily my personal choice in a great deer rifle and a great all-rounder. The quality can't be beaten anywhere near the price point. The best features of this rifle are the 6.5 performance, the adjustable stock, and the overall quality.

Exhibit 18
0513

# Best for the Money:
## Browning Ab3 Composite Stalker .243 Win Rifle



CHECK LATEST PRICE

## PROS

- Low 60° bolt lift for rapid cycling

- Bolt can be opened with the safety on thanks to bolt unlock button

- Inflex recoil pad pushes the buttstock down and away from your face when firing

## CONS

- Only comes in black

Browning was founded in 1878 by everyone's favorite firearms designer, the god of guns, John Moses Browning. The company is now owned by the estimable FN

**Exhibit 18**
**0514**

Herstal, with which John Moses worked closely during his lifetime.

The AB3 is an upgrade on the legendary Browning A-bolt. It offers both high performance and affordability. The heart of any firearm is the barrel, and the AB3's 22-inch barrel is a work of art. It is made from cold-rolled steel that is then precision button-rifled with a 1:10-inch twist. It is triple-checked by quality control before the interior is finished and air-gauged to ensure a consistent diameter throughout the bore. The chamber is hand-reamed for the tightest possible tolerances and the most precise headspace.

This rifle comes with a 5-round detachable magazine. The bolt slide is chromed and the receiver is drilled and tapped for scope rings or mounts. The safety is top tang style for the best ergonomics and indexing. The bolt lift is only 60° for fast cycling and scope clearance. A special bolt unlock button allows the bolt to be opened with the safety on.

The receiver is steel and finished with matte bluing. The stock gives a 13 5/8 inch length of pull and includes an Inflex recoil pad. The pad deflects the butt away from your face when shooting. The stock also features textured grip, a palm swell, and sling swivel studs.

**Bottom Line**

The top features of this rifle are the bolt throw and the Inflex recoil pad.

# Best Semi Automatic Deer Rifle:
## PSA Gen 2 Pa10 18" Mid-length .308 Win Rifle



**Exhibit 18**
**0515**

CHECK LATEST PRICE

## PROS

- Rigorously adheres to A2 and M2 mil-spec design standards
- All internal components are included, including charging handle and BCG
- Made to be compatible with the widest possible variety of AR-15 components

## CONS

- Loose tolerances
- May not work with after-market stocks

Hunting with modern sporting rifles (i.e. AR-style rifles) has skyrocketed in popularity in recent years. Palmetto State Armory is one of the biggest firearms retailers in the country, so they have the market data to know how to build the kind of AR that people want.

This turns out to be pretty close to mil-spec. This .308, AR-10 rifle has an 18-inch A2-style barrel including an A2-style muzzle device. The twist rate is 1:10 inches. The mid-length gas system uses a gas block integrated into the classically-styled front sight base. The forged 7075 T6 aluminum receiver is flat topped with a full rail. The receiver includes feed ramps, forward assist, and a dust cover. A charging handle is also included.

**Exhibit 18**
**0516**

The bolt is made of 9310 steel and the carrier uses 8620 steel. Both are nitride treated. The gas key is treated the same way and is staked. The lower receiver is made of the same aluminum as the upper. It houses a single stage, mil-spec style trigger. A 20-round PMAG is included.

The handguard is a mid-length polymer unit. The grip is a classic A2-style. The buffer tube is aluminum and supports a classic M4-style 6-position telescoping stock. PSA's approach to the AR-10 is to give you compatibility with most AR-15 components.

**Bottom Line**

This is a great mil-spec, AR-15 compatible AR-10. It is also a great platform on which to customize your perfect AR-style rifle.

# Best Youth Deer Rifle:
## Savage 16/116 Trophy Hunter .270 Win



**Exhibit 18**
**0517**

## PROS

- ⊕ Comes with a 3-9x40 scope with a BDC reticle from Nikon
- ⊕ Finely manufactured barrel has market-leading out-of-the-box accuracy
- ⊕ The AccuTrigger trigger system is adjustable and offers a crisp trigger pull

## CONS

- ⊠ Aesthetic details are a bit rough

Savage is a classic American firearms manufacturer founded in 1894. They have been through tough times but have bounced back. Now, they offer some of the most accurate out-of-the-box rifles available today. This rifle has many of the design features that contribute to that accuracy, such as Savage's crisp and adjustable AccuTrigger trigger system.

The one thing that contributes more to accuracy than a good trigger is the barrel, and this is where Savage really shines. This rifle has a free-floated, button-rifled 22-inch stainless steel barrel. The twist rate is one in ten inches. It is supported by dual pillars bedded into the stock. The rifle includes a four-round detachable box magazine. Weight is a bit high at 9.22 ounces and the length of pull is a standard 13.5.

The stock is black synthetic. Besides the accuracy, the major perk of this rifle is that it comes with a Nikon scope. The magnification range on the scope is pretty standard at 3-9x with a 40mm objective lens for good light transmission. The reticle is a bullet drop compensator, giving you multiple aiming points depending on the range you are shooting.

**Bottom Line**

If you want a practical, knock around truck gun that is super accurate but doesn't

Exhibit 18
0518

If you want a practical, knock around truck gun that is super accurate but doesn't look like much, this rifle is for you. Many hunters rave about the .270 caliber and this is a great platform for it. The top features of this rifle are the accuracy and the included scope.

## Best Long Range Deer Rifle:
### Remington 700 SPS Tactical .308 Win Rifle



CHECK LATEST PRICE

### PROS

- The rifle is relatively light in spite of its heavy barrel.
- Stock has grippy Hogue over-molding, a wide beavertail fore-end, and a SuperCell buttpad
- Heavy contour barrel offers great accuracy when you need to take shots at a high frequency

**Exhibit 18**
**0519**

<div style="border: 2px solid red; border-radius: 10px;">

## CONS

 Does not include scope mount

</div>

Remington Arms of Hunstville Alabama was founded in 1816, making it the oldest firearms manufacturer in the USA. It has developed more cartridges than any company in the world and today it is America's largest producer of rifles and shotguns. The company's success has been bolstered by various cherry military contracts, including those to use this rifle, the Remington 700, as a NATO sniper rifle.

The barrel on this model is a 20-inch heavy-contour tactical-style model with a 1:10-inch twist. It is carbon steel, matte blued, and is threaded for flash hiders. Despite the heavy barrel, the whole rifle still only weighs seven and a half pounds. The barrel is dual-point pillar bedded. Metal surfaces on the rifle feature a durable, satin black oxide finish.

This rifle features Remington's X-Mark Pro externally adjustable trigger. The magazine is a four-round hinged floorplate design. The receiver is drilled and tapped for scope mounts. The black synthetic stock has high-end Hogue over-molding for sure grip. The fore-end has a tactical-style semi-beavertail for extra stability. There is a SuperCell recoil pad on the butt. The length of pull is a standard 13 3/8 inches.

**Bottom Line**

This is an excellent rifle if you like that modern military sniper rifle vibe. The top features of this rifle are the ergonomic stock and the overall lightness.

## Best 44 Mag Rifle for Deer Hunting:
Henry Repeating Arms - Big Boy Steel 44 Magnum

Exhibit 18
0520



CHECK LATEST PRICE

<div style="border: 1px solid green;">

**PROS**

- ⊕ Large tube magazine has a capacity of 10 rounds
- ⊕ Old West style buckhorn-style sight with a diamond insert
- ⊕ Surprisingly light for a reproduction of a 100-year-old rifle

</div>

<div style="border: 1px solid red;">

**CONS**

- ⊠ Lever actions can be hard to cycle in prone position

</div>

Henry was founded in 1996 in Brooklyn by a father and son team. They have revived both the Henry name and the classic Henry designs, albeit with some mechanical updates. If you love that old west style and like to keep life simple by shooting the same ammo in your magnum revolver and rifle, this is the gun for you. It is a lightweight reproduction of B.T. Henry's classic 1860 rifle.

**Exhibit 18**
**0521**

The lever action design gives a follow-up shot that is almost as fast as a semi-auto. Unlike the original rifle, this one has a round barrel rather than an octagon. It is 20 inches long and blued. The choice to update the old-timey octagon barrel is a major factor that helps keep the rifle down to seven pounds. The rear sight is an adjustable, classic semi-buckhorn with a diamond insert and the front sight is a simple brass bead. The receiver is drilled and tapped for a scope.

The tube magazine has a ten-round capacity, but for a long day of hunting you probably just want to load three or four to keep the weight down. The rifle has a transfer bolt safety. The furniture is made of chequered American walnut with a matte finish. It comes with swivel studs and a solid black rubber recoil pad.

**Bottom Line**

This is a great quality rifle with a classic flair. The top features are the low weight and large capacity. It is perfect for the straight-walled-cartridge hunting laws being introduced in some states.

# Best 308 Deer Rifle:
## Springfield Armory M1A SOCOM .308 Win Kryptek Highlander Rifle



**Exhibit 18**
**0522**

CHECK LATEST PRICE

## PROS

- Comes with a ten round detachable box magazine
- The short 16-inch barrel is great for hunting in thick bush
- Comes with a forward rail for easy mounting of long eye relief scopes or other optics

## CONS

- The front sight to rear sight aperture ratio means your target may be obscured at 100 yards

Few rifles can boast to be as much of an American classic as the Springfield M14/M1A. The M14 was standard military issue from 1959 to 1970, seeing service in the Korean War and Vietnam War. It was an attempt to update the venerable M1 Garand with a lighter cartridge for full-auto fire. This option was rarely if ever used.

After the original Springfield Armory was shut down, rights to the name were bought and the private Springfield Armory was founded in 1974. It has produced the M1A, exactly like an M14 but without full-auto, ever since. This SOCOM 16 model is designed to provide less felt recoil and less muzzle rise. It has a very short barrel at 16 inches, making it an ideal brush gun.

The barrel wears a proprietary muzzle break. The traditional M14 is a bit tricky to mount optics on, but this model has a forward rail to let you mount long eye relief optics with little trouble. This is not critical, however, as the stock iron sights are a solid, classic design that every American should probably be comfortable shooting. The front sight has an XS tritium insert to provide a clear sight picture at night. Magazine capacity is a comfortable ten rounds in a detachable box magazine.

**Exhibit 18**
**0523**

**Bottom Line**

The top features of this classic American rifle are the forward rail and the short barrel.

## Best 243 Deer Rifle:
### Savage Axis Ii XP Compact .243 Win 20" Rifle



CHECK LATEST PRICE

### PROS

- Includes an excellent all-around 3-9x40mm scope from Bushnell

- Engineered to be comfortable and lightweight for small-framed shooters

- Savage's AccuTrigger system contributes to the rifle's overall great accuracy

**Exhibit 18**
**0524**

## CONS

- Only comes in pink camo

As noted above, Savage is a venerable American firearms maker that produces some of the most accurate out-of-the-box rifles you can buy. This is a compact model in fabulous pink for that special lady in your life, or possibly for yourself.

It comes with a 20-inch, carbon steel button-rifled barrel with a twist rate of 1 in 9.25 inches. The chamber has thread-in barrel headspacing. The receiver is also made of carbon steel with a matte black finish. Like the Savage detailed above, this model comes with Savage's adjustable AccuTrigger trigger system. Just in front of that, there is a practical, 4-round detachable box magazine. This capacity is more than sufficient for most hunting scenarios.

Savage has updated the ergonomics on this model to make it comfortable for small-framed shooters. It offers a 12.75-inch length of pull. At 6.2 pounds it is also incredibly light, thanks partly to the synthetic stock. A big perk of this rifle is that it comes with a Bushnell Banner 3-9x40mm scope. This is a pretty standard all-around option. The rifle and scope should make a good pair as they are produced by subsidiaries of the same parent company.

**Bottom Line**

Savage is an excellent choice if you want an affordable, super accurate rifle. This is a great choice for smaller shooters, especially with the adjustable trigger and included scope. The finish may not scream luxury, but if you want a real tool that you can rely on and knock around a bit, you can't beat a Savage like this one.

## Best 357 Rifle For Deer:
Henry Repeating Arms - Big Boy 20in 357 Magnum

**Exhibit 18**
**0525**



CHECK LATEST PRICE

<div style="border:1px solid green">

## PROS

- Capable of firing both .357 Magnum and .38 Special cartridges
- Traditional old west design approved for cowboy action shooting competitions
- Attractive American walnut stock and fore-end look great with the brass receiver

</div>

<div style="border:1px solid red">

## CONS

- Relatively heavy

</div>

This is another reproduction rifle for those hunters who want an old West look or have to deal with straight walled cartridge laws. In fact, this model is SASS approved for cowboy action shooting events.

**Exhibit 18**
**0526**

The 20-inch octagonal barrel wears a classically styled, fully adjustable semi-buckhorn rear sight with a reversible white diamond insert. The front sight is a simple brass bead. Under the barrel is a ten round tube magazine. The straight-grip stock and forearm are crafted from choice American walnut. This matches well with the brass barrel band and the iconic Henry brass receiver.

The weight is a bit high at 8.68 pounds. The action is crisp and smooth. As you might expect, this model can shoot both .357 magnum and .38 Special rounds.

**Bottom Line**

This is a gorgeous rendition of a classic American rifle. Whether you want to join a cowboy action shooting event or must abide by straight wall hunting laws, this is a beautiful choice. The lever action also gives you extremely quick follow up shots. The ten round mag makes it feasible for this rifle to work double shift in home defense. The top features are the classic aesthetics, smooth cycling and ability to shoot both .357 and .38 Special.

## Conclusion

If you're like me, you have probably found three or four guns that really appeal to you and will spend some time clicking back and forth between their specs and pics, wondering how to decide. Whichever rifle you end up with, we wish you good luck and safe hunting.

## Other Tips and Things to Remember

If there's one hunting subject that engenders different opinions, it's which deer rifle to choose. Let's bypass the "emotional imperatives", and try to settle on some generally-accepted facts:

There are many variables -- and therefore it's not ONLY the rifle that you have to consider when making a purchase, it's the weight of the bullet, type of action, scope...

**Exhibit 18**
**0527**

lots of things. While not everything can be covered in a short article, here are just some of the basics to consider in choosing the best deer rifle.

## Who's Shooting?

The first thing to consider is WHO is going to using the rifle. Age and gender play a big role. For instance, no sane person is going to select a 45/70 buffalo gun with a 300 grain bullet for a kid or a woman (but sadly it does happen -- you know, the old, "Me Tarzan, You Jane" bit -- even though "Jane" may be poorly-equipped to handle anything even close to it and isn't going to be hunting for a T-Rex anytime soon).

If a young person or woman starts out by being handed a super-high-powered rifle, the first shot fired will be their last. The noise. The tremendous recoil. The missed target. These all will provide an immediate negative impact (literally and figuratively) on the first-time shooter. Don't give anyone a rifle that'll scare or frighten them. Make sure it's something that they can handle and "the caliber be damned." Many savvy hunters will start a kid or woman out with something as simple as a .22. The new shooter will be able to handle it, and recognize how its mechanism operates. And, after a bit of "break in," will then be able to emotionally and physically tolerate something bigger. Of course it's ESSENTIAL that any new shooter take a gun-safety course. That's a "gimme." Safety is "job one!" Never forget that.

OK -- we've now gotten past the initial "training" time, and are ready to move forward. General speaking, a .243 or .270 will work just fine in most instances for a kid or a woman, and it'll surely get the job done. These calibers have good range, and don't have the kick or recoil of something like a .30-06 or a 7mm mag.

## Type of Terrain and Range of Shot

Select a deer rifle that's going to be right for the type of terrain you're generally going to be hunting. For instance, if it's going to be short range (25 to 50 yards), with heavy brush and cover, a good choice might be a 30/30 or .35 caliber. Stick to lever action, or auto-loader, and no scope.
These rifles work "fast" and "easy," and will get through heavy brush quickly and accurately. They're light, they're easy to operate, and pack enough wallop to bring down your deer.

The most popular caliber to use longer shots (100-200 yards) in generally open areas is

**Exhibit 18**
**0528**

the tried-and-true .30-06. Indeed, after over 100 years, many hunters and marksmen still consider the Springfield Model 1903, .30-06, bolt-action Army rifle to be among the most accurate rifles ever manufactured (all you lovers of the Mauser Model 98, or .308, or .300 mag notwithstanding).

The '03 Springfield was updated in WWII, and used as a sniper rifle -- any of you who saw "Saving Private Ryan" will recognize that fact. If you can find one (they're classics and are not cheap), it's one heckuva deer rifle.

But most any other .30-06 bolt action rifle will work equally well. The '03 Springfield just happens to be a personal favorite. If you want something that'll work for even longer range (up to 600 plus yards), use the hot, flat-flying 7mm mag. (We know a deer hunter -- actually caribou in this instance  who nailed one with a 7mm mag at 650 yards -- with OPEN SIGHTS, standing position, in Quebec -- once-in-a-lifetime shot, but he says he does it all the time. Yeah. Right). Everyone has their favorite manufacturer -- Remington, Browning, Winchester, Mossberg -- they're all good. Make sure, if you want super-accuracy, to use a bolt action only. Auto-loaders and lever actions work just fine, but they don't have the accuracy of the classic bolt action system.

As for scoping -- same general story: Nikon, Bushnell, Leupold all make excellent scopes and the cost can be very high -- depending on the light they draw in and their amplification. If you're going to do medium-to-long range shooting, you will need a scope. The new pinpoint laser scopes are terrific -- but can be expensive.

As for bullet weight, that'll vary. For short, heavy range cover, use 180-220 grains, which will blow through brush and thick cover. For mid-range out to 200 yards, 165-185 grains will be optimum (the '03 Springfield, .30-06, 172 grain bullet load is classic). For real long-range use a 150 grain bullet in conjunction with a .243, .270 or 7mm mag.

## Hunting Area Restrictions

If you deer hunt in areas where RIFLES ARE PROHIBITED (and there are those areas in populated areas  so check carefully before you head out), you'll need to opt for a shotgun. A shotgun with a slug barrel. Nothing long range, but lots of deer hunters love to use these shotguns because the slug has tremendous stopping power.

Muzzle Loaders

**Exhibit 18**
**0529**

Many deer hunters long for the days of Jeremiah Johnson, and prefer a muzzleloader, like a Hawkens or equal. One shot, big caliber, big stopping power, and with all the modern appurtenances in manufacturing, loading, and firing, it's quite accurate. Muzzleloaders can be used during regular deer hunting season, or the muzzleloader-only season, which usually occurs after the regular gun deer season.

## Weight and Materials

The "newest of the new" rifles have composite materials in much of the construction. The rifle is lighter, less prone to erosion, rust or breakage.
Some like the "heft" of wood and steel. Others don't. It's strictly what YOU are most comfortable with, however, and there's no "right or wrong."

# Choosing a Hunting Rifle for Kids and Women

My partner Dave Miller has one of these rifles, even though he looks like a lineman for the Packers, Dave carries this rifle and zaps every deer he shoots with it "dead right there," indicating time and time again the 7X30 Waters is out of proportions in knock down power from the paper ballistics.

The favorite rifle of the wife of Jack O'Conner was Eleanor's 7X57 Mauser. With it she matched the game taken by the great outdoor writer, who pontificated the use of the 270 Winchester. The 7X57 is almost a dead equal to the 7mm-08 so it turns into a personal choice when choosing a rifle to match the recommended calibers here. If I bought one for myself it would be the Ruger Number 1 light Sporter, but Aunt Sandy would steal it from me so fast I'd never get to use it.

Is there such thing as a big bore youth and ladies rifle? You bet there is. First, if you like primitive firearms and need one for Mom, you need go no further than a 45 or 50 caliber black powder rifles. A 150 grain load makes both of them a 444 Marlin, but the 100 grain load equates to a 44 magnum with far less recoil.

The "Little Big Man" the 44 magnum it self, invented by the Gun Writer, Elmer Keith as a powerful hand gun cartridge, the famous 44 magnum is a fine woods deer cartridge in a rifle. Field performance is far better than a 30-30 or the 243 in the "DRT" department, and is only limited by trajectory, so keep your deer shots inside 150 yards. As far as noise and recoil, let's put it this way. If Aunt Sandy shows up at the Fort Polk Range with the now famous H&R handy gun known as "Pink Tiger" there is a riot. The women

**Exhibit 18**
**0530**

shooters instantly look at their husbands, in a glare of envy, while they watch Aunt Sandy picking off water bottles all the way out to 200 yards. The single shot versions are also legal in Louisiana and Mississippi during the Primitive Weapon season as a bonus.

Sandy uses Hornady 225 grain flex tip "Leverevalution" ammo arguably the finest hunting rounds for the 44 magnum. I have never heard a complaint from a woman or a youth hunter from age 10 on up, about the shoot ability of a 44 magnum. All you will really get is broke from buying the ammo to feed the interest in shooting.

## Final Thoughts

Before purchasing a deer rifle, do your "due diligence." Consult with those whom you know have been deer hunting for many seasons, and a local gun shop.
They sell them all, and they can give you specific tips and suggestions to help you in your decision. You'll get a very wide range of opinions  and, at times, some very heated arguments.

Do you need "bells and whistles", or a million other options? In the end, choose the rifle that fits YOUR needs and YOUR abilities without regard for what someone else thinks is best.

The bottom-line is, getting that elusive Yooper's "30 Point Buck"  and, with the right rifle, you might! (By the way, someone actually got a legitimate 30 pointer this past season).

## Leave a Comment

**Exhibit 18**
**0531**

Name *

Email *

Website

Post Comment

2019 Big Game Logic ©

**Exhibit 18**
**0532**

Subscribe  Sign I

 The Complete Guide to Making
Wild Game Sausage

 6 Best Deer Rifles for Hunting
The Big Woods

 5 Fall Cast and Blasts
Adventures

ADVERTISEMENT / ADVERTISE WITH US



*Joseph von Benedikt*

GUNS

# The Ultimate AR for Deer Hunting

This home-built black rifle is lightweight, powerful, and out-of-this-world accurate

*November 17, 2017*

AR-enamored deer hunters get short shrift. On one end of the stick, standard AR-15 platforms can't house truly versatile deer cartridges. On the other, AR-10-style rifles capable of housing .308-size rounds tend to handle like railroad ties.

Blend the best characteristics of both, and you've got a proper deer rifle—one that's light and handy, yet powerful enough to offer flat shooting at longer ranges. It's actually easier to do than you think. Because the AR platform is basically a big boy's ultimate Erector Set, you can build a custom black rifle for deer hunting in your garage—and maybe even save a few bucks. That's exactly what I did, and the result is the rifle pictured above.

**Specs:**

Receiver:       Superlight, skeletonized 2A Armament Xanthos

**Exhibit 18**
**0533**

| | |
|---|---|
| Scope: | Leupold VX-6HD 3–18x44mm |
| Handguard: | Free-floating, 9.9-ounce, 2A Armament 15-inch Xanthos |
| Barrel: | Proof Research 22-inch carbon-fiber-wrapped CamGas, threaded for a suppressor |

# Going Hot

You can't begin to build your own AR without first deciding what caliber you want, and when you live in the West, like I do, you want one with legitimate reach. That pretty much rules out AR-15 calibers. But several potent deer rounds shine in AR-10s, including .338 Federal, .260 Remington, 6.5 Creedmoor, and .308 Winchester.

I went with the hottest caliber on the planet right now—not because it's trendy but because the 6.5 is inherently accurate and provides a significant ballistic advantage at longer ranges. If you don't need that performance edge for your style of deer hunting, it's much simpler to stick with the .308, because the Creedmoor (as well as the .260 Rem.) produces excessive bore pressure in standard-length AR gas systems. In my case, the barrel I wanted (more on that in a bit) provided a solution to the gas problem, which made choosing the 6.5 easy.

ADVERTISEMENT / ADVERTISE WITH US

# Weight-Loss Program

Starting with an AR-10 platform meant that the tricky part was getting the weight down without compromising performance. Some of the heaviest components happen to be some of the most critical for reliability and accuracy. So you can't hack ounces randomly. A lightweight bolt-carrier group (BCG), for example, would have saved me ¾ pound but would also have introduced potential tuning and reliability issues. Instead, I trimmed weight in the receiver and barrel.

Exhibit 18
0534

Powered by Minute Media ⋒

Rigid design and precise machining are vital to accuracy in an AR receiver, but weight is not. As long as it's strong and offers a precise fit with the barrel, even a superlight, skeletonized receiver can be reliable and accurate. The 2A Armament Xanthos receiver I chose is a perfect example, and it weighs just 16 ounces, compared with the 28 to 34 ounces of a typical forged AR-10 receiver set. At $949, the cost is significantly more than that of a standard receiver, but it's worth it.

Lightweight barrels, in contrast, are inherently problematic. Machining away material reduces rigidity, allowing accuracy-killing vibration and oscillation. With less mass to absorb heat, lightweight barrels also get hot and lose accuracy quickly during longer shot strings.

ADVERTISEMENT / ADVERTISE WITH US

There's only one good solution—and that is to get your barrel from Proof Research. The Montana-based aerospace company builds specialty tubes that provide heavy-barrel accuracy at mountain-rifle weight by wrapping cut-rifled, hand-lapped, match-grade cores with a carbon fiber that adds tremendous stiffness—around 10 times that of a similar-weight all-steel barrel. The result is superb accuracy and hot-barrel integrity in a featherweight barrel. And there's a bonus: Proof's new Caliber Matched Gas System(CamGas), which features extended gas ports in its 6.5 and .260 barrels, solves the problem of excessive bore pressure, providing reliable function and reduced felt recoil.

Instead of a fad-following short barrel, I went with a 22-inch CamGas tube, threaded for a suppressor. Even so, it weighs only 2 pounds 14 ounces. You can argue that deer can't tell a 100-fps difference, but when a Wyoming wind stands to reroute your bullet from the vitals and to the guts, that extra speed helps to keep it on line for a clean kill.

# Furniture Shopping

Because a free-floating handguard lets an accurate barrel do its work without interference, I went with a 9.9-ounce 2A Armament 15-inch Xanthos model, which is both rigid and light. I'm a trigger snob, so I installed the skeletonized version of Timney'soutstanding AR-10 Competition trigger, which is as crisp as my British mother-in-law and far easier to manipulate. To make the rifle suppressor-tunable, I opted for a Superlative Arms adjustable gas block rather than a less expensive fixed block.

ADVERTISEMENT / ADVERTISE WITH US

Exhibit 18
0535

from Brownells (see sidebar). Having seen Murphy's Law savage more than one scope during wilderness hunts, I also installed a set of Magpul's folding MBUS Pro backup sights. The whole thing cost me a little more than $3,000, which isn't cheap, but it isn't expensive, either, for a custom AR.

## Range Results

I topped the rifle with Leupold's new <u>VX-6HD 3–18x44mm</u>, which in my mind is the lightest truly capable long-range riflescope on the market. The finished rifle has a nice between-the-hands balance and it shoulders and points well. Not like an English shotgun, mind you, but better than many of today's modern bolt-action deer rifles, and that's saying something for an AR-10.

In the end, polite recoil, perfect reliability, and stellar accuracy makes even this black, bony-looking deer rifle lovable. Six factory 6.5 Creedmoor loads and six handloads all averaged sub-MOA groups. In a series of three groups of three shots—without cooling the barrel in between—Hornady's 143-grain ELD-X Precision Hunter factory load averaged 0.47 inch. My Sierra 140-grain GameKing handload averaged 0.30 inch.

ADVERTISEMENT / ADVERTISE WITH US

Granddad's Savage 99 lever may have more charm. But my homebuilt AR is impervious to moisture and temperature extremes and is more accurate than most bolt actions. Weighing in at just 7.5 pounds and packing plenty of wallop for big whitetails and muleys way out there, it's what you'll never find on the rack: the ultimate deer AR.

## Tip of the Month: Builder's Helper

If you're even a little bit mechanical, you can probably build your own AR, but don't go it alone. Along with many of the basic parts you'll need for your rifle, <u>Brownells.com</u> has a "Learn" section that provides a series of two-minute videos that will make the process much easier. In addition to common household tools, you'll need a couple of inexpensive specialty tools, also available from Brownells, including a buttstock tool, a lower-receiver vise block, and a barrel extension torque tool. While common AR-15 parts are easy to work because specs are standardized, AR-10 parts often are not. Consult the manufacturer or supplier to be sure that the parts you want will all play nicely together. That done, assembly can be completed in an evening.

**Exhibit 18**
**0536**

# MINI-14 RANCH



## MODEL NUMBER: 5801 | CALIBER: 5.56 NATO

| | | | | | |
|---|---|---|---|---|---|
| **Stock** | Hardwood | **Twist** | 1:9" RH | **Overall Length** | 38" |
| **Front Sight** | Blade | **Capacity** | 5 | **Length of Pull** | 13.50" |
| **Rear Sight** | Adjustable | **Finish** | Blued | **Grooves** | 6 |
| **Barrel Length** | 18.50" | **Weight** | 7 lb. | **Suggested Retail** | $999.00 |
| **Material** | Alloy Steel | | | | |

- Simple, rugged, Garand-style action with breech bolt locking system, a fixed-piston gas system and self-cleaning moving gas cylinder gives unparalleled reliability under harsh operating conditions.
- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.
- Integral scope mounts, machined directly on the solid steel receiver, provide a stable mounting surface for included scope rings, eliminating a potential source of looseness and inaccuracy in the field.
- Accurate sighting system with ghost ring rear aperture sight and a non-glare, protected blade front sight.
- Receiver is drilled and tapped for mounting the included Picatinny rail.
- Also includes: two magazines; Picatinny rail; scope rings.

**Exhibit 18**
**0537**





Home (/)  /  Products (/products.html)  /  Firearms (/products/firearms.html)
 /  Rifles (/products/firearms/rifles.html)
 /  BAR (/products/firearms/rifles/bar.html)  /  Current Production





(/products/firearms/rifles/bar.html)

These BAR rifles are in current production. In most cases you
can expect to see them at your Browning dealer or have your
dealer order one for you. *Please note that all optics and
accessories  in photos are shown for illustrative purposes only.
Firearms do not include scopes or accessories shown unless
specifically indicated in the description.*

# BAR Rifles In Current Production



### BAR Mark III - Hell's Canyon Speed
NEW for 2019 - Burnt Bronze Cerakote finish, A-TACS AU camo,
composite shim-adjustable stock, Inflex recoil pad.



(https://www.browning.com/products/firearms/rifles/bar/current-
production/bar-mk-3-hells-canyon-speed.html)

**Exhibit 18**
**0538**

### BAR MK 3 DBM, Wood

Got wood? The BAR MK 3 is a multipurpose 308 Winchester semi-automatic rifle with an 18" fluted barrel and oil finish Grade II Turkish walnut stock. This MK 3 sports a detachable box magazine, lightweight alloy receiver with Picatinny rail scope bases, and a proven reliable gas piston system.



(https://www.browning.com/products/firearms/rifles/bar/current-production/bar-mk3-DBM-wood.html)

### BAR Mark III

Autoloader with traditional walnut stock, polished blued steel barrel, engraved alloy receiver, Inflex recoil pad



(https://www.browning.com/products/firearms/rifles/bar/current-production/bar-mark-3.html)

### BAR MK 3 Stalker

Composite stock with classic style lines and shim adjustable cast and drop at comb. Gas-piston operation, lightweight alloy receiver drilled and tapped for scope mounts, hinged floor plate with detachable box magazine.



(https://www.browning.com/products/firearms/rifles/bar/current-production/bar-mk3-stalker.html)

### BAR MK 3 Mossy Oak Break-Up Country

Mossy Oak Break-Up Country camouflage pattern on the stock and barrel. Composite stock with classic style lines and shim adjustable cast and drop at comb. Gas-piston operation, lightweight alloy receiver drilled and tapped for scope mounts, hinged floor plate with detachable box magazine.



**Exhibit 18**
**0539**

(https://www.browning.com/products/firearms/rifles/bar/current-production/bar-mk3-mossy-oak-breakup-country.html)



## BAR MK 3 DBM (Detachable Box Magazine)

Multipurpose 308 Winchester semi-automatic rifle. Gas-piston design. 18" hammer-forged barrel. Detachable box magazine fed. Picatinny rail scope bases. Lightweight alloy receiver and composite stock.



(https://www.browning.com/products/firearms/rifles/bar/current-production/bar-mk3-stalker-detachable-magazine.html)

## BAR Mark II Safari with BOSS

With Browning's exclusive BOSS system. Traditional stock, polished blued steel barrel and engraved receiver, select gloss walnut stock, rounded forearm.



(https://www.browning.com/products/firearms/rifles/bar/current-production/bar-mark-ii-safari-boss.html)

## BAR Mark II Safari

Traditional stock, polished blued steel barrel and engraved receiver, select gloss walnut stock, rounded forearm, sporter style barrel.



(https://www.browning.com/products/firearms/rifles/bar/current-production/bar-mark-ii-safari.html)

**Exhibit 18**
**0540**



**CONNECT**

      

**WE SUPPORT**

 (https://membership.nrahq.org/forms/signup.asp?

campaignid=XM013482)  (https://www.nssf.org/safety/own-

it-respect-it-secure-it/)  (http://www.dontlie.org/)

 (http://gunvote.org/)

Read More (/community/we-support.html)

**LINKS**

**Exhibit 18**
**0541**

Accessibility (https://www.browning.com/support/ada-accessibility.html)
Get a Browning Catalog (/support/catalog-download.html)
Browning Ammunition (http://browningammo.com/)
Browning International (http://browning.eu/)



**CONTACT**

One Browning Place
Morgan, UT 84050
800-333-3288
801-876-2711

© 2019 Browning. All Rights Reserved.  Legal (/legal.html)  |
Privacy Policy (/privacy-policy.html)

**Exhibit 18**
**0542**

Benelli rifles, driven by the Auto-Regulating Gas-Operated (A.R.G.O.) (/argo) system, are rugged and reliable. A.R.G.O., combined with the ComforTech (/comfortech) recoil reduction system, makes the R1 the softest-kicking big game rifle on the market.

**Action**
- ◉ Any Action
- ○ Over/Under
- ○ Pump
- ○ Semi-auto (A.R.G.O.)
- ○ Semi-auto (Inertia Driven®)
- ○ Semi-auto (Inertia Driven®)old

**Application Type**
- ◉ Any Application
- ○ Clays
- ○ Field
- ○ Hunting
- ○ Slug
- ○ Tactical

**Caliber/Gauge**
- ◉ Any Caliber/Gauge
- ○ .308 Winchester
- ○ .30-06 Springfield
- ○ .300 Win Mag
- ○ .338 Win Mag

**Chamber Size**
- ◉ Any Chamber Size
- ○ 2-3/4"
- ○ 3"
- ○ 3-1/2"
- ○ 3-3/4"

**Maximum Price**
10000

# R1 Pro Big Game Rifle
**Finish/Stock:** AA-Grade Satin Walnut / Wood Stock  **Gauge:** .30-06 Springfield  **Chambered for:**



| Item Number (r1-big-game-rifle) | Barrel Length | Overall Length | Average Weight |
| --- | --- | --- | --- |
| 11776 | 22 | 44.0 | 7.2 |

Find a Dealer (/dealers)    LEARN MORE (r1-big-game-rifle)

Starting Price: $1,499

Exhibit 18
0543

# R1 Big Game Rifle

**Finish/Stock:** Black Synthetic with GripTight® Coating, ComforTech® / Comfortech  **Gauge:** .300 Win Mag
**Chambered for:**



(r1-big-game-rifle)

| Item Number | Barrel Length | Overall Length | Average Weight |
|---|---|---|---|
| 11772 | 24 | 46 | 7.3 |

Find a Dealer (/dealers)    LEARN MORE (r1-big-game-rifle)

Starting Price: $1,349

# R1 Big Game Rifle

**Finish/Stock:** Black Synthetic with GripTight® Coating, ComforTech® / Comfortech  **Gauge:** .338 Win Mag
**Chambered for:**



(r1-big-game-rifle)

| Item Number | Barrel Length | Overall Length | Average Weight |
|---|---|---|---|
| 11773 | 24 | 46 | 7.3 |

Find a Dealer (/dealers)    LEARN MORE (r1-big-game-rifle)

Starting Price: $1,349

**Exhibit 18**
**0544**

# R1 Big Game Rifle

**Finish/Stock:** Black Synthetic with GripTight® Coating, ComforTech® / Comfortech    **Gauge:** .30-06 Springfield
**Chambered for:**



(r1-big-game-rifle)

| Item Number | Barrel Length | Overall Length | Average Weight |
|---|---|---|---|
| 11771 | 22 | 44.0 | 7.1 |

Find a Dealer (/dealers)      LEARN MORE (r1-big-game-rifle)

Starting Price: $1,349

# R1 Big Game Rifle

**Finish/Stock:** AA-Grade Satin Walnut / Wood Stock    **Gauge:** .30-06 Springfield    **Chambered for:**



(r1-big-game-rifle)

| Item Number | Barrel Length | Overall Length | Average Weight |
|---|---|---|---|
| 11770 | 22 | 44.0 | 7.2 |

Find a Dealer (/dealers)      LEARN MORE (r1-big-game-rifle)

Starting Price: $1,149

**Exhibit 18**
**0545**

# R1 Big Game Rifle

**Finish/Stock:** Black Synthetic with GripTight® Coating, ComforTech® / Synthetic Stock    **Gauge:** .308 Winchester
**Chambered for:**



| Item Number (r1-big-game-rifle) | Barrel Length | Overall Length | Average Weight |
|---|---|---|---|
| 11778 | 22 | 44.0 | 7.1 |

Find a Dealer (/dealers)

LEARN MORE (r1-big-game-rifle)

Starting Price: $1,349

# R1 Big Game Rifle

**Finish/Stock:** AA-Grade Satin Walnut /    **Gauge:** .308 Winchester    **Chambered for:**



| Item Number (r1-big-game-rifle) | Barrel Length | Overall Length | Average Weight |
|---|---|---|---|
| 11777 | 22 | 44.0 | 7.2 |

Find a Dealer (/dealers)

LEARN MORE (r1-big-game-rifle)

Starting Price: $1,149

**Exhibit 18**
**0546**

# TIME

## Here Are 7 Animals Hunters Kill Using an AR-15



George Sodergren poses with a coyote he killed with his AR-15 in Maine.   (George Sodergren)

BY **WILL DRABOLD**

JULY 6, 2016

A fter the Orlando nightclub shooting, Democrats criticized the routine sale of the type of semiautomatic rifle used by Omar Mateen. Hillary Clinton called them "weapons of war." Illinois Sen. Dick Durbin said that if you

**Exhibit 18**
**0547**

used a gun like the AR-15 — or the similar Sig Sauer used in Orlando — to go hunting "you should stick to fishing."

But many gun owners say they use semiautomatic rifles to hunt regularly.

In interviews with TIME, leaders of 15 state shooting groups said semiautomatic rifles are popular with hunters in their states. Hunters say they favor the gun for its versatility, accuracy and customizable features for shooting animals. The semiautomatic feature, which allows these guns to shoot up to 45 rounds a minute, is not always necessary, but useful in some situations, hunters say.

"It's the most capable tool for the job at this time," said Eric Mayer, who runs AR15hunter.com. "Bar none. Period. It is."

Despite the criticism of semiautomatic rifles and their use in high profile mass shootings, gun control advocates say they are not focused on banning them, as they were during the 1994-2004 assault weapons ban. Stacey Radnor, spokeswoman for Everytown for Gun Safety, said that they are more focused on strengthening background checks and closing loopholes on sales than on banning specific guns.

TIME spoke with seven hunters who use semiautomatic guns like the AR-15.

**Jay Perreira, Hawaii: Hunting feral goats**

The jagged cliffs of Na Pali Coast State Park feature prominently at the beginning of the 1993 blockbuster film *Jurassic Park*. Rising out of the Pacific, the green slopes are home to more than the world's image of reincarnated dinosaurs. Feral goats roam these mountains, and Jay Perreira often has them in the sight of his AR-15.

Exhibit 18
0548

Perreira has lived on Kauai, the fourth-largest Hawaiian island, his entire life. For the last 15 years, the construction worker has hunted with the AR-15. Semiautomatic rifles have been used to hunt since the early 1900s. In 1963, a few years after the rifle was invented, Colt advertised the AR-15 as a "superb hunting partner." (Colt confirmed to TIME the authenticity of this advertisement.) Today, Americans own at least a few million AR-15s and as many as eight million, according to the National Shooting Sports Foundation.

The 45-year-old told TIME his favorite feature of the AR-15 is how easily it can be disassembled. The gun can be taken apart and carried several miles in a backpack through Kauai's mountains to goat sanctuaries. "I know the rifle gets a really bad rap," Perreira said. "But around here, I know a lot of guys that have them."

**Jonathan Owen, Texas: Hunting feral pigs**



Three Little Pigs Tactical AR-15 / Carbine Shootin...

A west Texas pig sighting is not a cute barnyard encounter; it's a reason to grab a rifle. Across the southern United States, wild pigs cause $1.5 billion in annual

**Exhibit 18**
**0549**

property damage. Boar can weigh up to 300 pounds, run up to 30 miles per hour and in Jonathan Owen's experience, quickly turn violent.



## Get The Brief.

Sign up to receive the top stories you need to know right now.

Enter your email address

Choose your country ▾

☐ I can confirm I have read and accept the Terms Of Use.

**SIGN UP NOW**

You may unsubscribe from email communication at any time. See our Privacy Policy for further details.

"You do not have to hunt with an AR-15," Owen, an Abilene, Texas resident who runs SHWAT.com, told TIME. "But the practical benefits of being able to engage a lot of pigs at a time, safely, is a big win." The semiautomatic and large capacity magazine features allow Owen to take several shots at multiple pigs in a few seconds. When engaging a pack of wild pigs in west-Texas' shrubbery, Owen says these features ensure his safety.

"Hog hunting can be the pursuit of dangerous game," Owen said. "They can turn on you."

**Eric Mayer, Arizona: Hunting antelope jackrabbits**

Hunting the Giant Jackrabbits of Arizona with an ...

**Exhibit 18**
**0550**



Antelope jackrabbits dart up to 30 miles per hour between bunches of upright dead sticks that could generously be called bushes. For skilled shooters, hunting these northern Arizona sprinters is a challenge. But Eric Mayer told TIME it's nearly impossible without an AR-15.

The semiautomatic rifle can stay focused on a moving target between shots. Mayer, a Los Angeles resident who owns several outdoor recreation websites, says this is a huge advantage. "A semiauto changed my life," Mayer said. "I'm able to make the (shot) because I don't have to run the bolt (and) lose the target in my scope."

In a bolt-action rifle, a metal bolt must be manually pulled back and pushed forward to load a new bullet after each shot. Bolt-action rifles have been used to hunt since the 1800s. While these rifles, as well as shotguns, remain popular with hunters, semiautomatic guns have become popular because they can take multiple shots without losing sight of an animal.

**Gary Marbut, Montana: Hunting elk**

A firearms instructor and longtime gun rights advocate, Gary Marbut hunts with the larger caliber cousin of the AR-15: the AR-10. Marbut's rifle is still

**Exhibit 18**
**0551**

semiautomatic, but fires with more power. Many hunters say the standard caliber, or diameter of the bullet, of an AR-15 is preferable for hunting smaller animals. The average power of the shot can be less than a standard hunting shotgun. For Marbut to successfully hunt elk that weigh at least 500 pounds, the larger bullet is a must.

Marbut, 69, first used the AR-platform during three years he spent in the military. Adopted by the U.S. military in the 1960s, the M-16 is the fully automatic version of the AR. The military still uses a variant of the gun. The familiarity Marbut developed with the gun in the military prepared him to hunt with it when he returned home to Montana.

After stalking elk for hours through forested mountainous terrain in western Montana, Marbut says he needs a gun he can trust to hit its mark. That gun is his AR. "The last two elk I've taken, I took at about 300 yards," he told TIME, a distance equivalent to three football fields. "They were both headshots."

**George Sodergren, Maine: Hunting coyotes**

George Sodergren grew up around guns in southern Maine. He respects them and chooses his hunting firearms carefully. He does not believe a semi-automatic rifle is necessary for all animals. But for coyotes, he makes an exception.

After a heavy snowfall, Sodergren, a 49-year-old machinist, can track these skittish forest predators. Smaller than the typical golden retriever, a coyote combines its sense of smell with an ability to run up to 40 miles per hour to stay clear of threats. To kill one, Sodergren needs a versatile gun. "When you

**Exhibit 18**
**0552**

grab the (AR-15), it's like shaking the hand of a good friend you haven't seen in a long time," he told TIME.

When Sodergren hunts coyotes, he positions himself downwind so they cannot smell him. Coyotes can approach in packs, so Sodergren says the AR-15 gives him the chance to land more than one shot. "I believe in one well-placed shot," Sodergren said. "(But) if you've got multiple animals or you miss, you've got a quick follow-up shot.

**Will Chambers, Michigan: Hunting deer**

While the AR-15 is preferable for smaller game, Will Chambers makes the same gun work for animals of all sizes. To hunt deer, Chambers outfits his AR-15 with a larger caliber receiver — the long end of a gun that determines the size of the bullet the gun fires. He changes the bullet diameter from the standard .223 to .277 inches. That small difference can mean killing an adult deer in one shot or condemning the animal to a slow death. There are hundreds of ways to customize and accessorize the AR-15.

Ohio is one of several states that bans hunting deer with rifles. Chambers, a 34-year-old farmer from northwestern Ohio who also runs AR15hunter.com, heads to northern Michigan to hunt deer with his rifle. At dusk in January, Chambers shot 70 yards through a snowy forest with his AR-15 and killed a whitetail doe.

"These are not scary black rifles," Chambers told TIME. "These are very useful tools for hunting."

**Kenny Gallahorn, Alaska: Hunting spotted seal**

Exhibit 18
0553

To be clear, Kenny Gallahorn does not hunt with an AR-15. His gun uses a smaller bullet. But his Ruger .22 gun is both semiautomatic and widely used by hunters.

In Kotzebue, Alaska, the Iñupiat tribe hunts seals and other animals to survive. Subsistence hunting among Alaskan Natives is popular across the state, but it is vital in the northwestern region with no roads that is roughly the size of Indiana. For an Iñupiaq like Gallahorn, hunting and gathering can make up to 50 percent of annual household food.

Seal hunting comes down to timing. As Gallahorn takes his boat into the Kotzebue Sound in the fall and spring, he watches the edges of floating ice. There, for only a second, seals emerge. "If I shoot and miss the first one, another one will pop up five feet away," Gallahorn told TIME. "That's the need for a semiautomatic."

If he hits a seal the first time, Gallahorn says there is no need for a second shot. He floats over to the animal, spears it and pulls it into his boat. The spotted seals Gallahorn hunts are typically two- to four-feet long and weigh up to a couple hundred pounds. He eats them two-to-three times a month.

And when it comes to seal hunting, Gallahorn is not alone in his use of a semiautomatic. "The majority of people hunt with semiautomatics," Gallahorn said.

**CONTACT US AT** EDITORS@TIME.COM.



**Exhibit 18**
**0554**