John W. Dillon (Bar No. 296788)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile: (760) 431-9512
E-mail: jdillon@gdandb.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION (formerly, THE CALGUNS FOUNDATION); and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br>v.<br>XAVIER BECERRA, *et al.*,<br>Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: July 1, 2019<br>Second Amended Complaint Filed: November 8, 2019<br><br>Date: Monday, December 16, 2019<br>Time: 10:30 a.m.<br>Courtroom: Dept. 5B (5th Floor)<br>No oral argument should be heard unless ordered by the Court |

I, Alan Gottlieb, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts.

2. I am the founder of the Second Amendment Foundation (SAF). Acting in this role within the organization, I am familiar with SAF's membership, which includes members that are 18-to-20 years of age (Young Adults). SAF also has members that are under the age of 18 that will become Young Adults in the future. Finally, SAF acquires new members in this age group each year.

3. The SAF is a non-profit educational foundation incorporated under the laws of Washington with its principal place of business in Bellevue, Washington. SAF seeks to preserve the effectiveness of the Second Amendment through educational and legal action programs. SAF has over 650,000 members and supporters nationwide, including thousands of members in California. The SAF's purpose includes education, research, publishing, and legal action focusing on the constitutional right to own and possess firearms under the Second Amendment, and the consequences of gun control. The Court's interpretation of the Second Amendment directly impacts SAF's organizational interests, as well as SAF's members and supporters in California, who enjoy exercising their Second Amendment rights.

4. Several SAF members are Young Adults that have been adversely and directly harmed and injured by Defendants' enforcement of the statutory prohibition on the sale or transfer of firearms to Young Adults.

5. Penal Code section 27510 has denied, and will continue to deny, millions of responsible, law-abiding Young Adults their fundamental, individual right to keep and bear arms secured under the Second and Fourteenth Amendments of the U.S. Constitution. Defendants' actions and omissions have caused SAF to dedicate resources that would otherwise be available for other purposes to protect the rights and property of its members, supporters, and the general public, including by and through this litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on September 6, 2019.

*Alan M. Gottlieb*
Alan Gottlieb