1  John W. Dillon (Bar No. 296788)
2  Gatzke Dillon & Ballance LLP
   2762 Gateway Road
3  Carlsbad, California 92009
   Telephone: (760) 431-9501
4  Facsimile: (760) 431-9512
5  E-mail:  jdillon@gdandb.com

6  Attorney for Plaintiffs
7

8              UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10

11 MATTHEW JONES; THOMAS FURRH;        Case No.: 19-cv-01226-L-AHG
   KYLE YAMAMOTO; PWGG, L.P.
12 (d.b.a. POWAY WEAPONS AND GEAR      Hon. Judge M. James Lorenz and
   and PWG RANGE); NORTH COUNTY        Magistrate Judge Allison H. Goddard
13 SHOOTING CENTER, INC.; BEEBE
14 FAMILY ARMS AND MUNITIONS           DECLARATION OF DAVID T.
   LLC (d.b.a. BFAM and BEEBE FAMILY   HARDY IN SUPPORT OF
15 ARMS AND MUNITIONS); FIREARMS       PLAINTIFFS' MOTION FOR
   POLICY COALITION, INC.;             PRELIMINARY INJUNCTION
16 FIREARMS POLICY FOUNDATION;         (Part 2 of 4)
17 CALIFORNIA GUN RIGHTS
   FOUNDATION (formerly, THE
18 CALGUNS FOUNDATION); and            Complaint Filed: July 1, 2019
19 SECOND AMENDMENT                    Second Amended Complaint Filed:
   FOUNDATION            Plaintiffs,   November 8, 2019
20
21 v.
                                       Date: Monday, December 16, 2019
22 XAVIER BECERRA, in his official     Time: 10:30 a.m.
   capacity as Attorney General of the Courtroom: Dept. 5B (5th Floor)
23 State of California, et al.,
24                       Defendants    No oral argument should be heard
                                       unless ordered by the Court
25
26
27
28

# EXHIBIT "8"

EXHIBIT 8
0138

An ACT for forming and regulating the militia within this State, and for repealing all the laws heretofore made for that purpose.

Paſſed Dec. 28, 1792.

BE *it enacted by the Senate and House of Repreſentatives in General-Court convened,* That the ſeveral laws heretofore made for regulating the militia, be, and hereby are repealed.

*Repealing clauſe.*

*And be it further enacted,* That each and every free able-bodied white male citizen of this State, reſident therein, who is, or ſhall be of the age of eighteen years, and under the age of forty years, except as herein after excepted, ſhall ſeverally and reſpectively be enrolled in the militia by the captain or commanding officer of the company, within whoſe bounds ſuch citizen ſhall reſide, within ſix months after the paſſing this act. And it ſhall, at all times hereafter, be the duty of ſuch captain or commanding officer of the company to enrol every ſuch citizen, as aforeſaid ; and alſo thoſe who ſhall from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty years (except as hereafter excepted) ſhall come to reſide within his bounds ; and ſhall without delay, notify ſuch citizen of ſaid enrolment by a proper non-commiſſioned officer of the company, by whom ſuch notice may be proved.

*Militia how and by whom to be enrolled.*

*And be it further enacted,* That the vice-preſident of the United States ; the officers, judicial and executive of the government of the United States ; the members of both houſes of congreſs, and their reſpective officers ; all cuſtom houſe officers, with their clerks ; all poſt officers, and ſtage drivers, who are employed in the care and conveyance of the mail of the poſt office of the United States, and of this State ; all ferry-men employed at any ferry on the poſt road ; all inſpectors of exports ; all pilots ; all mariners actually employed in the ſea-ſervice of any citizen or merchant within the United States ; members of the ſenate and houſe of repreſentatives for the time being ; ſecretary and deputy ſecretary of the State ; State and county treaſurers, recorders of deeds ; all civil officers, ſtudents of colleges and academies ; miniſters of the goſpel ; elders and deacons of churches ; church wardens ; grammar ſchool-maſters for the time being ; maſters of

*Executive officers, &c. exempted.*

arts

Digitized from Best Available
EXHIBIT 8
0139

arts ; people denominated quakers ; selectmen for the time being ; tutors or preceptors of any college or academy ; all persons who may have sustained commissions of the peace ; all who have, either under the commission of the State, or the United States, or any particular State, held the office of a subaltern or officer of higher rank ; all physicians and surgeons, who have certificates from the medical society or selectmen of the town or place wherein they reside ; one miller to each corn-mill, and one toll-gather to each toll-bridge, shall be, and they are hereby excused from militia duty, and also one ferryman to each ferry.

*And be it further enacted,* That it shall be the duty of the captain or commanding officer of each company, twice in every year, exclusively of the battalion meeting, to call forth his company for inspection of arms, and instruction in military discipline, viz.—in the months of June and September, annually, and at such other times as he shall think best ; and that each commanding officer of a battalion, shall call his battalion together once in every year.

*Each company exclusively, to be mustered twice, and each battalion once a year.*

*And be it further enacted,* That each division within this State, shall be commanded by one major-general, who shall have two aids-de-camp, with the rank of major ; each brigade by one brigadier-general, who shall have one brigade-inspector, who is also to perform the duty of brigade-major, with the rank of major. To each regiment, one lieutenant colonel commandant ; and to each battalion one major ; to each company one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer and one fifer. That the regimental staff, shall consist of one adjutant, one quarter-master, to rank as lieutenants ; one paymaster ; one surgeon ; one surgeon's mate ; one sergeant-major ; one drum-major and one fife-major.

*Each division, brigade and regiment by whom commanded.*

*And be it further enacted,* That there shall be provided at the expense of this State for each regiment, one standard and one suit of regimental colours—the standard to bear the device, " the arms of the United States ;" the regimental colours, " the arms of this State ;" that the drums and fifes be furnished by the commanding officers of the companies, at the expense of the State.

*What colours and at whose expence to be furnished.*

*And*

Digitized from Best Copy Available
**EXHIBIT P**
**0140**

*And be it further enacted,* That the feveral commanding officers of companies, fhall caufe accurate returns to be made of their companies to the commanding officer of the regiment to which they belong, before the firft day of February annually ; and the commanding officer of each regiment, fhall caufe to be made to the brigade major, a proper return of his regiment, before the firft day of March annually ; and the refpective brigade majors, fhall make out to the adjutant general, returns of their refpective brigades, before the firft day of April annually, agreeable to the forms that may be eftablifhed by the adjutant general, which the adjutant general fhall caufe attefted copies of, to be lodged in the fecretary's office, by the firft day of May annually.

*By whom returns are to be made.*

*And be it further enacted,* That each commanding officer of a company, who fhall neglect to call his company together, as before provided, fhall forfeit and pay for each neglect the fum of fix pounds ; and each commanding officer of a battalion who fhall neglect to call his battalion, as before directed, fhall pay a fine of nine pounds.

*Penalty for not calling companies or battalions together.*

*And be it further enacted,* That it fhall be accounted fufficient notice to any non-commiffioned officer or privates, for appearance on mufter days, to be notified of fuch mufter by a non-commiffioned officer in perfon, or by a writing by him figned, to be left at his laft, and ufual place of abode, four days prior to fuch day of mufter ; and if any non-commiffioned officer or private, after fuch notification, fhall unneceffarily neglect to appear equipped, as the law directs, he fhall pay a fine of nine fhillings, which fhall be levied by diftrefs, and fale of the offenders goods and chattels, by warrant under the hand and feal of the captain, or commanding officer of faid company, to be directed to the firft fergeant of the company, who is to levy the fame, by the fame rules and regulations, as the laws have pointed out for collecting rates and taxes, and fhall have one quarter part thereof for his trouble, and the fame fees that are allowed to collectors, on diftraining for taxes—and if no goods and chattels of the delinquent are to be found, then to levy the fame on the body of fuch delinquent : *Provided*

*Notice.*

*ded*

ded neverthelefs, That no fuch warrant fhall be iffued until fifteen days after faid mufter days, that the delinquent may have time to make excufe (if any he has) for his non-appearance, which is to be made to the commanding officer of the company.

*And be it further enacted,* That if any non-commiffioned officer or foldier, fhall prove refractory or difobedient on a mufter day, or fhall infult or abufe his officers, or either of them, or treat them with difrefpect or contempt, the commanding officer prefent, may order the offender to be immediately tried by five commiffioned officers, if fo many fhould be prefent; and if not fo many prefent, as many as there are in the field, who are empowered to punifh the offender, by ordering him to pay a fine not exceeding forty fhillings, at the difcretion of the officers, or ride a wooden horfe.

*Difobedience punifhed.*

*And be it further enacted,* That on all mufter days, every officer fhall yield due obedience to his fuperior officer; and every non-commiffioned officer and foldier fhall yield entire and due obedience to the commands of their fuperior officers. And if any officer fhall, on fuch days (or at any other time) refufe and neglect to obey the orders he may receive from his fuperior officers refpecting any matter relating to the government of militia, he fhall be tried by a court-martial, and if convicted thereof, fhall be cafhiered. And the fuperior officer may immediately put fuch offender in arreft, and report him and his offence to the officer commanding the brigade (if the offender is under the rank of a field officer) and the commanding officer of the brigade is hereby impowered to appoint a court-martial for fuch trial, and to approve the fentence; and if faid offender fhall by faid court be cafhiered, and the fentence thereof approved, the faid officer fhall be deemed incapable of holding any military office again in this State; and in cafe the offender is of the rank of a field officer, or of higher rank, his offence fhall be reported to the major-general, or officer commanding the divifion, who is hereby impowered to appoint a court-martial for the trial of fuch offender, to approve the fentence of faid court; and if the offender be found guilty and the fentence fhall be approved, he fhall be difqualified as aforefaid.      The

*Officers to yield obedience.*

*Superior officer to arreft and report.*

Digitized from EXHIBIT Best Available Copy

The commander in chief ſhall at all times, have the <span>Commander in chief may appoint courts mar-tial.</span>
right of appointing courts-martial, when he ſhall think
it neceſſary.

All courts-martial, when apppointed by the com-
mander in chief, ſhall conſiſt of thirteen members, the
preſident of which ſhall be of the rank of major-gene- <span>Number of members.</span>
ral.

All courts-martial, when appointed by a major-gen-
eral, ſhall conſiſt of thirteen members, and the preſi-
dent ſhall be a lieutenant-colonel or officer of higher
rank.

All courts-martial, appointed by a brigadier, ſhall
conſiſt of thirteen members, the preſident of which
ſhall at leaſt, be of the rank of a field officer.

The members of the courts-martial are to be ſworn
by the preſident, and the preſident ſhall be ſworn by <span>Members, by whom to be ſworn.</span>
the next higheſt in rank of the members compoſing
the ſame, and the preſident of every court-martial,
ſhall have power to adminiſter the oath to every wit-
neſs.

In order to the trial of offenders, the oath of the
preſident and members, ſhall be in the words follow-
ing, viz.

*YOU ſwear, that you will well and truly try, and im-* <span>Oath.</span>
*partially determine the charge againſt the perſon now to*
*be tried, according to the rules for regulating the militia*
*of this State.* So help you GOD.

The oath to be adminiſtered to witneſſes in courts
martial, ſhall be in the form following, viz.

*YOU ſwear, the evidence you ſhall give relative to* <span>Oath of wit-neſſes.</span>
*the charge now in hearing, ſhall be the truth, the whole*
*truth, and nothing but the truth.*
So help you GOD.

*And be it further enacted,* That all military officers
ſhall be amenable to a court-martial for any un-officer, <span>Officers a-menable for illiberal be-haviour.</span>
or un-gentleman-like conduct or behaviour while on
duty, and at all other times, and to be tried, and ſen-
tence approved in the ſame way and manner as before
provided for diſobedience of orders.

*And be it further enacted,* That all perſons called by
ſummons from the preſident of any court-martial to <span>Witneſſes re-fuſing,&c. to be commit-ted to gaol.</span>
give evidence, who ſhall unreaſonably refuſe or ne-
glect to appear, or appearing, ſhall refuſe to give evi-
dence, ſhall be committed to the common gaol of the

I i                              county

county where such court is sitting, there to remain three months, unless sooner discharged therefrom by the justices of the superior court : And the president of the court is to lodge the accusation against him with the prison-keeper.

*And be it further enacted,* That every person ap-
<span>Judge-advocate to be appointed.</span> pointing a court-martial, shall appoint some suitable person to act as judge advocate, who shall make a fair record of the whole proceedings and deliver them to the officer appointing said court-martial, who shall cause the same, or a copy thereof, to be lodged in the secretary's office, within three months after such trial.

*And be it further enacted,* That out of the militia
<span>Each battalion to have one company of grenadiers &c. and one company of artillery.</span> enrolled as herein directed, there shall be formed for each battalion, at least one company of grenadiers or light infantry ; and to each division there shall be at least one company of artillery, and one troop of horse. There shall be to each company of artillery, one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one
<span>Officers how to be armed.</span> fifer. The officers to be armed with a sword or hanger, a fusee, bayonet and belt, with a cartouch box, to contain twelve cartridges ; and each private matross shall be furnished with the same equipments as privates in the infantry. There shall be to each troop of horse,
<span>Troops of horse how officered, &c.</span> one captain, two lieutenants, one cornet, four sergeants, four corporals, one sadler, one farrier and one trumpeter. The commissioned officers to furnish themselves with good horses of at least fourteen hands and an half high, and to be armed with a sword, and pair of pistols, the holsters of which to be covered with bearskin caps. Each dragoon to furnish himself with a serviceable horse of at least fourteen hands and an half high, a good saddle, bridle, mail-pillion and valise, holsters, a breast-plate and crupper, a pair of boots and spurs, a pair of pistols, a sabre, and cartouch box, to
<span>Artillery and horse of whom to be formed, and</span> contain twelve cartridges for pistols. That each company of artillery and troop of horse, shall be formed of volunteers from the brigade, at the discretion of the commander in chief of the State, not exceeding one company of each to a regiment, and shall uniformly be
<span>uniformly clad.</span> cloathed in regimentals, to be furnished at their own expence ; the colour and fashion to be determined by the brigadier commanding the brigade to which they belong.                                                    *And*

Digitized from **EXHIBITS** Available
**0144**

*And be it further enacted,* That each non-commissioned officer and soldier belonging to the regiments of foot, shall within one year from and after the passing this act, furnish himself with a good fire-lock, bayonet and belt, a cartouch box that will contain twenty-four cartridges, two good flints, a knapsack and canteen—and that the commissioned belonging to companies of foot, shall be severally armed with a sword or hanger, and an espontoon, and that the field officers be armed with a sword or hanger.

*How to be armed and accoutred.*

*And be it further enacted,* That such of the infantry as are under the care of parents, masters or guardians, shall be furnished by them with such arms and accoutrements. And such as are unable to furnish themselves, shall make application to the selectmen of the town, who are to certify to their captain or commanding officer, that they are unable to equip themselves, and the said selectmen shall, at the expence of the town, provide for, and furnish such persons with arms and equipments; which arms and equipments shall be the property of the town, at whose expence they were provided: And if any person so furnished, shall embezzle or wilfully destroy the same, he shall be punished by any court proper to try the same, upon complaint made by the selectmen of said town, by being publicly whipped not exceeding twenty stripes, or fined not exceeding forty shillings. And that all fines recovered for embezzling or destroying of arms and accoutrements as provided in this act, shall be paid into the hands of the selectmen to be appropriated in purchasing arms and accoutrements for such soldiers as are unable to purchase for themselves.

*Those unable &c. to be equipped at the expence of the town.*

*Fines how to be appropriated.*

*And be it further enacted,* That parents, masters and guardians shall be liable for the neglect and non-appearance of such persons as are under their care (and are liable by law to train) and are to be proceeded against for the penalty in the same manner, as by this act is provided against other delinquents.

*Parents, &c. liable to a penalty.*

*And be it further enacted,* That the commander in chief, the officers commanding divisions, brigades or regiments, may appoint military watches or guards when an invasion of the State is apprehended, in such place and under such regulations as they may judge necessary; and all officers and soldiers under their command

*Military watches, by whom to be appointed,*

mand are to yield ſtrict obedience to their orders and directions.

*And be it further enacted,* That the ſignals for an alarm are to be fixed by the captain general, and may by him be altered, from time to time, and proper notice thereof is to be by him given to the ſeveral officers; and if any non-commiſſioned officer or ſoldier, ſhall upon the alarm being given, unneceſſarily neglect to appear properly armed and equipped, at ſuch time and place as the commanding officer ſhall appoint, he ſhall pay a fine of twenty ſhillings; and all perſons ſerving on any military guards, or watches, ſhall be puniſhable for miſconduct while in ſuch ſervice, by a court-martial to be appointed by the commanding officer of ſuch guard or watch, provided he be a field officer, and in caſe he is not, then by the commanding officer of the regiment to which the offender belongs.

*And be it further enacted,* That when any non-commiſſioned officer ſhall refuſe or neglect to notify or warn any of the non-commiſſioned officers or private ſoldiers of the company to which he belongs (being thereto ordered by his ſuperior officer) he ſhall pay a fine of twelve ſhillings, for each non-commiſſioned officer or ſoldier he ſhall neglect to warn, to be recovered in the ſame way and manner as is before provided.

*And be it further enacted,* That every fine ariſing by any breach of this act, for which no ſpecial mode of recovery has been pointed out, may be recovered by action, bill, plaint or information, in any court proper to try the ſame.

*And be it further enacted,* That all fines recovered of any non-commiſſioned officer or ſoldier for neglect of duty, ſhall be paid into the hands of the commanding officer of the company, to which ſuch non-commiſſioned officer or ſoldier may belong, to be expended in defraying the neceſſary expences of ſuch company; as the commiſſioned officers of the ſame may direct. That all fines recovered of the commanding officer of any company, ſhall be paid into the hands of the commanding officer of the battalion, to which ſuch commanding officer of a company may belong; to be appropriated in inſtructing the muſic in ſuch battalion.

That all fines recovered of the commanding officer of any battalion, ſhall be paid into the hands of the commanding

*Marginal notes:*

Signals to be fixed.

Penalty for refuſing to warn, &c.

Mode of recovering fines, and

how to be appropriated

Digitized from Beſt Copy Available

commanding officer of the regiment to which such battalion may belong, to be difpofed of in defraying the neceffary expences in forming and arranging the companies in fuch regiment, as the field officers of the fame may direct.

*And be it further enacted,* That all commiffioned officers fhall take rank according to the date of their commiffions ; and when two of the fame grade, bear equal date, then the rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment. <span style="float:right">Officers, how to rank.</span>

*And be it further enacted,* That the rules of difcipline approved and eftablifhed by Congrefs, in their refolution of the twenty-ninth of March, one thoufand, feven hundred and feventy-nine, fhall be the rules of difcipline to be obferved by the militia in this State. <span style="float:right">Rules of difcipline.</span>

*And be it further enacted,* That it fhall be the duty of the brigade infpector, to attend the regimental and battalion meetings of the militia compofing their feveral brigades, during the time of their being under arms, to infpect their arms, ammunition and accoutrements ; fuperintend their exercife and manœvres, and introduce the fyftem of military difcipline before defcribed. <span style="float:right">Brigade infpector's duty</span>

*And be it further enacted,* That the cavalry and artillery be fubject to fine or punifhment in the fame manner as thofe who belong to the infantry. <span style="float:right">Cavalry and artillery liable to the fame fines.</span>

*And be it further enacted,* That all courts-martial may confift of officers of any corps within the limits of the brigade where the perfon accufed may refide. <span style="float:right">Courts martial of whom to confift.</span>

*And be it further enacted,* That a captain or commanding officer at the head of his company, may direct his non-commiffioned officers and foldiers to meet at any future day, which fhall be legal notice. <span style="float:right">Legal notice, what confidered as fuch.</span>

*And be it further enacted,* That non-commiffioned officers be reduced to the ranks, for any mifdemeanor, which in the opinion of all the commiffioned officers of the company fhall deferve fuch punifhment. <span style="float:right">Non-comm. officers liable to be reduced, &c.</span>

*And be it further enacted,* That all commiffioned officers belonging to any company of infantry fhall refide within the limits of fuch company. <span style="float:right">Commiffioned officers to refide.</span>

*And be it further enacted,* That when it fhall fo happen,

Digitized from Beft Copy Available

Different corps—firſt in rank to command.

pen, that officers of the different corps, ſhall be on duty together, the firſt officer in rank ſhall command, whether of the infantry, cavalry or artillery.

Arms, &c. free from dif- treſs, &c.

*And be it further enacted,* That every citizen en- rolled as directed in this act, and provided with arms and accoutrements, ſhall hold the ſame exempted from all ſuits, diſtreſſes, executions, or ſales for debt, or for the payment of taxes.

Militia to be divided.

*And be it further enacted,* That the militia of this State, ſhall be divided into three diviſions, and if con- venient, each diviſion ſhall conſiſt of two brigades, each brigade of four regiments, each regiment of two battalions, each battalion of five companies, and each company of ſixty-four privates.

Cavalry and artillery of whom to be formed.

*And be it further enacted,* That in forming the cav- alry and artillery, not more than one eleventh part ſhall inliſt out of any one company of infantry into ſuch corps.

Field Officers to arrange companies.

*And be it further enacted,* That the field officers of each and every regiment, ſhall form and arrange the companies in their ſeveral regiments, from time to time, as they ſhall think the public good may require.

Adjutant- General, his duty.

*And be it further enacted,* That there ſhall be an ad- jutant general, whoſe duty it ſhall be to diſtribute all orders from the commander in chief of this State, to the ſeveral corps ; to attend all public reviews, when the commander in chief of this State ſhall review the militia, or any part thereof ; to obey all orders from him relative to carrying into execution and per- fecting the ſyſtem of military diſcipline eſtabliſhed by law ; to furniſh blank forms of different returns that may be required, and to explain the principles on which they ſhall be made ; to receive from the ſeveral officers of the different corps throughout the State, re- turns of the militia, under their command, reporting the actual ſituation of their arms, accoutrements and ammunition, their delinquencies, and every other thing which relates to the general advancement of good or- der and diſcipline.

Compenſa- tion to Adj. and Brigade inſpectors.

*And be it further enacted,* That compenſation ſhall be made to the adjutant general, and the brigade in- ſpectors for their ſervices, from time to time, by the legiſlature, as they ſhall think juſt.

*And be it further enacted,* That the colour of the uniform

Digitized from **EXHIBIT** Available
**0148**

uniform of the infantry be determined on by the commander in chief.

Colour of uniform, by whom determined.

*And be it further enacted,* That each and every non-commissioned officer or soldier, who shall inlist into any corps of horse or artillery, shall within six months from and after such inlistment, equip himself as the law directs, and at the expiration of the said six months, should he not be equipped as aforesaid, then to return to the company from which he inlisted, and the commanding officer thereof, is hereby directed to enrol him accordingly.

Cavalry and artillery, if not equipped within six months to be returned.

*And be it further enacted,* That the several companies, which compose the regiments of cavalry, be annexed to the regiments of infantry in manner following :

Cavalry to be annexed to infantry.

To each regiment of infantry there shall be, as far as the number of companies of cavalry will admit of it, one troop of horse, or company of cavalry, with the present officers (if they see fit) and men of said companies, who are now uniformly cloathed and equipped, or shall be within four months, said troops of horse shall be under the command of the field officers of the regiments of infantry, and shall be joined to such regiments as shall be the most contiguous and convenient to said companies. Privilege shall be allowed to the non-commissioned officers and privates of cavalry at any time hereafter, of being enrolled as infantry, provided they decline serving as cavalry, and said companies of cavalry may be completed by inlistments, from time to time, from the infantry, as vacancies may be in said companies.

Cavalry to be under command of field officers of infantry.

*And be it further enacted,* That this act shall be read at the head of each company in the several regiments in this State, at least once every year.

Act to be read, &c.

This act passed December 28, 1792.

Digitized from Best Copy Available
**EXHIBIT 13**
**0149**

# EXHIBIT "9"

EXHIBIT 9
0150

which Sum or Sums of Money, so assessed and collected, shall be paid into the Hands of the County Collector, who is hereby required to pay out the same, when received for the Purpose aforesaid, in such Manner as the Justices and a Majority of the chosen Freeholders shall direct; and if any Assessor or Collector shall neglect or refuse to perform any Duty, Matter or Thing required of him in this Act, he shall be liable to the same Fines and Penalties as is directed in and by an Act, intitled, ' An Act to ascertain the Time and Mode of levy-' ing Taxes, and the better to enforce the Collection of the same,' passed at Burlington the fifth Day of June, Seventeen Hundred and Eighty-seven, and in a Supplement to the same, passed at Perth-Amboy, June the eleventh, Seventeen Hundred and Ninety; and the several Officers in the said Act mentioned are hereby required to perform the several Duties on them enjoined under the same Penalties as in the said recited Act and Supplement are imposed, and shall be allowed such Rewards and Fees as they are entitled to for assessing and collecting Taxes raised for the Use of the County.

**Justices and Freeholders, their Authority.**  4. *And be it further Enacted by the Authority aforesaid*, That the Justices and a Majority of the chosen Freeholders shall be and they are hereby authorized to purchase a Lot or Lots on which to build, and to appoint Managers for conducting the Building of said Court-House and Gaol at the Place appointed, and to take all such Measures for completing the same, in the best Manner for the Good of said County, as to them shall appear most eligible; and that all Persons, by their Order entrusted with any publick Money of the County, shall be accountable to them for the Expenditure thereof, in such Manner and at such Time or Times as they shall direct.

**Courts when to meet at the new Court-House.**  5. *And be it further Enacted by the Authority aforesaid*, That the Judges of the Inferior Court of Common Pleas, and Justices of the General Quarter Sessions of the Peace, in and for the said County, shall hold their respective Courts in the said Court-House, so soon as the same shall be ready and fit; and all Writs, Process and other Proceedings, depending or made returnable thereto, shall be valid in all Respects, any Law or Custom to the contrary notwithstanding.

A          Passed at Trenton, November 30, 1792.

---

C H A P. CCCCXIII.

An A C T for organizing and training the Militia of the State.

**Infantry and other Companies may be formed.**  Sect. 1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That all such of the Militia in the respective Counties of this State as incline to form themselves into Companies of Light Infantry, Grenadiers, Horse and Artillery, and to dress themselves in uniform Regimentals, shall have full Power to form Companies of Light Infantry and Grenadiers of sixty-four Men each, and of Horse and Artillery of forty-eight Men each, and when so formed to give Notice
to

**EXHIBIT 9**
**0151**

to the Commissioner herein after directed to be appointed for each
County to attend, and in his Presence to choose one Captain, one
Lieutenant and one Ensign for each Company of Infantry and Grena-
diers; one Captain, one Lieutenant and one Cornet for each Troop
of Horse; and one Captain and two Lieutenants for each Company of
Artillery; upon which Choice being so made, the said Commission-
er in each County shall give his Certificate, certifying the Completion
of such Company, and the Names of the Officers chosen for the same
directed to the Commander in Chief of this State, who shall there-
upon commission the said Officers accordingly. *Provided always*, Proviso.
That all such Companies shall be completed on or before the first
Day of January next; *and provided also*, that not more than two
Companies of Infantry or Grenadiers be formed in one of the present
Regiments, nor more than one Troop of Horse in one of the present
Regiments, nor more than eight Companies of Artillery in this State.

2. *And be it further Enacted by the Authority aforesaid*, That the said How to be
Companies so formed shall be furnished and equipped as is directed equipped.
by the Act of Congress for regulating the Militia of the United States;
and, besides their voluntary Trainings for Improvement in the mi-
litary Art, shall be subject to the same Duties prescribed by Law for
the other Militia of the State.

3. *Be it Enacted by the Authority aforesaid*, That, in Order to orga- Commission-
nize the Remainder of the Militia, the following Persons be, and they ers appointe
are hereby appointed Commissioners, that is to say,

    John Outwater, Esquire, for the County of Bergen.
    Benjamin Williamson, Esquire, for the County of Essex.
    Ellis Cook, Esquire, for the County of Morris.
    Anthony-Walton White, Esquire, for the County of Middlesex.
    John Hardenbergh, Esquire, for the County of Somerset.
    Asher Holmes, Esquire, for the County of Monmouth.
    Thomas Reading, Esquire, for the County of Hunterdon.
    John Armstrong, Esquire, for the County of Sussex.
    Richard Cox, Esquire, for the County of Burlington.
    Samuel Flanigan, Esquire, for the County of Gloucester.
    Bateman Loyd, Esquire, for the County of Salem.
    Joseph Buck, Esquire, for the County of Cumberland; and
    Eli Townsend, Esquire, for the County of Cape-May.

And in Case of Death, Neglect or Refusal, of such Commissioner or
Commissioners, the Governor for the Time being shall fill up such
Vacancy or Vacancies by Appointment under his Hand and Seal.

4. *And be it further Enacted*, That the said Commissioners shall se- to appoint
verally appoint one Deputy in each Township in the County in which Deputies:
they are appointed, to take a List of all and every free and able-bo-
died white Male Citizen, between the Ages of eighteen and forty-five
Years, resident within their respective Townships, and not before form-
ed into the Companies before mentioned, on or before the twentieth
Day of January next; and in all Cases of Doubt respecting the Age
of any Person, the said Person shall prove his Age to the Satisfaction
of the said Commissioner or Deputy, or be entered on the said List.

M               5. *And*

**EXHIBIT 9**
**0152**

**Their Duty.** 5. *And be it further Enacted,* That all such Citizens so enrolled as aforesaid, who shall desire to be exempt from military Duty, may at the Time of taking the Lists aforesaid by the said Deputies, or before the twenty-fifth Day of January next, give Notice thereof to the said Deputy of the Township to which they belong, who shall mark and distinguish the same on the said List, and all others on the said Lists shall be enrolled, deemed and esteemed a Part of the Militia of this State, and the said Deputies shall make Returns thereof to the Commissioner of the County before the first Day of February next. *Provided always,* That said Deputies shall in Person call at the usual Dwelling-House of each Citizen within the Ages aforesaid in their respective Townships, and if any such Citizen shall be absent from Home, so that his Election cannot at that Time be known, such Deputy shall leave at the Dwelling-House of such Citizen a written Notice, signifying that unless he shall inform said Deputy of his Election on or before the aforesaid twenty-fifth Day of January next, he shall be enrolled and considered as one of the Militia of this State.

**Books to be procured, and Returns to be entered, &c.** 6. *And be it further Enacted,* That the said Commissioners shall procure Books, and shall cause the Returns of the said Deputies to be entered therein, and shall make out Copies of the Lists of the Names of all Exempts within their County, and shall transmit one of the said Copies to the County Collector, and the other to the Treasurer of this State, and shall also make and transmit a List of the Exempts of each Township to the Township Collectors within the said County, and a List of all the Militia enrolled within their County to the Governor of this State, at or before the first Day of the next Sitting of the Legislature.

**Persons exempted, except, &c.** 7. *And be it further Enacted,* That every Person exempted as aforesaid from personal Service in the Militia (except Ministers of the Gospel, the Vice-President of the United States, the Officers Judicial and Executive of the Government of the United States, the Members of both Houses of Congress and their respective Officers, all Custom-House Officers with their Clerks, all Post Officers and Stage Drivers who are employed in the Care and Conveyance of the Mail of the Post-Office of the United States, all Ferrymen employed at any Ferry on the Post-Road, all Inspectors of Exports, all Pilots, all Mariners actually employed in the Sea Service of any Citizen or Merchant within **what to pay.** the United States) shall pay an annual Tax of Three Dollars: And the said Township Collectors shall collect the same at the same Time, and in the same Manner as the Taxes of the same Year; and shall also in like Manner pay the same when collected to the County Collector, to be by him paid to the Treasurer of the State: And the said Township and County Collectors and Constables shall receive the same Fees, and be subject to the same Pains and Penalties, as they are or shall be entitled unto or subjected to by the Tax-Laws of this State; and the Treasurer **Treasurer's Duty.** of the State shall cause an annual Return of all the Monies received on the said Tax to be laid before the Legislature at their first Sitting in every Year.

**Militia, how be divided.** 8. *And be it further Enacted,* That all Citizens enrolled as aforesaid, for military Duty, shall be divided into Companies of, as near as may be, sixty-four Men each, and into Battalions and Regiments, by the said

**EXHIBIT 9**
**0153**

faid Commiffioners, each Battalion to confift, as near as may be, of five Companies of Foot, of which, Battalions and Regiments the faid Commiffioners fhall make accurate Returns to the Commander in Chief of this State, on or before the fecond Week of the next Sitting of the Legiflature, to be by him laid before the faid Legiflature; and the faid Commiffioner, or the Deputy of the Townfhip if required by the faid Commiffioner, having given due Notice by Advertifements in three of the moft publick Places within the Limits of fuch Company, fhall attend and prefide at the Election for the Choice of Officers; and the faid Company, or fuch of them as fhall attend, fhall proceed by Plurality of Votes to choofe one Captain, one Lieutenant and one Enfign; and the faid Commiffioner fhall certify in Writing the Names and Rank of each Officer fo chofen or elected to the Governor of the State, and the Governor of the State fhall commiffion the faid Officers accordingly under the Seal of the State; and the faid Captains and Subalterns fhall choofe or appoint their Sergeants, Corporals, Drummers, Fifers or Buglers. *Officers, how to be appointed.*

9. *And be it further Enacted,* That the commiffioned Officers of each Company fhall procure Fifes or Bugle-Horns and Drums for their refpective Companies, to be paid for by the County Collector out of any publick Monies in his Hands, upon Orders of the Commiffioner of the County. *Mufick, how procured.*

10. *And be it further Enacted,* That, after the Formation of the Militia fhall have taken Place in Purfuance of this Law, the Militia of this State fhall affemble three Times in every Year at leaft, in fuch Manner, Time and Place as their refpective Captains fhall order, until otherwife directed by Law. *Militia, when to affemble.*

11. *And be it further Enacted,* That every Perfon enrolled in the Militia of this State fhall attend the Company and other Trainings ordered by Law; and if any fuch Perfon fhall neglect or refufe to attend with a Mufquet, Rifle or Firelock, and no fufficient Excufe be made to the Officers of the Company for fuch Neglect or Refufal within ten Days after fuch Default, then the Captain or commanding Officer of fuch Company fhall make a Return of all fuch Defaulters to one of the Juftices of the Peace within the County, who fhall iffue an Execution to the Conftable againft fuch Defaulters for the Sum of Seven Shillings and Six-pence each, together with the Cofts of fuch Execution; and the faid Conftable is hereby directed to pay the faid Money when collected to the faid Juftice, who is to pay the fame to the County Collector and by him to be paid to the Treafurer of the State. *Penalty for not attending Duty.*

12. *And be it further Enacted by the Authority aforefaid,* That the Commiffioners fhall feverally be allowed, while employed in performing the Services required by this Act, Twelve Shillings per Day; and the faid Deputies feverally Four-pence per Name for every Name entered on their faid Lift, to be paid to them by the Collectors of the feveral Counties, or Treafurer of the State, on Accounts regularly made out and fworn to by the faid Commiffioners or Deputies; and the faid Accounts and Receipts of fuch Commiffioners and Deputies fhall be fufficient Vouchers to fuch Collectors and Treafurer for fo much of the publick Money as fhall be paid by them for *Commiffioners Fees.*   b   Po

**EXHIBIT 9**
**0154**

**Appeal allowed.**    13. *And be it further Enacted*, That every Perfon taxed by Virtue of this Act may appeal to the Commiffioners of Appeal of the Townfhip in which they refide, in Cafes where Doubts arife refpecting the Age or Ability of Body of fuch Perfon to do military Duty; and the faid Commiffioners of Appeals are hereby authorized to iffue Subpœnas, adminifter Oaths or Affirmations, and to hear and determine fuch Appeals; and the faid Commiffioners' fhall give a Copy of their Judgment to the Appellant if in his Favour, and the Collector of fuch Townfhip fhall govern himfelf accordingly; but in Cafe fuch Appeal fhould be determined againft the Appellant, then the Cofts thereof fhall be paid by the faid Appellant.

**Penalty on the Commiffioners and Deputies for Neglect.**    14. *And be it further Enacted*, That the faid Commiffioners and Deputies, who fhall be appointed by Virtue of this Act, and accept thereof, who fhall neglect or refufe to perform the Services and Duties required hereby, fhall forfeit and pay the Sum of Twelve Pounds, to be profecuted for and recovered in an Action of Debt, with Cofts of Suit, by the Collector of the County in which fuch Commiffioner or Deputy fhall refide, to and for the Ufe of the State.

**Former Law repealed.**    15. *And be it further Enacted*, That from and after the paffing of this Act, the Militia Laws now in Force in this State be, and they are hereby repealed; and all military Commiffions heretofore granted by Virtue of the fame fhall be, and they are hereby declared null and void.

A        Paffed at Trenton, November 30, 1792.

## C H A P. CCCCXIV.

## An ACT for defraying Incidental Charges.

**Enacting Claufe.**    BE IT ENACTED by the Council and General Affembly of this State, and it is hereby Enacted by the Authority of the fame, That it fhall and may be lawful for the Treafurer of this State, and he is hereby required to pay to the feveral Perfons herein after named the following Sums, to wit,

To Abraham Blauvelt, for advertifing Court of Errors, publifhing a Lift of Candidates for Reprefentatives in Congrefs, and publifhing a Proclamation, Two Pounds Six Shillings.

To William Harriman, for keeping a Man and Horfe for Exprefs fix Weeks and four Days, Three Pounds Twelve Shillings.

To his Excellency William Paterfon, for Cafh paid John Dunham and Peter Nafew for going Exprefs with the Lift of the Names of Candidates, propofed to be voted for as Reprefentatives in Congrefs, to the feveral Sheriffs in this State, Twelve Pounds.

To James Mott, Efquire, for Cafh paid for Wrapping Paper, Poftage of s, d Sundries, as per Account, Eight Pounds Fourteen Shillings.
To

**EXHIBIT 9**
**0155**

# EXHIBIT "10"

EXHIBIT 10
0156



Content downloaded/printed from    *HeinOnline*

Thu Oct  3 17:31:20 2019

Citations:

Bluebook 20th ed.
1792 440 .

ALWD 6th ed.
1792 440 .

Chicago 7th ed.
, "," New York - 16th Legislative Session : 440-450

OSCOLA 4th ed.
, " 1792 440

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
     Conditions of the license agreement available at
     *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



# CHAP. 45.

## AN ACT to organize the militia of this State.

PASSED the 9th of March, 1793.

**Preamble.** WHEREAS, by the constitution of the United States, the Congress has power to provide for organizing, arming and disciplining the militia, and for governing such part of them, as may be employed in the service of the United States, reserving to the States respectively, the appointment of the officers, and the authority of training the militia, according to the discipline prescribed by Congress.

**Act of Congress.** *And whereas,* the Congress did on the eighth day of May one thousand seven hundred and ninety two, pass an act entitled "An act more effectually to provide for the national defence by establishing an uniform militia throughout the United States," which act is in the words following, vizt. *Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That each and every free, able bodied white male, citizen of the respective States, resident therein, who is or shall be, of the age of eighteen years, and under the age of forty five years (except as is herein after excepted), shall severally and respectively be enrolled, in the militia by the captain or commanding officer of the company, within whose bounds such citizen shall reside, and that within twelve months after the passing of this act. And it shall at all times hereafter be the duty, of every such captain or commanding officer of a company, to enrol every such citizen as aforesaid, and also those who shall, from time to time, arive at the age of eighteen years, or being of the age of eighteen years, and under the age of forty five years, (except as before excepted) shall come to reside within his bounds; and shall without delay, notify such citizen of the said enrolment, by a proper non-commissioned officer of the company, by whom such notice may be proved. That every citizen so enrolled and notified, shall within six months thereafter, provide himself with a good musket or firelock a sufficient bayonet and belt, two spare flints, and a knapsack, a pouch with a box therein, to contain not less than twenty four cartridges, suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball: Or with a good rifle, knapsack, shot pouch and powder horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder, and shall appear so armed, accoutred and provided, when called out to exercise, or into service, except that, when called out on company days to exercise only, he may appear without a knapsack. That the commissioned officers shall severally be armed with a sword, or hanger and espontoon, and that from and after five years from the passing of this act, all muskets for arming the militia as herein required, shall be of bores sufficient for balls of the eighteenth part of a pound. And every citizen so enrolled, and providing himself with the arms, ammunition and accoutraments required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales, for debt or for the payment of taxes. *And be it further enacted,* That the vice president of the United State, the officers judicial and executive of the government of the United States ; the members of both houses of Congress, and their respective officers; all custom house officers, with their clerks; all post officers and stage drivers, who are employed in the care and conveyance of the mail of the post office of the United States; all ferrymen employed at any ferry on the post road, all inspec-

**EXHIBIT 10**

**0158**

tors of exports, all pilots, all mariners, actually e ployed in the sea service of any citizen or merchant within the United States; and all persons who now are or may hereafter be exempted by the laws of the respective States, shall be, and are hereby exempted from militia duty, notwithstanding their being above the age of eighteen, and under the age of forty five years. *And be it further enacted,* That within one year after the passing of this act, the militia of the respective States shall be arranged into divisions, brigades, regiments, battallions, and companies, as the legislature of each State shall direct, and each division, brigade and regiment, shall be numbered, at the formation thereof, and a record made of such numbers, in the adjutant general's office in the State, and when in the field or in service in the State, each division, brigade and regiment shall respectively take rank, according to their numbers, reckoning the first or lowest number, highest in rank. That if the same be convenient, each brigade shall consist of four regiments, each regiment of two battalion, each battalion, of five companies, each company of sixty four privates; that the said militia shall be officered by the respective States, as follows; to each division, one major general and two aids-de-camps, with the rank of major; to each brigade, one brigadier general with one brigade inspector, to serve also as a brigade major, with the rank of a major; to each regiment, one lieutenant colonel commandant, and to each battallion one major, to each company one captain, one lieutenant, one ensign, four serjeants, four corporals, one drummer and one fifer or bugler; that there shall be a regimental staff to consist of one adjutant and one quarter master to rank as lieutenants, one pay master, one surgeon and one surgeon's mate, one sergeant major, one drum-major, and one fife major. *And be it further enacted,* That out of the militia enrolled, as is herein directed, there shall be formed for each battallion, at least one company of grenadiers, light infantry or riflemen, and that to each division, there shall be at least one company of artillery, and one troop of horse; there shall be to each company of artillery, one captain, two lieutenants, four sergeants, four corporals six gunners, six boumbardiers, one drummer and one fifer. The officers to be armed with a sword or hanger, a fusee, bayonet and belt, with a cartridge box to contain twelve cartridges, and each private or matross shall furnish himself, with all the equipments of a private in the infantry, until proper ordnance and field artillery is provided. There shall be to each troop of horses; one captain, two lieutenants, one cornet, four sergeants, four corporals, one sadler, one farrier, and one trumpeter; the commissioned officers to furnish themselves with good horses, of at least fourteen hands and a half high, and to be armed with a sword and a pair of pistols, the holsters of which to be covered with bearskin caps, each dragoon to furnish himself with a serviceable horse, at least fourteen hands and an half high, a good saddle, bridle, mailpillion and valise, holsters and a breastplate and crupper, a pair of boots and spurs, a pair of pistols, a saber and a cartouch box, to contain twelve cartridges for pistols. That each company of artillery and troop of horse, shall be formed of voluntiers from the brigade, at the discretion of the commander in chief of the State, not exceeding one company of each to a regiment, nor more in number, than one eleventh part of the infantry, and shall be uniformly cloathed in regimentals, to be furnished at their own expence, the colour and fashion to be determined by the brigadier commanding the brigade to which they belong. *And be it further enacted,* That each battallion and regiment shall be provided with the State and regimental colours by the field officers, and each company with a drum and fife or bugle horn by

VOL. 3. — 56

EXHIBIT 10
0159

the commissioned officers of the company, in such manner, as the legis. lature of the respective States shall direct. *And be it further enacted,* That there shall be an adjutant general appointed in each State, whose duty it shall be to distribute all orders from the commander in chief of the State, to the several corps, to attend all public reviews, when the commander in chief of the State shall review the militia or any part thereof, to obey all orders from him, relative to carrying into execution and perfecting the system of military discipline established by this act, to furnish blank forms of different returns, that may be required, and to explain the principles on which they should be made, to receive from the several officers of the different corps throughout the State, returns of the militia under their command, reporting the actual situation of their arms, accoutraments and ammunition, their delinquencies, and every other thing, which relates to the general advancement of good order and discipline: All which the several officers of the divisions, brigades, regiments and battalions are hereby required to make in the usual manner, so that the said adjutant general, may be duly furnished therewith; from all which returns, he shall make proper abstracts, and lay the same annually before the commander in chief of the State. *And be it further enacted,* That the rules of discipline approved and established by Congress, in their resolution of the twenty ninth of March one thousand seven hundred and seventy nine, shall be the rules of discipline, to be observed by the militia throughout the United States, except such deviations from the said rules, as may be rendered necessary by the requisitions of this act, or by some other unavoidable circumstances; it shall be the duty of the commanding officer of every muster, whether by battalion, regiment or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline. *And be it further enacted,* That all commissioned officers shall take rank, according to the date of their commissions, and when two of the same grade, bear an equal date, then their rank to be determined by lot, to be drawn by them, before the commanding officer of the brigade, regiment, batallion, company or detachment. *And be it further enacted,* That if any person, whether officer or soldier, belonging to the militia of any State, and called out into the service of the United States, be wounded or disabled while in actual service he shall be taken care of, and provided for at the public expence. *And be it further enacted,* That it shall be the duty of the brigade inspector to attend the regimental and battallion meetings of the militia, composing their several brigades during the time of their being under arms to inspect their arms, ammunition and accoutraments, superintend their exercise and manœuvre, and introduce the system of military discipline before described throughout the brigage, agreeable to law, and such orders as they shall from time to time receive, from the commander in chief of the State, to make returns to the adjutant general of the State, at least once in every year, of the militia, of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutraments and ammunition of the several corps, and ev y other thing, which in his judgment, may relate to their government and the general advancement of good order and military discipline, and the adjutant general shall make a return of all the militia of the State, to the commander in chief of the said State and a duplicate of the same, to the President of the United States. *And whereas,* sundry corps of artillery, cavalry and infantry, now exist in several of the said States which, by the laws, customs or usages thereof, have not been incorporated with, or subjected to the general regulations of the militia. *Be it further enacted,* That such corps retain their accustomed

**EXHIBIT 10**
**0160**

privileges, subject nevertheless, to all other duties required by this act, in like manner with the other militia."

*And whereas*, the reservations contained in the said constitution, relative to the militia of the States respectively, render it necessary, that provision should be made in the premises by the legislature of this State, Therefore,

*Be it enacted by the People of the State of New York represented in Senate and Assembly*, That the militia of this State, shall be arranged into four divisions, and that each division shall comprehend one of the great districts of this State, in each of which districts, a major general shall be appointed, and each division shall be formed into as many brigades, and each brigade into as many regiments, and each regiment, into as many companies, as the commander in chief of the militia of this State for the time being, shall in his discretion, from time to time deem meet and proper, and shall also order, that at least one company of artillery, and one troop of horse, be formed from every brigade, or from such of them, as he shall direct and require; and all returns from the militia corps respectively, shall be made out and transmitted, in such manner, and at such time, as the said commander in chief, shall from time to time direct and require. *Arrangement of the State militia.*

*And be it further enacted*, That the militia of this State, shall randezvous three times in every year, for the purpose of training, disciplining and improving in martial exercise, twice by companies within their respective beats, and once by regiments, except as is herein after excepted. And that each brigadier general shall appoint the regimental parades, at such time and place as he may think proper, as nearly central as may be, within each of the respective regiments; that the time and place of the rendezvous for the companies shall be appointed by the colonel or commanding officer of the regiment, and arranged on different days, that the field and staff officers may have an opportunity of attending the several companies exercised in detail, in order to introduce uniformity in the manœuvres and discipline of the regiment. That the artillery company and troop of horse, belonging to each division or brigade, shall meet at such times and places as shall be appointed for that purpose by the major general or commanding officer of the division. *Rendezvous.*

*And be it further enacted*, That a court martial shall consist of thirteen commissioned officers, who shall appoint their own judge advocate, which judge advocate shall tender to each member, and each member is hereby required to take the following oath;   "You do swear, that you will well and truly, try and determine, according to evidence, the matter now depending between the people of the State of New York and the person and persons to be tried, and you do further swear that you will not divulge the sentence of the court, until the same shall be approved or disapproved, pursuant to the act entitled "An act to organize the militia of this State, neither will you upon any account, at any time whatsoever, disclose or discover, the vote or opinion of any particular member of the court martial, unless required to give evidence thereof, by a court of justice in a due course of law, so help you *God*." And the president is hereby authorized to tender to the judge advocate, who is hereby enjoined to take the following oath.   You do swear, that you will not upon any account, or at any time whatsoever, disclose or discover, the vote or opinion of any particular member of the court martial, unless required to give evidence thereof, as a witness by a court of justice in a due course of law, and that you will not divulge the sentence of this court until the same shall be approved or *Courts-martial.*

EXHIBIT 10
0161

disapproved, pursuant to the act entitled "An act to organize the militia of this State" so help you *God;* and it shall and may be lawful, for the president of any such court, after he shall have received notice of his appointment, and he is hereby required on application to issue his precept directed to any witness or witnesses to be summoned, commanding his, her or their attendance, at the time and place appointed for such court to set, to give evidence in behalf of the people of this State or for the person or persons to be tried (as the case may be) and such witness or witnesses being summoned, and making default shall incur the like fines and forfeitures as are inflicted on witnesses for their default, by the ninth section of the act for the more speedy recovery of debts to the value of ten pounds, passed the seventeenth day of April one thousand seven hundred and eighty seven; and the president of any such court martial shall be, and he is hereby impowered to administer the usual oath to such witnesses as shall come to give evidence to such court, during the time he shall be president thereof, and that if any officer shall be arrested by virtue of this act, the charge shall particularly be set forth in writing and signed by the arresting officer, a copy whereof shall be delivered to such officer, so arrested or left at his usual place of abode within three days after such arrest, and the person so arrested shall not be held to answer to any matter whatever, not set forth in such charge, that every commissioned officer who shall be convicted by a general court martial, of having refused or neglected to perform any of the duties of his office, shall be punished according to the nature and degree of his offence, at the discretion of the said court, either by fine or removal from office.

**Proviso as to fines.** *Provided,* no fine shall exceed ten pounds for the first offence or fifty pounds for any subsequent offence, and every such fine shall be levied and collected by warrant under the hand and seal of the officer having instituted the court martial or in his absence by the commanding officer of the division, if such court martial was formed from the division or by the commanding officer of the brigade, if such court martial was formed from the brigade, directed to any one adjutant of the brigade or person acting as such to which such officer, on whom such fine is imposed may belong, in like manner, as the fines hereinafter mentioned, to be recovered of the non commissioned officers and privates for neglect or refusal of duty. That the proceedings and sentence of every court martial, by which any officer shall be removed from office, shall be in writing, signed by the president thereof, and shall by him be delivered to the commanding officer of the division or brigade, as the one or the other may have instituted the court martial, to be by him transmitted to the commander in chief of this State, who shall approve or disapprove of the same in orders, and that all other proceedings and sentences of courts martial, shall also be in writing signed by the president thereof, and by him be delivered to the commanding officer of the division or brigade, (as the case may be) who shall approve or disapprove of the same in orders;

**Proviso as to general officers.** *Provided,* That no sentence of a court martial on a general officer, shall go farther than removal from office. That all sentences of courts martial by which any officer shall be removed, and which shall be approved by the commander in chief of this State, shall by him from time to time be laid before the council of appointment, to the end, that the person administering the government of this State for the time being, by and with their advice and consent may appoint others instead of the officers so removed from office.

**EXHIBIT 10**
**0162**

*And be it further enacted,* That courts martial for the trial of general officers, shall be ordered by the commander in chief of this State, and shall consist of general and field officers taken from a roaster to be kept by the adjutant general for that purpose; that courts marshal for the trial of field officers shall be ordered by the commanding officer of the division, and shall consist of commanding officers of brigades, field officers, and if requisite of captains. That courts martial for the trial of officers below the rank of field officers, shall be ordered by the commanding officer of the brigade, and shall consist of field officers and others of inferior rank. That courts martial for the trial of non commissioned officers and privates, shall be ordered by the commanding officer of the regiment, and shall consist of officers not of the rank of field officers. That roasters shall be kept by the proper officers from which such courts martial shall be formed. That the sentence of every court martial shall be approved or disapproved by the officer having instituted the same, saving to the party tried, an appeal to the commander in chief to whom the sentence of every general court martial shall be reported without delay.

*Courts martial, how ordered.*

*And be it further enacted,* That every non commissioned officer, who shall neglect to warn the men to appear at any rendezvous mentioned in this act, when thereunto required by his captain or commanding officer without sufficient excuse, shall forfeit the sum of two pounds. That every non commissioned officer or private, who shall neglect to appear when warned, in pursuance of this act without sufficient excuse, shall for every day he neglects to appear at the regimental or battalion rendezvous, forfeit the sum of sixteen shillings; and for every day he neglects to appear at the company parade, forfeit the sum of eight shillings, and if he shall not be armed and equipped according to the directions of this act, when so appearing, without sufficient excuse, he shall for every deficiency, forfeit the sum of one shilling and appearing without a musket the sum of four shillings.

*Penalties for failure to appear when warned.*

*Provided always,* That none of the fines aforesaid, or any other other * arising from offences in a regiment or company thereof, any company of artillery or troop of horse, other than for disobedience of orders under arms, shall be levied on any delinquent, until he shall have been summoned to appear before a board of officers, to be instituted as herein after directed, that he may shew cause why such fine should not be levied, and all fines which such board shall determine as proper to be exacted, shall be levied by warrant from the president of such board, to one or more sergeants or corporals of the regiment or company, to which the offender belongs, whose duty it is hereby made to collect the same, by distress and sale of the goods and chattels of the offenders respectively. And in case any such defaulter shall live with his father or mother, or shall be then an apprentice or indented servant, the master or mistress, or father or mother, (as the case may be) shall be liable to pay the said fine, with costs, and in default of payment the said sergeant or corporal shall levy the same upon the goods and chattels of such father or mother, or master or mistress, and all fines arising from any offences within any brigade, shall when recovered be paid to such person, as the commanding officer of the brigade shall appoint for the purpose, and as much thereof shall be appropriated by the order of the said commanding officer, as he shall think proper for the purchase of such colours, drums and fifes, for the different corps in the brigade, as may be requisite, and the residue, if any there be, for the purpose

*Proviso as to collection of penalties.*

---

* So in original.

EXHIBIT 10
0163

of purchasing such arms, as are designated in the first section of the act herein before recited, to be deposited as the said commanding officer shall direct, to be delivered in case of invasion or insurrection, to such of the militia of the brigade, as may be destitude of arms, to be returned whenever thereupon required, by the commanding officer of the brigade, regiment or company, and in case any or either of the said sergeants or corporals to whom such warrants shall be directed as aforesaid, shall neglect his duty in the premises, he shall for every such neglect, forfeit the sum of twenty four shillings, to be levied and collected in manner aforesaid, by a like warrant, which monies, when collected, shall be paid and apropriated in manner aforesaid, and that it shall be the duty of the person receiving such fines, once in every year to render an account to the brigadier or officer commanding the brigade, of all his receipts and expenditures in pursuance of this act.

**Boards to levy fines on delinquents.** *And be it further enacted,* That the commanding officer of a brigade shall institute, as many boards of officers, each to consist of not less than three, nor more than five, as there are rigiments in his brigade, who shall, from time to time, convene at such place, and at such times as the commanding officer of the brigade shall direct. To the president of each of which boards, all returns of delinquents from the corps designated in the brigade orders shall be made, which president shall direct the delinquents on a day, and at a place certain, to be summoned to appear before the said board, and to shew cause why the fines incurred by them should not be levied, and it shall be in the discretion of such board, to cause the fines to be levied in manner aforesaid, either in the whole or mitigated in their discretion or remitted, and for such as the board shall direct to be levied, warrants shall issue in manner herein before directed.

**Commander-in-chief may order out militia in case of invasion, etc.** *And be it further enacted,* That the commander in chief of this State for the time being, may in case of invasion or other emergency, when he shall judge it necessary, order out any proportion of the militia of this State, to march to any part thereof, and continue as long as he may think necessary, and likewise may, in consequence of an application from the executive of any of the United States, on an invasion or insurrection, or an apprehension of an invasion of such State at his discretion, order any number of the militia not exceeding one third part thereof to such State.

*Provided,* That they be not compelled to continue on duty out of this State, more than forty days at any one time; that while in actual service in consequence of being so called out, they shall receive the same pay and rations, and be subject to the same rules and regulations, as the troops of the United States of America.

**Exemptions from militia duty.** *And be it further enacted,* That in addition to persons exempted from militia duty by the law of the United States herein before recited, there shall be and hereby are exempted by this act from such duty as aforesaid, the following persons vizt. the lieutenant governor of this State, members of both houses of the legislature of this State, and their respective officers, the chancellor, the chief justice, and other justices of the supreme court, judge of the court of probates and all other judicial officers of this State, secretary, treasurer, attorney general and auditor for this State, surveyor general, register and clerks of courts sheriffs, coroners, constables and gaolars, two ferry men employed to each boat, the surrogates in the several counties, all ministers and preachers of the gospel, physicians and surgeons, except in their several professions and callings, the professors, teachers and students in all colleges and academies within this State, all schoolmasters engaged for

**EXHIBIT 10**
**0164**

at least three months, all post riders, the actual attendant of every grist mill, and all firemen belonging to companies now established, or which hereafter may be established by law within this State, and also all persons actually employed as overseers, manufacturers and labourers at any furnace, forge, or bloomery for making iron, all such persons so employed at any furnace for making iron castings; all such persons so employed at any glass house, for making glass, during the time they are so actually employed notwithstanding their being above eighteen and under forty five years of age.

*And be it further enacted,* That all persons being of the people called Quakers, who would otherwise be subject to military duty, by virtue of this act, and who shall refuse personal military service, shall be exempted therefrom, on paying annually the sum of twenty four shillings each, for such exemption, such sum to be assessed on each of them respectively, by the assessors, and collected by the collectors of the districts wherein they respectively reside, with the contingent charges of the county, and paid to the county treasurer, who shall pay the same into the treasury of this State, to be applied towards the support of the government; and it is hereby made the duty of every captain of infantry, within three months, after he shall have received his commission, and yearly and every year thereafter on the first Tuesday in May in every year, to make a list of the names of all and every person and persons within his beat, who being of the people called Quakers, shall neglect or refuse personally to perform military service, and deliver such list in the city of New York to the clerk of the said city, and in each of the other counties of this State, to the supervisors of the town, where such person or persons so neglecting or refusing to perform military service shall respectively reside; and the clerk of the said city of New York shall forthwith after receiving such lists, deliver the same to the mayor, aldermen and commonalty of the said city, in common council convened; and the mayor, recorder and aldermen of the city of New York, or any three of them, in the said city, and the supervisors or a major part of them, of each of the other counties of the State respectively, shall at their first meeting, after the delivery of such lists, cause tax lists to be made out, according to such lists so delivered, with warrants thereon, under their hands and seals, directed to the collector of the ward or town in which such persons named in such lists, respectively reside, for levying the sum of twenty four shillings of the goods and chattels of each of the persons named in the same lists, and the said collectors are hereby respectively authorized and required, to demand and receive of each of the persons named in such tax list; the said sum of twenty four shillings, and in default of payment, such collector shall levy the said sum of twenty four shillings, by distress and sale of the goods and chattels of the person so neglecting or refusing to pay the same, and in case any person named in such tax list, shall be under age and live with his father or mother, shall be then an apprentice or servant, the master or mistress, or father or mother, as the case may be, shall be liable to pay the said sum of twenty four shillings, for such person so under age; and in default of payment, the collector shall levy the same by distress, and the sale of the goods and chattels of such father or mother, master or mistress, and the said respective collectors, shall respectively pay the said monies, to the city or county treasurer, deducting their fees for collecting, on or before the first Monday in January in every year; and the county treasurers shall respectively pay the same to the treasurer of this State, deducting his fees for receiving the same, on or before the first Monday in March in every year. And

**EXHIBIT 10**
**0165**

the collectors and county treasurers, shall have the like fees for collecting and receiving the said monies, as they are respectively entitled to, for collecting and receiving the monies, raised for defraying the necessary and contingent charges of the said city or counties.

*And whereas,* from the dispersed situation of the inhabitants residing within the counties of Otsego, Tioga, Herkemer, Ontario and Clinton they would be subject to great expence and difficulty, if they were obliged to attend regimental parades. Therefore,

**Militia of certain counties, rendezvous of.**
*Be it further enacted,* That it shall and may be lawful for the militia of the said counties of Otsego, Tioga, Herkemer, Ontario and Clinton to rendezvous by regiments or battalions, as the major general or commanding officer of the division may direct.

**Ordering out of militia by commanding officers**
*And be it further enacted,* That it shall and may be lawful to and for any major general of a division or commanding officer of a brigade, or commanding officer of a regiment, when and as often as, any invasion may happen, to order out the militia or any part thereof, under their respective commands for the defence of this State, giving notice of such invasion and every circumstance attending the same, as early as possible to their immediate commanding officer, by whom such information shall be transmitted with the utmost expedition to the commander in chief of this State. And that in cases of insurrections, the commanding officer of the regiment within the limits of which any such insurrection may happen, shall immediately assemble his regiment under arms, and having transmitted information thereof, to the commanding officer of the brigade, and to the commander in chief of this State, shall proceed to take such measures to suppress such insurrection, as to any three of the judges or justices of the county, in which such insurrection shall happen, shall appear most proper and effectual. And if any person be wounded or disabled while in actual service of this State, in opposing any invasion or insurrection or in suppressing the same, he shall be taken care of and provided for at the expence of this State.

*Provided always,* that if such judges or justices, shall deem a greater number of militia requisite to quell such insurrection, they shall and are hereby required to apply for the same, to the commanding officer of the division or any brigade thereof, who are hereby severally required to obey such requisition.

**Penalties for certain neglects; collection of.**
*And be it further enacted,* That every non commissioned officer and private, who shall neglect or refuse to obey the orders of his superior officer while under arms, shall forfeit twenty shillings for every such offence, and if any such non commissioned officer or private. enrolled to serve in either of the companies mentioned in this act, shall refuse or neglect to perform such military duty or exercise, as he shall be required to perform, or shall depart from his colours or guard, without the permission of his superior officer as aforesaid, he shall forfeit the sum of twenty shillings, and for the non payment thereof the offender shall be committed to gaol, by warrant from the captain or commanding officer to the troop or company then present, to which such offender doth belong, there to be confined until the fines as aforesaid, together with the gaolers fees are paid; and the respective sheriffs of the respective cities and counties of the State, are hereby empowered and required to receive the body or bodies of any offender or offenders, as shall be brought to them by virtue of a warrant or warrants under the hand and seal of any officer by virtue of this act, and him or them to keep in safe custody, until such fines as are mentioned in such warrant, together. with the gaolers fees as aforesaid, shall be paid or until the said offender or offenders shall be discharged by due course of law; and the sheriffs

**EXHIBIT 10**
**0166**

and gaolers respectively shall be allowed the same fees as are allowed in other cases.

*Provided*, that in case of a military guard, where a captain doth not command in person a warrant granted by an inferior officer, who shall have the command of such guard, shall be of the same authority against all offenders, as if such warrant had been issued by such captain.

*And be it further enacted*, That from and after the first day of January next, the military uniforms of this State shall be as follows, that is to say, general officers; dark blue coats, with buff facings, linings, collars and cuffs and yellow buttons, with buff under cloaths. Regimental and staff officers; dark blue coats, with white linings, scarlet facings, collars and cuffs, and yellow buttons with white under cloaths. Non commissioned officers and privates of the granadier and light infantry companies; dark blue coats, with white linings, scarlet facings, collars and cuffs, yellow buttons and white under cloaths. *Uniforms, of what to consist.*

*And be it further enacted*, That it shall and may be lawful, to and for the major general or commanding officer of any division respectively, in the counties of Montgomery, Otsego, Tioga, Herkemer, Ontario and Clinton, if he shall deem it expedient, to direct the light infantry and riflemen of such division, to uniform themselves in rifle frocks and over alls. *Id., in certain counties.*

*And be it further enacted*, That every commissioned officer, who shall from time to time be appointed, shall report his acceptance of the office within ten days after having received notice thereof, to such officer or officers, as the commander in chief shall from time to time direct. *Acceptance of commissions.*

*And be it further enacted*, That all persons who have heretofore been commissioned officers in the line of the army of the United States, and all officers who have served in the militia or levies of this State, or in the militia or levies of any of the United States, or in the militia or levies of the late colony of New York, shall be, and hereby are exempted from serving in the militia of this State, any thing in this act to the contrary notwithstanding. *Certain former officers, exemptions of.*

*Provided nevertheless*, That if any such officer shall be commissioned in the militia, to a rank equal to that which he held in the said army, militia or levies, and shall refuse to accept such commission, such officer so refusing, without giving satisfactory reasons to the council of appointment for such refusal, shall be liable to serve in the militia.

*And provided also*, that this exception shall not extend to any such persons being officers, who have gone over to, and joined the enemy in the late war.

*Provided also*, that no commissioned officer shall resign his commission without first making application to the major general or commanding officer of the division to which he belongs, and stating his reasons in writing for the same, which resignation and reasons shall be transmitted by the said commanding officer, to the commander in chief of the militia of this State, together with his opinion thereon, and in case any officer sends in his resignation to the commander in chief, and the same be accepted by the council of appointment, without having pursued the mode herein prescribed, such officer shall be liable to do duty in the militia as a private. *Proviso as to resignations.*

*And be it further enacted*, That the officers of the militia under the existing militia laws of this State, shall be, and hereby are continued in their respective offices under this act, until the person administering the government of this State for the time being, and council of appointment shall otherwise determine. *Present officers continued.*

EXHIBIT 10
0167

Acts
repealed.

*And be it further enacted,* That from and after the seventh day of October next, the act entitled "An act to regulate the militia" passed the fourth day of April one thousand seven hundred and eighty six, and the act entitled "An act to amend an act entitled "An act to regulate the militia" passed the eighteenth day of April one thousand seven hundred and eighty seven, and the thirty first section of an act entitled "An act directing the settlement of public accounts, and for other purposes therein mentioned" passed the twenty second day of March one thousand seven hundred and eighty eight, be and hereby are repealed.

# CHAP. 46.

AN ACT concerning the settlement of lands, and for prolonging the time for payment of quit rents.

PASSED the 9th of March, 1793.

Inquisitions to determine what patented lands are forfeited to the State by non-compliance of conditions of settlement.

*Be it enacted by the People of the State of New York, represented in Senate and Assembly, and it is hereby enacted by the authority of the same,* That the secretary of this State for the time being, shall, and he is hereby enjoined, as soon as conveniently may be, after the first day of January one thousand eight hundred and one, to make out an abstract of all lands granted by letters patent under the great seal of this State, which contains a condition of actual settlement specifying the time limited, in and by such letters patent for such actual settlement, and shall deliver such abstract to the surveyor general for the time being, who shall, and he is hereby enjoined without delay, after the day above mentioned, to make enquiry, and if he shall find that any such lands granted on the condition aforesaid, shall not then be so actually settled, he shall give notice thereof to the attorney general of this State for the time being, who shall without delay cause a writ to be issued out of the court of chancery and directed to the sheriff of the county in which the same land shall be situated, in the form following, The people of the State of New York, to the sheriff of _____ greeting; whereas by our letters patent under our great seal bearing date (reciting the same letters patent) and because we are informed that such settlement (or settlements as the case may be) as the law requires hath not (or have not, as the case may be) been made thereon by reason whereof the same lands ought to revert to us; therefore we command you, that by the oath of twelve, good and lawful men of your bailiwic, you diligently enquire whether such settlement (or settlements as the case may be) hath (or have as the case may be) been made on the said lands or on any and what part thereof as the law requires, and the inquisition which you shall take thereof, do you send under your seal and the seals of those by whose oath you take the same inquisition before us in our court of chancery without delay, wheresoever the said court shall then be, together with this writ; and the sheriff shall upon receiving such writ, affix a copy thereof upon the front door of the court house or place where the courts of common pleas and sessions of the peace in his county were then last held, with a notice of the time when, and place where, the same writ is to be executed, which time shall not be less than sixty days from the time of fixing the same notice in the manner aforesaid, and upon the return of the same writ any person aggrieved by the inquisition thereupon taken may traverse the same; and when any issue shall be joined thereupon, the record thereof shall be sent into the supreme court of judicature of this State, there to be tried and determined

**EXHIBIT 10**

**0168**

# EXHIBIT "11"

**EXHIBIT 11**
**0169**

DOCUMENTING
the American South    Colonial and State Records of North Carolina

Collections >> Colonial and State Records (CSR) >> Documents >> Volume 24 >> Document

# Acts of the North Carolina General Assembly, 1786 - 1787
## North Carolina. General Assembly
## 1786
## Volume 24, Pages 783-884

-------------------- page 783 --------------------

LAWS OF NORTH CAROLINA, 1786.

At a General Assembly, begun and held at Fayetteville on the eighteenth day of November, in the year of our Lord One Thousand Seven Hundred and Eighty-Six, and in the Eleventh Year of the Independence of the said State, being the first session of the said Assembly. *Richard Caswell, Esq.,* Governor.

CHAPTER I.
An Act for Raising Troops for the Protection of the Inhabitants of Davidson County.

Whereas the frequent acts of hostility committed by the Indians on the inhabitants of Davidson county for a considerable time past, renders it necessary that some measures should be taken for their protection:

I. Be it therefore Enacted by the General Assembly of the State of North Carolina, and it is hereby Enacted by the authority of the same, That two hundred and one men shall be enlisted and formed into a military body, for the protection of the inhabitants of Davidson county, in such manner and form, and under such regulations and rules as are herein after mentioned; whose time of service shall continue for two years, commencing from the day of their first general rendezvous at the lower end of Clinch mountain, unless sooner disbanded by the General Assembly.

II. And be it further Enacted, That the said troops, when raised and embodied, shall be formed into three companies, each company consisting of sixty-seven men, and officered by one captain, one lieutenant, one ensign and four serjeants; the whole to be under the immediate command of one major: The major, captains, lieutenants and ensigns to be elected by joint ballot of both Houses of the General Assembly, and commissioned by his Excellency the Governor for the time being: The serjeants to be chosen and appointed by the commissioned officers, or a majority of them, being assembled for that purpose by the commanding officer.

III. And be it further Enacted, That each captain, lieutenant and ensign to be commissioned by virtue of this Act, shall upon the receipt of his commission, without delay, repair to such place as shall be directed by his commanding officer for the purpose of enlisting troops, and use his utmost diligence in so doing; and shall from time to time, and as often as possible, give information to his said commanding officer of the progress he shall have made in that business; and the said commanding officer, as soon as he shall discover that a sufficient number of troops have been raised, shall give intelligence thereof to his Excellency the Governor for the time being, who with the advice of the council of State, shall give orders for the marching the said troops from time to time, into the Cumberland settlements; and the present field officers of Davidson county are hereby authorised and required to give directions for the disposition of the said troops, into such proportions and at such places, as may be deemed most likely to intimidate the Indians, and prevent their incursions into the Cumberland settlements: But nevertheless the commanding officer of the said troops in cases of emergency, or when the situation of affairs or alteration of circumstances shall make it immediately necessary, may take such other measures, and make such other dispositions of the said troops, although not directed thereto

-------------------- page 784 --------------------

as aforesaid, as may be deemed most conducive to the safety of the inhabitants aforesaid.

IV. And be it further Enacted, That the said troops, when raised and entered upon service, shall be trained and disciplined according to such modes as the commanding officer shall judge most proper, to enable them to oppose the Indians in their manner of fighting with success; but shall be subject to the same rules with respect to their government, as were established in the time of the late war by the Congress of the United States, for the government of the continental army.

V. And be it further Enacted, That every able bodied man who shall be enlisted into the said service, and shall furnish himself with one good rifled or smooth bored gun fit for service, one good picker, shot-bag and powder horn, twelve good flints, one pound of good powder, and two pounds of good leaden bullets or buck-shot, suitable to his gun, shall be entitled to receive from this State on the first day of October, in each year of his service, one blanket, two pair of shoes, two shirts, two leather stocks, one good hunting shirt, one good woollen or fur hat of a middle size, one pair of buckskin breeches, and one waistcoat lined, to be provided and furnished by a clothier to be appointed by his Excellency the Governor for the time being; who shall be furnished in convenient time by the commanding officer of the said troops, with a certificate sworn to before some three or more justices of some county within this State, with the amount of the number of troops under his command, entitled to draw clothes according to this Act; which the said clothier shall present to the Governor for the time being, together with the whole amount of such provision for the troops, and thereupon his Excellency shall grant him a warrant on the treasury for a sum sufficient to purchase the said articles at a moderate rate, and to defray the expence of making them into suits, and removing them to the troops: And the said clothier shall purchase the said articles and cause them to be made up into suits, and delivered to the troops at the times aforesaid, taking a receipt from each soldier, attested by the captain of the company to which he may belong; for all which services, the said clothier shall be allowed by the General Assembly, on the settlement of his accounts, a sum not less than the amount of the yearly pay hereby appointed for a captain in the said troops.

VI. And be it further Enacted by the authority aforesaid, That the justices of the peace for the county of Davidson, or the major part of them, for that purpose assembled, shall be, and they are hereby authorised and required from time to time, so long as the said troops shall continue in service, to impose a tax on the inhabitants of Davidson, leviable in corn, pork, beef or other species of provision for the support of the said troops, to be collected at such times and places, by such ways and means, under such regulations, by such persons, and in such proportions as the said justices, or the major part of them, shall appoint and direct: And also, the said justices, or the major part of them, shall be empowered to appropriate the public money tax, leviable on the inhabitants aforesaid, (if need should be) to the purpose of defraying the expence of removing the provisions from the place or places of collection to the several stations of the troops; and the said justices, or the major part of them, shall appoint an officer to superintend the collection and removal of the provisions to the troops, who shall be entirely subject to the directions of the commanding officer, with respect to the place, time and quantity of provisions to be delivered, but to be accountable for his receipts, and to be paid by the said justices, or the majority of them, out of the money tax aforesaid, and to be removable by

-------------------- page 785 --------------------

them at pleasure. And the collector or collectors of the several species of provisions before mentioned, shall give receipts to the several persons of whom they shall receive any of the before mentioned provisions, which receipts shall be received by the collectors of the public taxes, at such rates as shall be settled by the justices of the said county of Davidson or a majority of them, and they shall be proper vouchers for the said collector in the settlement of his accounts with the county treasurer, and also for the said county treasurer in the settlement of his accounts with the public treasurer, any law to the contrary notwithstanding.

VII. And be it further Enacted, That the officers of the said troops shall be allowed the same cloathing herein before allowed to the soldiery, to be furnished by the cloathier of the troops, for which he shall be entitled to a warrant on the treasury.

VIII. And be it further Enacted, That the officers and privates of the said troops shall be allowed the same pay and rations (spiritous liquors excepted) as are allowed to the militia officers and privates (regard being had to the ranks of officers) when in the actual service of this State: The payments to be made on the last day of each year's service, or within sixty days after their being disbanded.

IX. And be it further Enacted, That the same person who shall be appointed cloathier to the said troops, shall also act as paymaster to them, and shall at a convenient distance before each day of payment exhibit to his Excellency the Governor, a list signed by the commanding officer, countersigned by the captain or commanding officer of each company, and sworn to before some justice of the peace, specifying the number of troops then in service entitled to draw pay, and the day from which each man's pay commenced, and all such as shall have died in the service, with the amount of the sums due at their death, and the total sum due the troops. And the said paymaster shall thereupon obtain a draft on the treasury for such total sum, and shall proceed to the distribution thereof, taking a receipt from each man of the sum paid, attested by the captain of the company.

X. And be it further Enacted, That the captain or commanding officer of each company shall monthly make out a pay-roll of his company, which he shall swear to and sign, and the same be countersigned by the commanding officer of the troops, which shall be transmitted to the treasurer of this State in order to make settlement with the paymaster of the said troops.

XI. And be it further Enacted, That the said cloathier and paymaster, before entering on the exercise of his office, shall give bond with sufficient security, in such sum as his Excellency the Governor for the time being shall judge sufficient, for the due application of all monies to be received by him according to the directions of this Act, and for the faithful accounting for the same before each General Assembly that shall happen in this State during the continuance of the said troops in service, and also before the General Assembly that shall happen next after the determination of the said service, unless his accounts should be then fully settled and balanced.

XII. And be it further Enacted, That the person to be appointed cloathier and paymaster by virtue of this Act, shall provide and furnish the said troops from time to time with such quantities of lead and gun-powder, as shall be required by the commanding officer of the troops; and to that end shall be enabled to draw on the sheriff of Davidson county for all such sums of money belonging to the public that shall happen to be in his hands, as shall be necessary for that purpose.

-------------------- page 786 --------------------

XIII. And be it further Enacted, That every private to be raised by virtue of this Act, shall be allowed four hundred acres of land to be laid off and allotted in some part of this State west of the Cumberland mountain, in full satisfaction of the half of the first year's pay that shall be due; and in the same proportion for the time that he shall serve over and above one year, in full satisfaction of one half of the pay that shall be due him for such further service. And also the commanding officer of the troops shall be allowed two thousand acres of land, to be allotted as aforesaid, in full satisfaction of half the pay that shall be due him for the first year's service, and in the same proportion for any service over and above the term of one year that he shall perform; and the other officers belonging to the said troops, in like manner shall receive satisfaction for the one half of the pay that shall be due them, in lands in proportion to the quantum of pay that each officer shall be entitled to for the first half year's pay, whenever a proper board shall be appointed for the adjustment of their accounts.

XIV. And be it further Enacted, That if any twenty-five of the said troops shall furnish themselves, each man with a good horse fit for service, four feet eight inches high at the least, and not exceeding nine years of age, with a good saddle and bridle, and one good rifled or smooth bored gun, they shall be formed into a company of cavalry, to be commanded by such officers as a majority of the commissioned officers belonging to the said troops assembled for that purpose shall direct and appoint, and be allowed the same pay and rations (spiritous liquors excepted) as other militia light-horse when in actual service.

XV. And be it further Enacted, That the said troops, when assembled at the lower end of Clinch mountain as aforesaid, shall cut and clear a road from thence the nearest, most direct and convenient way to the town of Nashville on Cumberland river, making the same ten feet wide at the least, and fit for the passage of waggons and carts.

XVI. And be it further Enacted, That his Excellency the Governor shall appoint a commissary or contractor, whose duty it shall be to furnish the troops with the necessary rations on their march to the Cumberland settlement, and with fifteen axes for each company, and grant him a warrant on the treasury for such a sum of money as will enable him to comply with the same; who before he enters on the execution of his appointment shall enter into bond with sufficient security to the Governor for the time being, for the faithful accounting for all such money as he may have received.

**EXHIBIT 11**
**0170**

IV. And be it further Enacted, That all offences committed or done against the purview of the aforesaid recited Act, shall hereafter be prosecuted by indictment in any court having cognizance thereof; and all forfeitures shall be recovered by action of debt, bill, plaint or information; one half to the use of the prosecutor, the other half to the use of the State, unless the same have been otherwise provided for by the said Act.

V. And be it further Enacted by the authority aforesaid, That when any person appointed as an overseer of the roads in any county in this State, he shall be deemed and held liable for any neglect in working on the roads, until he shall have made return to the court of his county, and shall make it appear to their satisfaction he has done the duties of an overseer by law directed. (Passed Jan. 6, 1787.)

## CHAPTER XIX.

An Act to Empower the Several County Courts Therein Mentioned to Lay a Tax Annually, Not Exceeding Three Years, for the Purpose of Erecting or Repairing the Court House, Prison and Stocks in Each County When Necessary, and for Defraying the Contingent Charges of the County.

Whereas the taxes heretofore levied in the counties of Sampson, Richmond, Johnston, Randolph, Hyde, Anson, Wayne, Martin Cambden, Guilford, Cumberland, Moore, Bladen, Davidson, Surry, Sullivan and Greene for the purposes above mentioned, have been found insufficient for the same: For remedy whereof,

I. Be it Enacted by the General Assembly of the State of North Carolina, and it is hereby Enacted by the authority of the same, That the courts of the several counties herein before named, shall, and they are hereby authorised and empowered from and after the passing of this Act, to lay a tax annually,

-------------------- page 811 --------------------

not exceeding the sum of three shillings current money on every poll, and one shilling on every hundred acres of land, and on each pound pounds value of town lots with their improvements in their counties respectively, for the purpose of erecting, finishing or repairing such court house, prison or stocks, in any of the counties aforesaid, when the same may be found by the said court to be absolutely necessary, and for the purpose of defraying the contingent charges; which said tax shall be collected and accounted for in the same manner, at the same time, and by the same persons who are appointed to collect the public tax in each county, and the same so collected, shall be paid into the hands of such person or persons for the purposes aforesaid, as the several county courts shall from time to time direct; which person or persons so nominated and appointed, shall be accountable to the courts of their respective counties for all such monies as they may receive in virtue of this Act.

II. And be it further Enacted by the authority aforesaid, That all and every Act and Acts, so far as they come within the purview or meaning of this Act, be, and they are hereby repealed and made void.

## CHAPTER XX.

An Act to Prevent the Obtaining of Grants for Lands Lying in the Western Parts of This State to the Prejudice of the First Enterers, and Entered in the Office Lately Established for Receiving Entries of Claims of Such Lands, by an Act, Entitled, "An Act for Opening the Land Office for the Redemption of Specie and Other Certificates, and Discharging the Arrears Due to the Army."

Whereas it is the intent and meaning of the said Act and of the Act, hereby revived and put in force, that the first enterers of the vacant and unappropriated lands, if specially located, therein described, shall have preference to all others in surveying and obtaining grants for the same, when such entries have been made: And whereas divers persons have repaired to the lands lying out of the inhabited part of this State, and have caused the same to be surveyed in virtue of entries made subsequent to the entries for the same lands and plats of such surveys to be returned to the secretary's office, have or are about to obtain grants for the same, to the prejudice of the first enterers: For remedy whereof,

I. Be it Enacted by the General Assembly of the State of North Carolina, and it is hereby Enacted by the authority of the same, That every first enterer of any tract of land specially located, lying in the western parts of this State, out of the inhabited parts thereof, shall be allowed the term of two years from the last day of the present session of Assembly to cause the same to be surveyed and to obtain grants thereon; and that all grants and surveys of land lying in the parts aforesaid heretofore or hereafter to be made or obtained within the said two years by any person upon lands previously or first entered by any other person, shall be, and the same are hereby declared to be void and utterly of no effect. And whereas it hath been found impracticable for the surveyors in the different districts and counties west of the Apalachian mountain, to make their surveys within the time limited by law:

II. Be it Enacted, and it is Enacted by the authority of the same, That a further time of two years from and after the expiration of the limitation by law now existing be allowed, in order that the surveyors may complete the surveys as by warrant to them directed.

III. And be it further Enacted, That it shall not be lawful for the secretary

-------------------- page 812 --------------------

of State, and lie is hereby directed, not to issue any grants for lands lying west of the Cumberland mountain until the end of the next session of Assembly, grants allowed for military services, pre-emption and guard rights excepted,

IV. And be it further Enacted by the authority aforesaid, That the farther time of twelve months shall be allowed to the officers and soldiers of the late continental line of this State, to locate and survey the lands allowed them by law.

V. And be it further Enacted by the authority aforesaid, That the further time of two years shall be given for the registering military grants in this State.

VI. And be it further Enacted, That all deeds, grants and mesne conveyances not issued from the late Lord Granville's office, shall be allowed a further time of two years for probate and registration; all which deeds, grants and mesne conveyances not issued from the Lord Granville's office, although the time in which they ought to have been proved and registered may have elapsed, shall be as valid when proved and registered in pursuance hereof, as if the same had been done in due time according to any former law.

VII. And be it further Enacted, That all surveys already made for removed warrants for lands actually entered in the land office at Hillsborough, and removed on account of the lands entered being previously entered as the tax directs, shall be good in law, provided such lands were at the time of such survey vacant, and that such survey on removed warrants shall not effect or injure the right of any lands entered and specially located in the office aforesaid, previous to such survey.

## CHAPTER XXI.

An Act to Amend an Act, Entitled, "An Act for Emitting One Hundred Thousand Pounds Paper Currency for the Purposes Therein Mentioned," for Appropriating the Tobacco Lately Purchased by Virtue of Said Act Towards Discharging the Interest of the Foreign Debt Due by the United States, and for Making Provision for the Future Discharge of the Principal and Interest of the Said Debt.

Whereas the provision made by the Act, entitled, "An Act for emitting one hundred thousand pounds paper currency for the purposes therein mentioned," was intended to discharge the proportion of this State of the interest of the foreign debt due by the United States, but the said Act is expressed in terms altogether uncertain and insufficient to answer the purpose thereby intended: For remedy whereof,

I. Be it Enacted by the General Assembly of the State of North Carolina, and it is hereby Enacted by the authority of the same, That the delegates from this State in Congress, be and they are hereby authorised to sell and dispose of the said tobacco purchased by the State under the said Act, for the highest price that can be had for the same, and the proceeds of such sale shall be subject to the orders of the board of treasury of the United States, and shall be carried to the credit of this State in account with the United States, in discharge of so much of the interest of the foreign debt due by the United States for which this State is or may be liable; and on such sale being made as aforesaid, they shall without delay advise the Governor thereof, who shall be and is hereby directed and authorised to give the necessary orders to the several commissioners to have the said tobacco respectively then purchased, carefully reviewed and put in good order and readiness

-------------------- page 813 --------------------

to be delivered, at the usual place of lading at or near Edenton, Washington or Wilmington, to such person or persons to whom the same may have been sold as aforesaid.

II. And be it further Enacted, That proper persons shall be chosen by joint ballot of both Houses of the General Assembly, for the purpose of purchasing tobacco deliverable at the towns of Halifax, Tarborough and Fayetteville, to whom the treasurer shall pay the monies arising from the revenues and sources of revenues appropriated to the discharge of this State's estimated quota of the interest and principal of the foreign loans, by an Act, entitled, "An Act for the support of government, and for appropriating the revenues of the State;" whereof the monies arising and collected from such revenues in the district of Edenton, Halifax and New Bern, shall be paid as aforesaid to the commissioners of Halifax and Tarborough, that is to say, the one half to each commissioner; and the monies arising from such revenues in the remaining districts in the State, shall be paid to the commissioner purchasing at Fayetteville for the purposes aforesaid; and the commissioners so appointed shall be entitled to the same commissions for such service, take the same oath and give the same security for the faithful performance of the trust reposed in them, which was required of the commissioners appointed for similar purposes under an Act passed at New Bern in 1785, entitled, "An Act for emitting one hundred thousand pounds paper currency for the purposes therein expressed."

III. And be it further Enacted, That the said commissioners shall not on any pretence give more than the current cash price of the day for each hundred weight of merchantable tobacco, which tobacco shall be disposed of for the purposes aforesaid, as the next General Assembly shall direct, and the said commissioners shall settle their accounts with the comptroller of this State on or before the first day of March, 1788. (Passed Jan. 6, 1787.)

## CHAPTER XXII.

==An Act for Establishing a Militia in this State.==

Whereas in all republican governments a well regulated militia is highly necessary for the defence and safety thereof:

I. Be it therefore Enacted by the General Assembly of the State of North Carolina, and it is hereby Enacted by the authority of the same, ==That all freemen and indented servants within this State, from eighteen to fifty years of age, shall compose the militia thereof;== judges of the superior court of law, delegates, secretary, councillor of State, treasurer, attorney general, ministers of the gospel of every denomination having the cure of souls, ferrymen, branch pilots, inspectors of public warehouses, justices of the peace, and continental officers who have served with reputation three years or to the end of the war, unless sooner deranged by a reform of the army, excepted. Provided, That nothing herein contained shall be construed so as to exempt any person from performing duty in case of insurrection or invasion in this State: organized in the following manner, to wit: The militia of each district shall compose a brigade, the infantry of each county shall form a regiment consisting of one or more battalions, with eight regiments of cavalry and two battalions of artillery, formed as hereinafter directed. Provided, That no person shall be enrolled in any troop of horse until approved of by the field officers of the regiment of his county, but shall until then do his duty in the infantry.

II. And be it further Enacted by the authority aforesaid, That each and

-------------------- page 814 --------------------

every company of infantry shall consist of one captain, one lieutenant, one ensign, three serjeants, three corporals, one drummer, one fifer and not less than fifty privates; all of whom shall reside in the district: And one troop of horse shall be formed in each county, consisting of one captain, one lieutenant, one cornet, three serjeants, three corporals, one trumpeter and thirty-two privates, and the cavalry in each district shall compose one regiment: And there shall also be one company of artillery in each borough town in this State, consisting of one captain-lieutenant, and one lieutenant, three serjeants, three corporals, two drummers, two fifers and fifty-two privates, which shall be formed into two battalions, composing one regiment.

III. And be it further Enacted by the authority aforesaid, That each brigade shall be commanded by a brigadier-general, each regiment of infantry by a lieutenant-colonel Commandant, a lieutenant-colonel and two majors, except where there may be two or more battalions in one county, then in that case by a lieutenant-colonel commandant of the regiment, and one lieutenant-colonel and one major to each battalion; and each regiment of cavalry by one lieutenant-colonel commandant and two majors; and the regiment of artillery by a lieutenant-colonel commandant and two majors, to which shall be chosen by a joint ballot of both houses of the General Assembly in all cases of vacancy: And the brigadier-general of each district is hereby authorised to appoint the brigade-major, aid-de-camp and inspector to the brigade; the adjutant, the surgeon, and the drum and fife-major shall be appointed by the commanding officer of each regiment; and the serjeants, serjeant-majors, quarter-master-serjeants, drummers, fifers and trumpeters shall depend on the appointment of the captain

EXHIBIT 11
0171

# EXHIBIT "12"

EXHIBIT 12
0172

**The statutes at large of Pennsylvania from 1682-1801. ... Compiled under the authority of the act of May 19, 1887 by James T. Mitchell and Henry Flanders, commissioners. ...**

Pennsylvania.

Harrisburg, Pa., State Printer, 1896 - 1909

http://hdl.handle.net/2027/mdp.39015050623514



# HathiTrust

## www.hathitrust.org

**Public Domain**

http://www.hathitrust.org/access_use#pd

We have determined this work to be in the public domain, meaning that it is not subject to copyright. Users are free to copy, use, and redistribute the work in part or in whole. It is possible that current copyright holders, heirs or the estate of the authors of individual portions of the work, such as illustrations or photographs, assert copyrights over these portions. Depending on the nature of subsequent use that is made, additional rights may need to be obtained independently of anything we can address.

**EXHIBIT 12**
**0173**



**EXHIBIT 12**
0174



LIBRARY OF THE
UNIVERSITY OF MICHIGAN

THE GIFT OF
Pa. State Lib.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

EXHIBIT 12
0175

# THE

# 𝖘𝖙𝖆𝖙𝖚𝖙𝖊𝖘 𝖆𝖙 𝕷𝖆𝖗𝖌𝖊

OF

# PENNSYLVANIA

FROM

## 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19, 1887, BY
JAMES T. MITCHELL AND HENRY FLANDERS
COMMISSIONERS

## VOLUME XIV
### 1791–1793

HARRISBURG, PA.:
HARRISBURG PUBLISHING CO., STATE PRINTER.
1909.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

EXHIBIT 12
0176

of their capital expended in the prosecution of the said work, and of the income and profits arising from the said toll, for and during the said respective periods, together with an exact account of the costs and charges of keeping the said bridge in repair, and all other contingent costs and charges, to the end that the clear annual income and profits thereof may be ascertained and known, and if at the end of two years after the said bridge shall be completed, it shall appear from the average profits of the said two years, that the said clear income and profits thereof will not bear a dividend of six per centum per annum on the whole capital stock of the said company so expended, then it shall and may be lawful for the president, managers and company to increase the tolls hereinabove allowed, so much upon each and every allowance thereof as will raise the dividends to six per centum per annum, and at the end of every ten years after the said bridge shall be completed, they shall render to the general assembly a like abstract of their accounts for three preceding years, and if at the end of any such decennial period, it shall appear from such abstract that the clear profits and income of the said company will bear a dividend of more than twenty-five per centum per annum, then the said tolls shall be so reduced, as will reduce the said dividend to twenty-five per centum per annum.

Passed April 11, 1793. Recorded L. B. —, p. —. (not given.)

---

## CHAPTER MDCXCVI.

AN ACT FOR THE REGULATION OF THE MILITIA OF THE COMMONWEALTH OF PENNSYLVANIA.

Whereas a well regulated militia is the only safe and constitutional method of defending a free state, and whereas, the

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0177**

several laws enacted by the legislature of this commonwealth for the regulation of the militia thereof, have been found to require material alterations, in order to which it has been thought more advisable to revise the whole system, than to amend it by supplementary statutes: Therefore:

[Section I.]  (Section I, P. L.)  Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania, in General Assembly met, and it is hereby enacted by the authority of the same, That each and every free, able-bodied, white, male citizen of this or any other of the United States, residing in this commonwealth, who is or shall be of the age of eighteen years and under the age of forty-five years, except as hereinafter excepted, shall severally and respectively be enrolled in the militia, by the captain or commanding officer of the company within whose bounds such citizen shall reside, within three months after the passing of this act, and that it shall be at all times hereafter the duty of every such captain or commanding officer of a company, to enroll every such citizen as aforesaid, and also those who shall from time to time arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years, and not excepted by this act, shall come to reside within his bounds, and shall without delay notify such citizen of the said enrollment by a proper non-commissioned officer of the company, by whom such notice may be proved; and all cases of doubt respecting the age of any person enrolled or intended to be enrolled, the party questioned shall prove his age to the satisfaction of the officers of the company within whose bounds he may reside, or a majority of them.

[Section II.]  (Section II, P. L.)  And be it further enacted by the authority aforesaid, That the vice president of the United States, officers, judicial and executive, of the government of the United States, the members of both houses of congress and their respective officers, judges of the supreme court, judges of the court of common pleas, attorney general, secretary and treasurer of the state, sheriffs, gaolers and keepers of workhouses, all post-officers and stage-drivers who are employed in the care and conveyance of the mail of the post

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0178**

office of the United States, all ferrymen employed at any ferry on the post roads, all inspectors of exports, all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States, ministers of religion of every denomination, professors and teachers in the university, colleges, academies and schools, the librarian of the library company of Philadelphia and of the Loganian library, and menial servants of ambassadors or ministers and consuls from foreign states, and no other person or persons, shall be, and are hereby, excepted from military duty, notwithstanding their being above the age of eighteen and under the age of forty-five years. And also all young men under the age of twenty-one years, and all servants purchased bona fide and for a valuable consideration, though enrolled agreeably to the first section of this law, shall be exempted from furnishing the necessary arms, ammunition and accoutrements, as are required by the fifth section thereof, and shall be excepted from militia duties and fines during such minority or servitude, except in cases of rebellion, or an actual or threatened invasion of this or any of the neighboring states.

[Section III.] (Section III, P. L.) And be it further enacted by the authority aforesaid, That the militia of this commonwealth shall, within the respective bounds hereinafter mentioned, be arranged into divisions, brigades, regiments, battalions and companies; that each brigade so to be formed shall consist of not less than two nor more than eight regiments; each regiment into two battalions; and each battalion into four companies, in such manner that no company shall consist of more than eighty or less than forty individuals, or as near as may be, having regard to their local situations; there shall be to each battalion at least one company of grenadiers, light infantry or riflemen, and to each division there shall be at least one company of artillery and one troop of horse, which shall be formed of volunteers from the respective brigades at the discretion of the governor, not exceeding one company of each to a regiment, nor more in number than one-eleventh part of the infantry.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0179**

Provided always, That the several volunteer corps of artillery, cavalry and infantry, which have hitherto existed in this commonwealth and have not been included in the general formation of the militia, shall continue to exist as heretofore, and retain the privileges which they have hitherto enjoyed.

[Section IV.] (Section IV, P. L.) And be it further enacted by the authority aforesaid, That the territory of this commonwealth, for the purpose of making the arrangement in the preceding section mentioned, be and is hereby divided into division bounds as follows, to wit.: The city and county of Philadelphia shall form one division; the counties of Bucks and Montgomery one other division; the counties of Chester and Delaware one other division; the counties of Lancaster and York one other division; the counties of Berks and Dauphin one other division; the counties of Cumberland and Franklin one other division; the counties of Northampton, Northumberland and Luzerne one other division; the counties of Bedford, Huntingdon and Mifflin one other division, and the counties of Westmoreland, Washington, Fayette and Allegheny one other division.  The city of Philadelphia shall form a brigade, and each county shall form a brigade; provided that it shall be lawful for the governor to divide any county into two brigades, when the number of men enrolled in the militia of such county shall exceed four thousand.

[Section V.] (Section V, P. L.) And be it further enacted by the authority aforesaid, That in order that the militia may be properly armed, equipped and accoutred, every citizen enrolled and notified of this enrollment in manner aforesaid, except as is hereinbefore excepted, shall, within six months after receiving such notice, provide himself with the arms, ammunition and accoutrement hereinafter mentioned, viz.: Every non-commissioned officer and private of the infantry (including grenadiers and light infantry and of the artillery) shall have a good musket or firelock, a sufficient bayonet and belt, two spare flints and a knapsack, a pouch with a box therein, to contain not less than twenty-four cartridges suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball, or with a good rifle, knapsack,

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

EXHIBIT 12
0180

shot-pouch and powder horn, twenty balls suited to the bore
of his rifle and a quarter of a pound of powder; the commis-
sioned officers of infantry shall be armed with a sword or
hanger and an espontoon, and those of artillery with a sword
or hanger, a fuzee, bayonet and belt, and a cartridge box to
contain twelve cartridges. The commissioned officers of the
several troops of horse shall furnish themselves with good
horses, of at least fourteen hands and an half high, and shall
be armed with a sword and a pair of pistols, the holsters of
which shall be covered with bearskin caps; each light-horse-
man or dragoon shall furnish himself with a serviceable horse,
of at least fourteen hands and an half high, a good saddle,
bridle, mail pillion and valise holsters, and a breast plate and
cupper, a pair of boots and spurs, a pair of pistols, a sabre
and a cartouch box, to contain twelve cartridges for pistols;
the artillery and horse shall be uniformly clothed in regi-
mentals, to be furnished at their own expense, the color and
fashion to be determined by the brigadier commanding the
brigade to which they belong; every militiaman shall appear
so armed, accoutred and provided when called out to exercise
or into service (except that when called out on company days
to exercise only he may appear without a knapsack) and every
man so enrolled as aforesaid, and providing himself with the
arms, ammunition and accoutrements required as aforesaid,
shall hold the same exempted from all suits, distresses,
executions, or sales for debt or the payment of taxes. Each
battalion and regiment shall be provided with the state and
regimental colors by the field officers, and each company with
a drum and fife or bugle horn by the commissioned officers of
the company; the expenses of such colors, drums, fifes or bugle
horns to be repaid to the officers out of the fines incurred by
this act.

Provided always, That whenever the field officers of any
regiment shall judge any person enrolled therein, unable to
arm and equip himself as aforesaid, such person shall not be
subject to any fine for not arming, anything herein contained
to the contrary notwithstanding.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0181**

[Section VI.] (Section VI, P. L.) And be it further enacted by the authority aforesaid, That the militia shall be officered as follows: To each division one major-general and two aides-de-camp, with rank of major; to each brigade one brigadier general, with one brigade inspector to serve also as brigade-major, with rank of major; to each regiment one lieutenant-colonel commandant; and to each battalion one major; to each company of infantry, (including light infantry and grenadiers) one captain, one lieutenant, one ensign, four sergeants, four corporals, one clerk, one drummer and one fifer or bugler; that their shall be a regimental staff, to consist of one adjutant and one quarter-master, to rank as lieutenants; one paymaster, one surgeon and one surgeon's mate, one sergeant major, one drum major and one fife major; there shall be to each company of artillery one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one fifer; and to each troop of horse there shall be one captain, two lieutenants, one cornet, four sergeants, four corporals, one saddler, one farrier and one trumpeter; there shall be an adjutant-general appointed for the whole militia.

[Section VII.] (Section VII, P. L.) And be it further enacted by the authority aforesaid, That the adjutant-general, major-general, brigadier-general and brigade inspectors, shall be appointed and commissioned by the governor; the division and brigade officers to be residing within their respective divisions and brigade bounds; that the majors-general shall apoint their own aides-de-camp out of the line of captains or subalterns; that the field officers of each regiment shall appoint their respective regimental staffs; that the lieutenant-colonels, majors, captains, lieutenants and ensigns, shall be elected in form and manner hereinafter mentioned and provided for; that all commissioned officers shall be commissioned for seven years, and shall take rank according to the date of their commissions, and when two of the same grade bear an equal date, then their rank shall be determined by lot to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0182**

[Section VIII.] (Section VIII, P. L.) And be it further enacted by the authority aforesaid, That the duty of the adjutant-general shall be to distribute all orders from the governor, as commander-in-chief of the militia of the state, to the several corps; to attend all public reviews when the governor shall review the militia; to obey all orders from him relating to the carrying into execution and perfecting the system of military discipline established by this act; to furnish blank forms of the different returns that may be required, and to explain the principles on which they should be made; to receive may be furnished therewith; from all which returns he shall make a general return of all the militia of the state, and lay the same before the governor and a duplicate thereof before the president of the United States; that the said adjutant-general, before he enters upon the exercise of the duties of his office, shall give bond with two or more sufficient sureties in the penalty of five thousand dollars, conditioned for the due and faithful performance of the said duties, and shall in full compensation for his services receive a yearly salary of eight hundred dollars.

[Section IX.] (Section IX, P. L.) And be it further enacted by the authority aforesaid, That it shall be the duty of the brigade inspectors to attend the regimental and battalion meetings of the militia composing their several brigades during the time of their being under arms; to inspect their arms, ammunition and accoutrements, superintend their exercise and manoeuvres, and introduce throughout the state the system of military discipline established by this act, as well as such orders as they shall from time to time receive from the governor, as commander-in-chief of the militia, to make returns to the adjutant-general at least once in every year, and at such stated time or times as the governor shall direct, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements and ammunition of the several corps and every other thing which in his judgment may relate to their government and the general advancement of good order and military discipline; that it shall

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0183**

moreover be the duty of the said brigade inspectors to superintend the elections of the field officers, to procure and furnish arms, accoutrements, ammunition, drums, fifes, bugle horns, carriages for the transportation of baggage and other articles that may be wanted for the use of their respective brigades, and to do all and every such other duties as are enjoined upon them by this act, in form and manner therein prescribed; and in full compensation for all their services each of the said brigade inspectors shall receive the yearly salary of two hundred dollars; and each of the said inspectors before he enters upon the duties of his office shall give bond with one or more sufficient sureties in the penal sum of one thousand dollars, conditioned for the due and faithful performance of the said duties and for the faithful accounting for, according to law, and paying of all the moneys which shall come to his hands by virtue of this act, when thereunto lawfully required; and each of the said inspectors shall, once in every twelve months, make out complete accounts of all the moneys received by him, and of his expenditures, and return the same to the adjutant-general, and on failure of accounting as aforesaid, each inspector shall forfeit and pay for every such neglect the sum of fifty dollars, to be applied as other fines are directed to be applied by this act; and on the death, removal, or resignation of any of the said inspectors, such inspector, his executors or administrators, shall, on the reasonable demand in writing of his successor in office, or of any other person who shall be appointed by the governor to receive the same, deliver up to the said successor, or other person as aforesaid, all and singular the books, duplicates, returns and other papers belonging to or in use in the said office, and on refusal thereof, he or they so offending, shall forfeit the sum of one thousand dollars and the necessary cost of prosecution, to be recovered by the said successor in office, or other person duly authorized as aforesaid, upon indictment, bill, plaint or information, or by action of debt, in any court of record within this state, to be applied as other militia fines are directed to be applied by this act, and in case of a second refusal, such person or persons so refusing

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0184**

shall suffer as well the said penalty as the further punishment of six months' imprisonment, without bail or mainprise, and the judges of the court where such penalty shall be recovered shall order the said commitment accordingly.

[Section X.] (Section X, P. L.) And be it further enacted by the authority aforesaid, That each of the said inspectors shall, on or before the first Monday in May next, and some time between the first day and last day of March in every succeeding year, issue his warrant, directed to the captain or commanding officer for the time being of each company of the several battalions, or some other fit person in his brigade, commanding him in the name of the commonwealth to deliver to him, the said inspector, within ten days from and after the date of the said warrant (on oath or affirmation, which the said inspectors are hereby severally empowered to administer), a true and exact list of the names and surnames of each and every free, able-bodied, white, male citizen of this or any other of the United States, residing within the bounds of his company, between the ages of eighteen and forty-five years, not being such as are above declared excepted from militia duty, and lay such lists, within three days after he shall have received the same, before the brigadier general of his brigade, who shall thereupon divide his said brigade into regimental battalions and companies, in manner hereinbefore directed, to each of which he shall appoint proper districts or local subdivisions, paying due regard to the conveniency of the inhabitants, and taking care that each person be annexed to the numerical class to which he formerly belonged.

[Section XI.] (Section XI, P. L.) And be it further enacted by the authority aforesaid, That the elections of such officers as are by this act declared to be elective, shall be made as follows: The several brigade inspectors shall, on or before the first Tuesday of June next, give notice, by advertisement at eight or more of the most public places of each regiment bounds or district, appointing a certain day for each district, not less than ten days after the said notice, and requiring all the citizens enrolled in the said regiment and residing within the bounds thereof, except as is hereinbefore excepted, to meet at a cer-

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0185**

tain place as near the centre of the said district as may be, and then and there, between the hours of ten in the morning and six in the afternoon of the said day, to elect by ballot one lieutenant colonel; and the enrolled inhabitants of each battalion bounds, respectively, shall elect by ballot as aforesaid, on the same or some other day and at such place or places as shall be most convenient, but with the least possible delay, one major; and the enrolled inhabitants of each company bounds, respectively, shall elect by ballot as aforesaid, on the same or some other day and at such place or places as shall be most convenient, but with the least possible delay, one captain, one lieutenant and one ensign; previous to which said election or elections, respectively, the said enrolled inhabitants shall elect two respectable citizens to preside as judges thereof, who shall certify to the inspector the names of the persons so elected, and each captain shall appoint a suitable person for a clerk in his company, and the said inspector shall attend and superintend each and every of the said battalion elections, and after the officers are elected shall give notice thereof to the brigadier, who shall cause the lieutenant colonels of his brigade to assemble together, as soon as may be, to cast lots for rank of the regiments, and the said lieutenant colonels shall afterwards call together the majors and captains of their respective regiments, to cast lots in like manner for their respective ranks, and the ranks of the lieutenants and ensigns shall be determined by the ranks of the captains, respectively, and the said inspectors shall, as soon as may be after the officers shall have been elected and their ranks ascertained, transmit proper certificates to the governor, of the names of the persons so as aforesaid elected and their ranks, in order that commissions may be granted to them according to the said certificates; and elections for officers in the light-horse shall be made in like manner as elections for officers in the infantry and artillery, and in every case of future vacancy, whether by death, resignation or absence, as hereinafter provided, the brigadier, in whose brigade such vacancy or vacancies shall happen, shall immediately, upon receiving notice thereof, cause one or more regiment, battalion or com-

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0186**

pany elections to be held in manner and form aforesaid, in order to supply the same, and shall, when there shall be occasion, cause the ranks to be ascertained, and make return to the governor in manner hereinbefore provided; and whenever any vacancy or vacancies shall happen, as aforesaid, in any regiment, battalion or company, the commanding officer of such regiment, battalion or company, for the time being, shall give immediate notice thereof to the inspector of his brigade, that the same may be filled up without loss of time; and if any regiment, battalion, troop or company, being duly noticed and required as aforesaid, shall neglect or refuse to elect their officers as aforesaid, then it shall and may be lawful for the inspector of the brigade to which such regiment, battalion, troop or company shall belong, to nominate, with the approbation of the brigadier-general, one suitable person to the governor, in the room of each officer so neglected to be chosen, and the said governor, approving thereof, shall commission the said person, which shall be as effectual to all intents and purposes as if the said officers had been elected as before directed; and the said inspector shall, as soon as may be, acquaint the parties so neglecting or refusing with the appointments that shall have been made as aforesaid.

[Section XII.] (Section XII, P. L.) And be it further enacted by the authority aforesaid, That if any commissioned officer shall remove out of the bounds of his proper division, brigade, battalion or company, except within the city of Philadelphia (as the case may be), or shall be absent therefrom (otherwise than on militia duty) for more than six months, his office shall be thereby vacated; and if a light-horseman shall remove or be absent in like manner from the bounds of his troop, or be appointed or elected a commissioned officer in any other part of the militia, his place in the said light-horse shall likewise be vacated.

[Section XIII.] (Section XIII, P. L.) And be it further enacted by the authority aforesaid, That every militia-man migrating or removing out of the bounds of one battalion or company to another, shall apply to the commanding officer of the company to which he did belong, who shall give him a

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0187**

discharge, certifying the class to which he belongs, and whether
he has served his tour of duty or not, and the time and date of
said service, which certificate the said militia-man shall pro-
duce to the captain or commanding officer of the company in
whose bounds he next settles, within ten days after his settle-
ment, and the said captain or commanding officer is hereby re-
quired to enroll him in the class specified in the said certi-
ficate.

[Section XIV.] (Section XIV, P. L.) And be it further
enacted by the authority aforesaid, That the whole of the
militia of this state shall be subject to be mustered and exer-
cised in regiments and in companies, by their respective officers,
in the autumn or fall season of every year, on the days herein-
after stated, to wit: In regiments, as follow: the first regiments
of each and every brigade in the commonwealth, shall be exer-
cised on the third Monday in the month of October; the second
regiments, on the Tuesday following; the third regiments, on
the Wednesday; and so on, according to their numerical rank,
on every day in the week (Saturdays and Sundays excepted)
until the whole number of regiments shall have mustered and
exercised in the aforesaid manner; and the several regiments
shall meet and exercise in companies on the first Monday in
the month of October; and the militia shall be and is hereby
indemnified and excused from mustering and exercising on any
other days than those enumerated in this act.

[Section XV.] (Section XV, P. L.) And be it further
enacted by the authority aforesaid, That if any commissioned
officer shall, without a lawful excuse, neglect or refuse to at-
tend on any of the days hereinbefore appointed for exercise, if
a field officer, he shall forfeit and pay the sum of four dollars;
and every other commissioned officer shall forfeit and pay the
sum of two dollars; and every non-commissioned officer or
private, so neglecting or refusing to attend, shall forfeit and
pay the sum of one dollar for every such neglect or refusal;
except such commissioned officer, non-commissioned officer and
privates, who shall be summoned and actually attending, on
any of the days of exercise, aforesaid, as a juror or witness in

30—XIV

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0188**

any court within this commonwealth, and the same fines shall be respectively paid by every officer, non-commissioned officer or private who shall leave the parade on a day of exercise before the regiment or company is discharged, without leave first had and obtained of the officer commanding.

[Section XVI.] (Section XVI, P. L.) And be it further enacted by the authority aforesaid, In order to ascertain those persons who by their absence on the days of exercise shall have incurred the fines above mentioned, a sergeant or the clerk of each company shall, on every such day, in the presence of the captain or commanding officer of the company, at the end of one hour after the time appointed for the meeting of the company or regiment, and also after the exercise is over and before the men are discharged, call over a muster-roll of the company, noting those who are absent, and a return shall be made on the same or following day of such absentees, which shall be signed by the sergeant or clerk and by the captain or commanding officer of the company, and shall, within ten days thereafter if a regimental meeting, or if a company meeting, within ten days after the next regimental meeting, be returned by the said captain or commanding officer of the company, upon his oath or affirmation, to the inspector of the brigade, under the penalty of fifty dollars for every time he shall refuse or neglect to make such return, and if any of the said absentees shall have been unable to attend from sickness or unavoidable necessity, and shall within the space of eight days next after the day of exercise, state his case by himself or his friend to the said captain or commanding officer of the company, and satisfy him of the truth thereof, then the said captain or commanding officer of the company, shall mention in his said return the particular reasons of excuse which each absentee shall have made appear to his satisfaction, and the inspector, on sight of the said return, shall admit every such excuse as shall appear to him reasonable, without favor or partiality, and remit the fines accordingly, but no excuse shall be received at any other time or in any other manner, than as is above prescribed.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0189**

[Section XVII.] (Section XVII, P. L.) And be it further enacted by the authority aforesaid, That whenever it may be necessary to call into actual service any part of the militia in case of rebellion, or of an actual or threatened invasion of this or any of the neighboring states, then it shall and may be lawful for the governor to order into actual service, such part of the militia, by classes, as the exigency may require;

Provided, That the part so called doth not exceed four classes of the militia of the brigade or brigades so called out.

And provided also, That such brigade or brigades shall not be again called out to furnish any more militia, until an equal number of classes of the militia of the other brigade or brigades, respectively, be first called, unless the danger of an invasion from Indians or others should make it necessary to keep in reserve the militia of such brigade or brigades for their own immediate defence.

[Section XVIII.] (Section XVIII, P. L.) And be it further enacted by the authority aforesaid, That to the end that the militia, when called by classes, shall be properly officered, the following order is hereby directed and enjoined; that is to say, for the first draft, the captain of the first company, the lieutenant of the second and the ensign of the fourth; second draft, the captain of the second company, the lieutenant of the first and the ensign of the third; third draft, the captain of the third company, the lieutenant of the fourth and the ensign of the second; fourth draft, the fourth captain, the lieutenant of the third company and the ensign of the first; fifth draft, the fifth captain, the lieutenant of the sixth company and the ensign of the eighth; sixth draft, the sixth captain, the lieutenant of the fifth company and the ensign of the seventh; seventh draft, the captain of the seventh company, the lieutenant of the eighth and the ensign of the sixth; eighth draft, the captain of the eighth company, the lieutenant of the seventh and the ensign of the fifth; non-commissioned officers to take tour of duty with the commissioned officers, and the field officers of regiments, in every division and brigade in the state, shall be divided in like manner, and each class to be considered as a detachment from different corps liable to serve two months and no longer, and to

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

EXHIBIT 12
0190

be relieved by the class next in numerical order, the relief to arrive at least two days before the expiration of the term of the class to be relieved, but nothing herein contained shall prevent the governor from employing and calling out part of any class, or any company or companies, regiment or regiments, without respect to this rule, whenever the exigency is too sudden to allow the assemblying of the scattered militia which compose the particular classes, and the services of the persons so called out shall be accounted as part of their tour of duty, and the pay of the militia in actual service shall commence two days before marching, and they shall receive pay and rations at the rate of fifteen miles per day on their return home.

[Section XIX.] (Section XIX, P. L.) And be it further enacted by the authority aforesaid, That it shall and may be lawful for any person called to do a tour of duty to find a sufficient substitute, such substitute being approved of by the captain or commanding officer of the company which he shall be offered to serve in.

Provided always, That persons serving by substitute as aforesaid, if said substitute shall be called in his own turn into actual service before the term expires which he was to serve for his employer, that then the person procuring such substitute shall march in his said substitutes' turn, or be liable to pay his fine for neglect, which fine is to be recovered as other fines for neglect of serving are by this act directed to be recovered, and that sons who are not subject to the militia law may be admitted as substitutes for their fathers.

[Section XX.] (Section XX, P. L.) And be it further enacted by the authority aforesaid, That when the militia, or any detachment thereof, are called out on duty, the pay of each major-general shall be sixty dollars per month; of each brigadier general, fifty dollars per month; of each lieutenant-colonel, forty dollars per month; of each major, thirty dollars per month; of each captain, twenty-five dollars per month; of each lieutenant, twenty dollars per month; of each ensign, fifteen dollars per month; of each sergeant, eight dollars per month; of each corporal, seven dollars per month; and of each private and musician, six dollars per month; and that every person

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0191**

refusing or neglecting to perform his tour of duty, in person or by substitute, shall pay the sum of twelve dollars for every such neglect or refusal, if the tour was to be for a term not exceeding one month and in proportion if the tour was to be for any longer term.

[Section XXI.] (Section XXI, P. L.) And be it further enacted by the authority aforesaid, That when any class or classes of the militia shall be called to perform any tour of duty, the brigade inspector shall cause each and every person so called to be notified of such call, by a written or printed notice being delivered to him personally, or left at his house or usual place of abode, by some officer or other fit person employed for that purpose by the commanding officer of said company, at least three days before the time of assemblying the said militia, unless the governor, on a sudden exigency, shall think proper to order any part of the militia into immediate and actual service, and then the notice mentioning such special order shall be given for immediate attendance; and any person refusing or neglecting to perform such tour of duty, shall pay a fine of sixteen dollars per month for every such offence.

[Section XXII.] (Section XXII, P. L.) And be it further enacted by the authority aforesaid, That the inspector shall, forthwith after the marching of any part of the militia, call to his assistance two reputable citizens, one of whom shall be a justice of the peace, to sit at the most convenient place for the inhabitants of their respective districts, notice having been given of such place in the written or printed summons of every militia-man so called out, and shall there hear and determine all appeals that may be made by the persons thinking themselves aggrieved by anything done in pursuance of this act; and they are hereby authorized and required to grant such relief to such appellant as to them shall appear just and reasonable (in consideration of such inability of body as in the opinion of the court renders him incapable of performing military duty) or of unavoidable absence from the brigade in which he shall reside; and each of the said reputable citizens, before they shall sit on the said appeal, shall take the following oath or affirmation, viz.: That he will hear and impartially deter-

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

EXHIBIT 12
0192

mine on the cases of appeal that may be laid before him, agreeably to law and according to the best of his knowledge; which oath or affirmation the inspector is hereby empowered to administer, and the said justice and citizen shall have and receive from the said inspector the sum of one dollar each, for every day they sit on the appeals; and the said inspector and justice of the peace shall keep a separate record of the proceedings of such court of appeals, and if any delinquent, whose appeal shall have been determined against him, shall not pay his fine within five days after such determination, the inspector shall and may proceed to levy the said fine in manner hereinafter mentioned.

[Section XXIII.] (Section XXIII, P. L.) And be it further enacted by the authority aforesaid, That the commanding officers of the several regiments shall attend at the place of rendezvous of the marching class or classes, and the commanding officers of the marching class or classes are hereby required, then and there to deliver, to the commanding officer of the regiment, a muster-role of all those who attend and proceed to perform their then required tour of duty, under the penalty of fifty dollars, which return or muster-roll shall be transmitted by the said commanding officer of the regiment, within five days after marching, under the penalty of fifty dollars, to the inspector of the brigade to which they respectively belong.

[Section XXIV.] (Section XXIV, P. L.) And be it further enacted by the authority aforesaid, That the following articles, rules and regulations shall be those by which the militia shall be governed.

Article 1. If any field or other commissioned officer at any regimental review, or on any other occasion when the regiment or company to which he may belong, or in which he holds a command, is paraded in arms, shall appear, misbehave or demean himself in an unofficerlike manner, he shall, for such offence, be cashiered or punished by fine at the discretion of a general court martial, as the case may require, in any sum not exceeding sixty dollars, and if any non-commissioned

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0193**

officer or private shall, on any ocasion of parading the company to which he belongs, appear with his arms and accoutrements in an unfit condition, or be drunk, or shall disobey orders, or use any reproachful or abusive language to his officers, or any of them, or shall quarrel himself or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard, by order of the commanding officer present, until the company is dismissed, and shall be fined, at the discretion of a regimental court martial, in any sum not exceeding four dollars, nor less than one dollar.

Article 2. If the lieutenant colonel or commanding officer of any regiment shall neglect or refuse to give orders for assemblying his regiment at the times appointed by this law, or at the direction of the inspector of the brigade to which he belongs, when the said inspector is thereto commanded by the governor, or in case of an invasion of the city or county to which such regiment belongs, he shall be cashiered and punished by fine not exceeding two hundred dollars, at the discretion of a general court martial; and if a commissioned officer of any company shall, on any occasion, neglect or refuse to give orders for assemblying the company to which he belongs, or any part thereof, at the direction of the lieutenant colonel or commanding officer of the regiment to which such company belongs, he shall be cashiered and punished by fine not exceeding sixty dollars, at the discretion of a regimental court martial, and a non-commissioned officer offending in such case shall be fined, at the discretion of a regimental court martial, in any sum not exceeding twenty dollars.

Article 3. If any captain or commanding officer of a company shall refuse or neglect to make out a list of the persons noticed to perform any tour of duty, and send or convey the same to the lieutenant-colonel or commanding officer of the regiment to which such company may belong, for such neglect or refusal he shall be cashiered or fined, at the discretion of a regimental court martial, in any sum not exceeding forty dollars.

Article 4. If any militia-man shall desert while he is on a tour of duty, he shall be fined twenty-four dollars for every such

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0194**

offence; if a non-commissioned officer, he shall be degraded and placed in the ranks.

Article 5. Every general court martial shall consist of thirteen members, all of whom shall be commissioned officers and of such rank as the case may require, and these thirteen shall choose a president out of their number, who shall be a field officer.

Article 6. Every regimental court martial shall be composed of five members, all commissioned officers, who are to choose one of their members a president, not under the rank of captain.

Article 7. In any court martial, not less than two-thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted.

Article 8. The president of each and every court martial, whether general or regimental, shall require all witnesses, in order to the trial of offenders, to declare on oath or affirmation that the evidence they shall give is the truth, the whole truth and nothing but the truth, and the members of all such courts shall take an oath or affirmation, which the president is required to administer to them, that they will give judgment with impartiality.

Article 9. All members of any militia called as witnesses in any case before a court martial, who shall refuse to attend and give evidence, shall be censured or fined, at the discretion of the court.

Article 10. No officer or private man being charged with transgressing these rules, shall be suffered to do duty in the regiment, company or troop to which he belongs, until he has his trial by a court martial, and every person so charged shall be tried as soon as a court martial can conveniently be assembled.

Article 11. If any officer or private man shall think himself injured by his lieutenant colonel or the commanding officer of the regiment, and shall, upon due application made to him, be refused redress, he may complain to the brigadier general, who shall direct the inspector of the brigade to summon a general court martial, that justice may be done.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0195**

Article 12. If any inferior officer or private man shall think himself injured by his captain or other superior in the regiment, troop or company to which he belongs, he may complain to the commanding officer of the regiment, who shall summon a regimental court martial, for doing justice, according to the nature of the case.

Article 13. No penalty shall be inflicted at the discretion of court martial other than degrading, cashiering or fining.

Article 15.* The commanding officer of the militia, for the time being, shall have full power of pardoning or mitigating anycensures or penalties ordered to be inflicted on any private or non-commissioned officer, for the breach of any of these articles, by a general court martial; and every offender convicted, as aforesaid, by any regimental court martial, may be pardoned, or have the penalty mitigated by the lieutenant colonel or commanding officer of the regiment, excepting only where such censures or penalties are directed as satisfaction for injuries received by one officer or private man from another; but in case of officers, such sentence to be approved by the commander-in-chief, or the nearest general officer of the militia, who are respectively empowered to pardon or mitigate such sentence, or disapprove of the same.

Article 16. The militia, on the days of exercise, may be detained under arms on duty in the field, any time not exceeding six hours, provided they are not kept above three hours under arms at any one time, without allowing them a proper time to refresh themselves.

Article 17. No company or regiment shall meet at a tavern on any of the days of exercise, nor shall march to any tavern before they are discharged, and any person who shall bring any kind of spirituous liquors to such place of training, shall forfeit such liquors, so brought, for the use of the poor belonging to the ward, district or township where such offender lives.

Article 18. All fines that shall be incurred by any breach of these rules, shall be paid into the hands of the inspectors of the brigades to which the offenders belong, or to such person

---

*This mistake in numbering occurs in the original.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0196**

or persons as he shall appoint and make known in general or brigade orders as his agents or attorneys to receive the same, within three weeks after they become due, but in case of neglect or refusal to pay any of the said fines, the said inspector shall cause the same to be collected and levied in manner hereinafter mentioned.

Article 19. The rules of discipline approved and established by congress in their resolution of the 29th of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout this state, except such deviations from said rules as may be rendered necessary by the requisitions of this act or some other unavoidable circumstances. It shall be the duty of the commanding officer at every muster, whether by regiment or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline.

Article 20. The militia of this state, whilst in the actual service of the United States, shall be subject to the same rules and regulations as the federal army; provided that upon any transgression or offence of a militia-man, whether officer or private, against the rules and regulations of the federal army, the cause shall be tried and determined by a court martial of the militia of this state, and that it shall be in the power of the governor, or in case of his absence, of the commanding officer of the militia, to mitigate, suspend, or pardon any punishment to which any militia-man may be sentenced by a general court martial.

[Section XXV.] (Section XXV, P. L.) And be it further enacted by the authority aforesaid, That no civil process shall be served on any commissioned, non-commissioned officer or private, at any regimental review or training of any company, or while going to or returning from the place of such review or training.

[Section XXVI.] (Section XXVI, P. L.) And be it further enacted by the authority aforesaid, That for the purpose of collecting and levying the fines that shall be incurred, as well for non-attendance on days of exercise as for neglect of performing tours of duty, and also all such fines as shall be im-

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0197**

posed by court martial on persons belonging to their respective brigades, it shall and may be lawful for the several brigade inspectors to appoint one or more proper persons, by warrant under their respective hands and seals, to be collectors of the said fines; and the said collectors, by virtue of the said warrants, shall be authorized and empowered to call on every delinquent that shall be named in the lists to be furnished to them by the said inspectors, and demand payment of the said fines, and of five per centum on the amount thereof for their trouble in collecting the same, and on neglect or refusal of such payment, then the said collectors shall proceed to levy the said fines, with costs equal to those received by constables or sheriffs in similar cases, by distress, irreplevisable and sale of the offender's goods and chattels, lands and tenements, in like manner and with like effect as the collectors of taxes may or can do by virtue of any law or laws of this commonwealth.

Provided, That in the case of seizure of lands or tenements, the same notice shall be given previous to the sale thereof as is required in case of land sold by a sheriff, by virtue of a writ of venditioni exponas, and no process shall issue to stay the execution of such warrant, unless in the case of the seizure of real estate.

Provided always, That if any person shall think himself aggrieved in the seizure of his lands and tenements, he may enter an appeal before the judges of the next court of common pleas for the proper county, and on the parties giving sufficient security, within fifteen days next after any lands or tenements shall be seized or distrained, as aforesaid, to prosecute such appeal with effect, the judges shall receive the same and stay further process, and the said judges shall return every such appeal on the first day of the next term, and the court shall direct a trial by jury of the county, as in cases of debt, whose verdict shall be final and conclusive, and except in extraordinary cases, of which the court shall judge, all such appeals shall be tried at the term to which such returns shall be made.

Provided also, That in case real estates be sold as aforesaid, such sale shall be made by the sheriff of the county, who shall make a sufficient deed for the same, and if any collector, ap-

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

EXHIBIT 12
0198

pointed by any brigade inspector, as aforesaid, and having accepted of his appointment, shall refuse or neglect to perform his duty, he shall, for every such offence, forfeit and pay, at the discretion of the courts of quarter sessions of the peace within this commonwealth, any sum not exceeding forty dollars.

[Section XXVII.] (Section XXVII, P. L.) And be it further enacted by the authority aforesaid, That any person who shall or may be appointed by any brigade inspector within this state to collect the militia fines, shall be bound to account with and pay over to the inspector of the brigade, by whom he shall have been so appointed, all the moneys received by him for fines, within ten days after demand thereof shall be made; and all and every such persons refusing to render or settle his account in manner aforesaid, shall be liable to have his goods, chattels, lands and tenements within this state seized and secured by warrant, under the hand and seal of the inspector of the brigade in which such delinquent collector hath or may have acted, directed to the sheriff or coroner of the proper county, who shall make report of his proceedings to the said inspectors, and if there are no such goods, chattels, lands or tenements, or they being seized, he shall continue to withhold or refuse to settle his account of fines received, then, and in that case, the said inspector shall issue his warrant, under his hand and seal, directing the sheriff or the coroner of the county in which the delinquent may be, to seize and take his body and commit the same to the common gaol of the county, there to continue without bail or mainprise until he shall exhibit and settle his account, as aforesaid, and discharge the costs of prosecution, and all and every collector appointed as aforesaid, who hath or shall upon settlement of his account, be found to have a balance due by him of the fines collected, and shall not, within ten days after demand made by the inspector, discharge and pay the full amount thereof, then and in such case it shall and may be lawful for the said inspector immediately to issue his warrant to the sheriff or coroner, to levy the sum due by such delinquent collector, by distress and sale of the offender's goods and chattels, lands and tenements, together with costs and charges, which distress and sale shall be made in manner be-

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

EXHIBIT 12
0199

fore directed for tour and muster fines and fines imposed by courts martial, but if no such goods and chattels, lands or tenements can be found, then to seize and take the body of such offender and commit him to the common gaol, there to remain for the space of six months, unless he shall sooner discharge the debt, or procure such security that the same shall be discharged within a reasonable time, as may secure and satisfy the said inspector.

[Section XXVIII.] (Section XXVIII, P. L.) And be it further enacted by the authority aforesaid, That all and every of the fines and forfeitures by this act made payable, and the mode of recovery not hereinbefore particularly pointed out, shall be recovered by the inspectors of the several brigades in the name and for the use of the commonwealth, by action of debt before a justice of the peace, or in any court of record within this commonwealth, as from the amount thereof they shall be more properly cognizable, and the said inspector shall account for and pay yearly to the treasurer of the commonwealth all such fines as he shall receive by virtue of this act.

[Section XXIX.] (Section XXIX, P. L.) And be it further enacted by the authority aforesaid, That all moneys passing into the treasury by virtue of the directions of this act, shall be appropriated as a fund for the purpose of supporting the necessary officers for carrying this law into effect, and of equipping and furnishing the militia with every necessary apparatus for the defence and security of the state, the surplus, if any, to be appropriated in such manner and to such uses as the general assembly shall from time to time direct and appoint; and the treasurer of the commonwealth shall keep all the moneys arising from fines by the militia law separate from all other moneys, and keep separate books of the same, and the expenditures thereof, pursuant to the directions of this act.

[Section XXX.] (Section XXX, P. L.) And be it enacted by the authority aforesaid, That the brigade inspector and two reputable citizens, shall appraise the horse of each person serving as a light-horseman, immediately before every time of going into actual service, and enter the same in a book, and in case such horse shall be killed or die in actual service, or be taken

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0200**

by the enemy otherwise than by neglect, he shall be paid the full value of his horse, according to the said appraisement, by an order to be drawn by the inspector on the militia fund in the hands of the treasurer for that purpose.

[Section XXXI]. (Section XXXI, P. L.) And be it further enacted by the authority aforesaid, That if any officer, non-commissioned officer, or private militia-man, or volunteer acting with the militia, residing in this state, having a family, shall be killed or shall die of his wounds received in the service of this state, his widow, child or children shall be entitled to similar relief, and under the same regulations and restrictions as were provided by the act, entitled "An act to provide for the more effectual relief of the widows and children of the officers and privates of the militia who have lost their lives in the service of their country,"[1] passed on the twenty-seventh day of March, one thousand seven hundred and ninety, and if any officer, non-commissioned officer, or private militia-man, or volunteer acting with the militia, residing in this state, shall be wounded or otherwise disabled in the service of this state, he shall be entitled to similar relief, and under the same regulations and restrictions as had been provided by an act, entitled "An act to alter and amend the act, entitled 'An act for the relief of officers, soldiers and seamen, who in the course of the late war have been wounded or otherwise disabled in the service of this state or of the United States,'"[2] passed the tenth day of March, one thousand seven hundred and eighty-seven.

[Section XXXII.] (Section XXXII, P. L.) And be it further enacted by the authority aforesaid, That if any person or persons shall knowingly sell, buy, take or exchange, conceal or otherwise fraudulently receive any arms, accoutrements, colors or drums belonging to this state or the United States, or on any account or pretence whatsoever, the person so offending, being convicted thereof before one or more justice or justices of the peace of the city or county where such offence shall be committed, shall forfeit and pay for every such offence treble

---

[1] Chapter 1493.
[2] Chapter 1271.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0201**

the value of such arms or accoutrements, to be ascertained by the said justice or justices, and levied by distress and sale of the offenders' goods and chattels, by the justice or justices before whom such offender shall be convicted, returning the overplus, if any, on demand, to such offender, and for want of such distress, shall commit such offender to the common gaol of the county, there to remain without bail or mainprise, for any term not exceeding three months, unless such money shall be sooner paid, and in every such case the proof of the [property] shall be made by the possessor of such arms and accoutrements.

[Section XXXIII.] (Section XXXIII, P. L.) And be it further enacted by the authority aforesaid, That if any suit or suits shall be brought or commenced against any person or persons for anything done in pursuance of this act, the action shall be laid in the county where the cause of such action did arise, and not elsewhere, and the defendant or defendants in such action or actions to be brought, may plead the general issue, and give this act and the special matter in evidence, and if the jury shall find for the defendant or defendants in such action or actions, or if the plaintiff or plaintiffs shall be nonsuited or discontinue his or her action or actions after the defendant or defendants shall have appeared, or if upon demurrer judgment shall be given against the plaintiff or plaintiffs, the defendants shall have treble costs, and have the like remedy for the same, as any defendant or defendants hath or have in other cases to recover costs by law.

[Section XXXIV.] (Section XXXIV, P. L.) And be it further enacted by the authority aforesaid, That an act, entitled "An act for the regulation of the militia of the commonwealth of Pennsylvania,"[3] passed on the twentieth day of March, in the year of our Lord one thousand seven hundred and eighty, also a supplement to the said act passed the twenty-second day of September one thousand seven hundred and eighty,[4] also the supplement to the said act passed on the twenty-first day of March, in the year of our Lord one thousand

---

[3] Chapter 902.
[4] Chapter 916.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0202**

seven hundred and eighty-three,[5] also a further supplement thereto passed on the twenty-second day of September, in the year of our Lord one thousand seven hundred and eighty-three,[6] also so much of an act passed on the ninth day of December, in the year of our Lord one thousand seven hundred and eighty-three, entitled "An act for the more effectually securing and recovering for the uses of the commonwealth the moneys due for excise and militia fines and for other purposes therein mentioned"[7] as comes within the intent, meaning and purview of this act, also a further supplement to the said recited acts passed on the twenty-second day of March, in the year of our Lord one thousand seven hundred and eighty-eight,[8] be, and the same are hereby, repealed and made null and void.

Provided always, That nothing herein contained shall be construed so as to revive any former law or part of a law which in and by any of the said recited acts is repealed and made void.

Provided also, That nothing in this act contained shall be deemed to repeal, alter and dispense with the powers, authorities or duties of the [present] lieutenants of the city of Philadelphia and of the several counties in this commonwealth, or of any other officer or person under the militia laws that have been enforced in this state immediately before the passing of this act, until by new appointments under this act their respective functions and duties shall have devolved on other persons, and that the said present lieutenants and other proper officers are hereby authorized, required and enjoined to collect, or cause to be collected, all such fines and forfeitures as have been or shall be incurred during the continuance of their respective commissions, and pay in the same agreeably to this law, or the late laws aforesaid, on or before the first day of January next.

[Section XXXV.] (Section XXXV, P. L.) And be it further enacted by the authority aforesaid, That the governor shall

---

[5] Chapter 1022.
[6] Chapter 1038.
[7] Chapter 1061.
[8] Chapter 1339.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0203**

cause a sufficient number of copies of this law, and of the rules of discipline approved and established by congress in their resolution of the twenty-ninth day of March, one thousand seven hundred and seventy-nine, to be printed in the English and German languages and distributed throughout the state, so that every general and field officer, every brigade inspector and every captain be furnished with one copy, and it shall be the duty of every captain at every company meeting to read, or cause to be read, to the company, the same, or such part thereof as he may think necessary.

Passed April 11, 1793.  Recorded L. B. No. —, p. —.  (not given).
Repealed by act of April 9, 1799; Chapter 2068.

## CHAPTER MDCXCVII.

AN ACT FOR ERECTING A LOAN-OFFICE FOR THE SUM OF FIVE HUN-
DRED THOUSAND DOLLARS.

Whereas the institution of a loan office, upon just and proper principles, will be greatly beneficial to agriculture and promote in general the welfare of the people of this commonwealth. And whereas the legislature in and by the act, entitled "An act to incorporate the subscribers to the Bank of Pennsylvania,"[1] did reserve, for the purpose of instituting such loan office, a power to borrow from the said bank an adequate sum of money.   In order, therefore, to carry the same into effect:

[Section I.] (Section I, P. L.) Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania, in General Assembly met, and it is hereby enacted by the authority of the same, That a sum not exceeding five hundred thousand dollars, shall be borrowed of the Bank of Pennsylvania, and appropriated for the sole and exclusive purpose of being lent to the citizens of this state, upon mortgages upon real estate, under restrictions, limitations and regulations, and in the respective proportions hereinafter directed.

1 Passed March 30, 1793;  Chapter 1667.
31—XIV?

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

**EXHIBIT 12**
**0204**