John W. Dillon (Bar No. 296788)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile: (760) 431-9512
E-mail:  jdillon@gdandb.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MATTHEW JONES; THOMAS FURRH;
KYLE YAMAMOTO; PWGG, L.P. (d.b.a.
POWAY WEAPONS AND GEAR and
PWG RANGE); NORTH COUNTY
SHOOTING CENTER, INC.; BEEBE
FAMILY ARMS AND MUNITIONS LLC
(d.b.a. BFAM and BEEBE FAMILY
ARMS AND MUNITIONS); FIREARMS
POLICY COALITION, INC.; FIREARMS
POLICY FOUNDATION; CALIFORNIA
GUN RIGHTS FOUNDATION (formerly,
THE CALGUNS FOUNDATION); and
SECOND AMENDMENT
FOUNDATION,

                                      Plaintiffs,

v.

XAVIER BECERRA, in his official
capacity as Attorney General of the
State of California, et al.,

                                      Defendants.

Case No.: 3:19-cv-01226-L-AHG

Hon. M. James Lorenz and Magistrate
Judge Allison H. Goddard

**DECLARATION OF JOHN LOTT IN
SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION**

Complaint Filed: July 1, 2019
Second Amended Complaint Filed:
November 8, 2019

 Date: Monday, December 16, 2019
 Time: 10:30 a.m.
 Courtroom: Dept. 5B (5th Floor)

 No oral argument should be heard
unless ordered by the Court

I, John R. Lott, Jr., declare as follows:

I am not a party to the captioned action, am over the age of 18, have personal knowledge of the facts stated herein, and am competent to testify as to the matters stated and the opinions rendered below.

**Background/Qualifications**

1.     I reside in Burke, Virginia, and am an economist.  I graduated with a bachelor's degree in economics from the University of California Los Angeles (UCLA) in 1980.  I obtained my master's degree in economics from UCLA in 1982; and my PhD in economics from UCLA in 1984.  I have held research and/or teaching positions at various higher education academic institutions, including the University of Chicago, Yale University, the Wharton School of the University of Pennsylvania, Stanford University, and Rice University; and was the chief economist at the United States Sentencing Commission during 1988-1989.

2.     I have authored numerous academic and popular publications.  For example, I have authored (a) nine books, including *More Guns, Less Crime*, *The Bias Against Guns*, and *Freedomnomics;* and (b) more than 100 articles in peer-reviewed academic journals.

3.     I am also the founder and president of the Crime Prevention Research Center (CPRC). CPRC is a research and education organization dedicated to conducting academic quality research on the relationship between laws regulating the ownership or use of guns, crime, and public safety; educating the public on the results

1

of such research; and supporting other organizations, projects, and initiatives that are organized and operated for similar purposes. CPRC has section 501(c)(3) status and does not accept donations from gun or ammunition makers or organizations such as the National Rifle Association (NRA) or any other organizations involved in the gun control debate on either side of the issue.

4. CPRC's goal is to provide an objective and accurate scientific evaluation of both the costs and benefits of gun ownership as well as policing activities. CPRC's core activities include:

(a) Conducting and publishing academic quality research on the relationship between laws regulating the ownership or use of guns, crime, and public safety.

(b) Supporting affiliated academics in conducting and publishing similar research by means such as providing direct financial support, sharing data, and providing technical assistance.

(c) Educating the public, journalists, and policy makers on the results of research on these issues through books, public lectures, newspaper columns, academic seminars, information briefings, and other means.

(d) Making research and data available to researchers, the public, policy makers, and journalists by maintaining a comprehensive website.

(e) Engaging in other related activities consistent with the mission and goals of CPRC.

5. Attached hereto as **Exhibit 1** is a true and correct copy of my Curriculum Vitae. It describes my education, awards, fellowships, work experience, research, books and publications, presentations, and legislative and court testimony.

*Declaration Of John Lott In Support Of Plaintiffs' Motion For Preliminary Injunction*

**Gun Law Bans Based on Age are not Justified**

6.     The 19-year old's attack at the high school in Parkland, Florida have prompted states such as Florida and California to raise the minimum age for purchasing or possessing firearms to 21.  The two other often-cited examples are the 20-year-old in 2012 that shot and killed kids and adults at Sandy Hook Elementary School in Newtown, Connecticut, and the 1999 shootings by two high school students at Columbine High School in Colorado.  Tragedies no doubt.  They garner considerable media attention for long press periods.  As such, school shootings are viewed as a widespread problem requiring legislative bodies to "do something."  However, in my opinion, and based on my background, qualifications, and experience, no credible evidence exists to support the proposition that raising the age to purchase or acquire a firearm will make any difference in curtailing such mass shootings.  The reasons supporting my opinion are described below.

**Criminals Buy Guns from Other Sources**

7.     **First**, the criminals do not buy their firearms legally.  In determining where criminals obtain their firearms, the U.S. Bureau of Justice Statistics primarily relies on surveys of state and federal prisoners who possessed a firearm during the offense for which they are serving time.  The surveys provide remarkably consistent results over time, with *very few* guns obtained through retail sources (i.e., a gun shop, pawn gun, flea market, or gun show).  The latest survey in 2016 showed that among the prisoners who had a gun during their offense, approximately 90% did not obtain it

*DECLARATION OF JOHN LOTT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION*

from retail sources, with just 0.4% from flea markets, 0.8% through gun shows, and slightly more, 1.6%, from pawn shops and 7.5% from gun shops/stores.[1]    Attached hereto as **Exhibit 2** is a true and correct copy of Alper, et al. (2019).

8.      Interestingly, among the prisoners that obtained a firearm during their offense, more than half (56%) had either stolen it (6%), found it at the scene of a crime (7%), or obtained it off the street or from the underground market (43%).  The remainder includes 1.6% obtained in theft from a family member or a friend, 1.5% from burglaries, 0.2% in theft from retail sources, and 3% in other unspecified thefts. (See **Exhibit 2**, Alper, et al. 2019 [Table 5].)

### Criminals are Still Going to Obtain Guns

9.      **Second**, even if all sources for obtaining firearms were closed off to people 18-to-20 years of age, it is unlikely that such laws would stop the vast majority of criminals in that age group from acquiring guns.  Take Mexico where there has been only one-gun store in the country since 1972; where only about 1% of Mexican adults have licenses to legally own guns, with the most powerful legally owned firearms are .22-caliber rifles, hardly the type of weapon used by criminals. Despite that, in 2019, Mexico has a murder rate that is more than five (5) times the

---

[1]   See Mariel Alper and Lauren Glaze, Special Report, "Source and Use of Firearms Involved in Crimes: Survey of Prison Inmates, 2016," U.S. Department of Justice, Office of Justice Programs, Jan. 2019 [Alper, et al. 2016]; and for numbers in 2001, see Caroline Wolf Harlow,  Special Report, "Firearm Use by Offenders," U.S. Department of Justice, Office of Justice Programs, November 2001 [https://www.bjs.gov/content/pub/pdf/fuo.pdf], last accessed Aug. 2019.)

U.S. rate.[2]   The point is simple — criminals have guns and they get them illegally, primarily from drug dealers; and it is just as difficult to stop criminals from obtaining guns as it is to stop drug dealers from obtaining illegal drugs. The age of the criminal has nothing to do with illegally obtaining firearms.   Attached hereto as **Exhibit 3** are a true and correct copies of the article from the Associated Press (2019) and the FBI's crime report (2017) [see footnote 2, above].)

### Age is not a Significant Factor in Mass Public Shootings

10.   **Third**, of all the mass public shootings over that past 21 years, the average age of the shooters is approximately 33.5 years.   Thirty-three (33) years of age is also the median age for shooters; therefore, more than half the shooters were over the age of 30 and 80% were at least 21 years of age.[3] So, age is not determinative. Our CPRC research is substantiated by the Rockefeller Institute of Government.  It recently found that the average age of mass shooters in the past 50

---

[2]   Associated Press, "Mexico sets 1st half murder record, up 5.3%," July 22, 2019 (https://www.apnews.com/c197a3ee34834ea69f745975fa632ea2).   Compare these numbers to the FBI Uniform Crime Report for 2017 (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/topic-pages/tables/table-1).

[3]   The Crime Prevention Research Center's website contains the Excel file with our detailed information on mass public shootings (https://crimeresearch.org/2019/07/breaking-down-mass-public-shooting-data-from-1998-though-june-2019-info-on-weapons-used-gun-free-zones-racial-age-and-gender-demographics/ ).  Mass public shootings are defined as those cases where four or more people are killed at one point in time in a public place and not involving some other type of crime such as a gang fight or a robbery.  This definition follows the traditional FBI definition.  Our Excel file is incorporated by this reference.

1
2
3
4

years is 33.4 years old,[4] confirming that age is not determinative.  Attached hereto as **Exhibit 4** is a true and correct copy of Formica, et al. (2018).  Our age distribution statistics are shown graphically below.



### Age Distribution of Killers in Mass Public Shootings: 1998 to June 2019

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

[4]   Jaclyn Schildkraut, Margaret K. Formica, Jim Malatros. Rockefeller Institute of Government, Regional Gun Violence Research Consortium, "Can Mass Shootings be Stopped?  To Address the Problem, We Must Better Understand the Phenomenon," May   22,   2018   (Formica,   et   al.   2018)   (https://rockinst.org/wp-content/uploads/2018/05/5-22-18-Mass-Shootings-Brief.pdf).

1

2

3
### Comparisons to Crime Statistics are Skewed

4          11.    **Fourth**, while persons 18-to-20 commit murders at a higher rate

5    comparatively, the same can be said of persons 21-to-25, who commit murders at a

6    higher rate than people in the 26-30 age range.   Persons 36-45 commit crimes at a

7    considerably higher rate than those 46-50.  (This finding does *not* mean we ought to

8    ban firearms purchased or acquired by people 36 through 45.)   The same is true for

9    persons 51-55, who commit crimes at a higher rate than do persons over 56.   Same

10   for persons 61-to-65 — they commit crimes at a higher rate than do persons over 65.

11   Similar findings were made by other researchers.[5]   Attached hereto as **Exhibit 5** is a

12   true and correct copy of Lott and Whitley (2006) and FBI UCR (2018).[6]

13

14          12.    The same point also can be made based on race.  For example, the claim

15   that these shooters are overwhelmingly white is misleading.   While white males

16   (excluding those from Middle Eastern descent) make up the majority of mass public

17   shootings, that is 6.4% below their share of the U.S. population.  Hispanics are even

18   much lower than their percentage of the U.S. population. By contrast, those of Middle

19   Eastern descent, Asians, blacks, and American Indians are all above their shares of

20   the population.

21

22

23

24

25   [5]   John R. Lott, Jr., Freedomnomics.

26   [6]    John R. Lott, Jr. and John E Whitley, Abortion and Crime: Unwanted children and out-
of-wedlock births," Economic Inquiry, 2006. FBI, Uniform Crime Report. Crime in the
27   United States, 2017, Table 3 (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-
2017/tables/expanded-homicide-data-table-3.xls).

28

13.     One thing is clear — mass public shooters are overwhelmingly male, with 96% of the shooters being male. See data from the Crime Prevention Research Center's website (https://crimeresearch.org/2019/07/breaking-down-mass-public-shooting-data-from-1998-though-june-2019-info-on-weapons-used-gun-free-zones-racial-age-and-gender-demographics/).[7]  However, the rights of such groups by age, race, and sex should not be forfeited because of the unlawful behavior by other persons of the same age, race, or sex.  This is particularly the case when young adults' use or possession of firearms is made criminal even where they have a legitimate purpose for their use or possession.  Indeed, the State of California has not banned the purchase, sale, or transfer of a firearm based on race or sex; it should not do so on the basis of age.  Below is the breakdown by race of mass public shooters from 1998 to November 2018.  Also presented is our gender-based demographics.[8]

---

[7]  See also Alper, et al. (2019).

[8]  And see https://crimeresearch.org/2018/11/the-racial-and-gender-demographics-of-mass-public-shooters-middle-eastern-people-asians-blacks-and-american-indians-overrepresented-hispanics-most-underrepresented/

| The Racial Demographics of Mass Public Shooters from 1998 to November 1, 2018 | | | |
|---|---|---|---|
| | Share of Mass Public Shooter | Share of the US population in 2010 | Difference |
| White (Excluding Middle Eastern) | 58.0% | 64.4% | -6.4% |
| Black | 15.9% | 12.8% | 3.1% |
| Asian | 8.7% | 4.8% | 3.9% |
| Middle Eastern | 8.7% | 0.4% | 8.3% |
| Hispanic | 5.8% | 16.6% | -10.8% |
| American Indian | 2.9% | 1.0% | 1.9% |





**Unsupported Justifications for the Age-Based Gun Ban**

14.     California's age-based gun ban is justified by reference to other legislation where law makers have limited the ability of persons under the age of 21 to engage in activities that are otherwise lawful such as the use of alcohol or marijuana; or renting a car.  However, these laws do not cause a forfeiture of an enumerated right conferred to individuals under the Second Amendment.  So, in my opinion, the legislative comparisons are unsupported.

15.    Further, California's age-based gun ban will not result in less crime.  In fact, based on my research, every place that has banned guns (either all guns or all handguns) has seen murder rates go up.    Examples include Chicago, Illinois, Washington D.C., and island nations such as England, Jamaica, Ireland, Venezuela, and obscure places like the Solomon Islands.  Support for my opinion is found at https://crimeresearch.org/2016/04/murder-and-homicide-rates-before-and-after-gun-bans/.

16.    Supporters of California's age-based gun ban have stated that mass public shootings carried out at schools are generally committed by people "under 21." This is misleading and inaccurate.  Of the 74 people who have committed mass public shootings since 1998, 10 were under the age of 21.  Five were under 18, making them too young to purchase a gun under already existing law.  Further, even in the five cases where raising the age limit could conceivably have made an impact, it is likely that the shooters would have illegally obtained the firearm like so many other attackers do (see results of research, above).  Additionally, if one separates out school shootings, there were *eight K-12* mass public shootings where at least four people were killed, but only three of those involved killers between the ages of 18 and 20 (Columbine, 1999; Newtown, 2012; and Parkland, 2018).  There was one of these on average every 2.7 years, and before this period, they were much rarer.  The *college* mass public shooters were 23 years-old (Virginia Tech, 2007); 27 (Northern Illinois University, 2008); 40 (near the University of Washington, 2012); and 43

11

(Oikos University, 2012).   As stated above, of all the mass public shooters, the average age is 33.5 years-old; and the median age 33.

17.   Another justification for California's age-based gun ban is that 18 to 20-year old adults should not be allowed to purchase a firearm due to their "immaturity" and "impulsive or reckless behavior."  This justification is often cited in conjunction with the claim that young adults in California cannot buy alcohol or rent a car due to their "maturity" and "impulsive behavior."[9]  The above-referenced committee report cites no supporting evidence for the claim.  Further, these same young adults are considered mature enough to vote and register to train and serve in the U.S. armed forces.

18.   One way to look at this is the behavior of 18 to 20-year-old concealed handgun permit holders. Michigan and Texas grant to 18-to-20-year-olds and provide data by year of age of permit holders, though relatively few permits are granted (for 2018, 322 permits).[10]   For 18-to-20-year-olds in Texas who were granted such a permit in 2018, only 5 of 322 were revoked (0.015%) and zero were suspended. See **Exhibit 7**, which is a true and correct copy of the 2018 Texas Department of Public

---

[9]   See **Exhibit 6**, which is a true and correct copy of a portion of SB 1100's legislative history (Senate Committee on Public Safety, Bill No. 1100, Author: Portantino, Hearing Date: April 17, 2018, p. 7).

*Declaration Of John Lott In Support Of Plaintiffs' Motion For Preliminary Injunction*

Safety, Regulatory Services Division, Handgun Licensing Program, Demographic Information by Age, Licenses: Issued, Revoked, and Suspended.[11]

19. Nevada doesn't grant permits to 18 to 20-year-olds, but it is still possible to make a comparison between 21 and 22-year-olds and those who are older. To make things comparable with Michigan and Texas, the data for all three states are reported the same way. Unlike Michigan and Texas, the revocation rate for college age permit holders is higher than it is for those who are older than college students, but the difference is very small – just 0.025% and only about a fifth to the differences that go the other way for Michigan and Texas. Yet, even though the revocation rate for college age permit holders in Nevada is higher than for other states, it is still lower than the revocation rate for older adults in Michigan and Texas.

---

[11] See also 2018 Texas Department of Public Safety, Regulatory Services Division, Handgun Licensing Program, Conviction Rates for Handgun License Holders (https://www.dps.texas.gov/RSD/LTC/Reports/ConvictionRatesReport2018.pdf).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





20.    A further justification is that California's age-based gun ban is needed because young adults "under 21" are disproportionally linked to crime.  Above, I have already addressed why this data is skewed.  Also, this comparison is grossly overbroad.  Is the next step for the state of California to ban gun ownership for blacks based on blacks committing crime at relatively high rates?

21.    While some young people commit crimes at relatively high rates, the victims of crime also tend to be relatively young and thus would benefit from the ability to defend themselves.  See, attached hereto as **Exhibit 8**, which is a true and correct copy of the FBI, Uniform Crime Report. Crime in the United States, 2017, Table 2.

22.    The basic premise of our laws is that a democratic society prefers to punish the few that commit crimes *after* they violate the law, instead of punishing the few *and* all others beforehand.  Those "others" also may indeed have good and lawful reasons for desiring to own or possess a firearm, but the ban's net includes them as well.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on September **15**, 2019.

_____

John R. Lott, Jr.

# EXHIBITS
## TABLE OF CONTENTS

| Exhibit | Description | Page(s) |
|---|---|---|
| 1 | John R. Lott<br>Curriculum Vitae | 0001 - 0124 |
| 2 | Mariel Alper and Lauren Glaze<br>"Source and Use of Firearms Involved in Crimes: Survey of Prison Inmates, 2016"<br>U.S. Department of Justice, Office of Justice Programs, (2019) | 0125 - 0145 |
| 3 | Associated Press<br>"Mexico sets 1st half murder record, up 5.3%" ( 2019);<br><br>FBI Uniform Crime Report for 2017 | 0146 - 0151 |
| 4 | Margaret K. Formica, et al.<br>"Can Mass Shootings be Stopped?  To Address the Problem, We Must Better Understand the Phenomenon" (2018) | 0152 - 0168 |
| 5 | John R. Lott, Jr. and John E Whitley<br>Abortion and Crime: Unwanted children and out-of-wedlock births (2006);<br><br> FBI, Uniform Crime Report<br>Crime in the United States (2017) | 0169 - 0191 |
| 6 | SB 1100's Legislative History<br>Senate Committee on Public Safety<br>Bill No. 1100 (2018) | 0192 - 0199 |
| 7 | 2018 Texas Department of Public Safety, Regulatory Services Division, Handgun Licensing Program, Demographic Information by Age, Licenses:<br>Issued, Revoked, and Suspended | 0200 - 0203 |
| 8 | FBI, Uniform Crime Report<br>Crime in the United States (2017)Table 2 | 0204 - 0205 |

16

# EXHIBIT "1"

Exhibit 1
0001

November 20, 2016

Curriculum Vitae

## JOHN R. LOTT, JR.

HOME ADDRESS:      212 Lafayette Ave, Swarthmore, PA 19081

TELEPHONE:         Cell Telephone: (484) 802-5373

E-MAIL:            johnrlott@crimeresearch.org

BIRTH DATE:        May 8, 1958    PLACE: Detroit, Michigan    CITIZENSHIP: USA

DEGREES:           Ph.D.:  UCLA, September 1984, Economics
                   MA:    UCLA, 1982, Economics
                   BA:    UCLA, 1980, Economics, Magna cum laude

DISSERTATION:      "Alternative Explanations for Public Provision of Education"
                     CHAIRMAN:  Harold Demsetz

RANKINGS:          Number 27 among Economics, Law, and Business researchers in terms of
                       lifetime downloads of papers at the Social Science Research Network
                   Worldwide Rankings of Economists and Economics Departments: 1969-2000
                       by Tom Coupe listed me 26th worldwide in terms of quality adjusted total
                       academic journal output, 4th in terms of total research output, and 86th in
                       terms of citations.
                   Listed in various editions of "Who's Who in Economics" by Mark Blaug and
                       Howard Vane.

AWARDS AND FELLOWSHIPS:

           Senior Research Scholar, School of Law, Yale University — Sept. 1999 to
               August 2001.

           The John M. Olin Law and Economics Fellow, School of Law, University of

               Chicago — September 1995 to August 1999.

           The John M. Olin Visiting Assistant Professor, The George J. Stigler Center for
               the Study of the Economy and the State, Graduate School of Business,

               University of Chicago — July 1994 to August 1995.

           The John M. Olin Visiting Fellow, Cornell University Law School, March 1994.

           Winner of the Duncan Black Award presented by the Public Choice Society for
               the best Public Choice paper of the year for 1992.

           The John M. Olin National Fellow, Hoover Institution, Stanford University —
               September 1986 to August 1987.

           Honorable Mention, Outstanding Doctoral Dissertation Contest in Government
               Finance and Taxation sponsored by the National Tax Association and
               the Tax Institute of America, 1984.

**Exhibit 1**
**0002**

Awards and Fellowships (Continued):

Weaver Fellowship, Intercollegiate Studies Institute, 1980-1981.

Work Experience:

President, Crime Prevention Research Center -- August 5, 2013 to Present.

Columnist, Fox News -- March 3, 2008 to Present.

Contributor, Fox News -- March 3, 2008 to November 11, 2013.

Senior Editorial Writer for Economics, Washington Times -- February 2009 to December 1, 2010.

Senior Research Scientist, University of Maryland Foundation, University of Maryland at College Park -- July 2007 to June 2009.

The Dean's Visting Professor, State University of New York at Binghamton – August 2006 to July 2007.

Resident Scholar, American Enterprise Institute — September 2001 to July 2006.

Senior Research Scholar, School of Law, Yale University —  September 1999 to August 2001.

The John M. Olin Law and Economics Fellow, School of Law, University of Chicago — September 1995 to August 1999.

The John M. Olin Visiting Assistant Professor, The George J. Stigler Center for the Study of the Economy and the State, Graduate School of Business, University of Chicago — July 1994 to August 1995.

The John M. Olin Visiting Fellow, Cornell University Law School, March 1994.

The Carl D. Covitz Term Assistant Professor, The Wharton School, University of Pennsylvania — July 1991 to June 1995.

Visiting Assistant Professor, John E. Anderson Graduate School of Management, University of California at Los Angeles — July 1989 to June 1991.

Chief Economist (GS-15, Step 6), United States Sentencing Commission, Washington, D.C. — February 1988 to August 1989.

Visiting Assistant Professor, Department of Economics, Rice University — July 1987 to June 1988.

The John M. Olin National Fellow, Hoover Institution, Stanford University — September 1986 to August 1987.

Visiting Assistant Professor, Department of Economics, Texas A&M University — August 1984 to June 1986.

Lecturer, Department of Economics, California State University, Northridge — August 1983 to June 1984.

Fields of Interest for Research:

Law and Economics, Public Choice, Industrial Organization, Labor, Public Finance, Microeconomic Theory, Environmental Regulation

**Exhibit 1**
**0003**

John R. Lott, Jr.  Page 3

COURSES TAUGHT (PARTIAL LIST):

> Managerial Economics (MBA), Legal Environment of Business (MBA), Environmental Regulation (MBA), White Collar Crime and Corporate Criminal Penalties (MBA), Public Choice (Graduate), Microeconomics (Principles, Intermediate, and MBA), Macroeconomics (Principles, Intermediate, and MBA), Money and Banking (Undergraduate), Issues in Deterrence (Law), Empirical Law and Economics (Law), Cost-Benefit Analysis (Undergraduate, MBA, Graduate),  Political Economy of the Public Sector (MBA), Economics of the Nonprofit Sector (MBA), Research Seminar for Law Students

OTHER AFFILIATIONS:

> Adjunct Scholar, American Enterprise Institute, January 1995 to August 2001.
> Member, The Mont Pelerin Society, September 1990 to present.
> Associate, Political Economy Research Center, March 1987 to present.
> Member, National Policy Forum, Economic Growth and Workplace Opportunity, January 1994 to 1996.

EDITORIAL ACTIVITY AND OTHER PROFESSIONAL POSITIONS:

> Coeditor, *Economic Inquiry*, November 1996 to August 1998.
> Editorial Board, *Regulation*, July 1989 to 2006.
> Editorial Board, *Public Choice*, March 1994 to December 2003.
> Editorial Board, *Managerial and Decision Economics*, January 1994 to July 1998.
> Co-editor, Special Issue of *Journal of Law and Economics* on Penalties: Public and Private, 1999.
> Co-editor, Special Issue of *Economic Inquiry* in Honor of Armen Alchian's 80th Birthday, July 1996.
> Special Editor, *Managerial and Decision Economics*, special issue on "The Economics of Corporate Crime," July-August 1996.
> Nominating Committee for Presidency and Board of Directors of Western Economic Association, Western Economic Association, 1996.

OTHER ACTIVITIES (UNPAID):

> Board of Advisers, Business & Media Institute, May, 2008 to present.
> Wrote the Statistical Report for the Minority members of the U.S. Commission on Civil Rights on the "Probe of Election Practices in Florida During the 2000 Presidential Election."
> Served as a Statistical expert for *USA Today* in evaluating the precinct level data that they had put together after the Florida Presidential Election in 2000.
> Advisor to the Allied Pilots Association and the Airline Pilots Security Alliance on the issue of arming pilots in the cockpit: January 2002 to present.
> Served as the statistical expert for the challenge by Senator Mitch McConnell against McCain-Feingold campaign finance regulations.

OTHER ACTIVITIES (PAID):

> Consultant, Federal Trade Commission, April 17, 2002 to July 1, 2003.

**Exhibit 1**
**0004**

John R. Lott, Jr.  Page 4

BOOKS:

Uncertainty and Economic Evolution: Essays in Honor of Armen Alchian, edited volume, Routledge Press: New York (1997).

More Guns, Less Crime:  Analyzing Crime and Gun Control Laws, University of Chicago Press: Chicago, Illinois (1998), translated into Portuguese (1999), Russian (2004), and German (2017).  Second edition published 2000, third edition published May, 2010.

Are Predatory Commitments Credible?:  Who Should the Courts Believe?, University of Chicago Press: Chicago, Illinois (1999).

The Bias Against Guns: Why Almost Everything You've Heard About Gun Control Is Wrong,  Regnery Press, Washington, DC (2003) translated into Portuguese (Brazil and Portugal).

Freedomnomics: Why the Free Market Works and Other Half-Baked Theories Don't, Regnery Press, Washington, DC (2007), translated into Portuguese (Brazil and Portugal), Chinese, and Korean.

Straight Shooting: Firearms, Economics and Public Policy, Merril Press: Seattle, Washington, (2010).

Debacle: Obama's War on Jobs and Growth and What We Can Do Now to Regain Our Future, co-authored with Grover Norquist, John Wiley & Sons: New York, NY (March, 2012).

At the Brink, Regnery Press, Washington, DC (February 9, 2013)

Dumbing Down the Courts: How Politics Keeps the Smartest Judges Off the Bench, Hillcrest Media: Minneapolis, MN (September 8, 2013).

The War on Guns, Regnery Press, Washington, DC (2016)

PUBLICATIONS:

LAW AND ECONOMICS:

(1)  "Licensing and Nontransferable Rents," *American Economic Review*, Vol. 77, no. 3, June 1987: 453-455; "Licensing and Nontransferable Rents: Reply," *American Economic Review*, Vol. 79, no. 4, September 1989: 910-912.

**Exhibit 1**
**0005**

John R. Lott, Jr.  Page 5

LAW AND ECONOMICS (CONTINUED):

(2) "Juvenile Delinquency and Education:  A Comparison of Public and Private Provision," *International Review of Law and Economics*, Vol.7, no. 2, December 1987: 163-175.

(3) "Should the Wealthy Be Able to 'Buy Justice'?" *Journal of Political Economy*, Vol. 95, no. 6, December 1987: 1307-1316.

(4) "Why Comply:  The One-Sided Enforcement of Price Controls and Victimless Crime Laws," co-authored with Russell Roberts, *Journal of Legal Studies*, Vol. 18, no. 2, June 1989: 403-414, reprinted in *The Economics of Corruption and Illegal Markets*, edited by Gianluca Fiorentini and Stefano Zamagni, Cheltenham, U.K.: Edward Elgar Publishing Limited, forthcoming.

(5) "A Transaction Costs Explanation For Why the Poor are More Likely to Commit Crime," *Journal of Legal Studies*, Vol. 19, no. 1, January 1990: 243-245.

(6) "Optimal Penalties Versus Minimizing the Level of Crime:  Does it Matter Who is Correct?" *Boston University Law Review*, invited conference volume on the United States Sentencing Commission's proposed Organizational Sanctions, March 1991: 439-446.

(7) "An Attempt at Measuring the Total Monetary Penalty from Drug Convictions:  The Importance of an Individual's Reputation," *Journal of Legal Studies*, Vol. 21, no. 1, January 1992: 159-187, reprinted in *The Economics of Corruption and Illegal Markets*, edited by Gianluca Fiorentini and Stefano Zamagni, Cheltenham, U.K.: Edward Elgar Publishing Limited, forthcoming.

(8) "Low-Probability-High-Penalty Enforcement Strategies and the Efficient Operation of the Plea Bargaining System," co-authored with Bruce H. Kobayashi, *International Review of Law and Economics*, Vol. 12, no. 1, March 1992: 69-77.

(9) "Do We Punish High Income Criminals too Heavily?" *Economic Inquiry*, Vol. 30, no. 4, October 1992: 583-608.

(10) "The Reputational Penalty Firms Bear for Committing Fraud,"  co-authored with Jonathan M. Karpoff, *Journal of Law and Economics*, Vol. 36, no. 2, October 1993: 757-803, closely related version reprinted in *The Economics of Organized Crime*, edited by Gianluca Fiorentini and Sam Peltzman, London: Cambridge University Press, 1995: 199-246.

(11) "The Expected Penalty for Committing a Crime:  An Analysis of Minimum Wage Violations," co-authored with Russell Roberts, *Journal of Human Resources*, Vol. 30, no. 2, Spring 1995: 397-408.

(12) "Should Criminal Penalties Include Third-Party Avoidance Costs?" co-authored with Kermit Daniel, *Journal of Legal Studies*, Vol. 24, no. 2, June 1995: 523-534.

**Exhibit 1**
**0006**

John R. Lott, Jr.  Page 6

LAW AND ECONOMICS (CONTINUED):

(13)  "The Optimal Level of Criminal Fines in the Presence of Reputation," *Managerial and Decision Economics*, invited conference volume, Vol. 17, no. 4, July-August, 1996: 363-380.

(14) "In  Defense of Criminal Defense Expenditures and Plea Bargaining," co-authored with Bruce Kobayashi, *International Review of Law and Economics*, Vol. 16, no. 4, December 1996: 397-416.

(15) "Crime, Deterrence, and Right-to-Carry Concealed Handguns," co-authored with David Mustard, *Journal of Legal Studies*, Vol. 26, no. 1, January 1997: 1-68; portion reprinted in *The Gun Control Debate: A Documentary History*, edited by Marjolin Bijlefeld, Westport, CT.: Greenwood Publishing (1997): 88-91; single authored summary reprinted in the *Valparasio University Law Review*, Vol. 31, no. 2 Spring 1997: 355-364; Reprinted in *Guns in America: a reader*. 1999. edited by Jan E. Dizard, Robert M. Muth, Stephen P. Andrews, NYU Press. Reprinted in *The Economics of Crime*. 2005. edited by Isaac Ehrlich and Zhiqiang Liu, The International Library of Critical Writings in Economics, Edward Elgar Pub.. Reprinted in *Economics, Law and Individual Rights*, 2008, edited by Hugo M. Mialon, Paul H. Rubin, Routledge.

(16) "The Concealed Handgun Debate," *Journal of Legal Studies*, Vol. 27, no. 1, January 1998: 221-243.

(17) "Deterrence, Right-to-Carry Concealed Handgun Laws, and the Geographic Displacement of Crime," co-authored with Stephen G. Bronars, *American Economic Review*, Vol. 88, no. 2 (May 1998): 475-479.

(18) "Do Concealed Handgun Laws Save Lives?" *American Journal of Public Health*, Vol. 88, no. 6 (June 1988): 980-982.

(19) "Punitive Damages: Their Determinants, Effects on Firm Value, and the Impact of Supreme Court and Congressional Attempts to Limit Awards," co-authored with Jonathan M. Karpoff, *Journal of Law and Economics*, Vol. 42, no. 1 (part 2) (April 1999): 527-573.

(20) "Have changing Liability Rules Compensated Workers Twice for Occupational Hazards?: Earnings Premiums and Cancer Risks," co-authored with Richard Manning, *Journal of Legal Studies*, Vol. 29, no. 1 (January 2000): 99-130.

(21) "Does a Helping hand Put Others At Risk?:  Affirmative Action, Police Departments, and Crime," *Economic Inquiry*, Vol. 38, no. 2 (April 2000): 239-277; republished in *The Economics of Affirmative Action*, edited by Harry J. Holzer, Edward Elgar Publishing Ltd.: Surrey, UK (2004).

(22) "The American Bar Association, Judicial Ratings, and Political Bias," *Journal of Law & Politics*, (Winter 2001): 41-61.

Exhibit 1
0007

John R. Lott, Jr.  Page 7

LAW AND ECONOMICS (CONTINUED):

(23) "Safe Storage Gun Laws: Accidental Deaths, Suicides, and Crime," co-authored with John Whitley, *Journal of Law and Economics*, Vol. 44, no. 2, part 2, (October 2001): 659-689.

(24) "Non-Voted Ballots and Discrimination in Florida." *Journal of Legal Studies*, Vol. 32, no. 1 (January 2003): 181-220.

(25) "Measurement Error in County-Level UCR Data," with John Whitley, *Journal of Quantitative Criminology*, Vol. 19, No. 2 (June 2003): 185-198.

(26) "The Judicial Confirmation Process: The Difficulty in Being Smart," *Journal of Empirical Law and Economics*, Vol. 2, no. 3, 2005: 407-447 (Lead article).

(27) "The Reputational Penalties for Environmental Violations: Empirical Evidence," with Jonathan Karpoff and Eric Wehrly, *Journal of Law and Economics*, Vol., no. 2 (October 2005): 653-675.

(28) "Abortion and Crime: Unwanted Children and Out-of-Wedlock Births," co-authored with John Whitley, *Economic Inquiry*, Vol. 45, no. 2, (April 2007): 304-324.

(29) "Peer Effects in Affirmative Action: Evidence from Law Student Performance," co-authored with Mark Ramseyer and Jeffrey Standen, *International Review of Law and Economics*, Vol. 31, no. 1 (March 2011): 1-15 (Lead article).

(30) "What a balancing test will show for Right-to-Carry Laws," *University of Maryland Law Review*, Vol. 71, no. 4 (2012): 1205-1218.

PUBLIC CHOICE AND PUBLIC FINANCE:

(1) "Brand Names and Barriers to Entry in Political Markets," *Public Choice*, Vol. 51, no. 1, 1986: 87-92.

(2) "Political Cheating," *Public Choice*, Vol. 52, no. 2, 1987: 169-186.

(3) "The Effect of Nontransferable Property Rights on the Efficiency of Political Markets:  Some Evidence," *Journal of Public Economics*, Vol. 32, no. 2, March 1987: 231-246.

(4) "The Institutional Arrangement of Public Education:  The Puzzle of Exclusive Territories," *Public Choice*, Vol. 54, no. 1, 1987: 89-96.

(5) "Why is Education Publicly Provided?:  A Critical Survey," *Cato Journal*, Vol. 7, no. 2, Fall 1987: 475-501, reprinted in *The Economic Value of Education*, edited by Mark Blaug, Cheltenham, U.K.: Edward Elgar Publishing Limited, 1992, Chapter 27.

**Exhibit 1**
**0008**

John R. Lott, Jr.  Page 8

PUBLIC CHOICE AND PUBLIC FINANCE (CONTINUED):

(6) "Explaining Challengers' Campaign Expenditures:  The Importance of Sunk Nontransferable Brand Name," *Public Finance Quarterly*, Vol. 17, no. 1, January 1989: 108-118.

(7) "Deadweight Losses and the Saving Response to a Deficit," co-authored with Gertrud Fremling, *Economic Inquiry*, Vol. 27, no. 1, January 1989: 117-129.

(8) "Shirking and Sorting in a Political Market with Finite-Lived Politicians," co-authored with W. Robert Reed, *Public Choice*, Vol. 61, no. 1, April 1989: 75-96.

(9) "Time Dependent Information Costs, Price Controls, and Successive Government Intervention," co-authored with Gertrud Fremling, *Journal of Law, Economics, and Organization*, Vol. 5, no. 2, Fall 1989: 293-306.

(10) "Attendance Rates, Political Shirking, and the Effect of Post-Elective Office Employment," *Economic Inquiry*, Vol. 28, no. 1, January 1990: 133-150.

(11) "An Explanation for Public Provision of Schooling:  The Importance of Indoctrination," *Journal of Law and Economics*, Vol. 33, no.1, April 1990: 199-231.

(12) "Predation by Public Enterprises," *Journal of Public Economics*, Vol. 43, no. 2, November 1990: 237-251.

(13) "Does Additional Campaign Spending Really Hurt Incumbents?:  The Theoretical Importance of Past Investments in Political Brand Name," *Public Choice*, Vol. 72, October 1991: 87-92.

(14) "A Critical Review and An Extension of the Political Shirking Literature," co-authored with Michael L. Davis, *Public Choice*, Vol. 74, no. 4, December 1992: 461-484, winner of the Duncan Black Award presented by the Public Choice Society for the best Public Choice paper of the year.

(15) "Reconciling Voters' Behavior with Legislative Term Limits," co-authored with Andrew R. Dick, *Journal of Public Economics*, Vol. 50, no. 1, January 1993: 1-14, reprinted in *Term Limits: A Public Choice Perspective*, edited by Bernard Grofman, Dordrecht, Netherlands:  Kluwer Academic Publishers, forthcoming 1996.

(16) "Time Series Evidence on Shirking by Members of the U.S. House of Representatives," coauthored with Stephen G. Bronars, *Public Choice*, invited conference volume, Vol. 76, no. 1-2, June 1993: 125-149, reprinted in *Foundations of Regulatory Economics*, edited by Robert B. Ekelund, Jr., London: Edward Elgar Publishing Limited, 2000.

(17) "An Explanation for Why Senators from the Same State Vote Differently So Frequently," coauthored with Gi-Ryong Jung and Lawrence W. Kenny,  *Journal of Public Economics*, Vol. 54, no. 1, May 1994: 65-96.

**Exhibit 1**
**0009**

John R. Lott, Jr.  Page 9

PUBLIC CHOICE AND PUBLIC FINANCE (CONTINUED):

(18)  "Do Deficits Affect the Level of Insurance?" co-authored with Gertrud M. Fremling, *Journal of Money, Credit, and Banking*, Vol. 26, no. 4, November 1994: 934-940.

(19)  "Are Government or Private Enterprises More Likely to Engage in Dumping?: Some International Evidence," *Managerial and Decision Economics*, Vol. 16, no. 3, May-June 1995: 185-204.

(20)  "Legislator Voting and Shirking:  A Critical Review of the Literature," co-authored with Bruce Bender, *Public Choice*, Vol. 87, nos. 1 and 2, April 1996: 67-100.

(21)  "Term Limits and Electoral Competitiveness:  Evidence from California's State Legislative Races," co-authored with Kermit Daniel, *Public Choice*, Vol. 90, nos. 1-4, March 1997: 165-184, reprinted in *Constitutional Political Economy in a Public Choice Perspective*, edited by Charles K. Rowley, Kluwer Academic Publishers: Boston, 1997, Chapter 7, pp. 165-184.

(22)  "Does Political Reform Increase Wealth?: Or, Why the Difference Between the Chicago and Virginia Schools is Really an Elasticity Question," *Public Choice*, Vol. 91, nos. 3-4, June 1997: 219-227.

(23)  "A Review Article on Donald Wittman's The Myth of Democratic Failure," *Public Choice*, Vol. 92, no. 1-2, July 1997: 1-13 (Lead article).

(24)  "How Term Limits Enhance the Expression of Democratic Preferences," coauthored with Einer Elhauge and Richard Manning, *Supreme Court Economic Review*, Vol. 5, 1997: 59-81.

(25)  "Do Campaign Donations Alter How a Politician Votes?," coauthored with Steve Bronars, *Journal of Law and Economics*, Vol. 40, no. 2, October 1997: 317-350.

(26)  "Did Women's Suffrage Change the Size and Scope of Government?," co-authored with Larry Kenny, *Journal of Political Economy*, Vol. 107, no. 6, part 1, December 1999: 1163-1198.

(27)  "Public Schooling, Indoctrination, and Totalitarianism," *Journal of Political Economy*, Vol. 107, no. 6, part 2, December 1999: S127-S157.

(28) "A Simple Explanation for Why Campaign Donations are Increasing:  The Government is Getting Bigger," *Journal of Law and Economics*., Vol. 42, no. 2, October 2000: 359-393.

(29)  "Documenting Unusual Declines in Republican Voting Rates in Florida's Western Panhandle Counties in 2000," *Public Choice*, Vol. 123, June 2005: 349-361.

(30)  "Campaign Finance Reform and Electoral Competition," *Public Choice*: Vol. 129 (3-4), 2006: 263-300.

**Exhibit 1**
**0010**

John R. Lott, Jr.  Page 10

PUBLIC CHOICE AND PUBLIC FINANCE (CONTINUED):

(31) "Non-voted Ballots, The Cost of Voting, and Race," *Public Choice*, Vol. 138, no. 1, (January 2009): 171-197.

(32) "What Does the American Bar Association Judicial Rating Really Measure?" *Public Choice*, 2013.

(33) "Is Newspaper Coverage of Economic Events Politically Biased?" co-authored with Kevin Hassett, *Public Choice*, (July 2014): 65-108.

INDUSTRIAL ORGANIZATION:

(1) "Brand Names, Ignorance, and Quality Guaranteeing Premiums," *Applied Economics*, Vol. 20, no. 2, February 1988: 165-176.

(2) "Qualitative Information, Reputation, and Monopolistic Competition," co-authored with Michael Darby, *International Review of Law and Economics*, Vol. 9, no. 1, June 1989: 87-103.

(3) "A Guide to the Pitfalls of Identifying Price Discrimination," co-authored with Russell D. Roberts, *Economic Inquiry*, Vol. 29, no. 1, January 1991: 14-23, reprinted in *Who Sets Prices?*, Pittsburgh, PA.: Enterprise & Education Foundation, 1991.

(4) "Do Some Firms Rely on Preferences Instead of Sunk Investments to Guarantee Performance?" coauthored with Andrew R. Dick, *Managerial and Decision Economics*, invited conference volume, Vol. 14, no. 2, March-April 1993: 109-118.

(5) "Profiting from Induced Changes in Competitors' Market Values:  The Case of Entry and Entry Deterrence," co-authored with Robert G. Hansen, *Journal of Industrial Economics*, Vol. 43, no. 3, September 1995: 261-276.

(6) "Externalities and Corporate Objectives in a World with Diversified Shareholder/Consumers," co-authored with Robert G. Hansen, *Journal of Financial and Quantitative Analysis*, Vol. 31, no. 1, March 1996: 43-68.

(7) "Testing Whether Predatory Commitments are Credible," co-authored with Tim Opler, *Journal of Business*, Vol. 69, no. 3, July 1996: 339-382.

**Exhibit 1**
**0011**

John R. Lott, Jr.  Page 11

OTHER AREAS:

(1)  "Why Do Workers Join Unions?:  The Importance of Rent-Seeking," co-authored with Stephen G. Bronars, *Economic Inquiry*, Vol. 27, no. 4, April 1989: 305-324.

(2)  "The Winner's Curse and Public Information in Common Value Auctions: Comment," co-authored with Robert G. Hansen, *American Economic Review,* Vol. 81, no. 1, March 1991: 347-361, reprinted in *Recent Developments in Experimental Economics*, Vol. II, edited by John D. Hey and Graham Loomes, Cheltenham, U.K.: Edward Elgar Publishing Limited, 1993, Chapter 9, pp. 154-168.

(3) "The Bias Towards Zero in Aggregate Perceptions:  An Explanation Based on Rationally Calculating Individuals," co-authored with Gertrud Fremling, *Economic Inquiry*, Vol. 34, no. 2, April 1996: 276-295; "The Bias Towards Zero in Identifying Relationships:  Reply to Kennedy," co-authored with Gertrud Fremling, *Economic Inquiry*, Vol. 37, no. 2, April 1999: 385-386.

(4) "The Effect of Macroeconomic News on Stock Returns: New Evidence from Newspaper Coverage," co-authored with Gene Birz, *Journal of Banking and Finance*, Vol. 35, November 2011: 2791-2800 (Semifinalist for Best Paper in Investments Award at 2009 FMA Annual Meetings).

SHORTER PAPERS, BOOK CHAPTERS, AND BOOK REVIEWS:

(1)  "A Note on Law, Property Rights, and Air Pollution," *Cato Journal*, Vol. 3, no. 3, Winter 1983/1984:  875-878.

(2)  "Education," Economics Research Directory, New York: Manhattan Institute, 1984: Chp. 7.

(3)  "Rates of Return Promised by Social Security to Today's Young Workers," co-authored with Peter Ferrara, in Social Security:  The Prospects for Real Reform, Peter Ferrara  ed., Washington: Cato Institute, 1985:  Chp. 1.

(4)  Review of Unnatural Monopolies, edited by Robert Poole, *Southern Economic Journal*, Vol. 53, no. 1, July 1986: 287-288.

(5)  "On Nationalizing Private Property and the Present Value of Dictators," co-authored with David Reiffen, *Public Choice*, Vol. 48, no. 1, 1986: 81-87.

(6)  "Externalities, Agency Structure, and the Level of Transfers," *Public Choice*, Vol. 53, no. 3, 1987: 285-287.

(7)  "Televising Legislatures: Some Thoughts on Whether Politicians are Search Goods," co-authored with Gertrud Fremling, *Public Choice*, Vol. 58, no. 1, July 1988: 73-78.

**Exhibit 1**
**0012**

John R. Lott, Jr.  Page 12

SHORTER PAPERS, BOOK CHAPTERS, AND BOOK REVIEWS (CONTINUED):

(8)  "Some Thoughts on Tullock's New Definition of Rent-Seeking," ***Contemporary Policy Issues***,  Vol. 6, no. 4, October 1988: 48-49.

(9)  "Racial Employment and Earnings Differentials:  The Impact of the Reagan Administration:  Comment," ***The Review of Black Political Economy***, Vol. 17, no. 4, Spring 1989: 83-84.

(10)  "Production Costs and Deregulation," co-authored with Morgan Reynolds, ***Public Choice***, Vol. 61, no. 2, May 1989: 183-186.

(11)  Review of Televised Legislatures:  Political Information, Technology, and Public Choice by W. Mark Crain and Brian Goff, ***American Political Science Review***, Vol. 83, December 1989: 1377-1378.

(12)  "Getting Tough on White-Collar Crime," ***Regulation***, Vol. 13, no. 1, Winter 1990: 18-19.

(13)  "A Comment on 'The Role of Potential Competition in Industrial Organization,'" co-authored with Andrew Dick, ***Journal of Economic Perspectives***, Vol. 4, no. 2, Spring 1990: 213-215.

(14)  "Why is Education Publicly Provided?: Some Further Thoughts," ***Cato Journal***, Vol. 10, no. 1, Summer 1990: 293-297.

(15)  "Nontransferable Rents and an Unrecognized Social Cost of Minimum Wage Laws," ***Journal of Labor Research***, Vol. 11, no. 4, Fall 1990: 453-460.

(16)  "The Effect of Conviction on the Legitimate Income of Criminals," ***Economics Letters***, Vol. 34, no. 12, December 1990: 381-385.

(17)  "Why the Commission's Corporate Guidelines May Create Disparity," ***Federal Sentencing Reporter***,  co-authored with Jonathan Karpoff, November/December 1990: 140-141.

(18)  Review of Institutions, Institutional Change, and Economic Performance, by Douglas C. North, ***Journal of Policy Analysis and Management***, Vol. 11, no. 1, 1992: 156-159.

(19)  "Goring the U.S. Economy," Review of Earth in the Balance: Ecology and the Human Spirit, by Senator Albert Gore, Jr., ***Regulation***, Vol. 15, no. 3, Summer 1992: 76-80.

(20)  Review of Reforming Products Liability, by W. Kip Viscusi, ***Journal of Policy Analysis and Management***, Vol. 11, no. 4, 1992: 726-728.

(21)  Review of The Future of Economics, by John D. Hey (ed.), ***Public Choice***, Vol. 75, no. 4 (April 1993): 389-394.

Exhibit 1
0013

John R. Lott, Jr.  Page 13

SHORTER PAPERS, BOOK CHAPTERS, AND BOOK REVIEWS (CONTINUED):

(22)  "Regulatory Common Sense vs. Environmental Nonsense," Reviews of
Environmental Overkill: Whatever Happened to Common Sense? by Dixy Lee Ray
with Lou Guzo and Science Under Siege: Balancing Technology and the
Environment by Michael Fumento, *Regulation*, Vol. 16, no. 1, Fall 1993: 80-82.

(23) "Regulating Indoor Air Quality: The Economist's View," coauthored with Robert G.
Hansen, *The EPA Journal*, Vol. 19, no. 4 (October-December, 1993): 30-31.

(24) "Environmental Economics:  Fallacies and Market Incentives," Chapter 3 in
Balancing the Earth's Economy and Ecology:  Analysis and Constructive
Alternatives to Earth in the Balance, John Baden (ed.), San Francisco: Pacific
Research Institute, 1994: 77-89.

(25)  "The Regulatory Quest for Safety at Any Cost," Review of Collision Course:  The
Truth About Airline Safety by Ralph Nader and Wesley J. Smith, *Regulation*, Vol.
17, no. 1, Winter 1994: 80-81.

(26) "Armen A. Alchian's Influence on Economics," *Economic Inquiry* , Vol. 34, no. 3,
July, 1996: 409-411, reprinted in Uncertainty and Economic Evolution:  Essays in
Honor of Armen Alchian, John R. Lott, Jr. (ed.), Routledge Press: New York
(1997): 1-3.

(27)  Moderated and Participated in "Roundtable discussion in Celebration of Armen
Alchian's 80th Birthday," *Economic Inquiry* Vol. 34, no. 3 (July 1996): 412-426.

(28) "Corporate Criminal Penalties," *Managerial and Decision Economics* Vol. 17, no. 4
(July-August 1996): 349-350.

(29) "In Praise of Lost Mail and $900 Toilet Seats?" Review of The Myth of Democratic
Failure:  Why Political Institutions are Efficient, by Donald Wittman, *Regulation*,
no. 1, 1996: 85-89.

(30) "Concealed Handguns Can Save Lives," *Agenda*, Vol. 3, no. 4, 1996: 499-502.

(31) "Freedom, Wealth, and Coercion," co-authored with Gertrud Fremling, in
Uncertainty and Economic Evolution:  Essays in Honor of Armen Alchian, John R.
Lott, Jr. (ed.), Routledge Press: New York (1997): 151-164.

(32) "Survey of the Economics of Corporate Crime," *Encyclopedia of Law and
Economics*, Boudewijn Bouckaert and Gerrit De Geest, editors, forthcoming.

(33) "The Reputational Penalty Imposed on Criminals," *The New Palgrave Dictionary
of Economics and Law*, Peter Newman, editor, 1998.

(34) "Do Concealed Handgun Laws Save Lives?," *Spectrum:  The Journal of State
Government*, Vol. 70 (Spring 1997): 28 and 29.

**Exhibit 1**
**0014**

John R. Lott, Jr.  Page 14

SHORTER PAPERS, BOOK CHAPTERS, AND BOOK REVIEWS (CONTINUED):

(35) "Who is Really Hurt By Affirmative Action?," *Police Executive Research Forum*, Vol. 12, No. 5, May 1998: 1 and 3.

(36) "How to Stop Mass Shootings," *The American Enterprise*, Vol. 9, no.4, July/August 1998: 66-67.

(37) "More Guns, Less Crime," Letter to the Editor, *The New England Journal of Medicine*, May 20, 1999.

(38) "Refusing to Let Facts Get In The Way of A Good Story," *The American Enterprise*, Vol. 10, No. 3 (May/June 1999): p. 68.

(39) "Public and Private Penalties: Introduction," *Journal of Law and Economics*, Vol. 42, June 1999: 239-243.

(40) "Does Allowing Law-Abiding Citizens to Carry Concealed Handguns Save Lives?" in Guns in America: A Reader, edited by Jan Dizard, Robert Muth, and Stephen Andrews, New York University Press: New York (1999): 322-330.

(41) "Violence Prevention and Concealed Weapons Laws," Letter to the Editor, *Journal of the American Medical Association*, Vol. 283 No. 9, March 1, 2000.

(42) "When Gun Control Costs Lives," *Phi Kappa Phi Journal*, Vol. 80, Fall 2000: 29-32.

(43) "Another Media Murder of the Truth," *The American Enterprise*, Vol. 11, no.8, December 2000: p. 10.

(1) "Impact of the Brady Act on Homicide and Suicide Rates," Letters to the Editor, *Journal of the American Medical Association*, Vol. 284 No. 21, December 6, 2000, p. 2718.

(2) "Carrying Concealed Weapons Prevents Crime," Chapter 3, in Crime and Criminals, edited by Tamara L. Roeff, University of Michigan Press, 2000.

(3) "Guns, Crime, and Safety: Introduction," *Journal of Law and Economics*, Vol. 44, no. 2, part 2, (October 2001): 605-614.

(47) "The Surprising Finding that 'Cultural Worldviews' Don't Explain People's Views on Gun Control," co-authored with Gertrud M. Fremling, *University of Pennsylvania Law Review*, Vol. 151, no. 4 (April 2003): 1341-1348.

(48) "Correcting 'The March of Science' Editorial," *Archives of Pediatrics & Adolescent Medicine*, June 2008: 589.

(49) "Civil Rights: Racial Preferences in Higher Education," *Chapman Law Review*, Winter 2009: 344-350.

**Exhibit 1**
**0015**

John R. Lott, Jr.  Page 15

SHORTER PAPERS, BOOK CHAPTERS, AND BOOK REVIEWS (CONTINUED):

(50) "Reforms that ignore the black victims of crime," ***Cato Unbound***, March 13, 2009.

(51) "An Unsatisfying Change?: Canadians' satisfaction with their health care isn't much different from uninsured Americans," ***Regulation***, Summer 2009: 38-44.

(52) Forward to ***From Luby's to the Legislature: One Woman's Fight Against Gun Control***, by Suzanna Gratia Hupp, Privateer Publications (December 1, 2009).

(53) "Making Guns Less Available Does Not Reduce Gun Violence," in ***Opposing Viewpoints: Gun Violence***, Louise Gerdes, editor, Gale Publishing: Dallas, Texas (2011).

(54) Forward to ***Power Divided is Power Checked***, Jason Lewis, Bascom Hill Publishing (January 2011).

(56) "How do Multiple Victim Public Shooters Decide Where to Attack?" ***ACJS (Academy of Criminal Justice Sciences) Today***, September, 2012: pp. 14-17.

(55) "The Cost-Benefit Analysis of Crime," in ***Developing Standards for Benefit-Cost Analysis***, Richard Zerbe, editor, the University of Washington Benefit-Cost Center (2011).

(56) "How do Multiple Victim Public Shooters Decide Where to Attack?" ***Academy of Criminal Justice Sciences Today***, September, 2012: 14-17.

(57) "Did John Lott Provide Bad Data to the NRC?: A Note on Aneja, Donohue, and Zhang," co-authored with Carlisle E. Moody and Thomas Marvell, ***Econ Journal Watch***, January 2013.

**Exhibit 1**
**0016**

John R. Lott, Jr.  Page 16

REFEREED FOR:

>   *American Economic Review; American Economic Journal: Applied Economics;
>   American Journal of Political Science; Contemporary Economic Policy; Criminology;
>   Criminology & Public Policy; Eastern Economic Journal; Economic Inquiry;
>   Economica; Economics of Education Review; Economics of Governance; International
>   Economic Review; International Journal of Industrial Organization; International
>   Review of Law and Economics; Journal of the American Medical Association; Journal of
>   Corporate Finance; Journal of Economic Behavior and Organization; Journal of
>   Economic Education; Journal of Human Resources; Journal of Interpersonal Violence;
>   Journal of Law and Economics; Journal of Law, Economics, and Organization; Journal
>   of Legal Studies; Journal of Financial and Quantitative Analysis; Journal of Policy
>   Analysis & Management; Journal of Political Economy; Journal of Politics; Journal of
>   Public Economics; Legislative Studies Quarterly; Managerial and Decision Economics;
>   National Science Foundation; Oxford University Press; Policy Studies Journal; Public
>   Choice; Public Finance Quarterly; Quarterly Journal of Economics; Quarterly Review of
>   Economics and Finance; RAND Journal of Economics; Rationality and Society; Research
>   in Law and Economics;  Review of Economics and Statistics; Review of Economics of the
>   Household; Social Choice and Welfare; Southern Economic Journal; and Regulation.*

SELECTED PRESENTATIONS:

PRESENTATIONS AT GOVERNMENT AGENCIES AND OTHER NON-UNIVERSITY INSTITUTIONS:

Ad Hoc Working Group on the Economics of the Pharmaceutical Industry: 1995; American Legislative Exchange Council (National Meeting): 1998; Cato Institute: 1996, 2000, 2007, 2010; City of Philadelphia Continuing Legal Education for Municipal Attorneys: 1999; Commodity Futures Trading Commission: 1991; Commonwealth Club of California (San Jose): 2008; Comstock Club (Stockton, California): 1997; Congressional Hispanic Caucus Institute: 2001; Contemporary Club (Charlottesville, Virginia): 2008; Doctors for Disaster Preparedness (San Francisco, Ca.): 2000; Eagle Council: 1999, 2000; Federal Trade Commission: 1990, 1992, 1996; Fortune Society debate on "Should Convicted Felons Have a Vote?": 2004; Frontiers of Freedom: 2000; Goldwater Institute (Phoenix, Arizona): 1998; Heartland Institute: 1999, 2007, 2010; Heritage Foundation: 1997; Illinois Police Association Annual State Convention (Luncheon Keynote Speaker): 1997; Innocenzo Gasparini Institute for Economic Research (Milan, Italy): 1993; Intelligence Squared: 2008; Koch Crime Commission (Topeka, Kansas): 1998; Lone Star Foundation: 1999; National Association of Treasury Agents Annual Convention: 1997; New Jersey Conference of Mayors: 2000; New Zealand Department of Justice: 2006; Orange County Federalist Society: 2007, 2009, 2013, 2016;  "Bully Pulpit Speaker" series Sponsored by Wisconsin State House Speaker before legislative staff: 2000; Rand Corporation: 1991, 1999; Reason Weekend: 2000; Republican National Lawyers Association, National Summer Election Law Seminar & School: 2006; Seattle Economic Council: 2007; Souix Falls (South Dakota) City club: 2000; St. Louis Police Officers Association: 1999; Sunday Morning Breakfast Club (Philadelphia): 2000; U.S. Department of Education: 1988; U.S. Department of Justice: 1987, 1988, 1989, 1991, 1993; U.S. Office of Management and Budget: 1991; U.S. Securities and Exchange Commission: 1988, 1989; World Affairs Council of Philadelphia: 1993.

**Exhibit 1**
**0017**

John R. Lott, Jr.  Page 17

Conferences (Excluding Multiple Presentations at a conference):

American Bar Association's conference on Gun & Media Violence - Issues for the Litigator: 2001; American Criminology Society: 1996, 1998, 2003; American Economics Association: 1993, 1995, 1996, 1997, 1998, 1999, 2001, 2011; American Enterprise Institute's Panel to Discuss my book entitled More Guns, Less Crime: 1998; American Enterprise Institute's Panel to Discuss my paper on multiple victim shootings: 1999; American Enterprise Institute Conference on "Guns, Crime, and Safety": 1999; American Law and Economics Association Annual  Meeting: 1993, 1994, 1995, 1996, 1997, 2000, 2001; American Statistical Association: 2001; Association of American Law Schools Meetings: 1999; Association of Managerial Economists Meetings: 1993;  Association of Private Enterprise Economists: 2001 (Luncheon Speaker); Atlantic Economic Association Meetings: 1993; Cato Institute's Conference on The U.S. Sentencing Commission's Corporate Penalty Guidelines: 1991; Centre for Economic Policy Research Conference on the Economics of Organized Crime (Bologna, Italy): 1993; Constitutional Rights Foundation Youth Summit (Chicago), 2006; Cornell Political Forum: 2000; Economic Science Association Meetings: 1989; Federalist Society Faculty Division Conference: 1999; Federalist Society Southern Leadership: 1999; Firearm Safety Seminar (Sponsored by the New Zealand Police): 2006; Guns, Crime, and Punishment in America (University of Arizona): 2001; Handgun Control, Inc. Sponsored Debate on my Concealed Handgun Research: 1996; Harvard Law School Conference on the Economics of Law Enforcement: 1998; Heritage Foundation, Legal Strategy Form: 1999; International Symposium on Forecasting: 2007; Law and Economics Center's Conference to Discuss the fourth Edition of Economic Analysis of Law by Richard Posner: 1993; Law and Economics Center's National Conference on Sentencing of the Corporation: 1990;  Missouri Farmer's Association: 2005; Neoliberal Policies for Development:  Analysis and Criticism, sponsored by the Program for Studies in Capitalism, Yale University and Faculdade de Direeito da Universidade de Sao Paulo (Sao Paulo, Brazil): 2000; Penalties: Public and Private (held at the University of Chicago): 1997; National Lawyers Convention: 1999; Public Choice: 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1994, 1995, 1996, 1997, 1999, 2001, 2005, 2011; Southern Economic Association: 1991, 1997; Strategy and Politics sponsored by the University of Maryland Collective Choice Center: 1996; Symposium on the Economic Analysis of Social Behavior to honor Gary Becker's 65th Birthday: 1995; Symposium on Election Law, Federalist Society National Conference: 2000; Symposium on Guns and Liability in America at the University of Connecticut School of Law: 2000; Western Economic Association: 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 2007; Wharton Health Care Conference: 1992; Young Republican Conference, 2006.

**Exhibit 1**
**0018**

PRESENTATIONS AT UNIVERSITIES (REFERS TO BUSINESS SCHOOLS OR ECONOMICS DEPARTMENTS UNLESS NOTED OTHERWISE AND EXCLUDES PRESENTATIONS AT HOME INSTITUTION):

Arizona State University: 1988, 1989, 1991, 1998; Arizona State University Law School: 2016; Auburn University: 1999; Australian National University: 1996; Baylor University: 2007; Baylor University Law School: 2004, 2016; Boston University School of Law: 1998; Boston University Law School: 2000; Brigham Young University: 1992; Brigham Young University Law School: 2002; California State University, East Bay: 2008; Campbell University Law School: 2008; Carnegie Mellon University: 1994; Case Western Reserve University Law School: 2002, 2012, 2015; Catholic University School of Law: 2003; Chicago-Kent School of Law: 2000; Claremont Graduate School: 1989, 1998, 2012; Clemson University: 1988, 2008, 2010; Columbia University School of Law: 1999, 2003; Cornell University: 1989, 1994; Cornell University School of Law: 1994, 1998, 2005; California State University at Hayward: 1987, 1993, 2004, 2010; California State University at Northridge: 1984; Capitol University: 2000; Cardozo School of Law: 1999, 2000, 2012; Catholic University Law School: 2003; Chapman University School of Law: 2005; Dartmouth College: 1985, 2000; Detroit Mercy Law School: 2007; Duke University School of Law: 1998, 2003, 2008; Duquesne Law School: 2012, 2015; Elon University Law School: 2008; Emory University: 1993, 1996; Florida Coastal University School of Law: 2006, 2009; Florida International University School of Law: 2006; Florida State University School of Law: 2005, 2009, 2016;   Florida State University: 2005, 2009; Fordham University School of Law: 1996; Furman University: 2009; George Mason University: 1988, 1989, 1991, 1994, 1995, 2001; George Mason University School of Law: 1988, 1990, 1992, 1993, 1996, 1999, 2001, 2005, 2008; George Washington University Law School: 2000; Georgetown University School of Law: 1997, 2000;   Golden Gate Law School: 2012; Gonzaga University: 2003, 2010; Hamline University School of Law: 2007; Harvard University School of Law: 1996, 1999; University of Hawaii Law School: 2011, 2011; Hillsdale College: 2004, 2007; Hitotsubashi University: 2007; Hoover Institution, Stanford University: 2001; Indiana University: 1994; Indiana University Law School: 2016; Indiana University-Purdue University at Indianapolis: 1997; Johns Hopkins University: 2001; Lewis & Clark Law School: 2004, 2007; Louisville University: 1999; Loyola College (Maryland): 2000; McGeorge Law School: 2012; McKendree College: 2001; Michigan State University: 1997; University of Minnesota School of Law: 2007; Montana State University: 1986; University of Nevada at Las Vegas: 2010; New York University: 1988; New York University School of Law: 1998, 2001, 2008; North Carolina State University: 1990; Northwestern University: 1994; Northeastern University School of Law: 2016; Northwestern University School of Law: 1993, 1996, 2008; Northwestern University Medical School: 2003; Notre Dame University: 1995; Notre Dame University Law School: 2008; Nova Southeastern Law School: 2005; Ohio State University: 1989, 2000; Ohio State University Law School: 2000, 2003; Ohio University: 2003, 2004; Oklahoma City University School of Law: 1999; Pennsylvania State University: 1999; Pepperdine University: 1989; Pepperdine University Law School: 2012; Rice University: 1998; Roger Williams Law School: 2016; Rutgers University: 1991; Rutgers University Law School: 2012; Samford University Law School: 2005; St. Mary's University Law School: 2008, 2010; Santa Clara University: 1991, 2001; Santa Clara University Law School: 2012; Savanah University Law School: 2016; Seattle University School of Law: 2003, 2007; Simon Fraser University: 1991, 2001, 2007; South Dakota University: 2000; Southern Illinois University: 2000; Southern Methodist University: 1985, 1992;

**Exhibit 1**
**0019**

John R. Lott, Jr.  Page 19

PRESENTATIONS AT UNIVERSITIES (CONTINUED):

Southern Methodist University School of Law: 1999, 2004; Stanford School of Law: 1987, 1989, 1996, 2010; SUNY - Binghamtom: 1997; Texas A&M University: 1992; Texas Tech University: 2004; Trinity College: 2000; Tulane University: 1989; Touro Law School: 2012; University of Akron Law School: 2012; University of Alabama Law School: 2005; University of Alberta: 1991; University of Arizona: 1991; University of Arizona School of Law: 1991; University of Baltimore Law School: 2004; University of British Columbia: 2007; University of Canterbury (New Zealand): 2006; University of Chicago: 1990, 1992, 1993; University of Chicago Law School: 2004; UC Berkeley Law School: 1998, 2001, 2001, 2010; UC Davis: 1987, 1993, 1998; UC Irvine: 1989, 1991; UCLA: 1989, 1993, 1995, 1997; UCLA School of Law: 1991, 2005; UC Santa Barbara: 1987, 1990; University of Colorado at Bolder: 2016; University of Florida: 1988, 2000, 2009; University of Florida Law School: 2009; University of Georgia: 1992, 1993; University of Houston: 1984, 1985, 1986, 1987, 1992, 1999, 2010; University of Houston Law School: 1999;  University of Idaho: 2003; University of Idaho Law School: 2004, 2010, 2012; University of Illinois (Champaign-Urbana): 1994; University of Illinois School of Law (Champaign-Urbana): 1998; University of Illinois (Chicago): 1996; University of Iowa School of Law: 2003; University of Kansas: 1999; University of Kansas School of Law: 1999; University of Kentucky: 1995, 2008; University of Maine Law School: 2012; University of Maryland Computer Science Department: 2004; University of Miami: 1989, 1990, 1998, 2005, 2006, 2009; University of Miami School of Law: 2005; University of Michigan: 1995, 1997, 2001; University of Michigan School of Law: 2000, 2001; University of Missouri at St. Louis: 2001; University of Memphis: 2005; University of Montana School of Law: 2003; University of Nebraska: 2016; University of New Hampshire Law School: 2016; University of New Mexico: 1984; University of Oklahoma: 1999; University of Oklahoma School of Law: 1999, 2012; University of Oregon School of Law: 2003, 2007; University of Pennsylvania: 1991; University of Pennsylvania School of Law: 1999; University of San Diego School of Law: 2000, 2003, 2005, 2008; University of South Carolina: 2005, 2010; University of Southern California: 1990, 1999; University of Southern California School of Law: 1999, 2012; University of Utah School of Law: 2002; Saint Cloud State University: 2002; St. Louis University: 2001; St. Louis University (general University talk): 2002; St. Mary's University Law School: 2015; St. Thomas University Law School: 2015; Stetson University School of Law: 2006, 2009; Thomas Cooley Law School (Grand Rapids: 2007) (Lansing: 2007) (Oakland: 2007); University of Tennessee School of Law: 2005; University of Texas (Austin): 1985, 2004, 2007; University of Texas School of Law (Austin): 1999, 2004, 2010, 2016; University of Texas (Dallas): 1992, 1998, 2007; Tiffin University: 1999; University of Tokyo School of Law: 2007; University of Toronto: 1991, 1995; University of Tulsa: 2012; University of Virginia: 1988; University of Virginia School of Law: 2000; University of Washington: 1990, 1997 (business school), 1997, 2007 (economics);, 2004 (Law); University of Western Ontario: 1993, 2006; Vanderbilt University School of Law: 2005; West Virginia University School of Law: 2003; Willamette University Law School: 2003, 2007; Williams College: 1999; University of Wisconsin (Madison): 1995; University of Wisconsin Law School (Madison): 1999; University of Wisconsin (Milwaukee): 1992; Virginia Polytechnic Institute: 1988; Wake Forest University: 1998; Washington State University: 1990;Washington University in St. Louis: 2000;

**Exhibit 1**
**0020**

PRESENTATIONS AT UNIVERSITIES (CONTINUED):

> Washington University in St. Louis School of Law: 2003; Wayne State University: 2000; Widener University Law School: 2016; College of William and Mary: 1999, 2006; William and Mary School of Law: 1999, 2007; William Mitchell Law School: 2003; Xavier University: 2004; Yale University School of Law: 1985, 1996.

LEGISLATIVE TESTIMONY:

> U.S. House of Representatives, Subcommittee on Health and the Environment, Public Hearing on Prescription Drugs in the Health Security Act, Tuesday, February 8, 1994.

> U.S. House of Representatives, Subcommittee on Health, Committee on Ways and Means, Public Hearing on Alternative Health Reform Proposals, Thursday, February 10, 1994.

> Nebraska State Senate, Judiciary Committee, Public Hearings on Concealed Handgun Permits, Thursday, February 6, 1997 (lead witness).

> Kansas State Senate, State and Federal Affairs Committee, Public Hearings on Concealed Handgun Permits, Monday, February 10, 1997 (lead witness).

> Kansas State House, State and Federal Affairs Committee, Public Hearings on Concealed Handgun Permits, Monday, February 10, 1997 (lead witness).

> Illinois State House, Transportation Committee, Public Hearings on Concealed Handgun Permits, Tuesday, March 18, 1997 (lead witness).

> California State Assembly, Committee on Public Safety, Public Hearings on Concealed Handgun Permits, Tuesday, November 18, 1997.

> City of Toledo (Ohio), City Council; Public Hearings on Ordinances to require handgun registration, require gun locks, and ban assault weapons; Monday, Dec. 13, 1998 (lead witness).

> Minnesota Joint State Assembly and Senate Hearing, Committee on Public Safety, Public Hearings on Concealed Handgun Permits, February 19, 1999 (lead witness).

> Ohio State House, Judiciary Committee, Public Hearings on Concealed Handgun Permits, Tuesday, March 2, 1999 (lead witness).

> Maryland State House, Judiciary Committee, Public Hearings on Concealed Handgun Permits, Wednesday, March 17, 1999.

> Maryland State Senate, Judicial Procedures Committee, Public Hearings on Concealed Handgun Permits, Wednesday, March 17, 1999 (lead witness).

Exhibit 1
0021

John R. Lott, Jr.  Page 21

LEGISLATIVE TESTIMONY (CONTINUED):

U.S. Senate, Rules and Administration Committee, Public Hearings on Campaign Finance Reform, Wednesday, March 24, 1999.

Michigan State House, Conservation and Outdoor Recreation Committee, Public Hearings on Concealed Handgun Permits, Wednesday, April 22, 1999 (lead witness).

U.S. House of Representatives, Judiciary Committee, Subcommittee on Crime, Public Hearing on Gun Control Legislation, Thursday, May 27, 1999.

Utah Joint State Assembly and Senate Hearing, Committees on the Judiciary and Law Enforcement, Wednesday, July 21, 1999 (lead witness).

Hawaii State Senate Joint Committee Hearing, Committee on the Judiciary and Committee on Transportation and Intergovernmental Affairs, Tuesday, February 15, 2000.

Maryland State House, Budget Committee, Public Hearings on Tax Credit for Gun Locks, Wednesday, February 16, 2000

Wisconsin State House, Judiciary and Privacy Committee, Public Hearings on Concealed Handgun Law, Tuesday, February 29, 2000.

Maryland State Senate, Judicial Procedures Committee, Public Hearings on Smart Gun Locks, Wednesday, March 15, 2000.

New Jersey State Senate, Law and Public Safety Committee, Public Hearings on Smart Gun Locks and raising the age at which a gun can be purchased to 21, Thursday, May 15, 2000.

Ohio State House, Civil and Commercial Law Committee, Public Hearings on Concealed Handgun Law, Wednesday, June 13, 2001 (lead witness).

U.S. Senate, Rules and Administration Committee, Public Hearing to examine a report from the U.S. Commission on Civil Rights regarding the November 2000 election and election reform in general, Wednesday, June 27, 2001.

U.S. House of Representatives, Judiciary Committee, Public Hearing on the "Help America Vote Act of 2001," Wednesday, December 5, 2001.

Wisconsin State Senate, Judiciary Committee, Public Hearings on Concealed Handgun Law, Saturday, March 9, 2002.

Ohio State Senate, Judiciary – Civil Justice Committee, Public Hearing on Concealed Handguns – License to Carry, Wednesday, May 22, 2002.

**Exhibit 1**
**0022**

John R. Lott, Jr.  Page 22

LEGISLATIVE TESTIMONY (CONTINUED):

Maryland State House, Judiciary Committee, Public Hearings on Concealed Handgun Law, Wednesday, March 16, 2004.

U.S. Election Assistance Commission, Public Meeting on Voting Systems, Wednesday, February 23, 2005.

U.S. House of Representatives, House Government Reform Committee, Public Hearing on the "District of Columbia Gun Ban," Tuesday, June 28, 2005.

U.S. Election Assistance Commission, Public Meeting on Voting Systems, Wednesday, August 23, 2005.

Illinois State House, Special Committee on Concealed Carry, Monday, April 10, 2012 (lead witness).

Governor's School Safety Task Force, Virginia, Hearing to examining Delegate Bob Marshall's bill to allow teachers to carry guns on school property, January 27, 2013, 5:30 to 6:00 PM.

U.S. Senate Judiciary Committee's Subcommittee on the Constitution, Civil Rights, and Human Rights,  Hearing on "'Stand Your Ground' Laws: Civil Rights and Public Safety Implications of the Expanded Use of Deadly Force," October 29, 2013.

Joint Mexican Senate and House Constitution Committee Hearing on rewriting Article 10 of the Mexican Constitution that deals with gun ownership, November 16, 2016.

COURT TESTIMONY:

California Pro-life Council Political Action Committee v. Jan Scully, et al., United States District Court, Eastern District of California, NO. CIV. S-96-1965 LKK/DAD.

Colorado Right to Life Committee v. Buckley, United States District Court, District of Colorado, Case No. 96-S-2844.

Florida Right to Life, Inc., et al. v. Sandra Mortham, etc. et al., United States District Court, Central District of Florida , No. 98-770-CIV-ORL-19A.

Montana Right to Life Association et. al. v. Robert Eddelman et. al., United States District Court, District of Montana,  NO. CIV. 96-165-BLG-JDS.

Daggett  v. Webster, 74 F.Supp.2d 53(D.Maine 1999) and 81 F.Supp.2d 128 (D.Maine 2000).

Marcella Landell, et al. v. William Sorell, et al., United States District Court, District of Vermont , 118 F.Supp.2d 459 (D.Vt 2000).

Stewart,  et. al. v. J. Kenneth Blackwell, et al.,  United States District Court, Northern District of Ohio, Eastern Division (February 20, 2004 and September 30, 2004), Case No. 5:02 CV 2028.

**Exhibit 1**
**0023**

John R. Lott, Jr.  Page 23

DEPOSITIONS ONLY:

> Expert for the Virginia State Attorneys General, State Legislative Redistricting, September 2001.

> Expert for *National Middle School Association v. Lloyds London,* Franklin County Court of Common Pleas, August, 2012.

CONFERENCES ORGANIZED AND RAISED MONEY:

> Corporate Sentencing:  The Guidelines Take Hold, held at the Four Seasons Hotel under the auspices of the Cato Institute, October 31, 1991.

> "Penalties: Public and Private," held at the University of Chicago, December 1997 and published in the ***Journal of Law and Economics***, June 1999.

> "Guns, Crime, and Safety," held at the American Enterprise Institute and co-sponsored with the Yale Law School, December 1999 and published in the ***Journal of Law and Economics***, October 2001.

SELECTED PUBLIC APPEARANCES (all times are EST, except where otherwise noted, primarily limited to National appearances):

> **C-SPAN**, Press conference presenting letter that I authored which was signed by 565 economists on President Clinton's Health-care Plan, 8:00 AM, Friday, January 14, 1994 and 2:00 PM, Sunday, January 16, 1994.

> **CNN** and **CNN** Headline News, Thursday, January 13, 1994.

> All Things Considered, National Public Radio, Thursday, January 13, 1994.

> Market Place, Public Radio International, Thursday, January 13, 1994.

> The Nightly Business Report, National Public Television, Thursday, January 13, 1994.

> At least 50 local television stations around the nation covered the letter, from Thursday, January 13, 1994 to Friday, January 14, 1994.

> Appeared on 61 radio talk shows around the nation to discuss the economists' letter on President Clinton's Health-care Plan from Friday, January 14, 1994 to Friday, January 28, 1994.

> **CNN**, Inside Business, Sunday, January 23, 1994.

> New Jersey Network and National Empowerment Television, National Policy Forum "Taxpayers, Speak Out!: A National Tax Day Policy Forum," 1 to 3 PM, Friday, April 15, 1994.

> **ABC National Evening News**, Friday, August 2, 1996.

**Exhibit 1**
**0024**

SELECTED PUBLIC APPEARANCES (CONTINUED):

British Broadcasting Corporation Radio, Sunday, August 4, 1996.

Monitor Radio, Thursday, August 8, 1996.

**MSNBC**, 10:05 AM and 3:05 PM, Thursday, August 8, 1996.

**NBC** National Evening News, Thursday, August 8, 1996.

**CNN** and **CNN Headline News**, Thursday, August 8, 1996.

**NBC** - Nightside, Friday, August 9, 1996.

**NBC** News at Sunrise, Friday, August 9, 1996.

NBC Today Show, twice, Friday, August 9, 1996.

**C-SPAN**, Presentation of Concealed Handgun Study, 11:30 AM, Friday, August 9, 1996.

At least 41 local television stations around the nation (along with radio stations in at least New York, Los Angeles, Chicago, Hartford, and Miami) covered the findings of my concealed handgun study, from Thursday, August 8, 1996 to Saturday, August 10, 1996.

Appeared on approximately 100 radio talk shows around the nation to discuss the concealed handgun study from Thursday, August 8, 1996 to December 31, 1996.

Australian Broadcasting Corporation, The Breakfast with Peter Thompson, National Morning Radio Broadcast, 8:05 AM, Thursday, August 15, 1996, Sydney time.

As It Happens, Canadian Broadcasting Corporation, Tuesday, August 20, 1996.

Morning Edition, "Study Says Concealed Weapons Law Decreases Crime Rate," National Public Radio, Monday, September 23, 1996, 6:40, 8:40, and 10:40 AM.

**CNN Early Prime**, "Handguns are Becoming More Powerful, But More Compact," Monday, October 14, 1996, 4:38 PM.

British Broadcasting Corporation Radio, Wednesday, October 16, 1996.

*C-SPAN*, Presentation of Concealed Handgun Study, 9:00 AM, 2:30 PM, and 9:30 PM, Monday, December 9, 1996; 2:30 AM Tuesday, December 10, 1996; and 5:36 PM Saturday, December 14, 1996.

Morning Edition, National Public Radio, "Concealed Weapons Laws," Tuesday, December 10, 1996, 10:00 AM.

*MSNBC*, 4:08 to 4:20 PM, Monday, February 24, 1997.

**Exhibit 1**
**0025**

John R. Lott, Jr.  Page 25

Selected Public Appearances (Continued):

The O'Reilly Report, *Fox News* Channel, "Concealed Handguns and Crime," 6:10 to 6:17 PM, Thursday, April 10, 1997.

The Impact of Term Limits, C-SPAN, 11:00 AM, Wednesday, August 27, 1997; 7:00 AM Thursday, August 28, 1997.

The Hannity and Colmes Show, *Fox News* Channel, 9:30 to 10:00 PM, Tuesday, October 7, 1997.

Appeared on approximately 160 radio talk shows and 13 local television shows around the nation to discuss my book entitled More Guns, Less Crime, from Monday, March 30, 1998 to July 1, 1998.

The O'Reilly Factor, *Fox News* Channel, 8:40 to 8:45 PM, Monday, March 30, 1998.

The John Robbie Morning Radio Show (Johannesburg, Pretoria, and Cape Town), 5:44 to 5:55 AM (South Africa), Wednesday, April 15, 1998.

The John Mason Morning Radio Show (Cape Town), 6:38 to 6:49 AM (South Africa), Friday, April 17, 1998.

America's Voice Tonight, America's Voice Channel, 8:35 to 8:45 PM, Tuesday, April 28, 1998.

*MSNBC*, 4:10 to 5:30 PM, Thursday, May 21, 1998.

*SkyNews* Television, 4:51 to 4:55 PM (London), Friday, May 22, 1998.

*Fox News* Channel, 2:40 to 2:50 PM, Friday, May 22, 1998.

Anne Petrie's TalkTV, Canadian Broadcasting Corporation Newsworld, 6:15 to 6:50 PM, Monday, May 25, 1998.

American Family, America's Voice Channel, 9:07 to 9:30 AM, Thursday, June 11, 1998.

About Books, Discussion of More Guns, Less Crime at the American Enterprise Institute, *C-SPAN2*, 9:00 PM to 10:30 PM, Saturday, June 20, 1998; 12:00 AM to 11:30 AM and 10:00 AM to 11:30 AM, Sunday, June 21, 1998.

The Today Show, *NBC*, 7:40 to 7:45 AM, July 21, 1998.  Replayed several times on *MSNBC* on July 21, 1998.

Interview with Philipa Thomas, The World Today, British Broadcasting Corporation, August 12, 1998.

**Exhibit 1**
**0026**

John R. Lott, Jr.  Page 26

SELECTED PUBLIC APPEARANCES (CONTINUED):

Interview with Fred Graham, Washington Watch, **Court TV**, Friday, August, 28, 1998, 7:30 PM; Saturday, August, 29, 1998, 5:30 PM; and Sunday, August, 30, 1998, 5:30 PM.

Politics, Canadian Broadcasting Corporation Newsworld, Tuesday, September 22, 1998, 5:10 to 5:20 PM.

Newsworld Reports, Canadian Broadcasting Corporation Newsworld, Tuesday, September 22, 1998, 7:05 to 7:15 PM.

National Magazine, Canadian Broadcasting Corporation, Tuesday, September 22, 1998, 9:10 to 9:20 PM.

The **CBS Morning News**, "Cities to go after gun makers to convince them to change manufacturing and distribution policies," Friday, December 11, 1998, 7:00 AM.

About Books, More Guns, Less Crime, **C-SPAN2**, 10:50 AM to 12:17 PM and 3:12 PM to 4:39 PM, Saturday, February 20, 1999; 7:00 AM to 8:27 AM, Sunday, February 21, 1998.

Armstrong Williams Show, America's Voice Channel, 6:40 to 7:00 PM, Monday, March 15, 1999.

Howard Stern Radio Show, 8:10 to 8:35 AM, Tuesday, March 30, 1999.

Michael Medved Radio Show, 5:07 to 5:45 PM, Wednesday, April 6, 1999.

"Should We Have More Gun Control?" Debates/Debates, National Public Television, Week of April 21, 1999.

Interview, Canadian Television News, 8:05 to 8:12 PM, Thursday, April 22, 1999.

Rush Limbaugh Radio Show, 2:30 to 2:45 PM, Friday, April 23, 1999.

Sunday Morning Live, Canadian Broadcasting Corporation, 10:00 to 10:10 AM, Sunday, April 24, 1999.

**Fox News** Channel, 10:05 to 10:10 PM, Tuesday, April 27, 1999.

**MSNBC**, 6:08 to 7:00 PM, Tuesday, April 27, 1999.

**CNN's** "Talkback Live," 3:00 to 4:00 PM, Wednesday, April 28, 1999.

**Fox News** Channel, 10:15 to 10:30 AM, Thursday, April 27, 1999.

**NBC National Evening News**, Friday, April 30, 1999.

**Exhibit 1**
**0027**

John R. Lott, Jr.  Page 27

SELECTED PUBLIC APPEARANCES (CONTINUED):

Special on Columbine School Shooting, selective segments, *Fox News* Channel, 11:00 to 11:30 PM, Friday, April 30, 1999.

*MSNBC*, 11:45 to 11:55 AM, Saturday, May 1, 1999.

*Fox News* Channel, 12:35 to 12:45 PM, Monday, May 3, 1999.

The Fox News Report, *Fox News* Channel, 7:35 to 7:45 PM, Monday, May 3, 1999.

MSNBC, 11:45 to 11:55 AM, Sunday, May 9, 1999.

CNN & Company, 11:30 AM to 12:00 PM, Thursday, May 20, 1999.

Interview with Tony Snow, *Fox News* Channel, 10:20 to 10:30 AM, Friday, May 21, 1999.

Fox News Channel, 3:10 to 3:16 PM, Friday, May 21, 1999.

Internight with John Gibson, *MSNBC*, 7:00 to 7:30 PM, Friday, May 21, 1999.

*Fox News* Channel, 4:10 to 4:15 PM, Sunday, May 23, 1999.

Hardball with Chris Matthews, *CNBC*, Wednesday, May  26, 1999, 8:00 PM.

*C-SPAN*, Testimony Before House Judiciary Committee's Subcommittee on Crime, 2:00 PM, Thursday, May 27, 1999; 12:16 AM Friday, May 28, 1999; 2:00 PM Saturday, May 29, 1999.

*Fox News* Channel, 9:50 to 9:55 AM, Tuesday, June 1, 1999.

*Fox News* Channel, 1:40 to 1:45 PM, Wednesday, June 16, 1999.

"Gun Control Debate: Good Legislation or Bad Legislation?" CNN Today, *CNN*, 1:29 TO 1:38 PM, Friday, June 18, 1999.

Hardball with Chris Matthews, *CNBC*, Tuesday, June  22, 1999, 8:00 PM.

"Airlines and Government," *C-SPAN3*, 11:30 AM to 1:30 PM, Monday, June 28, 1999; *C-SPAN*, 9:20pm to 11:19 PM, Monday, June 28, 1999; *C-SPAN2*, 1:20 to 3:20 AM, Tuesday, June 29, 1999.

"Gun Life," *A&E* series on "Guns in America," 9:00 to 10:00 PM, Monday, June 28, 1999.

The Hannity and Colmes Show, *Fox News* Channel, 9:20 to 9:40 PM, Wednesday, August 11, 1999.

**Exhibit 1**
**0028**

John R. Lott, Jr.  Page 28

SELECTED PUBLIC APPEARANCES (CONTINUED):

Hardball with Chris Matthews, **CNBC**, Wednesday, August 18, 1999, 8:40 to 9:00 PM.

"*Buckley V. Valeo* Revisited:  Are Existing Campaign Contribution Limits Consistent with the First Amendment?" **C-SPAN1**, 2:30 to 3:40 PM, Friday, September 10, 1999; **C-SPAN1**, 3:48 to 5:00 AM, Tuesday, September 14, 1999.

"Gunmakers Coming Under Increasing Pressure From All Areas to Make Guns Safer," **National Public Radio**, Thursday, December 9, 1999.

"Watch It" with Laura Ingraham, **MSNBC**, 6:15 to 6:30 PM, Thursday, December 9, 1999.

"Guns, Crime, and Safety," Conference at the American Enterprise Institute, **C-SPAN1**, 3:30 PM to 5:40 PM, Friday, December 10, 1999; C-SPAN2, 8:00 AM to 10:40 AM, Monday, December 13, 1999.  Also carried on C-SPAN radio.

"A Society of Violence," segment on The NewsHour with Jim Lehrer, 6:32 to 6:50 PM, Thursday, December 16, 1999.

"The spotlight is back on US gun laws," Australian Broadcasting Corporation's AM program, 8:20 to 8:25 AM AEDT, March 2, 2000.

"The Diane Rehm Show," National Public Radio, 11:00 to 11:50 AM, Thursday, May 11, 2000.

"The Michael Reagan Show," 7:30 to 8:00 PM, Friday, May 12, 2000.
"The News with Brian Williams," **MSNBC**, 9:15 to 9:22 PM, Friday, May 12, 2000.

 "Armed Informed Mothers March" **C-SPAN1**, 4:00 to 6:00 PM, Sunday, May 14, 2000; **C-SPAN1**, 2:00 to 4:00 AM, Monday, May 15, 2000; **C-SPAN2**, and 10:09 PM to 12:44 AM, Monday, May 15, 2000.

Australian Broadcasting Corporation's "Late Line," 10:45 to 11:15 AEDT, Monday, May 15, 2000.

 "Special Report with Brit Hume," **Fox News** Channel, 6:18 to 6:23 PM, Monday, May 15, 2000.

Gun Buyback Programs," Fox Report, **Fox News** Channel, 7:15 to 7:17 PM, Thursday, June 1, 2000.

The Hannity and Colmes Show, **Fox News** Channel, 9:00 to 9:15 PM, Friday, June 3, 2000.

Think Tank with Ben Wattenberg, **National Public Television**, Week starting June 8, 2000.

**Exhibit 1**
**0029**

John R. Lott, Jr.  Page 29

SELECTED PUBLIC APPEARANCES (CONTINUED):

About Books, Discussion of <u>More Guns, Less Crime</u> at the Cato Institute, **C-SPAN2**, 1:20 PM to 3:10 PM, Sunday, July 10, 2000.

Fox Report, **Fox New** Channel, 7:50 to 7:55 PM, Thursday, October 19, 2000.

"The Election and Guns," **CNN NewsStand**, CNN, 10:32 to 10:55 PM, Tuesday, October 24, 2000 and 1:32 to 1:55 AM, Wednesday, October 25, 2000.

Politically Incorrect, **ABC**, 12:05 to 12:35 PM, Monday, February 26, 2001.

"Reaction to Bancroft Winner Arming America," Columbia College Conservative Club, **C-SPAN2**, 9:45 to 11:05 PM, Sunday, April 29, 2001; **C-SPAN2**, 5:30 to 6:50 PM, Monday, April 30, 2001.

Special Report with Brit Hume, **Fox News** Channel, 6:25 to 6:27 PM, Tuesday, May 1, 2001.

"Zero Tolerance Policy," The News with John Gibson, **Fox News** Channel, 5:35 to 5:38 PM, Tuesday, June19, 2001.
"Shifting Gun Control Policy," To the Point, Public Radio International, 2:30 to 2:50 PM, Thursday, August 9, 2001.

"Should Guns be Allowed Near Schools?" interviewed by Rick Sanchez, **MSNBC**, 1:33 to 1:38 PM, Monday, August 21, 2001.

The Sean Hannity Radio Show, 3:35 to 3:50 PM, Friday, September 28, 2001.

"Can Guns Stop Terrorists?" interviewed by Neil Cavuto, **Fox News** Channel, 4:43 to 4:46 PM, Monday, October 1, 2001.

"The Terrorist Threat," **MSNBC**, Thursday, October 11, 2001, 4:32 to 5:00 PM.

"Mischaracterization of History?" **Fox News** Channel, Wednesday, January 9, 2002, 7:50 to 7:53 PM.

"Study: Guns No Safer When Locked Up," Special Report with Bret Hume, Fox News Channel, Friday, July 5, 2002, 6:35 to 6:38 PM and July 6, 2002, 12:35 to 12:38 AM; also presented on Fox Fair & Balanced, Fox News Channel, 3:55 to 3:58 PM.

"The Abrams Report," MSNBC, Monday, October 7, 2002, 6:25 to 6:28 PM.

Fox News, Friday, October 11, 2000, 1:50 to 1:56 PM.

"Ballistic Fingerprinting," Connie Chung Tonight, CNN, Wednesday, October 16, 2002, 8:33 to 8:40 PM.

**Exhibit 1**
**0030**

John R. Lott, Jr.  Page 30

SELECTED PUBLIC APPEARANCES (CONTINUED):

Laura Ingraham Radio Show,  8:41 to 8:57 PM, Wednesday, October 16, 2002.

"Advocates of Gun Control Use Killing Spree to Take Aim at Gun Lobby," The Big
Story with John Gibson, Fox News Channel, Friday, October 18, 2002,  5:13 to 5:16
PM; also replayed on The Fox Report with Shepard Smith and other segments that
day.

Dennis Praeger Radio Show, 12:05 to 12:55 PM, Tuesday, October 22, 2002.

"Interview with John Lott," Special Report with Bret Hume, Fox News Channel,
Tuesday, October 22, 2002, 6:19 to 6:29 PM.

CNNfn, Thursday, October 24, 2002, 11:50 to 11:59 AM.

"Political Bias in Publishing," Fox Report, Saturday, January 19, 2003, 8:24 to 8:26 PM.

Buchanan & Press, MSNBC, Monday, May 26, 2003, 3:30 to 3:35 PM.

Scarborough Country, MSNBC,  Tuesday, June 17, 2003, 10:03 to 10:11 PM and
Wednesday, June 18, 2003, 1:03 to 1:11 AM.

Hardball with Chris Matthews, MSNBC, Monday, June 30, 2003, 7:30 to 7:38 PM and
11:30 to 11:38 PM.

News Conference, Armed Pilots Program, Airline Pilots Security Alliance, C-SPAN2,
5:12 AM to 5:52 AM, 8:48 AM to 9:28 AM, 1:20 PM to 2:00 PM, 8:48 PM to 9:28
PM, Wednesday, August 27, 2003 and 12:28 AM to 1:08 AM, Thursday, August
28, 2003.

"Are the Skies Safe?" Lou Dobbs Moneyline, CNN and CNNfn, Tuesday, September 2,
2003, 6:27 to 6:30 PM.

"Will Democrat candidates opt out of public funding?" NPR's Marketplace, Friday,
October 17, 2003.

"A 'Jobless' Recovery?" CNBC, Friday, January 23, 2004, 5:35 to 5:41 PM.

"Granny Get Your Gun," Fox Report with Shepard Smith, Fox News, Monday, February
2, 2004; also replayed on Sunday Best, Fox News Channel, February 8, 2004,  9:35
to 9:37 PM.

"Big Story: Getting A Bead On The New Gun Control Law," CNNfn, Friday, February
27, 2004, 11:05 to 11:25 AM.

"The Lars Larson Show," nationally syndicated radio show, Monday, March 1, 2004,
7:45 to 7:58 PM.

Exhibit 1
0031

John R. Lott, Jr.  Page 31

"Voting Rights for Felons," National Public Radio's The Connection, Monday, April 4, 2004, 10:00 to 11:00 AM.

"Ohio's New Concealed Handgun Law," National Public Radio's Day to Day, Friday, April 8, 2004, 9:20 to 9:25 AM.

"Five years after Columbine," Tony Snow's Radio Show, Tuesday, April 20, 2004, 10:50 to 10:55 AM.

"Guns: Self Defense or Public Health Crisis," Duquesne University Debate, Pennsylvania Cable Network TV, Tuesday, April 27, 2004, 10:30 AM to 12:10 PM; Wednesday, April 28, 2004, 9:00 AM to 10:40 AM.

"The Bias Against Guns: Why Almost Everything You've Heard About Gun Control Is Wrong," Book TV, C-SPAN2, Saturday, May 15, 2004, 1:00 to 2:39 PM; Sunday, May 16, 1:00 to 2:39 AM; and Monday, May 31, 3:15 to 5:00 AM; C-SPAN Radio, Sunday, May 16, 5:00 to 6:39 PM; C-SPAN2, Saturday, August 28,  10:30 AM to 12:09 PM.

The Michael Dresser Show, Friday, May 29, 2004, 9:05 to 9:30 PM.

"Electronic Voting Machines and Fraud," State Circle, Maryland Public Television, Friday, June 4, 2004.

Geoff Metcalf, nationally syndicated radio show, Friday June 18, 2004, 8:30 to 9:00 PM.

"Preventing Another Florida?: Will the Changes Make Things Better?" C-SPAN1, Monday, June 21, 2004,  10:15 AM to 12:15 PM and 1:00 to 2:00 PM; C-SPAN3, Tuesday, June 22, 2004, 6:52 to 8:57 PM; C-SPAN2, Tuesday, June 29, 2004, 2:28 to 4:30 PM; C-SPAN3, Wednesday, June 30, 2004,  5:50 to 7:45 PM; C-SPAN3, Tuesday,  August 17, 2004,  4:12 to 6:03 PM.

Linda Chavez's nationally syndicated radio show, Friday, July 2, 2004, 11:15 to 11:30 AM.

Alan Colmes' nationally syndicated radio show, Friday, July 2, 2004, 10:15 to 10:30 PM.

"Electronic Voting Machines in Florida," Nightly Business Report,  National Public Television, Thursday, July 22, 2004.

"Assault Weapons Ban," On the Point, National Public Radio, Friday, August 13, 2004, 7:29 to 7:33 PM.

"The Quiet Death of the Assault Gun Ban," The Connection, National Public Radio, Friday, September 10, 2004, 10 to 11 AM.

**Exhibit 1**
**0032**

John R. Lott, Jr.  Page 32

SELECTED PUBLIC APPEARANCES (CONTINUED):

"Media Bias," MSNBC with Lester Holt, Monday, September 10, 2004, 5:45 to 5:52 PM.

"Assault Weapons Ban," KNX Radio, Monday, September 10, 2004, 6:30 to 6:38 PM.

"Assault Weapons Ban," Larry Elder's Radio Talk Show, Monday, September 10, 2004, 7:10 to 7:30 PM.

"Media Bias" CNBC, Thursday, September 16, 2004, 5:45 to 5:50 PM.

"Gun Bias and the Media," C-SPAN3, Monday, September 27, 2004, 2:00 to 3:30 PM.

"Are the Elections any more Secure than 2000?" Lou Dobbs Tonight,  Thursday, October 21, 2004,  6:30 to 6:37 PM and 11:30 to 11:37 PM and Friday, October 22, 2004, 4:30 to 4:37 AM.

"Judicial Confirmation Process," C-SPAN3, Monday, February 14, 2005, 9:00 to 10:30 AM; C-SPAN2, Monday, February 14, 2005, 9:55 to 11:25 PM; C-SPAN2, Tuesday, February 15, 2005, 1:30 to 3:00 AM; C-SPAN3, Tuesday, February 15, 2005, 12:30 to 2:00 PM; C-SPAN3, Tuesday, February 15, 2005, 7:00 to 8:30 PM; and C-SPAN3, Wednesday, February 16, 2005,  7:00 to 8:30 PM.

"Michael Reagan Radio Show," Friday, February 18, 2005, 7:45 to 8:30 PM.

Joe Scaraborough's national syndicated radio show, Tuesday, March 1, 2005, 10:15 to 10:40 AM.

Linda Chavez's nationally syndicated radio show, Thursday, March 3, 2005, 8:15 to 8:30 AM.

Laura Ingraham's national syndicated radio show, Thursday, March 3, 2005, 9:35 to 9:48 AM.

Connected: Coast to Coast, MSNBC, Tuesday, March 22, 2005, 12:03 to 12:20 PM.

To the Point, Public Radio International, Tuesday, March 22, 2005,  2:03 to 12:30 PM.

Scarborough Country, MSNBC, Tuesday, March 22, 2005, 10:50 to 10:58 PM.

Interview With John Lott, The Big Story with John Gibson, Fox News Channel, Thursday, April 21, 2005, 7:50 to 7:53 PM.

"Affirmative Action Factor in Atlanta Shooting?" *Fox Report with Shepard Smith*, Fox News Channel, Tuesday, April 26, 2005,  5:44 to 5:54 PM.

"Guns," Penn & Teller: BULLSHIT!: Gun Control," Showtime, June 27, 2005, 10:00 to 10:30 PM and 11:00 to 11:30 PM.

**Exhibit 1**
**0033**

John R. Lott, Jr.  Page 33

SELECTED PUBLIC APPEARANCES (CONTINUED):

"The Truth of Statistics: Freakonomics," Culture Time, German Television 3sat-Suchmaschine, July 14th.

"Campaign Spending Limits," C-SPAN 1, Wednesday, August 3, 2005, 2:05 to 4:05 PM and C-SPAN 1, Wednesday, August 3, 2005, 4:21 to 6:21 AM.

"Price Gouging," Dateline, Radio America, September 21, 2005, 6:10 to 6:20 PM.

"Brazilian Referendum Gun Ban Won't Make Country Safer, says American," British Broadcasting Corporation, October 18, 2005.

"Guns and Road Rage," The Lars Larson Show, February 2, 2006, 7:05 to 7:25 PM.

"Convenor say gun safety conference not forum for pro-gun lobby," Radio New Zealand, February 22, 2006, 8:15 AM (New Zealand time).

Tom Gresham's Gun Talk, March 26, 2006, 2:05 to 3:00 PM (on more than 100 radio stations).

Alan Colmes' Radio Show, April 18, 2006, 11:05 to 11:30 PM.

Mayor Bloomberg's Summit on Guns, Regional News Network (Cable News Channel in New York, New Jersey, and Connecticut), April 26, 2006, 5:05 to 5:15 PM.

Concealed Handgun Laws, G. Gordon Liddy Radio Show, Talk American Radio Network, Thursday, April 27, 2006, 11:30 AM to 12:00 PM.

"Special Report with Brit Hume," Fox News Channel, 6:15 to 6:18 PM, Monday, May 20, 2006.

Gunlocks, G. Gordon Liddy Radio Show, Talk American Radio Network, Thursday, April 27, 2006, 11:20 AM to 11:30 AM.

Abortion and Crime, Janet Parshall's America, Salem Radio Network, Tuesday, September 5, 2006, 3:30 to 4:00 PM.

Abortion and Crime, Lars Larson, nationally syndicated radio show, Friday, September 22, 2006, 6:35 to 6:49 PM.

Multiple Victim Public Shootings, Dennis Prager, nationally syndicated radio show, Tuesday, October 3, 2006, 1:35 to 1:42 PM.

Electronic Voting Fraud Claims, The Greg Knapp Experience, nationally syndicated radio show, October 24, 2006, 3:35 to 3:49 PM.

Exhibit 1
0034

John R. Lott, Jr.  Page 34

SELECTED PUBLIC APPEARANCES (CONTINUED):

"Should Felons have the Right to Vote?" National Public Radio's Justice Talking, play at various times nationally during the week of October 23, 2006, debate lasted 35 minutes.

"Guns in the Workplace," the Jerry Doyle Show, February 13, 2007, 5:35 to 6:00 PM.

The Lars Larson Show, March 30, 2007, 7:35 to 8:00 PM.

The G. Gordon Libby Radio Show, April 11, 2007, 12:05 PM to 1:00 PM.

Virginia Tech Shooting, Larry Elder, nationally syndicated radio show, Monday, April 16, 2007, 4:05 to 4:42 PM.

Virginia Tech Shooting, Lars Larson, nationally syndicated radio show, Monday, April 16, 2007, 6:05 to 6:30 PM.

Virginia Tech Shooting, The Mark Levine Show, nationally syndicated radio show, Tuesday, April 17, 2007, 6:05 to 6:24 PM.

Guns and Crime, Al-Jazeera main news broadcast, Tuesday, April 17, 2007, 5:20 to 5:24 PM.

Virginia Tech Shooting, The Alan Colmes Show, nationally syndicated radio show, Tuesday, April 17, 2007, 11:05 to 11:30 PM.

Virginia Tech Shooting, Wisconsin Public Radio, statewide syndicated radio show, Wednesday, April 18, 2007, 8:05 to 8:30 AM.

Virginia Tech Shooting, Laura Ingraham, nationally syndicated radio show, Wednesday, April 18, 2007, 10:40 to 10:55 AM.

Virginia Tech Shooting, Dennis Miller, nationally syndicated radio show, Wednesday, April 18, 2007, 11:05 to 11:30 AM.

Virginia Tech Shooting, Sean Hannity, nationally syndicated radio show, Wednesday, April 18, 2007, 5:05 to 5:17 PM.

Virginia Tech Shooting, Larry Elder, nationally syndicated radio show, Wednesday, April 18, 2007, 6:40 to 6:48 PM.

Gun Control, The John Gibson Show, nationally syndicated radio show, Thursday, April 19, 2007, 7:35 to 7:47 PM.

Virginia Tech Shooting, The Jerry Doyle Show, nationally syndicated radio show, Friday, April 20, 2007, 3:05 to 3:25 PM.

**Exhibit 1**
**0035**

John R. Lott, Jr.  Page 35

Selected Public Appearances (Continued):

Gun Control, The Bill Bennett Show, nationally syndicated radio show, Monday, April 23, 2007, 7:35 to 7:47 AM.

Virginia Tech Shooting, Mancow in the Morning, nationally syndicated radio show, Wednesday, April 25, 2007, 7:07 to 7:15 AM.

The Jerry Doyle Show, May 31, 2007, 4:05 to 4:30 PM.

The G. Gordon Liddy Show, Tuesday, June 5, 2007, 11:35 AM to 12:30 PM.

Michael Medved Show, Wednesday, June 6, 2007, 5:05 to 6:00 PM.

The G. Gordon Liddy Show, Friday, June 9, 2007, 12:05 to 1:00 PM.

The Source with Paul Anderson, Sunday, June 10, 2007, 9:06 to 10:00 PM.

Mike McConnell Show, Monday, June 11, 2007, 10:06 to 10:30 AM.

Radio Rusy Humphries Show, Tuesday, June 12, 2007, 9:36 to 10:00 PM.

The Jerry Doyle Show, Wednesday, June 13, 2007, 4:35 to 5:00 PM.

The Christian Broadcasting Network, Friday, June 15, 2007, 2 minutes.

Dennis Miller, Monday, June 18, 2007, 11:15 to 11:45 AM.

Lars Larson, nationally syndicated radio show, Monday, June 16, 2007, 6:20 to 6:50 PM.

Thom Hartman, Air America, Monday, June 16, 2007, 1:06 to 1:30 PM.

"New Union Rules," Kudlow & Company, CNBC, Monday, June 21, 2007, 4:42 to 4:47 PM.

Michael Medved Show, Friday, June 29, 2007, 4:05 to 5:00 PM.

The Dennis Prager Show, July 2, 2007, 2:35 to 3:00 PM.

The Laura Ingraham Show, Monday, July 16, 2007, 11:23 to 11:30 AM.

Book TV, Discussion of Freedomnomics: Why the Free Market Works and Other Half-Baked Theories Don't at the Heritage Foundation, C-SPAN2, 11:00 AM to Noon, Sunday, August 12, 2007; Midnight to 1 AM, Sunday, August 12, 2007; and 7:00 to 8:00 PM, Saturday, August 18, 2007; and 5:00 PM to 6:0 PM, Monday, September 3, 2007.

Lars Larson, nationally syndicated radio show, Monday, August 13, 2007, 6:20 to 6:30 PM.

The Dennis Prager Show, August 13, 2007, 12:35 to 12:45 PM.

Exhibit 1
0036

John R. Lott, Jr.  Page 36

SELECTED PUBLIC APPEARANCES (CONTINUED):

The G. Gordon Liddy Show, Tuesday, August 14, 2007, 10:05 to 10:45 AM.

Washington Post Radio, Tuesday, August 14, 2007, 4:08 to 4:15 PM.

The Glenn Beck Show, CNN Headline News, Wednesday, August 29, 2007, 7:07 to 7:11
     PM and 9:07 to 9:11 PM.

The Glenn Beck Radio Show, Thursday, August 30, 2007, 10:35 to 10:53 AM.

Lars Larson Radio Show, Tuesday, September 18, 2007, 6:20 to 6:30 AM.

Freedomnomics: Why the Free Market Works and Other Half-Baked Theories Don't at
     the Eagle Forum, C-SPAN2, 46 minutes, Friday, September 12, 2007; 7:00 PM to
     7:46 PM, Sunday, November 25, 2007.

The G. Gordon Liddy Show, Monday, September 24, 2007, 10:05 to 10:45 AM.

Hugh Hewitt, Monday, October 9, 2007, 8:34 to 8:50 PM.

The Glenn Beck Show, CNN Headline News, Tuesday, October 10, 2007, 7:21 to 7:25
     PM and 9:21 to 9:25 PM, Monday, October 11, 2007, 12:21 to 12:25 AM Saturday,
     October 13, 2007, 7:21 to 7:25 PM and 9:21 to 9:25 PM; and Sunday, October 14,
     2007, 12:21 to 12:25 AM.

Should teachers carry guns in US School, World Have Your Say, BBC World Service
     radio, Tuesday, October 24, 2007, 1:50 to 2:00 PM.

The G. Gordon Liddy Show, Monday, November 12, 2007, 11:05 to 11:30 AM.

Lars Larson Radio Show, Monday, November 12, 2007, 6:35 to 6:50 PM.

Interview on carrying concealed handguns on university campuses, CNN Radio News,
     Wednesday, November 22, 2007.

Women Voting and the Growth of Government, C-SPAN 1, Thursday, November 29,
     2007, 10:40 to 11:00 AM.

Women Voting and the Growth of Government, The Thom Hartmann Show, Air
     America, November 29, 2007, 12:05 to 12:15 PM.

The G. Gordon Liddy Show, Friday, November 30, 2007, 12:15 to 1:00 PM.

The Dennis Prager Show, Thursday, December 6, 2007, 12:15 to 12:30 PM.

Andrew Wilkow, The Wilkow Majority, Sirius Satellite Radio Patriot 144, Thursday,
     December 6, 2007, 1:40 to 2:00 PM.

**Exhibit 1**
**0037**

SELECTED PUBLIC APPEARANCES (CONTINUED):

Lars Larson Radio Show, Thursday, December 6, 2007, 6:35 to 7:00 PM.

Bill Cunningham Radio Show, Premiere Radio Network, Sunday, December 9, 2007.

The Greg Knapp Experience, Thursday, December 20, 2007, 5:07 to 5:20 PM.

Lars Larson Radio Show, Monday, January 14, 2008, 6:20 to 6:30 PM.

The G. Gordon Liddy Show, Tuesday, January 15, 2008, 11:35 AM to Noon.

Dennis Miller Show, Wednesday, February 13, 2008, 10:35 AM to 10:50 AM.

The G. Gordon Liddy Show, Wednesday, February 13, 2008, 12:35 PM to 12:48 PM.

Dennis Miller Show, Monday, March 10, 2008, 11:35 AM to 11:42 AM.

Martha Zoller Show, Wednesday, March 12, 2008, 1:15 PM to 1:50 PM.

Rusty Humphries Show, Wednesday, March 12, 2008, 9:48 PM to 10:00 PM.

The G. Gordon Liddy Show, Monday, March 17, 2008, 10:06 AM to 10:30 AM.

Lars Larson Radio Show, Monday, March 17, 2008, 6:15 PM to 6:30 PM.

Mancow in the Morning, nationally syndicated radio show, Tuesday, March 18, 2008, 7:45 to 8:00 AM.

Brian and the Judge, Fox News Radio, Tuesday, March 18, 2008, 9:22 to 9:30 AM.

The Michael Reagan Show, Tuesday, March 18, 2008, 7:20 to 7:30 PM.

Debate with Paul Helmke, the president of the Brady Campaign, Bloomberg Television, Tuesday, March 18, 2008, 9:35 to 9:41 PM.

Greg Garrison Show, Wednesday, March 19, 2008, 10:35 to 11:00 AM.

The Glenn Beck Show, Wednesday, March 19, 2008, 11:06 to 11:20 AM.

Discussion on the Economy, Dennis Miller Show, Wednesday, April 2, 2008, 10:35 AM to 10:42 AM.

Discussion on the Economy, Fox & Friends, Fox News, Thursday, April 3, 2008, 6:22 AM to 6:27 AM.

"Charlton Heston and Guns," Weekend Breakfast, BBC Radio 5 Live, Sunday, April 6, 2008, 2:06 AM to 2:15 AM EDT.

The G. Gordon Liddy Show, Tuesday, April 15, 2008, 12:22 PM to 1:00 PM.

**Exhibit 1**
**0038**

John R. Lott, Jr.  Page 38

SELECTED PUBLIC APPEARANCES (CONTINUED):

The G. Gordon Liddy Show, Tuesday, April 29, 2008, 10:35 AM to 10:50 AM.

Lars Larson Radio Show, Tuesday, April 29, 2008, 7:35 PM to 7:45 PM.

The G. Gordon Liddy Show, Tuesday, May 13, 2008, 12:07 PM to 12:19 PM.

Lars Larson Radio Show, Friday, May 30, 2008, 6:23 PM to 6:30 PM.

The G. Gordon Liddy Show, Monday, June 16, 2008, 10:06 AM to 10:30 AM.

"The Cost of the Iraq War," Lars Larson Radio Show, Monday, June 16, 2008, 6:20 PM to 6:50 PM.

Supreme Court Decision on Heller, Michael Gallagher Radio Show, June 26, 2008, 10:45 AM to 10:55 AM.

Supreme Court Decision on Heller, Tom Sullivan Radio Show, June 26, 2008, 2:05 PM to 2:15 PM.

Supreme Court Decision on Heller, Kresta in the Afternoon, June 26, 2008, 4:07 PM to 4:20 PM.

Supreme Court Decision on Heller, The Jason Lewis Radio Show, June 26, 2008, 5:30 PM to PM.

Supreme Court Decision on Heller, Jerry Johnson Live, June 26, 2008, 6:15 PM to 6:30 PM.

Supreme Court Decision on Heller, The Rusty Humphries Show, June 26, 2008, 9:15 PM to 9:30 PM.

Debate with Brady Campaign President Paul Helmke over Supreme Court Decision on Heller, The Alan Colmes Show, June 26, 2008, 9:15 PM to 9:30 PM.

The Steve Malzberg Radio Show, Monday, June 30, 2008, 4:35 PM to 4:50 PM.

Discussion about profits in health care, The Mark Levin Show, July 10, 2008, 7:35 to 7:43 PM.

Discussion of Oil Company Profits, The Thom Hartmann Show, Air America, July 18, 2008, 1:06 to 1:16 PM.

Tom Gresham Radio Show, Sunday, July 27, 2008, 2:06 PM to 3:00 PM.

Lars Larson Radio Show, Thursday, July 31, 2008, 6:23 PM to 6:46 PM.

**Exhibit 1**
**0039**

John R. Lott, Jr.  Page 39

SELECTED PUBLIC APPEARANCES (CONTINUED):

"Handguns on College Campuses," a debate with Paul Helmke, president of the Brady Campaign, C-SPAN1, Friday, August 1, 2008, 1:10 to 2:15 PM; reboadcast on C-SPAN1, Friday, August 1, 2008, 9:02 to 10:07 PM.

"The Second Amendment, post Heller decision," C-SPAN2, Monday, August 4, 2008, 4:10 to 5:06 PM; rebroadcast 1:06 to 1:58 AM, Tuesday, August 19, 2008, C-SPAN2; 1:43 to 2:35 PM, Thursday, August, 21, 2008, C-SPAN2.

The Mark Levin Show, Thursday, August 28, 2008, 7:35 to 7:50 PM.

Obama on Gun Control, The Steve Malzberg Radio Show, Monday, September 1, 2008, 5:35 PM to 5:50 PM.

"The Cost of the Iraq War," Lars Larson Radio Show, Wednesday, September 17, 2008, 6:24 PM to 6:50 PM.

"The Bailout Bill," Lars Larson Radio Show, Thursday, October 2, 2008, 7:07 PM to 7:20 PM.

The Michael Medved Show, Tuesday, October 14, 2008, 5:05 PM to 6:00 PM.

The Michael Medved Show, Friday, October 24, 2008, 5:05 PM to 6:00 PM.

Jason Lewis Show, Friday, October 31, 2008, 6:05 PM to 7:00 PM.

"Minnesota Ripe for Election Fraud," Lars Larson Radio Show, Monday, November 10, 2008, 8:20 PM to 8:30 PM.

"Minnesota Ripe for Election Fraud," Glenn Beck Show, Tuesday, November 11, 2008, 10:45 to 10:52 AM.

Thom Hartmann's Show, Air America, Tuesday, November 11, 2008, 2:09 to 2:30 AM.

"Minnesota Ripe for Election Fraud," interviewed by Neil Cavuto, Fox News Network, Tuesday, November 11, 2008, 4:37 to 4:41 PM.

"Minnesota Ripe for Election Fraud," Steve Malzberg Show, Wednesday, November 12, 2008, 4:47 to 5:00 PM.

"Minnesota Ripe for Election Fraud," Bill Bennett's Morning In America, Thursday, November 13, 2008, 8:05 to 8:15 AM.

"Minnesota Ripe for Election Fraud," Mike Gallagher Show, Thursday, November 13, 2008, 9:47 to 9:55 AM.

"Minnesota Ripe for Election Fraud," Dennis Prager Show, Thursday, November 13, 2008, 2:06 to 2:16 PM.

**Exhibit 1**
**0040**

John R. Lott, Jr.  Page 40

SELECTED PUBLIC APPEARANCES (CONTINUED):

"Minnesota Ripe for Election Fraud," Fox News Live with Jamie Colby, Fox News, Sunday, November 16, 2008, 11:41 to 11: 45 AM.

Terrorist Attack in India, The Steve Malzberg Show, Wednesday, December 3, 2008, 3:35 to 3: 45 PM.

Terrorist Attack in India, The Greg Knapp Experience, nationally syndicated radio show, Friday, December 6, 2008, 4:35 to 4:43 PM.

Terrorist Attack in India, Lars Larson, nationally syndicated radio show, Friday, December 6, 2008, 7:35 to 7:45 PM.

The G. Gordon Liddy Show, Monday, December 15, 2008, 12:35 PM to 1:00 PM.

The Auto Bailout, The Steve Malzberg Show, Wednesday, December 16, 2008, 4:35 to 4: 45 PM.

Tim Farley, The Morning Briefing, POTUS, XM Radio, December 18, 2008, 6:20 AM to 6:30 AM.

The G. Gordon Liddy Show, Monday, December 22, 2008, 12:35 PM to 1:00 PM.

Minnesota Recount and Gun Control, Dennis Miller Show, Tuesday, December 23, 2008, 11:35 AM to 11:47 AM.

Minnesota Recount, the Jerry Doyle Show, Tuesday, December 23, 2008, 4:05 to 4:30 PM.

The G. Gordon Liddy Show, Tuesday, January 13, 2009, 12:22 PM to 12:30 PM.

Lars Larson Radio Show, Thursday, January 28, 2009, 6:38 PM to 6:53 PM.

Gun Control, Coast to Coast AM, Thursday, February 5, 2009, 1:17 to 2:00 AM.

Gun Control and Gangs in Canada, The Roy Green Show, Corus Radio Network (National Canadian Network), Saturday, February 7, 2009, 3:35 to 4:00 PM.

A. Gordon Liddy, Tuesday, February 10, 2009, 12:35 PM to 12:55 PM.

The Dennis Miller Show, Thursday, February 12, 2009, 10 minutes.

"The Cost of the Stimulus Bill," *Fox News*, Monday, February 16, 2009, 11:10 to 11:12 AM; and other times during the day.

"Nationalizing Banks," Glenn Beck Show, *Fox News*, Monday, February 16, 2009, 5:04 to 5:11 PM.

**Exhibit 1**
**0041**

John R. Lott, Jr.  Page 41

SELECTED PUBLIC APPEARANCES (CONTINUED):

The G. Gordon Liddy Show, Wednesday, February 25, 2008, 11:35 to 11:45 AM.

Mancow in the Morning, Friday, February 27, 2009, 7:55 to 8:03 AM.

The Jason Lewis Show, Thursday, March 12, 2009, 8:05 to 9:00 PM.

G. Gordon Liddy, Wednesday, April 1, 2009, 11:35 AM to 12:00 PM.

Gun Control, Coast to Coast AM, Saturday, April 4, 2009, 1:03 to 1:08 AM.

The Jason Lewis Show, Monday, April 13, 2009, 8:05 to 9:00 PM.

Washington Journal, *C-SPAN*, Tuesday, April 14, 2009, 8:02 to 8:30 AM.

Freedomnomics and Gun Control, Coast to Coast AM, Monday, May 4, 2009, 1:15 to 4:00 AM.

Health care debate, Street Signs, *CNBC*, Friday, May 8, 2009, 2:20 to 2:30 PM.

The Jason Lewis Show, Wednesday, May 13, 2009, 8:05 to 9:00 PM.

The Dennis Miller Show, Tuesday, May 19, 2009, 11:34 to 11:46 AM.

Gun Control, Coast to Coast AM, Thursday, May 21, 2009, 1:10 to 1:55 AM.

Lars Larson Radio Show, Friday, May 29, 2009, 6:21 PM to 6:30 PM.

"Discussing the Obama Administration's spending policy when it comes to issues such as health care, U.S. automakers, & the financial system," Washington Journal, *C-SPAN*, Sunday, June 14, 2009, 7:30 to 8:30 AM.

G. Gordon Liddy, Wednesday, June 25, 2009, 11:35 AM to 12:00 PM.

Greg Garrison Show, Wednesday, July 1, 2009, 10:35 to 11:00 AM.

Steve Malzberg Show, Wednesday, July 1, 2009, 5:35 to 6:00 PM.

The Jason Lewis Show, Tuesday, July 14, 2009, 8:05 to 9:00 PM.

The G. Gordon Liddy Show, Monday, July 20, 2009, 11:35 AM to 12:00 PM.

Gun Control, Coast to Coast AM, Wednesday, July 22, 2009, 1:10 to 1:15 AM.

The Thom Hartmann Show, Air America, Monday, August 3, 2009, 12:06 to 12:17 PM.

The G. Gordon Liddy Show, Tuesday, August 4, 2009, 11:05 AM to 12:00 PM.

**Exhibit 1**
**0042**

John R. Lott, Jr.  Page 42

SELECTED PUBLIC APPEARANCES (CONTINUED):

The John Gibson Show, Tuesday, August 4, 2009, 1:10 to 1:20 PM.

Cash for Clunkers and Health care, *FOX Business*, Thursday, August 6, 2009, 7:05 to 7:12 PM.

The Jason Lewis Show, Friday, August 14, 2009, 8:05 to 9:00 PM.

Greg Garrison Show, Thursday, August 20, 2009, 10:35 to 11:00 AM.

Discussion of Health Care Debate, The Thom Hartmann Show, Air America, Thursday, August 20, 2008, 12:06 to 12:16 PM.

The Thom Hartmann Show, Air America, Tuesday, September 1, 2009, 1:15 to 1:30 PM.

Greg Garrison Show, Monday, September 7, 2009, 10:05 to 11:00 AM.

The G. Gordon Liddy Show, Monday, September 7, 2009, 11:05 AM to 12:00 PM.

The Jason Lewis Show, Monday, September 7, 2009, 8:05 to 9:00 PM.

The G. Gordon Liddy Show, Thursday, September 17, 2009, 11:05 AM to 12:00 PM.

Lars Larson Radio Show, Thursday, September 17, 2009, 6:35 PM to 6:45 PM.

The Thom Hartmann Show, Air America, Monday, September 21, 2009, 1:05 to 1:15 PM.

The Dennis Miller Show, Wednesday, September 23, 2009, 11:08 to 11:18 AM.

Mancow & Cassidy, WLS, September 30, 2009, 11:33 to 11:43 AM.

The Jason Lewis Show, Monday, October 5, 2009, 8:05 to 9:00 PM.

The Thom Hartmann Show, Air America, Tuesday, October 20, 2009, 12:05 to 12:15 PM.

The Thom Hartmann Show, Air America, Monday, October 27, 2009, 12:05 to 12:15 PM.

The Thom Hartmann Show, Air America, Monday, November 9, 2009, 2:05 to 2:15 PM.

Gun Control, Coast to Coast AM, Wednesday, November 18, 2009, 1:10 to 1:15 AM.

"White House Aims to Cut Deficit With TARP Cash," *FOX Business*, Friday, November 13, 2009, 7:02 to 7:15 PM.

The G. Gordon Liddy Show, Tuesday, November 24, 2009, 12:15 to 1:00 PM.

Climate-gate, The Ryan Doyle Show, simulcast in Montreal and Toronto, Friday, November 27, 2009, 8:05 to 8:22 PM.

**Exhibit 1**
**0043**

John R. Lott, Jr.  Page 43

SELECTED PUBLIC APPEARANCES (CONTINUED):

The Jason Lewis Show, Wednesday, December 2, 2009, 8:05 to 9:00 PM.

The Steve Malzberg Show, Wednesday, December 16, 2009, 4:34 to 4:49 PM.

The Mark Levine Show, nationally syndicated radio show, Wednesday, December 16, 2009, 8:35 to 8:45 PM.

The Thom Hartmann Show, Tuesday, January 12, 2010, 1:05 to 1:15 PM.

The Jason Lewis Show, Tuesday, January 19, 2010, 8:05 to 9:00 PM.

The Thom Hartmann Show, Wednesday, January 27, 2010, 2:05 to 2:15 PM.

Lars Larson Radio Show, Tuesday, March 2, 2010, 8:20 PM to 8:30 PM.

Supreme Court Gun Control, Coast to Coast AM, Tuesday, March 2, 2010, 1:10 to 1:55 AM.

Supreme Court Gun Control, Freedom Watch, Judge Napolitano, Tuesday, March 2, 2010, 1:15 to 1:30 PM.

Supreme Court Gun Control, Lou Dobbs Radio Show, Tuesday, March 2, 2010, 4:20 to 4:30 PM.

Supreme Court Gun Control, Lars Larson Radio Show, Tuesday, March 2, 2010, 8:20 to 8:30 PM.

Supreme Court Gun Control, Jason Lewis Radio Show, Tuesday, March 2, 2010, 8:30 to 9:00 PM.

Supreme Court Gun Control, Ave Maria Radio Show, Wednesday, March 3, 2010, 7:30 to 8:00 PM.

Knowing Barack Obama at Chicago, Mark Levin Radio Show, Wednesday, March 3, 2010, 7:30 to 8:00 PM.

Steve Malzberg Show, Monday, April 5, 2010, 5:20 to 5:30 PM.

Gun Control, Coast to Coast AM, Friday, April 9, 2010, 1:03 to 1:08 AM.

The Lars Larson Radio Show, Friday, April 16, 2010, 7:35 PM to 7:46 PM.

The Jason Lewis Show, Friday, April 16, 2010, 8:05 to 9:00 PM.

The Thom Hartmann Show, Wednesday, April 28, 2010, 12:05 to 12:15 PM.

The Jim Bohannon Show, Thursday, April 29, 2010, 10:05 to 11:00 PM.

**Exhibit 1**
**0044**

John R. Lott, Jr.  Page 44

SELECTED PUBLIC APPEARANCES (CONTINUED):

> The Jason Lewis Show, Thursday, May 13, 2010, 8:05 to 9:00 PM.

> The Lars Larson Show, Monday, May 24, 2010, 7:35 to 7:45 PM.

> The Steve Malzberg Show, Tuesday, May 25, 2010, 4:35 to 5:00 PM.

> The Jim Bohannon Show, Tuesday, May 25, 2010, 11:05 PM to 11:58 PM.

> Coast to Coast AM, Wednesday, May 26, 2010, 1:10 to 1:15 AM.

> The Greg Garrison Radio Show, May 26, 2010, 10:05 to 10:30 AM.

> The Lou Dobbs Radio Show, Wednesday, May 26, 2010, 2:35 to 2:55 PM.

> The Ed Morrissey Hot Air Radio, Wednesday, May 26, 2010, 4:05 to 4:30 PM.

> The Dennis Miller Show, Friday, May 28, 2010, 11:35 to 11:57 AM.

> The G. Gordon Liddy Show, Wednesday, June 2, 2010, 12:05 AM to 1:00 PM.

> The Michael Savage Show, Thursday, June 3, 2010, during third hour.

> The Jason Lewis Show, Monday, June 21, 2010, 8:05 to 9:00 PM.

> The Steve Malzberg Show, Monday, June 28, 2010, 4:22 to 4:30 PM.

> American Family Radio, Monday, June 28, 2010, 6:15 to 6:30 PM.

> The Alan Colmes Show, Monday, June 28, 2010, 11:06 to  PM.

> Coast to Coast AM, Tuesday, June 29, 2010, 1:10 to 2:00 AM.

> The Mancow Show, Tuesday, June 29, 2010, 7:05 to 7: AM.

> The John McCaslin Show, Tuesday, June 29, 2010, 8:15 to 8:30 AM.

> The Michael Savage Show, Tuesday, June 29, 2010, during third hour.

> Discussing Supreme Court Ruling on Gun Rights, Washington Journal, C-SPAN, Wednesday, June 30, 2010, 9:15 to 10:10 AM.

> Kagan's Confirmation Hearing, CBS's Unplugged, Wednesday, June 30, 2010, 1:15 to 1:50 PM.

> The Jason Lewis Show, Monday, July 5, 2010, 8:05 to 9:00 PM.

> Fox News' "Strategy Room," Tuesday, September 7, 2010, 9:30 to 9:42 AM.

**Exhibit 1**
**0045**

John R. Lott, Jr.  Page 45

SELECTED PUBLIC APPEARANCES (CONTINUED):

The Lou Dobbs Radio Show, Tuesday, September 7, 2010, 3:35 to 3:45 PM.

Coast to Coast AM, Wednesday, September 8, 2010, 1:10 to 3:00 AM.

Fox News' "Strategy Room," Thursday, September 23, 2010, 10:30 to 10:40 AM.

The Thom Hartmann Program, Free Speech TV Network and the RT America Channel, Friday, October 22, 2010.

The Thom Hartmann Program, Free Speech TV Network and the RT America Channel, Monday, November 1, 2010, 8:05 to 8:09 PM.

The Jason Lewis Show, Friday, November 5, 2010, 8:05 to 9:00 PM.

The Thom Hartmann Program, Free Speech TV Network and the RT America Channel, Wednesday, December 8, 2010, 7:32 to 7:42 PM.

The Jason Lewis Show, Monday, December 13, 2010, 8:05 to 9:00 PM.

The Lars Larson Show, Tuesday, December 14, 2010, 6:35 to 6:45 PM.

The Thom Hartmann Program, Free Speech TV Network and the RT America Channel, Wednesday, December 22, 2010, 7:32 to 7:42 PM.

The Thom Hartmann Program, Free Speech TV Network and the RT America Channel, Wednesday, December 29, 2010, 7:32 to 7:42 PM.

"Should the debt limit be raised?" Fox News Live with Kimberly Guilfoyle, Fox News, Friday, January 7, 2011, 1:40 to 11: 47 PM.

Discussion of Representative Gabrielle Giffords' shooting, Fox News, Sunday, January 9, 2011, 5:23 to 5:29 PM.

Armed American Radio, Sunday, January 9, 2011, 8:30 to 9:00 PM.

Arizona Shooting, Coast to Coast AM, Tuesday, January 11, 2011, 1:10 to 2:00 AM.

The Jason Lewis Show, Tuesday, January 11, 2011, 8:05 to 9:00 PM.

Gun Control Legislation after the Arizona Shooting, Bloomberg TV, Wednesday, January 12, 2011, 5:00 to 5:30 PM.

State and Federal Gun Laws, Washington Journal, C-SPAN, Thursday, January 22, 2011, 7:51 to 8:36 AM; replayed C-SPAN, Thursday, January 13, 2011, 12:17 to 1:00 PM.

The Jim Bohannon Show, Thursday, January 13, 2011, 10:05 to 11:00 PM.

**Exhibit 1**
**0046**

John R. Lott, Jr.  Page 46

SELECTED PUBLIC APPEARANCES (CONTINUED):

Fred Thompson Radio Show, Friday, January 14, 2011, 12:34 to 12:45 PM.

Rusty Humphries Radio Show, Tuesday, January 18, 2011, 4:35 to 4:45 PM.

Dennis Miller Radio Show, Wednesday, January 19, 2011, 11:07 to 11:39 PM.

The G. Gordon Liddy Show, Friday, January 21, 2009, 10:35 to 11:00 AM.

The Thom Hartmann Show, Thursday, February 3, 2011, 12:05 to 12:15 PM.

The Steve Malzberg Show, Thursday, February 3, 2011, 4:05 to 4:15 PM.

"Why Obama Can't Do the Math On Jobs?" Fox News Live, Tuesday, February 8, 2011, 11:23 to 11:30 AM.

"University of Guns," Fox Business, Thursday, February 24, 2011, 8:42 to 8:47 PM.

"Is our government seeing double?" Fox News Live, Wednesday, March 2, 2011, 12:24 to 12:40 PM.

"The Truth About Obama and Budget Cuts," Fox News Live, Wednesday, March 9, 2011, 12:50 to 12:57 PM.

The Jason Lewis Show, Friday, March 25, 2011, 8:05 to 9:00 PM.

S&P Warning on Downgrading US Debt, Fox News Live, Thursday, April 15, 2011, 10:30 to 10:45 AM.

Budget Deficit Debate, Fox News Live, Thursday, April 21, 2011, 9:35 to 9:45 AM.

Gun Ownership, Coast to Coast AM, Tuesday, May 3, 2011, 1:10 to 3:00 AM.

"Texas State Senate passes Concealed Carry on Campus," Coast to Coast AM, Tuesday, May 10, 2011, 1:08 to 1:10 AM.

"Gun Control," Freedom Watch with Judge Andrew Napolitano, Fox Business Channel, Friday, May 20, 2011, 8:40 to 8:45 PM.

The Jason Lewis Show, Wednesday, June 8, 2011, 8:05 to 9:00 PM.

Coast-to-Coast AM, Thursday, June 16, 2011, 1:15 to 2 AM.

"Winnipeg carried a handgun for protection," The Caldwell Account, Sun News Network, June 28, 2011.

"Gun Myths," The Source with Ezra Levant, Sun News Network, July 5, 2011.

**Exhibit 1**
**0047**

John R. Lott, Jr.  Page 47

SELECTED PUBLIC APPEARANCES (CONTINUED):

Discussion of Operation Fast and Furious, Fox News Live, Friday, July 8, 2011, 11:35 to 11:45 AM.

"Myths about Debt Ceiling 'Disaster'," Fox News Live, Monday, July 18, 2011, 10:30 to 10:41 AM.

Discussion of the Norway Bombing and Shooting, Al Jazeera Television, Saturday, July 23, 2011, 2:30 to 2:45 AM.

"Gang of Six Not Ready for Prime Time?" *Fox News Live*, Monday, July 25, 2011, 10:30 to 10:41 AM.

"Winners & Losers from the Debt Limit Deal," *Fox News Live*, Wednesday, August 3, 2011, 10:16 to 10:23 AM.

Lars Larson, Wednesday, August 3, 2011, 7:35 to 7:55 PM.z

"Guns on College Campuses," a debate between myself and the Brady Campaign's Colin Goddard took about 50 minutes of this conference, C-SPAN3, Monday, August 8, noon to 3:30 PM; replayed C-SPAN3, Tuesday, August 9, 2011, 6:44 to 10:03 AM; C-SPAN2, Tuesday, August 9, 2011, 9:57 to 11:07 AM; C-SPAN2, Wednesday, August 10, 2011, 3:45 to 5:43 PM.

Lars Larson, Monday, September 19, 2011, 6:35 to 6:45 PM.

The Jason Lewis Show, Monday, October 24, 2011, 7:05 to 8:00 PM.

The Jason Lewis Show, Friday, November 11, 2011, 8:05 to 9:00 PM.

Coast-to-Coast AM, Thursday, November 17, 2011, 1:07 to 1:10 AM.

Lars Larson, Friday, December 3, 2011, 8:20 to 8:30 PM.

The Jason Lewis Show, Friday, December 16, 2011, 8:05 to 9:00 PM.

Discussing the January Unemployment Report, The Mark Levine Show, Friday, February 3, 2012, 7:20 to 7:45 PM.

Jason Lewis Show, Friday, February 10, 2012, 8:05 to 9:00 PM.

Larry Elder Show, Tuesday, March 6, 2012, 8:35 to 8:45 PM.

Crime after DC and Chicago Supreme Court Decisions, Fox News, Thursday, March 8, 2012, 12:10 to 12:12 PM.

Jason Lewis Show, Friday, March 11, 2012, 8:05 to 9:00 PM.

**Exhibit 1**
**0048**

John R. Lott, Jr.  Page 48

SELECTED PUBLIC APPEARANCES (CONTINUED):

The Kudlow Report, *CNBC*, Tuesday, March 13, 2012, 8:50 to 8:54 PM.

The Dennis Miller Show, Wednesday, March 14, 2012, 12:07 to 1:00 PM.

The G. Gordon Liddy Show, Thursday, March 15, 2012, 12:05 to 12:30 PM.

Michael Medved Radio Show, Monday, March 19, 2012, 5:07 to 5:55 PM.

Jason Lewis Show, Thursday, March 22, 2012, 8:05 to 9:00 PM.

The Drive Home with Steve Ray and Rachel Crowson, Tuesday, March 27, 2012, 8:15 to 8:25 PM.

The Phil Valentine Show, Thursday, March 29, 2012, 4:35 to 4:50 PM.

The Rusty Humphries Show, Friday, March 30, 2012, 6:10 to 6:20 PM.

Discussing "Debacle: Obama's War on Jobs and Growth and What We Can Do Now to Regain Our Future," Washington Journal, C-SPAN 2 Book TV, Saturday, March 31, 2012, 2:00 to 3:04 PM; Sunday, April 15th at 12:15 AM and at 10:45 AM.

Dateline Washington, Greg Comoros, national radio show, Wednesday, April 4, 2012, 3:05 to 3:15 PM.

The Dennis Miller Show, Friday, April 6, 2012, 11:35 to 11:45 AM.

America's Morning News with John McCaslin, Monday, April 9, 2012, 7:30 to 7:40 AM.

Fox News Live, Monday, April 9, 2012, 10:40 to 10:45 AM.

American Now with Andy Dean, Tuesday, April 10, 2012, 8:35 to 8:55 PM.

Point of View with Kerby Anderson, Wednesday, April 11, 2012, 2:05 to 3:00 PM.

Dateline Washington, Thursday, Wednesday, April 12, 2012, 2:05 to 2:20 PM.

The Jason Lewis Show, Friday, April 20, 2012, 7:05 to 8:00 PM.

Debate on Stand Your Ground Laws, The Sean Hannity Show, Monday, April 23, 2012, 5:07 to 5:20 PM.

Clothing being made for concealed handgun permit holders, *BBC Radio Scotland*, Wednesday, April 25, 2012, 12:45 to 12:55 PM.

Discussion on Stand Your Ground Laws, The Phil Valentine Show, Friday, April 27, 2012, 3:35 to 3:50 PM.

**Exhibit 1**
**0049**

John R. Lott, Jr.  Page 49

SELECTED PUBLIC APPEARANCES (CONTINUED):

Debate on Stand Your Ground Laws, The Daily Rundown, MSNBC, Tuesday, May 1, 2012, 9:35 to 9:45 AM.

The Jason Lewis Show, Wednesday, May 23, 2012, 8:20 to 9 PM.

Coast-to-Coast AM, Tuesday, June 19, 2012, 1:10 to 1:12 AM.

The Jason Lewis Show, Wednesday, June 27, 2012, 7:35 to 7:50 PM.

The Lars Larson Show, Friday, July 6, 2012, 6:20 to 6:30 PM.

The Jason Lewis Show, Friday, July 6, 2012, 8:05 to 9:00 PM.

UN Arms Trade Treaty, Coast-to-Coast AM, Thursday, July 12, 2012, 1:15 AM to 2:00 AM.

UN Arms Trade Treaty, The Sean Hannity Show, Thursday, July 12, 2012, 5:05 to 5:20 PM.

Colorado Shooting, BBC World Radio Service, Friday, July 20, 2012, 12:15 to 12:50 PM.

Colorado Shooting, Rusty Humphries Show, July 20, 2012, 3:07 to 3:20 PM.

Colorado Shooting, *BBC World Television News*, Saturday, July 21, 2012, 8:10 to 8:15 PM.

Mark Levin Radio Show, Monday, July 23, 2012, 6:35 to 6:49 PM.

Bret Baier's Special Report, *Fox News*, Monday, July 23, 2012.

Piers Morgan Tonight, *CNN*, Monday, July 23, 2012, 9:30 to 9:46 PM.

Mike Huckabee Radio Show, Tuesday, July 24, 2012, 12:35 to 12:45 PM.

Sean Hannity Radio Show, Tuesday, July 24, 2012, 5:05 to 5:21 PM.

Dennis Miller Radio Show, Wednesday, July 25, 2012, 11:05 to noon.

"More or Less," *BBC Radio 4*, Wednesday, July 25, 2012.

Laura Ingraham Show, Friday, July 27, 2012, 10:35 to 10:42 AM.

Mike Huckabee Radio Show, Friday, July 27, 2012, 2:35 to 2:45 PM.

Lou Dobbs Tonight, *Fox Business*, Friday, July 27, 2012, 7:07 to 7:15 PM.

USA Radio Network, Thursday, August 2, 2012, 1:15 to 1:40 PM.

**Exhibit 1**
**0050**

John R. Lott, Jr.  Page 50

SELECTED PUBLIC APPEARANCES (CONTINUED):

Sean Hannity Radio Show, Thursday, August 2, 2012, 5:36 to 5:52 PM.

Outfront with Erin Burnett, *CNN*, Monday, August 6, 2012, 7:51 to 7:57 PM.

Jason Lewis Radio Show, Monday, August 6, 2012, 8:05 to 9:00 PM.

Coast to Coast AM, Tuesday, August 7, 2012, 1:05 to 1:08 AM.

Wall Street Shuffle, Tuesday, August 22, 2012, 6:35 to 6:45 PM.

Jason Lewis Radio Show, Tuesday, August 22, 2012, 8:05 to 9:00 PM.

Coast to Coast AM, Tuesday, September 4, 2012, 1:09 to 1:13 AM.

Hugh Hewitt Radio Show, Friday, September 8, 2012, 7:05 to 7:12 PM.

Coast to Coast AM, Saturday, December 1, 2012, 1:05 to 1:08 AM.

Mark Levin Radio Show, Monday, December 3, 2012, 6:05 to 6:14 PM.

Jason Lewis Radio Show, Wednesday, December 12, 2012, 8:05 to 9:00 PM.

Mark Levin Radio Show, Friday, December 14, 2012, 7:35 to 7:55 PM.

Piers Morgan Tonight, *CNN*, Friday, December 14, 2012, 9:30 to 9:46 PM.

Coast to Coast AM, Saturday, December 15, 2012, 1:12 to 2:00 AM.

*CTV* (Canadian Television), Saturday, December 15, 2012, 7:15 to 7:19 PM.

State of the Union, *CNN*, Sunday, December 16, 2012, 10:07 to 10:12 AM.

BBC World Service Radio, Sunday, December 16, 2012, 3:35 to 3:40 PM.

BBC Newsday, *BBC*, Sunday, December 16, 2012,  9:00 to 9:05 PM.

Starting Point with Soledad O'Brien, *CNN*, Monday, December 17, 2012, 7:33 to 7:43 AM.

"Sandy Hook Massacre Changes Gun Control Conversations," Talk of the Nation, NPR, Monday, December 17, 2012, 1:03 to 1:12 PM.

"Would more guns make America safer?" Washington Post, Monday, December 17, 2012.

Dennis Prager Show, Monday, December 17, 2012, 1:05 to 1:30 PM.

**Exhibit 1**
**0051**

John R. Lott, Jr.  Page 51

SELECTED PUBLIC APPEARANCES (CONTINUED):

Heated Gun Debate Begins, *CNN* International, Monday, December 17, 2012,  3:07 to 3:17 PM.

BBC Newsnight, television, ***BBC***, Monday, December 17, 2012,  5:30 to 5:35 PM.

Coast to Coast AM, Tuesday, December 18, 2012, 1:05 to 1:08 AM.

Mark Levin Radio Show, Tuesday, December 18, 2012, 6:35 to 6:55 PM.

"Kudlow Report," *CNBC*, Wednesday, December 19, 2012, 7:00 to 7:05 PM.

"Chat: Chat: Gun control, nation after Newtown," Video conference call, ***USA Today***, Wednesday, December 19, 2012, 2:00 to 2:45 PM.

"Examining the Efficacy and Limitations of Gun Control Laws to Stop Violence," ***PBS Newshour***, Wednesday, December 19, 2012, 7:12 to 7:20 PM.

Piers Morgan Tonight, *CNN*, Wednesday, December 19, 2012, various points from 9:20 to 9:50 PM.

World Have Your Say, ***BBC World Service***, Friday, December 21, 2012, 1:50 to 1:58 PM.

Megan Kelly, ***Fox News***, Friday, December 21, 2012, 2:10 to 2:20 PM.

America's Gun Debate, CBC, Friday, December 21, 2012, 5:12 to 5:18 PM.

Today Show, NBC, Saturday, December 22, 2012, 7:03 to 7:07 AM.

"Control de armas," Noticiero, Telemundo, Sunday, December 23, 2012,  12:05 to 12:10 PM.

Coast to Coast AM, Wednesday, December 26, 2012, 1:05 to 1:08 AM.

Gun Control, The Bill Bennett Show, nationally syndicated radio show, Thursday, December 27, 2012, 7:05 to 7:12 AM.

Byline, Sun News, Monday, December 31, 2012, 11:35 to 11:45 AM.

Coast to Coast AM, Friday, January 4, 2013, 1:05 to 1:08 AM.

Gun Control, The Bill Bennett Show, nationally syndicated radio show, Thursday, December 27, 2012, 8:05 to 8:15 AM.

Kilmeade & Friends, nationally syndicated radio show, Friday, January 11, 2013, 9:20 to 9:30 AM.

Laura Ingraham, Friday, January 11, 2013, 9:35 to 9:45 AM.

**Exhibit 1**
**0052**

John R. Lott, Jr.  Page 52

SELECTED PUBLIC APPEARANCES (CONTINUED):

Geraldo Rivera, Friday, January 11, 2013, 10:12 to 10:20 AM.

CNN, Saturday, January 12, 2013, 8:10 to 8:18 AM.

CBS Radio, January 14, 2013, five minutes taped.

Dennis Prager Show, Wednesday, January 16, 2013, 1:05 to 2:00 PM.

Washington Journal, C-SPAN, Saturday, January 19, 2013, 8:30 to 9:15 AM.

Fox News, Saturday, January 19, 2013, 4:30 to 4:40 PM.

Coast to Coast AM, Friday, January 25, 2013, 1:05 to 1:08 AM.

Geraldo Rivera, Thursday, January 31, 2013, 10:08 to 10:30 AM.

Sean Hannity Radio Show, Friday, February 1, 2013, 5:07 to 5:20 PM.

WSJ Live, Monday, February 11, 2013, 1:25 to 1:29 PM.

WSJ Live, "Gun Control: Smart or Illegal," Monday, February 11, 2013, 3:57 to 4:01 PM.

The Dennis Miller Show, April 2, 2013, 12:05 to 12:30 PM.

Steve Malzberg's Show on News Max, April 2, 2013, 3:35 to 3:45 PM.

Geraldo Rivera Radio Show, April 4, 2013, 10:35 to 10:47 AM.

The Dennis Miller Show, April 10, 2013, 11:05 to 11:30 AM.

Mark Levin Show, Wednesday, April 10, 2013, 6:35 to 6:47 PM.

Geraldo Rivera Radio Show, April 11, 2013, 11:35 to 11:45 AM.

Senate Debate over Gun Control, Fox News Live, April 11, 2013, 12:10 to 12:17 PM.

The Scott Hennen Show, April 11, 2013, 1:35 to 1:50 PM.

Mike Huckabee's Radio Show, Thursday, April 11, 2013, 2:35 to 2:47 PM.

Jason Lewis Show, Thursday, April 11, 2013, 8:05 to 9:00 PM.

BBC World TV, Thursday, April 11, 2013, 10:05 to 10:10 PM.

The Rusty Humphries Show, Friday, April 12, 2013, 5:35 to 5:45 PM.

**Exhibit 1**
**0053**

John R. Lott, Jr.  Page 53

SELECTED NATIONAL PUBLIC APPEARANCES (CONTINUED):

Bill Cunningham's "The Great Show," Sunday, April 14, 2013, 10:35 to 11:00 PM.

"Am Agenda," Sun News Network, Thursday, April 18, 2013, 9:20 to 9:28 AM.

Senate Vote on Gun Control, Fox News Live, Thursday, April 18, 2013, 12:20 to 12:28 PM.

NY1's The Call Tonight: Senate votes against expanding background checks, Thursday, April 18, 2013, 9:15 to 9:20 PM.

Jim Bohannon Show, Thursday, April 18, 2013, 10:35 to 11:00 PM.

Coast to Coast AM, Wednesday, May 8, 2013, 1:15 to 2:00 AM.

Lars Larson Show, Tuesday, June 11, 2013, 7:10 to 8:00 PM.

Substitute host for Jason Lewis Show, Thursday, June 13, 2013, 6:05 to 9:00 PM.

Substitute host for Jason Lewis Show, Friday, June 14, 2013, 6:05 to 9:00 PM.

Mike Huckabee's Radio Show, Tuesday, July 15, 2013, 12:35 to 12:47 PM.

Wilkow!, The Blaze TV, Friday, July 19, 2013, 4:50 to 4:57 PM.

Stand Your Ground Laws, C-SPAN Washington Journal, Saturday, July 20, 2013, 7:45 to 9:15 AM.

Steve Malzberg Show, News Max Radio, Tuesday, July 23, 2013, 3:45 to 3:55 PM.

Coast to Coast AM, Wednesday, July 25, 2013, 1:07 to 1:10 AM.

Steve Malzberg Show, News Max Radio, Wednesday, July 31, 2013, 5:32 to 5:45 PM.

Dana Loesch Show, Thursday, August 1, 2013, 1:35 to 1:45 PM.

"Opinion: Cory Booker: Reality v. Rhetoric," WSJ Live, Thursday, August 15, 2013, 1:10 to 1:15 PM.

Byline, Sun News, Monday, August 29, 2013, 9:06 to 9:11 PM.

Sandy Rios, American Family Radio, September 3, 2013, 8:45 to 8:55 AM.

Steve Malzberg Show, News Max Radio, Tuesday, September 3, 2013, 5:32 to 5:45 PM.

Coast to Coast AM, Friday, September 13, 2013, 1:07 to 1:10 AM.

**Exhibit 1**
**0054**

John R. Lott, Jr.  Page 54

SELECTED PUBLIC APPEARANCES (CONTINUED):

Shooting in Washington, DC, Sky News UK, Monday, September 16, 2013, 1:14 to 1:19 PM.

Shooting in Washington, DC, Sean Hannity Radio Show, Monday, September 16, 2013, 5:32 to 5:50 PM.

Shooting in Washington, DC, Piers Morgan Tonight, CNN, Monday, September 16, 2013, 9:25 to 9:41 PM.

Sandy Rios, American Family Radio, Tuesday, September 17, 2013, 8:20 to 8:45 AM.

Dennis Miller Radio Show, Wednesday, September 18, 2013, 11:15 to 11:45 AM.

Steve Malzberg Show, News Max Radio, Thursday, September 19, 2013, 4:20 to 4:30 PM.

Lou Dobbs, Fox Business, Thursday, September 19, 2013, 7:35 to 7:40 PM.

Lars Larson Radio Show, Thursday, September 19, 2013, 8:08 to 8:30 PM.

Bill Martinez Live!, Friday, September 20, 2013, 9:16 to 9:50 AM.

Fox News, Friday, September 20, 2013, 1:40 to 1:45 PM.

Dana Loesch Show, Friday, September 20, 2013, 2:35 to 2:50 PM.

The Source, Sun New, Friday, September 20, 2013,  5 PM hour, 7 minutes.

The Alan Colmes Radio Show, Friday, September 20, 2013, 7:06 to 7:30 PM.

Jason Lewis Radio Show, Friday, September 20, 2013, 8:05 to 9:00 PM.

Fox & Friends, Saturday, September 21, 2013, 6:45 to 6:49 AM.

"Dumbing Down the Courts," Federalist Society Teleforum, Wednesday, September 25, 2013, 12:00 to 1:00 PM.

"Obama's call for continued gun control," Voice of Russia, Moscow, Wednesday, September 25, 2013, 1:05 to 1:10 PM.

Sun New, Wednesday, September 25, 2013,  3:17 to 3:23 PM.

Glenn Beck, The Blaze TV, October 1, 2013, 3:20 to 3:25 PM.

"Is the push for gun control over?" Fox News Live, Wednesday, October 2, 2013, 12:33 to 12:40 PM.

**Exhibit 1**
**0055**

John R. Lott, Jr.  Page 55

SELECTED PUBLIC APPEARANCES (CONTINUED):

"Book Discussion on 'Dumbing Down the Courts,'" C-SPAN2, Saturday, October 20, 2013, 11:00 PM to 12:06 AM; C-SPAN2, Sunday, October 21, 2013, 3:45 to 4:51 PM; and C-SPAN2, Saturday, October 26, 2013, 9:45 to 10:51 AM.

The Dennis Miller Show, Monday, October 22, 2013, 10:46 to 11:00 PM.

"Gun sales a snap on Instagram," New Day, CNN, Saturday, October 26, 2013, 9:15 to 9:20 AM.

"Stand Your Ground Laws," Senate Judiciary Subcommittee on the Constitution, Civil Rights, and Human Rights, C-SPAN2, Thursday, October 31, 2013, 8:00 to 10:00 AM; C-SPAN2, Thursday, October 31, 2013, 5:26 to 7:26 PM; C-SPAN3, Friday, November 1, 2013, 8:00 to 10:00 PM; and C-SPAN3, Saturday, November 2, 2013, 2:00 to 4:00 AM.

Steve Malzberg Show, News Max Radio, Thursday, November 21, 2013, 4:35 to 4:45 PM.

Mike Huckabee's Radio Show, Friday, November 22, 2013, 11:35 to 1:45 PM.

"Kudlow Report," *CNBC*, Friday, November 22, 2012, 7:50 to 7:57 PM.

Dana Loesch Show, Friday, December 6, 2013, 1:35 to 1:50 PM.

Lars Larson Radio Show, Wednesday, December 11, 2013, 8:35 to 8:55 PM.

Glenn Beck TV Show, Friday, December 13, 2013, 5:50 to 6:00 PM.

The Jim Bohannon Show, Monday, December 16, 2013, 10:05 to 11:00 PM.

Geraldo Rivera, Tuesday, December 17, 2013, 10:06 to 10:15 AM.

Coast-to-Coast AM, Wednesday, December 18, 2013, 1:05 to 1:07 AM.

The Jerry Agar Show, Sun News (Canada), Tuesday, December 24, 2013, 4:35 to 4:41 PM.

Lars Larson Radio Show, Friday, January 3, 2014, 6:22 to 6:30 PM.

"Will More Guns Keep You Safe?" Outfront with Erin Burnett, CNN, Friday, January 3, 2014, 7:33 to 7:40 PM.

Jason Lewis Radio Show, Friday, January 3, 2014, 8:05 to 9:00 PM.

"Gun Myths Shot Down," Byline with Brian Lilley, Sun News (Canada), Tuesday, January 7, 2014, 6:03 to 6:10 PM.

**Exhibit 1**
**0056**

John R. Lott, Jr.  Page 56

SELECTED PUBLIC APPEARANCES (CONTINUED):

Coast-to-Coast AM, Wednesday, January 8, 2014, 1:06 to 1:09 AM.

The Mancow Experience, Wednesday, January 29, 2014, 11:37 to 11:50 AM.

Sean Hannity Show, Tuesday, March 4, 2014, 5:06 to 5:21 PM.

Lars Larson Radio Show, Friday, March 7, 2014, 5:35 to 5:50 PM.

Jason Lewis Radio Show, Friday, March 7, 2014, 7:35 to 8:00 PM.

"Putting America Back to Work," Byline with Brian Lilley, Sun News (Canada), Friday, March 7, 2014, 10:23 to 10:30 PM.

The Source with Paul Anderson, Sunday, March 9, 2014, 10:05 to 10:40 PM.

Dennis Miller Show, Monday, March 10, 2014, 12:35 to 12:50 PM.

The Gary Nolan Radio Show, Thursday, March 13, 2014, 11:35 to noon.

The Dana Show, Thursday, March 20, 2014, 1:36 to 1:47 PM.

Sandy Rios' Radio Show, Friday, March 21, 2014, 8:20 to 8:35 AM.

The Steve Malzberg Show, Friday, March 21, 2014, 5:20 to 5:30 PM.

Blaze TV, Friday, March 21, 2014, 5:21 to 5:26 PM.

Coastal Daybreak, Tuesday, March 25, 2014, 8:45 to 9 AM.

Bill Bennett's Morning in America, Friday, March 28, 2014, 7:06 to 7:15 AM.

The Lars Larson Show, Wednesday, April 2, 2014, 7:45 to 7:53 PM.

The Jim Bohannon Show, Wednesday, April 2, 2014, 10:35 to 10:42 PM.

WMAL, Thursday, April 3, 2014, 7:05 to 7:14 AM.

KTSA Radio, Thursday, April 3, 2014, 7:36 to 7:45 AM.

The Sandy Rios, Thursday, April 3, 2014, 8:36 to 8:51 AM.

The Dana Show, Thursday, April 3, 2014, 1:35 to 1:48 PM.

The Sean Hannity Show, Thursday, April 3, 2014, 3:35 to 3:51 PM.

The Janet Mefferd Show, Thursday, April 3, 2014, 4:10 to 4:20 PM.

**Exhibit 1**
**0057**

John R. Lott, Jr.  Page 57

SELECTED PUBLIC APPEARANCES (CONTINUED):

Phil Valentine Show, Thursday, April 3, 2014, 4:35 to 4:48 PM.

The Mark Levin Show, Thursday, April 3, 2014, 6:07 to 6:30 PM.

The David Webb Show, Thursday, April 3, 2014, 10:05 to 10:15 PM.

Big John and Amy Show, Friday, April 4, 2014, 7:35 to 7:45 AM.

Michigan Talk Radio, Friday, April 4, 2014, 8:35 to 8:45 AM.

"Fort Hood Shooting," Jansing & Co with Chris Jansing, MSNBC, Friday, April 4, 2014, 10:05 to 10:14 AM.

The Jason Lewis Radio Show, Friday, April 4, 2014, 8:05 to 9:00 PM.

Tom Gresham's Gun Talk, Sunday, April 6, 2014, 3:35 to 3:45 PM.

The Dennis Miller Show, Tuesday, April 8, 2014, 1:05 to 1:30 PM.

Coast to Coast AM, Thursday, April 10, 2014, 1:08 to 1:11 AM.

The Ed Morrissey Show, Tuesday, April 22, 2014, 4:48 to 5:00 PM.

Jason Lewis Radio Show, Tuesday, April 22, 2014, 8:05 to 9:00 PM.

Peter Schiff Radio Show, Wednesday, April 23, 2014, 10:35 to 11:00 AM.

Phil Valentine Radio Show, Wednesday, April 23, 2014, 3:35 to 3:45 PM.

Conservative News/Talk KNUS, Wednesday, April 23, 2014, 4:35 to 4:45 PM.

Fox News, Thursday, April 24, 2014, 3:33 to 3:37 PM.

The Michigan Talk Network, Thursday, April 24, 2014, 8:35 to 8:41 AM.

Coast to Coast AM, Thursday, April 24, 2014, 1:08 to 1:10 AM.

Greg Garrison Radio Show WIBC in Indianapolis, Thursday, April 24, 2014, 9:35 to 10:00 AM.

"New Georgia Law Expands Rights of Gun Owners," The Real Story with Gretchen Carlson, Fox News, Thursday, April 24, 2014, 3:33 to 3:37 PM.

Nancy Grace, CNN Headline News, Thursday, April 24, 2014, 10:40 to 10:45 PM.

Justice with Judge Jeanine, Fox News, Saturday, April 26, 2014, 9:33 to 9:37 PM.

Exhibit 1
0058

John R. Lott, Jr.  Page 58

SELECTED PUBLIC APPEARANCES (CONTINUED):

Southern California Public Radio, KPCC, Monday, April 28, 2014.

The Peter Boyle Show, Wednesday, April 30, 2014, 7:10 to 7:30 AM.

The Source with Ezra Levant, Canada's Sun News, Monday, May 5, 2014.

Dennis Miller Radio Show, Wednesday, May 7, 2014, 2:06 to 2:30 PM.

Dennis Miller Radio Show, Wednesday, May 14, 2014, 2:06 to 2:30 PM.

Dennis Miller Radio Show, Friday, May 16, 2014, 12:33 to 1:00 PM.

WMAL, Tuesday, May 20, 2014, 5:37 to 5:45 PM.

Larry Elder Show, Tuesday, May 27, 2014, 7:14 to 7:21 PM.

Lars Larson Show, Tuesday, May 27, 2014, 7:35 to 8:00 PM.

The Real Side, Tuesday, May 27, 2014, 6:08 to 6:30 PM.

The Marc Bernier Show, Tuesday, May 27, 2014, 5:20 to 5:30 PM.

Dr. Gina Loundon Show, Tuesday, May 27, 2014, 4:20 to 4:30 PM.

Istook Live!, Tuesday, May 27, 2014, 1:05 to 1:20 PM.

John Gibson Radio Show, Tuesday, May 27, 2014, 12:35 to 12:50 PM.

The C4 Show, WBAL, Tuesday, May 27, 2014, 11:05 to 11:20 AM.

Doug McIntyre KABC Los Angeles, Tuesday, May 27, 2014, 9:05 to 9:14 AM.

The Tom Woods Radio Show, Thursday, May 29, 2014.

Byline with Brian Lilley, Canada's Sun News Network, "Moncton Shooting," Thursday, June 5, 2014, 6 to 7 PM.

The Jason Lewis Radio Show, Thursday, June 5, 2014, 8:17 to 9 PM.

The Sandy Rios Show, Monday, June 9, 2014, 8:40 to 9:00 AM.

News Max, Midpoint, Monday, June 9, 2014, 12:15 to 12:26 PM.

KTTH Radio in Seattle, Tuesday, June 10, 2014.

The David Boze Show, Tuesday, June 10, 2014, 10:05 to 10:30 AM.

**Exhibit 1**
**0059**

John R. Lott, Jr.  Page 59

SELECTED PUBLIC APPEARANCES (CONTINUED):

The Arena with Michael Coren, Canada's Sun News, "More Control, More Violence," Wednesday, June 11, 2014.

The Jim Bohannon Show, Monday, June 16, 2014, 10:35 to 11 PM.

"Gun Rights" a presentation to a dinner for Gun Rights North Carolina, C-SPAN3, Saturday, July 5, 2014, 4:36 to 6:11 PM and C-SPAN2, Thursday, September 4, 2014, 10:35 AM to 12:10 PM.

The Jason Lewis Radio Show, Sunday, July 20, 2014.

"Mayor Emanuel to blame for Chicago violence," Fox TV Chicago, Monday, July 28, 2014.

WMAL, Tuesday, July 29, 2014, 5:07 to 5:15 PM.

An interview with Cam & Company and Katie Pavlich, Monday, August 4, 2014, 2:40 to 2:51 PM.

Jim Bohannon Radio Show, Monday, August 4, 2014, 10:35 to 11:00 PM.

Michigan Talk Network, Wednesday, August 13, 2014, 8:30 to 8:40 AM.

KFI, John and Ken Show, Wednesday, August 13, 2014, 8:35 to 8:45 PM.

Coast to Coast AM, Thursday, August 14, 2014, 1:07 to 1:09 AM.

Sportsman Channel, Thursday, August 14, 2014, 5:15 to 5.25 PM.

The Dana Loesch Show (radio), Tuesday, August 19, 2014, 2:06 to 2:20 PM.

The Glenn Beck TV Show, Tuesday, August 19, 2014, 4:30 to 4:50 PM.

The Lars Larson National Radio Show, Monday, August 25, 2014, 6:20 to 6:30 PM.

Coast to Coast AM, Tuesday, August 26, 2014, 1:07 to 1:10 AM.

Women stalking victims and guns used for self protection, The Blaze TV with Dana Loesch, Tuesday, August 26th, 2014, 5:20 to 5:40 PM.

Washington, DC's WMAL, Friday, August 29, 2014, 5:35 to 5:40 PM.

The Michigan Talk Network, Friday, August 29, 2014, 8:35 to 8:55 AM.

The Larry Elder Show, Wednesday, September 3, 2014, 8:20 to 8:30 PM.

WVON, Thursday, September 4, 2014, 8:05 to 9:15 PM.

**Exhibit 1**
**0060**

John R. Lott, Jr.  Page 60

SELECTED PUBLIC APPEARANCES (CONTINUED):

"Russian versus US murder rates," Voice of Russia, Saturday, September 20th, 2014, 9:07 to 9:16 AM.

Mistakes by police and civilians using guns, The Blaze TV with Dana Loesch, Tuesday, September 30, 2014, 6:09 to 6:19 PM.

"It's a Mean, Mean World?" The John Stossel Show, Fox News, Saturday, October 4, 2014, 5 PM and 10 PM; Sunday, October 5, 2014, 10 PM; Monday, October 6, 2014, 1 AM.  Also shown on Fox Business, Thursday, October 2, 2014, 9 PM; Friday, October 3, 2014, 1 AM; Saturday, October 4, 2014, 9 PM and Midnight; Sunday, October 5, 2014, 9 PM.

Michael Smerconish Show, CNN, Saturday, October 11, 2014, 9:30 to 9:35 AM and 6:30 to 6:35 PM.

The Lars Larson National Radio Show, Tuesday, October 14, 2014, 6:35 to 6:43 PM.

The Dennis Miller National Radio Show, Tuesday, October 14, 2014, 1:15 to 1:30 PM.

The Tom Gresham's National Radio Show, Sunday, October 19, 2014, 2:07 to 2:19 PM.

The Sand Rios National Radio Show, Monday, October 20, 2014, 8:20 to 8:37 AM.

Errors in FBI report on public shootings, The Blaze TV with Dana Loesch, Monday, October 20, 2014, 5:20 to 5:30 PM.

Coast-to-Coast AM Radio, Thursday, October 14, 2014, 1:07 to 1:11 AM.

The Lars Larson National Radio Show, Thursday, October 23, 2014 from 6:37 to 6:45 PM.

"Does gun control save lives or does it tilt the battlefield in favour of terrorists?" The Source with Ezra Levant, Sun News (Canada), Tuesday, November 3, 2014, 8:48 PM.

The  Bill Martinez Live Radio Show, Tuesday, December 2, 2014, 9:20 to 9:45 AM.

Coast-to-Coast AM Radio, Wednesday, December 3, 2014, 1:06 to 1:09 AM.

The Lars Larson National Radio Show, Monday, December 8th, 2014, 6:35 to 6:44 PM.

The Dennis Miller National Radio Show, Wednesday, December 10th, 2014, 2:05 to 2:30 PM.

The Lars Larson National Radio Show, Thursday, December 12th, 2014, 7:35 to 7:40 PM.

**Exhibit 1**
**0061**

John R. Lott, Jr.  Page 61

SELECTED PUBLIC APPEARANCES (CONTINUED):

The Sean Hannity Radio Show, Friday, December 19th, 2014, 5:09 to 5:16 PM.

The Steve Malzberg Show, Monday December 22nd, 2014, 5:20 to 5:30 PM.

Michigan Talk Network, Monday, December 22nd, 2014, 7:45 to 7:52 AM.

The Flipside, Tuesday, December 23, 2014.

"Shoot an intruder in Idaho & the intruder goes to jail. In Canada the shooter might," Byline with Brian Lilley, Sun News (Canada), Monday, January 19, 2015.

The Dana Loesch Radio Show, Thursday, January 22nd, 2015, 2:23 to 2:30 PM and 3:05 to 3:16 PM.

The Lars Larson National Radio Show, Thursday, January 22nd, 2015, 6:05 to 6:15 PM.

Michigan Talk Network, Thursday, January 22, 2015, 8:35 to 8:41 AM.

The Frank Beckmann Show on WJR, Friday, January 30th, 2015.

The Lars Larson National Radio Show, Thursday, February 12th, 2015, 6:21 to 6:30 PM.

The Jim Bohannon National Radio Show, Wednesday, February 18th, 2015, 10:05 to 11:00 PM.

Jim Bohannon's America in the Morning, Friday, February 20th, 2015, 5 AM hour.

John Gambling on WOR, Friday, February 27, 2015, 11:20 to 11:30 AM.

Coast-to-Coast AM, Friday, February 27, 2015 from 1:07 to 1:09 AM.

Wyoming Public Television, Friday, February 27th, 2015 at 8 PM.

Mark Levin Radio Show, Tuesday, March 10th, 2015 from 7:35 to 7:46 PM.

Sean Hannity Radio Show, Monday, March 16th, 2015, 5:06 to 5:20 PM.

Steve Malzberg NewsMax TV Show, March 20, 2015.

John Stossel's Show on **Fox News** and **Fox Business**, March 22, 23, and 24, 2015.

Lars Larson's National Radio Show, Wednesday, March 25, 2015, 6:20 to 6:30 PM.

The Jim Bohannon National Radio Show, Friday, March 13, 2015, 10:35 to 11:00 PM.

The Jim Bohannon National Radio Show, Wednesday, March 18, 2015, 10:35 to 11:00 PM.

**Exhibit 1**
**0062**

John R. Lott, Jr.  Page 62

SELECTED PUBLIC APPEARANCES (CONTINUED):

The Phil Valentine Show, Monday, March 30, 2015, 2:35 to 3:00 PM.

Larry O'Connor's Show, WMAL, Thursday, April 16th, 2015 from 5:35 to 5:50 PM.

Michigan Talk Network, Tuesday, April 21, 2015 from 6:40 to 6:47 AM.

Washington Journal, C-SPAN, April 25, 2015, 7:51 to 8:20 AM.

Michigan Talk Network, Tuesday, April 28, 2015 from 7:35 to 7:43 AM.

Coast-to-Coast AM, Tuesday, April 28th, 2015, 1:15 to 3:00 AM.

Michigan Talk Network, Tuesday, May 5, 2015 from 6:40 to 6:47 AM.

Lars Larson's National Radio Show, Monday, May 4, 2015, 6:20 to 6:30 PM.

"What National Crime Wave?" Wall Street Journal's Opinion Journal, June 9, 2015.

**The Jim Bohannon National Radio Show**, Wednesday, June 4, 2015, 11:05 to 12:00 PM

Larry O'Connor's Show, WMAL, Thursday, June 11th, 2015 from 5:07 to 5:14 PM.

Lars Larson's National Radio Show, Thursday, June 11th, 8:20 to 8:42 PM.

Coast-to-Coast AM, Friday, June 12th, 1:07 to 1:10 AM.

Coast-to-Coast AM, Friday, June 19, 2015 from 1:07 to 1:10 AM.

Bill Bennett's Morning in America, Friday, June 19, 2015 from 7:05 to 7:16 AM.

Lars Larson's National Radio Show, Friday, June 19, 2015 from 6:22 to 6:30 PM.

Dennis Prager National Radio Show, Monday, June 22, 2015 form 2:05 to 3:00 PM.

Sean Hannity's Television Show, Fox News, Monday, June 22, 2015 from 10:18 to 10:20 PM.

The Daily Wrap's co-hosted by Joe Concha and Rick Ungar, NewsMax TV, Tuesday, June 23, 2015 from 7:10 to 7:17 PM.

Larry O'Connor's Show, WMAL, Thursday, July 2nd, 2015 from 8:40 to 8:45 AM.

Lars Larson Show on Thursday, July 16th, 2015 from 7:20 to 7:30 PM.

Larry Elder Show on Friday, July 17th, 2015 from 3:20 to 3:30 PM.

Laura Ingraham Radio Show, Friday, July 24, 2015 from 10:07 to 10:16 AM.

**Exhibit 1**
**0063**

John R. Lott, Jr.  Page 63

SELECTED PUBLIC APPEARANCES (CONTINUED):

Coast-to-Coast AM, Tuesday, July 28, 2015 from 1:08 to 1:11 AM.

The John Stossel Show on Fox News and Fox Business on Friday, July 31, 2015.

Aljazeera America, Monday, August 10, 2015.

Lars Larson's National Radio Show, Thursday, August 13, 2015 from 6:22 to 6:30 PM.

UN Arms Trade Treaty, Radio America, Thursday, August 27, 2015.

Steve Malzberg's Show, NewsMax TV, Thursday, August 27, 2015 from 7:34 to 7:40 PM.

CBS Evening News, Thursday, August 27th, 2015, 6:45 to 6:47 PM.

Coast-to-Coast AM, Friday, August 28th, 2015 from 1:15 to 2 AM.

Jim Bohannon's America in the Morning, Tuesday, August 18, 2015, 5 AM hour.

The Daily Wrap's co-hosted by Joe Concha and Rick Ungar, NewsMax TV, Friday, August 28, 2015, 6:05 to 6:09 PM.

Sandy Rios National Radio Show, Tuesday, September 1, 2015, 8:15 to 8:50 AM.

Dana TV, The Blaze, October 1, 2015.

Aljazeera International, October 2, 2015 from 11:10 to 11:15 AM.

CNN Newsroom with Carol Costello, *CNN*, October 2, 2015.

Coast-to-Coast AM, Friday, October 2, 2015 from 1:07 to 1:10 AM.

Mark Levin National Radio Show, Friday, October 2, 2015 from 6:35 to 6:53 PM.

Laura Ingraham Radio Show, Friday, October 2, 2015 from 1:15 to 1:23 PM.

John Gibson National Radio Show, Friday, October 2nd, 2012 from 1:05 to 1:17 PM.

Sean Hannity Radio Show, Monday, October 6, 2015, 5:06 to 5:21.

"The Danger of Gun-free Zones," *Wall Street Journal's* Opinion Journal, October 5, 2015.

NewsMax TV, Friday, October 5, 2015 from 8:24 to 8:29 PM.

"Would New Guns Laws Make You Safer?" *Fox & Friends*, October 10, 2015.

Not yet updated after this date.

**Exhibit 1**
**0064**

John R. Lott, Jr.  Page 64

SELECTED NONACADEMIC WRITINGS ON ECONOMICS:

"Stop Subsidizing the Future Rich," *USA Today*, February 19, 1985, p. 8A.

"Social Security's a Bad Deal That's Also Difficult to Justify," *Houston Post*, Sunday, October 27, 1985, p. B3, also appeared in *The Orange County Register* and *Peoria (Illinois) Star Journal*, Sunday, November 3, 1985.

"Competition Would Benefit Schools," *Bozeman (MT) Daily Chronicle*, Thursday, July 31, 1986, p. 4.

"Teachers: They Could Stand Some Competition," *Detroit News*, Thursday, July 17, 1986, also appeared in the *St. Louis Post-Dispatch*, Friday, July 18, 1986; *Pittsburgh Post-Gazette*, Saturday, July 12, 1986; and the *Washington Times*, Monday, July 14, 1986.

"Advantage, Incumbents," coauthored with Gertrud Fremling, *The Orange County Register*, April 18, 1987, p. A28.

"Incumbents Benefit if Spending Caps are Equal," *The Wall Street Journal*, Wednesday, June 10, 1987, p. A10.

"Academic Freedom at a Public University," *The Freeman*, March 1990, pp. 112-115.

"Blaming the Bad News Bearer," *Los Angeles Times*, Monday, August 13, 1990, p. B5; also appeared in the *Courier-Journal* (Louisville, Kentucky), Tuesday, August 14, 1990, p. 9A; the *Sacramento Bee*, Wednesday, August, 15, 1990, p. B7; and carried on *Los Angeles Times* newswire service.

"Raising Commodity Prices Justifiable?" debate with U.S. Senator Joseph Lieberman, *PM Editorial Services*, August 1990.

"What Should We Do About the Deficit?" *United Press International Newswire*, October 11, 1990.

"Strong Arm of the Law Left Milken Defenseless," *The Orange County Register*, Sunday, March 31, 1991, p. G1 and G2.

"Is Curbing Crime Worth the Cost?" *New York Times*, coauthored with Michael Block, Sunday, May 5, 1991, p. F 13.

"Our Economy is Still the World's Leader," *New York Newsday*, Tuesday, April 7, 1992, p. 85; also appeared in the *Indianapolis Star*, Wednesday, April 22, 1992, p. A13; carried on *Los Angeles Times* newswire service.

"Clinton Economic Plan Won't Work," *Philadelphia Inquirer*, Sunday, April 19, 1992, p. D13, also appeared in the *Richmond Times-Dispatch*, Sunday, April 26, and carried on Knight-Ridder newswire service.

**Exhibit 1**
**0065**

John R. Lott, Jr.  Page 65

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Czechoslovak Mutual Funds Fuel Reform," *The Wall Street Journal Europe*, coauthored with Robert G. Hansen, Friday, July 17, 1992, p. 6.

"Al Gore on the Environment:  Warped and Extremist Thinking," *Philadelphia Inquirer*, Friday, August 27, 1992, p. A23, also appeared in the *Detroit News*, Monday September 28, 1992, p.7A.

"If Al Gore's a Conservative, Clinton Must Be Waaay Out," *New York Newsday*, Tuesday, October 6, 1992, p. 75, carried on *Los Angeles Times-Washington Post* newswire service.

"But Look at the Price Tag," *Philadelphia Inquirer*, Thursday, October 15, 1992, p. A23, also appeared in the *St. Louis Post-Dispatch*, Sunday, October 11, 1992, p. 7E, *The Seattle Times*, Friday, October 23, 1992, and carried on Knight-Ridder newswire service.

"Clinton's 'Big Lie' on Economy," *Philadelphia Inquirer*, Monday, November 2, 1992, p. A15.

"Give Reagan-Bush Their Due:  They Did Build Up the Economy," *Philadelphia Inquirer*, Wednesday, January 20, 1993, p. A9; also appeared in the *Orange County Register*, Sunday, January 24, 1993; *Long Beach (Ca.) Press-Telegram*, Friday, January 22, 1993; *Lexington (KY) Herald-Leader*, Monday, January 25, 1993; *The Wichita Eagle*, Sunday January 24, 1993; *Corpus Christi (TX) Caller Times*, Saturday, January 23, 1993; *News Sentinel* (Fort Wayne, Indiana), Saturday, January 23, 1993; and carried on Knight-Ridder newswire service."Energy Tax Hits the Middle Class," *Philadelphia Inquirer*, Monday, February 8, 1993, p. A13; also appeared in the *Orange County Register*, Sunday, February 21, 1993, pp. J1 and J2; and carried on Knight-Ridder newswire service.

"Drug Research:  Pay Now or Later," *Philadelphia Inquirer*, Saturday, March 20, 1993, p. A11, carried on Knight-Ridder newswire service.

"Clinton: Proteger a EE UU," *Cinco Dias* (Second largest business newspaper in Spain), Friday, April 16, 1993, pp. 2 and 3.

"U.S. Taxpayers Will Pay Dearly for that Biodiversity Treaty," *Philadelphia Inquirer*, Wednesday, May 19, 1993, p. A11; also appeared in the *Washington Times*, Tuesday, June 1, 1993, pp. E1 and E4; the *Phoenix Gazette*, Saturday, May 22, 1993, p. A13; and the *Montgomery County (PA.) Observer*, Wednesday, May 26, 1993, p. 11.

"Who Gets Socked — Salmon or Energy Consumers?:  The True Cost of Clinton's Energy Bill," *Philadelphia Inquirer*, Thursday, June 10, 1993, p. A23.

"Clinton Plan Isn't Campaign Reform," *Philadelphia Inquirer*, Saturday, August 21, 1993, p. A7.

**Exhibit 1**
**0066**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Toxic Land, Toxic Fears," Reviews of Environmental Overkill: Whatever Happened to Common Sense? by Dixy Lee Ray with Lou Guzo and Science Under Siege: Balancing Technology and the Environment by Michael Fumento, *Philadelphia Inquirer*, Sunday, August 22, 1993, pp. K1 and K4.

"Galbraith, Speculating About Economic Cycles," Review of A Short History of Financial Euphoria by John Kenneth Galbraith, *Philadelphia Inquirer*, Sunday, September 5, 1993, p. K3.

"Vouchers Would Foster A Healthy Competition," *Richmond Times-Dispatch*, Tuesday, September 7, 1993 and the *Daily Oklahoman*, Saturday, October 9, 1993, p. 4.

"Clinton's Plan Needs a Doctor," *Philadelphia Inquirer*, Thursday, September 23, 1993, p. A23; also appeared in the *San Francisco Chronicle*, Friday, September 24, 1993, p. A25; the *Orange County Register*, Wednesday, September 29, 1993; the *Charlotte (N.C.) Observer*, Wednesday, September 29, 1993; the *Phoenix Gazette*, Thursday, September 23, 1993, p. A27; the *Milwaukee Sentinel*, Thursday, September 30, 1993; the *Daily Oklahoman*, Monday, October 18, 1993, p. 6; and carried on Knight-Ridder newswire service.

"Public Schools Need More Competition," *Philadelphia Inquirer*, Wednesday, October 13, 1993, p. A11.

"Are Oxygenated Fuels Worth All the Extra Cost?:  Drivers Pay 5 to 7 Cents More A Gallon, and The Special Fuel Isn't Even Necessary," *Philadelphia Inquirer*, Monday, November 1, 1993, p. A19; also appeared in the *Washington Times*, Monday, November 1, 1993, p. A17; the *Phoenix Gazette*, Tuesday, November 2, 1993, p. B15; the *Salt Lake City Tribune*, Friday, October 29, 1993; and the *Albuquerque Journal*, Friday, December 17, 1993, p. A19.

"Look at What Drugs Are Doing, and Elders' Idea Doesn't Look Bad," *Philadelphia Inquirer*, Thursday, December 23, 1993, p. A15.

"Rush Limbaugh Vents about Clinton, Gore and 'the Decade of Fraud,' " Review of See, I Told You So by Rush H. Limbaugh, III, *Philadelphia Inquirer*, Sunday, December 26, 1993, p. C3.

"Whitman Can Close the Gap Through School Choice," *Philadelphia Inquirer*, Saturday, January 22, 1994, p. A9.

"Drug Policy Frees Prisons for Real Criminals," the *Detroit News*, Sunday, January 23, 1994, p. B3.

"The Government Exaggerates the Secondhand Smoke Threat," *Philadelphia Inquirer*, Wednesday, April 6, 1994, p. A15; also appeared in the *Cincinnati Post*, Thursday, April 7, 1994, p. A14; and the *Cythiana Democrat (Kentucky)*, April 14, 1994, p. 4.

**Exhibit 1**
**0067**

John R. Lott, Jr.  Page 67

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"The Danger of Medical Price Controls," Letters to the Editor, *The Wall Street Journal*, Monday, May 9, 1994, p. A15.

"With Clinton's Health Care, We also Get Price Controls," *Philadelphia Inquirer*, Saturday, July 23, 1994, p. A7; also appeared in the *Cythiana Democrat (Kentucky)*, June 23, 1994, p. 4.

"On the World Bank's Debit Side: Progress that Brings Problems," Review of Mortgaging the Earth:  The World Bank, Environmental Improverishment, and the Crisis of Development by Bruce Rich, *Philadelphia Inquirer*, Sunday, July 24, 1994, p. H3.

"Clinton Pollster Looks at Politics and Power," Review of Middle Class Dreams: The Politics and Power of the New American Majority, by Stanley B. Greenberg, *Philadelphia Inquirer*, Sunday, March 12, 1995, p. H1.

"An Environmental Optimist Sees A Good Earth Likely to Get Better," Review of A Moment on the Earth:  The Coming Age of Environmental Optimism, by Gregg Easterbrook, *Philadelphia Inquirer*, Sunday, April 30, 1995, p. M3.

"An Assessment that Finds Fault with Liberal Social Policies," Review of The Vision of the Anointed: Self-congratulations as a Basis for Social Policy, Thomas Sowell, *Philadelphia Inquirer*, Sunday, October 1, 1995, p. H3.

"Laws that Permit Handguns Save Lives," *Seattle Times*, Thursday, August 22, 1996, p. B5; *Philadelphia Inquirer*, Thursday, August 29, 1996, p. A23; *Chicago Sun-Times*, Sunday, October 13, 1996, p. 44.

"Do Concealed Handgun Laws Save Lives?" *The Wall Street Journal*, Wednesday, August 28, 1996, p. A13; reprinted in Guns and Violence: Current Controversies, edited by Henny H. Kim (Greenhaven Press: San Diego, Ca., 1999) and also numerous other places.

"It Would be Criminal to Ignore How Concealed-Carry Laws Cut Murder Rates," Letters to the Editor, *The Washington Times*, Monday, September 9, 1996, p. A18.

"America Still the Richest of Countries," *Philadelphia Inquirer*, Sunday, September 29, 1996, p. E6.

"What Deters Criminals?" Letters to the Editor, *The Washington Post*, Thursday, October 31, 1996, p. 20.

"Bulletproof," Letters to the Editor, *The Economist*, January 11th-17th, 1997, pp. 6 and 8.

"Study on Handgun Permit Laws," Letters to the Editor, *Los Angeles Times*, Sunday, February 2, 1997, p. M4.

**Exhibit 1**
**0068**

John R. Lott, Jr.  Page 68

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Gun Study Extensive, Thorough," *Omaha World Herald*, Sunday, March 9, 1997, p. B9.

"Concealed Handguns; Letting citizens carry them leads to drop in murder rates," *Minneapolis Star Tribune*, Friday, March 21, 1997, p. 21.

"Concealed Handguns and Crime," Letters to the Editor, *Washington Post*, Wednesday, April 9, 1997, p. A20; also appeared in *Dallas Morning News*, May 14, 1997.

"Concealed Guns, Study finds they help keep peace," *The Honolulu Advertiser*, Sunday, June 8, 1997, p. B3.

"Childproof Gun Locks: Bound to Misfire," *The Wall Street Journal*, Wednesday, July 16, 1997, p. A22.

"Unraveling Some Brady Law Falsehoods; Guns: Part of the National Drop in Crime is Because More Citizens are Lawfully Armed, Not Because of the Background Checks," *Los Angeles Times*, Wednesday, July 2, 1997, p. B7; also appeared in *Newsday* (Long Island, New York), Tuesday, July 8, 1997, p. A30; *The Times Union* (Albany, NY), Tuesday, July 8, 1997, p. A9; *Las Vegas Review-Journal* (Las Vegas, NV), Tuesday, July 8, 1997, p. B9; *The Houston Chronicle*, Monday, July 21, 1997, p. 17; *Sacramento Bee*, Friday, July 25, 1997, p. B7; and the *Bozeman Chronicle* (Bozeman, Montana), Sunday, July 6, 1997.

"Faulty Link on Guns and Death," *Chicago Tribune*, Sunday, January 11, 1998, p. A20.

"License to Kill?: Careful Look at Critical Study Actually Backs Gun Permit Holders," *Dallas Morning News*, Sunday, February 8, 1998, p. J6.

"Do Concealed Handgun Laws Save Lives?," *Intellectual Capital.Com*, Thursday through Wednesday, March 26 through April 1, 1998.

"The Real Lesson of the School Shootings," *The Wall Street Journal*, Friday, March 27, 1998, p. A14; also appeared in the *South China Morning Post*, Monday, May 25, 1998, p. 13.

"Citizens Packing Heat Reduce Murder Rates," Letters to the Editor, *The Wall Street Journal*, Tuesday, April 14, 1998, p. A23.

"Concealed Weapons," Letters to the Editor, *Chicago Sun-Times*, Tuesday, April 14, 1998, p. 24.

"Gun Control Becomes a Shell Game," *Newsday*, Wednesday, April 15, 1998, p. A43; also appeared in the *Star Tribune* (Minneapolis, MN), Sunday, April 26, 1998, p. A25; *Las Vegas Review-Journal*, Wednesday, April 22, 1998, p. 9B; *St. Petersburg Times* (Florida), April 18, 1998; *Palm Beach Post* (Florida), Sunday, April 19, 1998, p. 3E; *Santa Rosa Press-Democrat* (Santa Rosa, Ca.), Friday, April 17, 1998; and carried on *Los Angeles Times* newswire service.

**Exhibit 1**
**0069**

John R. Lott, Jr.  Page 69

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Bullet Points," Letters to the Editor, *The Economist*, April 25, 1998, p. 8.

"Do Guns Help Prevent Violence?: Areas that Allow Concealed Firearms Find Violent Crime Reduced," *St. Louis Post-Dispatch*, Sunday, May  3, 1998, p. B3.

"The Cold, Hard Facts About Guns," *Chicago Tribune*, Friday, May 8, 1998, p. 27; as well as *The Honolulu Advertiser*, Sunday, May 24, 1998, p. 3 and  Guns and Violence: Current Controversies, edited by Henny H. Kim (Greenhaven Press: San Diego, Ca., 1999).

"Book carefully researched," Letters to the Editor (Response to Op-ed by Tom Teepen), the *Atlanta Journal and Constitution*, Sunday, May 24, 1998, p. 6B; as well as the *Commercial Appeal* (Memphis, TN), Wednesday, May 27, 1998, p. A9; *News & Record* (Greensboro, NC), Monday, June 1, 1998, p. A6; *Arizona Republic*, Saturday, June 6, 1998, p. B7.

"How to Stop Mass Public Shootings; When Citizens are Allowed to Carry Concealed Weapons, Deaths and Injuries from Shootings Decline," *Los Angeles Times*, Monday , May 25, 1998, p. B5; also appeared in the *Arizona Republic*, Thursday, May 28, 1998, p. B5; the *Denver Post*, Thursday, May 28, 1998, p. B11; *The Record* (Bergen County, NJ), Thursday, May 28, 1998, p. L9; *Raleigh News and Observer* (North Carolina), Friday, May 29, 1998; *Courier-Journal* (Louisville, Kentucky), Saturday, May 30, 1998; *Tulsa World* (Oklahoma), Sunday, May  31, 1998; *Las Vegas Review-Journal* (Las Vegas, NV), Monday, June 1, 1998, p. 9B.

"Will Suing Gun Manufacturers Save Lives?" *Inverstor's Business Daily*, Wednesday, May 27, 1998, p. A34; somewhat different version also appeared in the *Detroit News*, Friday, June 19, 1998, p. A19 and as a letter to the editor in the *Chicago Sun-Times*, Thursday, June 25, 1998, p. 38.

"Gun Study Targeted All Counties in US," Letters to the Editor, *The Wall Street Journal*, Tuesday,  June 13, 1998, p. A23.

"Trigger Happy," *National Review*, June 22, 1998, pp. 49-50.

"Keep Guns out of Lawyers' Hands," *The Wall Street Journal*, Tuesday, June 23, 1998, p. A20.

"Revisiting the Five-day Waiting Period," *Intellectual Capital.Com*, Thursday through Wednesday, July 2 through July 8, 1998.

"Can Government Crime Data be Trusted?" *Inverstor's Business Daily*, Thursday, July 16, 1998, p. A32.

**Exhibit 1**
**0070**

John R. Lott, Jr.  Page 70

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Armed Citizens Stop Mass Killings," *Omaha World Herald*, Sunday, July 26, 1998.

"More About Concealed Handguns," Letters to the Editor, *Time* magazine, July 27, 1998, p. 8, also appeared in the International edition, August 3, 1998.

"A well-armed public," Letters to the Editor, *Chicago Sun-Times*, Wednesday, July 29, 1998, p. 40.

"Gun Lock Proposal Bound to Misfire," *Chicago Tribune*, Thursday, August 6, 1998, p. 23; also appeared in *Washington Times*, Friday, August  14, 1998, p. A17.

"Research Data Show that Concealed Handguns Deter Crime," *St. Louis Post-Dispatch*, Thursday, August 6, 1998, p. B7.

"Concealed guns reduce crime: If people are packing, crooks think twice," *Minneapolis Star Tribune*, Sunday, August 16, 1998, p. 25A; fairly similar pieces also appeared in the *Albuquerque Journal*, Sunday, October 18, 1998.

"No gun toady," Letters to the Editor, *St. Louis Post-Dispatch*, Monday, August  24, 1998, p. B6

Review of two books by David Kopel in "Breakthrough Books," *Linguafranca*, September 1998, p. 17.

"Study shows women safer packing a gun," Letters to the Editor, *Chicago Sun-Times*, Thursday, September  24, 1998, p. 30.

Response to editorial "Gun Policy That Misfires" attacking my research, Letters to the Editor, *Los Angeles Times*, Friday, October 2, 1998, p. B8.

"Is Microsoft A Predator or Prey," *Inverstor's Business Daily*, Wednesday, October 21, 1998, p. A24.

"Gun Control Advocates Purvey Deadly Myths," *The Wall Street Journal*, Wednesday, November 11, 1998, p. A22.

"Will Suing Gunmakers Endanger Lives?" *Chicago Tribune*, Tuesday, November 17, 1998, p. 19; also appeared in the *Orange County Register*, Sunday, November 29, 1998, Commentary p. 5.

"Cities Target Gun Makers in Bogus Lawsuits;  More People are Killed by Cars;  More Children Drown or Die in Fires," *Los Angeles Times*, Tuesday, December 1, 1998, p. B7; also appeared in *The News and Observer* (Raleigh, NC), Thursday, December 10, 1998; the *Houston Chronicle*, Monday, December  28, 1998, p. A23; *Idaho Statesman* (Boise, Idaho), Saturday, December 5, 1998, p. 8B; *Salt Lake City Tribune*,  December 6, 1998, page A-7; *Cincinnati Enquirer*, Thursday,  February 4, 1999, p. A12; and the *Bozeman (MT) Daily Chronicle*.

**Exhibit 1**
**0071**

John R. Lott, Jr.  Page 71

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Defending Gun Study," Letters to the Editor, *The New York Times*, Thursday, December  17, 1998, p. A32.

"Gun Shy: Cities turn from regulation to litigation in their campaign against guns," *National Review*, December 21, 1998, pp. 46-48.

"Will More Guns Mean Less Crime?" *Consumer's Research*, December, 1998: pp. 18-22.

"Lethal handgun fears," Review of <u>Making A Killing: The Business of Guns in America</u> by Tom Diaz, *Washington Times*, Wednesday, February 24, 1999: p. A17.

"Suits Targeting Gun Makers are Off the Mark," *The Wall Street Journal*, Tuesday, March 2, 1999: p. 18A.

"Do Concealed Guns Deter Crime?" *Kansas City Star*, Saturday, March 20, 1999: p. B7.

"Proposition B: More Security or Greater Danger?: Clear Evidence from States with Concealed Carry," *St. Louis Post-Dispatch*, Sunday, March 21, 1999: p. B3; a related version also appeared in the *Kansas City Star*, Saturday, April  3, 1999.

"Does News Coverage Endanger Lives?" *Inverstor's Business Daily*, Thursday, April 29, 1999, p. A20.

"Think Twice On New Gun Laws," *Newsday* (New York, NY), Friday, April  30, 1999, p. A53.

"When self-defense is banned," *Washington Times*, Wednesday, May  5, 1999, p. A19; also appeared in *The Detroit News*, Monday, May  3, 1999, p. A6 and the *Orange County Register*,.

"Gun Laws Can Be Dangerous, Too," *The Wall Street Journal*, Wednesday, May 12, 1999: p. A22.

"Guns and Crime and Traditional Myths," Letters to the Editor, *The Wall Street Journal*, Tuesday, May 25, 1999: p. A27.

"Gun Show: Why gun laws will not prevent public shootings," *National Review*, Monday, May 31, 1999, No. 10, Vol. 51: p. 32.

Voices From the Front, *ABCNews.com*, Monday, June 7, 1999.

"New Gun Controls Will Pose Greater Dangers to Persons Threatened by Armed Criminals," *Insight Magazine*, June 21, 1999, pp. 25 and 27.

"Questions, gun experiences affect polls," *Detroit News*, Wednesday, June 16, 1999, p. A8.

**Exhibit 1**
**0072**

John R. Lott, Jr.  Page 72

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Disarming good people," ***Washington Times***, Wednesday, June  16, 1999, p. A17.

 "More Gun Controls?: They Haven't Worked in the Past," ***The Wall Street Journal***, Thursday, June 17, 1999, p. A26.

"More Laws Won't Cure Gun Problems," ***Los Angeles Times***, Thursday, June 17, 1999, p. B9; also reprinted in the ***Atlanta Journal-Constitution***, Monday, June 21, 1999 and ***Denver Post***, Sunday, July 11, 1999, p. H1.

 "Guns and Crime," Letters to the Editor, ***Chicago Tribune***, Sunday, June 20, 1999, Magazine p. 4.

 "Bathtubs Kill More Babies than Guns Do," ***Human Events***, July 2, 1999, p. 6.

"Shoot Down Anti-Gun Plans," ***Inverstor's Business Daily***, Thursday, July 22, 1999: A22.

 "Should We Sue the Lawyers?," ***Intellectual Capital.Com***, Thursday through Wednesday, August 5 through August 11, 1999.

"Anti-gun diatribe riddled with inaccuracies,"  (Response to Op-ed by Molly Ivins), ***Denver Rocky Mountain News***, Friday, September 3, 1999, p. 64A; also reprinted in the ***Fort Worth Star-Telegram***, Thursday, August 26, 1999 and ***Chicago Sun-Times***, Monday, September 13, 1999, p. 30.

"Furor over firearms," ***Newsweek***, Letters, September 13, 1999, p. 16; reprinted in ***Newsweek***,September 20, 1999, Atlantic Edition.

"Will Gun Bans Stop Shootings?:  Analysis of data hints they may not," coauthored with William Landes, ***Honolulu Advertiser***, Sunday, November 7, 1999, p. B1.

"Don't chill debate on how to protect children," ***Cincinnati Enquirer***, Wednesday, November 17, 1999, p. A19.

"Tighter Gun Laws are Not the Solution," Letters to the Editor, ***The Wall Street Journal***, Monday, November 22, 1999: p. A23.

**Exhibit 1**
**0073**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"U.S. Aim is Bad in Gun Lawsuits," *Newsday*, Thursday, December 23, 1999, p. A43; also reprinted in *Union Leader* (Manchester, New Hampshire), Tuesday, December 28, 1999; *Deseret News* (Salt Lake City, UT), Tuesday, December 28, 1999, p. A11; *Palm Beach Post* (Palm Beach, Fla.), Tuesday, December 28, 1999; *Birmingham News* (Alabama), Wednesday, December 29; *Saint Paul Pioneer Press* (Minnesota), Thursday, December 30, 1999; *Dallas Morning News*, Friday, December 31, 1999; *Fresno Bee* (Fresno, Ca.), Sunday, January 2, 2000, p. G4; *Cincinnati Enquirer*, Sunday, January 2, 2000, p. B6; *Post and Courier* (Charleston, SC), Sunday, January 2, 2000, p. A11; *News and Observer* (Raleigh, NC), Wednesday, January 5, 2000, p. A17; *Commercial Appeal* (Memphis, TN), Sunday, January 16, 2000, p. B6; *Calgary Journal* (Calgary, Canada); *Missoulian* (Missoula, MT); *Ogden Standard* (Ogden, Utah).

"Campaign Finance Reform?" *Inverstor's Business Daily*, Thursday, January 27, 2000, p. A26.  Also published in the *Washington Times*, Monday, February 16, 2000, p. A15 and the *Hartford Courant*.

"Creating hysteria over guns," *Washington Times*, Sunday, January 30, 2000, p. B4.

"Not-So-Smart Locks," Letters to the Editor, *Washington Post*, Tuesday, February 1, 2000, p. A14.

"Gun-safety laws proposed for Ohio only would backfire," *Columbus Dispatch* (Columbus, Ohio), Tuesday, February 1, 2000, p. A9.

"Sometimes, Guns can save lives," *Philadelphia Daily News*, Wednesday, February 9, 2000.

"Gun locks will cost, not save, lives in Maryland," *Baltimore Sun*, Friday, February 25, 2000.

"Gun control proposals will end up producing more violent crime," *Honolulu Advertiser*, Sunday, February 27, 2000.

"Guns Save Lives," Guns in America, *CBS News Interactive*, http://cbsnews.cbs.com/now/story/0,1597,167661-412,00.shtml.

"Gun Locks," Letters to the Editor, *Washington Post*, Saturday, March 11, 2000, p. A18.

"Clinton Shoots from Hip with Loaded Claims," *Los Angeles Times*, Sunday, March 19, 2000, p. M5.

"Gun Locks Bound to Misfire," *New York Post*, Monday, March 20, 2000.

**Exhibit 1**
**0074**

John R. Lott, Jr.  Page 74

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

Interrogatory: Yale Law School's John Lott, **National Review Online**, Monday, April 3, 2000.

"Dangerous Myths About Guns," **Hartford Courant**, Sunday, April 9, 2000.

"How the Government Preyed on a 'Predator,'" Review of Richard B. McKenzie's "Trust on Trial," **The Wall Street Journal**, Wednesday, April 12, 2000, p. A24; reprinted in **Wall Street Journal Europe**, Monday, April 17, 2000; **Asian Wall Street Journal**, Tuesday, April 18, 2000.

"Rampage killing facts and fantasies," **Washington Times**, Wednesday, April 26, 2000, p. A15.

"Legal Tactic Destroys Lives and Businesses," Letters to the Editor, **The Wall Street Journal**, Thursday, April 27, 2000, p. A27.

"Gun Advocate Slams The New York Times," **APBnews.com**'s special report on Truth in Crime Reporting, Thursday, May 18, 2000.

"When It Comes to Firearms, Do As I Say, Not As I Do; Guns: Rosie O'Donnell, Who Opposes Handgun Permits for Others, Doesn't See Problem with Her Bodyguards Having Them," **Los Angeles Times**, Thursday, June 1, 2000, p. 11; reprinted in the **National Review Online**, Friday, June 2, 2000; **Omaha World Hearld**, Sunday, June 4, 2000; **Dallas Morning News**, Tuesday, June 6, 2000, p. 23A; **Cincinnati Enquirer**, Tuesday, June 6, 2000, p. A8; **New Haven Register**, Tuesday, June 6, 2000; **Insight on the News**, Monday, July 3, 2000, p. 44.

"Gun locks may increase crime," **Detroit News**, Friday, June 2, 2000, p. A15.

"Gore Doesn't Seem to Trust People to Handle the Truth," **Hartford Courant**, Tuesday, June 6, 2000, p. A9; **Deseret News** (Salt Lake City, Utah), Wednesday, June 6, 2000, p. A15;**Cincinnati Enquirer**, Sunday, June 11, 2000, p. E7; **Houston Chronicle**, Friday, June 16, 2000, p. 43;  and carried on **Los Angeles Times-Washington Post** newswire service.

"'The Patriot' is right," **New York Post**, Thursday, June 22, 2000; reprinted in the **Philadelphia Inquirer**, Friday, June 23, 2000; **Washington Times**, Friday, June 23, 2000; **Detroit News**, Tuesday, July 4, 2000, p. 6; **Boston Hearld**, Tuesday, August 1, 2000, p. 6.

"The Gun-Shy Press:  Few Stories Appear When Citizens Use Arms to Save Lives," **Inverstor's Business Daily**, Tuesday, July 18, 2000, p. A26.

"Gun Control: Strictly Symbolism," **The Wall Street Journal**, Tuesday, August 1, 2000, p. A22.

**Exhibit 1**
**0075**

John R. Lott, Jr.  Page 75

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Fables that Aren't Worth The Price of a Tulip," Review of Peter M. Garber's "Famous First Bubbles," *The Wall Street Journal*, Wednesday, August 2, 2000, p. A20.

"Gun laws intimidate criminals," *Cincinnati Enquirer,* Monday, August 7, 2000, p. 11 and *Cincinnati Post*, Friday, July 21, 2000.

"One case for guns," *Christian Science Monitor*, Monday, August 21, 2000, p. 9 and *The Record* (Bergen County, NJ), Friday August 25, 2000, p. L9.

"Gun Licensing Leads to Increased Crime, Lost Lives," *Los Angeles Times*, Wednesday, August 23, 2000, p. B9.

"Gore's Threats Could Stop Drug Research, Cost Lives," *Hartford Courant,* Friday, August 25, 2000; reprinted in the *Washington Times*, Sunday, September 3, 2000, p. B3; *Boston Herald*, Tuesday, September 5, 2000, p. 21; and *Star-Telegram* (Fort Worth, Texas), Tuesday, September 5, 2000, p. 11B.

"Bush Is Not a Trigger-Happy Cowboy," *Newsday*, Tuesday, August 29, 2000, p. A33; updated version published in the *Philadelphia Daily News*, Wednesday, October 4, 2000, p. 18; *Washington Times,* Tuesday, October 10, 2000, p. A15..

"Gore is Enamored of Price Controls," Letters to the Editor, *The Wall Street Journal*, Thursday, September 14, 2000, p. A27; reprinted in *Wall Street Journal Europe*, Tuesday, September 19, 2000.

"A Look into the Details Shows that Bush's Plan on Taxes Tops Gore's," *Philadelphia Inquirer,* Sunday, September 17, 2000, p. D7.

"Gun Locks can Kill," *Inverstor's Business Daily*, Friday, September 22, 2000, p. A24.

"Gore-ing the Truth," *Hartford Courant*, Friday, September 29, 2000, p. A15, also published in the *Philadelphia Daily News*, Tuesday, October 17, 2000.

"Regulating gun show sales of firearms," *Oregonian*, Friday, October 13, 2000.

"Gore's Social Security Scare Tactics," *Philadelphia Daily News*, Thursday, November 2, 2000.

"Gore might lose a second round: Media suppressed the Bush vote," *Philadelphia Inquirer*, Tuesday, November 14, 2000.

"Was Gore Harmed by the Buchanan Vote?" *National Review Online*, November 15, 2000.

"Gore Rewrites the Rules to Win," coauthored with Stephen Bronars, *The Wall Street Journal*, Tuesday, November 20, 2000, p. A26, also published on *OpinionJournal.com*.

**Exhibit 1**
**0076**

John R. Lott, Jr.  Page 76

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Nation's High Court Had to Stop Florida's," **Hartford Courant**, Tuesday, December 12, 2000.

"A recount not a sure victory for Gore," coauthored with Stephen Bronars, **Philadelphia Inquirer**, December 18, 2000, a longer version of this was also published on **NationalReview.com**, Monday, December 18, 2000.

"Its the Fraud, Stupid," coauthored with Stephen Bronars, **New York Post**, Wednesday, December 20, 2000.

"What Can We do After Wakefield?" **Boston Globe**, Thursday, December 28, 2000, p. A15; also published in the **San Diego Union-Tribune**, Friday, December 29, 2000, p. B9; **Chicago Sun-Times**, Tuesday, January 2, 2001, p. 21.

"Guns Decrease Crime," Letters to the Editor, **New York Times**, Tuesday, January 9, 2001, p. A18.

"Should Michigan keep new concealed weapons law?: Don't believe gun foe scare tactics; experience shows no horror stories," **Detroit News**, Sunday, January 14, 2001, p. 15.

"The Real Extremists:  Gun Control Crowd links John Ashcroft to a Mass Murderer," **Inverstor's Business Daily**, Wednesday, January 17, 2001, p. A24; a longer version is also published in **Philadelphia Daily News**, Wednesday, January 17, 2001, p. 19.

"Some Time To Kill: In Waiting Periods, Gun Buyers Are At Mercy Of Criminals," **Inverstor's Business Daily**, Friday, March 3, 2001, p. A26.

"What can be done to stop hate crimes?" **San Diego Union-Tribune**, Friday, February 23, 2001, p. B-9; also published in the **Boston Herald**, Saturday, March 10, 2001, p. 013 **Philadelphia Daily News**, Thursday, March 15, 2001, p. 17.

"Others Fear Being Placed at the Mercy of Criminals," **Los Angeles Times**, Friday, March 30, 2001, p. 9; also published in **The Record** (Bergen County, NJ), Tuesday, April 3, 2001, p. L19; **Hartford Courant,** Tuesday, April 3, 2001; **Post and Courier** (Charleston, SC), Wednesday, April 4, 2001; **The Virginian-Pilot** (Norfolk, Va.), Thursday, April 5, 2001; **Dallas Morning News**, Tuesday, April 10, 2001, p. 13A.

"Do Donations Alter Votes?" **National Review Online**, Friday, March 30, 2001.

"Gun Proponents Shoot Back," **Newsweek**, letters to the editor, April 2, 2001, p. 16.

"Less Gun Control Means Less Crime," **Reason Online**, Tuesday, May 22, 2001.

"The Effect is Clear: Disarming law-abiding citizens leads to more crime," **Reason Online**, Thursday, May 24, 2001.

**Exhibit 1**
**0077**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Cost of gun locks too high:  More deaths, crime and reliability problems aren't worth it," *Philadelphia Inquirer*, Saturday, June 2, 2001, p. ; similar expanded version in the *San Diego Union-Tribune*, Thursday, June 8, 2001.

"When Gun Control Costs Lives," *National Review Online*, June 12, 2001.

"Zero Tolerance Equals Zero Thinking," *Los Angeles Times*, Wednesday, June 13, 2001, part 2, pg. 13; also published in *The Times Union* (Albany, NY), Friday, June 15, 2001, p. A17; *San Jose Mercury News*, Sunday, June 17, 2001, p. C7; *The Record* (Bergen County, NJ), Sunday, June 24, 2001, p. O6; *Bismarck Tribune* (Bismarck, North Dakota).

"Gun Permit Statistics Shoot Down Unfounded Fears," *Albuquerque Journal*, Sunday, June 24, 2001, p. B3.

"Kmart Sells Out:  Ammo Sales End, Under Pressure from PC Prankster," *Inverstor's Business Daily*, Tuesday, July 10, 2001, p. A18; related rewritten versions also published in the *Philadelphia Daily News*, Friday, July 20, 2001, p. 23; *National Review Online*, Friday, July 20, 2001.

"Predictions of increased violence won't pan out," *Detroit Free Press*, Wednesday, July 11, 2001; also published in the *Grand Rapids Press* (Grand Rapids, Michigan), Tuesday, July 10, 2001.

"Elections, Emotions & Stats," *National Review Online*, Thursday, July 12, 2001.

"Should Doctors Counsel Patients About Guns in the Home?: No," *Physician's Weekly*, July 16. 2001.

"Small Arms Save Lives," *Wall Street Journal Europe*, Monday, July 30, 2001; also reprinted on *RealClearPolitics.com*, Tuesday, July 31, 2001; *FrontPageMag.com*, Wednesday, August 1, 2001.

"On Thin Ice; Florida Voter Discrimination Claims Groundless," *Washington Times*, Tuesday, July 31, 2001, p. A17; also published in the *Boston Herald*, Tuesday, July 31, 2001; *RealClearPolitics.com*, Sunday, August 5, 2001; *Philadelphia Daily News*, Tuesday, August 14, 2001, p. 19.

"Insurance for school shootings?" Letters to the Editor, *USA Today*, Wednesday, August 1, 2000, p. 10A.

"Gun News You Never See," *New York Post*, Monday, August 6, 2001; also published in the *Chicago Sun-Times*, Friday, August 10, 2001.

**Exhibit 1**
**0078**

John R. Lott, Jr.  Page 78

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"The Great Gun Fight," *Reason Magazine*, August/September 2001, pp. 52-60

"The Quota Costs: Change Standards, And Quality Slips Across The Board," *Inverstor's Business Daily*, Tuesday, August 21, 2001, p. A18.

"Will Questioning Our Neighbors Make Us Safer?" *Hartford Courant,* Wednesday, August 29, 2001; also published in the *New York Post*, Saturday, September 1, 2001; *Times Union* (Albany, NY), Sunday, September 2, 2001, p. B3.

"Shocking Numbers, But Do They Add Up?" Review of "It Ain't Necessarily So" by David Murray, Joel Schwartz and S. Robert Lichter and "Damned Lies and Statistics" by Joel Best, *The Wall Street Journal*, Thursday, August 30, 2001, p. A11.

"Gun Panel Hears With an Ear Shut," *Los Angeles Times*, Friday, August 31, 2001, part 2, p. 15; also published in the *Fort Worth Star-Telegram*, Sunday, September 9, 2001; *Valley New* (Hanover, N.H.), September 6, 2001, p. A6.

"Only Guns can Stop Terrorists," *Wall Street Journal*, Friday, September 28, 2001, p. A14; also published on *OpinionJournal.com*, Friday, September 28, 2001.

"Switzerland Needs Less Gun Control, Not More," *Wall Street Journal Europe*, Monday, October 1, 2001.

"Arming The Free: Let Airline Pilots And Passengers Terrorize Thugs," *Inverstor's Business Daily*, Thursday, October 11, 2001, p. A16.

"Don't Go Postal on Airport Security," *Los Angeles Times*, Friday, October 19, 2001, Sec. 2, p. 15; also published in *Deseret News* (Salt Lake City, UT), Tuesday, October 23, 2001, p. A13.

"Don't unfairly target .50-caliber rifles," *Chicago Sun Times*, Tuesday, November 6, 2001.

"GOP Was the Real Victim in Fla. Vote," *Los Angeles Times*, Monday, November 12, 2001, p. 11; also published on *RealClearPolitics.com*, Monday, November 12, 2001.

"Israeli Homeland Security Tips," *New York Post*, Monday, November 12, 2001; also published in *RealClearPolitics.com*, Monday, November 12, 2001; the *Detroit News*, Sunday, December 30, 2001.

"Stimulus Bull: Congress May Simply Deepen The Recession," *Inverstor's Business Daily*, Thursday, December 20, 2001, p. A16.

"Derail the Tenure-Track Train," Letters to the Editor, *Wall Street Journal*, Friday, January 18, 2002, p. A11.

**Exhibit 1**
**0079**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"The Missing Gun," *New York Post*, Friday, January 25, 2002; also published on *RealClearPolitics.com*, Friday, January 25, 2002; a more complete version is in the *Star-Telegram* (Fort Worth, Texas), Monday, February 4, 2002.

"Off-Target News: When It's Guns, Media Miss Big Part Of Picture," *Inverstor's Business Daily*, Thursday, February 7, 2002, p. A17.

"The Left, the Right And the Budget," Letters to the Editor, *New York Times*, Friday, February 8, 2002, p. A22.

"Records of retiring politicians defy campaign-reform logic," *Philadelphia Inquirer*, Sunday, February 10, 2002; also published in *Detroit News*, March 15, 2002, p. 7A.

"Beware the Democratic Trap," with Kevin A. Hassett, *National Review Online*, March 8, 2002.

"Arming Pilots Is the Best Way to Get Air Security," *Los Angeles Times*, Monday, March 11, 2002, Part 2, pg. 11; also published in the *Milwaukee Journal Sentinel*, Sunday, March 17, 2002, p. J4.

"Banning Guns Won't Stop Terrorism," *Hartford Courant*, Monday, March 18, 2002.

"A Charter-School Showdown," *Philadelphia Daily News*, Tuesday, March 19, 2002, p. 19.

"Security Games: When are we going to get real about security?" *National Review Online*, Tuesday, April 2, 2002.

"Unemployment Lines, Lies, and Statistics," with Kevin A. Hassett, *New York Post*, Friday, April 12, 2002.

"Self Defense: Antigun Laws Haven't Worked," *Wall Street Journal Europe*, Monday, April 30, 2002, p. A12.

"Gun Control Misfires in Europe," *Wall Street Journal*, Monday, April 30, 2002, p. A16; also appeared on *OpinionJournal.com*, Saturday, May 4, 2002.

"Gun Laws Don't Reduce Crime," *USA Today*, May 9, 2002, p. 11A.

"No Gas Price Conspiracy, Just Econ 101," with James K. Glassman, *Houston Chronicle*, May 7, 2002; also appeared on *TechCentralStation.com*, May 10, 2002.

**Exhibit 1**
**0080**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Voting and Race," with Abigail Thernstrom, Letters to the Editor, *New York Times*, Saturday, June 1, 2002, p. A14.

"On guns, Ed Rendell can't seem to shoot straight," *Philadelphia Daily News*, Thursday, June 6, 2002, p. 21; revised versions also appeared in the *Tribune-Review* (Pittsburgh, PA.), Sunday, September 21, 2002 and *National Review Online*, Friday, October 11,2002.

"Armed citizens can defuse terrorist threat," *USA Today*, Monday, June 17, 2002, p. 13A.

"Terrorism Insurance: A Risk For Taxpayers," co-authored with Eric Engen, *Hartford Courant*, June 19, 2002, p. A7.

"The Dow Congress:  An alternative theory of why the market collapsed," co-authored with James K. Glassman, *The Weekly Standard*, August 5, 2002.

"A Woman's Choice: Letting her defend herself," *National Review Online*, August 9, 2002; also appeared in the *Record* (Bergen County, NJ), Thursday, August 15, 2002, p. L11; *Sacramento Bee* (Sacramento, Ca.), Saturday, August 17, 2002; *Windsor Star* (Windsor, Ontario, Canada), Friday, August 30, 2002, p. A8.

"Richard Blumenthal Goes too Far," *Hartford Courant*, Tuesday, August 20, 2002, p. A7; also appeared on *National Review Online*, Thursday, August 22, 2002.

"Much Ado About Nothing:  The Bush Speech that Wasn't," *National Review Online*, Monday, September 30, 2002.

"Gun Locks: Are they bound to misfire?" *The Record* (Bergen County, NJ), Thursday, October 3, 2002, p. L9.

"Untold Tale Behind Philly's Failing Schools," co-authored with Brent Mast, *Tribune-Review* (Pittsburgh, PA.), Thursday, October 3, 2002; also appeared in *Philadelphia Daily News*, Thursday, October 17, 2002.

"Tough gun laws don't reduce crime," *The Australian*, Wednesday, October 23, 2002, p. 15; a response to the letters published appeared on Monday, October 28, 2002, p. 8.

"Bullets and Bunkum:  The futility of 'ballistic fingerprinting,'" *National Review*, November 11, 2002, pp. 28 and 30; related versions also appeared in *Star-Ledger* (New Jersey), Monday, October 28, 2002; *Pittsburgh Tribune-Review*, Monday, October 28, 2002, *Detroit News*, Sunday, November 10, 2002, p. 19A.

"Econometric modeling, guns, and murder statistics; Follow-Up," *Skeptical Inquirer*, November 1, 2002, p. 59.

**Exhibit 1**
**0081**

John R. Lott, Jr.  Page 81

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Gun laws are a lock to leave us less safe," *Star-Ledger* (New Jersey), Friday, January 3, 2003.

"Can U.S. be more Secure by Arming Off-duty Cops?" *Investors Business Daily*, April 2, 2003, p. A13.

"When Gun Laws Don't Make Sense," *Pittsburgh Tribune-Review*, Wednesday, April 2, 2003.

"Arming of Pilots is Way Overdue," *Los Angeles Times*, Monday, April 14, 2003, part 2, p. 11.

"Concealed Carry would benefit Ohio," *Columbus Dispatch* (Columbus, Ohio), Thursday, April 24, 2003.

"Gun Control Advocates Credibility on Line," *Star-Tribune*  (Minneapolis, MN.), Sunday, May 4, 2003.

"The Gun Control Debate," *Washington Times*, Tuesday, May 13, 2003,  p. A19.

"There are no gun-free, safe zones," *Plain Dealer* (Cleveland, Ohio), Tuesday, May 13, 2003.

"Wrong Aim: Congress Misfires," *National Review Online*, Wednesday, May 14, 2003.

"Pattern of Deceit is Deeper than Times Wants to Admit," *Inverstor's Business Daily*, May 22, 2003.

"Scare Tactics on Guns and Terror," *Star-Ledger* (New Jersey), Friday, May 30, 2003.

"Bad Sports: A church turns down $10,000 from sportsmen," *Washington Times*, June 12, 2003, p. A12.

"Dems have not dropped Gun Control Agenda," *Fox News Channel* Web Site, June 20-21, 2003.

"Armed, and Safer, Iraqis," *New York Post*, June 26, 2003,  p. 31.

"States May Regret Reforms," *USA Today*, July 1, 2003, p. A11.

"When Welfare is Disguised as a Tax Cut," *Inverstor's Business Daily*, Wednesday, July 2, 2003, p. A14.

"U.N. vs. Guns: An international gun-control fight," *National Review Online*, Friday through Sunday, July 11 to 13, 2003.

**Exhibit 1**
**0082**

John R. Lott, Jr.  Page 82

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Right to Carry Would Disprove Horror Stories," **Kansas City Star**, Saturday, July 12, 2003.

"Letting Teachers Pack Guns Will Make America's Schools Safer," **Los Angeles Times**, Sunday, July 13, 2003, p. M5; also published in **Star-Ledger** (New Jersey), Tuesday, July 16, 2003, p. 13; **The Record** (Bergen County, NJ), Tuesday, July 16, 2003, p. L11; **Portland Post Herald** (Portland, Maine), Thursday, July 17, 2003; **Hartford Courant**, Thursday, July 17, 2003; **Salt Lake City Tribune**, Thursday, July 17, 2003; **Tribune-Review** (Pittsburgh, PA.), Sunday, July 20, 2003; **Milwaukee Journal Sentinel**, Monday, July 21, 2003, p. 13A; **Herald** (Rock Hill, S.C.), Monday, July 21, 2003; and **Windsor Star** (Canada), Wednesday, August 6, 2003, p. A6.

"Valid Gun Research," Letters to the Editor, **St. Louis Post-Dispatch**, Monday, July 21, 2003, p. B6.

"The Drug World's Easy Riders," co-authored with James K. Glassman, **Wall Street Journal Europe**, Wednesday, July 23, 2003.

"City Hall's Gun Folly," **New York Post**, Monday, July 28, 2003, p. 27.

"Why Don't Media Cover the Good-news Stories about Guns?" **Philadelphia Inquirer**, Friday, August 1, 2003, p. A15.

"Al-Qaida Won't Forget Our Security Issues," **Inverstor's Business Daily**, Monday, August 11. 2003, p. A14.

"The Ban Against Public Safety: D.C. Gun Laws Have Increased Crime," **Washington Times**, co-authored with Eli Lehrer, Monday, August 11. 2003, p. A19.

"Should Off-duty Police be Banned from Carrying Guns?" **National Review Online**, August 13, 2003.

"Gun control laws may be partly at fault in massacre," **Chicago Sun-Times**, Friday, August 29, 2003, p. .

"PC Air Security: When will Our Pilots be Armed," **National Review Online**, Tuesday, September 2, 2003.

"Divorcing Voters, Again: Supreme-court campaign Finance reform case gets heard," **National Review Online**, Monday, September 8, 2003.

"Why High Court May Slam McCain's Law," **New York Post**, Monday, September 8, 2003.

"NYC's Latest Gun Misfires," **New York Post**, Tuesday, September 16, 2003.

**Exhibit 1**
**0083**

John R. Lott, Jr.  Page 83

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Voting Data: Sometimes mistakes aren't mistakes," *National Review Online*, Monday, September 22, 2003.

"Guns, Crime, and Health," *World & I* magazine, October 2003, pp. 32-37.

"Swiss Miss: Policymakers aiming in wrong direction," *National Review Online*, Thursday, October 2, 2003.

"Rush, by the Numbers:  The Face of 'Social Concern'?" *National Review Online*, Wednesday,  October 8, 2003; also appeared in the *Washington Times*, Friday, October 10, 2003: *Pittsburgh Tribune-Review*, Sunday, October 26, 2003.

"Assaulting the Ban," *Tech Central Station*, Tuesday, November 4, 2003.

"Caps on Campaign Spending Firmly Entrench Incumbents," *Inverstor's Business Daily*, Tuesday, November 4, 2003; also appeared in the *Philadelphia Inquirer*, Wednesday, November 12, 2003.

"Bound to Misfire," *Tech Central Station*, Friday, November 7, 2003.

"Banning 'Terrorist Specials'?" *Tech Central Station*, Wednesday, November 12, 2003.

"The Spin on Gun Control: Who controls Congress will determine regulations," *Washington Times*, Friday, November 14, 2003, p. A23.

"Cheaper Drugs Are No Cure-All," with James Glassman, *The Globe and Mail* (Canada), Monday, November 17, 2003.

"The 2004 Hunt: Presidential candidates on guns," *National Review Online*, Tuesday, November 18, 2003; related version also appear on *Foxnews.com*, Wednesday, November 19, 2003.

"It's definitely time to get over Florida," *National Review Online*, Wednesday, December 10, 2003.

"Baghdad's Murder Rate Irresponsibly Distorted," *Inverstor's Business Daily*, Friday, December 12, 2003, p. A14; related version also appear on *Foxnews.com*, Tuesday, December 15, 2003.

"Supreme Irrelevance: Will be high court be undone by political reality?" *National Review Online*, Friday, December 19, 2003.

"Marshals Are Good, But Armed Pilots Are Better," *Wall Street Journal Europe*, Friday, January 2, 2004.

**Exhibit 1**
**0084**

John R. Lott, Jr.  Page 84

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Why People Fear Guns," *Foxnews.com*, Friday, January 2, 2004.

"Pilots Still Unarmed," *New York Post*, Tuesday,  January  6, 2004.

"Statistical Mishmash Muddles Unemployment Rates," *Foxnews.com*, Wednesday, January 14, 2004; also appeared in *Inverstor's Business Daily*, Friday, January 16, 2004.

"Is that a gun in your pocket?" Letters to the Editor, *The Economist*, January 22, 2004, p. 16.

"Athletes and Guns," *Foxnews.com*, Wednesday, January 28, 2004.

"Oops," *The American Enterprise*, January/February 2004, p. 11.

"Gun Control Remains a Loaded Issue for Democratic Candidates: The rhetoric may be toned down, but the aim remains the same," with Grover Norquist, *Los Angeles Times*, February 6, 2004, p. B13; also published in the Minneapolis *Star Tribune*, Tuesday, February 10, 2004; *Union Leader* (Manchester, New Hampshire), Tuesday, February 10, 2004.

"Gun Suit Reform Could Still Be Shot Down," with Grover Norquist, *Foxnews.com*, Thursday, February 26, 2004.

"Senate bill can end misleading debate on guns," *Philadelphia Inquirer*, Tuesday, March 2, 2004, p. A11; also appeared in the *Washington Times*, Tuesday, March 2, 2004, p. A19.

"'Sentencing Fairness' Rules Backfired in Martha's Case." *Inverstor's Business Daily*, Thursday, March 11, 2004, p. A15.

"Unemployment rate remains fairly low at 5.6%; survey reports firm deaths quicker than births." *Detroit News*, Sunday, March 21, 2004.

"Weapons Bans Miss the Mark," *The Australian*, Wednesday, March 24, 2004.

"A Weapon Surrendered: Gun-control groups concede the frivolity of the 'assault-weapons ban,'" *National Review Online*, Thursday, March 25, 2004.

"Who Can Oppose Letting Retired Police Carry Guns?" *Chicago Sun-Times*, Sunday, April 4, 2004.

"Debating Guns," *Pittsburg Tribune-Review*, Saturday, April 17, 2004.

**Exhibit 1**
**0085**

John R. Lott, Jr.  Page 85

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Glorifying Guns?: The Dems' lip service is just empty rhetoric," **National Review Online**, April 22, 2004.

"Change to concealed carry law will make NH safer," **Union Leader** (Manchester, New Hampshire), Thursday, April 29, 2004.

"Voting Machine Conspiracy Theories," **San Diego Union-Tribune**, Friday, April 30, 2004.

"Hacker Hysteria: Electronic Ballots Won't Byte Back," **Washington Times**, Tuesday, May 11, 2004, p. A23; related versions were also published on **National Review Online**, Monday, May 3, 2004 and **Star-Ledger** (New Jersey), Monday, May 24, 2004.

"Whither Gun Control?" **Foxnews.com**, Friday through Sunday, May 21 to 23, 2004.

"More gun control isn't the answer," **National Post** (Canada), Tuesday, June 15, 2004.

"Are they right?" **Tech Central Station**, Monday, June 21, 2004.

"Add Gun Control To Litany Of Misbegotten Gov't Plans," with Eli Lehrer, **Inverstor's Business Daily**, Tuesday, June 29, 2004, p. A15.

"Exploding the Firework 'Threat'," with Ruth R. Smith, **Los Angeles Times**, Wednesday, June 30, 2004; also published in **New York Newsday**, Friday, July 2, 2004 and **Houston Chronicle**, Friday, July 2, 2004; **Buffalo News**, Saturday, July 3, 2004; **Daily Review** (Hayward, Ca.), Saturday, July 3, 2004; **Tampa Tribune**, Sunday July 4, 2004; **Union Leader** (Manchester, New Hampshire), Sunday, July 4, 2004; **Morning Call** (Allentown, Pennsylvania), Sunday, July 4, 2004;  **Journal Gazette** (Fort Wayne, Indiana) Sunday, July 4, 2004; **Tribune-Review** (Pittsburg, Pennsylvania), Sunday, July 4, 2004; and  **Virginia Pilot**, Sunday July 4, 2004.

"Moore's Myths," with Brian Blase, **New York Post**, Monday, July 12, 2004, p. 29.

"Unequal Punishment," **Wall Street Journal**, Tuesday, July 13, 2004, p. A14; also published in **National Post's Financial Post** (Canada), July 15, 2004,  p. FP11.

"Dems Won't Permit Facts to Get in Way of '00 Election Myth," with Brian Blase, **Inverstor's Business Daily**, Wednesday, July 28, 2004, p. A14.

"Sampling of entire state refutes selective error-data," **Columbus Dispatch**, Tuesday, August 17, 2004.

"Does Release Of Terror Info Do More Harm Than Good?" **Inverstor's Business Daily**, Tuesday, August 17, 2004, p. A14.

**Exhibit 1**
**0086**

John R. Lott, Jr.  Page 86

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Let the Market Work Even During Disasters," *Inverstor's Business Daily*, Tuesday, August 14, 2004, p. A14.

"Media Bias Against Guns," *Imprimis*, September, 2004 (http://www.hillsdale.edu/newimprimis/2004/september/default.htm).

"Assault Weapons Ban Was Useless Anyway," *Los Angeles Times*, Friday, September 10, 2004, p. B10; also published in *Houston Chronicle*, Saturday, September 11, 2004;  *Hartford Courant*, Sunday, September 12, 2004; *Concord Monitor*, Sunday, September 12, 2004; *San Francisco Chronicle*, Monday, September 13, 2004; *New York Newsday*, Monday, September 13, 2004.; *Journal Gazette* (Fort Wayne, Indiana), Tuesday, September 14, 2004; *The Record* (Bergen County, NJ), September 17, 2004; *Contra Costa Times* (California), Sunday, September 19, 2004; *The American Enterprise*, March 1, 2005.

"Misfires: John Kerry aims all over the map on guns," *National Review Online*, Tuesday, September 14, 2004.

"Sun Sets On Assault Weapons Ban, Legislation Conceived In Darkness," *Inverstor's Business Daily*, Tuesday, September 14, 2004, p. A15.

"District of Inequality: Citizens go unarmed in D.C. while pols are free to protect themselves," *National Review Online*, Wednesday, September 29, 2004.

"Partisan bias in newspapers?: A study of headlines says yes," with Kevin A. Hassett, *Philadelphia Inquirer*, Wednesday, October 6, 2004; longer version of piece published in *Inverstor's Business Daily*, Friday, October 8, 2004.

"Gunning for Cheney," *Tech Central Station*, Wednesday, October 6, 2004.

"Breaking the Siege in the Judge War," with Sonya Jones, *Los Angeles Times*, Tuesday, November 16, 2004, p. A15.

"What's Wrong with Players on Steroids?" with Sonya Jones, *New York Post*, Tuesday, December 7, 2004; also published on *Foxnew.com*, Tuesday, December 7, 2004 and the *Philadelphia Inquirer*, Wednesday, December 8, 2004;  *Orange County Register*.

"Shooting Blanks," *New York Post*, Wednesday, December 29, 2004; also published *San Diego Union Tribune*, Tuesday, January 4, 2005; *Chicago Sun-Times*, Saturday, January 8, 2005; and *Orange County Register*, Sunday, January 9, 2005.

"Drug Re-importation: A Doomed Disaster," *Foxnews.com*, Sunday, January 9, 2005; a version was also published in *Inverstor's Business Daily*, Thursday, January 13, 2005,  p. A13.

**Exhibit 1**
**0087**

John R. Lott, Jr.  Page 87

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Ballistic Fingerprinting's a Dud: Another failed gun-control strategy," *National Review Online*, Friday, February 4, 2005.

"Eliminating Sentencing Guidelines Would Make Penalties More Equal," *Investors Business Daily*, Monday, February 7, 2005, p. A19.

"Social Security Reform Won't Boost U.S. Debt," co-authored with Robert G. Hansen," *Investors Business Daily*, Monday, March 1, 2005, p. A19.

"The Felon Vote," co-authored with James K. Glassman, *New York Post*, Tuesday, March 2, 2005; also on *TechCentralStation.com*, Friday, March 4, 2005.

"Good Samaritan Gun Use," *Foxnews.com*, Wednesday, March 3, 2005.

"High on Hype: Congress 'takes on' steroids," co-authored with Sonya D. Jones, *National Review Online*, Thursday, March 17, 2005.

"If Gun Background Checks Don't Work, Will 'Watch Lists' Be Any More Effective?," co-authored with Sonya D. Jones, *Inverstor's Business Daily*, Tuesday, March 22, 2005.

"Disarming Facts: The road to bad laws is paved with good intentions," *National Review Online*, Wednesday, March 23, 2005.

"60 Minutes, Terrorists and Guns," *TechCentralStation.com*, Friday, March 25, 2005.

"Affirmative Action Has Mixed Results for Cops," *Foxnews.com*, Monday, March 28, 2005.

"Right-to-carry law is the way to go," *Philadelphia Inquirer*, Tuesday, March 29, 2005, p. A19.

"Wrongheaded in Philly," *Pittsburgh Tribune-Review*, Thursday, April 7, 2005.

"Watch-list 'justice': Liberal overreach on guns, terror," with Sonya D. Jones, *Washington Times*, Monday, April 11, 2005, p. A19.

"Abortion Legalization and the Crime Rate," *Wall Street Journal*, Thursday, April 21, 2005, p. A17.

"Time to Level Playing Field for Gun Makers," *Inverstor's Business Daily*, Tuesday, April 26, 2005, p. A13.

Graphic on "Judicial Nominations," *Boston Globe*, Sunday, May 8, 2005,  p. A1.

"Bogus discrimination claims," with Stephen G. Bronars, *Washington Times*, Thursday, May 12, 2005.

**Exhibit 1**
**0088**

John R. Lott, Jr.  Page 88

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

Graphic on "Judicial Nominations," ***Boston Globe***, Tuesday, May 17, 2005,  p. A8.

"A bias against the best and brightest," ***Inverstor's Business Daily***, Thursday, May 19, 2005; also published in the ***Star-Ledger*** (New Jersey), Thursday, May 19, 2005.

"Gun Banners Who Can't Shoot Straight," ***New York Post***, Friday, June 3, 2005.

"The Big Lie of the Assault Weapons Ban: The death of the law hasn't brought a rise in crime -- just the opposite," ***Los Angeles Times***, Tuesday, June 28, 2005***; Star-Ledger***, Tuesday, July 5, 2005; ***Akron Beacon Journal*** (Ohio), Tuesday, July 5, 2005; ***Pittsburgh Tribune Revie***w, Tuesday, July 5, 2005; ***Commercial Appeal*** (Memphis, TN), Wednesday, July 6, 2005; ***Dallas Morning News***, Monday, July 11, 2005.

"Igniting a Controversy: Big-government vs. fireworks," ***National Review Online***, Friday, July 01, 2005.

"Unserious Suggestions: Silly Democratic consultations," with Sonya Jones***, National Review Online***, Friday, July 17, 2005.

"City's assault-weapons ban ineffective and unneeded," ***Columbus Dispatch*** (Ohio), Wednesday, July 20, 2005.

"Abortion 'Bans' aren't absolute," ***USA Today***, Wednesday, August 3, 2005.

"An Organization Pregnant with Contradictions," with April Dabney, ***Tech Central Station***, Tuesday, April 16, 2005.

"Roberts Can Expect Difficult Confirmation Process," ***Foxnews.com***, Tuesday, August 30, 2005.

"A Look at the Positive Side of Price-Gouging and Greed," with Sonya D. Jones, ***Houston Chronicle***, Wednesday, August 31, 2005, p. B9; also appeared in the ***Orange County Register***, Wednesday, August 31, 2005; ***San Diego Union-Tribune***, Thursday, September 1, 2005; ***Chicago Sun-Times***, Thursday, September 1, 2005; ***Fort Worth Star-Tribune***, Thursday, September 1, 2005; ***Newsday***, Tuesday, September 6, 2005; ***Philadelphia Inquirer***, Wednesday, September 7, 2005.

"Supreme Rhetoric: Remember the past when watching hearings," ***NationalReview.com***, Tuesday, September 13, 2005.

"A Photo-fix for Voting," with Mario Villarreal, ***New York Post***, September 23, 2005.

**Exhibit 1**
**0089**

John R. Lott, Jr.  Page 89

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Suiting Down: Congress guns for fairness?" with Jack Soltysik, *NationalReview.com*, Thursday, October 20, 2005.

"Why Judges Aren't Smarter The less sterling a candidate's record, the more likely Congress is to confirm," *Forbes magazine*, October 22, 2005, p. 48.

"Hype and Reality," *Washington Times*, October 28, 2005.

"Don't Blame American Guns," *National Post* (Canada), October 28, 2005; also published in the *Vancouver Sun*, November 14, 2005, p. A10.

"Alito Will Be Hard to Portray as an Extremist," *Bloomberg.com*, Thursday, November 3, 2005; also appeared in *The Daily Record* (Baltimore, MD), Friday, November 4, 2005 and the *Kansas City Daily Record*, Sunday, November 6, 2005.

"Power to the People: The Brazilian public has spoken, and they want their guns," co-authored with Fern E. Richardson, *National Review Online*, Tuesday, November 8, 2005.

"Now We're Getting Somewhere: A silver lining in a gun ban," *National Review Online*, Wednesday, November 9, 2005.

"Does Regression Work," *New York Post*, Sunday November 20, 2005.

"Crime increased after handguns outlawed," letters to the editor, *Washington Times*, Wednesday, November 23, 2005.

"Biden's Risky Business," *Washington Times*, Tuesday, November 29, 2005, p. A21.

"Silver's 'Controls' Don't Work," *New York Post*, Monday, December 19, 2005.

"A Girl's Guide to Guns," *New York Post*, Sunday, January 1, 2006.

"Gun Control Lessons for Bloomberg," *New York Sun*, Monday, January 9, 2006.

"Pulling Rank," *New York Times*, Wednesday, January 25, 2006, p. 21.

"Uncertain Effects," *Chicago Tribune*, "More Letters" Section on Newspaper Website, Friday, January 27, 2006.

"The Criminal Constituency," *Baltimore Sun*, Thursday, February 16, 2006, p. 21A.

"Don't Blame Hunters," co-authored with Joni Ogle, *New York Post*, Thursday, February 16, 2006.

"Liberal Road Rage," *New Scientist*, Letters to the Editor, February 25, 2006, p. 24.

**Exhibit 1**
**0090**

John R. Lott, Jr.  Page 90

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Don't Mess with Texas," *Wall Street Journal*, March 1, 2006, p. A14.

"Defenseless Decision: Why were guns taken from law-abiding citizens in New Orleans?" *National Review Online*, Tuesday, March 21, 2006; and *CBSNews.com*, Wednesday, March 22, 2006.

"Friendly Fire: If McCain's going to claim he's a conservative on guns, then he's got some explaining to do," *National Review Online*, Wednesday, May 17, 2006.

"A False Safety," *Washington Times*, Thursday, July 6, 2006, p. A17.

"Look South: Americans could learn from Mexican elections," co-authored with Maxim C. Lott, *National Review Online*, Thursday, July 6, 2006.

"Firearms Sales and Red Tape," co-authored with Maxim C. Lott, *Washington Times*, July 28, 2006, p. A19; also published in *National Review Online*, July 26, 2006.

"Stealing Garbage: Why would Republicans want to co-opt Democrats' Bad Ideas?" *National Review Online*, August 3, 2006.

"Guns and Children," Letters to the Science Editor, *New York Times*, August 8, 2006, Section F, p. 4.

"NY Gun Laws & The Granny" *New York Post*, Thursday, September 14, 2006.

"Data in Gun Piece Disputed," *Deseret News*, Saturday, September 16, 2006.

"Hiring more police is the real answer," *Philadelphia Inquirer*, Tuesday, September 26, 2006, p. A15.

"Special treatment for Air America," with Bradley A. Smith, *Washington Times*, Thursday, October 26, 2006.

"Electric Politics: Democrats are spreading fear over new computerized voting machines," with Bradley A. Smith, *National Review Online*, Tuesday, November 7, 2006.

"Courting Controversy," review of Ben Wittes' book Confirmation Wars, *New York Post*, Sunday, January 28, 2007.

"Gun Scruples," Letters to the Editor, *Washington Times*, January 28, 2007.

"Concealing the Facts," Letters to the Editor, *New York Sun*, February 7, 2007.

"The All-American Gun," review of Clayton Cramer's book Armed America, *New York Post*, Sunday, March 11, 2007.

**Exhibit 1**
**0091**

John R. Lott, Jr.  Page 91

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Rearming: The D.C. Gun Ban Gets Overruled," *National Review Online*, Monday, March 12, 2007.

"Law and Order on Guns," *National Review Online*, Monday, March 22, 2007.

"The Crime-Statistics Con Job," *Fox News*, Sunday, March 25, 2007.

"Flawed Laws Help Stalkers Victimize Women," co-authored with Sonya Jones, *Fox News*, April 9, 2007.

"Gun Laws Disarm the Vulnerable, Not Criminals," *The Australian*, Thursday, April 19, 2007.

"Bans Don't Deter Killers," *USA Today*, Monday, April 23, 2007.

"Debating Gun Control Laws," *Washington Post.com*, Tuesday, April 24, 2007, 12:00 PM.

"Garbling the data on guns and crime," Letters to the Editor, *Baltimore Sun*, Thursday, May 3, 2007.

"Concealed-carry was factor in stopping attack," *Columbus Dispatch*, May 11, 2007.

"Billion-Dollar Bloomberg Run For White House Exposes Flaws in Campaign Finance Laws," *Fox News*, May 20, 2007.

"Moore's Myths," *Fox News*, May 29, 2007.

"It's Not Enought to be 'Wanted': Illegitmacy has risen despite -- indeed, because of -- legal abortions," *Opinion Journal.com*, Tuesday, June 19, 2007.

"Death as Deterrent," *Fox News*, Tuesday, June 19, 2007.

"Pumping Out Bad Policies," *Tech Central Station*, Monday, June 25, 2007.

"Immigration Debate May Be Dead, But Flaws in Legislation Remain," *Fox News*, Monday, July 02, 2007.

"Property-Rights Dispute," with Sonya D. Jones, *Washington Times*, Tuesday, July 17, 2007.

"Guns Don't Kill People, Phila. Does," *Philadelphia Inquirer*, Tuesday, July 17, 2007.

"Driving the Lemon Myth Off the Lot," *Fox News*, Thursday , July 26, 2007.

"Life, Liberty . . . And the Protection of Property," *National Review Online*, July 27, 2007.

**Exhibit 1**
**0092**

John R. Lott, Jr.  Page 92

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Are Salmon Really Endangered?" with Sonya D. Jones, *Statesman Journal* (Salem, Oregon), Thursday , August 2, 2007.

"Should a Web Site Post Best Ideas for Successful Terrorist Plots?" *Fox News*, Friday, August 10, 2007.

"Does Government Weather Forecasting Endanger Lives?" *Fox News*, Monday, August 20, 2007.

"More Guns, Not Less, Would Prevent Shooting Massacres," *Fox News*, Tuesday , August 28, 2007.

"The Endangered Species Act Out of Control," *Fox News*, Friday, August 31, 2007.

"D.C.'s Flawed Reasoning," *Washington Times*, Friday, September 7, 2007.

"Falling Bridges: The Nation Doesn't Face a Crisis," with Maxim C. Lott, *New York Post*, Friday, September 7, 2007.

"D.C. Handgun Ban," *Fox News*, Thursday, September 13, 2007.

"Unfair Press Power," with Bradley A. Smith, *New York Post*, Monday, September 17, 2007.

"Giuliani Bobs and Weaves on Gun Control Record," *Fox News*, Wednesday, September 26, 2007.

"Guns Don't Kill Kids, Irresponsible Adults With Guns Do," *Fox News*, Wednesday, October 10, 2007.

"Teachers Packing Heat?" *Tech Central Station Daily*, Friday, October 19, 2007.

"Get Your Hunt On: It's good for the animals," *National Review Online*, Friday, October 19, 2007.

"Death Penalty's Deadly Vacation," *New York Post*, Friday, November 2, 2007; also on *Fox News*, Friday, November 2, 2007.

"A 'Tip' for Hillary: Admit Your Mistakes," *Fox News*, Tuesday, November 13, 2007.

" Gun bans lead to increase in violent crime," *Jurist: Legal News & Research*, University of Pittsburgh School of Law, Saturday, November 24, 2007.

"Women's Suffrage Over Time: The gender gap isn't what most think," *Washington Times*, Tuesday, November 27, 2007, p. A19.

**Exhibit 1**
**0093**

John R. Lott, Jr.  Page 93

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Does the Fear of Jail Actually Prevent Crime?" *Fox News*, Tuesday, November 27, 2007.

"Media Coverage of Mail Shooting Fails to Reveal Mall's Gun-Free-Zone Status," *Fox News*, Thursday, December 6, 2007.

"Facts Back Up Death Penalty's Effectiveness," *Inverstor's Business Daily*, Thursday, December 20, 2007.

"The High Cost of Higher MPG Restrictions," *Human Events*, Thursday, December 27, 2007.

"Bloomy's Billions: 'Reforms' Boost His '08 Edge," *New York Post*, Monday, January 7, 2008.

"Bad Brief: The Bush DOJ shoots at the Second Amendment," *National Review Online*, Monday, January 14, 2008,

"'Stimulus' Package Won't Jolt Economy," *Fox News*, Monday, January 28, 2008.

"Columbine To Va. Tech To NIU: Gun-Free Zones Or Killing Fields?" *Inverstor's Business Daily*, Tuesday, February 26, 2008.

"Global Warming: Is it really a crisis?" *Fox News*, Monday, March 3, 2008.

"Campaign-Finance Breakdown," co-authored with Bradley A. Smith, *Wall Street Journal*, Wednesday, March 5, 2008.

"D.C. Gun Ban Proponents Ignore the Facts," co-authored with Maxim C. Lott, *Fox News*, Tuesday, March 11, 2008.

"Financial Markets are in a Mess," *Fox News*, Monday, March 17, 2008.

"Going Up for Second: Gun rights @ SCOTUS," *National Review Online*, Tuesday, March 18, 2008.

"Gun locks targeted in DC gun ban oral arguments," *Jurist: Legal News & Research*, University of Pittsburgh School of Law, Wednesday, March 19, 2008.

"Blacks Have a Choice to Be, or Not Be a 'Victim'," *Fox News*, Monday, March 24, 2008.

"The 'Recession' Is a Media Myth," *Fox News*, Monday, March 31, 2008.

**Exhibit 1**
**0094**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Obama and Guns: Two Different Views," *Fox News*, Monday, April 7, 2008.

"Abortion Rate Among Black Women Far Exceeds Rate for Other Groups," co-authored with Sonya D. Jones, *Fox News*, Wednesday, April 9, 2008.

"Obama Bitter About Free Markets," *Fox News*, Monday, April 14, 2008.

"Analysis: McCain's Centrist Credentials Ranked Equally by Disparate Sources," *Fox News*, Thursday, April 17, 2008.

"Gun-Free Zones Are Not Safe," *Fox News*, Monday, April 21, 2008.

"Ethanol Mandates Cause Rising Food Prices," *Fox News*, Monday, April 28, 2008.

"Real Economic Truth," *Fox News*, Monday, May 5, 2008.

"High Gas Prices are not Something New," *Fox News*, Monday, May 12, 2008.

"Secret Ballots May End in Union Elections If Obama Becomes President," *Fox News*, Monday, May 19, 2008.

"There's no evidence that banning guns cuts crime," *Philadelphia Inquirer*, Sunday, May 25, 2008.

"Is There Really a Bias Against Woman in Politics?:  History Suggests Otherwise," *Fox News*, Monday, May 26, 2008.

"Looking at Fluorescent Bulbs in Different Light," *Fox News*, Tuesday, June 3, 2008.

"The Big Picture Behind Abortion," *Fox News*, Tuesday, June 10, 2008.

"Is it really a '$3 Trillion War'?" *Fox News*, news article, Monday, June 16, 2008.

"No Profits, No Oil," *Fox News*, Tuesday, June 17, 2008.

"Why Flip-Flopping Matters," *Fox News*, Monday, June 23, 2008.

"Handgun Bans Don't Cut Crime," *National Post (Canada)*, Wednesday, June 25, 2008.

"Reacting to D.C. Gun Ban Decision," *Fox News*, Monday, June 30, 2008.

"The Myth About Abortion and Crime," *Fox News*, Monday, July 7, 2008.

"Gun Debate is Hardly Over," *Fox News*, Monday, July 14, 2008.

"Obama Comes Up Short in Approach to Poverty," *Fox News*, Monday, July 21, 2008.

**Exhibit 1**
**0095**

John R. Lott, Jr.  Page 95

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Gun Debate is Hardly Over," *Inverstor's Business Daily*, Thursday, July 24, 2008.

"Why Give Taxpayers' Money to Freddie Mac and Fannie Mae's Shareholders," *Fox News*, Monday, July 28, 2008.

"Where There's Smoke, There's Government Intrusion," *Fox News*, Monday, August 4, 2008.

"Obama's Call to Check Tire Pressure Falls Flat," *Fox News*, Monday, August 11, 2008.

"Obama's Tax Proposals Make a Complex System Worse," *Fox News*, Monday, August 18, 2008.

"Obama's Running Mate Biden Has Rare Political Trait: Decency," *Fox News*, Saturday, August 23, 2008.

"Bad Impression: Did the Media Take Swipes at Sarah Palin?" *Fox News*, Tuesday, September 2, 2008.

"In Judging Obama, Question His Judgment," *Fox News*, Monday, September 8, 2008.

"Unions Bargain At Table With Governor Whose Re-election They're Helping Fund," with Sonya Jones, *Inverstor's Business Daily*, Thursday, September 11, 2008.

"In Defense of Price Gougers," *Fox News*, Monday, September 15, 2008.

"Media One-Sided in Covering Palin," *Fox News*, Tuesday, September 16, 2008.

"Analysis: Reckless Mortgages Brought Financial Market to Its Knees," *Fox News*, Thursday, September 18, 2008.

"McCain a Bush clone? These numbers dispute that," *Philadelphia Inquirer*, Friday, September 19, 2008.

"Plausible deniability?" *Fox News*, Monday, September 22, 2008.

"Analysis: Fact-Checkers Fall Short in Criticizing NRA's Anti-Obama Ads," *Fox News*, Wednesday, September 24, 2008.

"More Benefits, More Unemployment," *Fox News*, Monday, September 29, 2008.

"Economists Raise Concerns About Bailout Plan," *Fox News*, Thursday, October 2, 2008.

"Did Biden Get it Wrong? You Betcha," *Fox News*, Monday, October 6, 2008.

"Barack Obama's Pattern of False Statements on Bill Ayers," *Fox News*, Monday, October 13, 2008.

**Exhibit 1**
**0096**

John R. Lott, Jr.  Page 96

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Subsidize Unemployment, Get More of It," ***Inverstor's Business Daily***, Tuesday, October 14, 2008.

"Taking Aim at Obama's Stance on Gun Control: The Candidate Says He Supports the Right to Bear Arms.  The Record Says Otherwise," ***Philadelphia Inquirer***, Tuesday, October 14, 2008.

"How Felons Who Vote Can Tip an Election," ***Fox News***, Monday, October 20, 2008.

"The Barack Obama We Hardly Know," ***Fox News***, Monday, October 27, 2008.

"Obama a Uniter?: Actions Speak Louder Than Words," ***Fox News***, Monday, November 3, 2008.

"Workers, Be Wary," ***New York Post***, Tuesday, November 4, 2008.

"Minnesota Ripe for Election Fraud," ***Fox News***, Monday, November 10, 2008.

"Franken 'Fixes' Stalk Senate Race," ***New York Post***, Thursday, November 13, 2008.

"The Democrats' Recession," ***Fox News***, Monday, November 17, 2008.

"Statistics Don't Lie, Even in Minnesota," ***Fox News***, Wednesday, November 19, 2008.

"Counterpoint: The Recount," Minneapolis ***Star Tribune***, Sunday, November 23, 2008.

"Obama Misses the (Extra) Point," ***Fox News***, Monday, November 24, 2008.

"The Money Has to Come From Somewhere," ***Fox News***, Monday, December 1, 2008.

"The Life-and-Death Cost of Gun Control," ***Fox News***, Tuesday, December 2, 2008.

"The Long Winding Road of the Minnesota Senate Recount," ***Fox News***, Wednesday, December 3, 2008.

"Increasing Unemployment Benefits Yields Higher Unemployment," ***Fox News***, Monday, December 8, 2008.

"The Auto Bailout: Too Risky an Investment," ***Fox News***, Monday, December 15, 2008.

"Ballot Madness: Tipping the Scales in Minnesota's Senate Recount," with Ryan S. Lott, ***Fox News***, Monday, December 22, 2008.

"Donor Disclosure Has Its Downsides: Supporters of California's Prop. 8 have faced a backlash," with Bradley Smith, ***Wall Street Journal***, Friday, December 26, 2008.

"Obama and the Second Amendment," ***Fox News***, Monday, January 13, 2009.

**Exhibit 1**
**0097**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Whose Money is it, Anyway?" ***Fox News***, Monday, January 19, 2009.

"Democrats' Economic Plan: Blame the Republicans for Everything," ***Fox News***, Monday, January 26, 2009.

"Obama's Senate Games," ***Fox News***, Monday, February 2, 2009.

"A Wish List that Shifts \$\$ Around: Stimulus package lacks economic logic: How does it create jobs or spending?" ***Philadelphia Inquirer***, Tuesday, February 3, 2009.

"Obama's Stimulus Package Will Increase Unemployment?" ***Fox News***, Tuesday, February 3, 2009.

"Obama and the Economy: When, if ever, was he telling us the truth?" ***Fox News***, Monday, February 9, 2009.

"Government Spending: Is it worth \$62,000 to you?" ***Fox News***, Monday, February 16, 2009.

"Obama's Car Cash Plan," ***Fox News***, Friday, February 20, 2009.

"If We Nationalize Our Banks They will become Political Institutions," ***Fox News***, Monday, February 23, 2009.

"New Assault Weapons Ban Will Not Reduce Crime in this Country," ***Fox News***, Thursday, February 26, 2009.

"Obama's Crutch -- Why is he so afraid of speaking without a teleprompter," ***Fox News***, Saturday, March 7, 2009.

"Yes, the Massacres in Alabama and Germany ARE Horrible But More Gun Control Is Not the Answer," ***Fox News***, March 12, 2009.

"Obama's Fearmongering Has Damaged The Economy," ***Fox News***, Saturday, March 16, 2009.

"Obama's Driving the Car Now," ***Fox News***, Saturday, March 31, 2009.

"Gun-Free Zones Are a Magnet for Attacks Like the Tragedy In Binghamton," ***Fox News***, Saturday, April 3, 2009.

"Obama's Education Policy Gets an 'F'," ***Fox News***, Saturday, April 10, 2009.

"ABC's Shameful '20/20' Experiment," ***Fox News***, Saturday, April 15, 2009.

"Ammunition in the debate," ***The Economist***, letters to the editor, April 23, 2009.

**Exhibit 1**
**0098**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Uh Oh…Team Obama Claims Americans Use TOO MUCH Health Care," *Fox News*, Saturday, April 27, 2009.

"Thugs In the White House," *Fox News*, Saturday, May 8, 2009.

"These Guns Require Permits, So What's the Problem?" *New York Times* website, Friday, May 22, 2009.

"Is the Stimulus Working?" *Fox News*, Tuesday, June 2, 2009.

"Obamacare will save money? Don't believe a word of it," *Fox News*, Wednesday, June 17, 2009.

"Analysis: As Obama Pushes National Health Care, Most Americans Already Happy With Coverage," *Fox News*, Wednesday, June 24, 2009.

"Serious Questions About Sotomayor and Race," *Fox News*, Wednesday, June 24, 2009.

"Stimulus Spending Is Making Things Worse Not Better," *Fox News*, Tuesday, June 29, 2009.

"Did Sotomayor Lie to Senators?" *Fox News*, Thursday, July 16, 2009.

"ANALYSIS: States Hit Hardest by Recession Get Least Stimulus Money," *Fox News*, Sunday, July 19, 2009.

"Fears of Interstate Handgun Laws Soon Forgotten?" *Fox News*, Sunday, July 21, 2009.

"No Apology for Sergeant Crowley?" *Fox News*, Monday, July 27, 2009.

"Opposition to citizens crossing state lines with concealed guns lacks factual basis," *Jurist: Legal News & Research*, University of Pittsburgh School of Law, Thursday, July 30, 2009.

"Cash for Clunkers Falls Flat," *Fox News*, Monday, August 3, 2009.

"Obama's Misinformation Campaign on Health Care," *Fox News*, Friday, August 7, 2009.

"Guess What? Unemployment's Really at 16.3 Percent," *Fox News*, Friday, August 7, 2009.

"Why are Democrats Pretending They're Fighting Giant Insurance Companies?" *Fox News*, Monday, August 17, 2009.

**Exhibit 1**
**0099**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"The Media Gets it Wrong, Again, On Guns," *Fox News*, Monday, Thursday 20, 2009.

"The Trouble with Trillions," *Fox News*, Monday, Tuesday 25, 2009.

"White House Puts Parents In an Awkward Position," *Fox News*, Friday, September 4, 2009.

"Supreme Court Must Throw Out Campaign Finance Laws," *Fox News*, Friday, September 11, 2009.

"Will Obama Take 'Responsibility' For the Baucus Bill?" *Fox News*, Tuesday, September 15, 2009.

"Democrats -- Who Do Your Trust?" *Fox News*, Tuesday, September 15, 2009.

"Lott's Numbers: Obama's Top 2 Most Outrageous Health Care Myths," *Fox News*, Wednesday, September 16, 2009.

"Lott's Numbers: The Truth About Obama's Health Care Plan, Part 2," *Fox News*, Wednesday, September 23, 2009.

"Lott's Numbers: Comparing American Health Care to Other Countries," *Fox News*, Monday, October 5, 2009.

"Baucus Bill Encourages Americans to DROP Insurance Coverage," *Fox News*, Monday, October 12, 2009.

"Lott's Numbers: Happy Days Aren't Quite Here Again," *Fox News*, Wednesday, October 14, 2009.

"Lott's Numbers: Why Is Unemployment Rising Faster In the U.S. Than Other Countries?," *Fox News*, Thursday, October 22, 2009.

"Blame Obama for Sky-High Unemployment," *Fox News*, Tuesday, November 10, 2009.

"Time to Put An End to Army Bases as Gun-Free Zones," *Fox News*, Tuesday, November 10, 2009.

"Why You Should Be Hot and Bothered About 'Climate-gate'," *Fox News*, Tuesday, November 24, 2009.

"Climate Change E-Mails Cry Out for a National Conversation," *Fox News*, Monday, November 30, 2009.

"Think 'Climate-Gate' Is Nonevent? Think Again," *Fox News*, Wednesday, Tuesday 1, 2009.

**Exhibit 1**
**0100**

John R. Lott, Jr.  Page 100

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Jobs 'Created' -- The White House's Dirty Little Secret," *Fox News*,
      Thursday, December 3, 2009.

"What Are Global Warming Supporters Trying to Hide?" *Fox News*, Friday, December 4,
      2009.

"Surprise, Surprise, Many Scientists Disagree On Global Warming," *Fox
      News*, Tuesday, December 8, 2009.

"Passing the Proposed Drug Amendment Could Be Harmful to Your Health," *Fox News*,
      Monday, December 14, 2009.

"Unemployment: The Dirty Little Secret Everyone's Ignoring," *Fox News*,
      Friday, January 8, 2010.

"The Supreme Court Protected Us On Thursday," *Fox News*, Friday, January 22, 2010.

"Bernanke Doesn't Deserve a Second Term," *Fox News*, Tuesday, January 26, 2010.

"What Obama's Not Going to Tell You About Jobs," *Fox News*, Wednesday, January 27,
      2010.

"The Real Story Behind Our Unemployment Numbers," *Fox News*,
      Wednesday, January 27, 2010.

"The Next Climate-gate?" *Fox News*, Wednesday, February 10, 2010.

"Fact Checking Team Obama's Stimulus Claims," *Fox News*, Friday, February 19, 2010.

"Why We Shouldn't Fear an End to the Ban on Guns In National Parks," *Fox News*,
      Monday, February 22, 2010.

"Will the Supreme Court Recognize the Truth About Chicago's Handgun Ban?" *Fox
      News*, Monday, March 1, 2010.

"What Gore Missed When He Broke His Silence," *Fox News*, Monday, March 1, 2010.

"What Do the Supremes Think of Chicago's Gun Ban?" *Fox News*, Tuesday, March 2,
      2010.

"The Truth About Unemployment," *Fox News*, Wednesday, March 10, 2010.

"The CBO's Sleight of Hand On Health Care," *Fox News*, Thursday, March 18, 2010.

"Demonizing the Insurance Industry Is Not the Answer," *Fox News*, Friday, March 19,
      2010.

**Exhibit 1**
**0101**

John R. Lott, Jr.  Page 101

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"The Democrats' Hypocrisy Is Staggering," *Fox News*, Wednesday, March 24, 2010.

"Obama's Health Care Bill Is Not What He Promised," *Fox News*, Monday, March 29, 2010.

"A Gun Ban By Any Other Name...," *Fox News*, Tuesday, March 30, 2010.

"Unemployment Numbers Are a Mixed Bag," *Fox News*, Friday, April 2, 2010.

"Our Bloated Goverment Is Already Much, Much Bigger Than You Think," *Fox News*, Thursday, April 8, 2010.

"The Real Reason for Our High Unemployment Numbers," *Fox News*, Friday, April 16, 2010.

"Poland's Economic Architect Will Be Missed," *Fox News*, Saturday, April 17, 2010.

"Time for the Government to Start Playing Fair," *Fox News*, Monday, April 19, 2010.

"Obama's Plan -- A Regulatory Mess," *Fox News*, Thursday, April 22, 2010.

"Fears of Arizona's Immigration Law Are Bogus," *Fox News*, Monday, April 26, 2010.

"Why Our Unemployment Rate Is So Much Higher Than Others," *Fox News*, Wednesday, April 28, 2010.

"Creepy Claims Made By Dems About Arizona Immigration Law Are False," *Fox News*, Thursday, May 6, 2010.

"Greece Offers a Frightening Glimpse of the Future," *Fox News*, Friday, May 7, 2010.

"Guess What, America, You're Bailing Out Banks All Over the World!," *Fox News*, Thursday, May 13, 2010.

"Mr. Obama, Please Read Arizona's Immigration Law," *Fox News*, Wednesday, May 19, 2010.

"Mexico's Calderon Knows Nothing About America's Gun Laws," *Fox News*, Saturday, May 22, 2010.

"Jamaica's Bloody Lesson On Guns," *Fox News*, Tuesday, May 25, 2010.

"Calderon's False Statements On Guns," *Inverstor's Business Daily*, May 25, 2010.

"Illegal Alien Legal Challenge," *Fox News*, Wednesday, June 2, 2010.

**Exhibit 1**
**0102**

John R. Lott, Jr.  Page 102

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Guns and Crime in Chicago," *National Review Online*, and "Pulling Chicago's Gun Ban Trigger," *National Public Radio*, June 2, 2010.

"Think Tough Gun Laws Keep Europeans Safe? Think Again...," *Fox News*, Thursday, June 10, 2010.

"Gun Control and Mass Murders," *National Review Online*, Friday, June 11, 2010.

"In Debate Over Gun-Carry Laws, Critics Are Quick to Shoot Down the Facts," *Fox News*, Thursday, June 24, 2010.

"Court's Gun Decision An Important Win for Americans Who Want to Defend Themselves," *Fox News*, Monday, June 28, 2010.

"A Vote for Kagan Is a Vote to Take Away Your Guns," *Fox News*, Wednesday, June 30, 2010.

"New York Times Swallows Brady Campaign's Anti-Gun Rhetoric Whole," *Big Journalism*, Wednesday, July 7, 2010.

"Let's Face It, Chicago's Mayor Richard Daley Wants to Ban Guns, All Guns," *Fox News*, Monday, July 12, 2010.

"Guess What, Felons Favor Democrats,"*Fox News*, Monday,  July 12, 2010.

"What Al Franken's Election Tells Us," *Fox News*, Wednesday, July 14, 2010.

"Show Me State Sends a Message On Obama's Health Care Law," *Fox News*, Wednesday, August 04, 2010.

"Where Are the Jobs, Mr. President?" *Fox News*, Friday, August 06, 2010.

"Trash Drudge, Bash Rush and Get a Career Boost?" *Fox News*, Saturday, August 07, 2010.

"Democrats Play Favorites On Jobs," *Fox News*, Tuesday, August 10, 2010.

"Believe It or Not, the U.S. Is In Worse Financial Shape Than Greece," *Fox News*, Thursday, August 19, 2010.

"More Bad Economic News, Yet Here Comes ANOTHER Wall Street Bailout," *Fox News*, Tuesday, August 24, 2010.

"You Call This a 'Recovery'?" *Fox News*, Friday, August 27, 2010.

**Exhibit 1**
**0103**

John R. Lott, Jr.  Page 103

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"President Obama, You're Not Fooling All of Us On Immigration," *Fox News*, Thursday, September 02, 2010.

"Obama Is Repeating the Mistakes of the 1937 Economic Collapse," *Fox News*, Friday, September 03, 2010.

"Another Proposal From Obama to Throw Your Money Down the Drain," *Fox News*, Wednesday, September 08, 2010.

"Austan Goolsbee -- Spinning Like a Top," *Fox News*, Monday, September 13, 2010.

"The Recession May Be Over -- But the 'Recovery' Is Very Weak," *Fox News*, Monday, September 20, 2010.

"Would Unemployment Really Have Been Worse Without the Stimulus?" *Fox News*, Monday, September 27, 2010.

"Why Gun Bans Still Don't Work September," *Fox News*, Wednesday, September 29, 2010.

"Despite White House Spin, Obama Believes Government Should Run Our Economy," *Fox News*, Thursday, October 7, 2010.

"The Worst Recovery on Record," *Fox News*, Tuesday, October 12, 2010.

"If Republicans Win Big on Tuesday, Stocks Will Go Up," *Fox News*, Sunday, October 31, 2010.

"Promises, Promises: Will Obama, GOP Keep Theirs?" *Fox News*, Friday, November 5, 2010.

"We Don't Need More Inflation, We Need to Put An End to Obama's Job Killing Policies," *Fox News*, Tuesday, November 16, 2010.

"GM's Bailout Is a Financial Disaster," *Fox News*, Thursday, November 18, 2010.

"Playing Chicken With China," *Fox News*, Friday, November 26, 2010.

"Who Knew? Cutting Government Spending IS Actually Possible," *Fox News*, Wednesday, December 1, 2010.

"Assault Weapons and the Truth," *National Review Online*, Thursday, December 2, 2010.

"What the new job numbers mean," *Fox News*, Friday, December 3, 2010.

**Exhibit 1**
**0104**

John R. Lott, Jr.  Page 104

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Does President Obama Understand Economics?" *Fox News*, Tuesday, December 7, 2010.

"The Democrats Flip-Flop On Tax Cuts," *Fox News*, Friday, December 10, 2010.

"The First Entirely 'Temporary Help Service' Job Recovery," *Fox News*, Monday, December 13, 2010.

"Class Warfare May Make Good Politics But Is It Fair to the American Taxpayer?" *Fox News*, Wednesday, December 15, 2010.

"Americans very gloomy about the economy," *Fox News*, Wednesday, December 29, 2010.

"Rationing Revealed at the Heart of Obamacare," *Fox News*, Wednesday, December 29, 2010.

"The Truth About Fox News Viewers," *Fox News*, Wednesday, January 5, 2011.

"Obama Officials Play Chicken Little With the Debt Ceiling," *Fox News*, Thursday, January 6, 2011.

"Gun Control Debate: Political Opportunists Swarm In," *AOL News*, Tuesday, January 11, 2011.

"The Case for Arming Yourself," *New York Times* website, Wednesday, January 12, 2011.

"Rounding Up the Guns: What not to do," *National Review Online*, Thursday, January 13, 2011.

"The Arizona Shootings, Gun Violence Research and the Facts vs. The New York Times," *Fox News*, Friday, January 14, 2011.

"Gun Control Emotions vs. Gun Control Fact," *AOL News*, Thursday, January 20, 2011.

"After Tucson, a New Focus on Guns," Letters, *New York Times*, Saturday, January 22, 2011, p. A16.

"My Scary Encounter With Chicago's Mayor Richard Daley," *Fox News*, February 1, 2011

"Mayor Bloomberg's Arizona Gun Show P.R. Stunt," *Fox News*, February 2, 2011

"Another Mistake in The New York Times," *Fox News*, February 5, 2011

"Why Can't Obama Do the Math On Jobs?" *Fox News*, February 7, 2011

**Exhibit 1**
**0105**

John R. Lott, Jr.  Page 105

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"The Stimulus, Not Oil Prices, Is Hammering Consumers," *Fox News*, February 23, 2011.

"So How Much Do Public Union Workers Really Make?" *Fox News*, March 1, 2011.

"GAO Report and Government Waste -- Can You Spell O-U-T-R-A-G-E?" *Fox News*, March 1, 2011.

"Illinois Gun Info Plan Is Misguided and Dangerous," *Fox News*, March 3, 2011.

"The Truth About Obama, Democrats and Budget Cuts," *Fox News*, March 8, 2011.

"Should Bans Against Carrying Concealed Weapons Be Lifted On College Campuses?" *Fox News*, March 9, 2011.

"Why Unions Are Harmful to Workers," *Fox News*, March 18, 2011.

"What's Really Behind Obama's New Push for Gun Control?" *Fox News*, March 24, 2011.

"The Folly of Public Campaign Funding," *National Review Online*, March 28, 2011.

"Paul Ryan Is Right About the Budget -- Americans Cannot Afford Another Decade of Massive Government Spending," *Fox News*, April 5, 2011.

"Obama Lacks Credibility as a Leader on Spending Cuts," *National Review Online*, April 12, 2011.

"If Obama Had Kept His Campaign Promises, We Wouldn't Have a Deficit Today," *Fox News*, April 14, 2011.

"Don't Single Out Standard & Poor's for Being 'Political'," *Fox News*, April 19, 2011.

"Where Are the Jobs, Mr. President? The Jobless Obama Recovery Continues," *Fox News*, May 9, 2011.

"Team Obama's Debt Limit Scare Tactics Are Getting Old -- Fast," *Fox News*, May 19, 2011.

"Who Has the Best Plans to Rescue America from the Budget Crisis?" *Fox News*, May 28, 2011.

"Don't Single Out Standard & Poor's for Being 'Political'," *Fox News*, June 8, 2011.

"Greece Needs to Pay Off Debts While It Still Has a Chance," *Fox News*, June 22, 2011.

"Canada's cold proof: Job growth without 'stimulus'," *New York Post*, Friday, July 8, 2011.

Exhibit 1
0106

John R. Lott, Jr.  Page 106

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"The Puzzle of 'Operation Fast and Furious'," *Fox News*, Friday, July 8, 2011.

"Seven Myths About the Looming Debt-Ceiling 'Disaster'," *Fox News*, July 15, 2011.

"Pelosi Is Right -- The Gang of Six Plan Is Not Ready for Prime Time," *Fox News*, July 21, 2011.

"Congress Can Learn From 1995-96 Debt-Ceiling Debate," *Fox News*, July 26, 2011.

"Risk of a U.S. default has been exaggerated: History and the bond markets contradict the hype," *Philadelphia Inquirer*, July 27, 2011.

The Debt Deal's Three Biggest Winners and Losers, *Fox News*, Tuesday, August 02, 2011.

The S&P Downgrade Is a Wake Up Call for All Americans, *Fox News*, Friday, August 05, 2011.

Looks Like We're In a Recession, Not a 'Recovery', *Fox News*, Friday, August 05, 2011.

The Texas Miracle Is No Myth, *National Review Online*, Friday, August 19, 2011.

Liberals and the Texas Unemployment Miracle, *Fox News*, Friday, August 19, 2011.

Obama Gets the Numbers Wrong In His Tax Plan!, *Fox News*, Monday, September 19, 2011.

Has Your Job Been 'Saved'?, *Fox News*, Tuesday, September 20, 2011.

Media Silence Is Deafening About Important Gun News, *Fox News*, Friday, September 30, 2011.

The China Currency Bill Will Make Americans Poorer, Not Richer, Thursday, *Fox News*, October 06, 2011.

Is the Public Sector Hurting?, *National Review Online*, Wednesday, October 26, 2011.

Yes, the Economy Is Growing But Obama's Policies Are Not Helping, *Fox News*, Thursday, October 27, 2011.

**Exhibit 1**
**0107**

John R. Lott, Jr.  Page 107

Selected Nonacademic Writings on Economics (Continued):

Goolsbee's Gaffes, *National Review Online*, Wednesday, November 2, 2011.

Blame Bush -- Is That Holder's Strategy to Get Out of the 'Fast and Furious' Mess?, *Fox News*, Tuesday, November 08, 2011.

What's Wrong With Making It Easier to Carry a Gun Across State Lines?, *Fox News*, Tuesday, November 15, 2011.

What the New Unemployment Numbers Are Telling Us, *Fox News*, Friday, December 02, 2011.

Fast and Furious Scandal Cries Out for Answers, *Fox News*, Friday, December 09, 2011.

President Obama's Anti-gun Agenda Shows No Sign of Stopping, *Fox News*, Wednesday, December 28, 2011.

Obama has learned nothing from the Mortgage Meltdown, *Fox News*, Monday, January 2, 2012.

Should New York tourists have their lives destroyed because of concealed carry laws?, *Fox News*, Wednesday, January 17, 2012.

Lessons to be learned from Europe's debt downgrades, *Fox News*, Monday, January 23, 2012.

President Obama's strange definition of fairness, *Fox News*, Monday, January 26, 2012.

The bad news behind the January jobs report, *Fox News*, Friday, February 3, 2012.

David Brock, Media Matters and gun control hypocrisy, *Fox News*, Thursday, February 16, 2012.

Death of a Long-Gun Registry, *National Review Online*, co-authored with Gary Mauser, Monday, February 20, 2012.

Obama's contraception deception, *Fox News*, Thursday, March 1, 2012.

What's the truth about the unemployment numbers?, *Fox News*, Sunday, March 4, 2012.

Amendment II: The Right of the People to Keep & Bear Arms, Shall Not Be Infringed, *Constituting America*, Tuesday, March 6, 2012.

Speculators smooth out the rough spots, *Philadelphia Inquirer*, co-authored with Grover Norquist, Sunday, March 11, 2012.

**Exhibit 1**
**0108**

John R. Lott, Jr.  Page 108

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

Yes, government policies could help bring down the price of gas -- today, *Fox News*, Tuesday, March 13, 2012.

If lead bullets are banned, it could compromise self-defense, *Fox News*, Friday, March 16, 2012.

Where did stimulus money really go?, *Fox News*, Friday, March 23, 2012.

Ask Canada -- gun registration won't make D.C. safer, *Washington Examiner*, co-authored with Gary Mauser, Tuesday, March 27, 2012.

It's not about Stand Your Ground, *National Review Online*, Wednesday, March 28, 2012.

Big Labor's Endorsement For Obama Is All About Repaying Favors, *Inverstor's Business Daily*, co-authored with Grover Norquist, Wednesday, March 28, 2012.

Author Claims Obama's War On Jobs and Growth a 'Debacle,' *CNBC*, Friday, March 30, 2012.

Obama's stimulus delayed recovery, *Politico*, co-authored with Grover Norquist, Monday, April 2, 2012.

Trayvon Martin, George Zimmerman and the media's misleading rhetoric on guns, *Fox News*, Tuesday, April 3, 2012.

Defending Fiscal Insanity "Demagoguery" is not too strong of a word to describe Obama's speech, *National Review Online*, Thursday, April 5, 2012.

Team Obama and the phantom jobs that never were, *Fox News*, Friday, April 6, 2012.

Where's the 'Probable Cause'? The affidavit in the Zimmerman case fails to justify a second-degree-murder charge, *Fox News*, Friday, April 13, 2012.

Krugman's bad predictions, *Fox News*, Friday, April 13, 2012.

Stand Your Ground makes sense: These are sane laws that protect people, *New York Daily News*, Tuesday, April 24, 2012.

U.S. money give to GM has been a bad investment, *Philadelphia Inquirer*, Sunday, May 6, 2012.

Media Matters, 'Stand Your Ground' and me, *Fox News*, Tuesday, May 8, 2012.

Obama and GM Cook the Books, *National Review Online*, Wednesday, May 16, 2012.

**Exhibit 1**
**0109**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

What Zimmerman, Martin medical reports tell us and the media didn't, *Fox News*, Wednesday, May 16, 2012.

Bloomberg's Soda Ban, *National Review Online*, Tuesday, June 5, 2012.

Two mistakes in Obama's press conference last week, *Fox News*, Monday, June 11, 2012.

Obama's revisionism: He predicted a strong economy, but blames his failure on Bush, *National Review Online*, Monday, June 18, 2012.

Fast and Furious -- Holder's day of reckoning has finally arrived, *Fox News*, Wednesday, June 20, 2012.

The Obama Debacle, *National Review Online*, Thursday, June 21, 2012.

A Nation too scared to quit, *New York Post*, Monday, June 25, 2012.

Holder contempt citation -- just remember that people died because of 'Fast and Furious,' *Fox News*, Thursday, June 28, 2012.

A disappointing jobs picture and no, we're not doing better than Europe, *Fox News*, Friday, July 6, 2012.

The truth about Obama's tax cut extension plan, *Fox News*, Monday, July 9, 2012.

Austerity Works: It's Time to Give It a Try, co-authored with Sherwin Lott, *Real Clear Markets*, Monday, July 16, 2012.

Obama needs a history lesson on business and the US, *Fox News*, Monday, July 16, 2012.

UN gun control treaty will reveal gun laws Obama really supports, *Fox News*, Thursday, July 19, 2012.

Concealed Weapons Save Lives, *New York Daily News*, Wednesday, July 25, 2012.

'Military-Style Weapons': Function, not cosmetics, should govern gun policy, *National Review Online*, Friday, July 27, 2012.

New gun laws will do nothing to stop mass shooting attacks, *Fox News*, Monday, July 30, 2012.

What Mayor Bloomberg Doesn't Know About Police and Guns, *Wall Street Journal*, Wednesday, August 2, 2012, p. A13.

President Obama, and the Myth About 4.5 Million New Jobs, *Real Clear Markets*, Monday, August 13, 2012.

"Guns in Schools can save lives," *USA Today*, December 26, 2012.

"After Newtown shooting, how should nation respond?" USA Today Roundtable on Guns in America, *USA Today*, December 27, 2012, p. 9A.

**Exhibit 1**
**0110**

John R. Lott, Jr.  Page 110

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"The Facts About Gun Bans," *Philadelphia Inquirer*, January 2, 2013.

"The Facts About Assault Weapons and Crime," *Wall Street Journal*, Thursday, January 17, 2013.

"The '40 Percent' Myth: The figure gun-control advocates are throwing around is false," *National Review Online*, Thursday, January 25, 2013.

"Don't Rush, but Really Think How to Reduce Murders," Letters, *Wall Street Journal*, Monday, January 28, 2013.

"Obama's spending failure," *Daily Caller*, Wednesday, February 13, 2013.

"Misleading claims about what new proposals will do," *Philadelphia Inquirer*, Tuesday, February 21, 2013.

"Will Obama push us over the edge?," *Fox News*, Friday, February 22, 2013.

"Ted Cruz Sets the Record Straight on Guns," *National Review Online*, Friday, February 22, 2012, 2013.

"Obama's Sequester Cuts Are A Mere 1% Of Budget," *Inverstor's Business Daily*, Monday, February 25, 2013.

"The truth about assault weapons bans and background checks," *Fox News*, Thursday, February 28, 2013.

"February's jobs report only looks good because our expectations are so low?" *Fox News*, Friday, March 8, 2013.

"Can poor people be trusted with guns?" *Fox News*, Tuesday, March 12, 2013.

"Fact vs. fiction on background checks and the gun control debate," *Fox News*, Tuesday, April 9, 2013.

"Who is really lying in the gun debate?" *Fox News*, Thursday, April 18, 2013.

"What Should We Do about Guns?" *National Review Online*, Wednesday, May 1, 2013.

"Children and Guns: The Fear and the Reality," *National Review Online*, Monday, May 13, 2013.

"Why gun control just got even more difficult," *Fox News*, Friday, May 31, 2013.

"The real hole in the border bill," *New York Post*, Monday, June 10, 2013.

"Gabrielle Giffords and Mark Kelly are wrong about gun control," *New Hampshire Union Leader*, Thursday, July 4, 2013.

"Polls give a skewed picture of gun issues," *Columbus Dispatch*, Friday, July 5, 2013.

"The Zimmerman trial is already over," *Fox News*, Saturday, July 5, 2013.

**Exhibit 1**
**0111**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Celebrating quasi-freedoms," *Philadelphia Inquirer*, Saturday, July 6, 2013.

"Trayvon Martin's testimony wouldn't have changed anything in Zimmerman trial," *Fox News*, Wednesday, July 10, 2013.

"We never should have witnessed a Zimmerman trial," *Fox News*, Friday, July 14, 2013.

"Focus is on the wrong law," *Fox News*, Saturday, July 20, 2013.

"What liberal media won't tell you -- blacks benefit most from Stand Your Ground laws," *Fox News*, Wednesday, July 31, 2013.

Gun toting teachers' names must remain private," *Fox News*, Friday, August 9, 2013.

"Speeches won't boost economy," *Philadelphia Inquirer*, Friday, August 23, 2013.

"Don't Rush, but Really Think How to Reduce Murders," Letters, *Scientific American*, Friday, August 23, 2013.

"Obama's Racial Imbalance: He professes outrage when there's little evidence of bias against blacks, but ignores attacks on whites," *National Review Online*, Saturday, August 24, 2013.

"The truth about Obama's new executive orders targeting guns," *Fox News*, Thursday, August 29, 2013.

"Jobs numbers reflect another bleak month for American workers," *Fox News*, Friday, September 6, 2013.

"No, Obama's judicial nominees don't have unusually long confirmation times," *Daily Caller*, Wednesday, September 11, 2013.

"Democrats knew what they wanted in Colorado, but they overreached," *National Review Online*, Wednesday, September 11, 2013.

"What we've learned from the very partial government slimdown," *Fox News*, Friday, October 11, 2013.

"The dumbing down of America's judges," *Politico*, Thursday, October 17, 2013.

"In defense of stand your ground laws," *Chicago Tribune*, Tuesday, October 28, 2013.

"No Such Thing as a Free Lunch," *National Review Online*, Thursday, October 31, 2013.

"Are you a racist if you own a gun?" *Fox News*, Friday, November 1, 2013.

"New gun rules for Neighborhood Watch volunteers in Sanford, Fla. about race, politics not saving lives," *Fox News*, Tuesday, November 5, 2013.

"Why insurance companies who follow the ObamaCare 'fix' could face legal troubles," *Fox News*, Friday, November 15, 2013.

**Exhibit 1**
**0112**

John R. Lott, Jr.  Page 112

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Blame the Dems for blocking judges," *New York Post*, Thursday, November 21, 2013.

"NFL hypocrisy -- Bloomberg anti-gun ads ok but ad about 'protection' is banned?," *Fox News*, Wednesday, December 4, 2013.

"Why insurance companies who follow the ObamaCare 'fix' could face legal troubles," *Fox News*, Friday, November 15, 2013.

"Blame the Dems for blocking judges," *New York Post*, Thursday, November 21, 2013.

"NFL hypocrisy -- Bloomberg anti-gun ads ok but ad about 'protection' is banned?," *Fox News*, Wednesday, December 4, 2013.

"1 year after Newtown, support for stricter gun control has disappeared," *Fox News*, Friday, December 13, 2013.

"New York's Fact-Free Gun Ruling," *National Review Online*, Friday, January 3, 2014.

"Why most Americans believe the US economy is poor (and they're right)," *Fox News*, Monday, January 6, 2014.

"Some realities to consider before passing more gun-control bills," *The Philadelphia Inquirer*, Sunday, January 12, 2014.

"How the Courts Got Dumbed Down," *Cato Unbound*, Monday, January 13, 2014.

"Potential concealed weapon databases by Civitas Media won't make US safer," *Fox News*, Saturday, January 25, 2014.

"The Cruelty of Gun-Free Zones," *National Review Online*, Friday, January 31, 2014.

"ABC News reports on guns mislead Americans," *Fox News*, Friday, February 7, 2014.

"It may soon be easy to carry a permitted concealed handgun in California," *Fox News*, Thursday, February 13, 2014.

"We're looking at 2.5 million discouraged workers thanks to ObamaCare," *Fox News*, Thursday, February 13, 2014.

"Bloomberg's latest stats on school gun violence ignore reality," *Fox News*, Monday, February 17, 2014.

"Media cherry picks Missouri gun data to make misleading case for more control," *Fox News*, Friday, February 21, 2014.

"Piers Morgan's Revealing Rancor," *National Review Online,* Monday, February 24, 2014.

"Don't believe mainstream media mistruths about firearms research," *Fox News*, Thursday, February 27, 2014.

**Exhibit 1**
**0113**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Brady Law Has Done Little To Keep Guns Out Of Criminals' Hands," ***Inverstor's Business Daily***, Monday, March 3, 2014.

"The Police Should Carry Guns Off The Job To Protect Us," ***Inverstor's Business Daily***, Thursday, March 13, 2014.

"Surgeon General nomination forces Senate Democrats to hide gun views," ***Fox News***, Wednesday, March 19, 2014.

"No more sitting ducks — we must arm our soldiers on their bases," ***Pittsburgh Tribune***, Saturday, March 22, 2014.

"Michael Bloomberg, Gun Control And Fabricated Numbers," ***Inverstor's Business Daily***, Thursday, April 3, 2014.

"After Fort Hood: Should soldiers be allowed to bear arms on base?," ***Fox News***, Wednesday, April 9, 2014.

"Let soldiers carry guns on bases," ***Chicago Tribune***, Wednesday, April 9, 2014.

"What the press is missing in Bloomberg's anti-gun push," ***Fox News***, Thursday, April 17, 2014.

"Shaping the gun-control debate," ***Pittsburgh Tribune-Review***, Sunday, April 26, 2014.

"Media bias on gun free zones," ***Fox News***, Thursday, May 1, 2014.

"The Shaky Case against the Death Penalty," ***National Review Online***, Thursday, May 8, 2014.

"Another Round in the Death-Penalty Debate," ***National Review Online***, Tuesday, May 13, 2014.

"A Reply to The Atlantic on the Death Penalty," ***National Review Online***, Tuesday, May 20, 2014.

"Memo to gun-control advocates: Even Elliot Rodger believed guns would have deterred him," ***Fox News***, Wednesday, May 28, 2014.

"Bloomberg's Bogus Gun-Control Numbers," ***National Review Online***, Thursday, May 29, 2014.

"Media feeding frenzy over open carry guns in restaurants much ado about nothing," ***Fox News***, Tuesday, June 3, 2014.

"Killers seek gun-free zones for attacks," ***Philadelphia Inquirer***, Friday, June 13, 2014.

"Making up facts about guns," ***Fox News***, Monday, June 16, 2014.

**Exhibit 1**
**0114**

John R. Lott, Jr.   Page 114

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"What liberal media won't tell you: School shooting deaths down, not up, across America," *Fox News*, Friday, June 20, 2014.

"What the Supreme Court still doesn't understand about guns," *Fox News*, Wednesday, June 25, 2014.

"Beware of Populist Economics," *Barron's*, Saturday, July 5, 2014.

"Soccer may be 'in,' but it's not an injury-free sport," *Philadelphia Inquirer*, Monday, July 7, 2014.

"Mr. Obama, you can't blame our economic troubles on weather," *Fox News*, Monday, July 7, 2014.

"Chicago violence: The buck stops with you, Rahm Emanuel." *Fox News*, Wednesday, July 16, 2014.

"False claims may allow illegal immigrants to stay in the US," *Fox News*, Tuesday, July 29, 2014.

"Armed doctor saved lives," *Philadelphia Inquirer*, Tuesday, July 29, 2014.

"Why Legalizing Concealed Carry Is The Answer To Persistent Stalkers," *The Daily Caller*, Tuesday, August 5, 2014.

"The facts about Dartmouth student Taylor Woolrich and her stalker," *Fox News*, Tuesday, August 12, 2014.

"Studies show right-to-carry laws reduce crime," *Indianapolis Star*, Tuesday, August 19, 2014.

"Violent Crime, Not Police Abuse, Is The Real Threat To Black Americans," *The Daily Caller*, Friday, August 22, 2014.

"Michael Bloomberg's anti-gun propaganda," *Fox News*, Monday, October 6, 2014.

"The truth about young black men and police shootings." *Fox News*, Wednesday, October 22, 2014.

"Every time that guns have been banned murder rates go up," co-authored with Kesten Green, *The Advertiser* (Adelaide, South Australia), Thursday, October 23, 2014.

"'Lone Wolf' terror attacks: We're sitting ducks and Americans with guns are last line of defense." *Fox News*, Thursday, October 30, 2014.

"Hidden consequences of Washington State's gun background check Initiative 594," *Fox News*, Saturday, November 1, 2014.

"It's shocking how little was spent on the midterms," with Bradley A. Smith, *The Wall Street Journal*, Saturday, November 7th, 2014.

**Exhibit 1**
**0115**

John R. Lott, Jr.  Page 115

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"America Should Make It Easier To Carry Guns," **Investors Business Daily**, Thursday, November 20, 2014.

"'New' research on gun laws and crime was flawed," co-authored with Lloyd Cohen and Carl Moody, **Washington Post**, Letters, Tuesday, November 25, 2014.

"Dangerous distortions about cops shooting black men," **New York Daily News**, Tuesday, December 2, 2014.

"Ferguson: Obama continues to undermine police departments around the country," **Fox News**, Wednesday, December 3, 2014.

"Media Matters, the facts and me," **Fox News**, Tuesday, December 9, 2014.

"Expert: Blacks trust police more than whites do," **Fox News**, Friday, December 19, 2014.

"When Security Fails, Gun Rights Are The Last Line Of Defense," **Daily Caller**, Friday, December 19, 2014.

"Why most Americans oppose more gun control," **Fox News**, Tuesday, December 30, 2014.

"Do Blacks Really Feel Especially Distrustful Of Cops?" **Investors Business Daily**, Tuesday, January 6, 2015.

"There are limits to how well police and security agencies can protect us," co-authored with Kesten Green, **The Advertiser** (Adelaide, South Australia), Thursday, January 8, 2015.

"The bias against guns: What the media isn't telling you," **Fox News**, Friday, January 9, 2015.

"Let's not be so quick to believe gun-control rhetoric," **Fox News,** Friday, January 16, 2015.

"Terrorists can strike any time, anywhere: Self defense saves lives," **Fox News**, Tuesday, January 27, 2015.

"Open Carry versus Campus Carry: What should be the priority," **Austin Statesman (Texas)**, Monday, February 12, 2015.

"What is more likely to kill you-a gun or a car?" **Fox News,** Monday, February 12, 2015.

**Exhibit 1**
**0116**

John R. Lott, Jr.  Page 116

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Let's not be so quick to believe gun-control rhetoric," *Fox News,* Monday, February 16, 2015.

"Guns and the New York Times: Why shouldn't Americans be able to defend themselves?" *Fox News,* Tuesday, February 24, 2015.

"Take a gun to the mall," *Chicago Tribune,* Tuesday, February 24, 2015.

"Facts on police & race," *Pittsburgh Tribune Review,* Friday, February 27, 2015.

"Justice Department reached only possible conclusion in Michael Brown case," *Fox News,* Thursday, March 5, 2015.

"Gun-free zones put innocent in danger," *Las Vegas Review Journal,* Friday, March 6, 2015.

"Ferguson fake-out: Justice Department's bogus report," *New York Post,* Monday, March 9, 2015.

"Rare Victory: Obama Administration temporarily drops ammo ban proposal," *Fox News,* Tuesday, March 10, 2015.

"Is gun ownership really down in America?" *Fox News,* Thursday, March 12, 2015.

"Why Michael Bloomberg's latest push for gun control is all wrong," *Fox News,* Friday, March 13, 2015.

"Ferguson Justice Department report misleads on racism," *Inverstor's Business Daily,* Thursday, March 19, 2015.

"French Alps crash shows psychiatrists cannot be last line of defense," *Fox News,* Tuesday, March 31, 2015.

"The truth about gun-free zones," *Fox News,* Tuesday, April 21, 2015.

"Baltimore Riots Point to Failure of Gun Control Laws," *Investor's Business Daily,* Friday, May 1, 2015.

"Hillary Clinton's dishonest crime dodge: Her Columbia speech betrays a failure to understand the forces that have made America safer," *New York Daily News,* Thursday, May 7, 2015.

"Where's the coverage of heroes who stop mass killings?" *Fox News,* Friday, May 22, 2015.

"Twisting statistics to smear cops," *Pittsburgh Tribune Review,* Saturday, May 23, 2015.

**Exhibit 1**
**0117**

John R. Lott, Jr.  Page 117

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

‘Covering Guns’: Columbia University’s ‘Workshop’ for journalists far from objective,” *Fox News,* Friday, May 29, 2015.

“Chancellor fires blanks at Texas College Camous Carry Law,” ***Investor’s Business Daily,*** Tuesday, June 2, 2015.

“There is no nationwide crime wave (and police killings are not up),” ***Fox News,*** Tuesday, June 9, 2015.

“Connecticut’s strict gun licensing law linked to steep drop in Homicides? Not really,” *Fox News,* Tuesday, June 16, 2015.

“Gun Free Zones an easy target for killers,” *Fox News,* Thursday, June 18, 2015.

“Myths of American gun violence,” ***New York Daily News,*** Wednesday, June 24, 2015.

“Obama uses tragic murders, false claims to bash gun rights,” ***Investor’s Business Daily,*** Monday, June 29, 2015.

“Lynne Russell, ex CNN Anchor, and her husband are alive thanks to a gun,” ***Fox News,*** Friday, July 3, 2015.

“Chattanooga shootings: Why should we make it easy for killers to attack our military?” *Fox News,* Thursday, July 16, 2015.

“Older people need guns too,” *Fox News,* Tuesday, July 21, 2015.

“Gun-free zones are killing us,” *Fox News,* Tuesday, July 28, 2015.

“Don’t leave our military personnel defenseless,” ***Pittsburgh Tribune-Review,*** Wednesday, July 29, 2015.

“Obama’s Not done with Guns: New regulations to reduce gun ownership target veterans, the elderly,” ***PoliZette,*** Sunday, August 2, 2015.

“What Mother Jones missed in its hit piece about me,” ***The Daily Caller,*** Monday, August 3, 2015.

“More guns make Americans feel safer,” ***Newsday,*** Sunday, August 9, 2015.

“The New York Times believes MoJo’s gun-control myths,” ***The Daily Caller,*** Thursday, August 13, 2015.

“Researchers are wrong about private guns, police deaths,” ***Fox News,*** Monday, August 17, 2015.

**Exhibit 1**
**0118**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Gun-control Shills won't let Roanoke journalists' murders go to waste," *The Daily Caller,* Tuesday, September 1, 2015.

"Wal-Mart decision to drop AR-15 leaves poor vulnerable," *Investor's Business Daily,* Tuesday, September 1, 2015.

"11 year old thwarts home invasion with a gun, Cops criticize mother," *The Daily Caller,* Friday, September 4, 2015.

"Gun-free zones are magnets for murderers," *The Orange County Register,* Friday, September 18, 2015.

"Keeping guns out of the hands of mentally ill solves nothing," *Investor's Business Daily,* Thursday, September 24, 2015.

"On Ahmed's Clock, President Obama once again spoke too soon," *The Daily Caller,* Monday, September 28, 2015.

"Why Hillary Clinton's gun control proposal is all wrong," *Fox News,* Monday, October 5, 2015.

"Would-be killers target gun-free zones," *The Philadelphia Inquirer,* Wednesday, October 7, 2015.

"Lott: Criminals target gun-free zones," *The Detroit News,* Thursday, October 15, 2015.

"A look at the facts on gun-free zones," *National Review,* Tuesday, October 20, 2015.

"Hillary Clinton is wrong about gun laws in Australia and the UK," *The Daily Caller,* Thursday, October 22, 2015.

'Demographic Death' of the NRA just another big media myth," *Investor's Business Daily,* Thursday, October 22, 2015.

"The New York Times keeps getting its gun facts shockingly wrong," *The Daily Caller,* Monday, November 2, 2015.

"Mass Incarceration: Tell Hillary Clinton Punishment Matters," *Investor's Business Daily,* Monday, November 2, 2015.

"Gun ownership, NRA retain popular support," *The Orange County Register,* Thursday, November 5, 2015.

"Maryland's long overdue goodbye to ballistic fingerprinting," *The Washington Post,* Friday, November 13, 2015.

**Exhibit 1**
**0119**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Keeping guns out gets us nowhere in staying safer," *Michigan Live,* Tuesday, November 17, 2015.

"As Paris attacks show, Europe in denial about gun rights," *Investor's Business Daily,* Thursday, November 19, 2015.

"Hillary Clinton locks up the gun-grabber vote," *The Daily Caller,* Friday, November 20, 2015.

"America could use more concealed carry gun permit holders," *Pittsburgh Tribune-Review, Saturday*, November 28, 2015.

"Mass Shootings and Gun Control," *National Review Online*, December 3, 2015.

"The facts shoot holes in Obama's claim that US is only host to mass killings," *Fox News*, December 3, 2015.

"Obama Strategy Focuses On Guns, Not Terrorism," *Investor's Business Daily*, December 7, 2015.

"Think background checks prevent gun violence? Think again," Letter to the Editor, *Los Angeles Times*, December 15, 2015.

"Open carry comes to Texas: Why the Lone Star state will be safer in 2016," *Fox News*, December 30, 2015.

"Allow permit holders to carry guns on college campuses," co-authored with Michael R. Gordiner, *St. Louis Post-Dispatch*, January 6, 2016.   The same piece was also published in the *Columbia Daily Tribune* (Missouri), December 27, 2015.

"Obama and Guns: Eleven False or Misleading Claims from the President's Remarks this Week," *Fox News*, January 7, 2016.

"Obama's Gun-Control Order Is Dictatorial, and It Won't Work," *National Review Online*, January 8, 2016.

"Bloomberg Twists Gun Research To Political Ends," *Investor's Business Daily*, January 12, 2016.

"A Semi-Automatic Handgun Ban Wouldn't Stop Mass Shooters," *National Review Online*, January 20, 2016.

"What Bernie Sanders misses about the rise in campaign cash," *New York Post*, January 20, 2016.

"Guns vs Traffic Accident Deaths: Getting the data straight," *Investor's Business Daily*, January 30, 2016.

**Exhibit 1**
**0120**

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Clinton and the gun control lobby get it wrong," *Union Leader* (New Hampshire), February 5, 2016.

"Even liberal academics are turning pro-gun ownership," *Investor's Business Daily*, February 11, 2016.

"Gun-free Zones Increase Danger for the Public," *News Sentinel* (Knoxville, Tennessee), February 13, 2016.

"What Obama doesn't know about firearms in the U.S. Military," *National Review Online*, February 15, 2016.

"Concealed carry permits help police officers and civilians stay in the fight," *Fox News*, February 15, 2016.

"Obama has impacted the courts, Scalia replacement or no," *Investor's Business Daily*, February 23, 2016.

"Don't Expect Supreme or Appeals Court Confirmations in 2016," *Investor's Business Daily*, March 3, 2016.

"You know the case for background checks is weak if  . . . .," *Fox News*, March 12, 2016.

"Allowing guns at legislative plaza would increase safety," *The Tennessean*, March 15, 2016.

"In wake of the shooting, should the capitol remain gun-free?" *Investor's Business Daily*, March 30, 2016.

"Will President Obama Regulate Guns Out of Existence?" *Investor's Business Daily*, April 16, 2016.

"On guns, Clinton runs both, left and right, depending on her audience," *National Review Online*, April 25, 2016.

"Is Trump right about Hillary's Views on Guns," *Daily Caller*, May 25, 2016.

"When 'smart-gun' laws are not so smart," *National Review Online*, May 26, 2016.

"Obama just got one giant step closer towards creating a national gun registry," *Fox News*, May 27, 2016.

"Four Ways Hillary Clinton will work to End Gun Ownership as President," *Fox News*, June 6, 2016.

"Gun-free Zones, Like at UCLA, are Magnets for Murderers," *Orange County Register*, June 9, 2016.

**Exhibit 1**
**0121**

John R. Lott, Jr.  Page 121

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Concealed Carry, California and the 9th Circuit's Misrepresentation of the Facts," *Fox News*, June 10, 2016.

"Why Terrorists Target Gun-free Zones," *New York Post*, June 16, 2016.

"After Orlando, disarming would not make public safer," *Philadelphia Inquirer*, June 19, 2016.

"Background checks, watch lists ineffective," *Orange County Register*, June 20, 2016.

"The dirty secret about the four Senate gun control bills," *Fox News*, June 21, 2016.

"The case for more concealed handguns," *National Review*, June 30, 2016.

"Hillary dodged criminal charges for one simple reason," *Fox News*, July 5, 2016.

"Obama's false racism claims are putting cop's lives in danger," *New York Post*, July 9, 2016.

"When the subject is guns, politics trumps history," *The Weekly Standard*, July 22, 2016.

"Gun control is not the answer to shootings that kill police officers," *National Review*, July 26, 2016.

"Do Democrats want to disarm minorities," *Fox News*, July 29, 2016.

"We adjust for population with murder rates, why not for mass shootings," *Los Angeles Times*, Sunday, July 31, 2016.

"It's about time for Texas' guns on campus law," *Fox News*, August 2, 2016.

"Why is Apple so afraid of a little picture of a gun?" *Fox News*, August 5, 2016.

"Hillary refuses to seek the endorsement of police unions," *National Review*, August 10, 2016.

"Trump wasn't calling for Clinton's assassination," *Philadelphia Inquirer*, August 10, 2016.

"The Myth of the Big Bad Gun Lobby," *National Review*, August 16, 2016.

"Trump Foes Miss the Mark on Clinton's Second Amendment Stand," *Fox News*, August 16, 2016.

"Sorry, Hillary: Trump's Policies are Clearly Better for Blacks," *New York Post*, August 28, 2016.

**Exhibit 1**
**0122**

John R. Lott, Jr.  Page 122

SELECTED NONACADEMIC WRITINGS ON ECONOMICS (CONTINUED):

"Gun Ownership is Up in America.  So Why Isn't the Media Telling Your About it?" ***Fox News***, September 9, 2016.

"What Donald Trump Knows About Hillary Clinton and Her Bodyguards," ***Fox News***, September 22, 2016.

"A Real Difference in How to Battle Terror," ***Star Tribune*** (Minneapolis, Minnesota), September 30, 2016.

"Trump Law-and-Order Platform would Help Blacks," ***Philadelphia Inquirer***, October 3, 2016.

"Guns, The Second Amendment and What You Should Hear From Clinton and Trump," ***Fox News***, October 9, 2016.

"The Gun Question," ***Las Vegas Review-Journal***, October 13, 2016.

"Too many problems with Question 3," ***Sun Journal*** (Lewistown, Maine), Sunday, October 16, 2016.

"If Clinton Wins, America, Kiss Your Right to Self-Defense Good-Bye," ***Fox News***, October 20, 2016.

"Feds can fight gun crime by fixing flaws in universal background checks," ***New York Daily News***, October 24, 2016.

"Mistakes, Consequences if Question 1 Passes," ***Reno Gazette-Journal***, November 4, 2016.

"There is no particular risk in allowing concealed carry on campus," Letter to the Editor, ***Washington Post***, Tuesday, November 8, 2016.

"The Government May Be Allowed to Ban Books and Movies," co-authored with Bradley Smith, ***Real Clear Policy***, Tuesday, November 8, 2016.

"Vote Fraud is not a Myth," ***National Review Online***, Tuesday, November 8, 2016.

"It's Already too Late for Gun Control to Work," ***Washington Post***, Tuesday, November 8, 2016.

**Exhibit 1**
**0123**

John R. Lott, Jr.  Page 123

GRANTS:

      Political Economy Research Center, Summer 1987.
      Institute for Humane Studies, Summer 1990.
      University of Pennsylvania Research Foundation, Summer 1992.


PROFESSIONAL SOCIETIES:
      American Law and Economics Association
      Public Choice Society
      Western Economic Association

References:

Professor Mark Ramseyer
School of Law
Harvard University
Cambridge, MA.  02138
ramseyer@law.harvard.edu
 (617) 495-3668

Dr. Kevin Hassett
Director of Economic Policy Studies
American Enterprise Institute
Washington, DC
khassett@aei.org
(202) 862-7157

Professor Robert G. Hansen
Senior Associate Dean
Tuck School of Business
Dartmouth College
Hanover NH 03755
(603) 646-2079

Professor Sam Peltzman
Graduate School of Business
University of Chicago
Chicago, Illinois  60637
sam.peltzman@gsb.uchicago.edu
(773) 702-7457

Professor William Landes
School of Law
University of Chicago
Chicago, Illinois  60637
w-landes@uchicago.edu

Professor Harold Demsetz
Department of Economics
UCLA
Los Angeles, Ca.  90024
hdemsetz@econ.ucla.edu

Professor Jim Purtilo
Associate Dean for Undergraduate Education
University of Maryland
College Park, MD  20742
purtilo@cs.umd.edu
(240) 463-5283

**Exhibit 1**
**0124**

# EXHIBIT "2"

Exhibit 2
0125

**U.S. Department of Justice**
Office of Justice Programs
*Bureau of Justice Statistics*

## SPECIAL REPORT

JANUARY 2019                                                                                            NCJ 251776

# Source and Use of Firearms Involved in Crimes: Survey of Prison Inmates, 2016

Mariel Alper, Ph.D., and Lauren Glaze, *BJS Statisticians*

Based on the 2016 Survey of Prison Inmates (SPI), about 1 in 5 (21%) of all state and federal prisoners reported that they had possessed or carried a firearm when they committed the offense for which they were serving time in prison (**figure 1**). More than 1 in 8 (13%) of all prisoners had used a firearm by showing, pointing, or discharging it during the offense for which they were imprisoned. Fewer than 1 in 50 (less than 2%) of all prisoners had obtained a firearm from a retail source and possessed, carried, or used it during the offense for which they were imprisoned.

An estimated 287,400 prisoners had possessed a firearm during their offense. Among these, more than half (56%) had either stolen it (6%), found it at the scene of the crime (7%), or obtained it off the street or from the underground market (43%). Most of the remainder (25%) had obtained it from a family member or friend, or as a gift. Seven percent had purchased it under their own name from a licensed firearm dealer.

**FIGURE 1**
**Percent of all state and federal prisoners who had possessed or used a firearm during their offense, 2016**



Note: See appendix table 1 for standard errors.
[a]Includes prisoners who carried or possessed a firearm during the offense.
[b]Includes prisoners who showed, pointed, or discharged a firearm during the offense.
Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

## HIGHLIGHTS

- About 21% of state and 20% of federal prisoners said they possessed a gun during their offense, while 79% of state and 80% of federal prisoners did not.

- About 29% of state and 36% of federal prisoners serving time for a violent offense possessed a gun during the offense.

- About 1.3% of prisoners obtained a gun from a retail source and used it during their offense.

- Handguns were the most common type of firearm possessed by state and federal prisoners (18% each); 11% of all prisoners used a handgun.

- Among prisoners who possessed a gun during their offense, 90% did not obtain it from a retail source.

- Among prisoners who possessed a firearm during their offense, 0.8% obtained it at a gun show.

- About 1 in 5 state and federal prisoners who possessed a firearm during their offense obtained it with the intent to use it during the crime.

- Among state prisoners who possessed a gun during their offense, 27% killed someone with it, another 12% injured someone, 7% fired the gun but did not injure anyone, and 54% did not fire it.

- State prisoners with no military service were more likely to possess a gun during their offense (21%) than prisoners who had served in the military (16%).

**Exhibit 2**
**0126**



Statistics in this report are based on self-reported data collected through face-to-face interviews with a national sample of state and federal prisoners in the 2016 SPI. (See *Methodology*.)

The 2016 SPI data collection was conducted from January through October 2016. The SPI was formerly known as the Survey of Inmates in State and Federal Correctional Facilities (SISFCF). The Bureau of Justice Statistics (BJS) has periodically conducted the survey since the 1970s, with the most recent iteration fielded in 2004. The survey collects information from prisoners on a variety of topics, including firearm possession during the crime for which a prisoner was serving time and how the firearm was used during the crime. It also collects information on the method, source, and process that prisoners used to obtain the firearm. (See appendix 1, *Questions related to firearms in the Survey of Prison Inmates, 2016*.)

---

## Terms and definitions

- **Firearm** – a weapon that uses gunpowder to shoot a bullet. Primary types are handguns, rifles, and shotguns:[1]

    - *Handgun* – a firearm which has a short stock and is designed to be held and fired by the use of a single hand.

    - *Rifle* – a firearm intended to be fired from the shoulder and designed to use the energy of an explosive to fire only a single projectile through a rifled bore for each single pull of the trigger.

    - *Shotgun* – a firearm intended to be fired from the shoulder and designed to use the energy of an explosive to fire through a smooth bore either a number of ball shot or a single projectile for each pull of the trigger.

- **Firearm possession** – carrying or possessing at least one firearm when the offense for which prisoners were serving a sentence was committed.

- **Firearm use** – showing a firearm to or pointing a firearm at anyone or discharging a firearm during the offense for which a prisoner was serving time.

- **Source of the firearm** – from where and how prisoners reported obtaining the firearm they possessed during the crime for which they were imprisoned—

    - *Purchased or traded from a retail source* – includes a gun shop or store, pawn shop, flea market, or gun show.

        - **Gun shop or store** – a business establishment that sells firearms in an open shopping format.

        - **Pawn shop** – a business that offers secured loans to customers, with personal property used as collateral. This personal property is sold to the public if the loan is not repaid.

        - **Flea market** – a market that rents space to individuals to sell or barter merchandise.

        - **Gun show** – a temporary market where licensed dealers and unlicensed sellers can rent tables or booths to sell firearms.

    - *Obtained from an individual* – includes purchasing, trading, renting, or borrowing from a family or friend. Also includes when the firearm was gifted to or purchased for the person.

    - *Off the street or underground market* – illegal sources of firearms that include markets for stolen goods, middlemen for stolen goods, criminals or criminal enterprises, or individuals or groups involved in sales of illegal drugs.

    - *Theft* – includes stealing the firearm during a burglary or from a retail source, family member, friend, or another source.

    - *Other sources* – includes a firearm that a prisoner obtained or found at the location of the crime, including one that belonged to a victim or that someone else brought to the location of the crime. This category also includes sources for which there were few responses, such as for guns bought online, and other sources that did not fit into one of the existing categories. This also includes instances where there was not enough information to categorize the source, such as when a firearm was purchased from an unknown source or obtained from another person by an unknown method.

---

[1]The definitions of types of firearms in this section were taken from 18 U.S.C. § 921 (2009). They have been edited for length.

Exhibit 2
0127

## Controlling-offense characteristics

About 29% of state and 36% of federal prisoners serving a sentence for a violent offense in 2016 possessed a firearm during the crime (table 1). About a quarter of state (23%) and federal (25%) prisoners serving time for a violent offense used a firearm during the crime. "Firearm use" is defined in this report as showing, pointing, or discharging a firearm during the offense for which a prisoner was serving a sentence.

Among prisoners serving time for homicide, more than 2 in 5 (44%) state prisoners and more than 1 in 3 (36%) federal prisoners had possessed a firearm during the crime. About 37% of state and 28% of federal prisoners serving time for homicide used a firearm during the homicide.

Among those serving time for robbery, more than 2 in 5 state prisoners (43%) and federal prisoners (46%) possessed a firearm during the offense, and nearly a third of state (31%) and federal (32%) prisoners used a firearm during the robbery. Firearm possession was less common among state prisoners serving a sentence for rape or sexual assault (2%). Less than 1% of state prisoners serving time for rape or sexual assault used a firearm in the commission of their crime.

## TABLE 1
**Firearm possession and use among state and federal prisoners during the offense for which they were serving time, by type of controlling offense, 2016**

| Controlling offense[a] | Estimated number of state prisoners[b] | Percent of state prisoners who— | | Estimated number of federal prisoners[b] | Percent of federal prisoners who— | |
|---|---|---|---|---|---|---|
| | | Possessed a firearm[b] | Used a firearm[c] | | Possessed a firearm[b] | Used a firearm[c] |
| Total | 1,211,200 | 20.9% | 13.9% | 170,400 | 20.0% | 5.0% |
| Violent* | 667,300 | 29.1% | 23.0% | 20,900 | 36.2% | 25.3% |
| Homicide[d] | 191,400 | 43.6 | 37.2 | 3,800 | 35.9 | 28.4 |
| Rape/sexual assault | 144,800 | 2.0 | 0.8 | 2,400 | : | : |
| Robbery | 149,600 | 43.3 | 31.5 | 10,700 | 46.3 | 32.1 |
| Assault | 149,400 | 25.0 | 20.6 | 2,900 | 29.0 | 18.1 |
| Other violent[e] | 32,200 | 17.0 | 12.6 | 1,200 | 34.1 | : |
| Property | 186,100 | 4.9% † | 2.0% † | 12,000 | 2.6% † | : |
| Burglary | 88,100 | 6.7 | 3.2 | 300 | : | : |
| Other property[f] | 98,000 | 3.3 | 1.0 | 11,800 | 2.4 | : |
| Drug | 180,800 | 8.4% † | 0.8% † | 80,500 | 12.3% † | 0.6% † |
| Trafficking[g] | 130,500 | 9.4 | 0.9 | 72,300 | 12.9 | 0.7 |
| Possession | 45,900 | 6.1 | : | 3,500 | : | : |
| Other/unspecified drug | 4,300 | : | : | 4,700 | : | : |
| Public order | 158,300 | 21.5% † | 5.6% † | 52,900 | 30.2% | 5.3% † |
| Weapons[h] | 43,800 | 67.2 | 15.7 | 22,200 | 66.9 | 11.3 |
| Other public order[i] | 114,400 | 4.0 | 1.7 | 30,700 | 3.6 | : |
| Other | 3,900 | : | : | 1,800 | : | : |
| Unknown | 14,900 | 4.3% † | : | 2,200 | : | : |

Note: See appendix table 2 for standard errors.
*Comparison group.
†Difference with comparison group is significant at the 95% confidence level across main categories, and no testing was done on subcategories (e.g., homicide).
: Not calculated. Too few cases to provide a reliable estimate, or coefficient of variation is greater than 50%.
[a]See *Methodology* for information on how controlling offense was measured.
[b]Excludes 3.0% of state prisoners and 1.7% of federal prisoners who were missing responses on firearm possession. Includes prisoners who were missing responses on firearm use.
[c]Excludes 3.0% of state prisoners and 1.7% of federal prisoners who were missing responses on firearm possession, and an additional 0.6% of state prisoners and 0.7% of federal prisoners who were missing responses on firearm use.
[d]Includes murder and both negligent and non-negligent manslaughter.
[e]Includes kidnapping, blackmail, extortion, hit-and-run driving with bodily injury, child abuse, and criminal endangerment.
[f]Includes larceny, theft, motor vehicle theft, arson, fraud, stolen property, destruction of property, vandalism, hit-and-run driving with no bodily injury, criminal tampering, trespassing, entering without breaking, and possession of burglary tools.
[g]Includes possession with intent to distribute.
[h]Includes being armed while commiting a crime; possession of ammunition, concealed weapons, firearms and explosive devices; selling or trafficking weapons; and other weapons offenses. Among federal prisoners, weapons offense include violations of federal firearms and explosives.
[i]Includes commercialized vice, immigration crimes, DUI, violations of probation/parole, and other public-order offenses.
Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

Exhibit 2
0128

State and federal prisoners serving time for a violent offense were much more likely to have possessed a firearm during the offense (29% state, 36% federal) than prisoners serving time for a property (5% state, 3% federal) or drug (8% state, 12% federal) offense. Among prisoners serving time for a public-order offense, about 1 in 5 (21%) state prisoners and nearly 1 in 3 (30%) federal prisoners reported that they possessed a firearm during the crime, and about 1 in 20 reported they had used it. About two-thirds of state and federal prisoners sentenced for a weapons offense said they possessed a firearm during the crime.[2]

---

[2]In addition to prisoners serving a sentence in state or federal prison in 2016 who possessed a firearm during the offense, weapons offenses include prisoners who were convicted of trafficking firearms but did not possess them at the time of the offense and prisoners who were convicted of a weapons offense that did not involve a firearm.

### Extent of firearm use among prisoners during the crime

State and federal prisoners in 2016 who had possessed a firearm during their offense were about equally likely to report that they had obtained the firearm with the intent to use it during the offense (19% state, 20% federal) (table 2). However, state prisoners (68%) who possessed a firearm were more than 2.5 times as likely as federal prisoners (26%) who possessed a firearm to have used it during the crime.

Nearly half of state prisoners (46%) serving a sentence for a crime during which they possessed a firearm discharged the firearm when they committed the crime, compared to 12% of federal prisoners. Among state prisoners who possessed a firearm during their offense, 27% killed a victim with the firearm and another 12% injured or shot a victim but did not kill him or her. Federal prisoners who possessed a firearm when they committed their offense were much less likely to have killed (4%) or injured (2%) a victim with the firearm than state prisoners.

---

## TABLE 2
**Among state and federal prisoners who possessed a firearm during the offense for which they were serving time, extent of firearm use, 2016**

| Firearm use | State prisoners* | Federal prisoners | State prisoners Violent offense* | State prisoners Non-violent offense[a] | Federal prisoners Violent offense* | Federal prisoners Non-violent offense[a] |
|---|---|---|---|---|---|---|
| Total | 100% | 100% | 100% | 100% | 100% | 100% |
| Obtained firearm because planned to use in controlling offense[b] | | | | | | |
| Yes | 19.3% | 19.7% | 17.7% | 24.6% † | 26.4% | 18.0% |
| No | 80.7 | 80.3 | 82.3 | 75.4 † | 73.6 | 82.1 |
| Used firearm[c] | 68.0% | 25.9% † | 81.0% | 24.8% † | 72.5% | 12.9% † |
| Discharged | 46.5% | 11.9% † | 55.9% | 15.4% † | 27.3% | 7.5% † |
| Killed victim | 27.1 | 4.1 † | 35.0 | : | 16.5 | : |
| Injured/shot victim but did not kill victim | 12.4 | 2.2 † | 14.5 | 5.3 † | : | : |
| Discharged firearm but did not shoot anyone | 7.0 | 5.6 | 6.4 | 9.0 | 5.7 | 5.4 |
| Did not discharge[d] | 21.5% | 14.0% † | 25.2% | 9.4% † | 45.3% | 5.4% † |
| Did not use firearm | 32.0% | 74.1% † | 19.0% | 75.2% † | 27.5% | 87.1% † |
| Estimated number of prisoners who possessed a firearm (with valid data)[e] | 245,400 | 32,900 | 187,800 | 57,000 | 7,200 | 25,600 |

Note: Percentages are based on data reported on firearm possession, use, and controlling offense. Excludes 3.1% of state prisoners and 3.5% of federal prisoners who possessed a firearm during the offense and were missing responses on firearm use and 0.3% of state prisoners and 0.7% of federal prisoners who possessed a firearm and were missing a controlling offense. The sum of violent offense and non-violent offense does not equal the total number of state and federal prisoners who possessed a firearm in this table due to an estimated 600 state and 100 federal prisoners whose offense type was unknown. See appendix table 3 for standard errors.
*Comparison group.
†Difference with comparison group is significant at the 95% confidence level.
: Not calculated. Too few cases to provide a reliable estimate, or coefficient of variation is greater than 50%.
[a]Includes property, drug, public order, and other non-violent offenses.
[b]Percentages are based on the 246,200 state and 32,600 federal prisoners who reported they carried or possessed a firearm and whether they obtained a firearm to use during the offense.
[c]Includes prisoners who showed a firearm to anyone, pointed a firearm at anyone, or discharged the firearm during the offense.
[d]Includes prisoners who showed or pointed a firearm at anyone during the offense but did not discharge it.
[e]Includes prisoners who reported they carried or possessed a firearm. Excludes prisoners who were missing responses on firearm possession or use. For violent offense and non-violent offense, also excludes prisoners who were missing a controlling offense.
Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

Exhibit 2
0129

Among prisoners who possessed a firearm during a violent offense, a large majority of both state (81%) and federal (73%) prisoners used the firearm during the offense, far more than the percentages for non-violent offenders (25% state, 13% federal). More than half (56%) of state prisoners serving time for a violent offense who possessed a firearm during the crime discharged it, compared to fewer than a sixth (15%) of non-violent offenders in state prison who possessed a firearm. Violent offenders (27%) in federal prison who possessed a firearm during the crime were about 3.5 times as likely to discharge it as non-violent offenders (8%). Among state prisoners who had possessed a firearm during their offense, however, non-violent offenders (25%) were more likely than violent offenders (18%) to have planned to use the firearm during the offense.

## Type of firearm possessed by prisoners during offense

Handguns were by far the most common type of firearm possessed or used by prisoners during the crime for which they were sentenced. About 18% of all state and federal prisoners in 2016 reported that they had possessed a handgun during the crime for which they were serving a sentence (table 3). Two percent or fewer possessed a rifle or a shotgun. Twelve percent of state and 5% of federal prisoners used a handgun during their offense. Most state (79%) and federal (80%) prisoners did not possess any type of firearm during the crime for which they were imprisoned.

---

**TABLE 3**

**Firearm possession and use among state and federal prisoners during the offense for which they were serving time, by type of firearm, 2016**

| Type of firearm | Percent of prisoners who possessed a firearm | | | Percent of prisoners who used a firearm[a] | | |
|---|---|---|---|---|---|---|
| | All prisoners | State* | Federal | All prisoners | State* | Federal |
| **Total** | 100% | 100% | 100% | 100% | 100% | 100% |
| **Firearm**[b] | 20.8% | 20.9% | 20.0% | 12.8% | 13.9% | 5.0% † |
| Handgun | 18.4 | 18.4 | 18.3 | 11.2 | 12.2 | 4.6 |
| Rifle | 1.5 | 1.4 | 2.0 † | 0.8 | 0.8 | 0.4 † |
| Shotgun | 1.6 | 1.6 | 1.7 | 1.1 | 1.2 | 0.4 † |
| **No firearm** | 79.2% | 79.1% | 80.0% | 87.2% | 86.1% | 95.0% |
| **Estimated number of prisoners (with valid data)**[c] | 1,378,200 | 1,208,100 | 170,100 | 1,378,200 | 1,208,100 | 170,100 |

Note: Details on type of firearm may not sum to totals because prisoners could report more than one type of firearm. Percentages exclude missing data. Excludes 3.0% of state prisoners and 1.7% of federal prisoners who were missing responses on firearm possession during the offense and an additional 0.3% of state prisoners and 0.2% of federal prisoners who were missing responses on type of firearm. See appendix table 4 for standard errors.

*Comparison group.

†Difference with comparison group is significant at the 95% confidence level.

[a]Percentages exclude 0.6% of state prisoners and 0.7% of federal prisoners who were missing responses on firearm use.

[b]Includes prisoners who reported a type of firearm that did not fit into one of the existing categories and those who did not provide enough information to categorize the type of firearm. About 0.1% of state prisoners and 0.2% of federal prisoners reported another type of firearm or did not report enough information to specify the type of firearm.

[c]Excludes prisoners who were missing responses on firearm possession or type of firearm. Counts are weighted to totals from the 2015 National Prisoner Statistics Program; see *Methodology: Survey of Prison Inmates, 2016* (NCJ 252210, BJS web, July 2019).

Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

Exhibit 2
0130

### Demographic characteristics

Male prisoners were more likely than female prisoners to have possessed a firearm during their crime. About a fifth of male state and federal prisoners serving a sentence in 2016 possessed a firearm during the crime (table 4). Males in state prisons in 2016 were about 2.5 times as likely (22%) as females in state prisons (9%) to have possessed a firearm during the crime for which they were imprisoned. In federal prisons, males (21%) were about three times as likely as females (7%) to have possessed a firearm during their crime. Almost 3 in 10 (29%) black prisoners serving a sentence in state prison in 2016 possessed a firearm during their crime. White (12%) and Hispanic (21%) state prisoners were less likely to have possessed a firearm during their crime. Similarly, white (17%) and Hispanic (13%) federal prisoners serving a sentence in 2016 were less likely to have possessed a firearm during the crime than black (29%) federal prisoners. State prisoners who served in the military were less likely to have possessed a firearm during their crime (16%) than state prisoners who had not served in the military (21%).

---

**TABLE 4**

**Firearm possession among state and federal prisoners during the offense for which they were serving time, by demographic characteristics, 2016**

| Demographic characteristic | State | | Federal | |
|---|---|---|---|---|
| | Number of prisoners | Percent of prisoners who possessed a firearm during the offense | Number of prisoners | Percent of prisoners who possessed a firearm during the offense |
| **Sex** | | | | |
| Male* | 1,124,200 | 21.8% | 159,800 | 20.9% |
| Female | 87,000 | 9.5 † | 10,600 | 6.6 † |
| **Race/Hispanic origin[a]** | | | | |
| White | 383,300 | 12.4% † | 35,400 | 16.6% † |
| Black* | 401,500 | 29.4 | 53,800 | 29.2 |
| Hispanic | 247,200 | 21.5 † | 62,600 | 12.6 † |
| American Indian/Alaska Native | 17,200 | 14.8 † | 2,800 | 23.8 |
| Asian/Native Hawaiian/Other Pacific Islander | 10,700 | 22.8 | 2,600 | : |
| Two or more races | 133,100 | 19.1 † | 10,900 | 29.3 |
| **Age at time of survey** | | | | |
| 18–24* | 123,800 | 31.7% | 8,200 | 30.1% |
| 25–34 | 389,100 | 24.4 † | 47,700 | 27.4 |
| 35–44 | 318,800 | 19.3 † | 58,800 | 19.0 † |
| 45–54 | 224,800 | 14.6 † | 36,700 | 14.1 † |
| 55 or older | 154,800 | 16.0 † | 19,000 | 12.2 † |
| **Marital status** | | | | |
| Married* | 168,500 | 16.7% | 36,800 | 14.4% |
| Widowed/widowered | 34,300 | 18.3 | 3,100 | 21.7 |
| Separated | 58,300 | 12.7 † | 9,600 | 12.8 |
| Divorced | 233,300 | 14.5 | 30,900 | 15.2 |
| Never married | 715,900 | 24.8 † | 90,000 | 24.6 † |
| **Education[b]** | | | | |
| Less than high school* | 750,500 | 23.1% | 94,900 | 22.7% |
| High school graduate | 273,700 | 19.6 † | 36,500 | 19.4 |
| Some college | 133,900 | 14.7 † | 23,100 | 18.8 |
| College degree or more | 43,600 | 11.0 † | 12,700 | 6.3 † |
| **Citizenship** | | | | |
| U.S. citizen* | 1,156,800 | 21.0% | 127,500 | 24.2% |
| Non-U.S. citizen | 53,100 | 18.5 | 42,400 | 7.2 † |
| **Military service** | | | | |
| Yes* | 95,200 | 15.6% | 9,200 | 15.9% |
| No | 1,115,900 | 21.4 † | 161,200 | 20.3 |

Note: Percentages and counts exclude missing data. Excludes 3.0% of state prisoners and 1.7% of federal prisoners who were missing responses on firearm possession during the offense. Details for counts may not sum to totals due to missing data. See appendix table 5 for standard errors.
*Comparison group.
†Difference with comparison group is significant at the 95% confidence level.
: Not calculated. Too few cases to provide a reliable estimate, or coefficient of variation is greater than 50%.
[a]Excludes persons of Hispanic/Latino origin, unless specified.
[b]Based on highest year of education completed.
Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

**Exhibit 2**

In general, the likelihood of state and federal prisoners having possessed a firearm during their crime decreased with age. Firearm possession among state prisoners ages 18 to 24 (32%) in 2016 was more common than among older prisoners. Federal prisoners ages 18 to 24 (30%) were more likely to possess a firearm than those age 35 or older (16%, not shown in table).

The difference in firearm possession between U.S. citizens (21%) and non-citizens (18%) in state prisons in 2016 was not statistically significant. Among federal prisoners serving a sentence in 2016, firearm possession was more than three times as high among U.S. citizens (24%) as non-citizens (7%).

## Method, source, and process used to obtain the firearm

Among prisoners who possessed a firearm when they committed the offense for which they were imprisoned and who reported the source from which they obtained it, the most common source (43%) was off-the-street or the underground market (table 5). Another 7% of state and 5% of federal prisoners stole the firearm, and 7% of state and 8% of federal prisoners reported that they obtained the firearm at the location of the crime.

**TABLE 5**
**Among state and federal prisoners who had possessed a firearm during the offense for which they were serving time, sources and methods used to obtain a firearm, 2016**

| Source and method to obtain firearm | All prisoners | State | Federal |
|---|---|---|---|
| Purchased/traded at retail source | 10.1% | 9.7% | 13.7% |
| Gun shop/store | 7.5 | 7.2 | 9.6 |
| Pawn shop | 1.6 | 1.5 | 2.2 |
| Flea market | 0.4 | : | : |
| Gun show | 0.8 | 0.8 | 1.4 |
| Obtained from individual | 25.3% | 26.0% | 20.5% |
| Purchased/traded from family/friend | 8.0 | 7.9 | 9.1 |
| Rented/borrowed from family/friend | 6.5 | 7.0 | 3.0 |
| Gift/purchased for prisoner | 10.8 | 11.2 | 8.4 |
| Off the street/underground market[a] | 43.2% | 43.2% | 42.9% |
| Theft[b] | 6.4% | 6.6% | 4.7% |
| From burglary | 1.5 | 1.5 | : |
| From retail source | 0.2 | : | : |
| From family/friend | 1.6 | 1.8 | : |
| Unspecified theft[c] | 3.1 | 3.3 | 1.8 |
| Other source | 17.4% | 17.1% | 20.1% |
| Found at location of crime/victim | 6.9 | 6.7 | 7.9 |
| Brought by someone else | 4.6 | 4.7 | 3.6 |
| Other[d] | 5.9 | 5.6 | 8.5 |
| Multiple sources[e] | 2.5% | 2.6% | 2.0% |
| Estimated number of prisoners who possessed a firearm, excluding prisoners who did not report source[f] | 256,400 | 227,100 | 29,300 |

Note: Prisoners were asked to report all sources and methods of obtaining any firearm they possessed during the offense, so details may not sum to totals. Each source is included in this table when multiple sources were reported. See *Methodology*. Percentages exclude missing data. Excludes 10.3% of state prisoners and 14.1% of federal prisoners who possessed a firearm during the offense and were missing responses on either source or method of obtaining the firearm. These prisoners were excluded either because they did not provide a valid response or they did not receive the questions due to providing an open-ended response to the previous question about type of weapon. See appendix table 6 for standard errors.
: Not calculated. Too few cases to provide a reliable estimate, or coefficient of variation is greater than 50%.
[a]Illegal sources of firearms that include markets for stolen goods, middlemen for stolen goods, criminals or criminal enterprises, or individuals or groups involved in sales of illegal drugs.
[b]Excludes theft from victim.
[c]Includes theft where the source could not be identified and theft other than from a burglary, retail location, family, or friend.
[d]Includes if no source specified in the table was reported. Includes sources that did not fit into one of the existing categories, sources for which there were few responses such as bought online, or if there was not enough information to categorize the source. Examples of other sources include bought from an unknown source or obtained from a friend by an unknown method.
[e]Includes prisoners who reported multiple sources or methods that fit into more than one of the categories. Each reported source is included in the categories above.
[f]Includes prisoners who reported they carried or possessed a firearm and prisoners who reported a source or method.
Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

Exhibit 2
0132

Among prisoners who possessed a firearm during the offense for which they were imprisoned, 7% of state and 10% of federal prisoners serving a sentence in 2016 bought or traded for the firearm from a gun shop or gun store. About 1% bought or traded for the firearm at a gun show. About a quarter (26%) of state prisoners and about a fifth (21%) of federal prisoners obtained a firearm that they possessed during their offense from an individual in a non-retail setting, such as a friend or family member.

Prisoners who reported that they had purchased or traded a firearm at a retail source were asked if they had obtained the firearm from a licensed dealer or private seller. Among prisoners who had possessed a firearm during the offense for which they were serving time, 8% of state and 11% of federal prisoners had purchased it from or traded with a licensed firearm dealer at a retail source **(table 6)**.

Prisoners who reported that they had purchased a firearm from a licensed firearm dealer at a retail source were further asked whether they bought the firearm under their own name and whether they knew a background check was conducted. Among those who had possessed a firearm during the offense for which they were imprisoned, 7% of state and 8% of federal prisoners had purchased it under their own name from a licensed firearm dealer at a retail source, while approximately 1% of state and 2% of federal prisoners had purchased a firearm from a licensed dealer at a retail source but did not purchase it under their own name (not shown in table).

Among all prisoners who purchased or traded a firearm from a licensed firearm dealer at a retail source (8.2%), the majority reported that a background check was conducted (6.7%).

**TABLE 6**
**Among state and federal prisoners who had possessed a firearm during the offense for which they were serving time, processes used to obtain a firearm, 2016**

| Process to obtain firearm | All prisoners | State | Federal |
|---|---|---|---|
| Total | 100% | 100% | 100% |
| Not purchased or traded at retail source | 89.9% | 90.3% | 86.3% |
| Purchased or traded at retail source[a] | 10.1% | 9.7% | 13.7% |
| Licensed firearm dealer at retail source | 8.2 | 7.9 | 10.9 |
| Purchased under own name[b] | 6.9 | 6.8 | 8.4 |
| Background check was reportedly conducted[c] | 6.7 | 6.3 | 9.4 |
| Private seller at retail source[d] | 1.2 | 1.1 | 2.3 |
| Unknown[e] | 0.7 | 0.8 | : |
| Estimated number of prisoners who possessed a firearm (with valid data)[f] | 256,400 | 227,100 | 29,300 |

Note: Percentages exclude missing data. Excludes 10.3% of state prisoners and 14.1% of federal prisoners who possessed a firearm during the offense and were missing responses on source or method of obtaining the firearm. See appendix table 7 for standard errors.
: Not calculated. Too few cases to provide a reliable estimate, or coefficient of variation is greater than 50%.
[a]Includes prisoners who purchased or traded from a retail source, including a retail store, pawn shop, flea market, or gun show.
[b]Includes prisoners who purchased from a retail source, including a retail store, pawn shop, flea market, or gun show. Excludes prisoners who traded for a firearm from a retail source.
[c]Includes prisoners who purchased from a retail source, including a retail store, pawn shop, flea market, or gun show. Excludes prisoners who traded a firearm from a retail source and prisoners who reported that a background check was not conducted or who were unaware as to whether one was conducted.
[d]Excludes private sellers other than at a retail source.
[e]Includes prisoners who purchased or traded a firearm from a retail source and were missing responses on whether a firearm was purchased or traded from a licensed firearm dealer or a private seller at a retail source.
[f]Includes prisoners who reported they carried or possessed a firearm and prisoners who reported a source or method.
Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

Exhibit 2
0133

### Use and source of firearms among all state and federal prisoners

About 1% of all state and federal prisoners used a firearm during the offense that they obtained from a retail source (table 7). About 2% of prisoners possessed a firearm that they obtained from a retail source, including a retail store, pawn shop, flea market, or gun show.

Thirteen percent of all state and federal prisoners used a firearm during the offense for which they were serving time in 2016.

---

**TABLE 7**

**Firearm possession and use among all state and federal prisoners during the offense for which they were serving time, by type of controlling offense and source, 2016**

| Controlling offense[a] | Percent of state and federal prisoners who— | | Percent of state and federal prisoners who— | |
|---|---|---|---|---|
| | Possessed a firearm[b] | Possessed a firearm that they obtained from a retail source[c] | Used a firearm[d] | Used a firearm that they obtained from a retail source[e] |
| Total | 20.8% | 1.9% | 12.8% | 1.3% |
| Violent* | 29.3% | 2.8% | 23.1% | 2.3% |
| Homicide[f] | 43.5 | 5.9 | 37.0 | 5.2 |
| Robbery | 43.5 | 1.8 | 31.5 | 1.3 |
| Property | 4.8% † | 0.5% † | 1.9% † | : |
| Drug | 9.6% † | 1.0% † | 0.8% † | 0.1% † |
| Public order | 23.6% † | 1.7% † | 5.5% † | 0.6% † |

Note: Percentages exclude missing data. Excludes 2.8% of prisoners who were missing responses on firearm possession during the offense and 1.2% of prisoners who had a valid response to firearm possession but were missing a controlling offense. Retail source includes purchasing or trading the firearm from a retail store, pawn shop, flea market, or gun show. Use includes prisoners who showed a firearm to anyone, pointed a firearm at anyone, or discharged a firearm during the controlling offense. See appendix table 8 for standard errors.

*Comparison group.

† Difference with comparison group is significant at the 95% confidence level across main categories, and no testing was done on subcategories (e.g., homicide).

: Not calculated. Too few cases to provide a reliable estimate, or coefficient of variation is greater than 50%.

[a]See *Methodology* for more information on how controlling offense was measured.

[b]Includes state and federal prisoners who reported a valid response to firearm possession.

[c]Includes state and federal prisoners who reported a valid response to firearm possession and source.

[d]Includes state and federal prisoners who reported a valid response to firearm possession and use.

[e]Includes state and federal prisoners who reported a valid response to firearm possession, source, and use.

[f]Includes murder and both non-negligent and negligent manslaughter.

Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

**Exhibit 2**
**0134**

# Methodology

## Survey of Prison Inmates

The findings in this report are primarily based on data collected through the 2016 Survey of Prison Inmates (SPI). The SPI is a periodic, cross-sectional survey of the state and sentenced federal prison populations. Its primary objective is to produce national statistics of the state and sentenced federal prison populations across a variety of domains, including—but not limited to—demographic characteristics, current offense and sentence, incident characteristics, firearm possession and sources, criminal history, socioeconomic characteristics, family background, drug and alcohol use and treatment, mental and physical health and treatment, and facility programs and rule violations. RTI International served as BJS's data collection agent for the 2016 SPI under a cooperative agreement (award no. 2011-MU-MU-K070). From January through October 2016, data were collected through face-to-face interviews with prisoners using computer-assisted personal interviewing (CAPI).

Prior iterations of the SPI were known as the Survey of Inmates in State and Federal Correctional Facilities (SISFCF), which was renamed with the 2016 implementation. The first survey of state prisoners was fielded in 1974 and thereafter in 1979, 1986, 1991, 1997, and 2004. The first survey of federal prisoners was fielded in 1991, along with the survey of state prisoners, and since then both surveys have been conducted at the same time using the same questionnaire and administration.

The target population for the 2016 SPI was prisoners ages 18 and older who were held in a state prison or had a sentence to federal prison in the United States during 2016. Similar to prior iterations, the 2016 survey was a stratified two-stage sample design in which prisons were selected in the first stage and prisoners within sampled facilities were selected in the second stage. The SPI sample was selected from a universe of 2,001 unique prisons (1,808 state and 193 federal) that were either enumerated in the 2012 Census of State and Federal Adult Correctional Facilities or had opened between the completion of the census and July 2014 when the SPI sample of prisons was selected. A total of 364 prisons (306 state and 58 federal) participated in the 2016 survey out of the 385 selected (324 state and 61 federal) for interviewing. The first-stage response rate (i.e., the response rate among selected prisons) was 98.4% (98.1% among

state prisons and 100% among federal prisons).[3] A total of 24,848 prisoners participated (20,064 state and 4,784 federal) in the 2016 SPI based on a sample of 37,058 prisoners (30,348 state and 6,710 federal). The second-stage response rate (i.e., the response rate among selected prisoners) was 70.0% (69.3% among state prisoners and 72.8% among federal prisoners).[4]

Responses from interviewed prisoners in the 2016 SPI were weighted to provide national estimates. Each interviewed prisoner was assigned an initial weight corresponding to the inverse of the probability of selection within each sampled prison. A series of adjustment factors were applied to the initial weight to minimize potential bias due to non-response and to provide national estimates.

For more information on the 2016 SPI methodology, see *Methodology: Survey of Prison Inmates, 2016* (NCJ 252210, BJS web, July 2019).

## Standard errors and tests of significance

When national estimates are derived from a sample, as with the SPI, caution must be used when comparing one estimate to another or when comparing estimates between years. Although one estimate may be larger than another, estimates based on a sample rather than a complete enumeration of the population have some degree of sampling error. The sampling error of an estimate depends on several factors, including the size of the estimate, the number of completed interviews, and the intracluster correlation of the outcome within prisons. When the sampling error around an estimate is taken into account, estimates that appear different may not be statistically different. One measure of the sampling error associated with an estimate is the standard error. The standard error may vary from one estimate to the next. Standard errors in this report were estimated using Taylor Series Linearization to account for the complex design of the SPI in producing the variance estimate.

---

[3]A total of 15 prisons (12 state and 3 federal) that were sampled were deemed ineligible for the 2016 SPI. For more information, see *Methodology: Survey of Prison Inmates, 2016* (NCJ 252210, BJS web, July 2019).

[4]There were 10,661 sampled prisoners who were eligible for the survey but did not participate. Another 1,549 sampled prisoners were deemed ineligible for the survey. For more information, see *Methodology: Survey of Prison Inmates, 2016* (NCJ 252210, BJS web, July 2019).

Exhibit 2
0135

Readers may use the estimates and standard errors of the estimates provided in this report to generate a 95% confidence interval around the estimates as a measure of the margin of error. Typically, multiplying the standard error by 1.96 and then adding or subtracting the result from the estimate produces the confidence interval. This interval expresses the range of values with which the true population parameter is expected to fall 95% of the time if the same method is used to select different samples.

For small samples and estimates close to 0%, the use of the standard error to construct the 95% confidence interval may not be reliable. Therefore, caution should be used when interpreting the estimates. Caution should also be used if constructing a 95% confidence interval, which would include zero in these cases, because the estimate may not be distinguishable from zero.

The standard errors have been used to compare estimates of firearm possession during the offense, firearm use during the crime, and type of firearm possessed. They have also been used to compare firearm possession among selected groups of prisoners that have been defined by demographic characteristics and controlling offense. To facilitate the analysis, rather than provide the detailed estimates for every standard error, differences in the estimates for subgroups in the relevant tables in this report have been tested and noted for significance at the 95% level of confidence. Readers should reference the tables for testing on specific findings. Unless otherwise noted, findings described in this report as higher, lower, or different passed a test at the 0.05 level of statistical significance (95% confidence level).

### Measurement of firearm possession and source

The 2016 SPI was restricted to prisoners age 18 or older at the time of the survey. Firearms analyses in this report were restricted to state and federal prisoners who were sentenced or state prisoners who were convicted but were awaiting sentencing. This report excludes prisoners who were awaiting trial (i.e., unconvicted) or a revocation hearing or who were held for other reasons. Unconvicted prisoners, such as those awaiting trial or being held for other reasons like safekeeping or a civil commitment, were excluded from this report because they were not asked questions about firearm possession to protect against self-incrimination. (See appendix 1, *Questions related to firearms in the Survey of Prison Inmates, 2016*.) Of

the estimated 1,421,700 state and federal prisoners in 2016, an estimated 287,400 were armed with a firearm, 1,094,200 were not armed with a firearm, 23,800 did not know or refused to answer the question, and 16,300 were not asked the question because they were not convicted or they stopped the interview before responding to the question.[5]

To determine whether prisoners possessed a firearm at the time of the offense for which they were serving time in prison, respondents were first asked whether they had carried, possessed, or used a weapon when the controlling offense occurred. Respondents could report that they carried, possessed, or used a firearm or another weapon such as a toy or BB gun, knife, other sharp object, or blunt object. Weapons other than firearms, including toy and BB guns, were excluded from this report. Multiple weapons and firearms could be reported by respondents.

Of the respondents who were asked about possessing a firearm during the offense for which they were imprisoned, about 3.0% of state and 1.7% of federal prisoners in 2016 were missing responses on firearm possession. These prisoners were excluded from the analyses in this report. All prisoners who reported they carried, possessed, or used a firearm during the offense were asked whether they had obtained the firearm because they were planning to carry, possess, or use it during the offense. They were also asked whether they showed, pointed, or fired the firearm during the offense. Respondents who reported that they fired the firearm were also asked whether they shot anyone and, if so, whether anyone they shot had died. Of the respondents who possessed a firearm during the offense, about 3.1% of state and 3.5% of federal prisoners in 2016 were missing responses on how they used the firearm. These prisoners were excluded from the analyses in figure 1, tables 1 through 3, and table 7.

To measure the type of firearm possessed by prisoners, respondents were asked whether they had carried, possessed, or used a handgun, rifle, shotgun, or some other type of firearm during the offense for which they were imprisoned. About 0.3% of state prisoners and 0.2% of federal prisoners in 2016 were missing responses on the type of firearm that they possessed. These prisoners, along with prisoners who were missing a response on firearm possession, were excluded from the analyses in table 3.

---

[5]The SPI sample was weighted to the state and federal prison populations that were eligible to be sampled in the survey. See *Methodology: Survey of Prison Inmates, 2016* (NCJ 252210, BJS web, July 2019).

Exhibit 2
0136

To measure the source and method of obtaining the firearm possessed by prisoners during their crime, two separate questions were asked in the survey. The first question asked how the prisoners obtained the firearm, and multiple responses could be reported in the 2016 SPI. Possible responses included stole it, rented it, borrowed it from or were holding it for somebody, traded something for it, bought it, someone bought it for them, someone gave it as a gift, found it or it was at the location where the offense occurred, it was brought by someone else, or other. If respondents specified an "other" method of obtaining the firearm, then the field interviewers entered the respondents' answers into a text field. These responses originally reported as "other" were coded to one of the existing response categories if possible.

The second question asked where prisoners obtained the firearm, and multiple responses could be reported in the 2016 SPI. Respondents received this question if they reported that they stole, rented, borrowed from or were holding for somebody, traded something for, or bought the firearm. Possible responses included gun shop or gun store; pawn shop; flea market; gun show; from a victim, family member, or friend; from a fence (a middleman for stolen goods) or underground market; off the street or from a drug dealer; in a burglary; online or the internet; or other. Fewer than 1% of state and federal prisoners reported obtaining a firearm online. These responses were included in table 5 in the "other" category due to the small number of sample cases. If respondents specified an "other" source of obtaining a firearm, then the field interviewers entered the respondents' answers into a text field. Responses originally reported as "other" were coded to one of the existing response categories if possible.

The responses from these two questions were used to create the source and method categories in figure 1 and tables 5 through 7. Approximately 10.3% of state and 14.1% of federal prisoners in 2016 who possessed a firearm during the offense for which they were serving a sentence were missing responses on source or method of obtaining the firearm. These prisoners were excluded from figure 1 and tables 5 through 7.

Prisoners who reported purchasing or trading a firearm from a retail source (gun shop or gun store, pawn shop, flea market, or gun show) were asked if they purchased or traded it from a licensed firearm dealer or a private seller. Prisoners who reported they purchased a firearm from a retail source were further asked whether they bought the firearm under their own name and whether the seller did a firearm purchase background check before selling them the firearm. About 1% of the respondents who possessed a firearm during the offense purchased or traded it from a retail source and were missing responses on whether they bought the firearm from a licensed dealer or private seller. About 1% of respondents who possessed a firearm during the offense purchased it from a retail source and were missing responses on whether the firearm was purchased under their own name or whether a background check was conducted.

### Measurement of controlling offense

The way controlling offense was measured through the 2016 SPI, and reflected in this report, varies by sentence status and the number of offenses of prisoners:

- For sentenced prisoners and those awaiting sentencing with one offense, that offense is the controlling offense.
- For sentenced prisoners with multiple offenses and sentences, the controlling offense is the one with the longest sentence.
- For sentenced prisoners with multiple offenses and one sentence and those awaiting sentencing with multiple offenses, the controlling offense is the most serious offense. For this report, violent offenses are considered most serious, followed by property, drug, public-order, and all other offenses.

For prisoners who were convicted but awaiting sentencing, the controlling offense is the most serious offense.

## Appendix 1. Questions related to firearms in the Survey of Prison Inmates, 2016

This appendix includes the questions from the 2016 SPI that were used to measure the firearms' constructs in this report. Text that appears in capital letters in the questions was not read out loud to respondents. That text reflects programming instructions for the CAPI instrument, instructions to field interviewers who conducted the interviews, or response options that were not read out loud to respondents but were coded by the field interviewers during the interviews.

**Questions**

**CJ39.** (ASK IF RESPONDENT REPORTED BEING SENTENCED IN CJ1 OR CJ3 OR IF RESPONDENT REPORTED HE/SHE WAS AWAITING SENTENCING IN CJH2A.) Did you carry, possess, or use a weapon when the (INSERT CONTROLLING OFFENSE) occurred?

- YES
- NO (SKIP TO NEXT SECTION)

**CJH1.** How many weapons did you carry, possess, or use when the (INSERT CONTROLLING OFFENSE) occurred?

- ONE
- TWO OR MORE

**CJH2.** What (INSERT "kind of weapon was it?" OR "kinds of weapons were they?") CHECK ALL THAT APPLY.

- FIREARM
- TOY OR BB GUN (INCLUDE FAKE OR REPLICA GUNS)
- KNIFE
- OTHER SHARP OBJECT (SCISSORS, ICE PICK, AX, ETC.)
- BLUNT OBJECT (ROCK, CLUB, BLACKJACK, ETC.)
- ANOTHER WEAPON
  - What kinds of weapons were they?
    - INTERVIEWER: RECORD RESPONSE VERBATIM.

**CJH3.** (ASK IF RESPONDENT REPORTED "FIREARM" IN CJH2.) How many firearms did you carry, possess, or use when the (INSERT CONTROLLING OFFENSE) occurred?

- ENTER NUMBER OF FIREARMS

**CJH4.** (ASK IF RESPONDENT REPORTED "FIREARM" IN CJH2.) What (INSERT "type of firearm was it?" OR "types of firearms were they?") CHECK ALL THAT APPLY.

- A HANDGUN
- A RIFLE
- A SHOTGUN
- SOME OTHER TYPE OF FIREARM
  - What type of firearm?
    - INTERVIEWER: RECORD RESPONSE VERBATIM.

**CJH5.** (ASK IF RESPONDENT REPORTED "FIREARM" IN CJH2.) How did you obtain the (INSERT "firearm" OR "firearms") that you carried, possessed, or used during the (INSERT CONTROLLING OFFENSE)? Any others? CHECK ALL THAT APPLY.

- STOLE IT (GO TO CJH6)
- RENTED IT (GO TO CJH6)
- BORROWED FROM OR WAS HOLDING FOR SOMEBODY (GO TO CJH6)
- TRADED SOMETHING FOR IT (GO TO CJH6)
- BOUGHT IT (GO TO CJH6)
- SOMEONE BOUGHT IT FOR ME (GO TO CJH7)
- SOMEONE GAVE IT TO ME AS A GIFT (GO TO CJH9)
- FOUND IT/WAS AT LOCATION WHERE OFFENSE OCCURRED (GO TO CJH9)
- WAS BROUGHT BY SOMEONE ELSE (GO TO CJH9)
- OTHER
  - How did you obtain the firearm that you carried, possessed, or used during the offense?
    - INTERVIEWER: RECORD RESPONSE VERBATIM.

**CJH6.** (ASK IF RESPONDENT REPORTED "FIREARM" IN CJH2 AND REPORTED IN CJH5 HE/SHE "STOLE IT", "RENTED IT", "BORROWED FROM OR WAS HOLDING FOR SOMEBODY", "TRADED SOMETHING FOR IT", OR "BOUGHT IT".) Where did you obtain the (INSERT TYPE OF FIREARM REPORTED IN CJH4)? CHECK ALL THAT APPLY.

- GUN SHOP OR GUN STORE (GO TO CJH6A)
- PAWN SHOP (GO TO CJH6A)
- FLEA MARKET (GO TO CJH6A)
- GUN SHOW (GO TO CJH6A)
- FROM THE VICTIM(S) (GO TO CJH9)
- FROM A FAMILY MEMBER (GO TO CJH9)
- FROM A FRIEND (GO TO CJH9)
- FROM A FENCE/BLACK MARKET SOURCE (GO TO CJH9)
- OFF THE STREET/FROM A DRUG DEALER (GO TO CJH9)
- IN A BURGLARY (GO TO CJH9)
- ONLINE/THE INTERNET (GO TO CJH9)
- OTHER
  - Where did you obtain the (INSERT TYPE OF FIREARM REPORTED IN CJH4)?
    - INTERVIEWER: RECORD RESPONSE VERBATIM.

*Continued on next page*

Exhibit 2
0138

## Appendix 1. Questions related to firearms in the Survey of Prison Inmates, 2016 (continued)

**CJH6a.** (ASK IF RESPONDENT REPORTED IN CJH6 THAT THE FIREARM WAS FROM A "GUN SHOP OR GUN STORE", "PAWN SHOP", "FLEA MARKET", OR "GUN SHOW".) When you obtained the (INSERT TYPE OF FIREARM REPORTED IN CJH4) was it from a licensed firearm dealer or a private seller?

- LICENSED FIREARM DEALER
- PRIVATE SELLER

**CJH6b.** (ASK IF RESPONDENT REPORTED IN CJH5 THAT HE/SHE "BOUGHT IT" AND IN CJH6 REPORTED THAT THE FIREARM WAS FROM A "GUN SHOP OR GUN STORE", "PAWN SHOP", "FLEA MARKET", OR "GUN SHOW".) Did you buy the (INSERT TYPE OF FIREARM REPORTED IN CJH4) under your own name?

- YES
- NO
- NO PAPERWORK WAS REQUIRED

**CJH6c.** (ASK IF RESPONDENT REPORTED IN CJH5 THAT HE/SHE "BOUGHT IT" AND REPORTED IN CJH6 THAT THE FIREARM WAS FROM A "GUN SHOP OR GUN STORE", "PAWN SHOP", "FLEA MARKET", OR "GUN SHOW".) Did the seller do a firearm purchase background check before selling you the gun?

- YES
- NO

**CJH6d.** (ASK IF RESPONDENT REPORTED IN CJH5 THAT HE/SHE "BOUGHT IT" AND IN CJH6 REPORTED THAT THE FIREARM WAS FROM A "GUN SHOP OR GUN STORE", "PAWN SHOP", "FLEA MARKET", OR "GUN SHOW".) Did you buy the (INSERT TYPE OF FIREARM REPORTED IN CJH4) directly or did someone else buy it for you?

- INMATE BOUGHT
- SOMEONE ELSE BOUGHT

**CJH7.** (ASK IF RESPONDENT REPORTED "SOMEONE ELSE BOUGHT IT FOR ME" IN CJH5.) Where did that person obtain the (INSERT TYPE OF FIREARM REPORTED IN CJH4)?

- GUN SHOP OR GUN STORE
- PAWN SHOP
- FLEA MARKET
- GUN SHOW
- FROM THE VICTIM(S)
- FROM A FAMILY MEMBER
- FROM A FRIEND
- FROM A FENCE/BLACK MARKET SOURCE

- OFF THE STREET/FROM A DRUG DEALER
- IN A BURGLARY
- ONLINE/THE INTERNET
- OTHER
  - Where did that person obtain the (INSERT TYPE OF FIREARM REPORTED IN CJH4)?
    - INTERVIEWER: RECORD RESPONSE VERBATIM.

**CJH8.** (ASK IF RESPONDENT REPORTED "SOMEONE ELSE BOUGHT IT FOR ME" IN CJH5.) Why did someone else obtain the (INSERT TYPE OF FIREARM REPORTED IN CJH4) for you? CHECK ALL THAT APPLY.

- COULD NOT TRAVEL TO WHERE THE SELLER WAS
- NOT ALLOWED BECAUSE TOO YOUNG
- NOT ALLOWED BECAUSE OF CRIMINAL RECORD
- THEY COULD GET IT MORE QUICKLY OR EASILY
- DID NOT WANT TO BE LINKED TO FIREARM PURCHASE
- OTHER
  - Why did someone else obtain the (INSERT TYPE OF FIREARM REPORTED IN CJH4) for you?
    - INTERVIEWER: RECORD RESPONSE VERBATIM.

**CJH9.** Did you get the (INSERT TYPE OF FIREARM REPORTED IN CJH4) because you were **planning** to carry, possess, or use it during the (INSERT CONTROLLING OFFENSE)?

- YES
- NO

**CJH10.** Did you show or point (INSERT "the firearm" OR "any of the firearms") at anyone during the (INSERT CONTROLLING OFFENSE)?

- YES
- NO

**CJH11.** Did you fire (INSERT "the firearm" OR "any of the firearms") during the (INSERT CONTROLLING OFFENSE)?

- YES
- NO (SKIP TO NEXT SECTION)

**CJH12.** Did you shoot anyone?

- YES
- NO (SKIP TO NEXT SECTION)

**CJH13.** Did anyone you shot die?

- YES
- NO

Exhibit 2
0139

## APPENDIX TABLE 1
**Standard errors for figure 1: Percent of all state and federal inmates who had possessed or used a firearm during their offense, 2016**

| Characteristic | Possessed | Used |
|---|---|---|
| Any gun | 0.64% | 0.51% |
| Handgun | 0.59 | 0.46 |
| Gun they obtained from retail source | 0.13 | 0.12 |

Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

## APPENDIX TABLE 2
**Standard errors for table 1: Firearm possession and use among state and federal prisoners during the offense for which they were serving time, by type of controlling offense, 2016**

| Controlling offense | Estimated number of state prisoners | Percent of state prisoners who— | | Estimated number of federal prisoners | Percent of federal prisoners who— | |
|---|---|---|---|---|---|---|
| | | Possessed a firearm | Used a firearm | | Possessed a firearm | Used a firearm |
| **Total** | 31,100 | 0.69% | 0.57% | 8,300 | 1.76% | 0.71% |
| **Violent** | 22,400 | 0.90% | 0.73% | 2,700 | 2.87% | 2.83% |
| Homicide | 10,900 | 1.16 | 1.12 | 700 | 6.53 | 4.75 |
| Rape/sexual assault | 9,900 | 0.36 | 0.22 | 600 | : | : |
| Robbery | 6,700 | 1.32 | 1.28 | 1,600 | 3.73 | 3.80 |
| Assault | 5,900 | 1.34 | 1.24 | 700 | 5.15 | 4.52 |
| Other violent | 2,100 | 2.03 | 1.73 | 300 | 8.42 | : |
| **Property** | 7,800 | 0.53% | 0.32% | 2,000 | 0.83% | : |
| Burglary | 3,900 | 0.80 | 0.54 | 100 | : | : |
| Other property | 5,800 | 0.58 | 0.33 | 2,000 | 0.81 | : |
| **Drug** | 11,400 | 0.68% | 0.20% | 5,400 | 0.87% | 0.21% |
| Trafficking | 9,700 | 0.83 | 0.24 | 5,000 | 0.88 | 0.21 |
| Possession | 3,400 | 1.06 | : | 600 | : | : |
| Other/unspecified drug | 700 | : | : | 600 | : | : |
| **Public order** | 8,400 | 1.35% | 0.58% | 3,600 | 3.55% | 0.88% |
| Weapons | 3,000 | 2.02 | 1.70 | 2,700 | 2.02 | 1.60 |
| Other public order | 7,200 | 0.70 | 0.42 | 3,800 | 0.89 | : |
| **Other** | 600 | : | : | 300 | : | : |
| **Unknown** | 1,400 | 1.61% | : | 400 | : | : |

: Not calculated. Too few cases to provide a reliable estimate, or coefficient of variation is greater than 50%.
Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

**Exhibit 2**
**0140**

## APPENDIX TABLE 3
**Standard errors for table 2: Among state and federal prisoners who possessed a firearm during the offense for which they were serving time, extent of firearm use, 2016**

| Firearm use | State prisoners | Federal prisoners | State prisoners | | Federal prisoners | |
|---|---|---|---|---|---|---|
| | | | Violent offense | Non-violent offense | Violent offense | Non-violent offense |
| **Obtained firearm because planned to use in controlling offense** | | | | | | |
| Yes | 0.81% | 1.57% | 0.81% | 2.00% | 4.01% | 1.88% |
| No | 0.81 | 1.57 | 0.81 | 2.00 | 4.01 | 1.88 |
| **Used firearm** | 1.11% | 1.92% | 0.85% | 1.83% | 3.86% | 1.57% |
| Discharged | 1.34% | 1.17% | 1.36% | 1.47% | 3.58% | 1.14% |
| Killed victim | 1.28 | 0.75 | 1.40 | : | 2.49 | : |
| Injured/shot victim but did not kill victim | 0.73 | 0.55 | 0.86 | 0.89 | : | : |
| Discharged firearm but did not shoot anyone | 0.47 | 0.98 | 0.51 | 1.17 | 2.16 | 1.02 |
| Did not discharge | 0.97% | 1.60% | 1.21% | 1.24% | 4.99% | 0.87% |
| **Did not use firearm** | 1.11% | 1.92% | 0.85% | 1.83% | 3.86% | 1.57% |
| **Estimated number of prisoners who possessed a firearm (with valid data)** | 10,100 | 3,100 | 9,200 | 3,400 | 1,200 | 2,200 |

: Not calculated. Too few cases to provide a reliable estimate or coefficient of variation is greater than 50%.
Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

## APPENDIX TABLE 4
**Standard errors for table 3: Firearm possession and use among state and federal prisoners during the offense for which they were serving time, by type of firearm, 2016**

| Type of firearm | Percent of prisoners who possessed a firearm | | | Percent of prisoners who used a firearm | | |
|---|---|---|---|---|---|---|
| | All prisoners | State | Federal | All prisoners | State | Federal |
| **Firearm** | 0.64 | 0.69% | 1.76% | 0.51 | 0.57% | 0.71% |
| Handgun | 0.59 | 0.64 | 1.63 | 0.46 | 0.51 | 0.67 |
| Rifle | 0.10 | 0.10 | 0.28 | 0.07 | 0.08 | 0.13 |
| Shotgun | 0.11 | 0.12 | 0.22 | 0.09 | 0.10 | 0.09 |
| **No firearm** | 0.64 | 0.69 | 1.76 | 0.51 | 0.57 | 0.71 |
| **Estimated number of prisoners (with valid data)** | 32,100 | 31,000 | 8,300 | 32,100 | 31,000 | 8,300 |

Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

Exhibit 2
0141

**APPENDIX TABLE 5**
**Standard errors for table 4: Firearm possession among state and federal prisoners during the offense for which they were serving time, by demographic characteristics, 2016**

| Demographic characteristic | State | | Federal | |
|---|---|---|---|---|
| | Number of prisoners | Percent of prisoners who possessed a firearm during the offense | Number of prisoners | Percent of prisoners who possessed a firearm during the offense |
| **Sex** | | | | |
| Male | 30,700 | 0.74% | 8,200 | 1.88% |
| Female | 5,200 | 0.96 | 1,300 | 1.00 |
| **Race/Hispanic origin** | | | | |
| White | 16,500 | 0.64% | 3,900 | 2.28% |
| Black | 16,200 | 0.91 | 5,600 | 2.02 |
| Hispanic | 12,400 | 1.26 | 8,000 | 1.70 |
| American Indian/Alaska Native | 2,500 | 2.94 | 800 | 5.18 |
| Asian/Native Hawaiian/Other Pacific Islander | 1,600 | 4.69 | 600 | : |
| Two or more races | 5,000 | 1.19 | 1,200 | 3.50 |
| **Age at time of survey** | | | | |
| 18–24 | 8,200 | 1.71% | 1,000 | 5.69% |
| 25–34 | 13,700 | 1.00 | 3,200 | 2.57 |
| 35–44 | 9,500 | 0.94 | 3,400 | 1.68 |
| 45–54 | 9,100 | 0.76 | 2,400 | 1.68 |
| 55 or older | 7,700 | 1.02 | 2,200 | 2.02 |
| **Marital status** | | | | |
| Married | 6,300 | 1.06% | 3,100 | 1.77% |
| Widowed/widowered | 2,000 | 2.10 | 400 | 5.93 |
| Separated | 2,700 | 1.34 | 1,200 | 3.11 |
| Divorced | 10,600 | 0.97 | 2,200 | 1.58 |
| Never married | 20,100 | 0.81 | 5,800 | 2.10 |
| **Education** | | | | |
| Less than high school | 21,500 | 0.83% | 6,000 | 2.18% |
| High school graduate | 8,500 | 0.88 | 2,100 | 1.69 |
| Some college | 5,000 | 0.96 | 2,000 | 2.08 |
| College degree or more | 2,500 | 1.43 | 2,000 | 1.83 |
| **Citizenship** | | | | |
| U.S. citizen | 30,000 | 0.69% | 10,700 | 1.87% |
| Non-U.S. citizen | 3,700 | 2.04 | 9,500 | 1.09 |
| **Military service** | | | | |
| Yes | 4,800 | 1.07% | 1,200 | 2.98% |
| No | 28,700 | 0.72 | 8,200 | 1.80 |

: Not calculated. Too few cases to provide a reliable estimate, or coefficient of variation is greater than 50%.
Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

Exhibit 2
0142

**APPENDIX TABLE 6**

**Standard errors for table 5: Among state and federal prisoners who had possessed a firearm during the offense for which they were serving time, sources and methods used to obtain a firearm, 2016**

| Source and method to obtain firearm | All prisoners | State | Federal |
|---|---|---|---|
| Purchased/traded at retail source | 0.66% | 0.70% | 2.07% |
|     Gun shop/store | 0.54 | 0.56 | 1.87 |
|     Pawn shop | 0.27 | 0.29 | 0.62 |
|     Flea market | 0.13 | : | : |
|     Gun show | 0.16 | 0.17 | 0.44 |
| Obtained from individual | 0.87% | 0.94% | 2.02% |
|     Purchased/traded from family/friend | 0.59 | 0.65 | 1.27 |
|     Rented/borrowed from family/friend | 0.47 | 0.52 | 0.54 |
|     Gift/purchased for prisoner | 0.69 | 0.75 | 1.40 |
| Off the street/underground market | 1.07% | 1.13% | 3.26% |
| Theft | 0.48% | 0.53% | 0.79% |
|     From burglary | 0.22 | 0.24 | : |
|     From retail source | 0.07 | : | : |
|     From family/friend | 0.26 | 0.29 | : |
|     Unspecified theft | 0.31 | 0.34 | 0.53 |
| Other source | 0.78% | 0.85% | 1.80% |
|     Found at location of crime/victim | 0.50 | 0.53 | 1.31 |
|     Brought by someone else | 0.45 | 0.49 | 0.87 |
|     Other | 0.51 | 0.55 | 1.40 |
| Multiple sources | 0.27% | 0.29% | 0.50% |
| Estimated number of prisoners who possessed a firearm, excluding prisoners who did not report source | 9,900 | 9,500 | 2,800 |

: Not calculated. Too few cases to provide a reliable estimate, or coefficient of variation is greater than 50%.

Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

**APPENDIX TABLE 7**

**Standard errors for table 6: Among state and federal prisoners who had possessed a firearm during the offense for which they were serving time, processes used to obtain a firearm, 2016**

| Process to obtain firearm | All prisoners | State | Federal |
|---|---|---|---|
| Not purchased or traded at retail source | 0.66% | 0.70% | 2.07% |
| Purchased or traded at retail source | 0.66% | 0.70% | 2.07% |
|     Licensed firearm dealer at retail source | 0.60 | 0.63 | 2.08 |
|       Purchased under own name | 0.54 | 0.57 | 1.89 |
|       Background check was reportedly conducted | 0.54 | 0.56 | 1.93 |
|     Private seller at retail source | 0.19 | 0.20 | 0.63 |
|     Unknown | 0.21 | 0.24 | : |
| Estimated number of prisoners who possessed a firearm (with valid data) | 9,900 | 9,500 | 2,800 |

: Not calculated. Too few cases to provide a reliable estimate, or coefficient of variation is greater than 50%.

Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

Exhibit 2
0143

**APPENDIX TABLE 8**

**Standard errors for table 7: Firearm possession and use among all state and federal prisoners during the offense for which they were serving time, by type of controlling offense and source, 2016**

| Controlling offense | Percent of state and federal prisoners who— | | Percent of state and federal prisoners who— | |
|---|---|---|---|---|
| | Possessed a firearm | Possessed a firearm that they obtained from a retail source | Used a firearm | Used a firearm that they obtained from a retail source |
| Total | 0.64% | 0.13% | 0.51% | 0.12% |
| Violent | 0.88% | 0.23% | 0.72% | 0.21% |
| Homicide | 1.14 | 0.63 | 1.10 | 0.62 |
| Robbery | 1.25 | 0.29 | 1.22 | 0.25 |
| Property | 0.50% | 0.15% | 0.30% | : |
| Drug | 0.52% | 0.17% | 0.15% | 0.04% |
| Public order | 1.35% | 0.27% | 0.48% | 0.17% |

: Not calculated. Too few cases to provide a reliable estimate, or coefficient of variation is greater than 50%.

Source: Bureau of Justice Statistics, Survey of Prison Inmates, 2016.

Exhibit 2
0144



The Bureau of Justice Statistics of the U.S. Department of Justice is the principal federal agency responsible for measuring crime, criminal victimization, criminal offenders, victims of crime, correlates of crime, and the operation of criminal and civil justice systems at the federal, state, tribal, and local levels. BJS collects, analyzes, and disseminates reliable statistics on crime and justice systems in the United States, supports improvements to state and local criminal justice information systems, and participates with national and international organizations to develop and recommend national standards for justice statistics. Jeffrey H. Anderson is the director.

This report was written by Mariel Alper and Lauren Glaze of BJS. Mariel Alper conducted statistical analyses. Marcus Berzofsky and John Bunker of RTI International provided statistical review. Danielle Kaeble, Laura Maruschak, Todd Minton, and Stephanie Mueller verified the report. Lauren Glaze was the BJS project manager for the 2016 Survey of Prison Inmates.

Eric Hendrixson and Jill Thomas edited the report. Tina Dorsey and Morgan Young produced the report.

January 2019, NCJ 251776





NCJ251776

**Office of Justice Programs**
**Building Solutions • Supporting Communities • Advancing Justice**
**www.ojp.gov**

**Exhibit 2**
**0145**

# EXHIBIT "3"

Exhibit 3
0146

Click to copy

**RELATED TOPICS**

Homicide

Gangs

Mexico

International News

General News

Latin America

Caribbean

Drug cartels

# Mexico sets 1st half murder record, up 5.3%

July 22, 2019



MEXICO CITY (AP) — Mexico set a new record for homicides in the first half of the year as the number of murders grew by 5.3% compared to the same period of 2018, fueled partly by cartel and gang violence in several states.

Mexico saw 3,080 killings in June, an increase of over 8% from the same month a year ago, according to official figures. The country of almost 125

Exhibit 3
0147

million now sees as many as 100 killings per day nationwide.

The 17,608 killings in the first half of 2019 is the most since comparable records began being kept in 1997, including the peak year of Mexico's drug war in 2011. Officials said 16,714 people were killed in the first half of 2018.

In particular, drug cartel turf wars have become increasingly bloody in the northern state of Sonora, where the number of homicides was up by 69% in the first half of the year. But in Sinaloa, where the cartel of convicted drug lord Joaquin "El Chapo" Guzman is based, homicides declined by 23% so far this year compared to last.

Given cutbacks and a widespread reorganization of security forces under President Andrés Manuel López Obrador, it is not clear who, if anyone, is doing the analysis and intelligence work to find out exactly which conflicts are causing the rise in homicides.

"I could give you 10 potential, plausible reasons, but the truth is we don't know, and that is perhaps the biggest problem," said security analyst Alejandro Hope. "There is very little systematic research that would allow us to conclude what is really happening."

And other types of crime, like extortion, have become increasingly frequent and violent.

As if to underscore that, officials said Monday the five men killed Sunday at a bar in the resort of Acapulco were allegedly part of a gang of extortionists who shook down business owners for protection payments.

Guerrero state prosecutor Jorge Zuriel "we now know that the members of this gang met daily at this bar to coordinate charging extortion payments and to collect the daily take."

One suspect has been arrested in the shootings, which left six people wounded. Zuriel said the killers were members of a rival gang.

**Exhibit 3**
**0148**

**Table 1**
**Crime in the United States**
by Volume and Rate per 100,000 Inhabitants, 1998–2017

| Year | Population[1] | Violent crime[2] | Violent crime rate | Murder and nonnegligent manslaughter | Murder and nonnegligent manslaughter rate | Rape (revised definition)[3] | Rape (revised definition) rate[3] | Rape (legacy definition)[4] | Rape (legacy definition) rate[4] | Robbery | Robbery rate | Aggravated assault | Aggravated assault rate | Property crime | Property crime rate | Burglary | Burglary rate | Larceny-theft | Larceny-theft rate | Motor vehicle theft | Motor vehicle theft rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998 | 270,248,003 | 1,533,887 | 567.6 | 16,974 | 6.3 | | | 93,144 | 34.5 | 447,186 | 165.5 | 976,583 | 361.4 | 10,951,827 | 4,052.5 | 2,332,735 | 863.2 | 7,376,311 | 2,729.5 | 1,242,781 | 459.9 |
| 1999 | 272,690,813 | 1,426,044 | 523.0 | 15,522 | 5.7 | | | 89,411 | 32.8 | 409,371 | 150.1 | 911,740 | 334.3 | 10,208,334 | 3,743.6 | 2,100,739 | 770.4 | 6,955,520 | 2,550.7 | 1,152,075 | 422.5 |
| 2000 | 281,421,906 | 1,425,486 | 506.5 | 15,586 | 5.5 | | | 90,178 | 32.0 | 408,016 | 145.0 | 911,706 | 324.0 | 10,182,584 | 3,618.3 | 2,050,992 | 728.8 | 6,971,590 | 2,477.3 | 1,160,002 | 412.2 |
| 2001[5] | 285,317,559 | 1,439,480 | 504.5 | 16,037 | 5.6 | | | 90,863 | 31.8 | 423,557 | 148.5 | 909,023 | 318.6 | 10,437,189 | 3,658.1 | 2,116,531 | 741.8 | 7,092,267 | 2,485.7 | 1,228,391 | 430.5 |
| 2002 | 287,973,924 | 1,423,677 | 494.4 | 16,229 | 5.6 | | | 95,235 | 33.1 | 420,806 | 146.1 | 891,407 | 309.5 | 10,455,277 | 3,630.6 | 2,151,252 | 747.0 | 7,057,379 | 2,450.7 | 1,246,646 | 432.9 |
| 2003 | 290,788,976 | 1,383,676 | 475.8 | 16,528 | 5.7 | | | 93,883 | 32.3 | 414,235 | 142.5 | 859,030 | 295.4 | 10,442,862 | 3,591.2 | 2,154,834 | 741.0 | 7,026,802 | 2,416.5 | 1,261,226 | 433.7 |
| 2004 | 293,656,842 | 1,360,088 | 463.2 | 16,148 | 5.5 | | | 95,089 | 32.4 | 401,470 | 136.7 | 847,381 | 288.6 | 10,319,386 | 3,514.1 | 2,144,446 | 730.3 | 6,937,089 | 2,362.3 | 1,237,851 | 421.5 |
| 2005 | 296,507,061 | 1,390,745 | 469.0 | 16,740 | 5.6 | | | 94,347 | 31.8 | 417,438 | 140.8 | 862,220 | 290.8 | 10,174,754 | 3,431.5 | 2,155,448 | 726.9 | 6,783,447 | 2,287.8 | 1,235,859 | 416.8 |
| 2006 | 299,398,484 | 1,435,123 | 479.3 | 17,309 | 5.8 | | | 94,472 | 31.6 | 449,246 | 150.0 | 874,096 | 292.0 | 10,019,601 | 3,346.6 | 2,194,993 | 733.1 | 6,626,363 | 2,213.2 | 1,198,245 | 400.2 |
| 2007 | 301,621,157 | 1,422,970 | 471.8 | 17,128 | 5.7 | | | 92,160 | 30.6 | 447,324 | 148.3 | 866,358 | 287.2 | 9,882,212 | 3,276.4 | 2,190,198 | 726.1 | 6,591,542 | 2,185.4 | 1,100,472 | 364.9 |
| 2008 | 304,059,724 | 1,394,461 | 458.6 | 16,465 | 5.4 | | | 90,750 | 29.8 | 443,563 | 145.9 | 843,683 | 277.5 | 9,774,152 | 3,214.6 | 2,228,887 | 733.0 | 6,586,206 | 2,166.1 | 959,059 | 315.4 |
| 2009 | 307,006,550 | 1,325,896 | 431.9 | 15,399 | 5.0 | | | 89,241 | 29.1 | 408,742 | 133.1 | 812,514 | 264.7 | 9,337,060 | 3,041.3 | 2,203,313 | 717.7 | 6,338,095 | 2,064.5 | 795,652 | 259.2 |
| 2010 | 309,330,219 | 1,251,248 | 404.5 | 14,722 | 4.8 | | | 85,593 | 27.7 | 369,089 | 119.3 | 781,844 | 252.8 | 9,112,625 | 2,945.9 | 2,168,459 | 701.0 | 6,204,601 | 2,005.8 | 739,565 | 239.1 |
| 2011 | 311,587,816 | 1,206,005 | 387.1 | 14,661 | 4.7 | | | 84,175 | 27.0 | 354,746 | 113.9 | 752,423 | 241.5 | 9,052,743 | 2,905.4 | 2,185,140 | 701.3 | 6,151,095 | 1,974.1 | 716,508 | 230.0 |
| 2012 | 313,873,685 | 1,217,057 | 387.8 | 14,856 | 4.7 | | | 85,141 | 27.1 | 355,051 | 113.1 | 762,009 | 242.8 | 9,001,992 | 2,868.0 | 2,109,932 | 672.2 | 6,168,874 | 1,965.4 | 723,186 | 230.4 |
| 2013 | 316,497,531 | 1,168,298 | 369.1 | 14,319 | 4.5 | 113,695 | 35.9 | 82,109 | 25.9 | 345,093 | 109.0 | 726,777 | 229.6 | 8,651,892 | 2,733.6 | 1,932,139 | 610.5 | 6,019,465 | 1,901.9 | 700,288 | 221.3 |
| 2014 | 318,907,401 | 1,153,022 | 361.6 | 14,164 | 4.4 | 118,027 | 37.0 | 84,864 | 26.6 | 322,905 | 101.3 | 731,089 | 229.2 | 8,209,010 | 2,574.1 | 1,713,153 | 537.2 | 5,809,054 | 1,821.5 | 686,803 | 215.4 |
| 2015 | 320,896,618 | 1,199,310 | 373.7 | 15,883 | 4.9 | 126,134 | 39.3 | 91,261 | 28.4 | 328,109 | 102.2 | 764,057 | 238.1 | 8,024,115 | 2,500.5 | 1,587,564 | 494.7 | 5,723,488 | 1,783.6 | 713,063 | 222.2 |
| 2016[6] | 323,405,935 | 1,250,162 | 386.6 | 17,413 | 5.4 | 132,414 | 40.9 | 96,970 | 30.0 | 332,797 | 102.9 | 802,982 | 248.3 | 7,928,530 | 2,451.6 | 1,516,405 | 468.9 | 5,644,835 | 1,745.4 | 767,290 | 237.3 |
| 2017 | 325,719,178 | 1,247,321 | 382.9 | 17,284 | 5.3 | 135,755 | 41.7 | 99,856 | 30.7 | 319,356 | 98.0 | 810,825 | 248.9 | 7,694,086 | 2,362.2 | 1,401,840 | 430.4 | 5,519,107 | 1,694.4 | 773,139 | 237.4 |

[1] Populations are U.S. Census Bureau provisional estimates as of July 1 for each year except 2000 and 2010, which are decennial census counts.

[2] The violent crime figures include the offenses of murder, rape (legacy definition), robbery, and aggravated assault.

[3] The figures shown in this column for the offense of rape were estimated using the revised Uniform Crime Reporting Program's (UCR) definition of rape. See data declaration for further explanation.

[4] The figures shown in this column for the offense of rape were estimated using the legacy UCR definition of rape. See data declaration for further explanation.

[5] The murder and nonnegligent homicides that occurred as a result of the events of September 11, 2001, are not included in this table.

[6] The crime figures have been adjusted.

NOTE:  Although arson data are included in the trend and clearance tables, sufficient data are not available to estimate totals for this offense. Therefore, no arson data are published in this table.

**Exhibit 3**
**0149**

**Table 1A**

**Crime in the United States**

Percent Change in Volume and Rate per 100,000 Inhabitants for 2 years, 5 years, and 10 years

| Years | Violent crime[1] | Violent crime rate | Murder and nonnegligent manslaughter | Murder and nonnegligent manslaughter rate | Rape (revised definition)[2] | Rape (revised definition) rate[2] | Rape (legacy definition)[3] | Rape (legacy definition) rate[3] | Robbery | Robbery rate | Aggravated assault | Aggravated assault rate | Property crime | Property crime rate | Burglary | Burglary rate | Larceny-theft | Larceny-theft rate | Motor vehicle theft | Motor vehicle theft rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017/2016 | -0.2 | -0.9 | -0.7 | -1.4 | +2.5 | +1.8 | +3.0 | +2.2 | -4.0 | -4.7 | +1.0 | +0.3 | -3.0 | -3.6 | -7.6 | -8.2 | -2.2 | -2.9 | +0.8 | * |
| 2017/2013 | +6.8 | +3.7 | +20.7 | +17.3 | +19.4 | +16.0 | +21.6 | +18.2 | -7.5 | -10.1 | +11.6 | +8.4 | -11.1 | -13.6 | -27.4 | -29.5 | -8.3 | -10.9 | +10.4 | +7.3 |
| 2017/2008 | -10.6 | -16.5 | +5.0 | -2.0 | | | +10.0 | +2.7 | -28.0 | -32.8 | -3.9 | -10.3 | -21.3 | -26.5 | -37.1 | -41.3 | -16.2 | -21.8 | -19.4 | -24.7 |

[1] The violent crime figures include the offenses of murder, rape (legacy definition), robbery, and aggravated assault.

[2] The figures shown in this column for the offense of rape were estimated using the revised Uniform Crime Reporting Program's (UCR) definition of rape. See data declaration for further explanation.

[3] The figures shown in this column for the offense of rape were estimated using the legacy UCR definition of rape. See data declaration for further explanation.

* Less than one-tenth of 1 percent.

**Exhibit 3**
**0150**

**Uniform Crime Report**
*Crime in the United States, 2017*

# Overview

**Table 1—Crime in the United States, by Volume and Rate per 100,000 Inhabitants, 1998–2017**

**Table 1A—Crime in the United States, Percent Change in Volume and Rate per 100,000 Inhabitants for 2 years, 5 years, and 10 years**

- In 2017, the estimated number of violent crime offenses was 1,247,321, a decrease of 0.2 percent from the 2016 estimate.

- The violent crime of murder and nonnegligent manslaughter decreased 0.7 percent in 2017 when compared with the 2016 estimate. Rape offenses (legacy definition) increased 3.0 percent, and aggravated assault offenses increased 1.0 percent. The violent crime of robbery decreased by 4.0 percent when compared with the 2016 estimate.

- The 2017 violent crime rate was 382.9 per 100,000 inhabitants, down 0.9 percent when compared with the 2016 violent crime rate.

- The murder rate was 5.3 per 100,000 inhabitants in 2017, a 1.4 percent decrease when compared with the estimated rate for the previous year.

- The estimated number of property crimes in 2017 was 7,694,086, a 3.0 percent decrease from the 2016 estimate.

- Of the property crimes, the estimated number of burglary offenses decreased 7.6 percent, and larceny-theft offenses declined 2.2 percent. The estimated number of motor vehicle thefts increased 0.8 percent.

- The 2017 property crime rate was 2,362.2 per 100,000, a 3.6 percent decrease when compared with the 2016 rate.

---

**U.S. Department of Justice**—Federal Bureau of Investigation
Released Fall 2018

**Exhibit 3**
**0151**

# EXHIBIT "4"

Exhibit 4
0152

# Can Mass Shootings be Stopped?

To Address the Problem, We Must Better Understand the Phenomenon

*May 22, 2018*

Jaclyn Schildkraut
Margaret K. Formica
Jim Malatras


Rockefeller
Institute of Government

Regional
**Gun Violence
Research**
Consortium

Exhibit 4
0153



*Columbine High School
in Littleton, Colorado*



*March for Our Lives in Albany, New York, on March 24, 2018*

Exhibit 4
0154

The mass shooting at Columbine High School in Littleton, Colorado, happened nearly two decades ago, yet it remains etched in the national consciousness. Columbine spurred a national debate — from personal safety to the security of schools, workplaces, and other locations and to broader considerations of guns and mental illness. To this day, communities still are grappling to find solutions to the complex and multifaceted nature of mass shootings.

Exacerbating this already complex issue is the prevalence of social media and never-ending wall-to-wall media coverage. Mass shootings, and those that are particularly lethal, are amplified by the news cycle, making them appear more commonplace when they are, in fact, statistically rare. Despite their episodic and highly sensational nature, however, not all mass shootings garner the same attention by the media.[1] Those shootings that are the most lethal may receive more coverage, while those events that are perceived as more "routine" by the media may not even be covered at all.

As a result of the intense and often unbalanced media coverage of mass shootings, members of the public may hold disproportional attitudes about the events themselves. Certain shootings, for example, may be perceived as indicators of a broader social problem, while others are considered to be isolated events.[2] Still, the collective phenomenon of mass shootings has been found to produce a host of outcomes for the public, including fear

ABOUT THE AUTHORS

**Jaclyn Schildkraut** is an assistant professor of public justice at SUNY Oswego and a national expert on mass shootings.

**Margaret K. Formica** is an assistant professor of public health and preventive medicine at SUNY Upstate Medical University.

**Jim Malatras** is president of the Rockefeller Institute of Government.

1  Jaclyn Schildkraut, H. Jaymi Elsass, and Kimberly Meredith, "Mass shootings and the media: why all events are not created equal," online article, *Journal of Crime and Justice*, February 5, 2017, https://www.tandfonline.com/doi/full/10.1080/0735648X.2017.1284689.

2  For example, the 2012 shooting at Sandy Hook Elementary School was identified as reflective of broader societal problems, while those events in Tucson, Arizona (2011), and Aurora, Colorado (2012), were perceived to be isolated events. See "Washington Post-ABC News Poll," WashingtonPost.com, accessed March 29, 2018, http://www.washingtonpost.com/wp-srv/politics/polls/postabcpoll_20121216.html.

**Exhibit 4**
**0155**

# Mass Shooting Myths





**MYTH** Mass shootings only happen in the United States.

**REALITY** Mass shootings occur in countries worldwide, including on six of the seven continents.

**MYTH** Mass shootings are only perpetrated by white men.

**REALITY** Though mass shooters are most commonly (but not exclusively) male, only about half are white.





*1999*

**MYTH** Mass shootings are always carried out with assault rifles.

**REALITY** Handguns are nearly three times more likely to be used in mass shootings than rifles.

**MYTH** Columbine was the first (or one of the first) mass shooting in the United States.

**REALITY** Mass shootings have been traced back to the 1800s. Columbine, however, was a watershed moment that redefined how Americans think about the phenomenon of mass shootings.

Exhibit 4
0156

of crime,  a potential moral panic, and the general belief that these events are more prevalent than their actual occurrence.[3]

Like the public, policymakers also have struggled with how to respond to mass shootings. Most policies center on either further restricting or expanding rights related to gun ownership and carrying, with a lesser emphasis on mental health protocols, regulating violent media, or policies related to security practices. More often than not, in the immediate aftermath of a mass shooting, a flurry of bills are introduced, but few, if any, are ever enacted into legislation.[4] Further compounding the issue is that the new laws that are passed, or even those that have been on the books for decades, often are not enforced, leading them to be ineffective at preventing the next mass shooting.[5]

## Problems Defining Mass Shootings

A central challenge in developing public policy solutions to mass shootings in America is the absence of a precise and generally accepted definition. Without this, the result is a distorted understanding of the actual context of the problem of mass and school shootings. Put plainly, we cannot solve a problem we do not fully understand.

There is wide variation on how mass shootings are defined. Various government organizations (e.g., the Centers for Disease Control, U.S. Department of Education), advocacy organizations (e.g., Everytown for Gun Safety), and other entities (e.g., GunViolenceArchive.org's Mass Shootings Tracker) offer data that are based on their own descriptions that vary based on the number of victims (either killed or total shot), location, and the like. As a result, these definitions — several of which are discussed

---

3   See, for example, Robert J. Kaminski, Barbara A. Koons-Witt, Norma Stewart Thompson, and Douglas Weiss, "The impacts of the Virginia Tech and Northern Illinois University shootings on fear of crime on campus," *Journal of Criminal Justice* 38, 1 (2010): 88-98; Ronald Burns and Charles Crawford, "School shootings, the media, and public fear: Ingredients for a moral panic," *Crime, Law and Social Change* 32, 2 (1999): 147-68; and Jaclyn Schildkraut, H. Jaymi Elsass, and Mark C. Stafford, "Could it happen here? Moral panic, school shootings, and fear of crime among college students," *Crime, Law and Social Change* 63, 1-2 (2015): 91-110.

4   Jaclyn Schildkraut and Tiffany Cox Hernandez, "Laws That Bit The Bullet: A Review of Legislative Responses to School Shootings," *American Journal of Criminal Justice* 39, 2 (2014): 358-74. There are, however, exceptions to this. After the Columbine shooting, the state of Colorado was successful in passing several gun control measures, including a reinstatement of background checks and prohibitions on "straw purchase" (the buying of a gun on someone else's behalf). Similarly, after the Sandy Hook event, New York State enacted comprehensive antigun violence laws called the SAFE Act.

5   When the investigation subsequent to the 2007 shooting at Virginia Tech revealed a loophole that prevented the shooter's involuntary detention for mental health concerns from being reported into the National Instant Criminal Background Check System (NICS) — which, as required by the Gun Control Act of 1968, would have disqualified him from legally purchasing his firearms — new legislation was passed aimed at addressing the issue. By the time of the 2012 shooting at Sandy Hook Elementary School, it still was estimated that millions of records were missing from the system. In 2017, after a gunman killed twenty-six at a church in Sutherland Springs, Texas, it was revealed that his domestic violence conviction (another disqualifying factor) also had not been reported to the NICS by the U.S. Air Force. He too had legally purchased the gun used in the shooting. Similarly, in the aftermath of many high profile mass shootings, gun control proponents often call for a renewed assault weapons ban, even though one was in effect when the Columbine shooting happened and that one of the guns used in the attack (the Intratec TEC-DC) was on the list of prohibited weapons.

below — are inconsistent, overly broad, and ultimately lead to inflated statistics.

After the February 14, 2018, shooting at Marjory Stoneman Douglas High School in Parkland, Florida, for example, headlines around the country reported it to be the seventeenth school shooting of the year.[6] Many news outlets relied on data from a prominent gun control organization, Everytown for Gun Safety. Everytown defines school shootings as "any time a firearm discharges a live round inside or into a school building or on or onto a school campus or grounds, as documented by the press and, when necessary, confirmed through further inquiries with law enforcement or school officials."[7] Based on this definition, and subsequently included in their compiled data, are attempted or completed suicides, accidental discharges, and purposeful discharges in which no one is injured or killed. When the seventeen events reported by Everytown for 2018 (through the Marjory Stoneman Douglas shooting) are separated based on their context, the number of school shootings in the more "traditional" sense (using Columbine as a template) is reduced to three. This, of course, creates issues developing appropriate policies and responses. Since these situations all required qualitatively different responses from school administrators, law enforcement officials, and other vested stakeholders, treating them all the same for the purpose of providing more compelling statistics is problematic.

> When the seventeen events reported by Everytown for 2018 (through the Marjory Stoneman Douglas shooting) are separated based on their context, the number of school shootings in the more "traditional" sense (using Columbine as a template) is reduced to three.

More broadly, mass shootings also suffer from the same definitional issues. Often, whether an event qualifies as a mass shooting is contingent upon how many people are killed without consideration of the context surrounding the attack. Like school shootings, however, there are situational differences between multiple victim fatality situations such as familicides (the killing of one's family), gang shootings, and even terrorism events in terms of prevention and response.

Further, events may not qualify as mass shootings when they do not meet a requisite number of fatalities (typically four, depending on the definition), despite that the intent and opportunity for the perpetrator was present. For example, a 2015 Congressional Research Service report defines a mass shooting as "a multiple homicide incident in which four or more victims are murdered with firearms, within one event, and in one or more locations in close proximity."[8] Such a definition, however, can be limited in that it misses events — thereby creating false negatives in the accompanying data.[9] The May 21, 1998, shooting at Thurston High School in Springfield, Oregon, highlights

---

6  Chloe Aiello, "17 school shootings in 45 days — Florida Massacre is one of many tragedies in 2018," *CNBC*, February 16, 2018, https://www.cnbc.com/2018/02/14/florida-school-shooting-brings-yearly-tally-to-18-in-2018.html.

7  "School Shootings In America Since 2013," Everytown For Gun Safety, accessed March 30, 2018, https://everytownresearch.org/school-shootings/5837/.

8  William J. Krouse and Daniel J. Richardson, *Mass Murder with Firearms: Incidents and Victims, 1999-2013* (Washington, DC: Congressional Research Service, July 30, 2015), https://fas.org/sgp/crs/misc/R44126.pdf.

9  David Deacon, "Yesterday's Papers and Today's Technology: Digital Newspaper Archives and 'Push Button' Content Analysis," *European Journal of Communication* 22, 1 (2007): 5-25.

Exhibit 4
0158

this issue. The fifteen-year-old shooter killed two students and wounded twenty-five others. Despite twenty-seven total victims, this case would have been excluded from this particular study for not having met the criteria for number of fatalities. Similarly, the twenty-two-year-old perpetrator in the December 11, 2012, shooting at the Clackamas Town Center in Clackamas, Oregon, killed two and wounded a third before his gun jammed. Despite that there were between 8,000 and 10,000 potential victims in the mall at the time of the event, this shooting too would have been excluded as a false negative.

## An Analysis of Mass Shootings

In one of the most comprehensive studies of mass shootings in the United States to date, researchers Jaclyn Schildkraut and H. Jaymi Elsass evaluated existing definitions of mass shootings from a number of sources, identifying the benefits and deficiencies of each.[10] In doing so, they crafted their own definition aimed at overcoming the limitations of these previous descriptors, which serves as the basis for this report:

> A mass shooting is an incident of targeted violence carried out by one or more shooters at one or more public or populated locations. Multiple victims (both injuries and fatalities) are associated with the attack, and both the victims and location(s) are chosen either at random or for their symbolic value. The event occurs within a single 24-hour period, though most attacks typically last only a few minutes. The motivation of the shooting must not correlate with gang violence or targeted militant or terroristic activity.

In addition to definitional issues of school and mass shootings, the absence of a single national database of mass shooting events makes it difficult to properly understand and address the problem. Using the above criteria, Schildkraut and Elsass created a comprehensive dataset of mass shootings. Identifying potential events through media accounts, existing databases, and web searches, they cross-referenced each shooting through at least three sources to ensure that it aligned with the definition.

What they found was that over a fifty-year period stretching between 1966 and 2016, a total of 340 mass shootings occurred in the United States.[11] Collectively, these events resulted in 1,141 deaths and a total of 2,526 victims (both injured and killed). Across mass shooting events, the number of deaths ranged from zero to forty-nine, with the total number of victims (both injuries and fatalities) varying between two and 102. While the number of victims resulting from some events is high,

**In addition to definitional issues of school and mass shootings, the absence of a single national database of mass shooting events makes it difficult to properly understand and address the problem.**

10 Jaclyn Schildkraut and H. Jaymi Elsass. *Mass Shootings: Media, Myths, and Realities* (Santa Barbara: Praeger, 2016).

11 Due to the primary reliance on media accounts to identify incidents, it is possible that not every single mass shooting event has been captured. Still, it is believed that these data are among the most comprehensive of sources, as all will have an inherent margin of error for missing events.

the majority of shootings have far fewer victims, resulting in median number of deaths and total victims of two and five, respectively.

## Variation in Location Selection

Mass shootings occur in a variety of locations, including (but not limited to), schools; workplaces; places of worship (e.g., churches, temples); restaurants; nightlife establishments (e.g., bars, clubs); malls; movie theaters; airports; hospitals; and government buildings. In some instances, they may occur in residential areas or may span multiple locations, with shooters adopting a spree-like format by going mobile.[12] Mass shootings occurred most frequently at workplaces and schools, which combined were the settings for more than 57 percent of events (Table 2). This finding is not entirely unexpected as the shooters have relative ease of access to their victims in their roles as current or former employees or students.

*TABLE 1.* Mass Shooting by Location Type

| LOCATION TYPE | EVENTS | % OF TOTAL |
|---|---|---|
| Workplace | 101 | 29.7% |
| School | 94 | 27.6% |
| Other | 35 | 10.3% |
| Multiple Locations | 30 | 8.8% |
| Restaurant/Nightlife | 24 | 7.1% |
| Shopping/Entertainment | 19 | 5.6% |
| Government/Military | 16 | 4.7% |
| Place of Worship | 12 | 3.5% |
| Residential | 9 | 2.6% |

## Weapons Selection across Mass Shootings

The majority of mass shooting events were carried out with a single firearm (67.1 percent), although multiple weapons were used in approximately one-third of events (Figure 2). Handguns were the most commonly used weapon, with at least one being used in 75.6 percent of events (Figure 3). When only a single weapon was involved, handguns were significantly more likely to be used than any other type of gun (68.9 percent of events).[13] In 28.5 percent of events, at least one rifle, which may include assault-style weapons, was used. To a lesser extent (0.9 percent), other types of guns, such as machine guns, were used by shooters.



*FIGURE 1.* Weapons Usage in Mass Shootings, 1966-2016



*FIGURE 2.* Types of Weapons Used in Mass Shootings

---

12 One example of this is the 2014 shooting in the Isla Vista community of Santa Barbara, California.
13 Based on author computations. This calculation is not included in the figures presented.

Exhibit 4
0160

# Demographics of the Perpetrators

Across the 340 mass shootings identified between 1966 and 2016, there were 352 perpetrators. Just over 96 percent of the shooters were male, most of whom acted on their own (Figure 4). Conversely, there were just fourteen female offenders, twelve of whom acted alone. In just eight shootings (2.4 percent), multiple shooters were present. Mass shootings with co-offenders more commonly involved two or more males.

The distribution of age of the shooters is presented in Figure 5. The average age of a mass shooter is 33.4 years. The youngest shooter was eleven years of age, while the oldest was eighty-eight. Nearly half (46 percent) of the 352 shooters were under the age of thirty at the time of their crimes, with 16 percent of those perpetrators being juveniles (those individuals under the age of eighteen).

Race was reported for 304 (86 percent) of the shooters, the distribution of which is illustrated in Figure 6. Despite common misperceptions that all mass shooters are white, the findings indicate that while a majority are, this  proportion is just over half of the perpetrators (53.9 percent). More than one in four shooters is black and nearly one in ten is of Hispanic descent. Fewer than 5 percent of mass shooters were classified as Asian, Native American, or of other racial or ethnic descent.

*FIGURE 3.* Sex of Mass Shooters by Event Circumstance



- Solo Male
- Solo Female
- Two or More Males
- Male-Female Pair

Exhibit 4
0161

*FIGURE 4.* Distribution of Age across Mass Shooters



*FIGURE 5.* Distribution of Race/Ethnicity across Mass Shooters

## Mass Shooting Trends over Time

Over the fifty-year period examined (1966-2016), mass shootings have been steadily increasing each year (Figure 7). While several of the earlier years experienced no mass shootings (based on the definition used here), five years exceeded twenty events, all of which occurred within a six-year period (2009-14). The most shootings in one year (twenty-two) took place in 2009.

When examining the distribution of the number of events by decade, as illustrated in Figure 8, we again can observe the continual increase in mass shootings. While there were only twelve such events between 1966 and 1975, 183 mass shootings were identified during the period between 2006 and 2016. Additionally, there is a steady increase in the average number of events per year when examining mass shootings over the last five decades. Still, on average, there are fewer than twenty mass shootings annually.

Finally, while the risk of becoming the victim of a mass shooting is extremely low, there has been a similar increase in this rate over time (Figure 9). Using data from the U.S. Census to account for changes in population over time, the average incidence rate for total victimization (both injuries and fatalities) due to mass shootings between 2006 and 2016 was nearly 0.04 per 100,000 people in the population, almost seven times greater than the incidence rate between 1966 and 1975. Since 1986, individuals victimized in a mass shooting were more likely to be injured rather than killed. This is due, at least in part, to improvements in medical technology, advances in active shooter training and related protocols, and faster response times by law enforcement and other first responders.

> There is a steady increase in the average number of events per year when examining mass shootings over the last five decades. On average, under Schildkraut and Elsass's definition, there are between nineteen and twenty mass shootings annually.



Exhibit 4
0163

*FIGURE 6.* Distribution of Mass Shootings by Year



*FIGURE 7.* Frequency of Mass Shootings by Decade and Average Number of Shootings by Year, 1966-2016



**Exhibit 4**
**0164**



FIGURE 8. Average Annual Incidence Rates of Victimization Due to Mass Shootings by Decade

## A Roadmap for Policymakers

Knee-jerk reactions rooted in emotion will not solve the problem. The evidence produced to date shows that the problem requires solutions that are versatile and grounded in evidence in order to be effective. Although mass shootings occur considerably less frequently than portrayed by the media, the findings are that they have increased over time. While some of our most populous states have experienced a majority of the mass shootings over time, there are states that have never had one. Schools and workplaces are more likely to be the site of a mass shooting and policy efforts should focus more intensely in those areas. Further, although common public perceptions of mass shootings include use of assault rifles, more than three-quarters of mass shootings actually involve handguns. Therefore, it is incumbent to find evidence-based solutions to this growing problem. Given the regional, demographic, and type of gun used data, a one-size-fits-all approach may not work — tailored solutions may work better depending on the state and the community. Future works by the consortium will explore these issues.



# ABOUT THE REGIONAL GUN VIOLENCE RESEARCH CONSORTIUM

The Regional Gun Violence Research Consortium is dedicated to the reduction of gun violence involving firearms through interdisciplinary research and analysis.

With the combined expertise of public health, social welfare, public policy, and criminal justice experts, the consortium informs the public and provides evidence-based, data-driven policy recommendations to disrupt the cycle of firearm-involved mass shootings, homicides, suicides, and accidents.

The consortium is part of States for Gun Safety, a multistate coalition that aims to reduce gun violence by:

+ Creating a multistate database to supplement the federal National Instant Criminal Background Check System.

+ Tracking and intercepting guns that are used in crimes as well as guns transported across state borders.

+ Informing policymakers and the public through interdisciplinary research and analysis.

Learn more at [www.rockinst.org/gun-violence.](www.rockinst.org/gun-violence.)

🐦 @RockGunResearch

14

**Exhibit 4**
**0166**



## ABOUT THE ROCKEFELLER INSTITUTE

Created in 1981, the Rockefeller Institute of Government is a public policy think tank providing cutting-edge, evidence-based policy. Our mission is to improve the capacities of communities, state and local governments, and the federal system to work toward genuine solutions to the nation's problems. Through rigorous, objective, and accessible analysis and outreach, the Institute gives citizens and governments facts and tools relevant to public decisions.

Learn more at www.rockinst.org

@RockefellerInst

Exhibit 4
0167



LEARN MORE
------------------------
www.rockinst.org
@rockefellerinst

Rockefeller
Institute of Government

Exhibit 4
0168

# EXHIBIT "5"

Exhibit 5
0169

# ABORTION AND CRIME: UNWANTED CHILDREN AND OUT-OF-WEDLOCK BIRTHS

JOHN R. LOTT JR. and JOHN WHITLEY*

*Legalizing abortion can either increase or decrease investments in children's human capital. This article finds that abortion increases the number of out-of-wedlock births. Using data that more directly links the criminal with age when the crime was committed, not age when arrested, and fixing the assumption in previous research that no abortions took place prior to the* Roe v. Wade *decision in the 45 states affected by that decision, we find consistent significant evidence that legalizing abortions increased murders by over 7%. Linear estimates indicate that legalization increased total annual victimization costs by at least $3.2 billion.* (JEL K42, K14, J24)

## I. INTRODUCTION

With violent crime rates dropping by 31% from their peak in 1991 to 1999 and murder rates declining by 42%, many explanations have been offered. This drop is all the more interesting because it occurred while some academics had predicted the rise of super predators and an explosion of crime.[1] In the debate, many plausible explanations for this decline have been advanced, such as increased arrest and conviction rates, longer prison sentences, "broken windows" or "problem-oriented" police policies, the ending of the crack epidemic, a strong economy, right to carry concealed handgun laws, and legalizing abortion during the early 1970s.[2] Generally, all these explanations could be simultaneously true. Most scholars agree that the crime reduction must be due to a range of factors, though they disagree on which ones are important.

Recently Donohue and Levitt (2001) suggested that "legalized abortion may account for as much as one-half of the overall crime reduction" during the 1990s, legalization accounted for even more of the drop in murder rates. One of their estimates implies legalizing abortion accounts for 25 percentage points of the 31-percentage-point drop in murder between 1991 and 1997 (2001, table IV, column 6). Two possible hypotheses were advanced. Abortion may have prevented "unwanted" children from being born. These unwanted children might, if born, have had smaller investments in human capital by their parents and thus been more prone to end up in trouble when they grew older (e.g., Bouza (1990) or Morgentaler (1998)).[3] Second, there is the less savory issue of whether abortion simply heavily culls out certain groups disproportionately involved in crime (e.g., poor black males).

*We thank Mike McKee and an anonymous referee from *Economic Inquiry*, Alan Sykes, Richard Epstein, Ed Glaeser, Ted Joyce, Teb Marvell, David Murray, Sam Peltzman, Florenz Plassmann, Mark Ramseyer, and Bob Reed as well as participants at the American Law and Economics Association meetings, George Mason University, New York University, SUNY Binghamton, Virginia Polytechnic and State University, and a conference on abortion and crime at the American Enterprise Institute for helpful comments. The Yale Law School's Center for Law, Economics, and Public Policy provided funding for this research. Unfortunately, at the time that this article was originally written, Donohue and Levitt were unable to provide us with either all their data or their regressions.

*Lott:* Resident Scholar, American Enterprise Institute, Washington, DC 20036. Phone 1-202-862-4884, E-mail johnrlott@aol.com

*Whitley:* Received his Ph.D. from the University of Chicago, Taylor Run, Alexandria VA, 22314.

1. Lynette Clemetson, "The Gospel According to John," *Newsweek*, February 12, 2001, p. 25.

2. For evidence on all these explanations except for abortion see Lott (2000, chap. 9).

3. Henry Morgentaler, one of the leading proponents of abortion in Canada for several decades, notes (1998) that "it is well documented that unwanted children are more likely to be abandoned, neglected and abused. Such children inevitably develop an inner rage that in later years may result in violent behaviour against people and society . . . . I predicted a decline in crime and mental illness 30 years ago when I started my campaign to make abortion in Canada legal and safe. It took a long time for this prediction to come true. I expect that things will get better as more and more children are born into families that want and desire them, and receive them with joy and anticipation" (Morgentaler 1998). Similarly, Bouza, the Minneapolis police chief, wrote (1990) that abortion is "arguably the only effective crime-prevention device adopted in this nation since the late 1960s."

1

Economic Inquiry
(ISSN 0095-2583)

doi:10.1093/ei/cbl003
© 2006 Western Economic Association International

**Exhibit 5**
**0170**

Given the possible racial implications, it is important to separate these two hypotheses. This concern has been particularly raised by those pointing out that blacks account for over 30% of the abortions since the early 1970s.[4] One simple test would have been to measure whether the drop in crime still occurred after directly accounting for the changing racial composition of the population.[5]

Although it is indeed quite plausible that abortion would result in fewer unwanted children who have smaller investments in human capital and higher probabilities of engaging in crime, the legalization of abortion may have increased the number of out-of-wedlock first births.[6] If true, the prediction for crime is the opposite of the Bouza-Morgentaler-Donohue-Levitt hypothesis. Others note that the legalizing of abortion might contribute to a coarsening of society and thus lead to more crime.[7]

This article directly links the number of abortions when a cohort was born to the crimes that cohort later commits using the Supplemental Homicide Report to more directly link murders to the age of the murderer and the Centers for Disease Control and (CDC) estimates on the number of abortions. We find that legalizing abortion was associated with a statistically significant increase in murder rates.

## II.  THE RELATIONSHIP BETWEEN LEGALIZING ABORTION AND CRIME

The central question is really how abortions alter human capital investments in marginal children. To Donohue and Levitt, the marginal children are "unwanted" ones whose parents would not have taken good care of them.[8]

But the legalization of abortion might also cause women to have children out of wedlock. Akerlof et al. (1996) focus on the fate of the children who were born (not on what fate would have awaited each child had they not been aborted). From the 1960s through to the late 1980s (the last years in which births could have any effect on crime rates during the 1990s), there has been a tremendous increase in the rate of out-of-wedlock births. On average during 1965–69, only 4.8% of whites were born out of wedlock, rising to 16.1% 20 years later (1985 to 1989). For blacks, the numbers rose from 34.9% to 61.8%. As Akerlof et al. (1996) point out, unmarried women used to be much more likely to put up their children for adoption. In 1969 only about 28% of children born out of wedlock were being raised by mothers who were still unmarried within three years. By 1984, that same fraction doubled to 56%. Hence, before legalized abortion most of the children born out of wedlock ended up in families with a father.

To Akerlof et al., the legalization of abortion reduced women's ability to withhold premarital sexual favors from men. Women who are willing to obtain an abortion are more likely to engage in premarital sexual activity without a promise of marriage should pregnancy occur. However, other women who are unwilling to obtain an abortion face competition from women who are willing to obtain an abortion as men "seek satisfaction elsewhere" (Akerlof et al. 1996, pp. 296–97). Furthermore, as premarital sex and out-of-wedlock births became more common, the stigma declined and social pressure for couples to marry also declined, hence reducing investment in the child.[9]

---

4. *Abortion Surveillance: Preliminary Analysis—United States, 1996*, CDC, December 4, 1998, 47(47); 1025–1028, 1035.

5. In a response to this article when it was presented at the American Law and Economic Association meetings in 2001, Donohue argued, "If abortion is changing a state's demographics, then controlling for demographics is inappropriate when trying to measure the impact of legalized abortion." We argue that is precisely what you want to account for if you want to see whether the impact of crime is due to the changing quality of people within groups as opposed to eugenics-type claim that the drop in crime results from culling out those portions of the population who are likely to engage in crime. However this article goes further and examines the results both with and without demographics.

6. Recent work by Klick and Stratmann (2003) indicates that sexual activity increased dramatically after legalized abortion. Grossman and Joyce (1990, pp. 1000–1) provide interesting results that the number of abortion providers in New York City is negatively related to birth weight.

7. George F. Will, "More Abortions, Fewer Crimes?" *Newsweek*, April 30, 2001, p. 84.

8. They cite evidence that aborted pregnancies would have resulted in children who "would have been 60 percent more likely to live in a single-parent household, 50 percent more likely to live in poverty, 45 percent more likely to be in a household collecting welfare, and 40 percent more likely to die during the first year of life" (Gruber et al. 1999, p. 265). They point to evidence that unwanted children and those raised in "an adverse family environment" are "strongly linked to future criminality" (p. 11). However, the discussion relating human investments in crime is more complicated than this because assumptions must be made about how the reduction reduces the return to legitimate relative to illegitimate activities (Lott 1987).

9. Contraceptives make abortion less of an issue, and it seems likely that the knowledge and correct use of contraceptives is much higher among intelligent women. For them the cost of premarital sex is lower, and they will face relatively few unwanted pregnancies.

**Exhibit 5**
**0171**

Both effects are likely to be going on at the same time. "Unwanted" children may indeed become less common after abortion, with those potential children avoiding the problems of an adverse family environment and a higher likelihood of crime. At the same time, other women who want children and are unwilling to have abortions find that they are raising children on their own, which also entails a smaller investment in human capital compared to the situation that existed before abortion was legalized. It is unclear which effect will dominate, and thus whether the investment in children's human capital will increase or decline.

Both effects are also consistent with an observed reduction in fertility rates. Women who do not want children obviously can terminate pregnancies. Women who do not want to avail themselves of abortions are now more willing to engage in risky premarital sex and more likely to end up with more out-of-wedlock births, but this is still a less attractive option than they faced before abortion was legal when they would have been able to wait until marriage for sex and have had children within a marriage. Women with children may also find marriage at a later date more difficult.

Finally, whereas Akerlof et al. don't extend their discussion to crime, both theories relate abortion to crime rates through the level of investment in a child's human capital. The percentage of children born out of wedlock and the rate at which those children are raised by their unwed birth mother are easily observable, yet it is more problematic to link such time-series evidence to the legalization of abortion. In contrast, the types of homes in which children had they not been aborted would have grown up in is even more hypothetical. By 1980, 665,747 children were born out of wedlock and almost 1.3 million were aborted; both numbers are large, but more information is needed to answer what happens to investment in human capital and thus crime.

## III.   CHANGES IN MURDER RATES BY AGE RANGE

Five states are classified by Donohue and Levitt as legalizing abortion prior to the *Roe v. Wade* decision in January 1973. California's Supreme Court legalized abortion in late 1969 and Alaska, Hawaii, New York, and Washington legalized abortions through legis-

lation the following year. The data used in their regressions assume that no abortions occur in any state other than these five prior to 1973.[10] However, there are doubts whether this simple classification accurately reflects the ease of obtaining abortions: abortion data from the CDC indicate that other states that allowed abortions only when the life or health of the mother was in danger actually had higher abortion rates than some states where it was legal (see Table 1).[11] For example, in 1972, Maryland, Oregon, New Mexico, Kansas, and the District of Columbia had abortion rates that were as high or higher than the states where abortion was legal. Still other states such as Wisconsin, Colorado, and Delaware were not very far behind.

Overall, 23 states in 1972, 20 in 1971, and 5 in 1970 are incorrectly listed in their data as not having abortions.[12] Other publications also use Donohue and Levitt's abortion data (e.g., Joyce 2004; Garmaise and Moskowitz 2004; though Joyce 2006 now makes similar points to the ones raised here).

The assumption of zero legal abortions in the late adopting states prior to *Roe v. Wade* is not a random error and systematically lowers their abortion rates relative to the early adopting states during the years between when the early adopting states started allowing abortions and the *Roe v. Wade* decision.

10. The correlation between the CDC's measure of abortions and those used by Donohue and Levitt is 0.91 for abortions from 1973 to 1985, but it falls to 0.84 from 1970 to 1985 because of the assumption that there are no abortions in the nonlegalizing states prior to 1973. Using data we provided them, Donohue and Levitt (2004, p. 34) do report three regressions with the CDC data up until 1981 (not 1985), but these are only for the regressions that create their aggregate measure of abortion and not the arrest rate data that they also use that roughly tries to link the criminal's year of birth with the year of the murder. The estimates employed here will be more equivalent to their more disaggregated regressions that use the arrest rate data, not their estimates using the aggregate effective abortion rate. As will be discussed later, the Supplemental Homicide Report is the standard data set used for linking the characteristics of the murderer with the victim (not the Uniform Crime Report used by Donohue and Levitt), and that is the data set that we will use in this article. One comment should also be made: We were the ones who supplied Donohue and Levitt with the CDC data on abortion rates.

11. We originally discovered the abortion data from the CDC when the data that Donohue and Levitt used from the Alan Guttmacher Institute was not made available to us when we put this article together.

12. Donohue and Levitt do not include data on the number of abortions prior to 1970.

**Exhibit 5**
**0172**

ECONOMIC INQUIRY

## TABLE I

Comparing Abortion Rates for States Where Abortions were Legal (in bold) versus Those where Abortions Could be Done When the Life or Health of the Mother is in Danger

| 1969 | | 1970 | | 1971 | | 1972 | |
|---|---|---|---|---|---|---|---|
| State | No. Abortions per 1,000 Live Births | State | No. Abortions per 1,000 Live Births | State | No. Abortions per 1,000 Live Births | State | No. Abortions per 1,000 Live Births |
| **California** | **35** | **Alaska** | **120** | Alabama | 7 | Alabama | 19 |
| Colorado | 25 | **California** | **172** | **Alaska** | **160** | **Alaska** | **169** |
| Georgia | 2 | Colorado | 53 | Arizona | 20 | Arizona | 7 |
| Maryland | 31 | D.C. | 268 | Arkansas | 18 | Arkansas | 24 |
| | | Delaware | 55 | **California** | **344** | **California** | **420** |
| | | Georgia | 7 | Colorado | 101 | Colorado | 136 |
| | | **Hawaii** | **204** | Connecticut | 16 | Connecticut | 66 |
| | | Maryland | 101 | DC | 703 | DC | 1801 |
| | | New Mexico | 73 | Delaware | 114 | Delaware | 151 |
| | | **New York** | **534** | Georgia | 17 | Florida | 42 |
| | | North Carolina | 13 | **Hawaii** | **261** | Georgia | 29 |
| | | Oregon | 199 | Kansas | 277 | **Hawaii** | **295** |
| | | South Carolina | 8 | Maryland | 145 | Kansas | 369 |
| | | Virginia | 14 | Massachusetts | 33 | Maryland | 178 |
| | | **Washington** | **83** | Mississippi | 2 | Massachusetts | 41 |
| | | | | New Mexico | 219 | Mississippi | 1 |
| | | | | **New York** | **927** | Nebraska | 34 |
| | | | | North Carolina | 46 | New Mexico | 291 |
| | | | | Oregon | 206 | **New York** | **1183** |
| | | | | Pennsylvania | 36 | North Carolina | 94 |
| | | | | South Carolina | 14 | Oregon | 228 |
| | | | | Vermont | 1 | Pennsylvania | 52 |
| | | | | Virginia | 46 | South Carolina | 17 |
| | | | | **Washington** | **265** | Tennessee | 0 |
| | | | | Wisconsin | 65 | Vermont | 32 |
| | | | | | | Virginia | 60 |
| | | | | | | **Washington** | **377** |
| | | | | | | Wisconsin | 116 |

Donohue and Levitt have argued since the publication of their article that excluding abortions in the "nonlegal" states is justified because only relatively well-to-do mothers were able to "game the system" and obtain abortions and that the offspring of these mothers were not the type who would likely have engaged in criminal activity.[13] Although there is no direct data on the wealth of the women who have abortions, we can proxy their wealth by using information on a woman's race. Two different racial categories are available from the CDC: blacks and others

or whites. The evidence indicates that if anything relatively poorer women made up a larger share of abortions in the nonlegal states. Blacks and other women make 24% of the female population between 10 and 49 years of age and the same percentage of live births, but they account for 30% of the abortions in nonlegal states prior to 1973. By contrast, they make up 32% of the female population and 33% of live births in the five legal states, but only 21% of the abortions.

Although we will rely on Donohue and Levitt's classification in this section, including other states as early adopters, with abortion rates at least as high as those where it was legal, produces results that were more inconsistent

13. Based on comments made at the 2001 American Law and Economics Association meetings.

**Exhibit 5**
**0173**

**FIGURE 1**
Timing of Changes in Murder Rates for Different Age Cohorts



with their hypothesis.[14] We will graphically examine the changes in crime rates, first comparing murder rates across different age groups in United States over time and second by comparing crime rates in the states that first legalized abortion to other states.

Also important, we will use the Supplemental Homicide Reports instead of the arrest reports in the Uniform Crime Reports because they allow us to much more accurately disaggregate the number of murders committed by

each age for each state.[15] Suppose the legalization of abortion can explain up to 80% of the drop in murder during the 1990s, as suggested by Donohue and Levitt. Such a huge drop in crime should be readily observed first in the youngest age categories and then gradually appear in progressively older age groups as they were born after abortion was legalized. To examine this, we broke down the number of murderers into five age categories: 10- to 15-year-olds, 16- to 20-year-olds, 21- to 25-year-olds, 26- to 30-year-olds, and over age 30. By far the highest murder rates (the number of murderers in an age category divided by the number

14. Joyce (2004) and Foote and Goetz (2006) argue that the District of Columbia should also be included as an early adopter, and making this change would strengthen our findings that legalization increases crime. Simply to be consistent with Donohue and Levitt, we primarily use the number of abortions reported in a state, though we also provide results that adjust for whether people are coming from other states to have their abortion. We measure the total number of abortions by state, though the results are extremely similar if we simply used the number of abortions for a state's residents. This is shown in Table 3, and doing so makes the affect of abortion more positive and statistically significant.

15. Arrests are a poor measure of crimes because arrests can frequently occur in different years from when the crime took place. The Supplemental Homicide Reports also do a much better and much more complete linking of the characteristics of the murderer with those of the victim. The simple arrest rate data from the Uniform Crime Report contains many missing observations for the age of the murder that are not found in the Supplemental Homicide Reports.

**Exhibit 5**
**0174**

**FIGURE 2**
Comparing Early versus Late Legalizing States

**A) Timing of Changes in Murder Rates for Murderers Who are 10 to 15 Year Olds**



**B) Timing of Changes in Murder Rates for Murderers Who are 16 to 20 Year Olds**



**C) Timing of Changes in Murder Rates for Murderers Who are 21 to 25 Year Olds**



**Exhibit 5**
**0175**

**FIGURE 2**
Continued



**D) Timing of Changes in Murder Rates for Murderers
Who are 26 to 30 Year Olds**

of people of that age) are concentrated in two age categories 16–20 and 21–25, with the murder rate for 26–30-year-olds ranking third.

Figure 1 shows how the murder rates varied by age for the period from 1976 to 1998. The murder rate changes appear to be more consistent with the theory that legalizing abortion increased (rather than reduced) murder rates. The murder rates for the two oldest age groups (26–30 and over 30 years of age) fall almost over the entire time period. The next two oldest age groups (16–20 and 21–25 years of age) both peak in 1993. Finally, the youngest age group peaks last in 1994.[16]

---

16. Foote and Goetz (2006) provide similar figures for violent and property crime rates. Although we are focusing on who is committing the crimes, it is also possible to produce a figure for the victimization rate, and it produces a similar pattern where the victimization rate for the oldest people begins to decline among the youngest. Another way of summarizing this information is to examine the average age of murderers. If murder rates first declined among the youngest, the average age of murderers should be rising. Yet, as Figure 1 implies, the average age of murderers fell almost continually from the mid-1970s to the 1994, declining from 30.9 years of age in 1977 to 27 in 1994. Only after 1994 has there been a slight rebound in the average age as the younger age groups began to reverse their increase in rates of committing murder which began in the mid-1980s. By 1998, the average age of murderers had risen back up to 28 years of age. This diagram also provides a caution for Donohue and Levitt's use of an aggregate abortion rate that creates an index that assumes the share of murders committed by different ages remains constant over time. Using a constant weighting over time causes the early drop in murder rates to be driven by the oldest cohort of criminals even though their theory depends on the drop occurring because of a change in the behavior of younger people.

The next set of figures contrasts the changes in crime over time for five early legalizing states with all the other late legalizing states. Figures 2A–2D make this comparison for 10–15-year-olds, 16–20-year-olds, 21–25-year-olds, and 26–30-year-olds. We also investigated murderers where the age of the murderer is not known were also examined, but not shown. Murders by those over age 30 are excluded because no one in that category was born after the legalization of abortion. Besides the murder rates for the early and late legalizers, the dotted vertical lines indicate the years when legalization begins to apply to people in the age range.[17] For example, the first people born after the legalization of abortion in the early legalizing states were born in 1970 and didn't start to enter the 10–15 age category until 1980. Because legalization is not assumed by Donohue and Levitt to have occurred for the late adopters until 1973, there should be no affect on crime by 10–15-year-olds in those states until 1983.

Figures 2A, 2B, and 2C show several striking similarities. The patterns are remarkably similar over time when one compares the "early" legalization patterns across age groups to each other. The 10 to 15 year olds in the

---

17. The numbers in Figure 2A prior to 1980 are calculated slightly differently than the other numbers because of the inability to precisely link the ages of population with crimes by this age group. To make this link we assumed that the population group for 5–13-year-olds was uniformly distributed.

Exhibit 5
0176

**FIGURE 3**

Tracing Cohorts over Time by Using a Two-Year Period on Either Side of the Legalization of Abortion



**A) Following Cohort Murder Rates for Those Born Immediately Before and After the Legalization of Abortion -- States that Legalized Abortion in 1970**



**B) Following Cohort Murder Rates for Those Born Immediately Before and After the Legalization of Abortion -- 45 States and the District of Columbia that Legalized Abortion in January 1973**

early adopters in Figure A can not be affected by abortions until 1980 and the early adopters in the older age groups in Figures B and C can not affected until 1986 and 1991, respectively. Thus, if abortion is driving the murder rates for the early adopters in the first three figures, the patterns should be lagged by about six years for 16 to 20 year olds and then another five years for 21 to 25 year olds. Instead the three early adopter patterns are remarkably similar to each other. All three rise from 1976 to 1980, then fall from 1980 to 1984, then rise into the 1990s, and finally fall together

again over the last five years. The same similarity also holds true for the three late adopting patterns. All three decline from 1980 to 1984, then rise, and then fall together again.

Figures 2A to 2D further show a remarkably similar pattern across early and late adopting states despite abortion legalization affecting the late legalizers with a three-year lag. It is also clear that despite legalization beginning to affect people in the different age groups at different times there is little obvious relation to any changes in murder rates. Although murder rates declined when abortions were legalized for early

**Exhibit 5**
**0177**

## FIGURE 4

Tracing Cohorts over Time by Using a Four-Year Period on Either Side of the
Legalization of Abortion

**A) Following Cohort Murder Rates for Those Born
Immediately Before and After the Legalization of
Abortion -- States that Legalized Abortion in 1970**



**B) Following Cohort Murder Rates for Those Born
Immediately Before and After the Legalization of
Abortion  --  45 States and the District of Columbia
that Legalized Abortion in January 1973**



adopters for 10–15-year-olds and early and late adopters for 21–25-year-olds, murder rates rose after legalization for late adopters in the 10–15-year-old age range and early and late adopters for 16–20-year-olds. Examining both early and late adopters for the 26–30-year old age group, the legalization of abortion does not seem to speed up what had been a fairly continuous drop in murder rates over the whole period. If legalizing abortion is having any effect on murder rates, it is not obvious from this raw data.[18]

The murder rates for murderers of unknown age also show a similar pattern in murder rates for both sets of states. The murder rates peak in 1993 for the early adopters and 1994 for the late adopters. Again, the

---

18. The gap between early and late adopters also does not vary in ways that can be explained by the legalization of abortion. For example, in Figures 2A and 2B the gap between early and late adopters falls from 1980 to 1985 in both graphs even though legalization cannot possibly begin to impact the 16–20-year-olds in Figure 2B until 1986.

Exhibit 5
0178

timing of these peaks do not seem consistent with legalized abortion: There is no difference in when the peaks in murder rates occurred and there is too long of a lag after legalization.

It is also possible to compare the murder rates by people born immediately before and after abortion legalization. The top panel in Figure 3 is for people born immediately two years before or two years after the legalization of abortion in the five early adopting states. The second panel does the same thing for those living in the 45 states and the District of Columbia that were affected by *Roe v. Wade*. The graphs tack these cohorts crime rates from their teens through their twenties. There is some difference in murder rates as these cohorts age, particularly during the late teenage years. For example, in B, while the murder rate among those born after legalization rises faster up until age 18, this group also has a slightly faster decline in murder rates after that point. In A, those born prior to legalization have higher murder rates for nine ages, and the reverse is true for five ages. It is possible to include additional years before and after legalization, and these do show a somewhat higher murder rates during middle age years for those born after legalization (e.g., see Figure 4 for a period of four years before and after legalization), but allowing more years to elapse between cohorts makes comparisons more difficult because other factors may be changing.[19]

Finally, a breakdown according to the sex of the murderer is also possible. Some abortions are done to selectively choose the sex of infants, and this has become progressively easier over time. The presumption is usually that female offspring are less desired than males and thus aborted at relatively higher rates, possibly implying greater drops in violent crime by women.[20] Yet murders by women fell continually during the 1980s and 1990s. The entire difference between overall murder rates in-

creasing in the last half of the 1980s and the dropping during the 1990s is driven by males. Breaking down murders for women and men by the age of the killer (not shown here) again confirms what was reported in Figure 1: The drop in murder rates is first observed for the oldest age categories. The abortion argument does not seem to apply to abortions of females.

## IV.  HOW TO TEST THE RELATIONSHIP BETWEEN ABORTION AND CRIME

As just noted, the major benefit of the Supplemental Homicide Report is to move beyond these aggregate crime and abortion numbers and directly link the age of the murderer with the year in which the crime occurs.[21] To use this data in a regression

---

19. Graphs showing one and also three years before and after the legalization are also available.

20. The explicit systematic use of abortion to select male offspring appears most widespread in Asian countries and India, but discussions also arise in the U.S. press. See Michael Breen, "Daugthers Unwanted: Asian's Preference for Sons Makes Abortion Rate Soar," *Washington Times*, February 13, 1993, p. A1; Sharon Rutenberg, "'Custom-Made' Families by Sex Selection," United Press International, May 31, 1983; Owen D. Jones, "Made-to-Orders Babies," *Connecticut Law Tribune*, September 6, 1993, p. 19.

21. Donohue and Levitt create an "effective abortion rate" that weights the number of abortions in different past years by the percent of total arrests for a particular crime that occur for people who were born in that year. It is a creative approach, but as with most aggregation problems, there are risks. One of the dangers in using the aggregate crime rate across all ages is that they may incorrectly link changes in total crime rates to the wrong age groups. Donohue and Levitt also made other compromises in creating the effective abortion rate. They assume that the relative rates at which different age groups commit crime is not only the same across all states but is also constant over time. This assumption causes these results to miss that it is the drop in murders by older people that is responsible for the drop in murder rates to occur during the early 1990s (Figure 1). For example, while murders by 16–20-year-olds made up 12% of total identified murders in 1984, they made up 21% in 1994. Similarly, the assumption that crime is committed at the same rate by different age groups across states and over time is another oversimplification (see figure 5 at http://ssrn.com/abstract=270126). We redid the results reported in Donohue and Levitt's table IV: (1) assuming that no abortions occurred when not defined as legal by Donohue and Levitt or using CDC abortion data for all years in calculating the effective abortion rate, (2) using national average weights for 1985 or state- and year-specific weights in calculating the effective abortion rate, and (3) using either the Uniform Crime Report murder rate or the murder offender rate from the Supplemental Homicide Report (more details are available in table 2 at http://ssrn.com/abstract=270126). Donohue and Levitt's (2001) results in their table IV column 6 implied a 0.43% drop in murder for each 1% increase in abortions. This accounts for 25% of the 30% drop in murder between 1991 and 1997. By contrast, when we used all the abortion data available and used state and year weights in determining the share of crimes committed by each age group instead of assuming constant shares across states and years, the same specification implies that each 1% increase in abortion raises the murder rate by 0.08%. Everything else equal, abortion slightly increased murder rates by 1.3% between 1991 and 1997. Results are available that examine how the results found by Donohue and Levitt change even when the FBI's Uniform Crime rate data are used. See the discussion in section IV here: http://ssrn.com/abstracat-270126.

**Exhibit 5**
**0179**

analysis, we set up panel data to examine the number of murders committed by each year of age by state by year. We break down the individual ages by year from 10 to 30 years of age and then aggregate together all the murders committed by those over age 30. The age groupings are disaggregated by year born for those born when abortion may have been allowed. This panel allows us to track each cohort as they age and account for the number of legal abortions in their state in their year of birth. If abortion eliminates those in the population who are most likely to commit murder, we should observe a significantly lower murder rate among those who were born immediately after legalization. Furthermore, that difference should be traceable over time as each cohort ages.

In their estimates explaining arrests for violent crime (table VII), Donohue and Levitt drop observations where there are zero arrests for a given age. Yet excluding observations based on on the realization of the dependent variable creates potential selection bias. This problem is particularly acute for murder, which is less frequently committed than either overall violent or property crime, and it is the reason they cite for not reporting these estimates for murder. The distribution is clearly not normal. In our sample, almost a third of the observations by age by state by year have zero murders (see Appendix Figure A2 at http://ssrn.com/abstract=270126 for the entire distribution). Though the mean and variance of murders is consistent with a Poisson distribution, we deal with the count nature of the data by estimating both Poisson and negative binomial regressions (Plassman and Tideman 2001).

Obviously many factors affect the rate at which people commit murder. The most basic regressions include age, state, and year fixed effects. We also include the population in the state that are the same age as the murderers. Law enforcement efforts against murder are measured by arrest rates for murder, the execution rate in the year that the crime occurred, and the percent of the population in prison.[22] Both the last two variables are problematic because crime and enforcement rates in the past as opposed to current efforts are much more important in determining

their current values. This is probably less of a difficulty for execution rates because changes in who is governor or changes in the composition of the state supreme court can have a big impact on the number of executions that take place. Using the general prison population as a percent of the total population also has the problem that only about 1% or 2% of prisoners are incarcerated for murder and any changes in enforcement against murder are likely to have small changes in even this tiny fraction because prison sentences for murder are so long.[23]

The bottom line is that the variable we would like to measure—prison sentences as deterrence against murder—would likely be swamped by the changes in enforcement for other crimes. However, the results reported here are not much affected by the inclusion of any of these variables, and we include the percent of the population in prison simply to make our results consistent with those of Donohue and Levitt.

Other factors that we account for are the unemployment rate; the poverty rate; real per capita personal income; real per capita government payments for income maintenance; unemployment insurance and retirement payments; state population density in miles; a set of demographic variables that subdivide a state's population into 36 different race, sex, and age groups (see Appendix Table 1);[24] and the trends before and after the passage of right-to-carry laws. With the exceptions of demographics and broader measures of income, the variables are similar to those used by Donohue and Levitt. We have included these other variables because they have been used in our past work (e.g., Lott 2000) and because of the importance of demographics in accounting for whether changes in crime are simply due to groups that commit crime at high rates being culled out of the population. Still, as we will show shortly, the

---

22. For discussions of these variables, see Lott (2000).

23. There are other theoretical problems with using the prison population. For example, prison population is a stock while the crime rate is a flow. The difficulty that this creates is that the prison population is determined by enforcement over many years, but it is the current level of enforcement that is important for determining the crime rate.

24. Available online at http://ssrn.com/abstract=270126.

Exhibit 5
0180

results we report are not dependent on any particular set of control variables.[25]

## V. MEASURING THE IMPACT OF ABORTION ON CRIME

The panel data set covers murders committed by murderers in 22 age categories (by year of age from 10 to 30 and over 30), 50 states and the District of Columbia, and years from 1976 to 1998. In addition, 23% of the murders are in a twenty-third category covering murders committed by criminals of unknown age. Potentially there are 26,979 observations, though missing observations reduce it to 21,480, particularly the population by year of age, which is only available starting in 1980.

The first issue is what to do with the unknown age category. There are several possible approaches: (1) exclude murders where the age of the criminal is unknown, (2) include all murders but use additional dummy and trend variables to proxy for the impact of abortion for those observations because abortions numbers are not available for murderers of unknown age, or (3) use estimates included in the Supplemental Homicide Reports that distribute the unknown murderers based on the known distribution by age/race/sex of offenders by state and year. The first two approaches create problems by either censoring the endogenous variable or not being able to link the unknown murderer category to the abortion variable. The third approach is problematic because unknown murderers may be different from murderers who have been identified if only because they are more difficult cases.[26] The chief advantage of the second approach is that it does not discard any information. We primarily report the results using the second approach, but we tried all three, and the abortion variable estimate differed little across specifications.

For the second approach, we estimated the following regression:

(1) $\text{Murders}_{ijk}$

$$= \beta_1(\text{Abortions}/1{,}000 \text{ Females age } 15\text{--}44)_{ijk} + \beta_2\text{Population of Age Cohort}_{ijk}$$
$$+ \beta_3\text{Control Variables}_{jk} + \beta_4(\text{State Fixed Effects}$$
$$\times \text{ Time trend that is nonzero when the age of murderer is unknown})$$
$$+ \beta_5\text{State Fixed Effects} + \beta_6\text{Age Fixed Effects} + \beta_7\text{Year Fixed Effects} + \alpha + \varepsilon_{ijk}.$$

"Murders" are the number of murders committed by a murderer of age $i$ in state $j$ and year $k$. "Abortions/1,000 Females age 15–44" are the abortions that took place in that state when that cohort was born divided by the number of women age 15–44 in that state and year (multiplied by 1,000),[27] and "population" is the number of residents of

---

25. Although it is difficult to directly measure the violence caused by cocaine/crack, limited cocaine price data is available for a portion of the sample from 1980 to 1992 (with the exceptions of 1988 and 1989) to proxy for the relative accessibility of cocaine in different markets. Using yearly state-level pricing (as opposed to more short-run changes in prices) also has the advantage of picking up cost and not demand differences between counties, thus measuring the differences in availability across counties. The data was obtained from Grossman et al. (1996). The county level data is aggregated to the state level by weighting the prices by the population in the counties. The reduced number of observations provides an important reason that we do not include this variable in the regressions shown in the text. Including it leaves the coefficient on abortions virtually unchanged. Whereas simply using the price does not allow one to perfectly disentangle local differences in demand and supply, arbitrage basically ensures that except for short periods of time the differences in prices between these local markets will equal differences in selling costs. If the total cost of selling cocaine was the same in two different cities, any price differentials resulting from sudden shifts in demand would result in distributors sending cocaine to the city with the higher price until the price had fallen enough so that the prices between the two cities were equal. Distributors could even remove cocaine from the low-price city and move it to were it could obtain a higher price. Sellers could also hold inventories and not sell their cocaine during periods with unusually low demand. To the extent that it is costly to instantly move drugs between different cities or to store drugs, any price differentials in the short run can be due to demand shifts, but because we are dealing with a period of a year, it seems difficult to believe that any noncost based price differentials will not be arbitraged away.

26. Joyce (2004) uses the imputation method provided by the Supplemental Homicide Report and he is aware of the problems that this creates, though he appears to be unaware that the data are available without this lumping of known and unknown data together.

27. If the number of murders is regressed on the number of abortions, there is a scaling problem. Estimates that do those types of regressions produce similar results to those reported here (see http://ssrn.com/abstract=270126).

**Exhibit 5**
**0181**

LOTT & WHITLEY: ABORTION AND CRIME 13

age $i$ in state $j$ and year $k$. For murders where the age of the murderer is unknown, the abortion variable equals zero, but the vector of state specific time trends for just that category is nonzero (to account for the otherwise unmeasured impact of abortion for unknown age murderers). We also have vectors of control variables and state, age, and year fixed effects.

Table 2 examines the simplest specifications that include all the variables and observations and examines whether the results are affected by how the law enforcement variables are accounted for. The columns show different specifications with various sets of control variables, though all include state, year, and age fixed effects. Yet to account for clustering at the state level, STATA requires that a population-averaged estimator is included. Clustering is used at the state level, and we use robust standard errors.[28]

The first column in Table 2 shows the relationship between the number of murders and abortions, and the second specification includes all the other control variables. One concern with this simple specification is that the total arrest rate for all ages for murder affects the number of murders, and the reverse is also true. Simultaneity also exists for the overall prison population, but it is much less of a problem because murderers make up only 1% or so of the total prison population. The next two columns deal with this problem. The third specification uses lagged values for the arrest rate and prison population,[29] whereas the fourth specification replaces the arrest rate for murder with the arrest rate for overall violent crimes. The arrest rate for violent crimes will still proxy for the effectiveness of police but avoids being very closely tied to current changes in the number of murders.

The final two specifications use a dummy variable for the legalization of abortion as well as the natural log of all the abortion and population variables.[30] An advantage of using the simple dummy variable is that it is more clearly exogenous, especially because other so-cial factors might be changing over time that influence both the abortion rate and how children are raised. On the other hand, although the dummy variable will give us a measure of the average impact of the law, the number of abortions allows us to measure the differential impact of legalization across different states. The log specification not only allows the interaction of the abortion and population variables, but it allows us to use nonlinear values for those variables and puts a smaller weight on the impact of abortion in the larger states.

The top row of Table 2 reports the percent change in murders by people of a certain age from 1,000 abortions for people of that age. These incident rate ratios are reported throughout the paper and indicate that murders are increasing when the coefficient is greater than one and declining when the values are less than one. Interestingly, all the estimates imply that more abortions produce significantly more murderers when children get older, and the coefficients for the first four specifications are remarkably consistent.

To interpret the coefficients, note that the average state had 25,443 abortions in 1980 and 1,039,797 females age 15–44. The average abortion rate (abortions per 1,000 females age 15–44) was thus 24.5 (the simple average across states was 23). One more abortion per 1,000 females age 15–44 (i.e., about 4% of the average) is associated with about a 0.9% increase in murders in any given year.[31]

The last two columns imply somewhat different impacts from abortion. The dummy variable reported in column 5 indicates that legalizing abortion was associated with, on average, a 7.2% increase in murder. Whether this increase is due to the legalization of abortion for the two sets of states in 1970 and 1973 and not other general cultural factors that are also changing at about this same time is hard to say simply because there is so little difference in the adoption dates. When evaluated at the mean, the sixth column, which examines the log of the number of abortions

---

28. The results without clustering are available on request, though the difference is that the estimates are much more statistically significant.

29. Lagged values are problematic because in theory the current arrest and punishment levels should matter most in deterring criminals. The benefit from lagging the prison population also seems extremely small because murderers make up such a small portion of prisoners.

30. For observations where the abortion variable equals zero we added 1 before taking the natural log.

31. One concern is whether the results are consistent across states or are being driven by a few unusual outliers. To test this, we interacted the abortion variable with a set of state dummy variables. With Alabama serving as the left out state, 41 states have higher crime rates as abortion increases, 39 of them statistically significant at least at the 10% level for a two-tailed $t$-test. For six states the effect was negative, but more abortions significantly reduced murder rates in only two states (Nebraska and Vermont).

Exhibit 5
0182

14                                                ECONOMIC INQUIRY

**TABLE 2**
Do Abortions Affect Murders?: Using Poisson or Negative Binomials Regressions

| Poisson Estimates | No. of Murderers by Age by State by Year | | | | | |
|---|---|---|---|---|---|---|
| **Variable** | **(1)** | **(2)** | **(3)** | **(4)** | **(5)** | **(6)** |
| Number of abortions during the year in which people of that age were born/the number of births | 1.405 (2.24) | 1.3874 (2.32) | 1.38753 (2.31) | 1.3928 (2.33) | | |
| Dummy variable for whether abortions are legal in a state | | | | | 1.0718 (2.82) | |
| ln(Number of abortions rate during the year in which people of that age were born/the number of births) | | | | | | 1.105 (3.43) |
| Population in state that is the age of the murders | | 1 (−8.76) | 1 (−8.78) | 1 (−9.14) | 1 (−9.48) | |
| ln(Population in state that is the age of the murders) | | | | | | 0.71834 (−3.17) |
| Population density per square mile in state | | 1.00054 (.95) | 1.000622 (1.11) | 1.000596 (1.08) | 1.00047 (0.85) | |
| ln(Population density in state) | | | | | | 1.33101 (7.06) |
| Number of people in prison | | 0.999995 (−6.18) | | 0.9999952 (−6.56) | 0.999995 (−5.87) | |
| Number of people in prison lagged one year | | | 0.999995 (−6.26) | | | |
| ln(Number of people in prison) | | | | | | 0.763888 (−3.34) |
| Execution rate | | 0.4925 (−0.47) | 0.3438 (−0.7) | 0.44016 (−0.58) | 0.4154 (−0.59) | 0.4907 (−0.43) |
| Arrest rate for murder | | 0.99977 (−0.85) | | | 0.9998 (−0.85) | 0.999665 (−1.12) |
| Arrest rate for murder lagged one year | | | .9996363 (−1.39) | | | 0.999665 (−1.12) |
| Arrest rate for violent crime | | | | 0.9994108 (−0.7) | | |
| Unemployment rate | | 0.98944 (−0.86) | 0.98995 (−0.85) | .0989052 (−0.83) | 0.9904 (−0.78) | 0.996341 (−0.28) |
| Poverty rate | | 0.99968 (−0.06) | 1.000162 (0.03) | 1.00004 (0.01) | 0.99975 (−0.04) | 0.99786 (−0.38) |
| Per capita income | | 1.00006 (1.8) | 1.00005 (1.57) | 1.000069 (2.26) | 1.00006 (1.90) | 1.00008 (2.5) |
| Per capita income maintenance | | 0.99908 (−.94) | 0.999047 (−1.02) | 0.99936 (−.71) | 0.9991 (−0.90) | 0.998223 (−1.79) |
| Per capita unemployment insurance payments | | 1.00058 (0.81) | 1.00043 (0.64) | 1.00068 (0.86) | 1.0006 (0.84) | 1.00044 (.69) |
| Per capita retirement payments for those over age 65 | | 0.999763 (−2.09) | 0.99968 (−2.98) | 0.9997545 (−2.4) | 0.9998 (−2.01) | 0.99988 (−0.96) |
| Percent annual rate of change in murders after right-to-carry law − annual rate of change in murders before right-to-carry law (*F*-statistic in parentheses) | | −1.87 (1.71) | −2.5 (2.77) | −2.4 (3.41) | −1.85 (1.69) | −1.0 (1.47) |
| Chi-square | 196144 | 2563166 | 1649367 | 1641310 | 2911502 | 237549. |
| No. of observations | 21756 | 21480 | 21411 | 21319 | 21480 | 21480 |
| **Same as Above but Using Negative Binomials** | **(7)** | **(8)** | **(9)** | **(10)** | **(11)** | **(12)** |
| Three different measures of abortion are used in correspondence to the columns used above | 1.29 (4.18) | 1.317 (3.18) | 1.3189 (3.15) | 1.3165 (3.21) | 1.127 (8.21) | 1.097 (4.64) |
| **Same as First Regressions but Using Number of Abortions** | **(13)** | **(14)** | **(15)** | **(16)** | **(17)** | **(18)** |
| Number of abortions during the year in which people of that age were born/1000 | 1.00217 (1.90) | 1.00179 (2.03) | 1.0018 (2.03) | 1.00182 (2.04) | | |
| ln(Number of abortions during the year in which people of that age were born/1000) | | | | | | 1.033 (7.11) |

*Notes:* The coefficients are incident rate ratios, with absolute z-statistics reported in parentheses. Values of the coefficients greater than 1 show the percent increase in crime, and values less than 1 indicate the percent decline. The demographics and fixed age, state, and year effects are not reported. Robust SEs with clustering are reported and a population-averaged estimator is used. The last set of estimates using the number of abortions have a scaling problem, but are provided for comparison purposes.

**Exhibit 5**
**0183**

per 1,000 females age 15–44, implies that one more abortion per female age 15–44 is associated with an increase in murders of 0.12%, about one-seventh the magnitude estimated by the linear specification.[32]

The specifications corresponding to those in Table 2 when we use the Supplemental Homicide Reports' method of distributing unknown murderers or exclude murders where the age of the criminal is unknown are reported in Appendix 2 (available from the authors). In all but one of these specifications the impact of abortion is statistically significant at well above the 0.01 level for a two-tailed $t$-test, and the effect ranges from between 33% smaller than what was reported in Table 2 to 48% larger.[33]

Most of the law enforcement variables have the expected effects, with more executions and more people in prison associated with reductions in murder, though the effect is not significant for the execution rate (the arrest rate effect appears positive, but statistically insignificant). Consistent with past research, murder rates fall at least 1% per year faster after the adoption of right-to-carry laws.[34] The population density coefficient estimates show a negative relationship but are not statistically significant. Surprising results include the negative relationship estimated for the unemployment rate and the positive relationship for income levels, but these results are generally not statistically significant. Estimates using weighted least squares instead of the Poisson and negative binomial regression examined here are reported in Appendix 3 found that five of the six variables are similar in size to those shown in Table 2 (available from the authors).

The second section of Table 2 shows the impact of changes in abortions per 1,000 live births on the murder rate. The results continue to show a strong consistent positive relationship between abortions and murder. The average abortion ratio (abortions per 1,000 live births) was thus 359 (the simple average across states was 294). The estimate for the specifications where abortions enter linearly (columns 1–4) imply that an increase of one abortion per live birth (about 0.3% of the total) is associated with a 0.06% increase in murders, about the same magnitude of the results using abortions per 1,000 females age 15–44. The log specification with abortions per 1,000 live births is similar to the log specification with abortions per 1,000 females age 15–44.

To put these results differently, if legalizing abortion meant that the abortions per female and per birth went from zero to those observed from 1973 to 1988, Table 2's estimates (specifications 2, 6, 8, and 11) imply that there will be between 854 and 1,916 more murders in 1998. The simply dummy estimate implies about 1,543 more murders.[35]

The results in Table 3 correspond with the sensitivity test provided in Donohue and Levitt's Table V, with two exceptions: an additional row limiting the sample to just those of known ages affected by the legalization of abortion and replacing all the nonage specific state-year level variables with state specific year fixed effects. For the linear and log specifications, a column with results using abortions per 1,000 females age 15–44 and a column with results using abortions per 1,000 live births are presented. The full set of control variables and sample is reported in the first row as the baseline. Each row represents a separate specification. Donohue and Levitt tested whether the results were sensitive to "large states," states with "very high or low abortion rates" as well as different types of trends and fixed effects. The large states excluded are California and New York, and the jurisdiction with the high abortion rate that is excluded is Washington, DC. Each is excluded separately, and then all three are excluded as a group. Individual state-specific trends and

---

32. Though not reported, we also ran the simple dummy variable and natural log specifications that correspond to specifications 1, 3, and 4 and the abortion results changed little from those reported in columns 5 and 6.

33. However, as we were concerned that would happen, excluding those cases for which the age of the offender was never known did alter other coefficients, such as the arrest and execution rates.

34. A data set with information on other gun control laws for a portion of the time period studied here from 1980 to 1997 was also used to estimate these regressions, but their inclusion had little impact on the size or significance of the abortion variable. The data are discussed in Lott (2000) and include information on waiting periods, background checks, penalties for using guns in the commission of crime, and so-called safe storage laws, which impose penalties on adults who do not lock up there guns if the guns are used improperly by a juvenile.

35. If legalizing abortion meant that one went from zero abortions to the mean abortions per female and per birth seen in 1980, specifications 2, 6, 8, and 11, respectively, imply 22%, 27.5%, 20%, and 52% increases in murder rates. If instead of going from zero murders to those that were actually allowed prior to legalization, specifications 2, 6, 8, and 11, respectively, imply 16%, 16%, 6%, and 9.3% increases in murder rates.

Exhibit 5
0184

**TABLE 3**

Sensitivity of Abortion Coefficients for the Poisson Estimates Using the Alternative Specifications Used by Donohue and Levitt (Only Incident Rate Ratios for Abortion Effects Shown)

| Specification | Coefficient for the No. Abortions by In-State Residents (divided by 1000) Except Where Noted | |
|---|---|---|
| | Incident Rate Ratio Coefficient | Absolute z-Statistic |
| (1) Linear value of abortion rate (corresponding to specification 2 in Table 2) | | |
| Baseline | 1.3874 | 2.32 |
| Exclude New York | 1.5155 | 1.56 |
| Exclude California | 1.3391 | 2.55 |
| Exclude District of Columbia | 1.89695 | 1.76 |
| Exclude New York, California, District of Columbia | 1.64996 | 8.25 |
| Adjust abortion rate for nonresidents | 1.99059 | 3.57 |
| Include control for flow of immigrants | 1.3868 | 2.33 |
| Include state-specific trends | 1.2575 | 1.96 |
| Include region-year interactions | 1.3878 | 2.33 |
| Include control for overall fertility | 1.1736 | 3.02 |
| Limiting sample to only those ages affected by abortion (eliminating observations for those over 29 and of unknown age) | 1.4707 | 2.62 |
| Allowing for state-specific year fixed effects in addition to the number of abortions and the age specific population | 1.388 | 2.33 |
| (2) Dummy variable for legalizing abortion (corresponding to specification 5 in Table 2) | | |
| Baseline | 1.0718 | 2.82 |
| Exclude New York | 1.0701 | 2.70 |
| Exclude California | 1.0621 | 2.45 |
| Exclude District of Columbia | 1.0711 | 2.78 |
| Exclude New York, California, District of Columbia | 1.0594 | 2.35 |
| Adjust abortion rate for nonresidents | 1.1011 | 3.43 |
| Include control for flow of immigrants | 1.0717 | 2.81 |
| Include state-specific trends | 1.0997 | 3.90 |
| Include region-year interactions | 1.0706 | 2.82 |
| Include control for overall fertility | 1.0452 | 1.84 |
| Limiting sample to only those ages affected by abortion (eliminating observations for those over 29 and of unknown age) | 1.0541 | 2.21 |
| Allowing for state-specific year fixed effects in addition to the number of abortions and the age specific population | 1.0690 | 2.77 |
| (3) Natural logs of abortion rate and population variables (corresponding to specification 6 in Table 2) | | |
| Baseline | 1.105 | 3.43 |
| Exclude New York | 1.125 | 3.82 |
| Exclude California | 1.081 | 3.35 |
| Exclude District of Columbia | 1.104 | 3.33 |
| Exclude New York, California, District of Columbia | 1.094 | 3.27 |
| Adjust abortion rate for nonresidents | 1.0958 | 3.30 |
| Include control for flow of immigrants | 1.1053 | 3.43 |
| Include state-specific trends | 1.1105 | 3.61 |
| include region-year interactions | 1.1044 | 3.45 |
| Include control for overall fertility | 1.0105 | 1.00 |
| Limiting sample to only those ages affected by abortion (eliminating observations for those over 29 and of unknown age) | 1.1066 | 4.81 |
| Allowing for state-specific year fixed effects in addition to the ln(number of abortions) and the ln(age specific population) | 1.1044 | 3.45 |

**Exhibit 5**
**0185**

separate regional fixed effects by year are also tried. Because of our statistical package's (STATA) limit on the number of control variables using state-specific year fixed effects may more effectively control for year-to-year variations in factors that affect the overall level of crime, but it comes at a cost of having to restrict the number of years that can be examined. The last row in each of the three sections in Table 3 reports regressions that account for the number of abortions, the age specific population, a state-specific trend variable for unknown age murders, as well as state-specific year effects for the period from 1989 to 1998.

The results remain consistent across the various sensitivity tests. Excluding the California, the District of Columbia, and New York individually or together generally increases the effect of abortion. Controlling for fertility reduces the abortion coefficient and makes it statistically insignificant in the log specification.

Other sensitivity tests are available. We categorized the control variables used in Table 2 into 10 groups: the execution rate, prison population, arrest rate, the four measures of income, population density, unemployment rate, poverty rate, right-to-carry laws, population of the age group committing murder, and the 36 demographic variables. Running all combinations of these groups results in 1,024 regressions. The estimates all account for state, age, and year fixed effects. Doing this for all the linear, dummy variable, and the natural log specifications with abortions/1,000 females age 15–44 triples the number of regressions. Adding the linear and natural log specifications with abortions/1,000 live births adds an additional 2,048 regressions. Altogether, we ran 5,200 regressions.

The results from this specification search show a very consistent set of results. The range of coefficient estimates for the linear specification for the number of abortions by in-state residents (/1,000) ranges from a low of 1.3449 to a high of 1.4564, with a median of 1.4002. For the dummy variable the estimates range from 1.069 to 1.087 and for the natural logs from 1.022 to 1.0275.[36]

We finally examined whether abortion had a different effect on crime as people aged. It is

not obvious that the percentage increase in crime should be the same for all ages. To do this, the five measures that we have been using (abortions per 1,000 females age 15–44, abortions per 1,000 live births, the natural log of these two measures, and the dummy variable for legalization) were interacted with the age dummy variables. The results (available from the authors) imply a more complicated story than we have seen thus far. Although abortions imply more murders, the impact is not the same for all ages nor consistent across all the specifications. The different specifications only consistently imply higher crime rates for criminals between the ages of 13 and 17. (Comparing the rate regressions there are consistently higher murder rates from for abortions for ages 13–22 and ages 27–29.) Only the coefficients for one year of age—29-year-olds—show a consistent decline in murder rates from abortions. The four regressions on the number of abortions as well as the natural logs of those values show much more consistency both in terms of the ages associated with increases or decreases in crime.

There is a possible explanation for why the legalization dummy produces different results from the abortion rate measures. As noted earlier, abortion data from the CDC indicate that many states where abortions were illegal actually had higher abortion rates than some states where it was legal. The dummy variable for the law wrongly assumes that legalization always produces more abortions than when abortions were illegal (only allowed when the life or health of mother are endangered), and that is obviously not true. These results raise concerns with assuming that no abortions took place in states prior to legalization.

## VI.   DISAGGREGATING CRIME AND ABORTION RATES BY RACE AND SEX

Legalized abortion need not affect all population groups equally. Whites, blacks, and other groups obtain abortions and have out-of-wedlock births at different rates. The net effect of legalization is unclear because the groups that have a high levels of abortions also tend to have out-of-wedlock births more frequently. For example, whereas blacks account for 29% of abortions during our sample, they account for 40% of the out-of-wedlock births from 1980 to 1995. Fortunately, the Supplemental Homicide Report disaggregates

36. In an earlier version of the article, we ran these 6,144 specifications without the category of unknown murderers. The ranges of estimates were similar to those reported here.

**Exhibit 5**
**0186**

murders by race and sex, as well as age. The CDC abortion data does list the number of abortions in each state by whether the mother is white or nonwhite, though this information is missing for 1969 and 1982–86. With the exception of replacing the earlier endogenous variable for the total number of murders with the number of murder broken down by race and sex, replacing the total number of abortions with the number of abortions by the birth mother's race, and examining only those murders for which the race and sex of the murder is available, the regressions correspond to those reported earlier in Table 2. Unfortunately, the abortion data does not disaggregate nonwhite abortions further by race.

The regressions imply that more abortions by white or nonwhite mothers are associated with more murders by people in their respective groups. White males consistently and statistically significantly are more adversely affected by higher abortion rates than white females, and the difference are always statistically significant at least at the 5% level for a two-tailed test. For nonwhites the difference between males and females is more mixed: In one case males face the significantly greater loss, in two cases, females did.

The different specifications do not imply that any one group is harmed consistently more than another. The linear and natural log estimates imply that on average additional abortions harm nonwhites the most, whereas the dummy variable indicates that this is true for whites.

The bottom line is that increasing the abortion rate consistently results in more murderers when the remaining offspring of that race come of age, and the effect is larger for white males than for white females. Generally the coefficients are similar in size to what was reported earlier, though some are as large as two or three times as much as the average effects reported earlier. Why white males exhibit a larger percentage increase than white females in becoming murderers from additional abortions is not clear, but the effect is consistent and large.[37]

## VII. MEASURING THE IMPACT OF ABORTION ON ARREST RATES

Donohue and Levitt's publications directly link abortions to the arrests by year for 15–24-year-olds using data from 1985 to 1996, though as Foote and Goetz (2006) discovered, they did not run the regressions that they thought they had and correcting the estimates showed a positive and significant increase in violent crime.[38] Also as noted earlier, there are problems with using arrest rates as opposed to the Supplemental Homicide Report because arrest data do not directly link the criminal to the crime and arrests frequently do not occur in the year the crime was committed. Unfortunately, an equivalent of the Supplemental Homicide Report does not exist for violent and property crimes.

Although some control variables differ between our studies (e.g., the lack of any demographic variables in their regressions), the last two regressions reported at the end of the sections for violent and property crime and murder correspond to the odd numbered regressions in their table 4.[39] The big difference between their results and ours stems from them assuming that no abortions took place in the late adopting states from 1970 to 1973 and particularly that no observations were included for births that took place prior to 1970. Expanding the data set so that it covers arrests over the period 1980–96 also produces stronger evidence that abortion increases arrests for violent crime and murder. The other estimates are based on the Poisson and negative binomial regressions that we reported earlier. However, with few of the age groups examined experiencing zero violent crime arrests in any given state during a year and none of the age groups experiencing this for property crime, the benefit from using the Poisson regressions is limited to analyzing murder.

The results generally show either a positive relationship or no relationship between abortion and arrests for violent crime and murder

37. There is also the question of who the victims are of this increased crime. We disaggregated murders by the race of the victim and criminal. Abortions seem to produce similar increases in murders by whites of both whites and nonwhites. The data are more mixed for nonwhites and others with the linear and natural log specifications implying much bigger percentage increases in murders of nonwhites and others than for whites, but the reverse is true for the dummy variable specification.

38. We limited our sample to that reported by Donohue and Levitt for consistency, but using a sample that for the ages and years reported earler produces results, which are generally less consistent with their estimates.

39. Our inability to replicate their "state × age interactions" turns out to be because they did not estimate the regressions that they said they had run (Foote and Goetz 2006). We were unable to determine this at the time we wrote this article because we were not provided with the regressions that Donohue and Levitt estimated.

Exhibit 5
0187

## TABLE 4
The Impact of Abortions on Out-of-Wedlock Births: Explaining the Number of Out-of-Wedlock Births by State by Year

| Variable | Coefficients and Absolute $z$-Statistics | | |
| --- | --- | --- | --- |
| | 1 | 2 | 3 |
| Number of in-state abortions during the year in which people of that age were born/1000 | 1.006198 (3.27) | ... | ... |
| Dummy variable for whether abortions are legal in a state | ... | 1.449155 (8.82) | ... |
| ln(Number of abortions during the year in which people of that age were born/1000) | ... | ... | 1.035199 (7.45) |
| Number of births | 0.9999989 (0.35) | 1.000003 (1.85) | 1.000004 (3.93) |
| Population density in state | 0.9999487 (0.38) | 0.9998297 (1.28) | 0.8965998 (2.16) |
| Unemployment rate | 1.015146 (2.66) | 1.005642 (1.17) | 1.01354 (2.91) |
| Poverty rate | 1.000791 (0.0011821) | 1.002454 (1.97) | 0.9999112 (0.07) |
| Per capita income | 1.000017 (1.05) | 1.000008 (0.62) | 1.000027 (1.92) |
| Per capita income maintenance | 1.000245 (0.83) | 0.9998943 (0.30) | 0.9997004 (0.80) |
| Per capita unemployment insurance payments | 0.999859 (9.59) | 0.9994682 (1.72) | 0.9997257 (1.20) |
| Per capita retirement payments for those over age 65 | 1.000004 (9.19) | .9999284 (2.60) | 1.00002 (9.57) |
| Chi-square | 2453649 | 149e+07 | 6.90e+07 |
| No. of observations | 7640 | 7640 | 7640 |

*Notes:* Again the coefficients are incident rate ratios. Demographics and fixed state and year effects are not reported. Robust SEs with clustering are reported and a population-averaged estimator is used.

while suggesting a weak negative relationship between abortion and property crime (available upon request). For the weighted ordinary least squares regressions that most closely correspond with their original estimates, only the regressions for property crimes imply that higher abortion rates reduce that type of crime. Overall only the arrest for murder regressions always imply the same relationship between abortion and crime, and indeed the effect is similar to what we found using the Supplemental Homicide Report, though this is really a result of the narrower age group being examined. It is unfortunate that Donohue and Levitt do not provide results for this crime category so that we can make a comparison. Although there are estimates for both violent and property crime that imply both increases and decreases from abortion, one conclusion is clear: The effects are always small and imply that going from zero abortions to the mean number in 1980 had only around a percentage point or so effect on crime.

There are difficulties with using arrests and not data such as that provided by the Supplemental Homicide Report, but neither the different data source nor the limited sample alone is sufficient to explain the different results. Part of the difference between our results and theirs goes away when we assume that abortions only occurred in the five states they define as early legalizers, but that still does not qualitatively change our results.

Combining our earlier results from Table 2 with these general estimates for violent and property crime allow some rough estimates of the victimization costs of crime. Donohue and Levitt suggest that abortion reduces annual victimization costs by $30 billion, with most of this coming from reductions in murder (Miller et al. 1993). Using their same calculations for our results from Table 2 for 1998 imply that abortion raises victimization costs from these higher murder rates alone by between $3.3 and $7.4 billion per year in 2003 dollars. Even if we take our estimates on the

Exhibit 5
0188

most optimistic reductions in property crime, the net effect of abortion is to increase victimization costs by $3.2 to $7.3 billion per year.

## VIII.   DOES ABORTION LEAD TO MORE OUT-OF-WEDLOCK BIRTHS?

Akerlof et al. raise the issue of whether abortions and contraceptives lead to more out-of-wedlock births. Yet their empirical work is based on purely time-series evidence.[40] ARMA regressions are used to examine whether there was a change in abortions, use of the Pill during first intercourse, and the percent of women before and after 1970 or 1971 who had sex by 16 years of age. They also examine whether there was a so-called first-birth shotgun marriages, where couples were pressured to marry, before and after 1968. All the variables change in the expected way. Abortions, use of the Pill, and early intercourse are all higher after the early 1970s, and shotgun marriages are lower, but only for whites.

Compared to panel data, it is rather difficult to disentangle different factors when using time-series data. Fortunately, state-level data are available by year on the rate of out-of-wedlock births, and as we have discussed there is a clear difference over time and across states in abortion rates. Alternatively, state-level measures of the availability and use of contraceptives are less obvious, though year fixed effects combined with demographics and income data should serve as a proxy.

With a few exceptions, we estimated Poisson regressions that account for the same factors that we used in the earlier regressions.[41] The three differences are: excluding the deterrence variables, including a variable for the number of births, and excluding the age fixed effects. Deterrence variables and age fixed effects are no longer relevant to explaining out-of-wedlock births.

The results in Table 4 provide support for the Akerlof et al. hypothesis, though the effect represents just a fraction of a percentage point. In column 1, each 1,000 more abortions is associated with a 0.6% increase in out-of-wedlock births. With about 1.6 million abortions taking place a year from around 1980 on that implies about 9,600 more out-of-wedlock births annually. The linear estimates for abortion implied that legalization resulted in around 700 more murders annually in 1998, about 4% of a year's worth of out-of-wedlock births. Obviously the effective rate of murderers is much lower as these people may commit multiple murders over many different years. If the higher estimates of around 1,000 more murders per year arising from abortion are true, this figure represents around 11% of the annual number of out-of-wedlock births, and this number only appears plausible if a small number of these people are responsible for a large number of murders over multiple years.

The other estimates in the second and third columns indicate similarly small effects. They imply that it is not the legalization of abortion per se that is associated with more out-of-wedlock births but that those states that had the biggest increase in abortion are somehow different than other states. Higher unemployment, poverty, and income are associated with more out-of-wedlock births, though surprisingly more densely populated states have slightly fewer out-of-wedlock births.

Other possible explanations for why abortions increase crime (e.g., the legalization of abortion leading to a coarsening of society) are beyond the scope of this article, though this section raises questions about exactly how abortion increases crime.

## IX.   CONCLUSION

There are many factors that reduce murder rates, but the legalization of abortion is not one of them. Of the over 6,000 regressions that we estimated here, only one implied even a small reduction in murder rate. All the other estimates implied significant increases in murder rates: allowing abortions after 1973 implies at least 850 more murders in 1998. Donohue and Levitt suggest that abortion reduces annual victimization costs by $30 billion, with most of this coming from reductions in murder. Our results indicate that total annual victimization costs rose by at least $3.2 billion as a result of abortion.

Many times academics cannot avoid using aggregate crime data. Yet the linking of abortion and crime is not such a situation: Examining total crime rates and not directly linking

40. Recent work by Alesina and Giuliano (2006), done after our paper was accepted, also finds that the legalization of abortion increases out-of-wedlock births and reduces births in marriages, thus confirming our results here. Gruber et al. (1999) question Akerlof et al.'s findings.

41. Klick and Stratmann (2003) use weighted least squares to find that sexual activity greatly increased after legalized abortion.

**Exhibit 5**
**0189**

LOTT & WHITLEY: ABORTION AND CRIME                21

abortions and the crimes committed by individual cohorts missed catching obvious patterns and incorrectly attributes the initial drop in murder rates to older cohorts. Even if Donohue and Levitt believe that the correct approach links crimes committed by all ages with their aggregate effective abortion rate, sensible minor adjustments such as allowing the share of crime committed by different ages to vary across states and years rather than assuming that the weights are constant reverses their estimates.

This is not to suggest that the hypothesis provided by Bouza-Morgentaler-Donohue-Levitt is not plausible, but at least that it is not the most important part of the story.[42] Abortion can eliminate unwanted children and can benefit many women, but it can also make other women who are unable to bring themselves to have an abortion worse off and more likely to have out-of-wedlock births. Like many laws there appear to be both winners and losers, but here the net effect appears to be a net reduction in human capital and an increase in crime.

#### REFERENCES

Akerlof, George A., Janet L. Yellen, and Michael L. Katz. "An Analysis of Out-of-Wedlock Childbearing in the United States." *Quarterly Journal of Economics*, 111(1), 1996, 277–317.

Alesina, Alberto F., and Paulo Giuliano. "Divorce, Fertility, and the Shot Gun Marriage." Department of Economics, Harvard University Working Paper, May 2006.

Bouza, Anthony V. *The Police Mystique: An Insider's Look at Cops, Crime, and the Criminal Justice System.* New York: Plenum Press, 1990.

Donohue, John J., and Steven Levitt. "The Impact of Legalizing Abortion on Crime Rates." *Quarterly Journal of Economics*, 116(2), 2001, 379–420.

———. "Further Evidence that Legalized Abortion Lowered Crime: A Reply to Joyce." *Journal of Human Resources*, 39(1), 2004, 29–49.

Foote, Christopher L., and Christopher F. Goetz. "Testing Economic Hypotheses with State-Level Data." Federal Reserve Bank of Boston, March 16, 2006.

Garmaise, Mark J., and Tobias J. Moskowitz. "More Banks, Less Crime? The Real and Social Effects of Bank Competition." University of Chicago Working Paper, January 13, 2005.

Grossman, Michael, Frank J. Chaloupka, and Charles C. Brown. "The Demand for Cocaine by Young Adults: A Rational Addiction Approach." NBER Working Paper, July 1996.

Grossman, Michael, and Theodore Joyce. "Unobservables, Pregnancy Resolutions, and Birth Weight Production Functions in New York City." *Journal of Political Economy*, 98(5), 1990, 983–1007.

Gruber, Jonathan, P. B. Levine, and D. Staiger. "Abortion Legalization and Child Living Circumstances: Who Is the 'Marginal Child'?" *Quarterly Journal of Economics*, 114(2), 1999, 263–91.

Joyce, Ted. "Did Legalized Abortion Lower Crime?" *Journal of Human Resources*, 39(1), 2004, 1–28.

———. "The Inconsequential Association between Legalized Abortion and Age-Specific Crime Rates." Baruch College working paper, March 2006.

Kahane, Leo H., David Paton, and Rob Simmons. "The Abortion-Crime Link: Evidence from England and Wales." California State University East Bay working paper, March 2006.

Klick, Jonathan, and Thomas Stratmann. "The Effect of Abortion Legalization on Sexual Behavior: Evidence from Sexually Transmitted Diseases." *Journal of Legal Studies*, 32(2), 2003, 407–33.

Leo H. Kahane, David Paton, and Rob Simmons. "The Abortion-Crime Link: Evidence from England and Wales." Department of Economics Working Paper, California State University, January 2006.

Lott, John R. Jr. "Juvenile Delinquency and Education: A Comparison of Public and Private Provision." *International Review of Law and Economics*, 7(2), 1987, 163–75.

———. *More Guns, Less Crime: Understanding Crime and Gun Control Laws*, 2nd ed. Chicago: University of Chicago Press, 2000.

Miller, Ted, Mark Cohen, and Shelli Rossman. "Victim Costs of Violent Crime and Resulting Injuires." *Health Affairs*, 12, 1993, 186–97.

Morgentaler, Henry. "Message from Henry." Online document available at http://prochoice.about.com/newsissues/ prochoice/gi/dynamic/offsite.htm?site= http://www.morgentaler.ca, 1998.

Plassmann, Florenz, and T. Nicolaus Tideman. "Does the Right to Carry Concealed Handguns Deter Countable Crimes? Only a Count Analysis Can Say." *Journal of Law and Economics*, 44(1), 2001, 771–98.

---

42. Kahane et al. (2006) provide strong evidence using British data that abortion legalization did not reduce crime rates when abortion is treated as endogenous. They also note (p. 26) the surprising point that "total recorded crime in the U.K. began to decrease at about the same time as in the U.S., despite the fact that abortion legalization occurred about five years earlier." Though the international evidence that does exist has not allowed the panel analysis by age offered here, it still does not really suggest a relationship between abortion and crime (Foote and Goetz 2006). The Romanian data do not differentiate the increase in crime that occurred after the fall in communism from the increase recorded all across Eastern Europe and Russia (an increase at least partly related to more accurately reported statistics). Foote and Goetz's graphs of the Australian data make it very difficult to see any pattern. The Canadian data are mixed but are estimated differently than the Donohue and Levitt regressions.

**Exhibit 5**
**0190**

**Expanded Homicide Data Table 3**

**Murder Offenders**

by Age, Sex, Race, and Ethnicity, 2017

| Age | Total | Sex | | | Race | | | | Ethnicity[1] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | Unknown | White | Black or African American | Other[2] | Unknown | Hispanic or Latino | Not Hispanic or Latino | Unknown |
| **Total** | **17,251** | **10,665** | **1,443** | **5,143** | **5,125** | **6,444** | **314** | **5,368** | **1,505** | **6,324** | **5,353** |
| Percent distribution[3] | 100.0 | 61.8 | 8.4 | 29.8 | 29.7 | 37.4 | 1.8 | 31.1 | 11.4 | 48.0 | 40.6 |
| Under 18[4] | 803 | 730 | 73 | 0 | 295 | 488 | 10 | 10 | 113 | 401 | 73 |
| Under 22[4] | 2,932 | 2,626 | 284 | 22 | 1,045 | 1,766 | 57 | 64 | 430 | 1,494 | 267 |
| 18 and over[4] | 10,669 | 9,264 | 1,351 | 54 | 4,736 | 5,464 | 301 | 168 | 1,336 | 5,621 | 1,082 |
| Infant (under 1) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 to 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 to 8 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 9 to 12 | 7 | 6 | 1 | 0 | 4 | 3 | 0 | 0 | 0 | 5 | 0 |
| 13 to 16 | 405 | 365 | 40 | 0 | 151 | 242 | 5 | 7 | 56 | 199 | 40 |
| 17 to 19 | 1,467 | 1,327 | 135 | 5 | 524 | 903 | 21 | 19 | 224 | 755 | 123 |
| 20 to 24 | 2,519 | 2,222 | 279 | 18 | 858 | 1,545 | 63 | 53 | 347 | 1,298 | 251 |
| 25 to 29 | 2,053 | 1,764 | 282 | 7 | 826 | 1,152 | 54 | 21 | 274 | 1,068 | 227 |
| 30 to 34 | 1,465 | 1,259 | 197 | 9 | 676 | 718 | 52 | 19 | 184 | 786 | 148 |
| 35 to 39 | 1,062 | 916 | 145 | 1 | 543 | 472 | 33 | 14 | 132 | 546 | 107 |
| 40 to 44 | 754 | 627 | 123 | 4 | 387 | 330 | 26 | 11 | 81 | 398 | 80 |
| 45 to 49 | 566 | 480 | 86 | 0 | 323 | 214 | 20 | 9 | 60 | 289 | 61 |
| 50 to 54 | 421 | 357 | 57 | 7 | 233 | 159 | 18 | 11 | 34 | 249 | 37 |
| 55 to 59 | 335 | 290 | 43 | 2 | 213 | 109 | 8 | 5 | 31 | 182 | 32 |
| 60 to 64 | 179 | 163 | 16 | 0 | 110 | 61 | 5 | 3 | 19 | 102 | 17 |
| 65 to 69 | 93 | 84 | 9 | 0 | 69 | 21 | 1 | 2 | 5 | 55 | 7 |
| 70 to 74 | 53 | 49 | 4 | 0 | 42 | 7 | 1 | 3 | 0 | 29 | 9 |
| 75 and over | 92 | 85 | 6 | 1 | 72 | 15 | 4 | 1 | 2 | 61 | 15 |
| Unknown | 5,779 | 671 | 19 | 5,089 | 94 | 492 | 3 | 5,190 | 56 | 302 | 4,198 |

[1] Not all agencies provide ethnicity data; therefore, the race and ethnicity totals will not equal.

[2] Includes American Indian or Alaska Native, Asian, and Native Hawaiian or Other Pacific Islander.

[3] Because of rounding, the percentages may not add to 100.0.

[4] Does not include unknown ages.

**Exhibit 5**
**0191**

# EXHIBIT "6"

Exhibit 6
0192

## SENATE COMMITTEE ON PUBLIC SAFETY
### Senator Nancy Skinner, Chair
### 2017 - 2018 Regular

| | | | |
|---|---|---|---|
| **Bill No:** | SB 1100 | **Hearing Date:** | April 17, 2018 |
| **Author:** | Portantino | | |
| **Version:** | March 19, 2018 | | |
| **Urgency:** | No | **Fiscal:** | Yes |
| **Consultant:** | GC | | |

### Subject: *Firearms:  Transfers*

## HISTORY

Source:        Author

Prior Legislation:        AB 1674 (Santiago), 2015, vetoed
                          AB 202 (Knox), Ch. 128, Stats. of 1999

Support:        California Chapters of the Brady Campaign; Giffords Law Center to Prevent Gun
                Violence

Opposition:        Firearms Policy Coalition

## PURPOSE

*The purpose of this bill is to extend the prohibition on purchasing more than one handgun a month to include all firearms and increases the age from 18 to 21 years for a person to purchase a firearm from a licensed dealer.*

*Existing law* prohibits a person from making more than one application to purchase a handgun within any 30-day period. (Pen. Code § 27535.)

*Existing law* prohibits a firearms dealer from delivering a handgun to a person whenever the dealer is notified by the Department of Justice that within the preceding 30-day period the purchaser has made another application to purchase a handgun that does not fall within an exception to the 30-day prohibition. A violation of that delivery prohibition by the dealer is a crime. (Pen. Code § 27540.)

*This bill* extends the prohibition on purchasing more than one handgun a month to all firearms, including long guns.

*Existing law* exempts the following from the one handgun a month prohibition:  (Pen. Code, § 27535, subd. (b).)

- Any law enforcement agency.
- Any agency duly authorized to perform law enforcement duties.
- Any state or local correctional facility.

**Exhibit 6**
**0193**

- Any private security company licensed to do business in California.
- Any person who is properly identified as a full-time paid peace officer and who is authorized to, and does carry a firearm during the course and scope of employment as a peace officer.
- Any motion picture, television, or video production company or entertainment or theatrical company whose production by its nature involves the use of a firearm.
- Any person who may make a valid claim an exemption from the waiting period set forth in Section 27540.
- Any transaction conducted through a licensed firearms dealer pursuant to Chapter 5 (commencing with Section 28050).
- Any person who is licensed as a collector and has a current certificate of eligibility issued by the Department of Justice.
- The exchange of a handgun where the dealer purchased that firearm from the person seeking the exchange within the 30-day period immediately preceding the date of exchange or replacement.
- The replacement of a handgun when the person's handgun was lost or stolen, and the person reported that firearm lost or stolen prior to the completion of the application to purchase to any local law enforcement agency of the city, county, or city and county in which the person resides.
- The return of any handgun to its owner.
- A community college that is certified by the Commission on Peace Officer Standards and Training to present the law enforcement academy basic course or other commission-certified law enforcement training.

*This bill* adds the following exceptions to the one gun a month prohibition:

- The purchase of a firearm, other than a handgun, by a person who possesses a valid, unexpired hunting license issued by the Department of Fish and Wildlife.
- The acquisition of a firearm, other than a handgun, at an auction or similar event conducted by a nonprofit public benefit or mutual benefit corporation to fund the activities of that corporation or local chapters of that corporation.

*Existing law* prohibits the sale or transfer of a handgun, except as specifically exempted, to any person below the age of 21 years. (Pen. Code § 27510.)

*Existing law* also prohibits the sale or transfer of a firearm, other than a handgun, except as specifically exempted, to any person below the age of 18 years. (Pen. Code § 27510.)

*This bill* prohibits the sale or transfer by a licensed dealer of a long gun to a person below the age of 21 years, increasing the age from 18 years to 21 years of age. The bill exempts long gun purchases or transfers when the purchaser or transferee has a valid, unexpired hunting permit.

**Exhibit 6**
**0194**

**Provided by LRI History LLC**

SB 1100  (Portantino)                                                    Page **3** of **7**

## COMMENTS

### 1.  Need for This Bill

According to the author:

> While handguns are used in the majority of gun deaths, long guns have been used to perpetrate many of the largest mass shootings in U.S. history, including the tragic event that took place in San Bernardino, California.

> California is home to the most stringent gun laws in the county. One example is requiring an individual to be 21 years of age in order to purchase a handgun. Another is the general limitation on a gun dealer delivery of only one handgun to an individual in a 30 day period.

> Since these laws have taken effect, data shows that there has been a successful reduction in the incidence of gun trafficking while not burdening legitimate gun owners or persons who wish to acquire guns.

> In order to be uniformly consistent, California should apply the 30 day delivery period and 21 year age limit to long guns.

> Firearms will not be delivered whenever the dealer is notified by the DOJ that within the preceding 30-day period the purchaser has made another application to purchase a firearm. In addition, because of the interaction of state and federal law, receivers or frames (the gun minus the barrel) are also applicable to the 30-day purchase period. This bill will also define a frame or a receiver of a firearm.

> Lastly, this bill would also prohibit the sale or transfer of any firearm by a licensed dealer, except as specially exempted, to any person below the age of 21 years.

### 2.  One Gun a Month

According to the Senate Public Safety Analysis of Assembly Bill 202 (Knox, of 1999), which created the one-handgun-a-month law in California:

> The State of Virginia enacted a "one-handgun-a-month" law in 1993 (before the Federal Brady Bill, which required at least a five day waiting period plus a background check for states without such requirements). That state had weak restrictions on handgun sales and it has been stated that gun traffickers from New York City routinely traveled to Virginia to purchase quantities of weapons to take back for illegal sale in other states. Purchases of more than one handgun per 30-day period in Virginia is allowed upon completion of an "enhanced" background check when the purchase is for lawful business or personal use, for purposes of collectors, bulk sales and purchases from estates, to replace a lost or stolen weapon, and similar situations.

**Exhibit 6**
**0195**

Supporters of limits on purchases of handguns assume that the Virginia limits and the limits in this bill would only affect a very small proportion of legitimate handgun purchasers. A family of two adults could still purchase 24 handguns a year under the provisions of both this bill and the Virginia law.

Virginia repealed this law in 2012.  But, according to the Law Center to Prevent Gun Violence:

Virginia's one-gun-a-month law – which was in effect from 1993 to 2012 and prohibited the purchase of more than one handgun per person in any 30-day period – significantly reduced the number of crime guns traced to Virginia dealers. Virginia initially adopted its law after the state became recognized as a primary source of crime guns recovered in states in the northeastern U.S. After the law's adoption, the odds of tracing a gun originally acquired in the Southeast to a Virginia gun dealer (as opposed to a dealer in a different southeastern state) dropped by:

- 71% for guns recovered in New York;
- 72% for guns recovered in Massachusetts; and
- 66% for guns recovered in New Jersey, New York, Connecticut, Rhode Island and Massachusetts combined.

(http://smartgunlaws.org/multiple-purchases-sales-of-firearms-policy-summary/ [footnotes omitted].)

Other states that have limits on the number of firearms that can be sold in one month include:

- California: California law prohibits any person from purchasing more than one handgun within any 30-day period. In addition, a licensed firearms dealer may not deliver a handgun to any person following notification from the California Department of Justice that the purchaser has applied to acquire a handgun within the preceding 30-day period. Finally, firearms dealers must conspicuously post in their licensed premises a warning, in block letters at least one inch in height, notifying purchasers of these restrictions.

- District of Columbia: A person may not register more than one handgun in the District during any 30-day period. Since every handgun must be registered, this amounts to a purchase and sale limitation of one handgun per 30-day period. . .

- Maryland: Maryland prohibits any person from purchasing more than one handgun or assault weapon within a 30-day period. Under limited circumstances, a person may be approved by the Secretary of the Maryland State Police to purchase multiple handguns or assault weapons in a 30-day period. Maryland also penalizes any dealer or other seller who knowingly participates in an illegal purchase of a handgun or assault weapon. . .

- New Jersey: New Jersey prohibits licensed firearms dealers from knowingly delivering more than one handgun to any person within any 30-day period. With limited exceptions, no person may purchase more than one handgun within any 30-day period.  New Jersey requires a handgun purchaser to obtain a separate permit for

**Exhibit 6**
**0196**

each handgun purchased, and present the permit to the seller. The seller must keep a
copy of each permit presented.

(http://smartgunlaws.org/multiple-purchases-sales-of-firearms-policy-summary/[footnotes
omitted].)

*Senate Bill 1674 (Santiago), of 2015: Veto Message*

The Governor stated in his veto message of Senate Bill 1674, which would have prohibited any
person from making an application to purchase more than one firearm within any 30-day period:

> This bill generally prohibits the purchase of more than one firearm within any 30-day
> period. It should be noted that California already bans the purchase of more than one
> handgun per month.

> While well-intentioned, I believe this bill would have the effect of burdening lawful
> citizens who wish to sell certain firearms that they no longer need.

> Given California's stringent laws restricting gun ownership, I do not believe this
> additional restriction is needed.

**3.  Increasing the Age for Purchase of Long Guns**

This bill would increase the minimum age from 18 to 21 years for a person to purchase all
firearms in California. The age restriction would also impact the ability to transfer a weapon.
Under current law a person must be 21 years of age to purchase a handgun, and this bill applies
those same rules to the purchase and transfer of all firearms (including long guns). The bill
creates an exception to this rule when the purchaser or transferee has a valid, unexpired hunting
license issued by the Department of Fish and Wildlife.

On February 14, 2018 Nikolas Cruz shot and killed seventeen people and wounded an additional
seventeen people at Marjory Stoneman Douglas High School in Parkland, Florida. The
perpetrator was 19-years old at the time of the incident, and he used assault rifles. Following the
incident Florida passed legislation to increase the minimum age for buying rifles to 21-years.
The National Rifle Association challenged the law and filed a lawsuit in the United States
District court for the Northern District of Florida alleging that the ban on gun sales to people
under 21 years of age is unconstitutional because it violates their rights under the Second and
Fourteenth Amendments to the U.S. Constitution because 18-year-olds are classified as adults.

On March 1, 2018 George Skelton wrote an editorial for the LA Times[1] on this bill. He stated the
following regarding this provision:

> In Sacramento, state Sen. Anthony Portantino (D-La Cañada Flintridge) proposes
> taking an even bigger step. He introduced legislation Wednesday to increase the
> legal age to 21 in California for buying any gun, including a shotgun or rifle with
> low ammo capacity. A shooter with a hunting license would be exempt because
> he'd taken a gun safety course.

---

[1] http://www.latimes.com/politics/la-pol-ca-skelton-guns-schools-teachers-20180301-story.html

**Exhibit 6**

What about a skeet shooter? Or someone who just likes to plink tin cans out by the barn?

Doesn't make sense that an 18-year-old can enlist in the Army and be armed with an automatic M-16 to fight terrorists, but can't buy a bolt-action plinker back home until he's 21.

In Florida, where the gun lobby usually prevails in the Legislature, a House committee bucked the NRA on Tuesday and approved a bill to raise the rifle-buying age from 18 to 21. This came after emotional testimony from parents of students killed in the school shooting.

The committee also voted to allow arming of teachers. But it rejected a ban on assault weapons.

Everyone needs to get their priorities straight: Let the teachers teach. Treat 18-year-olds like adults. Get rid of all assault weapons.

However, there are a number of instances when lawmakers have limited the ability of person's under the age of 21 to engage in activities which are otherwise lawful. Notably, persons under the age of 21 are not allowed to ingest alcohol or marijuana under California law.

## 4.  California Hunting Licenses

This bill creates an exemption from the prohibition on persons under the age of 21 purchasing or receiving a long gun if the person under the age of 21 has a valid, unexpired hunting license. In order to obtain a hunting license in California a person must:

- Complete the California Hunter Education Certification requirements
- Choose the correct type of hunting license.
- Purchase a license through the California Department of Fish and Wildlife website or a California approved agent.

The Official California Hunter Safety Course is an online course that costs $28.95. There is no minimum age for the course. The course requires a follow-up course that is a 4-hour review of the online course with a certified hunter education instructor. The course includes a student demonstration of safe firearm handling and a test. Following completion of the follow-up course the enrollee receives a Hunter Education Certificate.

## 5.  Argument in Support

According to the California Chapters of the Brady Campaign:

The California Brady Campaign generally believes that handguns and long guns (rifles, shotguns and lower receivers) should be subject to the same laws. Modern sporting rifles are often high powered semi-automatic weapons with exchangeable magazines that can pose a greater threat than handguns. In the early 1990s, it was thought that handguns made up an overwhelming share of crime guns, but the data shows that is no longer the case. Of the 26,682 crime guns entered into the

**Exhibit 6**
**0198**

Provided by LRI History LLC                                         2018-894  Page 55 of 358

Department of Justice Firearms Systems database in 2009, 11,500 were long guns.[i]

Existing law prohibits the sale or transfer of a handgun to a person below the age of 21 years. SB 1100 will similarly prohibit, with exceptions, the sale or transfer of a long gun by a licensed firearm dealer to a person under age 21. Additionally, the bill will require those who manufacture or assemble a long gun to be at least 21 years old in order to obtain a serial number for the firearm and register it with the California Department of Justice. These provisions makes sense as those under age 21 are disproportionly linked to crime. In 2015, 23.4 percent of those arrested for murder and non-negligent manslaughter in the U.S. were under 21[ii] and 26.5 percent of those arrested for "weapons carrying, possession, etc." were under age 21.[iii]  Individuals age 18 to 20 comprise only 4% of the population but commit 17% of gun homicides.[iv]

Maturity, impulsive or reckless behavior, and responsibility vary greatly among 18-20 year olds. This is recognized in other areas – those under age 21 cannot buy alcohol, rent a car, or purchase a handgun – and the same age restriction should apply to long guns.

Additionally, SB 1100 will limit purchases of long guns from licensed firearms dealers in California to no more than one gun per person per 30-day period, with appropriate exemptions. This is current law for handguns and is a recognized strategy for curbing the illegal flow of guns by taking the profit out of selling guns from bulk purchases on the black market. It stands to reason that a person buying large quantities of guns at one time may be acting as a straw purchaser or gun trafficker. Moreover, many of these bulk purchases are for lower receivers, which can be built up into military-style weapons and sold for a big profit. Firearms acquired in bulk are frequently used in crime. A University of Pennsylvania report found that a quarter of all guns used in crime were purchased as part of a multiple-gun sale and that guns purchased in bulk were up to 64% more likely to be used for illegal purposes than guns purchased individually.[v] Limiting multiple-gun sales within a short period of time for all firearm, including long guns, is clearly in the interest of public safety.

-- END –

---

[i] Data provided by the California Department of Justice, April 6, 2010.
[ii] FBI 2015 Crime in the United States, https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/tables/table-41.
[iii] Ibid.
[iv] "Uniform Crime Reporting Program Data: Supplementary Homicide Reports, 2015," US Department of Justice, Federal Bureau of Investigation, https://ucr.fbi.gov/nibrs/addendumfor-submitting-cargo-theft-data/shr.
[v] Koper, Christopher S.; Jerry Lee Center of Criminology, Univ. of Penn., *Crime Gun Risk Factors: Buyer, Seller, Firearm, and Transaction Characteristics Associated with Gun Trafficking and Criminal Gun Use -- A report to the National Institute of Justice, U.S. Department of Justice* (2007). https://www.ncjrs.gov/pdffiles1/nij/grants/221074.pdf.

# EXHIBIT "7"

Exhibit 7
0200



01/09/2019
09:37 AM

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## REGULATORY SERVICES DIVISION
### HANDGUN LICENSING PROGRAM
Box 4087 MSC 0245 - Austin, Texas  78773-0245
**(512) 424-7293**
**www.dps.texas.gov**

Page 1



STEVEN C. McCRAW
DIRECTOR
SKYLOR HEARN
FREEMAN F. MARTIN
RANDALL B. PRINCE
DEPUTY DIRECTORS

COMMISSION
STEVEN P. MACH, CHAIRMAN
MANNY FLORES
A. CYNTHIA LEON
JASON K. PULLIAM
RANDY WATSON

## Demographic Information by Age
### Period: 01/01/2018 - 12/31/2018
### License Applications: Issued

| Age | Number of Applicants | Percent | Age | Number of Applicants | Percent | Age | Number of Applicants | Percent |
|---|---|---|---|---|---|---|---|---|
| 18 | 37 | 0.01% | 59 | 6,935 | 2.03% | 100 | 0 | 0.00% |
| 19 | 100 | 0.03% | 60 | 6,717 | 1.96% | **Total** | **342,083** | **100.00%** |
| 20 | 185 | 0.05% | 61 | 6,630 | 1.94% | | | |
| 21 | 6,681 | 1.95% | 62 | 6,330 | 1.85% | | End of Report | |
| 22 | 4,460 | 1.30% | 63 | 6,240 | 1.82% | | | |
| 23 | 3,883 | 1.14% | 64 | 6,189 | 1.81% | | | |
| 24 | 3,774 | 1.10% | 65 | 5,921 | 1.73% | | | |
| 25 | 4,645 | 1.36% | 66 | 5,577 | 1.63% | | | |
| 26 | 5,262 | 1.54% | 67 | 5,333 | 1.56% | | | |
| 27 | 5,282 | 1.54% | 68 | 4,980 | 1.46% | | | |
| 28 | 5,281 | 1.54% | 69 | 4,996 | 1.46% | | | |
| 29 | 5,401 | 1.58% | 70 | 5,011 | 1.46% | | | |
| 30 | 5,682 | 1.66% | 71 | 5,048 | 1.48% | | | |
| 31 | 6,079 | 1.78% | 72 | 3,540 | 1.03% | | | |
| 32 | 6,160 | 1.80% | 73 | 3,267 | 0.96% | | | |
| 33 | 6,314 | 1.85% | 74 | 3,120 | 0.91% | | | |
| 34 | 6,314 | 1.85% | 75 | 2,858 | 0.84% | | | |
| 35 | 6,713 | 1.96% | 76 | 2,245 | 0.66% | | | |
| 36 | 6,548 | 1.91% | 77 | 1,941 | 0.57% | | | |
| 37 | 6,527 | 1.91% | 78 | 1,659 | 0.48% | | | |
| 38 | 6,417 | 1.88% | 79 | 1,489 | 0.44% | | | |
| 39 | 6,420 | 1.88% | 80 | 1,193 | 0.35% | | | |
| 40 | 6,323 | 1.85% | 81 | 976 | 0.29% | | | |
| 41 | 6,370 | 1.86% | 82 | 931 | 0.27% | | | |
| 42 | 6,303 | 1.84% | 83 | 864 | 0.25% | | | |
| 43 | 6,572 | 1.92% | 84 | 625 | 0.18% | | | |
| 44 | 6,607 | 1.93% | 85 | 530 | 0.15% | | | |
| 45 | 6,929 | 2.03% | 86 | 428 | 0.13% | | | |
| 46 | 7,370 | 2.15% | 87 | 315 | 0.09% | | | |
| 47 | 7,684 | 2.25% | 88 | 235 | 0.07% | | | |
| 48 | 7,377 | 2.16% | 89 | 183 | 0.05% | | | |
| 49 | 6,999 | 2.05% | 90 | 110 | 0.03% | | | |
| 50 | 6,695 | 1.96% | 91 | 101 | 0.03% | | | |
| 51 | 6,758 | 1.98% | 92 | 57 | 0.02% | | | |
| 52 | 6,610 | 1.93% | 93 | 32 | 0.01% | | | |
| 53 | 6,992 | 2.04% | 94 | 21 | 0.01% | | | |
| 54 | 7,151 | 2.09% | 95 | 10 | 0.00% | | | |
| 55 | 7,342 | 2.15% | 96 | 5 | 0.00% | | | |
| 56 | 7,111 | 2.08% | 97 | 7 | 0.00% | | | |
| 57 | 7,179 | 2.10% | 98 | 1 | 0.00% | | | |
| 58 | 6,895 | 2.02% | 99 | 1 | 0.00% | | | |

**Exhibit 7**

EQUAL OPPORTUNITY EMPLOYER
COURTESY - SERVICE - PROTECTION

01/09/2019
09:40 AM



# TEXAS DEPARTMENT OF PUBLIC SAFETY
## REGULATORY SERVICES DIVISION
### HANDGUN LICENSING PROGRAM
Box 4087 MSC 0245 - Austin, Texas  78773-0245
**(512) 424-7293**
**www.dps.texas.gov**

Page 1



STEVEN C. McCRAW
DIRECTOR
SKYLOR HEARN
FREEMAN F. MARTIN
RANDALL B. PRINCE
DEPUTY DIRECTORS

COMMISSION
STEVEN P. MACH, CHAIRMAN
MANNY FLORES
A. CYNTHIA LEON
JASON K. PULLIAM
RANDY WATSON

## Demographic Information by Age
### Period: 01/01/2018 - 12/31/2018
### Licenses: Revoked

| Age | Number of Applicants | Percent | Age | Number of Applicants | Percent | Age | Number of Applicants | Percent |
|---|---|---|---|---|---|---|---|---|
| 18 | 0 | 0.00% | 59 | 13 | 1.03% | 100 | 0 | 0.00% |
| 19 | 1 | 0.08% | 60 | 13 | 1.03% | **Total** | **1,258** | **100.00%** |
| 20 | 4 | 0.32% | 61 | 13 | 1.03% | | | |
| 21 | 3 | 0.24% | 62 | 11 | 0.87% | | End of Report | |
| 22 | 12 | 0.95% | 63 | 8 | 0.64% | | | |
| 23 | 24 | 1.91% | 64 | 10 | 0.79% | | | |
| 24 | 37 | 2.94% | 65 | 8 | 0.64% | | | |
| 25 | 31 | 2.46% | 66 | 5 | 0.40% | | | |
| 26 | 28 | 2.23% | 67 | 7 | 0.56% | | | |
| 27 | 32 | 2.54% | 68 | 3 | 0.24% | | | |
| 28 | 44 | 3.50% | 69 | 3 | 0.24% | | | |
| 29 | 33 | 2.62% | 70 | 11 | 0.87% | | | |
| 30 | 43 | 3.42% | 71 | 9 | 0.72% | | | |
| 31 | 44 | 3.50% | 72 | 5 | 0.40% | | | |
| 32 | 41 | 3.26% | 73 | 4 | 0.32% | | | |
| 33 | 50 | 3.97% | 74 | 1 | 0.08% | | | |
| 34 | 38 | 3.02% | 75 | 4 | 0.32% | | | |
| 35 | 41 | 3.26% | 76 | 2 | 0.16% | | | |
| 36 | 31 | 2.46% | 77 | 1 | 0.08% | | | |
| 37 | 40 | 3.18% | 78 | 2 | 0.16% | | | |
| 38 | 36 | 2.86% | 79 | 1 | 0.08% | | | |
| 39 | 29 | 2.31% | 80 | 1 | 0.08% | | | |
| 40 | 28 | 2.23% | 81 | 2 | 0.16% | | | |
| 41 | 23 | 1.83% | 82 | 1 | 0.08% | | | |
| 42 | 30 | 2.38% | 83 | 0 | 0.00% | | | |
| 43 | 21 | 1.67% | 84 | 0 | 0.00% | | | |
| 44 | 25 | 1.99% | 85 | 0 | 0.00% | | | |
| 45 | 36 | 2.86% | 86 | 0 | 0.00% | | | |
| 46 | 31 | 2.46% | 87 | 0 | 0.00% | | | |
| 47 | 28 | 2.23% | 88 | 1 | 0.08% | | | |
| 48 | 34 | 2.70% | 89 | 0 | 0.00% | | | |
| 49 | 33 | 2.62% | 90 | 0 | 0.00% | | | |
| 50 | 25 | 1.99% | 91 | 0 | 0.00% | | | |
| 51 | 21 | 1.67% | 92 | 0 | 0.00% | | | |
| 52 | 26 | 2.07% | 93 | 0 | 0.00% | | | |
| 53 | 27 | 2.15% | 94 | 0 | 0.00% | | | |
| 54 | 21 | 1.67% | 95 | 0 | 0.00% | | | |
| 55 | 23 | 1.83% | 96 | 0 | 0.00% | | | |
| 56 | 21 | 1.67% | 97 | 0 | 0.00% | | | |
| 57 | 15 | 1.19% | 98 | 0 | 0.00% | | | |
| 58 | 9 | 0.72% | 99 | 0 | 0.00% | | | |

**Exhibit 7**

EQUAL OPPORTUNITY EMPLOYER
COURTESY - SERVICE - PROTECTION



01/09/2019
09:38 AM

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## REGULATORY SERVICES DIVISION
### HANDGUN LICENSING PROGRAM
Box 4087 MSC 0245 - Austin, Texas  78773-0245
**(512) 424-7293**
**www.dps.texas.gov**

Page 1



STEVEN C. McCRAW
DIRECTOR
SKYLOR HEARN
FREEMAN F. MARTIN
RANDALL B. PRINCE
DEPUTY DIRECTORS

COMMISSION
STEVEN P. MACH, CHAIRMAN
MANNY FLORES
A. CYNTHIA LEON
JASON K. PULLIAM
RANDY WATSON

## Demographic Information by Age
### Period: 01/01/2018 - 12/31/2018
### Licenses: Suspended

| Age | Number of Applicants | Percent | Age | Number of Applicants | Percent | Age | Number of Applicants | Percent |
|---|---|---|---|---|---|---|---|---|
| 18 | 0 | 0.00% | 59 | 28 | 1.01% | 100 | 0 | 0.00% |
| 19 | 0 | 0.00% | 60 | 33 | 1.20% | **Total** | **2,761** | **100.00%** |
| 20 | 0 | 0.00% | 61 | 36 | 1.30% | | | |
| 21 | 13 | 0.47% | 62 | 27 | 0.98% | End of Report | | |
| 22 | 39 | 1.41% | 63 | 18 | 0.65% | | | |
| 23 | 73 | 2.64% | 64 | 11 | 0.40% | | | |
| 24 | 70 | 2.54% | 65 | 15 | 0.54% | | | |
| 25 | 69 | 2.50% | 66 | 13 | 0.47% | | | |
| 26 | 68 | 2.46% | 67 | 14 | 0.51% | | | |
| 27 | 71 | 2.57% | 68 | 14 | 0.51% | | | |
| 28 | 80 | 2.90% | 69 | 18 | 0.65% | | | |
| 29 | 78 | 2.83% | 70 | 11 | 0.40% | | | |
| 30 | 119 | 4.31% | 71 | 12 | 0.43% | | | |
| 31 | 75 | 2.72% | 72 | 7 | 0.25% | | | |
| 32 | 68 | 2.46% | 73 | 1 | 0.04% | | | |
| 33 | 96 | 3.48% | 74 | 5 | 0.18% | | | |
| 34 | 109 | 3.95% | 75 | 9 | 0.33% | | | |
| 35 | 90 | 3.26% | 76 | 3 | 0.11% | | | |
| 36 | 96 | 3.48% | 77 | 2 | 0.07% | | | |
| 37 | 94 | 3.40% | 78 | 5 | 0.18% | | | |
| 38 | 80 | 2.90% | 79 | 2 | 0.07% | | | |
| 39 | 81 | 2.93% | 80 | 2 | 0.07% | | | |
| 40 | 70 | 2.54% | 81 | 0 | 0.00% | | | |
| 41 | 93 | 3.37% | 82 | 0 | 0.00% | | | |
| 42 | 66 | 2.39% | 83 | 0 | 0.00% | | | |
| 43 | 55 | 1.99% | 84 | 0 | 0.00% | | | |
| 44 | 62 | 2.25% | 85 | 0 | 0.00% | | | |
| 45 | 77 | 2.79% | 86 | 0 | 0.00% | | | |
| 46 | 59 | 2.14% | 87 | 0 | 0.00% | | | |
| 47 | 50 | 1.81% | 88 | 2 | 0.07% | | | |
| 48 | 56 | 2.03% | 89 | 0 | 0.00% | | | |
| 49 | 56 | 2.03% | 90 | 0 | 0.00% | | | |
| 50 | 53 | 1.92% | 91 | 0 | 0.00% | | | |
| 51 | 51 | 1.85% | 92 | 0 | 0.00% | | | |
| 52 | 39 | 1.41% | 93 | 0 | 0.00% | | | |
| 53 | 58 | 2.10% | 94 | 0 | 0.00% | | | |
| 54 | 38 | 1.38% | 95 | 0 | 0.00% | | | |
| 55 | 32 | 1.16% | 96 | 0 | 0.00% | | | |
| 56 | 39 | 1.41% | 97 | 0 | 0.00% | | | |
| 57 | 23 | 0.83% | 98 | 0 | 0.00% | | | |
| 58 | 27 | 0.98% | 99 | 0 | 0.00% | | | |

**Exhibit 7**

EQUAL OPPORTUNITY EMPLOYER
COURTESY - SERVICE - PROTECTION

# EXHIBIT "8"

Exhibit 8
0204

**Expanded Homicide Data Table 2**

**Murder Victims**

by Age, Sex, Race, and Ethnicity, 2017

| Age | Total | Sex | | | Race | | | | Ethnicity | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | Unknown | White | Black or African American | Other[1] | Unknown | Hispanic or Latino | Not Hispanic or Latino | Unknown |
| **Total** | **15,129** | **11,862** | **3,222** | **45** | **6,579** | **7,851** | **456** | **243** | **2,354** | **9,761** | **2,085** |
| Percent distribution[2] | 100.0 | 78.4 | 21.3 | 0.3 | 43.5 | 51.9 | 3.0 | 1.6 | 16.6 | 68.7 | 14.7 |
| Under 18[3] | 1,208 | 864 | 341 | 3 | 512 | 642 | 33 | 21 | 215 | 754 | 178 |
| Under 22[3] | 2,994 | 2,405 | 583 | 6 | 1,113 | 1,767 | 73 | 41 | 548 | 1,863 | 429 |
| 18 and over[3] | 13,754 | 10,893 | 2,840 | 21 | 6,010 | 7,149 | 417 | 178 | 2,120 | 8,941 | 1,840 |
| Infant (under 1) | 167 | 93 | 74 | 0 | 85 | 74 | 6 | 2 | 25 | 103 | 31 |
| 1 to 4 | 248 | 150 | 97 | 1 | 127 | 108 | 7 | 6 | 41 | 153 | 41 |
| 5 to 8 | 91 | 56 | 35 | 0 | 44 | 41 | 5 | 1 | 15 | 59 | 11 |
| 9 to 12 | 61 | 29 | 31 | 1 | 31 | 22 | 1 | 7 | 9 | 36 | 11 |
| 13 to 16 | 365 | 298 | 67 | 0 | 136 | 218 | 10 | 1 | 77 | 226 | 46 |
| 17 to 19 | 1,132 | 985 | 146 | 1 | 373 | 734 | 16 | 9 | 204 | 712 | 156 |
| 20 to 24 | 2,428 | 2,055 | 369 | 4 | 827 | 1,513 | 54 | 34 | 453 | 1,532 | 311 |
| 25 to 29 | 2,457 | 2,059 | 397 | 1 | 840 | 1,526 | 63 | 28 | 379 | 1,557 | 317 |
| 30 to 34 | 1,790 | 1,441 | 348 | 1 | 719 | 983 | 68 | 20 | 282 | 1,188 | 230 |
| 35 to 39 | 1,508 | 1,191 | 315 | 2 | 637 | 810 | 44 | 17 | 259 | 958 | 216 |
| 40 to 44 | 1,077 | 834 | 242 | 1 | 521 | 507 | 37 | 12 | 187 | 672 | 141 |
| 45 to 49 | 928 | 684 | 238 | 6 | 479 | 393 | 31 | 25 | 134 | 610 | 125 |
| 50 to 54 | 832 | 622 | 204 | 6 | 475 | 310 | 30 | 17 | 101 | 549 | 120 |
| 55 to 59 | 691 | 515 | 176 | 0 | 426 | 235 | 24 | 6 | 75 | 483 | 89 |
| 60 to 64 | 456 | 324 | 132 | 0 | 286 | 143 | 21 | 6 | 47 | 318 | 63 |
| 65 to 69 | 314 | 206 | 108 | 0 | 204 | 97 | 11 | 2 | 29 | 219 | 53 |
| 70 to 74 | 151 | 91 | 60 | 0 | 100 | 41 | 9 | 1 | 6 | 113 | 14 |
| 75 and over | 266 | 124 | 142 | 0 | 212 | 36 | 13 | 5 | 12 | 207 | 43 |
| Unknown | 167 | 105 | 41 | 21 | 57 | 60 | 6 | 44 | 19 | 66 | 67 |

[1] Includes American Indian or Alaska Native, Asian, and Native Hawaiian or Other Pacific Islander.

[2] Because of rounding, the percentages may not add to 100.0.

[3] Does not include unknown ages.

**Exhibit 8**
**0205**