1  John W. Dillon (Bar No. 296788)
2  Gatzke Dillon & Ballance LLP
   2762 Gateway Road
3  Carlsbad, California 92009
   Telephone: (760) 431-9501
4  Facsimile: (760) 431-9512
5  E-mail:  jdillon@gdandb.com

6  Attorney for Plaintiffs

7

8           **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | MATTHEW JONES; THOMAS FURRH;          Case No.: 3:19-cv-01226-L-AHG
   | KYLE YAMAMOTO; PWGG, L.P. (d.b.a.
12 | POWAY WEAPONS AND GEAR and            Hon. M. James Lorenz and Magistrate
   | PWG RANGE); NORTH COUNTY              Judge Allison H. Goddard
13 | SHOOTING CENTER, INC.; BEEBE
14 | FAMILY ARMS AND MUNITIONS LLC         **DECLARATION OF DAVID BOGAN**
   | (d.b.a. BFAM and BEEBE FAMILY         **IN SUPPORT OF PLAINTIFFS'**
15 | ARMS AND MUNITIONS); FIREARMS         **MOTION FOR PRELIMINARY**
   | POLICY COALITION, INC.; FIREARMS      **INJUNCTION**
16 | POLICY FOUNDATION; CALIFORNIA         **(Part 2 of 2)**
17 | GUN RIGHTS FOUNDATION (formerly,
   | THE CALGUNS FOUNDATION); and          Complaint Filed: July 1, 2019
18 | SECOND AMENDMENT                       Second Amended Complaint Filed:
19 | FOUNDATION,                            November 8, 2019

20                        Plaintiffs,
21
   | v.                                     Date: Monday, December 16, 2019
22 |                                        Time: 10:30 a.m.
   | XAVIER BECERRA, in his official        Courtroom: Dept. 5B (5th Floor)
23 | capacity as Attorney General of the
24 | State of California, et al.,           No oral argument should be heard
   |                                        unless ordered by the Court
25 |                        Defendants.

26
27
28

*DECLARATION OF DAVID BOGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION*

# EXHIBIT "2"

## (Part 2 of 2)

Exhibit 2
0005

## Wildlife Conservation

**You should be able to...**

- Define "wildlife conservation" and explain how it differs from preservation.
- List the five essential elements for wildlife habitat.
- Define "carrying capacity."
- List the factors that limit wildlife populations.
- Explain the role of hunting in wildlife conservation.
- Give five examples of wildlife management practices, and explain how each helps conserve wildlife populations.
- Explain why the correct identification of wildlife is crucial for hunting.
- List the five groups commonly used to divide wildlife.
- Give one example of a large mammal and some of its distinguishing features.
- Tell where to find more information on identifying characteristics, habitat, and range of common wildlife species.

### Wildlife Conservation

- The concept of wildlife **conservation** has been around since ancient times. Restrictions on taking game are mentioned in the Bible, and the first official hunting season may have been established in the 13th century by Kublai Khan.



- Today, wildlife conservation has evolved into a science, but its goal remains essentially the same: to ensure the wise use and management of renewable resources. Given the right circumstances, the living organisms that we call renewable resources can replenish themselves indefinitely.
- **Preservation** is another means of protecting or saving a resource, such as by outlawing hunting of endangered species. Both preservation and conservation are necessary to sustain resources for future generations.

**conservation**
Wise use of natural resources, without wasting them

**preservation**
Saving natural resources, but with no consumptive use of them

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

**Exhibit 2**
**0088**

**wildlife management**
Science and practice of maintaining wildlife populations and their habitats

**habitat**
Complete environmental requirements of an animal for survival: food, water, cover, space, and arrangement



**Causes of Threatened and Endangered Species**

Naturally Rare
Past Exploitation
Pesticides
Unknown
Illegal Killing

Urbanization

Competition with Introduced Species

Controlled Pests

Of the possible causes for a species becoming endangered or threatened, legal hunting equals 0%.

*Remember...*
No North American animal has become extinct because of sport hunting.

## Lessons in Wildlife Management

- Initially, **wildlife management** in the United States was skewed toward protection. In the early 1900s, for example, wildlife managers attempted to preserve a mule deer herd in the remote Kaibab Plateau of Arizona. Hunting was banned, and predators were destroyed. The result was severe overpopulation, **habitat** destruction, and mass starvation.

- The Kaibab Plateau was opened to hunting in 1929, which brought the population into balance with the habitat. Today, a large, healthy herd of mule deer inhabits the area.

- Around the same period, a similar event took place in Pennsylvania. Deer had been brought into the state after the native population was thought to be extinct. With most of the predators eliminated and little hunting allowed, the herd grew out of control. As the food supply dwindled, thousands of white-tailed deer starved to death.

- From these hard lessons, wildlife managers learned that there is more to conservation than just protecting wildlife. They discovered that nature overproduces its game resources and that good wildlife management yields a surplus that can be harvested by hunters.

## The North American Model of Wildlife Conservation

In the first two decades of the 20th century, sportsmen from the United States and Canada developed a set of guiding principles for managing wildlife resources. Called the North American Model of Wildlife Conservation, these seven principles provide the foundation for the success of fish and wildlife conservation in North America.

- Wildlife is public property. The government holds wildlife in trust for the benefit of all people.

- Wildlife cannot be slaughtered for commercial use. This policy eliminates trafficking in dead game animals.

- Wildlife is allocated by law. Every citizen in good standing—regardless of wealth, social standing, or land ownership—is allowed to participate in the harvest of fish and wildlife within guidelines set by lawmakers.

- Wildlife shall be taken by legal and ethical means, in the spirit of "fair chase," and with good cause. Animals can be killed only for legitimate purposes—for food and fur, in self-defense, or for protection of property.

- Wildlife is an international resource. As such, hunting and fishing shall be managed cooperatively across state and province boundaries.

- Wildlife management, use, and conservation shall be based on sound scientific knowledge and principles.

- Hunting, fishing, and trapping shall be democratic. This gives all people—rich and poor alike—the opportunity to participate.

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0089

## Habitat Management

■ The habitat is where a species fulfills its basic life needs: nourishment, procreation, and rest. If not managed properly, urban development can result in habitat loss, which presents the greatest threat to wildlife. Habitat management, the most essential aspect of wildlife management, safeguards the essential elements to meet these needs.

- **Food and water** are necessary to all wildlife. Competition for these elements among species makes cover, space, and arrangement top priorities.

- **Cover** protects animals from predators and the weather while they feed, breed, roost, nest, and travel. Cover ranges from thick weeds and brush to a few rocks piled together.

- **Space** is necessary for adequate food among wildlife, territorial space for mating and nesting, and freedom from stress-related diseases.

- The ideal **arrangement** places food, water, cover, and space in a small area so that animals minimize their energy use while fulfilling their basic needs for nourishment, procreation, and rest.

■ **Edge effect** refers to the consequence of placing two contrasting ecosystems adjacent to one another. Most animals are located where food and cover meet, particularly near water. An example would be a river bottom, which offers many animals all their habitat needs along one corridor.

**Balancing Act**

Habitats must be in balance in order to support wildlife. Remove a certain population of plants or animals from a community, and the community may not survive. This typically happens when urban development pushes into wildlife areas.





- Cover
- Food
- Water
- Insufficient Space

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners, www.kalkomey.com

Exhibit 2
0090



**carrying capacity**
The number of animals the habitat can support throughout the year without damage to the animals or to the habitat

## Carrying Capacity

■ The resources in any given habitat can support only a certain quantity of wildlife. As seasons change, food, water, or cover may be in short supply. **Carrying capacity** is the number of animals the habitat can support all year long. The carrying capacity of a certain tract of land can vary from year to year. It can be changed by nature or humans.

■ **Factors that limit the potential production of wildlife include:**
  • Disease/parasites
  • Starvation
  • Predators
  • Pollution
  • Accidents
  • Old age
  • Hunting

■ If the conditions are balanced, game animals will produce a surplus, which can be harvested on an annual, sustainable basis.



## The Hunter's Role in Wildlife Conservation

■ Because wildlife is a renewable resource with a surplus, hunters help control wildlife populations at a healthy balance for the habitat. Regulated hunting has never caused a wildlife population to become threatened or endangered.

■ Hunting is an effective wildlife management tool. Hunters play an important role by providing information from the field that wildlife managers need.

■ Funding from hunting licenses has helped many game and non-game species recover from dwindling populations.

**Hunters and Wildlife Conservation**

Hunters spend more time, money, and effort on wildlife conservation than any other group in society. In addition to participating in the harvest of surplus animals, hunters help sustain game populations by:
  • Filling out questionnaires
  • Participating in surveys
  • Stopping at hunter check stations
  • Providing samples from harvested animals
  • Helping fund wildlife management through license fees

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

**Exhibit 2**
**0091**

## Wildlife Management and Conservation Principles

- The wildlife manager's job is to maintain the number of animals in a habitat at or below the habitat's carrying capacity so that no damage is done to the animals or to their habitat.
- In a sense, a wildlife manager's task is similar to a rancher's. Just as a rancher limits the number of animals in a cattle herd to a level that the habitat can tolerate, wildlife managers try to keep the number of animals in balance with their habitat. In addition to looking at the total number of each species in a habitat, wildlife managers also monitor the breeding stock—the correct mix of adult and young animals needed to sustain a population.
- To manage a habitat, wildlife managers must consider historical trends, current habitat conditions, breeding population levels, long-term projections, and breeding success. With that knowledge, wildlife managers have a variety of practices at their disposal to keep habitats in balance.

### Wildlife Management Practices

- **Monitoring Wildlife Populations:** Wildlife managers continuously monitor the **birth rate** and **death rate** of various species and the condition of their habitat. This provides the data needed to set hunting regulations and determine whether other wildlife management practices are needed to conserve wildlife species.
- **Habitat Improvement:** As **succession** occurs, the change in habitat affects the type and number of wildlife the habitat can support. Wildlife managers may cut down or burn forested areas to promote new growth and slow down the process of succession. This practice enables them to increase the production of certain wildlife species.
- **Hunting Regulations:** Hunting regulations protect habitat and preserve animal populations. Regulations include setting daily and seasonal time limits, bag limits, and legal methods for taking wildlife.
- **Hunting:** Hunting is an effective wildlife management tool. Hunting practices help managers keep animal populations in balance with their habitats.
- **Predator Control:** In rare instances, **predators** must be reduced to enable some wildlife populations to establish stable populations, particularly threatened or endangered species.
- **Artificial Stocking:** Restocking of game animals has been successful in many parts of the nation. An example of restocking is trapping animals in areas where they are abundant and releasing them in areas of suitable habitat where they are not abundant.
- **Controlling or Preventing Disease and Its Spread:** Disease can have a devastating effect on wildlife. Avian cholera, for example, poses a serious threat, especially to ducks and geese on crowded wintering grounds. Once avian cholera occurs, managers must work to prevent its spread by gathering and burning waterfowl carcasses daily.
- **Management Funds/Programs:** In addition to Pittman–Robertson funds, many states have initiated programs that help finance conservation efforts.

**Beneficial Habitat Management Practices**

- Brush pile creation
- Controlled burning
- Diking
- Ditching
- Food plots and planting
- Mechanical brush or grass control
- Nuisance plant or animal control
- Timber cutting
- Water holdings



Suppose each adult pair of waterfowl produces six young each year, and none of the factors that limit wildlife production are active. At the end of the fifth year, the initial pair will have grown to more than 2,000 waterfowl.

**birth rate**
The ratio of number of young born to females of a species to total population of that species over one year

**death rate**
The ratio of number of deaths in a species to total population of that species spanning one year

**succession**
Natural progression of vegetation and wildlife populations in an area; for example, as trees grow and form a canopy, shrubs and grasses will disappear along with the wildlife that use them as cover

**predator**
Animal that kills other animals for food

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

## Characteristics of Mammals

- Mammals are warm-blooded animals with hair. Young are nourished with milk from the mother.
- Mammals can be carnivorous (meat-eating), herbivorous (plant-eating), or omnivorous (meat- and plant-eating).
- Mammals seek to regulate their temperature. Mammals in cold climates must keep warm, and mammals in hot climates must keep cool.
- Small mammals have shorter lives than large mammals, in general.
- Mammals vary in social behavior—some species live in groups, and other species are solitary except when mating or raising offspring.

## Wildlife Identification

- Developing wildlife identification skills is a basic requirement for hunters. Knowing the key characteristics of animals will help you distinguish between similar species and between the male and female of the same species. Mistakes in identification can lead to illegal harvest of game or non-game animals. To identify game properly, you must learn to recognize key characteristics of the animal you're hunting.

- Identifying animals accurately is a skill that improves with experience. It can be difficult, especially when you must observe quickly or when the differences between animals are subtle. Sometimes the difference between animals in the same species is only the size of their ears or distinctive coloring. Scat and tracks provide additional clues for identifying species.

- Many resources are available for learning about wildlife. Good sources are books, television shows featuring hunting and nature topics, and websites, such as that of the U.S. Fish & Wildlife Service (www.fws.gov).

- It is common to categorize wild animals into groups that are similar in some way. For example:
  - **Large mammals**
  - **Small mammals**
  - **Upland birds**
  - **Waterfowl and wetland birds**
  - **Birds of prey**

- Within each of the groups, species may be "threatened" or "endangered." Some species are protected from hunting because their numbers are small, and they produce no surplus to harvest. "Threatened" and "endangered" species are protected by law.

## Large Mammals

### Bighorn Sheep



Courtesy of Texas Parks & Wildlife

Dark brown to gray coloring; white rump patch with short darker tail. Two heavy, tapering, curled brown horns on male; smaller and less curled on female.



**Habitat and Habits:** Lives in rocky, mountainous terrain, preferring bluffs or steep slopes. Herbivorous. Lives for 15 years. Male is polygamous; rut runs Nov.–Dec.; males engage in battles, butting heads. One small brown lamb typical.

### Black Bear



Courtesy of Hollingsworth

Color varies from black or cinnamon to blond in west and black in east; muzzle usually brown; may have a small white patch on chest. Male much larger than female.



**Habitat and Habits:** Lives primarily in forest and swamps in east, in forest and wooded mountains in west. Omnivorous. Lives up to 30 years. Nocturnal, usually solitary, except mother with cubs. Mates Jun.–Jul. Typically two to three cubs, born in winter.

### Black-Tailed Deer



© Tom J. Ulrich, used with permission

Smaller than mule deer with a less extensive range. Can be distinguished from mule deer by its blackish or brown coloring on top of tail.



**Habitat and Habits:** Lives in mixed open to wooded terrain along the Pacific Coast. Herbivorous. Lives up to 16 years. Male is polygamous; rut runs Oct.–Dec. One to two spotted fawns typical.

| ☐ summer range | ☐ winter range | ☐ all-year range | ☐ not present |

Copyright © 2017 Kalkomey Enterprises. LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0093

## Large Mammals

### Elk (Wapiti)



Courtesy of Texas Parks & Wildlife

Dark brown to tan coloring; yellowish rump patch and tail. Large, spreading antlers on male.


**Habitat and Habits:** Lives in mountainous terrain in summer and may move to lower elevations, wooded slopes in winter. Herbivorous.

Lives up to 15 years. Male is polygamous; rut runs Sept.–Nov. Usually one calf; spotted until 3 months of age.

### Gray Wolf (Timber Wolf)


© Tom J. Ulrich, used with permission

Largest wild dog. Color varies from white (Arctic) to black, but usually a grizzled gray. Tails often black-tipped. Unlike coyote, holds tail straight out when running.


**Habitat and Habits:** Lives in north wilderness forests and tundra, and all habitats in other ranges except desert and high mountains. Carnivorous. Mainly nocturnal, but can be active anytime. One to eleven pups born Apr.–Jun.

### Moose


© Tom J. Ulrich, used with permission

Dark brown coloring; legs are grayish. Large overhanging snout; dewlap on throat. Antlers on male are massive, palmate, and flat.


**Habitat and Habits:** Lives in forests with lakes and swamps. Herbivorous. Lives up to 20 years.

Male is polygamous; rut runs Sept.–Oct. Usually one calf; light reddish-brown with dark stripe down back.

## Large Mammals

### Mountain Goat


© Tom J. Ulrich, used with permission

Long white fur that turns yellowish in winter, black hooves and horns that curve slightly


backward, and a distinctive beard.
**Habitat and Habits:** Usually found above timberline on rocky precipices or steep slopes; moves closer to the timberline during winter months.
Herbivorous. Lives up to 12 years. Movement limited to three to six miles. Male is polygamous; rut runs Nov.–Dec. Typically one to two kids; brown hairs along back.

### Mountain Lion (Cougar)


© Tom J. Ulrich, used with permission

Large tan cat with long dark-tipped tail.


**Habitat and Habits:** Lives mainly in rugged mountains and sometimes in forests and swamplands with dens in caves, rock crevices, and

other concealed locations. Carnivorous; makes a food "cache" out of uneaten prey. Mainly nocturnal. Typically two to four spotted cubs born throughout the year.

### Mule Deer


© Tom J. Ulrich, used with permission

Reddish coloring in summer and blue-gray in winter. Rump patch is cream-colored with black tip; tail is cream-colored. Ears are larger than the white-tailed deer. Antlers branch equally.


**Habitat and Habits:** Lives in forests, desert shrubs, thickets of shrubs or trees, grasslands, plains, foothills, and river bottoms. Herbivorous. Lives up to 16 years. Male is polygamous; rut runs Oct.–Dec. One to two spotted fawns typical.

| ☐ summer range | ☐ winter range | ☐ all-year range | ☐ not present |

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

**Exhibit 2**
**0094**

## Large Mammals

### Pronghorn



Courtesy of U.S. Fish & Wildlife Service

Reddish to tan coloring. Large white rump patch with short white tail; rump hair stands up when alerted or fleeing. Two broad white bands across neck. Male has large black jaw patch and larger, slightly curved horns with single prong growing forward.



**Habitat and Habits:** Lives in open prairies, plains, and brushlands. Herbivorous. Lives for 14 years. Male is polygamous; rut runs Aug.–Nov. Two fawns typical.

### White-Tailed Deer



Courtesy of Texas Parks & Wildlife

Reddish-brown to blue-gray or tan coloring; underside of tail is white, producing a "flag" when raised off the rump. Antlers on males consist mainly of a main beam with tines growing from it.



**Habitat and Habits:** Lives in forests, swamps, open brushy areas, foothills, plains, and river bottoms. Herbivorous. Movement limited from one to two miles. Lives up to 16 years. Male is polygamous; rut runs Oct.–Dec. One to two spotted fawns typical.

### Wild Pig (Feral Hog)



Courtesy of Florida Fish & Wildlife Conservation Commission

Larger than the collared peccary and resembling the Eurasian wild boar or domestic pig. Can be mistaken for the black bear. Coarse, bristled hair. Usually black but can be gray,



dark brown, blond, white, or red; some are spotted or striped. Long snouts with four sharp tusks; upper tusks point up. Tail longer and straighter than domestic pig.

**Habitat and Habits:** Lives primarily in swamps, river bottoms, brushlands, woodlands, and forests. Damages property. Omnivorous; eats crops and the food of livestock and wildlife. Lives up to 25 years. Mainly nocturnal but can be active any time. Four to twelve piglets in a litter; one or two litters per year.

## Small Mammals

### American Badger



Courtesy of Texas Parks & Wildlife

Medium-sized with short black legs and yellowish-gray hair. Medium white stripe over head to nose, white cheeks, and black patch in front of each ear. Long front claws for digging.



**Habitat and Habits:** Lives in open grass-lands, deserts, and thickets of shrubs and trees. Carnivorous; feeds mainly on small rodents. Lives 12 years. Breeds during Jul.–Aug.; two to five young; one litter per year.

### American Beaver



© Tom J. Ulrich, used with permission

Large-sized, brown rodent; naked tail, scaly and paddle-shaped. Large chestnut-colored front teeth and webbed short feet for swimming.



**Habitat and Habits:** Lives in streams, rivers, ponds, or lakes. Constructs houses of sticks, logs, and mud or burrows in banks; builds dams serving as habitat. Herbivorous. Lives up to 11 years. Two to four kits born Apr.–Jul.

### Black-Tailed Jackrabbit



Courtesy of Texas Parks & Wildlife

Medium-sized with grayish-brown fur with large black-tipped ears and black streak on top of short tail.



**Habitat and Habits:** Lives in prairies, shrublands, and semi-arid deserts. Herbivorous. Two to four young per litter.

☐ summer range   ☐ winter range   ☐ all-year range   ☐ not present

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0095

## Small Mammals

### Bobcat



Courtesy of R. V. Shiver

Medium-sized with reddish-spotted fur (grayer in winter) and black on top and at tip of very short tail. Light-spotted underside including face.



**Habitat and Habits:** Lives in thickets of shrubs or trees, swamplands, woodlands, rimrock, and rocky prairies. Carnivorous. Mainly nocturnal and solitary. Two to four kittens in one litter can be born throughout the year.

### Common Gray Fox



Courtesy of Texas Parks & Wildlife

Medium-sized with salt-and-pepper fur; face is white under gray and rust; rust color on neck, flanks, and legs; bushy tail topped with black stripe and tip.



**Habitat and Habits:** Lives in thickets of shrubs or trees, open woodlands, and rocky areas. Omnivorous. Mostly nocturnal. Three to seven young born Apr.–May.

### Common Muskrat



© Tom J. Ulrich, used with permission

Small-sized with brown to grayish-brown fur and grayish underside; black, scaly tail; partially-webbed hind feet.



**Habitat and Habits:** Lives in marshes, ponds, and streams. Omnivorous; feeds primarily on aquatic vegetation, but also on frogs, and small fish on occasion. Two to six young per litter; two to three litters per year.

## Small Mammals

### Common Raccoon



Courtesy of Texas Parks & Wildlife

Medium-sized with dark and light mixed fur; distinctive black mask across white face; small- to medium-sized ears and ringed tail.



**Habitat and Habits:** Lives in woods, often near water; also found in urban areas. Omnivorous. Nocturnal. Two to seven young born Apr.–May.

### Coyote



Courtesy of Texas Parks & Wildlife

Medium-sized with gray to reddish-gray fur, more red on legs, feet, and ears; dark-tipped tail; whitish belly and throat.



**Habitat and Habits:** Lives in prairies, open woodlands, shrublands, and a variety of habitats. Carnivorous. Mainly nocturnal, but can be active anytime. Five to ten pups born Apr.–May.

### Fisher



© Tom J. Ulrich, used with permission

Long-bodied, dark brown to nearly black with grayish head.



**Habitat and Habits:** Lives in mixed coniferous and hardwood forests. Good climbers and swimmers, at home on the ground or in trees. Omnivorous, primarily carnivorous. One to six young born Mar.–Apr.

☐ summer range   ☐ winter range   ☐ all-year range   ☐ not present

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0096

## Small Mammals

### Kit Fox (Swift Fox)


© Tom J. Ulrich, used with permission

Small- to medium-sized with pale gray to buff yellow body; whitish underside; large ears; black-tipped tail.



**Habitat and Habits:** Lives in open deserts or plains with low vegetation. Carnivorous; feeds primarily on small rodents and insects. Nocturnal. Four to seven pups born Feb.–Apr.

### Long-Tailed Weasel


© Tom J. Ulrich, used with permission



Long-bodied and short-legged; brown back and white or yellow underside; long tail with black tip.

**Habitat and Habits:** Lives on all types of land, preferably near water. Carnivorous. Mostly nocturnal. Four to eight young born Apr.–May.

### Mink


© Tom J. Ulrich, used with permission



Medium-sized with dark brown fur and white chin patch; tail slightly bushy.

**Habitat and Habits:** Lives along rivers, streams, marshes, ponds, and lakes. Carnivorous. Polygamous. Four to ten young born Jan.–Mar.



## Small Mammals

### Mountain Cottontail Rabbit (Nuttall's)


© Tom J. Ulrich, used with permission



Small-sized with brownish-gray fur; white cottontail and underside; rounded ears are shorter than those of the Eastern Cottontail and



Desert Cottontail and are furry on the insides with black tips.

**Habitat and Habits:** Lives in wooded areas and in brushy areas with sagebrush. Herbivorous. Three to eight young per litter; 2–5 litters per year.

### Pine Marten


© Tom J. Ulrich, used with permission



Dark brown to blond, with an orange or tan throat patch, dark legs, light-colored head, and long bushy tail.

**Habitat and Habits:** Prefers coniferous forests or cedar swamps. Active late afternoon, early mornings, and at night. Omnivorous, primarily carnivorous. Two to five young.



### Porcupine


© Tom J. Ulrich, used with permission

Large rodent, size of small dog; chunky body with short legs. Color varies from black to brownish-yellow. Sharp spines on rump and tail.

**Habitat and Habits:** Lives in forests or in brushy areas. Herbivorous; likes salt. Lives 7–8 years. Primarily nocturnal. Mates in fall; one young born May–Jun.



☐ summer range   ☐ winter range   ☐ all-year range   ☐ not present

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0097

## Small Mammals

### Red Fox

 

Courtesy of Hollingsworth

Medium-sized, usually reddish-yellow but sometimes gray; can range from darker to lighter; bushy tail with white tip; usually dark legs and paws.

**Habitat and Habits:** Lives in mixed woodlands, farming areas, and open country. Carnivorous.



Three to seven young born Apr.–May.

### Ring-Tailed Cat

 

Courtesy of Texas Parks & Wildlife

Small- to medium-sized with yellowish gray to darker fur; long whitish and blackish-brown ringed tail; small head and medium-sized ears.

**Habitat and Habits:** Lives in rocky ridges, cliffs, thickets of shrubs or trees, semi-deserts, and near water. Omnivorous. Lives up to eight years. Nocturnal. Three to four young born May–Jun.



### River Otter



Courtesy of Texas Parks & Wildlife

Large-sized and weasel-like with brown fur and silvery face, chin, and underside; feet webbed; tail thick at base.

**Habitat and Habits:** Lives in aquatic habitats around marshes, ponds, and streams. Carnivorous; feeds on fish, frogs, crayfish, and crustacea. Lives more than 14 years. One to five young.



## Small Mammals

### Spotted Skunk

 

Courtesy of Texas Parks & Wildlife

Small-sized with black fur and white patches on forehead and under ears; four broken white stripes along neck, back, and sides; white-tipped tail.

**Habitat and Habits:** Lives in shrublands, farming areas, open wooded lots, prairies, and along streams. Carnivorous. Nocturnal. Like striped skunk, emits a strong scent in defense. Four to seven young born May–Jun.



### Squirrel


Eastern Fox

Courtesy of Texas Parks & Wildlife

Gray (Western or California)
© Tom J. Ulrich, used with permission

Small-sized with yellowish or reddish back and lighter underside; bushy tail. Includes Eastern Fox, Gray, and Red Squirrel.

Red

© Tom J. Ulrich, used with permission

**Habitat and Habits:** Lives in open woodlands, forests, river bottoms, pine forests interspersed with hardwoods, and clearings. Herbivorous. Lives up to 15 years. Two to seven young per litter.

### Striped Skunk

 

Courtesy of Texas Parks & Wildlife

Medium-sized with black fur and white stripes from top of head to nose.

**Habitat and Habits:** Lives in semi-open prairies, thickets of shrubs or trees, farming areas, and mixed woods near water. Omnivorous. Mostly nocturnal. Emits a strong scent in defense. Five to six young born in May.



| ☐ summer range | ☐ winter range | ☐ all-year range | ☐ not present |

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0098

## Small Mammals

### Virginia Opossum



Courtesy of Ed McCrea

Small- to medium-sized with gray to dark gray fur; whitish face; small ears; rat-like tail.



**Habitat and Habits:** Lives in woodland and farming areas; also found in urban areas. Omnivorous. Nocturnal. Up to 14 young per litter several times a year. Young remain in mother's pouch for several months.

### Wolverine



© Tom J. Ulrich, used with permission

Dark brown and bear-like with yellowish stripes starting at the shoulder and joining at the rump.



**Habitat and Habits:** Lives close to the timberline or on the tundra. Omnivorous, primarily carnivorous. Travels miles in search of food. Primarily nocturnal. Young born Feb.–Apr.

## Upland Birds

### Upland Birds' Feet

Grouse



Wild Turkey



## Upland Birds

### American Crow



© F. Eugene Hester, used with permission

Stocky, all-black bird with fan-shaped tail.



**Habitat and Habits:** Lives almost anywhere except deserts and pine forests. Makes a "caw-caw" call. Nests in trees; 4–6 green-colored eggs with brown spots.

### Band-Tailed Pigeon



© Brian E. Small, used with permission

Dark gray with purple below; broad light band on end of square tail; white crescent on back of head; black tip on end of yellow bill.



**Habitat and Habits:** Lives in coniferous forests and oak or pine-oak woodlands. Makes an owl-like "whoo-hoo" call. Nests in trees; 1 white egg.

### California (Valley) Quail



© Tom J. Ulrich, used with permission

Male is gray with a grayish-blue chest and scaled appearance below; black face outlined in white; brown crown; black topknot with 6 feathers. Female is brown with scaled appearance below; smaller black topknot.



**Habitat and Habits:** Lives in brush, in foothills, and in live oak canyons. Makes a loud "ka-kah-ko" call. Nests in depressions; 12–16 cream-colored eggs with golden brown spots.

☐ summer range   ☐ winter range   ☐ all-year range   ☐ not present

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0099

## Upland Birds

### Chukar


© Tom J. Ulrich, used with permission

Light brown back with gray head and chest; white below; white face and neck outlined in black; black and white rust-colored stripes on sides; bright red on edge of tail.



**Habitat and Habits:** Lives in rocky hills and canyons. Makes a "chuck-chuck-chuck" call. Nests in rocks or brush; 8–15 white eggs with brown spots.

### Dusky (Blue) Grouse


female
Courtesy of Khanh Tran     © Tom J. Ulrich, used with permission

Male is gray with orange-yellow or red comb over eye; yellow skin on neck; gray band at end of dark tail. Female is brown with dark tail.



**Habitat and Habits:** Lives in coastal rain forest and just below mountain timberline. Makes a "whoop, whoop, whoop, whoop" call. Nests in shelter of stumps or rocks; 5–10 cream-colored eggs with brown spots.

### Gambel's Quail


Courtesy of Hollingsworth

Pale gray; black face outlined in white; back of head is rust-colored; teardrop-shaped topknot. Female is brown with a buff-colored neck and smaller topknot.



**Habitat and Habits:** Lives in desert-like shrublands. Makes "coo-cut" and "chi-ca-co-coo" call.

## Upland Birds

### Gray (Hungarian) Partridge


© Alan G. Nelson, used with permission

Chicken-like with gray body; rust-colored face and throat; brown stripes on wings; rust-colored tail visible in flight. Male has large brown patch below.



**Habitat and Habits:** Lives in open farmlands and in trees separating farms. Makes a hoarse "kee-uck" call; cackles rapidly when flushed. Nests in depressions hidden in vegetation; 10–20 olive-colored eggs.

### Mountain Quail


© Brian E. Small, used with permission

Brown back with gray head, neck, and chest; rust-colored throat; rust-colored sides with white stripes; long, straight, black head feathers.



**Habitat and Habits:** Lives in mountains and in brushy areas and thickets. Makes a loud "kyork" or "woook" call. Nests in hidden depressions; 8–12 light red eggs.

### Mourning Dove


Courtesy of Texas Parks & Wildlife

Light grayish-brown; lighter below; wings are darker; tail has tipped outer feathers.



**Habitat and Habits:** Lives in dry uplands, grain fields, thickets of shrubs or trees, shrublands, and deserts. Unmated male makes a "ooahoo-oo-oo-oo" sound. Breeding male and female make a short "ooahoo" call. Nests in trees; two white eggs.

☐ summer range     ☐ winter range     ☐ all-year range     ☐ not present

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners, www.kalkomey.com

Exhibit 2
0100

## Upland Birds

### Ring-Necked Pheasant



Courtesy of Texas Parks & Wildlife

Large, chicken-like bird. Male is gold-colored with white neck band; green and purple iridescent head; red wattle around eyes. Hen is dull brown with dark flecks on wings and back. Both have long tail feathers.



**Habitat and Habits:**
Lives in farmlands near woods. Male makes "skwagock" cackle; female makes "kia-kia" sound. Flies for short distances. Nests in grasses and shrubs; 10–12 brownish-green eggs.

### Rock Dove (Pigeon)



© Tom J. Ulrich, used with permission

Most often dark gray head, iridescent neck, and dark bars on wings.



**Habitat and Habits:**
Lives in cities, parks, bridges, and steep cliffs. Male and female make a "coo-coo" sound when breeding. Nests on building ledges, rafters, and barn beams; 1–2 white eggs.

### Ruffed Grouse



© Tom J. Ulrich, used with permission

Brown to grayish-brown, with black ruffs (sides of neck). Chicken-like in form with slight crest.



**Habitat and Habits:**
Lives in forests with dense under-growth and brushy areas. Alarm call is a sharp "quit-quit"; female makes soft clucking sound. Nests under brush; 9–12 buff-colored eggs.

## Upland Birds

### Sage Grouse



© Tom J. Ulrich, used with permission

Grayish-brown; black below. Male has long pointed tail and white breast; inflates yellowish-green air sacs during courtship.



**Habitat and Habits:**
Lives in open country and sagebrush plains. Makes a cackling sound; male makes bubbling sounds during courtship. Nests in depressions, usually under sagebrush; 6–9 olive-colored eggs with light brown spots.

### Spruce Grouse



male | female

© Tom J. Ulrich, used with permission

Male has grayish-brown body; black throat and breast; red comb over eye. Female has brown body with black bars below.



**Habitat and Habits:**
Lives in conif-erous forests. Male makes a low-pitched "krrrrk, krrrk, krrk" sound; female makes low clucking sound. Nests on ground; 8–11 buff-colored eggs, possibly with brown spots.

### White-Winged Dove



Courtesy of Texas Parks & Wildlife

Light grayish-brown; white line along edge of closed wing.



**Habitat and Habits:**
Lives in dry grasslands with shrubs and small trees. Makes a soft "who-cooks-for-you" call. Nests in tree branches; 1–4 creamy white eggs.

| ☐ summer range | ☐ winter range | ☐ all-year range | ☐ not present |
|---|---|---|---|

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0101

## Upland Birds

### Wild Turkey



Courtesy of Texas Parks & Wildlife

Large, long-legged bird with dark, iridescent body; featherless, reddish head. Male is larger and more iridescent than female.



**Habitat and Habits:** Lives in open woodlands, brush country, thickets of shrubs or trees, river bottoms, and hardwoods. Lives up to 12 years. Polygamous males. Mating call is a gobble; normal calls are clucks, putts, and purrs. Nests in depressions; 6–20 whitish eggs.

## Wetland Birds

### American White Pelican



Courtesy of John Foster

Large with white body; large orange bill and throat pouch. Immature has gray bill and pouch.

**Habitat and Habits:** In summer found on marshes and lakes; in winter on coastal areas. Usually quiet. Nests in depressions near water; 1–3 white eggs.



### Brown Pelican



Courtesy of Texas Parks & Wildlife

Large with grayish-brown body and dark bill and throat pouch.

**Habitat and Habits:** Found exclusively on coastal areas year-round. Usually makes no sound. Nests in colonies on high ground in dirt; 2–4 white eggs.

## Wetland Birds

### Great Blue Heron



© Tom J. Ulrich, used with permission

Large grayish-blue heron with black areas on wings and top of head; white face; light yellow bill. Neck folded in flight.



**Habitat and Habits:** Found on lakes, rivers, ponds, marshes, and swamps. Makes a squawking sound. Nests in colonies usually found in trees or shrubs, but sometimes on the ground; 3–7 aqua-colored eggs.

### Great Egret



© Joe Kosak, used with permission

Large white heron with black legs and yellow bill.



**Habitat and Habits:** Found in marshy areas and on seashores. Makes a croaking or squawking sound. Nests in trees, bushes, or cattails; 1–6 aqua-colored eggs.

### Sandhill Crane




© Don Baccus Photography, used with permission

Tall, grayish with some reddish coloring on back and red patch above bill. Immature is also gray, but more reddish and without red patch above bill.

**Habitat and Habits:** In summer found on tundra, wetlands, prairies, and fields; in winter found in shallow ponds, marshes, and fields. Makes a low-pitched call. Nests in grasses in or near water; 1–3 pale green eggs.



| ☐ summer range | ☐ winter range | ☐ all-year range | ☐ not present |
|---|---|---|---|

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0102

## Wetland Birds

### Wilson's (Common) Snipe



© Tom J. Ulrich, used with permission

Long-billed, dark brown and black shorebird with white stripes on head and back. Outer tail feathers are white with black bars. Flies in zigzag pattern.

**Habitat and Habits:**
Found in wet meadows and freshwater marshes; in winter also found in saltwater marshes. Makes a "scaip" call when flushed. Nests in depressions in marshy areas; 4 yellowish-olive-colored eggs with brown spots and brown circle at large end.



## Birds of Prey

### American Kestrel (Sparrow Hawk)



© Tom J. Ulrich, used with permission

Small falcon. Male has rust-colored back and tail; blue-gray wings; white with dark spots below; black tip on tail. Female has rust-colored back, tail, and wings; white with dark spots below; narrow brown stripes on tail. Both have 2 black stripes on side of white face.

**Habitat and Habits:**
Found in cities, on farms, and in open country. Makes a "killy-killy-killy" call. Nests in cavities; 3–7 white or pink eggs with dark blotches.



### Bald Eagle



Courtesy of Gary Kramer

Large, dark bird with white head and tail; yellow bill. Immature: Brownish, speckled with more white under wings and belly.

**Habitat and Habits:**
Found on lakes, rivers, and coastal areas. Makes a loud screech. Nests on cliffs or in trees; 1–3 pale blue eggs.



## Birds of Prey

### Barred Owl



© Tom J. Ulrich, used with permission

Large, grayish-brown with cross-barring on neck and chest, striping on belly; dark eyes; no ear tufts.

**Habitat and Habits:**
Found in densely forested areas and wooded swamps. Makes "hoo-hoo-hoohoo" call, and also screams. Nests in tree cavities; 2–4 white eggs.

### Burrowing Owl



Courtesy of Texas Parks & Wildlife

Dark brown with white spots; lighter chest with dark spots; yellow eyes.

**Habitat and Habits:**
Found in fields, grasslands, and deserts. Makes a "coo-coo" call. Nests in burrows deserted by small mammals; 6–11 white eggs.



### California Condor



© Tom J. Ulrich, used with permission

Largest bird of prey in North America. Black with reddish head; white on underside of wings. Immature: Black head.

**Habitat and Habits:**
Found in mountains and surrounding open country. Usually silent. Nests in inaccessible caves or cliff cavities; 1 white egg.



| ☐ summer range | ☐ winter range | ☐ all-year range | ☐ not present |

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners, www.kalkomey.com

**Exhibit 2**
**0103**

## Birds of Prey

### Common Barn Owl



Courtesy of Texas Parks & Wildlife

Light brown with white heart-shaped face, dark eyes, and white breast. **Habitat and Habits:** Found in fields, grasslands, deserts, and suburban areas. Makes a screeching call. Nests in abandoned buildings, tree hollows, and holes in ground; 4–7 white eggs.

### Ferruginous Hawk



© Tom J. Ulrich, used with permission



Very large hawk that is reddish above and white below with reddish leg feathers and black tips on underside of wings. **Habitat and Habits:** Found on open land, grasslands, sage-brush plains, and badlands. Makes a loud "kree-e-ah" call. Nests in trees, on cliff edges, or on the ground; 2–6 white eggs with brown spots or blotches.

### Golden Eagle



Courtesy of Texas Parks & Wildlife

Large, dark bird. Immature: Dark with white patches under wings and on tail. **Habitat and Habits:** Found in mountains, foothills, sagebrush plains, grasslands, and open woodlands. Mostly quiet. Nests on cliffs, on ground, or in trees; 1–4 speckled eggs.



## Birds of Prey

### Great Horned Owl



Courtesy of Texas Parks & Wildlife

Large, grayish with brown specks; yellow eyes and ear tufts. **Habitat and Habits:** Found almost everywhere. Makes a rhythmic hooting call. Lives in nests abandoned by other birds and small mammals; 1–4 white eggs.

### Northern Harrier (Marsh Hawk)



© Tom J. Ulrich, used with permission



Male is grayish-brown with lighter underside. Female is larger and brown with streaked underside. Both have white patch on rump. **Habitat and Habits:** Found in fields, grasslands, and marshes. Generally quiet unless alarmed. Nests on ground; 3–9 pale blue eggs.

### Peregrine Falcon





Courtesy of Luther Goldman

Large, speckled brown falcon with bluish-gray back, darker head, and lighter neck and chest. Immature: Streaked belly and breast. **Habitat and Habits:** Found near cliffs, urban, and coastal areas. Makes a high-pitched "ki-ki-ki" call. Nests in cliffs; 3–4 white eggs.



☐ summer range    ☐ winter range    ☐ all-year range    ☐ not present

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

**Exhibit 2**
**0104**

## Birds of Prey

### Prairie Falcon



© Tom J. Ulrich, used with permission



Large speckled brown falcon with dark moustache-type lines down face; dark patches on underside of wings. **Habitat and Habits:** Found on plains, grasslands, and barren mountains. Makes a "kree-kree-kree" call, usually near nest. Nests on cliff ledges; 2–7 white or pink-colored eggs with brown marks.

### Red-Tailed Hawk



© Tom J. Ulrich, used with permission



Most common hawk. Light phase: Brown with white chest and short, rust-colored tail. Dark phase: Dark brown with darker rust-colored tail. Immature: Lacks rust-colored tail. **Habitat and Habits:** Found in deciduous forests and open country such as grasslands, plains, and farming areas. Makes a "keeeeer," "klooeeek," or "chwirk" call. Nests in tall trees or on rocky ledges; 1–5 white eggs with dark spots.

### Rough-Legged Hawk



© Tom J. Ulrich, used with permission



Large long-winged hawk with dark band at end of tail. Light phase: White with dark areas on underside of wings; male's chest is darker than belly; female's belly is darker than chest. Dark phase: Dark with dark base feathers and tips on underside of gray wings; male's tail has narrow white bands; female's tail is gray with dark band at tip. Immature: Gray band at end of tail. **Habitat and Habits:** In summer found on the arctic tundra; in winter on open plains, farmland, and marshes. Makes a loud or soft whistling sound. Nests on cliffs or open tundra; 2–7 white eggs with brown and black spots.

## Birds of Prey

### Spotted Owl



© Tom J. Ulrich, used with permission

Dark brown with white spots; chest white with brown stripes; dark eyes; no ear tufts. **Habitat and Habits:** Found in coniferous forests and wooded canyons. Makes a hooting call followed by "hooo-ah." Nests in trees or rock crevices; 2–3 white eggs.

### Swainson's Hawk



© Tom J. Ulrich, used with permission



Brown with white throat, light brown chest, and white below; pale area on underside of long wings; dark brown tail with indistinct stripes. Rare dark phase: All dark with reddish area on underside of wings. **Habitat and Habits:** Found in plains, grasslands, and prairies. Makes a whistling "kreee" sound. Nests in trees; 2–4 white eggs with dark spots.

### White-Tailed Kite (Black-Shouldered)



© Brian E. Small, used with permission



Gray with white chest, head, and tail; black patch on top of wings ("shoulders"); white and black on underside of wings. Immature: Black wings; brown back; reddish chest; buff-colored stripe near tip of tail. **Habitat and Habits:** Found in open country with scattered trees, fields, and grasslands. Makes a "keep-keep-keep" call.

Nests in tall trees; 3–6 white eggs with brown spots.

☐ summer range   ☐ winter range   ☐ all-year range   ☐ not present

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0105

## Waterfowl

Waterfowl are warm-blooded animals that live on or near water, and include diving ducks and puddle ducks.

Puddle ducks are found primarily on the shallows of lakes, rivers, and freshwater marshes. Puddle ducks prefer to feed on or near the water's surface. They launch themselves directly upward when taking off.

Diving ducks inhabit large deep lakes and rivers, coastal bays, and inlets. Diving ducks obtain most of their food by diving. They must run across the water to build up speed to take off.

Eclipse plumage: Most ducks shed their body feathers twice each year. Nearly all drakes lose their bright plumage after mating, and for a few weeks resemble females. This hen-like appearance is called the eclipse plumage. The return to breeding coloration varies in species and individuals of each species. Blue-winged teal and shovelers may retain the eclipse plumage until well into the winter. Wing feathers are shed only once a year; wing colors are always the same.



## Waterfowl Feet

**Diving Duck**

**Puddle Duck**

### Puddle Duck

surface-feeds on fresh, shallow marshes and ponds

### Diving Duck

dives for food in deeper lakes and ponds, coastal bays, and inlets

### Goose or Swan

large, long-necked waterfowl

Courtesy of Bob Hines
Illustrations reprinted from *Ducks at a Distance: A Waterfowl Identification Guide*
Pages 99–105

## American Wigeon



Male is brown with white crown, green eye patch; green and white on wings visible in flight. Female is mottled brown with gray head. Both have pale blue bill.

**Habitat and Habits:**
Found on lakes, marshes, and ponds. Makes quacking and whistling sounds. Nests in grasses near water; 9–11 cream eggs.

Drake

Hen

## Blue-Winged Teal

Male is brown- and buff-speckled; gray head with white crescent in front of eye; pale blue patch on wings. Female is brown-speckled; smaller pale blue patch on wings.

**Habitat and Habits:** In summer found on small lakes in open grasslands; in winter on marshes and coastal areas. Male peeps; female quacks. Nests in grasses near water; 6–15 white eggs.

Drake

Hen

| ☐ summer range | ☐ winter range | ☐ all-year range | ☐ not present |

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

**Exhibit 2**
**0106**



## Cinnamon Teal

Male has reddish body, neck, and head with black coloring on top of head, wings, and back. Female is speckled brown with white around bill.

**Habitat and Habits:** Found on lakes and marshes. Male whistles; female quacks. Nests in grasses; 7–12 pinkish eggs.

Drake
Hen
Eclipse Drake
Drake
Hen

## Eurasian Wigeon

Male is gray with rust-colored head, pinkish chest, and buff-colored crown. Female is mottled brown. Both have large white patches on wings ("shoulders") and dull blue bill with black tip.

**Habitat and Habits:** Found on lakes, marshes, and ponds. Makes a one- or two-note whistling call; usually silent in the United States. Nests in grasses hidden in vegetation; 7–10 white eggs.

Drake
Hen
Drake
Hen

## Gadwall

Male is gray with light brown head; white patch on back of wing; black rump. Female is mottled brown with white patch on back of wing.

**Habitat and Habits:** Found on open lakes and marshes. Male makes a whistle and "kack-kack." Nests on islands in colonies; 7–13 white eggs.

Drake
Hen
Eclipse Drake
Drake
Hen

## Greater Scaup

Male has a light gray body and white sides with dark head, breast, and tail. Female is dark brown with white spots on either side of bill. Heads on both are shaped like a rounded rectangle. Light band on edge of wings extends almost to the tip.

**Habitat and Habits:** In summer found on lakes, bays, and ponds; in winter often found on salt water and coastal ponds. Male makes a "scaup, scaup" call; female is mostly silent. Nests in grasses on land or on islands away from shore; 8–12 pale green eggs.

Drake
Hen
Eclipse Drake
Drake
Hen

☐ summer range   ☐ winter range   ☐ all-year range   ☐ not present

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0107



### Green-Winged Teal

Male is gray with white vertical bar on shoulder; rust head with green band. Female is speckled dark brown and white with dark band across eye.

**Habitat and Habits:** In summer found on ponds and lakes; in winter on rivers and coastal marshes. Male whistles; female quacks. Nests in grasses, not always near water; 7–15 pale green eggs.

Drake / Hen / Eclipse Drake / Drake / Hen

### Mallard

Most common duck. Male often called "greenhead."

**Habitat and Habits:** Found in deep lakes, slow rivers, ponds, and sometimes bays. Main wintering area is the lower Mississippi basin and along the Gulf Coast; many as far north as open waters permit. Female quacks loudly; male makes quiet "yeeb" or low "kwek." Nests near water; 8–10 greenish-white eggs.

Drake / Hen / Eclipse Drake / Drake / Hen

### Northern Pintail

Long-necked, slender duck with pointed tail. Male has dark brown head; white breast and neck; gray flanks and wings. Female has light brown-speckled body; light brown head and neck; gray bill.

**Habitat and Habits:** Summers on marshes and ponds; winters on coastal bays, lakes, and grain fields. Female quacks coarsely; male whistles. Nests near water; 6–12 light green eggs.

Drake / Hen / Eclipse Drake / Drake / Hen

### Northern Shoveler

Male has dark green head; white breast; rust-colored wings. Female is brown-flecked with pale blue on shoulders.

**Habitat and Habits:** Found on shallow lakes and ponds, and sometimes on brackish marshes. Male croaks; female quacks. Nests in grasses, not always near water; 6–14 pale green eggs.

Drake / Hen / Eclipse Drake / Drake / Hen

□ summer range   ■ winter range   ■ all-year range   □ not present

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners, www.kalkomey.com

Exhibit 2
0108



## Wood Duck

Male has colorful crested head and red eyes; iridescent greens, purples, and blues over entire body with white markings. Female is light brown-speckled and has white-ringed eyes.

**Habitat and Habits:** Found on swamps, ponds, and rivers near wooded areas. Male makes a "hoo-w-ett" call; female makes an "oo-eek." Nests in tree cavities; 10–15 dull whitish eggs.

Drake

Hen

Eclipse Drake

Drake

Hen

## Barrow's Goldeneye

Male is white with black back and head; head actually purple in bright light; black and white wings; white spot in front of eye; black bill. Female is gray with brown head and white collar; usually a yellow-orange bill.

**Habitat and Habits:** In summer found on wooded lakes and rivers; in winter on coastal areas. Male grunts and croaks during courtship; female is mostly silent. Nests in hollow trees or rock crevices; 5–15 pale olive-colored eggs.

Drake

Hen

Eclipse Drake

Drake

Hen

## Bufflehead

Male is mostly white with black back and white patch at back of head. Female is grayish with white patch below eye.

**Habitat and Habits:** In summer found on lakes and rivers near woods; in winter on lakes and coastal areas. Male is usually silent; female quacks. Nests in tree cavities; 8–10 buff eggs.

Drake

Hen

Eclipse Drake

Drake

Hen

## Canvasback

Male has white body; reddish head; black breast, bill, and tail. Female has gray body and brown head.

**Habitat and Habits:** In summer found on lakes and marshes; in winter on lakes and coastal waters. Male coos during breeding; female quacks. Nests in reeds and grasses; 7–12 greenish eggs.

Drake

Hen

Eclipse Drake

Drake

Hen

☐ summer range   ☐ winter range   ☐ all-year range   ☐ not present

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0109



## Common Goldeneye

Male has white flanks; black head and back with round white spot below eye. Female is gray with dark head and white collar.

**Habitat and Habits:** In summer found on lakes and marshes; in winter on lakes and coastal areas. Male makes a shrill whistle; female a low quack during breeding. Otherwise, usually quiet. Nests in tree cavities; 5–15 light green eggs.

Drake

Hen

Eclipse Drake

Drake

Hen

## Common Merganser

Male has dark green head; dark back; white neck and underside. Female is grayish-brown with reddish-brown head and white breast.

**Habitat and Habits:** In summer found on lakes and rivers near woods; in winter on freshwater lakes and ponds. Nests in tree cavities and rock crevices; 8–11 cream eggs.

Drake

Hen

Eclipse Drake

Drake

Hen

## Hooded Merganser

Male has dark crested head with white patches, brownish sides, and white breast. Female is gray with reddish-brown crest and lighter gray breast.

**Habitat and Habits:** In summer found on rivers and lakes in wooded areas; in winter on coastal areas. Male makes a croak-like sound; female a "gak." Nests in tree cavities; 6–18 white eggs.

Drake

Hen

Eclipse Drake

Drake

Hen

## Lesser Scaup

Male has white flanks with dark head, breast, and tail; speckled gray back. Female is dark brown with white spots on either side of bill base.

**Habitat and Habits:** In summer found on lakes and marshes; in winter on lakes and coastal areas. Male makes a purring call; females are mostly silent. Nests in grasses near water; 8–14 pale green eggs.

Drake

Hen

Eclipse Drake

Drake

Hen

☐ summer range   ☐ winter range   ☐ all-year range   ☐ not present

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners, www.kalkomey.com

Exhibit 2
0110



## Red-Breasted Merganser

Male has dark green head, white neck, rusty red breast, and gray sides. Female is gray-speckled with light red head and grayish neck.

**Habitat and Habits:** In summer found on rivers and lakes; in winter on coastal areas. Nests under shrubs and logs; 5–11 greenish eggs.

Drake · Hen · Eclipse Drake · Drake · Hen

## Redhead

Male is gray with reddish head and black breast. Female is brown with darker brown back and crown.

**Habitat and Habits:** Found on lakes and bays. Male makes "meow" sound or quacks; female makes a soft low call. Nests in rushes and grasses; 9–13 pale eggs.

Drake · Hen · Eclipse Drake · Drake · Hen

## Ring-Necked Duck

Male is black with pale gray sides. Female is brown with darker back and has white-ringed eyes.

**Habitat and Habits:** In summer found on lakes and marshes; in winter on large lakes and coastal areas. Nests in grasses near water; 6–14 pale green eggs.

Drake · Hen · Eclipse Drake · Drake · Hen

## Ruddy Duck

Male is reddish-brown with black head and white cheek; in winter male looks similar to female. Female is brown; darker on head and back.

**Habitat and Habits:** In summer found on lakes; in winter on coastal areas. Both sexes are mostly silent. Nests in grasses near water; 6–10 white eggs.

Drake · Hen · Eclipse Drake · Drake · Hen

☐ summer range   ☐ winter range   ☐ all-year range   ☐ not present

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0111



### Canada Goose



Both male and female are brownish-gray; black head and tail; white patch on cheek, breast, and underside.

**Habitat and Habits:** Found on lakes, marshes, fields, and parks. Male and female make honking call. Nests on water edges; 4–7 eggs.



### Greater White-Fronted Goose



Immature

Adult

Male and female are brown with white ring around base of bill; black bars on belly; orange bill and feet.

**Habitat and Habits:** In summer found on tundra; in winter on fields and marshes. Male and female make a high-pitched "kow-kow-kow-kow."

Nests in depressions; 4–7 whitish eggs.



### Ross's Goose



Small and white with a short pink bill; round head; black tips on wings.

**Habitat and Habits:**
In summer found on the arctic tundra; in winter on saltwater and freshwater marshes. Makes cackling and grunting sounds. Nests on islands in lakes or rivers; 3–5 light cream-colored eggs.



### Snow Goose



Immature

Adult

Male and female are white with dark gray on underside of wings; short neck; large head.

**Habitat and Habits:**
In summer found on tundra; in winter on fields and wetlands. Male and female both honk. Nests in grasses near water in colonies; 3–5 white eggs.



### Trumpeter Swan

One of the largest, rarest North American waterfowl. All white with a black bill. (Swans, unlike snow geese, do not have black wingtips. Also, swans are much larger and have longer necks than snow geese.)



Adult

Immature

**Habitat and Habits:**
Almost driven into extinction, their numbers have been increasing due to conservation efforts. Prefer bodies of water with dense vegetation. Found in marshes, lakes, and rivers mostly in the Northwest. Nests in bulrushes and beaver lodges; 4–6 whitish eggs.



### Tundra Swan



Immature

Adult

Most common swan in western part of North America. All white; black bill with yellow spot in front of eye.

**Habitat and Habits:**
In summer found on the arctic tundra; in winter on marshes, lakes, and ponds. Makes a "hoo-ho-hoo" or "kow-wow" call. Nests on mounds of grass on island or shore of tundra lake; 2–7 cream-colored eggs.



| □ summer range | ■ winter range | ■ all-year range | □ not present |

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

**Exhibit 2**
**0112**

# Chapter Review Exercises

## Chapter 1

1. A primary objective of hunter education programs is to _____.
   a. give every hunter the same degree of skill and knowledge.
   b. ensure that everyone enjoys hunting and has an opportunity to hunt.
   c. produce knowledgeable, responsible, and involved hunters.
   d. none of the above.

2. Name three hunting-related projects for which the Federal Aid in Wildlife Restoration Act (Pittman–Robertson Act) provides funding.
   i. _____
   ii. _____
   iii. _____

3. Which of these is not a source of hunter education funding?
   a. State highway departments
   b. State wildlife agencies
   c. International Hunter Education Association
   d. U.S. Fish & Wildlife Service

4. Name three behaviors of a responsible hunter.
   i. _____
   ii. _____
   iii. _____

## Chapter 2

1. The three basic parts of a modern firearm are_____.
   a. cartridge, stock, and barrel.
   b. action, stock, and barrel.
   c. stock, trigger, and action.
   d. barrel, chamber, and muzzle.

2. Label the indicated parts of a bolt-action rifle:



   i. _____   ii. _____
   iii. _____   iv. _____

3. The component in ammunition that ignites the gunpowder when struck by the firing pin is the _____.

4. The action of a firearm is made up of parts that _____.
   a. block the trigger or hammer to prevent accidental firing.
   b. hold ammunition before it's loaded into the chamber.
   c. load, unload, fire, and eject the cartridge or shotshell.
   d. serve as the handle of the firearm.

5. You should use only ammunition that exactly matches the caliber or gauge specifications marked on the _____ of your firearm.

6. Label the indicated parts of rifle and shotgun ammunition:



   i. _____
   ii. _____
   iii. _____
   iv. _____
   cartridge          shotshell

7. List six types of firearm actions.
   i. _____   iv. _____
   ii. _____   v. _____
   iii. _____   vi. _____

8. A safety is located around the receiver of the firearm and _____.
   a. ensures that the firearm can never be accidentally fired.
   b. is a device that blocks the action to prevent accidental firing.
   c. is always located either inside or on the trigger guard.
   d. all of the above.

9. The most accurate sight for a firearm is the _____.

10. The design feature that causes a bullet to spiral, which increases accuracy and distance, is called _____.

11. _____ is a measure related to the diameter of the bore and the size of the shotshell designed for that bore.

12. When referring to firearms, "caliber" is _____.
   a. the length of the barrel of a rifle or handgun.
   b. always expressed in hundredths of an inch.
   c. used to describe the size of a rifle bore and the size of cartridges designed for different bores.
   d. all of the above.

13. List the most common shotgun chokes.
   i. _____
   ii. _____
   iii. _____
   iv. _____

14. Steel shot is _____.
   a. lighter than lead shot, reducing velocity and distance.
   b. harder than lead, keeping the pattern tighter.
   c. non-toxic, unlike lead shot, which can be toxic to waterfowl.
   d. all of the above.

15. Knowing your firearm's range is critical—it allows you to _____.
   a. determine whether or not you're able to make a clean kill.
   b. make accurate shots at any distance as long as they are within your firearm's range.
   c. know at what distances your firearm could cause injury.
   d. both a. and c.

16. Why is it important to keep shotshells separated by size?
   a. Once mixed, it is impossible to separate them accurately.
   b. A smaller gauge shotshell can slip past the chamber of a larger gauge gun and result in serious personal injury.
   c. A 12-gauge shotshell can be chambered into a 20-gauge shotgun and result in serious personal injury.
   d. None of the above.

17. Firearms should be stored _____, in a _____ location, and separate from _____.

## Chapter 3

1. Good marksmanship is _____.
   a. being able to hit your target at least 50% of the time.
   b. correctly marking your target.
   c. being a good sport if you miss your target.
   d. hitting your target accurately and consistently.

2. Sight alignment is _____

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners, www.kalkomey.com

Exhibit 2
0113

3. To help you steady the rifle when you're ready to shoot, draw a deep breath and _____.

4. The proper technique for pulling the trigger when firing a rifle is to _____.
   a. pull the trigger quickly, moving only your finger.
   b. squeeze the trigger slowly.
   c. jerk the trigger.
   d. snap the trigger.

5. Of the four standard rifle firing positions, the steadiest is the _____ position.

6. All handguns should be fired at _____ length.

7. If you are hunting small, fast, close birds, the best choke selection would be _____ or _____ choke.

8. When patterning a shotgun, the goal is to produce a pattern of pellets with even _____ and a sufficient percentage of the _____ within a 30-inch circle.

9. Which shotgun-shooting technique is best for a beginning hunter and is performed by pointing at a moving target, and then moving past it and firing?
   a. snap-shooting
   b. swing-through
   c. sustained lead
   d. patterning

10. A common error when hunting birds with a shotgun is _____.
   a. tapping the trigger and not squeezing it slowly.
   b. bringing the stock all the way up to the cheek without lowering the head.
   c. lowering the head and cheek to the stock of the shotgun.
   d. failing to align the sights on the target properly and then take a deep breath.

## Chapter 4

1. It is critical that you know about the game you are hunting because _____.
   a. only one sex of the game you're hunting may be legal.
   b. there may be protected species in the same area that you need to avoid shooting.
   c. it will increase your chance of success.
   d. all of the above.

2. List the four basic characteristics used for animal identification.
   i. _____
   ii. _____
   iii. _____
   iv. _____

3. Unlike still hunting, stalking involves _____.
   a. following signs left by the animal.
   b. spending at least 10 times longer being still and observing than walking.
   c. using a game call.
   d. using dogs to locate the game.

4. _____ is a hunting technique that involves a group of hunters who are spread out and move to push the game toward other hunters waiting at the end of the cover.

5. A true sportsman not only strives to bring home the game he or she is seeking but also strives to ____ the quarry.
   a. fire as soon as possible on
   b. cripple
   c. inflict the minimal amount of suffering on
   d. none of the above

6. The most effective place to shoot an animal is the vital organs, which are the _____ and _____.

7. A ____ shot is the preferred shot for larger game animals, such as deer, elk, and bear.
   a. broadside
   b. rear-end
   c. head-on
   d. quartering-toward

8. When approaching a downed deer or other large animal, you should _____.
   a. approach from the front and make noise to startle the animal.
   b. pause above and behind the animal's head and watch the chest cavity for any movement.
   c. approach from the front if the animal's eyes are closed.
   d. any of the above are safe methods for approaching downed animals.

9. Once you are sure your quarry is dead, you should immediately _____ it and then begin field dressing.

10. ____ would *not* contribute to meat spoiling.
   a. Cold
   b. Dirt
   c. Moisture
   d. Heat

## Chapter 5

1. Label the indicated parts of a muzzleloader:



i. _____   ii. _____
iii. _____
iv. _____

2. _____ is the only type of powder that should be used in muzzleloaders.

3. An unsafe practice when using a muzzleloader is _____.
   a. loading directly from a horn, flask, or other container.
   b. wearing shooting glasses and ear protection when shooting.
   c. waiting until you're ready to fire before you prime or cap a muzzleloader.
   d. not smoking while shooting or loading.

4. How many charges should you load in a muzzleloader at a time?
   a. one charge
   b. two charges
   c. three charges
   d. four charges

5. Name the three common bow types.
   i. _____
   ii. _____
   iii. _____

6. Label the indicated parts of an arrow:



i. _____   ii. _____
iii. _____
iv. _____

7. _____ arrowheads are used primarily for big game hunting.

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0114

8. _____ is the process of placing the arrow shaft on the bow's arrow rest and pulling the arrow back until the string snaps into the slot.

9. A good safety rule to follow when shooting a bow is _____.
   a. always carry arrows in the nocked position when hunting.
   b. use cracked arrows only for target practice.
   c. release an arrow only when the path to the target and beyond is clear.
   d. dry fire a bow as a strengthening exercise.

## Chapter 6

1. To minimize the risk of a firearm incident in the home, you should *never* _____.
   a. point the muzzle in a safe direction.
   b. keep your finger off the trigger when handling the firearm.
   c. store the firearm and ammunition together.
   d. check that the chamber and the magazine are empty.

2. Name the four main causes of hunting incidents.
   i. _____
   ii. _____
   iii. _____
   iv. _____

3. List the four primary rules of firearm safety.
   i. _____
   ii. _____
   iii. _____
   iv. _____

4. If three hunters are walking side by side, the hunter in the center should keep the gun pointed _____ or _____.

5. If three hunters are walking in single file, it is acceptable for the hunter in the middle to use the _____.
   a. cradle carry.
   b. elbow or side carry.
   c. shoulder carry.
   d. trail carry.

6. If crossing a fence while hunting alone, you should _____.
   a. cross the fence with the gun held under your arm.
   b. place the gun on the other side of the fence with the muzzle pointed away from you, and then cross.
   c. set the gun down, cross, and then pull the muzzle to you.
   d. any of the above.

7. To load or unload a firearm safely, you should always _____.
   a. put the safety on.
   b. dry fire the firearm before loading and after unloading.
   c. point the muzzle in a safe direction.
   d. both a. and c.

8. _____ is *not* a safe way to transport a firearm.
   a. Unloaded
   b. With the action open
   c. In a gun case
   d. Loaded and in a gun rack in the rear window

9. Hunters should be spaced _____ yards apart, and each should have a zone-of-fire of _____ degrees in front.

10. Consuming alcohol before or during a hunt does *not* _____.
    a. impair your coordination.
    b. increase your chance of a hunting incident.
    c. affect your judgment.
    d. enhance your chance of a successful hunt.

11. _____ should be worn at all times while climbing a tree and when on a tree stand.
    a. Climbing boots
    b. Thick outerwear
    c. A safety harness
    d. Camouflage outerwear

12. To get your firearm into an elevated stand safely, _____.
    a. climb into the stand using the cradle carry.
    b. climb into the stand and have your companion carefully toss your firearm up to you.
    c. climb into the stand using the sling carry.
    d. haul up the unloaded firearm after you have secured yourself in the stand.

13. When hunting from a boat, it is best to always wear a _____.
    a. personal flotation device.
    b. camouflage jacket.
    c. red jacket.
    d. safety harness.

14. If you fall into cold water while hunting from a boat, you should try to _____ the boat.

## Chapter 7

1. Which of these was *not* a reason for establishing hunting laws?
   a. to limit hunting methods and equipment
   b. to limit the profits of sporting goods manufacturers
   c. to set rules on how hunters take game
   d. to limit harvesting and avoid hunting during nesting and mating seasons

2. According to Aldo Leopold, the "father of wildlife management," ethical behavior is _____.
   a. killing game only for food.
   b. harvesting as much game as the law allows.
   c. doing the right thing when no one else is watching—even when doing the wrong thing is legal.
   d. not killing any wildlife but preserving it for future generations.

3. A responsible and ethical hunter would *not* _____.
   a. waste meat and usable parts of the game harvested.
   b. strive for a quick, clean kill.
   c. leave the land better than he or she found it.
   d. abide by game laws and regulations.

4. Responsible hunters _____.
   a. use land without asking permission from the landowner.
   b. keep firearms out of sight when not hunting.
   c. draw attention to themselves by wearing bloody or dirty hunting clothes when it's not necessary.
   d. unnecessarily harass or frighten livestock.

5. There are five distinct stages of development that most hunters will experience. The most responsible and ethical is the _____ stage.

6. In the ____, success is determined by bagging the limit, which can cause hunters to take unsafe shots.
   a. shooting stage
   b. limiting-out stage
   c. trophy stage
   d. sportsman stage

7. To bring respect to the sport of hunting, hunters can _____.
   a. transport bagged animals on the hood or roof of their automobiles.
   b. share graphic accounts and photographs of their hunting experiences with non-hunters.
   c. support organizations dedicated to improving habitat and management efforts.
   d. consume alcohol and loudly proclaim their hunting prowess.

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0115

## Chapter 8

1. There are four areas to address when preparing for a hunting trip: be ready, know your location, prepare for safety, and
   _____.

2. ____ would *not* be an essential part of a hunting plan that you would leave with a family member or friend.
   a. The number of game you plan to harvest
   b. Where and with whom you intend to hunt
   c. Specific directions on the route to your destination
   d. When you expect to return

3. What color is the safest choice for clothing?
   a. bright red          c. fluorescent orange
   b. hunter green        d. camouflage

4. If dressing for cold weather conditions, you should _____.
   a. wear several layers of clothing instead of one heavy article of clothing.
   b. wear cotton because it can provide warmth even when wet.
   c. wear wool.
   d. both a. and c.

5. When laid on a map, a compass needle points to _____.
   a. the direction you're heading.  c. magnetic north.
   b. true north.                     d. contour lines.

6. List the five primary requirements for survival.
   i. _____   iv. _____
   ii. _____   v. _____
   iii. _____

7. The international emergency signal for distress is _____.
   a. three fires evenly spaced.  c. three blasts of a whistle.
   b. three shots.                d. any of the above.

8. List four of the eight rules of survival that every hunter should follow.
   i. _____
   ii. _____
   iii. _____
   iv. _____

9. Hypothermia can be prevented by _____.
   a. staying dry.           c. exposing yourself to the wind to dry out if wet.
   b. dressing properly.     d. both a. and b.

10. Heat exhaustion can be prevented by _____
    _____ water.

11. Bleeding should be controlled by applying ____ to the wound.
    a. butter          c. direct pressure
    b. fresh air       d. cold water

12. What should you do if a hunting companion breaks a leg and no medical help is readily available?
    a. Try to straighten the limb and put a splint on it.
    b. Splint the limb the way you found it without trying to straighten it.
    c. Leave the leg exposed to the air to reduce the swelling.
    d. Place a thick pad around it without splinting it.

## Chapter 9

1. Wildlife conservation ensures that _____.
   a. hunting seasons established by Kublai Khan will continue.
   b. no animals are ever harvested.
   c. natural resources can be drawn on despite unwise use.
   d. renewable resources can replenish themselves indefinitely.

2. Wildlife preservation _____.
   a. allows for the consumptive use of natural resources.
   b. is a Biblical rule for saving natural resources.
   c. saves natural resources but with no consumptive use of them.
   d. allows hunting of endangered species.

3. A habitat for wildlife must include _____.
   a. space, arrangement, food, cover, and water.
   b. brush and rocks, predators, water, and space.
   c. space, vegetation, food, and resting and breeding places.
   d. cover, predators, large area, arrangement, and food.

4. The "carrying capacity" of a wildlife area is the _____
   _____.

5. List four factors that can limit wildlife populations.
   i. _____
   ii. _____
   iii. _____
   iv. _____

6. Hunting is an effective wildlife conservation tool because ____.
   a. funding from hunting licenses helps many game and non-game species recover from dwindling populations.
   b. hunters play an important role by supplying wildlife managers with needed information from the field.
   c. hunting contributes to threatened or endangered wildlife.
   d. both a. and b.

7. By continuously monitoring the birth rate and death rate of various species and the condition of their habitat, wildlife managers _____.
   a. know how to set hunting regulations and can determine if other management practices are needed to conserve wildlife species.
   b. know when to ignore hunting regulations they set earlier.
   c. can obtain data to eliminate wildlife species.
   d. both b. and c.

8. Trapping and relocating animals is an example of the ____ wildlife management practice.
   a. hunting
   b. artificial stocking
   c. setting bag limits and legal methods for taking wildlife
   d. habitat improvement

9. Some species are protected by law from being hunted because
   _____.
   a. they are predators for a pest species.
   b. they are migrating.
   c. their habitat is gone.
   d. their numbers are small.

10. It is critical that hunters are able to identify wildlife correctly so that they don't mistakenly _____.
    a. harvest illegal game animals or non-game animals.
    b. confuse horns with antlers.
    c. confuse cloven hooves with cud chewers.
    d. confuse meat-eating animals with those that eat meat as well as plants.

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0116

# Regulations and Information Summary

**Note: The following are abbreviated laws or regulations. For complete text go to: https://www.wildlife.ca.gov/Regulations.**

## Shooting Hours

**310. Shooting Hours on Resident Small Game Mammals.**
The shooting hours for all resident small game mammals shall be one-half hour before sunrise to one-half hour after sunset.

**310.5 Shooting Hours for Upland Game Birds.**
The shooting hours for all upland game birds, except for pheasants and the spring wild turkey season, shall be from one-half hour before sunrise to sunset. The shooting hours for pheasants shall be from 8:00 a.m. to sunset. The shooting hours for the spring wild turkey season shall be from one-half hour before sunrise to 5:00 p.m.

**352. Shooting Hours on Big Game.**
Hunting and shooting hours for big game, including but not limited to deer, antelope, elk, bear, and wild pig, shall be from one-half hour before sunrise to one-half hour after sunset.

**506. Shooting Hours (Migratory Game Birds).**
The shooting hours for migratory game birds, including mourning doves, white-winged doves, band-tailed pigeons, American coots, common moorhens, common snipe (jacksnipe), and waterfowl for all of California shall be from one-half hour before sunrise to sunset.

**Exception:** In areas open to hunting on, over, or adjacent to the waters of Morro Bay, San Luis Obispo County, the shooting time shall be from 7:00 a.m. to sunset.

## General Information

**18. "Bag limit"** means the maximum limit, in number or amount, of birds, mammals, fish, reptiles, or amphibians that may lawfully be taken by any one person during a specified period of time.

**19. "Possession limit"** means the maximum, in number or amount, of birds, mammals, fish, reptiles, or amphibians that may be lawfully possessed by one person.

**2016.** It is unlawful to enter land for the purpose of discharging a firearm or taking or destroying a mammal or bird, including waterfowl, on that land without having first obtained written permission from the owner, the owner's agent, or the person in lawful possession of that land, if either of the following is true:

(a) The land belongs to or is occupied by another person and is either under cultivation or enclosed by a fence.

(b) There are signs of any size and wording forbidding trespass or hunting or both displayed along all exterior boundaries of the land, at intervals not less than three to the mile, and at all roads and trails entering the land, including land temporarily inundated by water flowing outside the established banks of a river, stream, slough, or other waterway, which fairly advise

a person about to enter the land that the use of the land is so restricted.

**351. Forked-Horn Buck, Antlerless, and Either-Sex Deer Defined.**

(a) Forked-Horn Buck Defined. For the purpose of these regulations a forked-horn buck is defined as a male deer having a branched antler on either side with the branch in the upper two-thirds of the antler. Eyeguards or other bony projections on the lower one-third of the antler shall not be considered as points or branches.

(b) Antlerless Deer Defined. For the purpose of these regulations, antlerless deer are defined as female deer, fawns of either sex other than spotted fawns, and male deer with an unbranched antler on one or both sides that is not more than three inches in length.

(c) Either-Sex Deer Defined. For the purpose of these regulations, either-sex deer are defined as antlerless deer as described in Section 351(b), or legal bucks that have two or more points in the upper two-thirds of either antler. Spike bucks may not be taken.

**353. Methods Authorized for Taking Big Game.**

(a) It shall be unlawful to take or attempt to take big game in violation of this section or Section 250.1. The take or attempted take of any big game (as defined by Section 350 of these regulations) with a firearm shall be in accordance with the use of nonlead projectiles and ammunition pursuant to Section 250.1 of these regulations.

(b) Definition. For purposes of this section, a projectile is any bullet, ball, sabot, slug, buckshot, or other device which is expelled from a firearm through a barrel by force. The following definitions shall apply:

(1) A softnose or expanding projectile is a bullet designed to increase from its original diameter, commonly referred to as "mushrooming," and retain a significant part of its original weight upon impact with, or when passing through, the tissues of an animal.

(2) Projectiles commonly referred to as "frangible" bullets, designed to disintegrate upon impact with, or when passing through, the tissues of an animal are not softnose or expanding projectiles.

(c) Except for the provisions of the following subsections (d) through (j), big game may only be taken by rifles using centerfire cartridges with softnose or expanding projectiles; bow and arrow (see Section 354 of these regulations for archery equipment regulations); or wheellock, matchlock, flintlock, or percussion type, including "in-line" muzzleloading rifles using black powder or equivalent black powder substitute, including pellets, with a single projectile loaded from the muzzle and ar least .40 caliber in designation.

(d) Shotguns capable of holding not more than three shells firing single slugs may be used for the taking of deer, bear, and wild pigs. In areas where the discharge of rifles or shotguns with slugs is prohibited by county ordinance, shotguns capable of holding not more than three shells firing size 0 or 00 buckshot may be used for the taking of deer only.

(e) Pistols and revolvers using centerfire cartridges with softnose or expanding projectiles may be used to take deer, bear, and wild pigs.

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners, www.kalkomey.com

**Exhibit 2**
**0117**

(f) Pistols and revolvers with minimum barrel lengths of 4 inches, using centerfire cartridges with softnose or expanding projectiles, may be used to take elk and bighorn sheep.

(g) Except as provided in subsection 354(j) of these regulations, crossbows may be used to take deer and wild pigs only during the regular seasons.

(h) Under the provisions of a muzzleloading rifle-only tag, hunters may only possess muzzleloading rifles as described in subsection (c) equipped with open or "peep" type sights only except as described in subsection (l).

(i) Under the provisions of a muzzleloading rifle/archery tag, hunters may only possess muzzleloading rifles with sights as described in subsection (h); archery equipment as described in Section 354 of these regulations; or both. For purposes of this subsection, archery equipment does not include crossbows, except as provided in subsection 354(j) of these regulations.

(j) Except as otherwise provided, while taking or attempting to take big game under the provisions of this section or Section 354 of these regulations, it is unlawful to use any device or devices which: 1) throw, cast, or project an artificial light or electronically alter or intensify a light source for the purpose of visibly enhancing an animal; or 2) throw, cast, or project an artificial light or electronically alter or intensify a light source for the purpose of providing a visible point of aim directly on an animal. Devices commonly referred to as "sniperscopes," night vision scopes or binoculars, or those utilizing infrared, heat-sensing, or other non-visible spectrum light technology used for the purpose of visibly enhancing an animal or providing a visible point of aim directly on an animal, are prohibited and may not be possessed while taking or attempting to take big game. Devices commonly referred to as laser rangefinders, "red-dot" scopes with self-illuminating reticles, and fiberoptic sights with self-illuminating sight or pins which do not throw, cast, or project a visible light onto an animal are permitted.

**354. Archery Equipment and Crossbow Regulations.**

(a) Bow, as used in these regulations, means any device consisting of a flexible material having a string connecting its two ends and used to propel an arrow held in a firing position by hand only. Bow includes long bow, recurve, or compound bow.

(b) Crossbow, as used in these regulations, means any device consisting of a bow or cured latex band or other flexible material (commonly referred to as a linear bow) affixed to a stock, or any bow that utilizes any device attached directly or indirectly to the bow for the purpose of keeping a crossbow bolt, an arrow, or the string in a firing position. Except as provided in subsection 354(j), a crossbow is not archery equipment and cannot be used during the archery deer season.

(c) For the taking of big game, hunting arrows and crossbow bolts with a broad head type blade which will not pass through a hole seven-eighths of an inch in diameter shall be used. Mechanical/retractable broad heads shall be measured in the open position. For the taking of migratory game birds, resident small game, furbearers, and nongame mammals and birds, any arrow or crossbow bolt may be used except as prohibited by subsection (d) below. Notwithstanding the general prohibition of the use of lights in Fish and Game Code section 2005, arrows or crossbow bolts with lighted nocks that do not emit a directional beam of light may be used.

(d) No arrows or crossbow bolt with an explosive head or with any

substance which would tranquilize or poison any animal may be used. No arrows or crossbow bolt without flu-flu fletching may be used for the take of pheasants and migratory game birds, except for provisions of section 507(a)(2).

(e) No arrow or crossbow bolt may be released from a bow or crossbow upon or across any highway, road, or other way open to vehicular traffic.

(f) No bow or crossbow may be used which will not cast a legal hunting arrow, except flu-flu arrows, a horizontal distance of 130 yards.

(g) Except as described in subsection 354(j), crossbows may not be used to take game birds and game mammals during archery seasons.

(h) Except as provided in subsection 353(g) of these regulations and in Section 4370 of the Fish and Game Code, archers may not possess a firearm while hunting in the field during any archery season, or while hunting during a general season under the provisions of an archery-only tag.

(i) No person may nock or fit the notch in the end of an arrow to a bowstring or crossbow string in a ready-to-fire position while in or on any vehicle.

# Deer Tag Laws and Regulations

**4336.** (a) The person to whom a deer tag has been issued shall carry the tag while hunting deer. Upon the killing of any deer, that person shall immediately fill out the tag completely, legibly, and permanently, and cut out or punch out and completely remove notches or punch holes for the month and date of the kill. The deer tag shall be immediately attached to the antlers of antlered deer or to the ear of any other deer and kept attached during the open season and for 15 days thereafter. The holder of the deer tag shall immediately, upon harvesting a deer, notify the department in a manner specified by the commission.

(b) Except as otherwise provided by this code or regulation adopted pursuant to this code, it is unlawful to possess any untagged deer.

**4340.** (a) Any person who is convicted of a violation of any provision of this code, or of any rule, regulation, or order made or adopted under this code, relating to deer, shall forfeit his or her deer tags, and no new deer tags shall be issued to that person during the then-current license year for hunting licenses.

(b) No person described in subdivision (a) may apply for deer tags for the following license year.

**4341.** Any person legally killing a deer in this state shall have the tag countersigned by a person employed in the department, a person designated for this purpose by the commission, or by a notary public, postmaster, postmistress, peace officer, or an officer authorized to administer oaths, before transporting such deer, except for the purpose of taking it to the nearest person authorized to countersign the tag, on the route being followed from the point where the deer is taken.

**708.5. Deer Tagging and Reporting Requirements.**

(a) Upon the killing of any deer the tag holder shall immediately fill out all portions of the tag including the report card completely, legibly, and permanently, and cut out or punch out and completely remove notches or punch holes for the month and date of the kill. The deer license tag shall be attached to the antlers of an antlered deer or to the ear of any other deer and kept

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners, www.kalkomey.com

**Exhibit 2**
**0118**

attached during the open season and for 15 days thereafter. Except as otherwise provided, possession of any untagged deer shall be a violation. (Refer to Fish and Game Code, Section 4336).

**It is unlawful to:**

- Fail to exhibit on the demand of a Wildlife Officer, all licenses, tags, fish, or wildlife taken or otherwise dealt with under the Fish and Game Code, and any device or apparatus designed to be, and capable of being, used to take fish or wildlife. FGC 2012.
- Take game birds, game mammals, or furbearing mammals except as permitted by regulations. CCR T14-250.
- Hunt big game without a valid hunting license and tag. FGC 1054.2.
- Hunt with a crossbow during archery season (except with a Disabled Archer Permit). CCR T14-354(g).
- Possess a firearm while hunting during archery season or while hunting during the general season with an archery only tag. CCR T14-354(h).
- Take spike buck. CCR T14-351(c).
- Pursue, drive, herd, or take any bird or mammal from any type of motor-driven air or land vehicles, motorboat, airboat, sailboat, or snowmobile, except when the motor is off and/or the sails furled and it is drifting, beached, moored, resting at anchor, or is being propelled by paddle, oar, or pole. CCR T14-251.
- Knowingly feed big game mammals. CCR T14-251.3.
- Take game birds and mammals within 400 yards of any baited area. This does not apply to the taking of game birds and mammals on or over standing crops, croplands, or grains found scattered solely as the result of normal agricultural operations or procedures. CCR T14-257.5.
- Take bears within 400 yards of any garbage dump or bait. CCR T14-365(e).
- Take more than two deer per license year. CCR T14-708.1.(a)(1).
- Intentionally discharge a firearm or release an arrow or crossbow bolt from a bow or crossbow upon or across any highway, road, or other way open to vehicular traffic. CCR T14-354(e), FGC 3004(b).
- Nock or fit the notch in the end of an arrow to a bowstring or crossbow string in a ready-to-fire position while in or on any vehicle. CCR T14-354(i).
- Hunt with a bow or crossbow that will not cast a legal hunting arrow, except flu-flu arrows, a horizontal distance of 130 yards. CCR T14-354(f).
- Hunt big game from one-half hour after sunset to one-half hour before sunrise. CCR T14-352.
- Use dogs for pursuit/take, or for dog training, during the archery seasons for deer or bear. CCR T14-265(a)(1).
- Use dogs to take bear, bobcat, elk, bighorn sheep, and antelope. CCR T14 265 (a)(2).
- Use an artificial light to assist in taking any game bird or game mammal. FGC 2005(a).
- To deposit, permit to pass into, or place where it can pass into the waters of the state, or to abandon, dispose of, or throw away, within 150 feet of the high water mark of the waters of the state, any cans, bottles, garbage, rubbish, or the viscera or carcass of any dead mammal, or the carcass of any dead bird. FGC 5652.

- Fail to send a complete written report to the Department within 48 hours after killing or wounding while hunting, any human being or domestic animal belonging to another, or after witnessing such killing or wounding. FGC 12151.5.
- Use of a shotgun larger than 10 gauge for the taking of any game bird or game mammal, or a shotgun capable of holding more than three shells in the magazine and chamber combined. FGC 2010; CCR T14-311 and 353(b).
- Possess a short-barreled shotgun (barrel less than 18 inches), or a short-barreled rifle (barrel less than 16 inches). PC 33215.
- Possess in any State Game Refuge any bird or mammal or part thereof, or any weapon capable of taking any bird or mammal. FGC 10500. However, possession of firearms or bows and arrows by persons traveling through game refuges on a public highway or other public thoroughfare or right of way is permitted when the firearms are taken apart or encased and unloaded, and the bows are unstrung. FGC 10506. (National Parks and Monuments have special regulations regarding the possession of weapons, game, and the running of hunting dogs. Check with federal officials before entering these areas.)
- Hunt any game bird or mammal without having the required licenses, tags, and/or stamps in possession. FGC 1054.2.
- Transfer, use, possess, or alter any license, tag, stamp, permit, application, or reservation. FGC 1052.
- Damage another's property or injure livestock while hunting. FGC 2004.
- Sell or barter game taken under the authority of a hunting license. FGC 3039.
- Possess a loaded rifle or shotgun in any vehicle or conveyance or its attachments which is standing on or along or is being driven on or along any public highway or other way open to the public.
- A rifle or shotgun shall be deemed to be loaded for the purposes of this section when there is an unexpended cartridge or shell in the firing chamber but not when the only cartridges or shells are in the magazine. FGC 2006
- The provisions of this section shall not apply to peace officers or members of the armed forces of this state or the United States, while on duty or going to or returning from duty. FGC 2006.

## LEAD EXPOSURE WARNING

Discharging firearms in poorly ventilated areas, cleaning firearms, or handling ammunition may result in exposure to lead, a substance known by the State of California to cause birth defects, reproductive harm, and other serious physical injury. It is important that steps be taken to avoid inhaling or ingesting lead particles.

Whether you are shooting, cleaning firearms, or handling ammunition, make certain there is adequate ventilation at all times to reduce the risk of inhalation. Care must also be taken to avoid ingestion. Never handle food or drink without first washing your hands, and keep food and drink away from the shooting environment. Do not smoke when exposed to lead. Most importantly, wash your hands thoroughly after exposure.

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners, www.kalkomey.com

**Exhibit 2**
**0119**



# A

**Action.** The moving parts of a firearm which loads, fires, and ejects a shell or cartridge. Types include bolt, lever, pump, break, and semi-automatic.

**Airgun.** A rifle or pistol operated by means of compressed air.

**Ammunition.** Any powder, shot, or bullets used in rifles, pistols, and shotguns.

**Antlers.** Bony structures that grow out of bone pads or lumps on the heads of animals in the deer family. Antlers are shed annually.

**Arrow.** Slender shaft, pointed at one end and feathered at the other, for shooting from a bow.

**Automatic.** Firearm which loads, fires, and ejects ammunition continuously with one trigger squeeze. Often confused with semi-automatic. Machine guns are true automatics.

# B

**Bag limit.** The maximum number of birds or mammals which may be lawfully taken by any one person during a specified period of time.

**Ballistics.** Modern science dealing with the speed, weight, gravitational influences, and impact of projectiles.

**Barrel.** A metal tube of a firearm through which a projectile passes.

**Birth rate.** The ratio of number of young born to females of a species to total population of that species over one year.

**Black powder.** Granulated powder made of charcoal, sulfur, and salt peter.

**Blaze Orange.** Fluorescent orange color which can easily be seen in the field.

**Blind.** A concealed hunting station in which hunters stand or sit, while waiting for game to come within range.

**Bolt.** Movable metal block that seals a cartridge into the chamber on some actions.

**Bolt handle.** Handle used to open a bolt action.

**Bore.** Inside of the firearm barrel through which the projectile travels when fired.

**Bow.** Device for shooting arrows. Types include longbow, recurve, and compound.

**Breech.** The rear end of a firearm barrel.

**Broadhead.** Razor sharp arrowhead used for hunting.

**Buck.** Male of the lesser deer species, such as blacktail, and of antelope.

**Buckshot.** A large lead pellet used for taking big game.

**Bull.** Male of the larger deer species, such as elk.

**Bullet.** A single projectile fired from a handgun or rifle. It is one part of a cartridge.



# C

**Caliber.** The diameter of the bore usually measured from land to opposite land.

**Camouflage.** Disguise, usually one which makes a hunter blend in with the background.

**Carnivore.** A meat-eating animal.

**Carrying capacity.** The number of animals the habitat can support throughout the year without damage to the animals or to the habitat.

**Carrying positions.** Safe ways in which to carry a firearm. Positions include double hand, cradle carry, elbow carry, shoulder carry, and sling carry.

**Cartridge.** Ammunition used in modern rifles and handguns; a case containing primer, gunpowder, and a bullet. A cartridge can be either rimfire or centerfire.

**Case.** The container which holds all the ammunition components together.

**Centerfire.** Ammunition in which the primer is located in the center of the casing base.

**Chamber.** Base of the barrel used to hold the cartridge or shotshell ready for shooting.

**Choke.** The degree of narrowing at the muzzle end of the shotgun barrel. Types include cylinder, improved cylinder, modified, and full.

**Cloven-hooved.** A hoof in two parts. Deer and elk are examples of cloven-hooved animals.

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners: www.kalkomey.com

**Exhibit 2**
**0120**

**Cock.** The hammer on a muzzle-loader. Also used to refer to the act of pulling the hammer back and placing a firearm in the ready-to-fire position.

**Cock feather.** The feather or fletch that is used to correctly align an arrow on a bow.

**Compass.** Instrument for showing direction, especially one consisting of a magnetic needle swinging freely on a pivot and pointing to the magnetic north.

**Conservation.** The wise use of natural resources, without wasting them.

**Core temperature.** The temperature of the human body's trunk/vital area.

**Cow.** Female of the elk species of deer.

**CPR.** Cardiopulmonary resuscitation. The art of restarting a person's heart and/or breathing once stopped.

**Crosshairs.** Crossed lines mounted in the optical system of a telescopic gun sight.

**Cylinder.** Part of a revolver in which cartridges are held.

# D

**Death rate.** The ratio of number of deaths in a species to total population of that species over one year.

**Declination.** The difference between true north and magnetic north.

**Dehydration.** Condition where the body has lost water content, and can result in death.

**Diameter.** A line passing through the center of a circle from one side to the other.

**Discharge.** The act of a firearm being fired or going off.

**Diving ducks.** Ducks that live on lakes and deep ponds and dive for food. These ducks run on the surface of the water to take off.

**Doe.** Female of the blacktail, mule deer, and antelope species.

**Dominant eye.** The eye that sends better information to the brain. Also called master eye.

**Draw.** To pull back the bowstring of a bow.

**Draw length.** The length of an archer's arms determines draw length and hence the length of his or her arrows.

**Draw weight.** The weight that is required to pull back a given bow.

# E

**Edge effect.** Habitat conditions of an area created when two types of habitat are brought together.

**Elevation.** The angular distance of the muzzle of a firearm above the horizontal.

**Endangered species.** Species that face extinction in all or a large part of its range, and are protected by law for this reason.

**Entrails.** Intestines and inner organs.

**Ethics.** Moral principles or values that distinguish between right and wrong.

**Evisceration.** The removal of the entrails of an animal.

**Extinct.** No longer in existence; having no living descendant.

# F

**FFFFg.** Extra fine grain priming powder, used in the flash pan on muzzleloaders.

**Fg.** Coarse powder used in muzzleloaders

**Field dressing.** Removing the entrails and skin from game to prevent its meat from spoiling.

**Firearm.** Mechanical device that uses pressure from a burning powder to force a projectile through and out of a metal tube.

**Firing pin.** A pin that strikes the primer of the cartridge, causing ignition.

**Flash pan.** A small pan attached to the side of a muzzleloader adjacent to the flash hole, which leads to the main charge within the muzzleloader.

**Flask.** A container used to carry black powder.

**Fletching.** The plastic vanes or feathers on an arrow. The fletches perform the same task as does rifling in a firearm, in that they spin the arrow to achieve greater accuracy.

**Fluorescent orange.** See Blaze Orange.

**Flushing.** Using noise, movement, or dogs to cause game to become nervous and leave cover.

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

**Exhibit 2**
**0121**

**Forearm, fore end, or forestock.** Front portion of the stock extending under the barrel in front of the receiver.

**Fouling.** The buildup of residue in the barrel of a firearm.

**Frizzen.** Piece of metal which creates spark when struck by the flint on a flintlock muzzleloader.

**Frostbite.** Tissue damage caused by freezing.

**Fur bearers.** Small mammals which are hunted or trapped primarily for their fur (pelts).



**Game.** Wildlife that may be hunted or trapped for sport according to legal seasons and limits.

**Gauge.** Term used to designate bore diameter of a shotgun; gauge is the number of lead balls with diameters equal to the diameter of the bore that, when combined, weigh one pound.

**GPS.** Global Positioning System, a system of satellites in Earth orbit emitting signals by which receivers can determine their position.

**Grip.** The handle of a handgun.

**Grooves.** The spiral cuts in a rifled bore.

**Gunpowder.** A chemical mixture that burns very rapidly and converts to an expanding gas when ignited. One of the five components of ammunition.



**Habitat.** Complete environmental requirements of an animal for survival: food, water, cover, and space.

**Half-cock.** Certain point between having the firearm hammer in a firing position and in a down position.

**Hammer.** The part of the action on a handgun which strikes the firing pin, causing the ignition of the ammunition. Also referred to as a cock on muzzleloaders.

**Handgun.** Short-barreled firearms. Also known as revolvers or pistols.

**Hangfire.** Delay in ignition.

**Heat exhaustion.** Condition that occurs when the core body temperature increases. The acute form of which is hyperthermia, the opposite of hypothermia.

**HELP.** Heat Escape Lessening Posture. Position used by a lone person in the water to increase survival time.

**Hen.** Female bird.

**Hen feather.** The remaining feathers on an arrow other than the cock feather.

**Horns.** Hard, compressed fibrous protein (hair) permanent projection that grows on the head of various hoofed animals. With the exception of the pronghorn, horns are not shed.

**Huddle.** Position used by two or more people in the water to increase survival time by retaining body heat.

**Hyperthermia.** A condition in which the body core temperature cannot emit enough heat and as such increases to dangerous levels, leading to death.

**Hypothermia.** Condition that occurs when the body loses heat faster than it can produce it. This condition if unchecked will result in death.

**I**

**Ignition.** Setting fire to the projectile or powder charge.

**Illegal.** Against the law.

**Instinctive aiming.** The method of simply looking at the target with both eyes open and releasing the arrow when bow hunting.

**Intoxication.** Impairment caused by excessive consumption of alcohol and/or drugs.

**J**

**Jag.** Device used on the end of a cleaning rod to hold cloth for the purpose of cleaning the bore on a firearm.

**Jake.** A young male turkey.

**L**

**Lands.** The ridges of metal between the grooves in a rifled bore.

**Lead.** A heavy metal used in bullets or shot.

**Lead.** (pronounced *leed*.) The distance by which a shotgun shooter must aim in front of a moving target.

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

**Exhibit 2**
**0122**

**Legacy.** Anything handed down from an ancestor.

**Legal.** Based upon or authorized by law.

**Limit.** The number of game a hunter is legally allowed to take during a season or day, as defined in the regulations.

**Load.** The amount of gunpowder in the cartridge or shotshell together with the weight of the bullet or shot charge.

**Lock.** Early types of ignition systems used in firearms, such as matchlock, wheel lock, flintlock, percussion cap lock.



**M**

**Magazine.** Container on a repeating firearm which holds ammunition until it is ready to be fed into the chamber; usually tubes or boxes attached to the receiver.

**Mammals.** Animals with vertebrae (spines). Mammals produce live young. Female mammals feed their young with milk from mammary glands.

**Master eye.** See Dominant eye.

**Migrate.** To move from one region to another with the change in seasons.

**Misfire.** Failure to fire.

**Muzzle.** The end of the barrel through which the projectile exits.

**Muzzleloader.** Firearm that is loaded through the muzzle instead of the breech.



**N**

**Nipple.** Part of the muzzleloader which holds the percussion cap.

**Nock.** A slotted plastic tip located on the rear end of an arrow, which attaches the arrow to the bow string.

**Nock point.** A device used to ensure that an arrow is attached to the bow string at the same point each time and hence ensures accuracy.



**O**

**Omnivore.** An animal that eats both plants and meat.

**Orient.** To adjust the map and compass to accommodate for the difference between the grid north of the map and the magnetic north of the compass.

**P**

**Parallax.** Optical bending of telescopic crosshairs in relation to the target.

**Parasite.** Unhealthy form of life feeding on and in wildlife, such as ticks, worms, or flukes.

**Pattern.** Density and scattering of shot pellets when fired. Patterns are affected by choke.

**Percussion cap.** Cap placed on the nipple under the hammer of a muzzleloader.

**PFD.** Personal Flotation Device. Used whenever one is in a boat. Also known as a life preserver.

**Poaching.** The illegal taking of game.

**Powder horn.** Container used to hold black powder.

**Predation.** Act of predators feeding on prey.

**Predator.** Animal that kills other animals for food.

**Preservation.** Saving natural resources, but with no consumptive use of them.

**Prey.** Animal hunted or killed for food by other animals.

**Primer.** Explosive cap used to ignite the powder when struck with a sharp blow from the firing pin.

**Privileges.** Exceptional benefits which are allowed to individuals or groups and can be controlled or withheld.

**Projectile.** An object propelled from a firearm, airgun, or bow.

**Protected species.** Species protected by law for any reason.

**Puddle ducks.** Ducks which favor shallow ponds and marshes, and which spring directly into the air to fly. They feed by dabbling or tipping.



**Q**

**Quiver.** Container for arrows.

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com.

**Exhibit 2**
**0123**

# R

**Ramrod.** Rod used to push the ball and patch down the barrel of a muzzleloader.

**Rare species.** Species which are small in number and are protected by law for this reason.

**Receiver.** Metal housing for the working parts of the action.

**Recoil.** Real and perceived energy in a backward direction emitted by a firearm when fired. Also referred to as "kick."

**Regulations.** Laws or rules by which conduct is regulated.

**Renewable.** To make new or as if new again; bring back into good condition.

**Responsible.** Answering for or accounting for your actions.

**Reticle.** The aiming device inside a rifle or pistol scope (telescopic sight).

**Revolver.** Firearm (generally a handgun) having a rotating cylinder.

**Rifling.** Spiral grooves in the bore of the rifle barrel which cause the projectile to spin upon firing.

**Rights.** Powers to which a person has a just claim. Unlike a privilege, a right cannot be taken away from you.

**Rimfire.** Cartridge in which the primer is in the rim of the ammunition casing. Rimfire cartridges cannot be reloaded.

# S

**Safety.** Mechanism that blocks the action to prevent the firearm from accidental firing.

**Season.** Part of the year during which game may be legally taken.

**Shaft.** The long spine of the arrow.

**Shell.** Container which holds shot and other parts of ammunition for shotguns.

**Shot.** Balls of metal used to fill a shotgun shell.

**Shotshell.** Ammunition used in modern shotguns; a case containing primer, gunpowder, wad, and a slug or shot.

**Shot pattern.** The spread of shot pellets.

**Sight.** Device used for aiming, usually by aligning a front and rear sight.

**Sighting-in.** A process of adjusting a firearm's sights to hit a target at a specific range.

**Smoothbore.** Firearm without rifling in the bore, usually a shotgun.

**Species.** A naturally existing population of similar organisms that are given a unique name to distinguish them from all other creatures.

**Spine.** Term used when referring to the stiffness of an arrow.

**Stamina.** Resistance to fatigue, illness, hardship; endurance.

**Stance.** The way a person or animal stands, specifically referring to placement of the feet.

**Starvation.** Lack of food, leading to death.

**Stock.** Handle of firearm.

**S.T.O.P.** Acronym used for Stop, Think, Observe, Plan, to remind one of the necessary thought process once one has determined that one is lost.

**Succession.** Natural progression of vegetation and wildlife populations in an area.

**Surplus game.** Numbers of wildlife above those needed for reproduction of the species.

# T

**Target identification.** Making absolutely sure of the target before firing.

**Tarsal gland.** Gland on the rear legs of a buck that exudes odor such that other deer are aware of the presence of the buck.

**Telescopic sight.** Small telescope mounted on a firearm.

**Terrain.** Ground or a portion of ground.

**Tom.** Male of some species, for example, a turkey.

**Topographic map.** Type of map with grids, showing details such as roads, elevation, water sources, and types of vegetation.

**Trap.** Device used for trapping an animal.

**Trapping.** Catching animals, usually fur bearers or varmints, in traps.

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

**Exhibit 2**
**0124**

**Tree stand.** Elevated platform mounted in a tree on which a hunter waits for game to come within range.

**Trigger.** Small lever that is pulled or squeezed to start the firing process.

**Trigger guard.** Piece that surrounds the trigger to protect it from being accidentally squeezed or bumped.



# U

**Unlawful.** Against the law.

**Upland birds.** Chicken-like birds with short rounded wings and heavy bodies, such as grouse, pheasant, quail, and turkeys.



# V

**Varmints.** Huntable animals regarded as troublesome.

**Velocity.** The speed of a projectile.



# W

**Wad.** Paper or plastic unit used between powder and shot in a shotshell.

**Warm-blooded.** Having warm blood and a natural constant internal body temperature. Mammals are warm-blooded.

**Waterfowl.** Water bird or birds, especially those that swim. Ducks and geese are examples.

**Wattles.** Fleshy growths beneath the head of a male (tom) turkey, on either side of the neck.

**Wildlife.** Non-domesticated animals, including mammals, birds, and fish, which may be hunted as controlled by law.

**Wildlife management.** Wise use and manipulation of renewable wildlife resources. A field of study based on scientific fact.



# Z

**Zone-of-fire.** The area in which a hunter may safely shoot, to be agreed upon before beginning a hunt.

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com.

Exhibit 2
0125

# NOTES

Today's Hunter®: *A Guide to Hunting Responsibly and Safely*

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners, www.kalkomey.com

Exhibit 2
0126

# California Department of Fish and Wildlife

## www.wildlife.ca.gov

## CALIFORNIANS TURN IN POACHERS AND POLLUTERS BY CALLING, TOLL FREE, 24 HOURS A DAY —

# 1-888-334-2258

*You may even be eligible for a reward!!!!*

California's secret witness program, CalTIP, is available 24 hours a day, seven days a week. If you witness or become aware of a poaching or polluting incident, please call the CalTIP hotline as soon as possible and be prepared to relay the following information:

**Location of violation**
**Date/time**
**Number of violators**
**Species of poaching**
**Vehicle make, color, and license number (including state of issue)**

Please state the activity you witnessed, direction of travel, description of suspect(s), name(s) if known, and firearm description. You may remain anonymous.

**Stay Safe: Do not approach poachers or put your life in danger!**



**CalTIP**

**CALIFORNIANS TURN IN POACHERS AND POLLUTERS**
**1-888-334-2258**
CONFIDENTIAL SECRET WITNESS PROGRAM
24 HOURS - 7 DAYS A WEEK
California Department of Fish and Wildlife

**INCIDENT DETAILS**

LOCATION OF VIOLATION

| | |
|---|---|
| DATE | TIME |
| SPECIES | # OF OCCUPANTS |
| VEHICLE MAKE | VEHICLE COLOR |
| VEHICLE LICENSE # | STATE |
| DIRECTION OF TRAVEL | |

**DESCRIPTION OF SUSPECT**

| | |
|---|---|
| RACE | SEX |
| HEIGHT | WEIGHT |
| AGE | HAIR |
| CLOTHING | |

FIREARM DESCRIPTION

## YOU CAN MAKE A DIFFERENCE BY REPORTING ANY POACHING OR POLLUTING ACTIVITY
**Call as soon as you can after witnessing an offense!**

Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners. www.kalkomey.com

Exhibit 2
0127

# Hunter's Resource Directory

**Ducks Unlimited**
One Waterfowl Way
Memphis, TN 38120
1-800-45DUCKS
www.ducks.org

**International Hunter Education
Association-USA (IHEA-USA)**
800 East 73rd Avenue, Unit 2
Denver, CO 80229
303-430-7233
Fax: 303-430-7236
www.ihea-usa.org

**National Bowhunter Education
Foundation (NBEF)**
P.O. Box 2934
Rapid City, SD 57709
605-716-0596
Fax: 309-401-6096
E-mail: info@nbef.org
www.nbef.org

**National Rifle Association (NRA)**
11250 Waples Mill Rd.
Fairfax, VA 22030
1-800-672-3888
www.nra.org

**National Shooting Sports
Foundation**
Flintlock Ridge Office Center
11 Mile Hill Rd.
Newtown, CT 06470-2359
203-426-1320
www.nssf.org

**National Wild Turkey Federation
(NWTF)**
P.O. Box 530
Edgefield, SC 29824
1-800-THE-NWTF
www.nwtf.org

**Quail Forever/Pheasants Forever**
1783 Buerkle Circle
St. Paul, MN 55110
1-877-773-2070
www.quailforever.org
www.pheasantsforever.org

**Rocky Mountain Elk Foundation**
5705 Grant Creek
Missoula, MT 59808
1-800-CALLELK
www.rmef.org

**The Izaak Walton League of America**
707 Conservation Lane
Gaithersburg, MD 20878-2983
301-548-0150
E-mail: info@iwla.org
www.iwla.org

**The Ruffed Grouse Society**
451 McCormick Rd.
Coraopolis, PA 15108
412-262-4044
www.ruffedgrousesociety.org

**Waterfowl USA**
The Waterfowl Building Box 50
Edgefield, SC 29824
803-637-5767
www.waterfowlusa.org

**Whitetails Unlimited**
P.O. Box 720
2100 Michigan St.
Sturgeon Bay, WI 54235
920-743-6777
www.whitetailsunlimited.com

**Wild Sheep Foundation**
720 Allen Ave.
Cody, WY 82414
307-527-6261
www.wildsheepfoundation.org



Copyright © 2017 Kalkomey Enterprises, LLC and its divisions and partners, www.kalkomey.com

Exhibit 2
0128



Exhibit 2
0129

# EXHIBIT "3"

Exhibit 3
0130

# *Cal Pen Code § 26840*

Deering's California Codes are current through Chapters 1-70, 72-136, 138-173, 175-185, 188-193, 195, 196, 198-200, 202-213, 215, and 217-222 of the 2019 Regular Session, including all legislation effective September 4, 2019 or earlier.

*Deering's California Codes Annotated  >  PENAL CODE (§§ 1 — 34370)  >  Part 6 Control of Deadly Weapons (Titles 1 — 4)  >  Title 4 Firearms (Divs. 1 — 12)  >  Division 6 Sale, Lease, or Transfer of Firearms (Chs. 1 — 6)  >  Chapter 2 Issuance, Forfeiture, and Conditions of License to Sell, Lease, or Transfer Firearms at Retail (Arts. 1 — 6)  >  Article 2 Grounds for Forfeiture of License (§§ 26800 — 26915)*

## § 26840. Presentation of safety certificate

**(a)** A dealer shall not deliver a firearm unless the person receiving the firearm presents to the dealer a valid firearm safety certificate, or, in the case of a handgun, an unexpired handgun safety certificate. The firearms dealer shall retain a photocopy of the firearm safety certificate as proof of compliance with this requirement.

**(b)** This section shall become operative on January 1, 2015.

## History

Added *Stats 2013 ch 761 § 4 (SB 683)*, effective January 1, 2014, operative January 1, 2015.

Annotations

## Notes

**Former Sections:**

**Historical Derivation:**

**Former Sections:**

Former Pen C § 26840, similar to the present section, was added *Stats 2010 ch 711 § 6*, effective January 1, 2011, operative January 1, 2012, amended *Stats 2011 ch 745 § 9*, *Stats 2013 ch 761 § 3*, and repealed January 1, 2015, by its own terms.

**Historical Derivation:**

(a) Former Pen C § 12071(b)(8)(A)-(B), as amended *Stats 1992 ch 6 § 1*, ch 1326 § 5, *Stats 1993 ch 606 § 9*, ch 1139 § 5, *Stats 1994 ch 716 § 5.3*, *Stats 1995 ch 178 § 3*, *Stats 1996 ch 128 § 3*, *Stats 1997 ch 460 § 3*, *Stats 1998 ch 908 § 2.5*, *Stats 1999 ch 128 § 1*, *Stats 2001 ch 944 § 5.1*, *Stats 2002 ch 911 §§ 1*, 1.5, *Stats 2003 ch 502 § 2*, *Stats 2004 ch 247 § 10*, *Stats 2005 ch 715 § 9*, *Stats 2006 ch 784 § 1*, *Stats 2008 ch 698 § 16*, *Stats 2009 ch 335 § 10*.

**Exhibit 3**
**0131**

Cal Pen Code § 26840

(b) Former Pen C § 26840, as added *Stats 2010 ch 711 § 6*, amended *Stats 2011 ch 745 § 9*, *Stats 2013 ch 761 § 3.*

## Research References & Practice Aids

**Treatises:**

Cal. Legal Forms, (Matthew Bender) §§  *102B.50[1]*, 102B.112.

Deering's California Codes Annotated
Copyright © 2019 Matthew Bender & Company, Inc.
a member of the LexisNexis Group. All rights reserved.

**End of Document**

**Exhibit 3**
**0132**

# EXHIBIT "4"

Exhibit 4
0133





**F S C**

# Firearm Safety Certificate

**S T U D Y   G U I D E**

Office of the Attorney General
California Department of Justice
Bureau of Firearms
January 2019

Exhibit 4
0134

# P r e f a c e

Firearm safety is the law in California.  Every firearm owner should understand and follow firearm safety practices, have a basic familiarity with the operation and handling of their firearm, and be fully aware of the responsibility of firearm ownership. Pursuant to Penal Code section 26840, any person who acquires a firearm must have a Firearm Safety Certificate (FSC), unless they are statutorily exempt from the FSC requirement. To obtain an FSC, a person must pass a Department of Justice (DOJ) written test on firearm safety. The test is administered by DOJ Certified Instructors, who are often located at firearms dealerships.

This study guide provides the basic firearm safety information necessary to pass the test. Following the firearm safety information in this guide will help reduce the potential for accidental deaths and injuries, particularly those involving children, caused by the unsafe handling and storing of firearms.

In addition to safety information, this study guide provides a general summary of the state laws that govern the sale and use of firearms. Finally, there is a glossary that defines the more technical terms used in the study guide.

Simply reading this study guide will not make you a safe firearm owner.  To be a safe firearm owner you must practice the firearm safety procedures described in the following pages.

Exhibit 4
0135

# Table of Contents



## Preface

## Introduction

Why Firearm Safety? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1

Firearm Safety is the Law . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Firearm Safety Certificate Information . . . . . . . . . . . . . . . . . . . . . . . . 1

Causes of Firearm Accidents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2

Preventing Misuse Tragedies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2

Becoming a Safe and Responsible Firearm Owner . . . . . . . . . . . . . . . . 3

## Chapter 1: Gun Safety Rules

The Six Basic Gun Safety Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Additional Safety Points . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Chapter 1: Self Test . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

## Chapter 2: Firearms and Children

Firearm Owner Responsibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8

   Summary of Safe Storage Laws Regarding Children . . . . . . . . . . . .8

   You Cannot Be Too Careful With Children and Guns . . . . . . . . . . .8

   Talking to Children About Guns . . . . . . . . . . . . . . . . . . . . . . . . . . 9

   Instill a Mind Set of Safety and Responsibility . . . . . . . . . . . . . . . 9

Rules for Kids . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Chapter 2: Self Test. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

## Chapter 3: Firearm Operation and Safe Handling

Safe Handling Demonstration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Revolver Parts and Operation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

   How a Revolver Works. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

Double-Action Revolver Safe Handling.  . . . . . . . . . . . . . . . . . . . . . . 13

Single-Action Revolver Safe Handling . . . . . . . . . . . . . . . . . . . . . . . .15

Semiautomatic Pistol Parts and Operation. . . . . . . . . . . . . . . . . . . . . . 17

   How a Semiautomatic Pistol Works. . . . . . . . . . . . . . . . . . . . . . . . 17

Semiautomatic Pistol Safe Handling . . . . . . . . . . . . . . . . . . . . . . . . .17

Long Gun Safe Handling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21

Ammunition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

**Exhibit 4**
**0136**

Ammunition Components . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
Components of a Cartridge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
Physics of Gunfire . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
Firearm and Ammunition Calibers . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Dangerous Range . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27
Malfunctions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
Chapter 3: Self Test . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

## Chapter 4: Firearm Ownership

Understand the Safety Aspects of Your Firearm. . . . . . . . . . . . . . . . . . 29
Carefully Read All Instructional Material. . . . . . . . . . . . . . . . . . . . . . . .29
Enroll in a Firearm Training Course . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Cleaning and Repair. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Safety and Storage Devices. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
Methods of Childproofing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
Chapter 4: Self Test . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33

## Prohibited Firearms Transfers and Straw Purchases . . . . 34

## Chapter 5: Firearms Laws

Introduction to the Laws . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
Sales and Transfers of Firearms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
New California Resident Requirement . . . . . . . . . . . . . . . . . . . . . . . . . 38
Carrying a Concealed Weapon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
Firearms Aboard Common Carriers . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
Firearms in the Home, Business or at the Campsite . . . . . . . . . . . . . . . 39
The Use of Lethal Force in Self-Defense . . . . . . . . . . . . . . . . . . . . . . . 39
Loaded Firearms in Public . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
Large-Capacity Magazines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
Firearm Storage During Prohibition . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
Miscellaneous Prohibited Acts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
Persons Ineligible to Possess Firearms . . . . . . . . . . . . . . . . . . . . . . . . . 43
Chapter 5: Self Test . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45

Safe Handling Demonstration Glossary . . . . . . . . . . . . . . . . . . . . . . . . 46

Exhibit 4
0137

# Introduction



## WHY FIREARM SAFETY?

Firearm safety is important to all Californians. No one wants firearm accidents to happen yet they do every day. Firearm accidents involving children are especially disturbing. Studies show that easy access to loaded firearms in homes is often a contributing factor in accidental shootings of children.

While there may be no way to guarantee safety, firearm owners can take steps to help prevent many accidental shootings. This study guide will give you valuable information to help you become a safe and responsible firearm owner.

## FIREARM SAFETY IS THE LAW

The intent of the California Legislature in enacting the FSC law is to ensure that persons who obtain firearms have a basic familiarity with those firearms, including but not limited to, the safe handling and storage of those firearms.  It is not the intent of the Legislature to require an FSC for the mere possession of a firearm.  (Pen. Code, § 31610.)

Firearms must be handled responsibly and securely stored to prevent access by children and other unauthorized users. California has strict laws pertaining to firearms, and you can be fined or imprisoned if you fail to comply with them. Visit the Web site of the California Attorney General at https://oag.ca.gov/firearms for information on firearms laws applicable to you and how you can comply.

## FIREARM SAFETY CERTIFICATE INFORMATION

To obtain an FSC, you must take the DOJ written test and receive a passing score of at least 75% (the information needed to pass the test is contained in this study guide).

An FSC is valid for five years from the date of issuance. If your FSC is lost, stolen or destroyed, a replacement may be obtained from the DOJ Certified Instructor who issued your original FSC.

Pursuant to Penal Code section 31700, there are exemptions from the FSC requirement including, but not limited to:

- Federal Firearms License Collectors with a Certificate of Eligibility (for Curio and Relic transactions only);

- Active, active reserve, or honorably retired military;

**Exhibit 4**
**0138**

- Carry Concealed Weapon (CCW) permit holders; and
- Persons who have completed Peace Officers Standards and Training (POST)(Pen. Code, § 832) firearms training.

For a complete list of exemptions visit the DOJ website at http://oag.ca.gov/firearms or contact the DOJ Bureau of Firearms, General Information Line at (916) 227-7527. You are required to provide documentation of your exemption to the firearms dealer each time you acquire a firearm.

## CAUSES OF FIREARM ACCIDENTS

Ignorance and carelessness are major causes of firearm accidents. To help reduce the number of firearm accidents, it is critical that gun safety rules are understood and practiced at all times by every family member.

Following are some examples of firearm accidents that could have been avoided if the basic gun safety rules had been practiced:

*Two young children playing in their home found a loaded handgun with the magazine removed on a bedside table. One child was injured when the handgun was fired.*

*A handgun owner assumed a firearm was unloaded. While cleaning it, he accidentally fired the handgun, causing injury to himself.*

*A hunter was walking with his finger loosely on the trigger of his rifle. Distracted by a sudden noise behind him, he turned and accidentally fired, injuring his buddy walking nearby.*

Knowing the safety rules and applying them most of the time is not enough. Firearm accidents can happen even to a person who knows the safety rules, but is careless in following them.  For example, you may think you can leave your loaded firearm out on the kitchen table just for a moment while you go outside to turn off the garden hose.  Although you know you should never leave a firearm where a child may find it, you carelessly think it will be alright "just this once."

REMEMBER: Ignorance and carelessness can result in firearm accidents. Basic gun safety rules must be applied ALL OF THE TIME.

## PREVENTING MISUSE TRAGEDIES

It's a fact that many depressed, intoxicated, substance abusive, or enraged individuals commit suicide every year with firearms, usually handguns. The developmental issues associated with adolescence make teenagers particularly susceptible to this unfortunate outcome. Safe and responsible firearm storage, particularly when a member of the household is experiencing one of the aforementioned conditions, can help prevent tragedies.

Exhibit 4
0139

## BECOMING A SAFE AND RESPONSIBLE FIREARM OWNER

Becoming a safe firearm owner is similar to becoming a safe driver—you combine a good working knowledge of the equipment, the basic skills of operation, and a mind set dedicated to safe and responsible usage and storage.

This means you must have:

- Respect for the danger of firearms;
- An awareness and concern about the possible safety hazards related to firearms; and
- A desire to learn and practice safe conduct with firearms.

Developing a mind set for safe and responsible firearm usage and storage is the first step in actually becoming a responsible firearm owner.  The next step is building your knowledge of firearms and gun safety, which you can do by reading and understanding the information in this study guide. The final steps are becoming skillful in handling firearms and using the safety knowledge that you have acquired.

Exhibit 4
0140

# CHAPTER 1
# Gun Safety Rules



This chapter will introduce you to specific gun safety rules to give you a better understanding of firearm safety.

## THE SIX BASIC GUN SAFETY RULES

There are six basic gun safety rules for gun owners to understand and practice at all times:

1. Treat all guns as if they are loaded.

2. Keep the gun pointed in the safest possible direction.

3. Keep your finger off the trigger until you are ready to shoot.

4. Know your target, its surroundings, and beyond.

5. Know how to properly operate your gun.

6. Store your gun safely and securely to prevent unauthorized use.  Guns and ammunition should be stored separately.

## 1.  Treat all guns as if they are loaded.

- Always assume that a gun is loaded even if you think it is unloaded.

- Every time a gun is handled for any reason, check to see that it is unloaded.  For specific instructions on how to unload a firearm, see Chapter 3.

- If you are unable to check a gun to see if it is unloaded, leave it alone and seek help from someone more knowledgeable about guns.

## 2.  Keep the gun pointed in the safest possible direction.

- Always be aware of where the gun is pointing.  A "safe direction" is one
- where an accidental discharge of the gun will not cause injury or damage.

- Only point a gun at an object that you intend to shoot.

- Never point a gun toward yourself or another person.

## 3.  Keep your finger off the trigger until you are ready to shoot.

- Always keep your finger off the trigger and outside the trigger guard until you are ready to shoot.

**Exhibit 4**
**0141**

- Even though it may be comfortable to rest your finger on the trigger, it is unsafe.

- If you are moving around with your finger on the trigger and stumble or fall, you could inadvertently pull the trigger.

- Sudden loud noises or movements can result in an accidental discharge because there is a natural tendency to tighten the muscles when startled.

- The trigger is for firing, the handle is for handling.

## 4. Know your target, its surroundings, and beyond.

- Check that the areas in front of and behind your target are safe before shooting.

- Be aware that if the bullet misses or completely passes through the target, it could strike a person or object.

- Identify the target and make sure it is what you intend to shoot. If you are in doubt, DON'T SHOOT!

- Never fire at a target that is only a movement, color, sound or unidentifiable shape.

- Be aware of all the people around you before you shoot.

## 5. Know how to properly operate your gun.

- It is important to become thoroughly familiar with your gun. You should know its mechanical characteristics including how to properly load, unload and clear a malfunction from your gun.

- Obviously, not all guns are mechanically the same. Never assume that what applies to one make or model is exactly applicable to another.

- You should direct questions regarding the operation of your gun to your firearms dealer, or contact the manufacturer directly.

## 6. Store your gun safely and securely to prevent unauthorized use. Guns and ammunition should be stored separately.

- Even when the gun is not in your hands, you must still think of safety.

- Use a California-approved firearms safety device on the gun, such as a trigger lock or cable lock, so it cannot be fired.

- Store your gun unloaded in a locked container, such as a California-approved lock box or a gun safe.

- Store your gun in a different location than the ammunition.

- For maximum safety you should use both a locking device and a storage container.

Exhibit 4
0142

## ADDITIONAL SAFETY POINTS

The six basic safety rules are the foundational rules for gun safety. However, there are additional safety points which must not be overlooked:

- Never handle a gun when you are in an emotional state such as anger or depression. Your judgment may be impaired.

- Never shoot a gun in celebration (such as on the Fourth of July or New Year's Eve, for example). Not only is this unsafe, but it is generally illegal. A bullet fired into the air can return to the ground with enough speed to cause injury or death.

- Do not shoot at water, flat or hard surfaces. The bullet can ricochet and hit someone or something other than the target.

- Hand your gun to someone only after you verify that it is unloaded and the cylinder or action is open.  Take a gun from someone only after you verify that it is unloaded and the cylinder or action is open.

- Guns, alcohol and drugs don't mix. Alcohol and drugs can negatively affect judgment as well as physical coordination. Alcohol and any other substances are likely to impair normal mental or physical functions and should not be used before or while handling guns.  Avoid handling and using your gun when you are taking medications that cause drowsiness or include a warning to not operate machinery while taking the drug.

- The loud noise from a fired gun can cause hearing damage, and the debris and hot gas that is often emitted can result in eye injury.  Always wear ear and eye protection when shooting a gun.

Exhibit 4
0143



## CHAPTER 1: Self Test

1. A safe practice when handling a gun is to rest your finger on the outside of the trigger guard or along the side of the gun until you are ready to shoot. (page 4)

   True     False

2. To "know your target, its surroundings and beyond," you must consider that if the bullet misses or completely passes through the target, it could strike a person or object. (page 5 )

   True     False

3. Drinking alcohol while handling firearms is safe if your blood alcohol level remains below the legal limit. (page 6)

   True     False

4. Which of the following safety points should you remember when handling a gun? (page 6)

   A. Never shoot a gun in celebration.
   B. Do not fire at water, flat or hard surfaces.
   C. Wear ear and eye protection when shooting a gun.
   D. All of the above.

5. As a safety measure, your firearm should always be pointed: (page 4 )

   A. To the north.
   B. In the safest possible direction.
   C. Up.
   D. Down.

6. One of the safety rules is to know how to properly: (page 5)

   A. Clear a malfunction.
   B. Operate your gun.
   C. Load your gun.
   D. Clean your gun.

Answers: 1: True, 2: True, 3: False, 4: D; 5: B; 6: B

**Exhibit 4**

**0144**

## CHAPTER 2
# Firearms and Children



### FIREARM OWNER RESPONSIBILITY

It is a firearm owner's responsibility to take all possible steps to make sure a child cannot gain access to firearms. In fact, this responsibility is mandated by California law. The overall abiding rule is to store your gun in a safe and responsible manner at all times. As a firearm owner, you should be aware of the laws regarding children and firearms.

### Summary of Safe Storage Laws Regarding Children

You may be guilty of a misdemeanor or a felony if you keep a loaded firearm within any premises that are under your custody or control and a child under 18 years of age obtains and uses it, resulting in injury or death, or carries it to a public place, unless you stored the firearm in a locked container or locked the firearm with a locking device to temporarily keep it from functioning. Please refer to Page 42 for more specific information regarding safe storage laws related to children.

### You Cannot Be Too Careful with Children and Guns

There is no such thing as being too careful with children and guns. Never assume that simply because a toddler may lack finger strength, they can't pull the trigger. A child's thumb has twice the strength of the other fingers. When a toddler's thumb "pushes" against a trigger, invariably the barrel of the gun is pointing directly at the child's face. NEVER leave a firearm lying around the house. Please refer to Pages 31 and 32 for more information regarding safe storage and methods of childproofing your firearm.

Child safety precautions still apply even if you have no children or if your children have grown to adulthood and left home. A nephew, niece, neighbor's child or a grandchild may come to visit. Practice gun safety at all times.

To prevent injury or death caused by improper storage of guns in a home where children are likely to be present, you should store all guns unloaded, lock them with a firearms safety device and store them in a locked container. Ammunition should be stored in a location separate from the gun.

Exhibit 4
0145

## Talking to Children about Guns

Children are naturally curious about things they don't know about or think are "forbidden." When a child asks questions or begins to act out "gun play," you may want to address his or her curiosity by answering the questions as honestly and openly as possible. This will remove the mystery and reduce the natural curiosity. Also, it is important to remember to talk to children in a manner they can relate to and understand. This is very important, especially when teaching children about the difference between "real" and "make-believe." Let children know that, even though they may look the same, real guns are very different than toy guns. A real gun will hurt or kill someone who is shot.

## Instill a Mind Set of Safety and Responsibility

The American Academy of Pediatrics reports that adolescence is a highly vulnerable stage in life for teenagers struggling to develop traits of identity, independence and autonomy. Children, of course, are both naturally curious and innocently unaware of many dangers around them. Thus, adolescents as well as children may not be sufficiently safeguarded by cautionary words, however frequent contrary actions can completely undermine good advice. A "do as I say and not as I do" approach to gun safety is both irresponsible and dangerous.

Remember that actions speak louder than words. Children learn most by observing the adults around them. By practicing safe conduct you will also be teaching safe conduct.

## RULES FOR KIDS

Adults should be aware that a child could discover a gun when a parent or any other adult is not present. This could happen in the child's own home; the home of a neighbor, friend or relative; or in a public place such as a school or park. If this should happen, a child should know the following rules and be taught to practice them.

### 1. Stop

The first rule for a child to follow if he/she finds or sees a gun is to stop what he/she is doing.

### 2. Don't Touch!

The second rule is for a child not to touch a gun he/she finds or sees. A child may think the best thing to do if he/she finds a gun is to pick it up and take it to an adult. A child needs to know he/she should NEVER touch a gun he/she may find or see.

### 3. Leave the Area

The third rule is to immediately leave the area. This would include never taking a gun away from another child or trying to stop someone from using gun.

**Exhibit 4**
**0146**

### 4. Tell an Adult

The last rule is for a child to tell an adult about the gun he/she has seen. This includes times when other kids are playing with or shooting a gun.

Please note that, while there is no better advice at this time for children or adolescents who encounter a gun by happenstance, the California Chapter of the American College of Emergency Physicians reports that such warnings alone may be insufficient accident prevention measures with children and adolescents.

**Exhibit 4**
**0147**



## CHAPTER 2: Self Test

1. Toddlers lack the strength to pull the trigger of a firearm. (page 8)
   True     False

2. You may face misdemeanor or felony charges if you keep a loaded firearm where a child obtains and improperly uses it. (page 8)
   True     False

3. There is no such thing as being too careful with children and guns. (page 8)
   True     False

4. An important lesson children should learn is that guns are not toys. (page 9)
   True     False

5. The four safety "Rules for Kids" if they see a gun are: (page 9)
   A. _____
   B. _____
   C. _____
   D. _____

6. Child safety precautions only apply if you have children. (page 8)
   True     False

Answers: 1: False, 2: True, 3: True, 4: True, 5: A. Stop, B. Don't Touch, C. Leave the Area, D. Tell an Adult, 6: False

Exhibit 4
0148

# CHAPTER 3
# Firearm Operation
# and Safe Handling



## SAFE HANDLING DEMONSTRATION

Pursuant to Penal Code sections 26850 and 26860, prior to taking delivery of a firearm from a licensed firearms dealer in California, an individual must correctly perform a safe handling demonstration with the firearm he or she is acquiring. The safe handling demonstration must be performed in the presence of a DOJ Certified Instructor on or after the date the Dealer Record of Sale (DROS) is submitted to the DOJ and before the firearm is delivered.  This section lists each of the steps that constitute the statutorily mandated safe handling demonstrations for the most common handgun types (semiautomatic pistols, double-action revolvers and single-action revolvers).  This section also includes safe handling demonstration steps for most long gun types.  However, this information will not appear on the DOJ written test on firearm safety. Please note that a dummy round as stated in this guide refers to one bright orange, red or other readily identifiable dummy round. If no readily identifiable dummy round is available, an empty cartridge casing with an empty primer pocket may be used.

The safe handling demonstration shall commence with the firearm unloaded and locked with the firearm safety device with which it is required to be delivered, if applicable. While maintaining muzzle  awareness (that  is, the firearm is pointed  in a safe direction, preferably  down  at the ground) and trigger discipline  (that  is, the trigger finger is outside  of the trigger guard  and alongside of the firearm frame)  at all times,  the firearm recipient  shall correctly  and safely perform  the safe handling demonstration steps for each firearm type.

## REVOLVER PARTS AND OPERATION

### How  a Revolver Works

A revolver has a rotating cylinder containing a number of chambers. There are usually five or six chambers. The action of the trigger or hammer will line up a chamber with the barrel and firing pin. Releasing the cylinder latch allows the cylinder to swing out for loading, unloading and inspection.

Revolvers are either single or double-action.  The primary difference between these two types of revolvers is the function of the trigger. On a single-action revolver the trigger has a single function to release the hammer. The trigger on a double- action revolver has two functions to cock the hammer and to release it.

**Exhibit 4**
**0148**

## DOUBLE-ACTION REVOLVER SAFE HANDLING



1.  Open the cylinder.



2.  Visually and physically inspect each chamber to ensure that the revolver is unloaded.



3.  Remove the firearm safety device. If the firearm safety device prevents any of the previous steps, remove the firearm safety device during the appropriate step.



**Exhibit 4**
**0150**

4.  While maintaining muzzle awareness and trigger discipline, load one dummy round into a chamber of the cylinder and rotate the cylinder so that the round is in the next-to-fire position.





5.  Close the cylinder.



6.  Open the cylinder and eject the round.



7.  Visually and physically inspect each chamber to ensure that the revolver is unloaded.



8.  Apply the firearm safety device, if applicable.



NOTE: Simply spinning a revolver to an empty chamber does not unload it or make it safe. The cylinder rotates to the next chamber before the hammer falls.

**Exhibit 4**
0151

## SINGLE-ACTION REVOLVER SAFE HANDLING



barrel

cylinder

hammer

firearm safety device

grip

1.  Open the loading gate.



2.  Visually and physically inspect each chamber to ensure that the revolver is unloaded.



Exhibit 4
0152

3.  Remove the firearm safety device required to be sold with the firearm. If the firearm safety device prevents any of the previous steps, remove the firearm safety device during the appropriate step.



4.  Load one dummy round into a chamber of the cylinder, close the loading gate and rotate the cylinder so that the round is in the next-to-fire position (the revolver may need to be placed on half-cock or the loading gate reopened).



5.  Open the loading gate and unload the revolver.



6.  Visually and physically inspect each chamber to ensure that the revolver is unloaded.



7.  Apply the firearm safety device, if applicable.



∗   1873 Rule: Recipients of original versions of single-action army revolvers should be advised to carry five rounds in the cylinder and leave the chamber under the hammer empty.

Exhibit 4
0153

## SEMIAUTOMATIC PISTOL PARTS AND OPERATION

### How a Semiautomatic Pistol Works

A semiautomatic pistol has a single chamber. Each time the trigger is pulled, a cartridge is fired, the empty case is automatically extracted and ejected, the hammer is cocked, and a new cartridge is loaded into the chamber.

The primary difference between revolvers and semiautomatic pistols is how the ammunition is held. Revolvers use a cylinder to hold ammunition. Semiautomatic pistols use a magazine to hold ammunition. A magazine is a separate metal boxlike container into which cartridges are loaded. It is usually located within the grip. A button or catch releases the magazine.

Another difference is most semiautomatic pistols have a "safety" that is designed to prevent firing when engaged. However, it is not foolproof so do not rely on the safety to prevent an accidental discharge. A safety should be considered an additional safety measure.

Never pull the trigger on any firearm with the safety in the "safe" position because thereafter the firearm could fire at any time without the trigger ever being touched. If a firearm is dropped, it may land hard enough to activate the firing mechanism without the trigger being touched.

## SEMIAUTOMATIC PISTOL SAFE HANDLING



**Exhibit 4**
**0154**

1. Remove the magazine.



2. Lock the slide back. If the model of firearm does not allow the slide to be locked back, pull the slide back, visually and physically inspect the chamber to ensure that it is clear.



3. Visually and physically inspect the chamber, to ensure that the firearm is unloaded.



4. Remove the firearm safety device, if applicable. If the firearm safety device prevents any of the previous steps, remove the firearm safety device during the appropriate step.



5. Load one dummy round into the magazine.



6. Insert the magazine into the magazine well of the firearm.



**Exhibit 4**
**0155**

7.    Manipulate the slide release or pull back and release the slide.



8.    Remove the magazine.



9.    Visually inspect the chamber to reveal that a round can be chambered with the magazine removed.



10.   Lock the slide back to eject the dummy round. If the firearm is of a model that does not allow the slide to be locked back, pull the slide back and physically check the chamber to ensure that the chamber is clear.



11.   Apply the safety, if applicable.



12.   Apply the firearm safety device, if applicable.



Exhibit 4
0156

Note: If you release the slide before inserting the magazine, there will NOT be a cartridge in the chamber.

**CAUTION**

You should NOT assume a semiautomatic pistol is unloaded just because the magazine is removed from the handgun.

Do not allow the slide to go forward UNLESS you have:

1. Checked again to be sure the chamber is empty, and
2. Checked again to be sure the magazine has been REMOVED.

If you pull the slide back ejecting the cartridge, check the chamber, let the slide go forward, and THEN remove the magazine, you have a loaded, dangerous firearm (a cartridge is in the chamber) even though you have removed the magazine. It is common and sometimes fatal to make this error.

ALWAYS REMOVE THE MAGAZINE FIRST!

Exhibit 4
01570

## LONG GUN SAFE HANDLING

The demonstration shall commence with the firearm unloaded and locked with the firearm safety device with which it is required to be delivered, if applicable.  While maintaining muzzle awareness (that is, the firearm is pointed in a safe direction, preferably down at the ground) and trigger discipline (that is, the trigger finger is outside of the trigger guard and alongside of the receiver) at all times, the firearms recipient shall correctly and safely perform the steps identified for each firearm type.

The following safe handling demonstration steps for long guns are generally applicable to the various firearm models of each firearm "type" (e.g. pump action long gun, break-top revolver, etc.).  However, the specified safe handling demonstration steps may not be appropriate for a particular model of firearm.  If uncertain, refer to the owner's manual or consult with a DOJ Certified Instructor.

### Pump Action Long Gun



1.  Open the ejection port.
2.  Visually and physically inspect the chamber to ensure the firearm is unloaded. Visually and physically inspect the magazine follower to ensure the magazine is unloaded (if the magazine follower is not visible, there may be shotshells or cartridges lodged in the tubular magazine).
3.  Remove the firearm safety device.  If the firearm safety device prevents any of the previous steps, remove the firearm safety device during the appropriate step.
4.  While maintaining muzzle awareness and trigger discipline, load one dummy round into the magazine loading port.
5.  Pull the forend (or forearm) rearward toward the receiver causing the dummy round to enter the breech.  Push the forend forward to chamber the round.  The dummy round should have moved from the tubular magazine into the chamber.
6.  Push the action (carrier) release button and again pull the forend toward the receiver causing the action to open.  The dummy round should extract from the chamber and be ejected through the ejection port.
7.  Engage the safety.
8.  Apply the firearm safety device, if applicable.

**Exhibit 4**
**0158**

## Break-Top Long Gun



1. Open the breech.
2. Visually and physically inspect the chamber/barrel to ensure the firearm is unloaded.
3. Remove the firearm safety device. If the firearm safety device prevents any of the previous steps, remove the firearm safety device during the appropriate step.
4. While maintaining muzzle awareness and trigger discipline, load one dummy round into a barrel.
5. Close and lock the action.
6. Unlock and open the action.
7. Remove the dummy round.
8. Apply the firearm safety device, if applicable.

## Bolt Action Long Gun



1. Visually and physically inspect the chamber/barrel to ensure the long gun is unloaded.  Also visually and physically inspect the internal magazine to ensure it is unloaded.
2. Remove the firearm safety device. If the firearm safety device prevents any of the previous steps, remove the firearm safety device during the appropriate step.
3. While maintaining muzzle awareness and trigger discipline, load one dummy round into the chamber/barrel.
4. Close and lock the action.
5. Unlock and open the action.
6. Remove the dummy round.
7. Apply the firearm safety device, if applicable.

**Exhibit 4**
**0159**

## Lever Action Long Gun

When handling a lever action firearm with an exposed hammer, please use caution and consult with a DOJ Certified Instructor for proper handling steps.  Use only flat point, hollow point, round nose flat point, or similar rounds.  Never use pointed or conical point rounds in a center fire rifle with a tubular magazine.  Failure to follow these instructions may result in injury to yourself or others, or cause damage to your firearm.



1.  Open the breech.
2.  Visually and physically inspect the chamber/barrel to ensure the firearm is unloaded.  Visually and physically inspect the magazine follower to ensure the magazine is unloaded (if the magazine follower is not visible, there may be cartridges lodged in the tubular magazine).
3.  Remove the firearm safety device. If the firearm safety device prevents any of the previous steps, remove the firearm safety device during the appropriate step.
4.  While maintaining muzzle awareness and trigger discipline, load one dummy round into the chamber/barrel.
5.  Close and lock the action.
6.  Unlock and open the action.
7.  Remove the dummy round.
8.  Apply the firearm safety device, if applicable.

**Exhibit 4**
**0160**23

## Semiautomatic Long Gun With a Detachable Magazine



1. Remove the magazine.
2. Pull the bolt back and lock it open if possible.
3. Visually and physically inspect the barrel/chamber to ensure the firearm is unloaded.
4. Remove the firearm safety device. If the firearm safety device prevents any of the previous steps, remove the firearm safety device during the appropriate step.
5. While maintaining muzzle awareness and trigger discipline, load one dummy round into the magazine.
6. Insert the magazine into the magazine well.
7. Close and lock the action.
8. Unlock and open the action.
9. Remove the dummy round.
10. Apply the firearm safety device, if applicable.

## Semiautomatic Long Gun With a Fixed Magazine

1. Pull the bolt back and lock it open if possible.
2. Visually and physically inspect the barrel/chamber to ensure the firearm is unloaded.  Also visually and physically inspect the internal magazine to ensure it is unloaded.
3. Remove the firearm safety device. If the firearm safety device prevents any of the previous steps, remove the firearm safety device during the appropriate step.
4. While maintaining muzzle awareness and trigger discipline, load one dummy round into the magazine.
5. Close and lock the action.
6. Unlock and open the action.
7. Remove the dummy round (the dummy round should have extracted from the chamber and ejected from the breech).

**Exhibit 4**
**0164**

## AMMUNITION

An often overlooked aspect of safe firearm operation is knowing about the ammunition you use. It is important for you to know which ammunition can be used safely in your firearm.

### Ammunition Components

A firearm cartridge, commonly referred to as a "round," is a single unit of ammunition made up of four parts:  the case, the primer, the propellant and the bullet.

### Components of a Cartridge



The case is the metal cylinder that is closed at one end and contains the other three components.

The primer is the impact-sensitive chemical compound used for ignition. The propellant is a fast-burning chemical compound.

The bullet is the projectile fired from a firearm.  It is usually made of lead, sometimes covered with a layer of copper or other metal and is located at the tip of the cartridge.  People often mistakenly refer to the entire cartridge as a "bullet." Actually the bullet is just one part of a cartridge.

## PHYSICS OF GUNFIRE

To understand the power of a firearm, it is helpful to know some of the physics of gunfire.  The fall of the hammer causes the primer to ignite the powder, which burns to produce gases. These rapidly-expanding gases push the bullet through the barrel and toward the target.  The push of gases against the firearm results in what is called recoil. Some shooters are startled by recoil. Firearms vary in how much recoil they generate. Anticipation of recoil may cause an inexperienced shooter to grasp the firearm too tightly or flinch. Shooting a firearm properly minimizes the negative effects of recoil on the shooter.

**Exhibit 4**
**01625**

## FIREARM AND AMMUNITION CALIBERS

Firearms and ammunition are made in various calibers.  Firearm caliber refers to barrel diameter. Revolvers generally have the caliber information on the barrel. Semiautomatic pistols generally have the caliber information on the slide. Ammunition caliber refers to bullet diameter. Ammunition has the caliber information on the box. Some of the more common calibers are the .22, .45, and 9 mm. You must only use the caliber of ammunition recommended by the manufacturer of your firearm.





.357 Magnum



9 mm Luger



Just because a cartridge fits your firearm does not necessarily mean the cartridge is safe to shoot.  A firearm may not be able to handle the pressure created by using incorrect ammunition. This could result in damage to the firearm and possible injury to yourself or bystanders.

Never shoot ammunition that is old, dirty, corroded or wet, or ammunition that cannot be fully identified. This could cause a malfunction such as a jam or a misfire, or explosion of the firearm. Never throw ammunition in the trash. Call your local refuse department and ask for proper disposal instructions.

Some ammunition is illegal. Your firearms dealer can help you identify the correct and legal ammunition for your firearm.  Purchase your ammunition from an authorized ammunition dealer only.

Exhibit 4
0163

## DANGEROUS RANGE

In order to shoot a firearm safely, you need to know not only your target but also the dangerous range of your ammunition. The dangerous range is the distance that a bullet can travel.  Most ammunition can travel at least a mile, with some having the capability of traveling MORE than two miles. Therefore, even though you may fire at a target only a few feet or yards away, your bullet could travel far beyond your target.  As it travels, the potential for damage widens.  The importance of the dangerous range is that you must consider how much farther the bullet can travel beyond the target because a bullet that misses or passes through a target could strike a person or object.  If you think only of your target and not the dangerous range, you might mistakenly think someone or something is "too far away" to be in danger.

Another important point to remember is that most ammunition can easily penetrate the interior walls of a house and still travel some distance before losing its energy. High velocity or magnum ammunition has even greater penetration and distance capabilities.

Remember: Once you fire, you are responsible for any damage or injury your bullet causes.

## MALFUNCTIONS

Any machine can malfunction. A firearm is no different.  If your firearm malfunctions, always keep the basic safety rules in mind and do the following:

> **CAUTION**
>
> STOP FIRING!
>
> KEEP THE GUN POINTED IN A SAFE DIRECTION.
>
> WAIT TEN SECONDS.
>
> SEEK COMPETENT HELP.

If you are at a range, the usual procedure to follow when a malfunction occurs is to keep your firearm pointed down range, keep your finger off the trigger and raise your non-shooting hand until a range official arrives.  You have a potentially dangerous situation!

Exhibit 4
0164



**CHAPTER 3:** Self Test

1.  The importance of the "dangerous range" is that a bullet can travel far beyond the intended target. (page 27)

    True     False

2.  The safety on a semiautomatic pistol is not foolproof.  (page 17)

    True     False

3.  Just because a cartridge fits into your firearm does not necessarily mean it is safe to shoot.  (page 26)

    True     False

4.  In the case of a malfunction, you should: (page 27)

    A.  Keep your finger on the trigger.
    B.  Immediately drop the firearm.
    C.  Try and determine where the malfunction is.
    D.  Keep the gun pointed in a safe direction.

5.  After ensuring a double-action revolver is pointed  in a safe direction  and with your finger off the trigger, you begin unloading the firearm by: (page 13)

    A.  Opening the cylinder.
    B.  Locking the slide back.
    C.  Opening the loading gate.
    D.  Pushing the magazine release.

6.  Firearm or ammunition caliber refers to: (page 26)

    A.  Barrel length.
    B.  Magazine capacity.
    C.  Barrel or bullet diameter.
    D.  Bullet velocity.

7.  A magazine is part of a: (page 17)

    A.  Single-action revolver.
    B.  Double-action revolver.
    C.  Semiautomatic pistol.
    D.  Single-action and a double-action revolver.

Answers: 1: True,  2: True,  3: True,  4: D,  5: A,  6: C,  7: C

Exhibit 4
0165

# CHAPTER 4
# Firearm Ownership



## UNDERSTAND THE SAFETY ASPECTS OF YOUR FIREARM

Firearms must be handled responsibly and securely stored to prevent access by children and other unauthorized users. California has strict laws pertaining to firearms, and you can be fined or imprisoned if you fail to comply with them. Visit the Web site of the California Attorney General at https://oag.ca.gov/firearms for information on firearms laws applicable to you and how you can comply.

Get advice from a professional sales person on the safety aspects of the firearm you are considering buying.  Select the firearm that best suits your personal needs.  Ask a lot of questions! Ask about the correct ammunition for the firearm you have selected.

Become thoroughly familiar with the mechanics of the firearm you have selected. By knowing exactly how your firearm works, you are more likely to recognize any possible safety problems.

## CAREFULLY READ ALL INSTRUCTIONAL MATERIAL

An owner's manual from the manufacturer of your firearm should be provided when you buy a new firearm. Manuals for used firearms usually can be obtained by writing or calling the manufacturer.

Carefully read the manual and use it to familiarize yourself with the firearm and its operation.

## ENROLL IN A FIREARM TRAINING COURSE

To help you learn to drive a car you probably had some "behind the wheel" training and practice before you got your driver's license.  This also applies to firearm ownership. The best way to become skilled in using and understanding how your firearm operates is to enroll in a "hands-on" training course.  There are many firearm training courses that can provide additional safety information.

For information on training courses in your area, contact a local firearms dealer or firearms safety organization.

## CLEANING AND REPAIR

Maintenance is part of being a responsible firearms owner.  Firearms should be cleaned regularly and especially after prolonged storage.  The barrel should be cleaned after every use. Accumulated moisture, dirt or grease can interfere with the efficient and safe operation of a firearm.

Exhibit 4
0166

Firearm cleaning kits and materials can be purchased from most firearms dealers. Be aware that some firearm cleaning substances are toxic. Carefully read and follow the instructions on the cleaning products.

You should clean your firearm in a location where you will have no distractions. Before you begin, always make sure your firearm is unloaded and remove any ammunition from the cleaning area.  Accidents can happen if cleaning procedures are not followed correctly and safely. Therefore, you should follow the cleaning instructions in your owner's manual and on your cleaning products. Firearms dealers or gunsmiths also are good sources for cleaning information.

Care should be taken to ensure adequate ventilation at all times to reduce the risk of inhaling lead particles. To avoid accidental ingestion of lead particles, never handle food or drink without first washing your hands. Do not smoke when exposed to lead. Wash your hands thoroughly after exposure.

Periodically inspect all firearms you own to be sure that they are in good working condition. If you notice any problems, have your firearm checked by a competent gunsmith. Any repairs should be made only by a gunsmith or the manufacturer of the firearm.  You should not attempt to make any major modifications to your firearm. Some modifications are illegal and dangerous. They also could void the manufacturer's warranty.

By keeping your firearm properly maintained, you will ensure that it is safe to operate and will function reliably for many years.



Exhibit 4
0167

## SAFETY AND STORAGE DEVICES

If you decide to keep a firearm in your home you must consider the issue of how to store the firearm in a safe and secure manner. California recognizes the importance of safe storage by requiring that all firearms sold in California be accompanied by a DOJ-approved firearms safety device or proof that the purchaser owns a gun safe that meets regulatory standards established by the DOJ. The current list of DOJ-approved firearms safety devices and the gun safe standards can be viewed at the following DOJ website: http://oag.ca.gov/firearms/fsdcertlist.

There are a variety of safety and storage devices currently available to the public in a wide range of prices. Some devices are locking mechanisms designed to keep the firearm from being loaded or fired, but don't prevent the firearm from being handled or stolen. There are also locking storage containers that hold the firearm out of sight. For maximum safety you should use both a firearm safety device and a locking storage container to store your unloaded firearm.

Two of the most common locking mechanisms are trigger locks and cable locks. Trigger locks are typically two-piece devices that fit around the trigger and trigger guard to prevent access to the trigger. One side has a post that fits into a hole in the other side. They are locked by a key or combination locking mechanism. Cable locks typically work by looping a strong steel cable through the action of the firearm to block the firearm's operation and prevent accidental firing. However, neither trigger locks nor cable locks are designed to prevent access to the firearm.

Smaller lock boxes and larger gun safes are two of the most common types of locking storage containers. One advantage of lock boxes and gun safes is that they are designed to completely prevent unintended handling and removal of a firearm. Lock boxes are generally constructed of sturdy, high-grade metal opened by either a key or combination lock. Gun safes are quite heavy, usually weighing at least 50 pounds. While gun safes are typically the most expensive firearm storage devices, they are generally more reliable and secure.

Remember: Safety and storage devices are only as secure as the precautions you take to protect the key or combination to the lock.

 

**Exhibit 4**
**0168**

## METHODS OF CHILDPROOFING

As a responsible firearm owner, you need to be aware of the methods of childproofing your firearm, whether or not you have children.

Whenever children could be around, whether your own, or a friend's, relative's or neighbor's, additional safety steps should be taken when storing firearms and ammunition in your home.

- Always store your firearm unloaded.
- Use a firearms safety device AND store the firearm in a locked container.
- Store the ammunition separately in a locked container.

Always storing your firearm securely is the best method of childproofing your firearm; however, your choice of a storage place can add another element of safety. Carefully choose the storage place in your home especially if children may be around.

- Do not store your firearm where it is visible.
- Do not store your firearm in a bedside table, under your mattress or pillow, or on a closet shelf.
- Do not store your firearm among your valuables (such as jewelry or cameras) unless it is locked in a secure container.
- Make sure the location you store your firearm and ammunition is not easily accessible to children.
- Consider storing firearms not possessed for self-defense in a safe and secure manner away from the home.

Exhibit 4
0169



**CHAPTER 4:** **Self Test**

1. It is important to carefully read all instructional material you receive with your firearm. (page 29)

   True        False

2. Certain modifications, when made to a firearm, may void its warranty. (page 30)

   True        False

3. It is safe to store a loaded firearm in your bedside table. (page 32)

   True        False

4. Two common firearms safety devices are trigger locks and cable locks. (page 31)

   True        False

5. Which of the following steps should be taken to "childproof" your firearm? (page 32)

   A. Use a firearms safety device AND store the firearm in a locked container.

   B. Always store your firearm unloaded.

   C. Store ammunition separately in a locked container.

   D. All of the above.

Answers: 1: True, 2: True, 3: False, 4: True, 5: D

Exhibit 4
0170

# Prohibited Firearms Transfers and Straw Purchases



## What is a straw purchase?

A straw purchase is buying a gun for someone who is prohibited by law from possessing one, or buying a gun for someone who does not want his or her name associated with the transaction.

It is a violation of California law for a person who is not licensed as a California firearms dealer to transfer a firearm to another unlicensed person, without conducting such a transfer through a licensed firearms dealer. (Pen. Code, § 27545.) Such a transfer may be punishable as a felony. (Pen. Code, § 27590.)

Furthermore, it is a violation of federal law to either (1) make a false or fictitious statement on an application to purchase a firearm about a material fact, such as the identity of the person who ultimately will acquire the firearm (commonly known as "lying and buying") (18 U.S.C. 922(a)(6)), or (2) knowingly transfer a firearm to a person who is prohibited by federal law from possessing and purchasing it. (18 U.S.C. 922(d).) Such transfers are punishable under federal law by a $250,000 fine and 10 years in federal prison. (18 U.S.C. 924(a)(2).)

## Things to remember about prohibited firearms transfers and straw purchases:

An illegal firearm purchase (straw purchase) is a federal crime.

An illegal firearm purchase can bring a felony conviction sentence of 10 years in jail and a fine of up to $250,000.

Buying a gun and giving it to someone who is prohibited from owning one is a state and federal crime.

**Never buy a gun for someone who is prohibited by law or unable to do so.**

Exhibit 4
0174

# CHAPTER 5
# Firearms Laws



## INTRODUCTION TO THE LAWS

As the owner of a firearm, it is your responsibility to understand and comply with all federal, state and local laws regarding firearms ownership. Many of the laws described below pertain to the possession, use and storage of firearms in the home and merit careful review.  This section contains a general summary of the state laws that govern the use of firearms, particularly handguns, by persons other than law enforcement officers or members of the armed forces. It is not designed to provide individual guidance for specific situations, nor does it address federal or local laws. Persons having specific questions are encouraged to seek legal advice from an attorney, or consult their local law enforcement agency, local prosecutor or law library.

## SALES AND TRANSFERS OF FIREARMS

In California, only licensed California firearms dealers are authorized to engage in retail sales of firearms. These retail sales require the purchaser to provide personal identifier information for the Dealers' Record of Sale (DROS) document that the firearms dealer must submit to the DOJ. There is a mandatory 10-day waiting period before the firearms dealer can deliver the firearm to the purchaser.  During this 10-day waiting period, the DOJ conducts a firearms eligibility background check to ensure the purchaser is not prohibited from lawfully possessing firearms. Although there are exceptions, generally all firearms purchasers must be at least 21 years of age to purchase either a handgun (pistol or revolver) or a long gun (rifle or shotgun). Additionally, purchasers must be California residents with a valid driver's license or identification card issued by the California Department of Motor Vehicles.

Generally, it is illegal for any person who is not a California licensed firearms dealer (private party) to sell or transfer a firearm to another non-licensed person (private party) unless the sale is completed through a licensed California firearms dealer. "Private party transfers" can be conducted at any licensed California firearms dealership that sells firearms. The buyer and seller must complete the required DROS document in person at the licensed firearms dealership and deliver the firearm to the dealer who will retain possession of the firearm during the mandatory 10-day waiting period.  In addition to the applicable state fees, the firearms dealer may charge a fee not to exceed $10 per firearm for conducting the private party transfer.

**Exhibit 4**
**0172**

The infrequent transfer of firearms between immediate family members is exempt from the law requiring private party transfers to be conducted through a licensed firearms dealer. For purposes of this exemption, "immediate family" means parent and child, and grandparent and grandchild, but does not include other types of transfers, such as between brother and sister. Please note that the transferee must comply with the FSC requirement described below, prior to taking possession of the firearm. Within 30 days of the transfer, the transferee must also submit a report of the transaction to the DOJ. The required report form (Firearm Ownership Record BOF 4542A) can be downloaded from the DOJ's website at http://oag.ca.gov/firearms/forms.

The reclaiming of a pawned firearm is subject to the DROS and 10-day waiting period requirements.

## Proof-of-Residency Requirement

To purchase a handgun in California you must present documentation indicating that you are a California resident. Acceptable documentation includes a utility bill from within the last three months, a signed residential lease, a property deed or military permanent duty station orders indicating assignment within California. The address provided on the DROS must match either the address on the proof-of-residency document or the address on the purchaser's California Driver license or Identification Card. (Pen. Code, § 26845.)

## Firearm Safety Certificate Requirement

To purchase or acquire a firearm, you must have a valid FSC. To obtain an FSC, you must score at least 75% on an objective written test pertaining to firearms laws and safety requirements. The test is administered by DOJ Certified Instructors, who are generally located at firearms dealerships. An FSC is valid for five years. The fee for taking the FSC test and being issued an FSC is twenty-five dollars ($25). Firearms being returned to their owners, such as pawn returns, are exempt from this requirement. In the event of a lost, stolen or destroyed FSC, the issuing DOJ Certified Instructor will issue a replacement FSC for a fee of $5. You must present proof of identity to receive a replacement FSC. (Pen. Code, §§ 31610-31670.)

## Safe Handling Demonstration Requirement

Prior to taking delivery of a firearm, you must successfully perform a safe handling demonstration with the firearm being purchased or acquired. Safe handling demonstrations must be performed in the presence of a DOJ Certified Instructor sometime between the date the DROS is submitted to the DOJ and the delivery of the firearm, and are generally performed at the firearms dealership. The purchaser, firearms dealer and DOJ Certified Instructor must sign an affidavit stating the safe handling demonstration was completed. The steps required to complete the safe handling demonstration for most firearm types is described in Chapter 3. Pawn returns and intra-familial transfers are not subject to the safe handling demonstration requirement. (Pen. Code, § 26850.)

**Exhibit 4**
**0176**

## Firearms Safety Device Requirement

All firearms (long guns and handguns) purchased in California must be accompanied with a firearms safety device (FSD) that has passed required safety and functionality tests and is listed on the DOJ's official roster  of DOJ-approved firearms safety devices.  The current roster of certified FSDs is available on the Bureau of Firearms website at http://oag.ca.gov/firearms/fsdcertlist.  The FSD requirement also can be satisfied if the purchaser signs an affidavit declaring ownership of either a DOJ-approved lock box or a gun safe capable of accommodating the firearm being purchased. Pawn returns and intra-familial transfers are not subject to the FSD requirement. (Pen. Code, §§ 23635-23690.)

## Roster of Handguns Certified for Sale in California

No handgun may be sold by a firearms dealer to the public unless it is of a make and model that has passed required safety and functionality tests and is listed on the DOJ's official roster of handguns certified for sale in California.  The current roster of handguns certified for sale in California is available on the Bureau of Firearms website at http://certguns.doj.ca.gov.  Private party transfers, intra-familial transfers, and pawn/consignment returns are exempt from this requirement. (Pen. Code, § 32000.)

## One-Handgun-per-Thirty-Days Requirement

No person shall make an application to purchase more than one handgun within any 30-day period.  Exemptions to the one-handgun-per-thirty-days requirement include pawn returns, intra-familial transfers and private party transfers. (Pen. Code, § 27540.)

## Firearm Sales and Transfer Requirements

|  | Retail Sales | Private Party Transfers | Intra-familial Transfers | Pawn Returns |
|---|---|---|---|---|
| Proof-of-Residency Requirement (handguns) | Yes | Yes | No | Yes |
| Proof-of-Residency Requirement (long guns)* | No | No | No | No |
| Firearm Safety Certificate Requirement | Yes | Yes | Yes | No |
| Safe Handling Demonstration Requirement | Yes | Yes | No | No |
| Firearms Safety Device Requirement | Yes | Yes | No | No |
| Roster of Handguns Certified for sale in California | Yes | No | No | No |
| One Handgun Per 30 Days Requirement | Yes | No | No | No |

*Federal requirements may apply.

Exhibit 4
37
0174

## NEW CALIFORNIA RESIDENT REQUIREMENT

Persons who move to California with the intention of establishing residency in this state must either report ownership of firearms to the DOJ within 60 days, or sell or transfer the firearm(s) pursuant to California law. (Pen. Code, § 28050.) Persons who want to keep their firearms must submit a New Resident Firearm Ownership Report, along with a $19 fee, to the DOJ. Forms are available at licensed firearms dealers, the Department of Motor Vehicles or on-line at the Bureau of Firearms web site at http://oag.ca.gov/firearms/forms. (Pen. Code, § 27560.)

## CARRYING A CONCEALED WEAPON

### Carrying a Concealed Handgun Without a License on One's Person or in a Vehicle

It is illegal for any person to carry a handgun concealed upon his or her person or concealed in a vehicle without a license issued pursuant to Penal Code section 26150. (Pen. Code, § 25400.) A firearm locked in a motor vehicle's trunk or in a locked container carried in the vehicle other than in the utility or glove compartment is not considered concealed within the meaning of the Penal Code section 25400; neither is a firearm carried within a locked container directly to or from a motor vehicle for any lawful purpose. (Pen. Code, § 25610.)

The prohibition from carrying a concealed handgun does not apply to licensed hunters or fishermen while engaged in hunting or fishing, or while going to or returning from the hunting expedition. (Pen. Code, § 25640.) Notwithstanding this exception for hunters or fishermen, these individuals may not carry or transport loaded firearms when going to or from the expedition. The unloaded firearms should be transported in the trunk of the vehicle or in a locked container other than the utility or glove compartment. (Pen. Code, § 25610.)

There are also occupational exceptions to the prohibition from carrying a concealed weapon, including authorized employees while engaged in specified activities. (Pen. Code, §§ 25630 & 25640.)

### Licenses to Carry Concealed Weapons

A license to carry a concealed handgun or other firearm may be granted by the sheriff of the county in which the applicant resides, or the chief of the city police department of the city in which the applicant resides. Such licenses are issued only after finding that the applicant is of good moral character, that good cause exists for such a license and the applicant is not prohibited from possessing firearms. (Pen. Code, § 26150.)

Where the population of the county is less than 200,000 persons, the licensing authority may issue a license to carry a pistol, revolver or other firearm capable of being concealed upon the person, loaded and exposed. (Pen. Code, § 26150.)

Unless otherwise restricted, a license is valid throughout the state.

**Exhibit 4**
**0175**

## FIREARMS ABOARD COMMON CARRIERS

Federal and state laws generally prohibit a person from carrying any firearm or ammunition aboard any commercial passenger airplane. Similar restrictions may apply to other common carriers such as trains, ships and buses.  Persons who need to carry firearms or ammunition on a common carrier should always consult the carrier in advance to determine conditions under which firearms may be transported.

## FIREARMS IN THE HOME, BUSINESS OR AT THE CAMPSITE

Unless otherwise unlawful, any person over the age of 18 who is not prohibited from possessing firearms may have a loaded or unloaded firearm at his or her place of residence, temporary residence, campsite or on private property owned or lawfully possessed by the person. Any person engaged in lawful business (including nonprofit organizations) or any officer, employee or agent authorized for lawful purposes connected with the business may have a loaded firearm within the place of business if that person is over 18 years of age and not otherwise prohibited from possessing firearms.  (Pen. Code, §§ 25605 & 26035.)

NOTE: If a person's place of business, residence, temporary residence, campsite or private property is located within an area where possession of a firearm is prohibited by local or federal laws, such laws would prevail.

## THE USE OF LETHAL FORCE IN SELF-DEFENSE

The question of whether use of lethal force is justified in self-defense cannot be reduced to a simple list of factors.  This section is based on the instructions generally given to the jury in a criminal case where self-defense is claimed and illustrates the general rules regarding the use of lethal force in self-defense.

### Permissible Use of Lethal Force in Defense of Life and Body

The killing of one person by another may be justifiable when necessary to resist the attempt to commit a forcible and life-threatening crime, provided that a reasonable person in the same or similar situation would believe that (a) the person killed intended to commit a forcible and life-threatening crime; (b) there was imminent danger of such crime being accomplished; and (c) the person acted under the belief that such force was necessary to save himself or herself or another from death or a forcible and life-threatening crime.  Murder, mayhem, rape and robbery are examples of forcible and life-threatening crimes. (Pen. Code, § 197.)

### Limitations on the Use of Force in Self-Defense

The right of self-defense ceases when there is no further danger from an assailant. Thus, where a person attacked under circumstances initially justifying self-defense renders the attacker incapable of inflicting further injuries, the law of self-defense ceases and no further force may be used.  Furthermore, a person may only use the amount of force, up to deadly force, as a reasonable person in the same or similar circumstances would believe necessary to prevent imminent injury.  It is important to note the use of excessive force to counter an assault may result in civil or criminal penalties.

Exhibit 4
0176

The right of self-defense is not initially available to a person who assaults another. However, if such a person attempts to stop further combat and clearly informs the adversary of his or her desire for peace but the opponent nevertheless continues the fight, the right of self-defense returns and is the same as the right of any other person being assaulted.

## LOADED FIREARMS IN PUBLIC

It is illegal to carry a loaded firearm on one's person or in a vehicle while in any public place, on any public street, or in any place where it is unlawful to discharge a firearm. (Pen. Code, § 25850, subd. (a).)

It is illegal for the driver of any motor vehicle, or the owner of any motor vehicle irrespective of whether the owner is occupying the vehicle to knowingly permit any person to carry a loaded firearm into the vehicle in violation of Penal Code section 25850, or Fish and Game Code section 2006. (Pen. Code, § 26100.) Also, see "Miscellaneous Prohibited Acts" on next page.

In order to determine whether a firearm is loaded, peace officers are authorized to examine any firearm carried by anyone on his or her person or in a vehicle while in any public place, on any public street or in any prohibited area of an unincorporated territory. Refusal to allow a peace officer to inspect a firearm pursuant to these provisions is, in itself, grounds for arrest. (Pen. Code, § 25850, subd. (b).)

The prohibition from carrying a loaded firearm in public does not apply to any person while hunting in an area where possession and hunting is otherwise lawful or while practice shooting at target ranges. (Pen. Code, §§ 26005 & 26040.)

There are also occupational exceptions to the prohibition from carrying a loaded firearm in public, including authorized employees while engaged in specified activities. (Pen. Code, §§ 26015 & 26030.)

## LARGE-CAPACITY MAGAZINES

It is generally illegal to manufacture, offer for sale, give, lend, buy, or receive any large-capacity magazine or any large-capacity conversion kit that is capable of converting an ammunition feeding device into a large-capacity magazine. (Pen. Code, §§ 32310 & 32311.)

## FIREARM STORAGE DURING PROHIBITION

A person who is prohibited from owning or possessing a firearm can transfer his or her firearm(s) to a licensed firearms dealer for storage for the duration of the prohibition, provided the prohibition will end on a date specified in a court order. (Pen. Code, § 29830.)

Exhibit 4
0177

## MISCELLANEOUS PROHIBITED ACTS

### Obliteration or Alteration of Firearm Identification

It is illegal for any person to obliterate or alter the identification marks placed on any firearm including the make, model, serial number or any distinguishing mark lawfully assigned by the owner or by the DOJ. (Pen. Code, § 23900.)

It is illegal for any person to buy, sell or possess a firearm knowing its identification has been obliterated or altered. (Pen. Code, § 23920.)

### Openly Carrying an Unloaded Handgun

It is generally illegal for any person to carry upon his or her person or in a vehicle, an exposed and unloaded handgun while in or on:

- A public place or public street in an incorporated city or city and county; or
- A public street in a prohibited area of an unincorporated city or city and county. (Pen. Code, § 26350.)

### Unauthorized Possession of a Firearm on School Grounds

It is illegal for any unauthorized person to possess or bring a firearm upon the grounds of, or into, any public school, including the campuses of the University of California, California State University campuses, California community colleges, any private school (kindergarten through 12th grade) or private university or college. (Pen. Code, § 626.9.)

### Unauthorized Possession of a Firearm in a Courtroom, the State Capitol, etc.

It is illegal for any unauthorized person to bring or possess any firearm within a courtroom, courthouse, court building or at any meeting required to be open to the public. (Pen. Code, § 171b.)

It is illegal for any unauthorized person to bring or possess a loaded firearm within (including upon the grounds of) the State Capitol, any legislative office, any office of the Governor or other constitutional officer, any Senate or Assembly hearing room, the Governor's Mansion or any other residence of the Governor or the residence of any constitutional officer or any Member of the Legislature. For these purposes, a firearm shall be deemed loaded whenever both the firearm and its unexpended ammunition are in the immediate possession of the same person. (Pen. Code, §§ 171c, 171d, & 171e.)

### Drawing or Exhibiting a Firearm

If another person is present, it is illegal for any person, except in self defense, to draw or exhibit a loaded or unloaded firearm in a rude, angry or threatening manner or in any manner use a firearm in a fight or quarrel. (Pen. Code, § 417. )

Exhibit 4
0178

### Threatening Acts with a Firearm on a Public Street or Highway

It is illegal for any person to draw or exhibit a loaded or unloaded firearm in a threatening manner against an occupant of a motor vehicle which is on a public street or highway in such a way that would cause a reasonable person apprehension or fear of bodily harm. (Pen. Code, § 417.3.)

### Discharge of a Firearm in a Grossly Negligent Manner

It is illegal for any person to willfully discharge a firearm in a grossly negligent manner which could result in injury or death to a person. (Pen. Code, § 246.3.)

### Discharge of a Firearm at an Inhabited/Occupied Dwelling, Building, Vehicle, Aircraft

It is illegal for any person to maliciously and willfully discharge a firearm at an inhabited dwelling, house, occupied building, occupied motor vehicle, occupied aircraft, inhabited house car or inhabited camper. (Pen. Code, § 246.)

### Discharge of a Firearm at an Unoccupied Aircraft, Motor Vehicle, or Uninhabited Building or Dwelling

It is illegal for any person to willfully and maliciously discharge a firearm at an unoccupied aircraft.  It is illegal for any person to discharge a firearm at an unoccupied motor vehicle, building or dwelling.  This does not apply to an abandoned vehicle, an unoccupied motor vehicle or uninhabited building or dwelling with permission of the owner and if otherwise lawful. (Pen. Code, § 247.)

### Discharge of a Firearm from a Motor Vehicle

It is illegal for any person to willfully and maliciously discharge a firearm from a motor vehicle.  A driver or owner of a vehicle who allows any person to discharge a firearm from the vehicle may be punished by up to three years imprisonment in state prison. (Pen. Code, § 26100.)

### Criminal Storage

"Criminal storage of firearm of the first degree" – Keeping any loaded firearm within any premises that are under your custody or control and you know or reasonably should know that a child (any person under 18) or a person prohibited from possessing a firearm or deadly weapon pursuant to state or federal law is likely to gain access to the firearm without the permission of the child's parent or legal guardian and the child or prohibited person obtains access to the firearm and thereby causes death or great bodily injury to himself, herself, or any other person. (Pen. Code, § 25100, subd. (a).)

"Criminal storage of firearm of the second degree" – Keeping any loaded firearm within any premises that are under your custody or control and you know or reasonably should know that a child (any person under 18) or a person prohibited from possessing a firearm or deadly weapon pursuant to state or federal law is likely to gain access to the firearm without the permission of the child's parent or legal guardian and the child or prohibited person obtains access to the firearm and thereby causes injury, other than great bodily

Exhibit 4
0179

injury, to himself, herself, or any other person, or carries the firearm either to a public place or in violation of Penal Code section 417. (Pen. Code, § 25100, subd. (b).)

"Criminal Storage of firearm of the third degree" – Keeping any loaded firearm within any premises that are under your custody or control and negligently storing or leaving a loaded firearm in a location where you know or reasonably should know that a child (any person under 18) is likely to gain access to the firearm without the permission of the child's parent or legal guardian, unless you have taken reasonable action to secure the firearm against access by the child. (Pen. Code, § 25100, subd. (c).)

None of the criminal storage offenses (first degree, second degree, third degree) shall apply whenever the firearm is kept in a locked container or locked with a locking device that has rendered the firearm inoperable. (Pen. Code, § 25105.)

## Sales, Transfers and Loans of Firearms to Minors

Generally, it is illegal to sell, supply, deliver, or give possession of any firearm, either a handgun or a long gun, to a person under 21 years of age. (Pen. Code, § 27510.)

## Possession of a Handgun or Live Ammunition by Minors

It is unlawful for a minor to possess a handgun or live ammunition unless one of the following circumstances exists:

- The minor is accompanied by his or her parent or legal guardian and the minor is actively engaged in a lawful recreational sporting, ranching or hunting activity, or a motion picture, television or other entertainment event;

- The minor is accompanied by a responsible adult and has prior written consent of his or her parent or legal guardian and is involved in one of the activities cited above; or

- The minor is at least 16 years of age, has prior written consent of his or her parent or legal guardian, and the minor is involved in one of the activities cited above. (Pen. Code, §§ 29610-29655.)

## PERSONS INELIGIBLE TO POSSESS FIREARMS

The following persons are prohibited from possessing firearms (Pen. Code, §§ 29800-29825, 29900; Welf. & Inst. Code, §§ 8100, 8103.):

## Lifetime Prohibitions

- Any person convicted of any felony or any offense enumerated in Penal Code section 29905.

- Any person convicted of an offense enumerated in Penal Code section 23515.

- Any person with two or more convictions for violating Penal Code section

**Exhibit 4**
**0180**

417, subdivision (a)(2).

- Any person adjudicated to be a mentally disordered sex offender. (Welf. & Inst. Code, § 8103, subd. (a)(1).)

- Any person found by a court to be mentally incompetent to stand trial or not guilty by reason of insanity of any crime, unless the court has made a finding of restoration of competence or sanity. (Welf. & Inst. Code, § 8103, subd. (b)(1), (c)(1), & (d)(1).)

## 10-Year Prohibitions

- Any person convicted of a misdemeanor violation of the following: Penal Code sections 71, 76, 136.5, 140, 148 (d), 171b, 171c, 171d, 186.28, 240, 241, 242, 243, 244.5, 245, 245.5, 246, 246.3, 247, 273.5, 273.6, 417, 417.1, 417.2, 417.6, 422, 626.9, 646.9, 830.95(a), 17500, 17510(a), 25300, 25800, 27510, 27590(c), 30315, or 32625, and Welfare and Institutions Code sections 871.5, 1001.5, 8100, 8101, or 8103.

## 5-Year Prohibitions

- Any person taken into custody as a danger to self or others, assessed, and admitted to a mental health facility under Welfare and Institutions Code sections 5150, 5151, 5152; or certified under Welfare and Institutions Code sections 5250, 5260, 5270.15.

## Juvenile Prohibitions

- Juveniles adjudged wards of the juvenile court are prohibited until they reach age 30 if they committed an offense listed in Welfare and Institutions Code section 707, subdivision (b).

## Miscellaneous Prohibitions

- Any person denied firearm possession as a condition of probation pursuant to Penal Code section 29900, subdivision (c).

- Any person charged with a felony offense, pending resolution of the matter. (18 U.S.C. § 922(g).)

- Any person while he or she is either a voluntary patient in a mental health facility or under a gravely disabled conservatorship (due to a mental disorder or impairment by chronic alcoholism) and if he or she is found to be a danger to self or others. (Welf. & Inst. Code, § 8103, subd. (e).)

- Any person addicted to the use of narcotics. (Pen. Code, § 29800, subd. (a).)

- Any person who communicates a threat (against any reasonably identifiable victim) to a licensed psychotherapist which is subsequently reported to law enforcement, is prohibited for five years. (Welf. & Inst. Code, § 8104, subd. (c).)

- Any person who is subject to a protective order as defined in Family Code section 6218, Penal Code section 136.2, or a temporary restraining order issued pursuant to Code of Civil Procedure sections 527.6 or 527.8.

**Exhibit 4**
**0184**



## CHAPTER 5: Self Test

1. It is illegal for a person convicted of any felony offense to possess a firearm. (page 43)

   True       False

2. To legally give a firearm to your best friend as a birthday gift, you must complete the transfer of the firearm through a licensed firearms dealer. (page 35)

   True       False

3. It is illegal to lend a firearm to a minor without the permission of the minor's parent or legal guardian. (page 43)

   True       False

4. Generally, a person may legally have a loaded firearm, if otherwise lawful, at his or her campsite. (page 39)

   True       False

5. It is illegal to buy, sell or possess a firearm knowing its identification marks have been erased or altered. (page 41)

   True       False

Answers: 1: True, 2: True, 3: True, 4: True, 5: True

Exhibit 4
0182

# Safe Handling Demonstration Glossary

**Action:**  A series of moving parts that allow a firearm to be loaded, fired and unloaded.

**Barrel:** The metal tube through which a bullet passes on its way to a target.

**Breech:** The part of a firearm at the rear of the barrel.

**Bullet:** The projectile located at the tip of the cartridge case.

**Caliber:** The bullet or barrel diameter.

**Cartridge:** A single unit of ammunition made up of the case, primer, propellant and bullet.

**Cartridge Case:** A container for all other components which comprise a cartridge.

**Chamber:** The rear part of a gun barrel where the cartridge is located when the gun is loaded.

**Cylinder:** The part of a revolver that holds ammunition in individual chambers.

**Cylinder Latch:** A latch on double-action revolvers that allows the cylinder to swing out.

**Double-Action:** A type of firearm action in which a single pull of the trigger both cocks the hammer and releases it.

**Dummy Round:** A bright orange, red or other readily identifiable dummy round or an inert cartridge without powder and primer.

**Ejector Rod:** The part used to remove cartridges from the cylinder.

**Grip:** The handle of the firearm.

**Hammer:** The part of the firing mechanism which strikes the firing pin or primer.

**Jam:** A malfunction that prevents a firearm from firing properly.

**Magazine:** A separate box-like metal container for semi-automatic pistols into which cartridges are loaded.

**Magazine Release:** A device that releases the magazine so that it can be removed from the firearm.

**Magazine Well:** The opening in a firearm into which a magazine is inserted.

**Muzzle:** The front end of the barrel from which a bullet exits.

**Revolver:** A firearm that has a rotating cylinder containing a number of chambers.

**Round:** See cartridge.

**Safety:** A device on a firearm intended to help provide protection against accidental discharge under normal usage when properly engaged.

**Semiautomatic pistol:** A firearm that fires a single cartridge each time the trigger is pulled, and which automatically extracts and ejects the empty cartridge case and reloads the chamber.

**Single-action:** A type of firearm action in which pulling the trigger causes the hammer to release.

**Trigger Guard:** Located on the underside of the gun, the trigger guard is a rigid loop which particularly surrounds the trigger to prevent damage or accidental discharge.

**Exhibit 4**
**0186**





If you have any comments or suggestions
regarding this publication, please send them to:

Department of Justice
Bureau of Firearms / FSC Unit
P.O. Box 160367
Sacramento, CA 95816-0367



or via our website at
http://ag.ca.gov/firearms

**Exhibit 4**

**0184**



Printed on recycled paper