1  John W. Dillon (Bar No. 296788)
   Gatzke Dillon & Ballance LLP
2  2762 Gateway Road
3  Carlsbad, California 92009
   Telephone: (760) 431-9501
4  Facsimile: (760) 431-9512
5  E-mail:  jdillon@gdandb.com

6  Attorney for Plaintiffs

7

8                   **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION (formerly, THE CALGUNS FOUNDATION); and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,<br><br>Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**DECLARATION OF MATTHEW BEEBE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: July 1, 2019<br>Second Amended Complaint Filed: November 8, 2019<br><br>Date: Monday, December 16, 2019<br>Time: 10:30 a.m.<br>Courtroom: Dept. 5B (5th Floor)<br><br>No oral argument should be heard unless ordered by the Court |

I, Matthew Beebe, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts.

2. I am 39 years old, resident of Fallbrook, California. I am the owner and operator of the federally-licensed firearms dealer, Beebe Family Arms and Munitions (Beebe Arms), located at 1032 South Main Avenue, in Fallbrook, California 92028. As owner and operator of Beebe Arms, I am authorized to speak on behalf of the company.

3. Due to Defendants' enforcement of the prohibition against selling, supplying, delivering, or giving possession or control of a firearm to any person under 21 years of age, and my fear of criminal prosecution, Beebe Arms has been directly and adversely harmed by not being able to lawfully sell any firearm to young adults ages 18 to 20. For example, Beebe Arms has been forced to prevent Plaintiff Thomas Furrh from purchasing a firearm for self-defense and other lawful purposes. Further, Beebe Arms has been forced to prohibit, and has prohibited, other young adults ages 18 to 20 from purchasing firearms and attending various firearms classes hosted by Beebe Arms, or risk substantial criminal penalties. As a direct result, Beebe Arms has sustained financial harm, injury, and losses from the sale of otherwise lawful goods and services. Beebe Arms brings this action on behalf of itself, and other similarly situated licensed firearms retailers in California.

5.     California's age-based gun ban also prevents Beebe Arms from offering hunter education classes to adults ages 18 to 20 who wish to comply with Penal Code section 27510's exemption.  The exemption allows individuals over 18 to acquire long guns (*e.g.,* shotguns, rifles) if they possess a valid, unexpired hunting license issued by the Department of Fish and Wildlife; however, to obtain a hunter's license, other California laws require the prospective license holder to take a hunter education class.  Consistent with California law, the hunter's education class requires that students handle and demonstrate the safe handling of a firearm.  Because California's age-based gun ban prevents Beebe Arms from selling, supplying, delivering, or giving *possession or control* of a firearm to anyone under 21 years of age, Beebe Arms cannot lawfully provide the necessary instruction because of the law's prohibition on possessing and controlling firearms – elements essential to the hunter education class.

6.     Beebe Arms has had to deny numerous potential customers due solely to their age from purchasing firearms and from taking any of our firearms education courses.  As long as this law is in effect, Beebe Arms is unlawfully forced to deny individuals their Second Amendment rights.

7.     Beebe Arms brings this case on behalf of itself, and as a representative of a class of similar individuals consisting of licensed California retailers too numerous to individually name or include as parties to this action.  They are licensed firearms retailers in California that are injured because they are now prohibited from selling, supplying, delivering, or giving possession or control of a firearm to any person under

3

*Declaration Of Matthew Beebe In Support Of Plaintiffs' Motion For Preliminary Injunction*

21 years of age, who would otherwise be permitted to lawfully purchase, rent, possess, control, and acquire firearms.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on September 9, 2019.

_____
Matthew Beebe