John W. Dillon (Bar No. 296788)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile: (760) 431-9512
E-mail:  jdillon@gdandb.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,<br><br>Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**PARTIES' JOINT MOTION AND STIPULATION TO ADOPT EXTENDED BRIEFING SCHEDULE**<br><br>Complaint Filed: July 1, 2019<br>Second Amended Complaint Filed: November 8, 2019 |

Plaintiffs Matthew Jones, et al., and Defendants Xavier Becerra (in his official capacity as Attorney General of the State of California) and Brent E. Orick (in his official capacity as Acting Director of the Department of Justice Bureau of Firearms), through their respective counsel of record, pursuant to Local Rules 7.1 and 7.2 hereby jointly move the Court to adopt the stipulated briefing schedule for Plaintiffs' motion for preliminary injunction (Dkt. No. 21) set forth below and continue the December 16, 2019 hearing to a date in early 2020 consistent with the stipulated briefing schedule below.

## I.   FACTUAL AND PROCEDURAL BACKGROUND

Plaintiffs filed their initial complaint on July 1, 2019.  ECF No. 1.  Plaintiffs then filed their First Amended Complaint for Declaratory and Injunctive Relief (FAC) on July 30, 2019, and served the FAC and summons on August 1, 2019.  ECF No. 3; ECF No. 5 at 1, n.2.  Defendants filed and served their Answer to the FAC on August 22, 2019.  ECF No. 5.  Parties attended a Case Management Conference (CMC) on October 9, 2019, pursuant to Magistrate Judge Goddard's Order. Dkt. No. 9.  At the CMC, Plaintiffs' counsel discussed the likelihood of California Governor Gavin Newsom signing Senate Bill 61 (SB 61) soon after the CMC.

On October 11, 2019, Governor Newsom signed SB 61 into law. As discussed at the CMC, Plaintiffs withdrew their original motion for preliminary injunction on October 18, 2019, and parties' counsel met and conferred regarding the changes made in Plaintiffs' Second Amended Complaint.  Thereafter, the parties, through their

counsel, agreed to stipulate to allow Plaintiffs to file their Second Amended Complaint.

On November 8, 2019, after receiving the Court's order granting Plaintiffs leave to file their Second Amended Complaint, Plaintiffs filed their Second Amended Complaint.  ECF Nos. 19, 20.  Plaintiffs then filed a new preliminary injunction motion on November 12, 2019.  ECF No. 21.

At the CMC on October 9, 2019, Magistrate Judge Goddard suggested to counsel that an extended briefing schedule could help to ensure that the parties submit adequate and substantive briefs.  The parties agree that an extended briefing schedule will permit them to more fully address the important issues raised by Plaintiffs' motion, and that therefore good cause exists for this Court to grant the parties' request to adopt the stipulated briefing schedule.

WHEREFORE:

The parties, through their respective counsel, stipulate to the following deadlines regarding Plaintiffs' currently pending motion for preliminary injunction:

1. Plaintiffs' motion for preliminary injunction was filed and electronically served November 12, 2019;

2. Defendants shall file and electronically serve their opposition to Plaintiffs' motion for preliminary injunction on or before December 27, 2019;

3. Plaintiffs shall file their reply in support of their motion on or before January 24, 2020.

4. The hearing on plaintiffs' preliminary injunction currently set for December 16, 2020, should be continued to a date in early 2020 consistent with this stipulated briefing schedule.

The parties also agree that Defendants will not argue undue delay based on the parties' stipulation to extend the briefing schedule for this motion. Defendants have not otherwise agreed to waive any arguments relating to Plaintiffs' delay in the filing of their complaint or the bringing of their preliminary injunction motions, and hereby reserve the right to make arguments regarding delay in this litigation. Finally, the parties foresee no basis for additional requests for extensions on the briefing schedule for Plaintiffs' preliminary injunction motion.

Accordingly, the parties hereby jointly request that the Court grant the relief sought by this joint motion, adopt the stipulated briefing schedule set forth above, and continue the currently pending hearing on the motion to a date in early 2020 consistent with the stipulated briefing schedule. A proposed order will be lodged with the Court concurrently with the submission of this stipulation.

November 14, 2019                   Respectfully submitted,

Gatzke, Dillon & Ballance LLP

By: _____
John Dillon

1  November 14, 2019

XAVIER BECERRA
Attorney General of California
STEPAN A. HAYTAYAN
Supervising Deputy Attorney General

By: _____
JENNIFER E. ROSENBERG
Deputy Attorney General
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms*