# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION and SECOND AMENDMENT FOUNDATION,<br><br>                                  Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,<br>                                  Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE JOINT MOTION TO ADOPT EXTENDED BRIEFING SCHEDULE [Doc. 22]** |

Having considered the parties' joint motion and stipulated briefing schedule [doc. 22], IT IS HEREBY ORDERED that the parties' request for a stipulated briefing schedule for Plaintiffs' preliminary injunction motion [doc. 21] is **GRANTED**.

1. Defendants shall file their brief in opposition to Plaintiffs' preliminary injunction motion on or before **December 27, 2019**; and

2. Plaintiffs shall file their reply brief on or before **January 24, 2020**.

At the Court's discretion, pursuant to Civil Local Rule 7.1.d.1, Plaintiffs' preliminary injunction motion shall be taken under submission without oral argument upon the filing of the reply or January 24, 2020, whichever occurs first. Accordingly, no hearing date shall be provided, and the joint motion [doc. 22] is **DENIED** as to this request. The parties' respective documents are to contain the language "Special Briefing Schedule Ordered" in accordance with Civil Local Rule 7.1.e.8.

**IT IS SO ORDERED.**

Dated:  November 15, 2019

_____
Hon. M. James Lorenz
United States District Judge