1  XAVIER BECERRA
   Attorney General of California
2  STEPAN A. HAYTAYAN
   Supervising Deputy Attorney General
3  JENNIFER E. ROSENBERG
   Deputy Attorney General
4  State Bar No. 275496
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
     Telephone:  (213) 269-6617
6  Fax:  (916) 731-2124
   E-mail:  Jennifer.Rosenberg@doj.ca.gov
7  *Attorneys for Defendants Xavier Becerra, in
   his official capacity as Attorney General of
8  the State of California, and Brent E. Orick,
   in his official capacity as Acting Director of
9  the Department of Justice Bureau of
   Firearms*

10

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

15  | MATTHEW JONES; et al., | 3:19-cv-01226-L-AHG |
16  | Plaintiffs, | |
17  | v. | **DECLARATION OF MARICELA LEYVA CHAVEZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
18  | **XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,** | |
19  | | |
20  | Defendants. | Judge: Hon. M. James Lorenz and Magistrate Judge Barbara Lynn Major |
21  | | |
22  | | Action Filed: July 1, 2019 |
23  | | Second Amended Complaint Filed and Served: November 8, 2019 |
24  | | |
25  | | No hearing set for this motion pursuant to Dkt. 23. |

26

27

28

## DECLARATION OF MARICELA LEYVA CHAVEZ

I, Maricela Leyva Chavez, declare:

1. Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could testify competently as to the truth of the matters set forth herein.

2. I have been employed with the State of California, Department of Justice, Bureau of Firearms (BOF) Customer Support Center as a Staff Services Manager I since June 2018. I began working for the BOF in 2012 as a Program Technician II. I was later promoted to Staff Services Analyst, then to Associate Governmental Program Analyst, then to Staff Services Manager I over Assault Weapon Registration, and finally to Staff Services Manager I over the Customer Support Center (CSC).

3. As a Staff Services Analyst in the CSC, I provided telephone assistance to the public, firearms dealers, and firearm-safety instructors regarding firearms-related questions.

4. As an Associate Governmental Program Analyst in the CSC, I was responsible for the financial accounting component of the Firearm Safety Certificate and Dealer Record of Sale programs. In addition, I assisted other analysts in the unit with the most difficult phone calls.

5. As a Staff Services Manager I over the CSC, it is my responsibility to manage the CSC's daily functions, which include monitoring calls and correspondence received by BOF from firearms dealers, firearm-safety instructors, law enforcement agencies, manufacturers and the public regarding firearms laws and regulations.

6. When a purchaser buys a firearm from a licensed dealer, information regarding the transaction is entered by the dealer into the Dealer Record of Sale

1

Leyva Decl. in Support of Defs.' Opp. to Pls.' Mtn. for Prelim. Inj. (3:19-cv-01226-L-AHG)

(DROS) Entry System (DES), transmitted to the Department of Justice through DES, and stored in the DROS database.

7. The information the Department receives includes the type of transaction (e.g. sale, transfer, loan, etc.), as well as information regarding any Firearm Safety Certificate exemption claimed by the purchaser. (See California Penal Code sections 31600, et seq. and 31700, et seq.)

8. As part of my job duties, I may request data from the California Justice Information System's (CJIS) Application Development Bureau regarding statistical information about the sales of firearms in California.

9. On December 16, 2019, I submitted a request to the CJIS's Application Development Bureau for data on the number and type of long guns transferred through a licensed dealer to Young Adults aged 18-20. Upon information and belief, a CJIS Application Development Bureau Information Technology Specialist I compiled the data. The data sent in response to my request were the following:

10. Between 2014 and December 23, 2019, Young Adults aged 18-20 completed 31,107 sales or transfer transactions of semi-automatic rifles and 3,879 sales or transfer transactions of semi-automatic shotguns. In that same period, Young Adults aged 18-20 also completed transactions involving a combination of semi-automatic rifles and shotguns (20 transactions), pump-action shotguns (21,940 transactions), bolt action rifles (15,740 transactions), pump action rifles (197 transactions), lever action rifles (2,703 transactions), lever action shotguns (45 transactions), single shot shotguns (436 transactions), single shot rifles (223 transactions), and many other types of long guns.

11. From January 1, 2019 through December 24, 2019, Young Adults aged 18 to 20 purchased or otherwise received transfer of 3,789 long guns.

2

Leyva Decl. in Support of Defs.' Opp. to Pls.' Mtn. for Prelim. Inj. (3:19-cv-01226-L-AHG)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 27, 2019

                                                MARICELA LEYVA CHAVEZ

3

Leyva Decl. in Support of Defs.' Opp. to Pls.' Mtn. for Prelim. Inj.  (3:19-cv-01226-L-AHG)