XAVIER BECERRA
Attorney General of California
STEPAN A. HAYTAYAN
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6617
 Fax: (916) 731-2124
 E-mail: Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in
his official capacity as Attorney General of
the State of California, and Brent E. Orick,
in his official capacity as Acting Director of
the Department of Justice Bureau of
Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW JONES; et al.,** | 3:19-cv-01226-L-AHG |
| Plaintiffs, | |
| v. | **DECLARATION OF JENNIFER E. ROSENBERG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| **XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,** | |
| Defendants. | **(Part 1 of 3)** |
| | Judge: Hon. M. James Lorenz and Magistrate Judge Barbara Lynn Major |
| | Action Filed: July 1, 2019 |
| | Second Amended Complaint Filed and Served: November 8, 2019 |
| | No hearing set for this motion pursuant to Dkt. 23. |

# DECLARATION OF JENNIFER E. ROSENBERG

I, Jennifer E. Rosenberg, declare:

1.     I am a Deputy Attorney General at the California Department of Justice and serve as counsel to Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms in the above-titled matter.

2.     Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could testify competently as to those facts.  I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction.

3.     A true and correct copy of U.S. Department of Justice, *Crime in the United States*, Arrests, by Age, 2017, at Table 38, available at https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/topic-pages/tables/table-38, is attached as **Exhibit 1**.

4.     A true and correct copy of Criminal Justice Statistics Center, Cal. Dep't of Justice, *Crime in California* (2018), available at https://data-openjustice.doj.ca.gov/sites/default/files/2019-07/Crime%20In%20CA%202018%2020190701.pdf, is attached as **Exhibit 2**.

5.     A true and correct copy of Mariam Arain et al., *Maturation of the Adolescent Brain*, 9 NEUROPSYCHIATRIC DISEASE & TREATMENT 449 (2013), is attached as **Exhibit 3**.

6.     A true and correct copy of Leah H. Somerville et al., *A Time of Change: Behavioral and Neural Correlates of Adolescent Sensitivity to Appetitive and Aversive Environmental Cues*, 72 BRAIN & COGNITION 124 (2010), is attached as **Exhibit 4**.

1

Rosenberg Decl. in Support of Defs.' Opp. to Pls.' Mtn. for Prelim. Inj.  (3:19-cv-01226-L-AHG)

7.     A true and correct copy of Daniel W. Webster et al., Johns Hopkins Ctr. For Gun Policy and Research, *Firearms on College Campuses: Research Evidence and Policy Implications* (Oct. 2016), available at https://bit.ly/2QfZJHN, is attached as **Exhibit 5**.

8.     A true and correct copy of Cal. Leg., Assemb. Comm. On Public Safety, Bill Analysis, SB 683 (2013-14 Reg. Sess.) (Aug. 13, 2013), is attached as **Exhibit 6**.

9.     A true and correct copy of Cal. Dept. of Justice, Firearm Safety Certificate Program FAQs, available at https://oag.ca.gov/firearms/fscpfaqs, is attached as **Exhibit 7**.

10.     On December 13, 2019, I visited https://register-ed.com/programs/california/161 and searched for available follow-up hunter education courses across the State of California.  A true and correct copy of the available classes as of December 13, 2019 is attached as **Exhibit 8**.

11.     On December 10, 2019, I visited https://register-ed.com/programs/california/161 and searched for available follow-up hunter education courses within 75 miles of San Diego County zip code 92101.  A true and correct copy of the available classes as of December 10, 2019 is attached as **Exhibit 9.**

12.     A true and correct copy of Cal. Dept. Fish & Wildlife, Hunting License: Number Issued (2010s), available at https://nrm.dfg.ca.gov/FileHandler.ashx?DocumentID=59821&inline, is attached as **Exhibit 10**.

13.     A true and correct copy of Eric Escalante, *Nonprofit Marks El Paso Shooting as 250th Mass Shooting in the U.S. for 2019*, ABC10 (Aug. 3, 2019), available at https://www.abc10.com/article/news/crime/nonprofit-marks-el-paso-shooting-as-250th-mass-shooting-in-the-us-for-2019/103-128c6c17-89e5-4da6-8a1c-7dcdde7df1d2, is attached as **Exhibit 11**.

2

14.   A true and correct copy of Joaquin Palomino, *Mass Shootings in California: Rare But Increasingly Deadly*, San Francisco Chronicle (July 31, 2019), available at https://www.sfchronicle.com/crime/article/Mass-shootings-in-California-Rare-but-14268411.php, is attached as **Exhibit 12**.

15.   A true and correct copy of Mark Follman, *Yes, Mass Shootings Are Occurring More Often*, Mother Jones (October 21, 2014), available at https://www.motherjones.com/politics/2014/10/mass-shootings-rising-harvard/, is attached as **Exhibit 13**.

16.   A true and correct copy of Luis Melgar and Lisa Dunn, *Since 1982, 74 Percent of Mass Shooters Obtained Their Guns Legally*, Guns & America (Nov. 2, 2018), available at https://gunsandamerica.org/story/18/11/02/since-1982-74-percent-of-mass-shooters-obtained-their-guns-legally/, is attached as **Exhibit 14**.

17.   A true and correct copy of Larry Buchanan et al., *How They Got Their Guns*, N.Y. Times (updated Feb. 16, 2018), available at https://www.nytimes.com/interactive/2015/10/03/us/how-mass-shooters-got-their-guns.html, is attached as **Exhibit 15**.

18.   A true and correct copy of Tim Craig et al., *As the Wounded Kept Coming, Hospitals Dealt with Injuries Rarely Seen in U.S.*, Wash. Post (Oct. 3, 2017), available at https://www.washingtonpost.com/national/health-science/as-the-wounded-kept-coming-hospitals-dealt-with-injuries-rarely-seen-in-the-us/2017/10/03/06210b86-a883-11e7-b3aa-c0e2e1d41e38_story.html?utm_term=.5a659eec267b, is attached as **Exhibit 16**.

19.   A true and correct copy of Elzerie de Jager, et al., *Lethality of Civilian Active Shooter Incidents With and Without Semiautomatic Rifles in the United States*, 320 JAMA 10 (2018), available at https://doi.org/10.1001/jama.2018.11009, is attached as **Exhibit 17**.

3

Rosenberg Decl. in Support of Defs.' Opp. to Pls.' Mtn. for Prelim. Inj.  (3:19-cv-01226-L-AHG)

1      I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3

4  Executed on:  December 27, 2019

5

6

7                                    JENNIFER E. ROSENBERG

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rosenberg Decl. in Support of Defs.' Opp. to Pls.' Mtn. for Prelim. Inj.  (3:19-cv-01226-L-AHG)

# TABLE OF CONTENTS

| Exhibit | Description | Pages |
|---|---|---|
| 1 | U.S. Department of Justice, *Crime in the United States*, Arrests, by Age, 2017, at Table 38 | 1-4 |
| 2 | Criminal Justice Statistics Center, Cal. Dep't of Justice, *Crime in California* (2018) | 5-90 |
| 3 | Mariam Arain et al., *Maturation of the Adolescent Brain*, 9 NEUROPSYCHIATRIC DISEASE & TREATMENT 449 (2013) | 91-104 |
| 4 | Leah H. Somerville et al., *A Time of Change: Behavioral and Neural Correlates of Adolescent Sensitivity to Appetitive and Aversive Environmental Cues*, 72 BRAIN & COGNITION 124 (2010) | 105-115 |
| 5 | Daniel W. Webster et al., Johns Hopkins Ctr. For Gun Policy and Research, *Firearms on College Campuses: Research Evidence and Policy Implications* (Oct. 2016) | 116-148 |
| 6 | Cal. Leg., Assemb. Comm. On Public Safety, Bill Analysis, SB 683 (2013-14 Reg. Sess.) (Aug. 13, 2013) | 149-155 |
| 7 | Cal. Dept. of Justice, Firearm Safety Certificate Program FAQs | 156-162 |
| 8 | Hunter Education Classes as of classes Dec. 13, 2019 | 163-172 |
| 9 | Hunter Education Classes as of classes Dec. 10, 2019 | 173-179 |
| 10 | Cal. Dept. Fish & Wildlife, Hunting License: Number Issued (2010s) | 180-182 |
| 11 | Eric Escalante, *Nonprofit Marks El Paso Shooting as 250th Mass Shooting in the U.S. for 2019*, ABC10 (Aug. 3, 2019) | 183-186 |

| 12 | Joaquin Palomino, *Mass Shootings in California: Rare But Increasingly Deadly*, San Francisco Chronicle (July 31, 2019) | 187-196 |
|----|---|---|
| 13 | Mark Follman, *Yes, Mass Shootings Are Occurring More Often*, Mother Jones (Oct. 21, 2014) | 197-200 |
| 14 | Luis Melgar and Lisa Dunn, *Since 1982, 74 Percent of Mass Shooters Obtained Their Guns Legally*, Guns & America (Nov. 2, 2018) | 201-207 |
| 15 | Larry Buchanan et al., *How They Got Their Guns*, N.Y. Times (updated Feb. 16, 2018) | 208-227 |
| 16 | Tim Craig et al., *As the Wounded Kept Coming, Hospitals Dealt with Injuries Rarely Seen in U.S.*, Wash. Post (Oct. 3, 2017) | 228-234 |
| 17 | Elzerie de Jager, et al., *Lethality of Civilian Active Shooter Incidents With and Without Semiautomatic Rifles in the United States*, 320 JAMA 10 (2018) | 235-237 |

# EXHIBIT 1

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2017 (https://ucr.fbi.gov/crime-in-the-u.s./2017) • Crime in the U.S. 2017 (https://ucr.fbi.gov/crime-in-the-u.s./2017/crime-in-the-u.s.-2017) • Tables (https://ucr.fbi.gov/crime-in-the-u.s./2017/crime-in-the-u.s.-2017/tables) • Table 38



**Criminal Justice Information Services Division (https://www.fbi.gov/services/cjis)**
Feedback (https://forms.fbi.gov/cius-feedback-2017) | Contact Us (https://ucr.fbi.gov/crime-in-the-u.s.-2017/crime-in-the-u.s.-2017-topic-pages/contact-us) | Data Quality Guidelines (https://ucr.fbi.gov/data-quality-guidelines-new) | UCR Home (https://ucr.fbi.gov/)

**Home (https://ucr.fbi.gov/crime-in-the-u.s./2017/crime-in-the-u.s.-2017/home)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s./2017/crime-in-the-u.s.-2017/topic-pages/offenses-known-to-law-enforcement)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s./2017/crime-in-the-u.s.-2017/topic-pages/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s./2017/crime-in-the-u.s.-2017/topic-pages/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s./2017/crime-in-the-u.s.-2017/topic-pages/clearances)**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s./2017/crime-in-the-u.s.-2017/topic-pages/persons-arrested)**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s./2017/crime-in-the-u.s.-2017/topic-pages/police-employee-data)**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s./2017/crime-in-the-u.s.-2017/tables/table-38/table-38.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s./2017/crime-in-the-u.s.-2017/tables/table-38/table-38.xls/output.xls)

Table 38

**Arrests**
by Age, 2017
[12,606 agencies; 2017 estimated population 253,634,894]

Overview

| Offense charged | Total all ages | Ages under 15 | Ages under 18 | Ages 18 and over | Under 10 | 10-12 | 13-14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 8,247,591 | 180,638 | 634,535 | 7,613,056 | 4,068 | 41,120 | 135,450 | 118,535 | 151,827 | 183,535 | 247,740 | 269,926 | 269,446 | 271,068 | 27 |
| Total percent distribution[1] | 100.0 | 2.2 | 7.7 | 92.3 | * | 0.5 | 1.6 | 1.4 | 1.8 | 2.2 | 3.0 | 3.3 | 3.3 | 3.3 | 3.3 |
| Murder and nonnegligent manslaughter | 9,576 | 67 | 717 | 8,859 | 0 | 8 | 59 | 105 | 210 | 335 | 479 | 532 | 482 | 463 | 42 |
| Rape[2] | 18,289 | 1,163 | 3,030 | 15,259 | 25 | 313 | 825 | 515 | 667 | 685 | 764 | 778 | 630 | 605 | 50 |
| Robbery | 74,340 | 2,925 | 15,282 | 59,058 | 16 | 387 | 2,522 | 3,172 | 4,287 | 4,898 | 5,171 | 4,550 | 3,861 | 3,179 | 2,9 |
| Aggravated assault | 305,291 | 7,216 | 22,155 | 283,136 | 172 | 1,906 | 5,138 | 4,042 | 5,030 | 5,867 | 6,986 | 7,705 | 8,544 | 9,594 | 10 |
| Burglary | 156,465 | 7,607 | 24,223 | 132,242 | 197 | 1,647 | 5,763 | 5,093 | 5,573 | 5,950 | 6,841 | 6,126 | 5,571 | 5,097 | 5,1 |
| Larceny-theft | 750,750 | 26,396 | 93,738 | 657,012 | 479 | 5,867 | 20,050 | 18,044 | 22,856 | 26,442 | 30,195 | 27,070 | 23,734 | 22,155 | 21 |
| Motor vehicle theft | 71,452 | 3,058 | 12,798 | 58,654 | 10 | 377 | 2,671 | 2,983 | 3,435 | 3,322 | 3,127 | 2,710 | 2,357 | 2,317 | 2,4 |
| Arson | 7,180 | 1,010 | 1,766 | 5,414 | 58 | 339 | 613 | 312 | 262 | 182 | 218 | 170 | 162 | 151 | 17 |
| Violent crime[3] | 407,496 | 11,371 | 41,184 | 366,312 | 213 | 2,614 | 8,544 | 7,834 | 10,194 | 11,785 | 13,400 | 13,565 | 13,517 | 13,841 | 13 |

| Offense charged | Total all ages | Ages under 15 | Ages under 18 | Ages 18 and over | Under 10 | 10-12 | 13-14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Violent crime percent distribution[1] | 100.0 | 2.8 | 10.1 | 89.9 | 0.1 | 0.6 | 2.1 | 1.9 | 2.5 | 2.9 | 3.3 | 3.3 | 3.3 | 3.4 | 3.4 |
| Property crime[3] | 985,847 | 38,071 | 132,525 | 853,322 | 744 | 8,230 | 29,097 | 26,432 | 32,126 | 35,896 | 40,381 | 36,076 | 31,824 | 29,720 | 29 |
| Property crime percent distribution[1] | 100.0 | 3.9 | 13.4 | 86.6 | 0.1 | 0.8 | 3.0 | 2.7 | 3.3 | 3.6 | 4.1 | 3.7 | 3.2 | 3.0 | 3.0 |
| Other assaults | 833,396 | 37,971 | 96,523 | 736,873 | 942 | 10,582 | 26,447 | 18,696 | 20,357 | 19,499 | 18,521 | 19,881 | 21,289 | 24,188 | 25 |
| Forgery and counterfeiting | 43,534 | 133 | 957 | 42,577 | 3 | 33 | 97 | 130 | 252 | 442 | 1,208 | 1,761 | 1,974 | 1,441 | 1, |
| Fraud | 96,948 | 738 | 3,714 | 93,234 | 8 | 101 | 629 | 638 | 994 | 1,344 | 1,904 | 2,639 | 2,865 | 2,711 | 3, |
| Embezzlement | 12,532 | 38 | 499 | 12,033 | 0 | 7 | 31 | 57 | 142 | 262 | 660 | 673 | 665 | 587 | 56 |
| Stolen property; buying, receiving, possessing | 77,474 | 1,692 | 8,243 | 69,231 | 15 | 214 | 1,463 | 1,724 | 2,281 | 2,546 | 3,340 | 3,058 | 2,834 | 2,666 | 2,7 |
| Vandalism | 147,959 | 11,632 | 28,842 | 119,117 | 463 | 3,295 | 7,874 | 5,253 | 5,936 | 6,021 | 5,519 | 5,460 | 5,114 | 5,190 | 5,2 |
| Weapons; carrying, possessing, etc. | 129,210 | 4,240 | 14,384 | 114,826 | 113 | 1,123 | 3,004 | 2,488 | 3,370 | 4,286 | 5,309 | 5,429 | 5,202 | 5,813 | 5,7 |
| Prostitution and commercialized vice | 28,490 | 30 | 218 | 28,272 | 0 | 7 | 23 | 27 | 57 | 104 | 672 | 984 | 1,189 | 1,149 | 1,2 |
| Sex offenses (except rape and prostitution) | 37,850 | 3,336 | 6,644 | 31,206 | 120 | 827 | 2,389 | 1,127 | 1,064 | 1,117 | 1,099 | 1,079 | 964 | 909 | 83 |
| Drug abuse violations | 1,275,812 | 11,111 | 74,088 | 1,201,724 | 76 | 1,637 | 9,398 | 11,207 | 19,430 | 32,340 | 56,274 | 59,879 | 56,539 | 52,608 | 52 |
| Gambling | 2,510 | 28 | 213 | 2,297 | 0 | 2 | 26 | 33 | 61 | 91 | 110 | 120 | 120 | 88 | 89 |
| Offenses against the family and children | 72,229 | 982 | 2,895 | 69,334 | 60 | 240 | 682 | 606 | 630 | 677 | 861 | 902 | 1,050 | 1,302 | 1,4 |
| Driving under the influence | 764,569 | 90 | 4,692 | 759,877 | 15 | 11 | 64 | 236 | 1,107 | 3,259 | 9,243 | 13,975 | 17,083 | 27,384 | 29 |
| Liquor laws | 161,277 | 3,055 | 26,107 | 135,170 | 21 | 304 | 2,730 | 4,131 | 7,013 | 11,908 | 23,774 | 25,043 | 21,057 | 3,813 | 2,7 |
| Drunkenness | 289,608 | 432 | 3,395 | 286,213 | 14 | 31 | 387 | 520 | 850 | 1,593 | 4,456 | 5,700 | 6,224 | 9,385 | 8,9 |
| Disorderly conduct | 276,987 | 19,227 | 49,041 | 227,946 | 369 | 4,929 | 13,929 | 9,838 | 10,375 | 9,601 | 8,627 | 8,054 | 7,829 | 9,748 | 9,0 |
| Vagrancy | 18,542 | 151 | 583 | 17,959 | 1 | 18 | 132 | 126 | 151 | 155 | 336 | 383 | 367 | 338 | 37 |

| Offense charged | Total all ages | Ages under 15 | Ages under 18 | Ages 18 and over | Under 10 | 10-12 | 13-14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All other offenses (except traffic) | 2,560,932 | 29,317 | 116,023 | 2,444,909 | 763 | 5,615 | 22,939 | 21,934 | 29,051 | 35,721 | 52,027 | 65,245 | 71,723 | 78,171 | 81 |
| Suspicion | 690 | 17 | 66 | 624 | 0 | 7 | 10 | 18 | 9 | 22 | 19 | 20 | 17 | 16 | 6 |
| Curfew and loitering law violations | 23,699 | 6,976 | 23,699 | - | 128 | 1,293 | 5,555 | 5,480 | 6,377 | 4,866 | - | - | - | - |

- [1] Because of rounding, the percentages may not add to 100.0.
- [2] The rape figures in this table are aggregate totals of the data submitted based on both the legacy and revised Uniform Crime Reporting definitions.
- [3] Violent crimes are offenses of murder and nonnegligent manslaughter, rape, robbery, and aggravated assault. Property crimes are offenses of burglary, larceny-theft, motor vehicle theft, and arson.
- * Less than one-tenth of 1 percent.

**Data Declaration (https://ucr.fbi.gov/crime-in-the.u.s/2017/crime-in-the-u.s.-2017/tables/table-38/table-38.xls/@@template-layout-view?override-view=data-declaration)**

Provides the methodology used in constructing this table and other pertinent information about this table.

## Overview

Download Printable Document (https://ucr.fbi.gov/crime-in-the.u.s/2017/crime-in-the-u.s.-2017/tables/table-38/table-38-overview.pdf)

**Arrests, by Age, 2017**

- In 2017, 92.3 percent of all individuals arrested were adults (18 years of age and over). Adults comprised 89.9 percent of all persons arrested for violent crimes and 86.6 percent of persons arrested for property crimes.

- Adults accounted for 94.2 percent of persons arrested for drug abuse violations.

- In 2017, 24.6 percent of persons arrested for arson were juveniles. More than half of those juveniles (57.2 percent) were under the age of 15.

- Persons between the ages of 25 and 29 accounted for 17.3 percent of all arrestees in 2017.

# EXHIBIT 2



# CRIME

## IN CALIFORNIA

2018

Xavier Becerra, Attorney General
California Department of Justice
California Justice Information Services Division
Bureau of Criminal Identification and
Investigative Services
Criminal Justice Statistics Center



# The Role of the Criminal Justice Statistics Center
## is to:

- Collect, analyze, and report statistical data that provide valid measures of crime and the criminal justice process.

- Examine these data on an ongoing basis to better describe crime and the criminal justice system.

- Promote the responsible presentation and use of crime statistics.



## CALIFORNIA DEPARTMENT OF JUSTICE
### Xavier Becerra, Attorney General

# Executive Summary
# Crime in California
# 2018

*Crime in California 2018* presents an overview of the criminal justice system in California. Current year statistics, provided by California law enforcement agencies, are presented for reported crimes, arrests, dispositions of adult felony arrests, adult probation, criminal justice personnel, civilians' complaints against peace officers, domestic violence-related calls for assistance, anti-reproductive-rights crimes, and law enforcement officers killed or assaulted.

Highlights for 2018:

### Crime Rates per 100,000 Population

- The violent crime rate decreased 1.5 percent from 2017 to 2018, while the property crime rate decreased 5.1 percent. (Table 2)

- The homicide rate decreased 4.3 percent from 2017 to 2018. (Table 2)

- The robbery rate decreased 4.5 percent in 2018 (from 142.9 in 2017 to 136.4 in 2018). (Table 2)

- The motor vehicle theft rate decreased 8.3 percent in 2018 (from 424.9 in 2017 to 389.6 in 2018). (Table 2)

- From 2017 to 2018, the burglary and total larceny-theft rates decreased 7.3 and 3.7 percent, respectively. (Table 2)

### Arrest Rates per 100,000 Population at Risk

- The 2018 total arrest rate of 3,527.5 is 1.1 percent lower than the 2017 total arrest rate of 3,565.2. (Table 17)

- From 2017 to 2018, the adult total arrest rate decreased 0.1 percent, while the juvenile total arrest rate decreased 17.9 percent. (Table 17)

- From 2017 to 2018, the total felony arrest rate decreased 1.7 percent and the total misdemeanor arrest rate decreased 0.6 percent. (Table 17)

- From 2017 to 2018, the total violent offense arrest rate increased 0.3 percent. The homicide and robbery arrest rates decreased 6.1 and 2.2 percent, respectively, while the assault arrest rate increased 1.0 percent. (Table 22)

- From 2017 to 2018, the burglary and motor vehicle theft arrest rate decreased 7.9 and 8.3 percent, respectively. (Table 22)

- From 2017 to 2018, the forgery, checks, access cards offense arrest rate decreased 12.2 percent. (Table 22)

- From 2017 to 2018, the total felony drug offense arrest rate decreased 5.8 percent, with narcotics and dangerous drug offense arrest rates decreasing 6.1 and 4.3 percent, respectively. (Table 22)

- From 2017 to 2018, the total misdemeanor arrest rate decreased 0.6 percent. (Table 27)

- From 2017 to 2018, the petty theft arrest rate decreased 13.3 percent, while the assault and battery, driving under the influence, and misdemeanor drug offense arrest rates increased 1.1, 2.7, and 3.8 percent, respectively. (Table 27)

### Dispositions – Adult Felony Arrests

- In 2018, 65.7 percent of adult felony arrests resulted in conviction. (Table 37)

- Probation with jail continues to be the most frequent sentence given for adult felony arrest convictions. (Table 38A)

- From 2017 to 2018, the percentage of convictions resulting in incarceration in a state institution have increased from 19.6 to 20.1. (Table 40)

- From 2017 to 2018, the percentage of violent and drug offense convictions resulting in incarceration in a state institution have increased from 25.8 and 11.5 to 26.0 and 13.0, respectively. (Table 40)

### Adult Probation

- In 2018, the total number of adults on active probation was 209,763 - its lowest since 1984. (Table 41)

- From 2017 to 2018, there was a 12.9 percent decrease in the total rate of adults placed on probation and a 2.0 percent increase in the total rate of adults removed from probation. (Table 42)

- From 2017 to 2018, there was a 12.8 percent decrease in the rate of adults placed on probation for a felony offense, and a 13.4 percent decrease in the rate of adults placed on probation for a misdemeanor offense. (Table 42)

### Criminal Justice Full-Time Personnel

- From 2017 to 2018, the total number of full-time criminal justice personnel increased 0.1 percent. (Table 44)

- From 2017 to 2018, the number of law enforcement, prosecution, and public defense personnel increased 0.3, 1.6, and 0.5 percent, respectively, while the number of probation personnel decreased 2.2 percent. (Table 44)

### Civilians' Complaints Against Peace Officers

- The total number of reported civilians' complaints against peace officers decreased from 16,841 in 2017 to 16,525 in 2018. (Table 46)

- The total number of reported criminal complaints fell to 890, its lowest since 1987. (Table 46)

### Domestic Violence-Related Calls For Assistance

- The total number of domestic violence-related calls for assistance decreased from 169,362 in 2017 to 166,890 in 2018. (Table 48)

- The total number of domestic violence-related calls for assistance involving a firearm decreased from 1,429 in 2017 to 1,383 in 2018, while the number of calls involving personal weapons (hands, fists, or feet) increased from 58,493 to 60,473. (Table 48)

### Law Enforcement Officers Killed or Assaulted

- The total number of law enforcement officers assaulted in the line of duty increased from 10,770 in 2017 to 11,148 in 2018. (Table 49)

- In 2018, seven officers lost their lives in the line of duty, 4 feloniously and 3 accidentally. (Table 49)

- From 2017 to 2018, the number of law enforcement officers assaulted with a firearm decreased 34.3 percent, while the number assaulted with personal weapons (hands, fists, or feet) increased 7.1 percent. (Table 50)

# Understanding the Data

## CRIMES
### Uniform Crime Reporting (UCR) Program

- Crime data from the UCR Program are available from 1952 to 2018.

- The number of reported homicide, rape, and aggravated assault crimes represents known victims; while for robbery, burglary, larceny-theft, motor vehicle theft, and arson, the number represents known incidents.

- If multiple crimes occur during the same event, only the most serious (based upon a hierarchy) is counted.  Arson is the exception.

- Law enforcement agencies began submitting arson crimes data in 1979; however, 1980 was the first year of complete reporting.  Agencies must report as arson only fires determined through investigation to have been willfully or maliciously set.  Attempts to burn are included in this offense, but fires of suspicious or unknown origins are not.

- In 2011, the lower limit of felony theft in California was raised from $400 to $950.  It was not feasible to adjust the California Department of Justice's (DOJ) data collection process to collect the new lower limit of felony larceny-theft, and consequently, it is no longer possible to distinguish felony from misdemeanor larceny-theft.  Therefore, it was decided to include total larceny-theft crime in the property crime category regardless of value.

- In 2013, the Federal Bureau of Investigation's UCR Program revised the definition of "forcible rape" (the carnal knowledge of a female forcibly and against her will) to "rape," which is now defined as "penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the victim."

The California DOJ implemented this definition change in January 2014.  During 2014, agencies were encouraged to report using the new definition, but were allowed to report under the historical definition while transitioning their reporting systems.

All rape data is presented in this publication.  Percent change in crime rates are not calculated when the base year rape data was submitted under the old definition of rape.

## ARRESTS
### Monthly Arrest and Citation Register (MACR)

- Arrest data from the MACR reporting system are available from 1957 to 2018.

- If a person is arrested for multiple offenses on the same day, MACR selects only the most serious offense based on the severity of possible punishment.

- Felony arrest counts may include some misdemeanor warrants for felony offenses.

- The subjectivity of the classification and labeling process must be considered in analyses of race/ethnic group data.

- The Bakersfield Police Department was unable to provide arrest data for February through December 1995.  The Oakland Police Department was unable to provide any arrest data for 1995.  Estimates for both agencies were added to the 1995 statewide totals for publication trend tables.

- Beginning in 2004, the population category of "other" for race/ethnic group includes the Department of Finance's race/ethnic group of "multi-racial."

- In 2011, there were notable changes in California law that affected arrest data. First, the lower limit of felony theft was raised from $400 to $950, contributing to the decline in felony theft arrests and the increase in misdemeanor theft arrests. Second, some misdemeanor marijuana statutes were re-classified as infractions, leading to a significant decline in misdemeanor marijuana arrests.

- In 2014, the definition of rape changed. Refer to the Crimes section for more detailed explanation and Appendix 3 for a list of included offenses codes.

- In November 2014, California voters passed Proposition 47 which reduced numerous state statutes from felonies to misdemeanors. Caution should be used when comparing felony and misdemeanor arrest data to prior years.

- In November 2016, California voters passed Proposition 64 which legalized the possession and use of marijuana for individuals 21 years of age and older and reduced the offense degree for numerous state statutes. Caution should be used when comparing drug offense arrests to prior years.

## DISPOSITIONS OF ADULT FELONY ARRESTS

- Adult felony arrest disposition data are extracted annually from the California Department of Justice Criminal History System. The data statistically captures the number of adult-level final dispositions that occur each year as a result of a felony arrest and are displayed by the year of disposition regardless of the year in which an arrest occurred.

- Disposition data do not reflect the actual number of final dispositions occurring each year. Fluctuations from year to year may not necessarily be the result of actual occurrences in the criminal justice system, but may reflect the degree to which reports of dispositions were reported and processed.

- "Final disposition" refers to the last adult-level legal action that is reported prior to the close of the annual file. Final disposition can occur at the law enforcement, prosecutorial, or court level. Intermediate dispositions (diversion programs, suspended proceedings, or subsequent actions) are not included in the data.

- Dispositions that occur at the law enforcement or prosecutorial level involving releases, rejections, or resolutions can be reported in one calendar year file, proceed to adjudication at the court level, and then be reported again in a subsequent year file. The law enforcement release or prosecutorial rejection reported in the prior year's file is not retroactively updated or removed.

- If a person is arrested for multiple offenses, the extract selects only the most serious offense based on the severity of possible punishment. If there are multiple dispositions, the extract selects the most serious disposition and the associated offense.

- Disposition data on state institutional commitments may vary from information compiled and reported by other state agencies because of differences in the data collection systems and criteria.

- The adult felony arrest disposition file includes some persons whose age at arrest was under 18. These minors received a final disposition in adult court under provisions of Welfare and Institutions Code sections 602, 707(a), 707(b), 707(c), and 707.1(a).

## ADULT PROBATION

- Probation data include adults placed on supervised probation only.  Court probation, diversion, and summary probation data are not included.

- Adult probation data are limited to original grants of probation and do not include subsequent grants of probation to those already under supervised probation in the same county.  Probationers are counted for each jurisdiction in which they are on probation.

- From 2001 to 2005, San Francisco did not report adult probation data.  San Francisco resumed reporting in 2006.

- Counts for adults on active probation for felony offenses may also include adults on probation for misdemeanor offenses for the following counties and years: Contra Costa (2000–2018), Kern (2010–2018), Lake (2001–2012), Merced (2003–2016), Sacramento (2003–2015), Shasta (2016-2018), Siskiyou (2000–2012), Tulare (2000–2009), and Yolo (2000–2009).

- Some counties may have counted individuals on Post Release Community Supervision.

- In 2014, the San Bernardino County Probation Department discovered inaccurate probation statistics due to a flaw in their case management records system.  Correcting the flaw resulted in a probation caseload decrease of 10,000 from previous years.

- In 2016, the Sacramento County Probation Department discovered that revoked and reinstated counts were not accurately reported in the data submitted for the reporting periods 2013-2015.  Correcting the reporting practice resulted in a reduced beginning felony caseload for 2016.

- In October 2018, the San Joaquin County Probation Department discovered that probation caseload data had historically been inaccurately reported.  An assessment of their records resulted in a decrease of both felony and misdemeanor caseloads by approximately 6,000.

## CRIMINAL JUSTICE PERSONNEL

- The UCR definition of law enforcement personnel specifies that law enforcement agencies report only personnel paid by funds designated for law enforcement.

- The 1996 data collection survey forms were revised in an attempt to collect counts on the number of criminal justice personnel employed by prosecutors, public defenders, and probation departments, regardless of the funding source.  Prior to 1996, counts excluded state and federally funded positions.

## CIVILIANS' COMPLAINTS AGAINST PEACE OFFICERS

- Data on civilians' complaints against peace officers have been collected since 1981.  Data are available as statewide totals only.

- Because of the nature of the requirements of Penal Code section 832.5, reporting definitions and procedures may vary among individual reporting agencies.

- Based on a survey conducted in 2004, it is estimated that approximately one-third of complaints against peace officers were made by inmates in prison and jails.

- In 2007, two law enforcement agencies adjusted their reporting policies, substantially affecting the number of reported non-criminal and felony complaints.

- In 2017, California Penal Code section 13012 was amended replacing the word citizens' with civilians'.  This modification was applied to the 2018 data collection.

## DOMESTIC VIOLENCE-RELATED CALLS FOR ASSISTANCE

- Reporting of domestic violence-related calls for assistance began in July 1986. The first full year of reporting was 1987.

- The definition of "domestic violence" is subject to varying interpretations by law enforcement agencies.  As a result, different types of domestic relationships are included in the database.

- The San Francisco Police Department did not report domestic violence data from April 1997 to December 1999.

- Included in the data are any cases that resulted in a report being written by the responding law enforcement agencies. Therefore, data include both cases where an arrest was made and those where circumstances did not warrant an arrest.

- In April 2002, law enforcement agencies were instructed to report personal weapons (hands, fists, or feet) only if the assault resulted in an injury (aggravated assault).  This instruction resulted in a notable decrease in the number of personal weapons reported.

- In 2017, California Penal Code section 13730 was amended.  Beginning in 2018, law enforcement agencies were instructed to include whether there were indications that the incident involved strangulation or suffocation.  This includes whether a witness or victim reported such an incident, or symptoms thereof, or whether an officer observed any other indications of strangulation or suffocation.

## LAW ENFORCEMENT OFFICERS KILLED OR ASSAULTED (LEOKA)

- LEOKA data from the UCR Program are available from 1990 to 2018.

- State correctional officers and federal agents are not included in LEOKA data.

# List of Data Tables

| CRIMES | |
|---|---|
| **Table** | **Page** |

1  CRIMES, 1966–2018
Number and Rate per 100,000 Population............................. 9

2  CRIMES, 2013–2018
Number, Rate per 100,000 Population, and
Percent Change ........................................................11

3  CRIMES, 2013–2018
By Category and Crime........................................... 12

4  HOMICIDE CRIMES, 2013–2018
By Type of Weapon Used........................................ 12

5  RAPE CRIMES, 2013–2018
By Type ................................................................. 13

6  ROBBERY CRIMES, 2013–2018
By Location, Type of Robbery, and Type of
Weapon Used ........................................................ 13

7  ASSAULT CRIMES, 2013–2018
By Type of Assault and Type of Weapon Used ................. 14

8  BURGLARY CRIMES, 2013–2018
By Location, Time of Day, Type of Burglary, and
Type of Entry ......................................................... 14

9  MOTOR VEHICLE THEFT CRIMES, 2013–2018
By Type of Vehicle.................................................. 15

10  LARCENY-THEFT CRIMES, 2013–2018
Number, Rate per 100,000 Population, and
Percent Change ...................................................... 15

11  LARCENY-THEFT CRIMES, 2013–2018
By Type and Value Categories ............................... 16

12  VALUE OF STOLEN AND RECOVERED PROPERTY,
2013–2018
By Type and Percent Change ................................. 16

13  VALUE OF STOLEN AND RECOVERED PROPERTY,
2013–2018
By Type of Property................................................ 17

14  ARSON CRIMES, 2013–2018
By Type of Property and Value of Property
Damage................................................................. 18

15  CRIMES CLEARED, 2013–2018
Number of Crimes, Clearances, and Clearance Rate ........ 19

| ARRESTS | |
|---|---|
| **Table** | **Page** |

16  TOTAL ARRESTS, 1966–2018
Number and Rate per 100,000 Population at Risk.............. 20

17  TOTAL ARRESTS, 2013–2018
Number, Rate per 100,000 Population, and
Percent Change ...................................................... 22

18  TOTAL ARRESTS, 2013–2018
By Level of Offense for Adult and Juvenile Arrests ........... 23

19  FELONY ARRESTS, 2013–2018
By Category ........................................................... 23

20  FELONY ARRESTS, 2013–2018
By Category and Offense......................................... 24

21  FELONY ARRESTS, 2013–2018
By Category and Offense for Adult and Juvenile
Arrests.................................................................. 25

22  FELONY ARRESTS, 2013–2018
Number, Rate per 100,000 Population at Risk, and
Percent Change ...................................................... 27

23  ADULT FELONY ARRESTS, 2013–2018
By Category, Offense, and Law Enforcement
Disposition............................................................ 30

24  JUVENILE FELONY ARRESTS, 2013–2018
By Category, Offense, and Law Enforcement
Disposition............................................................ 31

25  MISDEMEANOR ARRESTS, 2013–2018
By Offense ............................................................ 32

26  MISDEMEANOR ARRESTS, 2013–2018
By Offense for Adult and Juvenile Arrests........................ 33

27  MISDEMEANOR ARRESTS, 2013–2018
Number, Rate per 100,000 Population at Risk, and
Percent Change ...................................................... 34

28  ADULT MISDEMEANOR ARRESTS, 2013–2018
By Offense and Law Enforcement Disposition.................... 35

29  JUVENILE MISDEMEANOR AND STATUS OFFENSE
ARRESTS, 2013–2018
By Level of Offense, Offense, and Law Enforcement
Disposition............................................................ 36

30  FELONY AND MISDEMEANOR ARRESTS, 2018
Gender, Age, and Race/Ethnic Group of Arrestee .............. 37

| Table | Page |
|---|---|

31   FELONY ARRESTS, 2018
     Category and Offense by Gender and Race/Ethnic
     Group of Arrestee........................................ 38

32   FELONY ARRESTS, 2018
     Category and Offense by Age Group of Arrestee............... 39

33   FELONY ARRESTS, 2018
     Category and Offense by Gender, Race/Ethnic Group,
     and Age Group of Arrestee..................................... 40

34   MISDEMEANOR ARRESTS, 2018
     Offense by Gender and Race/Ethnic Group of
     Arrestee............................................................ 46

35   MISDEMEANOR ARRESTS, 2018
     Offense by Age Group of Arrestee ......................... 47

36   MISDEMEANOR ARRESTS, 2018
     Offense by Gender, Race/Ethnic Group, and Age
     Group of Arrestee............................................. 48

## DISPOSITIONS

37   DISPOSITIONS OF ADULT FELONY ARRESTS,
     1982–2018
     By Type of Disposition......................................... 53

38A  DISPOSITIONS OF ADULT FELONY ARRESTS,
     2013–2018
     By Type of Disposition and Sentence .................... 54

38B  DISPOSITIONS OF ADULT FELONY ARRESTS,
     2013–2018
     By Type of Disposition and Sentence
     Percent Distribution of Court Disposition .............. 55

39   DISPOSITIONS OF ADULT FELONY ARRESTS, 2018
     Arrest Offense Category by Type of Disposition ................. 56

40   ADULT FELONY ARRESTEES CONVICTED,
     2013–2018
     By Convicted Offense Category and Type of
     Sentence ........................................................ 57

## OTHER DATABASES

| Table | Page |
|---|---|

41   ADULTS ON ACTIVE PROBATION AS OF
     DECEMBER 31, 1966–2018
     By Level of Offense............................................ 58

42   ADULTS PLACED ON AND REMOVED FROM
     PROBATION, 2013–2018
     By Level of Offense, Type of Removal, and Rate
     per 100,000 Population at Risk.............................. 59

43   CRIMINAL JUSTICE FULL-TIME PERSONNEL,
     1969–2018
     By Type of Agency .......................................... 60

44   CRIMINAL JUSTICE FULL-TIME PERSONNEL,
     2013–2018
     By Type of Agency and Personnel Classification ................. 61

45   LAW ENFORCEMENT FULL-TIME PERSONNEL,
     2013–2018
     By Type of Agency .......................................... 62

46   CIVILIANS' COMPLAINTS AGAINST PEACE OFFICERS,
     1981–2018
     By Type of Complaint and Level of Criminal Complaint ..... 63

47   CIVILIANS' COMPLAINTS AGAINST PEACE OFFICERS,
     2018
     By Type of Complaint by Finding .......................... 64

48   DOMESTIC VIOLENCE-RELATED CALLS FOR
     ASSISTANCE, 1986–2018
     By Type of Call and Weapon................................ 65

49   LAW ENFORCEMENT OFFICERS KILLED OR
     ASSAULTED, 1990–2018
     Deaths and Assaults in the Line of Duty
     By Type of Activity ........................................... 66

50   LAW ENFORCEMENT OFFICERS ASSAULTED,
     2013–2018
     By Type of Weapon and Injury.............................. 67

51   ANTI-REPRODUCTIVE-RIGHTS CRIMES, 2013–2018
     By Type of Offense, Type of Weapon, Location, and
     Type of Victim.................................................. 68

## POPULATION

52   POPULATION ESTIMATES, 1966–2018 ................................. 69

Table 1
**CRIMES, 1966-2018**
Number and Rate per 100,000 Population

| Year(s) | Violent crimes | | | | | Property crimes | | | | Arson[2] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Homicide | Rape[1] | Robbery | Aggravated assault | Total | Burglary | Motor vehicle theft | Total larceny-theft | |
| | | | | | Number | | | | | |
| 2018.......... | 176,866 | 1,739 | 15,500 | 54,312 | 105,315 | 940,998 | 164,540 | 155,170 | 621,288 | 8,523 |
| 2017.......... | 178,553 | 1,829 | 14,724 | 56,609 | 105,391 | 986,769 | 176,638 | 168,327 | 641,804 | 8,650 |
| 2016.......... | 174,701 | 1,930 | 13,695 | 54,769 | 104,307 | 1,001,380 | 188,162 | 176,676 | 636,542 | 7,766 |
| 2015.......... | 166,588 | 1,861 | 12,793 | 52,785 | 99,149 | 1,023,828 | 197,189 | 170,788 | 655,851 | 7,380 |
| 2014.......... | 151,425 | 1,697 | 9,397 | 48,650 | 91,681 | 946,682 | 202,556 | 151,790 | 592,336 | 7,135 |
| 2013.......... | 151,634 | 1,745 | 7,459 | 53,621 | 88,809 | 1,018,333 | 231,909 | 165,217 | 621,207 | 7,446 |
| 2012.......... | 160,629 | 1,878 | 7,828 | 56,491 | 94,432 | 1,048,764 | 245,601 | 168,516 | 634,647 | 7,519 |
| 2011.......... | 155,313 | 1,794 | 7,678 | 54,358 | 91,483 | 974,666 | 230,334 | 147,030 | 597,302 | 7,164 |
| 2010.......... | 163,957 | 1,809 | 8,325 | 58,100 | 95,723 | 981,523 | 228,672 | 152,494 | 600,357 | 7,864 |
| 2009.......... | 174,579 | 1,970 | 8,698 | 64,006 | 99,905 | 1,006,788 | 229,523 | 163,651 | 613,614 | 9,233 |
| 2008.......... | 185,233 | 2,143 | 8,906 | 69,391 | 104,793 | 1,081,272 | 237,988 | 192,631 | 650,653 | 10,674 |
| 2007.......... | 191,493 | 2,258 | 9,047 | 70,702 | 109,486 | 1,112,366 | 237,759 | 220,126 | 654,481 | 11,400 |
| 2006.......... | 194,128 | 2,483 | 9,213 | 70,961 | 111,471 | 1,156,010 | 246,449 | 242,692 | 666,869 | 12,687 |
| 2005[a].......... | 189,593 | 2,503 | 9,345 | 63,424 | 114,321 | 1,195,381 | 249,563 | 256,998 | 688,820 | 12,272 |
| 2004.......... | 197,432 | 2,394 | 9,598 | 61,573 | 123,867 | 1,223,275 | 244,914 | 251,747 | 726,614 | 12,660 |
| 2003.......... | 204,591 | 2,402 | 9,918 | 63,597 | 128,674 | 1,209,030 | 240,705 | 240,798 | 727,527 | 13,677 |
| 2002.......... | 207,988 | 2,392 | 10,176 | 64,805 | 130,615 | 1,171,644 | 237,445 | 221,780 | 712,419 | 14,007 |
| 2001.......... | 210,510 | 2,201 | 9,882 | 63,299 | 135,128 | 1,120,487 | 229,922 | 201,074 | 689,491 | 15,060 |
| 2000.......... | 210,492 | 2,074 | 9,785 | 60,243 | 138,390 | 1,054,860 | 222,247 | 181,049 | 651,564 | 14,406 |
| 1999.......... | 207,874 | 2,006 | 9,443 | 60,027 | 136,398 | 1,053,936 | 223,828 | 168,465 | 661,643 | 14,454 |
| 1998.......... | 229,766 | 2,170 | 9,777 | 68,752 | 149,067 | 1,187,982 | 268,847 | 195,402 | 723,733 | 14,314 |
| 1997.......... | 257,409 | 2,579 | 10,182 | 81,413 | 163,235 | 1,311,157 | 298,882 | 228,540 | 783,735 | 15,875 |
| 1996.......... | 274,675 | 2,910 | 10,238 | 94,137 | 167,390 | 1,382,812 | 311,778 | 242,196 | 828,838 | 17,948 |
| 1995[b].......... | 304,998 | 3,530 | 10,550 | 104,581 | 186,337 | 1,535,960 | 353,817 | 280,317 | 901,826 | 17,105 |
| 1994.......... | 318,946 | 3,699 | 10,960 | 112,149 | 192,138 | 1,621,207 | 384,414 | 308,303 | 928,490 | 18,711 |
| 1993.......... | 336,100 | 4,095 | 11,754 | 126,347 | 193,904 | 1,676,990 | 413,671 | 319,225 | 944,094 | 20,343 |
| 1992.......... | 345,508 | 3,920 | 12,751 | 130,867 | 197,970 | 1,715,376 | 427,305 | 320,019 | 968,052 | 21,979 |
| 1991.......... | 330,916 | 3,876 | 12,942 | 125,105 | 188,993 | 1,726,455 | 426,066 | 316,631 | 983,758 | 19,375 |
| 1990.......... | 311,923 | 3,562 | 12,716 | 112,460 | 183,185 | 1,660,912 | 402,533 | 303,209 | 955,170 | 19,458 |
| 1989.......... | 284,015 | 3,159 | 11,956 | 96,424 | 172,476 | 1,680,633 | 410,148 | 298,392 | 972,093 | 19,102 |
| 1988.......... | 261,990 | 2,947 | 11,771 | 86,190 | 161,082 | 1,606,245 | 407,555 | 265,975 | 932,715 | 18,846 |
| 1987.......... | 254,137 | 2,929 | 12,114 | 83,373 | 155,721 | 1,546,647 | 420,182 | 229,695 | 896,770 | 18,490 |
| 1986.......... | 248,352 | 3,030 | 12,118 | 92,513 | 140,691 | 1,576,402 | 457,743 | 205,602 | 913,057 | 19,722 |
| 1985.......... | 202,066 | 2,781 | 11,442 | 86,464 | 101,379 | 1,519,041 | 449,065 | 177,330 | 892,646 | 20,455 |
| 1984.......... | 195,650 | 2,724 | 11,702 | 84,015 | 97,209 | 1,462,682 | 443,624 | 161,341 | 857,717 | 19,407 |
| 1983.......... | 194,489 | 2,640 | 12,092 | 85,824 | 93,933 | 1,486,292 | 460,401 | 158,899 | 866,992 | 17,705 |
| 1982.......... | 201,433 | 2,778 | 12,529 | 91,988 | 94,138 | 1,599,829 | 499,468 | 164,530 | 935,831 | 20,274 |
| 1981.......... | 208,165 | 3,140 | 13,545 | 93,638 | 97,842 | 1,622,123 | 539,809 | 162,267 | 920,047 | 24,534 |
| 1980.......... | 209,903 | 3,405 | 13,661 | 90,282 | 102,555 | 1,628,514 | 543,846 | 174,548 | 910,120 | 28,446 |
| 1979.......... | 183,704 | 2,941 | 12,199 | 75,649 | 92,915 | 1,505,448 | 494,736 | 167,244 | 843,468 | - |
| 1978.......... | 164,751 | 2,601 | 11,249 | 67,920 | 82,981 | 1,410,431 | 485,742 | 153,106 | 771,583 | - |
| 1977.......... | 152,827 | 2,481 | 10,715 | 62,207 | 77,424 | 1,364,015 | 462,736 | 144,014 | 757,265 | - |
| 1976.......... | 143,507 | 2,214 | 9,552 | 59,132 | 72,609 | 1,404,807 | 465,758 | 138,069 | 800,980 | - |
| 1975.......... | 138,400 | 2,196 | 8,787 | 59,747 | 67,670 | 1,384,429 | 468,433 | 132,933 | 783,063 | - |
| 1974.......... | 127,469 | 1,970 | 8,480 | 52,742 | 64,277 | 1,299,538 | 431,863 | 133,169 | 734,506 | - |
| 1973.......... | 116,506 | 1,862 | 8,349 | 49,524 | 56,771 | 1,181,761 | 407,375 | 131,223 | 643,163 | - |
| 1972.......... | 110,680 | 1,789 | 8,131 | 48,834 | 51,926 | 1,200,424 | 398,465 | 139,373 | 662,586 | - |
| 1971.......... | 104,489 | 1,633 | 7,281 | 47,477 | 48,098 | 1,245,966 | 391,157 | 143,911 | 710,898 | - |
| 1970.......... | 94,347 | 1,355 | 6,992 | 41,397 | 44,603 | 1,173,112 | 348,575 | 137,629 | 686,908 | - |
| 1969.......... | 89,191 | 1,376 | 6,958 | 39,212 | 41,645 | 1,082,544 | 321,749 | 131,466 | 629,329 | - |
| 1968.......... | 80,382 | 1,171 | 5,419 | 36,858 | 36,934 | - | 299,589 | 119,160 | - | - |
| 1967.......... | 67,671 | 1,051 | 4,430 | 28,508 | 33,682 | - | 265,780 | 97,087 | - | - |
| 1966.......... | 56,942 | 897 | 4,078 | 22,315 | 29,652 | - | 234,535 | 86,929 | - | - |

(continued)

Table 1 - continued
**CRIMES, 1966-2018**
Number and Rate per 100,000 Population

| Year(s) | Violent crimes | | | | | Property crimes | | | | Arson[2] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Homicide | Rape[1] | Robbery | Aggravated assault | Total | Burglary | Motor vehicle theft | Total larceny-theft | |
| | | | | | Rate per 100,000 population | | | | | |
| 2018......... | 444.1 | 4.4 | 38.9 | 136.4 | 264.4 | 2,362.8 | 413.2 | 389.6 | 1,560.0 | 21.4 |
| 2017......... | 450.7 | 4.6 | 37.2 | 142.9 | 266.1 | 2,491.0 | 445.9 | 424.9 | 1,620.2 | 21.8 |
| 2016......... | 443.9 | 4.9 | 34.8 | 139.2 | 265.0 | 2,544.5 | 478.1 | 448.9 | 1,617.5 | 19.7 |
| 2015......... | 426.4 | 4.8 | 32.7 | 135.1 | 253.8 | 2,620.4 | 504.7 | 437.1 | 1,678.6 | 18.9 |
| 2014......... | 393.3 | 4.4 | 24.4 | 126.4 | 238.1 | 2,459.0 | 526.1 | 394.3 | 1,538.6 | 18.5 |
| 2013......... | 396.9 | 4.6 | 19.5 | 140.4 | 232.5 | 2,665.5 | 607.0 | 432.5 | 1,626.0 | 19.5 |
| 2012......... | 424.7 | 5.0 | 20.7 | 149.3 | 249.6 | 2,772.6 | 649.3 | 445.5 | 1,677.8 | 19.9 |
| 2011......... | 413.3 | 4.8 | 20.4 | 144.7 | 243.4 | 2,593.7 | 612.9 | 391.3 | 1,589.5 | 19.1 |
| 2010......... | 439.3 | 4.8 | 22.3 | 155.7 | 256.5 | 2,630.1 | 612.8 | 408.6 | 1,608.7 | 21.1 |
| 2009......... | 470.9 | 5.3 | 23.5 | 172.6 | 269.5 | 2,715.4 | 619.0 | 441.4 | 1,655.0 | 24.9 |
| 2008......... | 502.6 | 5.8 | 24.2 | 188.3 | 284.3 | 2,933.8 | 645.7 | 522.7 | 1,765.4 | 29.0 |
| 2007......... | 523.9 | 6.2 | 24.8 | 193.4 | 299.5 | 3,043.2 | 650.5 | 602.2 | 1,790.5 | 31.2 |
| 2006......... | 535.6 | 6.9 | 25.4 | 195.8 | 307.5 | 3,189.3 | 679.9 | 669.6 | 1,839.8 | 35.0 |
| 2005[a]....... | 526.9 | 7.0 | 26.0 | 176.2 | 317.7 | 3,321.8 | 693.5 | 714.2 | 1,914.2 | 34.1 |
| 2004......... | 552.2 | 6.7 | 26.8 | 172.2 | 346.5 | 3,421.5 | 685.0 | 704.1 | 2,032.3 | 35.4 |
| 2003......... | 578.1 | 6.8 | 28.0 | 179.7 | 363.6 | 3,416.4 | 680.2 | 680.4 | 2,055.8 | 38.6 |
| 2002......... | 595.3 | 6.8 | 29.1 | 185.5 | 373.8 | 3,353.5 | 679.6 | 634.8 | 2,039.1 | 40.1 |
| 2001......... | 609.9 | 6.4 | 28.6 | 183.4 | 391.5 | 3,246.6 | 666.2 | 582.6 | 1,997.8 | 43.6 |
| 2000......... | 619.1 | 6.1 | 28.8 | 177.2 | 407.0 | 3,102.5 | 653.7 | 532.5 | 1,916.3 | 42.4 |
| 1999......... | 610.7 | 5.9 | 27.7 | 176.4 | 400.7 | 3,096.5 | 657.6 | 495.0 | 1,944.0 | 42.5 |
| 1998......... | 686.0 | 6.5 | 29.2 | 205.3 | 445.1 | 3,546.9 | 802.7 | 583.4 | 2,160.8 | 42.7 |
| 1997......... | 781.0 | 7.8 | 30.9 | 247.0 | 495.3 | 3,978.4 | 906.9 | 693.4 | 2,378.1 | 48.2 |
| 1996......... | 848.2 | 9.0 | 31.6 | 290.7 | 516.9 | 4,270.2 | 962.8 | 747.9 | 2,559.5 | 55.4 |
| 1995[b]....... | 951.2 | 11.0 | 32.9 | 326.2 | 581.2 | 4,790.4 | 1,103.5 | 874.3 | 2,812.7 | 53.3 |
| 1994......... | 992.4 | 11.5 | 34.1 | 348.9 | 597.8 | 5,044.2 | 1,196.1 | 959.3 | 2,888.9 | 58.2 |
| 1993......... | 1,058.8 | 12.9 | 37.0 | 398.0 | 610.9 | 5,283.2 | 1,303.2 | 1,005.7 | 2,974.3 | 64.1 |
| 1992......... | 1,103.9 | 12.5 | 40.7 | 418.1 | 632.5 | 5,480.4 | 1,365.2 | 1,022.4 | 3,092.8 | 70.2 |
| 1991......... | 1,079.8 | 12.6 | 42.2 | 408.2 | 616.7 | 5,633.5 | 1,390.3 | 1,033.2 | 3,210.1 | 63.2 |
| 1990......... | 1,055.3 | 12.1 | 43.0 | 380.5 | 619.8 | 5,619.2 | 1,361.8 | 1,025.8 | 3,231.5 | 65.8 |
| 1989......... | 987.2 | 11.0 | 41.6 | 335.1 | 599.5 | 5,841.4 | 1,425.6 | 1,037.1 | 3,378.7 | 66.4 |
| 1988......... | 933.7 | 10.5 | 41.9 | 307.2 | 574.0 | 5,724.2 | 1,452.4 | 947.9 | 3,323.9 | 67.2 |
| 1987......... | 927.9 | 10.7 | 44.2 | 304.4 | 568.6 | 5,647.1 | 1,534.2 | 838.7 | 3,274.3 | 67.5 |
| 1986......... | 928.7 | 11.3 | 45.3 | 346.0 | 526.1 | 5,894.9 | 1,711.7 | 768.8 | 3,414.4 | 73.8 |
| 1985......... | 773.8 | 10.7 | 43.8 | 331.1 | 388.2 | 5,817.3 | 1,719.7 | 679.1 | 3,418.4 | 78.3 |
| 1984......... | 764.6 | 10.6 | 45.7 | 328.3 | 379.9 | 5,716.4 | 1,733.8 | 630.6 | 3,352.1 | 75.8 |
| 1983......... | 775.6 | 10.5 | 48.2 | 342.3 | 374.6 | 5,927.2 | 1,836.1 | 633.7 | 3,457.5 | 70.6 |
| 1982......... | 820.6 | 11.3 | 51.0 | 374.7 | 383.5 | 6,517.5 | 2,034.8 | 670.3 | 3,812.5 | 82.6 |
| 1981......... | 866.0 | 13.1 | 56.3 | 389.5 | 407.0 | 6,848.0 | 2,245.6 | 675.0 | 3,827.4 | 102.1 |
| 1980......... | 886.9 | 14.4 | 57.7 | 381.4 | 433.3 | 6,880.6 | 2,297.8 | 737.5 | 3,845.3 | 120.2 |
| 1979......... | 790.0 | 12.6 | 52.5 | 325.3 | 399.5 | 6,473.7 | 2,127.4 | 719.2 | 3,627.0 | - |
| 1978......... | 721.4 | 11.4 | 49.3 | 297.4 | 363.3 | 6,175.5 | 2,126.8 | 670.4 | 3,378.4 | - |
| 1977......... | 683.8 | 11.1 | 47.9 | 278.3 | 346.4 | 6,103.0 | 2,070.4 | 644.4 | 3,388.2 | - |
| 1976......... | 654.2 | 10.1 | 43.5 | 269.6 | 331.0 | 6,404.4 | 2,123.4 | 629.4 | 3,651.6 | - |
| 1975......... | 642.6 | 10.2 | 40.8 | 277.4 | 314.2 | 6,428.1 | 2,175.0 | 617.2 | 3,635.9 | - |
| 1974......... | 602.0 | 9.3 | 40.1 | 249.1 | 303.6 | 6,137.7 | 2,039.7 | 629.0 | 3,469.1 | - |
| 1973......... | 558.3 | 8.9 | 40.0 | 237.3 | 272.0 | 5,663.0 | 1,952.2 | 628.8 | 3,082.1 | - |
| 1972......... | 537.7 | 8.7 | 39.5 | 237.2 | 252.3 | 5,831.5 | 1,935.7 | 677.1 | 3,218.8 | - |
| 1971......... | 513.6 | 8.0 | 35.8 | 233.3 | 236.4 | 6,123.9 | 1,922.5 | 707.3 | 3,494.0 | - |
| 1970......... | 470.8 | 6.8 | 34.9 | 206.6 | 222.6 | 5,854.1 | 1,739.5 | 686.8 | 3,427.9 | - |
| 1969......... | 449.2 | 6.9 | 35.0 | 197.5 | 209.7 | 5,452.0 | 1,620.4 | 662.1 | 3,169.5 | - |
| 1968......... | 411.1 | 6.0 | 27.7 | 188.5 | 188.9 | - | 1,532.1 | 609.4 | - | - |
| 1967......... | 347.4 | 5.4 | 22.7 | 146.4 | 172.9 | - | 1,364.5 | 498.4 | - | - |
| 1966......... | 297.6 | 4.7 | 21.3 | 116.6 | 155.0 | - | 1,225.9 | 454.4 | - | - |

Notes:  Rates may not to totals because of rounding.
Rates are based on annual population estimates provided by the Demographic Research Unit, California Department of Finance (see Table 52).
Dash indicates data not available.

[a] Prior to 2005, the Los Angeles Police Department had included child abuse and domestic violence simple assaults in its aggravated assault statistics.  This change may have contributed to the large decrease in aggravated assaults from 2004 to 2005.

[b] Includes estimated annual 1995 data provided by the Oakland Police Department.

[1] In 2014, the crime of "forcible rape" was changed to "rape."  The definition was expanded to include both male and female victims and reflects the various forms of sexual penetration understood to be rape.  For additional information, see Appendix 1, Data Characteristics and Known Limitations.

[2] Data for arson crimes are not available prior to 1980.  For additional information, see Appendix 1, Data Characteristics and Known Limitations.

Table 2
CRIMES, 2013-2018
Number, Rate per 100,000 Population, and Percent Change

| Year(s) | Violent crimes | | | | | Property crimes | | | | Arson |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Homicide | Rape[1] | Robbery | Aggravated assault | Total | Burglary | Motor vehicle theft | Total larceny-theft | |
| **Number** | | | | | | | | | | |
| 2018.......... | 176,866 | 1,739 | 15,500 | 54,312 | 105,315 | 940,998 | 164,540 | 155,170 | 621,288 | 8,523 |
| 2017.......... | 178,553 | 1,829 | 14,724 | 56,609 | 105,391 | 986,769 | 176,638 | 168,327 | 641,804 | 8,650 |
| 2016.......... | 174,701 | 1,930 | 13,695 | 54,769 | 104,307 | 1,001,380 | 188,162 | 176,676 | 636,542 | 7,766 |
| 2015.......... | 166,588 | 1,861 | 12,793 | 52,785 | 99,149 | 1,023,828 | 197,189 | 170,788 | 655,851 | 7,380 |
| 2014.......... | 151,425 | 1,697 | 9,397 | 48,650 | 91,681 | 946,682 | 202,556 | 151,790 | 592,336 | 7,135 |
| 2013.......... | 151,634 | 1,745 | 7,459 | 53,621 | 88,809 | 1,018,333 | 231,909 | 165,217 | 621,207 | 7,446 |
| **Percent change in number** | | | | | | | | | | |
| 2017 to 2018.... | -0.9 | -4.9 | 5.3 | -4.1 | -0.1 | -4.6 | -6.8 | -7.8 | -3.2 | -1.5 |
| 2016 to 2017.... | 2.2 | -5.2 | 7.5 | 3.4 | 1.0 | -1.5 | -6.1 | -4.7 | 0.8 | 11.4 |
| 2015 to 2016.... | 4.9 | 3.7 | 7.1 | 3.8 | 5.2 | -2.2 | -4.6 | 3.4 | -2.9 | 5.2 |
| 2014 to 2015.... | 10.0 | 9.7 | - | 8.5 | 8.1 | 8.1 | -2.6 | 12.5 | 10.7 | 3.4 |
| 2013 to 2014.... | -0.1 | -2.8 | - | -9.3 | 3.2 | -7.0 | -12.7 | -8.1 | -4.6 | -4.2 |
| 2013 to 2018.... | 16.6 | -0.3 | - | 1.3 | 18.6 | -7.6 | -29.0 | -6.1 | 0.0 | 14.5 |
| **Rate per 100,000 population[2]** | | | | | | | | | | |
| 2018.......... | 444.1 | 4.4 | 38.9 | 136.4 | 264.4 | 2,362.8 | 413.2 | 389.6 | 1,560.0 | 21.4 |
| 2017.......... | 450.7 | 4.6 | 37.2 | 142.9 | 266.1 | 2,491.0 | 445.9 | 424.9 | 1,620.2 | 21.8 |
| 2016.......... | 443.9 | 4.9 | 34.8 | 139.2 | 265.0 | 2,544.5 | 478.1 | 448.9 | 1,617.5 | 19.7 |
| 2015.......... | 426.4 | 4.8 | 32.7 | 135.1 | 253.8 | 2,620.4 | 504.7 | 437.1 | 1,678.6 | 18.9 |
| 2014.......... | 393.3 | 4.4 | 24.4 | 126.4 | 238.1 | 2,459.0 | 526.1 | 394.3 | 1,538.6 | 18.5 |
| 2013.......... | 396.9 | 4.6 | 19.5 | 140.4 | 232.5 | 2,665.5 | 607.0 | 432.5 | 1,626.0 | 19.5 |
| **Percent change in rate** | | | | | | | | | | |
| 2017 to 2018.... | -1.5 | -4.3 | 4.6 | -4.5 | -0.6 | -5.1 | -7.3 | -8.3 | -3.7 | -1.8 |
| 2016 to 2017.... | 1.5 | -6.1 | 6.9 | 2.7 | 0.4 | -2.1 | -6.7 | -5.3 | 0.2 | 10.7 |
| 2015 to 2016.... | 4.1 | 2.1 | 6.4 | 3.0 | 4.4 | -2.9 | -5.3 | 2.7 | -3.6 | 4.2 |
| 2014 to 2015.... | 8.4 | 9.1 | - | 6.9 | 6.6 | 6.6 | -4.1 | 10.9 | 9.1 | 2.2 |
| 2013 to 2014.... | -0.9 | -4.3 | - | -10.0 | 2.4 | -7.7 | -13.3 | -8.8 | -5.4 | -5.1 |
| 2013 to 2018.... | 11.9 | -4.3 | - | -2.8 | 13.7 | -11.4 | -31.9 | -9.9 | -4.1 | 9.7 |

Notes: Rates may not add to totals because of rounding.
Dash indicates that a percent change was not calculated due to data definition change.

[1] In 2014, the crime of "forcible rape" was changed to "rape." The definition was expanded to include both male and female victims and reflects the various forms of sexual penetration understood to be rape.  For additional information, see Appendix 1, Data Characteristics and Known Limitations.

[2] Rates are based on annual population estimates provided by the Demographic Research Unit, California Department of Finance (see Table 52).

Table 3
CRIMES, 2013-2018
By Category and Crime

| Category and crime | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| | | | | | Crimes within category | | | | | | | |
| Violent crimes.................. | 151,634 | 100.0 | 151,425 | 100.0 | 166,588 | 100.0 | 174,701 | 100.0 | 178,553 | 100.0 | 176,866 | 100.0 |
| Homicide........................... | 1,745 | 1.2 | 1,697 | 1.1 | 1,861 | 1.1 | 1,930 | 1.1 | 1,829 | 1.0 | 1,739 | 1.0 |
| Rape[1]................................ | 7,459 | 4.9 | 9,397 | 6.2 | 12,793 | 7.7 | 13,695 | 7.8 | 14,724 | 8.2 | 15,500 | 8.8 |
| Robbery............................ | 53,621 | 35.4 | 48,650 | 32.1 | 52,785 | 31.7 | 54,769 | 31.4 | 56,609 | 31.7 | 54,312 | 30.7 |
| Aggravated assault.......... | 88,809 | 58.6 | 91,681 | 60.5 | 99,149 | 59.5 | 104,307 | 59.7 | 105,391 | 59.0 | 105,315 | 59.5 |
| Property crimes................ | 1,018,333 | 100.0 | 946,682 | 100.0 | 1,023,828 | 100.0 | 1,001,380 | 100.0 | 986,769 | 100.0 | 940,998 | 100.0 |
| Burglary............................ | 231,909 | 22.8 | 202,556 | 21.4 | 197,189 | 19.3 | 188,162 | 18.8 | 176,638 | 17.9 | 164,540 | 17.5 |
| Motor vehicle theft........... | 165,217 | 16.2 | 151,790 | 16.0 | 170,788 | 16.7 | 176,676 | 17.6 | 168,327 | 17.1 | 155,170 | 16.5 |
| Total larceny-theft............ | 621,207 | 61.0 | 592,336 | 62.6 | 655,851 | 64.1 | 636,542 | 63.6 | 641,804 | 65.0 | 621,288 | 66.0 |

Note: Percentages may not add to 100.0 because of rounding.
[1] In 2014, the crime of "forcible rape" was changed to "rape." The definition was expanded to include both male and female victims and reflects the various forms of sexual penetration understood to be rape. For additional information, see Appendix 1, Data Characteristics and Known Limitations.

Table 4
HOMICIDE CRIMES, 2013-2018
By Type of Weapon Used

| Type of weapon used | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | | Percent change | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | 2013-2018 | 2017-2018 |
| Total................................. | 1,745 | | 1,697 | | 1,861 | | 1,930 | | 1,829 | | 1,739 | | 0.9 | -4.6 |
| Unknown........................... | 46 | | 37 | | 40 | | 28 | | 33 | | 25 | | -3.8 | -7.5 |
| Known............................... | 1,699 | 100.0 | 1,660 | 100.0 | 1,821 | 100.0 | 1,902 | 100.0 | 1,796 | 100.0 | 1,714 | 100.0 | 0.9 | -4.6 |
| Firearm............................. | 1,225 | 72.1 | 1,169 | 70.4 | 1,276 | 70.1 | 1,368 | 71.9 | 1,274 | 70.9 | 1,178 | 68.7 | -3.8 | -7.5 |
| Knife or cutting instrument...... | 238 | 14.0 | 256 | 15.4 | 263 | 14.4 | 280 | 14.7 | 258 | 14.4 | 252 | 14.7 | 5.9 | -2.3 |
| Blunt object[1]..................... | 76 | 4.5 | 65 | 3.9 | 97 | 5.3 | 89 | 4.7 | 76 | 4.2 | 112 | 6.5 | 47.4 | 47.4 |
| Personal weapon[2]............. | 92 | 5.4 | 97 | 5.8 | 90 | 4.9 | 89 | 4.7 | 103 | 5.7 | 87 | 5.1 | -5.4 | -15.5 |
| Other................................. | 68 | 4.0 | 73 | 4.4 | 95 | 5.2 | 76 | 4.0 | 85 | 4.7 | 85 | 5.0 | 25.0 | 0.0 |

Note: Percentages may not add to 100.0 because of rounding.
[1] Club, etc.
[2] Hands, feet, etc.

## Table 5
## RAPE CRIMES, 2013-2018
### By Type

| | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | | Percent change | |
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | 2013-2018 | 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total.................... | 7,459 | 100.0 | 9,397 | 100.0 | 12,793 | 100.0 | 13,695 | 100.0 | 14,724 | 100.0 | 15,500 | 100.0 | - | 5.3 |
| Rape by force.............. | 6,665 | 89.4 | 8,562 | 91.1 | 11,827 | 92.4 | 12,785 | 93.4 | 13,799 | 93.7 | 14,526 | 93.7 | - | 5.3 |
| Attempts to commit forcible rape.......... | 794 | 10.6 | 835 | 8.9 | 966 | 7.6 | 910 | 6.6 | 925 | 6.3 | 974 | 6.3 | - | 5.3 |

Notes: In 2014, the crime of "forcible rape" was changed to "rape." The definition was expanded to include both male and female victims and reflects the various forms of sexual penetration understood to be rape. For additional information, see Appendix 1, Data Characteristics and Known Limitations.
Dash indicates that a percent change was not calculated due to data definition change.

## Table 6
## ROBBERY CRIMES, 2013-2018
### By Location, Type of Robbery, and Type of Weapon Used

| Location, type of robbery, and weapon | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | | Percent change | |
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | 2013-2018 | 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total.................... | 53,621 | 100.0 | 48,650 | 100.0 | 52,785 | 100.0 | 54,769 | 100.0 | 56,609 | 100.0 | 54,312 | 100.0 | 1.3 | -4.1 |
| **Location** | | | | | | | | | | | | | | |
| Highway[1].................. | 24,463 | 45.6 | 22,052 | 45.3 | 22,872 | 43.3 | 22,953 | 41.9 | 22,494 | 39.7 | 21,231 | 39.1 | -13.2 | -5.6 |
| Commercial[2].............. | 11,544 | 21.5 | 11,145 | 22.9 | 13,669 | 25.9 | 14,512 | 26.5 | 16,040 | 28.3 | 15,620 | 28.8 | 35.3 | -2.6 |
| Residence................. | 4,794 | 8.9 | 4,370 | 9.0 | 4,283 | 8.1 | 4,730 | 8.6 | 4,504 | 8.0 | 4,343 | 8.0 | -9.4 | -3.6 |
| Bank...................... | 784 | 1.5 | 696 | 1.4 | 662 | 1.3 | 669 | 1.2 | 596 | 1.1 | 568 | 1.0 | -27.6 | -4.7 |
| Other[3].................... | 12,036 | 22.4 | 10,387 | 21.4 | 11,299 | 21.4 | 11,905 | 21.7 | 12,975 | 22.9 | 12,550 | 23.1 | 4.3 | -3.3 |
| **Type of robbery** | | | | | | | | | | | | | | |
| Armed..................... | 26,004 | 48.5 | 22,917 | 47.1 | 25,385 | 48.1 | 26,764 | 48.9 | 27,128 | 47.9 | 25,070 | 46.2 | -3.6 | -7.6 |
| Strong-arm[4].............. | 27,617 | 51.5 | 25,733 | 52.9 | 27,400 | 51.9 | 28,005 | 51.1 | 29,481 | 52.1 | 29,242 | 53.8 | 5.9 | -0.8 |
| **Type of weapon used** | | | | | | | | | | | | | | |
| Armed..................... | 26,004 | 100.0 | 22,917 | 100.0 | 25,385 | 100.0 | 26,764 | 100.0 | 27,128 | 100.0 | 25,070 | 100.0 | -3.6 | -7.6 |
| Firearm................... | 16,274 | 62.6 | 13,546 | 59.1 | 14,706 | 57.9 | 15,490 | 57.9 | 15,349 | 56.6 | 13,501 | 53.9 | -17.0 | -12.0 |
| Knife or cutting instrument.... | 4,641 | 17.8 | 4,553 | 19.9 | 5,028 | 19.8 | 5,207 | 19.5 | 5,277 | 19.5 | 5,031 | 20.1 | 8.4 | -4.7 |
| Other dangerous weapon...... | 5,089 | 19.6 | 4,818 | 21.0 | 5,651 | 22.3 | 6,067 | 22.7 | 6,502 | 24.0 | 6,538 | 26.1 | 28.5 | 0.6 |

Notes: Percentages may not add to 100.0 because of rounding.
Data may not match previously published data.

[1] Streets, parks, parking lots, etc.
[2] Commercial house, gas or service station, convenience store, etc.
[3] Churches, schools, government buildings, trains, wooded areas, etc.
[4] Muggings and similar offenses where no weapon is used, but strong-arm tactics (limited to the use of personal weapons such as hands, arms, feet, fists, teeth, etc.) are employed or their use is threatened.

Table 7
ASSAULT CRIMES, 2013-2018
By Type of Assault and Type of Weapon Used

| Type of assault and weapon used | 2013 Number | 2013 Percent | 2014 Number | 2014 Percent | 2015 Number | 2015 Percent | 2016 Number | 2016 Percent | 2017 Number | 2017 Percent | 2018 Number | 2018 Percent | Percent change 2013-2018 | Percent change 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total................................. | 316,140 | | 332,396 | | 350,587 | | 357,126 | | 363,977 | | 367,972 | | 16.4 | 1.1 |
| Aggravated assault................ | 88,809 | 100.0 | 91,681 | 100.0 | 99,149 | 100.0 | 104,307 | 100.0 | 105,391 | 100.0 | 105,315 | 100.0 | 18.6 | -0.1 |
| Firearm........................... | 15,610 | 17.6 | 15,801 | 17.2 | 18,286 | 18.4 | 20,633 | 19.8 | 19,157 | 18.2 | 17,908 | 17.0 | 14.7 | -6.5 |
| Knife or cutting instrument...... | 14,504 | 16.3 | 14,859 | 16.2 | 17,100 | 17.2 | 17,157 | 16.4 | 17,123 | 16.2 | 16,936 | 16.1 | 16.8 | -1.1 |
| Other dangerous weapon..... | 30,008 | 33.8 | 32,481 | 35.4 | 33,985 | 34.3 | 36,048 | 34.6 | 36,579 | 34.7 | 36,494 | 34.7 | 21.6 | -0.2 |
| Personal weapon [1] ........... | 28,687 | 32.3 | 28,540 | 31.1 | 29,778 | 30.0 | 30,469 | 29.2 | 32,532 | 30.9 | 33,977 | 32.3 | 18.4 | 4.4 |
| Not-aggravated assault [2] ........ | 227,331 | | 240,715 | | 251,438 | | 252,819 | | 258,586 | | 262,657 | | 15.5 | 1.6 |

Note: Percentages may not add to 100.0 because of rounding.

[1] Hands, feet, etc.

[2] Assaults that do not involve the use of a firearm, knife, cutting instrument, or other dangerous weapon and in which there are no serious or aggravated injuries to the victims. Not-aggravated (simple) assaults are not included in the violent crime count. This category is shown here as a means of quality control and for the purpose of looking at total assault violence.

Table 8
BURGLARY CRIMES, 2013-2018
By Location, Time of Day, Type of Burglary, and Type of Entry

| Location, time of day, type of burglary, and type of entry | 2013 Number | 2013 Percent | 2014 Number | 2014 Percent | 2015 Number | 2015 Percent | 2016 Number | 2016 Percent | 2017 Number | 2017 Percent | 2018 Number | 2018 Percent | Percent change 2013-2018 | Percent change 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total................................. | 231,909 | 100.0 | 202,556 | 100.0 | 197,189 | 100.0 | 188,162 | 100.0 | 176,638 | 100.0 | 164,540 | 100.0 | -29.0 | -6.8 |
| Location | | | | | | | | | | | | | | |
| Residence.......................... | 147,240 | 63.5 | 125,136 | 61.8 | 120,297 | 61.0 | 108,783 | 57.8 | 95,942 | 54.3 | 85,693 | 52.1 | -41.8 | -10.7 |
| Nonresidence...................... | 84,669 | 36.5 | 77,420 | 38.2 | 76,892 | 39.0 | 79,379 | 42.2 | 80,696 | 45.7 | 78,847 | 47.9 | -6.9 | -2.3 |
| Time of day | | | | | | | | | | | | | | |
| Daytime........................... | 99,771 | 43.0 | 82,234 | 40.6 | 75,560 | 38.3 | 68,041 | 36.2 | 60,582 | 34.3 | 55,694 | 33.8 | -44.2 | -8.1 |
| Nighttime......................... | 65,872 | 28.4 | 57,321 | 28.3 | 59,308 | 30.1 | 61,161 | 32.5 | 60,180 | 34.1 | 57,725 | 35.1 | -12.4 | -4.1 |
| Unknown.......................... | 66,266 | 28.6 | 63,001 | 31.1 | 62,321 | 31.6 | 58,960 | 31.3 | 55,876 | 31.6 | 51,121 | 31.1 | -22.9 | -8.5 |
| Type of burglary | | | | | | | | | | | | | | |
| Burglary........................... | 219,172 | 94.5 | 191,190 | 94.4 | 186,176 | 94.4 | 177,426 | 94.3 | 166,705 | 94.4 | 155,306 | 94.4 | -29.1 | -6.8 |
| Attempted burglary............... | 12,737 | 5.5 | 11,366 | 5.6 | 11,013 | 5.6 | 10,736 | 5.7 | 9,933 | 5.6 | 9,234 | 5.6 | -27.5 | -7.0 |
| Type of entry | | | | | | | | | | | | | | |
| Burglary........................... | 219,172 | 100.0 | 191,190 | 100.0 | 186,176 | 100.0 | 177,426 | 100.0 | 166,705 | 100.0 | 155,306 | 100.0 | -29.1 | -6.8 |
| Force.............................. | 132,626 | 60.5 | 112,803 | 59.0 | 115,641 | 62.1 | 112,906 | 63.6 | 109,141 | 65.5 | 102,415 | 65.9 | -22.8 | -6.2 |
| No force........................... | 86,546 | 39.5 | 78,387 | 41.0 | 70,535 | 37.9 | 64,520 | 36.4 | 57,564 | 34.5 | 52,891 | 34.1 | -38.9 | -8.1 |

Notes: Percentages may not add to 100.0 because of rounding.
Data may not match previously published data.

Table 9
MOTOR VEHICLE THEFT CRIMES, 2013-2018
By Type of Vehicle

| Type of vehicle | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | | Percent change | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | 2013-2018 | 2017-2018 |
| Total | 165,217 | 100.0 | 151,790 | 100.0 | 170,788 | 100.0 | 176,676 | 100.0 | 168,327 | 100.0 | 155,170 | 100.0 | -6.1 | -7.8 |
| Autos | 128,370 | 77.7 | 120,088 | 79.1 | 136,119 | 79.7 | 138,391 | 78.3 | 123,726 | 73.5 | 110,141 | 71.0 | -14.2 | -11.0 |
| Trucks and buses[1] | 25,145 | 15.2 | 21,816 | 14.4 | 23,365 | 13.7 | 26,040 | 14.7 | 32,127 | 19.1 | 33,524 | 21.6 | 33.3 | 4.3 |
| Other vehicles[2] | 11,702 | 7.1 | 9,886 | 6.5 | 11,304 | 6.6 | 12,245 | 6.9 | 12,474 | 7.4 | 11,505 | 7.4 | -1.7 | -7.8 |

Note: Percentages may not add to 100.0 because of rounding.

[1] Includes pickup trucks, vans, and motor homes.

[2] Includes motorcycles, snowmobiles, motor scooters, trail bikes, etc.

Table 10
LARCENY-THEFT CRIMES, 2013-2018
Number, Rate per 100,000 Population, and Percent Change

| Value categories | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Percent change | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2013-2018 | 2017-2018 |
| Number | | | | | | | | |
| Total | 621,207 | 592,336 | 655,851 | 636,542 | 641,804 | 621,288 | 0.0 | -3.2 |
| Under $50 | 190,412 | 181,375 | 204,858 | 201,738 | 185,186 | 161,456 | -15.2 | -12.8 |
| $50-$199 | 112,284 | 110,108 | 120,590 | 112,408 | 108,836 | 105,185 | -6.3 | -3.4 |
| $200-$400 | 90,476 | 85,033 | 91,947 | 86,853 | 86,436 | 84,523 | -6.6 | -2.2 |
| Over $400 | 228,035 | 215,820 | 238,456 | 235,543 | 261,346 | 270,124 | 18.5 | 3.4 |
| Rate per 100,000 population[1] | | | | | | | | |
| Total | 1,626.0 | 1,538.6 | 1,678.6 | 1,617.5 | 1,620.2 | 1,560.0 | -4.1 | -3.7 |
| Under $50 | 498.4 | 471.1 | 524.3 | 512.6 | 467.5 | 405.4 | -18.7 | -13.3 |
| $50-$199 | 293.9 | 286.0 | 308.6 | 285.6 | 274.7 | 264.1 | -10.1 | -3.9 |
| $200-$400 | 236.8 | 220.9 | 235.3 | 220.7 | 218.2 | 212.2 | -10.4 | -2.7 |
| Over $400 | 596.9 | 560.6 | 610.3 | 598.5 | 659.7 | 678.3 | 13.6 | 2.8 |

Note: Rates may not add to total because of rounding.

[1] Rates are based on annual population estimates provided by the Demographic Research Unit, California Department of Finance (see Table 52).

Table 11
## LARCENY-THEFT CRIMES, 2013-2018
### By Type and Value Categories

| Type of larceny-theft and value categories | 2013 Number | 2013 Percent | 2014 Number | 2014 Percent | 2015 Number | 2015 Percent | 2016 Number | 2016 Percent | 2017 Number | 2017 Percent | 2018 Number | 2018 Percent | Percent change 2013-2018 | Percent change 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 621,207 | 100.0 | 592,336 | 100.0 | 655,851 | 100.0 | 636,542 | 100.0 | 641,804 | 100.0 | 621,288 | 100.0 | 0.0 | -3.2 |
| **Type of larceny-theft** | | | | | | | | | | | | | | |
| Shoplifting | 93,532 | 15.1 | 97,301 | 16.4 | 108,659 | 16.6 | 98,589 | 15.5 | 91,553 | 14.3 | 89,378 | 14.4 | -4.4 | -2.4 |
| From motor vehicles | 217,029 | 34.9 | 202,916 | 34.3 | 235,419 | 35.9 | 238,185 | 37.4 | 256,625 | 40.0 | 243,040 | 39.1 | 12.0 | -5.3 |
| Motor vehicle accessories | 46,320 | 7.5 | 48,029 | 8.1 | 53,541 | 8.2 | 51,656 | 8.1 | 51,897 | 8.1 | 51,872 | 8.3 | 12.0 | 0.0 |
| Bicycles | 34,747 | 5.6 | 33,095 | 5.6 | 36,554 | 5.6 | 31,739 | 5.0 | 28,996 | 4.5 | 27,336 | 4.4 | -21.3 | -5.7 |
| From buildings | 77,017 | 12.4 | 80,294 | 13.6 | 77,023 | 11.7 | 72,225 | 11.3 | 69,892 | 10.9 | 69,324 | 11.2 | -10.0 | -0.8 |
| All other | 152,562 | 24.6 | 130,701 | 22.1 | 144,655 | 22.1 | 144,148 | 22.6 | 142,841 | 22.3 | 140,338 | 22.6 | -8.0 | -1.8 |
| Pocket-picking | 3,478 | 0.6 | 3,293 | 0.6 | 3,783 | 0.6 | 3,903 | 0.6 | 4,874 | 0.8 | 5,228 | 0.8 | 50.3 | 7.3 |
| Purse-snatching | 2,863 | 0.5 | 2,706 | 0.5 | 2,790 | 0.4 | 2,472 | 0.4 | 2,599 | 0.4 | 2,312 | 0.4 | -19.2 | -11.0 |
| From coin machines | 1,599 | 0.3 | 1,230 | 0.2 | 1,307 | 0.2 | 1,468 | 0.2 | 1,406 | 0.2 | 1,037 | 0.2 | -35.1 | -26.2 |
| Other | 144,622 | 23.3 | 123,472 | 20.8 | 136,775 | 20.9 | 136,305 | 21.4 | 133,962 | 20.9 | 131,761 | 21.2 | -8.9 | -1.6 |
| **Value categories** | | | | | | | | | | | | | | |
| Under $50 | 190,412 | 30.7 | 181,375 | 30.6 | 204,858 | 31.2 | 201,738 | 31.7 | 185,186 | 28.9 | 161,456 | 26.0 | -15.2 | -12.8 |
| $50 to $199 | 112,284 | 18.1 | 110,108 | 18.6 | 120,590 | 18.4 | 112,408 | 17.7 | 108,836 | 17.0 | 105,185 | 16.9 | -6.3 | -3.4 |
| $200 to $400 | 90,476 | 14.6 | 85,033 | 14.4 | 91,947 | 14.0 | 86,853 | 13.6 | 86,436 | 13.5 | 84,523 | 13.6 | -6.6 | -2.2 |
| Over $400 | 228,035 | 36.7 | 215,820 | 36.4 | 238,456 | 36.4 | 235,543 | 37.0 | 261,346 | 40.7 | 270,124 | 43.5 | 18.5 | 3.4 |

Note: Percentages may not add to subtotals or 100.0 because of rounding.

Table 12
## VALUE OF STOLEN AND RECOVERED PROPERTY, 2013-2018
### By Type and Percent Change
(Value Shown in Thousands of Dollars)

| Year(s) | Stolen Total Value | Stolen Total Percent | Stolen Motor vehicles Value | Stolen Motor vehicles Percent | Stolen All other Value | Stolen All other Percent | Recovered Total Value | Recovered Total Percent | Recovered Motor vehicles Value | Recovered Motor vehicles Percent | Recovered All other Value | Recovered All other Percent | Percent recovered to stolen[1] Total | Percent recovered to stolen[1] Motor vehicles | Percent recovered to stolen[1] All other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | $2,895,111 | 100.0 | 1,115,651 | 38.5 | 1,779,458 | 61.5 | $953,648 | 100.0 | 749,514 | 78.6 | 204,134 | 21.4 | 32.9 | 67.2 | 11.5 |
| 2017 | $2,684,284 | 100.0 | 1,089,849 | 40.6 | 1,594,435 | 59.4 | $940,499 | 100.0 | 744,369 | 79.1 | 196,130 | 20.9 | 35.0 | 68.3 | 12.3 |
| 2016 | $2,633,591 | 100.0 | 1,074,038 | 40.8 | 1,559,553 | 59.2 | $777,928 | 100.0 | 706,114 | 90.8 | 71,814 | 9.2 | 29.5 | 65.7 | 4.6 |
| 2015 | $2,467,550 | 100.0 | 970,117 | 39.3 | 1,497,433 | 60.7 | $743,433 | 100.0 | 636,399 | 85.6 | 107,033 | 14.4 | 30.1 | 65.6 | 7.1 |
| 2014 | $2,179,803 | 100.0 | 766,902 | 35.2 | 1,412,901 | 64.8 | $567,270 | 100.0 | 488,560 | 86.1 | 78,710 | 13.9 | 26.0 | 63.7 | 5.6 |
| 2013 | $2,349,034 | 100.0 | 812,081 | 34.6 | 1,536,953 | 65.4 | $571,801 | 100.0 | 500,022 | 87.4 | 71,778 | 12.6 | 24.3 | 61.6 | 4.7 |
| **Percent change in value** | | | | | | | | | | | | | | | |
| 2017 to 2018 | 7.9 | | 2.4 | | 11.6 | | 1.4 | | 0.7 | | 4.1 | | | | |
| 2013 to 2018 | 23.2 | | 37.4 | | 15.8 | | 66.8 | | 49.9 | | 184.4 | | | | |

Note: Values may not add to total because of rounding.

[1] Percent recovered is the ratio of the value of property recovered within the year to the value of property stolen within the same year.

Table 13
## VALUE OF STOLEN AND RECOVERED PROPERTY, 2013-2018
By Type of Property
(Value Shown in Thousands of Dollars)

| Type of property | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | | Percent change | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Value | Percent | Value | Percent | Value | Percent | Value | Percent | Value | Percent | Value | Percent | 2013-2018 | 2017-2018 |
| **Stolen** | | | | | | | | | | | | | | |
| Total................................... | $2,249,034 | 100.0 | $2,179,803 | 100.0 | $2,467,550 | 100.0 | $2,633,590 | 100.0 | $2,684,284 | 100.0 | $2,895,111 | 100.0 | 23.2 | 7.9 |
| Currency, notes, etc.............. | 184,900 | 7.9 | 175,146 | 8.0 | 191,305 | 7.8 | 196,792 | 7.5 | 208,500 | 7.8 | 249,173 | 8.6 | 34.8 | 19.5 |
| Jewelry and precious metals.... | 371,884 | 15.8 | 354,643 | 16.3 | 340,421 | 13.8 | 358,869 | 13.6 | 292,533 | 10.9 | 334,480 | 11.6 | -10.1 | 14.3 |
| Clothing and furs.................. | 70,537 | 3.0 | 79,612 | 3.7 | 91,103 | 3.7 | 95,688 | 3.6 | 100,178 | 3.7 | 113,872 | 3.9 | 61.4 | 13.7 |
| Motor vehicles..................... | 812,081 | 34.6 | 766,902 | 35.2 | 970,117 | 39.3 | 1,074,038 | 40.8 | 1,089,849 | 40.6 | 1,115,651 | 38.5 | 37.4 | 2.4 |
| Office equipment................... | 138,910 | 5.9 | 111,164 | 5.1 | 139,353 | 5.6 | 123,232 | 4.7 | 122,975 | 4.6 | 132,897 | 4.6 | -4.3 | 8.1 |
| Televisions, radios, stereos, etc..... | 97,819 | 4.2 | 82,442 | 3.8 | 87,926 | 3.6 | 75,512 | 2.9 | 77,467 | 2.9 | 66,709 | 2.3 | -31.8 | -13.9 |
| Firearms............................ | 19,301 | 0.8 | 13,067 | 0.6 | 16,919 | 0.7 | 13,302 | 0.5 | 12,695 | 0.5 | 18,832 | 0.7 | -2.4 | 48.3 |
| Household goods.................... | 44,937 | 1.9 | 43,014 | 2.0 | 42,151 | 1.7 | 39,606 | 1.5 | 39,278 | 1.5 | 41,478 | 1.4 | -7.7 | 5.6 |
| Consumable goods................. | 21,541 | 0.9 | 20,270 | 0.9 | 24,212 | 1.0 | 30,526 | 1.2 | 29,989 | 1.1 | 31,258 | 1.1 | 45.1 | 4.2 |
| Livestock........................... | 1,090 | 0.0 | 937 | 0.0 | 1,224 | 0.0 | 948 | 0.0 | 1,203 | 0.0 | 1,023 | 0.0 | -6.1 | -15.0 |
| Other[1]............................. | 586,034 | 24.9 | 532,608 | 24.4 | 562,819 | 22.8 | 625,077 | 23.7 | 709,616 | 26.4 | 789,736 | 27.3 | 34.8 | 11.3 |
| **Recovered** | | | | | | | | | | | | | | |
| Total................................... | $571,801 | 100.0 | $567,270 | 100.0 | $743,433 | 100.0 | $777,929 | 100.0 | $940,499 | 100.0 | $953,648 | 100.0 | 66.8 | 1.4 |
| Currency, notes, etc.............. | 4,433 | 0.8 | 3,593 | 0.6 | 6,521 | 0.9 | 3,640 | 0.5 | 3,145 | 0.3 | 5,396 | 0.6 | 21.7 | 71.6 |
| Jewelry and precious metals.... | 9,405 | 1.6 | 6,980 | 1.2 | 7,360 | 1.0 | 5,705 | 0.7 | 5,634 | 0.6 | 10,772 | 1.1 | 14.5 | 91.2 |
| Clothing and furs.................. | 5,229 | 0.9 | 8,414 | 1.5 | 29,283 | 3.9 | 6,272 | 0.8 | 6,210 | 0.7 | 5,626 | 0.6 | 7.6 | -9.4 |
| Motor vehicles..................... | 500,022 | 87.4 | 488,560 | 86.1 | 636,399 | 85.6 | 706,114 | 90.8 | 744,369 | 79.1 | 749,514 | 78.6 | 49.9 | 0.7 |
| Office equipment................... | 4,174 | 0.7 | 4,139 | 0.7 | 4,894 | 0.7 | 4,632 | 0.6 | 3,802 | 0.4 | 3,656 | 0.4 | -12.4 | -3.8 |
| Televisions, radios, stereos, etc..... | 3,347 | 0.6 | 3,075 | 0.5 | 2,949 | 0.4 | 2,603 | 0.3 | 2,486 | 0.3 | 3,823 | 0.4 | 14.2 | 53.8 |
| Firearms............................ | 914 | 0.2 | 774 | 0.1 | 887 | 0.1 | 917 | 0.1 | 1,417 | 0.2 | 972 | 0.1 | 6.3 | -31.4 |
| Household goods.................... | 1,423 | 0.2 | 1,542 | 0.3 | 1,589 | 0.2 | 1,570 | 0.2 | 1,550 | 0.2 | 1,354 | 0.1 | -4.8 | -12.6 |
| Consumable goods................. | 1,941 | 0.3 | 3,009 | 0.5 | 2,577 | 0.3 | 3,290 | 0.4 | 2,337 | 0.2 | 3,004 | 0.3 | 54.8 | 28.5 |
| Livestock........................... | 59 | 0.0 | 73 | 0.0 | 133 | 0.0 | 102 | 0.0 | 89 | 0.0 | 112 | 0.0 | 89.8 | 25.8 |
| Other[1]............................. | 40,851 | 7.1 | 47,112 | 8.3 | 50,840 | 6.8 | 43,084 | 5.5 | 169,460 | 18.0 | 169,419 | 17.8 | 314.7 | 0.0 |

Note: Values and percentages may not add to total or 100.0 because of rounding.
[1] The "Other" category includes personal electronic devices.

Table 14
## ARSON CRIMES, 2013-2018
### By Type of Property and Value of Property Damage
(Value Shown in Thousands of Dollars)

| Type of property | 2013 Number | 2013 Percent | 2014 Number | 2014 Percent | 2015 Number | 2015 Percent | 2016 Number | 2016 Percent | 2017 Number | 2017 Percent | 2018 Number | 2018 Percent | Percent change 2013-2018 | Percent change 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number of crimes** | | | | | | | | | | | | | | |
| Total............................ | 7,446 | 100.0 | 7,135 | 100.0 | 7,380 | 100.0 | 7,766 | 100.0 | 8,650 | 100.0 | 8,523 | 100.0 | 14.5 | -1.5 |
| Total structural property........ | 2,528 | 34.0 | 2,459 | 34.5 | 2,450 | 33.2 | 2,805 | 36.1 | 3,175 | 36.7 | 2,825 | 33.1 | 11.7 | -11.0 |
| Residential.................... | 1,224 | 16.4 | 1,244 | 17.4 | 1,280 | 17.3 | 1,362 | 17.5 | 1,477 | 17.1 | 1,275 | 15.0 | 4.2 | -13.7 |
| Single occupancy[1]........... | 811 | 10.9 | 817 | 11.5 | 888 | 12.0 | 915 | 11.8 | 1,001 | 11.6 | 853 | 10.0 | 5.2 | -14.8 |
| Other[2].................... | 413 | 5.5 | 427 | 6.0 | 392 | 5.3 | 447 | 5.8 | 476 | 5.5 | 422 | 5.0 | 2.2 | -11.3 |
| Storage[3].................... | 124 | 1.7 | 128 | 1.8 | 116 | 1.6 | 124 | 1.6 | 144 | 1.7 | 121 | 1.4 | -2.4 | -16.0 |
| Commercial[4]................. | 386 | 5.2 | 397 | 5.6 | 446 | 6.0 | 485 | 6.2 | 651 | 7.5 | 604 | 7.1 | 56.5 | -7.2 |
| Industrial, manufacturing...... | 31 | 0.4 | 32 | 0.4 | 38 | 0.5 | 29 | 0.4 | 61 | 0.7 | 49 | 0.6 | 58.1 | -19.7 |
| Community/public[5]........... | 355 | 4.8 | 365 | 5.1 | 408 | 5.5 | 456 | 5.9 | 590 | 6.8 | 555 | 6.5 | 56.3 | -5.9 |
| Other[6]..................... | 550 | 7.4 | 421 | 5.9 | 394 | 5.3 | 518 | 6.7 | 572 | 6.6 | 497 | 5.8 | -9.6 | -13.1 |
| Other[2]..................... | 244 | 3.3 | 269 | 3.8 | 214 | 2.9 | 316 | 4.1 | 331 | 3.8 | 328 | 3.8 | 34.4 | -0.9 |
| Total mobile property........... | 1,822 | 24.5 | 1,825 | 25.6 | 1,853 | 25.1 | 1,943 | 25.0 | 1,979 | 22.9 | 2,047 | 24.0 | 12.3 | 3.4 |
| Motor vehicles[7]............. | 1,747 | 23.5 | 1,750 | 24.5 | 1,751 | 23.7 | 1,843 | 23.7 | 1,876 | 21.7 | 1,953 | 22.9 | 11.8 | 4.1 |
| Other[8]..................... | 75 | 1.0 | 75 | 1.1 | 102 | 1.4 | 100 | 1.3 | 103 | 1.2 | 94 | 1.1 | 25.3 | -8.7 |
| Other property[9]............... | 3,096 | 41.6 | 2,851 | 40.0 | 3,077 | 41.7 | 3,018 | 38.9 | 3,496 | 40.4 | 3,651 | 42.8 | 17.9 | 4.4 |
| **Value of property damage** | | | | | | | | | | | | | | |
| Total............................ | $100,272 | 100.0 | $140,455 | 100.0 | $137,059 | 100.0 | $104,359 | 100.0 | $261,135 | 100.0 | $172,672 | 100.0 | 72.2 | -33.9 |
| Total structural property........ | 77,876 | 77.7 | 119,819 | 85.3 | 111,938 | 81.7 | 84,389 | 80.9 | 212,531 | 81.4 | 147,727 | 85.6 | 89.7 | -30.5 |
| Residential.................... | 43,940 | 43.8 | 46,587 | 33.2 | 47,604 | 34.7 | 40,253 | 38.6 | 49,502 | 19.0 | 104,647 | 60.6 | 138.2 | 111.4 |
| Single occupancy[1]........... | 30,970 | 30.9 | 35,158 | 25.0 | 35,956 | 26.2 | 27,856 | 26.7 | 38,298 | 14.7 | 35,830 | 20.8 | 15.7 | -6.4 |
| Other[2].................... | 12,970 | 12.9 | 11,429 | 8.1 | 11,648 | 8.5 | 12,397 | 11.9 | 11,204 | 4.3 | 68,817 | 39.9 | 430.6 | 514.2 |
| Storage[3].................... | 1,871 | 1.9 | 1,542 | 1.1 | 2,645 | 1.9 | 2,719 | 2.6 | 7,645 | 2.9 | 2,167 | 1.3 | 15.8 | -71.7 |
| Commercial[4]................. | 23,204 | 23.1 | 34,313 | 24.4 | 54,262 | 39.6 | 36,037 | 34.5 | 124,773 | 47.8 | 35,181 | 20.4 | 51.6 | -71.8 |
| Industrial, manufacturing...... | 8,909 | 8.9 | 9,565 | 6.8 | 31,456 | 23.0 | 1,727 | 1.7 | 2,819 | 1.1 | 8,956 | 5.2 | 0.5 | 217.7 |
| Community/public[5]........... | 14,295 | 14.3 | 24,748 | 17.6 | 22,806 | 16.6 | 34,310 | 32.9 | 121,954 | 46.7 | 26,225 | 15.2 | 83.5 | -78.5 |
| Other[6]..................... | 6,829 | 6.8 | 8,889 | 6.3 | 5,316 | 3.9 | 4,033 | 3.9 | 29,358 | 11.2 | 3,924 | 2.3 | -42.5 | -86.6 |
| Other[2]..................... | 2,031 | 2.0 | 28,488 | 20.3 | 2,111 | 1.1 | 1,347 | 1.3 | 1,251 | 0.5 | 1,809 | 1.0 | -10.9 | 44.6 |
| Total mobile property........... | 16,542 | 16.5 | 15,543 | 11.1 | 16,848 | 12.3 | 15,755 | 15.1 | 17,106 | 6.6 | 17,504 | 10.1 | 5.8 | 2.3 |
| Motor vehicles[7]............. | 15,170 | 15.1 | 14,957 | 10.6 | 15,390 | 11.2 | 14,698 | 14.1 | 16,187 | 6.2 | 16,605 | 9.6 | 9.5 | 2.6 |
| Other[8]..................... | 1,373 | 1.4 | 586 | 0.4 | 1,458 | 1.1 | 1,057 | 1.0 | 919 | 0.4 | 899 | 0.5 | -34.5 | -2.2 |
| Other property[9]............... | 5,854 | 5.8 | 5,092 | 3.6 | 8,273 | 6.0 | 4,215 | 4.0 | 31,498 | 12.1 | 7,441 | 4.3 | 27.1 | -76.4 |

Notes: Values and percentages may not add to subtotals, total, or 100.0 because of rounding.
Property type is determined by the point of origin of a fire.
[1] Single occupancy - houses, townhouses, duplexes, etc.
[2] Other residential - apartments, tenements, hotels, motels, etc.
[3] Storage - barns, garages, warehouses, etc.
[4] Other commercial - stores, restaurants, offices, etc.
[5] Community/public - churches, jails, schools, hospitals, etc.
[6] Other structural property - outbuildings, buildings under construction, etc.
[7] Motor vehicles - autos, trucks, buses, etc.
[8] Other mobile property - trailers, recreational vehicles, airplanes, boats, etc.
[9] Other property - crops, timber, fences, etc.

Table 15
**CRIMES CLEARED, 2013-2018**
Number of Crimes, Clearances, and Clearance Rate

| Crimes, clearances, and clearance rates | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Percent change 2013-2018 | Percent change 2017-2018 |
|---|---|---|---|---|---|---|---|---|
| **Number of crimes reported** | | | | | | | | |
| Violent crimes.............. | 151,634 | 151,425 | 166,588 | 174,701 | 178,553 | 176,866 | 16.6 | -0.9 |
| Homicide...................... | 1,745 | 1,697 | 1,861 | 1,930 | 1,829 | 1,739 | -0.3 | -4.9 |
| Rape[1]......................... | 7,459 | 9,397 | 12,793 | 13,695 | 14,724 | 15,500 | – | 5.3 |
| Robbery....................... | 53,621 | 48,650 | 52,785 | 54,769 | 56,609 | 54,312 | 1.3 | -4.1 |
| Aggravated assault........ | 88,809 | 91,681 | 99,149 | 104,307 | 105,391 | 105,315 | 18.6 | -0.1 |
| Property crimes............. | 1,018,333 | 946,682 | 1,023,828 | 1,001,380 | 986,769 | 940,998 | -7.6 | -4.6 |
| Burglary....................... | 231,909 | 202,556 | 197,189 | 188,162 | 176,638 | 164,540 | -29.0 | -6.8 |
| Motor vehicle theft......... | 165,217 | 151,790 | 170,788 | 176,676 | 168,327 | 155,170 | -6.1 | -7.8 |
| Total larceny-theft......... | 621,207 | 592,336 | 655,851 | 636,542 | 641,804 | 621,288 | 0.0 | -3.2 |
| Arson.......................... | 7,446 | 7,135 | 7,380 | 7,766 | 8,650 | 8,523 | 14.5 | -1.5 |
| **Number of clearances** | | | | | | | | |
| Violent crimes.............. | 69,135 | 71,420 | 76,342 | 77,997 | 80,122 | 79,687 | 15.3 | -0.5 |
| Homicide...................... | 1,146 | 1,091 | 1,145 | 1,140 | 1,144 | 1,116 | -2.6 | -2.4 |
| Rape[1]......................... | 3,110 | 3,921 | 5,304 | 5,585 | 5,427 | 5,329 | – | -1.8 |
| Robbery....................... | 15,409 | 14,938 | 16,264 | 16,489 | 17,324 | 16,758 | 8.8 | -3.3 |
| Aggravated assault........ | 49,470 | 51,470 | 53,629 | 54,783 | 56,227 | 56,484 | 14.2 | 0.5 |
| Property crimes............. | 137,094 | 134,955 | 128,653 | 114,766 | 103,843 | 97,984 | -28.5 | -5.6 |
| Burglary....................... | 29,979 | 28,789 | 21,525 | 20,151 | 18,871 | 18,059 | -39.8 | -4.3 |
| Motor vehicle theft......... | 13,038 | 12,328 | 14,296 | 14,916 | 15,336 | 14,631 | 12.2 | -4.6 |
| Total larceny-theft......... | 94,077 | 93,838 | 92,832 | 79,699 | 69,636 | 65,294 | -30.6 | -6.2 |
| Arson.......................... | 1,195 | 1,230 | 1,306 | 1,323 | 1,624 | 1,682 | 40.8 | 3.6 |
| **Clearance rate[2]** | | | | | | | | |
| Violent crimes.............. | 45.6 | 47.2 | 45.8 | 44.6 | 44.9 | 45.1 | -1.1 | 0.4 |
| Homicide...................... | 65.7 | 64.3 | 61.5 | 59.1 | 62.5 | 64.2 | -2.3 | 2.7 |
| Rape[1]......................... | 41.7 | 41.7 | 41.5 | 40.8 | 36.9 | 34.4 | – | -6.8 |
| Robbery....................... | 28.7 | 30.7 | 30.8 | 30.1 | 30.6 | 30.9 | 7.7 | 1.0 |
| Aggravated assault........ | 55.7 | 56.1 | 54.1 | 52.5 | 53.4 | 53.6 | -3.8 | 0.4 |
| Property crimes............. | 13.5 | 14.3 | 12.6 | 11.5 | 10.5 | 10.4 | -23.0 | -1.0 |
| Burglary....................... | 12.9 | 14.2 | 10.9 | 10.7 | 10.7 | 11.0 | -14.7 | 2.8 |
| Motor vehicle theft......... | 7.9 | 8.1 | 8.4 | 8.4 | 9.1 | 9.4 | 19.0 | 3.3 |
| Total larceny-theft......... | 15.1 | 15.8 | 14.2 | 12.5 | 10.9 | 10.5 | -30.5 | -3.7 |
| Arson.......................... | 16.0 | 17.2 | 17.7 | 17.0 | 18.8 | 19.7 | 23.1 | 4.8 |

Note: Dash indicates that a percent change was not calculated due to data definition change.

[1] In 2014, the crime of "forcible rape" was changed to "rape." The definition was expanded to include both male and female victims and reflects the various forms of sexual penetration understood to be rape.   For additional information, see Appendix 1, Data Characteristics and Known Limitations.

[2] Percentage of clearances to total crimes reported.

Table 16
**TOTAL ARRESTS, 1966-2018**
Number and Rate per 100,000 Population at Risk

| Year(s) | Total | | | Law violations | | | | | | | | | Status offenses[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Total | | | Felony | | | Misdemeanor | | | |
| | Total | Adult | Juvenile | Total | Adult | Juvenile | Total | Adult | Juvenile | Total | Adult | Juvenile | Juvenile |
| | | | | | | | Number | | | | | | |
| 2018........ | 1,091,694 | 1,045,271 | 46,423 | 1,086,759 | 1,045,271 | 41,488 | 302,514 | 285,249 | 17,265 | 784,245 | 760,022 | 24,223 | 4,935 |
| 2017........ | 1,097,083 | 1,040,834 | 56,249 | 1,090,253 | 1,040,834 | 49,419 | 306,024 | 286,651 | 19,373 | 784,229 | 754,183 | 30,046 | 6,830 |
| 2016........ | 1,120,759 | 1,058,016 | 62,743 | 1,113,428 | 1,058,016 | 55,412 | 308,860 | 289,204 | 19,656 | 804,568 | 768,812 | 35,756 | 7,331 |
| 2015........ | 1,158,812 | 1,086,889 | 71,923 | 1,150,118 | 1,086,889 | 63,229 | 314,748 | 293,367 | 21,381 | 835,370 | 793,522 | 41,848 | 8,694 |
| 2014ᵃ........ | 1,212,845 | 1,126,022 | 86,823 | 1,201,964 | 1,126,022 | 75,942 | 439,958 | 412,307 | 27,651 | 762,006 | 713,715 | 48,291 | 10,881 |
| 2013........ | 1,205,536 | 1,108,599 | 96,937 | 1,193,726 | 1,108,599 | 85,127 | 442,741 | 411,929 | 30,812 | 750,985 | 696,670 | 54,315 | 11,810 |
| 2012........ | 1,238,496 | 1,117,776 | 120,720 | 1,222,104 | 1,117,776 | 104,328 | 429,807 | 393,439 | 36,368 | 792,297 | 724,337 | 67,960 | 16,392 |
| 2011........ | 1,267,196 | 1,117,633 | 149,563 | 1,245,369 | 1,117,633 | 127,736 | 419,914 | 376,511 | 43,403 | 825,455 | 741,122 | 84,333 | 21,827 |
| 2010........ | 1,394,425 | 1,208,558 | 185,867 | 1,366,831 | 1,208,558 | 158,273 | 448,552 | 396,532 | 52,020 | 918,279 | 812,026 | 106,253 | 27,594 |
| 2009........ | 1,466,852 | 1,262,156 | 204,696 | 1,436,662 | 1,262,156 | 174,506 | 466,441 | 407,886 | 58,555 | 970,221 | 854,270 | 115,951 | 30,190 |
| 2008........ | 1,543,665 | 1,314,561 | 229,104 | 1,509,666 | 1,314,561 | 195,105 | 499,628 | 434,665 | 64,963 | 1,010,038 | 879,896 | 130,142 | 33,999 |
| 2007........ | 1,551,900 | 1,315,044 | 236,856 | 1,515,864 | 1,315,044 | 200,820 | 523,276 | 457,085 | 66,191 | 992,588 | 857,959 | 134,629 | 36,036 |
| 2006........ | 1,539,364 | 1,306,515 | 232,849 | 1,502,868 | 1,306,515 | 196,353 | 534,460 | 469,271 | 65,189 | 968,408 | 837,244 | 131,164 | 36,496 |
| 2005........ | 1,508,210 | 1,289,431 | 218,779 | 1,477,212 | 1,289,431 | 187,781 | 538,166 | 477,005 | 61,161 | 939,046 | 812,426 | 126,620 | 30,998 |
| 2004........ | 1,499,083 | 1,280,937 | 218,146 | 1,468,343 | 1,280,937 | 187,406 | 522,781 | 462,910 | 59,871 | 945,562 | 818,027 | 127,535 | 30,740 |
| 2003........ | 1,471,083 | 1,247,763 | 223,320 | 1,438,863 | 1,247,763 | 191,100 | 507,081 | 446,203 | 60,878 | 931,782 | 801,560 | 130,222 | 32,220 |
| 2002........ | 1,426,233 | 1,196,599 | 229,634 | 1,390,613 | 1,196,599 | 194,014 | 487,364 | 425,825 | 61,539 | 903,249 | 770,774 | 132,475 | 35,620 |
| 2001........ | 1,420,680 | 1,180,194 | 240,486 | 1,380,667 | 1,180,194 | 200,473 | 472,677 | 408,684 | 63,993 | 907,990 | 771,510 | 136,480 | 40,013 |
| 2000........ | 1,424,893 | 1,181,803 | 243,090 | 1,385,361 | 1,181,803 | 203,558 | 459,632 | 395,743 | 63,889 | 925,729 | 786,060 | 139,669 | 39,532 |
| 1999........ | 1,496,459 | 1,238,334 | 258,125 | 1,453,720 | 1,238,334 | 215,386 | 467,936 | 399,433 | 68,503 | 985,784 | 838,901 | 146,883 | 42,739 |
| 1998........ | 1,571,724 | 1,301,765 | 269,959 | 1,531,917 | 1,301,765 | 230,152 | 508,257 | 432,153 | 76,104 | 1,023,660 | 869,612 | 154,048 | 39,807 |
| 1997........ | 1,620,381 | 1,343,861 | 276,520 | 1,580,746 | 1,343,861 | 236,885 | 547,550 | 464,802 | 82,748 | 1,033,196 | 879,059 | 154,137 | 39,635 |
| 1996........ | 1,622,535 | 1,348,340 | 274,195 | 1,585,442 | 1,348,340 | 237,102 | 533,989 | 448,349 | 85,640 | 1,051,453 | 899,991 | 151,462 | 37,093 |
| 1995ᵇ........ | 1,656,379 | 1,394,732 | 261,647 | 1,624,207 | 1,394,732 | 229,475 | 570,803 | 482,887 | 87,916 | 1,053,404 | 911,845 | 141,559 | 32,172 |
| 1994........ | 1,652,723 | 1,394,894 | 257,829 | 1,624,789 | 1,394,894 | 229,895 | 581,264 | 489,265 | 91,999 | 1,043,525 | 905,629 | 137,896 | 27,934 |
| 1993........ | 1,667,522 | 1,412,431 | 255,091 | 1,643,443 | 1,412,431 | 231,012 | 564,307 | 472,334 | 91,973 | 1,079,136 | 940,097 | 139,039 | 24,079 |
| 1992........ | 1,718,254 | 1,471,058 | 247,196 | 1,695,153 | 1,471,058 | 224,095 | 564,416 | 470,932 | 93,484 | 1,130,737 | 1,000,126 | 130,611 | 23,101 |
| 1991........ | 1,791,312 | 1,546,002 | 245,310 | 1,767,750 | 1,546,002 | 221,748 | 541,346 | 447,681 | 93,665 | 1,226,404 | 1,098,321 | 128,083 | 23,562 |
| 1990........ | 1,979,355 | 1,736,828 | 242,527 | 1,955,744 | 1,736,828 | 218,916 | 577,268 | 485,895 | 91,373 | 1,378,476 | 1,250,933 | 127,543 | 23,611 |
| 1989........ | 1,969,168 | 1,730,927 | 238,241 | 1,946,265 | 1,730,927 | 215,338 | 590,285 | 501,259 | 89,026 | 1,355,980 | 1,229,668 | 126,312 | 22,903 |
| 1988........ | 1,903,067 | 1,673,864 | 229,203 | 1,879,183 | 1,673,864 | 205,319 | 550,446 | 469,688 | 80,758 | 1,328,737 | 1,204,176 | 124,561 | 23,884 |
| 1987........ | 1,859,342 | 1,635,731 | 223,611 | 1,834,012 | 1,635,731 | 198,281 | 496,246 | 422,663 | 73,583 | 1,337,766 | 1,213,068 | 124,698 | 25,330 |
| 1986........ | 1,794,481 | 1,558,601 | 235,880 | 1,769,204 | 1,558,601 | 210,603 | 469,982 | 393,790 | 76,192 | 1,299,222 | 1,164,811 | 134,411 | 25,277 |
| 1985........ | 1,716,040 | 1,485,079 | 230,961 | 1,690,267 | 1,485,079 | 205,188 | 413,673 | 340,152 | 73,521 | 1,276,594 | 1,144,927 | 131,667 | 25,773 |
| 1984........ | 1,680,721 | 1,458,674 | 222,047 | 1,653,997 | 1,458,674 | 195,323 | 384,861 | 315,872 | 68,989 | 1,269,136 | 1,142,802 | 126,334 | 26,724 |
| 1983........ | 1,653,914 | 1,435,788 | 218,126 | 1,631,397 | 1,435,788 | 195,609 | 373,609 | 302,421 | 71,188 | 1,257,788 | 1,133,367 | 124,421 | 22,517 |
| 1982........ | 1,621,944 | 1,378,695 | 243,249 | 1,597,903 | 1,378,695 | 219,208 | 386,995 | 302,559 | 84,436 | 1,210,908 | 1,076,136 | 134,772 | 24,041 |
| 1981........ | 1,632,351 | 1,366,481 | 265,870 | 1,604,898 | 1,366,481 | 238,417 | 386,195 | 293,168 | 93,027 | 1,218,703 | 1,073,313 | 145,390 | 27,453 |
| 1980........ | 1,542,850 | 1,260,324 | 282,526 | 1,512,454 | 1,260,324 | 252,130 | 372,190 | 274,814 | 97,376 | 1,140,264 | 985,510 | 154,754 | 30,396 |
| 1979........ | 1,442,037 | 1,147,486 | 294,552 | 1,411,235 | 1,147,485 | 263,750 | 357,632 | 256,467 | 101,165 | 1,053,603 | 891,018 | 162,585 | 30,802 |
| 1978........ | 1,382,805 | 1,098,602 | 284,203 | 1,351,539 | 1,098,602 | 252,937 | 334,647 | 233,957 | 100,690 | 1,016,892 | 864,645 | 152,247 | 31,266 |
| 1977........ | 1,402,930 | 1,091,287 | 311,643 | 1,360,991 | 1,091,287 | 269,704 | 327,215 | 224,961 | 102,254 | 1,033,776 | 866,326 | 167,450 | 41,939 |
| 1976........ | 1,395,447 | 1,043,153 | 352,294 | 1,314,685 | 1,043,153 | 271,532 | 327,535 | 224,532 | 103,003 | 987,150 | 818,621 | 168,529 | 80,762 |
| 1975........ | 1,439,857 | 1,068,907 | 370,950 | 1,353,720 | 1,068,907 | 284,813 | 393,658 | 265,816 | 127,842 | 960,062 | 803,091 | 156,971 | 86,137 |
| 1974........ | 1,488,102 | 1,079,971 | 408,131 | 1,380,204 | 1,079,971 | 300,233 | 402,421 | 267,904 | 134,517 | 977,783 | 812,067 | 165,716 | 107,898 |
| 1973........ | 1,383,234 | 1,020,617 | 362,617 | 1,280,177 | 1,020,617 | 259,560 | 358,024 | 239,395 | 118,629 | 922,153 | 781,222 | 140,931 | 103,057 |
| 1972........ | 1,340,438 | 987,206 | 353,232 | 1,154,325 | 987,206 | 167,119 | 343,578 | 240,231 | 103,347 | 810,747 | 746,975 | 63,772 | 186,113 |
| 1971........ | 1,347,479 | 968,025 | 379,454 | 1,139,121 | 968,025 | 171,096 | 332,693 | 229,476 | 103,217 | 806,428 | 738,549 | 67,879 | 208,358 |
| 1970........ | 1,340,072 | 957,137 | 382,935 | 1,123,750 | 957,137 | 166,613 | 315,232 | 214,836 | 100,396 | 808,518 | 742,301 | 66,217 | 216,322 |
| 1969........ | 1,299,951 | 905,834 | 394,117 | 1,070,157 | 905,834 | 164,323 | 299,574 | 198,529 | 101,045 | 770,583 | 707,305 | 63,278 | 229,794 |
| 1968........ | 1,188,905 | 822,454 | 366,451 | 975,102 | 822,454 | 152,648 | 258,462 | 168,511 | 89,951 | 716,640 | 653,943 | 62,697 | 213,803 |
| 1967........ | 1,118,261 | 794,834 | 323,427 | 920,248 | 794,834 | 125,414 | 203,233 | 138,488 | 64,745 | 717,015 | 656,346 | 60,669 | 198,013 |
| 1966........ | 1,047,056 | 744,036 | 303,020 | 856,191 | 744,036 | 112,155 | 166,245 | 114,283 | 51,962 | 689,946 | 629,753 | 60,193 | 190,865 |

(continued)

Table 16 - continued
**TOTAL ARRESTS, 1966-2018**
Number and Rate per 100,000 Population at Risk

| Year(s) | Total | | | Law violations | | | | | | | | | Status offenses[1] |
| | | | | Total | | | Felony | | | Misdemeanor | | | |
| | Total | Adult | Juvenile | Total | Adult | Juvenile | Total | Adult | Juvenile | Total | Adult | Juvenile | Juvenile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Rate per 100,000 population at risk[2,3] | | | | | | | | | |
| 2018...... | 3,527.5 | 3,912.2 | 1,097.5 | 3,511.6 | 3,912.2 | 980.9 | 977.5 | 1,067.6 | 408.2 | 2,534.1 | 2,844.6 | 572.7 | 116.7 |
| 2017...... | 3,565.2 | 3,917.9 | 1,337.4 | 3,543.0 | 3,917.9 | 1,175.0 | 994.5 | 1,079.0 | 460.6 | 2,548.5 | 2,838.9 | 714.4 | 162.4 |
| 2016...... | 3,655.1 | 3,994.5 | 1,502.5 | 3,631.2 | 3,994.5 | 1,326.9 | 1,007.3 | 1,091.9 | 470.7 | 2,623.9 | 2,902.6 | 856.2 | 175.6 |
| 2015...... | 3,808.6 | 4,121.8 | 1,772.7 | 3,780.0 | 4,121.8 | 1,558.4 | 1,034.5 | 1,112.5 | 527.0 | 2,745.6 | 3,009.3 | 1,031.4 | 214.3 |
| 2014[a]... | 4,017.3 | 4,309.3 | 2,138.3 | 3,981.3 | 4,309.3 | 1,870.3 | 1,457.3 | 1,577.9 | 681.0 | 2,524.0 | 2,731.4 | 1,189.3 | 268.0 |
| 2013...... | 4,028.7 | 4,292.6 | 2,365.6 | 3,989.2 | 4,292.6 | 2,077.4 | 1,479.6 | 1,595.0 | 751.9 | 2,509.7 | 2,697.6 | 1,325.5 | 288.2 |
| 2012...... | 4,165.1 | 4,367.5 | 2,914.5 | 4,109.9 | 4,367.5 | 2,518.7 | 1,445.4 | 1,537.3 | 878.0 | 2,664.5 | 2,830.2 | 1,640.7 | 395.7 |
| 2011...... | 4,287.4 | 4,408.3 | 3,558.2 | 4,213.6 | 4,408.3 | 3,039.0 | 1,420.7 | 1,485.1 | 1,032.6 | 2,792.8 | 2,923.2 | 2,006.4 | 519.3 |
| 2010...... | 4,737.7 | 4,802.2 | 4,357.4 | 4,644.0 | 4,802.2 | 3,710.5 | 1,524.0 | 1,575.6 | 1,219.6 | 3,120.0 | 3,226.6 | 2,491.0 | 646.9 |
| 2009...... | 5,042.1 | 5,079.9 | 4,820.9 | 4,938.3 | 5,079.9 | 4,109.9 | 1,603.3 | 1,641.7 | 1,379.1 | 3,335.0 | 3,438.3 | 2,730.8 | 711.0 |
| 2008...... | 5,347.0 | 5,369.2 | 5,222.9 | 5,229.2 | 5,369.2 | 4,447.8 | 1,730.6 | 1,775.4 | 1,481.0 | 3,498.6 | 3,593.9 | 2,966.9 | 775.1 |
| 2007...... | 5,426.7 | 5,435.5 | 5,378.4 | 5,300.7 | 5,435.5 | 4,560.1 | 1,829.8 | 1,889.3 | 1,503.0 | 3,470.9 | 3,546.2 | 3,057.1 | 818.3 |
| 2006...... | 5,436.1 | 5,463.0 | 5,290.4 | 5,307.2 | 5,463.0 | 4,461.2 | 1,887.4 | 1,962.2 | 1,481.1 | 3,419.8 | 3,500.8 | 2,980.1 | 829.2 |
| 2005...... | 5,373.7 | 5,445.5 | 4,986.4 | 5,263.3 | 5,445.5 | 4,279.9 | 1,917.5 | 2,014.5 | 1,394.0 | 3,345.8 | 3,431.0 | 2,885.9 | 706.5 |
| 2004...... | 5,385.5 | 5,459.7 | 4,987.6 | 5,275.1 | 5,459.7 | 4,284.8 | 1,878.1 | 1,973.0 | 1,368.9 | 3,397.0 | 3,486.6 | 2,915.9 | 702.8 |
| 2003...... | 5,350.1 | 5,387.1 | 5,152.4 | 5,232.9 | 5,387.1 | 4,409.0 | 1,844.2 | 1,926.4 | 1,404.6 | 3,388.7 | 3,460.6 | 3,004.4 | 743.4 |
| 2002...... | 5,264.5 | 5,242.1 | 5,384.2 | 5,133.0 | 5,242.1 | 4,549.0 | 1,798.9 | 1,865.5 | 1,442.9 | 3,334.0 | 3,376.6 | 3,106.1 | 835.2 |
| 2001...... | 5,319.5 | 5,239.7 | 5,749.0 | 5,169.7 | 5,239.7 | 4,792.4 | 1,769.9 | 1,814.4 | 1,529.8 | 3,399.8 | 3,425.3 | 3,262.6 | 956.5 |
| 2000...... | 5,427.6 | 5,329.2 | 5,962.6 | 5,277.0 | 5,329.2 | 4,992.9 | 1,750.8 | 1,784.6 | 1,567.1 | 3,526.2 | 3,544.7 | 3,425.9 | 969.7 |
| 1999...... | 5,820.1 | 5,666.1 | 6,692.9 | 5,653.9 | 5,666.1 | 5,584.7 | 1,819.9 | 1,827.6 | 1,776.2 | 3,834.0 | 3,838.5 | 3,808.5 | 1,108.2 |
| 1998...... | 6,221.4 | 6,055.2 | 7,170.4 | 6,063.9 | 6,055.2 | 6,113.1 | 2,011.9 | 2,010.2 | 2,021.4 | 4,052.0 | 4,045.1 | 4,091.7 | 1,057.3 |
| 1997...... | 6,290.2 | 6,126.6 | 7,228.4 | 6,136.3 | 6,126.6 | 6,192.3 | 2,125.6 | 2,119.0 | 2,163.1 | 4,010.8 | 4,007.6 | 4,029.2 | 1,036.1 |
| 1996...... | 6,349.4 | 6,177.8 | 7,354.0 | 6,204.2 | 6,177.8 | 6,359.2 | 2,089.6 | 2,054.2 | 2,296.9 | 4,114.6 | 4,123.5 | 4,062.3 | 994.8 |
| 1995[b]... | 6,593.1 | 6,485.4 | 7,233.9 | 6,465.1 | 6,485.4 | 6,344.4 | 2,272.1 | 2,245.4 | 2,430.7 | 4,193.0 | 4,240.0 | 3,913.8 | 889.5 |
| 1994...... | 6,690.3 | 6,581.7 | 7,346.0 | 6,577.2 | 6,581.7 | 6,550.1 | 2,353.0 | 2,308.6 | 2,621.2 | 4,224.2 | 4,273.1 | 3,928.9 | 795.9 |
| 1993...... | 6,852.5 | 6,750.4 | 7,478.7 | 6,753.5 | 6,750.4 | 6,772.8 | 2,319.0 | 2,257.4 | 2,696.4 | 4,434.6 | 4,493.0 | 4,076.3 | 705.9 |
| 1992...... | 7,166.7 | 7,119.9 | 7,458.1 | 7,070.3 | 7,119.9 | 6,761.1 | 2,354.1 | 2,279.3 | 2,820.5 | 4,716.2 | 4,840.6 | 3,940.6 | 697.0 |
| 1991...... | 7,595.1 | 7,594.5 | 7,599.0 | 7,495.2 | 7,594.5 | 6,869.1 | 2,295.3 | 2,199.2 | 2,901.5 | 5,199.9 | 5,395.3 | 3,967.6 | 729.9 |
| 1990...... | 8,539.4 | 8,672.2 | 7,696.0 | 8,437.6 | 8,672.2 | 6,946.8 | 2,490.5 | 2,426.1 | 2,899.5 | 5,947.1 | 6,246.0 | 4,047.3 | 749.2 |
| 1989...... | 8,742.4 | 8,898.6 | 7,753.7 | 8,640.7 | 8,898.6 | 7,008.3 | 2,620.6 | 2,576.9 | 2,897.4 | 6,020.1 | 6,321.6 | 4,110.9 | 745.4 |
| 1988...... | 8,662.1 | 8,863.3 | 7,430.5 | 8,553.4 | 8,863.3 | 6,656.3 | 2,505.4 | 2,487.0 | 2,618.1 | 6,048.0 | 6,376.2 | 4,038.2 | 774.3 |
| 1987...... | 8,654.7 | 8,900.1 | 7,202.1 | 8,536.8 | 8,900.1 | 6,386.3 | 2,309.9 | 2,299.7 | 2,370.0 | 6,226.9 | 6,600.4 | 4,016.3 | 815.8 |
| 1986...... | 8,541.3 | 8,705.7 | 7,593.7 | 8,421.0 | 8,705.7 | 6,780.0 | 2,237.0 | 2,199.6 | 2,452.9 | 6,184.0 | 6,506.2 | 4,327.1 | 813.7 |
| 1985...... | 8,345.2 | 8,501.3 | 7,463.9 | 8,219.8 | 8,501.3 | 6,631.0 | 2,011.7 | 1,947.2 | 2,376.0 | 6,208.1 | 6,554.1 | 4,255.0 | 832.9 |
| 1984...... | 8,333.6 | 8,538.5 | 7,198.9 | 8,201.1 | 8,538.5 | 6,332.5 | 1,908.3 | 1,849.0 | 2,236.7 | 6,292.8 | 6,689.5 | 4,095.8 | 866.4 |
| 1983...... | 8,327.6 | 8,565.2 | 7,041.7 | 8,214.2 | 8,565.2 | 6,314.8 | 1,881.1 | 1,804.1 | 2,298.1 | 6,333.0 | 6,761.1 | 4,016.6 | 726.9 |
| 1982...... | 8,313.0 | 8,398.7 | 7,858.5 | 8,189.8 | 8,398.7 | 7,081.8 | 1,983.5 | 1,843.1 | 2,727.8 | 6,206.3 | 6,555.6 | 4,354.0 | 776.7 |
| 1981...... | 8,513.9 | 8,496.8 | 8,602.9 | 8,370.7 | 8,496.8 | 7,714.6 | 2,014.3 | 1,822.9 | 3,010.1 | 6,356.4 | 6,673.9 | 4,704.5 | 888.3 |
| 1980...... | 8,196.1 | 7,987.4 | 9,277.8 | 8,034.6 | 7,987.4 | 8,279.6 | 1,977.2 | 1,741.6 | 3,197.7 | 6,057.4 | 6,245.7 | 5,081.9 | 998.2 |
| 1979...... | 7,849.2 | 7,488.5 | 9,662.8 | 7,681.6 | 7,488.5 | 8,652.3 | 1,946.6 | 1,673.7 | 3,318.7 | 5,734.9 | 5,814.8 | 5,333.6 | 1,010.5 |
| 1978...... | 7,676.7 | 7,365.2 | 9,177.1 | 7,503.2 | 7,365.2 | 8,167.5 | 1,857.8 | 1,568.5 | 3,251.3 | 5,645.4 | 5,796.7 | 4,916.2 | 1,009.6 |
| 1977...... | 7,962.4 | 7,541.4 | 9,897.3 | 7,724.4 | 7,541.4 | 8,565.4 | 1,857.1 | 1,554.6 | 3,247.4 | 5,867.2 | 5,986.8 | 5,317.9 | 1,331.9 |
| 1976...... | 8,080.2 | 7,408.3 | 11,047.1 | 7,612.6 | 7,408.3 | 8,514.6 | 1,896.6 | 1,594.6 | 3,229.9 | 5,716.0 | 5,813.7 | 5,284.7 | 2,532.5 |
| 1975...... | 8,512.5 | 7,805.2 | 11,521.0 | 8,003.3 | 7,805.2 | 8,845.8 | 2,327.3 | 1,941.0 | 3,970.5 | 5,676.0 | 5,864.2 | 4,875.2 | 2,675.3 |
| 1974...... | 8,984.1 | 8,095.8 | 12,660.1 | 8,332.7 | 8,095.8 | 9,313.1 | 2,429.5 | 2,008.3 | 4,172.7 | 5,903.2 | 6,087.5 | 5,140.4 | 3,347.0 |
| 1973...... | 8,519.0 | 7,832.2 | 11,310.5 | 7,884.3 | 7,832.2 | 8,096.0 | 2,205.0 | 1,837.1 | 3,700.2 | 5,679.3 | 5,995.1 | 4,395.8 | 3,214.5 |
| 1972...... | 8,416.5 | 7,737.4 | 11,152.0 | 7,247.9 | 7,737.4 | 5,276.2 | 2,157.3 | 1,882.9 | 3,262.8 | 5,090.6 | 5,854.6 | 2,013.4 | 5,875.8 |
| 1971...... | 8,606.1 | 7,717.8 | 12,183.7 | 7,275.4 | 7,717.8 | 5,493.6 | 2,124.9 | 1,829.5 | 3,314.1 | 5,150.5 | 5,888.2 | 2,179.5 | 6,690.1 |
| 1970...... | 8,714.0 | 7,756.6 | 12,601.8 | 7,307.4 | 7,756.6 | 5,483.0 | 2,049.8 | 1,741.0 | 3,303.9 | 5,257.5 | 6,015.6 | 2,179.1 | 7,118.8 |
| 1969...... | 8,844.9 | 7,770.3 | 12,966.1 | 7,281.4 | 7,770.3 | 5,406.1 | 2,038.3 | 1,703.0 | 3,324.3 | 5,243.1 | 6,067.3 | 2,081.8 | 7,560.0 |
| 1968...... | 8,268.1 | 7,212.2 | 12,314.8 | 6,781.2 | 7,212.2 | 5,129.8 | 1,797.4 | 1,477.7 | 3,022.9 | 4,983.8 | 5,734.5 | 2,107.0 | 7,185.0 |
| 1967...... | 7,950.3 | 7,123.3 | 11,130.0 | 6,542.5 | 7,123.3 | 4,315.8 | 1,444.9 | 1,241.0 | 2,228.1 | 5,097.6 | 5,881.3 | 2,087.8 | 6,814.2 |
| 1966...... | 7,724.6 | 6,843.3 | 10,729.4 | 6,251.1 | 6,843.3 | 3,971.2 | 1,213.8 | 1,051.1 | 1,839.9 | 5,037.3 | 5,792.2 | 2,131.3 | 6,758.2 |

Notes: Statewide arrest data from 1952 through 1985 can be found in Table 16 of *Crime in California*, 2006.

Since 1966 there have been many changes in laws, data collection procedures, etc.; therefore, caution should be used when comparing data for the 1966 through 2018 period.

Juvenile misdemeanor arrest data for 1973 through 2017 are not comparable to prior years because of changes in reporting criteria.

[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Limitations and Appendix 3, Arrest Offense Codes.

[b] Includes estimated annual data for the Bakersfield Police Department and the Oakland Police Department. For additional information, see Appendix 1, Data Characteristics and Known Limitations.

[1] Status offenses include truancy, incorrigibility, running away, and curfew violations. These offenses can only be committed or engaged in by a juvenile.

[2] Rates are based on annual population estimates provided by the Demographic Research Unit, California Department of Finance (see Table 52).

[3] Rates are based on the population at risk for each year. The categories are total (10-69 years of age), adult (18-69 years of age), and juvenile (10-17 years of age) (see Table 52).

Table 17
TOTAL ARRESTS, 2013-2018
Number, Rate per 100,000 Population, and Percent Change

| Year(s) | Total | | | Law violations | | | | | | | | | Status offenses[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Total | | | Felony | | | Misdemeanor | | | |
| | Total | Adult | Juvenile | Total | Adult | Juvenile | Total | Adult | Juvenile | Total | Adult | Juvenile | Juvenile |
| **Number** | | | | | | | | | | | | | |
| 2018 | 1,091,694 | 1,045,271 | 46,423 | 1,086,759 | 1,045,271 | 41,488 | 302,514 | 285,249 | 17,265 | 784,245 | 760,022 | 24,223 | 4,935 |
| 2017 | 1,097,083 | 1,040,834 | 56,249 | 1,090,253 | 1,040,834 | 49,419 | 306,024 | 286,651 | 19,373 | 784,229 | 754,183 | 30,046 | 6,830 |
| 2016 | 1,120,759 | 1,058,016 | 62,743 | 1,113,428 | 1,058,016 | 55,412 | 308,860 | 289,204 | 19,656 | 804,568 | 768,812 | 35,756 | 7,331 |
| 2015 | 1,158,812 | 1,086,889 | 71,923 | 1,150,118 | 1,086,889 | 63,229 | 314,748 | 293,367 | 21,381 | 835,370 | 793,522 | 41,848 | 8,694 |
| 2014[a] | 1,212,845 | 1,126,022 | 86,823 | 1,201,964 | 1,126,022 | 75,942 | 439,958 | 412,307 | 27,651 | 762,006 | 713,715 | 48,291 | 10,881 |
| 2013 | 1,205,536 | 1,108,599 | 96,937 | 1,193,726 | 1,108,599 | 85,127 | 442,741 | 411,929 | 30,812 | 750,985 | 696,670 | 54,315 | 11,810 |
| **Percent change in number** | | | | | | | | | | | | | |
| 2017 to 2018 | -0.5 | 0.4 | -17.5 | -0.3 | 0.4 | -16.0 | -1.1 | -0.5 | -10.9 | 0.0 | 0.8 | -19.4 | -27.7 |
| 2016 to 2017 | -2.1 | -1.6 | -10.4 | -2.1 | -1.6 | -10.8 | -0.9 | -0.9 | -1.4 | -2.5 | -1.9 | -16.0 | -6.8 |
| 2015 to 2016 | -3.3 | -2.7 | -12.8 | -3.2 | -2.7 | -12.4 | -1.9 | -1.4 | -8.1 | -3.7 | -3.1 | -14.6 | -15.7 |
| 2014 to 2015 | -4.5 | -3.5 | -17.2 | -4.3 | -3.5 | -16.7 | -28.5 | -28.8 | -22.7 | 9.6 | 11.2 | -13.3 | -20.1 |
| 2013 to 2014 | 0.6 | 1.6 | -10.4 | 0.7 | 1.6 | -10.8 | -0.6 | 0.1 | -10.3 | 1.5 | 2.4 | -11.1 | -7.9 |
| 2013 to 2018 | -9.4 | -5.7 | -52.1 | -9.0 | -5.7 | -51.3 | -31.7 | -30.8 | -44.0 | 4.4 | 9.1 | -55.4 | -58.2 |
| **Rate per 100,000 total population[2]** | | | | | | | | | | | | | |
| 2018 | 2,741.2 | 2,624.6 | 116.6 | 2,728.8 | 2,624.6 | 104.2 | 759.6 | 716.3 | 43.4 | 1,969.2 | 1,908.4 | 60.8 | 12.4 |
| 2017 | 2,769.5 | 2,627.5 | 142.0 | 2,752.3 | 2,627.5 | 124.8 | 772.5 | 723.6 | 48.9 | 1,979.7 | 1,903.9 | 75.8 | 17.2 |
| 2016 | 2,847.9 | 2,688.4 | 159.4 | 2,829.2 | 2,688.4 | 140.8 | 784.8 | 734.9 | 49.9 | 2,044.4 | 1,953.6 | 90.9 | 18.6 |
| 2015 | 2,965.9 | 2,781.8 | 184.1 | 2,943.6 | 2,781.8 | 161.8 | 805.6 | 750.8 | 54.7 | 2,138.1 | 2,031.0 | 107.1 | 22.3 |
| 2014 | 3,150.3 | 2,924.8 | 225.5 | 3,122.0 | 2,924.8 | 197.3 | 1,142.8 | 1,070.9 | 71.8 | 1,979.3 | 1,853.8 | 125.4 | 28.3 |
| 2013 | 3,155.5 | 2,901.7 | 253.7 | 3,124.6 | 2,901.7 | 222.8 | 1,158.9 | 1,078.2 | 80.6 | 1,965.7 | 1,823.5 | 142.2 | 30.9 |
| **Rate per 100,000 population at risk[2,3]** | | | | | | | | | | | | | |
| 2018 | 3,527.5 | 3,912.2 | 1,097.5 | 3,511.6 | 3,912.2 | 980.9 | 977.5 | 1,067.6 | 408.2 | 2,534.1 | 2,844.6 | 572.7 | 116.7 |
| 2017 | 3,565.2 | 3,917.9 | 1,337.4 | 3,543.0 | 3,917.9 | 1,175.0 | 994.5 | 1,079.0 | 460.6 | 2,548.5 | 2,838.9 | 714.4 | 162.4 |
| 2016 | 3,655.1 | 3,994.5 | 1,502.5 | 3,631.2 | 3,994.5 | 1,326.9 | 1,007.3 | 1,091.9 | 470.7 | 2,623.9 | 2,902.6 | 856.2 | 175.6 |
| 2015 | 3,808.6 | 4,121.8 | 1,772.7 | 3,780.0 | 4,121.8 | 1,558.4 | 1,034.5 | 1,112.5 | 527.0 | 2,745.6 | 3,009.3 | 1,031.4 | 214.3 |
| 2014 | 4,017.3 | 4,309.3 | 2,138.3 | 3,981.3 | 4,309.3 | 1,870.3 | 1,457.3 | 1,577.9 | 681.0 | 2,524.0 | 2,731.4 | 1,189.3 | 268.0 |
| 2013 | 4,028.7 | 4,292.6 | 2,365.6 | 3,989.2 | 4,292.6 | 2,077.4 | 1,479.6 | 1,595.0 | 751.9 | 2,509.7 | 2,697.6 | 1,325.5 | 288.2 |
| **Percent change in rate per 100,000 population at risk** | | | | | | | | | | | | | |
| 2017 to 2018 | -1.1 | -0.1 | -17.9 | -0.9 | -0.1 | -16.5 | -1.7 | -1.1 | -11.4 | -0.6 | 0.2 | -19.8 | -28.1 |
| 2016 to 2017 | -2.5 | -1.9 | -11.0 | -2.4 | -1.9 | -11.4 | -1.3 | -1.2 | -2.1 | -2.9 | -2.2 | -16.6 | -7.5 |
| 2015 to 2016 | -4.0 | -3.1 | -15.2 | -3.9 | -3.1 | -14.9 | -2.6 | -1.9 | -10.7 | -4.4 | -3.5 | -17.0 | -18.1 |
| 2014 to 2015 | -5.2 | -4.4 | -17.1 | -5.1 | -4.4 | -16.7 | -29.0 | -29.5 | -22.6 | 8.8 | 10.2 | -13.3 | -20.0 |
| 2013 to 2014 | -0.3 | 0.4 | -9.6 | -0.2 | 0.4 | -10.0 | -1.5 | -1.1 | -9.4 | 0.6 | 1.3 | -10.3 | -7.0 |
| 2013 to 2018 | -12.4 | -8.9 | -53.6 | -12.0 | -8.9 | -52.8 | -33.9 | -33.1 | -45.7 | 1.0 | 5.4 | -56.8 | -59.5 |

Note: Rates calculated from the total population may not add to subtotals or total because of rounding.

[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Limitations and Appendix 3, Arrest Offense Codes.

[1] Status offenses include truancy, incorrigibility, running away, and curfew violations. These offenses can only be committed or engaged in by a juvenile.

[2] Rates are based on annual population estimates provided by the Demographic Research Unit, California Department of Finance (see Table 52).

[3] Rates are based on the population at risk for each year. The categories are total (10-69 years of age), adult (18-69 years of age), and juvenile (10-17 years of age) (see Table 52).

Table 18
## TOTAL ARRESTS, 2013-2018
### By Level of Offense for Adult and Juvenile Arrests

| Level of offense | 2013 | | 2014[a] | | 2015 | | 2016 | | 2017 | | 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Total.............. | 1,205,536 | 100.0 | 1,212,845 | 100.0 | 1,158,812 | 100.0 | 1,120,759 | 100.0 | 1,097,083 | 100.0 | 1,091,694 | 100.0 |
| Total | | | | | | | | | | | | |
| Felony.............. | 442,741 | 36.7 | 439,958 | 36.3 | 314,748 | 27.2 | 308,860 | 27.6 | 306,024 | 27.9 | 302,514 | 27.7 |
| Misdemeanor......... | 750,985 | 62.3 | 762,006 | 62.8 | 835,370 | 72.1 | 804,568 | 71.8 | 784,229 | 71.5 | 784,245 | 71.8 |
| Status offenses[1] ... | 11,810 | 1.0 | 10,881 | 0.9 | 8,694 | 0.8 | 7,331 | 0.7 | 6,830 | 0.6 | 4,935 | 0.5 |
| Level of offense for adult and juvenile arrests | | | | | | | | | | | | |
| Adult.............. | 1,108,599 | 92.0 | 1,126,022 | 92.8 | 1,086,889 | 93.8 | 1,058,016 | 94.4 | 1,040,834 | 94.9 | 1,045,271 | 95.7 |
| Felony.............. | 411,929 | 34.2 | 412,307 | 34.0 | 293,367 | 25.3 | 289,204 | 25.8 | 286,651 | 26.1 | 285,249 | 26.1 |
| Misdemeanor......... | 696,670 | 57.8 | 713,715 | 58.8 | 793,522 | 68.5 | 768,812 | 68.6 | 754,183 | 68.7 | 760,022 | 69.6 |
| Juvenile.............. | 96,937 | 8.0 | 86,823 | 7.2 | 71,923 | 6.2 | 62,743 | 5.6 | 56,249 | 5.1 | 46,423 | 4.3 |
| Felony.............. | 30,812 | 2.6 | 27,651 | 2.3 | 21,381 | 1.8 | 19,656 | 1.8 | 19,373 | 1.8 | 17,265 | 1.6 |
| Misdemeanor......... | 54,315 | 4.5 | 48,291 | 4.0 | 41,848 | 3.6 | 35,756 | 3.2 | 30,046 | 2.7 | 24,223 | 2.2 |
| Status offenses[1] ... | 11,810 | 1.0 | 10,881 | 0.9 | 8,694 | 0.8 | 7,331 | 0.7 | 6,830 | 0.6 | 4,935 | 0.5 |

Note: Percentages may not add to subtotals or 100.0 because of rounding.
[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Limitations and Appendix 3, Arrest Offense Codes.
[1] Status offenses include truancy, incorrigibility, running away, and curfew violations. These offenses can only be committed or engaged in by a juvenile.

Table 19
## FELONY ARRESTS, 2013-2018
### By Category

| Category | 2013 | | 2014[a] | | 2015 | | 2016 | | 2017 | | 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Total.............. | 442,741 | 100.0 | 439,958 | 100.0 | 314,748 | 100.0 | 308,860 | 100.0 | 306,024 | 100.0 | 302,514 | 100.0 |
| Violent offenses......... | 103,123 | 23.3 | 107,791 | 24.5 | 109,756 | 34.9 | 108,977 | 35.3 | 111,478 | 36.4 | 112,461 | 37.2 |
| Property offenses....... | 106,995 | 24.2 | 97,806 | 22.2 | 73,970 | 23.5 | 75,506 | 24.4 | 77,223 | 25.2 | 72,962 | 24.1 |
| Drug offenses[1] ....... | 137,125 | 31.0 | 137,054 | 31.2 | 44,629 | 14.2 | 38,988 | 12.6 | 29,955 | 9.8 | 28,376 | 9.4 |
| All other.............. | 95,498 | 21.6 | 97,307 | 22.1 | 86,393 | 27.4 | 85,389 | 27.6 | 87,368 | 28.5 | 88,715 | 29.3 |

Note: Percentages may not add to 100.0 because of rounding.
[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Limitations and Appendix 3, Arrest Offense Codes.
[1] In November 2016, California voters passed Proposition 64 which legalized the possession and use of marijuana for individuals 21 years of age and older and reduced the offense degree for numerous state statutes. Caution should be used when comparing drug offense arrests to prior years.

Table 20
FELONY ARRESTS, 2013-2018
By Category and Offense

| Category and offense | 2013 | | 2014[a] | | 2015 | | 2016 | | 2017 | | 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Total................ | 442,741 | | 439,958 | | 314,748 | | 308,860 | | 306,024 | | 302,514 | |
| Violent offenses............ | 103,123 | 100.0 | 107,791 | 100.0 | 109,756 | 100.0 | 108,977 | 100.0 | 111,478 | 100.0 | 112,461 | 100.0 |
| Homicide................ | 1,423 | 1.4 | 1,427 | 1.3 | 1,439 | 1.3 | 1,440 | 1.3 | 1,501 | 1.3 | 1,416 | 1.3 |
| Rape[1]................ | 1,601 | 1.6 | 2,444 | 2.3 | 2,467 | 2.2 | 2,558 | 2.3 | 2,557 | 2.3 | 2,541 | 2.3 |
| Robbery................ | 15,934 | 15.5 | 14,799 | 13.7 | 15,903 | 14.5 | 15,892 | 14.6 | 17,000 | 15.2 | 16,713 | 14.9 |
| Assault................ | 82,700 | 80.2 | 87,735 | 81.4 | 88,348 | 80.5 | 87,415 | 80.2 | 88,693 | 79.6 | 90,089 | 80.1 |
| Kidnapping................ | 1,465 | 1.4 | 1,386 | 1.3 | 1,599 | 1.5 | 1,672 | 1.5 | 1,727 | 1.5 | 1,702 | 1.5 |
| Property offenses............ | 106,995 | 100.0 | 97,806 | 100.0 | 73,970 | 100.0 | 75,506 | 100.0 | 77,223 | 100.0 | 72,962 | 100.0 |
| Burglary................ | 49,694 | 46.4 | 45,112 | 46.1 | 24,101 | 32.6 | 23,209 | 30.7 | 22,551 | 29.2 | 20,887 | 28.6 |
| Theft................ | 36,339 | 34.0 | 32,308 | 33.0 | 26,533 | 35.9 | 27,643 | 36.6 | 29,507 | 38.2 | 28,964 | 39.7 |
| Motor vehicle theft............ | 13,750 | 12.9 | 13,629 | 13.9 | 17,234 | 23.3 | 18,344 | 24.3 | 19,216 | 24.9 | 17,714 | 24.3 |
| Forgery, checks, access cards..... | 6,261 | 5.9 | 5,860 | 6.0 | 5,068 | 6.9 | 5,166 | 6.8 | 4,566 | 5.9 | 4,031 | 5.5 |
| Arson................ | 951 | 0.9 | 897 | 0.9 | 1,034 | 1.4 | 1,144 | 1.5 | 1,383 | 1.8 | 1,366 | 1.9 |
| Drug offenses............... | 137,125 | 100.0 | 137,054 | 100.0 | 44,629 | 100.0 | 38,988 | 100.0 | 29,955 | 100.0 | 28,376 | 100.0 |
| Narcotics................ | 37,133 | 27.1 | 36,476 | 26.6 | 11,596 | 26.0 | 10,228 | 26.2 | 9,605 | 32.1 | 9,061 | 31.9 |
| Marijuana[2]................ | 13,779 | 10.0 | 13,300 | 9.7 | 8,866 | 19.9 | 7,949 | 20.4 | 2,086 | 7.0 | 1,617 | 5.7 |
| Dangerous drugs................ | 85,035 | 62.0 | 85,931 | 62.7 | 22,712 | 50.9 | 19,518 | 50.1 | 17,107 | 57.1 | 16,457 | 58.0 |
| Other................ | 1,178 | 0.9 | 1,347 | 1.0 | 1,455 | 3.3 | 1,293 | 3.3 | 1,157 | 3.9 | 1,241 | 4.4 |
| All other................ | 95,498 | 100.0 | 97,307 | 100.0 | 86,393 | 100.0 | 85,389 | 100.0 | 87,368 | 100.0 | 88,715 | 100.0 |

Note: Percentages may not add to 100.0 because of rounding.

[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Limitations and Appendix 3, Arrest Offense Codes.

[1] In 2014, the crime of "forcible rape" was changed to "rape." The definition was expanded to include both male and female victims and reflects the various forms of sexual penetration understood to be rape. For additional information, see Appendix 1, Data Characteristics and Known Limitations.

[2] In November 2016, California voters passed Proposition 64 which legalized the possession and use of marijuana for individuals 21 years of age and older and reduced the offense degree for numerous state statutes. Caution should be used when comparing drug offense arrests to prior years.

Table 21
FELONY ARRESTS, 2013-2018
By Category and Offense for Adult and Juvenile Arrests

| Category and offense | 2013 Number | Percent | 2014[a] Number | Percent | 2015 Number | Percent | 2016 Number | Percent | 2017 Number | Percent | 2018 Number | Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Adult and juvenile arrests | | | | | | | |
| Total.......................... | 442,741 | 100.0 | 439,958 | 100.0 | 314,748 | 100.0 | 308,860 | 100.0 | 306,024 | 100.0 | 302,514 | 100.0 |
| Adult.......................... | 411,929 | 93.0 | 412,307 | 93.7 | 293,367 | 93.2 | 289,204 | 93.6 | 286,651 | 93.7 | 285,249 | 94.3 |
| Juvenile...................... | 30,812 | 7.0 | 27,651 | 6.3 | 21,381 | 6.8 | 19,656 | 6.4 | 19,373 | 6.3 | 17,265 | 5.7 |
| | | | Category and offense for adult and juvenile arrests | | | | | | | | | |
| Violent offenses.......... | 103,123 | 100.0 | 107,791 | 100.0 | 109,756 | 100.0 | 108,977 | 100.0 | 111,478 | 100.0 | 112,461 | 100.0 |
| Adult.......................... | 94,820 | 91.9 | 99,767 | 92.6 | 102,415 | 93.3 | 101,849 | 93.5 | 104,187 | 93.5 | 105,141 | 93.5 |
| Juvenile...................... | 8,303 | 8.1 | 8,024 | 7.4 | 7,341 | 6.7 | 7,128 | 6.5 | 7,291 | 6.5 | 7,320 | 6.5 |
| Homicide..................... | 1,423 | 100.0 | 1,427 | 100.0 | 1,439 | 100.0 | 1,440 | 100.0 | 1,501 | 100.0 | 1,416 | 100.0 |
| Adult.......................... | 1,318 | 92.6 | 1,332 | 93.3 | 1,351 | 93.9 | 1,349 | 93.7 | 1,403 | 93.5 | 1,332 | 94.1 |
| Juvenile...................... | 105 | 7.4 | 95 | 6.7 | 88 | 6.1 | 91 | 6.3 | 98 | 6.5 | 84 | 5.9 |
| Rape[1]........................ | 1,601 | 100.0 | 2,444 | 100.0 | 2,467 | 100.0 | 2,558 | 100.0 | 2,557 | 100.0 | 2,541 | 100.0 |
| Adult.......................... | 1,484 | 92.7 | 2,169 | 88.7 | 2,217 | 89.9 | 2,285 | 89.3 | 2,267 | 88.7 | 2,296 | 90.4 |
| Juvenile...................... | 117 | 7.3 | 275 | 11.3 | 250 | 10.1 | 273 | 10.7 | 290 | 11.3 | 245 | 9.6 |
| Robbery....................... | 15,934 | 100.0 | 14,799 | 100.0 | 15,903 | 100.0 | 15,892 | 100.0 | 17,000 | 100.0 | 16,713 | 100.0 |
| Adult.......................... | 12,828 | 80.5 | 12,062 | 81.5 | 13,306 | 83.7 | 13,288 | 83.6 | 14,037 | 82.6 | 13,763 | 82.3 |
| Juvenile...................... | 3,106 | 19.5 | 2,737 | 18.5 | 2,597 | 16.3 | 2,604 | 16.4 | 2,963 | 17.4 | 2,950 | 17.7 |
| Assault....................... | 82,700 | 100.0 | 87,735 | 100.0 | 88,348 | 100.0 | 87,415 | 100.0 | 88,693 | 100.0 | 90,089 | 100.0 |
| Adult.......................... | 77,794 | 94.1 | 82,885 | 94.5 | 84,019 | 95.1 | 83,338 | 95.3 | 84,835 | 95.7 | 86,116 | 95.6 |
| Juvenile...................... | 4,906 | 5.9 | 4,850 | 5.5 | 4,329 | 4.9 | 4,077 | 4.7 | 3,858 | 4.3 | 3,973 | 4.4 |
| Kidnapping.................. | 1,465 | 100.0 | 1,386 | 100.0 | 1,599 | 100.0 | 1,672 | 100.0 | 1,727 | 100.0 | 1,702 | 100.0 |
| Adult.......................... | 1,396 | 95.3 | 1,319 | 95.2 | 1,522 | 95.2 | 1,589 | 95.0 | 1,645 | 95.3 | 1,634 | 96.0 |
| Juvenile...................... | 69 | 4.7 | 67 | 4.8 | 77 | 4.8 | 83 | 5.0 | 82 | 4.7 | 68 | 4.0 |

(continued)

Table 21 - continued
FELONY ARRESTS, 2013-2018
By Category and Offense for Adult and Juvenile Arrests

| Category and offense | 2013 | | 2014[a] | | 2015 | | 2016 | | 2017 | | 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Property offenses......... | 106,995 | 100.0 | 97,806 | 100.0 | 73,970 | 100.0 | 75,506 | 100.0 | 77,223 | 100.0 | 72,962 | 100.0 |
| Adult...................... | 95,201 | 89.0 | 87,672 | 89.6 | 67,285 | 91.0 | 69,640 | 92.2 | 70,987 | 91.9 | 68,162 | 93.4 |
| Juvenile.................. | 11,794 | 11.0 | 10,134 | 10.4 | 6,685 | 9.0 | 5,866 | 7.8 | 6,236 | 8.1 | 4,800 | 6.6 |
| Burglary.................... | 49,694 | 100.0 | 45,112 | 100.0 | 24,101 | 100.0 | 23,209 | 100.0 | 22,551 | 100.0 | 20,887 | 100.0 |
| Adult...................... | 42,289 | 85.1 | 38,592 | 85.5 | 20,595 | 85.5 | 20,408 | 87.9 | 19,880 | 88.2 | 18,941 | 90.7 |
| Juvenile.................. | 7,405 | 14.9 | 6,520 | 14.5 | 3,506 | 14.5 | 2,801 | 12.1 | 2,671 | 11.8 | 1,946 | 9.3 |
| Theft....................... | 36,339 | 100.0 | 32,308 | 100.0 | 26,533 | 100.0 | 27,643 | 100.0 | 29,507 | 100.0 | 28,964 | 100.0 |
| Adult...................... | 33,802 | 93.0 | 30,346 | 93.9 | 25,107 | 94.6 | 26,314 | 95.2 | 27,919 | 94.6 | 27,664 | 95.5 |
| Juvenile.................. | 2,537 | 7.0 | 1,962 | 6.1 | 1,426 | 5.4 | 1,329 | 4.8 | 1,588 | 5.4 | 1,300 | 4.5 |
| Motor vehicle theft......... | 13,750 | 100.0 | 13,629 | 100.0 | 17,234 | 100.0 | 18,344 | 100.0 | 19,216 | 100.0 | 17,714 | 100.0 |
| Adult...................... | 12,287 | 89.4 | 12,289 | 90.2 | 15,749 | 91.4 | 16,884 | 92.0 | 17,494 | 91.0 | 16,341 | 92.2 |
| Juvenile.................. | 1,463 | 10.6 | 1,340 | 9.8 | 1,485 | 8.6 | 1,460 | 8.0 | 1,722 | 9.0 | 1,373 | 7.8 |
| Forgery, checks, access cards............ | 6,261 | 100.0 | 5,860 | 100.0 | 5,068 | 100.0 | 5,166 | 100.0 | 4,566 | 100.0 | 4,031 | 100.0 |
| Adult...................... | 6,160 | 98.4 | 5,766 | 98.4 | 4,988 | 98.4 | 5,098 | 98.7 | 4,511 | 98.8 | 3,997 | 99.2 |
| Juvenile.................. | 101 | 1.6 | 94 | 1.6 | 80 | 1.6 | 68 | 1.3 | 55 | 1.2 | 34 | 0.8 |
| Arson...................... | 951 | 100.0 | 897 | 100.0 | 1,034 | 100.0 | 1,144 | 100.0 | 1,383 | 100.0 | 1,366 | 100.0 |
| Adult...................... | 663 | 69.7 | 679 | 75.7 | 846 | 81.8 | 936 | 81.8 | 1,183 | 85.5 | 1,219 | 89.2 |
| Juvenile.................. | 288 | 30.3 | 218 | 24.3 | 188 | 18.2 | 208 | 18.2 | 200 | 14.5 | 147 | 10.8 |
| Drug offenses.............. | 137,125 | 100.0 | 137,054 | 100.0 | 44,629 | 100.0 | 38,988 | 100.0 | 29,955 | 100.0 | 28,376 | 100.0 |
| Adult...................... | 133,727 | 97.5 | 133,996 | 97.8 | 43,096 | 96.6 | 37,655 | 96.6 | 29,279 | 97.7 | 27,889 | 98.3 |
| Juvenile.................. | 3,398 | 2.5 | 3,058 | 2.2 | 1,533 | 3.4 | 1,333 | 3.4 | 676 | 2.3 | 487 | 1.7 |
| Narcotics.................. | 37,133 | 100.0 | 36,476 | 100.0 | 11,596 | 100.0 | 10,228 | 100.0 | 9,605 | 100.0 | 9,061 | 100.0 |
| Adult...................... | 36,438 | 98.1 | 35,875 | 98.4 | 11,317 | 97.6 | 9,961 | 97.4 | 9,359 | 97.4 | 8,887 | 98.1 |
| Juvenile.................. | 695 | 1.9 | 601 | 1.6 | 279 | 2.4 | 267 | 2.6 | 246 | 2.6 | 174 | 1.9 |
| Marijuana[2]................ | 13,779 | 100.0 | 13,300 | 100.0 | 8,866 | 100.0 | 7,949 | 100.0 | 2,086 | 100.0 | 1,617 | 100.0 |
| Adult...................... | 12,223 | 88.7 | 11,917 | 89.6 | 7,987 | 90.1 | 7,254 | 91.3 | 1,907 | 91.4 | 1,489 | 92.1 |
| Juvenile.................. | 1,556 | 11.3 | 1,383 | 10.4 | 879 | 9.9 | 695 | 8.7 | 179 | 8.6 | 128 | 7.9 |
| Dangerous drugs........... | 85,035 | 100.0 | 85,931 | 100.0 | 22,712 | 100.0 | 19,518 | 100.0 | 17,107 | 100.0 | 16,457 | 100.0 |
| Adult...................... | 83,909 | 98.7 | 84,882 | 98.8 | 22,361 | 98.5 | 19,153 | 98.1 | 16,867 | 98.6 | 16,277 | 98.9 |
| Juvenile.................. | 1,126 | 1.3 | 1,049 | 1.2 | 351 | 1.5 | 365 | 1.9 | 240 | 1.4 | 180 | 1.1 |
| Other...................... | 1,178 | 100.0 | 1,347 | 100.0 | 1,455 | 100.0 | 1,293 | 100.0 | 1,157 | 100.0 | 1,241 | 100.0 |
| Adult...................... | 1,157 | 98.2 | 1,322 | 98.1 | 1,431 | 98.4 | 1,287 | 99.5 | 1,146 | 99.0 | 1,236 | 99.6 |
| Juvenile.................. | 21 | 1.8 | 25 | 1.9 | 24 | 1.6 | 6 | 0.5 | 11 | 1.0 | 5 | 0.4 |
| All other................... | 95,498 | 100.0 | 97,307 | 100.0 | 86,393 | 100.0 | 85,389 | 100.0 | 87,368 | 100.0 | 88,715 | 100.0 |
| Adult...................... | 88,181 | 92.3 | 90,872 | 93.4 | 80,571 | 93.3 | 80,060 | 93.8 | 82,198 | 94.1 | 84,057 | 94.7 |
| Juvenile.................. | 7,317 | 7.7 | 6,435 | 6.6 | 5,822 | 6.7 | 5,329 | 6.2 | 5,170 | 5.9 | 4,658 | 5.3 |

[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Limitations and Appendix 3, Arrest Offense Codes.

[1] In 2014, the crime of "forcible rape" was changed to "rape." The definition was expanded to include both male and female victims and reflects the various forms of sexual penetration understood to be rape. For additional information, see Appendix 1, Data Characteristics and Known Limitations.

[2] In November 2016, California voters passed Proposition 64 which legalized the possession and use of marijuana for individuals 21 years of age and older and reduced the offense degree for numerous state statutes. Caution should be used when comparing drug offense arrests to prior years.

Table 22
FELONY ARRESTS, 2013-2018
Number, Rate per 100,000 Population at Risk, and Percent Change

| Year(s) | Total | | | Violent offenses | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Homicide | | | Rape[1] | | | Robbery | | | Assault | | | Kidnapping | | |
| | Total | Adult | Juve-nile | Total | Adult | Juve-nile | Total | Adult | Juve-nile | Total | Adult | Juve-nile | Total | Adult | Juve-nile | Total | Adult | Juve-nile |
| **Number** | | | | | | | | | | | | | | | | | | |
| 2018 | 302,514 | 285,249 | 17,265 | 1,416 | 1,332 | 84 | 2,541 | 2,296 | 245 | 16,713 | 13,763 | 2,950 | 90,089 | 86,116 | 3,973 | 1,702 | 1,634 | 68 |
| 2017 | 306,024 | 286,651 | 19,373 | 1,501 | 1,403 | 98 | 2,557 | 2,267 | 290 | 17,000 | 14,037 | 2,963 | 88,693 | 84,835 | 3,858 | 1,727 | 1,645 | 82 |
| 2016 | 308,860 | 289,204 | 19,656 | 1,440 | 1,349 | 91 | 2,558 | 2,285 | 273 | 15,892 | 13,288 | 2,604 | 87,415 | 83,338 | 4,077 | 1,672 | 1,589 | 83 |
| 2015 | 314,748 | 293,367 | 21,381 | 1,439 | 1,351 | 88 | 2,467 | 2,217 | 250 | 15,903 | 13,306 | 2,597 | 88,348 | 84,019 | 4,329 | 1,599 | 1,522 | 77 |
| 2014[b] | 439,958 | 412,307 | 27,651 | 1,427 | 1,332 | 95 | 2,444 | 2,169 | 275 | 14,799 | 12,062 | 2,737 | 87,735 | 82,885 | 4,850 | 1,386 | 1,319 | 67 |
| 2013 | 442,741 | 411,929 | 30,812 | 1,423 | 1,318 | 105 | 1,601 | 1,484 | 117 | 15,934 | 12,828 | 3,106 | 82,700 | 77,794 | 4,906 | 1,465 | 1,396 | 69 |
| **Percent change in number** | | | | | | | | | | | | | | | | | | |
| 2017 to 2018 | -1.1 | -0.5 | -10.9 | -5.7 | -5.1 | -14.3 | -0.6 | 1.3 | -15.5 | -1.7 | -2.0 | -0.4 | 1.6 | 1.5 | 3.0 | -1.4 | -0.7 | -17.1 |
| 2016 to 2017 | -0.9 | -0.9 | -1.4 | 4.2 | 4.0 | 7.7 | 0.0 | -0.8 | 6.2 | 7.0 | 5.6 | 13.8 | 1.5 | 1.8 | -5.4 | 3.3 | 3.5 | -1.2 |
| 2015 to 2016 | -1.9 | -1.4 | -8.1 | 0.1 | 0.1 | 3.4 | 3.7 | 3.1 | 9.2 | -0.1 | -0.1 | 0.3 | -1.1 | -0.8 | -5.8 | 4.6 | 4.4 | 7.8 |
| 2014 to 2015 | -28.5 | -28.8 | -22.7 | 0.8 | 1.4 | -7.4 | 0.9 | 2.2 | -9.1 | 7.5 | 10.3 | -5.1 | 0.7 | 1.4 | -10.7 | 15.4 | 15.4 | 14.9 |
| 2013 to 2014 | -0.6 | 0.1 | -10.3 | 0.3 | 1.1 | -9.5 | 52.7 | 46.2 | 135.0 | -7.1 | -6.0 | -11.9 | 6.1 | 6.5 | -1.1 | -5.4 | -5.5 | -2.9 |
| 2013 to 2018 | -31.7 | -30.8 | -44.0 | -0.5 | -1.1 | -20.0 | 58.7 | 54.7 | 109.4 | 4.9 | 7.3 | -5.0 | 8.9 | 10.7 | -19.0 | 16.2 | 17.0 | -1.4 |
| **Rate per 100,000 population at risk[3]** | | | | | | | | | | | | | | | | | | |
| 2018 | 977.5 | 1,067.6 | 408.2 | 4.6 | 5.0 | 2.0 | 8.2 | 8.6 | 5.8 | 54.0 | 51.5 | 69.7 | 291.1 | 322.3 | 93.9 | 5.5 | 6.1 | 1.6 |
| 2017 | 994.5 | 1,079.0 | 460.6 | 4.9 | 5.3 | 2.3 | 8.3 | 8.5 | 6.9 | 55.2 | 52.8 | 70.5 | 288.2 | 319.3 | 91.7 | 5.6 | 6.2 | 1.9 |
| 2016 | 1,007.3 | 1,091.9 | 470.7 | 4.7 | 5.1 | 2.2 | 8.3 | 8.6 | 6.5 | 51.8 | 50.2 | 62.4 | 285.1 | 314.6 | 97.6 | 5.5 | 6.0 | 2.0 |
| 2015 | 1,034.5 | 1,112.5 | 527.0 | 4.7 | 5.1 | 2.2 | 8.1 | 8.4 | 6.2 | 52.3 | 50.5 | 64.0 | 290.4 | 318.6 | 106.7 | 5.3 | 5.8 | 1.9 |
| 2014 | 1,457.3 | 1,577.9 | 681.0 | 4.7 | 5.1 | 2.3 | 8.1 | 8.3 | 6.8 | 49.0 | 46.2 | 67.4 | 290.6 | 317.2 | 119.4 | 4.6 | 5.0 | 1.7 |
| 2013 | 1,479.6 | 1,595.0 | 751.9 | 4.8 | 5.1 | 2.6 | 5.4 | 5.7 | 2.9 | 53.2 | 49.7 | 75.8 | 276.4 | 301.2 | 119.7 | 4.9 | 5.4 | 1.7 |
| **Percent change in rate** | | | | | | | | | | | | | | | | | | |
| 2017 to 2018 | -1.7 | -1.1 | -11.4 | -6.1 | -5.7 | -13.0 | -1.2 | 1.2 | -15.9 | -2.2 | -2.5 | -1.1 | 1.0 | 0.9 | 2.4 | -1.8 | -1.6 | -15.8 |
| 2016 to 2017 | -1.3 | -1.2 | -2.1 | -4.3 | -3.9 | -4.5 | -1.0 | -1.2 | 6.2 | -6.6 | -5.2 | 13.0 | 1.1 | 1.5 | -6.0 | 1.8 | 3.3 | -5.0 |
| 2015 to 2016 | -2.6 | -1.9 | -10.7 | 0.0 | 0.0 | 0.0 | 2.5 | 2.4 | 4.8 | -1.0 | -0.6 | -2.5 | -1.8 | -1.3 | -8.5 | 3.8 | 3.4 | 5.3 |
| 2014 to 2015 | -29.0 | -29.5 | -22.6 | 0.0 | 0.0 | -4.3 | 1.0 | 1.2 | -8.8 | 6.7 | 9.3 | -5.0 | -0.1 | 0.4 | -10.6 | 15.2 | 16.0 | 11.8 |
| 2013 to 2014 | -1.5 | -1.1 | -9.4 | -2.1 | 0.0 | -11.5 | 50.0 | 45.6 | 134.5 | -7.9 | -7.0 | -11.1 | 5.1 | 5.3 | -0.3 | -6.1 | -7.4 | 0.0 |
| 2013 to 2018 | -33.9 | -33.1 | -45.7 | -4.2 | -2.0 | -23.1 | 51.9 | 50.9 | 100.0 | 1.5 | 3.6 | -8.0 | 5.3 | 7.0 | -21.6 | 12.2 | 13.0 | -5.9 |

(continued)

## Table 22 - continued
## FELONY ARRESTS, 2013-2018
### Number, Rate per 100,000 Population at Risk, and Percent Change

| Year(s) | Total | | | Property offenses | | | | | | | | | | | | | | |
| | | | | Burglary | | | Theft | | | Motor vehicle theft | | | Forgery, checks, access cards | | | Arson | | |
| | Total | Adult | Juve-nile | Total | Adult | Juve-nile | Total | Adult | Juve-nile | Total | Adult | Juve-nile | Total | Adult | Juve-nile | Total | Adult | Juve-nile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Number | | | | | | | | |
| 2018............. | 72,962 | 68,162 | 4,800 | 20,887 | 18,941 | 1,946 | 28,964 | 27,664 | 1,300 | 17,714 | 16,341 | 1,373 | 4,031 | 3,997 | 34 | 1,366 | 1,219 | 147 |
| 2017............. | 77,223 | 70,987 | 6,236 | 22,551 | 19,880 | 2,671 | 29,507 | 27,919 | 1,588 | 19,216 | 17,494 | 1,722 | 4,566 | 4,511 | 55 | 1,383 | 1,183 | 200 |
| 2016............. | 75,506 | 69,640 | 5,866 | 23,209 | 20,408 | 2,801 | 27,643 | 26,314 | 1,329 | 18,344 | 16,884 | 1,460 | 5,166 | 5,098 | 68 | 1,144 | 936 | 208 |
| 2015............. | 73,970 | 67,285 | 6,685 | 24,101 | 20,595 | 3,506 | 26,533 | 25,107 | 1,426 | 17,234 | 15,749 | 1,485 | 5,068 | 4,988 | 80 | 1,034 | 846 | 188 |
| 2014[a]......... | 97,806 | 87,672 | 10,134 | 45,112 | 38,592 | 6,520 | 32,308 | 30,346 | 1,962 | 13,629 | 12,289 | 1,340 | 5,860 | 5,766 | 94 | 897 | 679 | 218 |
| 2013............. | 106,995 | 95,201 | 11,794 | 49,694 | 42,289 | 7,405 | 36,339 | 33,802 | 2,537 | 13,750 | 12,287 | 1,463 | 6,261 | 6,160 | 101 | 951 | 663 | 288 |
| | | | | | | | | | | Percent change in number | | | | | | | | |
| 2017 to 2018.. | -5.5 | -4.0 | -23.0 | -7.4 | -4.7 | -27.1 | -1.8 | -0.9 | -18.1 | -7.8 | -6.6 | -20.3 | -11.7 | -11.4 | -38.2 | -1.2 | 3.0 | -26.5 |
| 2016 to 2017.. | 2.3 | 1.9 | 6.3 | -2.8 | -2.6 | -4.6 | 6.7 | 6.1 | 19.5 | 4.8 | 3.6 | 17.9 | -11.6 | -11.5 | -19.1 | 20.9 | 26.4 | -3.8 |
| 2015 to 2016.. | 2.1 | 3.5 | -12.3 | -3.7 | -0.9 | -20.1 | 4.2 | 4.8 | -6.8 | 6.4 | 7.2 | -1.7 | 1.9 | 2.2 | -15.0 | 10.6 | 10.6 | 10.6 |
| 2014 to 2015.. | -24.4 | -23.3 | -34.0 | -46.6 | -46.6 | -46.2 | -17.9 | -17.3 | -27.3 | 26.5 | 28.2 | 10.8 | -13.5 | -13.5 | -14.9 | 15.3 | 24.6 | -13.8 |
| 2013 to 2014.. | -8.6 | -7.9 | -14.1 | -9.2 | -8.7 | -12.0 | -11.1 | -10.2 | -22.7 | -0.9 | 0.0 | -8.4 | -6.4 | -6.4 | -6.9 | -5.7 | 2.4 | -24.3 |
| 2013 to 2018.. | -31.8 | -28.4 | -59.3 | -58.0 | -55.2 | -73.7 | -20.3 | -18.2 | -48.8 | 28.8 | 33.0 | -6.2 | -35.6 | -35.1 | -66.3 | 43.6 | 83.9 | -49.0 |
| | | | | | | | | | | Rate per 100,000 population at risk[3] | | | | | | | | |
| 2018............. | 235.8 | 255.1 | 113.5 | 67.5 | 70.9 | 46.0 | 93.6 | 103.5 | 30.7 | 57.2 | 61.2 | 32.5 | 13.0 | 15.0 | 0.8 | 4.4 | 4.6 | 3.5 |
| 2017............. | 251.0 | 267.2 | 148.3 | 73.3 | 74.8 | 63.5 | 95.9 | 105.1 | 37.8 | 62.4 | 65.9 | 40.9 | 14.8 | 17.0 | 1.3 | 4.5 | 4.5 | 4.8 |
| 2016............. | 246.2 | 262.9 | 140.5 | 75.7 | 77.0 | 67.1 | 90.2 | 99.3 | 31.8 | 59.8 | 63.7 | 35.0 | 16.8 | 19.2 | 1.6 | 3.7 | 3.5 | 5.0 |
| 2015............. | 243.1 | 255.2 | 164.8 | 79.2 | 78.1 | 86.4 | 87.2 | 95.2 | 35.1 | 56.6 | 59.7 | 36.6 | 16.7 | 18.9 | 2.0 | 3.4 | 3.2 | 4.6 |
| 2014............. | 324.0 | 335.5 | 249.6 | 149.4 | 147.7 | 160.6 | 107.0 | 116.1 | 48.3 | 45.1 | 47.0 | 33.0 | 19.4 | 22.1 | 2.3 | 3.0 | 2.6 | 5.4 |
| 2013............. | 357.6 | 368.6 | 287.8 | 166.1 | 163.7 | 180.7 | 121.4 | 130.9 | 61.9 | 46.0 | 47.6 | 35.7 | 20.9 | 23.9 | 2.5 | 3.2 | 2.6 | 7.0 |
| | | | | | | | | | | Percent change in rate | | | | | | | | |
| 2017 to 2018.. | -6.1 | -4.5 | -23.5 | -7.9 | -5.2 | -27.6 | -2.4 | -1.5 | -18.8 | -8.3 | -7.1 | -20.5 | -12.2 | -11.8 | -38.5 | -2.2 | 2.2 | -27.1 |
| 2016 to 2017.. | 1.9 | 1.6 | 5.6 | -3.2 | -2.9 | -5.4 | 6.3 | 5.8 | 18.9 | 4.3 | 3.5 | 16.9 | -11.9 | -11.5 | -18.8 | 21.6 | 28.6 | -4.0 |
| 2015 to 2016.. | 1.3 | 3.0 | -14.7 | -4.4 | -1.4 | -22.3 | 3.4 | 4.3 | -9.4 | 5.7 | 6.7 | -4.4 | 0.6 | 1.6 | -20.0 | 8.8 | 9.4 | 8.7 |
| 2014 to 2015.. | -25.0 | -23.9 | -34.0 | -47.0 | -47.1 | -46.2 | -18.5 | -18.0 | -27.3 | 25.5 | 27.0 | 10.9 | -13.9 | -14.5 | -13.0 | 13.3 | 23.1 | -14.8 |
| 2013 to 2014.. | -9.4 | -9.0 | -13.3 | -10.1 | -9.8 | -11.1 | -11.9 | -11.3 | -22.0 | -2.0 | -1.3 | -7.6 | -7.2 | -7.5 | -8.0 | -6.3 | 0.0 | -22.9 |
| 2013 to 2018.. | -34.1 | -30.8 | -60.6 | -59.4 | -56.7 | -74.5 | -22.9 | -20.9 | -50.4 | 24.3 | 28.6 | -9.0 | -37.8 | -37.2 | -68.0 | 37.5 | 76.9 | -50.0 |

(continued)

Table 22 - continued
**FELONY ARRESTS, 2013-2018**
Number, Rate per 100,000 Population at Risk, and Percent Change

| Year(s) | Drug offenses | | | | | | | | | | | | | | | All other | | |
| | Total | | | Narcotics | | | Marijuana[2] | | | Dangerous drugs | | | Other | | | | | |
| | Total | Adult | Juve-nile | Total | Adult | Juve-nile | Total | Adult | Juve-nile | Total | Adult | Juve-nile | Total | Adult | Juve-nile | Total | Adult | Juve-nile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Number | | | | | | | | | |
| 2018 | 28,376 | 27,889 | 487 | 9,061 | 8,887 | 174 | 1,617 | 1,489 | 128 | 16,457 | 16,277 | 180 | 1,241 | 1,236 | 5 | 88,715 | 84,057 | 4,658 |
| 2017 | 29,955 | 29,279 | 676 | 9,605 | 9,359 | 246 | 2,086 | 1,907 | 179 | 17,107 | 16,867 | 240 | 1,157 | 1,146 | 11 | 87,368 | 82,198 | 5,170 |
| 2016 | 38,988 | 37,655 | 1,333 | 10,228 | 9,961 | 267 | 7,949 | 7,254 | 695 | 19,518 | 19,153 | 365 | 1,293 | 1,287 | 6 | 85,389 | 80,060 | 5,329 |
| 2015 | 44,629 | 43,096 | 1,533 | 11,596 | 11,317 | 279 | 8,866 | 7,987 | 879 | 22,712 | 22,361 | 351 | 1,455 | 1,431 | 24 | 86,393 | 80,571 | 5,822 |
| 2014[4] | 137,054 | 133,996 | 3,058 | 36,476 | 35,875 | 601 | 13,300 | 11,917 | 1,383 | 85,931 | 84,882 | 1,049 | 1,347 | 1,322 | 25 | 97,307 | 90,872 | 6,435 |
| 2013 | 137,125 | 133,727 | 3,398 | 37,133 | 36,438 | 695 | 13,779 | 12,223 | 1,556 | 85,035 | 83,909 | 1,126 | 1,178 | 1,157 | 21 | 95,498 | 88,181 | 7,317 |
| | | | | | | | | | Percent change in number | | | | | | | | | |
| 2017 to 2018 | -5.3 | -4.7 | -28.0 | -5.7 | -5.0 | -29.3 | -22.5 | -21.9 | -28.5 | -3.8 | -3.5 | -25.0 | 7.3 | 7.9 | - | 1.5 | 2.3 | -9.9 |
| 2016 to 2017 | -23.2 | -22.2 | -49.3 | -6.1 | -6.0 | -7.9 | -73.8 | -73.7 | -74.2 | -12.4 | -11.9 | -34.2 | -10.5 | -11.0 | - | 2.3 | 2.7 | -3.0 |
| 2015 to 2016 | -12.6 | -12.6 | -13.0 | -11.8 | -12.0 | -4.3 | -10.3 | -9.2 | -20.9 | -14.1 | -14.3 | 4.0 | -11.1 | -10.1 | - | -1.2 | -0.6 | -8.5 |
| 2014 to 2015 | -67.4 | -67.8 | -49.9 | -68.2 | -68.5 | -53.6 | -33.3 | -33.0 | -36.4 | -73.6 | -73.7 | -66.5 | 8.0 | 8.2 | - | -11.2 | -11.3 | -9.5 |
| 2013 to 2014 | -0.1 | 0.2 | -10.0 | -1.8 | -1.5 | -13.5 | -3.5 | -2.5 | -11.1 | 1.1 | 1.2 | -6.8 | 14.3 | 14.3 | - | 1.9 | 3.1 | -12.1 |
| 2013 to 2018 | -79.3 | -79.1 | -85.7 | -75.6 | -75.6 | -75.0 | -88.3 | -87.8 | -91.8 | -80.6 | -80.6 | -84.0 | 5.3 | 6.8 | - | -7.1 | -4.7 | -36.3 |
| | | | | | | | | | Rate per 100,000 population at risk[3] | | | | | | | | | |
| 2018 | 91.7 | 104.4 | 11.5 | 29.3 | 33.3 | 4.1 | 5.2 | 5.6 | 3.0 | 53.2 | 60.9 | 4.3 | 4.0 | 4.6 | 0.1 | 286.7 | 314.6 | 110.1 |
| 2017 | 97.3 | 110.2 | 16.1 | 31.2 | 35.2 | 5.8 | 6.8 | 7.2 | 4.3 | 55.6 | 63.5 | 5.7 | 3.8 | 4.3 | 0.3 | 283.9 | 309.4 | 122.9 |
| 2016 | 127.2 | 142.2 | 31.9 | 33.4 | 37.6 | 6.4 | 25.9 | 27.4 | 16.6 | 63.7 | 72.3 | 8.7 | 4.2 | 4.9 | 0.1 | 278.5 | 302.3 | 127.6 |
| 2015 | 146.7 | 163.4 | 37.8 | 38.1 | 42.9 | 6.9 | 29.1 | 30.3 | 21.7 | 74.6 | 84.8 | 8.7 | 4.8 | 5.4 | 0.6 | 283.9 | 305.6 | 143.5 |
| 2014 | 454.0 | 512.8 | 75.3 | 120.8 | 137.3 | 14.8 | 44.1 | 45.6 | 34.1 | 284.6 | 324.8 | 25.8 | 4.5 | 5.1 | 0.6 | 322.3 | 347.8 | 158.5 |
| 2013 | 458.3 | 517.8 | 82.9 | 124.1 | 141.1 | 17.0 | 46.0 | 47.3 | 38.0 | 284.2 | 324.9 | 27.5 | 3.9 | 4.5 | 0.5 | 319.1 | 341.4 | 178.6 |
| | | | | | | | | | Percent change in rate | | | | | | | | | |
| 2017 to 2018 | -5.8 | -5.3 | -28.6 | -6.1 | -5.4 | -29.3 | -23.5 | -22.2 | -30.2 | -4.3 | -4.1 | -24.6 | 5.3 | 7.0 | -66.7 | 1.0 | 1.7 | -10.4 |
| 2016 to 2017 | -23.5 | -22.5 | -49.5 | -6.6 | -6.4 | -9.4 | -73.7 | -73.7 | -74.1 | -12.7 | -12.2 | -34.5 | -9.5 | -12.2 | 200.0 | 1.9 | 2.3 | -3.7 |
| 2015 to 2016 | -13.3 | -13.0 | -15.6 | -12.3 | -12.4 | -7.2 | -11.0 | -9.6 | -23.5 | -14.6 | -14.7 | 0.0 | -12.5 | -9.3 | -83.3 | -1.9 | -1.1 | -11.1 |
| 2014 to 2015 | -67.7 | -68.1 | -49.8 | -68.5 | -68.8 | -53.4 | -34.0 | -33.6 | -36.4 | -73.8 | -73.9 | -66.3 | 6.7 | 5.9 | 0.0 | -11.9 | -12.1 | -9.5 |
| 2013 to 2014 | -0.9 | -1.0 | -9.2 | -2.7 | -2.7 | -12.9 | -4.1 | -3.6 | -10.3 | 0.1 | 0.0 | -6.2 | 15.4 | 13.3 | 20.0 | 1.0 | 1.9 | -11.3 |
| 2013 to 2018 | -80.0 | -79.8 | -86.1 | -76.4 | -76.4 | -75.9 | -88.7 | -88.2 | -92.1 | -81.3 | -81.3 | -84.4 | 2.6 | 2.2 | -80.0 | -10.2 | -7.9 | -38.4 |

Note: Dash indicates that a percent change is not calculated when the base number is less than 50.

[4] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Limitations and Appendix 3, Arrest Offense Codes.

[1] In 2014, the crime of "forcible rape" was changed to "rape." The definition was expanded to include both male and female victims and reflects the various forms of sexual penetration understood to be rape. For additional information, see Appendix 1, Data Characteristics and Known Limitations.

[2] In November 2016, California voters passed Proposition 64 which legalized the possession and use of marijuana for individuals 21 years of age and older and reduced the offense degree for numerous state statutes. Caution should be used when comparing drug offense arrests to prior years.

[3] Rates are based on the population at risk for each year: The categories are total (10-69 years of age), adult (18-89 years of age), and juvenile (10-17 years of age) (see Table 52).

Table 23
## ADULT FELONY ARRESTS, 2013-2018
### By Category, Offense, and Law Enforcement Disposition

| Category, offense, and law enforcement disposition | 2013 | 2014[a] | 2015 | 2016 | 2017 | 2018 Number | 2018 Percent | Percent change 2013-2018 | Percent change 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|
| Total........................................ | 411,929 | 412,307 | 293,367 | 289,204 | 286,651 | 285,249 | 100.0 | -30.8 | -0.5 |
| **Category and offense** | | | | | | | | | |
| Violent offenses........................ | 94,820 | 99,767 | 102,415 | 101,849 | 104,187 | 105,141 | 36.9 | 10.9 | 0.9 |
| Homicide............................... | 1,318 | 1,332 | 1,351 | 1,349 | 1,403 | 1,332 | 0.5 | 1.1 | -5.1 |
| Rape[1]................................. | 1,484 | 2,169 | 2,217 | 2,285 | 2,267 | 2,296 | 0.8 | 54.7 | 1.3 |
| Robbery................................ | 12,828 | 12,062 | 13,306 | 13,288 | 14,037 | 13,763 | 4.8 | 7.3 | -2.0 |
| Assault................................ | 77,794 | 82,885 | 84,019 | 83,338 | 84,835 | 86,116 | 30.2 | 10.7 | 1.5 |
| Kidnapping............................ | 1,396 | 1,319 | 1,522 | 1,589 | 1,645 | 1,634 | 0.6 | 17.0 | -0.7 |
| Property offenses...................... | 95,201 | 87,672 | 67,285 | 69,640 | 70,987 | 68,162 | 23.9 | -28.4 | -4.0 |
| Burglary............................... | 42,289 | 38,592 | 20,595 | 20,408 | 19,880 | 18,941 | 6.6 | -55.2 | -4.7 |
| Theft.................................. | 33,802 | 30,346 | 25,107 | 26,314 | 27,919 | 27,664 | 9.7 | -18.2 | -0.9 |
| Motor vehicle theft.................... | 12,287 | 12,289 | 15,749 | 16,884 | 17,494 | 16,341 | 5.7 | 33.0 | -6.6 |
| Forgery, checks, access cards....... | 6,160 | 5,766 | 4,988 | 5,098 | 4,511 | 3,997 | 1.4 | -35.1 | -11.4 |
| Arson................................. | 663 | 679 | 846 | 936 | 1,183 | 1,219 | 0.4 | 83.9 | 3.0 |
| Drug offenses......................... | 133,727 | 133,996 | 43,096 | 37,655 | 29,279 | 27,889 | 9.8 | -79.1 | -4.7 |
| Narcotics.............................. | 36,438 | 35,875 | 11,317 | 9,961 | 9,359 | 8,887 | 3.1 | -75.6 | -5.0 |
| Marijuana[2]........................... | 12,223 | 11,917 | 7,987 | 7,254 | 1,907 | 1,489 | 0.5 | -87.8 | -21.9 |
| Dangerous drugs...................... | 83,909 | 84,882 | 22,361 | 19,153 | 16,867 | 16,277 | 5.7 | -80.6 | -3.5 |
| Other.................................. | 1,157 | 1,322 | 1,431 | 1,287 | 1,146 | 1,236 | 0.4 | 6.8 | 7.9 |
| Sex offenses.......................... | 5,838 | 5,256 | 4,927 | 4,718 | 4,896 | 4,667 | 1.6 | -20.1 | -4.7 |
| Lewd or lascivious.................... | 1,981 | 2,041 | 1,934 | 1,811 | 1,736 | 1,609 | 0.6 | -18.8 | -7.3 |
| Other[1]............................... | 3,857 | 3,215 | 2,993 | 2,907 | 3,160 | 3,058 | 1.1 | -20.7 | -3.2 |
| All other.............................. | 82,343 | 85,616 | 75,644 | 75,342 | 77,302 | 79,390 | 27.8 | -3.6 | 2.7 |
| Weapons............................... | 17,054 | 16,664 | 17,912 | 19,506 | 20,561 | 20,864 | 7.3 | 22.3 | 1.5 |
| Driving under the influence........... | 4,800 | 4,873 | 4,898 | 5,194 | 4,930 | 4,906 | 1.7 | 2.2 | -0.5 |
| Hit-and-run............................ | 1,087 | 1,132 | 1,111 | 1,274 | 1,276 | 1,207 | 0.4 | 11.0 | -5.4 |
| Escape................................ | 353 | 233 | 250 | 236 | 235 | 321 | 0.1 | -9.1 | 36.6 |
| Other.................................. | 59,049 | 62,714 | 51,473 | 49,132 | 50,300 | 52,092 | 18.3 | -11.8 | 3.6 |
| **Law enforcement disposition** | | | | | | | | | |
| Released............................... | 19,018 | 19,774 | 15,634 | 16,278 | 15,791 | 16,201 | 5.7 | -14.8 | 2.6 |
| Turned over to other agency.......... | 2,999 | 3,196 | 2,879 | 2,846 | 3,301 | 3,921 | 1.4 | 30.7 | 18.8 |
| Complaint sought..................... | 389,912 | 389,337 | 274,854 | 270,080 | 267,559 | 265,127 | 92.9 | -32.0 | -0.9 |

Note: Percentages may not add to subtotals or 100.0 because of rounding.

[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Limitations and Appendix 3, Arrest Offense Codes.

[1] In 2014, the crime of "forcible rape" was changed to "rape." The definition was expanded to include both male and female victims and reflects the various forms of sexual penetration understood to be rape. For additional information, see Appendix 1, Data Characteristics and Known Limitations.

[2] In November 2016, California voters passed Proposition 64 which legalized the possession and use of marijuana for individuals 21 years of age and older and reduced the offense degree for numerous statutes. Caution should be used when comparing drug offense arrests to prior years.

Table 24
JUVENILE FELONY ARRESTS, 2013-2018
By Category, Offense, and Law Enforcement Disposition

| Category, offense, and law enforcement disposition | 2013 | 2014[a] | 2015 | 2016 | 2017 | 2018 Number | 2018 Percent | Percent change 2013-2018 | Percent change 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|
| **Total** | 30,812 | 27,651 | 21,381 | 19,656 | 19,373 | 17,265 | 100.0 | -44.0 | -10.9 |
| *Category and offense* | | | | | | | | | |
| Violent offenses | 8,303 | 8,024 | 7,341 | 7,128 | 7,291 | 7,320 | 42.4 | -11.8 | 0.4 |
| Homicide | 105 | 95 | 88 | 91 | 98 | 84 | 0.5 | -20.0 | -14.3 |
| Rape[1] | 117 | 275 | 250 | 273 | 290 | 245 | 1.4 | 109.4 | -15.5 |
| Robbery | 3,106 | 2,737 | 2,597 | 2,604 | 2,963 | 2,950 | 17.1 | -5.0 | -0.4 |
| Assault | 4,906 | 4,850 | 4,329 | 4,077 | 3,858 | 3,973 | 23.0 | -19.0 | 3.0 |
| Kidnapping | 69 | 67 | 77 | 83 | 82 | 68 | 0.4 | -1.4 | -17.1 |
| Property offenses | 11,794 | 10,134 | 6,685 | 5,866 | 6,236 | 4,800 | 27.8 | -59.3 | -23.0 |
| Burglary | 7,405 | 6,520 | 3,506 | 2,801 | 2,671 | 1,946 | 11.3 | -73.7 | -27.1 |
| Theft | 2,537 | 1,962 | 1,426 | 1,329 | 1,588 | 1,300 | 7.5 | -48.8 | -18.1 |
| Motor vehicle theft | 1,463 | 1,340 | 1,485 | 1,460 | 1,722 | 1,373 | 8.0 | -6.2 | -20.3 |
| Forgery, checks, access cards | 101 | 94 | 80 | 68 | 55 | 34 | 0.2 | -66.3 | -38.2 |
| Arson | 288 | 218 | 188 | 208 | 200 | 147 | 0.9 | -49.0 | -26.5 |
| Drug offenses | 3,398 | 3,058 | 1,533 | 1,333 | 676 | 487 | 2.8 | -85.7 | -28.0 |
| Narcotics | 695 | 601 | 279 | 267 | 246 | 174 | 1.0 | -75.0 | -29.3 |
| Marijuana[2] | 1,556 | 1,383 | 879 | 695 | 179 | 128 | 0.7 | -91.8 | -28.5 |
| Dangerous drugs | 1,126 | 1,049 | 351 | 365 | 240 | 180 | 1.0 | -84.0 | -25.0 |
| Other | 21 | 25 | 24 | 6 | 11 | 5 | 0.0 | - | - |
| Sex offenses | 868 | 726 | 666 | 629 | 623 | 512 | 3.0 | -41.0 | -17.8 |
| Lewd or lascivious | 424 | 443 | 370 | 354 | 309 | 280 | 1.6 | -34.0 | -9.4 |
| Other[1] | 444 | 283 | 296 | 275 | 314 | 232 | 1.3 | -47.7 | -26.1 |
| All other | 6,449 | 5,709 | 5,156 | 4,700 | 4,547 | 4,146 | 24.0 | -35.7 | -8.8 |
| Weapons | 2,801 | 2,403 | 2,173 | 1,974 | 1,810 | 1,612 | 9.3 | -42.4 | -10.9 |
| Driving under the influence | 30 | 33 | 29 | 34 | 34 | 33 | 0.2 | - | - |
| Hit-and-run | 34 | 30 | 36 | 40 | 40 | 44 | 0.3 | - | - |
| Escape | 10 | 6 | 13 | 7 | 7 | 11 | 0.1 | - | - |
| Other | 3,574 | 3,237 | 2,905 | 2,645 | 2,656 | 2,446 | 14.2 | -31.6 | -7.9 |
| *Law enforcement disposition* | | | | | | | | | |
| Released | 2,395 | 1,940 | 1,349 | 1,332 | 1,484 | 1,079 | 6.2 | -54.9 | -27.3 |
| Turned over to other agency | 380 | 379 | 330 | 358 | 341 | 388 | 2.2 | 2.1 | 13.8 |
| Complaint sought | 28,037 | 25,332 | 19,702 | 17,966 | 17,548 | 15,798 | 91.5 | -43.7 | -10.0 |

Notes: Percentages may not add to subtotals because of rounding.
Dash indicates that a percent change is not calculated when the base number is less than 50.

[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported.
Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and
Known Limitations and Appendix 3, Arrest Offense Codes.

[1] In 2014, the crime of "forcible rape" was changed to "rape." The definition was expanded to include both male and female victims and reflects the various forms of
sexual penetration understood to be rape. For additional information, see Appendix 1, Data Characteristics and Known Limitations.

[2] In November 2016, California voters passed Proposition 64 which legalized the possession and use of marijuana for individuals 21 years of age and older and reduced
the offense degree for numerous statutes. Caution should be used when comparing drug offense arrests to prior years.

Table 25
MISDEMEANOR ARRESTS, 2013-2018
By Offense

| Offense | 2013 | | 2014[a] | | 2015 | | 2016 | | 2017 | | 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Total........................ | 750,985 | 100.0 | 762,006 | 100.0 | 835,370 | 100.0 | 804,568 | 100.0 | 784,229 | 100.0 | 784,245 | 100.0 |
| Assault and battery............ | 77,476 | 10.3 | 78,122 | 10.3 | 81,733 | 9.8 | 80,968 | 10.1 | 80,700 | 10.3 | 82,057 | 10.5 |
| Petty theft................... | 60,135 | 8.0 | 58,569 | 7.7 | 53,877 | 6.4 | 43,104 | 5.4 | 34,831 | 4.4 | 30,358 | 3.9 |
| Drug offenses................. | 80,896 | 10.8 | 92,469 | 12.1 | 163,073 | 19.5 | 181,002 | 22.5 | 183,649 | 23.4 | 191,706 | 24.4 |
| Drunk........................ | 90,883 | 12.1 | 90,061 | 11.8 | 78,860 | 9.4 | 70,189 | 8.7 | 63,752 | 8.1 | 58,697 | 7.5 |
| Driving under the influence.... | 157,369 | 21.0 | 151,416 | 19.9 | 137,677 | 16.5 | 125,963 | 15.7 | 119,354 | 15.2 | 123,253 | 15.7 |
| All other.................... | 284,226 | 37.8 | 291,369 | 38.2 | 320,150 | 38.3 | 303,342 | 37.7 | 301,943 | 38.5 | 298,174 | 38.0 |

Note: Percentages may not add to 100.0 because of rounding.

[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Limitations and Appendix 3, Arrest Offense Codes.

Table 26
**MISDEMEANOR ARRESTS, 2013-2018**
By Offense for Adult and Juvenile Arrests

| Offense | 2013 | | 2014[a] | | 2015 | | 2016 | | 2017 | | 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Total............................. | 750,985 | 100.0 | 762,006 | 100.0 | 835,370 | 100.0 | 804,568 | 100.0 | 784,229 | 100.0 | 784,245 | 100.0 |
| **Total** | | | | | | | | | | | | |
| **Adult and juvenile arrests** | | | | | | | | | | | | |
| Adult.............................. | 696,670 | 92.8 | 713,715 | 93.7 | 793,522 | 95.0 | 768,812 | 95.6 | 754,183 | 96.2 | 760,022 | 96.9 |
| Juvenile.......................... | 54,315 | 7.2 | 48,291 | 6.3 | 41,848 | 5.0 | 35,756 | 4.4 | 30,046 | 3.8 | 24,223 | 3.1 |
| **Offense for adult and juvenile arrests** | | | | | | | | | | | | |
| Assault and battery........ | 77,476 | 100.0 | 78,122 | 100.0 | 81,733 | 100.0 | 80,968 | 100.0 | 80,700 | 100.0 | 82,057 | 100.0 |
| Adult.............................. | 66,267 | 85.5 | 67,779 | 86.8 | 71,980 | 88.1 | 71,978 | 88.9 | 72,145 | 89.4 | 74,008 | 90.2 |
| Juvenile.......................... | 11,209 | 14.5 | 10,343 | 13.2 | 9,753 | 11.9 | 8,990 | 11.1 | 8,555 | 10.6 | 8,049 | 9.8 |
| Petty theft...................... | 60,135 | 100.0 | 58,569 | 100.0 | 53,877 | 100.0 | 43,104 | 100.0 | 34,831 | 100.0 | 30,358 | 100.0 |
| Adult.............................. | 48,635 | 80.9 | 48,761 | 83.3 | 46,612 | 86.5 | 37,472 | 86.9 | 30,791 | 88.4 | 27,821 | 91.6 |
| Juvenile.......................... | 11,500 | 19.1 | 9,808 | 16.7 | 7,265 | 13.5 | 5,632 | 13.1 | 4,040 | 11.6 | 2,537 | 8.4 |
| Drug offenses................. | 80,896 | 100.0 | 92,469 | 100.0 | 163,073 | 100.0 | 181,002 | 100.0 | 183,649 | 100.0 | 191,706 | 100.0 |
| Adult.............................. | 74,998 | 92.7 | 87,031 | 94.1 | 157,894 | 96.8 | 176,023 | 97.2 | 180,458 | 98.3 | 189,217 | 98.7 |
| Juvenile.......................... | 5,898 | 7.3 | 5,438 | 5.9 | 5,179 | 3.2 | 4,979 | 2.8 | 3,191 | 1.7 | 2,489 | 1.3 |
| Drunk............................. | 90,883 | 100.0 | 90,061 | 100.0 | 78,860 | 100.0 | 70,189 | 100.0 | 63,752 | 100.0 | 58,697 | 100.0 |
| Adult.............................. | 89,184 | 98.1 | 88,509 | 98.3 | 77,750 | 98.6 | 69,305 | 98.7 | 63,047 | 98.9 | 58,173 | 99.1 |
| Juvenile.......................... | 1,699 | 1.9 | 1,552 | 1.7 | 1,110 | 1.4 | 884 | 1.3 | 705 | 1.1 | 524 | 0.9 |
| Driving under the influence. | 157,369 | 100.0 | 151,416 | 100.0 | 137,677 | 100.0 | 125,963 | 100.0 | 119,354 | 100.0 | 123,253 | 100.0 |
| Adult.............................. | 156,799 | 99.6 | 150,920 | 99.7 | 137,189 | 99.6 | 125,501 | 99.6 | 118,927 | 99.6 | 122,807 | 99.6 |
| Juvenile.......................... | 570 | 0.4 | 496 | 0.3 | 488 | 0.4 | 462 | 0.4 | 427 | 0.4 | 446 | 0.4 |
| All other......................... | 284,226 | 100.0 | 291,369 | 100.0 | 320,150 | 100.0 | 303,342 | 100.0 | 301,943 | 100.0 | 298,174 | 100.0 |
| Adult.............................. | 260,787 | 91.8 | 270,715 | 92.9 | 302,097 | 94.4 | 288,533 | 95.1 | 288,815 | 95.7 | 287,996 | 96.6 |
| Juvenile.......................... | 23,439 | 8.2 | 20,654 | 7.1 | 18,053 | 5.6 | 14,809 | 4.9 | 13,128 | 4.3 | 10,178 | 3.4 |

[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Limitations and Appendix 3, Arrest Offense Codes.

Table 27
## MISDEMEANOR ARRESTS, 2013-2018
### Number, Rate per 100,000 Population at Risk, and Percent Change

| Year(s) | Total | | | Assault and battery | | | Petty theft | | | Drug offenses | | | Drunk | | | Driving under the influence | | | All other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Adult | Juvenile | Total | Adult | Juvenile | Total | Adult | Juvenile | Total | Adult | Juvenile | Total | Adult | Juvenile | Total | Adult | Juvenile | Total | Adult | Juvenile |
| **Number** | | | | | | | | | | | | | | | | | | | | | |
| 2018 | 784,245 | 760,022 | 24,223 | 82,057 | 74,008 | 8,049 | 30,358 | 27,821 | 2,537 | 191,706 | 189,217 | 2,489 | 58,697 | 58,173 | 524 | 123,253 | 122,807 | 446 | 298,174 | 287,996 | 10,178 |
| 2017 | 784,229 | 754,183 | 30,046 | 80,700 | 72,145 | 8,555 | 34,831 | 30,791 | 4,040 | 183,649 | 180,458 | 3,191 | 63,752 | 63,047 | 705 | 119,354 | 118,927 | 427 | 301,943 | 288,815 | 13,128 |
| 2016 | 804,568 | 768,812 | 35,756 | 80,968 | 71,978 | 8,990 | 43,104 | 37,472 | 5,632 | 181,002 | 176,023 | 4,979 | 70,189 | 69,305 | 884 | 125,963 | 125,501 | 462 | 303,342 | 288,533 | 14,809 |
| 2015 | 835,370 | 793,522 | 41,848 | 81,733 | 71,980 | 9,753 | 53,877 | 46,612 | 7,265 | 163,073 | 157,894 | 5,179 | 78,860 | 77,750 | 1,110 | 137,677 | 137,189 | 488 | 320,150 | 302,097 | 18,053 |
| 2014[a] | 762,006 | 713,715 | 48,291 | 78,122 | 67,779 | 10,343 | 58,569 | 48,761 | 9,808 | 92,469 | 87,031 | 5,438 | 90,061 | 88,509 | 1,552 | 151,416 | 150,920 | 496 | 291,369 | 270,715 | 20,654 |
| 2013 | 750,985 | 696,670 | 54,315 | 77,476 | 66,267 | 11,209 | 60,135 | 48,635 | 11,500 | 80,896 | 74,998 | 5,898 | 90,883 | 89,184 | 1,699 | 157,369 | 156,799 | 570 | 284,226 | 260,787 | 23,439 |
| **Percent change in number** | | | | | | | | | | | | | | | | | | | | | |
| 2017 to 2018 | 0.0 | 0.8 | -19.4 | 1.7 | 2.6 | -5.9 | -12.8 | -9.6 | -37.2 | 4.4 | 4.9 | -22.0 | -7.9 | -7.7 | -25.7 | 3.3 | 3.3 | 4.4 | -1.2 | -0.3 | -22.5 |
| 2016 to 2017 | -2.5 | -1.9 | -16.0 | -0.3 | 0.2 | -4.8 | -19.2 | -17.8 | -28.3 | 1.5 | 2.5 | -35.9 | -9.2 | -9.0 | -20.2 | -5.2 | -5.2 | -7.6 | -0.5 | 0.1 | -11.4 |
| 2015 to 2016 | -3.7 | -3.1 | -14.6 | -0.9 | 0.0 | -7.8 | -20.0 | -19.6 | -22.5 | 11.0 | 11.5 | -3.9 | -11.0 | -10.9 | -20.4 | -8.5 | -8.5 | -5.3 | -5.3 | -4.5 | -18.0 |
| 2014 to 2015 | 9.6 | 11.2 | -13.3 | 4.6 | 6.2 | -5.7 | -8.0 | -4.4 | -25.9 | 76.4 | 81.4 | -4.8 | -12.4 | -12.2 | -28.5 | -9.1 | -9.1 | -1.6 | 9.9 | 11.6 | -12.6 |
| 2013 to 2014 | 1.5 | 2.4 | -11.1 | 0.8 | 2.3 | -7.7 | -2.6 | 0.3 | -14.7 | 14.3 | 16.0 | -7.8 | -0.9 | -0.8 | -8.7 | -3.8 | -3.7 | -13.0 | 2.5 | 3.8 | -11.9 |
| 2013 to 2018 | 4.4 | 9.1 | -55.4 | 5.9 | 11.7 | -28.2 | -49.5 | -42.8 | -77.9 | 137.0 | 152.3 | -57.8 | -35.4 | -34.8 | -69.2 | -21.7 | -21.7 | -21.8 | 4.9 | 10.4 | -56.6 |
| **Rate per 100,000 population at risk[r]** | | | | | | | | | | | | | | | | | | | | | |
| 2018 | 2,534.1 | 2,844.6 | 572.7 | 265.1 | 277.0 | 190.3 | 98.1 | 104.1 | 60.0 | 619.4 | 708.2 | 58.8 | 189.7 | 217.7 | 12.4 | 398.3 | 459.6 | 10.5 | 963.5 | 1,077.9 | 240.6 |
| 2017 | 2,548.5 | 2,838.9 | 714.4 | 262.3 | 271.6 | 203.4 | 113.2 | 115.9 | 96.1 | 596.8 | 679.3 | 75.9 | 207.2 | 237.3 | 16.8 | 387.9 | 447.7 | 10.2 | 981.2 | 1,087.2 | 312.1 |
| 2016 | 2,623.9 | 2,902.6 | 856.2 | 264.1 | 271.8 | 215.3 | 140.6 | 141.5 | 134.9 | 590.3 | 664.6 | 119.2 | 228.9 | 261.7 | 21.2 | 410.8 | 473.8 | 11.1 | 989.3 | 1,089.3 | 354.6 |
| 2015 | 2,745.6 | 3,009.3 | 1,031.4 | 268.6 | 273.0 | 240.4 | 177.1 | 176.8 | 179.1 | 536.0 | 598.8 | 127.6 | 259.2 | 294.9 | 27.4 | 452.5 | 520.3 | 12.0 | 1,052.2 | 1,145.7 | 445.0 |
| 2014[a] | 2,524.0 | 2,731.4 | 1,189.3 | 258.8 | 259.4 | 254.7 | 194.0 | 186.6 | 241.6 | 306.3 | 333.1 | 133.9 | 298.3 | 338.7 | 38.2 | 501.5 | 577.6 | 12.2 | 965.1 | 1,036.0 | 508.7 |
| 2013 | 2,509.7 | 2,697.6 | 1,325.5 | 258.9 | 256.6 | 273.5 | 201.0 | 188.3 | 280.6 | 270.3 | 290.4 | 143.9 | 303.7 | 345.3 | 41.5 | 525.9 | 607.1 | 13.9 | 949.8 | 1,009.8 | 572.0 |
| **Percent change in rate** | | | | | | | | | | | | | | | | | | | | | |
| 2017 to 2018 | -0.6 | 0.2 | -19.8 | 1.1 | 2.0 | -6.4 | -13.3 | -10.2 | -37.6 | 3.8 | 4.3 | -22.5 | -8.4 | -8.3 | -26.2 | 2.7 | 2.7 | 2.9 | -1.8 | -0.9 | -22.9 |
| 2016 to 2017 | -2.9 | -2.2 | -16.6 | -0.7 | -0.1 | -5.5 | -19.5 | -18.1 | -28.8 | 1.1 | 2.2 | -36.3 | -9.5 | -9.3 | -20.8 | -5.6 | -5.5 | -8.1 | -0.8 | -0.2 | -12.0 |
| 2015 to 2016 | -4.4 | -3.5 | -17.0 | -1.7 | -0.4 | -10.4 | -20.6 | -20.0 | -24.7 | 10.1 | 11.0 | -6.6 | -11.7 | -11.3 | -22.6 | -9.2 | -8.9 | -7.5 | -6.0 | -4.9 | -20.3 |
| 2014 to 2015 | 8.8 | 10.2 | -13.3 | 3.8 | 5.2 | -5.6 | -8.7 | -5.3 | -25.9 | 75.0 | 79.8 | -4.7 | -13.1 | -12.9 | -28.3 | -9.8 | -9.9 | -1.6 | 9.0 | 10.6 | -12.5 |
| 2013 to 2014 | 0.6 | 1.3 | -10.3 | 0.0 | 1.1 | -6.9 | -3.5 | -0.9 | -13.9 | 13.3 | 14.7 | -6.9 | -1.8 | -1.9 | -8.0 | -4.6 | -4.9 | -12.2 | 1.6 | 2.6 | -11.1 |
| 2013 to 2018 | 1.0 | 5.4 | -56.8 | 2.4 | 8.0 | -30.4 | -51.2 | -44.7 | -78.6 | 129.2 | 143.9 | -59.1 | -37.5 | -37.0 | -70.1 | -24.3 | -24.3 | -24.5 | 1.4 | 6.7 | -57.9 |

[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Limitations and Appendix 3, Arrest Offense Codes.

[r] Rates are based on the population at risk for each year. The categories are total (10-69 years of age), adult (18-69 years of age), and juvenile (10-17 years of age) (see Table 52).

Table 28
**ADULT MISDEMEANOR ARRESTS, 2013-2018**
By Offense and Law Enforcement Disposition

| Offense and law enforcement disposition | 2013 | 2014[a] | 2015 | 2016 | 2017 | 2018 Number | 2018 Percent | Percent change 2013-2018 | Percent change 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|
| Total | 696,670 | 713,715 | 793,522 | 768,812 | 754,183 | 760,022 | 100.0 | 9.1 | 0.8 |
| **Offense** | | | | | | | | | |
| Assault and battery | 66,267 | 67,779 | 71,980 | 71,978 | 72,145 | 74,008 | 9.7 | 11.7 | 2.6 |
| Burglary | 567 | 3,048 | 18,125 | 15,926 | 14,280 | 13,496 | 1.8 | 2,280.2 | -5.5 |
| Petty theft | 48,635 | 48,761 | 46,612 | 37,472 | 30,791 | 27,821 | 3.7 | -42.8 | -9.6 |
| Checks and access cards | 409 | 468 | 1,110 | 1,050 | 1,073 | 1,003 | 0.1 | 145.2 | -6.5 |
| Drug offenses | 74,998 | 87,031 | 157,894 | 176,023 | 180,458 | 189,217 | 24.9 | 152.3 | 4.9 |
| Indecent exposure | 1,219 | 1,288 | 1,426 | 1,386 | 1,455 | 1,593 | 0.2 | 30.7 | 9.5 |
| Annoying children | 543 | 475 | 473 | 441 | 428 | 435 | 0.1 | -19.9 | 1.6 |
| Obscene matter | 50 | 60 | 62 | 62 | 47 | 47 | 0.0 | -6.0 | - |
| Lewd conduct | 1,312 | 1,367 | 1,249 | 1,259 | 1,117 | 1,077 | 0.1 | -17.9 | -3.6 |
| Prostitution | 9,668 | 8,648 | 7,679 | 7,236 | 6,751 | 6,071 | 0.8 | -37.2 | -10.1 |
| Drunk | 89,184 | 88,509 | 77,750 | 69,305 | 63,047 | 58,173 | 7.7 | -34.8 | -7.7 |
| Liquor laws | 11,828 | 13,643 | 10,667 | 7,707 | 6,068 | 5,052 | 0.7 | -57.3 | -16.7 |
| Disorderly conduct | 7,021 | 7,942 | 7,384 | 6,497 | 6,788 | 7,206 | 0.9 | 2.6 | 6.2 |
| Disturbing the peace | 3,150 | 3,352 | 2,776 | 2,662 | 2,364 | 2,469 | 0.3 | -21.6 | 4.4 |
| Vandalism | 6,645 | 6,766 | 7,498 | 7,668 | 7,472 | 6,974 | 0.9 | 5.0 | -6.7 |
| Trespassing | 14,789 | 16,401 | 21,204 | 23,139 | 25,271 | 27,854 | 3.7 | 88.3 | 10.2 |
| Weapons | 4,312 | 4,037 | 4,636 | 4,786 | 4,941 | 4,704 | 0.6 | 9.1 | -4.8 |
| Driving under the influence | 156,799 | 150,920 | 137,189 | 125,501 | 118,927 | 122,807 | 16.2 | -21.7 | 3.3 |
| Hit-and-run | 4,788 | 5,090 | 5,125 | 5,466 | 5,501 | 5,271 | 0.7 | 10.1 | -4.2 |
| Selected traffic violations | 12,411 | 12,575 | 11,927 | 9,550 | 7,721 | 7,602 | 1.0 | -38.7 | -1.5 |
| Gambling | 378 | 270 | 233 | 256 | 271 | 341 | 0.0 | -9.8 | 25.8 |
| Nonsupport | 47 | 46 | 62 | 43 | 46 | 59 | 0.0 | - | - |
| All other | 181,650 | 185,239 | 200,471 | 193,399 | 197,221 | 196,742 | 25.9 | 8.3 | -0.2 |
| **Law enforcement disposition** | | | | | | | | | |
| Released | 38,039 | 36,945 | 36,242 | 32,499 | 30,742 | 32,786 | 4.3 | -13.8 | 6.6 |
| Turned over to other agency | 6,400 | 6,705 | 8,078 | 9,245 | 9,341 | 11,697 | 1.5 | 82.8 | 25.2 |
| Complaint sought | 652,231 | 670,065 | 749,202 | 727,068 | 714,100 | 715,539 | 94.1 | 9.7 | 0.2 |

Notes: Percentages may not add to 100.0 because of rounding.
Dash indicates that a percent change is not calculated when the base number is less than 50.
[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Limitations and Appendix 3, Arrest Offense Codes.

Table 29
JUVENILE MISDEMEANOR AND STATUS OFFENSE ARRESTS, 2013-2018
By Level of Offense, Offense, and Law Enforcement Disposition

| Offense and law enforcement disposition | 2013 | 2014[a] | 2015 | 2016 | 2017 | 2018 Number | 2018 Percent | Percent change 2013-2018 | Percent change 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|
| **Total** | | | | | | | | | |
| Total | 66,125 | 59,172 | 50,542 | 43,087 | 36,876 | 29,158 | 100.0 | -55.9 | -20.9 |
| **Offense** | | | | | | | | | |
| Assault and battery | 11,209 | 10,343 | 9,753 | 8,990 | 8,555 | 8,049 | 27.6 | -28.2 | -5.9 |
| Burglary | 156 | 393 | 2,059 | 1,809 | 1,407 | 924 | 3.2 | 492.3 | -34.3 |
| Petty theft | 11,500 | 9,808 | 7,265 | 5,632 | 4,040 | 2,537 | 8.7 | -77.9 | -37.2 |
| Checks and access cards | 34 | 17 | 46 | 46 | 42 | 26 | 0.1 | -57.8 | - |
| Drug offenses | 5,898 | 5,438 | 5,179 | 4,979 | 3,191 | 2,489 | 8.5 | -57.8 | -22.0 |
| Indecent exposure | 50 | 44 | 41 | 41 | 42 | 33 | 0.1 | -34.0 | - |
| Annoying children | 153 | 130 | 133 | 98 | 83 | 67 | 0.2 | -56.2 | -19.3 |
| Obscene matter | 50 | 74 | 71 | 71 | 83 | 35 | 0.1 | -30.0 | -57.8 |
| Lewd conduct | 84 | 106 | 86 | 113 | 113 | 64 | 0.2 | -23.8 | -43.4 |
| Prostitution | 195 | 174 | 141 | 102 | 14 | 8 | 0.0 | -95.9 | - |
| Drunk | 1,699 | 1,552 | 1,110 | 884 | 705 | 524 | 1.8 | -69.2 | -25.7 |
| Liquor laws | 2,284 | 2,190 | 1,659 | 1,219 | 1,140 | 934 | 3.2 | -59.1 | -18.1 |
| Disorderly conduct | 175 | 173 | 125 | 101 | 107 | 88 | 0.3 | -49.7 | -17.8 |
| Disturbing the peace | 4,079 | 2,978 | 1,927 | 1,260 | 1,198 | 1,007 | 3.5 | -75.3 | -15.9 |
| Vandalism | 3,277 | 2,788 | 2,334 | 1,978 | 1,655 | 1,166 | 4.0 | -64.4 | -29.5 |
| Trespassing | 1,512 | 1,296 | 1,243 | 1,069 | 988 | 705 | 2.4 | -53.4 | -28.6 |
| Weapons | 1,366 | 1,279 | 1,324 | 1,396 | 1,276 | 1,138 | 3.9 | -16.7 | -10.8 |
| Driving under the influence | 570 | 496 | 488 | 462 | 427 | 446 | 1.5 | -21.8 | 4.4 |
| Hit-and-run | 199 | 224 | 206 | 222 | 212 | 225 | 0.8 | 13.1 | 6.1 |
| Selected traffic violations | 236 | 262 | 254 | 253 | 294 | 239 | 0.8 | 1.3 | -18.7 |
| Joy riding | 42 | 26 | 29 | 51 | 42 | 28 | 0.1 | - | - |
| Gambling | 10 | 15 | 20 | 3 | 11 | 8 | 0.0 | - | - |
| Glue sniffing | 61 | 54 | 57 | 55 | 30 | 38 | 0.1 | -37.7 | - |
| All other | 9,476 | 8,431 | 6,298 | 4,922 | 4,391 | 3,445 | 11.8 | -63.6 | -21.5 |
| Status offenses[1] | 11,810 | 10,881 | 8,694 | 7,331 | 6,830 | 4,935 | 16.9 | -58.2 | -27.7 |
| **Law enforcement disposition** | | | | | | | | | |
| Released | 16,218 | 14,135 | 11,624 | 10,547 | 8,859 | 6,555 | 22.5 | -59.6 | -26.0 |
| Turned over to other agency | 738 | 604 | 600 | 593 | 513 | 527 | 1.8 | -28.6 | 2.7 |
| Complaint sought | 49,169 | 44,433 | 38,318 | 31,947 | 27,504 | 22,076 | 75.7 | -55.1 | -19.7 |

Notes: Percentages may not add to 100.0 because of rounding.
   Dash indicates that a percent change is not calculated when the base number is less than 50.
[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. These changes affected the offenses reported. Caution should be used when comparing felony and misdemeanor arrest data to prior years. For additional information, see Appendix 1, Data Characteristics and Known Data Limitations and Appendix 3, Arrest Offense Codes.

[1] Status offenses include truancy, incorrigibility, running away, and curfew violations. These offenses can only be committed or engaged in by a juvenile.

Table 30
**FELONY AND MISDEMEANOR ARRESTS, 2018**
Gender, Age, and Race/Ethnic Group of Arrestee

| Gender, age, and race/ethnic group | Total | | Felony | | Misdemeanor | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **Total** | | | | | | |
| Total............ | 1,086,759 | 100.0 | 302,514 | 27.8 | 784,245 | 72.2 |
| **Gender** | | | | | | |
| Male............ | 830,118 | 76.4 | 239,643 | 28.9 | 590,475 | 71.1 |
| Female.......... | 256,641 | 23.6 | 62,871 | 24.5 | 193,770 | 75.5 |
| **Age** | | | | | | |
| Under 18........ | 41,488 | 3.8 | 17,265 | 41.6 | 24,223 | 58.4 |
| 18-29........... | 394,673 | 36.3 | 119,531 | 30.3 | 275,142 | 69.7 |
| 18-19........... | 38,211 | 3.5 | 14,401 | 37.7 | 23,810 | 62.3 |
| 20-29........... | 356,462 | 32.8 | 105,130 | 29.5 | 251,332 | 70.5 |
| 30 and over..... | 650,598 | 59.9 | 165,718 | 25.5 | 484,880 | 74.5 |
| **Race/ethnic group** | | | | | | |
| White........... | 395,208 | 36.4 | 93,516 | 23.7 | 301,692 | 76.3 |
| Hispanic........ | 450,189 | 41.4 | 128,393 | 28.5 | 321,796 | 71.5 |
| Black........... | 173,996 | 16.0 | 61,997 | 35.6 | 111,999 | 64.4 |
| Other........... | 67,366 | 6.2 | 18,608 | 27.6 | 48,758 | 72.4 |
| American Indian.. | 5,672 | 0.5 | 1,617 | 28.5 | 4,055 | 71.5 |
| Asian Indian.... | 2,198 | 0.2 | 581 | 26.4 | 1,617 | 73.6 |
| Cambodian....... | 330 | 0.0 | 137 | 41.5 | 193 | 58.5 |
| Chinese......... | 2,008 | 0.2 | 734 | 36.6 | 1,274 | 63.4 |
| Filipino........ | 4,056 | 0.4 | 1,258 | 31.0 | 2,798 | 69.0 |
| Japanese........ | 326 | 0.0 | 90 | 27.6 | 236 | 72.4 |
| Korean.......... | 550 | 0.1 | 145 | 26.4 | 405 | 73.6 |
| Laotian......... | 391 | 0.0 | 132 | 33.8 | 259 | 66.2 |
| Vietnamese...... | 2,544 | 0.2 | 726 | 28.5 | 1,818 | 71.5 |
| Other Asian..... | 14,723 | 1.4 | 4,165 | 28.3 | 10,558 | 71.7 |
| Guamanian....... | 183 | 0.0 | 59 | 32.2 | 124 | 67.8 |
| Hawaiian........ | 1,344 | 0.1 | 337 | 25.1 | 1,007 | 74.9 |
| Pacific Islander. | 2,209 | 0.2 | 700 | 31.7 | 1,509 | 68.3 |
| Samoan.......... | 658 | 0.1 | 211 | 32.1 | 447 | 67.9 |
| Other........... | 30,174 | 2.8 | 7,716 | 25.6 | 22,458 | 74.4 |

Note: Percentages may not add to subtotals because of rounding.

Table 31
FELONY ARRESTS, 2018
Category and Offense by Gender and Race/Ethnic Group of Arrestee

| Category and offense | Number | | | | | | | Percent | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total | Gender | | Race/ethnic group | | | | Total | Gender | | Race/ethnic group | | | |
| | | Male | Female | White | Hispanic | Black | Other | | Male | Female | White | Hispanic | Black | Other |
| Total | 302,514 | 239,643 | 62,871 | 93,516 | 128,393 | 61,997 | 18,608 | 100.0 | 79.2 | 20.8 | 30.9 | 42.4 | 20.5 | 6.2 |
| Violent offenses | 112,461 | 87,330 | 25,131 | 31,088 | 48,181 | 25,534 | 7,658 | 100.0 | 77.7 | 22.3 | 27.6 | 42.8 | 22.7 | 6.8 |
| Homicide | 1,416 | 1,249 | 167 | 282 | 672 | 370 | 92 | 100.0 | 88.2 | 11.8 | 19.9 | 47.5 | 26.1 | 6.5 |
| Rape | 2,541 | 2,487 | 54 | 590 | 1,303 | 448 | 200 | 100.0 | 97.9 | 2.1 | 23.2 | 51.3 | 17.6 | 7.9 |
| Robbery | 16,713 | 13,709 | 3,004 | 3,160 | 6,650 | 6,206 | 697 | 100.0 | 82.0 | 18.0 | 18.9 | 39.8 | 37.1 | 4.2 |
| Assault | 90,089 | 68,419 | 21,670 | 26,691 | 38,737 | 18,097 | 6,564 | 100.0 | 75.9 | 24.1 | 29.6 | 43.0 | 20.1 | 7.3 |
| Kidnapping | 1,702 | 1,466 | 236 | 365 | 819 | 413 | 105 | 100.0 | 86.1 | 13.9 | 21.4 | 48.1 | 24.3 | 6.2 |
| Property offenses | 72,962 | 54,414 | 18,548 | 23,529 | 30,889 | 14,371 | 4,173 | 100.0 | 74.6 | 25.4 | 32.2 | 42.3 | 19.7 | 5.7 |
| Burglary | 20,887 | 16,931 | 3,956 | 6,806 | 8,054 | 4,979 | 1,048 | 100.0 | 81.1 | 18.9 | 32.6 | 38.6 | 23.8 | 5.0 |
| Theft | 28,964 | 20,476 | 8,488 | 9,970 | 11,840 | 5,307 | 1,847 | 100.0 | 70.7 | 29.3 | 34.4 | 40.9 | 18.3 | 6.4 |
| Motor vehicle theft | 17,714 | 13,324 | 4,390 | 4,809 | 8,892 | 3,172 | 841 | 100.0 | 75.2 | 24.8 | 27.1 | 50.2 | 17.9 | 4.7 |
| Forgery, checks, access cards | 4,031 | 2,612 | 1,419 | 1,421 | 1,601 | 675 | 334 | 100.0 | 64.8 | 35.2 | 35.3 | 39.7 | 16.7 | 8.3 |
| Arson | 1,366 | 1,071 | 295 | 523 | 502 | 238 | 103 | 100.0 | 78.4 | 21.6 | 38.3 | 36.7 | 17.4 | 7.5 |
| Drug offenses | 28,376 | 23,356 | 5,020 | 10,097 | 11,987 | 4,355 | 1,937 | 100.0 | 82.3 | 17.7 | 35.6 | 42.2 | 15.3 | 6.8 |
| Narcotics | 9,061 | 7,548 | 1,513 | 3,481 | 3,217 | 1,901 | 462 | 100.0 | 83.3 | 16.7 | 38.4 | 35.5 | 21.0 | 5.1 |
| Marijuana | 1,617 | 1,414 | 203 | 336 | 623 | 333 | 325 | 100.0 | 87.4 | 12.6 | 20.8 | 38.5 | 20.6 | 20.1 |
| Dangerous drugs | 16,457 | 13,437 | 3,020 | 5,872 | 7,728 | 1,999 | 858 | 100.0 | 81.6 | 18.4 | 35.7 | 47.0 | 12.1 | 5.2 |
| Other | 1,241 | 957 | 284 | 408 | 419 | 122 | 292 | 100.0 | 77.1 | 22.9 | 32.9 | 33.8 | 9.8 | 23.5 |
| Sex offenses | 5,179 | 4,966 | 213 | 1,503 | 2,317 | 1,040 | 319 | 100.0 | 95.9 | 4.1 | 29.0 | 44.7 | 20.1 | 6.2 |
| Lewd or lascivious | 1,889 | 1,849 | 40 | 364 | 1,256 | 161 | 108 | 100.0 | 97.9 | 2.1 | 19.3 | 66.5 | 8.5 | 5.7 |
| Other | 3,290 | 3,117 | 173 | 1,139 | 1,061 | 879 | 211 | 100.0 | 94.7 | 5.3 | 34.6 | 32.2 | 26.7 | 6.4 |
| Driving offenses | 6,190 | 4,903 | 1,287 | 1,895 | 3,193 | 664 | 438 | 100.0 | 79.2 | 20.8 | 30.6 | 51.6 | 10.7 | 7.1 |
| Driving under the influence | 4,939 | 3,898 | 1,041 | 1,569 | 2,538 | 499 | 333 | 100.0 | 78.9 | 21.1 | 31.8 | 51.4 | 10.1 | 6.7 |
| Hit-and-run | 1,251 | 1,005 | 246 | 326 | 655 | 165 | 105 | 100.0 | 80.3 | 19.7 | 26.1 | 52.4 | 13.2 | 8.4 |
| All other | 77,346 | 64,674 | 12,672 | 25,404 | 31,826 | 16,033 | 4,083 | 100.0 | 83.6 | 16.4 | 32.8 | 41.1 | 20.7 | 5.3 |
| Weapons | 22,476 | 20,683 | 1,793 | 5,803 | 10,590 | 5,060 | 1,023 | 100.0 | 92.0 | 8.0 | 25.8 | 47.1 | 22.5 | 4.6 |
| Escape | 332 | 271 | 61 | 145 | 124 | 48 | 15 | 100.0 | 81.6 | 18.4 | 43.7 | 37.3 | 14.5 | 4.5 |
| Other | 54,538 | 43,720 | 10,818 | 19,456 | 21,112 | 10,925 | 3,045 | 100.0 | 80.2 | 19.8 | 35.7 | 38.7 | 20.0 | 5.6 |

Note: Percentages may not add to 100.0 because of rounding.

Table 32
FELONY ARRESTS, 2018
Category and Offense by Age Group of Arrestee

| Category and offense | Number | | | | | | Percent | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Under 18 | 18-19 | 20-29 | 30-39 | 40 and over | Total | Under 18 | 18-19 | 20-29 | 30-39 | 40 and over |
| Total | 302,514 | 17,265 | 14,401 | 105,130 | 87,766 | 77,952 | 100.0 | 5.7 | 4.8 | 34.8 | 29.0 | 25.8 |
| Violent offenses | 112,461 | 7,320 | 5,530 | 38,646 | 31,010 | 29,955 | 100.0 | 6.5 | 4.9 | 34.4 | 27.6 | 26.6 |
| Homicide | 1,416 | 84 | 167 | 581 | 302 | 282 | 100.0 | 5.9 | 11.8 | 41.0 | 21.3 | 19.9 |
| Rape | 2,541 | 245 | 137 | 727 | 615 | 817 | 100.0 | 9.6 | 5.4 | 28.6 | 24.2 | 32.2 |
| Robbery | 16,713 | 2,950 | 1,813 | 6,271 | 3,339 | 2,340 | 100.0 | 17.7 | 10.8 | 37.5 | 20.0 | 14.0 |
| Assault | 90,089 | 3,973 | 3,309 | 30,383 | 26,247 | 26,177 | 100.0 | 4.4 | 3.7 | 33.7 | 29.1 | 29.1 |
| Kidnapping | 1,702 | 68 | 104 | 684 | 507 | 339 | 100.0 | 4.0 | 6.1 | 40.2 | 29.8 | 19.9 |
| Property offenses | 72,962 | 4,800 | 3,739 | 26,775 | 22,349 | 15,299 | 100.0 | 6.6 | 5.1 | 36.7 | 30.6 | 21.0 |
| Burglary | 20,887 | 1,946 | 1,384 | 7,758 | 5,812 | 3,987 | 100.0 | 9.3 | 6.6 | 37.1 | 27.8 | 19.1 |
| Theft | 28,964 | 1,300 | 1,332 | 10,397 | 9,309 | 6,626 | 100.0 | 4.5 | 4.6 | 35.9 | 32.1 | 22.9 |
| Motor vehicle theft | 17,714 | 1,373 | 889 | 6,963 | 5,267 | 3,222 | 100.0 | 7.8 | 5.0 | 39.3 | 29.7 | 18.2 |
| Forgery, checks, access cards | 4,031 | 34 | 96 | 1,309 | 1,589 | 1,003 | 100.0 | 0.8 | 2.4 | 32.5 | 39.4 | 24.9 |
| Arson | 1,366 | 147 | 38 | 348 | 372 | 461 | 100.0 | 10.8 | 2.8 | 25.5 | 27.2 | 33.7 |
| Drug offenses | 28,376 | 487 | 957 | 8,855 | 8,605 | 9,472 | 100.0 | 1.7 | 3.4 | 31.2 | 30.3 | 33.4 |
| Narcotics | 9,061 | 174 | 374 | 3,319 | 2,592 | 2,602 | 100.0 | 1.9 | 4.1 | 36.6 | 28.6 | 28.7 |
| Marijuana | 1,617 | 128 | 155 | 613 | 346 | 375 | 100.0 | 7.9 | 9.6 | 37.9 | 21.4 | 23.2 |
| Dangerous drugs | 16,457 | 180 | 402 | 4,534 | 5,272 | 6,069 | 100.0 | 1.1 | 2.4 | 27.6 | 32.0 | 36.9 |
| Other | 1,241 | 5 | 26 | 389 | 395 | 426 | 100.0 | 0.4 | 2.1 | 31.3 | 31.8 | 34.3 |
| Sex offenses | 5,179 | 512 | 213 | 1,112 | 1,157 | 2,185 | 100.0 | 9.9 | 4.1 | 21.5 | 22.3 | 42.2 |
| Lewd or lascivious | 1,889 | 280 | 97 | 342 | 444 | 726 | 100.0 | 14.8 | 5.1 | 18.1 | 23.5 | 38.4 |
| Other | 3,290 | 232 | 116 | 770 | 713 | 1,459 | 100.0 | 7.1 | 3.5 | 23.4 | 21.7 | 44.3 |
| Driving offenses | 6,190 | 77 | 236 | 2,477 | 1,582 | 1,818 | 100.0 | 1.2 | 3.8 | 40.0 | 25.6 | 29.4 |
| Driving under the influence | 4,939 | 33 | 163 | 1,992 | 1,290 | 1,461 | 100.0 | 0.7 | 3.3 | 40.3 | 26.1 | 29.6 |
| Hit-and-run | 1,251 | 44 | 73 | 485 | 292 | 357 | 100.0 | 3.5 | 5.8 | 38.8 | 23.3 | 28.5 |
| All other | 77,346 | 4,069 | 3,726 | 27,265 | 23,063 | 19,223 | 100.0 | 5.3 | 4.8 | 35.3 | 29.8 | 24.9 |
| Weapons | 22,476 | 1,612 | 1,616 | 8,474 | 6,048 | 4,726 | 100.0 | 7.2 | 7.2 | 37.7 | 26.9 | 21.0 |
| Escape | 332 | 11 | 14 | 122 | 107 | 78 | 100.0 | 3.3 | 4.2 | 36.7 | 32.2 | 23.5 |
| Other | 54,538 | 2,446 | 2,096 | 18,669 | 16,908 | 14,419 | 100.0 | 4.5 | 3.8 | 34.2 | 31.0 | 26.4 |

Note: Percentages may not add to 100.0 because of rounding.

Table 33
FELONY ARRESTS, 2018
Category and Offense by Gender, Race/Ethnic Group, and Age Group of Arrestee

| Category, offense, and age | Total | Total Male | Total Female | White Total | White Male | White Female | Hispanic Total | Hispanic Male | Hispanic Female | Black Total | Black Male | Black Female | Other Total | Other Male | Other Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total............ | 302,514 | 239,643 | 62,871 | 93,516 | 70,840 | 22,676 | 128,393 | 105,094 | 23,299 | 61,997 | 49,171 | 12,826 | 18,608 | 14,538 | 4,070 |
| Under 10...... | 36 | 32 | 4 | 16 | 15 | 1 | 16 | 14 | 2 | 3 | 3 | 0 | 1 | 0 | 1 |
| 10-17......... | 17,229 | 14,081 | 3,148 | 2,666 | 2,135 | 531 | 8,831 | 7,340 | 1,491 | 4,731 | 3,785 | 946 | 1,001 | 821 | 180 |
| 18-19......... | 14,401 | 11,869 | 2,532 | 2,501 | 1,969 | 532 | 7,500 | 6,387 | 1,113 | 3,755 | 3,000 | 755 | 645 | 513 | 132 |
| 20-29......... | 105,130 | 82,229 | 22,901 | 26,582 | 19,559 | 7,023 | 51,005 | 41,437 | 9,568 | 21,967 | 16,952 | 5,015 | 5,576 | 4,281 | 1,295 |
| 30-39......... | 87,766 | 68,496 | 19,270 | 29,682 | 22,087 | 7,595 | 36,950 | 29,843 | 7,107 | 15,264 | 12,002 | 3,262 | 5,870 | 4,564 | 1,306 |
| 40-69......... | 76,778 | 61,911 | 14,867 | 31,456 | 24,550 | 6,906 | 23,864 | 19,865 | 3,999 | 16,094 | 13,266 | 2,828 | 5,364 | 4,230 | 1,134 |
| 70 and over... | 1,174 | 1,025 | 149 | 613 | 525 | 88 | 227 | 208 | 19 | 183 | 163 | 20 | 151 | 129 | 22 |
| Violent offenses | 112,461 | 87,330 | 25,131 | 31,088 | 23,296 | 7,792 | 48,181 | 38,664 | 9,517 | 25,534 | 19,605 | 5,929 | 7,658 | 5,765 | 1,893 |
| Under 10...... | 9 | 7 | 2 | 2 | 2 | 0 | 4 | 3 | 1 | 2 | 2 | 0 | 1 | 0 | 1 |
| 10-17......... | 7,311 | 5,895 | 1,416 | 1,091 | 863 | 228 | 3,621 | 2,992 | 629 | 2,211 | 1,725 | 486 | 388 | 315 | 73 |
| 18-19......... | 5,530 | 4,419 | 1,111 | 851 | 671 | 180 | 2,849 | 2,328 | 521 | 1,569 | 1,217 | 352 | 261 | 203 | 58 |
| 20-29......... | 38,646 | 29,444 | 9,202 | 8,151 | 5,936 | 2,215 | 19,059 | 15,027 | 4,032 | 9,175 | 6,833 | 2,342 | 2,261 | 1,648 | 613 |
| 30-39......... | 31,010 | 23,933 | 7,077 | 9,134 | 6,762 | 2,372 | 13,564 | 10,855 | 2,709 | 5,968 | 4,580 | 1,388 | 2,344 | 1,736 | 608 |
| 40-69......... | 29,293 | 23,072 | 6,221 | 11,525 | 8,782 | 2,743 | 8,980 | 7,369 | 1,611 | 6,490 | 5,146 | 1,344 | 2,298 | 1,775 | 523 |
| 70 and over... | 662 | 560 | 102 | 334 | 280 | 54 | 104 | 90 | 14 | 119 | 102 | 17 | 105 | 88 | 17 |
| Homicide...... | 1,416 | 1,249 | 167 | 282 | 227 | 55 | 672 | 604 | 68 | 370 | 335 | 35 | 92 | 83 | 9 |
| Under 10...... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17......... | 84 | 75 | 9 | 9 | 9 | 0 | 54 | 47 | 7 | 18 | 16 | 2 | 3 | 3 | 0 |
| 18-19......... | 167 | 152 | 15 | 17 | 16 | 1 | 98 | 86 | 12 | 49 | 47 | 2 | 3 | 3 | 0 |
| 20-29......... | 581 | 522 | 59 | 80 | 63 | 17 | 301 | 274 | 27 | 162 | 148 | 14 | 38 | 37 | 1 |
| 30-39......... | 302 | 263 | 39 | 67 | 53 | 14 | 141 | 126 | 15 | 70 | 61 | 9 | 24 | 23 | 1 |
| 40-69......... | 264 | 223 | 41 | 98 | 77 | 21 | 78 | 71 | 7 | 69 | 61 | 8 | 19 | 14 | 5 |
| 70 and over... | 18 | 14 | 4 | 11 | 9 | 2 | 0 | 0 | 0 | 2 | 2 | 0 | 5 | 3 | 2 |
| Rape.......... | 2,541 | 2,487 | 54 | 590 | 571 | 19 | 1,303 | 1,280 | 23 | 448 | 439 | 9 | 200 | 197 | 3 |
| Under 10...... | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17......... | 244 | 230 | 14 | 56 | 52 | 4 | 121 | 113 | 8 | 51 | 49 | 2 | 16 | 16 | 0 |
| 18-19......... | 137 | 135 | 2 | 30 | 29 | 1 | 76 | 76 | 0 | 19 | 18 | 1 | 12 | 12 | 0 |
| 20-29......... | 727 | 711 | 16 | 133 | 130 | 3 | 399 | 390 | 9 | 134 | 131 | 3 | 61 | 60 | 1 |
| 30-39......... | 615 | 600 | 15 | 144 | 136 | 8 | 327 | 322 | 5 | 94 | 93 | 1 | 50 | 49 | 1 |
| 40-69......... | 789 | 782 | 7 | 215 | 212 | 3 | 369 | 368 | 1 | 145 | 143 | 2 | 60 | 59 | 1 |
| 70 and over... | 28 | 28 | 0 | 12 | 12 | 0 | 10 | 10 | 0 | 5 | 5 | 0 | 1 | 1 | 0 |
| Robbery....... | 16,713 | 13,709 | 3,004 | 3,160 | 2,484 | 676 | 6,650 | 5,642 | 1,008 | 6,206 | 4,988 | 1,218 | 697 | 595 | 102 |
| Under 10...... | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 10-17......... | 2,949 | 2,512 | 437 | 245 | 198 | 47 | 1,327 | 1,152 | 175 | 1,256 | 1,056 | 200 | 121 | 106 | 15 |
| 18-19......... | 1,813 | 1,522 | 291 | 171 | 135 | 36 | 823 | 709 | 114 | 744 | 613 | 131 | 75 | 65 | 10 |
| 20-29......... | 6,271 | 5,073 | 1,198 | 1,087 | 843 | 244 | 2,646 | 2,230 | 416 | 2,288 | 1,781 | 507 | 250 | 219 | 31 |
| 30-39......... | 3,339 | 2,728 | 611 | 918 | 730 | 188 | 1,232 | 1,038 | 194 | 1,039 | 842 | 197 | 150 | 118 | 32 |
| 40-69......... | 2,323 | 1,859 | 464 | 728 | 568 | 160 | 620 | 512 | 108 | 874 | 692 | 182 | 101 | 87 | 14 |
| 70 and over... | 17 | 14 | 3 | 11 | 10 | 1 | 4 | 4 | 0 | 3 | 3 | 0 | 0 | 0 | 0 |

(continued)

Table 33 - continued
## FELONY ARRESTS, 2018
Category and Offense by Gender, Race/Ethnic Group, and Age Group of Arrestee

| Category, offense, and age | Total | | | White | | | Hispanic | | | Black | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| Assault............... | 90,089 | 68,419 | 21,670 | 26,691 | 19,712 | 6,979 | 38,737 | 30,421 | 8,316 | 18,097 | 13,492 | 4,605 | 6,564 | 4,794 | 1,770 |
| Under 10............ | 7 | 5 | 2 | 2 | 2 | 0 | 3 | 2 | 1 | 1 | 1 | 0 | 1 | 0 | 1 |
| 10-17............... | 3,966 | 3,023 | 943 | 772 | 595 | 177 | 2,079 | 1,650 | 429 | 867 | 588 | 279 | 248 | 190 | 58 |
| 18-19............... | 3,309 | 2,518 | 791 | 622 | 481 | 141 | 1,800 | 1,409 | 391 | 720 | 509 | 211 | 167 | 119 | 48 |
| 20-29............... | 30,383 | 22,554 | 7,829 | 6,740 | 4,807 | 1,933 | 15,353 | 11,820 | 3,533 | 6,410 | 4,624 | 1,786 | 1,880 | 1,303 | 577 |
| 30-39............... | 26,247 | 19,902 | 6,345 | 7,876 | 5,743 | 2,133 | 11,630 | 9,157 | 2,473 | 4,665 | 3,498 | 1,167 | 2,076 | 1,504 | 572 |
| 40-69............... | 25,582 | 19,917 | 5,665 | 10,382 | 7,838 | 2,544 | 7,780 | 6,304 | 1,476 | 5,326 | 4,180 | 1,146 | 2,094 | 1,595 | 499 |
| 70 and over......... | 595 | 500 | 95 | 297 | 246 | 51 | 92 | 79 | 13 | 108 | 92 | 16 | 98 | 83 | 15 |
| Kidnapping........... | 1,702 | 1,466 | 236 | 365 | 302 | 63 | 819 | 717 | 102 | 413 | 351 | 62 | 105 | 96 | 9 |
| Under 10............ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17............... | 68 | 55 | 13 | 9 | 9 | 0 | 40 | 30 | 10 | 19 | 16 | 3 | 0 | 0 | 0 |
| 18-19............... | 104 | 92 | 12 | 11 | 10 | 1 | 52 | 48 | 4 | 37 | 30 | 7 | 4 | 4 | 0 |
| 20-29............... | 684 | 584 | 100 | 111 | 93 | 18 | 360 | 313 | 47 | 181 | 149 | 32 | 32 | 29 | 3 |
| 30-39............... | 507 | 440 | 67 | 129 | 100 | 29 | 234 | 212 | 22 | 100 | 86 | 14 | 44 | 42 | 2 |
| 40-69............... | 335 | 291 | 44 | 102 | 87 | 15 | 133 | 114 | 19 | 76 | 70 | 6 | 24 | 20 | 4 |
| 70 and over......... | 4 | 4 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| Property offenses.... | 72,962 | 54,414 | 18,548 | 23,529 | 16,804 | 6,725 | 30,889 | 23,793 | 7,096 | 14,371 | 10,704 | 3,667 | 4,173 | 3,113 | 1,060 |
| Under 10............ | 13 | 12 | 1 | 7 | 7 | 0 | 5 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 10-17............... | 4,787 | 3,815 | 972 | 720 | 571 | 149 | 2,363 | 1,845 | 518 | 1,458 | 1,202 | 256 | 246 | 197 | 49 |
| 18-19............... | 3,739 | 2,904 | 835 | 697 | 513 | 184 | 1,751 | 1,415 | 336 | 1,133 | 870 | 263 | 158 | 106 | 52 |
| 20-29............... | 26,775 | 19,767 | 7,008 | 7,400 | 5,159 | 2,241 | 12,781 | 9,835 | 2,946 | 5,350 | 3,854 | 1,496 | 1,244 | 919 | 325 |
| 30-39............... | 22,349 | 16,228 | 6,121 | 8,134 | 5,651 | 2,483 | 9,273 | 6,997 | 2,276 | 3,504 | 2,500 | 1,004 | 1,438 | 1,080 | 358 |
| 40-69............... | 15,213 | 11,618 | 3,595 | 6,516 | 4,860 | 1,656 | 4,704 | 3,685 | 1,019 | 2,913 | 2,268 | 645 | 1,080 | 805 | 275 |
| 70 and over......... | 86 | 70 | 16 | 55 | 43 | 12 | 12 | 12 | 0 | 12 | 9 | 3 | 7 | 6 | 1 |
| Burglary............. | 20,887 | 16,931 | 3,956 | 6,806 | 5,251 | 1,555 | 8,054 | 6,726 | 1,328 | 4,979 | 4,106 | 873 | 1,048 | 848 | 200 |
| Under 10............ | 9 | 8 | 1 | 4 | 4 | 0 | 4 | 3 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 10-17............... | 1,937 | 1,666 | 271 | 330 | 280 | 50 | 853 | 729 | 124 | 653 | 570 | 83 | 101 | 87 | 14 |
| 18-19............... | 1,384 | 1,169 | 215 | 250 | 197 | 53 | 539 | 467 | 72 | 537 | 457 | 80 | 58 | 48 | 10 |
| 20-29............... | 7,758 | 6,311 | 1,447 | 2,130 | 1,630 | 500 | 3,314 | 2,794 | 520 | 1,983 | 1,617 | 366 | 331 | 270 | 61 |
| 30-39............... | 5,812 | 4,562 | 1,250 | 2,250 | 1,716 | 534 | 2,229 | 1,806 | 423 | 1,004 | 778 | 226 | 329 | 262 | 67 |
| 40-69............... | 3,968 | 3,199 | 769 | 1,832 | 1,415 | 417 | 1,113 | 925 | 188 | 798 | 681 | 117 | 225 | 178 | 47 |
| 70 and over......... | 19 | 16 | 3 | 10 | 9 | 1 | 2 | 2 | 0 | 3 | 2 | 1 | 4 | 3 | 1 |
| Theft................ | 28,964 | 20,476 | 8,488 | 9,970 | 6,823 | 3,147 | 11,840 | 8,673 | 3,167 | 5,307 | 3,668 | 1,639 | 1,847 | 1,312 | 535 |
| Under 10............ | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17............... | 1,299 | 977 | 322 | 165 | 116 | 49 | 607 | 447 | 160 | 440 | 343 | 97 | 87 | 71 | 16 |
| 18-19............... | 1,332 | 956 | 376 | 267 | 188 | 79 | 627 | 476 | 151 | 385 | 264 | 121 | 53 | 28 | 25 |
| 20-29............... | 10,397 | 7,231 | 3,166 | 3,146 | 2,098 | 1,048 | 4,775 | 3,500 | 1,275 | 1,944 | 1,263 | 681 | 532 | 370 | 162 |
| 30-39............... | 9,309 | 6,416 | 2,893 | 3,543 | 2,336 | 1,207 | 3,765 | 2,695 | 1,070 | 1,367 | 936 | 431 | 634 | 449 | 185 |
| 40-69............... | 6,584 | 4,862 | 1,722 | 2,822 | 2,065 | 757 | 2,061 | 1,550 | 511 | 1,163 | 856 | 307 | 538 | 391 | 147 |
| 70 and over......... | 42 | 33 | 9 | 26 | 19 | 7 | 5 | 5 | 0 | 8 | 6 | 2 | 3 | 3 | 0 |

(continued)

Table 33 - continued
FELONY ARRESTS, 2018
Category and Offense by Gender, Race/Ethnic Group, and Age Group of Arrestee

| Category, offense, and age | Total Total | Total Male | Total Female | White Total | White Male | White Female | Hispanic Total | Hispanic Male | Hispanic Female | Black Total | Black Male | Black Female | Other Total | Other Male | Other Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Identity theft | 3,402 | 1,992 | 1,410 | 1,239 | 676 | 563 | 1,288 | 770 | 518 | 583 | 356 | 227 | 292 | 190 | 102 |
| Under 10. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17. | 24 | 12 | 12 | 5 | 3 | 2 | 11 | 7 | 4 | 4 | 1 | 3 | 4 | 1 | 3 |
| 18-19. | 59 | 35 | 24 | 18 | 11 | 7 | 24 | 14 | 10 | 15 | 9 | 6 | 2 | 1 | 1 |
| 20-29. | 1,157 | 650 | 507 | 402 | 208 | 194 | 482 | 288 | 194 | 194 | 109 | 85 | 79 | 45 | 34 |
| 30-39. | 1,392 | 818 | 574 | 506 | 271 | 235 | 541 | 318 | 223 | 219 | 142 | 77 | 126 | 87 | 39 |
| 40-69. | 768 | 475 | 293 | 308 | 183 | 125 | 230 | 143 | 87 | 149 | 93 | 56 | 81 | 56 | 25 |
| 70 and over. | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| Other theft. | 25,562 | 18,484 | 7,078 | 8,731 | 6,147 | 2,584 | 10,552 | 7,903 | 2,649 | 4,724 | 3,312 | 1,412 | 1,555 | 1,122 | 433 |
| Under 10. | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17. | 1,275 | 965 | 310 | 160 | 113 | 47 | 596 | 440 | 156 | 436 | 342 | 94 | 83 | 70 | 13 |
| 18-19. | 1,273 | 921 | 352 | 249 | 177 | 72 | 603 | 462 | 141 | 370 | 255 | 115 | 51 | 27 | 24 |
| 20-29. | 9,240 | 6,581 | 2,659 | 2,744 | 1,890 | 854 | 4,293 | 3,212 | 1,081 | 1,750 | 1,154 | 596 | 453 | 325 | 128 |
| 30-39. | 7,917 | 5,598 | 2,319 | 3,037 | 2,065 | 972 | 3,224 | 2,377 | 847 | 1,148 | 794 | 354 | 508 | 362 | 146 |
| 40-69. | 5,816 | 4,387 | 1,429 | 2,514 | 1,882 | 632 | 1,831 | 1,407 | 424 | 1,014 | 763 | 251 | 457 | 335 | 122 |
| 70 and over. | 40 | 31 | 9 | 26 | 19 | 7 | 5 | 5 | 0 | 6 | 4 | 2 | 3 | 3 | 0 |
| Motor vehicle theft. | 17,714 | 13,324 | 4,390 | 4,809 | 3,464 | 1,345 | 8,892 | 6,888 | 2,004 | 3,172 | 2,341 | 831 | 841 | 631 | 210 |
| Under 10. | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17. | 1,372 | 1,025 | 347 | 159 | 117 | 42 | 823 | 607 | 216 | 345 | 272 | 73 | 45 | 29 | 16 |
| 18-19. | 889 | 687 | 202 | 145 | 103 | 42 | 523 | 423 | 100 | 189 | 139 | 50 | 32 | 22 | 10 |
| 20-29. | 6,963 | 5,111 | 1,852 | 1,612 | 1,106 | 506 | 3,956 | 3,025 | 931 | 1,123 | 787 | 336 | 272 | 193 | 79 |
| 30-39. | 5,267 | 3,953 | 1,314 | 1,622 | 1,160 | 462 | 2,497 | 1,939 | 558 | 831 | 601 | 230 | 317 | 253 | 64 |
| 40-69. | 3,209 | 2,538 | 671 | 1,261 | 972 | 289 | 1,089 | 890 | 199 | 684 | 542 | 142 | 175 | 134 | 41 |
| 70 and over. | 13 | 9 | 4 | 9 | 5 | 4 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Forgery, checks, access cards. | 4,031 | 2,612 | 1,419 | 1,421 | 864 | 557 | 1,601 | 1,087 | 514 | 675 | 424 | 251 | 334 | 237 | 97 |
| Under 10. | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17. | 33 | 25 | 8 | 7 | 5 | 2 | 16 | 12 | 4 | 6 | 5 | 1 | 4 | 3 | 1 |
| 18-19. | 96 | 62 | 34 | 25 | 17 | 8 | 47 | 37 | 10 | 18 | 11 | 7 | 6 | 1 | 5 |
| 20-29. | 1,309 | 836 | 473 | 400 | 237 | 163 | 581 | 378 | 203 | 240 | 151 | 89 | 88 | 70 | 18 |
| 30-39. | 1,589 | 1,016 | 573 | 589 | 351 | 238 | 633 | 435 | 198 | 235 | 137 | 98 | 132 | 93 | 39 |
| 40-69. | 998 | 667 | 331 | 395 | 249 | 146 | 324 | 225 | 99 | 175 | 123 | 52 | 104 | 70 | 34 |
| 70 and over. | 5 | 5 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Arson. | 1,366 | 1,071 | 295 | 523 | 402 | 121 | 502 | 419 | 83 | 238 | 165 | 73 | 103 | 85 | 18 |
| Under 10. | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17. | 146 | 122 | 24 | 59 | 53 | 6 | 64 | 50 | 14 | 14 | 12 | 2 | 9 | 7 | 2 |
| 18-19. | 38 | 30 | 8 | 10 | 8 | 2 | 15 | 12 | 3 | 4 | 3 | 1 | 9 | 7 | 2 |
| 20-29. | 348 | 278 | 70 | 112 | 88 | 24 | 155 | 138 | 17 | 60 | 36 | 24 | 21 | 16 | 5 |
| 30-39. | 372 | 281 | 91 | 130 | 88 | 42 | 149 | 122 | 27 | 67 | 48 | 19 | 26 | 23 | 3 |
| 40-69. | 454 | 352 | 102 | 206 | 159 | 47 | 117 | 95 | 22 | 93 | 66 | 27 | 38 | 32 | 6 |
| 70 and over. | 7 | 7 | 0 | 6 | 6 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

(continued)

Table 33 - continued
FELONY ARRESTS, 2018
Category and Offense by Gender, Race/Ethnic Group, and Age Group of Arrestee

| Category, offense, and age | Total Total | Total Male | Total Female | White Total | White Male | White Female | Hispanic Total | Hispanic Male | Hispanic Female | Black Total | Black Male | Black Female | Other Total | Other Male | Other Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Drug offenses | 28,376 | 23,356 | 5,020 | 10,097 | 7,753 | 2,344 | 11,987 | 10,143 | 1,844 | 4,355 | 3,850 | 505 | 1,937 | 1,610 | 327 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 487 | 422 | 65 | 84 | 66 | 18 | 334 | 294 | 40 | 39 | 35 | 4 | 30 | 27 | 3 |
| 18-19 | 957 | 824 | 133 | 258 | 204 | 54 | 535 | 471 | 64 | 111 | 99 | 12 | 53 | 50 | 3 |
| 20-29 | 8,855 | 7,201 | 1,654 | 2,853 | 2,123 | 730 | 4,329 | 3,645 | 684 | 1,123 | 972 | 151 | 550 | 461 | 89 |
| 30-39 | 8,605 | 7,000 | 1,605 | 3,093 | 2,325 | 768 | 3,810 | 3,201 | 609 | 1,108 | 971 | 137 | 594 | 503 | 91 |
| 40-69 | 9,400 | 7,842 | 1,558 | 3,775 | 3,005 | 770 | 2,959 | 2,512 | 447 | 1,960 | 1,759 | 201 | 706 | 566 | 140 |
| 70 and over | 72 | 67 | 5 | 34 | 30 | 4 | 20 | 20 | 0 | 14 | 14 | 0 | 4 | 3 | 1 |
| Narcotics | 9,061 | 7,548 | 1,513 | 3,481 | 2,701 | 780 | 3,217 | 2,785 | 432 | 1,901 | 1,674 | 227 | 462 | 388 | 74 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 174 | 145 | 29 | 42 | 30 | 12 | 108 | 94 | 14 | 16 | 14 | 2 | 8 | 7 | 1 |
| 18-19 | 374 | 329 | 45 | 133 | 111 | 22 | 172 | 155 | 17 | 44 | 41 | 3 | 25 | 22 | 3 |
| 20-29 | 3,319 | 2,733 | 586 | 1,390 | 1,059 | 331 | 1,270 | 1,103 | 167 | 452 | 394 | 58 | 207 | 177 | 30 |
| 30-39 | 2,592 | 2,158 | 434 | 1,104 | 862 | 242 | 905 | 786 | 119 | 445 | 391 | 54 | 138 | 119 | 19 |
| 40-69 | 2,575 | 2,157 | 418 | 804 | 632 | 172 | 752 | 637 | 115 | 935 | 825 | 110 | 84 | 63 | 21 |
| 70 and over | 27 | 26 | 1 | 8 | 7 | 1 | 10 | 10 | 0 | 9 | 9 | 0 | 0 | 0 | 0 |
| Marijuana | 1,617 | 1,414 | 203 | 336 | 289 | 47 | 623 | 549 | 74 | 333 | 309 | 24 | 325 | 267 | 58 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 128 | 112 | 16 | 13 | 11 | 2 | 92 | 81 | 11 | 12 | 10 | 2 | 11 | 10 | 1 |
| 18-19 | 155 | 143 | 12 | 34 | 29 | 5 | 87 | 83 | 4 | 23 | 20 | 3 | 11 | 11 | 0 |
| 20-29 | 613 | 531 | 82 | 112 | 97 | 15 | 257 | 218 | 39 | 168 | 157 | 11 | 76 | 59 | 17 |
| 30-39 | 346 | 308 | 38 | 85 | 72 | 13 | 104 | 91 | 13 | 76 | 73 | 3 | 81 | 72 | 9 |
| 40-69 | 370 | 316 | 54 | 90 | 78 | 12 | 83 | 76 | 7 | 54 | 49 | 5 | 143 | 113 | 30 |
| 70 and over | 5 | 4 | 1 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 1 |
| Dangerous drugs | 16,457 | 13,437 | 3,020 | 5,872 | 4,457 | 1,415 | 7,728 | 6,479 | 1,249 | 1,999 | 1,776 | 223 | 858 | 725 | 133 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 180 | 161 | 19 | 28 | 24 | 4 | 130 | 116 | 14 | 11 | 11 | 0 | 11 | 10 | 1 |
| 18-19 | 402 | 333 | 69 | 83 | 60 | 23 | 261 | 221 | 40 | 42 | 36 | 6 | 16 | 16 | 0 |
| 20-29 | 4,534 | 3,650 | 884 | 1,237 | 884 | 353 | 2,632 | 2,197 | 435 | 462 | 399 | 63 | 203 | 170 | 33 |
| 30-39 | 5,272 | 4,215 | 1,057 | 1,759 | 1,277 | 482 | 2,664 | 2,216 | 448 | 541 | 468 | 73 | 308 | 254 | 54 |
| 40-69 | 6,037 | 5,046 | 991 | 2,746 | 2,193 | 553 | 2,033 | 1,721 | 312 | 938 | 857 | 81 | 320 | 275 | 45 |
| 70 and over | 32 | 32 | 0 | 19 | 19 | 0 | 8 | 8 | 0 | 5 | 5 | 0 | 0 | 0 | 0 |
| Other drugs | 1,241 | 957 | 284 | 408 | 306 | 102 | 419 | 330 | 89 | 122 | 91 | 31 | 292 | 230 | 62 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 5 | 4 | 1 | 1 | 1 | 0 | 4 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18-19 | 26 | 19 | 7 | 8 | 4 | 4 | 15 | 12 | 3 | 2 | 2 | 0 | 1 | 1 | 0 |
| 20-29 | 389 | 287 | 102 | 114 | 83 | 31 | 170 | 127 | 43 | 41 | 22 | 19 | 64 | 55 | 9 |
| 30-39 | 395 | 319 | 76 | 145 | 114 | 31 | 137 | 108 | 29 | 46 | 39 | 7 | 67 | 58 | 9 |
| 40-69 | 418 | 323 | 95 | 135 | 102 | 33 | 91 | 78 | 13 | 33 | 28 | 5 | 159 | 115 | 44 |
| 70 and over | 8 | 5 | 3 | 5 | 2 | 3 | 2 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |

(continued)

Table 33 - continued
## FELONY ARRESTS, 2018
### Category and Offense by Gender, Race/Ethnic Group, and Age Group of Arrestee

| Category, offense, and age | Total | | | White | | | Hispanic | | | Black | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| Sex offenses................ | 5,179 | 4,966 | 213 | 1,503 | 1,429 | 74 | 2,317 | 2,252 | 65 | 1,040 | 990 | 50 | 319 | 295 | 24 |
| Under 10................ | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17................ | 510 | 454 | 56 | 116 | 104 | 12 | 273 | 242 | 31 | 91 | 83 | 8 | 30 | 25 | 5 |
| 18-19................ | 213 | 203 | 10 | 42 | 39 | 3 | 122 | 120 | 2 | 39 | 34 | 5 | 10 | 10 | 0 |
| 20-29................ | 1,112 | 1,065 | 47 | 234 | 218 | 16 | 526 | 513 | 13 | 290 | 273 | 17 | 62 | 61 | 1 |
| 30-39................ | 1,157 | 1,119 | 38 | 314 | 297 | 17 | 562 | 554 | 8 | 209 | 200 | 9 | 72 | 68 | 4 |
| 40-69................ | 2,061 | 1,999 | 62 | 744 | 718 | 26 | 784 | 773 | 11 | 399 | 388 | 11 | 134 | 120 | 14 |
| 70 and over................ | 124 | 124 | 0 | 51 | 51 | 0 | 50 | 50 | 0 | 12 | 12 | 0 | 11 | 11 | 0 |
| Lewd or lascivious... | 1,889 | 1,849 | 40 | 364 | 346 | 18 | 1,256 | 1,243 | 13 | 161 | 155 | 6 | 108 | 105 | 3 |
| Under 10................ | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17................ | 278 | 261 | 17 | 69 | 62 | 7 | 155 | 147 | 8 | 40 | 38 | 2 | 14 | 14 | 0 |
| 18-19................ | 97 | 92 | 5 | 16 | 15 | 1 | 65 | 63 | 2 | 13 | 11 | 2 | 3 | 3 | 0 |
| 20-29................ | 342 | 338 | 4 | 64 | 63 | 1 | 223 | 220 | 3 | 39 | 39 | 0 | 16 | 16 | 0 |
| 30-39................ | 444 | 438 | 6 | 62 | 58 | 4 | 332 | 332 | 0 | 26 | 25 | 1 | 24 | 23 | 1 |
| 40-69................ | 675 | 667 | 8 | 138 | 133 | 5 | 451 | 451 | 0 | 42 | 41 | 1 | 44 | 42 | 2 |
| 70 and over................ | 51 | 51 | 0 | 13 | 13 | 0 | 30 | 30 | 0 | 1 | 1 | 0 | 7 | 7 | 0 |
| Other sex................ | 3,290 | 3,117 | 173 | 1,139 | 1,083 | 56 | 1,061 | 1,009 | 52 | 879 | 835 | 44 | 211 | 190 | 21 |
| Under 10................ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17................ | 232 | 193 | 39 | 47 | 42 | 5 | 118 | 95 | 23 | 51 | 45 | 6 | 16 | 11 | 5 |
| 18-19................ | 116 | 111 | 5 | 26 | 24 | 2 | 57 | 57 | 0 | 26 | 23 | 3 | 7 | 7 | 0 |
| 20-29................ | 770 | 727 | 43 | 170 | 155 | 15 | 303 | 293 | 10 | 251 | 234 | 17 | 46 | 45 | 1 |
| 30-39................ | 713 | 681 | 32 | 252 | 239 | 13 | 230 | 222 | 8 | 183 | 175 | 8 | 48 | 45 | 3 |
| 40-69................ | 1,386 | 1,332 | 54 | 606 | 585 | 21 | 333 | 322 | 11 | 357 | 347 | 10 | 90 | 78 | 12 |
| 70 and over................ | 73 | 73 | 0 | 38 | 38 | 0 | 20 | 20 | 0 | 11 | 11 | 0 | 4 | 4 | 0 |
| Driving offenses............ | 6,190 | 4,903 | 1,287 | 1,895 | 1,366 | 529 | 3,193 | 2,702 | 491 | 664 | 492 | 172 | 438 | 343 | 95 |
| Under 10................ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17................ | 77 | 59 | 18 | 16 | 13 | 3 | 48 | 35 | 13 | 7 | 7 | 0 | 6 | 4 | 2 |
| 18-19................ | 236 | 183 | 53 | 62 | 44 | 18 | 142 | 115 | 27 | 14 | 9 | 5 | 18 | 15 | 3 |
| 20-29................ | 2,477 | 1,946 | 531 | 608 | 438 | 170 | 1,485 | 1,236 | 249 | 198 | 137 | 61 | 186 | 135 | 51 |
| 30-39................ | 1,582 | 1,290 | 292 | 478 | 352 | 126 | 801 | 698 | 103 | 186 | 140 | 46 | 117 | 100 | 17 |
| 40-69................ | 1,749 | 1,367 | 382 | 691 | 486 | 205 | 704 | 608 | 96 | 253 | 193 | 60 | 101 | 80 | 21 |
| 70 and over................ | 69 | 58 | 11 | 40 | 33 | 7 | 13 | 10 | 3 | 6 | 6 | 0 | 10 | 9 | 1 |
| Driving under the influence... | 4,939 | 3,898 | 1,041 | 1,569 | 1,119 | 450 | 2,538 | 2,141 | 397 | 499 | 371 | 128 | 333 | 267 | 66 |
| Under 10................ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17................ | 33 | 23 | 10 | 8 | 5 | 3 | 22 | 15 | 7 | 0 | 0 | 0 | 3 | 3 | 0 |
| 18-19................ | 163 | 131 | 32 | 52 | 38 | 14 | 93 | 80 | 13 | 9 | 5 | 4 | 9 | 8 | 1 |
| 20-29................ | 1,992 | 1,552 | 440 | 511 | 366 | 145 | 1,203 | 986 | 217 | 135 | 94 | 41 | 143 | 106 | 37 |
| 30-39................ | 1,290 | 1,050 | 240 | 396 | 292 | 104 | 654 | 567 | 87 | 143 | 107 | 36 | 97 | 84 | 13 |
| 40-69................ | 1,410 | 1,099 | 311 | 572 | 394 | 178 | 555 | 484 | 71 | 207 | 160 | 47 | 76 | 61 | 15 |
| 70 and over................ | 51 | 43 | 8 | 30 | 24 | 6 | 11 | 9 | 2 | 5 | 5 | 0 | 5 | 5 | 0 |

(continued)

## Table 33 - continued
## FELONY ARRESTS, 2018
### Category and Offense by Gender, Race/Ethnic Group, and Age Group of Arrestee

| Category, offense, and age | Total | | | White | | | Hispanic | | | Black | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| **Hit-and-run** | 1,251 | 1,005 | 246 | 326 | 247 | 79 | 655 | 561 | 94 | 165 | 121 | 44 | 105 | 76 | 29 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 44 | 36 | 8 | 8 | 8 | 0 | 26 | 20 | 6 | 5 | 5 | 0 | 3 | 1 | 2 |
| 18-19 | 73 | 52 | 21 | 10 | 6 | 4 | 49 | 35 | 14 | 7 | 7 | 0 | 9 | 7 | 2 |
| 20-29 | 485 | 394 | 91 | 97 | 72 | 25 | 282 | 250 | 32 | 63 | 43 | 20 | 43 | 29 | 14 |
| 30-39 | 292 | 240 | 52 | 82 | 60 | 22 | 147 | 131 | 16 | 43 | 33 | 10 | 20 | 16 | 4 |
| 40-69 | 339 | 268 | 71 | 119 | 92 | 27 | 149 | 124 | 25 | 46 | 33 | 13 | 25 | 19 | 6 |
| 70 and over | 18 | 15 | 3 | 10 | 9 | 1 | 2 | 1 | 1 | 1 | 1 | 0 | 5 | 4 | 1 |
| **All other felonies** | 77,346 | 64,674 | 12,672 | 25,404 | 20,192 | 5,212 | 31,826 | 27,540 | 4,286 | 16,033 | 13,530 | 2,503 | 4,083 | 3,412 | 671 |
| Under 10 | 12 | 11 | 1 | 5 | 4 | 1 | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 4,057 | 3,436 | 621 | 639 | 518 | 121 | 2,192 | 1,932 | 260 | 925 | 733 | 192 | 301 | 253 | 48 |
| 18-19 | 3,726 | 3,336 | 390 | 591 | 498 | 93 | 2,101 | 1,938 | 163 | 889 | 771 | 118 | 145 | 129 | 16 |
| 20-29 | 27,265 | 22,806 | 4,459 | 7,336 | 5,685 | 1,651 | 12,825 | 11,181 | 1,644 | 5,831 | 4,883 | 948 | 1,273 | 1,057 | 216 |
| 30-39 | 23,063 | 18,926 | 4,137 | 8,529 | 6,700 | 1,829 | 8,940 | 7,538 | 1,402 | 4,289 | 3,611 | 678 | 1,305 | 1,077 | 228 |
| 40-69 | 19,062 | 16,013 | 3,049 | 8,205 | 6,699 | 1,506 | 5,733 | 4,918 | 815 | 4,079 | 3,512 | 567 | 1,045 | 884 | 161 |
| 70 and over | 161 | 146 | 15 | 99 | 88 | 11 | 26 | 26 | 0 | 20 | 20 | 0 | 14 | 12 | 2 |
| **Weapons** | 22,476 | 20,683 | 1,793 | 5,803 | 5,142 | 661 | 10,590 | 9,933 | 657 | 5,060 | 4,667 | 393 | 1,023 | 941 | 82 |
| Under 10 | 10 | 9 | 1 | 3 | 3 | 0 | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 1,602 | 1,469 | 133 | 219 | 190 | 29 | 1,035 | 958 | 77 | 266 | 249 | 17 | 82 | 72 | 10 |
| 18-19 | 1,616 | 1,540 | 76 | 184 | 173 | 11 | 961 | 927 | 34 | 411 | 382 | 29 | 60 | 58 | 2 |
| 20-29 | 8,474 | 7,811 | 663 | 1,620 | 1,403 | 217 | 4,413 | 4,156 | 257 | 2,081 | 1,917 | 164 | 360 | 335 | 25 |
| 30-39 | 6,048 | 5,515 | 533 | 1,867 | 1,647 | 220 | 2,600 | 2,409 | 191 | 1,276 | 1,186 | 90 | 305 | 273 | 32 |
| 40-69 | 4,697 | 4,310 | 387 | 1,891 | 1,708 | 183 | 1,572 | 1,474 | 98 | 1,019 | 926 | 93 | 215 | 202 | 13 |
| 70 and over | 29 | 29 | 0 | 19 | 19 | 0 | 2 | 2 | 0 | 7 | 7 | 0 | 1 | 1 | 0 |
| **Escape** | 332 | 271 | 61 | 145 | 112 | 33 | 124 | 105 | 19 | 48 | 43 | 5 | 15 | 11 | 4 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 11 | 8 | 3 | 0 | 0 | 0 | 7 | 5 | 2 | 1 | 0 | 1 | 3 | 3 | 0 |
| 18-19 | 14 | 12 | 2 | 2 | 2 | 0 | 8 | 7 | 1 | 1 | 1 | 0 | 3 | 2 | 1 |
| 20-29 | 122 | 93 | 29 | 52 | 37 | 15 | 53 | 42 | 11 | 14 | 12 | 2 | 3 | 2 | 1 |
| 30-39 | 107 | 85 | 22 | 50 | 36 | 14 | 37 | 32 | 5 | 16 | 15 | 1 | 4 | 2 | 2 |
| 40-69 | 78 | 73 | 5 | 41 | 37 | 4 | 19 | 19 | 0 | 14 | 13 | 1 | 4 | 4 | 0 |
| 70 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cruelty to animals** | 133 | 107 | 26 | 56 | 42 | 14 | 60 | 53 | 7 | 11 | 8 | 3 | 6 | 4 | 2 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| 10-17 | 8 | 7 | 1 | 2 | 2 | 0 | 3 | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 18-19 | 6 | 6 | 0 | 2 | 2 | 0 | 3 | 3 | 0 | 2 | 2 | 0 | 1 | 1 | 0 |
| 20-29 | 33 | 28 | 5 | 12 | 10 | 2 | 18 | 17 | 1 | 1 | 1 | 0 | 1 | 1 | 0 |
| 30-39 | 34 | 29 | 5 | 16 | 12 | 4 | 16 | 15 | 1 | 2 | 1 | 1 | 2 | 1 | 1 |
| 40-69 | 51 | 36 | 15 | 23 | 15 | 8 | 20 | 15 | 5 | 2 | 2 | 0 | 2 | 1 | 1 |
| 70 and over | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| **Other** | 54,405 | 43,613 | 10,792 | 19,400 | 14,896 | 4,504 | 21,052 | 17,449 | 3,603 | 10,914 | 8,812 | 2,102 | 3,039 | 2,456 | 583 |
| Under 10 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 2,436 | 1,952 | 484 | 418 | 326 | 92 | 1,147 | 966 | 181 | 656 | 483 | 173 | 215 | 177 | 38 |
| 18-19 | 2,090 | 1,778 | 312 | 403 | 321 | 82 | 1,129 | 1,001 | 128 | 474 | 385 | 89 | 84 | 71 | 13 |
| 20-29 | 18,636 | 14,874 | 3,762 | 5,652 | 4,235 | 1,417 | 8,341 | 6,966 | 1,375 | 3,734 | 2,954 | 780 | 909 | 719 | 190 |
| 30-39 | 16,874 | 13,297 | 3,577 | 6,596 | 5,005 | 1,591 | 6,287 | 5,082 | 1,205 | 2,995 | 2,408 | 587 | 996 | 802 | 194 |
| 40-69 | 14,236 | 11,594 | 2,642 | 6,250 | 4,939 | 1,311 | 4,122 | 3,410 | 712 | 3,042 | 2,569 | 473 | 822 | 676 | 146 |
| 70 and over | 131 | 116 | 15 | 79 | 68 | 11 | 26 | 24 | 2 | 13 | 13 | 0 | 13 | 11 | 2 |

Table 34
MISDEMEANOR ARRESTS, 2018
Offense by Gender and Race/Ethnic Group of Arrestee

| Offense | Total | Number | | | | | | Total | Percent | | | | | |
| | | Gender | | Race/ethnic group | | | | | Gender | | Race/ethnic group | | | |
| | | Male | Female | White | Hispanic | Black | Other | | Male | Female | White | Hispanic | Black | Other |
| Total | 784,245 | 590,475 | 193,770 | 301,692 | 321,796 | 111,999 | 48,758 | 100.0 | 75.3 | 24.7 | 38.5 | 41.0 | 14.3 | 6.2 |
| Assault and battery | 82,057 | 59,756 | 22,301 | 26,285 | 33,715 | 16,441 | 5,616 | 100.0 | 72.8 | 27.2 | 32.0 | 41.1 | 20.0 | 6.8 |
| Burglary | 14,420 | 8,550 | 5,870 | 5,443 | 4,857 | 3,180 | 940 | 100.0 | 59.3 | 40.7 | 37.7 | 33.7 | 22.1 | 6.5 |
| Petty theft | 30,358 | 18,378 | 11,980 | 11,726 | 10,214 | 6,250 | 2,168 | 100.0 | 60.5 | 39.5 | 38.6 | 33.6 | 20.6 | 7.1 |
| Checks and access cards | 1,029 | 684 | 345 | 387 | 389 | 188 | 65 | 100.0 | 66.5 | 33.5 | 37.6 | 37.8 | 18.3 | 6.3 |
| Marijuana | 3,835 | 3,039 | 796 | 1,007 | 1,771 | 529 | 528 | 100.0 | 79.2 | 20.8 | 26.3 | 46.2 | 13.8 | 13.8 |
| Other drug | 187,871 | 145,379 | 42,492 | 83,504 | 74,797 | 20,252 | 9,318 | 100.0 | 77.4 | 22.6 | 44.4 | 39.8 | 10.8 | 5.0 |
| Indecent exposure | 1,626 | 1,490 | 136 | 608 | 549 | 362 | 107 | 100.0 | 91.6 | 8.4 | 37.4 | 33.8 | 22.3 | 6.6 |
| Annoying children | 502 | 455 | 47 | 118 | 265 | 74 | 45 | 100.0 | 90.6 | 9.4 | 23.5 | 52.8 | 14.7 | 9.0 |
| Obscene matter | 82 | 69 | 13 | 35 | 33 | 3 | 11 | 100.0 | 84.1 | 15.9 | 42.7 | 40.2 | 3.7 | 13.4 |
| Lewd conduct | 1,141 | 916 | 225 | 348 | 454 | 247 | 92 | 100.0 | 80.3 | 19.7 | 30.5 | 39.8 | 21.6 | 8.1 |
| Prostitution | 6,079 | 1,948 | 4,131 | 880 | 1,716 | 2,758 | 725 | 100.0 | 32.0 | 68.0 | 14.5 | 28.2 | 45.4 | 11.9 |
| Drunk | 58,697 | 47,275 | 11,422 | 26,895 | 22,601 | 5,726 | 3,475 | 100.0 | 80.5 | 19.5 | 45.8 | 38.5 | 9.8 | 5.9 |
| Liquor laws | 5,986 | 4,427 | 1,559 | 2,035 | 2,477 | 928 | 546 | 100.0 | 74.0 | 26.0 | 34.0 | 41.4 | 15.5 | 9.1 |
| Disturbing the peace | 3,476 | 2,504 | 972 | 1,190 | 1,267 | 764 | 255 | 100.0 | 72.0 | 28.0 | 34.2 | 36.4 | 22.0 | 7.3 |
| Vandalism | 8,140 | 6,445 | 1,695 | 2,664 | 3,603 | 1,418 | 455 | 100.0 | 79.2 | 20.8 | 32.7 | 44.3 | 17.4 | 5.6 |
| Trespassing | 28,559 | 20,624 | 7,935 | 11,649 | 9,620 | 5,768 | 1,522 | 100.0 | 72.2 | 27.8 | 40.8 | 33.7 | 20.2 | 5.3 |
| Weapons | 5,842 | 5,127 | 715 | 1,888 | 2,649 | 913 | 392 | 100.0 | 87.8 | 12.2 | 32.3 | 45.3 | 15.6 | 6.7 |
| Driving under the influence | 123,253 | 95,132 | 28,121 | 39,620 | 61,873 | 11,282 | 10,478 | 100.0 | 77.2 | 22.8 | 32.1 | 50.2 | 9.2 | 8.5 |
| Hit-and-run | 5,496 | 4,129 | 1,367 | 1,706 | 2,694 | 543 | 553 | 100.0 | 75.1 | 24.9 | 31.0 | 49.0 | 9.9 | 10.1 |
| Selected traffic violations | 7,841 | 6,792 | 1,049 | 2,052 | 4,055 | 942 | 792 | 100.0 | 86.6 | 13.4 | 26.2 | 51.7 | 12.0 | 10.1 |
| Gambling | 349 | 237 | 112 | 66 | 110 | 77 | 96 | 100.0 | 67.9 | 32.1 | 18.9 | 31.5 | 22.1 | 27.5 |
| All other | 207,606 | 157,119 | 50,487 | 81,586 | 82,087 | 33,354 | 10,579 | 100.0 | 75.7 | 24.3 | 39.3 | 39.5 | 16.1 | 5.1 |

Note: Percentages may not add to 100.0 because of rounding.

Table 35
**MISDEMEANOR ARRESTS, 2018**
Offense by Age Group of Arrestee

| Offense | Number | | | | | | Percent | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Under 18 | 18-19 | 20-29 | 30-39 | 40 and over | Total | Under 18 | 18-19 | 20-29 | 30-39 | 40 and over |
| Total.................... | 784,245 | 24,223 | 23,810 | 251,332 | 218,853 | 266,027 | 100.0 | 3.1 | 3.0 | 32.0 | 27.9 | 33.9 |
| Assault and battery........ | 82,057 | 8,049 | 3,060 | 25,963 | 21,444 | 23,541 | 100.0 | 9.8 | 3.7 | 31.6 | 26.1 | 28.7 |
| Burglary.............. | 14,420 | 924 | 848 | 4,888 | 3,830 | 3,930 | 100.0 | 6.4 | 5.9 | 33.9 | 26.6 | 27.3 |
| Petty theft............ | 30,358 | 2,537 | 1,517 | 9,308 | 7,753 | 9,243 | 100.0 | 8.4 | 5.0 | 30.7 | 25.5 | 30.4 |
| Checks and access cards.. | 1,029 | 26 | 40 | 334 | 343 | 286 | 100.0 | 2.5 | 3.9 | 32.5 | 33.3 | 27.8 |
| Marijuana.............. | 3,835 | 1,389 | 455 | 1,006 | 505 | 480 | 100.0 | 36.2 | 11.9 | 26.2 | 13.2 | 12.5 |
| Other drug............. | 187,871 | 1,100 | 3,380 | 59,248 | 61,771 | 62,372 | 100.0 | 0.6 | 1.8 | 31.5 | 32.9 | 33.2 |
| Indecent exposure........ | 1,626 | 33 | 34 | 466 | 431 | 662 | 100.0 | 2.0 | 2.1 | 28.7 | 26.5 | 40.7 |
| Annoying children........ | 502 | 67 | 38 | 123 | 94 | 180 | 100.0 | 13.3 | 7.6 | 24.5 | 18.7 | 35.9 |
| Obscene matter......... | 82 | 35 | 2 | 12 | 6 | 27 | 100.0 | 42.7 | 2.4 | 14.6 | 7.3 | 32.9 |
| Lewd conduct........... | 1,141 | 64 | 46 | 374 | 247 | 410 | 100.0 | 5.6 | 4.0 | 32.8 | 21.6 | 35.9 |
| Prostitution............ | 6,079 | 8 | 618 | 3,196 | 1,126 | 1,131 | 100.0 | 0.1 | 10.2 | 52.6 | 18.5 | 18.6 |
| Drunk................ | 58,697 | 524 | 1,513 | 17,553 | 15,127 | 23,980 | 100.0 | 0.9 | 2.6 | 29.9 | 25.8 | 40.9 |
| Liquor laws........... | 5,986 | 934 | 1,411 | 1,519 | 526 | 1,596 | 100.0 | 15.6 | 23.6 | 25.4 | 8.8 | 26.7 |
| Disturbing the peace...... | 3,476 | 1,007 | 113 | 785 | 585 | 986 | 100.0 | 29.0 | 3.3 | 22.6 | 16.8 | 28.4 |
| Vandalism............. | 8,140 | 1,166 | 471 | 2,744 | 1,917 | 1,842 | 100.0 | 14.3 | 5.8 | 33.7 | 23.6 | 22.6 |
| Trespassing........... | 28,559 | 705 | 745 | 7,339 | 8,159 | 11,611 | 100.0 | 2.5 | 2.6 | 25.7 | 28.6 | 40.7 |
| Weapons............. | 5,842 | 1,138 | 369 | 1,933 | 1,238 | 1,164 | 100.0 | 19.5 | 6.3 | 33.1 | 21.2 | 19.9 |
| Driving under the influence. | 123,253 | 446 | 3,275 | 51,186 | 32,490 | 35,856 | 100.0 | 0.4 | 2.7 | 41.5 | 26.4 | 29.1 |
| Hit-and-run........... | 5,496 | 225 | 385 | 2,094 | 1,150 | 1,642 | 100.0 | 4.1 | 7.0 | 38.1 | 20.9 | 29.9 |
| Selected traffic violations.... | 7,841 | 239 | 923 | 3,337 | 1,682 | 1,660 | 100.0 | 3.0 | 11.8 | 42.6 | 21.5 | 21.2 |
| Gambling.............. | 349 | 8 | 10 | 81 | 91 | 159 | 100.0 | 2.3 | 2.9 | 23.2 | 26.1 | 45.6 |
| All other.............. | 207,606 | 3,599 | 4,557 | 57,843 | 58,338 | 83,269 | 100.0 | 1.7 | 2.2 | 27.9 | 28.1 | 40.1 |

Note: Percentages may not add to 100.0 because of rounding.

Table 36
## MISDEMEANOR ARRESTS, 2018
Offense by Gender, Race/Ethnic Group, and Age Group of Arrestee

| Offense and age | Total | | | White | | | Hispanic | | | Black | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| Total | 784,245 | 590,475 | 193,770 | 301,692 | 213,689 | 88,003 | 321,796 | 257,419 | 64,377 | 111,999 | 82,798 | 29,201 | 48,758 | 36,569 | 12,189 |
| Under 10 | 31 | 24 | 7 | 4 | 3 | 1 | 17 | 12 | 5 | 5 | 4 | 1 | 5 | 5 | 0 |
| 10-17 | 24,192 | 16,619 | 7,573 | 5,349 | 3,603 | 1,746 | 12,983 | 9,210 | 3,773 | 4,238 | 2,658 | 1,580 | 1,622 | 1,148 | 474 |
| 18-19 | 23,810 | 17,317 | 6,493 | 6,358 | 4,350 | 2,008 | 12,386 | 9,773 | 2,613 | 3,388 | 1,988 | 1,400 | 1,678 | 1,206 | 472 |
| 20-29 | 251,332 | 187,616 | 63,716 | 79,924 | 55,547 | 24,377 | 121,230 | 96,949 | 24,281 | 35,211 | 24,049 | 11,162 | 14,967 | 11,071 | 3,896 |
| 30-39 | 218,853 | 164,921 | 53,932 | 83,549 | 58,423 | 25,126 | 92,081 | 73,789 | 18,292 | 29,267 | 22,110 | 7,157 | 13,956 | 10,599 | 3,357 |
| 40-69 | 261,411 | 200,295 | 61,116 | 123,800 | 89,691 | 34,109 | 82,180 | 66,887 | 15,293 | 39,341 | 31,537 | 7,804 | 16,090 | 12,180 | 3,910 |
| 70 and over | 4,616 | 3,683 | 933 | 2,708 | 2,072 | 636 | 919 | 799 | 120 | 549 | 452 | 97 | 440 | 360 | 80 |
| Assault and battery | 82,057 | 59,756 | 22,301 | 26,285 | 18,368 | 7,917 | 33,715 | 25,678 | 8,037 | 16,441 | 11,683 | 4,758 | 5,616 | 4,027 | 1,589 |
| Under 10 | 8 | 7 | 1 | 2 | 1 | 1 | 4 | 4 | 0 | 0 | 0 | 0 | 2 | 2 | 0 |
| 10-17 | 8,041 | 5,090 | 2,951 | 1,663 | 1,063 | 600 | 4,259 | 2,774 | 1,485 | 1,692 | 969 | 723 | 427 | 284 | 143 |
| 18-19 | 3,060 | 2,210 | 850 | 628 | 419 | 209 | 1,626 | 1,233 | 393 | 634 | 421 | 213 | 172 | 137 | 35 |
| 20-29 | 25,963 | 18,977 | 6,986 | 6,595 | 4,537 | 2,058 | 12,290 | 9,484 | 2,806 | 5,511 | 3,891 | 1,620 | 1,567 | 1,065 | 502 |
| 30-39 | 21,444 | 15,917 | 5,527 | 7,104 | 4,993 | 2,111 | 8,793 | 6,893 | 1,900 | 3,959 | 2,888 | 1,071 | 1,588 | 1,143 | 445 |
| 40-69 | 22,927 | 17,071 | 5,856 | 9,942 | 7,088 | 2,854 | 6,650 | 5,220 | 1,430 | 4,567 | 3,449 | 1,118 | 1,768 | 1,314 | 454 |
| 70 and over | 614 | 484 | 130 | 351 | 267 | 84 | 93 | 70 | 23 | 78 | 65 | 13 | 92 | 82 | 10 |
| Burglary | 14,420 | 8,550 | 5,870 | 5,443 | 3,143 | 2,300 | 4,857 | 2,967 | 1,890 | 3,180 | 1,912 | 1,268 | 940 | 528 | 412 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 924 | 497 | 427 | 206 | 110 | 96 | 432 | 248 | 184 | 214 | 105 | 109 | 72 | 34 | 38 |
| 18-19 | 848 | 467 | 381 | 205 | 122 | 83 | 334 | 189 | 145 | 248 | 126 | 122 | 61 | 30 | 31 |
| 20-29 | 4,888 | 2,974 | 1,914 | 1,760 | 1,036 | 724 | 1,771 | 1,139 | 632 | 1,101 | 643 | 458 | 256 | 156 | 100 |
| 30-39 | 3,830 | 2,285 | 1,545 | 1,604 | 941 | 663 | 1,319 | 809 | 510 | 677 | 393 | 284 | 234 | 142 | 92 |
| 40-69 | 3,868 | 2,291 | 1,577 | 1,635 | 914 | 721 | 992 | 576 | 416 | 934 | 639 | 295 | 307 | 162 | 145 |
| 70 and over | 62 | 36 | 26 | 33 | 20 | 13 | 9 | 6 | 3 | 6 | 6 | 0 | 10 | 4 | 6 |
| Petty theft | 30,358 | 18,378 | 11,980 | 11,726 | 6,922 | 4,804 | 10,214 | 6,402 | 3,812 | 6,250 | 3,835 | 2,415 | 2,168 | 1,219 | 949 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 2,536 | 1,489 | 1,047 | 508 | 287 | 221 | 1,240 | 741 | 499 | 598 | 346 | 252 | 190 | 115 | 75 |
| 18-19 | 1,517 | 803 | 714 | 357 | 180 | 177 | 449 | 274 | 175 | 358 | 175 | 183 | 153 | 74 | 79 |
| 20-29 | 9,308 | 5,647 | 3,661 | 3,178 | 1,856 | 1,322 | 3,475 | 2,301 | 1,174 | 2,058 | 1,155 | 903 | 597 | 335 | 262 |
| 30-39 | 7,753 | 4,698 | 3,055 | 3,325 | 1,961 | 1,364 | 2,548 | 1,594 | 954 | 1,338 | 824 | 514 | 542 | 319 | 223 |
| 40-69 | 9,064 | 5,625 | 3,439 | 4,259 | 2,577 | 1,682 | 2,271 | 1,372 | 899 | 1,876 | 1,318 | 558 | 658 | 358 | 300 |
| 70 and over | 179 | 115 | 64 | 99 | 61 | 38 | 31 | 20 | 11 | 21 | 16 | 5 | 28 | 18 | 10 |
| Identity theft | 912 | 543 | 369 | 322 | 172 | 150 | 390 | 242 | 148 | 140 | 89 | 51 | 60 | 40 | 20 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 11 | 10 | 1 | 2 | 2 | 0 | 8 | 7 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 18-19 | 21 | 13 | 8 | 6 | 2 | 4 | 12 | 9 | 3 | 1 | 0 | 1 | 2 | 2 | 0 |
| 20-29 | 339 | 194 | 145 | 109 | 57 | 52 | 162 | 96 | 66 | 46 | 27 | 19 | 22 | 14 | 8 |
| 30-39 | 351 | 212 | 139 | 124 | 69 | 55 | 151 | 93 | 58 | 52 | 33 | 19 | 24 | 17 | 7 |
| 40-69 | 189 | 113 | 76 | 80 | 41 | 39 | 57 | 37 | 20 | 40 | 28 | 12 | 12 | 7 | 5 |
| 70 and over | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other petty theft | 29,446 | 17,835 | 11,611 | 11,404 | 6,750 | 4,654 | 9,824 | 6,160 | 3,664 | 6,110 | 3,746 | 2,364 | 2,108 | 1,179 | 929 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 2,525 | 1,479 | 1,046 | 506 | 285 | 221 | 1,232 | 734 | 498 | 597 | 345 | 252 | 190 | 115 | 75 |
| 18-19 | 1,496 | 790 | 706 | 351 | 178 | 173 | 637 | 365 | 272 | 357 | 175 | 182 | 151 | 72 | 79 |
| 20-29 | 8,969 | 5,453 | 3,516 | 3,069 | 1,799 | 1,270 | 3,313 | 2,205 | 1,108 | 2,012 | 1,128 | 884 | 575 | 321 | 254 |
| 30-39 | 7,402 | 4,486 | 2,916 | 3,201 | 1,892 | 1,309 | 2,397 | 1,501 | 896 | 1,286 | 791 | 495 | 518 | 302 | 216 |
| 40-69 | 8,875 | 5,512 | 3,363 | 4,179 | 2,536 | 1,643 | 2,214 | 1,335 | 879 | 1,836 | 1,290 | 546 | 646 | 351 | 295 |
| 70 and over | 178 | 114 | 64 | 98 | 60 | 38 | 31 | 20 | 11 | 21 | 16 | 5 | 28 | 18 | 10 |

(continued)

Table 36 - continued
## MISDEMEANOR ARRESTS, 2018
### Offense by Gender, Race/Ethnic Group, and Age Group of Arrestee

| Offense and age | Total | | | White | | | Hispanic | | | Black | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| **Checks and access cards** | 1,029 | 684 | 345 | 387 | 239 | 148 | 389 | 274 | 115 | 188 | 125 | 63 | 65 | 46 | 19 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 26 | 20 | 6 | 4 | 3 | 1 | 14 | 10 | 4 | 8 | 7 | 1 | 0 | 0 | 0 |
| 18-19 | 40 | 29 | 11 | 14 | 11 | 3 | 13 | 9 | 4 | 11 | 8 | 3 | 2 | 1 | 1 |
| 20-29 | 334 | 218 | 116 | 108 | 67 | 41 | 143 | 96 | 47 | 63 | 40 | 23 | 20 | 15 | 5 |
| 30-39 | 343 | 231 | 112 | 133 | 83 | 50 | 136 | 100 | 36 | 52 | 33 | 19 | 22 | 15 | 7 |
| 40-69 | 284 | 185 | 99 | 127 | 75 | 52 | 83 | 59 | 24 | 54 | 37 | 17 | 20 | 14 | 6 |
| 70 and over | 2 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| **Drug offenses** | 191,706 | 148,418 | 43,288 | 84,511 | 60,702 | 23,809 | 76,568 | 62,743 | 13,825 | 20,781 | 17,180 | 3,601 | 9,846 | 7,793 | 2,053 |
| Under 10 | 3 | 0 | 3 | 0 | 0 | 0 | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 2,486 | 1,829 | 657 | 647 | 445 | 202 | 1,506 | 1,138 | 368 | 168 | 129 | 39 | 165 | 117 | 48 |
| 18-19 | 3,835 | 2,933 | 902 | 1,229 | 844 | 385 | 2,090 | 1,694 | 396 | 286 | 222 | 64 | 230 | 173 | 57 |
| 20-29 | 60,254 | 45,946 | 14,308 | 24,448 | 16,844 | 7,604 | 27,693 | 22,717 | 4,976 | 5,521 | 4,403 | 1,118 | 2,592 | 1,982 | 610 |
| 30-39 | 62,276 | 47,836 | 14,440 | 27,087 | 19,239 | 7,848 | 25,478 | 20,784 | 4,694 | 6,283 | 5,081 | 1,202 | 3,428 | 2,732 | 696 |
| 40-69 | 62,577 | 49,648 | 12,929 | 30,951 | 23,209 | 7,742 | 19,750 | 16,369 | 3,381 | 8,472 | 7,301 | 1,171 | 3,404 | 2,769 | 635 |
| 70 and over | 275 | 226 | 49 | 149 | 121 | 28 | 48 | 41 | 7 | 51 | 44 | 7 | 27 | 20 | 7 |
| **Marijuana** | 3,835 | 3,039 | 796 | 1,007 | 773 | 234 | 1,771 | 1,369 | 402 | 529 | 472 | 57 | 528 | 425 | 103 |
| Under 10 | 3 | 0 | 3 | 0 | 0 | 0 | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 1,386 | 1,052 | 334 | 368 | 262 | 106 | 818 | 639 | 179 | 100 | 77 | 23 | 100 | 74 | 26 |
| 18-19 | 455 | 387 | 68 | 115 | 99 | 16 | 238 | 196 | 42 | 63 | 58 | 5 | 39 | 34 | 5 |
| 20-29 | 1,006 | 756 | 250 | 214 | 150 | 64 | 465 | 320 | 145 | 207 | 188 | 19 | 120 | 98 | 22 |
| 30-39 | 505 | 442 | 63 | 139 | 119 | 20 | 162 | 138 | 24 | 98 | 94 | 4 | 106 | 91 | 15 |
| 40-69 | 470 | 397 | 73 | 169 | 142 | 27 | 85 | 76 | 9 | 60 | 54 | 6 | 156 | 125 | 31 |
| 70 and over | 10 | 5 | 5 | 2 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 7 | 3 | 4 |
| **Other drug** | 187,871 | 145,379 | 42,492 | 83,504 | 59,929 | 23,575 | 74,797 | 61,374 | 13,423 | 20,252 | 16,708 | 3,544 | 9,318 | 7,368 | 1,950 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 1,100 | 777 | 323 | 279 | 183 | 96 | 688 | 499 | 189 | 68 | 52 | 16 | 65 | 43 | 22 |
| 18-19 | 3,380 | 2,546 | 834 | 1,114 | 745 | 369 | 1,852 | 1,498 | 354 | 223 | 164 | 59 | 191 | 139 | 52 |
| 20-29 | 59,248 | 45,190 | 14,058 | 24,234 | 16,694 | 7,540 | 27,228 | 22,397 | 4,831 | 5,314 | 4,215 | 1,099 | 2,472 | 1,884 | 588 |
| 30-39 | 61,771 | 47,394 | 14,377 | 26,948 | 19,120 | 7,828 | 25,316 | 20,646 | 4,670 | 6,185 | 4,987 | 1,198 | 3,322 | 2,641 | 681 |
| 40-69 | 62,107 | 49,251 | 12,856 | 30,782 | 23,067 | 7,715 | 19,665 | 16,293 | 3,372 | 8,412 | 7,247 | 1,165 | 3,248 | 2,644 | 604 |
| 70 and over | 265 | 221 | 44 | 147 | 120 | 27 | 48 | 41 | 7 | 50 | 43 | 7 | 20 | 17 | 3 |
| **Indecent exposure** | 1,626 | 1,490 | 136 | 608 | 551 | 57 | 549 | 509 | 40 | 362 | 333 | 29 | 107 | 97 | 10 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 33 | 31 | 2 | 10 | 10 | 0 | 16 | 14 | 2 | 6 | 6 | 0 | 1 | 1 | 0 |
| 18-19 | 34 | 28 | 6 | 7 | 6 | 1 | 18 | 18 | 0 | 8 | 4 | 4 | 1 | 0 | 1 |
| 20-29 | 466 | 431 | 35 | 132 | 123 | 9 | 194 | 183 | 11 | 123 | 109 | 14 | 17 | 16 | 1 |
| 30-39 | 431 | 389 | 42 | 140 | 121 | 19 | 158 | 145 | 13 | 99 | 92 | 7 | 34 | 31 | 3 |
| 40-69 | 627 | 578 | 49 | 299 | 273 | 26 | 153 | 139 | 14 | 124 | 120 | 4 | 51 | 46 | 5 |
| 70 and over | 35 | 33 | 2 | 20 | 18 | 2 | 10 | 10 | 0 | 2 | 2 | 0 | 3 | 3 | 0 |
| **Annoying children** | 502 | 455 | 47 | 118 | 108 | 10 | 265 | 240 | 25 | 74 | 65 | 9 | 45 | 42 | 3 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 67 | 45 | 22 | 11 | 7 | 4 | 41 | 26 | 15 | 14 | 11 | 3 | 1 | 1 | 0 |
| 18-19 | 38 | 33 | 5 | 7 | 5 | 2 | 23 | 22 | 1 | 6 | 5 | 1 | 2 | 1 | 1 |
| 20-29 | 123 | 113 | 10 | 21 | 21 | 0 | 64 | 56 | 8 | 25 | 23 | 2 | 13 | 13 | 0 |
| 30-39 | 94 | 89 | 5 | 25 | 23 | 2 | 51 | 50 | 1 | 9 | 8 | 1 | 9 | 8 | 1 |
| 40-69 | 172 | 167 | 5 | 49 | 47 | 2 | 84 | 84 | 0 | 20 | 18 | 2 | 19 | 18 | 1 |
| 70 and over | 8 | 8 | 0 | 5 | 5 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |

(continued)

## Table 36 - continued
### MISDEMEANOR ARRESTS, 2018
### Offense by Gender, Race/Ethnic Group, and Age Group of Arrestee

| Offense and age | Total Total | Total Male | Total Female | White Total | White Male | White Female | Hispanic Total | Hispanic Male | Hispanic Female | Black Total | Black Male | Black Female | Other Total | Other Male | Other Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Obscene matter | 82 | 69 | 13 | 35 | 31 | 4 | 33 | 27 | 6 | 3 | 3 | 0 | 11 | 8 | 3 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 35 | 23 | 12 | 9 | 5 | 4 | 20 | 15 | 5 | 1 | 1 | 0 | 5 | 2 | 3 |
| 18-19 | 2 | 2 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-29 | 12 | 12 | 0 | 3 | 3 | 0 | 5 | 5 | 0 | 1 | 1 | 0 | 3 | 3 | 0 |
| 30-39 | 6 | 5 | 1 | 3 | 3 | 0 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 40-69 | 25 | 25 | 0 | 17 | 17 | 0 | 4 | 4 | 0 | 1 | 1 | 0 | 3 | 3 | 0 |
| 70 and over | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lewd conduct | 1,141 | 916 | 225 | 348 | 280 | 68 | 454 | 397 | 57 | 247 | 163 | 84 | 92 | 76 | 16 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 64 | 50 | 14 | 14 | 11 | 3 | 25 | 18 | 7 | 17 | 13 | 4 | 8 | 8 | 0 |
| 18-19 | 46 | 31 | 15 | 10 | 8 | 2 | 17 | 13 | 4 | 17 | 8 | 9 | 2 | 2 | 0 |
| 20-29 | 374 | 266 | 108 | 99 | 70 | 29 | 148 | 128 | 20 | 105 | 52 | 53 | 22 | 16 | 6 |
| 30-39 | 247 | 213 | 34 | 63 | 53 | 10 | 112 | 102 | 10 | 50 | 38 | 12 | 22 | 20 | 2 |
| 40-69 | 402 | 349 | 53 | 159 | 136 | 23 | 148 | 132 | 16 | 58 | 52 | 6 | 37 | 29 | 8 |
| 70 and over | 7 | 7 | 0 | 3 | 2 | 1 | 4 | 4 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| Prostitution | 6,079 | 1,948 | 4,131 | 880 | 270 | 610 | 1,716 | 1,159 | 557 | 2,758 | 252 | 2,506 | 725 | 267 | 458 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 8 | 0 | 8 | 0 | 0 | 0 | 6 | 0 | 6 | 6 | 0 | 6 | 1 | 0 | 1 |
| 18-19 | 618 | 42 | 576 | 98 | 3 | 95 | 123 | 28 | 95 | 373 | 6 | 367 | 24 | 5 | 19 |
| 20-29 | 3,186 | 635 | 2,561 | 374 | 43 | 331 | 727 | 462 | 325 | 1,906 | 109 | 1,797 | 189 | 81 | 108 |
| 30-39 | 1,126 | 615 | 511 | 171 | 69 | 102 | 482 | 396 | 86 | 308 | 68 | 240 | 165 | 82 | 83 |
| 40-69 | 1,114 | 640 | 474 | 230 | 149 | 81 | 378 | 327 | 51 | 164 | 68 | 96 | 342 | 96 | 246 |
| 70 and over | 17 | 16 | 1 | 7 | 6 | 1 | 6 | 6 | 0 | 1 | 1 | 0 | 4 | 3 | 1 |
| Drunk | 58,697 | 47,275 | 11,422 | 26,895 | 20,682 | 6,213 | 22,601 | 19,066 | 3,535 | 5,726 | 4,677 | 1,049 | 3,475 | 2,850 | 625 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 524 | 347 | 177 | 146 | 98 | 48 | 322 | 213 | 109 | 26 | 14 | 12 | 30 | 22 | 8 |
| 18-19 | 1,513 | 1,203 | 310 | 510 | 379 | 131 | 819 | 683 | 136 | 89 | 72 | 17 | 95 | 69 | 26 |
| 20-29 | 17,553 | 14,060 | 3,493 | 6,082 | 4,661 | 1,421 | 8,716 | 7,226 | 1,490 | 1,648 | 1,283 | 365 | 1,107 | 890 | 217 |
| 30-39 | 15,127 | 12,346 | 2,781 | 6,280 | 4,816 | 1,464 | 6,110 | 5,245 | 865 | 1,724 | 1,442 | 282 | 1,013 | 843 | 170 |
| 40-69 | 23,638 | 19,011 | 4,627 | 13,669 | 10,542 | 3,127 | 6,553 | 5,626 | 927 | 2,210 | 1,838 | 372 | 1,206 | 1,005 | 201 |
| 70 and over | 342 | 308 | 34 | 208 | 186 | 22 | 81 | 73 | 8 | 29 | 28 | 1 | 24 | 21 | 3 |
| Liquor laws | 5,996 | 4,427 | 1,559 | 2,035 | 1,418 | 617 | 2,477 | 1,909 | 568 | 928 | 720 | 208 | 546 | 380 | 166 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 934 | 594 | 340 | 303 | 175 | 128 | 537 | 362 | 175 | 33 | 22 | 11 | 61 | 35 | 26 |
| 18-19 | 1,411 | 1,017 | 394 | 652 | 451 | 201 | 547 | 420 | 127 | 65 | 48 | 17 | 147 | 98 | 49 |
| 20-29 | 1,519 | 1,096 | 423 | 558 | 377 | 181 | 633 | 490 | 143 | 141 | 105 | 36 | 187 | 124 | 63 |
| 30-39 | 526 | 425 | 101 | 141 | 111 | 30 | 246 | 201 | 45 | 100 | 81 | 19 | 39 | 32 | 7 |
| 40-69 | 1,559 | 1,268 | 291 | 374 | 298 | 76 | 503 | 425 | 78 | 576 | 459 | 117 | 106 | 86 | 20 |
| 70 and over | 37 | 27 | 10 | 7 | 6 | 1 | 11 | 11 | 0 | 13 | 5 | 8 | 6 | 5 | 1 |
| Disorderly conduct | 7,294 | 5,126 | 2,168 | 4,073 | 2,782 | 1,291 | 1,744 | 1,278 | 466 | 1,143 | 834 | 309 | 334 | 232 | 102 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 88 | 77 | 11 | 21 | 20 | 1 | 41 | 38 | 3 | 15 | 13 | 2 | 11 | 6 | 5 |
| 18-19 | 113 | 83 | 30 | 40 | 29 | 11 | 38 | 29 | 9 | 21 | 13 | 8 | 14 | 12 | 2 |
| 20-29 | 1,316 | 908 | 408 | 614 | 430 | 184 | 377 | 275 | 102 | 284 | 174 | 110 | 41 | 29 | 12 |
| 30-39 | 1,833 | 1,276 | 557 | 986 | 637 | 349 | 494 | 376 | 118 | 266 | 204 | 62 | 87 | 59 | 28 |
| 40-69 | 3,883 | 2,727 | 1,156 | 2,381 | 1,638 | 743 | 784 | 551 | 233 | 546 | 421 | 125 | 172 | 117 | 55 |
| 70 and over | 61 | 55 | 6 | 34 | 31 | 3 | 10 | 9 | 1 | 11 | 9 | 2 | 9 | 9 | 0 |

(continued)

Table 36 - continued
## MISDEMEANOR ARRESTS, 2018
### Offense by Gender, Race/Ethnic Group, and Age Group of Arrestee

| Offense and age | Total — Total | Total — Male | Total — Female | White — Total | White — Male | White — Female | Hispanic — Total | Hispanic — Male | Hispanic — Female | Black — Total | Black — Male | Black — Female | Other — Total | Other — Male | Other — Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Disturbing the peace** | 3,476 | 2,504 | 972 | 1,190 | 867 | 323 | 1,267 | 927 | 340 | 764 | 509 | 255 | 255 | 201 | 54 |
| Under 10 | 3 | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 |
| 10-17 | 1,004 | 659 | 345 | 185 | 126 | 59 | 474 | 332 | 142 | 284 | 152 | 132 | 61 | 49 | 12 |
| 18-19 | 113 | 84 | 29 | 20 | 18 | 2 | 39 | 29 | 10 | 44 | 29 | 15 | 10 | 8 | 2 |
| 20-29 | 785 | 641 | 144 | 213 | 172 | 41 | 345 | 286 | 59 | 162 | 123 | 39 | 65 | 60 | 5 |
| 30-39 | 585 | 455 | 130 | 208 | 167 | 41 | 198 | 143 | 55 | 129 | 107 | 22 | 50 | 38 | 12 |
| 40-69 | 929 | 637 | 292 | 513 | 363 | 150 | 207 | 133 | 74 | 144 | 97 | 47 | 65 | 44 | 21 |
| 70 and over | 57 | 25 | 32 | 51 | 21 | 30 | 3 | 3 | 0 | 0 | 0 | 0 | 3 | 1 | 2 |
| **Vandalism** | 8,140 | 6,445 | 1,695 | 2,664 | 2,068 | 596 | 3,603 | 3,011 | 592 | 1,418 | 1,005 | 413 | 455 | 361 | 94 |
| Under 10 | 3 | 3 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 1,163 | 952 | 211 | 278 | 220 | 58 | 650 | 555 | 95 | 183 | 137 | 46 | 52 | 40 | 12 |
| 18-19 | 471 | 395 | 76 | 91 | 73 | 18 | 284 | 259 | 25 | 67 | 38 | 29 | 29 | 25 | 4 |
| 20-29 | 2,744 | 2,214 | 530 | 735 | 597 | 138 | 1,400 | 1,189 | 211 | 476 | 321 | 155 | 133 | 107 | 26 |
| 30-39 | 1,917 | 1,480 | 437 | 679 | 511 | 168 | 759 | 609 | 150 | 361 | 262 | 99 | 118 | 98 | 20 |
| 40-69 | 1,804 | 1,375 | 429 | 858 | 651 | 207 | 501 | 392 | 109 | 325 | 243 | 82 | 120 | 89 | 31 |
| 70 and over | 38 | 26 | 12 | 23 | 16 | 7 | 6 | 4 | 2 | 6 | 4 | 2 | 3 | 2 | 1 |
| **Trespassing** | 28,559 | 20,624 | 7,935 | 11,649 | 7,924 | 3,725 | 9,620 | 7,175 | 2,445 | 5,768 | 4,409 | 1,359 | 1,522 | 1,116 | 406 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 705 | 555 | 150 | 149 | 120 | 29 | 377 | 296 | 81 | 136 | 102 | 34 | 43 | 37 | 6 |
| 18-19 | 745 | 527 | 218 | 211 | 138 | 73 | 358 | 257 | 101 | 149 | 115 | 34 | 27 | 17 | 10 |
| 20-29 | 7,339 | 5,417 | 1,922 | 2,374 | 1,697 | 677 | 3,012 | 2,255 | 757 | 1,632 | 1,223 | 409 | 321 | 242 | 79 |
| 30-39 | 8,159 | 5,757 | 2,402 | 3,152 | 2,034 | 1,118 | 2,857 | 2,082 | 775 | 1,719 | 1,314 | 405 | 431 | 327 | 104 |
| 40-69 | 11,378 | 8,194 | 3,184 | 5,632 | 3,837 | 1,795 | 2,966 | 2,245 | 721 | 2,109 | 1,641 | 468 | 671 | 471 | 200 |
| 70 and over | 233 | 174 | 59 | 131 | 98 | 33 | 50 | 40 | 10 | 23 | 14 | 9 | 29 | 22 | 7 |
| **Weapons** | 5,842 | 5,127 | 715 | 1,888 | 1,615 | 273 | 2,649 | 2,372 | 277 | 913 | 788 | 125 | 392 | 352 | 40 |
| Under 10 | 3 | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| 10-17 | 1,135 | 1,001 | 134 | 242 | 210 | 32 | 667 | 594 | 73 | 146 | 123 | 23 | 80 | 74 | 6 |
| 18-19 | 369 | 326 | 43 | 71 | 59 | 12 | 203 | 184 | 19 | 67 | 59 | 8 | 28 | 24 | 4 |
| 20-29 | 1,933 | 1,717 | 216 | 515 | 440 | 75 | 962 | 874 | 88 | 342 | 302 | 40 | 114 | 101 | 13 |
| 30-39 | 1,238 | 1,068 | 170 | 512 | 435 | 77 | 474 | 419 | 55 | 167 | 141 | 26 | 85 | 73 | 12 |
| 40-69 | 1,147 | 996 | 151 | 544 | 467 | 77 | 341 | 300 | 41 | 182 | 154 | 28 | 80 | 75 | 5 |
| 70 and over | 17 | 16 | 1 | 4 | 4 | 0 | 1 | 0 | 1 | 7 | 7 | 0 | 5 | 5 | 0 |
| **Driving under the influence** | 123,253 | 95,132 | 28,121 | 39,620 | 27,507 | 12,113 | 61,873 | 51,156 | 10,717 | 11,282 | 8,401 | 2,881 | 10,478 | 8,068 | 2,410 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 446 | 345 | 101 | 124 | 87 | 37 | 265 | 216 | 49 | 16 | 10 | 6 | 41 | 32 | 9 |
| 18-19 | 3,275 | 2,587 | 688 | 841 | 604 | 237 | 2,037 | 1,697 | 340 | 152 | 108 | 44 | 245 | 178 | 67 |
| 20-29 | 51,186 | 38,960 | 12,226 | 13,546 | 9,406 | 4,140 | 28,981 | 23,271 | 5,710 | 4,085 | 2,865 | 1,220 | 4,574 | 3,418 | 1,156 |
| 30-39 | 32,490 | 25,435 | 7,055 | 9,618 | 6,754 | 2,864 | 16,717 | 14,023 | 2,694 | 3,230 | 2,393 | 837 | 2,925 | 2,265 | 660 |
| 40-69 | 34,726 | 26,929 | 7,797 | 14,706 | 10,084 | 4,622 | 13,687 | 11,779 | 1,908 | 3,702 | 2,945 | 757 | 2,631 | 2,121 | 510 |
| 70 and over | 1,130 | 876 | 254 | 785 | 572 | 213 | 186 | 170 | 16 | 97 | 80 | 17 | 62 | 54 | 8 |
| **Glue sniffing** | 1,474 | 1,191 | 283 | 325 | 217 | 108 | 960 | 829 | 131 | 127 | 101 | 26 | 62 | 44 | 18 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 38 | 30 | 8 | 6 | 6 | 0 | 28 | 22 | 6 | 4 | 2 | 2 | 0 | 0 | 0 |
| 18-19 | 162 | 135 | 27 | 2 | 2 | 0 | 141 | 118 | 23 | 15 | 13 | 2 | 4 | 2 | 2 |
| 20-29 | 578 | 460 | 118 | 98 | 66 | 32 | 407 | 340 | 67 | 56 | 46 | 10 | 17 | 8 | 9 |
| 30-39 | 344 | 260 | 84 | 104 | 51 | 53 | 194 | 170 | 24 | 32 | 27 | 5 | 14 | 12 | 2 |
| 40-69 | 349 | 304 | 45 | 114 | 92 | 22 | 188 | 177 | 11 | 20 | 13 | 7 | 27 | 22 | 5 |
| 70 and over | 3 | 2 | 1 | 1 | 0 | 1 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

(continued)

Table 36 - continued
MISDEMEANOR ARRESTS, 2018
Offense by Gender, Race/Ethnic Group, and Age Group of Arrestee

| Offense and age | Total Total | Total Male | Total Female | White Total | White Male | White Female | Hispanic Total | Hispanic Male | Hispanic Female | Black Total | Black Male | Black Female | Other Total | Other Male | Other Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hit-and-run | 5,496 | 4,129 | 1,367 | 1,706 | 1,217 | 489 | 2,694 | 2,130 | 564 | 543 | 372 | 171 | 553 | 410 | 143 |
| Under 10 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 224 | 170 | 54 | 45 | 31 | 14 | 135 | 107 | 28 | 24 | 19 | 5 | 20 | 13 | 7 |
| 18-19 | 385 | 294 | 91 | 80 | 63 | 17 | 231 | 183 | 48 | 41 | 25 | 16 | 33 | 23 | 10 |
| 20-29 | 2,094 | 1,582 | 512 | 499 | 356 | 143 | 1,158 | 924 | 234 | 245 | 161 | 84 | 192 | 141 | 51 |
| 30-39 | 1,150 | 853 | 297 | 356 | 274 | 113 | 569 | 437 | 132 | 89 | 62 | 27 | 105 | 80 | 25 |
| 40-69 | 1,485 | 1,114 | 371 | 597 | 425 | 172 | 569 | 452 | 117 | 141 | 103 | 38 | 178 | 134 | 44 |
| 70 and over | 157 | 116 | 41 | 98 | 68 | 30 | 32 | 27 | 5 | 2 | 2 | 0 | 25 | 19 | 6 |
| Selected traffic violations | 7,841 | 6,792 | 1,049 | 2,052 | 1,736 | 316 | 4,055 | 3,586 | 469 | 942 | 776 | 166 | 792 | 694 | 98 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 239 | 219 | 20 | 86 | 79 | 7 | 110 | 102 | 8 | 12 | 8 | 4 | 31 | 30 | 1 |
| 18-19 | 923 | 883 | 40 | 229 | 215 | 14 | 530 | 514 | 16 | 46 | 41 | 5 | 118 | 113 | 5 |
| 20-29 | 3,337 | 3,006 | 331 | 723 | 649 | 74 | 1,923 | 1,762 | 161 | 369 | 304 | 65 | 322 | 291 | 31 |
| 30-39 | 1,682 | 1,372 | 310 | 437 | 358 | 79 | 834 | 681 | 153 | 258 | 210 | 48 | 153 | 123 | 30 |
| 40-69 | 1,634 | 1,287 | 347 | 568 | 426 | 142 | 648 | 517 | 131 | 254 | 211 | 43 | 164 | 133 | 31 |
| 70 and over | 26 | 25 | 1 | 9 | 9 | 0 | 10 | 10 | 0 | 3 | 2 | 1 | 4 | 4 | 0 |
| Gambling | 349 | 237 | 112 | 66 | 36 | 30 | 110 | 69 | 41 | 77 | 65 | 12 | 96 | 67 | 29 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 8 | 8 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 6 | 6 | 0 | 1 | 1 | 0 |
| 18-19 | 10 | 8 | 2 | 3 | 1 | 2 | 6 | 6 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| 20-29 | 81 | 52 | 29 | 18 | 7 | 11 | 23 | 17 | 6 | 27 | 20 | 7 | 13 | 8 | 5 |
| 30-39 | 91 | 63 | 28 | 21 | 14 | 7 | 32 | 17 | 15 | 16 | 15 | 1 | 22 | 17 | 5 |
| 40-69 | 158 | 105 | 53 | 24 | 14 | 10 | 47 | 27 | 20 | 28 | 24 | 4 | 59 | 40 | 19 |
| 70 and over | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cruelty to animals | 51 | 37 | 14 | 26 | 19 | 7 | 13 | 10 | 3 | 5 | 3 | 2 | 7 | 5 | 2 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 5 | 5 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| 18-19 | 2 | 2 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-29 | 11 | 5 | 6 | 8 | 5 | 3 | 1 | 1 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| 30-39 | 10 | 6 | 4 | 2 | 1 | 1 | 2 | 0 | 2 | 0 | 0 | 0 | 6 | 4 | 2 |
| 40-69 | 21 | 17 | 4 | 12 | 9 | 3 | 6 | 5 | 1 | 3 | 2 | 1 | 0 | 0 | 0 |
| 70 and over | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nonsupport | 60 | 21 | 39 | 12 | 3 | 9 | 30 | 10 | 20 | 17 | 7 | 10 | 1 | 1 | 0 |
| Under 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18-19 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-29 | 13 | 0 | 13 | 2 | 0 | 2 | 8 | 0 | 8 | 3 | 0 | 3 | 0 | 0 | 0 |
| 30-39 | 25 | 8 | 17 | 7 | 0 | 7 | 12 | 5 | 7 | 6 | 3 | 3 | 0 | 0 | 0 |
| 40-69 | 21 | 12 | 9 | 3 | 3 | 0 | 9 | 4 | 5 | 8 | 4 | 4 | 1 | 1 | 0 |
| 70 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| All other | 198,727 | 150,744 | 47,983 | 77,150 | 54,983 | 22,167 | 79,340 | 63,495 | 15,845 | 32,062 | 24,580 | 7,482 | 10,175 | 7,686 | 2,489 |
| Under 10 | 9 | 8 | 1 | 2 | 2 | 0 | 5 | 4 | 1 | 0 | 0 | 0 | 2 | 2 | 0 |
| 10-17 | 3,458 | 2,582 | 876 | 693 | 492 | 201 | 1,814 | 1,381 | 433 | 631 | 463 | 168 | 320 | 246 | 74 |
| 18-19 | 4,280 | 3,196 | 1,084 | 1,047 | 714 | 333 | 2,261 | 1,815 | 446 | 698 | 458 | 240 | 274 | 209 | 65 |
| 20-29 | 55,925 | 42,279 | 13,646 | 17,222 | 12,085 | 5,137 | 26,774 | 21,529 | 5,245 | 9,335 | 6,705 | 2,630 | 2,594 | 1,960 | 634 |
| 30-39 | 56,126 | 41,839 | 14,287 | 21,360 | 14,773 | 6,587 | 23,502 | 18,505 | 4,997 | 8,390 | 6,418 | 1,972 | 2,874 | 2,143 | 731 |
| 40-69 | 77,619 | 59,739 | 17,880 | 36,137 | 26,357 | 9,780 | 24,661 | 19,972 | 4,689 | 12,813 | 10,369 | 2,444 | 4,008 | 3,041 | 967 |
| 70 and over | 1,310 | 1,101 | 209 | 689 | 560 | 129 | 323 | 289 | 34 | 195 | 167 | 28 | 103 | 85 | 18 |

Table 37
**DISPOSITIONS OF ADULT FELONY ARRESTS, 1982-2018**
By Type of Disposition

| Year(s) | Total | | Law enforcement releases | | Prosecution rejections and resolutions[1] | | Court dispositions | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Dismissed, acquitted[2] | | Convicted | |
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| 2018.......... | 215,283 | 100.0 | 6,524 | 3.0 | 40,099 | 18.6 | 27,154 | 12.6 | 141,506 | 65.7 |
| 2017.......... | 218,933 | 100.0 | 7,910 | 3.6 | 39,815 | 18.2 | 26,678 | 12.2 | 144,530 | 66.0 |
| 2016.......... | 207,022 | 100.0 | 7,058 | 3.4 | 36,588 | 17.7 | 25,961 | 12.5 | 137,415 | 66.4 |
| 2015.......... | 242,460 | 100.0 | 7,537 | 3.1 | 38,733 | 16.0 | 33,908 | 14.0 | 162,282 | 66.9 |
| 2014[a]....... | 315,782 | 100.0 | 10,227 | 3.2 | 48,235 | 15.3 | 39,632 | 12.6 | 217,688 | 68.9 |
| 2013.......... | 305,503 | 100.0 | 10,525 | 3.4 | 45,273 | 14.8 | 36,315 | 11.9 | 213,390 | 69.8 |
| 2012.......... | 295,465 | 100.0 | 9,572 | 3.2 | 48,029 | 16.3 | 35,451 | 12.0 | 202,413 | 68.5 |
| 2011.......... | 292,231 | 100.0 | 9,780 | 3.3 | 45,988 | 15.7 | 40,642 | 13.9 | 195,821 | 67.0 |
| 2010.......... | 298,647 | 100.0 | 9,980 | 3.3 | 46,054 | 15.4 | 40,793 | 13.7 | 201,820 | 67.6 |
| 2009.......... | 306,170 | 100.0 | 9,894 | 3.2 | 43,317 | 14.1 | 45,000 | 14.7 | 207,959 | 67.9 |
| 2008.......... | 325,241 | 100.0 | 9,435 | 2.9 | 41,610 | 12.8 | 46,485 | 14.3 | 227,711 | 70.0 |
| 2007.......... | 332,647 | 100.0 | 10,273 | 3.1 | 42,632 | 12.8 | 48,728 | 14.6 | 231,014 | 69.4 |
| 2006.......... | 319,818 | 100.0 | 9,107 | 2.8 | 42,506 | 13.3 | 46,456 | 14.5 | 221,749 | 69.3 |
| 2005.......... | 319,587 | 100.0 | 10,114 | 3.2 | 39,034 | 12.2 | 43,638 | 13.7 | 226,801 | 71.0 |
| 2004.......... | 345,415 | 100.0 | 10,721 | 3.1 | 43,179 | 12.5 | 48,150 | 13.9 | 243,365 | 70.5 |
| 2003.......... | 316,377 | 100.0 | 10,352 | 3.3 | 42,922 | 13.6 | 45,775 | 14.5 | 217,328 | 68.7 |
| 2002.......... | 287,499 | 100.0 | 11,195 | 3.9 | 39,833 | 13.9 | 41,020 | 14.3 | 195,451 | 68.0 |
| 2001.......... | 271,992 | 100.0 | 11,248 | 4.1 | 39,414 | 14.5 | 37,703 | 13.9 | 183,627 | 67.5 |
| 2000.......... | 267,512 | 100.0 | 7,698 | 2.9 | 37,152 | 13.9 | 36,576 | 13.7 | 186,086 | 69.6 |
| 1999 ......... | 278,715 | 100.0 | 9,616 | 3.5 | 40,217 | 14.4 | 36,004 | 12.9 | 192,878 | 69.2 |
| 1998 ......... | 314,483 | 100.0 | 13,880 | 4.4 | 42,763 | 13.6 | 39,866 | 12.7 | 217,974 | 69.3 |
| 1997.......... | 326,768 | 100.0 | 14,289 | 4.4 | 47,829 | 14.6 | 42,842 | 13.1 | 221,808 | 67.9 |
| 1996.......... | 328,168 | 100.0 | 12,802 | 3.9 | 47,941 | 14.6 | 43,566 | 13.3 | 223,859 | 68.2 |
| 1995.......... | 345,125 | 100.0 | 15,100 | 4.4 | 45,877 | 13.3 | 45,838 | 13.3 | 238,310 | 69.1 |
| 1994.......... | 342,321 | 100.0 | 16,713 | 4.9 | 44,791 | 13.1 | 45,108 | 13.2 | 235,709 | 68.9 |
| 1993.......... | 345,469 | 100.0 | 16,464 | 4.8 | 44,512 | 12.9 | 43,157 | 12.5 | 241,336 | 69.9 |
| 1992.......... | 284,810 | 100.0 | 12,273 | 4.3 | 32,284 | 11.3 | 40,134 | 14.1 | 200,119 | 70.3 |
| 1991.......... | 303,707 | 100.0 | 20,222 | 6.7 | 45,756 | 15.1 | 42,002 | 13.8 | 195,727 | 64.4 |
| 1990.......... | 258,734 | 100.0 | 15,444 | 6.0 | 33,503 | 12.9 | 40,444 | 15.6 | 169,343 | 65.5 |
| 1989.......... | 275,151 | 100.0 | 20,773 | 7.5 | 45,682 | 16.6 | 41,069 | 14.9 | 167,627 | 60.9 |
| 1988.......... | 265,990 | 100.0 | 19,230 | 7.2 | 51,222 | 19.3 | 41,867 | 15.7 | 153,671 | 57.8 |
| 1987.......... | 270,496 | 100.0 | 21,019 | 7.8 | 52,464 | 19.4 | 43,413 | 16.0 | 153,600 | 56.8 |
| 1986.......... | 258,832 | 100.0 | 22,773 | 8.8 | 47,807 | 18.5 | 39,962 | 15.4 | 148,290 | 57.3 |
| 1985.......... | 240,978 | 100.0 | 23,003 | 9.5 | 39,732 | 16.5 | 37,710 | 15.6 | 140,533 | 58.3 |
| 1984.......... | 210,398 | 100.0 | 20,180 | 9.6 | 35,498 | 16.9 | 34,453 | 16.4 | 120,267 | 57.2 |
| 1983.......... | 201,158 | 100.0 | 19,006 | 9.4 | 37,215 | 18.5 | 33,284 | 16.5 | 111,653 | 55.5 |
| 1982.......... | 203,805 | 100.0 | 20,895 | 10.3 | 37,010 | 18.2 | 34,457 | 16.9 | 111,443 | 54.7 |

Source:  Data extracted from the California Department of Justice Criminal History System.   For additional information, see Appendix 1, Data
   Characteristics and Known Limitations.

Notes: This table presents the number and type of final dispositions and sentences for felony arrests reported to the California Department of Justice by law
   enforcement agencies, district attorneys, and courts.   Caution should be used when interpreting this information because arrests and dispositions
   are underreported.   It should also be noted that approximately 1.3% of the adult felony convictions contained in this data represent a disposition that
   the California Department of Justice was unable to positively link to a criminal record;   accordingly, an arrest event was created based solely upon the
   disposition information provided.   There is no way for the California Department of Justice to estimate the exact percentage of underreported
   dispositions.   The nature, extent, and reasons for this underreporting vary from agency to agency and from year to year.
      Percentages may not add to subtotals or 100.0 because of rounding.

[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. Caution should be used when comparing
   felony arrest disposition data to prior years.

[1] The "prosecution rejections and resolutions" category includes single complaints, combined cases, and petitions to revoke probation.

[2] The "dismissed, acquitted" category includes diversions that have been dismissed.

Table 38A
## DISPOSITIONS OF ADULT FELONY ARRESTS, 2013-2018
### By Type of Disposition and Sentence

| Type of disposition and sentence | 2013 Number | 2013 Percent | 2014[a] Number | 2014[a] Percent | 2015 Number | 2015 Percent | 2016 Number | 2016 Percent | 2017 Number | 2017 Percent | 2018 Number | 2018 Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total.......................................... | 305,503 | 100.0 | 315,782 | 100.0 | 242,460 | 100.0 | 207,022 | 100.0 | 218,933 | 100.0 | 215,283 | 100.0 |
| Law enforcement releases (PC 849(b))....... | 10,525 | 3.4 | 10,227 | 3.2 | 7,537 | 3.1 | 7,058 | 3.4 | 7,910 | 3.6 | 6,524 | 3.0 |
| Complainant refuses to prosecute............ | 37 | 0.0 | 53 | 0.0 | 50 | 0.0 | 42 | 0.0 | 57 | 0.0 | 36 | 0.0 |
| Arrestee exonerated.......................... | 65 | 0.0 | 79 | 0.0 | 62 | 0.0 | 31 | 0.0 | 44 | 0.0 | 38 | 0.0 |
| Further investigation......................... | 483 | 0.2 | 354 | 0.1 | 179 | 0.1 | 335 | 0.2 | 328 | 0.1 | 303 | 0.1 |
| Admissible evidence insufficient............. | 497 | 0.2 | 602 | 0.2 | 524 | 0.2 | 561 | 0.3 | 648 | 0.3 | 534 | 0.2 |
| Ascertained evidence insufficient............ | 282 | 0.1 | 264 | 0.1 | 283 | 0.1 | 607 | 0.3 | 665 | 0.3 | 270 | 0.1 |
| Other[1]....................................... | 9,150 | 3.0 | 8,865 | 2.8 | 6,420 | 2.6 | 5,472 | 2.6 | 6,156 | 2.8 | 5,334 | 2.5 |
| Unspecified................................... | 11 | 0.0 | 10 | 0.0 | 19 | 0.0 | 10 | 0.0 | 12 | 0.0 | 9 | 0.0 |
| Prosecution rejections and resolutions....... | 45,273 | 14.8 | 48,235 | 15.3 | 38,733 | 16.0 | 36,588 | 17.7 | 39,815 | 18.2 | 40,099 | 18.6 |
| Lack of corpus................................ | 775 | 0.3 | 881 | 0.3 | 698 | 0.3 | 471 | 0.2 | 490 | 0.2 | 421 | 0.2 |
| Lack of sufficient evidence.................. | 26,093 | 8.5 | 27,475 | 8.7 | 22,742 | 9.4 | 21,973 | 10.6 | 24,140 | 11.0 | 24,200 | 11.2 |
| Inadmissible search and seizure.............. | 1,231 | 0.4 | 1,426 | 0.5 | 612 | 0.3 | 542 | 0.3 | 474 | 0.2 | 632 | 0.3 |
| Victim unavailable/ decline to testify....... | 1,909 | 0.6 | 1,894 | 0.6 | 1,662 | 0.7 | 1,468 | 0.7 | 1,718 | 0.8 | 1,640 | 0.8 |
| Witness unavailable/ decline to testify...... | 182 | 0.1 | 218 | 0.1 | 161 | 0.1 | 197 | 0.1 | 184 | 0.1 | 115 | 0.1 |
| Combined with other counts/cases............ | 385 | 0.1 | 463 | 0.1 | 623 | 0.3 | 417 | 0.2 | 491 | 0.2 | 389 | 0.2 |
| Interest of justice........................... | 3,035 | 1.0 | 3,254 | 1.0 | 2,508 | 1.0 | 2,424 | 1.2 | 2,811 | 1.3 | 3,299 | 1.5 |
| Deferred to revocation of parole............. | 809 | 0.3 | 395 | 0.1 | 204 | 0.1 | 175 | 0.1 | 164 | 0.1 | 153 | 0.1 |
| Prosecutor prefiling deferral/diversion...... | 960 | 0.3 | 710 | 0.2 | 451 | 0.2 | 542 | 0.3 | 644 | 0.3 | 578 | 0.3 |
| Probation revocation in lieu of filing....... | 1,385 | 0.5 | 1,573 | 0.5 | 773 | 0.3 | 557 | 0.3 | 366 | 0.2 | 266 | 0.1 |
| Other[2]....................................... | 8,509 | 2.8 | 9,946 | 3.1 | 8,299 | 3.4 | 7,822 | 3.8 | 8,333 | 3.8 | 8,406 | 3.9 |
| Court dispositions............................ | 249,705 | 81.7 | 257,320 | 81.5 | 196,190 | 80.9 | 163,376 | 78.9 | 171,208 | 78.2 | 168,660 | 78.3 |
| Dismissed..................................... | 33,344 | 10.9 | 36,953 | 11.7 | 30,657 | 12.6 | 24,165 | 11.7 | 25,381 | 11.6 | 26,143 | 12.1 |
| Diversions dismissed......................... | 2,460 | 0.8 | 2,294 | 0.7 | 2,686 | 1.1 | 1,309 | 0.6 | 806 | 0.4 | 500 | 0.2 |
| Acquitted..................................... | 511 | 0.2 | 385 | 0.1 | 565 | 0.2 | 487 | 0.2 | 491 | 0.2 | 511 | 0.2 |
| Convicted..................................... | 213,390 | 69.8 | 217,688 | 68.9 | 162,282 | 66.9 | 137,415 | 66.4 | 144,530 | 66.0 | 141,506 | 65.7 |
| Sentence | | | | | | | | | | | | |
| Death......................................... | 24 | 0.0 | 13 | 0.0 | 14 | 0.0 | 9 | 0.0 | 11 | 0.0 | 5 | 0.0 |
| State institutions[3]......................... | 31,962 | 10.5 | 32,212 | 10.2 | 27,711 | 11.4 | 25,434 | 12.3 | 28,333 | 12.9 | 28,414 | 13.2 |
| Probation..................................... | 32,998 | 10.8 | 31,812 | 10.1 | 15,616 | 6.4 | 11,848 | 5.7 | 11,465 | 5.2 | 10,656 | 4.9 |
| Probation with jail.......................... | 117,864 | 38.6 | 121,171 | 38.4 | 95,314 | 39.3 | 78,273 | 37.8 | 80,995 | 37.0 | 80,929 | 37.6 |
| Jail.......................................... | 23,577 | 7.7 | 26,196 | 8.3 | 19,306 | 8.0 | 17,413 | 8.4 | 18,633 | 8.5 | 17,931 | 8.3 |
| Fine.......................................... | 2,221 | 0.7 | 2,382 | 0.8 | 1,720 | 0.7 | 1,410 | 0.7 | 1,421 | 0.6 | 1,320 | 0.6 |
| Other[4]...................................... | 4,744 | 1.6 | 3,902 | 1.2 | 2,601 | 1.1 | 3,028 | 1.5 | 3,672 | 1.7 | 2,251 | 1.0 |

Source:   Data extracted from the California Department of Justice Criminal History System.  For additional information, see Appendix 1, Data Characteristics and Known Limitations.
Notes:  This table presents the number and type of final dispositions and sentences for felony arrests reported to the California Department of Justice by law enforcement agencies, district attorneys, and courts.  Caution should
        be used when interpreting this information because arrests and dispositions are underreported.  It should also be noted that approximately 1.3% of the adult felony convictions contained in this data represent a
        disposition that the California Department of Justice was unable to positively link to a criminal record; accordingly, an arrest event was created based solely upon the disposition information provided.  There is no way
        for the California Department of Justice to estimate the exact percentage of underreported dispositions.  The nature, extent, and reasons for this underreporting vary from agency to agency and from year to year.
        Percentages may not add to subtotals or 100.0 because of rounding.
[a]  In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors.  Caution should be used when comparing felony arrest disposition data to prior years.
[1]  The "other" category includes release due to delay; subject reported deceased, handled administratively, Penal Code section 849(b)(2) - intoxication only, and Penal Code section 849(b)(3) - under the influence of a
     controlled substance and delivered to a treatment facility.
[2]  The "other" category includes rejection due to continuing investigations and due process or jurisdictional considerations.
[3]  The "state institutions" category includes sentences to prison, California Rehabilitation Center, and the Division of Juvenile Justice (youth authority).
[4]  The "other" category includes no sentence given, sentence suspended, and sentence stayed.

Table 38B
**DISPOSITIONS OF ADULT FELONY ARRESTS, 2013-2018**
By Type of Disposition and Sentence
Percent Distribution of Court Dispositions

| Type of disposition and sentence | 2013 Number | 2013 Percent | 2014[4] Number | 2014[4] Percent | 2015 Number | 2015 Percent | 2016 Number | 2016 Percent | 2017 Number | 2017 Percent | 2018 Number | 2018 Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total.......... | 305,503 | | 315,782 | | 242,460 | | 207,022 | | 218,933 | | 215,283 | |
| Law enforcement releases (PC 849(b)).......... | 10,525 | | 10,227 | | 7,537 | | 7,058 | | 7,910 | | 6,524 | |
| Complainant refuses to prosecute.......... | 37 | | 53 | | 50 | | 42 | | 57 | | 36 | |
| Arrestee exonerated.......... | 65 | | 79 | | 62 | | 31 | | 44 | | 38 | |
| Further investigation.......... | 483 | | 354 | | 179 | | 335 | | 328 | | 303 | |
| Admissible evidence insufficient.......... | 497 | | 602 | | 524 | | 561 | | 648 | | 534 | |
| Ascertained evidence insufficient.......... | 282 | | 264 | | 283 | | 607 | | 665 | | 270 | |
| Other[1].......... | 9,150 | | 8,865 | | 6,420 | | 5,472 | | 6,156 | | 5,334 | |
| Unspecified.......... | 11 | | 10 | | 19 | | 10 | | 12 | | 9 | |
| Prosecution rejections and resolutions.......... | 45,273 | | 48,235 | | 38,733 | | 36,588 | | 39,815 | | 40,099 | |
| Lack of corpus.......... | 775 | | 881 | | 698 | | 471 | | 490 | | 421 | |
| Lack of sufficient evidence.......... | 26,093 | | 27,475 | | 22,742 | | 21,973 | | 24,140 | | 24,200 | |
| Inadmissible search and seizure.......... | 1,231 | | 1,426 | | 612 | | 542 | | 474 | | 632 | |
| Victim unavailable/decline to testify.......... | 1,909 | | 1,894 | | 1,662 | | 1,468 | | 1,718 | | 1,640 | |
| Witness unavailable/decline to testify.......... | 182 | | 218 | | 161 | | 197 | | 184 | | 115 | |
| Combined with other counts/cases.......... | 385 | | 463 | | 623 | | 417 | | 491 | | 389 | |
| Interest of justice.......... | 3,035 | | 3,254 | | 2,508 | | 2,424 | | 2,811 | | 3,299 | |
| Deferred to revocation of parole.......... | 809 | | 395 | | 204 | | 175 | | 164 | | 153 | |
| Prosecutor prefiling deferral/diversion.......... | 960 | | 710 | | 451 | | 542 | | 644 | | 578 | |
| Probation revocation in lieu of filing.......... | 1,385 | | 1,573 | | 773 | | 557 | | 366 | | 266 | |
| Other[2].......... | 8,509 | | 9,946 | | 8,299 | | 7,822 | | 8,333 | | 8,406 | |
| Court dispositions.......... | 249,705 | 100.0 | 257,320 | 100.0 | 196,190 | 100.0 | 163,376 | 100.0 | 171,208 | 100.0 | 168,660 | 100.0 |
| Dismissed.......... | 33,344 | 13.4 | 36,953 | 14.4 | 30,657 | 15.6 | 24,165 | 14.8 | 25,381 | 14.8 | 26,143 | 15.5 |
| Diversions dismissed.......... | 2,460 | 1.0 | 2,294 | 0.9 | 2,686 | 1.4 | 1,309 | 0.8 | 806 | 0.5 | 500 | 0.3 |
| Acquitted.......... | 511 | 0.2 | 385 | 0.1 | 565 | 0.3 | 487 | 0.3 | 491 | 0.3 | 511 | 0.3 |
| Convicted.......... | 213,390 | 85.5 | 217,688 | 84.6 | 162,282 | 82.7 | 137,415 | 84.1 | 144,530 | 84.4 | 141,506 | 83.9 |
| Sentence | | | | | | | | | | | | |
| Death.......... | 24 | 0.0 | 13 | 0.0 | 14 | 0.0 | 9 | 0.0 | 11 | 0.0 | 5 | 0.0 |
| State institutions[3].......... | 31,962 | 12.8 | 32,212 | 12.5 | 27,711 | 14.1 | 25,434 | 15.6 | 28,333 | 16.5 | 28,414 | 16.8 |
| Probation.......... | 32,938 | 13.2 | 31,812 | 12.4 | 15,616 | 8.0 | 11,848 | 7.3 | 11,465 | 6.7 | 10,656 | 6.3 |
| Probation with jail.......... | 117,864 | 47.2 | 121,171 | 47.1 | 95,314 | 48.6 | 78,273 | 47.9 | 80,995 | 47.3 | 80,929 | 48.0 |
| Jail.......... | 23,577 | 9.4 | 26,196 | 10.2 | 19,306 | 9.8 | 17,413 | 10.7 | 18,633 | 10.9 | 17,931 | 10.6 |
| Fine.......... | 2,221 | 0.9 | 2,382 | 0.9 | 1,720 | 0.9 | 1,410 | 0.9 | 1,421 | 0.8 | 1,320 | 0.8 |
| Other[4].......... | 4,744 | 1.9 | 3,902 | 1.5 | 2,601 | 1.3 | 3,028 | 1.9 | 3,672 | 2.1 | 2,251 | 1.3 |

Source: Data extracted from the California Department of Justice Criminal History System.  For additional information, see Appendix 1, Data Characteristics and Known Limitations.

Notes: This table presents the number and type of final dispositions and sentences for felony arrests reported to the California Department of Justice by law enforcement agencies, district attorneys, and courts.  Caution should be used when interpreting this information because arrests and dispositions are underreported.  It should also be noted that approximately 1.3% of the adult felony convictions contained in this data represent a disposition that the California Department of Justice was unable to positively link to a criminal record; accordingly, an arrest event was created based solely upon the disposition information provided.  There is no way for the California Department of Justice to estimate the exact percentage of underreported dispositions.  The nature, extent, and reasons for this underreporting vary from agency to agency and from year to year.
Percentages may not add to subtotals or 100.0 because of rounding.

[4] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. Caution should be used when comparing felony arrest disposition data to prior years.

[1] The "other" category includes release due to delay, subject reported deceased, handled administratively, Penal Code section 849(b)(2) - intoxication only, and Penal Code section 849(b)(3) - under the influence of a controlled substance and delivered to a treatment facility.

[2] The "other" category includes rejection due to continuing investigations and due process or jurisdictional considerations.

[3] The "state institutions" category includes sentences to prison, California Rehabilitation Center, and the Division of Juvenile Justice (youth authority).

[4] The "other" category includes no sentence given, sentence suspended, and sentence stayed.

Table 39
## DISPOSITIONS OF ADULT FELONY ARRESTS, 2018
Arrest Offense Category by Type of Disposition

| Type of disposition | Total | | Violent offenses[1] | | Property offenses[2] | | Drug offenses | | All other | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Total.......... | 215,283 | 100.0 | 81,294 | 100.0 | 58,104 | 100.0 | 26,436 | 100.0 | 49,449 | 100.0 |
| Law enforcement releases............. | 6,524 | 3.0 | 3,007 | 3.7 | 1,673 | 2.9 | 895 | 3.4 | 949 | 1.9 |
| Prosecution rejections and resolutions[3] ..... | 40,099 | 18.6 | 23,179 | 28.5 | 7,225 | 12.4 | 2,489 | 9.4 | 7,206 | 14.6 |
| Dismissed, acquitted[4] ................. | 27,154 | 12.6 | 8,909 | 11.0 | 6,508 | 11.2 | 5,185 | 19.6 | 6,552 | 13.3 |
| Convicted.......... | 141,506 | 65.7 | 46,199 | 56.8 | 42,698 | 73.5 | 17,867 | 67.6 | 34,742 | 70.3 |

Source: Data extracted from the California Department of Justice Criminal History System.  For additional information, see Appendix 1, Data Characteristics and Known Limitations.
Notes: This table presents the number and type of final dispositions and sentences for felony arrests reported to the California Department of Justice by law enforcement
  agencies, district attorneys, and courts.  Caution should be used when interpreting this information because arrests and dispositions are underreported.
  It should also be noted that approximately 1.3% of the adult felony convictions contained in this data represent a disposition that the California Department of Justice
  was unable to positively link to a criminal record; accordingly, an arrest event was created based solely upon the disposition information provided.  There is no way for
  the California Department of Justice to estimate the exact percentage of underreported dispositions.  The nature, extent, and reasons for this underreporting vary
  from agency to agency and from year to year.
  Percentages may not add to subtotals or 100.0 because of rounding.

[1] Violent offenses include homicide, rape, robbery, assault, and kidnapping.

[2] Property offenses include burglary; theft; motor vehicle theft; forgery, check, and access card offenses; and arson.

[3] The "prosecution rejections and resolutions" category includes single complaints, combined cases, and petitions to revoke probation.

[4] The "dismissed, acquitted" category includes diversions that have been dismissed.

Table 40
## ADULT FELONY ARRESTEES CONVICTED, 2013-2018
### By Convicted Offense Category and Type of Sentence

| Convicted offense category and type of sentence | 2013 Number | 2013 Percent | 2014[a] Number | 2014[a] Percent | 2015 Number | 2015 Percent | 2016 Number | 2016 Percent | 2017 Number | 2017 Percent | 2018 Number | 2018 Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total convictions........ | 213,390 | 100.0 | 217,688 | 100.0 | 162,282 | 100.0 | 137,415 | 100.0 | 144,530 | 100.0 | 141,506 | 100.0 |
| **Type of sentence** | | | | | | | | | | | | |
| State institutions[1] .......... | 31,986 | 15.0 | 32,225 | 14.8 | 27,725 | 17.1 | 25,443 | 18.5 | 28,344 | 19.6 | 28,419 | 20.1 |
| Probation[2] .......... | 39,963 | 18.7 | 38,096 | 17.5 | 19,937 | 12.3 | 16,286 | 11.9 | 16,558 | 11.5 | 14,227 | 10.1 |
| Probation with jail .......... | 117,864 | 55.2 | 121,171 | 55.7 | 95,314 | 58.7 | 78,273 | 57.0 | 80,995 | 56.0 | 80,929 | 57.2 |
| Jail .......... | 23,577 | 11.0 | 26,196 | 12.0 | 19,306 | 11.9 | 17,413 | 12.7 | 18,633 | 12.9 | 17,931 | 12.7 |
| **Convicted offense category and type of sentence** | | | | | | | | | | | | |
| Violent offenses[3] .......... | 38,034 | 100.0 | 38,943 | 100.0 | 39,470 | 100.0 | 34,721 | 100.0 | 37,020 | 100.0 | 37,647 | 100.0 |
| State institutions[1] .......... | 9,237 | 24.3 | 9,576 | 24.6 | 9,728 | 24.6 | 8,847 | 25.5 | 9,560 | 25.8 | 9,770 | 26.0 |
| Probation[2] .......... | 3,087 | 8.1 | 2,717 | 7.0 | 3,004 | 7.6 | 2,974 | 8.6 | 3,127 | 8.4 | 2,906 | 7.7 |
| Probation with jail .......... | 23,555 | 61.9 | 24,031 | 61.7 | 24,354 | 61.7 | 20,539 | 59.2 | 21,800 | 58.9 | 22,436 | 59.6 |
| Jail .......... | 2,155 | 5.7 | 2,619 | 6.7 | 2,384 | 6.0 | 2,361 | 6.8 | 2,533 | 6.8 | 2,535 | 6.7 |
| Property offenses[4] .......... | 55,342 | 100.0 | 53,337 | 100.0 | 37,154 | 100.0 | 33,095 | 100.0 | 35,011 | 100.0 | 34,087 | 100.0 |
| State institutions[1] .......... | 7,312 | 13.2 | 7,008 | 13.1 | 5,459 | 14.7 | 5,231 | 15.8 | 5,825 | 16.6 | 5,566 | 16.3 |
| Probation[2] .......... | 5,500 | 9.9 | 4,598 | 8.6 | 3,437 | 9.3 | 3,150 | 9.5 | 3,494 | 10.0 | 3,000 | 8.8 |
| Probation with jail .......... | 34,583 | 62.5 | 33,663 | 63.1 | 23,021 | 62.0 | 19,922 | 60.2 | 20,717 | 59.2 | 20,542 | 60.3 |
| Jail .......... | 7,947 | 14.4 | 8,068 | 15.1 | 5,237 | 14.1 | 4,792 | 14.5 | 4,975 | 14.2 | 4,979 | 14.6 |
| Drug offenses .......... | 64,249 | 100.0 | 67,699 | 100.0 | 32,121 | 100.0 | 22,518 | 100.0 | 21,053 | 100.0 | 17,923 | 100.0 |
| State institutions[1] .......... | 5,641 | 8.8 | 5,596 | 8.3 | 2,680 | 8.3 | 2,304 | 10.2 | 2,419 | 11.5 | 2,329 | 13.0 |
| Probation[2] .......... | 22,713 | 35.4 | 22,443 | 33.2 | 5,882 | 18.3 | 3,658 | 16.2 | 3,253 | 15.5 | 2,396 | 13.4 |
| Probation with jail .......... | 28,111 | 43.8 | 30,647 | 45.3 | 17,278 | 53.8 | 11,558 | 51.3 | 10,019 | 47.6 | 8,577 | 47.9 |
| Jail .......... | 7,784 | 12.1 | 9,013 | 13.3 | 6,281 | 19.6 | 4,998 | 22.2 | 5,362 | 25.5 | 4,621 | 25.8 |
| All other offenses .......... | 55,765 | 100.0 | 57,709 | 100.0 | 53,537 | 100.0 | 47,081 | 100.0 | 51,446 | 100.0 | 51,849 | 100.0 |
| State institutions[1] .......... | 9,796 | 17.6 | 10,045 | 17.4 | 9,858 | 18.4 | 9,061 | 19.2 | 10,540 | 20.5 | 10,754 | 20.7 |
| Probation[2] .......... | 8,663 | 15.5 | 8,338 | 14.4 | 7,614 | 14.2 | 6,504 | 13.8 | 6,684 | 13.0 | 5,925 | 11.4 |
| Probation with jail .......... | 31,615 | 56.7 | 32,830 | 56.9 | 30,661 | 57.3 | 26,254 | 55.8 | 28,459 | 55.3 | 29,374 | 56.7 |
| Jail .......... | 5,691 | 10.2 | 6,496 | 11.3 | 5,404 | 10.1 | 5,262 | 11.2 | 5,763 | 11.2 | 5,796 | 11.2 |

Source: Data extracted from the California Department of Justice Criminal History System. For additional information, see Appendix I, Data Characteristics and Known Limitations.

Notes: This table presents the number and type of final dispositions and sentences for felony arrests reported to the California Department of Justice by law enforcement agencies, district attorneys, and courts. Caution should be used when interpreting this information because arrests and dispositions are underreported. It should also be noted that approximately 1.3% of the adult felony convictions contained in this data represent a disposition that the California Department of Justice was unable to positively link to a criminal record; accordingly, an arrest event was created based solely upon the disposition information provided. There is no way for the California Department of Justice to estimate the exact percentage of underreported dispositions. The nature, extent, and reasons for this underreporting vary from agency to agency and from year to year.
  Data include convictions for both misdemeanors and felonies.
  Percentages may not add to subtotals or 100.0 because of rounding.

[a] In November 2014, California voters passed Proposition 47 which reduced some felony offenses to misdemeanors. Caution should be used when comparing felony arrest disposition data to prior years.
[1] The "State institutions" category includes sentences to death, prison, California Rehabilitation Center (civil addict), and the Division of Juvenile Justice (youth authority).
[2] The "Probation" category includes straight probation, fine, and other (no sentence given, sentence suspended, and sentence stayed).
[3] Violent offenses include homicide, rape, robbery, assault, and kidnapping.
[4] Property offenses include burglary, theft, motor vehicle theft, forgery, check, and access card offenses; and arson.

Table 41
## ADULTS ON ACTIVE PROBATION AS OF DECEMBER 31, 1966-2018
By Level of Offense

| Year(s) | Total | | Felony offense | | Misdemeanor offense | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| 2018[a]................ | 209,763 | 100.0 | 166,745 | 79.5 | 43,018 | 20.5 |
| 2017................ | 233,046 | 100.0 | 183,623 | 78.8 | 49,423 | 21.2 |
| 2016[b]................ | 239,735 | 100.0 | 190,686 | 79.5 | 49,049 | 20.5 |
| 2015................ | 263,531 | 100.0 | 221,243 | 84.0 | 42,288 | 16.0 |
| 2014[c,d]................ | 285,681 | 100.0 | 244,122 | 85.5 | 41,559 | 14.5 |
| 2013................ | 296,964 | 100.0 | 254,106 | 85.6 | 42,858 | 14.4 |
| 2012................ | 294,993 | 100.0 | 249,173 | 84.5 | 45,820 | 15.5 |
| 2011................ | 297,917 | 100.0 | 247,770 | 83.2 | 50,147 | 16.8 |
| 2010................ | 311,692 | 100.0 | 255,006 | 81.8 | 56,686 | 18.2 |
| 2009................ | 331,270 | 100.0 | 266,249 | 80.4 | 65,021 | 19.6 |
| 2008................ | 341,584 | 100.0 | 269,023 | 78.8 | 72,561 | 21.2 |
| 2007................ | 347,199 | 100.0 | 269,384 | 77.6 | 77,815 | 22.4 |
| 2006................ | 346,495 | 100.0 | 268,828 | 77.6 | 77,667 | 22.4 |
| 2005................ | 344,442 | 100.0 | 263,911 | 76.6 | 80,531 | 23.4 |
| 2004................ | 341,214 | 100.0 | 257,043 | 75.3 | 84,171 | 24.7 |
| 2003................ | 352,449 | 100.0 | 252,530 | 71.7 | 99,919 | 28.3 |
| 2002................ | 336,740 | 100.0 | 239,618 | 71.2 | 97,122 | 28.8 |
| 2001................ | 328,540 | 100.0 | 235,951 | 71.8 | 92,589 | 28.2 |
| 2000................ | 333,288 | 100.0 | 238,520 | 71.6 | 94,768 | 28.4 |
| 1999................ | 338,785 | 100.0 | 244,460 | 72.2 | 94,325 | 27.8 |
| 1998................ | 330,945 | 100.0 | 233,625 | 70.6 | 97,320 | 29.4 |
| 1997................ | 302,236 | 100.0 | 210,960 | 69.8 | 91,276 | 30.2 |
| 1996................ | 289,503 | 100.0 | 197,862 | 68.3 | 91,641 | 31.7 |
| 1995................ | 286,986 | 100.0 | 193,389 | 67.4 | 93,597 | 32.6 |
| 1994................ | 285,105 | 100.0 | 186,701 | 65.5 | 98,404 | 34.5 |
| 1993................ | 280,749 | 100.0 | 153,278 | 54.6 | 127,471 | 45.4 |
| 1992................ | 302,754 | 100.0 | 148,989 | 49.2 | 153,765 | 50.8 |
| 1991................ | 315,421 | 100.0 | 141,923 | 45.0 | 173,498 | 55.0 |
| 1990................ | 305,700 | 100.0 | 131,277 | 42.9 | 174,423 | 57.1 |
| 1989................ | 285,018 | 100.0 | 117,189 | 41.1 | 167,829 | 58.9 |
| 1988................ | 265,643 | 100.0 | 104,149 | 39.2 | 161,494 | 60.8 |
| 1987................ | 242,529 | 100.0 | 93,699 | 38.6 | 148,830 | 61.4 |
| 1986................ | 220,614 | 100.0 | 87,194 | 39.5 | 133,420 | 60.5 |
| 1985................ | 210,449 | 100.0 | 81,921 | 38.9 | 128,528 | 61.1 |
| 1984................ | 197,413 | 100.0 | 75,562 | 38.3 | 121,851 | 61.7 |
| 1983................ | 176,555 | 100.0 | 72,152 | 40.9 | 104,403 | 59.1 |
| 1982................ | 157,009 | 100.0 | 67,300 | 42.9 | 89,709 | 57.1 |
| 1981................ | 152,563 | 100.0 | 64,632 | 42.4 | 87,931 | 57.6 |
| 1980................ | 151,382 | 100.0 | 61,648 | 40.7 | 89,734 | 59.3 |
| 1979................ | 150,566 | 100.0 | 59,207 | 39.3 | 91,359 | 60.7 |
| 1978................ | 153,113 | 100.0 | 61,371 | 40.1 | 91,742 | 59.9 |
| 1977................ | 149,587 | 100.0 | 61,303 | 41.0 | 88,284 | 59.0 |
| 1976................ | 152,242 | 100.0 | 63,458 | 41.7 | 88,784 | 58.3 |
| 1975................ | 153,140 | 100.0 | 63,753 | 41.6 | 89,387 | 58.4 |
| 1974................ | 158,887 | 100.0 | 71,599 | 45.1 | 87,288 | 54.9 |
| 1973................ | 150,292 | 100.0 | 72,539 | 48.3 | 77,753 | 51.7 |
| 1972................ | 143,183 | 100.0 | 72,757 | 50.8 | 70,426 | 49.2 |
| 1971................ | 132,078 | 100.0 | 68,379 | 51.8 | 63,699 | 48.2 |
| 1970................ | 117,095 | 100.0 | 62,141 | 53.1 | 54,954 | 46.9 |
| 1969................ | 102,042 | 100.0 | 55,124 | 54.0 | 46,918 | 46.0 |
| 1968................ | 93,282 | 100.0 | 46,263 | 49.6 | 47,019 | 50.4 |
| 1967................ | 83,517 | 100.0 | 39,474 | 47.3 | 44,043 | 52.7 |
| 1966................ | 80,645 | 100.0 | 36,053 | 44.7 | 44,592 | 55.3 |

Note: These data include adults placed on supervised probation only.  Data are limited to original grants of probation and
   do not include subsequent grants of probation to persons already under supervised probation in the same county.
[a] In 2018, San Joaquin County Probation discovered inaccurate reporting of caseload counts resulting in corrected
   felony and misdemeanor caseload counts for October.
[b] In 2016, Sacramento County Probation discovered inaccurate reporting of caseload counts from 2013-2015 resulting
   in a corrected beginning felony caseload count for 2016.
[c] In November 2014, California voters passed Proposition 47 which reduced numerous state statutes from felonies
   to misdemeanors. Caution should be used when comparing felony and misdemeanor data to prior years.
[d] San Bernardino County Probation revised their beginning caseload counts for 2014.  The revision resulted in a
   decrease of almost 9,000 felony cases and an increase of almost 400 misdemeanor cases.

Table 42
## ADULTS PLACED ON AND REMOVED FROM PROBATION, 2013-2018
By Level of Offense, Type of Removal, and Rate per 100,000 Population at Risk

| Placement and removal by level of offense | 2013 Number | 2013 Percent | 2014[a] Number | 2014[a] Percent | 2015 Number | 2015 Percent | 2016 Number | 2016 Percent | 2017 Number | 2017 Percent | 2018 Number | 2018 Percent | Percent change 2013-2018 | Percent change 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Placed on probation** | | | | | | | | | | | | | | |
| Total............ | 171,215 | 100.0 | 169,501 | 100.0 | 153,050 | 100.0 | 138,876 | 100.0 | 137,412 | 100.0 | 119,646 | 100.0 | -30.1 | -12.9 |
| Felony offense........ | 142,904 | 83.5 | 140,890 | 83.1 | 111,689 | 73.0 | 104,045 | 74.9 | 104,146 | 75.8 | 90,836 | 75.9 | -36.4 | -12.8 |
| Misdemeanor offense...... | 28,311 | 16.5 | 28,611 | 16.9 | 41,361 | 27.0 | 34,831 | 25.1 | 33,266 | 24.2 | 28,810 | 24.1 | 1.8 | -13.4 |
| *Rate per 100,000 population at risk[1] - Placed on probation* | | | | | | | | | | | | | | |
| Total............ | 663.0 | | 648.7 | | 580.4 | | 524.3 | | 517.2 | | 447.8 | | -32.5 | -13.4 |
| Felony offense......... | 553.3 | | 539.2 | | 423.6 | | 392.8 | | 392.0 | | 340.0 | | -38.6 | -13.3 |
| Misdemeanor offense....... | 109.6 | | 109.5 | | 156.9 | | 131.5 | | 125.2 | | 107.8 | | -1.6 | -13.9 |
| **Removed from probation** | | | | | | | | | | | | | | |
| Total............ | 164,760 | 100.0 | 163,075 | 100.0 | 161,166 | 100.0 | 136,166 | 100.0 | 133,943 | 100.0 | 136,638 | 100.0 | -17.1 | 2.0 |
| Felony offense........ | 134,849 | 81.8 | 134,970 | 82.8 | 119,320 | 74.0 | 103,172 | 75.8 | 100,745 | 75.2 | 102,212 | 74.8 | -24.2 | 1.5 |
| Misdemeanor offense...... | 29,911 | 18.2 | 28,105 | 17.2 | 41,846 | 26.0 | 32,994 | 24.2 | 33,198 | 24.8 | 34,426 | 25.2 | 15.1 | 3.7 |
| Terminated......... | 73,994 | 44.9 | 70,397 | 43.2 | 75,165 | 46.6 | 58,090 | 42.7 | 57,496 | 42.9 | 71,869 | 52.6 | -2.9 | 25.0 |
| Felony offense....... | 61,819 | 37.5 | 58,865 | 36.1 | 53,855 | 33.4 | 44,860 | 32.9 | 44,151 | 33.0 | 52,594 | 38.5 | -14.9 | 19.1 |
| Misdemeanor offense..... | 12,175 | 7.4 | 11,532 | 7.1 | 21,310 | 13.2 | 13,230 | 9.7 | 13,345 | 10.0 | 19,275 | 14.1 | 58.3 | 44.4 |
| Revoked........... | 64,897 | 39.4 | 62,942 | 38.6 | 60,351 | 37.4 | 53,388 | 39.2 | 52,475 | 39.2 | 46,484 | 34.0 | -28.4 | -11.4 |
| Felony offense........ | 54,126 | 32.9 | 53,060 | 32.5 | 46,226 | 28.7 | 39,804 | 29.2 | 38,759 | 28.9 | 35,757 | 26.2 | -33.9 | -7.7 |
| Misdemeanor offense...... | 10,771 | 6.5 | 9,882 | 6.1 | 14,125 | 8.8 | 13,584 | 10.0 | 13,716 | 10.2 | 10,727 | 7.9 | -0.4 | -21.8 |
| Other[2]........... | 25,869 | 15.7 | 29,736 | 18.2 | 25,650 | 15.9 | 24,688 | 18.1 | 23,972 | 17.9 | 18,285 | 13.4 | -29.3 | -23.7 |
| Felony offense........ | 18,904 | 11.5 | 23,045 | 14.1 | 19,239 | 11.9 | 18,508 | 13.6 | 17,835 | 13.3 | 13,861 | 10.1 | -26.7 | -22.3 |
| Misdemeanor offense...... | 6,965 | 4.2 | 6,691 | 4.1 | 6,411 | 4.0 | 6,180 | 4.5 | 6,137 | 4.6 | 4,424 | 3.2 | -36.5 | -27.9 |
| *Rate per 100,000 population at risk[1] - Removed from probation* | | | | | | | | | | | | | | |
| Total............ | 638.0 | | 624.1 | | 611.2 | | 514.1 | | 504.2 | | 511.4 | | -19.8 | 1.4 |
| Terminated......... | 286.5 | | 269.4 | | 285.1 | | 219.3 | | 216.4 | | 269.0 | | -6.1 | 24.3 |
| Revoked........... | 251.3 | | 240.9 | | 228.9 | | 201.6 | | 197.5 | | 174.0 | | -30.8 | -11.9 |
| Other............ | 100.2 | | 113.8 | | 97.3 | | 93.2 | | 90.2 | | 68.4 | | -31.7 | -24.2 |

Notes: Rates and percentages may not add to subtotals, total, or 100.0 because of rounding.

These data include adults placed on supervised probation only. Data are limited to original grants of probation and do not include subsequent grants of probation to persons already under supervised probation in the same county.

Rates per 100,000 population at risk for 2015 and 2017 will not match previously published data.

[a] In November 2014, California voters passed Proposition 47 which reduced numerous state statutes from felonies to misdemeanors. Caution should be used when comparing felony and misdemeanor data to prior years.

[1] Rates are based on the adult population at risk (18-89 years of age) for each year (see Table 52).

[2] "Other" includes transfer of jurisdiction from one county to another, death, sentence vacated, successful appeal, deportation, etc.

Table 43
**CRIMINAL JUSTICE FULL-TIME PERSONNEL, 1969-2018**
By Type of Agency

| Year(s) | Total personnel | Law enforcement | Prosecution[1] | Public defense | Probation |
|---|---|---|---|---|---|
| 2018............... | 153,549 | 120,005 | 10,366 | 4,222 | 18,956 |
| 2017............... | 153,431 | 119,648 | 10,199 | 4,200 | 19,384 |
| 2016............... | 152,427 | 119,148 | 9,918 | 4,101 | 19,260 |
| 2015............... | 151,439 | 118,309 | 9,776 | 4,006 | 19,348 |
| 2014............... | 151,178 | 118,393 | 9,639 | 3,977 | 19,169 |
| 2013............... | 149,798 | 117,340 | 9,429 | 3,926 | 19,103 |
| 2012............... | 149,353 | 117,238 | 9,367 | 3,938 | 18,810 |
| 2011............... | 148,772 | 116,794 | 9,479 | 3,914 | 18,585 |
| 2010............... | 152,379 | 118,981 | 9,852 | 4,131 | 19,415 |
| 2009............... | 157,704 | 122,042 | 10,199 | 4,091 | 21,372 |
| 2008............... | 159,156 | 123,680 | 10,429 | 4,320 | 20,727 |
| 2007............... | 155,503 | 121,305 | 10,179 | 4,137 | 19,882 |
| 2006............... | 149,237 | 116,128 | 9,619 | 3,924 | 19,566 |
| 2005............... | 145,435 | 113,604 | 9,297 | 3,791 | 18,743 |
| 2004............... | 143,936 | 112,826 | 9,166 | 3,733 | 18,211 |
| 2003............... | 147,790 | 114,945 | 9,480 | 3,788 | 19,577 |
| 2002............... | 148,208 | 115,552 | 10,069 | 3,773 | 18,814 |
| 2001............... | 147,650 | 108,208 | 17,296 | 3,686 | 18,460 |
| 2000............... | 142,132 | 103,579 | 18,481 | 3,950 | 16,122 |
| 1999............... | 139,304 | 102,769 | 16,476 | 3,857 | 16,202 |
| 1998............... | 133,841 | 98,495 | 15,876 | 3,651 | 15,819 |
| 1997............... | 129,332 | 96,322 | 14,826 | 3,622 | 14,562 |
| 1996............... | 124,090 | 94,207 | 12,548 | 3,533 | 13,802 |
| 1995............... | 119,850 | 91,198 | 11,998 | 3,246 | 13,408 |
| 1994............... | 115,244 | 86,933 | 11,461 | 3,224 | 13,626 |
| 1993............... | 113,287 | 85,989 | 10,324 | 3,278 | 13,696 |
| 1992............... | 113,256 | 87,020 | 10,272 | 3,220 | 12,744 |
| 1991............... | 115,554 | 88,628 | 10,027 | 3,255 | 13,644 |
| 1990............... | 113,440 | 86,814 | 9,984 | 3,104 | 13,538 |
| 1989............... | 108,905 | 83,807 | 8,955 | 3,040 | 13,103 |
| 1988............... | 96,341 | 72,586 | 8,251 | 2,822 | 12,682 |
| 1987............... | 100,117 | 77,015 | 8,334 | 2,390 | 12,378 |
| 1986............... | 98,282 | 75,437 | 8,470 | 2,270 | 12,105 |
| 1985............... | 95,611 | 73,582 | 8,072 | 2,163 | 11,794 |
| 1984............... | 93,912 | 74,536 | 7,686 | 2,013 | 9,677 |
| 1983............... | 91,090 | 72,618 | 7,460 | 1,987 | 9,025 |
| 1982............... | 89,762 | 71,352 | 7,407 | 1,972 | 9,031 |
| 1981............... | 87,993 | 69,420 | 7,184 | 1,929 | 9,460 |
| 1980............... | 87,425 | 67,321 | 7,272 | 1,893 | 10,939 |
| 1979............... | 83,675 | 65,120 | 6,916 | 1,766 | 9,873 |
| 1978............... | 83,715 | 64,928 | 6,806 | 1,782 | 10,199 |
| 1977............... | 85,195 | 65,971 | 6,809 | 1,784 | 10,631 |
| 1976............... | 82,873 | 64,060 | 6,183 | 1,680 | 10,950 |
| 1975............... | 81,105 | 64,177 | 4,875 | 1,574 | 10,479 |
| 1974............... | 77,757 | 62,020 | 4,352 | 1,559 | 9,826 |
| 1973............... | 74,693 | 59,697 | 4,439 | 1,385 | 9,172 |
| 1972............... | 71,483 | 58,028 | 3,428 | 1,236 | 8,791 |
| 1971............... | 69,991 | 57,099 | 3,227 | 1,120 | 8,545 |
| 1970............... | 66,482 | 55,320 | 2,506 | 929 | 7,727 |
| 1969............... | 61,553 | 51,104 | 2,786 | 914 | 6,749 |

Note: Personnel in the Department of Justice and state regulatory agencies are not included.

[1] The passage of Assembly Bill 196 required that county-level child support programs, previously administered by district attorneys, be operated by local child support agencies.  This accounts for the large decrease in prosecution personnel since 2001.

Table 44
**CRIMINAL JUSTICE FULL-TIME PERSONNEL, 2013-2018**
By Type of Agency and Personnel Classification

| Type of agency and personnel classification | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Percent change | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2013-2018 | 2017-2018 |
| Total.............................. | 149,798 | 151,178 | 151,439 | 152,427 | 153,431 | 153,549 | 2.5 | 0.1 |
| Law enforcement.................. | 117,340 | 118,393 | 118,309 | 119,148 | 119,648 | 120,005 | 2.3 | 0.3 |
| Prosecution....................... | 9,429 | 9,639 | 9,776 | 9,918 | 10,199 | 10,366 | 9.9 | 1.6 |
| Attorneys........................ | 3,915 | 3,954 | 3,995 | 4,014 | 4,113 | 4,100 | 4.7 | -0.3 |
| Investigators.................... | 1,523 | 1,571 | 1,650 | 1,652 | 1,741 | 1,676 | 10.0 | -3.7 |
| Clerical and all other........... | 3,991 | 4,114 | 4,131 | 4,252 | 4,345 | 4,590 | 15.0 | 5.6 |
| Public defense.................... | 3,926 | 3,977 | 4,006 | 4,101 | 4,200 | 4,222 | 7.5 | 0.5 |
| Attorneys........................ | 2,418 | 2,423 | 2,438 | 2,483 | 2,514 | 2,523 | 4.3 | 0.4 |
| Investigators.................... | 466 | 476 | 482 | 486 | 517 | 529 | 13.5 | 2.3 |
| Clerical and all other........... | 1,042 | 1,078 | 1,086 | 1,132 | 1,169 | 1,170 | 12.3 | 0.1 |
| Probation......................... | 19,103 | 19,169 | 19,348 | 19,260 | 19,384 | 18,956 | -0.8 | -2.2 |
| Probation officers............... | 13,602 | 13,722 | 13,388 | 13,412 | 13,920 | 12,842 | -5.6 | -7.7 |
| All other........................ | 5,501 | 5,447 | 5,960 | 5,848 | 5,464 | 6,114 | 11.1 | 11.9 |

Sources: Law enforcement, district attorney, public defender, and probation personnel surveys conducted by the Criminal Justice Statistics Center. Law enforcement personnel counts are obtained from a one-day survey taken on October 31st. All other personnel survey counts are taken on June 30th.
Note: Personnel in the Department of Justice and state regulatory agencies are not included.

Table 45
## LAW ENFORCEMENT FULL-TIME PERSONNEL, 2013-2018
By Type of Agency

| Type of agency | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Percent change | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2013-2018 | 2017-2018 |
| **Total** | | | | | | | | |
| Total................................. | 117,340 | 118,393 | 118,309 | 119,148 | 119,648 | 120,005 | 2.3 | 0.3 |
| **Sworn and civilian** | | | | | | | | |
| Sworn.................................. | 76,925 | 77,139 | 77,351 | 77,824 | 78,715 | 79,113 | 2.8 | 0.5 |
| Civilian................................ | 40,415 | 41,254 | 40,958 | 41,324 | 40,933 | 40,892 | 1.2 | -0.1 |
| **Agency** | | | | | | | | |
| Police departments............... | 50,956 | 51,500 | 51,634 | 52,218 | 52,530 | 53,065 | 4.1 | 1.0 |
| Sworn................................ | 37,024 | 37,214 | 37,472 | 37,676 | 37,964 | 38,151 | 3.0 | 0.5 |
| Civilian.............................. | 13,932 | 14,286 | 14,162 | 14,542 | 14,566 | 14,914 | 7.0 | 2.4 |
| Sheriffs' departments............. | 52,115 | 52,668 | 52,593 | 52,672 | 52,542 | 52,310 | 0.4 | -0.4 |
| Sworn................................ | 30,120 | 30,098 | 30,080 | 30,386 | 30,690 | 30,796 | 2.2 | 0.3 |
| Civilian.............................. | 21,995 | 22,570 | 22,513 | 22,286 | 21,852 | 21,514 | -2.2 | -1.5 |
| California Highway Patrol........ | 10,623 | 10,551 | 10,414 | 10,591 | 10,737 | 10,529 | -0.9 | -1.9 |
| Sworn................................ | 7,236 | 7,275 | 7,226 | 7,197 | 7,401 | 7,286 | 0.7 | -1.6 |
| Civilian.............................. | 3,387 | 3,276 | 3,188 | 3,394 | 3,336 | 3,243 | -4.3 | -2.8 |
| Other law enforcement agencies[1] | 3,646 | 3,674 | 3,668 | 3,667 | 3,839 | 4,101 | 12.5 | 6.8 |
| Sworn................................ | 2,545 | 2,552 | 2,573 | 2,565 | 2,660 | 2,880 | 13.2 | 8.3 |
| Civilian.............................. | 1,101 | 1,122 | 1,095 | 1,102 | 1,179 | 1,221 | 10.9 | 3.6 |

Source: Law Enforcement Personnel Survey conducted by the Criminal Justice Statistics Center.  The one-day survey is taken October 31st.
Note: Personnel in the Department of Justice and state regulatory agencies are not included.
[1] The "other law enforcement agencies" category includes personnel from University of California, State Parks and Recreation, California State University, and Bay Area Rapid Transit.

Table 46
## CIVILIANS' COMPLAINTS AGAINST PEACE OFFICERS, 1981-2018
By Type of Complaint and Level of Criminal Complaint

| Year(s) | Total | | Non-criminal | | Criminal | | | | | |
| | | | | | Total | | Felony | | Misdemeanor | |
| | Reported[1] | Sustained | Reported | Sustained | Reported | Sustained | Reported | Sustained | Reported | Sustained |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 16,525 | 1,241 | 15,635 | 1,168 | 890 | 73 | 314 | 13 | 576 | 60 |
| 2017 | 16,841 | 1,169 | 15,946 | 1,084 | 895 | 85 | 342 | 22 | 553 | 63 |
| 2016 | 15,406 | 1,227 | 14,360 | 1,141 | 1,046 | 86 | 379 | 26 | 667 | 60 |
| 2015 | 14,402 | 1,325 | 13,080 | 1,195 | 1,322 | 130 | 428 | 41 | 894 | 89 |
| 2014 | 15,693 | 1,288 | 14,407 | 1,179 | 1,286 | 109 | 487 | 40 | 799 | 69 |
| 2013 | 17,032 | 1,646 | 15,815 | 1,531 | 1,217 | 115 | 461 | 32 | 756 | 83 |
| 2012 | 20,363 | 1,612 | 18,984 | 1,456 | 1,379 | 156 | 537 | 51 | 842 | 105 |
| 2011 | 18,590 | 1,724 | 17,112 | 1,554 | 1,478 | 170 | 589 | 58 | 889 | 112 |
| 2010 | 22,458 | 2,178 | 20,715 | 2,023 | 1,743 | 155 | 573 | 62 | 1,170 | 93 |
| 2009 | 22,614 | 1,844 | 21,181 | 1,692 | 1,433 | 152 | 600 | 51 | 833 | 101 |
| 2008 | 23,470 | 1,687 | 22,330 | 1,499 | 1,140 | 188 | 621 | 46 | 519 | 142 |
| 2007[a] | 24,358 | 1,735 | 23,460 | 1,638 | 898 | 97 | 401 | 27 | 497 | 70 |
| 2006 | 21,620 | 1,688 | 19,957 | 1,572 | 1,663 | 116 | 1,122 | 46 | 541 | 70 |
| 2005 | 21,653 | 2,143 | 19,851 | 2,020 | 1,802 | 123 | 1,283 | 37 | 519 | 86 |
| 2004 | 20,609 | 2,053 | 18,782 | 1,932 | 1,827 | 121 | 1,154 | 41 | 673 | 80 |
| 2003 | 20,937 | 1,992 | 19,267 | 1,841 | 1,670 | 151 | 1,035 | 47 | 635 | 104 |
| 2002 | 21,970 | 2,574 | 20,259 | 2,405 | 1,711 | 169 | 1,015 | 61 | 696 | 108 |
| 2001 | 22,455 | 2,688 | 20,377 | 2,523 | 2,078 | 165 | 1,373 | 52 | 705 | 113 |
| 2000 | 23,395 | 2,395 | 21,470 | 2,166 | 1,925 | 229 | 1,217 | 54 | 708 | 175 |
| 1999 | 19,034 | 2,549 | 17,802 | 2,307 | 1,232 | 242 | 604 | 94 | 628 | 148 |
| 1998 | 17,483 | 2,706 | 15,902 | 2,433 | 1,581 | 273 | 890 | 115 | 691 | 158 |
| 1997 | 16,966 | 2,458 | 15,702 | 2,240 | 1,264 | 218 | 601 | 75 | 663 | 143 |
| 1996 | 19,376 | 2,728 | 17,865 | 2,439 | 1,511 | 289 | 646 | 93 | 865 | 196 |
| 1995 | 19,233 | 3,340 | 17,470 | 2,968 | 1,763 | 372 | 798 | 152 | 965 | 220 |
| 1994 | 19,629 | 2,860 | 18,291 | 2,576 | 1,338 | 284 | 490 | 101 | 848 | 183 |
| 1993 | 18,931 | 2,555 | 17,070 | 2,315 | 1,861 | 240 | 739 | 97 | 1,122 | 143 |
| 1992 | 17,468 | 2,769 | 15,723 | 2,459 | 1,745 | 310 | 782 | 110 | 963 | 200 |
| 1991 | 16,467 | 2,632 | 15,063 | 2,377 | 1,404 | 255 | 544 | 89 | 860 | 166 |
| 1990 | 14,755 | 2,754 | 13,343 | 2,459 | 1,412 | 295 | 493 | 86 | 919 | 209 |
| 1989 | 14,855 | 2,759 | 13,388 | 2,491 | 1,467 | 268 | 603 | 98 | 864 | 170 |
| 1988 | 13,817 | 2,438 | 12,363 | 2,148 | 1,454 | 290 | 605 | 115 | 849 | 175 |
| 1987 | 14,180 | 2,244 | 13,334 | 2,077 | 846 | 167 | 251 | 57 | 595 | 110 |
| 1986 | 12,811 | 2,412 | 12,083 | 2,252 | 728 | 160 | 245 | 49 | 483 | 111 |
| 1985 | 13,999 | 2,839 | 13,172 | 2,593 | 827 | 246 | 290 | 97 | 537 | 149 |
| 1984 | 12,875 | 2,357 | 12,137 | 2,204 | 738 | 153 | 223 | 49 | 515 | 104 |
| 1983 | 12,008 | 2,353 | 11,321 | 2,194 | 667 | 159 | 228 | 75 | 459 | 84 |
| 1982 | 11,599 | 2,092 | 10,156 | 1,854 | 1,443 | 238 | 322 | 40 | 1,121 | 198 |
| 1981 | 8,686 | 1,552 | 8,081 | 1,450 | 605 | 102 | 188 | 42 | 417 | 60 |

Source:  Civilians' Complaints Against Peace Officer counts are obtained from an annual survey conducted in January of the following statistical year.
Notes:  Data collection began in 1981.
Because of the individual nature of the requirements of Penal Code section 832.5(a), reporting definitions and procedures vary among reporting agencies.
The data collected under Penal Code section 13012(e) are accurate and complete to the extent that the contributing agencies met reporting obligations.
[1] Based on a survey conducted in 2004, it is estimated that complaints from inmates in prisons and jails may constitute approximately one-third of all complaints reported by law enforcement agencies.
[a] The increase in the number of reported non-criminal complaints and the decrease in the number of reported felony complaints result from reporting-policy changes made by two law enforcement agencies.

Table 47
CIVILIANS' COMPLAINTS AGAINST PEACE OFFICERS, 2018
By Type of Complaint by Finding

| Type of complaint | Reported | Sustained | Exonerated | Not sustained | Unfounded | Pending |
|---|---|---|---|---|---|---|
| Total complaints........................ | 16,525 | 1,241 | 2,991 | 4,597 | 5,756 | 4,752 |
| Non criminal.............................. | 15,635 | 1,168 | 2,830 | 4,494 | 5,135 | 4,320 |
| Misdemeanor............................. | 576 | 60 | 112 | 56 | 413 | 293 |
| Felony....................................... | 314 | 13 | 49 | 47 | 208 | 139 |
| Local detention facility complaints | | | | | | |
| Total detention facility complaints .... | 2,118 | 113 | 894 | 249 | 960 | 397 |
| Non criminal.............................. | 1,907 | 107 | 851 | 242 | 773 | 259 |
| Misdemeanor............................. | 126 | 4 | 22 | 3 | 122 | 84 |
| Felony....................................... | 85 | 2 | 21 | 4 | 65 | 54 |
| Profiling complaints | | | | | | |
| Total profiling complaints............... | 1,193 | 22 | 115 | 262 | 633 | 442 |
| Race/ethnicity............................ | 1,042 | 16 | 87 | 164 | 566 | 392 |
| Nationality................................. | 40 | 0 | 5 | 5 | 22 | 11 |
| Gender...................................... | 58 | 2 | 7 | 7 | 24 | 19 |
| Age........................................... | 22 | 0 | 3 | 4 | 12 | 5 |
| Religion..................................... | 48 | 2 | 2 | 23 | 19 | 5 |
| Gender identity/expression.......... | 55 | 3 | 4 | 20 | 24 | 10 |
| Sexual orientation....................... | 60 | 1 | 6 | 24 | 28 | 7 |
| Mental disability......................... | 40 | 1 | 6 | 9 | 20 | 8 |
| Physical disability....................... | 67 | 2 | 9 | 23 | 30 | 6 |

Source: Civilians' Complaints Against Peace Officer counts are obtained from an annual survey conducted in January of the following statistical year.
Notes:  Expanded categories of complaint findings and profiling data collection began in 2016 as a result of the passage of Assembly Bill 953 (2015).
    Reporting agencies may use more findings than those captured on the annual survey.  Complaints reported in previous years may be finalized and their findings reported in subsequent years.  Consequently, the sum of the findings may not add up to the total reported.
    More than one type of profiling complaint can be reported per citizen complaint.  Consequently, the total number of profiling complaints is less than the sum of the types of complaints.
    Because of the individual nature of the requirements of Penal Code section 832.5(a), reporting definitions and procedures vary among reporting agencies.
    The data collected under Penal Code section 13012(e) are accurate and complete to the extent that the contributing agencies met reporting obligations.

Table 48
DOMESTIC VIOLENCE-RELATED CALLS FOR ASSISTANCE, 1986-2018
By Type of Call and Weapon

| Year(s) | Total calls | | | Type of weapon[1] | | | | | | Total strangulation and suffocation[4] | | |
| | Total | Cases without a weapon | Cases involving a weapon | Total | Firearm | Knife or cutting instrument | Other dangerous weapon | Personal weapon[2] | Not reported[3] | Total | Cases with strangulation | Cases with suffocation[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 166,890 | 90,183 | 76,707 | 76,707 | 1,383 | 3,370 | 11,481 | 60,473 | 0 | 7,531 | 7,029 | 502 |
| 2017 | 169,362 | 94,260 | 75,102 | 75,102 | 1,429 | 3,418 | 11,762 | 58,493 | 0 | - | - | - |
| 2016 | 164,569 | 93,783 | 70,786 | 70,786 | 1,281 | 3,357 | 11,059 | 55,089 | 0 | - | - | - |
| 2015 | 162,302 | 93,717 | 68,585 | 68,585 | 905 | 3,122 | 9,916 | 54,642 | 0 | - | - | - |
| 2014 | 155,965 | 89,320 | 66,645 | 66,645 | 813 | 2,911 | 9,910 | 53,011 | 0 | - | - | - |
| 2013 | 151,325 | 89,121 | 62,204 | 62,204 | 754 | 2,901 | 9,090 | 49,459 | 0 | - | - | - |
| 2012 | 157,634 | 94,085 | 63,549 | 63,549 | 804 | 3,009 | 9,303 | 50,433 | 0 | - | - | - |
| 2011 | 158,548 | 96,615 | 61,933 | 61,933 | 975 | 3,061 | 9,014 | 48,879 | 4 | - | - | - |
| 2010 | 166,361 | 100,496 | 65,865 | 65,865 | 867 | 2,991 | 9,895 | 52,112 | 0 | - | - | - |
| 2009 | 167,087 | 99,385 | 67,702 | 67,702 | 819 | 3,219 | 10,172 | 53,492 | 0 | - | - | - |
| 2008 | 166,343 | 101,124 | 65,219 | 65,219 | 940 | 3,258 | 10,006 | 51,015 | 0 | - | - | - |
| 2007 | 174,649 | 105,227 | 69,422 | 69,422 | 1,027 | 3,442 | 10,940 | 54,013 | 0 | - | - | - |
| 2006 | 176,299 | 95,353 | 80,946 | 80,946 | 1,277 | 3,662 | 11,953 | 64,054 | 0 | - | - | - |
| 2005 | 181,362 | 88,335 | 93,027 | 93,027 | 1,233 | 3,700 | 12,867 | 75,227 | 0 | - | - | - |
| 2004 | 186,439 | 88,703 | 97,736 | 97,736 | 1,193 | 4,028 | 13,054 | 79,461 | 0 | - | - | - |
| 2003 | 194,288 | 87,557 | 106,731 | 106,731 | 1,380 | 4,027 | 14,194 | 87,130 | 0 | - | - | - |
| 2002[5] | 196,569 | 76,710 | 119,859 | 119,859 | 1,528 | 4,091 | 15,295 | 98,945 | 0 | - | - | - |
| 2001 | 198,031 | 61,665 | 136,366 | 136,366 | 1,325 | 4,213 | 15,557 | 115,271 | 0 | - | - | - |
| 2000 | 196,880 | 61,724 | 135,156 | 135,156 | 1,441 | 4,363 | 15,048 | 114,304 | 0 | - | - | - |
| 1999[5] | 186,406 | 58,611 | 127,795 | 127,795 | 1,520 | 4,237 | 13,929 | 108,109 | 0 | - | - | - |
| 1998[5] | 196,832 | 60,174 | 136,658 | 136,658 | 1,921 | 4,422 | 15,535 | 114,780 | 0 | - | - | - |
| 1997[5] | 220,156 | 64,506 | 155,650 | 155,650 | 2,073 | 5,462 | 17,502 | 130,613 | 0 | - | - | - |
| 1996 | 227,899 | 68,824 | 159,075 | 159,075 | 2,327 | 5,868 | 16,474 | 134,406 | 0 | - | - | - |
| 1995[5] | 246,315 | 72,016 | 174,299 | 174,299 | 2,838 | 6,370 | 16,385 | 148,706 | 0 | - | - | - |
| 1994 | 250,439 | 68,199 | 182,240 | 182,240 | 3,089 | 6,491 | 16,716 | 155,944 | 0 | - | - | - |
| 1993 | 238,895 | 65,635 | 173,260 | 173,260 | 2,951 | 6,273 | 15,366 | 148,670 | 0 | - | - | - |
| 1992 | 240,826 | 65,473 | 175,353 | 175,353 | 3,053 | 6,507 | 14,518 | 151,275 | 0 | - | - | - |
| 1991 | 203,638 | 55,083 | 148,555 | 148,555 | 3,129 | 5,423 | 12,008 | 127,958 | 37 | - | - | - |
| 1990 | 195,019 | 54,079 | 140,940 | 140,940 | 2,610 | 5,417 | 10,879 | 117,693 | 4,341 | - | - | - |
| 1989 | 188,581 | 52,512 | 136,069 | 136,069 | 2,730 | 5,276 | 9,935 | 113,907 | 4,221 | - | - | - |
| 1988 | 182,540 | 54,345 | 128,195 | 128,195 | 2,532 | 5,048 | 9,634 | 110,068 | 913 | - | - | - |
| 1987 | 181,112 | 57,232 | 123,880 | 123,880 | 2,704 | 4,865 | 8,228 | 107,055 | 1,028 | - | - | - |
| 1986[6] | 83,661 | 27,818 | 55,843 | 55,843 | 1,255 | 2,293 | 4,062 | 47,778 | 455 | - | - | - |

[1] Penal Code section 13730 does not require that the type of weapon involved in a domestic-violence-related call be reported.

[2] Hands, feet, etc.

[3] Prior to 1989, the "personal weapon" category was not recognized by all reporting agencies as a type of weapon. When those agencies began reporting personal weapon calls as cases involving weapons, they did not provide the type of weapon designation. This accounts for the large increase in "not reported" weapons in 1989 and 1990.

[4] Data for cases with strangulation or suffocation are not available prior to 2018. For additional information, see Appendix 1, Data Characteristics and Known Limitations.

[5] In April 2002, law enforcement agencies were instructed to report personal weapons only if the assault resulted in an injury (aggravated assault).

[6] The San Francisco Police Department was unable to provide complete data for 1997, and did not report data for 1998 and 1999 because of computer problems. In 1996, this department reported 6,422 domestic-violence-related calls for assistance.

[6] The Oakland Police Department was unable to provide 1995 data. In 1994, this department reported 5,237 domestic-violence-related calls for assistance.

[6] Data collection began in July 1986; therefore, only six months of data are available and displayed for 1986.

Table 49
## LAW ENFORCEMENT OFFICERS KILLED OR ASSAULTED, 1990-2018
Deaths and Assaults in the Line of Duty By Type of Activity

| Year(s) | Law enforcement officers killed | | Total | Law enforcement officers assaulted | | | | | | | |
| | Felonious | Accidental | | Type of activity | | | | | | | |
| | | | | Responding to disturbance | Crimes in progress[1] | Attempting other arrests | Handling prisoners | Investigating suspicious persons | Mentally deranged | Traffic pursuits and stops | All other[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 4 | 3 | 11,148 | 3,578 | 289 | 1,617 | 1,542 | 1,087 | 340 | 852 | 1,843 |
| 2017 | 2 | 4 | 10,770 | 3,468 | 313 | 1,495 | 1,363 | 1,133 | 388 | 926 | 1,684 |
| 2016 | 6 | 4 | 9,933 | 3,331 | 239 | 1,312 | 1,333 | 1,173 | 316 | 770 | 1,459 |
| 2015 | 2 | 2 | 9,924 | 3,154 | 308 | 1,345 | 1,265 | 1,225 | 353 | 704 | 1,570 |
| 2014 | 5 | 9 | 8,998 | 2,652 | 198 | 1,291 | 1,378 | 981 | 276 | 678 | 1,544 |
| 2013 | 5 | 2 | 8,388 | 2,680 | 265 | 1,177 | 1,181 | 924 | 180 | 722 | 1,259 |
| 2012 | 2 | 0 | 8,087 | 2,585 | 229 | 1,092 | 1,112 | 998 | 180 | 674 | 1,217 |
| 2011 | 2 | 4 | 8,424 | 2,847 | 227 | 938 | 1,138 | 975 | 173 | 738 | 1,388 |
| 2010 | 4 | 6 | 8,426 | 2,823 | 220 | 849 | 1,380 | 940 | 155 | 766 | 1,293 |
| 2009 | 2 | 2 | 8,996 | 2,929 | 211 | 881 | 1,594 | 1,050 | 183 | 901 | 1,247 |
| 2008 | 3 | 7 | 8,730 | 2,658 | 208 | 981 | 1,437 | 965 | 185 | 816 | 1,480 |
| 2007 | 4 | 5 | 8,480 | 2,492 | 176 | 910 | 1,504 | 845 | 246 | 932 | 1,375 |
| 2006 | 5 | 6 | 7,973 | 2,394 | 186 | 898 | 1,323 | 956 | 184 | 836 | 1,196 |
| 2005 | 5 | 9 | 8,372 | 2,399 | 159 | 961 | 1,532 | 948 | 178 | 900 | 1,295 |
| 2004 | 4 | 7 | 8,423 | 2,491 | 202 | 879 | 1,463 | 1,092 | 199 | 874 | 1,223 |
| 2003 | 6 | 11 | 8,218 | 2,517 | 195 | 755 | 1,307 | 1,033 | 168 | 919 | 1,324 |
| 2002 | 4 | 4 | 7,768 | 2,407 | 189 | 702 | 1,214 | 969 | 150 | 856 | 1,281 |
| 2001 | 6 | 5 | 7,748 | 2,555 | 180 | 675 | 1,171 | 979 | 179 | 933 | 1,076 |
| 2000 | 2 | 8 | 7,921 | 2,640 | 233 | 671 | 1,043 | 1,090 | 152 | 934 | 1,158 |
| 1999 | 4 | 3 | 6,857 | 2,253 | 171 | 656 | 979 | 1,022 | 133 | 809 | 834 |
| 1998 | 7 | 8 | 6,823 | 2,416 | 153 | 608 | 948 | 1,005 | 106 | 784 | 803 |
| 1997 | 7 | 6 | 6,874 | 2,439 | 192 | 783 | 654 | 1,017 | 160 | 796 | 833 |
| 1996 | 4 | 7 | 6,601 | 2,265 | 189 | 813 | 715 | 1,112 | 98 | 648 | 761 |
| 1995 | 10 | 3 | 7,088 | 2,486 | 175 | 885 | 809 | 1,091 | 141 | 760 | 741 |
| 1994 | 9 | 4 | 7,547 | 2,591 | 235 | 1,018 | 833 | 965 | 192 | 778 | 935 |
| 1993 | 8 | 5 | 7,492 | 2,514 | 270 | 950 | 868 | 1,031 | 105 | 725 | 1,029 |
| 1992 | 5 | 1 | 8,269 | 2,637 | 211 | 1,326 | 1,028 | 997 | 115 | 778 | 1,177 |
| 1991 | 3 | 1 | 7,570 | 2,280 | 211 | 1,291 | 1,038 | 1,003 | 70 | 793 | 884 |
| 1990 | 5 | 1 | 8,806 | 2,846 | 207 | 1,355 | 1,149 | 1,206 | 97 | 1,001 | 945 |

[1] "Crimes in progress" includes burglaries and robberies.
[2] "All other" includes "civil disorder", "ambush", and other miscellaneous types of activity.

Table 50
# LAW ENFORCEMENT OFFICERS ASSAULTED, 2013-2018
## By Type of Weapon and Injury

| Type of weapon and injury | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | | Percent change | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | 2013-2018 | 2017-2018 |
| Total.............................. | 8,388 | 100.0 | 8,998 | 100.0 | 9,924 | 100.0 | 9,933 | 100.0 | 10,770 | 100.0 | 11,148 | 100.0 | 32.9 | 3.5 |
| Firearm.......................... | 353 | 4.2 | 326 | 3.6 | 339 | 3.4 | 343 | 3.5 | 429 | 4.0 | 282 | 2.5 | -20.1 | -34.3 |
| With injury.................. | 34 | 0.4 | 22 | 0.2 | 25 | 0.3 | 37 | 0.4 | 32 | 0.3 | 22 | 0.2 | - | - |
| Without injury............. | 319 | 3.8 | 304 | 3.4 | 314 | 3.2 | 306 | 3.1 | 397 | 3.7 | 260 | 2.3 | -18.5 | -34.5 |
| Knife/other cutting inst..... | 134 | 1.6 | 168 | 1.9 | 155 | 1.6 | 223 | 2.2 | 201 | 1.9 | 199 | 1.8 | 48.5 | -1.0 |
| With injury.................. | 15 | 0.2 | 27 | 0.3 | 12 | 0.1 | 23 | 0.2 | 18 | 0.2 | 14 | 0.1 | - | - |
| Without injury............. | 119 | 1.4 | 141 | 1.6 | 143 | 1.4 | 200 | 2.0 | 183 | 1.7 | 185 | 1.7 | 55.5 | 1.1 |
| Other dangerous weapon..... | 1,290 | 15.4 | 1,396 | 15.5 | 1,565 | 15.8 | 1,504 | 15.1 | 1,578 | 14.7 | 1,496 | 13.4 | 16.0 | -5.2 |
| With injury.................. | 283 | 3.4 | 239 | 2.7 | 266 | 2.7 | 256 | 2.6 | 248 | 2.3 | 235 | 2.1 | -17.0 | -5.2 |
| Without injury............. | 1,007 | 12.0 | 1,157 | 12.9 | 1,299 | 13.1 | 1,248 | 12.6 | 1,330 | 12.3 | 1,261 | 11.3 | 25.2 | -5.2 |
| Hands, fists, feet............. | 6,611 | 78.8 | 7,108 | 79.0 | 7,865 | 79.3 | 7,863 | 79.2 | 8,562 | 79.5 | 9,171 | 82.3 | 38.7 | 7.1 |
| With injury.................. | 2,035 | 24.3 | 2,347 | 26.1 | 2,515 | 25.3 | 2,514 | 25.3 | 2,556 | 23.7 | 2,800 | 25.1 | 37.6 | 9.5 |
| Without injury............. | 4,576 | 54.6 | 4,761 | 52.9 | 5,350 | 53.9 | 5,349 | 53.9 | 6,006 | 55.8 | 6,371 | 57.1 | 39.2 | 6.1 |

Notes: Percentages may not add to subtotals or 100.0 because of rounding.
Dash indicates that a percent change is not calculated when the base number is less than 50.

Table 51
**ANTI-REPRODUCTIVE-RIGHTS CRIMES, 2013-2018**
By Type of Offense, Type of Weapon, Location, and Type of Victim

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| Events[1]........................................ | 0 | 2 | 4 | 2 | 10 | 11 |
| Offenses....................................... | 0 | 2 | 5 | 2 | 10 | 11 |
| Victims[2]...................................... | 0 | 2 | 5 | 2 | 10 | 11 |
| Suspects[3].................................... | 0 | 2 | 3 | 1 | 4 | 6 |
| **Type of offense** | | | | | | |
| Total............................................ | 0 | 2 | 5 | 2 | 10 | 11 |
| Arson..................................... | 0 | 0 | 0 | 1 | 0 | 0 |
| Assault................................... | 0 | 1 | 2 | 0 | 3 | 3 |
| Burglary.................................. | 0 | 0 | 0 | 0 | 0 | 2 |
| Disturbing the peace............... | 0 | 0 | 0 | 0 | 0 | 0 |
| Vandalism................................ | 0 | 1 | 2 | 0 | 6 | 5 |
| Trespass................................. | 0 | 0 | 0 | 1 | 0 | 1 |
| Malicious mischief................... | 0 | 0 | 1 | 0 | 0 | 0 |
| Theft....................................... | 0 | 0 | 0 | 0 | 1 | 0 |
| **Type of weapon** | | | | | | |
| Total............................................ | 0 | 2 | 4 | 2 | 10 | 11 |
| Handgun.................................. | 0 | 0 | 0 | 0 | 0 | 0 |
| Blunt object............................. | 0 | 0 | 0 | 0 | 0 | 2 |
| Personal weapons[4]................. | 0 | 0 | 0 | 0 | 2 | 1 |
| Other....................................... | 0 | 0 | 0 | 1 | 1 | 0 |
| Not applicable[5]....................... | 0 | 2 | 4 | 1 | 7 | 8 |
| **Location** | | | | | | |
| Total............................................ | 0 | 2 | 4 | 2 | 10 | 11 |
| Residence/home/driveway...... | 0 | 0 | 0 | 0 | 3 | 0 |
| Public health facility............... | 0 | 2 | 1 | 1 | 3 | 9 |
| Private health facility............... | 0 | 0 | 3 | 1 | 2 | 1 |
| Other....................................... | 0 | 0 | 0 | 0 | 2 | 1 |
| **Type of victim** | | | | | | |
| Total............................................ | 0 | 2 | 5 | 2 | 10 | 11 |
| Individual................................. | 0 | 1 | 2 | 0 | 6 | 4 |
| Client.................................. | 0 | 0 | 0 | 0 | 2 | 0 |
| Employee............................. | 0 | 1 | 0 | 0 | 3 | 1 |
| Other................................... | 0 | 0 | 2 | 0 | 1 | 3 |
| Property.................................. | 0 | 1 | 3 | 2 | 4 | 7 |
| Business.............................. | 0 | 0 | 2 | 0 | 0 | 3 |
| Government.......................... | 0 | 0 | 1 | 0 | 0 | 0 |
| Health facility....................... | 0 | 1 | 0 | 2 | 4 | 4 |

[1] An "event" is an occurrence of one or more criminal offenses committed against one or more victims by one or more suspects/perpetrators.

[2] A "victim" may be an individual, a reproductive health facility, a religious facility, a residence, etc.  A victim can have more than one offense committed against them.

[3] Suspect counts only reflect when certain demographics are reported.

[4] Hands, feet, etc.

[5] The type of weapon only applies to crimes against persons or in cases involving incendiary devices.

Table 52
**POPULATION ESTIMATES, 1966-2018**

| Year(s) | Total population | Population at risk | | |
|---|---|---|---|---|
| | | Total[1] | Adult[2] | Juvenile[3] |
| 2018............... | 39,825,181 | 30,947,933 | 26,718,187 | 4,229,746 |
| 2017............... | 39,613,045 | 30,771,994 | 26,566,180 | 4,205,814 |
| 2016............... | 39,354,432 | 30,662,726 | 26,486,720 | 4,176,006 |
| 2015............... | 39,071,323 | 30,426,258 | 26,369,040 | 4,057,218 |
| 2014............... | 38,499,378 | 30,190,364 | 26,129,967 | 4,060,397 |
| 2013............... | 38,204,597 | 29,923,597 | 25,825,829 | 4,097,768 |
| 2012............... | 37,826,160 | 29,735,335 | 25,593,235 | 4,142,100 |
| 2011............... | 37,578,616 | 29,556,094 | 25,352,813 | 4,203,281 |
| 2010............... | 37,318,481 | 29,432,329 | 25,166,828 | 4,265,501 |
| 2009............... | 37,077,204 | 29,092,061 | 24,846,056 | 4,246,005 |
| 2008............... | 36,856,222 | 28,869,786 | 24,483,271 | 4,386,515 |
| 2007............... | 36,552,529 | 28,597,658 | 24,193,795 | 4,403,863 |
| 2006............... | 36,246,822 | 28,317,290 | 23,915,923 | 4,401,367 |
| 2005............... | 35,985,582 | 28,066,451 | 23,678,907 | 4,387,544 |
| 2004............... | 35,752,765 | 27,835,492 | 23,461,739 | 4,373,753 |
| 2003............... | 35,388,928 | 27,496,472 | 23,162,159 | 4,334,313 |
| 2002............... | 34,938,290 | 27,091,683 | 22,826,738 | 4,264,945 |
| 2001............... | 34,512,742 | 26,707,152 | 22,524,040 | 4,183,112 |
| 2000............... | 34,000,835 | 26,252,783 | 22,175,874 | 4,076,909 |
| 1999............... | 34,036,000 | 25,711,892 | 21,855,190 | 3,856,702 |
| 1998............... | 33,494,000 | 25,263,064 | 21,498,170 | 3,764,894 |
| 1997............... | 32,957,000 | 25,760,375 | 21,934,916 | 3,825,459 |
| 1996............... | 32,383,000 | 25,554,242 | 21,825,735 | 3,728,507 |
| 1995............... | 32,063,000 | 25,122,782 | 21,505,839 | 3,616,943 |
| 1994............... | 32,140,000 | 24,703,379 | 21,193,571 | 3,509,808 |
| 1993............... | 31,742,000 | 24,334,534 | 20,923,632 | 3,410,902 |
| 1992............... | 31,300,000 | 23,975,578 | 20,661,120 | 3,314,458 |
| 1991............... | 30,646,000 | 23,585,168 | 20,356,984 | 3,228,184 |
| 1990............... | 29,557,836 | 23,178,961 | 20,027,633 | 3,151,328 |
| 1989............... | 28,771,207 | 22,524,392 | 19,451,763 | 3,072,629 |
| 1988............... | 28,060,746 | 21,969,953 | 18,885,349 | 3,084,604 |
| 1987............... | 27,388,477 | 21,483,563 | 18,378,758 | 3,104,805 |
| 1986............... | 26,741,621 | 21,009,362 | 17,903,122 | 3,106,240 |
| 1985............... | 26,112,632 | 20,563,314 | 17,468,941 | 3,094,373 |
| 1984............... | 25,587,254 | 20,167,923 | 17,083,479 | 3,084,444 |
| 1983............... | 25,075,581 | 19,860,746 | 16,763,095 | 3,097,651 |
| 1982............... | 24,546,566 | 19,510,945 | 16,415,571 | 3,095,374 |
| 1981............... | 24,038,711 | 19,172,812 | 16,082,355 | 3,090,457 |
| 1980............... | 23,668,145 | 18,824,197 | 15,778,999 | 3,045,198 |
| 1979............... | 23,255,000 | 18,371,691 | 15,323,376 | 3,048,315 |
| 1978............... | 22,839,000 | 18,012,901 | 14,916,032 | 3,096,869 |
| 1977............... | 22,350,000 | 17,619,453 | 14,470,680 | 3,148,773 |
| 1976............... | 21,935,000 | 17,269,884 | 14,080,872 | 3,189,012 |
| 1975............... | 21,537,000 | 16,914,556 | 13,694,793 | 3,219,763 |
| 1974............... | 21,173,000 | 16,563,671 | 13,339,906 | 3,223,765 |
| 1973............... | 20,868,000 | 16,237,031 | 13,031,007 | 3,206,024 |
| 1972............... | 20,585,000 | 15,926,249 | 12,758,809 | 3,167,440 |
| 1971............... | 20,346,000 | 15,657,238 | 12,542,795 | 3,114,443 |
| 1970............... | 20,039,000 | 15,378,312 | 12,339,580 | 3,038,732 |
| 1969............... | 19,856,000 | 14,697,200 | 11,657,600 | 3,039,600 |
| 1968............... | 19,554,000 | 14,379,400 | 11,403,700 | 2,975,700 |
| 1967............... | 19,478,000 | 14,065,700 | 11,159,800 | 2,905,900 |
| 1966............... | 19,132,000 | 13,696,700 | 10,872,500 | 2,824,200 |

Source: Population estimates were provided by the Demographic Research Unit, California Department of Finance (March 2019).

[1] Total population at risk: 10-69 years of age.

[2] Adult population at risk: 18-69 years of age.

[3] Juvenile population at risk: 10-17 years of age.

# Appendix 1
## Data Characteristics and Known Limitations

### CRIMES
#### Uniform Crime Reporting (UCR) Program

- Crime data from the UCR Program are available from 1952 to 2018.

- The number of reported homicide, rape, and aggravated assault crimes represents known victims; while for robbery, burglary, larceny-theft, motor vehicle theft, and arson, the number represents known incidents.

- If multiple crimes occur during the same event, only the most serious (based upon a hierarchy) is counted.  Arson is the exception.

- Law enforcement agencies began submitting arson crimes data in 1979; however, 1980 was the first year of complete reporting.  Agencies must report as arson only fires determined through investigation to have been willfully or maliciously set.  Attempts to burn are included in this offense, but fires of suspicious or unknown origins are not.

- In 2011, the lower limit of felony theft in California was raised from $400 to $950.  It was not feasible to adjust the California Department of Justice's (DOJ) data collection process to collect the new lower limit of felony larceny-theft, and consequently, it is no longer possible to distinguish felony from misdemeanor larceny-theft.  Therefore, it was decided to include total larceny-theft crime in the property crime category regardless of value.

- In 2013, the Federal Bureau of Investigation's UCR Program revised the definition of "forcible rape" (the carnal knowledge of a female forcibly and against her will) to "rape," which is now defined as "penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the victim."

The California DOJ implemented this definition change in January 2014.  During 2014, agencies were encouraged to report using the new definition, but were allowed to report under the historical definition while transitioning their reporting systems.

All rape data is presented in this publication.  Percent change in crime rates are not calculated when the base year rape data was submitted under the old definition of rape.

### ARRESTS
#### Monthly Arrest and Citation Register (MACR)

- Arrest data from the MACR reporting system are available from 1957 to 2018.

- If a person is arrested for multiple offenses on the same day, MACR selects only the most serious offense based on the severity of possible punishment.

- Felony arrest counts may include some misdemeanor warrants for felony offenses.

- The subjectivity of the classification and labeling process must be considered in analyses of race/ethnic group data.

- The Bakersfield Police Department was unable to provide arrest data for February through December 1995.  The Oakland Police Department was unable to provide any arrest data for 1995.  Estimates for both agencies were added to the 1995 statewide totals for publication trend tables.

- Beginning in 2004, the population category of "other" for race/ethnic group includes the Department of Finance's race/ethnic group of "multi-racial."

- In 2011, there were notable changes in California law that affected arrest data. First, the lower limit of felony theft was raised from $400 to $950, contributing to the decline in felony theft arrests and the increase in misdemeanor theft arrests. Second, some misdemeanor marijuana statutes were re-classified as infractions, leading to a significant decline in misdemeanor marijuana arrests.

- In 2014, the definition of rape changed. Refer to the Crimes section for more detailed explanation and Appendix 3 for a list of included offenses codes.

- In November 2014, California voters passed Proposition 47 which reduced numerous state statutes from felonies to misdemeanors. Caution should be used when comparing felony and misdemeanor arrest data to prior years.

- In November 2016, California voters passed Proposition 64 which legalized the possession and use of marijuana for individuals 21 years of age and older and reduced the offense degree for numerous state statutes. Caution should be used when comparing drug offense arrests to prior years.

## DISPOSITIONS OF ADULT FELONY ARRESTS

- Adult felony arrest disposition data are extracted annually from the California Department of Justice Criminal History System. The data statistically captures the number of adult-level final dispositions that occur each year as a result of a felony arrest and are displayed by the year of disposition regardless of the year in which an arrest occurred.

- Disposition data do not reflect the actual number of final dispositions occurring each year. Fluctuations from year to year may not necessarily be the result of actual occurrences in the criminal justice system, but may reflect the degree to which reports of dispositions were reported and processed.

- "Final disposition" refers to the last adult-level legal action that is reported prior to the close of the annual file. Final disposition can occur at the law enforcement, prosecutorial, or court level. Intermediate dispositions (diversion programs, suspended proceedings, or subsequent actions) are not included in the data.

- Dispositions that occur at the law enforcement or prosecutorial level involving releases, rejections, or resolutions can be reported in one calendar year file, proceed to adjudication at the court level, and then be reported again in a subsequent year file. The law enforcement release or prosecutorial rejection reported in the prior year's file is not retroactively updated or removed.

- If a person is arrested for multiple offenses, the extract selects only the most serious offense based on the severity of possible punishment. If there are multiple dispositions, the extract selects the most serious disposition and the associated offense.

- Disposition data on state institutional commitments may vary from information compiled and reported by other state agencies because of differences in the data collection systems and criteria.

- The adult felony arrest disposition file includes some persons whose age at arrest was under 18. These minors received a final disposition in adult court under provisions of Welfare and Institutions Code sections 602, 707(a), 707(b), 707(c), and 707.1(a).

## ADULT PROBATION

- Probation data include adults placed on supervised probation only.  Court probation, diversion, and summary probation data are not included.

- Adult probation data are limited to original grants of probation and do not include subsequent grants of probation to those already under supervised probation in the same county.  Probationers are counted for each jurisdiction in which they are on probation.

- From 2001 to 2005, San Francisco did not report adult probation data.  San Francisco resumed reporting in 2006.

- Counts for adults on active probation for felony offenses may also include adults on probation for misdemeanor offenses for the following counties and years: Contra Costa (2000–2018), Kern (2010–2018), Lake (2001–2012), Merced (2003–2016), Sacramento (2003–2015), Shasta (2016-2018), Siskiyou (2000–2012), Tulare (2000–2009), and Yolo (2000–2009).

- Some counties may have counted individuals on Post Release Community Supervision.

- In 2014, the San Bernardino County Probation Department discovered inaccurate probation statistics due to a flaw in their case management records system.  Correcting the flaw resulted in a probation caseload decrease of 10,000 from previous years.

- In 2016, the Sacramento County Probation Department discovered that revoked and reinstated counts were not accurately reported in the data submitted for the reporting periods 2013-2015.  Correcting the reporting practice resulted in a reduced beginning felony caseload for 2016.

- In October 2018, the San Joaquin County Probation Department discovered that probation caseload data had historically been inaccurately reported.  An assessment of their records resulted in a decrease of both felony and misdemeanor caseloads by approximately 6,000.

## CRIMINAL JUSTICE PERSONNEL

- The UCR definition of law enforcement personnel specifies that law enforcement agencies report only personnel paid by funds designated for law enforcement.

- The 1996 data collection survey forms were revised in an attempt to collect counts on the number of criminal justice personnel employed by prosecutors, public defenders, and probation departments, regardless of the funding source.  Prior to 1996, counts excluded state and federally funded positions.

## CIVILIANS' COMPLAINTS AGAINST PEACE OFFICERS

- Data on civilians' complaints against peace officers have been collected since 1981. Data are available as statewide totals only.

- Because of the nature of the requirements of Penal Code section 832.5, reporting definitions and procedures may vary among individual reporting agencies.

- Based on a survey conducted in 2004, it is estimated that approximately one-third of complaints against peace officers were made by inmates in prison and jails.

- In 2007, two law enforcement agencies adjusted their reporting policies, substantially affecting the number of reported non-criminal and felony complaints.

- In 2017, California Penal Code section 13012 was amended replacing the word citizens' with civilians'.  This modification was applied to the 2018 data collection.

## DOMESTIC VIOLENCE-RELATED CALLS FOR ASSISTANCE

- Reporting of domestic violence-related calls for assistance began in July 1986. The first full year of reporting was 1987.

- The definition of "domestic violence" is subject to varying interpretations by law enforcement agencies.  As a result, different types of domestic relationships are included in the database.

- The San Francisco Police Department did not report domestic violence data from April 1997 to December 1999.

- Included in the data are any cases that resulted in a report being written by the responding law enforcement agencies. Therefore, data include both cases where an arrest was made and those where circumstances did not warrant an arrest.

- In April 2002, law enforcement agencies were instructed to report personal weapons (hands, fists, or feet) only if the assault resulted in an injury (aggravated assault).  This instruction resulted in a notable decrease in the number of personal weapons reported.

- In 2017, California Penal Code section 13730 was amended.  Beginning in 2018, law enforcement agencies were instructed to include whether there were indications that the incident involved strangulation or suffocation.  This includes whether a witness or victim reported such an incident, or symptoms thereof, or whether an officer observed any other indications of strangulation or suffocation.

## LAW ENFORCEMENT OFFICERS KILLED OR ASSAULTED (LEOKA)

- LEOKA data from the UCR Program are available from 1990 to 2018.

- State correctional officers and federal agents are not included in LEOKA data.

# Appendix 2
## Computational Formulas

### CRIMES

**Crime rate** – A crime rate describes the number of crimes reported to law enforcement agencies for every 100,000 persons within a population.  A crime rate is calculated by dividing the number of reported crimes by the total population.  The result is then multiplied by 100,000.  For example, in 2018 there were 54,312 robberies in California and the population was 39,825,181.  This equals a robbery crime rate of 136.4 per 100,000.

$$\frac{54,312}{39,825,181} = 0.0013637 \times 100,000 = 136.4 \text{ per } 100,000$$

**Clearance rate** – A clearance rate describes the percentage of clearances reported to the number of crimes reported.  A clearance rate is calculated by dividing the number of clearances by the number of crimes reported.  The result is multiplied by 100.  For example, in 2018 there were 1,116 clearances for homicide crimes and 1,739 homicides reported.  This equals a homicide clearance rate of 64.2 percent.

$$\frac{1,116}{1,739} = 0.64174 \times 100 = 64.2 \text{ percent}$$

### ARRESTS

**Arrest rate** – An arrest rate describes the number of arrests made by law enforcement agencies per 100,000 total population or per 100,000 population considered to be at risk for arrest.  Regardless of the population used, both rates are calculated in the same manner.  An arrest rate is calculated by dividing the number of reported arrests by the desired population.  The result is multiplied by 100,000.

For example: 1) In 2018, there were 302,514 total felony arrests and the total population was 39,825,181, which equates to a 759.6 arrest rate; 2) In 2018, there were 302,514 total felony arrests and the population at risk (10-69 years of age) was 30,947,993, which equates to a 977.5 arrest rate.

1) $$\frac{302,514}{39,825,181} = 0.0075960 \times 100,000 = 759.6 \text{ per } 100,000 \text{ population}$$

2) $$\frac{302,514}{30,947,993} = 0.0097749 \times 100,000 = 977.5 \text{ per } 100,000 \text{ population at risk}$$

## ADDITIONAL INFORMATION

**Percent change** – A percent change describes the change in number or rate from one year to another. A percent change is calculated by subtracting the base-year data from the current-year data.  The result is divided by the base-year data and multiplied by 100.  For example, in 2018 the robbery crime rate was 136.4  In 2013, the robbery crime rate was 140.4.  The percent change in rate from 2013 to 2018 is a 2.8 percent decrease.

$$\frac{136.4 - 140.4}{140.4} = -0.02849 \times 100 = -2.8 \text{ percent}$$

**Populations at risk** – The Arrest tables in this report (16, 17, 22, and 27) include three comparison populations: total (10–69 years of age), adult (18–69 years of age), and juvenile (10–17 years of age).

When a series of rates is calculated using different populations, the rate calculated for the total will not equal the sum of the rates for the parts.  For example, the arrest rate calculated using the total at-risk population will not equal the sum of the juvenile arrest rate (based on the juvenile at-risk population) and the adult arrest rate (based on the adult at-risk population).

Also, the percent changes calculated for these at-risk rates cannot be added.  This is because the percent change in the total arrest rate is the result of independent changes in both the number of arrests and the at-risk populations of adults and juveniles.

# Appendix 3
## Arrest Offense Codes

The following statutes and their offense groupings were valid at the time of the closeout of the 2018 arrest offense code file.  All statutory codes listed are for Penal Code sections unless indicated as follows:

BP  - Business and Professions Code
CC  - Corporations Code
CI  - Civil Code
EC  - Education Code
FA  - Food and Agriculture Code
FC  - Financial Code

FG  - Fish and Game Code
GC  - Government Code
HN  - Harbors and Navigation Code
HS  - Health and Safety Code
IC  - Insurance Code
LC  - Labor Code

MV  - Military and Veterans Code
PR  - Public Resources Code
RT  - Revenue and Taxation Code
SH  - Streets and Highways Code
UI  - Unemployment Insurance Code
VC  - Vehicle Code
WI  - Welfare and Institutions Code

---

### FELONY-LEVEL ARREST OFFENSES

**Homicide** - 128, 187(a), 192(a), 192(b), 273ab(a), 18755(a)

**Rape** - 220, 220(a)(1), 220(a)(2), 220(b), 261(a)(1), 261(a)(2), 261(a)(3), 261(a)(4), 261(a)(4)(a), 261(a)(4)(b), 261(a)(4)(c), 261(a)(4)(d), 261(a)(5), 261(a)(6), 261(a)(7), 262(a)(1), 262(a)(2), 262(a)(3), 262(a)(4), 262(a)(5), 264(c)(1), 264(c)(2), 264.1(a), 264.1(b)(1), 264.1(b)(2), 266c, 269(a)(1), 269(a)(2), 269(a)(3), 269(a)(4), 269(a)(5), 286(b)(1)*, 286(b)(2), 286(c)(1), 286(c)(2)(a), 286(c)(2)(b), 286(c)(2)(c), 286(c)(3), 286(d)(1), 286(e), 286(f), 286(f)(1), 286(f)(2), 286(f)(3), 286(f)(4), 286(g), 286(h), 286(i), 286(j), 286(k), 288a(a), 288a(b)(1), 288a(b)(2), 288a(c)(1), 288a(c)(2)(a), 288a(c)(2)(b), 288a(c)(3), 288a(d), 288a(d)(1), 288a(d)(2), 288a(d)(3), 288a(e), 288a(f), 288a(f)(1), 288a(f)(2), 288a(f)(3), 288a(f)(4), 288a(g), 288a(h), 288a(i), 288a(j), 288a(k), 288.7(a), 288.7(b), 289(a)(1)(a), 289(a)(1)(b), 289(a)(1)(c), 289(a)(2), 289(b), 289(c), 289(d), 289(d)(1), 289(d)(2), 289(d)(3), 289(d)(4), 289(e), 289(f), 289(g), 289(h)*, 289(i), 289(j)

**Robbery** - 211, 212.5(a), 212.5(b), 212.5(c), 213(a)(1)(a), 213(a)(2), 214, 215(a)

**Assault** - 69*, 71, 76(a)*, 95.1, 139(a), 140(a)*, 146e(b), 148(b)*, 148(c), 148(d)*, 148(d)(1), 148.1(a), 148.1(b), 148.1(c), 148.1(d), 148.3(b), 148.4(b)(1), 148.4(b)(2), 148.10(a)*, 149*, 151(a)(2), 186.26(a), 186.26(c), 203, 205, 206, 217.1(a), 217.1(b), 218, 218.1*, 219, 219.1, 219.2*, 220, 222, 241.1, 241.4, 241.7, 242*, 243(c)(1)*, 243(c)(2)*, 243(d), 243.1, 243.3*, 243.6*, 243.7, 243.9(a)*, 244, 244.5(b)*, 244.5(c)*, 245(a)(1)*, 245(a)(2)*, 245(a)(3), 245(a)(4)*, 245(b), 245(c), 245(d)(1), 245(d)(2), 245(d)(3), 245.2, 245.3, 245.5(a), 245.5(b), 245.5(c), 246*, 246.3(a)*, 247(a), 247(b), 247.5*, 273a(a)*, 273ab(b), 273d(a), 273.5(a)*, 273.5(f)(1)*, 273.5(f)(2)*, 347(a)(1), 347(b), 368(b)(1)*, 375(a)*, 375(d), 401, 405a, 417(b)*, 417(c)*, 417.3, 417.6(a), 417.8, 422(a)*, 422.7(a), 588a*, 601(a)(1), 601(a)(2), 625c, 664/187(a), 664/192(a), 1768.8(b) WI, 1768.85(a) WI*, 1808.4(d) VC, 4131.5, 4500, 4501, 4501.1(a), 4501.5, 11412, 11413(a), 11418(a)(1), 11418(a)(2), 11418(b)(1), 11418(b)(2), 11418(b)(3), 11418(b)(4), 11418(c), 11418(d)(1), 11418(d)(2), 11418.1*, 11418.5(a)*, 11419(a)*, 12308, 12309, 15656(a) WI, 18715(a)(1), 18715(a)(2), 18715(a)(3), 18715(a)(5), 18725(a), 18725(b), 18725(c), 18740, 18755(b), 20110(a), 20110(b), 21464(c) VC, 23110(b) VC, 38318(b) VC, 38318.5(b) VC

**Kidnapping** - 157, 207(a), 207(b), 207(c), 207(d), 208(b), 209(a), 209(b)(1), 209.5(a), 209.5(b), 210, 278, 278.5(a), 280(b), 4503

**Burglary** - 459*, 460, 460(a), 460(b)*, 461, 461.1, 461.2, 463(a), 464, 664/459, 664/460, 664/460(a), 664/460(b)

**Theft** - 72, 115(a), 115.5(b), 116, 117, 134, 154(b), 155(b), 155.5(b), 156, 182(a)(4), 304 HN, 305 HN, 332(a)*, 334(a)*, 337.7, 350(a)*, 350(a)(2)*, 350(b), 368(d)*, 368(e)*, 424(a)1, 424(a)3, 424(a)4, 424(a)6, 424(a)7, 463(b), 474, 481, 481.1(a), 483.5(a), 484(a)*, 484(b)*, 484b*, 484c, 484.1(a)*, 485*, 487(a)*, 487(b)(1)(a), 487(b)(2)*, 487(b)(3)*, 487(c)*, 487(d)(2), 487a(a)*, 487a(b)*, 487a(c)*, 487b, 487d, 487e, 487g, 487h(a), 487i*, 487j*, 490.2*, 495, 496(a), 496(b), 496(d)*, 496a(a), 496c*, 496d(a), 497, 498(d), 499c(b)(1), 499c(b)(2), 499c(b)(3), 499c(b)(4), 499d, 500*, 500(a)(1)*, 500(a)(2)*, 500(a)(3)*, 502(c)(1)(a), 502(c)(1)(b), 502(c)(4), 502(c)(5), 502(c)(6)*, 502(c)(7)*, 502.5*, 502.7(a)(1)*, 502.7(a)(2)*, 502.7(a)(3)*, 502.7(a)(4)*, 502.7(b)(1)*, 502.7(b)(2), 502.7(c)*, 502.7(d)*, 502.7(g), 502.8(b)*, 502.8(d), 502.8(e), 502.8(f), 503*, 504*, 504a*, 504b*, 505*, 506*, 506b, 507*, 508*, 514*, 528, 529(a)*, 529(a)(1)*, 529(a)(2)*, 529(a)(3)*, 529a*, 530*, 530.5(a)*, 530.5(c)(2)*, 530.5(c)(3)*, 530.5(d)(1)*, 530.5(d)(2)*, 532(a)*, 532a(1)*, 532a(2)*, 532a(3)*, 532a(4)*, 532f(a)(1)*, 533, 534, 535, 537(a)(2), 537(c)(2)*, 537e(a)(3), 538*, 538.5, 548(a), 549, 550(a)(1), 550(a)(2), 550(a)(3), 550(a)(4), 550(a)(5), 550(a)(6), 550(a)(7), 550(a)(8), 550(b)(1), 550(b)(2), 550(b)(3), 560, 560.4, 566, 571(b), 577, 578, 580, 581, 593d(b), 620, 642*, 648*, 650 BP, 666(a)*, 666(b)*, 750(a) IC, 892(a) CI, 1695.6(b)(1) CI, 1733 IC, 1778 LC, 1823 FC, 1871.4(a)(1) IC, 1871.4(a)(2) IC, 1871.4(a)(3) IC, 1871.4(a)(4) IC, 2101(a)(1) UI, 2102(a) UI, 2107 UI, 2108 UI, 2109 UI, 2110 UI, 2110.5 UI, 2114 UI, 2116(a) UI, 2116(b) UI, 2121 UI, 2255(b) CC, 2945.4(a) CI, 2945.4(g) CI*, 3215 LC, 3352 FC, 3361 FC, 3531 FC, 4463(a)(1) VC, 4463(a)(2) VC, 7027.3 BP, 7028.16 BP*, 7051 HS, 10238.6(c) BP, 10250.52 BP, 10752(a) VC, 10752(b) VC, 10801 VC, 10802 VC, 10803(a) VC, 10803(b) VC, 10855 VC*, 10980(b) WI, 10980(c)(2) WI, 10980(d) WI, 10980(g)(2) WI, 11010(a) BP, 11019(a) BP, 11022(a) BP, 11320 BP, 11482.5 WI, 11483 WI*, 11483.5 WI, 11760(a) IC, 11880(a) IC, 14014(a) WI*, 14025(a) WI, 14107(b)(1) WI, 14591(b)(1)(f)(2) PR*, 17410 WI, 17414(b) FC, 17511.12(a) BP, 17551(a) FA, 17551(b) FA, 18848 FA*, 22430(a) BP, 22753(a) BP*, 25110 CC, 25401 CC, 25540 CC, 25541 CC, 27443(a) GC, 27443(b) GC, 30475(b) RT, 30480 RT, 31110 CC, 31201 CC, 31410 CC, 31411 CC, 44209 HS, 94319.14(b) EC, 94320(f) EC, 94320(g) EC, 103800 HS

**Motor Vehicle Theft** – 487(d)(1)*, 666.5(a), 10851(a) VC*, 10851(b) VC, 10851(e) VC

**Forgery, Check, and Access Cards** – 113, 114, 470(a)*, 470(b)*, 470(c), 470(d)*, 470a*, 470b, 471, 472, 475(a)*, 475(b)*, 475(c)*, 476*, 476a(a)*, 476a(b)*, 477, 478, 479, 480(a), 484e(a), 484e(b), 484e(d)*, 484f(a), 484f(b)*, 484g*, 484g(a)*, 484g(b)*, 484h(a)*, 484h(b)*, 484i(b), 484i(c)*, 617, 10980(e) WI

**Arson** - 451(a), 451(b), 451(c), 451(d), 451.5(a), 451.5(a)(1), 451.5(a)(2)(a), 451.5(a)(3), 452(a), 452(b), 452(c), 453(a), 454(a)(1), 454(a)(2), 455

**Drug Offenses**

**Narcotic** - 11350(a) HS, 11350(b) HS*, 11351 HS, 11351.5 HS, 11352(a) HS, 11352(b) HS, 11353(a) HS, 11353(b) HS, 11353(c) HS, 11354(a) HS

**Marijuana** - 11358(d) HS, 11359(c) HS, 11359(d) HS 11360(a) HS*, 11361(a) HS, 11361(b) HS, 11362.4(d) HS

**Dangerous Drug** - 4060 BP*, 11353.5 HS, 11353.7 HS, 11370.1(a) HS, 11375(b)(1) HS*, 11377(a) HS, 11378 HS, 11378.5 HS, 11379(a) HS, 11379(b) HS, 11379.2 HS, 11379.5(a) HS, 11379.5(b) HS, 11380(a) HS, 11550(e) HS

**All Other** - 4324(a) BP*, 4324(b) BP*, 4336(a) BP, 11104(a) HS, 11106(j) HS*, 11152 HS, 11153(a)(1) HS, 11154(a) HS, 11154(b) HS, 11155 HS, 11156 HS, 11157 HS, 11162.5(a) HS, 11166 HS*, 11173(a) HS*, 11173(b) HS, 11173(c) HS, 11173(d) HS, 11174 HS, 11355 HS*, 11363 HS, 11364.7(b) HS, 11366 HS*, 11366.5(a) HS, 11366.6 HS, 11366.7(b) HS, 11366.8(a) HS, 11366.8(b) HS, 11368 HS*, 11370.6(a) HS, 11370.9(a) HS, 11370.9(b) HS, 11370.9(c) HS, 11371 HS, 11371.1 HS, 11379.6(a) HS, 11379.6(b) HS, 11382 HS*, 11383(a) HS, 11383(b) HS, 11383(c)(1) HS, 11383(c)(2) HS, 11383(f) HS, 11383(g) HS, 11383.5(b)(1) HS, 11383.5(e) HS, 11383.7(a) HS, 11383.7(b)(1) HS, 11390 HS, 11391 HS

**Sex Offenses**

**Lewd or Lascivious** - 220, 266j, 288(a), 288(b)(1), 288(b)(2), 288(c)(1)*, 288(c)(2)*, 288.5(a)

**All Other** - 243.4(a), 243.4(b), 243.4(c)*, 243.4(d)*, 243.4(j), 261.5(a), 261.5(c), 261.5(d), 265, 266*, 266a, 266b, 266d, 266e, 266f, 266g, 266h(a), 266h(b)(1), 266h(b)(2), 266i(a), 266i(a)(1), 266i(a)(2), 266i(a)(3), 266i(b)(1), 266i(b)(2), 267, 285, 288.2(a)(1)*, 288.2(a)(2)*, 288.2(b), 288.3, 288.3(a), 288.4(a)(2), 288.4(b), 289.6(a)*, 289.6(a)(2), 290(b)*, 290.002*, 290.006*, 290.010*, 290.011(a)*, 290.011(b)*, 290.011(c)*, 290.011(d)*, 290.011(f)*, 290.012(a)*, 290.012(b)*, 290.012(c)*, 290.013(a)*, 290.013(b), 290.014*, 290.015*, 290.018(b), 290.018(d)*, 290.018(f)*, 290.018(g)*, 311.1(a), 311.10(a)*, 311.11(a)*, 311.11(b), 311.11(c)(1)*, 311.11(c)(2)*, 311.2(a)*, 311.2(b), 311.2(c)*, 311.2(d), 311.3(a)*, 311.3(b)(1)*, 311.3(b)(2)*, 311.3(b)(3)*, 311.3(b)(4)*, 311.3(b)(5)*, 311.3(b)(6)*, 311.4(a)*, 311.4(b), 311.4(c), 311.5*, 311.7*, 313.1(a)*, 313.1(b)*, 313.1(c)(1)*, 313.1(c)(2)*, 314.1*, 647f, 647.6(a)(1)*, 647.6(a)(2)*, 647.6(b), 647.6(c)(1), 647.6(c)(2), 729(a)*

**Driving Under the Influence** - 655(f) HN, 23153(a) VC*, 23153(b) VC*, 23153(d) VC, 23153(f) VC*,  23153(g) VC*, 23550(a) VC*, 23550.5(a) VC*

**Hit-and-Run** -  20001(a) VC, 20001(b)(1) VC*, 20001(b)(2) VC*

**Weapons** - 171b(a)(1), 171b(a)(2)*, 171b(a)(3), 171b(a)(4)*, 171b(a)(5)*, 171b(a)(6)*, 171c, 171d(a)*, 171d(b)*, 186.28(a)*, 626.9(b)*, 626.9(d), 626.9(h), 626.9(i), 626.95(a)*, 626.10(a)(1)*, 626.10(b)*, 4502(a), 4574(a), 4574(b), 4502(b), 8101(a) WI, 8101(b) WI, 8103(a)(1) WI, 8103(f)(1) WI, 8103(i) WI*, 12761 HS*, 18710(a)*, 18720, 18730, 18745, 19100*, 19200(a)*, 20310*, 20410*, 20510*, 20610*, 20710*, 20910*, 21110*, 21310*, 21810*, 22011*, 22210*, 22410*, 22810(a)*, 22810(c)*, 22810(d)*, 22810(e)(1)*, 22810(g)(1)*, 22810(g)(2), 23900, 24310*, 24410*, 24510*, 24610*, 24710*, 25100(a)*, 25300(a), 25400(a)(1)*, 25400(a)(2)*, 25400(a)(3)*, 25400(c)(1), 25400(c)(2), 25400(c)(3), 25400(c)(4), 25400(c)(5)*, 25400(c)(6)*, 25400(c)(6)(b)*, 25800(a)*, 25850(a), 25850(c)(1), 25850(c)(2), 25850(c)(3), 25850(c)(4), 25850(c)(5)*, 25850(c)(6)*, 26100(b)*, 26100(c), 26100(d)*, 27500(a), 27500(b)*, 27505(a)*, 27515*, 27525*, 27545*, 28210(a)(1)*, 29610*, 29650*, 29800(a)(1), 29800(b), 29805*, 29815(a)*, 29820(b)*, 29825(a)*, 29900(a)(1), 29900(b)(1), 30210(a)*, 30210(b)*, 30305(a)(1)*, 30315*, 30320, 30600(a), 30605(a)*, 30725(b), 31500*, 32310*, 32625(a), 32625(b), 32900*, 33210, 33215*, 33410, 33600*

**Escape** - 107, 109, 110, 836.6(a)*, 836.6(b)*, 871(b) WI, 1026.4(a), 1152(b) WI, 1768.7(a) WI, 1768.7(b) WI, 2042, 3002 WI, 4011.7*, 4530(a), 4530(b), 4530(c), 4532(a)(1), 4532(a)(2), 4532(b)(1), 4532(b)(2), 4533, 4534, 4535, 4536(a), 4550.1, 4550.2, 7326 WI

**Bookmaking** - 337a.1, 337a.2, 337a.3, 337a.4, 337a.5, 337a.6, 337i

**All Other Felony Offenses**

# MISDEMEANOR-LEVEL ARREST OFFENSES

**Manslaughter–Misd.** - 191.5(b)*, 192(c)(1)*, 192(c)(2), 192.5(b), 192.5(c)*, 192.5(d)

**Assault and Battery** – 69*, 71*, 76(a)*, 140(a)*, 147, 148(a)(1), 148(b)*, 148(d)*, 148.1(a)*, 148.10(a)*, 148.2.1, 148.2.2, 148.2.3, 148.2.4, 148.3(a), 148.4(a)(1), 148.4(a)(2), 149*, 151(a)(1), 218.1*, 219.2*, 219.3, 240, 241(a), 241(b), 241(c), 241.1*, 241.2(a), 241.3(a), 241.4, 241.5(a), 241.6, 242*, 243(a), 243(b), 243(c)(1)*, 243(c)(2)*, 243(d)*, 243(e)(1), 243.10(a), 243.2(a)(1), 243.25, 243.3*, 243.35(a),  243.6*, 243.65(a), 243.8(a), 243.9(a)*, 244.5(b)*, 244.5(c)*, 245(a)(1)*, 245(a)(2)*, 245(a)(4)*, 246*, 246.3(a)*, 246.3(b), 247.5*, 248, 273a(a)*, 273a(b), 273d(a), 273.5(a)*, 273.5(f)(1)*, 273.5(f)(2)*, 368(b)(1)*, 368(c), 374c, 375(a)*, 375(b),  383, 402a, 417(a)(1), 417(a)(2), 417(b)*, 417(c)*, 417.25(a), 417.26(a), 417.4, 422(a)*, 422.6(a), 423.2(a), 423.2(b), 423.2(c), 423.2(d), 1768.85(a) WI*, 2652, 11414(a), 11414(c), 11418.1*, 11418.5(a)*, 12680 HS, 15656(b) WI, 20170(a)

**Burglary–Misd.** - 459*, 459.5*, 460(b)*

**Petty Theft** - 368(d)*, 368(e)*, 463(c), 484(a)*, 484(b)*, 484b*, 484.1(a)*, 485*, 487(a)*, 487(b)(2)*, 487(b)(3)*, 487(c)*, 487a(a)*, 487a(b)*, 487a(c)*, 487c, 487f, 487i*, 487j*, 488, 490, 490.1(a), 490.2*, 490.5(a), 490.7(b)(1), 490.7(b)(2), 490.7(b)(3), 490.7(b)(4), 496c*, 499b(b), 502.5*, 530*, 530.5(a)*, 530.5(c)(1)*, 530.5(c)(3)*, 530.5(d)(1)*, 530.5(d)(2)*, 530.5(e), 532(a)*, 538*, 565, 642*, 666(a)*, 666(b)*, 8726 HS, 22435.1 BP, 22435.2 BP, 22435.2(a) BP, 22435.2(b) BP, 22435.2(c), 22435.2(e) BP, 22435.2(f) BP, 22435.11(a) BP, 22435.12 BP, 22753(a) BP*, 41950(a) PR

**Other Theft** - Includes approximately 200 statute codes that can be identified upon request.

**Checks and Access Cards** - 112(a), 470(a)*, 470(b)*, 470(d)*, 470a*, 472, 475(a)*, 475(b)*, 475(c)*, 476*, 476a(a)*, 476a(b)*, 484e(a), 484e(c), 484e(d)*, 484f(b)*, 484g, 484g(a)*, 484g(b)*, 484h(a)*, 484h(b)*, 484i(a), 484i(c)*, 484j

**Drug Offenses**

**Marijuana** - 11357(b) HS, 11357(c) HS, 11357.5(a) HS, 11358(c) HS, 11359(b) HS, 11360(a) HS*, 11362.4(c) HS, 11362.77(a) HS, 34014(a) BP, 34016(b) BP, 34016(d) BP, 34016(e) BP

**Other Drugs** - 377, 379, 647(f), 2241 BP, 2242.1(a) BP, 2762(e) BP, 2878.5(a) BP, 4051 BP, 4059(a) BP, 4060 BP*, 4077(a) BP, 4141 BP, 4142 BP, 4148 BP, 4149 BP, 4163 BP, 4323 BP, 4324(a) BP*, 4324(b) BP*, 4325(a) BP, 4326(a) BP, 4326(b) BP, 4331(a) BP, 4332 BP, 11100(g)(1) HS, 11100(g)(2) HS, 11100(g)(3) HS, 11100.1(a) HS, 11104(c) HS, 11104.5 HS, 11106(j) HS*, 11150 HS, 11151 HS, 11157 HS*, 11159 HS, 11161(a) HS, 11162.5(b), 11162.6(c) HS, 11166 HS*, 11170 HS, 11171 HS, 11172 HS, 11173(a) HS*, 11175 HS, 11180 HS, 11190 HS, 11207 HS, 11217 HS, 11350(a) HS*, 11350(b) HS*, 11352.1(b) HS, 11355 HS*, 11364(a) HS, 11364.5(a) HS, 11364.7(a) HS, 11364.7(c) HS, 11365(a) HS, 11366 HS*, 11366.5 (a) HS, 11368 HS*, 11375(b)(l) HS*,11375(b)(2) HS, 11375.5(a) HS, 11377(a) HS*, 11382 HS*, 11391 HS, 11473.5 HS, 11532(a) HS, 11550(a) HS, 11594 HS, 109575 HS, 109580 HS

**Indecent Exposure** - 314.1*, 314.2

**Annoying Children** - 261.5(b), 261.5(c), 261.5(d), 286(b)(1)*, 288(c)(1)*, 288a(b)(1), 288.4(a)(1), 289(h)*, 647.6(a)(1), 647.6(a)(2)

**Obscene Matter** – 288.2(a)(1)*, 288.2(a)(2)*, 311.1(a)*, 311.10(a)*, 311.11(a), 311.11(c)(1)*, 311.11(c)(2)*, 311.2(a)*, 311.2(c)*, 311.3(a)*, 311.3(b), 311.3(b)(1)*, 311.3(b)(2)*, 311.3(b)(3)*, 311.3(b)(4)*, 311.3(b)(5)*, 311.3(b)(6)*, 311.4(a)*, 311.5*, 311.6, 311.7*, 313.1(a)*, 313.1(b)*, 313.1(c)(1)*, 313.1(c)(2), 313.1(e)

**Lewd Conduct** - 288(c)(2)*, 647(a), 647(d), 647(i), 647(j)(1), 647(j)(2), 647(j)(3)(a), 647(j)(4)(a), 647(j)(4)(b), 647(l)(1), 647(l)(2), 653b(a)

**Prostitution** - 266*, 315, 316, 647(b), 653.22(a), 653.23(a)(1), 653.23(a)(2), 25601 BP

**Contribute to Delinquency of Minor** - 272, 272(a)(1), 272(b)(1), 273i(a)

**Drunk** - 647(f)

**Liquor Laws** - 172a, 172b.1, 172d.1, 172g.1, 172l, 303, 303a, 307, 347b, 397, 11200, 23224(a) VC, 23224(b) VC, 23300 BP, 23301 BP, 25177 BP, 25351 BP, 25602(a) BP, 25604 BP, 25606 BP, 25607(a) BP, 25608 BP, 25609 BP, 25612.5(c)(3) BP, 25631 BP, 25632 BP, 25657(a) BP, 25657(b) BP, 25658(a) BP, 25658(b) BP, 25658(c) BP, 25659.5(a) BP, 25659.5(c) BP, 25659.5(d) BP, 25660.5 BP, 25661(a) BP, 25662(a) BP, 25663(a) BP, 25663(b) BP, 25664 BP, 25665 BP, 120305 HS

**Disorderly Conduct** - 647(c), 647(e), 647(h), 647b, 653b(a)

**Disturbing the Peace** - 171f.2, 302(a), 403, 404(a), 404.6(a), 404.6(c)*, 405, 406, 407, 408, 409, 415(1), 415(2), 415(3), 415.5(a)(1), 415.5(a)(2), 415.5(a)(3), 416(a), 602.10, 602.11(a), 626.2, 626.4(d), 626.6(a), 626.7(a), 626.8(a)(1), 626.8(a)(3), 626.81(a), 626.85(a)(1), 640(d)(1), 653c(a), 653c(b), 653m(a), 653m(b), 653x(a), 727, 9051 GC, 11460(a)

**Malicious Mischief** - 625b(a), 10750(a) VC, 10851.5 VC, 10852 VC, 10853 VC, 10854 VC, 28051 VC, 28051.5 VC

**Vandalism** - 422.6(b), 423.2(e), 423.2(f), 555.1, 587a, 587.1(a), 588b, 590, 591.5, 592(a), 594(a)(1)*, 594(a)(2)*, 594(a)(3)*, 594(b)(1)*, 594(b)(2)(a), 594(b)(2)(b), 594.3(a)*, 594.35(a)*, 594.4(a)*, 603, 604, 605.1, 605.2, 605.3, 607, 615, 616, 618, 621*, 622, 622 1/2, 623(a), 623(a)(1), 640(d)(5), 640.5(b)(1), 640.5(c)(1), 640.7, 640.8, 11411(a), 11411(b), 11411(c)*, 11411(d)*, 23110(a) VC, 27491.3 GC, 38318(a) VC, 38319 VC

**Trespassing** - 171f.1, 369g(a), 369i(a), 369i(b), 398 MV, 409.5(c), 554(a), 554(b), 554(c), 554(d), 554(e), 554(f), 554(g), 554(h), 554(i), 555, 558, 587b, 593b, 602, 602(a), 602(b), 602(c), 602(d), 602(e), 602(f), 602(g), 602(h)(1), 602(i), 602(j), 602(k), 602(l)(1), 602(l)(2), 602(l)(3), 602(l)(4), 602(m), 602(n), 602(o), 602(o)(1), 602(o)(2), 602(p), 602(q), 602(r), 602(s), 602(t)(1), 602(u)(1), 602(v)(1), 602.1(a), 602.1(b), 602.4, 602.5, 602.5(a), 602.5(b), 602.6, 602.8(a), 602.9(a),602.9(b), 627.2, 627.7(a)(1), 627.8, 634*, 1583 FG, 27174.2 SH, 32210 EC, 32211 EC

**Weapons** - 136.2(a)(7)(b)2, 171b(a)(2)*, 171b(a)(4)*, 171b(a)(5)*, 171b(a)(6)*, 171d(a)*, 171d(b)*, 171.5(c)(1), 171.5(c)(2), 171.5(c)(3), 171.5(c)(4), 171.5(c)(5), 171.5(c)(6), 171.5(c)(7), 171.5(c)(8), 171.5(c)(9), 171.5(c)(10), 171.5(c)(11), 171.5(c)(12), 186.28(a)*, 468, 626.10(a)(1)*, 626.10(a)(2), 626.10(b)*, 626.10(i), 626.9(b)*, 626.95(a)*, 4574(c), 8103(i) WI*, 12761 HS*, 17500, 17505, 17510(a)(1), 17510(a)(2), 17510(a)(3), 17512, 18205, 18710(a)*, 19100*, 19200(a)*, 19910, 19915, 20010, 20160(a), 20165, 20310*, 20410*, 20510*, 20610*, 20710*, 20810(a), 20910*, 21110*, 21310*, 21510(a), 21510(b), 21510(c), 21710, 21810*, 22011*, 22210*, 22410*, 22610(a), 22610(b), 22610(c)(1), 22610(d), 22615(a), 22615(b), 22810(a)*, 22810(b), 22810(c)*, 22810(d)*, 22810(e)(1)*, 22810(e)(3), 22810(g)(1)*, 22815(a), 22900, 22910(a), 23920, 24310*, 24410*, 24510*, 24610*, 24710*, 25100(a)*, 25100(b), 25100(c), 25135, 25200(a), 25200(b), 25400(a)(1)*, 25400(a)(2)*, 25400(a)(3)*, 25400(c)(5)*, 25400(c)(6)*, 25400(c)(6)(b)*, 25400(f), 25800(a)*, 25850(a), 25850(c)(5)*, 25850(c)(6)*, 26100(a), 26100(b)*, 26100(d)*, 26180(a), 26350(a)(2), 26400(a), 26500(a), 27500(b)*, 27505(a)*, 27515*, 27520*, 27545*, 28050, 28210(a)(1)*, 29010(a), 29610*, 29650*, 29815(a)*, 29820(b)*, 29825(a)*, 29825(b), 30210(a)*, 30210(b)*, 30300(a)(1), 30300(a)(3), 30305(a)(1)*, 30305(b)(1), 30306(a), 30310(a), 30315*, 30342, 30605(a)*, 30610(a), 31500*, 31615(a)(1), 31620, 32310*, 32900*, 33215*, 33600*

**Driving Under the Influence** - 655(b) HN, 655(c) HN, 655(d) HN, 655(e) HN, 655(f) HN, 23152(a) VC, 23152(b) VC, 23152(c) VC, 23152(d) VC, 23152(e) VC, 23152(f) VC, 23153(a) VC*, 23153(b) VC*, 23153(f) VC*, 23153(g) VC*, 23247(a) VC, 23247(b) VC, 23247(c) VC, 23247(d) VC, 23247(e) VS, 23546(a) VC, 23550(a) VC*, 23550.5(a) VC*, 23573(i) VC

**Glue Sniffing** - 380(a), 381(a), 381(b), 381b, 381c(b), 647(f)

**Hit-and-Run** - 20001(b)(1) VC*, 20001(b)(2) VC*, 20002(a)(1) VC, 20002(a)(2) VC, 20002(b) VC

**Joy Riding** - 487(d)(1)*, 499b(a), 10851(a) VC*

**Selected Traffic Violations** - 23103(a) VC, 23103(b) VC, 23104(a) VC, 23105(a) VC*, 23109(a) VC*, 23109(b) VC, 23109(c) VC, 23109(d) VC, 23109.1 VC*, 38316 VC, 38317 VC, 40508(a) VC, 40508(b) VC, 40508(c) VC, 40519 VC, 42005(e) VC

**Gambling** - 318, 319, 320, 321, 322, 323, 324, 326, 326.5(b), 326.5(n), 330, 330a, 330b(a), 330b(1), 330c, 330.1, 330.4, 331, 335,336, 337s(b), 337.1, 337.2, 337.5, 11300, 19921(a) BP, 19940 BP, 19941(a)(1) BP

**Nonsupport** - 270*, 270a, 270c, 270.5(a), 270.6, 271a

**All Other Misdemeanor Offenses**

---

Notes:   These codes are valid for 2018 data and may not be applicable for prior years.
"All Other Felony Offenses" also includes sections in the Election Code and Water Code.
"All Other Misdemeanor Offenses" also includes sections in the California Code of Regulations, City or County Ordinances, Civil Procedure Code, Election Code, Public Utilities Code, Uniform Fire Code, and Water Code.
Arrests for attempted offenses are reported in their respective categories with the exception of homicide and manslaughter, which are captured in the felony assault category.

*These code sections can be either a felony or a misdemeanor.

## Acknowledgments

The California Department of Justice is mandated by statute to submit an annual *Crime in California* report to the Legislature.  The department extends its appreciation to all the law enforcement agencies that provided complete and timely data.  This report would not have been possible without their cooperation.

California Department of Justice
California Justice Information Services Division
Bureau of Criminal Identification and Investigative Services
Criminal Justice Statistics Center
P.O. Box 903427  •  Sacramento, CA   94203-4270
https://openjustice.doj.ca.gov

# EXHIBIT 3

Neuropsychiatric Disease and Treatment

**Dove**press
open access to scientific and medical research

Open Access Full Text Article

REVIEW

# Maturation of the adolescent brain

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167.10.240.1 on 27-Dec-2019
For personal use only.

Mariam Arain
Maliha Haque
Lina Johal
Puja Mathur
Wynand Nel
Afsha Rais
Ranbir Sandhu
Sushil Sharma

Saint James School of Medicine,
Kralendijk, Bonaire, The Netherlands



Video abstract

Point your SmartPhone at the code above. If you have a
QR code reader the video abstract will appear. Or use:
http://dvpr.es/W6umNa

Correspondence: Sushil Sharma
Saint James School of Medicine,
Plaza Juliana 4, Kralendijk, Bonaire,
The Netherlands
Tel +31 599 717 7550
Fax +31 599 717 7570
Email sharma@mail.sjsm.org

**Abstract:** Adolescence is the developmental epoch during which children become adults – intellectually, physically, hormonally, and socially. Adolescence is a tumultuous time, full of changes and transformations. The pubertal transition to adulthood involves both gonadal and behavioral maturation. Magnetic resonance imaging studies have discovered that myelinogenesis, required for proper insulation and efficient neurocybernetics, continues from childhood and the brain's region-specific neurocircuitry remains structurally and functionally vulnerable to impulsive sex, food, and sleep habits. The maturation of the adolescent brain is also influenced by heredity, environment, and sex hormones (estrogen, progesterone, and testosterone), which play a crucial role in myelination. Furthermore, glutamatergic neurotransmission predominates, whereas gamma-aminobutyric acid neurotransmission remains under construction, and this might be responsible for immature and impulsive behavior and neurobehavioral excitement during adolescent life. The adolescent population is highly vulnerable to driving under the influence of alcohol and social maladjustments due to an immature limbic system and prefrontal cortex. Synaptic plasticity and the release of neurotransmitters may also be influenced by environmental neurotoxins and drugs of abuse including cigarettes, caffeine, and alcohol during adolescence. Adolescents may become involved with offensive crimes, irresponsible behavior, unprotected sex, juvenile courts, or even prison. According to a report by the Centers for Disease Control and Prevention, the major cause of death among the teenage population is due to injury and violence related to sex and substance abuse. Prenatal neglect, cigarette smoking, and alcohol consumption may also significantly impact maturation of the adolescent brain. Pharmacological interventions to regulate adolescent behavior have been attempted with limited success. Since several factors, including age, sex, disease, nutritional status, and substance abuse have a significant impact on the maturation of the adolescent brain, we have highlighted the influence of these clinically significant and socially important aspects in this report.

**Keywords:** myelinogenesis, neurocircuitry, molecular imaging, drug addiction, behavior, social adjustment

## Introduction

Significant progress has been made over the last 25 years in understanding the brain's regional morphology and function during adolescence. It is now realized that several major morphological and functional changes occur in the human brain during adolescence.[1] Molecular imaging and functional genomics studies have indicated that the brain remains in an active state of development during adolescence.[1] In particular, magnetic resonance imaging (MRI) studies have discovered that myelinogenesis continues and the neurocircuitry remains structurally and functionally vulnerable to significant increases in sex hormones (estrogen, progesterone, and testosterone) during

Neuropsychiatric Disease and Treatment 2013:9 449–461
**449**

© 2013 Arain et al, publisher and licensee Dove Medical Press Ltd. This is an Open Access article which permits unrestricted noncommercial use, provided the original work is properly cited.

Ex. 3
Page 92

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167.10.240.1 on 27-Dec-2019
For personal use only.

puberty which, along with environmental input, influences sex, eating, and sleeping habits. Particularly significant changes occur in the limbic system, which may impact self-control, decision making, emotions, and risk-taking behaviors. The brain also experiences a surge of myelin synthesis in the frontal lobe, which is implicated in cognitive processes during adolescence.[1]

Brain maturation during adolescence (ages 10–24 years) could be governed by several factors, as illustrated in Figure 1. It may be influenced by heredity and environment, prenatal and postnatal insult, nutritional status, sleep patterns, pharmacotherapy, and surgical interventions during early childhood. Furthermore, physical, mental, economical, and psychological stress; drug abuse (caffeine, nicotine, and alcohol); and sex hormones including estrogen, progesterone, and testosterone can influence the development and maturation of the adolescent brain. MRI studies have suggested that neurocircuitry and myelinogenesis remain under construction during adolescence because these events in the central nervous system (CNS) are transcriptionally regulated by sex hormones that are specifically increased during puberty.

Neurobehavioral, morphological, neurochemical, and pharmacological evidence suggests that the brain remains under construction during adolescence,[1,2,3,7,12,21,22,23,27,49] as illustrated in Figure 2. Thus, the consolidation of neurocybernetics

occurs during adolescence by the maturation of neurocircuitry and myelination. Although tubulinogenesis, axonogenesis, and synaptogenesis may be accomplished during prenatal and immediate postnatal life, myelinogenesis remains active during adolescent life. Neurochemical evidence suggests that glutamatergic neurotransmission is accomplished during prenatal and immediate postnatal life while gamma-amino-obutyric acid (GABA)ergic neurotransmission, particularly in the prefrontal cortex, remains under construction during adolescence.[2] Hence, delayed development of GABAergic neurotransmission is held responsible for neurobehavioral excitement including euphoria and risk-taking behavior, whereas dopaminergic (DA)ergic neurotransmission, particularly in the prefrontal area, is developmentally regulated by sex hormones and is implicated in drug-seeking behavior during adolescence;[3] thus, brain development in critical areas is an ongoing process during adolescence. Indeed, adolescents are risk-taking and novelty-seeking individuals and they are more likely to weigh positive experiences more heavily and negative experiences less so than adults. This behavioral bias can lead to engagement in risky activities like reckless driving, unprotected sex, and drug abuse.[1–3] In fact, most drug addictions initiate during adolescence, and early drug abuse is usually associated with an increased incidence of physical tolerance and dependence. The hormonal changes



**Figure 1** Factors influencing adolescent brain maturation.
**Notes:** Brain maturation is influenced by heredity and environment, prenatal and postnatal insult, nutritional status, sleep patterns, pharmacotherapy, and surgical interventions during early childhood. Furthermore, physical, mental, economical, and psychological stress; drug abuse (caffeine, nicotine, and ethanol); and sex hormones, including estrogen, progesterone, and testosterone influence the development and maturation of the adolescent brain. MRI studies have suggested that neurocircuitry and myelinogenesis remain under construction during adolescence because these events in the CNS depend on sex hormones that are specifically increased during puberty.
**Abbreviations:** CNS, central nervous system; MRI, magnetic resonance imaging.

Ex. 3
Page 93

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167.10.240.1 on 27-Dec-2019
For personal use only.

**Maturation of adolescent brain**
(consolidation of brain regional neurocybernetics)



**Figure 2** A diagram illustrating various stages of human brain development.
**Notes:** Several neurobehavioral, morphological, neurochemical, and pharmacological evidences suggest that the brain remains under construction during adolescence.[1,2,3,7,12,21,22,23,25,42] Tubulinogenesis, axonogenesis, and synaptogenesis may be accomplished during prenatal and immediate postnatal life, yet myelinogenesis remains active during adolescent life. Furthermore, glutamatergic neurotransmission is accomplished during prenatal and immediate postnatal life, while GABAergic neurotransmission in the prefrontal cortex remains under construction. Delayed development of GABAergic neurotransmission among adolescents is implicated in neurobehavioral excitement and risk-taking behavior.
**Abbreviations:** CT, computed tomography; GABAergic, gamma amino butyric acid ergic; MRI, magnetic resonance imaging.

in puberty contribute to physical, emotional, intellectual, and social changes during adolescence. These changes do not just induce maturation of reproductive function and the emergence of secondary sex characteristics, but they also contribute to the appearance of sex differences in nonreproductive behaviors. Physical changes, including accelerated body growth, sexual maturation, and development of secondary sexual characteristics occur simultaneously along with social, emotional, and cognitive development during adolescence. Furthermore, the adolescent brain evolves its capability to organize, regulate impulses, and weigh risks and rewards; however, these changes can make adolescents highly vulnerable to risk-taking behavior. Thus, brain maturation is an extremely important aspect of overall adolescent development, and a basic understanding of the process might aid in the understanding of adolescent sexual behavior, pregnancy, and intellectual performance issues.

There are several other crucial developmental aspects of adolescence that are associated with changes in physical, cognitive, and psychosocial characteristics, as well as with attitudes toward intimacy and independence, and these may also influence brain maturation; these will also be discussed in the present report. Furthermore, we emphasize the deleterious effects of drug abuse and the clinical significance of nutrition from fish oils and fatty acids in adolescent brain maturation.

# Neuronal plasticity and neurocircuitry

The term "plasticity" refers to the possible significant neuronal changes that occur in the acquisition of new skills.[1–3] These skills initiate the process of elaboration and stabilization of synaptic circuitry as part of the learning process. Plasticity permits adolescents to learn and adapt in order to acquire independence; however, plasticity also increases an individual's vulnerability toward making improper decisions because the brain's region-specific neurocircuitry remains under construction, thus making it difficult to think critically and rationally before making complex decisions. Moreover, the neurocircuitry may be forged, refined or weakened, and damaged during plasticity. Thus, neuronal proliferation, rewiring, dendritic pruning, and environmental exposure are important components of brain plasticity during adolescence. A significant portion of brain growth and development occurring in adolescence is the construction and strengthening of regional neurocircuitry and pathways; in particular, the brain stem, cerebellum, occipital lobe, parietal lobe, frontal lobe, and temporal lobe actively mature during adolescence. The frontal lobes are involved in movement control, problem solving, spontaneity, memory, language, initiation, judgment, impulse control, and social and sexual behavior. Furthermore, the prefrontal cortex, which is implicated in drug-seeking behavior, remains in a process of continuous reconstruction, consolidation, and maturation during adolescence.

# The adolescent brain

It is well established that various morphological and physiological changes occur in the human brain during adolescence. The term "adolescence" is generally used to describe a transition stage between childhood and adulthood. "Adolescence" also denotes both teenage years and puberty, as these terms are not mutually exclusive. The second surge of synaptogenesis occurs in the brain during the adolescent years. Hence, adolescence is one of the most dynamic events of human growth and development, second only to infancy in terms of the rate of developmental changes that can occur within the brain. Although there is no single definition of adolescence or a set age boundary, Kaplan[4] has pointed out that puberty refers to the hormonal changes that occur in early youth, and adolescence may extend well beyond the teenage years. In fact, there are characteristic developmental changes that almost all adolescents experience during their transition from childhood to adulthood. It is well established that the brain undergoes a "rewiring" process that is not complete until approximately 25 years of age.[5] This discovery

submit your manuscript | www.dovepress.com

Ex. 3
Page 94

Arain et al

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167. 10.240.1 on 27-Dec-2019
For personal use only.

has enhanced our basic understanding regarding adolescent brain maturation and it has provided support for behaviors experienced in late adolescence and early adulthood. Several investigators consider the age span 10–24 years as adolescence, which can be further divided into substages specific to physical, cognitive, and social–emotional development.[5,6] Hence, understanding neurological development in conjunction with physical, cognitive, and social–emotional adolescent development may facilitate the better understanding of adolescent brain maturation, which can subsequently inform proper guidance to adolescents.[7]

Longitudinal MRI studies have confirmed that a second surge of neuronal growth occurs just before puberty.[1,7] This surge is similar to that noticed during infancy and consists of a thickening of the grey matter. Following neuronal proliferation, the brain rewires itself from the onset of puberty up until 24 years old, especially in the prefrontal cortex. The rewiring is accomplished by dendritic pruning and myelination. Dendritic pruning eradicates unused synapses and is generally considered a beneficial process, whereas myelination increases the speed of impulse conduction across the brain's region-specific neurocircuitry. The myelination also optimizes the communication of information throughout the CNS and augments the speed of information processing. Thus, dendritic pruning and myelination are functionally very important for accomplishing efficient neurocybernetics in the adolescent brain.

During adolescence, the neurocircuitry strengthens and allows for multitasking, enhanced ability to solve problems, and the capability to process complex information. Furthermore, adolescent brain plasticity provides an opportunity to develop talents and lifelong interests; however, neurotoxic insult, trauma, chronic stress, drug abuse, and sedentary lifestyles may have a negative impact during this sensitive period of brain maturation.[8,9]

Out of several neurotransmitters in the CNS, three play a significant role in the maturation of adolescent behavior: dopamine, serotonin, and melatonin.[3,8,9] Dopamine influences brain events that control movement, emotional response, and the ability to experience pleasure and pain. Its levels decrease during adolescence, resulting in mood swings and difficulties regulating emotions. Serotonin plays a significant role in mood alterations, anxiety, impulse control, and arousal. Its levels also decrease during adolescence, and this is associated with decreased impulse control. Lastly, melatonin regulates circadian rhythms and the sleep–wake cycle. The body's daily production of melatonin increases the requirement for sleep during adolescence.[8,9]

## Behavioral problems and puberty

It is now known that hormones are not the only explanation for erratic adolescent behavior; hence, investigators are now trying to establish the exact nature of the interrelationship between pubertal processes and adolescent brain maturation. Dahl has explained three main categories of brain changes related to puberty: (1) changes that precede puberty; (2) changes that are the consequence of puberty; and (3) changes that occur after puberty is over.[9] The timing of these changes may underlie many aspects of risk-taking behavior. These changes, which are the consequence of puberty, occur primarily in the brain regions closely linked to emotions, arousal, motivation, as well as to appetite and sleep patterns. Brain changes independent of puberty are those related to the development of advanced cognitive functioning.

Animal studies have shown that sex hormones (estrogen, progesterone, and testosterone) are critically involved in myelination.[12] These studies have provided a relationship between sex hormones, white matter, and functional connectivity in the human brain, measured using neuroimaging. The results suggest that sex hormones organize structural connections and activate the brain areas they connect. These processes could underlie a better integration of structural and functional communication between brain regions with age. Specifically, ovarian hormones (estradiol and progesterone) may enhance both corticocortical and subcorticocortical functional connectivity, whereas androgens (testosterone) may decrease subcorticocortical functional connectivity but increase the functional connectivity between subcortical brain areas. Therefore, when examining brain development and aging, or when investigating the possible biological mechanisms of neurological diseases, the contribution of sex hormones should not be ignored.[10]

A recent study has described how the social brain develops during adolescence.[10] Adolescence is a time characterized by change – hormonally, physically, psychologically, and socially. Functional MRI studies have demonstrated the developmental changes that occur during adolescence among white matter and grey matter volumes in regions within the "social brain".[1,7,12] Activity in the mesolimbic brain regions also showed changes between adolescence and adulthood during social cognition tasks. A developmental clock – along with the signals that provide information on somatic growth, energy balance, and season of the year – times the awakening of gonadotropin-releasing hormone (GnRH) neurons at the onset of puberty. High-frequency GnRH release results in the disinhibition and activation of GnRH neurons at the onset

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167.10.240.1 on 27-Dec-2019
For personal use only.

of puberty, leading to gametogenesis and an increase in sex hormone secretion. Sex hormones and adrenocorticotropic hormones both remodel and activate neurocircuits during adolescent brain development, leading to the development of sexual salience of sensory stimuli, sexual motivation, and expression of copulatory behavior. These influences of hormones on reproductive behavior depend on changes in the adolescent brain that occur independently of gonadal maturation. Reproductive maturity is therefore the product of developmentally timed, brain-driven, and recurrent interactions between steroid hormones and the adolescent nervous system.[11,12]

## Limbic system

The limbic system is a group of structures located deep within the cerebrum. It is composed of the amygdala, the hippocampus, and the hypothalamus. These brain regions are involved in the expression of emotions and motivation, which are related to survival. The emotions include fear, anger, and the fight or flight response. The limbic system is also involved in feelings of pleasure that reward behaviors related to species survival, such as eating and sex. In addition, the limbic system regulates functions related to memory storage and retrieval of events that invoke a strong emotional response. Neuroimaging studies have revealed that when interacting with others and making decisions, adolescents are more likely than adults to be swayed by their emotions.[12–16] In addition, adolescents often read others' emotions incorrectly. These studies involved comparing a teen brain to an adult brain determined that adolescents' prefrontal cortices are used less often during interpersonal interactions and decision making than their adult counterparts. In fact, adolescents relied more on the emotional region of their brains when reading others' emotions, which is more impulsive when compared to a logical or measured interpretation. Thus, an understanding of how the limbic system and the prefrontal cortex are used has provided a partial explanation for certain characteristics of adolescents and adolescent behaviors, such as quickness to anger, intense mood swings, and making decisions on the basis of "gut" feelings. Because adolescents rely heavily on the emotional regions of their brains, it can be challenging to make what adults consider logical and appropriate decisions, as illustrated in Figure 3.

## Prefrontal cortex

Recently, investigators have studied various aspects of the maturation process of the prefrontal cortex of adolescents.[17,18] The prefrontal cortex offers an individual the capacity to

exercise good judgment when presented with difficult situations. The prefrontal cortex, the part of the frontal lobes lying just behind the forehead, is responsible for cognitive analysis, abstract thought, and the moderation of correct behavior in social situations. The prefrontal cortex acquires information from all of the senses and orchestrates thoughts and actions in order to achieve specific goals.

The prefrontal cortex is one of the last regions of the brain to reach maturation, which explains why some adolescents exhibit behavioral immaturity. There are several executive functions of the human prefrontal cortex that remain under construction during adolescence, as illustrated in Figures 3 and 4. The fact that brain development is not complete until near the age of 25 years refers specifically to the development of the prefrontal cortex.[19]

MRI studies have discovered that developmental processes tend to occur in the brain in a back-to-front pattern, explaining why the prefrontal cortex develops last. These studies have also shown that teens have less white matter (myelin) in the frontal lobes compared to adults, and that myelin in the frontal lobes increases throughout adolescence.[1,7,21] With more myelin comes the growth of important neurocircuitry, allowing for better flow of information between brain regions.[20,21] These findings have led to the concept of frontalization, whereby the prefrontal cortex develops in order to regulate the behavioral responses initiated by the limbic structures. During adolescence, white matter increases in the corpus callosum, the bundle of



**Executive human brain functions**

Figure 3 A diagram illustrating the developmental regulation of executive functions by the prefrontal cortex, which remains under construction during adolescence.
**Notes:** Several executive brain functions are governed by the prefrontal cortex, which remains in a state of active maturation during adolescence. These complex brain functions are regulated by the prefrontal cortex as illustrated in this figure (based on the original discoveries by Gedd and Steinberg).[1,21–23,25] Due to immature functional areas in the prefrontal cortex, adolescent teens may take part in risk seeking behavior including unprotected sex, impaired driving, and drug addiction.

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167.10.240.1 on 27-Dec-2019
For personal use only.

**Limbic system and sensation seeking
behavior among adolescents**
(management of emotions and motivation)



Figure 4 An algorithmic diagram illustrating the management of emotions and motivation by the limbic system in the adolescent brain.

**Notes:** The nucleus accumbens and amygdala are the two most prominent parts of the central nervous system involved in riskier behavior and increased sex drive among teenage adolescents. The nucleus accumbens is highly sensitized to accomplish desirable goals. A decrease in dopamine in the nucleus accumbens is involved in increased vulnerability to drug addiction and risky decisions. Sex hormones (estrogen and testosterone) bind with their receptors to induce increased sex drive and emotional volatility and impulsivity. Due to an immature prefrontal cortex, adolescents also have an increased sex drive and problems in self-regulation as illustrated in this flow diagram.[19,23,26,27,54]

nerve fibers connecting the right and left hemispheres of the brain, which allows for efficient communication between the hemispheres and enables an individual to access a full array of analytical and creative strategies to respond to complex dilemmas that may arise in adolescent life. Hence, the role of experience is critical in developing the neurocircuitry that allows for increased cognitive control of the emotions and impulses of adolescence. Adolescents, who tend to engage in risky behaviors in relatively safe environments, utilize this circuitry and develop the skills to tackle more dangerous situations; however, with an immature prefrontal cortex, even if adolescents understand that something is dangerous, they may still engage in such risky behavior.[21]

## Risk-taking behavior

The exact biological basis of risk-taking behavior in adolescents remains enigmatic. Adolescents are at their peak of physical strength, resilience, and immune function, yet mortality rates among 15–24 year olds are more than triple the mortality rates of middle school children. The Centers for Disease Control and Prevention has identified the leading causes of death and illness among adolescents,[22,23,59] as illustrated in Figure 5. It is generally held that adolescents take

risks to test and define themselves, as risk-taking can be both beneficial and harmful. It can lead to situations where new skills are learned and new experiences can prepare them for future challenges in their lives. Risk-taking serves as a means of discovery about oneself, others, and the world at large. The proclivity for risk-taking behavior plays a significant role in adolescent development, rendering this a period of time for both accomplishing their full potential and vulnerability. Hence, acquiring knowledge regarding adolescent brain maturation can help understand why teens take risks, while keeping in mind that risk-taking behavior is a normal and necessary component of adolescence. This knowledge may help in developing physiologically and pharmacologically effective interventions that focus on reducing the negative consequences associated with risk-taking behavior among the adolescent population.[22]

## Risk perception

It has been established that, around the age of 12 years, adolescents decrease their reliance on concrete thinking and begin to show the capacity for abstract thinking, visualization of potential outcomes, and a logical understanding of cause and effect.[23] Teens begin looking at situations and deciding whether they are safe, risky, or dangerous. These aspects of

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167.10.240.1 on 27-Dec-2019
For personal use only.



**Figure 5** Leading cause of death among adolescents (10–24 years).
**Notes:** Injury and violence are the two most common leading causes of death during adolescence. Out of 19 million adolescents (15–24 years) in the US that were diagnosed with HIV/AIDs, 39% admitted that they had unprotected sex. In addition to risky sex behavior, 30% of adolescents had been involved in motor vehicle accidents, with 41% of these linked to deaths; 12% committed suicide; and 15% were victims of homicide as illustrated in this figure (Steinberg 2004, Centers for Disease Control and Prevention).[18]
**Abbreviations:** AIDS, acquired immune deficiency syndrome; HIV, human immunodeficiency virus; M, million; STD, sexually transmitted disease.

development correlate with the maturation of the frontal lobe, and is marked by a shift from the development of additional neural connections to synaptic pruning, as well as by an increase in the release of hormones, all of which drive an adolescent's mood and impulsive behavior.

By the age of 15 years, there is little difference in adolescents' and adults' decision-making patterns pertaining to hypothetical situations. Teens were found to be capable of reasoning about the possible harm or benefits of different courses of action; however, in the real world, teens still engaged in dangerous behaviors, despite understanding the risks involved.[22,23,59] Hence, both the role of emotions and the connection between feeling and thinking need to be considered while studying the way teens make decisions.

Investigators have differentiated between "hot" cognition and "cold" cognition.[24] Hot cognition is described as thinking under conditions of high arousal and intense emotion. Under these conditions, teens tend to make poorer decisions. The opposite of hot cognition is cold cognition, which is critical and over-analyzing.[25] In cold cognition, circumstances are less intense and teens tend to make better decisions. Then, with the addition of complex feelings – such as fear of rejection, wanting to look cool, the excitement of risk, or anxiety of being caught – it is more difficult for teens to think through potential outcomes, understand the consequences of their decisions, or even common sense.[26] The apparent immaturity of the connections between the limbic system,

prefrontal cortex, and the amygdala provides further support for this concept.

## Sensation seeking

The nucleus accumbens, a part of the brain's reward system located within the limbic system, is the area that processes information related to motivation and reward. Brain imaging has shown that the nucleus accumbens is highly sensitive in adolescents, sending out impulses to act when faced with the opportunity to obtain something desirable.[27] For instance, adolescents are more vulnerable to nicotine, alcohol, and other drug addictions because the limbic brain regions that govern impulse and motivation are not yet fully developed.[28] During puberty, the increases in estrogen and testosterone bind receptors in the limbic system, which not only stimulates sex drive, but also increases adolescents' emotional volatility and impulsivity. Changes in the brain's reward sensitivity that occur during puberty have also been explored. These changes are related to decreases in DA, a neurotransmitter that produces feelings of pleasure.[29] Due to these changes, adolescents may require higher levels of DAergic stimulation to achieve the same levels of pleasure/reward, driving them to make riskier decisions.

## Self-regulation

Self-regulation has been broadly classified as the management of emotions and motivation.[30] It also involves directing and controlling behavior in order to meet the challenges of

submit your manuscript | www.dovepress.com

Dovepress

Ex. 3
Page 98

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167.10.240.1 on 27-Dec-2019
For personal use only.

the environment and to work toward a conscious purpose. Self-regulation also entails controlling the expression of intense emotions, impulse control, and delayed gratification. As adolescents progress toward adulthood with a body that is almost mature, the self-regulatory parts of their brains are still maturing. An earlier onset of puberty increases the window of vulnerability for teens, making them more susceptible to taking risks that affect their health and development over a prolonged period.[31]

Behavioral control requires a great involvement of cognitive and executive functions. These functions are localized in the prefrontal cortex, which matures independent of puberty and continues to evolve up until 24 years of age. It has been suggested that, during this period, adolescents should not be overprotected, but be allowed to make mistakes, learn from their own experiences, and practice self-regulation. Parents and teachers can help adolescents through this period by listening and offering support and guidance.

Recently, Steinberg studied risk-taking behavior in teens and how this was influenced by their peers.[32] He used a driving simulation game in which he studied teens deciding on whether or not to run a yellow light, and found that when teens were playing alone they made safer decisions, but in the presence of friends they made riskier decisions. When teens find themselves in emotionally arousing situations, with their immature prefrontal cortices, hot cognitive thinking comes into play, and these adolescents are more likely to take riskier actions and make impulsive decisions.

## Societal influences

Mass media, community, and adult role models can also influence adolescent risk-taking behaviors. Teens are constantly exposed to emotionally arousing stimuli through multimedia, which encourages unprotected sex, substance abuse, alcohol abuse, and life-threatening activities.[32,33] Even neighborhoods, friends, and communities provide teens with opportunities to engage in risky behaviors, although local law enforcement authorities regulate the purchase of cigarettes, access to and acceptability of guns, and the ability to drive cars. Even adults can have trouble resisting engaging in some of these risky behaviors; however, the temptation must be much harder for teens, whose judgment and decision-making skills are still developing.[34]

Recent functional MRI studies have demonstrated the extent of development during adolescence in the white matter and grey matter regions within the social brain. Activity in some of these regions showed changes between adolescence and adulthood during social cognition tasks. These studies have provided evidence that the concept of mind usage remains developing late in adolescence.[1,21,33]

## Substance abuse

The mechanisms underlying the long-term effects of prenatal substance abuse and its consequent elevated impulsivity during adolescence are poorly understood. Liu and Lester[34] have reported on developmentally-programmed neural maturation and highlighted adolescence as a critical period of brain maturation. These investigators have studied impairments in the DAergic system, the hypothalamic–pituitary–adrenal axis, and the pathological interactions between these two systems that originate from previous fetal programming in order to explain insufficient behavioral inhibition in affected adolescents. In addition, Burke[35] has examined the development of brain functions and the cognitive capabilities of teenagers. Specifically, these two sets of investigators have explored the effect of alcohol abuse on brain development, and the fundamental cognitive differences between adolescents and adults, and have suggested that the adultification of youth is harsh for those whose brains have not fully matured.

### Cannabis

Cannabis is the most commonly consumed drug among adolescents, and its chronic use may affect maturational refinement by disrupting the regulatory role of the endocannabinoid system.[36] Adolescence represents a critical period for brain development and the endocannabinoid system plays a critical role in the regulation of neuronal refinement during this period. In animals, adolescent cannabinoid exposure caused long-term impairment in specific components of learning and memory, and differentially affected emotional reactivity with milder effects on anxiety behavior and more pronounced effects on depressive behavior.[37] Epidemiological studies have suggested that adolescent cannabis abuse may increase their risk of developing cognitive abnormalities, psychotic illness, mood disorders, and other illicit substance abuse later in life.[36,38–40] Cannabis abuse in adolescence could increase the risk of developing psychiatric disorders, especially in people who are vulnerable to developing psychiatric syndromes. So far, only a few studies have investigated the neurobiological substrates of this vulnerability;[56] hence, further investigation is required to clarify the molecular mechanisms underlying the effect of cannabis on the adolescent brain.

**456**

submit your manuscript | www.dovepress.com

Dovepress

Neuropsychiatric Disease and Treatment 2013:9

Ex. 3
Page 99

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167.10.240.1 on 27-Dec-2019
For personal use only.

## Nicotine

Recent studies have provided a neural framework to explain the developmental differences that occur within the mesolimbic pathway based on the established role of DA in addiction.[41,42] During adolescence, excitatory glutamatergic systems that facilitate DAergic neurotransmisson are over-developed, whereas inhibitory GABAergic systems remain underdeveloped. DAergic pathways originate in the ventral tegmental area and terminate in the nucleus accumbens, where dopamine is increased by nicotine, but decreased during withdrawal. Thus, it has been hypothesized that adolescents display enhanced nicotine reward and reduced withdrawal via enhanced excitation and reduced inhibition of ventral tegmental area cell bodies that release DA in the nucleus accumbens.[44,45] Although this framework focuses on both adolescents and adults, it may also apply to the enhanced vulnerability to nicotine in adults that were previously exposed to nicotine during adolescence, suggesting that the diagnostic criteria developed for nicotine dependence in adults (based primarily on withdrawal) may be inappropriate during adolescence, when nicotine withdrawal does not appear to play a major role in nicotine use.[39] Furthermore, treatment strategies involving nicotine replacement may be harmful for adolescents because it may cause enhanced vulnerability to nicotine dependence later in adulthood. Adolescents that initiate tobacco abuse are more vulnerable to long-term nicotine dependence. A unifying hypothesis has been proposed based on animal studies, and it suggests that adolescents (as compared to adults) experience enhanced short-term positive effects and reduced adverse effects toward nicotine, and they also experience fewer negative effects during nicotine withdrawal.[39] Thus, during adolescence, the strong positive effects associated with nicotine are inadequately balanced by the negative effects that contribute to nicotine dependence in adults.

## Alcohol

Recently, the development of brain functions, the cognitive capabilities of adolescents, and the effect of alcohol abuse on brain maturation have been examined.[49,50] Cognitive differences between adolescents and adults suggest that the adultification of youths is deleterious for youths whose brains have not fully matured. Adolescence is the time during which most individuals first experience alcohol exposure, and binge drinking is very common during this period.[29,50,43] There is increasing evidence for long-lasting neurophysiological changes that may occur following exposure to ethanol during adolescence in animal models.[50] If alcohol exposure is neurotoxic to the developing brain during adolescence, then understanding how ethanol affects the developing adolescent brain becomes a major public health issue. Adolescence is a critical time period when cognitive, emotional, and social maturation occurs and it is likely that ethanol exposure may affect these complex processes. During a period that corresponds to adolescence in rats, the relatively brief exposure to high levels of alcohol via ethanol vapors caused long-lasting changes in functional brain activity.[51] The following observations were recorded: disturbances in waking electroencephalography; a reduction in the P3 wave (P3a and P3b) component of event-related potential measurements; reductions in the mean duration of slow-wave sleep; and the total amount of time spent in slow-wave sleep – findings that are consistent with the premature sleep patterns observed during aging.[50]

## Sex differences

Sex differences in many behaviors, including drug abuse, have been attributed to social and cultural factors.[43,46] A narrowing gap in drug abuse between adolescent boys and girls supports this hypothesis;[52] however, some sex differences in addiction vulnerability reflect biologic differences in the neurocircuits involved in addiction. A male predominance in overall drug abuse appears by the end of adolescence, while girls develop a rapid progression from the time of the first abuse to dependence, and this represents female-based vulnerability. Recent studies have emphasized the contribution of sex differences in the function of the ascending DAergic systems, which are critical in reinforcement.[3,43] These studies highlight the behavioral, neurochemical, and anatomical changes that occur in the DAergic functions that are related to the addictions that occur during adolescence. In addition, these studies have presented novel findings about the emergence of sex differences in DAergic function during adolescence.[43,46–48] Sex differences in drinking patterns and the rates of alcohol abuse and dependence begin to emerge during the transition from late puberty to young adulthood. Increases in pubertal hormones, including gonadal and stress hormones, are a prominent developmental feature of adolescence and could contribute to the progression of sex differences in alcohol drinking behavior during puberty. Witt[46] reviewed experimental and correlational studies of gonadal and stress-related hormone changes, as well as their effects on alcohol consumption and the associated neurobehavioral actions of alcohol on the mesolimbic dopaminergic system. Mechanisms have been suggested by which reproductive and stress-related hormones may modulate neural circuits within the brain reward system, and these hormones may produce sex differences in terms of

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167.10.240.1 on 27-Dec-2019
For personal use only.

alcohol consumption patterns and adolescents' vulnerability to alcohol abuse and dependence, which become apparent during the late pubertal period.

## Chemotherapy

Recently, Vázquez et al[53] emphasized the need for the early and accurate diagnosis of CNS complications during and after pediatric cancer treatment because of the improvement in overall survival rates related to innovative and aggressive oncologic therapies. A major concern in this issue is recognizing the radiologic features of these CNS complications. Radiologists are supposed to be familiar with the early and late effects of cancer therapy in the pediatric CNS (toxic effects, infection, endocrine or sensory dysfunction, neuropsychological impairment, and secondary malignancies) in order to provide an accurate diagnosis and to minimize morbidity. The acquisition of further knowledge about these complications will enable the development of more appropriate therapeutic decisions, effective patient surveillance, and an improved quality of life by decreasing the long-term consequences in survivors. Certain chemotherapeutic compounds and environmental agents, such as anesthetics, antiepileptics, sleep-inducing and anxiolytic compounds, nicotine, alcohol, and stress, as well as agents of infection have also been investigated quite extensively and have been shown to contribute to the etiopathogenesis of serious neuropsychiatric disorders.[54] All of these agents have a deleterious influence on developmental processes during the time when the brain experiences major changes in early childhood and during adulthood. Several of these agents have contributed to the structural and functional brain abnormalities that have been observed in the biomarker profiles of schizophrenia and fetal alcohol syndrome. The effects of these agents are generally permanent and irreversible.[54]

## Nutrition

The rapid expansion of knowledge in this field, from basic science to clinical and community-based research, is expected to lead to urgently needed research in support of effective, evidence-based medicine and treatment strategies for undernutrition, overnutrition, and eating disorders in early childhood. Eating is necessary for survival and provides a sense of pleasure, but may be perturbed, leading to undernutrition, overnutrition, and eating disorders. The development of feeding in humans relies on the complex interplay between homeostatic mechanisms; neural reward systems; and adolescents' motor, sensory, and emotional capabilities. Furthermore, parenting, social factors, and food influence the development of eating behavior.

Recently, the neural development of eating behavior in children has been investigated.[55] Furthermore, developmentally programmed neural maturation has been discussed in order to highlight adolescence as the second most critical period of brain maturation.[56] These studies used impairments of the DAergic system, the hypothalamic–pituitary–adrenal axis, and pathological interactions between these two systems originating from fetal programming in a dual-system model to explain insufficient behavioral inhibition in affected adolescents.

The range of exogenous agents, such as alcohol and cocaine, which are generally likely to detrimentally affect the development of the brain and CNS defies estimation, although the accumulated evidence is substantial.[57–60] Pubertal age affects the fundamental property of nervous tissue excitability; excessive excitatory drive is seen in early puberty and a deficiency is seen in late puberty. It has been postulated that, with adequate fish oils and fatty acids, the risk of psychopathology can be minimized, whereas a deficiency could lead to subcortical dysfunction in early puberty, and a breakdown of cortical circuitry and cognitive dysfunctions in late puberty.[61] Thus, postpubertal psychoses, schizophrenia, and manic–depressive psychosis during the pubertal age, along with excitability, may be the result of continuous dietary deficiency, which may inhibit the expression of the oligodendrocyte-related genes responsible for myelinogenesis. The beneficial effect of fish oils and fatty acids in schizophrenia, fetal alcohol syndrome, developmental dyslexia, attention deficit hyperactivity disorder, and in other CNS disorders supports the hypothesis that the typical diet might be persistently deficient in the affected individuals, as illustrated in Figure 6. However, the amount of fish oils and fatty acids needed to secure normal brain development and function is not known. It seems conjectural to postulate that a dietary deficiency in fish oils and fatty acids is causing brain dysfunction and death; however, all of these observations tend to suggest that a diet focusing on mainly protein is deficient, and the deficiency is most pronounced in maternal nutrition and in infancy, which might have a deleterious impact on the maturation of the adolescent brain.

## Conclusion

Neuromorphological, neurochemical, neurophysiological, neurobehavioral, and neuropharmacological evidence suggests that the brain remains in its active state of maturation during adolescence.[1,7,19,21] Such evidence supports the hypothesis that the adolescent brain is structurally and functionally vulnerable to environmental stress, risky behavior, drug

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167.10.240.1 on 27-Dec-2019
For personal use only.



**Figure 6** Effect of seafood on the maturation of the adolescent brain.
**Notes:** MRI studies have provided evidence that in addition to the prefrontal cortex and limbic system, myelinogenesis and neurocircuitry remains under construction during adolescence.[1,7,19,21] Myelinogenesis requires precursors such as polyunsaturated fatty acids, of which many seafoods are a rich source. Hence, consuming seafood may accelerate brain maturation in adolescents. However, malnutrition and substance abuse may inhibit maturation of the adolescent brain. (+) induction; (−) inhibition.

addiction, impaired driving, and unprotected sex. Computed tomography and MRI studies also provide evidence in support of this hypothesis.[19]

Brain maturation occurs during adolescence due to a surge in the synthesis of sex hormones implicated in puberty including estrogen, progesterone, and testosterone. These sex hormones augment myelinogenesis and the development of the neurocircuitry involved in efficient neurocybernetics. Although tubulinogenesis, axonogenesis, and synaptogenesis can occur during the prenatal and early postnatal periods, myelinogenesis involved in the insulation of axons remains under construction in adolescence. Sex hormones also significantly influence food intake and sleep requirements during puberty. In addition to dramatic changes in secondary sex characteristics, sex hormones may also influence the learning, intelligence, memory, and behavior of adolescents.

Furthermore, it can be observed that the development of excitatory glutamatergic neurotransmission occurs earlier in the developing brain as compared to GABAergic neurotransmission, which makes the pediatric population susceptible to seizures.

The development and maturation of the prefrontal cortex occurs primarily during adolescence and is fully accomplished at the age of 25 years. The development of the prefrontal cortex is very important for complex behavioral performance, as this region of the brain helps accomplish executive brain functions.

A detailed study is required in order to determine the exact biomarkers involved, as well as the intricate influence of

diet, drugs, sex, and sleep on the maturation of the adolescent brain as discussed briefly in this report.

## Acknowledgments

The moral support and encouragement of President Kallol Guha is gratefully acknowledged.

## Disclosure

The authors report no conflicts of interest in this report.

## References

1. Giedd JN, Blumenthal J, Jeffries NO, et al. Brain development during childhood and adolescence: a longitudinal MRI study. *Nat Neurosci*. 1999;2(10):861–863.
2. Li K, Xu E. The role and the mechanism of gamma-aminobutyric acid during central nervous system development. *Neurosci Bull*. 2008;24(3):195–200.
3. Wahlstrom D, Collins P, White T, Luciana M. Developmental changes in dopamine neurotransmission in adolescence: behavioral implications and issues in assessment. *Brain Cogn*. 2010;72(1):146–159.
4. Kaplan PS. *Adolescence*. Boston, MA: Houghton Mifflin Company; 2004.
5. Gavin L, MacKay AP, Brown K, et al; Centers for Disease Control and Prevention (CDC). Sexual and reproductive health of persons aged 10–24 years – United States, 2002–2007. *MMWR Surveill Summ*. 2009;58(6):1–58.
6. Sylwester R. *The Adolescent Brain: Reaching for Autonomy*. Newbury Park (CA): Corwin Press; 2007.
7. Baird AA, Gruber SA, Fein DA, et al. Functional magnetic resonance imaging of facial affect recognition in children and adolescents. *J Am Acad Child Adolesc Psychiatry*. 1999;38(2):195–199.
8. Frontline: Inside the Teenage Brain [webpage on the Internet]. Arlington (TX): Public Broadcasting Service; 2002. Available from: http://www.pbs.org/wgbh/pages/frontline/shows/teenbrain/. Accessed August 6, 2009.
9. Dahl RE. Beyond raging hormones: the tinderbox in the teenage brain. *Cerebrum*. 2003;5(3):7–22.
10. Blakemore SJ. Development of the social brain in adolescence. *J R Soc Med*. 2012;105(3):111–116.
11. Sisk CL, Foster DL. The neural basis of puberty and adolescence. *Nat Neurosci*. 2004;7(10):1040–1047.
12. Peper JS, van den Heuvel MP, Mandl RC, Hulshoff Pol HE, van Honk J. Sex steroids and connectivity in the human brain: a review of neuroimaging studies. *Psychoneuroendocrinology*. 2011;36(8):1101–1113.
13. Choudhury S, Blakemore SJ, and Charman T. Social cognitive development during adolescence. *Soc Cogn Affect Neurosci*. 2006;1(3):165–174.
14. den Bos (2011) W.V *The neurocognitive development of social decision making*. Doctoral Research Thesis. (P 1–189) Amsterdam.
15. Somerville LH, Fani N, and Erin B. McClure-Tone E.B. Behavioral and neural representation of emotional facial expressions across the lifespan. *Dev Neuropsychol*. 2011;36(4):408–428.
16. Sales JM and Irvin CE. Theories of adolescent risk taking (2009) The biopsychological model. In *Adolescent Health*. Diclemente R.J, Santelli, J.S, Crosby RA (Eds) (pp 31–50) San Fransisco: John Wiley and Sons.
17. Frontline: Interview Deborah Yurgelun-Todd [webpage on the Internet]. Arlington: Public Broadcasting Service; 2002. Available from: http://www.pbs.org/wgbh/pages/frontline/shows/teenbrain/interviews/todd.html. Accessed February 14, 2013.
18. Guyer AE, McClure-Tone EB, Shiffrin ND, Pine DS, Nelson EE. Probing the neural correlates of anticipated peer evaluation in adolescence. *Child Dev*. 2009;80(4):1000–1015.

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167.10.240.1 on 27-Dec-2019
For personal use only.

19. Casey BJ, Jones RM, Hare TA. The adolescent brain. *Ann N Y Acad Sci*. 2008;1124:111–126.

20. Walsh D, Bennett N. *Why Do They Act That Way? A Survival Guide to the Adolescent Brain for You and Your Teen*. New York: Simon and Schuster; 2004.

21. Giedd JN. Structural magnetic resonance imaging of the adolescent brain. *Ann N Y Acad Sci*. 2004;1021:77–85.

22. Steinberg L. Risk taking in adolescence: what changes and why? *Ann N Y Acad Sci*. 2004;1021:51–58.

23. Steinberg L. Cognitive and affective development in adolescence. *Trends Cogn Sci*. 2005;9(2):69–76.

24. Abelson, R. P. (1963). Computer simulation of "hot cognition", in S. S. Tomkins and S. Messick (Eds.), *Computer simulation of personality* (pp. 277–302). New York: Wiley.

25. Ziva K (1990). "The case for motivated reasoning". *Psychological Bulletin* 108(3): 480–498.

26. Benes FM. The development of the human frontal cortex: The maturation of neurotransmitter system and their interactions. In: Nelson CA, Luciana M, editors. *Handbook of Developmental Cognitive Neuroscience*. Cambridge, MA: MIT Press; 2001:79–92.

27. Gardner M, Steinberg L. Peer Influence on risk taking, risk preference and risky decision-making in adolescence and adulthood. *Dev Psychol*. 2005;41(4):625–635.

28. http://www.hhs.gov [homepage on the Internet]. New Research on Adolescent Brain Development. Center for Substance Abuse Prevention;2004. http://www.hhs.gov/opa/familylife/tech_assistance/etraining/adolescent_brain/risk_taking/changes/sensation_seeking/index.html#fn3. Accessed March 14, 2013.

29. Lopez B, Schwartz SJ, Prado G, Campo AE, Pantin H. Adolescent neurological development and implications for adolescent substance abuse prevention. *J Prim Prev*. 2008;29(1):5–35.

30. Steinberg L, Belsky J. An evolutionary perspective on psychopathology in adolescence. In: Cicchetti D, Toth SL, editors. *Adolescence: Opportunities and Challenges: Volume 7 of Rochester Symposium on Developmental Psychology Series*. Rochester, NY: University of Rochester Press; 1996:93–124.

31. Simpson RA. Raising Teens: A Synthesis of Research and a Foundation for Action. Center for Health Communication, Harvard School of Public Health. 2001. Available from: http://www.hsph.harvard.edu/chc/parenting/report.pdf.

32. Steinberg L. A social neuroscience perspective on adolescent risk-taking. *Dev Rev*. 2008;28(1):78–106.

33. Blakemore SJ. Development of the social brain in adolescence. *J R Soc Med*. 2012;105(3):111–116.

34. Liu J, Lester BM. Reconceptualizing in a dual-system model the effects of prenatal cocaine exposure on adolescent development: a short review. *Int J Dev Neurosci*. 2011;29(8):803–809.

35. Burke AS. Under construction: brain formation, culpability, and the criminal justice system. *Int J Law Psychiatry*. 2011;34(6):381–385.

36. Palmer RH, Young SE, Hopfer CJ, et al. Developmental epidemiology of drug use and abuse in adolescence and young adulthood: evidence of generalized risk. *Drug Alcohol Depend*. 2009;102(1–3):78–87.

37. Bossong NG, Niesink RJ. Adolescent brain maturation, the endogenous cannabinoid system and the neurobiology of cannabis-induced schizophrenia. *Prog Neurobiol*. 2010 Nov;92(3):370–385.

38. Vik P, Brown SA. Life events and substance abuse during adolescence. In: Miller TW, editor. *Children of Trauma*. Madison, CT: International Universities Press; 1998:179–204.

39. Rubino T, Zamberletti E, Parolaro D. Adolescent exposure to cannabis as a risk factor for psychiatric disorders. *J Psychopharmacol*. 2012;26(1):177–188.

40. Gonzalez R, Swanson JM. Long-term effects of adolescent-onset and persistent use of cannabis. *Proc Natl Acad Sci U S A*. 2012;109(40):15970–15971.

41. O'Dell LE. A psychobiological framework of the substrates that mediate nicotine use during adolescence. *Neuropharmacology*. 2009;56 Suppl 1:263–278.

42. Philpot R, Kirstein C. Developmental Differences in the Accumbal Dopaminergic Response to Repeated Ethanol Exposure. Ann. *N.Y. Acad. Sci*. 2004;1021:422–426.

43. Kuhn C, Johnson M, Thomae A, et al. The emergence of gonadal hormone influences on dopaminergic function during puberty. *Horm Behav*. 2010;58(1):122–137.

44. Burke AS. Under construction: brain formation, culpability, and the criminal justice system. *Int J Law Psychiatry*. 2011;34(6):381–385.

45. Spear LP. Adolescent period: biological basis of vulnerability to develop alcoholism and other ethanol–mediated behaviors. In: Noronha A, Eckardt M, Warren K, editors. *Review of NiAAA's Neuroscience and Behavioral Research Portfolio*. Bethesda, MD: National Institute on Alcohol Abuse and Alcoholism; 2000:315–333.

46. Witt ED. Puberty, hormones, and sex differences in alcohol abuse and dependence. *Neurotoxicol Teratol*. 2007;29(1):81–95.

47. Nolen-Hoeksema S, Girgus JS. The emergence of gender differences in depression during adolescence. *Psychological Bulletin*. 1994;115(3):424–443.

48. Lenroot RK, Giedd JN. Sex differences in the adolescent brain. *Brain Cogn*. 2010;72(1):1–19.

49. Spear LP. The adolescent brain and age–related behavioral manifestations. *Neurosci Biobehav Rev*. 2000;24(4):417–463.

50. Ehlers CL, Criado JR. Adolescent ethanol exposure: does it produce long-lasting electrophysiological effects? *Alcohol*. 2010;44(1):27–37.

51. Allen CD, Lee S, Koob GF Rivier C . Immediate and prolonged effects of alcohol exposure on the activity of the hypothalamic-pituitary-adrenal axis in adult and adolescent rats. *Brain Behav Immun*. 2011 June;25(Suppl 1):S50–S60.

52. Schulte MT, Ramo D, and Brown SA. Gender Differences in Factors Influencing Alcohol Use and Drinking Progression Among Adolescents. *Clin Psychol Rev*. 2009 August;29(6):535–547.

53. Vázquez E, Delgado I, Sánchez-Montañez A, Barber I, Sánchez-Toledo J, Enríquez G. Side effects of oncologic therapies in the pediatric central nervous system: update on neuroimaging findings. *Radiographics*. 2011;31(4):1123–1139.

54. Archer T. Effects of exogenous agents on brain dysfunction: stress, abuse and therapeutic compounds. *CNS Neurosci Ther*. 2011;17(5):470–489.

55. Gahagan S. Development of eating behavior: biology and context. *J Dev Behav Pediatr*. 2012;33(3):261–271.

56. Sisk CL and Foster DL. The neural basis of puberty and adolescence. *Nature Neuroscience* 2004;7:1040–1047.

57. Liu J, Lester BM. Reconceptualizing in a dual-system model the effects of prenatal cocaine exposure on adolescent development: a short review. *Int J Dev Neurosci*. 2011;29(8):803–809.

58. Saugstad LF. From superior adaptation and function to brain dysfunction – the neglect of epigenetic factors. *Nutr Health*. 2004;18(1):3–27.

59. Steinberg L. Risk taking in adolescence: new perspectives from brain and behavioral science. *Curr Dir Psychol Sci*. 2007;16(2):55–59.

60. Brown SA, Tapert SF, Granholm E, Delis DC. Neurocognitive functioning of adolescents: effects of protracted alcohol use. *Alcohol Clin Exp Res*. 2000;24(2):164–171.

61. Rayyan M, Devlieger H, Jochum F, Allegaert K. Short-Term Use of Parenteral Nutrition With a Lipid Emulsion Containing a Mixture of Soybean Oil, Olive Oil, Medium-Chain Triglycerides, and Fish Oil. A Randomized Double-Blind Study in Preterm Infants. *JPEN J Parenter Enteral Nutr*. 2012 January;36(1 suppl):81S–94S.

Neuropsychiatric Disease and Treatment downloaded from https://www.dovepress.com/ by 167.10.240.1 on 27-Dec-2019
For personal use only.

**Neuropsychiatric Disease and Treatment**

**Dove**press

## Publish your work in this journal

Neuropsychiatric Disease and Treatment is an international, peer-reviewed journal of clinical therapeutics and pharmacology focusing on concise rapid reporting of clinical or pre-clinical studies on a range of neuropsychiatric and neurological disorders. This journal is indexed on PubMed Central, the 'PsycINFO' database and CAS.

The manuscript management system is completely online and includes a very quick and fair peer-review system, which is all easy to use. Visit http://www.dovepress.com/testimonials.php to read real quotes from published authors.

Submit your manuscript here: http://www.dovepress.com/neuropsychiatric-disease-and-treatment-journal

Ex. 3
Page 104

# EXHIBIT 4

Brain and Cognition 72 (2010) 124–133



Contents lists available at ScienceDirect

# Brain and Cognition

journal homepage: www.elsevier.com/locate/b&c



Review Article

# A time of change: Behavioral and neural correlates of adolescent sensitivity to appetitive and aversive environmental cues

Leah H. Somerville *, Rebecca M. Jones, B.J. Casey

Sackler Institute for Developmental Psychobiology, Weill Cornell Medical College, New York, NY, USA

ARTICLE INFO

Article history:
Accepted 14 July 2009
Available online 19 August 2009

Keywords:
Adolescence
Brain
Development
fMRI
Emotion
Reward
Cognitive control
Connectivity
Peers
Risk
Function
Amygdala
Nucleus accumbens
Prefrontal cortex

ABSTRACT

Adolescence is a developmental period that entails substantial changes in affective and incentive-seeking behavior relative to both childhood and adulthood, including a heightened propensity to engage in risky behaviors and experience persistent negative and labile mood states. This review discusses the emotional and incentive-driven behavioral changes in adolescents and their associated neural mechanisms, focusing on the dynamic interactions between the amygdala, ventral striatum, and prefrontal cortex. Common behavioral changes during adolescence may be associated with a heightened responsiveness to incentives and emotional cues while the capacity to effectively engage in cognitive and emotion regulation is still relatively immature. We highlight empirical work in humans and animals that addresses the interactions between these neural systems in adolescents relative to children and adults, and propose a neurobiological model that may account for the nonlinear changes in adolescent behavior. Finally, we discuss other influences that may contribute to exaggerated reward and emotion processing associated with adolescence, including hormonal fluctuations and the role of the social environment.

© 2009 Elsevier Inc. All rights reserved.

## 1. Introduction

The description of adolescence as "a developmental period rife with change" may be an understatement for those of us who think back to our own experiences during this time of life, or who observe teens today (Hall, 1904). Adolescence can be defined as the phase of gradual transition between childhood and adulthood, which is overlapping yet conceptually distinct from the physical changes marking puberty and physical maturation (Ernst, Pine, & Hardin, 2006; Spear, 2000). In recent years, researchers from a broad spectrum of scientific disciplines have shown significant interest in this period of the lifespan due to its intense physical, behavioral, social, and neurological changes, and the alarming health statistics associated with this time of life.

Beyond the intellectual interest in this period as a psychological snapshot in time, research examining adolescent behavior and its associated neural changes is particularly relevant to adolescent health. In adolescence, there is a heightened propensity to engage in risky behaviors that can lead to negative outcomes, including

substance abuse, unprotected sex, inflicting harm on others, injuries, and death. According to the 2007 Youth Risk Behavior Survey (YRBS, Eaton et al., 2008) the four leading causes of death that account for 72% of adolescent mortality – motor vehicle accidents, unintentional injuries, homicide, and suicide – are preventable. Such statistics suggest that these fatalities may be attributed, in part, to poor choices or risky actions (e.g., accidents, injuries) and/or heightened emotionality (e.g., suicide) underscoring the importance of understanding the biological basis of emotional and incentive-seeking behavior of adolescents, the focus of the present review.

## 2. Storm and stress? Affective changes during adolescence

Adolescence has been considered, almost by definition, as a period of heightened stress (Spear, 2000) due to the array of transitions being experienced concomitantly, including physical maturation, drive for independence, increased salience of social and peer interaction, and brain development (Blakemore, 2008; Casey, Getz, & Galvan, 2008; Casey, Jones, & Hare, 2008). Although new-found independence and social engagement can be stimulating and challenging in a positive way, it may also lead to feelings of being overwhelmed by change, which has historically led some researchers to

* Corresponding author. Address: Sackler Institute for Developmental Psychobiology, Weill Cornell Medical College, 1300 York Avenue, Box 140, New York, NY 10065, USA. Fax: +1 212 746 5755.
E-mail address: lhs2003@med.cornell.edu (L.H. Somerville).

0278-2626/$ - see front matter © 2009 Elsevier Inc. All rights reserved.
doi:10.1016/j.bandc.2009.07.003

characterize adolescence as ridden with 'storm and stress' (Hall, 1904). The controversial 'storm and stress' viewpoint is bolstered by reports that the onset of many psychiatric illnesses increases sharply from childhood to adolescence (Compas, Orosan, & Grant, 1993), with the lifetime risk for the emergence of mental illness peaking at 14 years of age (Kessler et al., 2005). Although a full discussion of clinical adolescent populations is of inherent interest to this topic, it is outside the scope of the present review and we refer the reader to existing articles that address these issues in greater detail (Paus, Keshavan, & Giedd, 2008; Steinberg, 2005).

In terms of the typical range of emotions, certain classes of emotional states – particularly negative emotional states – show a peak in prevalence during adolescence (Compas, Hinden, & Gerhardt, 1995; Petersen et al., 1993; Rutter, Graham, Chadwick, & Yule, 1976). Most recently, YRBS results showed that in the prior year, more than one in four adolescents (27.3%) had experienced significant symptoms of depression for at least two weeks, to the point that it interfered with their everyday functioning (Eaton et al., 2008). Experiencing frequent negative affect is particularly common during the early adolescent years, more so in females than males (Larson, Moneta, Richards, & Wilson, 2002), and in addition to sad mood, also manifests itself in anxiety (Abe & Suzuki, 1986), self-consciousness, and low self-esteem (Simmons, Rosenberg, & Rosenberg, 1973; Thornburg & Jones, 1982). Feeling sad, depressed, or hopeless may be associated with the heightened rates of affective disorders, attempted and completed suicide, and addiction also observed during adolescence (Mościcki, 2001; Pine, Cohen, & Brook, 2001; Silveri, Tzilos, Pimentel, & Yurgelun-Todd, 2004; Steinberg, 2005). These statistics underscore the need to understand the physiological basis of these emotional state changes in adolescents.

Finally, adolescents' negative emotional states are not only frequent but their emotional responses also tend to be more intense, variable and subject to extremes relative to adults (Arnett, 1999; Buchanan, Eccles, & Becker, 1992; Eccles et al., 1989; Simmons & Blyth, 1987). Larson and colleagues (2002) performed a cross-sectional beeper study that sampled the momentary affect experienced by early adolescents several times per day for a week, and then retested those individuals approximately 3 years later, after they had transitioned into late adolescence. Results indicated that early adolescents, defined here as fifth to eighth graders, experienced substantially greater short-term variability in affective state relative to what the same individuals experienced in ninth to twelfth grades (Larson et al., 2002). This study and others suggest that adolescent emotional states tend to be more labile than children and adults, and this appears to be particularly true during the early adolescent years.

The work just described paints a relatively bleak picture, suggesting that adolescence is doomed to be a very negative time of life. However, it is important to note that most adolescents are actually not miserable, and negotiate this potentially difficult period of life with relative ease and without lasting problems (Steinberg, 2008). We believe that a bias in available data may contribute to this discrepancy – while many studies ask adolescents to report on their negative emotions, very few ask about positive emotions which may also be elevated during this time (see Ernst et al., 2005). Consequently, a more current view of adolescent affect is not deterministic with regard to experiencing 'storm and stress', but contends that being an adolescent may be a risk factor for experiencing intense negative emotional states (Arnett, 1999).

## 3. Adolescent incentive-driven behavior

In the previous section, we have asserted that adolescents frequently experience negative and volatile emotions. However, the period of adolescence is also marked by a nonlinear enhancement in risk-taking behavior, characterized by approaching pleasurable experiences without appropriate reverence to their associated potentially negative consequences. Several classes of epidemiological data support this conceptualization of adolescent behavior. In particular, adolescents engage in significantly more risky driving, illicit drug use, criminal acts and unsafe sexual behavior than children and adults (Eaton et al., 2008; National Research Council, 2007; Substance Abuse and Mental Health Services Administration, 2007). These health statistics suggest that adolescents are risk-takers, but environmental influences such as reduced parental supervision and increased access to risk-enabling situations could also explain the increase in risk-taking between childhood and adolescence.

Empirical work measuring risk-taking in controlled environments has largely supported the notion that adolescents show disproportionate risk-taking in the absence of differential environmental demands. Cauffman and colleagues (in press) used the Iowa Gambling Task to test participants varying in age from preadolescence (10 years old) to adulthood (up to 30 years old). Using this task, approach- and avoidance-based decision-making was calculated separately by quantifying participants' ability to use experimenter feedback to learn to approach 'good' decks of cards (positive feedback) and avoid 'bad' decks (negative feedback). They found that levels of approach toward potential reward took on a curvilinear function, with the maximal sensitivity to positive feedback occurring during the adolescent years. In contrast, use of negative feedback to avoid negative outcomes strengthened with age in a linear fashion, not showing full maturity until the adult years. These findings suggest that adolescents may have a disproportionate approach orientation, paired with an immature avoidance orientation, which may explain the nonlinear boost in risk-taking behavior. These findings are consistent with the results of Figner, Mackinlay, Wilkening, and Weber (2009a), who employed the Columbia Card Task, a risky decision-making task with 'hot', or affectively-driven, and 'cold', deliberative decision making contexts. They observed that in the 'hot' condition, adolescents showed an increase in risk-taking relative to adults. Recently, this sample has been extended to individuals as young as 10 years of age, with findings indicating that pre-adolescents display a level of risk-taking comparable to adults, and less than adolescents (Figner, Mackinlay, Wilkening, & Weber, 2009b). These experiments lend support to the notion that adolescents are disproportionately motivated to approach potential rewards, particularly in contexts with heightened arousal or salience.

Why do adolescents display greater propensity for risk taking? Although the answer is complex and addressed by another article in this volume (see article by Doremus-Fitzwater, Verlinskaya, & Spear), risky behaviors observed in adolescence are likely related to an enhanced motivation to seek out incentives and new experiences. This drive may be mediated by a greater salience of rewarding stimuli during this age relative to children or adults (Steinberg, 2008) – in other words, a sensitization to reward (Casey, Getz, & Galvan, 2008; Casey, Jones, & Hare, 2008; Fareri, Martin, & Delgado, 2008). This interpretation is consistent with the behavioral findings just described, a documented enhancement of sensation seeking in adolescents relative to children and adults (Zuckerman, Eysenck, & Eysenck, 1978), enhanced reported positive affect following the receipt of a monetary reward (Ernst et al., 2005), and neurobiological evidence which will be discussed in the forthcoming sections. Interestingly, rodents also show enhanced novelty and sensation seeking during adolescence, suggesting that reward-seeking behavior is governed by primitive biological mechanisms (Adriani, Chiarotti, & Laviola, 1998; Laviola, Macri, Morley-Fletcher, & Adriani, 2003).

In humans, this tendency paired with an immature "self-regulatory competence" leads to heightened risk for poor choice behavior

126 *L.H. Somerville et al./Brain and Cognition 72 (2010) 124–133*

(Steinberg, 2004). When placed in an emotionally salient situation, enhanced sensitivity to positive environmental cues biases adolescent behavior toward approaching incentives, even when that choice may be suboptimal or risky (Casey, Getz, et al., 2008; Casey, Jones, et al., 2008). Importantly, risky behavior cannot be explained by a deficiency in comprehending the potential consequences of these actions (Reyna & Farley, 2006). Adolescents are cognitively able to appreciate the objective riskiness of their behaviors, yet in the moment these warnings are not heeded, perhaps due to a variety of influences including peers, environmental context, or internal emotional state (Gardener & Steinberg, 2005; Steinberg, 2005), leading environmental cues to 'win' over cognitive control in emotionally charged circumstances. This conceptualization proposes that disproportionate sensitivity to salient environmental cues can partially account for the nonlinear increase in risky reward-seeking behavior during this stage of development.

Although at first glance, risky adolescent behavior may appear inconsistent with adolescents' frequent experience of negative mood states, these tendencies need not be mutually exclusive (Bogin, 1994; Spear, 2000). Indeed, negative and extreme emotional behavior paired with increased risk-taking may facilitate evolutionarily appropriate behavior (Casey, Getz, et al., 2008; Casey, Jones, et al., 2008; Spear, 2000). Risk-taking and novelty seeking can be viewed as facilitatory to some of the primary goals of adolescence in societal structures in which individuals must leave their home territory – "testing out" one's independence, generating sufficient motivation to explore new environments, and developing bonds with non-family members (including potential mates). A propensity to generate reactive and extreme emotions may complement this process of striving for independence. Labile and negative emotions may signal a heightened state of vigilance toward threat and safety cues, which may serve a greater importance when engaging in risk. As such, the combination of emotionality and incentive seeking may have come about for good reason, but in present society serves less of an adaptive purpose.

## 4. Synthesizing a model of adolescent behavior change

Based on the behavioral work just described, we have observed three main themes characterizing unique aspects of adolescent behavior, relative to behavior of children and adults. First, adolescents appear to show heightened sensitivity to salient environmental cues. Behaviorally, this idea is supported by epidemiological reports of adolescent risk-taking behavior, and empirical work showing exaggerated responses to both positive and negative environmental cues in adolescents relative to children and adults. What may seem like a mildly annoying or hurtful event to adults may constitute an intense emotional trigger in adolescents leading to strong negative affect. Similarly, an environmental cue signaling a potential source of hedonic pleasure may drive incentive-seeking behavior to a greater extent than in children or adults due to a heightened sensitivity to potential rewards.

A second theme in the characterization of adolescent behavior is that adolescents are often unable to exert behavioral control in the face of environmentally salient cues, leading to risky and potentially dangerous choice behaviors. In particular, adolescents are able to comprehend and reason the outcomes of suboptimal decisions. Yet, in the right context, be it with peers or in a certain mood state, adolescents approach salient environmental cues even when it is disadvantageous or potentially dangerous. In terms of controlling negative affect, a lack of prefrontal control may lead to deficient emotional regulation abilities, resulting in affective responses left 'unchecked' and resulting in highly emotional output.

Lastly, although adolescents tend to show heightened affective responsiveness and incentive-based behavior changes, these re-

sponses are highly subject to individual differences. It is easy to forget that many adolescents make rational decisions, and have no problem regulating their emotions. However, we believe that adolescence is a time of life that is, consistent with more current views on 'storm and stress' (Arnett, 1999), a risk factor for heightened emotionality. This stage of life, combined with predisposing factors such as individual differences in trait anxiety or mood, or state contextual factors such as the stability of family or peer relations, may constitute a compounded source of risk for experiencing intense emotional states observed during adolescence.

## 5. Toward a neurobiological model of adolescent behavior

We have developed a biological model that characterizes brain changes underlying the patterns of adolescent behavior that takes into account the nonlinearity of emotional and incentive-seeking behaviors that are unique to this period (Casey, Getz, et al., 2008; Casey, Jones, et al., 2008). This empirically driven model posits an imbalance between the relative structural and functional maturity of brain systems critical to emotional and incentive-based behavior (e.g., subcortical regions including the amygdala and ventral striatum) as compared to brain systems mediating cognitive and impulse control (e.g., the prefrontal cortex), see Fig. 1. A relative maturity of subcortical structures compared to a still immature prefrontal control system may enable strong signaling of subcortical systems paired with weak control signaling, to account for the biased emotional and incentive-based behavior that is typical of adolescence. This is in contrast with the periods of childhood, when both brain systems are relatively immature, and adulthood, when both brain systems are relatively mature – and in both cases, more balanced in their influence over behavior. The following section will discuss empirical research outlining the development, structure, and function of subcortical and prefrontal control brain systems and their interaction, as well as how imbalanced engagement of these systems can lead to the emotional and reward-seeking behaviors associated with adolescence.

We will focus primarily on three interacting brain systems whose dynamic functions are critical to adolescent emotional, incentive, and cognitive control behaviors. The amygdaloid complex, a cluster of nuclei situated in the medial temporal lobe, plays a critical role in processing information of biological significance (Aggleton, 2000; Davis & Whalen, 2001; LeDoux, 2000), including emotionally evocative stimuli, potential threats, and cues depicting the emotional states of others. A second critical player in this circuitry is the ventral striatum, a portion of the basal ganglia that



**Fig. 1.** Model for enhanced affective and incentive-based behavior in adolescence. Early maturation of subcortical regions such as the amygdala and ventral striatum (top line), combined with late maturation of prefrontal cortical regions (bottom line), predicts a nonlinear enhancement in affectively-driven behavior during adolescence.

contains the nucleus accumbens (NAcc). The NAcc contributes to decision-making behavior by signaling the anticipation and attainment of rewards, and serves to influence motivated behavior via connections with the prefrontal cortex (Cardinal, Parkinson, Hall, & Everitt, 2002; Delgado, 2007; Schultz, 2006). Finally, the prefrontal cortex has been implicated in wide-serving cognitive functions including the implementation of cognitive control, regulation of emotion, rational decision-making and complex cognition (Casey, Galvan, & Hare, 2005; Miller & Cohen, 2001; Ochsner & Gross, 2005). It is an imbalance between the relative maturity of the amygdala and NAcc, relative to the PFC, that we believe gives rise to the tendency toward disproportionate emotional and reward-sensitive behavior in adolescence.

## 6. Assessing differential relative maturity of subcortical and prefrontal regions

Outside of the functional neuroimaging literature, there is evidence to suggest a differential relative maturity of subcortical brain structures as compared to prefrontal regions, which may be most pronounced during adolescence. Evidence for the continued pruning of prefrontal cortical synapses well into development has been established in both nonhuman primates and humans (Huttenlocher, 1997; Rakic, Bourgeois, Eckenhoff, Zecevic, & Goldman-Rakic, 1986), with greater regional differentiation found in the human brain (Huttenlocher, 1997) such that cortical sensory and subcortical areas undergo dynamic synaptic pruning earlier than higher-order association areas. This conceptualization of cortical development is consistent with anatomical MRI work demonstrating protracted pruning of gray matter in higher-order prefrontal areas that continues through adolescence (e.g., Giedd et al., 1999) relative to subcortical regions. The amygdala and nucleus accumbens also show anatomical changes during this time of life but to a lesser degree. In an anatomical MRI experiment, gray matter measurements of the nucleus accumbens were not predicted by age, unlike prefrontal regions that were strongly negatively predicted by age (Sowell, Trauner, Gamst, & Jernigan, 2002). In terms of amygdala maturation, volumetric analyses of the human amygdala showed a substantially reduced slope of change magnitude relative to cortical areas in 4–18 year olds (Giedd et al., 1996). Taken together, these findings suggest a protracted developmental timecourse of the prefrontal cortex relative to these subcortical regions.

Our model is similar to other models of adolescent brain development (Nelson, Leibenluft, McClure, & Pine, 2005; Steinberg, 2008). However, the present model differs in that it attempts to account for adolescent changes in the processing of both appetitive and aversive cues, and emphasizes the dynamic interplay between subcortical and cortical brain systems across development. Finally, the current model integrates findings from children, adolescents and adults in order to account for the nonlinear nature of adolescent behavior change, and incorporates the important role of individual differences in modulating behavioral and brain responsivity.

## 7. Brain mechanisms of enhanced sensitivity to salient environmental cues

Functional neuroimaging techniques allow for the noninvasive measurement of regional brain activity while subjects perform tasks aimed at isolating psychological processes of interest. In affective neuroscience, researchers have used neuroimaging techniques to identify a network of brain regions that appear to be particularly responsive to appetitive and aversive stimuli, including the amygdala, ventral striatum, midbrain nuclei, and medial and lateral prefrontal cortices (Adolphs, 2002; Kober et al., 2008).

One can then look across a developmental trajectory to determine how the recruitment of emotion- and incentive-sensitive brain regions changes as a function of development, behavior, and individual differences.

Several neuroimaging experiments have examined the nature of subcortical responsivity to aversive and appetitive environmental cues during adolescence. Early work on this topic documented that adolescents showed a reliable amygdala response to facial expressions of emotion, including fearful faces (Baird et al., 1999). Subsequent experiments including an adult comparison group reported that adolescents elicited a greater amygdala response magnitude to negatively valenced facial expressions relative to adults (Guyer, Monk, et al., 2008; Monk et al., 2003). However, it should be noted that this effect has not always been observed, as Thomas et al. (2001) documented an increase in amygdala response to neutral relative to fearful facial expressions in a pre-adolescent sample, the opposite effect of what was observed in adults. In addition, there is some evidence that the amygdala response in adolescents may be valence-independent, as adolescents also show enhanced amygdala activity to happy relative to neutral facial expressions (Williams et al., 2006), consistent with what is observed in adults (Somerville, Kim, Johnstone, Alexander, & Whalen, 2004).

Most recently, research has focused on tracking changes in neural responses to emotional cues during the transition into, during, and out of adolescence (Casey, Tottenham, Liston, & Durston, 2005) in order to detect nonlinear effects during this period of life. By testing individuals ranging in age from middle childhood to adulthood, it was observed that the response magnitude of the amygdala was significantly larger in adolescents compared to both children and adults, who showed comparable amygdala recruitment in response to facial expressions of emotion (Hare et al., 2008, see Fig. 2A). These studies and others have led to the interim conclusion that adolescents show an exaggeration in amygdala responsivity to emotional facial expressions relative to children and adults (Somerville, Fani, & McClure-Tone, in press). However, these patterns are not thought to be specific to facial expressions, as other negative cues such as the omission of a large monetary reward has been shown to generate disproportionately large amygdala responses in adolescents relative to adults as well (Ernst et al., 2005).

Functional neuroimaging techniques also have examined the neural underpinnings of adolescents' enhanced sensitivity to appetitive cues by using variations on incentive-related decision tasks, where subjects' behavioral choices determined the win or loss of money and/or magnitude of reward. These experiments have focused on the activity of the ventral striatum, which is sensitive to reward anticipation and learning in both the human (Delgado, Nystrom, Fissell, Noll, & Fiez, 2000; Knutson, Adams, Fong, & Hommer, 2001; O'Doherty, Deichmann, Critchley, & Dolan, 2002) and animal (Schultz, Dayan, & Montague, 1997). May and colleagues (2004) tested adolescent participants during a gambling task in which they could win or lose money on each trial, probing neural activity to the processing of reward outcomes. When comparing win to loss trials, adolescent participants recruited similar brain regions to what had been shown previously using the same task in adults (Delgado et al., 2000), including heightened activity in the ventral striatum. Interestingly, the ventral striatal timecourse of the reward response was temporally extended in adolescents compared to adults (Fareri et al., 2008), suggesting a temporal exaggeration in striatal recruitment to rewards. Using another gambling task, Ernst and colleagues (2005) measured neural activity and subjective affective responses to the wins and losses during fMRI scanning. Relative to adults, adolescents reported an exaggeration in subjective happiness experienced when winning large rewards, and these large reward trials elicited exaggerated neural responses within the NAcc. Taken together, these two experiments lend sup-



**Fig. 2.** (A) Amygdala response to facial expressions of emotion was significantly greater in adolescents than children or adults. Adapted from Hare et al. (2008), *Biological Psychiatry*. (B) Nucleus accumbens response to receiving a large monetary reward was significantly greater in adolescents than in children or adults. Adapted from Galvan et al. (2007), *Developmental Science*.

port to the notion that adolescents show a heightened sensitivity to the receipt of incentives, both in terms of behavior and ventral striatal responses (cf Bjork et al., 2004).

A study from our laboratory assessed changes in the neural response to appetitive cues in participants of various ages to examine neural response changes to incentives during the transition into and out of adolescence. Galvan and colleagues (2006) reported on neural responses in children, adolescents, and adults during a reward learning paradigm paying out small, medium, and large monetary incentives. In adolescents and adults, the NAcc showed linearly increasing activity as a function of reward outcome, with larger reward magnitudes eliciting greater NAcc activity. Children showed a less coordinated NAcc response, with no difference in activity across low, medium, and high reward magnitude conditions. However, in the NAcc, adolescents showed an exaggeration in this magnitude-based response, with a significant boost in response to large monetary rewards relative to children and adults (see Fig. 2B). This biological hypersensitivity to reward in adolescents has been demonstrated in several additional studies (Ernst et al., 2005; May et al., 2004) and suggests a relative functional maturity in adolescent NAcc response as compared with children, with overall patterns of response mimicking that of adults, but in an exaggerated fashion.

## 8. Brain mechanisms of reduced top–down control over responses to salient cues in adolescents

Another important change in brain structure occurs within tracts of white matter, bundles of myelinated axons that transport neural signals between brain regions (Cascio, Gerig, & Piven, 2007). In contrast to gray matter, white matter pathways appear to increase in size, density, and organization throughout adolescence and well into adulthood (Schmithorst, Wilke, Dardzinski, & Holland, 2002; Snook, Paulson, Roy, Phillips, & Beaulieu, 2005). Of particular interest is the structural integrity of white matter tracts between subcortical brain regions and the prefrontal cortex, as these pathways may mediate cross-communication between subcortical emotion- and incentive-driven regions and prefrontal control regions (Hare & Casey, 2005; O'Doherty, 2004; Pessoa, 2008; Phelps, 2006).

A growing body of work is accumulating to suggest that the structural integrity of subcortical–cortical white matter pathways regardless of age is related to behavior and personality characteristics pertinent to reward and emotion processing. Kim and

Whalen (in press) have recently shown that the strength of connectivity between the amygdala and the ventromedial prefrontal cortex predicts fewer symptoms of anxiety in healthy adult subjects, consistent with previous reports identifying a similar amygdala–PFC pathway (Johansen-Berg et al., 2008). Perhaps the link between structure and personality would explain individual differences in these behaviors during adolescence, where white matter maturity appears to be intermediate and variable across individuals.

Using a developmental sample, Liston and colleagues (2006) reported that several white matter tracts showed continued maturation during adolescence, including tracts between the ventral prefrontal cortex and striatum. Of the tracts examined, only the maturity of a ventral frontostriatal pathway predicted better impulse control, measured by effort in performance on a go-no-go task (Liston et al., 2006). Taken together, these studies offer intriguing evidence that subcortical–cortical white matter pathways continue to undergo structural change throughout adolescence and that the efficiency of cognitive control is, in part, dependent on the maturity of frontostriatal connections. This may be consequential to the ability to control impulses in the face of potential rewards. Future studies relating properties of white matter tracts to personality traits and cognitive abilities within developmental samples may allow greater understanding of the role of top–down and bottom–up connections in emotional- and incentive-driven behavior.

The studies discussed in the previous section suggest that adolescents may show a "hyper-reactivity" to salient environmental cues. A more comprehensive picture of adolescent emotional development takes into account the interaction between affective and control systems in the brain when required to suppress, ignore, or inhibit responses to emotional cues. Cognitive control can be defined as the ability to sustain goal-directed cognition in the face of extraneous information, and its development and neural substrates are discussed at length in another article in this volume (Luna et al., this issue). However, cognitive control is also relevant to emotional and incentive processing, because it is particularly difficult for youth to maintain cognitive control in the face of emotionally charged or incentive-laden distractors (Eigsti et al., 2006). When adult participants are asked to consciously suppress their affective responses to salient environmental cues, enhanced activity is often observed in ventrolateral and medial prefrontal cortices (Ochsner & Gross, 2005; Urry et al., 2006). Counterproductive recruitment of the ventromedial prefrontal cortex may serve

as a neural predictor for psychiatric illnesses such as clinical depression (Johnstone et al., 2007), the incidence of which is elevated during adolescence. The interplay between emotional and cognitive systems is at the crux of our model, and we assert that adolescents display a functionally imbalanced pattern of neural activity that may be related to behavioral deficits in successfully inhibiting emotional responses.

More functional neuroimaging studies are needed to elucidate the interaction between emotional and controlled processing in adolescence, but initial studies have provided important insight into these interactions. A study by Monk and colleagues (2003) compared neural activity of adolescent and adult participants while they viewed fearful and neutral facial expressions of emotion. While viewing the faces, participants engaged in passive viewing rate their own emotional state. The emotional state rating was thought to necessitate shift in focus away from the facial stimuli, calling for an enhancement in controlled processes in the presence of emotion cues. Adults recruited the ventrolateral prefrontal cortex, localized to the inferior frontal gyrus to a greater extent than adolescents during trials requiring this attentional shift, when fearful faces were presented. The authors interpreted this finding as reflecting adults' ability to recruit lateral prefrontal regions to disengage from external emotional cues in order to focus on internal goals, while adolescents recruited this system less efficiently. The observation of a lateral prefrontal locus of activation is interesting and may reflect important differences between this paradigm and those presented in later sections. For example, in this experiment, activity was not correlated with any behavioral index of disengagement, implying that adolescents may be making use of different psychological strategies to complete the task at hand relative to adults. It will be important for future work to include behaviorally matched samples as well as those with modified performance across ages (presumably indexing the psychological process at hand) to further enable the interpretation of cross-developmental effects (as in Schlaggar et al. (2002)).

Hare and colleagues (2008) additionally tested for associations between subcortical and frontal regions implicated in cognitive control. Functional connectivity analyses identified a region of the ventral prefrontal cortex whose recruitment predicted the downregulation of the amygdala and slowing of reaction times over the course of the experiment. When examining this relationship across development, adolescents under-recruited the ventral prefrontal cortex relative to adults. In other words, this study drew a linkage between under-recruitment of the ventral prefrontal cortex, exaggeration of the amygdala and slowed performance – and this pattern was characteristic of adolescents. In sum, these findings suggest that an amygdala–cortical functional network mediates the ability to exert control in the face of emotion, with adolescents showing relatively greater amygdala and differential prefrontal recruitment. This functional imbalance results in less efficiency in performing a goal-directed action in the presence of emotional cues.

Paralleling these results in the domain of incentive processing, Galvan also reported differential recruitment of the orbitofrontal cortex (OFC) in a sample including children, adolescent, and adult participants. The OFC is a subregion of the prefrontal cortex that has been shown in adults to represent reward contingencies and exert inhibitory control over risky reward-related impulses (Daw, O'Doherty, Dayan, Seymour, & Dolan, 2006; Galvan et al., 2005; see Rolls (2000) for a review). Galvan and colleagues reported that in adolescents, the OFC increased in response to the receipt of monetary reward (Galvan et al., 2006), similar to that observed in prior reports (May et al., 2004). In addition, adolescents showed spatially diffuse patterns of OFC activity that were more similar to children than adults, in contrast to the extent of activity in the NAcc, that was comparable in adolescents and adults. The spatially

diffuse activity in the OFC reported by Galvan and colleagues relative to the NAcc serves as a functional marker of brain immaturity (Durston et al., 2006), providing additional evidence to a functional immaturity of the prefrontal cortex during the adolescent years relative to the earlier and more focal pattern of NAcc activity observed during this age.

In conclusion, subcortical systems critical to reward processing, including the ventral striatum and amygdala, show hyper-active responses to emotion and reward eliciting cues relative to both children and adults. The exaggerated neural responses in these regions lend support to the model proposed earlier, whereby amygdala and striatal signaling is disproportionately strong during the adolescent years. In contrast with the peaking of subcortical emotional and incentive-relevant brain responses, activity in the prefrontal cortex shows a very different trajectory of development. Our model theorizes that the prefrontal cortex undergoes a late-onset linear maturation with age, which is supported by structural and functional data just described. Work to date largely supports the notion that the prefrontal cortex continues to function at immature levels during the adolescent years, and exerts less regulatory control over subcortical regions relative to adults. The hyper-active upregulation of subcortical responses to salient environmental cues, paired with an immature regulatory system, may be responsible for changes in adolescent behavior, and can account for the nonlinear peak in incentive-seeking and emotional behavior often observed in adolescents.

## 9. Individual differences bias the responsivity of a subcortical–cortical network

The experiments just described suggest that adolescents tend to show enhanced subcortical responsivity to environmentally salient cues, as well as diminished prefrontal responses in contexts requiring cognitive control. However, simple observation of the raw data points representing the amygdala response in Fig. 2A, and nucleus accumbens response depicted in Fig. 2B, clearly shows there is substantial individual variability in these responses. In our conceptualization, adolescence in and of itself is a risk factor for the functional 'imbalance' discussed previously, but other individual difference factors may also serve as powerful mediators of subcortical–cortical responsivity (see Fig. 3). Such individual differences may take form in stable personality traits, differences in neurotransmitter profiles, biologically governed changes in hormones or other effects of puberty, and the social context, such as one's social status among peers.



Fig. 3. Schematic representation of age and individual differences as compound risk factors for predicting highly emotional and risky behavior in adolescents.

The importance of individual differences as a predictor of 'imbalance' in subcortical–cortical networks has been demonstrated in numerous experimental contexts, including in some of the experiments described previously. Hare and colleagues (2008) showed that a substantial proportion of variability in the amygdala response to negative stimuli was accounted for by individual differences in trait anxiety irrespective of age, which is consistent with reports in adults indicating that anxiety induces a bias toward amygdala hyperresponding (Etkin et al., 2004; Somerville et al., 2004; Stein, Simmons, Feinstein, & Paulus, 2007). In terms of incentive processing, Galvan and colleagues demonstrated that across ages, a substantial proportion of variance in ventral striatal responses to the anticipation of a large reward was predicted by real-life probability of engaging in risky behavior (Galvan, Hare, Voss, Glover, & Casey, 2007). These studies offer initial evidence that individual difference variables, which are often not measured, may play an important role in biasing neural responses to affective and incentive-related cues in adolescents, and in the final sections we will examine some other additional sources of variability that may also modulate these effects. Discussion of other individual difference variables, including variability of neurotransmitter properties across development (particularly for the dopaminergic system) can be found in another article in this volume (Wahlstrom et al., this issue).

## 10. The role of gonadal hormones on affective and incentive processing in the adolescent brain

One potential source of influence in 'imbalanced' subcortical–cortical responding is individual differences in pubertal hormone levels. During adolescence there is a significant increase in circulating gonadal hormones, which ultimately leads to the process of sexual maturation (Spear, 2000). Gonadal hormone effects on the brain have been conceptualized into either "organizational" mechanisms whereby sex hormones cause permanent changes to neural systems which in turn influence behavior, or "activational" mechanisms whereby sex hormones only influence acute changes and the effects are reversible once the steroids are removed (Cooke, Hegstrom, Villeneuve, & Breedlove, 1998). A perspective that is becoming more common is that the acute effects of sex hormones during adolescence may sensitize neural circuits to hormone activation, which in turn allows for the development and maturation of social and sexual behaviors (Romeo, Richardson, & Sisk, 2002; Sisk & Zehr, 2005; Steinberg, 2008). In other words, adolescence may be a sensitive period for gonadal hormones to induce organizational effects, which drive social and reproductive behaviors – and potentially, emotional and incentive-seeking behaviors on a larger scale.

Sexual dimorphisms have been reported in both global changes in brain structure (Giedd, Castellanos, Rajapakse, Vaituzis, & Rapoport, 1997) as well as differing trajectories for maturation of the amygdala and striatum (Caviness, Kennedy, Richelme, Rademacher, & Filipek, 1996; Giedd et al., 1997; Schumann et al., 2004). Thus, shifts in hormonal levels may be consequential to brain development during this time of life and its associated behavioral changes. In boys (ages 8–15 years), higher basal levels of testosterone correlated with increases in volume in the amygdala (Neufang et al., 2009). This recent finding suggests that gonadal hormones may have activational effects on regions that were shown to be responsive to emotionally salient information. Because adolescence is a time when hormones levels are heightened (Norjavaara, Ankarberg, & Albertsson-Wikland, 1996), it is possible that these hormones serve as an important individual difference measure in mediating emotion and incentive-seeking behavioral and neural responses in adolescents.

Studies in adolescents also show a link between changes in hormones and social behaviors. In adolescent boys, lower levels of testosterone and testosterone levels that decreased more slowly during the day had greater levels of anxiety, depression and attention problems irrespective of pubertal development, while in adolescent girls, steeper declines in testosterone during the day correlated with greater disruptive behavior (Granger et al., 2003). In adolescent boys and girls, acute increases in gonadal hormones correlated with greater affiliations with risk-taking peers (Vermeersch, T'Sjoen, Kaufman, & Vincke, 2008a, 2008b) and higher social dominance (Schaal, Tremblay, Soussignan, & Susman, 1996) suggesting that the social environment and gonadal hormones may interact to predict individual differences in incentive and social behaviors.

While there may be a link between fluctuating hormones influencing behavior it is also important to consider the role of gonadal receptor genes, which act to mediate circulating gonadal hormones. A recent study (Perrin et al., 2008) showed variability in white matter volume in adolescent boys was mediated not only by testosterone levels but by a genetic polymorphism in the androgen receptor (AR) gene, such that boys with the short AR gene with higher testosterone levels had a greater increase in white matter volume than those with the long AR gene. This suggests the important role of genetics in understanding the activational and organization effects of hormones.

## 11. The influence of peers on affective and incentive processing in the adolescent brain

Relations with peers takes on a heightened importance in adolescence (Steinberg, 2005), rendering it a potential source for mediating changes in affective and incentive behavior. On one hand, adolescents as a group may show enhanced sensitivity to social cues, particularly those generated by peers, as compared to adults and children. Additionally, individual differences in sensitivity to peers may be particularly relevant in biasing adolescent behavior.

Recent studies have attempted to characterize the influence of peers on biasing behavioral and neural responses to affectively relevant cues. Grosbras et al. (2007) reported adolescents who were highly resistant to peer influence had less right dorsal premotor cortex and left dorsolateral prefrontal cortex activity while watching angry hand movements and facial expressions, versus those with lower resistance to peer influence. This suggested that individuals who are particularly sensitive to peer pressure may have an increase in motor preparation to angry movements and may engage more attention when viewing emotionally salient information. Guyer, Lau, et al. (2008) reported that female adolescents who interacted with high and low interest peers in a virtual chat room task had greater activity in the nucleus accumbens, hypothalamus, hippocampus and insula to high versus low interest peers. All of these regions, besides the insula, had age-related increases in activity suggesting a hyperresponding in reward-sensitive regions to socially desirable peers. These findings implicate the reward systems discussed earlier as potentially mediating the enhanced salience of social interactions during adolescence.

Both of these studies have attempted to elucidate the neural basis of peer influence on affective processing, yet are limited in their ability to inform neural responses during actual social interactions. In other words, during the experiments just discussed, participants do not believe they are actually interacting with peers. Work in adults has attempted to mimic real-life social interactions inside of the fMRI scanner and measure neural responses to ostensible social inclusion and exclusion (Eisenberger, Lieberman, & Williams, 2003; Somerville, Heatherton, & Kelley, 2006). Work is presently underway to develop paradigms in which adolescents are simulat-

L.H. Somerville et al./Brain and Cognition 72 (2010) 124–133                                                                                    131

ing or experiencing real social exchanges, and it will be of interest to assess the contribution of brain regions in reward and affective networks in mediating social behavior and monitoring the outcomes of peer interactions.

## 12. Caveats and limitations

The research just described, primarily conducted in just the past five years, has made remarkable strides in characterizing the nature of emotion and reward responding in the adolescent brain. However, it should be pointed out that the number of experiments on this topic is still relatively few and caution should be taken in drawing unequivocal conclusions from them. More studies with larger samples sizes are called for to fully elucidate the nature of amygdala–striatal–prefrontal interactions and their relation to adolescent behavior. In addition, testing children, adolescents, and adult subjects in a single experiment is critical for identifying nonlinear changes, because adolescents are expected to differ from both groups. This is rarely tested within a single experiment.

In terms of ventral striatal and amygdala functioning in adolescents, evidence has converged nicely in support of the idea that both systems show an exaggerated response profile in adolescents. To understand adolescent reward and emotional behavior, prefrontal control mechanisms must be taken into account, but relatively few experiments have assessed the role of the prefrontal cortex in mediating these behaviors. In addition, many experiments have discussed prefrontal responses with relative imprecision in terms of which particular area within the prefrontal cortex was active and discussing it within the context of its associated literature. The prefrontal cortex is a large area of the brain with heterogeneous subregions varying in function, architecture, inputs and outputs. Future work, both in adults and adolescents, will likely allow for greater understanding of prefrontal subdivisions and their relation to amygdala and striatal function across development.

## 13. Conclusions

Relative to adults and children, adolescents engage in disproportionately risky behaviors, which can lead to a wide variety of negative outcomes including substance abuse, unprotected sex, injuries, and suicide. Many of these behaviors are at least in part mediated by incentive and emotional responding, be it inappropriate appetitive behavior leading to risky approach of potential rewards, or the outcome of experiencing extreme negative affect such as self-harm and suicide. Emotional and incentive-related behaviors are intimately linked to these risks, and understanding the role of developing brain systems in mediating these behaviors is of inherent importance to adolescent health.

Human structural and functional imaging studies have begun to shed light on the complex changes occurring in the brain at this time of life, and their relationship to adolescent behavior. At this point, it appears that the differential trajectories of the amygdala and nucleus accumbens, relative to late-maturing control regions in the prefrontal cortex, may lead to adolescent behavioral changes characterized by enhanced sensitivity to environmental cues without appropriate behavioral inhibition. A host of individual differences also appear to be critical for predicting heightened risk for this behavioral profile, which are just beginning to be explored empirically. Relatively mature emotional and reward systems left unchecked by prefrontal control systems may be the key neural 'imbalance' that leads to the nonlinear, unique behavioral profile of adolescents. It is hoped that continued work in this field will improve our understanding of this fascinating and complex time of life.

## Acknowledgments

This work was supported by NIH grants DA027274, 50-MH079513, R01 DA018879, R01 MH73175, the Mortimer D. Sackler family, and the Dewitt-Wallace Fund.

## References

Abe, K., & Suzuki, T. (1986). Prevalence of some symptoms in adolescence and maturity: Social phobias, anxiety symptoms, episodic illusions and ideas of reference. *Psychopathology, 19*, 200–205.
Adolphs, R. (2002). Recognizing emotion from facial expressions: Psychological and neurological mechanisms. *Behavioral and Cognitive Neuroscience Reviews, 1*(1), 21–62.
Adriani, W., Chiarotti, F., & Laviola, G. (1998). Elevated novelty seeking and peculiar d-amphetamine sensitization in periadolescent mice compared with adult mice. *Behavioral Neuroscience, 112*(5), 1152–1166.
Aggleton, J. P. (2000). *The amygdala: A functional analysis*. New York: Oxford University Press.
Arnett, J. (1999). Adolescent storm and stress, reconsidered. *American Psychologist, 54*, 317–326.
Baird, A. A., Gruber, S. A., Fein, D. A., Maas, L. C., Steingard, R. J., Renshaw, P. F., et al. (1999). Functional magnetic resonance imaging of facial affect recognition in children and adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry, 38*(2), 195–199.
Bjork, J. M., Knutson, B., Fong, G. W., Caggiano, D. M., Bennett, S. M., & Hommer, D. W. (2004). Incentive-elicited brain activation in adolescents: Similarities and differences from young adults. *Journal of Neuroscience, 24*(8), 1793–1802.
Blakemore, S.-J. (2008). The social brain in adolescence. *Nature Reviews Neuroscience, 9*, 267–277.
Bogin, B. (1994). Adolescence in evolutionary perspective. *Acta Paediatrics Supplement, 406*, 29–35.
Buchanan, C. M., Eccles, J. S., & Becker, J. B. (1992). Are adolescents the victims of raging hormones: Evidence for activational effects of hormones on moods and behavior at adolescence. *Psychological Bulletin, 111*, 62–107.
Cardinal, R. N., Parkinson, J. A., Hall, J., & Everitt, B. J. (2002). Emotion and motivation: The role of the amygdala, ventral striatum, and prefrontal cortex. *Neuroscience and Biobehavioral Reviews, 26*(3), 321–352.
Cascio, C. J., Gerig, G., & Piven, J. (2007). Diffusion tensor imaging: Application to the study of the developing brain. *Journal of the American Academy of Child and Adolescent Psychiatry, 46*(2), 213–223.
Casey, B. J., Galvan, A., & Hare, T. A. (2005). Changes in cerebral functional organization during cognitive development. *Current Opinion in Neurobiology, 15*(2), 239–244.
Casey, B. J., Getz, S., & Galvan, A. (2008a). The adolescent brain. *Developmental Review, 28*(1), 62–77.
Casey, B. J., Jones, R. M., & Hare, T. (2008b). The adolescent brain. *Annals of the New York Academy of Sciences, 1124*, 111–126.
Casey, B. J., Tottenham, N., Liston, C., & Durston, S. (2005). Imaging the developing brain: What have we learned about cognitive development? *Trends in Cognitive Science, 9*(3), 104–110.
Cauffman, E., Shulman, E. P., Steinberg, L., Claus, E., Banich, M. T., Graham, S. J., et al. (in press). Age differences in affective decision making as indexed by performance on the Iowa Gambling Task. *Developmental Psychology*.
Caviness, V. S., Kennedy, D. N., Richelme, C., Rademacher, J., & Filipek, P. A. (1996). The human brain age 7–11 years: A volumetric analysis based on magnetic resonance images. *Cerebral Cortex, 6*, 726–736.
Compas, B. E., Hinden, B. R., & Gerhardt, C. A. (1995). Adolescent development: Pathways and processes of risk and resilience. *Annual Review of Psychology, 46*, 265–293.
Compas, B. E., Orosan, P. G., & Grant, K. E. (1993). Adolescent stress and coping: Implications for psychopathology during adolescence. *Journal of Adolescence, 16*, 331–349.
Cooke, B., Hegstrom, C. D., Villeneuve, L. S., & Breedlove, S. M. (1998). Sexual differentiation of the vertebrate brain: Principles and mechanisms. *Frontiers in Neuroendocrinology, 19*(4), 323–362.
Davis, M., & Whalen, P. J. (2001). The amygdala: Vigilance and emotion. *Molecular Psychiatry, 6*(1), 13–34.
Daw, N. D., O'Doherty, J. P., Dayan, P., Seymour, B., & Dolan, R. J. (2006). Cortical substrates for exploratory decisions in humans. *Nature, 441*, 876–879.
Delgado, M. R. (2007). Reward-related responses in the human striatum. *Annals of the New York Academy of Sciences, 1104*, 70–88.
Delgado, M. R., Nystrom, L. E., Fissell, C., Noll, D. C., & Fiez, J. A. (2000). Tracking the hemodynamic responses to reward and punishment in the striatum. *Journal of Neurophysiology, 84*(6), 3072–3077.
Durston, S., Davidson, M. C., Tottenham, N., Galvan, A., Spicer, J., Fossella, J. A., et al. (2006). A shift from diffuse to focal cortical activity with development. *Developmental Science, 9*(1), 1–8.
Eaton, L. K., Kann, L., Kinchen, S., Shanklin, S., Ross, J., Hawkins, J., et al. (2008). Youth risk behavior surveillance – United States, 2007, surveillance summaries. *Morbidity and Mortality Weekly Report, 57*(SS04), 1–131.
Eccles, J. S., Wigfield, A., Flanagan, C. A., Miller, C., Reuman, D. A., & Yee, D. (1989). Self concepts, domain values, and self-esteem: Relations and changes at early adolescence. *Journal of Personality, 57*, 283–310.

Eigsti, I. M., Zayas, V., Mischel, W., Shoda, Y., Ayduk, O., Dadlani, M. B., et al. (2006). Predicting cognitive control from preschool to late adolescence and young adulthood. *Psychological Science, 17*(6), 478–484.

Eisenberger, N. I., Lieberman, M. D. & Williams, K. D. (2003). Does rejection hurt? An fMRI study of social exclusion. *Science, 302*(5643), 290–292.

Ernst, M., Nelson, E. E., Jazbec, S., McClure, E. B., Monk, C. S., Leibenluft, E., et al. (2005). Amygdala and nucleus accumbens in responses to receipt and omission of gains in adults and adolescents. *Neuroimage, 25*(4), 1279–1291.

Ernst, M., Pine, D. S., & Hardin, M. (2006). Triadic model of the neurobiology of motivated behavior in adolescence. *Psychological Medicine, 36*(3), 299–312.

Etkin, A., Klemenhagen, K. C., Dudman, J. T., Rogan, M. T., Hen, R., Kandel, E. R., et al. (2004). Individual differences in trait anxiety predict the response of the basolateral amygdala to unconsciously processed fearful faces. *Neuron, 44*(6), 1043–1055.

Fareri, D. S., Martin, L. N., & Delgado, M. R. (2008). Reward-related processing in the human brain: Developmental considerations. *Development and Psychopathology, 20*, 1191–1211.

Figner, B., Mackinlay, R. J., Wilkening, F., & Weber, E. U. (2009a). Affective and deliberative processes in risky choice: Age differences in risk taking in the Columbia Card Task. *Journal of Experimental Psychology: Learning, Memory, and Cognition, 35*(3), 709–730.

Figner, B., Mackinlay, R. J., Wilkening, F., & Weber, E. U. (2009b). Risky choice in children, adolescents, and adults: Affective versus deliberative processes and the role of executive functions. In *Proceedings of the society for research in child development, Denver, CO, USA*.

Galvan, A., Hare, T. A., Davidson, M., Spicer, J., Glover, G., & Casey, B. J. (2005). The role of ventral frontostriatal circuitry in reward-based learning in humans. *Journal of Neuroscience, 25*(38), 8650–8656.

Galvan, A., Hare, T. A., Parra, C. E., Penn, J., Voss, H., Glover, G., et al. (2006). Earlier development of the accumbens relative to orbitofrontal cortex might underlie risk-taking behavior in adolescents. *Journal of Neuroscience, 26*(25), 6885–6892.

Galvan, A., Hare, T., Voss, H., Glover, G., & Casey, B. J. (2007). Risk-taking and the adolescent brain: Who is at risk? *Developmental Science, 10*(2), F8–F14.

Gardener, M., & Steinberg, L. (2005). Peer influence on risk taking, risk preference, and risky decision making in adolescence and adulthood: An experimental study. *Developmental Psychology, 41*, 625–635.

Giedd, J. N., Castellanos, F. X., Rajapakse, J. C., Vaituzis, A. C., & Rapoport, J. L. (1997). Sexual dimorphism of the developing human brain. *Progress in Neuropsychopharmacology and Biological Psychiatry, 21*(8), 1185–1201.

Giedd, J. N., Vaituzis, A. C., Hamburger, S. D., Lange, N., Rajapakse, J. C., Kaysen, D., et al. (1996). Quantitative MRI of the temporal lobe, amygdala, and hippocampus in normal human development: Ages 4–18 years. *The Journal of Comparative Neurology, 366*, 223–230.

Giedd, J. N., Blumenthal, J., Jeffries, N. O., Castellanos, F. X., Liu, H., Zijdenbos, A., et al. (1999). Brain development during childhood and adolescence: A longitudinal MRI study. *Nature Neuroscience, 2*, 861–863.

Granger, D. A., Shirtcliff, E. A., Zahn-Waxler, C., Usher, B., Klimes-Dougan, B., & Hastings, P. (2003). Salivary testosterone diurnal variation and psychopathology in adolescent males and females: Individual differences and developmental effects. *Developmental Psychopathology, 15*(2), 431–449.

Grosbras, M.-H., Jansen, M., Leonard, G., McIntosh, A., Osswald, K., Poulsen, C., et al. (2007). Neural mechanisms of resistance to peer influence in early adolescence. *Journal of Neuroscience, 27*(30), 8040–8045.

Guyer, A. E., Lau, J. Y., McClure-Tone, E. B., Parrish, J., Shiffrin, N. D., Reynolds, R. C., et al. (2008b). Amygdala and ventrolateral prefrontal cortex function during anticipated peer evaluation in pediatric social anxiety. *Archives of General Psychiatry, 65*(11), 1303–1312.

Guyer, A. E., Monk, C. S., McClure-Tone, E. B., Nelson, E. E., Roberson-Nay, R., Adler, A., et al. (2008a). A developmental examination of amygdala response to facial expressions. *Journal of Cognitive Neuroscience, 20*(9), 1565–1582.

Hall, G. S. (1904). *Adolescence: In psychology and its relation to physiology, anthropology, sociology, sex, crime, religion, and education* (Vols. I and II). Englewood Cliffs, NJ: Prentice-Hall.

Hare, T. A., & Casey, B. J. (2005). The neurobiology and development of cognitive and affective control. *Cognition, Brain and Behavior, 9*(3), 273–286.

Hare, T. A., Tottenham, N., Galvan, A., Voss, H. U., Glover, G. H., & Casey, B. J. (2008). Biological substrates of emotional reactivity and regulation in adolescence during an emotional go-nogo task. *Biological Psychiatry, 63*(10), 927–934.

Huttenlocher, P. R. (1997). Regional differences in synaptogenesis in human cerebral cortex. *Journal of Comparative Neurology, 387*, 167–178.

Johansen-Berg, H., Gutman, D. A., Behrens, T. E. J., Matthews, P. M., Rushworth, M. F. S., Katz, E., et al. (2008). Anatomical connectivity of the subgenual cingulate region targeted with deep brain stimulation for treatment-resistant depression. *Cerebral Cortex, 18*, 1374–1383.

Kessler, R. C., Berglund, P., Delmer, O., Jin, R., Merikangas, K. R., & Walters, E. E. (2005). Lifetime prevalence and age-of-onset distributions of DSM-IV disorders in the National Comorbidity Survey Replication. *Archives of General Psychiatry, 62*, 593–602.

Kim, M. J., & Whalen, P. J. The structural integrity of an amygdala-prefrontal pathway predicts trait anxiety. *Journal of Neuroscience*.

Knutson, B., Adams, C. M., Fong, G. W., & Hommer, D. (2001). Anticipation of increasing monetary reward selectively recruits nucleus accumbens. *Journal of Neuroscience, 21*(16), RC159.

Kober, H., Barrett, L. F., Joseph, J., Bliss-Moreau, E., Lindquist, K., & Wager, T. D. (2008). Functional grouping and cortical–subcortical interactions in emotion: A meta-analysis of neuroimaging studies. *Neuroimage, 42*(3), 998–1031.

Larson, R. W., Moneta, G., Richards, M. H., & Wilson, S. (2002). Continuity, stability, and change in daily emotional experience across adolescence. *Child Development, 73*(4), 1151–1165.

Laviola, G., Macri, S., Morley-Fletcher, S., & Adriani, W. (2003). Risk-taking behavior in adolescent mice: Psychobiological determinants and early epigenetic influence. *Neuroscience Biobehavioral Review, 27*(1–2), 19–31.

LeDoux, J. E. (2000). Emotion circuits in the brain. *Annual Review of Neuroscience, 23*, 155–184.

Liston, C., Watts, R., Tottenham, N., Davidson, M. C., Niogi, S., Ulug, A. M., et al. (2006). Frontostriatal microstructure modulates efficient recruitment of cognitive control. *Cerebral Cortex, 16*(4), 553–560.

May, J. C., Delgado, M. R., Dahl, R. E., Stenger, V. A., Ryan, N. D., Fiez, J. A., et al. (2004). Event-related functional magnetic resonance imaging of reward-related brain circuitry in children and adolescents. *Biological Psychiatry, 55*(4), 359–366.

Miller, E. K., & Cohen, J. D. (2001). An integrative theory of prefrontal cortex function. *Annual Review of Neuroscience, 24*, 167–202.

Monk, C. S., McClure, E. B., Nelson, E. E., Zarahn, E., Bilder, R. M., Leibenluff, E., et al. (2003). Adolescent immaturity in attention-related brain engagement to emotional facial expressions. *Neuroimage, 20*, 420–428.

Mościcki, E. (2001). Epidemiology of attempted and completed suicide: Toward a framework for prevention. *Clinical Neuroscience Research, 1*, 310–323.

National Research Council (2007). *Preventing teen motor crashes: Contributions from the behavioral and social sciences*. Washington, DC: National Academies Press.

Nelson, E. E., Leibenluft, E., McClure, E. B., & Pine, D. S. (2005). The social reorientation of adolescence: A neuroscience perspective on the process and its relation to psychopathology. *Psychological Medicine, 35*, 163–174.

Neufang, S., Specht, K., Hausmann, M., Gunturkun, O., Herpertz-Dahlmann, B., Fink, G. R., et al. (2009). Sex differences and the impact of steroid hormones on the developing human brain. *Cerebral Cortex, 19*(2), 464–473.

Norjavaara, E., Ankarberg, C., & Albertsson-Wikland, K. (1996). Diurnal rhythm of 17 beta-estradiol secretion throughout pubertal development in healthy girls: Evaluation by a sensitive radioimmunoassay. *Journal of Clinical Endocrinology and Metabolism, 81*(11), 4095–4102.

O'Doherty, J. P. (2004). Reward representations and reward-related learning in the human brain: Insights from neuroimaging. *Current Opinion in Neurobiology, 14*(6), 769–776.

O'Doherty, J. P., Deichmann, R., Critchley, H. D., & Dolan, R. J. (2002). Neural responses during anticipation of a primary taste reward. *Neuron, 33*(5), 815–826.

Ochsner, K. N., & Gross, J. J. (2005). The cognitive control of emotion. *Trends in Cognitive Science, 9*(5), 242–249.

Paus, T., Keshavan, M., & Giedd, J. N. (2008). Why do many psychiatric disorders emerge during adolescence? *Nature Reviews Neuroscience, 9*, 947–957.

Perrin, J. S., Herve, P. Y., Leonard, G., Perron, M., Pike, G. B., Pitiot, A., et al. (2008). Growth of white matter in the adolescent brain: Role of testosterone and androgen receptor. *Journal of Neuroscience, 28*(38), 9519–9524.

Pessoa, L. (2008). On the relationship between emotion and cognition. *Nature Reviews Neuroscience, 9*(2).

Petersen, A. C., Compas, B. E., Brooks-Gunn, J., Stemmler, M., Ey, S., & Grant, K. E. (1993). Depression in adolescence. *American Psychologist, 48*, 155–168.

Phelps, E. A. (2006). Emotion and cognition: Insights from studies of the human amygdala. *Annual Review of Psychology, 57*, 27–53.

Pine, D. S., Cohen, P., & Brook, J. S. (2001). Emotional reactivity and risk for psychopathology among adolescents. *CNS Spectrum, 6*(1), 27–35.

Rakic, P., Bourgeois, J. P., Eckenhoff, M. F., Zecevic, N., & Goldman-Rakic, P. S. (1986). Concurrent overproduction of synapses in diverse regions of the primate cerebral cortex. *Science, 232*, 232–235.

Reyna, V. F., & Farley, F. (2006). Risk and rationality in adolescent decision making: Implications for theory, practice, and public policy. *Psychological Science in the Public Interest, 7*(1), 1–44.

Rolls, E. (2000). The orbitofrontal cortex and reward. *Cerebral Cortex, 10*, 284–294.

Romeo, R., Richardson, H. N., & Sisk, C. L. (2002). Puberty and the maturation of the male brain and sexual behavior: Recasting a behavioral potential. *Neuroscience and Biobehavioral Reviews, 26*(3), 381–391.

Rutter, M., Graham, P., Chadwick, O. F. D., & Yule, W. (1976). Adolescent turmoil: Fact or fiction? *Journal of Child Psychology and Psychiatry, 17*, 35–56.

Schaal, B., Tremblay, R. E., Soussignan, R., & Susman, E. J. (1996). Male testosterone linked to high social dominance but low physical aggression in early adolescence. *Journal of the American Academy of Child and Adolescent Psychiatry, 35*(10), 1322–1330.

Schlaggar, B. L., Brown, T. T., Lugar, H. M., Visscher, K. M., Miezin, F. M., & Petersen, S. E. (2002). Functional neuroanatomical differences between adults and school-age children in the processing of single words. *Science, 296*(5572), 1476–1479.

Schmithorst, V. J., Wilke, M., Dardzinski, B. J., & Holland, S. K. (2002). Correlation of white matter diffusivity and anisotropy with age during childhood and adolescence: A cross-sectional diffusion-tensor MR imaging study. *Radiology, 222*, 212–218.

Schultz, W. (2006). Behavioral theories and the neurophysiology of reward. *Annual Reviews of Psychology, 57*, 87–115.

Schultz, W., Dayan, P., & Montague, P. R. (1997). A neural substrate of prediction and reward. *Science, 275*(5306), 1593–1599.

Schumann, C. M., JHamstra, J., Goodlin-Jones, B. L., Lotspeich, L. J., Kwon, H., Buonocore, M. H., et al. (2004). The amygdala is enlarged in children but not adolescents with autism; the hippocampus is enlarged at all ages. *Journal of Neuroscience, 24*(28), 6392–6401.

L.H. Somerville et al./Brain and Cognition 72 (2010) 124–133

Silveri, M. M., Tzilos, G. K., Pimentel, P. J., & Yurgelun-Todd, D. A. (2004). Trajectories of adolescent emotional and cognitive development: Effects of sex and risk for drug use. *Annals of the New York Academy of Sciences, 1021*, 363–370.

Simmons, R. G., & Blyth, D. A. (1987). *Moving into adolescence: The impact of pubertal change and school context*. Hawthorne, NY: Aldine de Gruyter.

Simmons, R. G., Rosenberg, F., & Rosenberg, M. (1973). Disturbance in the self-image at adolescence. *American Sociological Review, 38*, 553–568.

Sisk, C. L., & Zehr, J. L. (2005). Pubertal hormones organize the adolescent brain and behavior. *Frontiers in Neuroendocrinology, 26*(3–4), 163–174.

Snook, L., Paulson, L. A., Roy, D., Phillips, L., & Beaulieu, C. (2005). Diffusion tensor imaging of neurodevelopment in children and young adults. *Neuroimage, 26*, 1164–1173.

Somerville, L. H., Fani, N., & McClure-Tone, E. B. (in press). Behavioral and neural representations of emotional facial expressions across the lifespan. *Developmental Neuropsychology*.

Somerville, L. H., Heatherton, T. F., & Kelley, W. M. (2006). Anterior cingulate cortex responds differentially to expectancy violation and social rejection. *Nature Neuroscience, 9*(8), 1007–1008.

Somerville, L. H., Kim, H., Johnstone, T., Alexander, A. L., & Whalen, P. J. (2004). Human amygdala responses during presentation of happy and neutral faces: Correlations with state anxiety. *Biological Psychiatry, 55*(9), 897–903.

Sowell, E. R., Trauner, D. A., Gamst, A., & Jernigan, T. L. (2002). Development of cortical and subcortical brain areas in childhood and adolescence: A structural MRI study. *Developmental Medicine and Child Neurology, 44*(1), 4–16.

Spear, L. P. (2000). The adolescent brain and age-related behavioral manifestations. *Neuroscience and Biobehavioral Reviews, 24*(4), 417–463.

Stein, M. B., Simmons, A. N., Feinstein, J. S., & Paulus, M. P. (2007). Increased amygdala and insula activation during emotion processing in anxiety-prone subjects. *American Journal of Psychiatry, 164*(2), 318–327.

Steinberg, L. (2004). Risk taking in adolescence: What changes, and why? *Annals of the New York Academy of Sciences, 1021*, 51–58.

Steinberg, L. (2005). Cognitive and affective development in adolescence. *Trends in Cognitive Sciences, 9*(2), 69–74.

Steinberg, L. (2008). A social neuroscience perspective on adolescent risk-taking. *Developmental Review, 28*, 78–106.

Substance Abuse and Mental Health Services Administration (2007). Results from the 2006 national survey on drug use and health: National findings. Office of Applied Studies NSDUH Series H32, Publication No. SMA 07-4293. Rockville, MD.

Thomas, K. M., Drevets, W. C., Whalen, P. J., Eccard, C. H., Dahl, R. E., Ryan, N. D., et al. (2001). Amygdala response to facial expressions in children and adults. *Biological Psychiatry, 49*, 309–316.

Thornburg, H. D., & Jones, R. M. (1982). Social characteristics of early adolescents: Age vs. grade. *Journal of Early Adolescence, 2*, 229–239.

Urry, H. L., van Reekum, C. M., Johnstone, T., Kalin, N. H., Thurow, M. E., Schaefer, H. S., et al. (2006). Amygdala and ventromedial prefrontal cortex are inversely coupled during regulation of negative affect and predict diurnal pattern of cortisol secretion among older adults. *Journal of Neuroscience, 26*(16), 4415–4425.

Vermeersch, H., T'Sjoen, G., Kaufman, J. M., & Vincke, J. (2008a). The role of testosterone in aggressive and non-aggressive risk-taking in adolescent boys. *Hormones and Behavior, 53*(3), 463–471.

Vermeersch, H., T'Sjoen, G., Kaufman, J. M., & Vincke, J. (2008b). Estradiol, testosterone, differential association and aggressive and non-aggressive risk-taking in adolescent girls. *Psychoneuroendocrinology, 33*(7), 897–908.

Williams, L. M., Brown, K. J., Palmer, D., Liddell, B. J., Kemp, A. H., Olivieri, G., et al. (2006). The mellow years? Neural basis of improving emotional stability with age. *Journal of Neuroscience, 26*(24), 6422–6430.

Zuckerman, M., Eysenck, S., & Eysenck, H. J. (1978). Sensation seeking in England and America: Cross-cultural, age, and sex comparisons. *Journal of Consulting and Clinical Psychology, 46*, 139–149.

# EXHIBIT 5



**Firearms on College Campuses:  Research Evidence and Policy Implications**

**Prepared by**

**Daniel W. Webster, ScD, MPH**

**John J. Donohue III, PhD, JD**

**Louis Klarevas, PhD**

**Cassandra K. Crifasi, PhD, MPH**

**Jon S. Vernick, JD, MPH**

**David Jernigan, PhD**

**Holly C. Wilcox, PhD**

**Sara B. Johnson, PhD, MPH**

**Sheldon Greenberg, PhD**

**Emma E. McGinty, PhD, MS**

**October 15, 2016**

Corresponding Author:
Daniel W. Webster, ScD, MPH
Johns Hopkins Center for Gun Policy and Research
Johns Hopkins Bloomberg School of Public Health
624 N. Broadway, Rm. 593
Baltimore, MD 21205
410-955-0440
dwebster@jhu.edu

1

**Executive Summary**

Restrictions on legal gun owners carrying firearms in public places have been removed or greatly weakened in most states over the past three decades. Colleges and universities, however, have been locations that have commonly been allowed to prohibit otherwise legal gun carriers from bringing guns onto campuses. This exception, however, has recently begun to change. Eight states now have laws that, generally, allow individuals who can legally carry guns elsewhere to bring guns onto college campuses. In 24 states, colleges and universities have the authority to allow or forbid civilians from having firearms on their campuses.  A number of additional states considered new laws relevant to carrying firearms on college campuses during their 2015-2016 legislative sessions.

This report reviews the evidence surrounding the relationship between civilian gun carrying and violent crime and mass shootings and factors that are unique to public safety on college campuses. Policies removing restrictions on civilian gun carrying are based on claims or assumptions about civilian gun use, the impact of state Right-to-Carry (RTC) laws, and the nature of mass shootings that are not supported by or are contrary to the best available research.  The incidence of civilian self-defensive gun use (SDGU) is difficult to discern as available data are based on self-report, and distinguishing aggressor from victim in interpersonal altercations can be highly subjective.  Nonetheless, data from the National Crime Victimization Survey indicate that SDGU is relatively rare (about 102,000 self-reported incidents per year affecting 0.9% of all violent crime victimizations) and is no more effective in reducing victims' risk of injury than other victim responses to attempted violent crimes. Research led by John Lott, author of *More Guns, Less Crime*, suggesting that RTC laws prevent violent crime has important flaws that biased his findings.  The most recent and rigorous research on RTC laws that corrects for these flaws consistently finds that RTC laws are associated with *more* violent crime.  These findings may seem counterintuitive because concealed-carry permit holders have, as a group, low rates of criminal offending and must pass a background check to ensure that they do not have any condition, such as a felony conviction, that prohibits firearm ownership.  But, in states with low standards for legal gun ownership, legal gun owners account for the majority of persons incarcerated for committing violent crimes with firearms.

As mass shootings and casualties from those shootings have risen sharply over the past decade, one rationale for allowing more civilians to carry firearms, both on and off college campuses, is to avert rampage shootings or stop rampage shooters before additional victims are shot.  Central to these arguments are the notions that "gun-free" zones attract individuals set on mass murder and that armed civilians frequently thwart or interrupt such shootings.  New research on mass shootings involving six or more victims murdered that occurred in the United States from 1966 to through June 2016 contradicts these claims.  Only 12% of these shootings took place, in whole or in part, in a truly gun-free zone (no armed security or police or armed civilians) and 5% in a gun-restricting zone (civilian gun possession prohibited).  A separate study of mass shootings involving four or more fatalities, that included domestic incidents during 2009-2015, found that only 13% occurred in a gun-free or gun-restricting zone. Successful civilian uses of guns to stop a mass shooting were incredibly rare and about as common as armed civilians being shot while attempting to respond to mass shooting incidents. Furthermore, the data show no evidence that RTC laws – which, it is argued, lead to more armed citizens ready to defend against a mass shooting – reduce mass shootings or the number of people shot in those incidents.

2

This report also reviews research relevant to the unique context of college campuses, especially student demographics and characteristics, and the implications for increased access to firearms among college students.  Late adolescence and early adulthood is marked by increases in a variety of risky behaviors including violence, binge drinking, and drug abuse. Binge drinking, a common behavior among college students, especially elevates risks for involvement in violent altercations. Risky decision-making in adolescence and early adulthood is due, in part, to on-going brain development during that stage of life that can compromise emotional and behavioral regulation, impulse control, and judgment – all of which are essential for avoiding the circumstances in which firearm access leads to tragedy.  Age-specific homicide offending peaks around the age when youth reach the minimum legal age for purchasing, possessing, and carrying handguns (19-21 years).

Suicidal behavior that leads to death or hospital treatment peaks at age 16, but remains high through age 25, covering the age span of most college students.  Mental illnesses, such as depression, that commonly emerge during adolescence and young adulthood, coupled with restricted impulse control and the stressors that many college students experience, increases the risk of suicidal behavior among college students. Research demonstrates that access to firearms substantially increases suicide risks, especially among adolescents and young adults, as firearms are the most common method of lethal self-harm.

Proposals to allow guns on college campuses must consider the fact that serious assaults and suicide attempts – which are more likely to be lethal when firearms are present – are far more common than are the rampage shooting incidents that the policies are purported to prevent.  Inserting more firearms into those assaults and suicide attempts by allowing more people to have firearms on campuses is likely to lead to more deaths and serious injuries. A recent study identified 85 incidents of shootings or undesirable discharges of firearms on college campuses in the U.S. from January 2013 through June 2016.  Only two of these 85 incidents (2.4%) involved a shooter on a rampage.  The most common incidents were interpersonal disputes that escalated into gun violence (45%), premeditated acts of violence against an individual (12%), suicides or murder/suicides (12%), and unintentional shootings or discharges (9%).  Campus police much more commonly respond to a variety of violent and non-violent incidents than to rampage shootings.  If those campus officers must assume that any given student is armed, this may compromise their ability to effectively respond to, and de-escalate, these incidents.

In summary, available data indicate that policies that allow individuals to bring firearms onto college campuses are unlikely to lead to fewer mass shootings or fewer casualties from those shootings. Mass shootings are a growing concern, but are still very rare events.  Increasing gun availability in campus environments could make far more common acts of aggression, recklessness, or self-harm more deadly and, thus, have a deleterious impact on the safety of students, faculty, and staff.

## Aims of this Report

The purpose of this report is to review relevant research and implications associated with policies that allow the carrying of firearms on college and university campuses.  During the past 30 years, a growing number of states have passed laws that make it easier for civilians to legally carry loaded firearms in public places. However, even as more states adopted so-called right-to-carry (RTC) laws, these laws generally set aside certain places such as bars, courthouses, schools, and college campuses where gun carrying is prohibited or that allowed businesses or institutions to declare that civilians are not allowed to bring firearms onto their premises.  Deregulation of civilian gun carrying has accelerated in recent years in many states including new laws that allow or require state colleges and universities to allow those who can legally carry firearms in public to bring guns onto college campuses.

Policies that allow civilians who are not explicitly prohibited from carrying firearms in public to carry concealed loaded firearms onto college campuses are based, in part, on beliefs that such policies with enhance campus safety including reducing risks of mass shootings. Because there have been no formal evaluations of policies to allow guns on college campuses – many of these policies are relatively new – we sought to summarize research relevant to civilian use of guns, the impact of RTC laws on violent crime and mass shootings, and common patterns in public mass shootings to determine how well available research aligns with the assumptions underlying policies to allow civilians to bring guns onto college and university campuses.  We also sought to summarize research that is relevant to the potential increased firearm access among college students and the college campus environment.

## Relevant Law Governing Guns on College Campuses

In the United States, laws regulating the purchase, possession, and carrying of firearms -- including on college or university campuses -- may originate at the federal, state, or local levels.  Federal law is primarily codified as part of the Gun Control Act of 1968 and its amendments.[1] The Gun Control Act specifically includes language stating that Congress does not intend the Act to preclude state gun laws unless there is a "direct and positive conflict" between federal and state law. As a result, federal law acts as a "floor" -- imposing minimum standards applicable everywhere -- rather than as a ceiling for U.S. gun laws.[2]

One federal law, the Gun Free School Zones Act, forbids the carrying of firearms in school zones -- subject to certain exceptions.[3] A "school," however, is defined as one "which provides elementary or secondary education, as determined under state law."[4] As a result, colleges and universities are not covered by this federal law.

Most U.S. law regulating the carrying of firearms originates at the state level.  Every U.S. state permits the carrying of weapons, either concealed or open, under some circumstances.  These laws establish the terms under which a lawful gun owner may obtain a carry permit as well as the places and circumstances in which the gun may be carried.  For example, these laws may allow or forbid carrying of firearms in places that serve alcohol, churches, or college and university campuses.  (See the section of this report devoted to concealed carrying permit research for more information about these laws).

Localities within a state may sometimes also enact their own gun laws.  However, since the late 1980s, many states have enacted firearm preemption laws forbidding localities from enacting some or all types of gun laws. Today, more than 40 states forbid localities from enacting most types of gun laws.

In fact, just five states generally allow local regulation of guns: Connecticut, Hawaii, Massachusetts, Illinois, and New York.[5] Even in these states which lack express preemption of local firearm laws, some local laws may nevertheless be deemed subject to implied preemption if a court determines that existing state law evidences an intent by the legislature to occupy the field of regulation or if the local law would otherwise conflict with state law. Therefore, local law plays little role in regulating carrying of firearms on college or university campuses.

According to the National Conference of State Legislatures, eighteen states currently ban carrying a concealed weapon on campus.  In twenty-four states, individual institutions have the power to allow or forbid firearm carrying on campus.  In the remaining eight states, firearms must generally be allowed on campus. In addition, during the 2015-2016 state legislative sessions, similar laws were considered in other states. None have yet been enacted. [6]

College and university firearm restrictions have been the subject of several recent lawsuits brought by individuals or groups seeking the ability to carry guns on campus.  The results of the lawsuits have been mixed, often based on the specific language of state law.  In Regents of the University of Colorado v. Students for Concealed Carry on Campus, a student group brought a complaint in 2008 alleging that a University of Colorado policy forbidding the possession of firearms on campus violated a Colorado state law, the Concealed Carry Act (CCA) enacted in 2003.[7] The CCA preempts localities from enacting their own laws regarding concealed carrying of handguns and allows concealed permit holders to carry their handgun anywhere not specifically excluded by the law.  Public elementary, middle, and high schools are excluded but universities are not.  In Regents, the Colorado Supreme Court concluded that the 2003 state law "divested the Board of Regents of its authority to regulate concealed handgun possession on campus."[8]

Similarly, in 2011 in Oregon Firearms Educational Foundation v. Board of Education and Oregon University System, the Oregon Court of Appeals concluded that an administrative rule promulgated by the State Board of Higher Education forbidding the possession of firearms on campus was preempted by a prior Oregon state law.[9] The Oregon preemption law states, in part, that "the authority to regulate in any manner whatsoever the sale, acquisition, transfer, ownership, possession, storage, or use of firearms ... is vested solely in the Legislative Assembly."  Because the carrying rule promulgated by the Board of Education had the force of administrative law, it was preempted by this language.

In 2006, the Supreme Court of Utah also struck down a University of Utah policy prohibiting students, faculty, and staff from carrying guns on campus.  In University of Utah v. Shurtleff, the Court held that Utah's firearm preemption statute -- which specifically applied to "state institutions of higher education" -- was constitutional within the meaning of the Utah state constitution and prevented the University from enforcing its policy.[10]

By contrast, in at least two cases, courts have upheld a college or university's ability to ban the carrying or possession of firearms on campus.  In Florida Carry, Inc. v. University of Florida, the plaintiffs argued that a Florida law permitting the possession of firearms in a person's home or business should supersede a different Florida law prohibiting firearms on school property (including colleges and universities).  The plaintiffs argued that university dormitories were essentially the students' homes. The Court concluded that the law forbidding guns on university property should prevail despite a state preemption law.[11] In a related Florida case, however, a court concluded that a state university could not forbid the possession of a firearm in a vehicle parked on school property, as long as the gun was securely encased in the vehicle.[12] Finally, in Digiacinto v. The Rector and Visitors of George Mason University, a non-student but frequent visitor to the George Mason University campus challenged a

University rule forbidding firearms in campus buildings or at campus events.  The Virginia Supreme Court concluded that the University policy violated neither state law nor the federal constitution.[13]

As these cases demonstrate, the outcomes are very fact and state law dependent.  In addition, the case law may or may not address whether the campus or university policies violate the Second Amendment to the U.S. Constitution.  In 2008, the U.S. Supreme Court, in District of Columbia v. Heller,[14] concluded that a Washington, D.C. law essentially banning the possession of handguns by civilians in their homes violated the Second Amendment.[15] However, the Supreme Court has yet to determine whether this right extends to carrying firearms in public.[16]

**Table 1: Status of State Campus Carry Laws as of May 2016**

| STATE | BANS CONCEALED CARRY ON CAMPUS | ALLOWS CONCEALED CARRY ON CAMPUS | DECISION LEFT TO INSTITUTION |
|---|---|---|---|
| Alabama | | | √ |
| Alaska | | | √ |
| Arizona | | | √ |
| Arkansas | | | √* |
| California | √ | | |
| Colorado | | √ | |
| Connecticut | | | √ |
| Delaware | | | √ |
| Florida | √ | | |
| Georgia | √ | | |
| Hawaii | | | √ |
| Idaho | | √ | |
| Illinois | √ | | |
| Indiana | | | √ |
| Iowa | | | √ |
| Kansas | | √**** | |
| Kentucky | | | √ |
| Louisiana | √ | | |
| Maine | | | √ |
| Maryland | | | √ |
| Massachusetts | √ | | |
| Michigan | √ | | |
| Minnesota | | | √ |
| Mississippi | | √ | |
| Missouri | √ | | |
| Montana | | | √ |
| Nebraska | √ | | |
| Nevada | √ | | |
| New Hampshire | | | √ |
| New Jersey | √ | | |
| New Mexico | √ | | |

6

| STATE | BANS CONCEALED CARRY ON CAMPUS | ALLOWS CONCEALED CARRY ON CAMPUS | DECISION LEFT TO INSTITUTION |
|---|---|---|---|
| New York | √ | | |
| North Carolina | √ | | |
| North Dakota | | | √ |
| Ohio | √ | | |
| Oklahoma | | | √ |
| Oregon | | √ | |
| Pennsylvania | | | √ |
| Rhode Island | | | √ |
| South Carolina | √ | | |
| South Dakota | | | √ |
| Tennessee | √* | | |
| Texas | | √** | |
| Utah | | √ | |
| Vermont | | | √ |
| Virginia | | | √ |
| Washington | | | √ |
| West Virginia | | | √ |
| Wisconsin | | √*** | |
| Wyoming | √ | | |

Adapted from information provided by National Conference of State Legislatures, Guns on Campus: Overview.  Available at: http://www.ncsl.org/research/education/guns-on-campus-overview.aspx.
* Certain faculty members may carry weapons on campus but not students or the public.
** Effective August 2016.  Private institutions may still choose to ban concealed carry.
*** May prohibit weapons in specific buildings if appropriate signs are posted at every entrance.
****Law takes effect in July 2017. Institutions may prohibit carrying in a campus building if all entrances have adequate security measures

**Legal Context and the Potential for Armed Citizens to Reduce Casualties from Mass Shootings**

    John Lott, author of the book *More Guns, Less Crime*, popularized the notion that "gun free zones" invite mass shootings and contribute to the number of casualties from those events because there are no armed defenders to interrupt rampage shootings.  Specifically, Lott purports that perpetrators of mass shootings intentionally seek out places where people are barred from carrying firearms in order to maximize casualties and minimize their risk of being shot. He claims that allowing civilians to legally carry loaded guns in public places increases the odds that an attempted rampage shooting will be interrupted and the number of casualties reduced; however, Lott's claims are inconsistent with available evidence.[17]

    The most prominent justification in support of campus-carry policies relates to the potential for armed civilians to intervene to reduce the carnage of active shootings. According to the advocates of allowing civilians to carry firearms on college campuses, some individuals considering perpetrating a mass shooting will be deterred from attacking places where they stand a likelihood of being confronted by private citizens carrying firearms. In instances when deterrence fails and attacks are initiated, campus-carry advocates claim that armed students and staff will be able to intervene and halt gun rampages and thereby minimize the number of victims killed or wounded in the attack.[18]

7

Below, we assess the evidence of the three underlying arguments for the campus-carry movement relevant to mass shootings. First, the occurrence and lethality of mass shootings is drastically reduced in so-called Right-to-Carry (RTC) jurisdictions.[i] Second, mass shootings occur almost exclusively in "gun-free zones," where civilians are prohibited from carrying loaded firearms on their person. Third, when shooting rampages do occur, the active shooters are often stopped by armed civilians who confront the perpetrators.

As campus-carry is a relatively new phenomenon, there is little evidence that confirms or refutes the thesis specifically in the context of college campuses. However, there are several studies that assess the three underlying propositions that form the foundation of the campus-carry thesis. Examining each tenet individually offers valuable insights.

### *Right-to-Carry Firearm Laws Do Not Reduce Mass Shootings or Casualties from Such Shootings*

Advocates for allowing civilians to bring guns onto college campuses and to deregulate carrying of guns in public places in general commonly cite research and statements by John Lott, an economist widely known for his claims that deregulating gun possession reaps significant reductions in violent crime.[17,19] Lott supports his claims with data and analytic methods that others have consistently found to have important flaws. In the 2nd edition of *More Guns, Less Crime*, Lott reported to have assembled a dataset of all mass shootings in the United States from 1977 to 1997. He found that the adoption of RTC laws was associated with a 67% reduction in mass shootings, completely eliminating mass shootings within five years of enactment. He also claimed RTC laws led to a 75% reduction in deaths from such shootings and an 81% reduction in persons injured in these shootings. However, an independent team of researchers tried to reproduce Lott's findings on RTC laws and mass shootings, and found no association between such laws and such shootings.[20]

Lott's claims pertaining to mass shootings and RTC laws are also inconsistent with evidence about mass shootings assembled in Louis Klarevas's forthcoming book on the topic.[21] Klarevas collected data on 111 high-fatality mass shootings (6 or more people murdered with a gun) from 1966 through 2015. He found that in the 41 states that currently have RTC laws or no regulation of concealed carrying of firearms for legal gun owners, the average death toll in high-fatality mass shootings *increased* following the implementation of a RTC law from a mean of 7.5 before to 8.4 after the law. Moreover, this pattern of over eight fatalities per incident, on average, held well after five years, contradicting Lott's assertion that mass shootings stop occurring within five years of the enactment of RTC laws. When Klarevas expanded his data set to include all 50 states and the District of Columbia, the average death toll in gun massacres was slightly higher in states and years where RTC laws were in place (8.4) than in states and years where there were no RTC laws in place (8.0).

---

[i] Right-to-Carry (RTC) laws are those that remove discretion from law enforcement in issuing licenses to carry concealed firearms, provided that applicants are legally permitted to possess guns in their homes and meet any additional conditions, such as safety training. Laws of this type are also referred to as "Shall Issue" laws because law enforcement discretion is removed from the decision to issue the permits.

### *There is No Evidence that "Gun-Free Zones" Facilitate Mass Shootings*

When John Lott's book was reissued in its 3ʳᵈ edition in 2010, he introduced a new concept that characterized places "where private citizens are not allowed to carry guns": gun-free zones. He maintained that in locations where someone is bound to be armed, rampage gunmen will be thwarted. Further, he claimed that mass shooters—knowing they will face far less resistance in places where their potential victims are unarmed—consciously target gun-free zones.  Unfortunately, the concept of a gun-free zone has never been properly defined. Initially, Lott described gun-free zones as locales "where private citizens are not allowed to carry guns." Subsequently, Lott began embracing a looser conceptualization that deemed entire cities and counties to be gun-free zones, if they were extremely restrictive in issuing concealed-carry permits.[22]

Another problem with the term "gun-free zone" relates to how proponents of unrestricted gun carrying define areas as gun free when there are law enforcement officers and armed security guards on the premises, though civilians are prohibited from carrying their personal firearms on site. Lott characterized military installations like Fort Hood and the Washington Navy Yard, which have been attacked by rampage gunmen, as gun free despite the presence of significant armed security personnel. The implication of this notion of "gun free" is that rampage shooters are only deterred by armed civilians, not by armed guards and law enforcement. But a bullet fired from a police officer's firearm has similar stopping power to a bullet from a civilian's firearm, and it is probably more likely to hit its intended target since security and law enforcement personnel are likely to be better trained and prepared to respond to a rampage shooting than is the average civilian gun carrier.

Sharpening definitions can alleviate the ambiguities and inconsistencies surrounding gun-free zones and their relationship to mass shootings.  In Klarevas's study of rampage shootings, he argues that it makes more sense to distinguish between truly gun-free zones – places where there are never armed personnel stationed on the property *and* private citizens are prohibited from being armed with personal firearms by law or appropriate notice – and "gun-restricting zones" – places where private citizens are barred from carrying personal firearms by law or appropriate notice, yet armed security is routinely present. Most military bases and college campuses are gun restricting, as they typically have armed guards and/or armed police on regular patrol, but prohibit civilians from bearing arms. To round out the possibilities, Klarevas identified "gun-allowing zones" as places where private civilians are not legally prohibited from carrying personal firearms.[21]

A review conducted by Klarevas of the 111 high-fatality mass shootings (six or more victims murdered) that occurred in the U.S. since 1966 found that only eighteen have taken place, in whole or in part, in a gun-free zone or gun-restricting zone. (Three of these eighteen incidents occurred, in part, in gun-allowing zones.) Of these eighteen high-fatality mass shootings in gun-free or gun-restricting zones, thirteen took place in bona fide gun-free zones. The remaining five incidents occurred in gun-restricting zones.  Contrary to what Lott argues, 84% of all gun massacres occurred in whole or in part where there is no evidence that civilian guns were prohibited, and nearly 90% occurred in whole or in part in locations where civilian guns were allowed or there was armed security or law enforcement. These 111 incidents did not include the mass shooting of police officers in Dallas on July 7 that obviously occurred in a gun-allowing zone where there were numerous Dallas police officers, campus police, and civilians

openly carrying firearms. Among the wounded were two El Centro College police officers.  These data do not suggest that gun-allowing zones deter gun massacres.[ii]

       **There is also little evidence that perpetrators of mass shootings intentionally seek out their targets based on whether or not civilians are prohibited from having guns.**  Most targets of mass shootings are directed at a specific person, group, or institution with whom the perpetrator has a grievance.[21] Everytown for Gun Safety analyzed data on mass shootings using a slightly less conservative definition than that employed by Klarevas – four persons killed with a firearm, not including the shooter – for the period 2009-2015 and found that the majority (57%) of the incidents involved a shooter's current or former intimate partner or family member.  Seventy-one percent of the incidents occurred in a private dwelling and only 13% occurred in a public location that could qualify as a gun free or gun restricting zone.[23]

### *Effective Neutralization of Active Shooters Requires Skills and Experience that Most Civilians Lack*

       There is an unsupported assumption of campus carry advocates that armed students or staff on campus will shoot accurately enough to stop the shooter in an active shooting incident without wounding or killing innocent victims. Shooting accurately and making appropriate judgments about when and how to shoot in chaotic, high-stress situations requires a high level of familiarity with tactics and the ability to manage stress under intense pressure. Shooting accuracy in such situations is influenced by distance, the opponent shooter's actions, lighting, use of cover, type of gun, and more.[24] Ability to shoot accurately are also affected by heart rate, breathing, fatigue, and mental stress.[25]

       Effective and responsible use of a firearm under the conditions of an active shooting requires significant training.  Yet most RTC laws require only that carry permit holders have weapon familiarity, perform basic range shooting and, in some cases, minimal crisis-shooting training to qualify to legally carry a gun. Of course, there are no training or performance requirements in states that do not require civilians to obtain a permit to carry concealed firearms. There is well-documented research citing the inaccuracy of police officers who use firearms in crisis encounters, although they receive extensive training and readiness preparation. [26] There is no reason to believe that college students, faculty and civilian staff will shoot accurately in active shooter situations when they have only passed minimal training requirements for a permit to carry.  Generally, college and university students function at a high rate of mental and emotional stress, with over 50% reporting that they feel so depressed that it is difficult for them to function.[27]

---

[ii] In addition to the July 7, 2016, mass shooting in Dallas, since January 1, 2015, there have been at least four mass public shootings (as defined by Lott) that occurred in gun-allowing zones: Christopher Harper-Mercer's shooting spree that claimed nine lives at Umpqua Community College in Roseburg, Oregon; William Hudson's rampage that claimed six lives at the Tennessee Colony campsite near Palestine, Texas; Syed Rizwan Farook and Tashfeen Malik's attack that claimed fourteen lives at a holiday party being held at the Inland Regional Center in San Bernardino, California; and Jason Dalton's murder spree that left six dead in Kalamazoo, Michigan. At two of the four locations (Umpqua and Inland)—and possibly at the other two locations—there were armed civilians present at the time of the shootings.

*Legally Armed Citizens Very Rarely Successfully Intervene to Prevent or Interrupt Mass Shootings*

One rationale for allowing guns on campus is that by increasing the number of armed civilians, you increase the ability of someone to effectively intervene with a gun to stop someone engaging in or attempting a mass shooting.  Opponents of gun-free zones do not just argue that civilians carrying firearms can prevent mass shootings from occurring in the first place. They also maintain that, should deterrence fail, armed people will help reduce the bloodshed by neutralizing perpetrators before they can complete their rampages. In theory, this too sounds logical. Again, Lott is the source of this thesis. In particular, his central contribution to this debate is his effort to assemble an anecdotal compilation of thirty-one shootings since 1990 that involved armed civilians intervening and halting rampage gunmen from completing their objective of killing as many people as possible. Others have seized on his initiative, and the list of incidents now numbers 39.[19]

But there is one substantial problem with this list. When Klarevas scrutinized the specific instances where armed civilians purportedly intervened to end a mass shooting in progress, he found that, in reality, rarely did private citizens with personal guns stop rampages. Of the 39 incidents, the majority—22 incidents—did not involve mass-shooting scenarios. Instead, they were knife attacks, gun-brandishing episodes where the weapon was never fired, armed robberies where the criminals never tried to execute the customers present, and shootings that did not involve enough targeted victims to constitute a mass shooting. Seventeen of the 39 were actual mass-shooting situations. Out of this subset, the armed intervenor in six of these incidents was a law enforcement officer or armed security guard (not a private citizen). In two cases, armed civilians drew their weapons and helped detain the perpetrators, but only after the shootings had concluded. (Neither defender in these two incidents actually used his weapon to end the rampage.) In five shootings, the attempted defensive gun uses failed to stop the attacks, with the armed intervenors shot in three of these instances.[28, 18, 29] Over a 26-year period, only four incidents that were actual rampage shootings in progress were terminated by the actions of an armed civilian.

An FBI study that examined 160 active shootings in the United States during 2000-2013 also provides reason to be suspect of claims that civilian defensive gun uses figure prominently in terminating ongoing gun rampages. FBI researchers found only one incident that involved an armed civilian intervening to end an attack in progress. The civilian in that incident (which is also one of the interventions cited by Klarevas) involved a U.S. Marine with a concealed-firearms license shooting a man attacking patrons in a Nevada bar. In another four incidents, the attacks were brought to an end when armed security guards shot the perpetrators. By contrast, the FBI found that 21 of the 160 active shooting incidents were interrupted when unarmed civilians confronted and restrained the gunmen. The FBI's data suggest that unarmed civilians are more than twenty times likely to successfully end an active shooting than are armed civilians.[30]

Of course, some incidents could potentially have led to mass shootings had an armed civilian not intervened quickly to prevent more casualties.  Klarevas's review of civilian-interrupted mass shootings would miss some instances of this sort.  However, allowing more civilians to carry firearms into more public places could also facilitate more mass shootings.  The Violence Policy Center has tracked incidents in which a concealed carry weapon (CCW) permit holder was alleged to have committed various crimes of violence and unintentional shootings. They identified 29 CCW holders who perpetrated non-defensive shootings that involved three or more deaths not including the shooter during the period 2007-2015.[31]

11

## Defensive and Hostile Gun Use by Civilians

Debates surrounding policies about guns on college campuses hinge on differing views about civilian use of firearms including the likelihood that a person can successfully use a firearm to ward off a criminal assailant in comparison to the likelihood that a person carrying a gun might be prompted to use his or her gun in hostile or even criminal ways.  Unfortunately, there are no surveillance systems designed to identify and verify acts of self-defense with guns.  The best available data on the phenomena come from the National Crime Victimization Survey (NCVS) which interviews a nationally representative sample (after weighting) of approximately 90,000 households and over 158,000 individuals age 12 years and older.  Households remain in the NCVS sample for three years and eligible individuals are interviewed every six months about their experiences in which they were a victim of crime, any actions that they took in response to the attempted or actual crime, and outcomes such as whether or not they were injured in the crime.  Response rates for households and individuals within those households are typically around 85%, an exceptional rate for survey research.

David Hemenway and Sara Solnick recently published a study based on data from the NCVS for the five-year period 2007-2011 to examine the use of guns by crime victims and estimate the effects of victims using a gun in response to a crime versus others actions commonly taken by crime victims.[32]  During the study period, there were 62 cases in which a NCVS respondent reported being a victim of a violent crime[iii] and used a gun in self-defense and an additional 65 who used a gun in property crimes or situations involving only verbal threat to the victim.  These 62 incidents represented 0.9% of all violent crimes reported (6,663) and accounted for 8.1 incidents per 100,000 population per year or a total of 102,478 self-defense gun uses (SDGUs) against violent crimes annually.  In less than one fifth of the incidents of reported SDGU, the offender was also armed with a gun. Seventy-three percent of SDGUs reported by men and 48% of SDGUs reported by women occurred away from their homes.  None of the SDGUs over the five-year period involved sexual assaults.

### *Victim Gun Use in Response to Criminal Acts Do Not Affect Victims' Risk of Injury*

In this study, Hemenway and Solnick also examined victims' risk of being injured after taking any of thirteen specific actions volunteered by NCVS respondents when asked what they did or tried to do about the incident while it was going on.  Four percent of those who reported a SDGU reported being injured after attempting to protect themselves with a gun; a virtually identical odds of injury among all victims who took *any* act of self-protection.  **After controlling for a host of contextual factors, self-defensive gun use did not significantly affect victims' risk of being injured in the criminal act.**  Most victims who are injured in crimes are injured before they can take any protective action.  Prior studies suggesting SDGU reduces victims' injury risk used NCVS data that did not distinguish victim injuries that occurred before versus after protective actions such as SDGU took place and, thus, could not ascertain causal connections between SDGU and injury risks.[33,34]

The NCVS does not ask respondents whether they used a gun in a hostile or unlawful manner.  Drawing upon NCVS victimization data for the five years studied by Hemenway and Solnick (2007-2011)

---

[iii] Violent crimes examined include physical assaults, both sexual and non-sexual, and robberies.

and including firearm homicides for those years, there were 3.6 victimizations involving firearms for every self-reported SDGU in response to a violent crime.[iv]  It is unknown what percentage of the criminal uses of guns nationally were committed by individuals who owned guns legally.  **However, data from a nationally representative survey of state prison inmates and determined that of those who were incarcerated for committing a violent crime with a firearm in the thirteen states with the lowest legal standards, 60 percent legally possessed the firearms when they committed the crime.[35]**

The true incidence of SDGU may be significantly lower than indicated by the NCVS because the data are based on self-reports and determining who is the aggressor and who is the victim in interpersonal altercations can be highly subjective. Hemenway and colleagues fielded two surveys of a nationally representative sample of gun owners to ascertain gun owners' reports of both defensive uses of guns and hostile uses of guns against respondents. Respondents were asked to describe these incidents in some detail and five criminal court judges were asked to review the narratives and assess the probably legality of self-reported use of guns.[36] **In the majority of the self-reported SDGUs, most criminal court judges considered the actions taken by the respondent with their guns to be "probably illegal" due to inadequate justification for using deadly force.** The judges' were told to assume that the respondent had a valid permit to own and carry the gun, and that the respondent had described the event honestly.

An alternative source of data on SDGU to the NCVS is a national phone survey of 4,977 gun owners directed by criminologist Gary Kleck in the early 1990s. In this survey, 56 (1.1%) respondents reported having used defensively used a gun within the past 12 months in situations in which they report being the would-be victim of a crime.  Kleck used these data to make a projection that 2.5 million times per year a U.S. citizen used a firearm defensively in situations when someone was committing or attempting to commit a crime – about 22 times higher than the estimate from the NCVS.[37] The projections from Kleck's survey are discordant with data from other sources relevant to crime and violence, calling into question the validity of the data. For example, Kleck's survey data extrapolate to over 200,000 assailants shot by civilians defending themselves against crime each year. During the early 1990s when the survey was conducted there were approximately 300 deaths per year that were recorded as justifiable homicides committed by civilians using firearms.[38] There is no direct measure of criminals suffering nonfatal wounds as a result of being shot by civilians defending themselves, but the CDC's surveillance systems for tracking all deaths and a nationally representative sample of nonfatal injuries treated in hospitals indicates that there are roughly four to five persons suffering nonfatal gunshot wounds in assaults or incidents of undetermined intent for every fatal gunshot wound with the same external cause. That would suggest that about no more than 1,800 persons shot by civilians defending themselves against criminal attacks for the period that Kleck's survey projects 200,000 – a wounding rate more than 100 times higher than indicated in hospital surveillance systems.

### The Impact of Laws Expanding Civilians Ability to Carry Firearms in Public Places

In 2005 the National Research Council reviewed the then-current information with data through 2000 concerning the impact of state laws allowing citizens to carry concealed weapons.[39] Noting that the estimated effects of so-called right to carry (RTC) laws were highly sensitive to the particular choice of

---

[iv] The NCVS reported a total of 1,784,547 incidents in which respondents reported crime victimization by assailants wielding firearms and the CDC's vital records indicate a total of 58,450 homicides with firearms for an average of 368,599 victimizations per year over the five-year period.

explanatory variables, the report concluded that the evidence was too uncertain to determine the impact of RTC laws on crime.

A major obstacle to generating a valid estimate of this impact was that most of the studies looking at this question included data for the period from 1985 through the early 1990s when violent crime rose sharply in certain areas, such as California, New York, and the District of Columbia, owing principally to the introduction of crack cocaine.  Since all three of those jurisdictions and a number of other states with the worst crack problems (e.g., Maryland, New Jersey) also did not adopt RTC laws, any panel data analysis that did not control for the criminogenic influence of crack would necessarily generate a biased estimate of the impact of RTC laws that would make them appear to be either less harmful or more beneficial than they actually were in influencing crime.  This was a major problem for the original study of RTC laws by John Lott and David Mustard and subsequent analyses by Lott.[17,19,40] But this problem plagues every panel data analysis of RTC laws, except for those that started *after* the impact of crack had been full dissipated in the very late 1990s or early 2000s.[v]

A quick but admittedly crude way to address this problem is to present a difference-in-differences comparison between the 36 states that adopted RTC laws over the period 1977-2012 and the ten states that did not adopt these laws.  By comparing the change in crime from a period before crack emerged to a year well after its impact had dissipated, one can eliminate the impact of crack on crime (although of course this simple comparison does not control for other influences on crime that differed over this period for the two sets of states).  Figure 1 shows that the ten non-RTC states enjoyed a 38.1% drop in their violent crime rate from 1977 to 2012, while the 36 adopting states had almost no change in violent crime over this period (a decline of 2% over a 35-year period).

This simple evidence is suggestive that RTC laws tend to exacerbate violent crime (controlling for the influence of crack but not for other explanatory variables).  Obviously, this chart would overstate the harm of RTC laws if, say, the non-adopting states had increased their per capita rates of incarceration or police personnel more than the adopting states, thereby suppressing violent crime through those mechanisms (which could then potentially explain the relatively better experience with violent crime over the 1977-2012 period in the non-adopting states).  In fact, the opposite is true.  The adopting states had considerably larger percentage increases relative to the non-adopting states over this time period in their rates of incarceration (262% vs. 221%) and police staffing (61% vs. 26%).  The relatively better crime performance of non-RTC-adopting states in the raw comparison of in the figure below could be even greater if one were to control for the influence on violent crime of police and incarceration.

Of course, many factors in addition to police, incarceration, and crack influence crime and the challenge for researchers who seek to find the impact of a single factor such as RTC laws is to account for those factors that may also be correlated with RTC adoption in an appropriately specified statistical model.  A number of panel data analyses conducted since the publication of the NRC report have tried to control for a host of explanatory variables.  These models, however, have not adequately controlled for the criminogenic influence of crack (thereby making RTC laws look better) as well as other factors that are likely to bias the estimated effects of RTC laws.

---

[v] See the discussion of Zimmerman (2015) below.



### The Most Recent Rigorous Research Studies Find RTC Laws Linked to Increased Violence

Donohue, Aneja, and Webber attempted to address these deficiencies with state panel data analyses that extended the NRC data by twelve years, during which time eleven additional states adopted RTC laws, to 1979-2012.  Two models were used to explore the relationship between RTC laws and crime. Model 1 estimated shifts in the level of crime after RTC adoption and model 2 estimated RTC laws' association with changes in crime trends or slopes. Both models indicated that violent and property crime both increased in response to the adoption of RTC laws.  Specifically, violent crime was 12.3% higher after adoption of RTC laws and violent crime increases about 1.1% more for each year RTC laws are in effect.

New and sophisticated techniques are being employed to assist researchers in finding the best set of control states that have violent crime patterns most similar to the states adopting new laws. Research by Durlauf, Navarro, and Rivers attempts to sort out the different specification choices between Aneja, Donohue, and Zhang, and Lott and Mustard, using a Bayesian model averaging approach.[41] Applying this technique to analyze the impact of RTC laws using county data from 1979-2000, the authors find that in their preferred spline (trend) model, RTC laws *elevate* violent crime rates by 6.5% in the three years after RTC adoption, with the effects growing over time. A recent report from the Brennan Center based on state-level data for 1979-2012 indicates that violent crime increased, on average, 10% following RTC law adoption. [42]  Zimmerman (2015) examined the impact of various crime prevention measures on crime using a state panel data set from 1999-2010.  The findings from this study revealed statistically significant increases in murder, robbery and assault associated with RTC law adoption. Estimating so-called synthetic controls for states that adopt new policies is a relatively new technique to evaluate the impact of state policy changes on violent crime and other outcomes. This

approach addresses some of the challenges posed by regression analyses with panel data from 50 very disparate states.  Webber, Donohue, and Aneja used this approach and found evidence that RTC laws increase violent crime by 12% to 18% over the ten years after adoption. These results are broadly consistent with the bulk of the panel data estimates cited above and are inconsistent with the outlier results generated using the Lott's model specifications.  One difference between the two analytic approaches is that the panel data estimates typically found that RTC laws were associated with increases in both violent and property crime, while the synthetic controls estimates only found evidence that RTC laws increase violent crime.

Some final comments should be made about the likely mechanisms between adoption of RTC laws and increased crime, which the statistical studies do not directly address.  First, the supporters of RTC laws frequently cite evidence that permit holders, as a group, are arrested for violent crimes at relatively low rates. [43] But the important policy question is whether having a CCW (and carrying a gun on one's person or in one's vehicle) affects CCW holders' risk of committing acts of violence and whether having more people carrying firearms will increase or decrease the incidents of violent crime and the lethality of those incidents. Ready access to a loaded firearm is likely to have a greater impact on risk of committing serious acts of violence among individuals with a history of violence, recklessness, substance abuse, or those prone to impulsivity or angry outbursts. Passing a background check when the principal criteria for denial are a convictions for either a felony crime or misdemeanor domestic battery, having a current domestic violence restraining order, or having been adjudicated mentally incompetent or a serious threat to self or others due to mental illness is no guarantee that a person is not prone to violence and can be trusted to carry a loaded concealed firearm in public places.[44,35] CCW holders do commit serious crimes with guns including murder and mass shootings.[31]

Second, RTC laws can increase crime in many ways even if the permit holders are not committing it.  The ability to carry a gun may embolden some permit holders to incite criminal responses to their provocative behavior, as some have alleged in the George Zimmerman case leading to the death of Trayvon Martin.  Criminals may also be more likely to carry weapons in response to RTC adoption and more likely to be aggressive towards their victims if they fear armed opposition.  Guns carried outside the home because of RTC laws are potentially more likely to be lost or stolen, especially when left in motor vehicles, which can expand criminals' access to guns.  Finally, the presence of more guns can complicate the job of police and simply take up more police time as they process applications and check for permit validity when they confront armed citizens.  The recent July 2016 shooting by police of concealed carry permit holder Philando Castile in Minnesota underscores how the introduction of a gun by a law-abiding citizen can end in tragedy.

### Why the College Campus Environment is Ill-Suited for the Civilian Gun Possession

The broader research literature on civilian gun use and policies that allow civilians to carry concealed firearms has not examined the experience or implications of policies that allow students, staff, faculty, or visitors to carry firearms onto college campuses.  Relevant to this discussion is the frequency and nature of events where civilians might use firearms at their disposal, the capacity and proclivities of adolescents and young adults of typical college age to make prudent decisions about when or how to use firearms, the onset of severe mental illness during young adulthood, the frequency of binge drinking of alcoholic beverages among college students and the violence that stems from that drinking. In addition, suicidal ideation and behavior is common during late adolescence and early adulthood and increasing access to firearms through policies that allow guns onto college campuses

could increase risk of suicide among college students.  Due to a variety of developmental, psychological, and sociological reasons, age-specific homicide offending rates increase dramatically during adolescence, peaking at age nineteen, and are highest during the age span of most college students (18-24 years).  Suicide attempts that lead to hospital treatment or death also rise dramatically and peak during the years that most youth enter college.

A recent study identified 85 incidents of shootings or undesirable discharges of firearms on college campuses in the U.S. from January 2013 through June 2016.  Only two of these 85 incidents (2.4%) involved a shooter on a rampage.  The most common incidents were interpersonal disputes that escalated into gun violence (45%), premeditated acts of violence against an individual (12%), suicides or murder/suicides (12%), and unintentional shootings or discharges (9%).[45]



Homicide data obtained from the FBI's, Uniform Crime Reporting Program, Supplemental Homicide Reports, 2014. Data on age-specific population estimates were obtained from the Centers for Disease Control and Prevention and generated by US Census Bureau. https://www.cdc.gov/nchs/about/major/dvs/popbridge/popbridge.htm



Data obtained from the Centers for Disease Control and Prevention's Web-based Injury Statistics Query and Reporting System (WISQARS), Fatal and Nonfatal Injury Reports, 2014. https://www.cdc.gov/injury/wisqars/

**Brain and Cognitive Development in Adolescence and Emerging Adulthood**

Adolescence and emerging adulthood is a time of tremendous change in the biological systems that support decision-making, emotional and behavioral regulation, and motivation. As has been widely documented in the lay press and in the scientific literature, the brain's higher association areas (e.g., prefrontal cortex or PFC), among other areas, continue to change well into the third decade of life. [46-48] Areas of the PFC are part of the circuitry that supports self-control, including impulse control and inhibition, judgment, and long-range planning. [47,49] These skills are essential for safe firearm storage and use, and for appreciating and avoiding the circumstances in which firearm use is likely to lead to tragedy.

Risky decision-making in adolescence/early adulthood is due, in part, to changes in both frontal/limbic balance in the developing brain and changes in the connections between the PFC and limbic subcortical structures that support emotional and behavioral regulation. [49] While the PFC and other higher order association areas mature relatively late, limbic areas are dense with hormone receptors that are awakened during puberty. [50] Limbic areas play a key role in the circuitry that supports emotions, reward systems, and drives. When limbic influences predominate, drives toward sex aggression are heightened, and social relationships become particularly important. [51] Similarly, dopamine receptors proliferate in the striatum--part of the brain's motivational circuitry--before they proliferate in the PFC, which may also help explain why adolescent behavior is biased toward motivation rather than inhibition. [49]

Compared with adults and younger children, adolescent decision-makers are particularly sensitive to social and emotional cues in the environment, and are more sensitive to stress, both psychologically and biophysiologically. [52-55] A number of studies demonstrate that adolescents' self-control is vulnerable in the face of potential rewards (e.g., peer approval and acceptance). [56,57] Similarly, in laboratory studies, adolescents have been shown to demonstrate poorer emotional regulation in the context of threat than other age groups. For example, in a self-control task, Dreyfuss et al. found that compared to their older and younger peers, adolescents, particularly males, were more likely to react

impulsively to threat cues (compared to neutral cues); a finding that was mediated by differences in limbic activation in brain areas that support emotion regulation. [58]

**In summary, typical developmental processes in adolescence are associated with more risk-taking, and poorer self-control in the transition to adulthood. Guns may be called on in the very situations in which adolescents are most developmentally vulnerable: in the context of high emotional arousal, situations that require rapid, complex social information processing, those that involve reinforcing or establishing peer relationships (i.e., showing off), or in conditions of perceived threat.**

### Onset of Mental Illness, Youth Suicide and Access to Firearms

College students are vulnerable to a range of mental health issues.  The stress associated with the life transitions inherent in college attendance – leaving home, exploring new social identities, developing new peer groups, managing challenging coursework and extracurricular activities – place students at risk of conditions like depression and anxiety.[59] The majority of mental disorders have their onset by age 24.[60] Studies have demonstrated high prevalence of clinical depression and anxiety among college students: one study found that 14% of undergraduate students and 11% of graduate students at a large public University with a demographic profile similar to the overall U.S. student population screened positive for depression, and 4% of undergraduates and 5% of graduates met criteria for anxiety.[61,62] Despite the high burden of mental illness among college students, many go untreated. While mental illness treatment rates vary across campuses, one study of students on 26 campuses across the U.S. found that on average, only 36% of students who screened positive for mental illness had received treatment in the past year.[63]

Of particular concern in the context of proposals to allow students to carry firearms on campus is the risk of suicide associated with mental illnesses, especially depression, among this group.  In a national survey of undergraduates conducted in 2015 about events within the past 12 months, 8.9% reported "seriously considering attempting suicide" and 1.4% had attempted suicide.[64] A study of students from 645 U.S. college campuses found increased rates of suicide among college students in 2008-2009 compared to 2004-2005: the suicide rate increased from 6.5 to 7.7 per 100,000 students.[65] **Importantly, a firearm was the leading method for suicide among males, accounting for nearly a third (31%) of all suicides among male college students**.[65]  For females, firearms were the third leading cause of suicide (10% of all suicides in this group), behind hanging (29%) and poison (16%).[65]  This gender differential in firearm suicide on college campuses mirrors the differential in the overall U.S. population.[66] **A large body of literature clearly shows that firearm access is associated with increased rates of suicide, suggesting that increased access to firearms on college campuses could significantly increase suicide in this vulnerable group.[67,68]**

The combination of challenges with impulse control, emotional regulation, and onset of mental illness contribute to high rates of suicide and suicide attempts among adolescents and young adults. In 2014, suicide was the second leading cause of death in the U.S. among college age youth 17-24 years old.[69]  Between 1999 and 2014, the suicide rate in this age group increased 12% from 11.3 to 12.7 per 100,000.[69] Firearms represent an extremely lethal means of intentional self-harm; approximately 90% of suicide attempts with a firearm resulted in a fatality compared to 3% for poisoning attempts.[70] In 2014 among males age 17-24 who died by suicide, 49% used a firearm.[69]

Some suicide risk factors differ among those under age 25 compared to older populations. Emotional control, impulsivity, and decision making continue to develop into the mid-20s, which can put youth at higher risk for suicide.[71] In addition to being more impulsive, young individuals tend to be more vulnerable to a contagion effect after exposure to suicide within their community.[72] Suicide risk is often highest in the early stages of the onset of major psychiatric conditions and these symptoms often first develop in childhood or early adolescence.[60,73] The risk of suicide among youth also increases with age; 2.6 per 100,000 among boys age 10-14 compared to 22.9 per 100,000 among young men age 20-24.[69]

Suicide attempts (whether fatal or nonfatal) may occur in the context of an underlying mental health condition such as depression and/or alcohol or drug misuse.[74,75] Many suicides also have an impulsive quality and are often precipitated by an acute stressor (e.g. loss of a relationship, trouble with the law or school, humiliation, job loss).[67] The majority of those who survive an attempt do not go on to die by suicide; a suicide prevented is a life saved.

The lethality of a given means or method of suicide attempt accounts for a substantial portion of the variation observed in suicide mortality and points to the unrealized potential for means restrictions strategies to reduce suicide. The method used for a suicide attempt depends on availability; there is a strong association between the availability of firearms in households and death by suicide. Having ready access to firearms is linked with suicide not only for the gun owner but for all members of the household, especially for children and adolescents.[76-78]

Studies of the relationship between the presence of guns in the home and risk for suicide among younger populations have found that the risk of suicide is two- to five-fold higher for all household members in homes with firearms.[76,77,79,80] These studies have reported limited evidence of substitution of methods; restricting access to firearms did not lead to increased use of other methods of suicide attempt. An analysis of changes to Connecticut and Missouri's permit to purchase handgun purchaser licensing laws also indicate that these laws – which both screen out some individuals at high risk of suicide and reduce guns purchased in response to a suicidal impulse – play a role in reducing firearm suicide risk.[81] Reducing the availability of highly lethal and commonly used suicide methods has been associated with declines in suicide rates of as much as 30%–50% in other countries and can be especially influential in younger populations.[82]

Safe gun storage practices (e.g., using a gun safe or storing ammunition separate from an unloaded gun), which can be required by state law, are associated with a decreased risk for adolescent suicide.[78 83] This association is especially strong in the 15-19 year old age group, which implies that restricting access to a firearm is likely to have the biggest impact during the age characterized by higher impulsivity.[84] The potential for unsafe storage of firearms, if firearms were permitted in college dorms, is a concern and could elevate suicide risks to anyone who has access to a firearm owner's room.

**Alcohol Abuse and Violence on College Campuses**

A large international literature has established a close association between alcohol use and violence.[85] Culture can structure and determine the strength of this relationship through such variables as frequency of drinking to intoxication or consumption of high-alcohol beverages, and expectations about drinking behavior or the situational appropriateness of aggression.[86] College drinking cultures possess all of these attributes. U.S. college students drink frequently and at high levels: nearly 60% of 18-22 year-old college students reported drinking the past month; 37.9% reported binge drinking (defined as five or more drinks within two hours).[87] Among young men in particular, research has found

that expectations about the acceptability of violent action while intoxicated may precede actual acts of violence while drinking.[88] Among college students, there appears to be a normative belief that abusive behavior is more common and less abusive when alcohol is involved for psychological and moderately severe physically abusive behaviors.[89]

The interaction between college drinking cultures and violent behavior helps to explain the high prevalence of alcohol-related violence in college populations. In the general population, CDC estimates that every year, there are 7,756 homicides attributable to alcohol use; 1,269 of these happen to persons younger than 21.[90] Hingson et al. have estimated that 600,000 college students annually are assaulted by another student who has been drinking.[91] The Bureau of Justice Statistics reported that alcohol was involved in 41% of on-campus violence and 37% of off-campus violence for students who lived on campus, and 18% of on-campus violence and 31% of off-campus violence for students living off campus.[92]

Sexual violence is another significant risk when alcohol is in the mix. On college campuses, 88%of male college rapists who used force to commit the rape also used alcohol or drugs, and college males who rape incapacitated women are more likely to drink right before the rape.[93] Alcohol use also increases the likelihood of assault occurring for women. A meta-analysis and systematic review have concluded there is a clear positive association between alcohol consumption and physical and sexual violence for women. Longitudinal data suggests this relationship is bidirectional, meaning that women who are victims of interpersonal violence tend to drink more and women who drink more are more likely to be victims of interpersonal violence.[94]

One factor that can moderate the relationship between alcohol use and violence on campus is the density of alcohol outlets around a college campus. According to one study of 32 colleges, on- and off-premise outlet densities were associated with campus rape-offense rates. Student drinking level was associated with both campus rape and assault rates, and mediated the effects of on- and off-campus alcohol outlet density. Campuses with greater densities of alcohol outlets had higher drinking levels, which in turn explained higher rates of violence on those campuses.[95]

Thus both culturally and ecologically, college campuses can present a "lit fire" in which interpersonal violence is prevalent (according to the Bureau of Justice Statistics, one in 10 college students has experienced a violent crime[92]), and worsened by the addition of alcohol use. To this potentially incendiary situation should be added data on the relationship between gun ownership on college campuses and alcohol use. Two studies from the 1990s looked at this relationship. **One found that students with guns were more likely to be binge drinkers and to need to start the day with alcohol;[96] the other revealed that those who self-reported binge drinking or engaging in risky or aggressive behavior after drinking were not only more likely to have guns at college but also more likely to be threatened by a gun while at college.[97]**

**Implications of Guns on Campus for Campus Security and Law Enforcement**

For a police officer, the decision to apply deadly force is taken seriously and discussed in training throughout his or her career.[98]  The decision in a crisis, such as an active shooter event, occurs in an atmosphere of chaos and panic, and is often over in a matter of minutes, if not seconds.[99]  Like police officers, students or faculty attempting to use a gun to end an active shooter situation would be expected to assess the situation, ensure a clear line of fire, shoot well, minimize loss, and bring the

21

situation to closure. While an entire active shooter situation may last longer, the actual shooting and opportunity to stop the suspect may be momentary.[24]

Police officers routinely experience high anxiety/high threat situations – including home invasions, intrusion alarms, armed robberies, suspicious circumstances, traffic stops, and prowlers – and are prepared to take whatever action is necessary to safely end these incidents.  Despite their training and frequent exposure to high-risk and life-threatening events, evidence shows that police officers do not shoot accurately in a crisis encounter; though officers who participate in simulation or other high-stress training tend to shoot somewhat more accurately in a crisis than those who do not.[24,100-103] The idea that students or faculty could shoot as well as trained police officers in an active shooter situation is highly questionable given what we know about police performance in high stress situations. Additionally, consideration must be given to the possibility of police officers not being able to differentiate a student or faculty member with a gun from the perpetrator during the response to an active shooter situation. There are numerous examples of this happening, creating confusion and, in some instances, resulting in civilians being unintentionally shot by law enforcement.

Much of the discussion and debate about allowing the carrying of guns on campus revolves around this concern over active shooters; however, the issue is more extensive.[104] While active shooter situations are rare, colleges and universities have responded well to this threat by establishing policies and plans, conducting training and drills, implementing threat assessment teams, and embracing the national Incident Command System.[105-107] There are other situations that occur far more frequently on college campuses, such as disorderly conduct, abuse of alcohol and dangerous substances, intimate partner violence, suicide threat, faculty-student disputes, fights, and trespass. These types of incidents deserve more attention because response to these incidents will change based on the potential increase in the presence of guns due to laws allowing the right to carry on campus.

While there is no evidence to aid in predicting how many students will carry guns on campus if bans are lifted, campus police and security officers must assume that weapons may be present in many situations, especially those involving groups and crowds.[108]  Most campus officers routinely respond to situations in which information is sparse.  They respond to calls such as "suspicious person," "suspicious circumstance," "911- hang up," and "alarm sounding" often with no additional information.  If the presence of guns must be assumed, the level of seriousness, tactics used, and necessary precautions taken in response to such calls are elevated.  Tactical changes may include greater reliance on back up officers, assessing and questioning individuals about the presence of weapons, scanning the environment for protective cover, and moving quickly to resolve aggression and threat without limiting the time spent to de-escalate.  Local and state police who are called to assist in campus situations will implement similar precautions and changes in approach. The perception of increased likelihood of situations in which there may be a gun present could simultaneously increase the risk of shooting, intentional or otherwise, by police or campus security while responding to calls.


**Conclusion**

The best available research contradicts many claims and assumptions that underlie policies to allow civilians to bring firearms onto college campuses.  Gun ownership and gun carrying in many states is common, but successful and warranted civilian defensive gun use is relatively rare.  Concealed carry permit holders have passed criminal background checks and, as a group, commit crimes at a relatively low rate.  But, in states with the most lax standards for legal gun ownership, 60% of individuals incarcerated for committing crimes with guns were legal gun owners when they committed their crimes.

22

Some who are legally allowed to own and carry firearms in public places have histories of violence and recklessness. Many states relaxed restrictions on concealed and open carrying of firearms based on claims that such policies reduced violent crime. But the best available evaluations of these policies indicate that these right-to-carry laws increase violence.

Some have blamed rampage shootings, including those on college campuses, on "gun free zones," and they have claimed that the best deterrent to such shootings is to remove virtually all restrictions on civilian gun carrying. Indeed, much of the impetus for policies to allow guns on college campuses has been to reduce mass shootings or the number of casualties from those shootings by enabling armed civilians to intervene.  Yet the number of people shot in mass shootings in the U.S. has increased dramatically during the past decade – a period that coincides with the removal of restrictions on public gun carrying and a push to make gun carrying in public more normative.  New research on fatal mass shootings demonstrates that:  1) right-to-carry laws do not decrease mass shootings or the average number of people shot in those incidents; 2) the overwhelming majority of fatal mass shootings occur in places where guns are allowed; and 3) when rampage shootings do occur, very rarely are they stopped by gun-wielding civilians.

While the net effect of right-to-carry gun policies have negatively impacted public safety broadly, their effects are likely to be far more deleterious when extended to college campuses. Risks for violence, suicide attempts, alcohol abuse, and risky behavior are greatly elevated among college-age youth and in the campus environment.  The presence of firearms greatly increases the risk of lethal and near-lethal outcomes from these behaviors and in this context. Even if allowing more guns on college campuses did have some protective effect against rare mass shootings on campuses – and available evidence suggests that this is not the case – the net effect on the safety of college students, faculty, and staff is likely to be more deaths, more nonfatal gunshot wounds, and more threats with a firearm that are traumatizing to victims.

**Author Bios**

**Daniel W. Webster, ScD, MPH**

Daniel W. Webster, ScD, MPH, is a Professor of Health Policy and Management at the Johns Hopkins Bloomberg School of Public Health, where he serves as Director of the Center for Gun Policy and Research and Deputy Director of Research for the Center for the Prevention of Youth Violence. He is one of the nation's leading researchers studying gun policy and has published numerous articles on the prevention of gun violence, firearm policy, youth gun acquisition and carrying, intimate partner violence, and the prevention of youth violence. He is co-editor and contributor to *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis* (Johns Hopkins University Press, 2013)*.* Dr. Webster helps lead the Johns Hopkins-Baltimore Collaborative for Violence Reduction and conducting studies evaluating the effects of various efforts to reduce violence, including state gun policies, policing strategies focused on deterring gun violence, drug law enforcement practices on gun violence, and a community gun violence prevention initiative. He is also leading a study of Baltimore's underground gun market. Dr. Webster teaches courses in violence prevention at Johns Hopkins Bloomberg School of Public Health.  He has advised the White House, Congressional leaders, state and local officials on policies to reduce gun violence. In 2015, Dr. Webster received the American Public Health Association's David Rall Award for Science-Based Advocacy.

**John J. Donohue, III, PhD, JD**

John J. Donohue III is the C. Wendell and Edith M. Carlsmith professor of law at Stanford University. He is well known for using empirical analysis to determine the impact of law and public policy in a wide range of areas, including examinations of the impact on crime of the death penalty, incarceration, guns, and the legalization of abortion. Other work by Donohue has explored the benefits from stronger efforts to fight racial discrimination in employment and in school funding, and examined the issues involved in the regulation of illegal substances. Before rejoining the Stanford Law School faculty in 2010, Professor Donohue was the Leighton Homer Surbeck professor of law at Yale Law School. Earlier in his career, he was a law professor at Northwestern University as well as a research fellow with the American Bar Association. Additionally, he clerked with Chief Justice T. Emmet Clarie, of the U.S. District Court of Hartford, Connecticut. He is a member of the American Academy of Arts and Sciences, the former empirical editor of the American Law and Economics Review, and the former president of the American Law and Economics Association. He received his B.A. from Hamilton College, his J.D. from Harvard University, and his Ph.D. in economics from Yale University.

**Louis Klarevas, PhD**

Dr. Louis Klarevas is Associate Lecturer in the Department of Global Affairs at the University of Massachusetts – Boston. He is the author of *Rampage Nation: Securing America from Mass Shootings* (Prometheus Books, forthcoming in 2016). A former Senior Fulbright Scholar in Security Studies, he has also taught at American University, George Washington University, the City University of New York, and New York University. During the early phases of the Iraq War, he served as the Defense Analysis Research Fellow at the London School of Economics. Before joining the ranks of academia, he served as a research associate at the United States Institute of Peace. His articles and commentaries have appeared in a variety of prominent news outlets, including The Atlantic, Forbes, The New Republic, The

24

Huffington Post, The New York Daily News, New York Newsday, The Washington Post, The Washington Times, and Vice. He has also appeared as an expert on numerous news networks, including ABC, BBC, CBS, CNN, and NPR. Dr. Klarevas holds a B.A. from the University of Pennsylvania and a Ph.D. in International Relations from the School of International Service at American University.

**Cassandra K. Crifasi, PhD, MPH**

Dr. Crifasi is an Assistant Professor in the Department of Health Policy and Management at the Johns Hopkins Bloomberg School of Public Health and a core faculty member in the Center for Gun Policy and Research and the Center for Injury Research and Policy. Her research focuses on injury epidemiology and prevention, firearm policy, and the development, implementation and evaluation of policies, practices, and procedures on public safety and first responders. She teaches courses in research and evaluation methods for health policy and currently serves as the Deputy Director of the Johns Hopkins-Baltimore Collaborative for Violence reduction. Dr. Crifasi's recent research examined the affect changing state policies have on the assault and homicide of law enforcement officers in the United States. She received her PhD in Health Policy and Management in 2014 from the Johns Hopkins Bloomberg School of Public Health and an MPH in Environmental and Occupational Health from the Drexel University School of Public Health in 2010.

**Jon S. Vernick, JD, MPH**

Jon S. Vernick, JD, MPH, is an Associate Professor of Health Policy and Management at The Johns Hopkins Bloomberg School of Public Health and Co-Director of the Johns Hopkins Center for Gun Policy and Research. Jon Vernick is the primary instructor for courses on Issues in Injury and Violence Prevention, and Public Health and the Law. He is also Co-Director of the MPH/JD Program at Johns Hopkins. Jon Vernick's research has concentrated on ways in which the law and legal interventions can improve the public's health. He is particularly interested in epidemiologic, policy, legal, and ethical issues associated with the prevention of firearm and other injuries. He has also studied legal aspects of motor vehicle safety, tobacco control, public health preparedness, and obesity prevention, having published more than 75 scholarly articles and reports on these and other topics. Prof. Vernick is committed to translating research findings into policy change, regularly working with legislators, media, courts, and advocates to provide information about effective policies. Jon Vernick earned his BA from the Johns Hopkins University, a JD with honors from the George Washington University, and an MPH from the Johns Hopkins Bloomberg School of Public Health.

**David Jernigan, PhD**

David Jernigan, PhD, directs the Center on Alcohol Marketing and Youth (CAMY) and is an Associate Professor in the Department of Health, Behavior and Society at the Johns Hopkins Bloomberg School of Public Health, where he teaches courses on media advocacy, alcohol policy, and campaigning and organizing for public health. He is also co-director of the Maryland Collaborative to Reduce College Drinking and Related Problems, a statewide effort involving 14 institutions of higher education committed to reducing alcohol-related problems on campus and in the surrounding communities. Dr. Jernigan serves on the boards of Behavioral Health System Baltimore and the Global Alcohol Policy

Alliance, and on advisory boards for Cancer Research UK and the UK Center for Tobacco and Alcohol Studies. He has written more than 90 peer-reviewed journal articles, co-authored three books and monographs, and contributed chapters to six books on alcohol issues. He has served as an advisor to the World Bank and the World Health Organization (WHO) and was the principal author of WHO's first Global Status Report on Alcohol and Global Status Report on Alcohol and Youth, and co-author of Alcohol in the Developing World: A Public Health Perspective and Media Advocacy and Public Health: Power for Prevention. He has also trained thousands of students and public health advocates in media advocacy, the strategic use of the mass media to influence public health policy.

**Holly C. Wilcox, PhD**

Holly C. Wilcox, Ph.D is an Associate Professor in the Johns Hopkins School of Medicine Department of Psychiatry and the Bloomberg School of Public Health Department of Mental Health.  Dr. Wilcox has spent the past 25 years actively engaged in suicide prevention in schools, universities, emergency departments, and with the United States Marine Corps.  Dr. Wilcox's most significant contributions have been in three areas: 1) large population-based, prospective cohort studies of youth suicidal behaviors; 2) the evaluation of impact of community-based universal prevention programs targeting youth suicidal behaviors; 3) the identification of biomarkers to inform suicide prevention.  Dr. Wilcox led a national project to identify research needs for data linkage and analyses of linked data to serve as the foundation for a National Institutes of Health Pathway to Prevention workshop on suicide prevention. She is the co-chair of the Suicide Prevention Task Group of the National Network of Depression Centers, a non-profit 501(c)(3) network of 23 leading academic medical centers.  She has offered since 2005 a course at Johns Hopkins entitled *Suicide as a Public Health Problem*.

**Sara B. Johnson, PhD, MPH**

Sara Johnson is Associate Professor of Pediatrics at the Johns Hopkins School of Medicine, with a joint appointment in the Johns Hopkins Bloomberg School of Public Health's Department of Population, Family, and Reproductive Health. She also serves the Director of the Rales Center for the Integration of Health and Education, which is focused on reducing health and educational disparities in children and adolescents using school-based health care and wellness programs. Her research is broadly focused on two areas: 1) how early adversity such as poverty and trauma impacts brain, cognitive, and neuroendocrine system development from the prenatal period to adolescence; and 2) translating developmental science to inform evidence-based health and social policies.

**Sheldon Greenberg, PhD**

Sheldon Greenberg, Ph.D., is Professor of Management in School of Education, Division of Public Safety Leadership.  He served as Associate Dean for more than a decade, during which time he led the Police Executive Leadership Program and established University partnerships with the U.S. Secret Service and U.S. Immigration and Customs Enforcement (ICE).  His primary research interests are police patrol, the relationship between police and public health, police organizational structure, highway safety, campus and school safety, the role of the police in community development, and community organizing.  Prior to

joining Johns Hopkins, Dr. Greenberg served as Associate Director of the Police Executive Research Forum, the nation's largest law enforcement think tank and center for research.  He began his career with the Howard County, MD, Police Department, where he served as a patrol officer, supervisor, and director of the police academy, director of research and planning, and commander of the administrative services bureau.  He worked with the U.S. Marshals Service, U.S. Border Patrol, Department of Justice, and Department of State, as well as with police agencies in Cyprus, Jordan, Kenya, Panama, Hungary, Pakistan, and the Czech Republic.  Dr. Greenberg served on national commissions and task forces on violence in schools, race-based profiling, and police response to people who have mental illness, police recruiting, highway safety, military deployment, and homeland defense.  He serves as a member of the Federal Law Enforcement Training Accreditation Board.


**Emma E. McGinty, PhD**

Dr. McGinty is an Assistant Professor in the Department of Health Policy and Management at JHSPH, and a core faculty member of both the Center for Gun Policy and Research and the Center for Mental Health and Addiction Policy Research. Her research focuses on how public policies affect mental health, substance use, and gun violence. Dr. McGinty's recent research examined the effects of news media coverage of mass shootings by persons with mental illness on Americans' support for gun policies and attitudes toward individuals with serious mental illnesses. At the Center for Gun Policy and Research, Dr. McGinty uses public opinion surveys and message framing experiments to assess public support for gun violence prevention policies and collaborates on studies of the effects of youth-focused firearm restrictions and policies designed to prevent the diversion of guns to criminals.  She received her PhD in Health Policy and Management in 2013 from the JHSPH where she was a Sommer Scholar and received an MS in Health and Behavior Studies from Columbia University in 2006.

## References

1.  18 U.S.C. § 921 et seq.
2.  18 U.S.C. § 927.
3.  18 U.S.C. § 922 (q).
4.  18 U.S.C. § 921 (a) (26).
5.  Law Center to Prevent Gun Violence. Local Authority to Regulate Firearms: Policy Summary. 2016; http://smartgunlaws.org/local-authority-to-regulate-firearms-policy-summary/. Accessed June 28, 2016.
6.  National Conference of State Legislatures. Guns on Campus Overview. 2016; http://www.ncsl.org/research/education/guns-on-campus-overview.aspx. Accessed June 28, 2016.
7.  Max W, Rice DP, Finkelstein E, Bardwell RA, Leadbetter S. The economic toll of intimate partner violence against women in the United States. *Violence Vict.* 2004;19(3):259-272.
8.  Regents of the University of Colorado v. Students for Concealed Carry on Campus, 271 P.2d 496 at 502 (Colorado 2012).
9.  Oregon Firearms Educational Foundation v. Board or Higher Education and Oregon University System, 245 Or. App. 713 (Court of Appeals of Oregon 2011).
10. University of Utah v. Shurtleff, 144 P.3d 1109 (Utah 2006).
11. Florida Carry, Inc. v. University of Florida 190 So. 3d (District Court of Appeal of Florida 2015).
12. Florida Carry, Inc. v. University of North Florida 133 So.3d 966 (District Court of Appeal of Florida 2013).
13. DiGiacinto v. The Rector and Visitors of the George Mason University 704 S.E. 2d 365 (Virginia 2011).
14. District of Columbia v. Heller 554 U.S. 570 (2008).
15. Vernick JS, Rutkow L, Webster DW, Teret SP. Changing the constitutional landscape for firearms: the US Supreme Court's recent Second Amendment decisions. *American journal of public health.* 2011;101(11):2021-2026.
16. Vernick JS. Carrying guns in public: legal and public health implications. *The Journal of Law, Medicine & Ethics.* 2013;41(s1):84-87.
17. Lott Jr JR. More guns, less crime. *University of Chicago Press Economics Books.* 2010.
18. Roosevelt H. 12 Times Mass Shootings Were Stopped by Good Guys with Guns 2015; http://controversialtimes.com/issues/constitutional-rights/12-times-mass-shootings-were-stopped-by-good-guys-with-guns.
19. Lott J. More Guns, Less Crime. Vol 340: Mass Medical Soc; 1999:1599-1600.
20. Duwe G, Kovandzic T, Moody CE. The impact of right-to-carry concealed firearm laws on mass public shootings. *Homicide Studies.* 2002;6(4):271-296.
21. Klarevas L. *RAMPAGE NATION Securing America from Mass Shootings.* Prometheus Books; 2016.
22. Reason Aw. 2016; http://www.armedwithreason.com/. Accessed June 28, 2016.
23. Everytown for Gun Safety. *Analysis of Mass Shootings.* New York, NY, 2015.
24. White MD. Hitting the target (or not): Comparing characteristics of fatal, injurious, and noninjurious police shootings. *Police quarterly.* 2006;9(3):303-330.
25. Thompson A, Price JH, Mrdjenovich AJ, Khubchandani J. Reducing firearm-related violence on college campuses—Police chiefs' perceptions and practices. *Journal of American College Health.* 2009;58(3):247-254.
26. Morrison GB. Police department and instructor perspectives on pre-service firearm and deadly force training. *Policing: An International Journal of Police Strategies & Management.* 2006;29(2):226-245.

28

27.     Kadison R, DiGeronimo TF. *College of the overwhelmed: The campus mental health crisis and what to do about it.* Jossey-Bass; 2004.

28.     Compiling Cases Where Concealed Handgun Permit Holders Have Stopped Mass Public Shootings. 2016; http://crimeresearch.org/2015/04/uber-driver-in-chicago-stops-mass-public-shooting/. Accessed July 12, 2016.

29.     Volokh E. Do Citizens (Not Police Officers) with Guns Ever Stop Mass Shootings? *Washington Post,* 2015.

30.     Blair JP, Schweit K. A study of active shooter incidents, 2000-2013. Texas State University and Federal Bureau of Investigation, US Department of Justice. *Washington DC: US Department of Justice.* 2014.

31.     Violence Policy Center. *Mass Shootings Involving Concealed Carry Killers.* Washington, DC2016.

32.     Hemenway D, Solnick SJ. The epidemiology of self-defense gun use: Evidence from the National Crime Victimization Surveys 2007–2011. *Preventive medicine.* 2015;79:22-27.

33.     Kleck G, DeLone MA. Victim resistance and offender weapon effects in robbery. *Journal of Quantitative Criminology.* 1993;9(1):55-81.

34.     Schnebly SM. An examination of the impact of victim, offender, and situational attributes on the deterrent effect of defensive gun use: A research note. *Justice Quarterly.* 2002;19(2):377-398.

35.     Vittes KA, Vernick JS, Webster DW. Legal status and source of offenders' firearms in states with the least stringent criteria for gun ownership. *Injury Prevention.* 2013;19(1):26-31.

36.     Hemenway D, Azrael D, Miller M. Gun use in the United States: results from two national surveys. *Injury Prevention.* 2000;6(4):263-267.

37.     Kleck G, Gertz M. Armed resistance to crime: the prevalence and nature of self-defense with a gun. *J Crim L & Criminology.* 1995;86:150.

38.     Crime in the United States, 1995. In: Justice UDo, ed. Washington, DC1996.

39.     Wellford CF, Pepper JV, Petrie CV. Firearms and violence: A critical review. Committee to Improve Research Information and Data on Firearms. Washington, DC: The National Academies Press; 2005.

40.     Lott J, John R, Mustard DB. Crime, deterrence, and right-to-carry concealed handguns. *The Journal of Legal Studies.* 1997;26(1):1-68.

41.     Durlauf SN, Navarro S, Rivers DA. *Model Uncertainty and the Effect of Shall-issue Right-to-carry Laws on Crime.* National Bureau of Economic Research;2015.

42.     Roeder OK, Eisen L-B, Bowling J, Stiglitz JE, Chettiar IM. What caused the crime decline? *Columbia Business School Research Paper.* 2015(15-28).

43.     Phillips CD, Nwaiwu O, McMaughan Moudouni DK, Edwards R, Lin S-h. When Concealed Handgun Licensees Break Bad: Criminal Convictions of Concealed Handgun Licensees in Texas, 2001–2009. *American journal of public health.* 2013;103(1):86-91.

44.     Swanson JW, Sampson NA, Petukhova MV, et al. Guns, Impulsive Angry Behavior, and Mental Disorders: Results from the National Comorbidity Survey Replication (NCS-R). *Behavioral sciences & the law.* 2015;33(2-3):199-212.

45.     Everytown for Gun Safety. *Analysis of School Shootings - Appendix: School Shootings in America 2013-2015.* 2016.

46.     Giedd J, Blumenthal J, Jeffries N, et al. Brain development during childhood and adolescence: a longitudinal MRI study. *Nat Neurosci.* 1999;2(10):861-863.

47.     Giedd JN. The teen brain: insights from neuroimaging. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine.* 2008;42(4):335-343.

48.     Johnson SB, Blum RW, Giedd JN. Adolescent maturity and the brain: the promise and pitfalls of neuroscience research in adolescent health policy. *J Adolesc Health.* 2009;45(3):216-221.

49.     Casey BJ. Beyond simple models of self-control to circuit-based accounts of adolescent behavior. *Annual review of psychology.* 2015;66:295-319.

50.     Johnson S, Giedd J. Normal brain development and child/adolescent policy. In: N. Levy JC, M Farah (Eds). ed. *Springer Handbook of Neuroethics.* New York: Springer; 2015.

51.     Sisk CL, Zehr JL. Pubertal hormones organize the adolescent brain and behavior. *Frontiers in Neuroendocrinology.* 2005;26(3–4):163-174.

52.     Casey BJ, Getz S, Galvan A. The adolescent brain. *Dev Rev.* 2008;28(1):62-77.

53.     Somerville L, Jones R, Casey B. A time of change: Behavioral and neural correlates of adolescent sensitivity to appetitive and aversive environmental cues. *Brain Cogn.* 2010;72(1):124-133.

54.     Lupien S, McEwen B, Gunnar M, Heim C. Effects of stress throughout the lifespan on the brain, behaviour and cognition. *Nat Rev Neurosci.* 2009;10(6):434-445.

55.     Dreyfuss M, Caudle K, Drysdale AT, et al. Teens Impulsively React rather than Retreat from Threat. *Developmental Neuroscience.* 2014;36(3-4):220-227.

56.     Chein J, Albert D, O'Brien L, Uckert K, Steinberg L. Peers increase adolescent risk taking by enhancing activity in the brain's reward circuitry. *Developmental science.* 2011;14(2):F1-10.

57.     Sebastian C, Viding E, Williams KD, Blakemore S-J. Social brain development and the affective consequences of ostracism in adolescence. *Brain and Cognition.* 2010;72(1):134-145.

58.     Dreyfuss M, Caudle K, Drysdale AT, et al. Teens Impulsively React rather than Retreat from Threat. *Developmental Neuroscience.* 2014;36(3-4):220-227.

59.     Hunt J, Eisenberg D. Mental health problems and help-seeking behavior among college students. *Journal of Adolescent Health.* 2010;46(1):3-10.

60.     Kessler RC, Berglund P, Demler O, Jin R, Merikangas KR, Walters EE. Lifetime prevalence and age-of-onset distributions of DSM-IV disorders in the National Comorbidity Survey Replication. *Archives of general psychiatry.* 2005;62(6):593-602.

61.     Kawa I, Carter JD, Joyce PR, et al. Gender differences in bipolar disorder: age of onset, course, comorbidity, and symptom presentation. *Bipolar disorders.* 2005;7(2):119-125.

62.     Eisenberg D, Gollust SE, Golberstein E, Hefner JL. Prevalence and correlates of depression, anxiety, and suicidality among university students. *American Journal of Orthopsychiatry.* 2007;77(4):534-542.

63.     Eisenberg D, Hunt J, Speer N, Zivin K. Mental health service utilization among college students in the United States. *The Journal of nervous and mental disease.* 2011;199(5):301-308.

64.     American College Health Association. *National College Health Assessment: Spring 2015 Reference Group Executive Summary.* American College Health Association;2015.

65.     Schwartz AJ. Rate, Relative Risk, and Method of Suicide by Students at 4-Year Colleges and Universities in the United States, 2004–2005 through 2008–2009. *Suicide and life-threatening behavior.* 2011;41(4):353-371.

66.     Romero MP, Wintemute GJ. The epidemiology of firearm suicide in the United States. *Journal of Urban Health.* 2002;79(1):39-48.

67.     Miller M, Azrael D, Barber C. Suicide mortality in the United States: the importance of attending to method in understanding population-level disparities in the burden of suicide. *Annual review of public health.* 2012;33:393-408.

68.     Miller M, Azrael D, Hemenway D. Firearm availability and unintentional firearm deaths, suicide, and homicide among 5–14 year olds. *Journal of Trauma and Acute Care Surgery.* 2002;52(2):267-275.

69.     Center for Disease Control and Prevention. WISQARS - Fatal Injury Reports, 2014. 2016; http://www.cdc.gov/injury/wisqars/fatal_injury_reports.html. Accessed June 3, 2016.

70.     Spicer RS, Miller TR. Suicide acts in 8 states: incidence and case fatality rates by demographics and method. *American Journal of Public Health.* 2000;90(12):1885.

71. Gogtay N, Giedd JN, Lusk L, et al. Dynamic mapping of human cortical development during childhood through early adulthood. *Proceedings of the National academy of Sciences of the United States of America.* 2004;101(21):8174-8179.

72. Insel BJ, Gould MS. Impact of modeling on adolescent suicidal behavior. *Psychiatric Clinics of North America.* 2008;31(2):293-316.

73. Hawton K. Assessment of suicide risk. *The British Journal of Psychiatry.* 1987.

74. Mann JJ, Waternaux C, Haas GL, Malone KM. Toward a clinical model of suicidal behavior in psychiatric patients. *American Journal of Psychiatry.* 1999;156(2):181-189.

75. Shaffer D, Craft L. Methods of adolescent suicide prevention. *Journal of Clinical Psychiatry.* 1999.

76. Brent DA. Firearms and suicide. *Annals of the New York Academy of Sciences.* 2001;932(1):225-240.

77. Kellermann AL, Rivara FP, Somes G, et al. Suicide in the home in relation to gun ownership. *New England Journal of Medicine.* 1992;327(7):467-472.

78. Grossman DC, Mueller BA, Riedy C, et al. Gun storage practices and risk of youth suicide and unintentional firearm injuries. *Jama.* 2005;293(6):707-714.

79. Arias E, Anderson RN, Kung H-C, Murphy SL, Kochanek KD. Deaths: final data for 2001. *National vital statistics reports.* 2003;52(3):1-116.

80. Brent DA, Perper JA, Allman CJ, Moritz GM, Wartella ME, Zelenak JP. The presence and accessibility of firearms in the homes of adolescent suicides: a case-control study. *jama.* 1991;266(21):2989-2995.

81. Crifasi CK, Meyers JS, Vernick JS, Webster DW. Effects of changes in permit-to-purchase handgun laws in Connecticut and Missouri on suicide rates. *Preventive medicine.* 2015;79:43-49.

82. Barber CW, Miller MJ. Reducing a suicidal person's access to lethal means of suicide: a research agenda. *American journal of preventive medicine.* 2014;47(3):S264-S272.

83. Webster DW VJ, Zeoli AM, Manganello JA. Effects of youth-focused firearm laws on youth suicides. *JAMA.* 2004;292:594-601.

84. Miller M, Lippmann SJ, Azrael D, Hemenway D. Household firearm ownership and rates of suicide across the 50 United States. *Journal of Trauma and Acute Care Surgery.* 2007;62(4):1029-1035.

85. Pernanen K. *Alcohol in human violence.* New York: The Guilford Press; 1991.

86. Pernanan K. Prevention of alcohol-related violence. *Contemporary Drug Problems.* 1998;25(3):477-509.

87. Substance Abuse and Mental Health Services Administration (SAMHSA). Results from the 2014 National Survey on Drug Use and Health: Detailed Tables. 2015; http://www.samhsa.gov/data/sites/default/files/NSDUH-DetTabs2014/NSDUH-DetTabs2014.htm#tab6-89b. Accessed June 3, 2016.

88. Zhang L, Welte JW, Wieczorek WW. The role of aggression-related alcohol expectancies in explaining the link between alcohol and violent behavior. *Subst Use Misuse.* 2002;37(4):457-471.

89. Witte TH, Kopkin MR, Hollis SD. Is it dating violence or just "drunken behavior"? Judgments of intimate partner violence when the perpetrator is under the influence of alcohol. *Subst Use Misuse.* 2015;50(11):1421-1426.

90. Centers for Disease Control and Prevention. Alcohol-Related Disease Impact Software. 2015; http://apps.nccd.cdc.gov/DACH_ARDI/Default/Default.aspx. Accessed December 16, 2015.

91. Hingson R, Heeren T, Winter M, Wechsler H. Magnitude of alcohol-related mortality and morbidity among U.S. college students ages 18-24: Changes from 1998 to 2001. *Annual Review of Public Health.* 2005;26:259-279.

92. Greenfeld LA. Alcohol and Crime: An Analysis of National Data on the Prevalence of Alcohol Involvement in Crime. 1998; http://www.bjs.gov/content/pub/pdf/ac.pdf. Accessed June 3, 2016.

93. Zinzow HM, Thompson M. Factors associated with the use of verbally coercive, incapacitated, and forcible sexual assault tactics in a longitudinal study of college men. *Aggressive Behavior.* 2015;41:34-43.

94. Devries KM, Child JC, Bacchus LJ, et al. Intimate partner violence victimization and alcohol consumption in women: A systematic review and meta-analysis. *Addiction.* 2013;109(3):379-391.

95. Scribner RA, Mason KE, Simonsen NR, et al. An ecological analysis of alcohol-outlet density and campus-reported violence at 32 U.S. colleges. *Journal of Studies on Alcohol and Drugs.* 2010;71(2):184-191.

96. Miller M, Hemenway D, Wechsler H. Guns at college. *Journal of American College Health.* 1999;48(1):7-13.

97. Miller M, Hemenway D, Wechsler H. Guns and gun threats at college. *Journal of American College Health.* 2002;51(2):57-65.

98. Lester D, Geller W, Toch H. Officer attitudes toward police use of force. *Police violence: Understanding and controlling police abuse of force.* 1996:180-190.

99. Engel RS, Smith MR. Perceptual distortion and reasonableness during police shootings: Law, legitimacy, and future research. *Criminology & Public Policy.* 2009;8(1):141-151.

100. Nieuwenhuys A, Oudejans RàuR. Effects of anxiety on handgun shooting behavior of police officers: A pilot study. *Anxiety, Stress, & Coping.* 2010;23(2):225-233.

101. Doerner WG, Ho T. SHOOT--DON'T SHOOT: POLICE USE OF DEADLY FORCE UNDER SIMULATED FIELD CONDITIONS. *Journal of Crime and Justice.* 1994;17(2):49-68.

102. Vila BJ, Morrison GB. Biological limits to police combat handgun shooting accuracy. *Am J Police.* 1994;13:1.

103. Oudejans R. Reality-based practice under pressure improves handgun shooting performance of police officers. *Ergonomics.* 2008;51(3):261-273.

104. Greenberg SF. State of security at US colleges and universities: A national stakeholder assessment and recommendations. *Disaster medicine and public health preparedness.* 2007;1(S1):S47-S50.

105. Deisinger G, Randazzo M, O'Neill Dàl, Savage J. *The handbook for campus threat assessment & management teams.* Applied Risk Management Stoneham, MA; 2008.

106. Thompson A, Price JH, Mrdjenovich AJ, Khubchandani J. Reducing firearm-related violence on college campuses--Police chiefs' perceptions and practices. *Journal of American College Health.* 2009;58(3):247-254.

107. Griffin OR. Constructing a legal and managerial paradigm applicable to the modern-day safety and security challenge at colleges and universities. *Louis ULJ.* 2009;54:241.

108. Bouffard JA, Nobles MR, Wells W, Cavanaugh MR. How many more guns? Estimating the effect of allowing licensed concealed handguns on a college campus. *Journal of interpersonal violence.* 2012;27(2):316-343.

# EXHIBIT 6

Date of Hearing:   August  13, 2013
Counsel:          Shaun Naidu

## ASSEMBLY COMMITTEE ON PUBLIC SAFETY
### Tom Ammiano,  Chair

### SB 683 (Block) – As Amended:  August 7, 2013

SUMMARY:  Extends the safety certificate  requirement  for handguns  to all firearms  and requires  the performance  of a safe handling  demonstration  to receive  a long gun.  Specifically, this bill:

1)  Starting  January 1, 2015, extends the safety certificate  requirement  for handguns  to all firearms  and makes conforming  changes.

2)  Requires  long-gun  recipients,  except as specified,  to perform  a safe handling  demonstration before  receiving  that firearm  from a licensed  firearm  dealer.  Requires  the Department  of Justice  (DOJ) to adopt regulations  by January 1, 2015 establishing  a long-gun  safe-handling demonstration  that includes,  at a minimum,  loading  and unloading  the long gun.

3)  Exempts  individuals  with valid current-season hunting  licenses,  or valid hunting  licenses from the hunting  season immediately  preceding  the calendar  year, from the firearm  safety certificate  requirement  when acquiring  a firearm  other than handguns.  This exemption  is in addition  to the current list of exemptions  to the handgun  safety certificate  requirements.

4)  Exempts  individuals  with unexpired  handgun  safety certificates  from the firearm  safety certificate  requirement  when acquiring  only handguns.

EXISTING LAW:

1)  Prohibits  a dealer, except as specified,  from delivering  a handgun  unless the person receiving the handgun  presents  to the dealer a valid handgun  safety certificate.  (Penal Code Section 26840.)

2)  Punishes  as a misdemeanor  any person who purchases  or receives  any handgun,  except as specified,  without  a valid handgun  safety certificate  or any person who sells, delivers,  loans, or transfers  any handgun,  except as specified,  to a person who does not have a valid handgun safety certificate.  (Penal Code Section 31615.)

3)  Requires  the safety certificate  applicant to complete and pass a written test prescribed by DOJ and administered  by a DOJ-certified  instructor.  The test must cover, but is not limited to, the following:

a)  The laws applicable  to carrying  and handling  firearms,  particularly  handguns;

b)  The responsibilities  of ownership  of firearms,  particularly  handguns;

c)  Current law as it relates to the sale and transfer of firearms laws;

d)  Current law as it relates to the permissible use of lethal force;

e)  What constitutes safe firearm storage;

f)  Risks associated with bringing handguns into the home; and,

g)  Prevention strategies to address issues associated with bringing firearms into the home. (Penal Code Section 31640.)

4)  Authorizes a certified instructor who administers the handgun safety test to charge a fee of $25, $15 of which is to be paid to DOJ to cover DOJ's cost in carrying out and enforcing provisions relating to the handgun safety certificate and other specified provisions of law. (Penal Code Section 31650.)

5)  Provides that DOJ shall develop handgun safety certificates, which expire 5 years after the date of issue, to be issued by DOJ-certified instructors to those persons who have complied with specified requirements. A handgun safety certificate shall include, but not be limited to, the following information:

a)  A unique handgun safety certificate identification number;

b)  The holder's full name;

c)  The holder's date of birth;

d)  The holder's driver's license or identification number;

e)  The holder's signature;

f)  The signature of the issuing instructor; and,

g)  The date of issuance.  (Penal Code Section 31655.)

6)  Exempts the following persons from the handgun safety certificate requirement:

a)  Any active or honorably-retired peace officer, as defined;

b)  Any active or honorably-retired deferral officer or law enforcement agent;

c)  Any reserve peace officer, as defined;

d)  Any person who has successfully completed the specified peace officer training course;

e)  A licensed firearms dealer, as specified;

f)  A federally-licensed collector, as specified;

g) A person to whom a firearm is being returned, where the person receiving the firearm is the owner of the firearm;

h) A family member of a peace officer killed in the line who is obtaining the firearm of the slain officer;

i) Any individual who has a valid concealed weapons permit, who is authorized to carry a loaded firearm, or who is the holder of a special weapons permit, as specified;

j) An active or honorably-retired member of the United States Armed Forces, the National Guard, the Air National Guard, or the other active reserve components of the United States. (Penal Code Section 31700(a).)

FISCAL EFFECT:   Unknown

COMMENTS:

1) Author's Statement:  According to the author, "SB 683 is about education and preventing unintended injuries. Currently anyone age 18 or older can buy a long gun without having to show that he or she understands how to safely use and properly store it in the home. Long guns can be just as dangerous as hand guns. And long gun laws are just as complicated as hand gun laws. So it makes sense to establish similar requirements to buy a long gun as those required to purchase a hand gun.

"The purpose of the current Handgun Safety Certificate is to ensure that persons who buy a handgun have a basic familiarity with the firearm and are aware of the laws that govern gun ownership. This bill expands this program by establishing the Firearm Safety Certificate which seeks to generate more responsible, law-abiding gun owners by requiring every purchaser to take a written objective test that covers California laws applicable to the handling of both hand guns and long guns, the responsibilities of firearm ownership, the private transfer of firearms, and safe firearm storage."

2) Safety Certificate Background:  Beginning in 1993, possession of a handgun safety certificate was required to transfer firearms. The Department of Justice was required to create the requisite process to obtain a handgun safety certificate. Exemptions were provided for specified classes of persons who did not need to either successfully take the course or challenge the course with a specified exam.

Senate Bill 52 (Scott), Chapter 942, Statutes of 2001, repealed the basic firearms safety certificate scheme and replaced it with the more stringent handgun safety certificate scheme. SB 52 provided that, effective January 1, 2003, no person may purchase, transfer, receive, or sell a handgun without a Handgun Safety Certificate (HSC).

This bill would extend what currently is a requirement for handgun buyers to learn basic safety and laws regarding handguns to instead include this requirement to buyers of all firearms. The subjects covered would be:

a) The laws applicable to carrying and handling firearms;

b)  The responsibilities of ownership of firearms;

c)  Current law as it relates to the sale and transfer of firearms;

d)  Current law as it relates to the permissible use of lethal force;

e)  What constitutes safe firearm storage;

f)  Risks associated with bringing a firearm into the home; and,

g)  Prevention strategies to address issues associated with bringing firearms into the home.

3)  Hunting License v. Firearm Safety Certificate:  California requires any person hunting, pursuing, catching, capturing, killing, or attempting any of these actions on, birds or mammals to have a hunting license issued by this state. (Fish and Game Code (FGC) Sections 86 and 1054.2.) In order to obtain a California hunting license, the state "requires all first time resident hunters, regardless of age, to complete hunter education training or pass a comprehensive equivalency test before purchasing a hunting license." (California Department of Fish and Wildlife, *California Hunter Education Program* <http://www.dfg.ca.gov/huntered/> [as of Aug. 7, 2013]; FGC Sections 1053.5 and 3050.) Consequently, "[e]ach year approximately 30,000 students complete the state's ten-hour minimum hunter education course." (California Department of Fish and Wildlife, *California Hunter Education Program*, supra.) A hunting license generally is valid for one year from July 1 to June 30. (FGC Section 3037.) Additionally, California allows the issuance of a lifetime hunting license for state residents of any age. (FGC Section 3031.2.)

Topics covered by the hunting education course generally are Introduction to Hunter Education, Hunting Safety, Hunter Responsibility, Outdoor Safety, Wildlife Conservation, and Hunting Opportunities. (See, e.g., International Hunter Education Association, *Introduction to Hunter Education* <http://homestudy.ihea.com/> [as of Aug. 7, 2013].) The amount of firearm safety information included in the hunting education course is more extensive than that in the safety certificate education component prompting the exemption in this bill from the safety certificate requirement for those in possession of a hunting license. An argument, however, can be made that while the hunting education requirement is more intensive and extensive, it does not cover all aspects included by the safety certificate education component (such as the applicable laws regarding the sale and transfer of firearms and persons ineligible to possess firearms) which would be useful to all firearm owners.

4)  Loaning of Long Guns:  Under existing law, there is an exception for a minor possessing a handgun safety certificate when a handgun is temporarily loaned for the purpose of the minor engaging in lawful, recreational sport (such as competitive shooting) or other specified activities.  (Penal Code Section 31810.) As argued in its opposition letter, the California Waterfowl Association notes that this bill "is impractical in cases where firearms need to be temporarily loaned to others, particularly youth, for hunting or other recreational shooting purposes while participants are in the field or at a shooting range. In such cases, it would not likely be possible for someone to obtain a safety certificate in a timely manner." This bill does not create a loan-to-minors exception to the firearm safety certificate, the author may wish to address the inconsistency that this bill will create between long guns and handguns.

5) Argument in Support:  According to the Law Center to Prevent Gun Violence, "SB 683 would require *every* firearm purchaser to have a valid Firearm Safety Certificate before buying a weapon, regardless of whether the firearm to be acquired is a handgun or a long gun.  This expansion reflects the prominent role that long guns (rifles and shotguns) play in our gun violence epidemic.  For example, of the 26,682 crime guns entered into the state's Automated Firearm System (AFS) database in 2009, 11,500 were long guns.  Moreover, requiring long gun owners to obtain a Firearm Safety Certificate will help ensure that all gun owners know how to handle their weapons safely and understand their responsibilities under California law.

"Expanding the certificate requirement to apply to all firearm buyers is a reasonable method of making sure that gun owners are informed about basic principles of gun safety and California law while imposing only a minimal burden upon them."

6) Argument in Opposition:  According to the California Association of Federal Firearms Licensees, "This measure would make the qualification test for a '*firearm* safety certificate' unnecessarily difficult as it will require detailed knowledge of the many firearm types that a purchaser doesn't – and may never – own.

"Handgun purchasers seeking to exercise Second Amendment rights acknowledged by the U.S. Supreme County in *D.C., et al. v. Heller*, 128 S.Ct. 2783 (2008), would no longer just need to know the details of handguns.  Under SB 683, they would also need to learn, know, and pass a test on the intricacies of firearm categories like rifles, shotguns, other long guns, and firearms Federally [sic] classified as Any Other Weapons, each having myriad action types such as lever, pump, semi-automatic, single-shot, and others – this despite the fact that they may never chose to own any of them."

7) Prior Legislation:

   a) AB 35 (Shelley), Chapter 940, Statutes of 2001, required any person who wants to purchase or otherwise transfer a handgun, except as specified, to obtain a handgun safety certificate.  Enactment of AB 35 was contingent upon the enactment of SB 52, with the bill that was chaptered last establishing the handgun safety certificate scheme.

   b) SB 52 (Scott), Chapter 942, Statutes of 2001, required any person who wants to purchase or otherwise transfer a handgun, except as specified, to obtain a handgun safety certificate.  Enactment of SB 52 was contingent upon the enactment of AB 35, with the bill that was chaptered last establishing the handgun safety certificate scheme.

REGISTERED SUPPORT / OPPOSITION:

Support

Courage Campaign (Sponsor)
American Academy of Pediatrics, California
American Association of University Women, Santa Barbara-Goleta Valley Branch
Anti-Defamation League
Auburn Area Democratic Club
Bend the Arc: Jewish Partnership for Justice

Brady Campaign to Prevent Gun Violence, California Chapter
Brady Campaign to Prevent Gun Violence, Orange County Chapter
California Church IMPACT
California Medical Association
City of Santa Monica
Clergy & Laity United for Economic Justice
Coalition Against Gun Violence, A Santa Barbara County Coalition
Coalition to Stop Gun Violence
CREDO Action
Diablo Valley Democratic Club
Doctors for America
Jewish Public Affairs Committee of California
Laguna Woods Democratic Club
Law Center to Prevent Gun Violence
League of Women Voters of California
Los Angeles Mayor Antonio Villaraigosa (former)
Nevada County Democratic Women's Club
PICO California
Santa Barbara Rape Crisis Center
Tri-Cities Democratic Forum
Women Against Gun Violence
Women For: Orange County
Violence Prevention Coalition of Greater Los Angeles
Violence Prevention Coalition of Orange County
Youth ALIVE!

Eleven private individuals

<u>Opposition</u>

California Association of Federal Firearms Licensees
California Rifle and Pistol Association, Inc.
California Waterfowl Association

<u>Analysis Prepared by</u>:   Shaun Naidu / PUB. S. / (916) 319-3744

# EXHIBIT 7

State *of* California Department *of* Justice

   



# XAVIER BECERRA

## *Attorney General*

| | Search |

Translate Website | Traducir Sitio Web

# Frequently Asked Questions

Home   /   Firearms   /   Firearm Safety Certificate   /   *Frequently Asked Questions*

# Firearm Safety Certificate Program

## Links to Topics below

General FAQs

Certified Instructor FAQs

Firearms Dealers' FAQs

Certified Instructor Training (Comparable Entity) FAQs

## General FAQs

1. What are the Firearm Safety Certificate requirements?

2. What are the exemptions from the Firearm Safety Certificate requirement?

3. If I already have a Handgun Safety Certificate, do I still need a Firearm Safety Certificate?

4. Do I need a Firearm Safety Certificate if I begin a long gun transaction prior to January 1, 2015, but don't take possession of the long gun until after December 31, 2014?

5. How do I get a Firearm Safety Certificate?

6. How much does the Firearm Safety Certificate cost?

7. Are there any minimum qualifications/requirements for a person who wants to take the Firearm Safety Certificate Test?

8. How can I prepare for the Firearm Safety Certificate Test?

9. How can I get a Firearm Safety Certificate Study Guide?

10. If I don't pass the test, can I take it again?

11. How long is a Firearm Safety Certificate valid?

12. If I lose my Firearm Safety Certificate can I get a replacement?

13. Do I need a Firearm Safety Certificate if I am receiving a firearm from my mother or father?

14. Do I have to carry my Firearm Safety Certificate with me whenever I possess or transport my firearm?

15. Is a Firearm Safety Certificate required when a firearm is being loaned?

16. I am moving into California and intend to bring my firearm with me. Do I need a Firearm Safety Certificate?

17. What is the "safe handling demonstration" requirement?

18. When must the safe handling demonstration take place?

19. What are the exemptions to the safe handling demonstration requirement?

Back To Top

1. **What are the Firearm Safety Certificate requirements?**

- ○ Prior to purchasing or acquiring a firearm, unless exempted, you must have a valid Firearm Safety Certificate (FSC). You must present your FSC to the firearms dealer at the time you begin a transaction to purchase or acquire a firearm.

2. **What are the exemptions from the Firearm Safety Certificate requirement?**

   - ○ There are several FSC requirement exemptions. In addition to the previous Handgun Safety Certificate (HSC) exemptions, a person issued a valid hunting license is exempt from the FSC requirement for long guns only. (Pen. Code, § 31700, subd. (c).)

3. **If I already have a Handgun Safety Certificate, do I still need a Firearm Safety Certificate?**

   - ○ o A valid HSC can still be used to purchase/acquire handguns until it expires. For long gun purchases/acquisitions made on or after January 1, 2015, an FSC is required. An FSC can be used to purchase/acquire both handgun and long guns.

4. **Do I need a Firearm Safety Certificate if I begin a long gun transaction prior to January 1, 2015, but don't take possession of the long gun until after December 31, 2014?**

   - ○ Yes. Effective January 1, 2015, an FSC must be obtained prior to taking possession of a long gun, regardless of when the DROS transaction was initiated.

5. **How do I get a Firearm Safety Certificate?**

   - ○ To obtain an FSC you must score at least 75% (23 correct answers out of 30 questions) on the FSC Test covering firearm safety and basic firearms laws. The true/false and multiple choice test is administered by Instructors certified by the Department of Justice who are generally located at firearms dealerships.

6. **How much does the Firearm Safety Certificate cost?**

○ The fee for taking the FSC Test and obtaining an FSC is twenty-five dollars
($25). The $25 fee entitles you to take the test twice (from the same DOJ
Certified Instructor) if necessary.

7. **Are there any minimum qualifications/requirements for a person who
wants to take the Firearm Safety Certificate Test?**

○ Yes. The FSC applicant must be at least 18 years of age and must present
clear evidence of identity and age by presenting a California Driver License
or California Department of Motor Vehicles Identification Card.

8. **How can I prepare for the Firearm Safety Certificate Test?**

○ The best way to prepare for the FSC Test is to read the FSC Study Guide.
The study guide contains all the information necessary to pass the test.
The FSC webinar is also a useful study tool.

9. **How can I get a Firearm Safety Certificate Study Guide?**

○ The FSC Study Guide is available to view or download from this website at
http://www.oag.ca.gov/sites/all/files/agweb/pdfs/firearms/forms/hscsg.pdf
.

10. **If I don't pass the test, can I take it again?**

○ Yes. The $25 fee entitles you to take the test twice if necessary. If you fail
the test the first time, you may retake another version of the test from the
**same** DOJ Certified Instructor without any additional fee after 24 hours
have elapsed. The DOJ Certified Instructor is required to offer or make
available to you the FSC Study Guide or refer you to view the webinar.

11. **How long is a Firearm Safety Certificate valid?**

○ An FSC is valid for five years from the date of issuance.

12. **If I lose my Firearm Safety Certificate can I get a replacement?**

○ Yes. A replacement FSC is available only through the DOJ Certified
Instructor who issued your FSC. The FSC replacement cost is $5. The
replacement FSC will reflect the same expiration date as your original FSC.

13. **Do I need a Firearm Safety Certificate if I am receiving a firearm from my mother or father?**

   ○ Yes. Prior to taking possession of the firearm, you must have a valid FSC. Pursuant to Penal Code section 27875, subdivison (c), within 30 days of the transfer, you must also report the acquisition to DOJ on Form BOF 4544, pdf.

14. **Do I have to carry my Firearm Safety Certificate with me whenever I possess or transport my firearm?**

   ○ No. Mere possession/ownership of a firearm does not require an FSC. However, you do have to present your FSC to the firearms dealer at the time you begin a transaction to purchase/acquire a firearm.

15. **Is a Firearm Safety Certificate required when a firearm is being loaned?**

   ○ It depends on the specific circumstances. Generally, a person being loaned a firearm must have a current FSC. However, an FSC is not required if the loan does not exceed three days in duration **and** the person loaning the firearm is at all times within the presence of the person being loaned the firearm.

16. **I am moving into California and intend to bring my firearm with me. Do I need a Firearm Safety Certificate?**

   ○ No, you do not need an FSC to move into California with your firearm. However, there are important rules related to personal firearm importation that must be followed, and which are explained on this website. (Pen. Code, § 17000.)

17. **What is the "safe handling demonstration" requirement?**

   ○ The safe handling demonstration is a statutory requirement that firearm purchasers/recipients execute a series of specific steps related to safely loading and unloading the firearm. The safe handling demonstration must be performed under the supervision of a DOJ Certified Instructor, and the

Case 3:19-cv-01226-L-AHG   Document 25-2   Filed 12/27/19   PageID.4955   Page 169 of 193

purchaser must sign an affidavit attesting to the completion of the safe handling demonstration. The performance steps of a successful safe handling demonstration can be found beginning on page 45 of the Firearm Safety Certificate Study Guide, pdf .

18. **When must the safe handling demonstration take place?**

    ○ The safe handling demonstration must be performed on or after the date the Dealer Record of Sale (DROS) is submitted to DOJ, and prior to the delivery of the firearm. You may find it helpful to perform the safe handling demonstration prior to actually initiating the DROS to ensure that you will be able to take possession of the make and model you select.

19. **What are the exemptions to the safe handling demonstration requirement?**

    ○ The exemptions to the safe handling demonstration are the same as the exemptions from the FSC requirement. If a firearm purchaser/recipient has a valid exemption from the FSC requirement, he or she is also exempt from the safe handling demonstration requirement. A copy of the proof of exemption documentation must be retained with the original DROS, but a Safe Handling Demonstration Affidavit would not be required.

Back To Top

---

# Certified Instructor FAQs

1. What is the DOJ Certified Instructor's role in the Firearm Safety Certificate Program?

2. What are the qualifications for becoming a DOJ Certified Instructor?

3. Where can I obtain the firearms safety instruction training that will qualify me to obtain DOJ Certified Instructor certification?

# EXHIBIT 8

Active Programs (/programs/california)  |  Update registration (/users/login)  |  Cancel registration (/users/login)



MANAGED AND APPROVED BY:

# California Department of Fish & Wildlife

https://www.wildlife.ca.gov/ (https://www.wildlife.ca.gov/)

# Upcoming Events

---

## Online Course and Follow-Up Class

### Overview

This is a 2 component course. Students must complete an Online Course prior to attending a Follow-Up Class. The Follow-Up is a review only of what the student has learned online.

**STOP** All students are required to obtain a California Get Outdoors ID (GO ID) prior to registering for California Hunter Education courses. **If you are a previous CDFW license holder (i.e. Fishing), your GO ID is printed on the license above your name.**

Click here (https://www.ca.wildlifelicense.com/InternetSales/CustomerSearch/Begin) to get a GO ID. Click here (https://wildlife.ca.gov/Hunter-Education/GetGOID) for instructions.

---

## Find events near you

Use my current location   — OR —   Use a ZIP Code

---

**DECEMBER 2019**

| | |
|---|---|
| **DEC**<br>**18**<br>**WED** | **Online Course and Follow-Up Class (/events/view/137502)**<br>**Registration Open**   6 of 30 seats remaining<br><br>LOCATION & SCHEDULE<br>**Santa Maria Gun Club**   Santa Maria, CA 93454<br>Wednesday, December 18, 2019   6:00pm - 10:00pm |
| **DEC**<br>**19**<br>**THU** | **Online Course and Follow-Up Class (/events/view/139982)**<br>**Full Event with Wait List**   0 of 34 seats remaining<br><br>LOCATION & SCHEDULE<br>**American Legion Post 555**   Midway City, CA 92655<br>Thursday, December 19, 2019   4:30pm - 9:30pm |
| **DEC** | **Online Course and Follow-Up Class (/events/view/152792)**<br>**Registration Open**   15 of 20 seats remaining |



**20**
FRI

LOCATION & SCHEDULE
**Shasta Lake Firearms Instruction**   Redding, CA 96003
Friday, December 20, 2019   4:00pm - 8:00pm

---

DEC
**21**
SAT

## Online Course and Follow-Up Class (/events/view/133758)

**Registration Closed**   0 of 22 seats remaining

**LOCATION & SCHEDULE**
**Redondo Rod & Gun Club**   Redondo Beach, CA 90278
Saturday, December 21, 2019   8:00am - 12:00pm

---

DEC
**21**
SAT

## Online Course and Follow-Up Class (/events/view/147384)

**Full Event with Wait List**   0 of 30 seats remaining

**LOCATION & SCHEDULE**
**Valley Of The Moon Gun Club***   Sonoma, CA 95476
Saturday, December 21, 2019   8:30am - 12:30pm

---

DEC
**21**
SAT

## Online Course and Follow-Up Class (/events/view/133863)

**Registration Open**   6 of 20 seats remaining

**LOCATION & SCHEDULE**
**Kens Hunters ed**   Hesperia, CA 92345
Saturday, December 21, 2019   9:00am - 2:00pm

---

DEC
**21**
SAT

## Online Course and Follow-Up Class (/events/view/152594)

**Full Event with Wait List**   0 of 20 seats remaining

**LOCATION & SCHEDULE**
**KW DEFENSE**   STOCKTON, CA 95205
Saturday, December 21, 2019   10:00am - 2:00pm

---

DEC
**22**
SUN

## Online Course and Follow-Up Class (/events/view/151080)

**Full Event with Wait List**   0 of 30 seats remaining

**LOCATION & SCHEDULE**
**1faithsimon2**   Murrieta, CA 92563
Sunday, December 22, 2019   8:00am - 12:00pm

---

DEC
**22**
SUN

## Online Course and Follow-Up Class (/events/view/143295)

**Full Event with Wait List**   0 of 45 seats remaining

**LOCATION & SCHEDULE**
**Bass Pro Shops Manteca**   Manteca, CA 95337
Sunday, December 22, 2019   9:00am - 2:00pm

---

DEC

## Online Course and Follow-Up Class (/events/view/152364)



## 28
**SAT**

**LOCATION & SCHEDULE**
**Las Flores Ranch House Barn**   Camp Pendleton, CA 92055
Saturday, December 28, 2019   8:00am - 1:00pm

Registration Open   10 of 25 seats remaining

← First (/programs/california/161?_=1576283408535)

← Previous (/programs/california/161?_=1576283408535)     1 (/programs/california/161?_=1576283408535)

RSS (https://register-ed.com/programs/california/161-online-course-and-follow-up-class/page:1/limit:100.rss)

2     3 (/programs/california/161/page:3?_=1576283408535)

Next → (/programs/california/161/page:3?_=1576283408535)

Last → (/programs/california/161/page:15?_=1576283408535)

Active Programs (/programs/california)                    Update registration (/users/login)          Cancel registration (/users/login)



**MANAGED AND APPROVED BY:**

# California Department of Fish & Wildlife

https://www.wildlife.ca.gov/ (https://www.wildlife.ca.gov/)

# Upcoming Events

---

## Online Course and Follow-Up Class

### Overview

This is a 2 component course. Students must complete an Online Course prior to attending a Follow-Up Class. The Follow-Up is a review only of what the student has learned online.

**STOP** All students are required to obtain a California Get Outdoors ID (GO ID) prior to registering for California Hunter Education courses. **If you are a previous CDFW license holder (i.e. Fishing), your GO ID is printed on the license above your name.**

Click here (https://www.ca.wildlifelicense.com/InternetSales/CustomerSearch/Begin) to get a GO ID. Click here (https://wildlife.ca.gov/Hunter-Education/GetGOID) for instructions.

---

## Find events near you

Use my current location    — OR —    Use a ZIP Code

---

**DECEMBER 2019**


DEC
**29**
SUN

### Online Course and Follow-Up Class (/events/view/153170)

**Full Event with Wait List**   0 of 15 seats remaining

**LOCATION & SCHEDULE**
**Wing & Barrel Ranch**   Sonoma, CA 95476
Sunday, December 29, 2019   9:00am - 1:00pm

---

**JANUARY 2020**


JAN
**1**
WED

### Online Course and Follow-Up Class (/events/view/137735)

**Special Registration**

**LOCATION & SCHEDULE**
**Department of Fish & Wildlife Office, Monterey**   Monterey, CA 93940
Wednesday, January 1, 2020   10:00am - 3:00pm



### Online Course and Follow-Up Class (/events/view/151967)

**JAN 4 SAT**

**Registration Closed**   0 of 35 seats remaining

**LOCATION & SCHEDULE**
**Department of Fish & Wildlife Office, Los Alamitos**   Los Alamitos, CA 90720
Saturday, January 4, 2020   8:00am - 2:00pm

---

### Online Course and Follow-Up Class (/events/view/153030)

**JAN 4 SAT**

**Registration Open**   20 of 20 seats remaining

**LOCATION & SCHEDULE**
**Kens Hunters ed**   Hesperia, CA 92345
Saturday, January 4, 2020   9:00am - 1:00pm

---

### Online Course and Follow-Up Class (/events/view/151267)

**JAN 8 WED**

**Full Event with Wait List**   0 of 30 seats remaining

**LOCATION & SCHEDULE**
**Sportsmans Warehouse Rocklin**   Rocklin, CA 95765
Wednesday, January 8, 2020   4:00pm - 8:00pm

---

### Online Course and Follow-Up Class (/events/view/151995)

**JAN 9 THU**

**Registration Open**   10 of 20 seats remaining

**LOCATION & SCHEDULE**
**KW DEFENSE**   STOCKTON, CA 95205
Thursday, January 9, 2020   3:00pm - 7:00pm

---

### Online Course and Follow-Up Class (/events/view/151269)

**JAN 9 THU**

**Full Event with Wait List**   0 of 30 seats remaining

**LOCATION & SCHEDULE**
**Sportsmans Warehouse Rancho Cordova**   Rancho Cordova, CA 95670
Thursday, January 9, 2020   4:00pm - 8:00pm

---

### Online Course and Follow-Up Class (/events/view/152949)

**JAN 9 THU**

**Registration Open**   35 of 40 seats remaining

**LOCATION & SCHEDULE**
**Stage Stop Gun Shop**   Atwater, CA 95301
Thursday, January 9, 2020   6:00pm - 10:00pm

---

### Online Course and Follow-Up Class (/events/view/150546)

**JAN 11 SAT**

**Full Event with Wait List**   0 of 32 seats remaining

**LOCATION & SCHEDULE**
**CRPA**   Fullerton, CA 92835
Saturday, January 11, 2020   8:00am - 12:00pm



JAN
**11**
SAT

## Online Course and Follow-Up Class (/events/view/153206)

**Registration Open**   8 of 20 seats remaining

**LOCATION & SCHEDULE**
**CDFW Office**   San Diego, CA 92123
Saturday, January 11, 2020   8:00am - 12:00pm

← First (/programs/california/161?_=1576283447108)

← Previous (/programs/california/161/page:2?_=1576283447108)

RSS (https://register-ed.com/programs/california/161-online-course-and-follow-up-class/page:1/limit:100.rss)

2 (/programs/california/161/page:2?_=1576283447108)   3

4 (/programs/california/161/page:4?_=1576283447108)

Next → (/programs/california/161/page:4?_=1576283447108)

Last → (/programs/california/161/page:15?_=1576283447108)

Active Programs (/programs/california)

Update registration (/users/login)   Cancel registration (/users/login)



**MANAGED AND APPROVED BY:**

# California Department of Fish & Wildlife

https://www.wildlife.ca.gov/ (https://www.wildlife.ca.gov/)

# Upcoming Events

---

## Online Course and Follow-Up Class

### Overview

This is a 2 component course. Students must complete an Online Course prior to attending a Follow-Up Class. The Follow-Up is a review only of what the student has learned online.

**STOP** All students are required to obtain a California Get Outdoors ID (GO ID) prior to registering for California Hunter Education courses. **If you are a previous CDFW license holder (i.e. Fishing), your GO ID is printed on the license above your name.**

Click here (https://www.ca.wildlifelicense.com/InternetSales/CustomerSearch/Begin) to get a GO ID. Click here (https://wildlife.ca.gov/Hunter-Education/GetGOID) for instructions.

---

## Find events near you

Use my current location   — OR —   Use a ZIP Code

---

**DECEMBER 2019**



DEC
**14**
SAT

### Online Course and Follow-Up Class (/events/view/150568)

Full Event with Wait List   0 of 25 seats remaining

**LOCATION & SCHEDULE**
**The Hunter Instructor**   Lake Elsinore, CA 92532
Saturday, December 14, 2019   8:00am - 12:00pm

---

DEC
**14**
SAT

### Online Course and Follow-Up Class (/events/view/148280)

Registration Closed   0 of 30 seats remaining

**LOCATION & SCHEDULE**
**Folsom Sports Complex**   Folsom, CA 95630
Saturday, December 14, 2019   8:00am - 2:00pm

---

DEC

### Online Course and Follow-Up Class (/events/view/152500)

Full Event with Wait List   0 of 50 seats remaining



**DEC**
**14**
**SAT**

LOCATION & SCHEDULE
**Tabernacle Baptist Church**   Roseville, CA 95678
Saturday, December 14, 2019   8:00am - 12:00pm

---

**DEC**
**14**
**SAT**

## Online Course and Follow-Up Class (/events/view/153168)

**Registration Closed**   0 of 20 seats remaining

**LOCATION & SCHEDULE**
**Rowland Sporting Goods**   Rowland Heights, CA 91748
Saturday, December 14, 2019   9:00am - 1:00pm

---

**DEC**
**15**
**SUN**

## Online Course and Follow-Up Class (/events/view/151934)

**Registration Closed**   0 of 20 seats remaining

**LOCATION & SCHEDULE**
**Alta Mesa Gun Club**   Wilton, CA 95693
Sunday, December 15, 2019   9:00am - 1:00pm

---

**DEC**
**15**
**SUN**

## Online Course and Follow-Up Class (/events/view/143294)

**Full Event with Wait List**   0 of 45 seats remaining

**LOCATION & SCHEDULE**
**Bass Pro Shops Manteca**   Manteca, CA 95337
Sunday, December 15, 2019   9:00am - 2:00pm

---

**DEC**
**15**
**SUN**

## Online Course and Follow-Up Class (/events/view/146397)

**Registration Open**   6 of 35 seats remaining

**LOCATION & SCHEDULE**
**Anderson High School**   Anderson, CA 96007
Sunday, December 15, 2019   10:00am - 2:00pm

---

**DEC**
**15**
**SUN**

## Online Course and Follow-Up Class (/events/view/149824)

**Registration Open**   4 of 14 seats remaining

**LOCATION & SCHEDULE**
**Creston Cal Fire Station**   Creston, CA 93432
Sunday, December 15, 2019   3:00pm - 7:00pm

---

**DEC**
**17**
**TUE**

## Online Course and Follow-Up Class (/events/view/153286)

**Registration Open**   10 of 10 seats remaining

**LOCATION & SCHEDULE**
**Arcata Fish and Wildlife Office**   Arcata, CA 95521
Tuesday, December 17, 2019   6:00pm - 10:00pm

---

**DEC**

## Online Course and Follow-Up Class (/events/view/152186)

**17**

**TUE**

**LOCATION & SCHEDULE**
**Taraval Police Station**   San Francisco, CA 94116
Tuesday, December 17, 2019   7:00pm - 9:30pm
Plus, 1 additional day. (/events/view/152186)

---

| ← Previous | 1 | 2 (/programs/california/161/page:2) | 3 (/programs/california/161/page:3) |

Next → (/programs/california/161/page:2)       Last → (/programs/california/161/page:15)
RSS (https://register-ed.com/programs/california/161-online-course-and-follow-up-class/page:1/limit:100.rss)

# EXHIBIT 9

Active Programs (/programs/california)    Update registration (/users/login)    Cancel registration (/users/login)



**MANAGED AND APPROVED BY:**

# California Department of Fish & Wildlife

https://www.wildlife.ca.gov/ (https://www.wildlife.ca.gov/)

# Upcoming Events

---

## Online Course and Follow-Up Class

### Overview

This is a 2 component course. Students must complete an Online Course prior to attending a Follow-Up Class. The Follow-Up is a review only of what the student has learned online.

**STOP** All students are required to obtain a California Get Outdoors ID (GO ID) prior to registering for California Hunter Education courses. **If you are a previous CDFW license holder (i.e. Fishing), your GO ID is printed on the license above your name.**

Click here (https://www.ca.wildlifelicense.com/InternetSales/CustomerSearch/Begin) to get a GO ID. Click here (https://wildlife.ca.gov/Hunter-Education/GetGOID) for instructions.

---

### Find events near you

ZIP code

**92101**

Miles away

| within 75 miles | ▼ |
|---|---|

or remove location

---

**DECEMBER 2019**

| DEC **14** SAT | ### Online Course and Follow-Up Class (/events/view/150568) |
|---|---|

**Full Event with Wait List**   0 of 25 seats remaining

**LOCATION & SCHEDULE**
**The Hunter Instructor**   Lake Elsinore, CA 92532
Saturday, December 14, 2019   8:00am - 12:00pm

**DISTANCE**
**65 mi**

---

| DEC **22** | ### Online Course and Follow-Up Class (/events/view/151080) |
|---|---|

**Full Event with Wait List**   0 of 30 seats remaining

**SUN**      **LOCATION & SCHEDULE**
**1faithsimon2**   Murrieta, CA 92563
Sunday, December 22, 2019   8:00am - 12:00pm

**DISTANCE**
**58 mi**

---

DEC
**28**
SAT

## Online Course and Follow-Up Class (/events/view/152364)

**Registration Open**   14 of 25 seats remaining

**LOCATION & SCHEDULE**
**Las Flores Ranch House Barn**   Camp Pendleton, CA 92055
Saturday, December 28, 2019   8:00am - 1:00pm

**DISTANCE**
**43 mi**

---

**JANUARY 2020**

---

JAN
**11**
SAT

## Online Course and Follow-Up Class (/events/view/153206)

**Registration Open**   14 of 20 seats remaining

**LOCATION & SCHEDULE**
**CDFW Office**   San Diego, CA 92123
Saturday, January 11, 2020   8:00am - 12:00pm

**DISTANCE**
**7 mi**

---

JAN
**11**
SAT

## Online Course and Follow-Up Class (/events/view/150299)

**Full Event with Wait List**   0 of 30 seats remaining

**LOCATION & SCHEDULE**
**Escondido Fish and Game range**   Escondido, CA 92027
Saturday, January 11, 2020   12:00pm - 4:00pm

**DISTANCE**
**33 mi**

---

JAN
**12**
SUN

## Online Course and Follow-Up Class (/events/view/151081)

**Registration Open**   19 of 25 seats remaining

**LOCATION & SCHEDULE**
**1faithsimon2**   Murrieta, CA 92563
Sunday, January 12, 2020   8:00am - 12:00pm

**DISTANCE**
**58 mi**

---

JAN
**13**

## Online Course and Follow-Up Class (/events/view/149464)

**Registration Open**   8 of 20 seats remaining



**On Target Indoor Shooting Range LLC**   Laguna Niguel, CA 92677
Monday, January 13, 2020   6:00pm - 10:00pm

DISTANCE
**65 mi**

---

**FEBRUARY 2020**



FEB
**8**
SAT

## Online Course and Follow-Up Class (/events/view/150312)

Registration Open   7 of 30 seats remaining

LOCATION & SCHEDULE
**Escondido Fish and Game range**   Escondido, CA 92027
Saturday, February 8, 2020   12:00pm - 4:00pm

DISTANCE
**33 mi**

---

FEB
**10**
MON

## Online Course and Follow-Up Class (/events/view/149465)

Registration Open   19 of 20 seats remaining

LOCATION & SCHEDULE
**On Target Indoor Shooting Range LLC**   Laguna Niguel, CA 92677
Monday, February 10, 2020   6:00pm - 10:00pm

DISTANCE
**65 mi**

---

**MARCH 2020**



MAR
**9**
MON

## Online Course and Follow-Up Class (/events/view/149466)

**Registration Open**   20 of 20 seats remaining

LOCATION & SCHEDULE
**On Target Indoor Shooting Range LLC**   Laguna Niguel, CA 92677
Monday, March 9, 2020   6:00pm - 10:00pm

DISTANCE
**65 mi**

---

← Previous     1     2 (/programs/california/161/page:2?zip=92101&distance=75&_=1576031376138)

Next → (/programs/california/161/page:2?zip=92101&distance=75&_=1576031376138)
RSS (https://www.register-ed.com/programs/california/161-online-course-and-follow-up-class/page:1/limit:100.rss?zip=92101&distance=75)
Last → (/programs/california/161/page:2?zip=92101&distance=75&_=1576031376138)

Active Programs (/programs/california)    Update registration (/users/login)    Cancel registration (/users/login)

 **MANAGED AND APPROVED BY:**

# California Department of Fish & Wildlife

https://www.wildlife.ca.gov/ (https://www.wildlife.ca.gov/)

# Upcoming Events

## Online Course and Follow-Up Class

### Overview

This is a 2 component course. Students must complete an Online Course prior to attending a Follow-Up Class. The Follow-Up is a review only of what the student has learned online.

**STOP** All students are required to obtain a California Get Outdoors ID (GO ID) prior to registering for California Hunter Education courses. **If you are a previous CDFW license holder (i.e. Fishing), your GO ID is printed on the license above your name.**

Click here (https://www.ca.wildlifelicense.com/InternetSales/CustomerSearch/Begin) to get a GO ID. Click here (https://wildlife.ca.gov/Hunter-Education/GetGOID) for instructions.

## Find events near you

ZIP code

**92101**

Miles away

| within 75 miles ▼ |
|---|

or remove location

---

**APRIL 2020**

| APR **13** MON | **Online Course and Follow-Up Class (/events/view/149467)** |
|---|---|

**Registration Open**   20 of 20 seats remaining

**LOCATION & SCHEDULE**
**On Target Indoor Shooting Range LLC**   Laguna Niguel, CA 92677
Monday, April 13, 2020   6:00pm - 10:00pm

**DISTANCE**
**65 mi**

**MAY 2020**



**MAY**
**11**
**MON**

## Online Course and Follow-Up Class (/events/view/149468)

**Registration Open**   20 of 20 seats remaining

**LOCATION & SCHEDULE**
**On Target Indoor Shooting Range LLC**   Laguna Niguel, CA 92677
Monday, May 11, 2020   6:00pm - 10:00pm

**DISTANCE**
**65 mi**

**JUNE 2020**



**JUN**
**8**
**MON**

## Online Course and Follow-Up Class (/events/view/149469)

**Registration Open**   20 of 20 seats remaining

**LOCATION & SCHEDULE**
**On Target Indoor Shooting Range LLC**   Laguna Niguel, CA 92677
Monday, June 8, 2020   6:00pm - 10:00pm

**DISTANCE**
**65 mi**

**JULY 2020**



**JUL**
**13**
**MON**

## Online Course and Follow-Up Class (/events/view/149470)

**Registration Open**   20 of 20 seats remaining

**LOCATION & SCHEDULE**
**On Target Indoor Shooting Range LLC**   Laguna Niguel, CA 92677
Monday, July 13, 2020   6:00pm - 10:00pm

**DISTANCE**
**65 mi**

**AUGUST 2020**

**AUG**
**10**
**MON**

## Online Course and Follow-Up Class (/events/view/149471)

**Registration Open**   20 of 20 seats remaining

**LOCATION & SCHEDULE**
**On Target Indoor Shooting Range LLC**   Laguna Niguel, CA 92677
Monday, August 10, 2020   6:00pm - 10:00pm

**DISTANCE**
**65 mi**

**SEPTEMBER 2020**

**SEP**

## Online Course and Follow-Up Class (/events/view/149472)

**7**
MON

**LOCATION & SCHEDULE**
**On Target Indoor Shooting Range LLC**   Laguna Niguel, CA 92677
Monday, September 7, 2020   6:00pm - 10:00pm

**DISTANCE**
**65 mi**

Registration Open   30 of 30 seats remaining

← First (/programs/california/161?zip=92101&distance=75&_=1576031415331)

← Previous (/programs/california/161?zip=92101&distance=75&_=1576031415331)

RSS (https://www.register-ed.com/programs/california/161-online-course-and-follow-up-class/page:1/limit:100.rss?zip=92101&distance=75)

1 (/programs/california/161?zip=92101&distance=75&_=1576031415331) | 2 | Next →

# EXHIBIT 10



# CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE

## Hunting
Items Reported by License Year
**AS OF 10/31/2019**

| Licenses | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Resident Hunting    (Annual) | 251,572 | 246,701 | 248,262 | 251,046 | 248,473 | 238,655 | 238,495 | 233,531 | 229,320 | 193,771 |
| Lifetime Hunting | 4,987 | 4,676 | 4,858 | 4,942 | 5,203 | 5,277 | 5,585 | 5,845 | 6,042 | 5,814 |
| Junior Hunting    (Annual) | 20,520 | 20,553 | 20,505 | 20,959 | 19,818 | 25,878 | 23,770 | 22,301 | 21,123 | 16,271 |
| Lifetime Junior Hunting | 691 | 649 | 739 | 769 | 855 | 1,107 | 1,144 | 1,180 | 854 | 1,090 |
| Disabled Veteran Hunting | 2,019 | 2,370 | 2,734 | 3,124 | 3,527 | 3,827 | 4,099 | 4,325 | 4,609 | 4,053 |
| Recovering Service Member | 0 | 0 | 4 | 7 | 12 | 7 | 7 | 6 | 3 | 2 |
| Non-Resident Hunting    (Annual) | 3,711 | 3,915 | 3,965 | 3,736 | 3,707 | 3,720 | 3,768 | 3,923 | 3,893 | 2,763 |
| Non-Resident 1-Day Hunting | 565 | 171 | 144 | 236 | 253 | 246 | 224 | 279 | 244 | 45 |
| Non-Resident 2-Day Hunting | 3,164 | 3,231 | 3,007 | 3,022 | 2,911 | 3,033 | 2,907 | 3,271 | 3,188 | 795 |
| *Sub Total - Hunting Licenses* | *287,229* | *282,266* | *284,218* | *287,841* | *284,759* | *281,750* | *279,999* | *274,661* | *269,276* | *224,604* |
| Resident First Deer Tag | 139,283 | 140,633 | 139,895 | 143,697 | 143,126 | 143,047 | 142,022 | 142,021 | 139,763 | 137,622 |
| Non-Resident First Deer Tag | 978 | 975 | 974 | 942 | 962 | 997 | 1,078 | 1,122 | 1,157 | 1,227 |
| Resident Second Deer Tag | 40,600 | 38,933 | 38,639 | 40,172 | 38,649 | 40,490 | 41,498 | 42,312 | 39,791 | 40,711 |
| Non-Resident Second Deer Tag | 64 | 54 | 50 | 56 | 55 | 56 | 65 | 57 | 67 | 70 |
| Lifetime Deer Tag | 2,160 | 1,916 | 2,028 | 2,043 | 2,117 | 2,233 | 2,317 | 2,408 | 2,511 | 2,580 |
| Duplicate/Exchange Deer Tag | 566 | 215 | 240 | 191 | 222 | 238 | 153 | 165 | 141 | 154 |
| *Sub Total - Deer Tags* | *183,651* | *182,726* | *181,826* | *187,101* | *185,131* | *187,061* | *187,133* | *188,085* | *183,430* | *182,364* |
| Resident Pronghorn Antelope Tag | 231 | 240 | 240 | 198 | 197 | 252 | 270 | 241 | 245 | 227 |
| Resident Pronghorn Antelope Tag (Junior) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 16 |
| Non-Resident Pronghorn Antelope Tag | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| Resident Bighorn Sheep Tag | 21 | 25 | 23 | 18 | 12 | 11 | 18 | 18 | 17 | 25 |
| Non-Resident Bighorn Sheep Tag | 1 | 2 | 3 | 4 | 2 | 1 | 0 | 0 | 1 | 3 |
| Resident Elk Tag | 415 | 421 | 439 | 409 | 352 | 381 | 313 | 322 | 348 | 334 |
| Resident Elk Tag (Junior) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 24 |
| Non-Resident Elk Tag | 7 | 5 | 3 | 4 | 5 | 3 | 2 | 4 | 5 | 3 |
| *Sub Total - Antelope, Bighorn Sheep, Elk Tags* | *675* | *694* | *709* | *633* | *569* | *649* | *604* | *586* | *617* | *633* |
| Resident Antelope Tag Drawing Application | N/A | 22,715 | 23,039 | 21,929 | 22,636 | 24,018 | 24,599 | 26,223 | 26,618 | 26,652 |
| Non-Resident Antelope Tag Drawing Application | N/A | 282 | 301 | 307 | 351 | 400 | 435 | 496 | 519 | 547 |
| Resident Bighorn Sheep Tag Drawing Application | N/A | 12,179 | 12,756 | 12,329 | 12,706 | 13,521 | 14,103 | 15,443 | 16,111 | 16,350 |
| Non-Resident Bighorn Sheep Tag Drawing Application | N/A | 668 | 682 | 688 | 725 | 776 | 795 | 850 | 898 | 919 |
| Resident Elk Tag Drawing Application | N/A | 31,602 | 32,194 | 31,369 | 32,493 | 34,938 | 35,570 | 38,449 | 39,011 | 38,795 |
| Non-Resident Elk Tag Drawing Application | N/A | 474 | 489 | 517 | 573 | 620 | 699 | 775 | 820 | 877 |
| EAS Tag Return Processing Fee | 11 | 3 | 24 | 7 | 24 | 6 | 8 | 42 | 16 | 13 |
| EAS Drawing Application | 61,034 | See Above | See Above | See Above | See Above | See Above | See Above | See Above | See Above | See Above |
| *Sub Total - Antelope, Bighorn Sheep, Elk Draw* | *61,045* | *67,923* | *69,485* | *67,146* | *69,508* | *74,279* | *76,209* | *82,278* | *83,993* | *84,153* |
| Fundraising Deer Tag Random Drawing | N/A | 15,516 | 18,054 | 17,984 | 17,720 | 22,359 | 23,575 | 24,362 | 22,295 | 22,249 |
| Fundraising Bighorn Sheep Tag Random Drawing | N/A | N/A | 16,488 | 12,585 | 0 | 0 | 10,451 | 12,306 | 11,924 | 9,299 |
| Fundraising Antelope Tag Random Drawing | N/A | N/A | 6,548 | 6,335 | 5,927 | 7,988 | 8,840 | 9,129 | 8,503 | 8,787 |
| Fundraising Elk Tag Random Drawing | N/A | 12,020 | 13,666 | 13,110 | 14,152 | 17,232 | 18,033 | 16,243 | 21,410 | 19,726 |



# CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE

## Hunting
Items Reported by License Year
**AS OF 10/31/2019**

| Licenses | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Sub Total - Fundraising Drawing* | *0* | *27,536* | *54,786* | *50,014* | *37,799* | *47,579* | *60,899* | *62,040* | *64,132* | *60,061* |
| Resident Bear Tags | 24,576 | 24,954 | 24,625 | 23,328 | 26,481 | 27,483 | 27,172 | 27,752 | 27,809 | 25,666 |
| Resident Bear Tags (Junior) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1,167 |
| Non-Resident Bear Tags | 268 | 237 | 247 | 69 | 95 | 98 | 81 | 94 | 95 | 89 |
| *Sub Total - Bear* | *24,844* | *25,191* | *24,872* | *23,397* | *26,576* | *27,581* | *27,253* | *27,846* | *27,904* | *26,922* |
| Resident Wild Pig Tag | 48,125 | 49,461 | 50,956 | 51,986 | 49,076 | 44,082 | 42,942 | 41,433 | 39,549 | 23,708 |
| Non-Resident Wild Pig Tag | 1,218 | 1,016 | 1,197 | 1,192 | 1,085 | 1,051 | 1,041 | 866 | 902 | 291 |
| Lifetime Wild Pig Tags | 11,225 | 7,759 | 8,196 | 8,269 | 8,127 | 8,297 | 8,273 | 8,280 | 8,052 | 7,694 |
| *Sub Total - Wild Pig Tags* | *60,568* | *58,236* | *60,349* | *61,447* | *58,288* | *53,430* | *52,256* | *50,579* | *48,503* | *FALSE* |
| Bobcat Hunting Tags (Book of 5) See note Below | 3,684 | 4,593 | 12,461 | 12,632 | 12,538 | 11,650 | 11,323 | 11,988 | 12,067 | 8,706 |
| Bobcat Shipping Tags | 1,078 | 1,525 | 1,577 | 1,483 | 804 | N/A | N/A | N/A | N/A | N/A |
| *Sub Total - Bobcat Tags* | *4,762* | *6,118* | *14,038* | *14,115* | *13,342* | *11,650* | *11,323* | *11,988* | *12,067* | *8,706* |
| Duck Validation | 67,551 | 67,637 | 68,806 | 68,095 | 67,929 | 66,603 | 66,570 | 64,531 | 63,855 | 45,043 |
| Collector Duck Stamp | 59 | 419 | 261 | 681 | 464 | 434 | 337 | 327 | 348 | 13 |
| Lifetime Duck Validation | 2,625 | 2,237 | 2,198 | 2,240 | 2,320 | 2,406 | 2,484 | 2,580 | 2,603 | 2,495 |
| Waterfowl Reservation Application | 740,522 | 759,168 | 833,433 | 876,700 | 860,488 | 1,006,387 | 1,037,814 | 1,026,383 | 1,012,301 | 660,507 |
| 1-Day Type A Wildlife Area Permit | 36,004 | 13,473 | 11,710 | 10,324 | 10,697 | 10,576 | 8,594 | 9,593 | 9,490 | 1,513 |
| 2-Day Type A Wildlife Area Pass | 3,071 | 13,184 | 14,771 | 15,300 | 17,898 | 17,803 | 14,467 | 15,171 | 14,660 | 3,616 |
| Type A Wildlife Area Season Pass | 3,822 | 5,404 | 5,476 | 5,411 | 4,413 | 4,553 | 5,210 | 4,941 | 4,827 | 4,257 |
| Type B Wildlife Area Season Pass | 785 | 958 | 962 | 778 | 576 | 611 | 746 | 797 | 752 | 549 |
| Upland Game Bird Validation | 175,505 | 173,373 | 173,590 | 175,616 | 171,121 | 160,541 | 158,646 | 156,449 | 154,656 | 122,255 |
| Collector Upland Game Bird Stamp | 30 | 130 | 87 | 165 | 133 | 183 | 149 | 107 | 82 | 11 |
| Lifetime Upland Game Bird Validation | 2,649 | 2,278 | 2,404 | 2,491 | 2,589 | 2,627 | 2,788 | 2,890 | 2,938 | 2,805 |
| Harvest Information Program Validation | 22,467 | 174,251 | 184,441 | 183,293 | 165,209 | 174,169 | 148,831 | 160,290 | 156,546 | 121,149 |
| *Sub Total - Game Bird Hunting* | *1,055,090* | *1,212,512* | *1,298,139* | *1,341,094* | *1,303,837* | *1,446,893* | *1,446,636* | *1,444,059* | *1,423,058* | *964,213* |
| **TOTAL HUNTING** | **1,677,864** | **1,863,202** | **1,988,422** | **2,032,788** | **1,979,809** | **2,130,872** | **2,142,312** | **2,142,122** | **2,112,980** | **1,551,656** |

# EXHIBIT 11



MENU          abc10          LIVE          52°

                                                        Sacramento, CA

---



**Ceres Police officer cleared in 2 fatal shootings that happened months apart**



**VERIFY: $999 fine and 3-year suspension for distracted driving?**



**Garbage man becomes Secret Santa for toddler who waves at him every week**

What to do during an active shooter situation: Run, Hide, Fi.

Video: ABC10KXTV

# Nonprofit marks El Paso shooting as 250th mass shooting in the U.S. for 2019

The organization defines "mass shooting" as four or more people shot and/o killed in a single event, at the same general time and location.

CALIFORNIA, USA — The shooting in El Paso,Texas marked the 250th mass shooting for the United St as of August 03, 2019, according to GunViolenceArchive.org.

It's a nonprofit that provides access to data relating to gun-related violence in the United States. To ma their list, the organization defines "mass shooting" as four or more people shot and/or killed in a single event, at the same general time and location. The definition doesn't accommodate for the shooter.

In the El Paso shooting, 20 people were confirmed dead by officials with more than two dozen injured Police said the suspect in the shooting was taken into custody without incident, meaning no officers fi their guns and he surrendered and was detained with little force.

**RELATED: Texas Gov. Greg Abbott confirms 20 dead, two dozen injured in El Paso shooting**

Out of the 250 mass shootings, California accounted for 32 of them. The Gilroy Garlic Festival shootin charted as the 32nd mass shooting California experienced this year, according to GunViolenceArchive.

During the incident, officials said the Garlic Festival gunman opened fired and killed 3 people and inju many others before killing himself with a self-inflicted gunshot.

**RELATED:**

- **Who were the victims in the Gilroy Garlic Festival Shooting?**
- **'The worst thing to ever happen to Gilroy' | People worry about safety after Garlic Festival shooting**

California shootings charted by the organization include an incident in Sacramento and three in Stock list of the California specific shootings charted by the organization can be found below. For the organization's list of the 250 mass shootings in the country, click HERE.

**1. Gilroy**

- July 28, 2019
- 4 people including killer, 13 injured

**2. Cangoa Park**

- July 25, 2019
- 4 killed, 2 injured

**3. San Jose**

- July 06, 2019
- 0 killed, 4 injured

**4. Los Angeles**

- July 04, 2019
- 0 killed, 4 injured

**5. Fresno**

- July 04, 2019
- 1 killed, 3 injured

**6. Oakland**

- June 30, 2019
- 0 killed, 4 injured

**7. Yucaipa**

- June 30, 2019
- 0 killed, 5 injured

**8. San Jose**

- June 23, 2019
- 5 killed, 0 injured

**9. La Jolla**

- June 23, 2019
- 1 killed, 3 injured

**10. Richmond**

- June 21, 2019
- 0 killed, 5 injured

**11. Santa Maria**

- June 21, 2019
- 5 killed, 0 injured

**12. Santa Rosa**

- June 05, 2019
- 0 killed, 4 injured

**13. West Covina**

- May 31, 2019
- 1 killed, 3 injured

**14. Stockton**

- May 26, 2019
- 1 killed, 3 injured

**15. Long Beach**

- May 18, 2019
- 1 killed, 4 injured

**16. Sacramento**

- May 17, 2019
- 1 killed, 3 injured

**17. Los Angeles**

- May 14, 2019
- 0 killed, 4 injured

**18. Oceano**

- May 05, 2019
- 0 killed, 6 injured

**19. Stockton**

- May 04, 2019
- 1 killed, 4 injured

**20. Los Angeles**

- April 27, 2019
- 0 killed, 6 injured

**21. Poway**

- April 27, 2019
- 1 killed, 3 injured

**22. Stockton**

- April 14, 2019
- 0 killed, 4 injured

**23. Vallejo**

- April 14, 2019
- 1 killed, 3 injured

**24. Moreno Valley**

- April 13, 2019
- 0 killed, 4 injured

**25. Los Angeles**

- April 11, 2019
- 1 killed, 4 injured

**26. San Francisco**

- March 24, 2019
- 1 killed, 6 injured

**27. Oakland**

- March 03, 2019
- 0 killed, 4 injured

**28. Oakland**

- February 28, 2019
- 1 killed, 3 injured

**29. Palm Springs**

- February 03, 2019
- 4 killed, 0 injured

**30. San Diego**

- February 01, 2019
- 0 killed, 4 injured

**31. Palmdale**

- January 16, 2019
- 3 killed, 1 injured

**32. Torrance**

- January 04, 2019
- 3 killed, 4 injured