XAVIER BECERRA
Attorney General of California
STEPAN A. HAYTAYAN
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6617
Fax: (916) 731-2124
E-mail: Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW JONES; et al.,**<br>Plaintiffs,<br>**v.**<br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,**<br>Defendants. | 3:19-cv-01226-L-AHG<br>**DECLARATION OF JENNIFER E. ROSENBERG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br>**(Part 2 of 3)**<br>Judge: Hon. M. James Lorenz and Magistrate Judge Barbara Lynn Major<br>Action Filed: July 1, 2019<br>Second Amended Complaint Filed and Served: November 8, 2019<br>No hearing set for this motion pursuant to Dkt. 23. |

# EXHIBIT 12

SUBSCRIBE Sign In

LOCAL // CRIME

# Mass shootings in California: Rare but increasingly deadly

**Joaquin Palomino**
July 31, 2019 | Updated: July 31, 2019 4 a.m.

A memorial with stuffed animals, candles, a toy car and a poster stating "Gilroy Strong" rests at the corner of Miller Ave. and Uvas Park Dr., near the entrance of Debell Uvas Creek Park Preserve, in Gilroy, Calif., on Tuesday, July 30, 2019. The space is dedicated to lives lost Sunday during the Gilroy Garlic Festival.
Photo: Photos by Yalonda M. James / The Chronicle

Sunday's tragic killings in Gilroy have placed the small agricultural community among dozens of cities and towns in California that have been forced to grapple with the trauma of increasingly devastating mass shootings.

A Chronicle analysis of state data found that over the past two decades, there have been at least 67 mass-casualty shootings in California, claiming a total of 251 lives and leaving scores more injured or traumatized. That number is based on federal guidelines published in 2013 that

12/27/2019 Case 3:19-cv-01226-L-AHG Document 25-3 Filed 12/27/19 PageID.4967 Page 4 of 11
Mass shootings in California: Rare but increasingly deadly - SFChronicle.com

SUBSCRIBE Sign In

By that standard, The Chronicle found that the number of mass shootings has ebbed and flowed in California since the late 1990s, neither increasing nor decreasing dramatically. But when the tragedies do occur, they have grown more devastating, a trend researchers have also noted nationally.

**Unlimited Digital Access for 95¢**
Read more articles like this by subscribing to the San Francisco Chronicle
SUBSCRIBE

"Over the past decade, mass public shootings haven't become particularly more prevalent, they've simply become deadlier," Grant Duwe, a leading researcher on the topic, wrote in an op-ed for Politico.

Of the 10 worst shootings in California between 1999 and 2018 — those that claimed five or more lives — all but two occurred in the relatively short window between 2011 and 2018, The

Local Sporting Green Politics Biz+Tech Food Culture Desk Datebook US & World Opinion Vault: Archiv

Ex. 12
Page 189
https://www.sfchronicle.com/crime/article/Mass-shootings-in-California-Rare-but-14268411.php 2/9

12/27/2019 Case 3:19-cv-01226-L-AHG Mass Shootings in California: Rare but increasingly deadly - SFChronicle.com Document 25-3 Filed 12/27/19 PageID.4968 Page 5 of 11

SUBSCRIBE Sign In

in California counties, 1999-2018
Victims
1-10
11-20
21-30
31-40
41-50
51-60
61-70
4 Modoc
5 Tehama
3 Nevada
11 Sacramento
3 San Joaquin

Local Sporting Green Politics Biz+Tech Food Culture Desk Datebook US & World Opinion Vault: Archiv

Costa
3 Stanislaus
26 Alameda
6 Fresno
6 San Francisco
23 San Bernardino
6 San Mateo
3 Santa Cruz
9 Monterey
5 Kern
16 Santa Barbara
12 Ventura
66 Los Angeles
11 Orange

Ex. 12
https://www.sfchronicle.com/crime/article/Mass-shootings-in-California-Rare-but-14268411.php 3/9
Page 190





SUBSCRIBE Sign In

3 San Diego

Source: Calif. Department of Justice John Blanchard / The Chronicle

• In 2011, eight people were shot and killed in a Seal Beach beauty salon, the worst mass shooting in Orange County's history.

• In 2012, seven people were shot and killed at Oikos University in Oakland, the worst mass shooting in Alameda County's history.

• In 2013, five people were fatally shot in a Santa Monica rampage that stretched from the killer's family home to a nearby community college.

• In 2014, six people were killed in Isla Vista near UC Santa Barbara, three by gunshot, scarring

Local Sporting Green Politics Biz+Tech Food Culture Desk Datebook US & World Opinion Vault: Archiv

• In 2015, 14 people were shot and killed at the Inland Regional Center in San Bernardino, the worst mass shooting in recent California history.

• In 2017, five people were killed in a shooting spree in the Northern California community of Rancho Tehama.

• In 2018, five people were shot and killed in Bakersfield following a reported domestic dispute. Just months later, 12 were fatally shot at the Borderline Bar & Grill in Thousand Oaks.

**Fifth & Mission**

Horror at the Gilroy Garlic Festival

July 30, 2019

00:00 11:58

Reporter Lizzie Johnson joins Demian Bulwa to talk about the latest on the mass shooting in Gilroy. How did the shooter get his weapon? What was his motive? And who were the people — including two children — who died in the rampage? Learn more about your ad choices. Visit megaphone.fm/adchoices

MORE PODCASTS EMBED

12/27/2019 Case 3:19-cv-01226-L-AHG Document 25-3 Filed 12/27/19 PageID.4970 Page 7 of 11
Mass shootings in California: Rare but increasingly deadly - SFChronicle.com

SUBSCRIBE Sign In

shot to death in California. Only about 1% of them were killed in a shooting that left three or more dead.

Local Sporting Green Politics Biz+Tech Food Culture Desk Datebook US & World Opinion Vault: Archiv

Ex. 12
Page 192
https://www.sfchronicle.com/crime/article/Mass-shootings-in-California-Rare-but-14268411.php 5/9

SUBSCRIBE Sign In

# Mass shootings in California, 1999-2018

The Chronicle used federal guidelines that define a mass-casualty shooting as any single incident where three or more people are killed in a public place. There is no universally accepted definition, however, for such tragedies.

## FIVE OR MORE DEATHS

VICTIMS

14

17



SUBSCRIBE Sign In

Many of the cases also do not match the public's perception of mass-casualty shootings.

## Related Stories

Local Sporting Green Politics Biz+Tech Food Culture Desk Datebook US & World Opinion Vault: Archiv

CRIME

BY MATTHIAS GAFNI, DUSTIN GARDINER, TATIANA SANCHEZ AND KAREN DE SÁ

**Search of Gilroy gunman's home finds items suggesting...**

LOCAL

BY GWENDOLYN WU

**Gilroy Garlic Festival shooting puts other Bay Area food,...**

CRIME

BY TATIANA SANCI DE SÁ AND ERIN A

**Gilroy Garlic town in shoc**

In 2016, a father, his 9-year old son and a friend were murdered outside a San Bernardino liquor store in a senseless crime that barely registered outside local news reports. Three teenagers, two reportedly in middle school, were shot to death in Rancho Cordova in 2011 while riding their bikes. Three men were killed in 2009 during a charity fundraiser in a suburban pizza parlor in Los Angeles County.

Such incidents, which make up many of the mass-casualty shootings in California, appear to go relatively unnoticed outside the communities where they occurred.

SUBSCRIBE Sign In

appeared to have been family-related murder-suicides. Incidents where three or more people were shot to death in a vehicle, including one from San Francisco, were also excluded.

While some researchers remove gang-related slayings or those that occurred during the commission of another crime when analyzing mass shootings, The Chronicle included those incidents because the motive was often unclear. Of the 67 mass-casualty shootings we counted, at least 16 were believed to be gang related by local law enforcement, according to state data.

Due to errors in the raw data published by the California Department of Justice, not every mass-casualty shooting may have been included in the analysis. In some incidents, such as the Isla Vista rampage, people who were stabbed to death or killed by other means also were counted among the total victims.

*Joaquin Palomino is a San Francisco Chronicle staff writer. Email: jpalomino@sfchronicle.com Twitter: @JoaquinPalomino*

Local Sporting Green Politics Biz+Tech Food Culture Desk Datebook US & World Opinion Vault: Archiv

Get critical updates on the biggest stories in the Bay Area.

Enter your email SIGN UP

By subscribing, you agree to our Terms of use and acknowledge that your information will be used as described in our Privacy Policy.

TOP

ABOUT

Our Company
Terms of Use
Privacy Notice
Careers
Your California Privacy Rights
Advertising
Interest Based Ads

NEWSROOM

Ethics Policy
Anonymous Sources Policy
Correction Policy
Endorsement Process
Visual Ethics Guidelines
News Tips

CONTACT

SUBSCRIBE Sign In

**SERVICES**

Profile
Subscriber Services
e-edition
App
Archives
Membership
Store
Subscription Offers
sfgate.com

---

HEARST *newspapers*

©2019 Hearst