Robert A. Sacks (Bar No. 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

Attorney for *Amicus Curiae*
Giffords Law Center to Prevent Gun Violence

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.<br><br>　　　　　Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>MOTION OF GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Judges:  Honorable M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>No hearing set for this motion pursuant to Dkt. 23. |

SULLIVAN & CROMWELL LLP

OPPOSED MOTION BY GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF (19-CV-01226-L-AHG)

Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") respectfully moves for leave to file the attached *amicus curiae* brief in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 25).  Defendants consent to this Motion; Plaintiffs have informed counsel for Giffords Law Center that they object.

Giffords Law Center is a non-profit policy organization dedicated to researching, writing, enacting, and defending laws and programs proven to effectively reduce gun violence.  The organization was founded more than a quarter-century ago following a gun massacre at a San Francisco law firm and was renamed Giffords Law Center in October 2017 after joining forces with the gun-safety organization founded by former Congresswoman Gabrielle Giffords.  Today, Giffords Law Center provides free assistance and expertise to lawmakers, advocates, legal professionals, law enforcement officials, and citizens who seek to improve the safety of their communities.  Giffords Law Center has provided informed analysis as an *amicus* in many firearm-related cases, including in *Hirschfeld* v. *Bureau of Alcohol, Tobacco, Firearms & Explosives*, 2019 WL 4923955 (W.D. Va. Oct. 4, 2019), *District of Columbia* v. *Heller*, 554 U.S. 570 (2008), *McDonald* v. *City of Chicago*, 561 U.S. 742 (2010), *Fyock* v. *City of Sunnyvale,* 779 F.3d 991 (9th Cir. 2015), and *Teixeira* v. *Cty. of Alameda*, 873 F.3d 670 (9th Cir. 2017) (*en banc*).[1]

---

[1] Several courts have cited research and information from Giffords Law Center's *amicus* briefs in Second Amendment rulings.  *E.g., Hirschfeld*, 2019 WL 4923955, at *5, *9; *Ass'n of N.J. Rifle & Pistol Clubs* v. *AG N.J.*, 910 F.3d 106, 121-22 (3d Cir. 2018); *Md. Shall Issue* v. *Hogan*, 353 F. Supp. 3d 400, 403-05 (D. Md. 2018); *Stimmel* v. *Sessions*, 879 F.3d 198, 204, 208, 210 (6th Cir. 2018); *Peruta* v. *Cty. of San Diego*, 824 F.3d 919, 943 (9th Cir. 2016) (*en banc*) (Graber, J., concurring). Giffords Law Center filed the latter two briefs under its former name, the Law Center to Prevent Gun Violence.

-1-

SULLIVAN & CROMWELL LLP

OPPOSED MOTION BY GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF (19-cv-01226-L-AHG)

Giffords Law Center has significant expertise with laws restricting firearm purchase by minors under the age of 21, and represents the interests of citizens who benefit from those laws.[2]  Giffords Law Center's proposed *amicus* brief, attached to this Motion, identifies compelling data and social science demonstrating that 18-to-20-year-olds commit a disproportionate share of violent crimes and are at a higher risk of suicide, including because their brains are still developing and they are more impulsive and emotionally volatile than older adults. This research confirms that there is a reasonable fit between California's restrictions on 18-to-20-year-olds' purchase and possession of firearms and the state's important interest in public safety.

A "district court has broad discretion to appoint *amici curiae*." *Hoptowit* v. *Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds*, *Sandin* v. *Conner*, 515 U.S. 472 (1995).  The "classic role" of *amici curiae* is "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co., Inc.* v. *Comm'r of Labor and Indus.*, 694 F.2d 203, 204 (9th Cir. 1982).  "District courts frequently welcome amicus briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Safari Club Int'l* v. *Harris*, 2015 WL 1255491, at *1 (E.D. Cal. Jan. 14, 2015) (citing *NGV Gaming, Ltd.* v. *Upstream Point Molate, LLC*, 355 F.Supp.2d 1061, 1067 (N.D. Cal. 2005)).  "Even when a party is very well represented, an amicus may provide important assistance to the court." *Jamul Action Comm.* v. *Stevens*, 2014 WL 3853148, at *6 (E.D. Cal. Aug. 5, 2014) (quotation omitted).  More

---

[2] *See, e.g.*, *Minimum Age to Purchase & Possess*, GIFFORDS LAW CENTER, https://lawcenter.giffords.org/gun-laws/policy-areas/who-can-have-a-gun/minimum-age/ (last visited Jan. 3, 2020).

-2-

OPPOSED MOTION BY GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF (19-CV-01226-L-AHG)

SULLIVAN & CROMWELL LLP

specifically, district and appellate courts in the Ninth Circuit have found *amicus* briefs appropriate in cases raising Second Amendment questions, including *amicus* briefs submitted by Giffords Law Center and other gun-violence-prevention groups. *See, e.g.*, *Peruta* v. *Cty. of San Diego*, 824 F.3d 919, 943 (9th Cir. 2016) (Graber, J., concurring) (citing Giffords Law Center brief (under former name Law Center to Prevent Gun Violence) in upholding California's restrictions on concealed firearms); *Fyock* v. *City of Sunnyvale*, Case No. 14-15408, Dkt. 83 (9th Cir. Oct. 21, 2014) (granting motion of Brady Center to Prevent Gun Violence and the Major Chiefs Association to file *amici curiae* brief); *Rupp* v. *Becerra*, 401 F. Supp. 3d 978, 991 (C.D. Cal. 2019) (relying on statistics from "Everytown for Gun Safety's amicus brief").

Giffords Law Center's participation as an *amicus curiae* is desirable because the organization has substantial expertise with the minimum-age restriction at issue in this case and the relevant data and social science demonstrating its effectiveness. The important constitutional principles at stake here—including California's ability to protect public safety through calibrated firearm regulations—are fundamental to Giffords Law Center's mission and critically important to its supporters. Its proposed *amicus* brief can help the Court evaluate the parties' claims by presenting data and social science that support California's restrictions on 18-to-20-year-olds' ability to purchase and possess firearms.

-3-

SULLIVAN & CROMWELL LLP

OPPOSED MOTION BY GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF (19-CV-01226-L-AHG)

\* \* \*

For the foregoing reasons, Giffords Law Center respectfully requests that the Court grant its motion for leave to file an *amicus* brief.

Dated: January 3, 2020

/s/ Robert A. Sacks
Robert A. Sacks (Bar No. 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: 310-712-6600
Facsimile: 310-712-8800
sacks@sullcrom.com

*Attorney for* Amicus Curiae
*Giffords Law Center to Prevent Gun Violence.*

Of Counsel

Hannah Shearer
hshearer@giffords.org
J. Adam Skaggs
askaggs@giffords.org
GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
268 Bush St. # 555
San Francisco, CA 94104

Leonid Traps
trapsl@sullcrom.com
Angela N. Ellis
ellisan@sullcrom.com
Jackson Froliklong
froliklongj@sullcrom.com
Rachel VanGelder
vangelderr@sullcrom.com
125 Broad Street
New York, NY 10004
Telephone: 212-558-4000
Facsimile: 212-558-3558

-4-

SULLIVAN & CROMWELL LLP

OPPOSED MOTION BY GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF (19-CV-01226-L-AHG)

# CERTIFICATE OF SERVICE

I certify that on January 3, 2020, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, which will send notification of electronic filing (NEF) to all counsel of record.

                                          */s/ Robert A. Sacks*
                                          Robert A. Sacks

SULLIVAN & CROMWELL LLP

OPPOSED MOTION BY GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF (19-CV-01226-L-AHG)