| | |
|---|---|
| 1 | Robert A. Sacks (Bar No. 150146) |
| | SULLIVAN & CROMWELL LLP |
| 2 | 1888 Century Park East |
| | Los Angeles, California 90067 |
| 3 | Telephone: (310) 712-6600 |
| | Facsimile: (310) 712-8800 |
| 4 | |
| 5 | Attorney for *Amicus Curiae* |
| | Giffords Law Center to Prevent Gun Violence |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW JONES, et al., | ) | Case No.: 3:19-cv-01226-L-AHG |
| Plaintiffs, | ) | DECLARATION OF ROBERT A. SACKS IN SUPPORT OF BRIEF OF *AMICUS CURIAE* GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| v. | ) | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al., | ) | |
| Defendants. | ) | Judges: Honorable M. James Lorenz and Magistrate Judge Allison H. Goddard |
| | ) | No hearing set for this motion pursuant to Dkt. 23. |

**DECLARATION OF ROBERT A. SACKS**

I, Robert A. Sacks, declare:

1. I am a member of the Bars of the State of California and this Court, and am a partner in the firm of Sullivan & Cromwell LLP, attorneys for *amicus curiae* Giffords Law Center to Prevent Gun Violence ("Giffords Law Center"). I submit this declaration in support of Giffords Law Center's *amicus* Brief in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Michael Dreyfuss et al., *Teens Impulsively React Rather than Retreat from Threat*, 36 DEVELOPMENTAL NEUROSCIENCE 220 (2014).

3. Attached as Exhibit 2 is a true and correct copy of Daniel W. Webster et al., *The Case for Gun Policy Reforms in America*, JOHNS HOPKINS CTR. FOR GUN POLICY & RESEARCH (2012), https://www.jhsph.edu/research/centers-and-institutes/johns-hopkins-center-for-gun-policy-and-research/publications/WhitePaper020514_CaseforGunPolicyReforms.pdf.

4. Attached as Exhibit 3 is a true and correct copy of Merete Nordentoft et al., *Absolute Risk of Suicide after First Hospital Contact in Mental Disorder*, 68 ARCHIVES OF GENERAL PSYCHIATRY 1058 (2011).

5. Attached as Exhibit 4 is a true and correct copy of Tomáš Paus et al., *Why Do Many Psychiatric Disorders Emerge During Adolescence?*, 9 NATURE REVIEWS NEUROSCIENCE 947 (2008).

6. Attached as Exhibit 5 is a true and correct copy of *Mental Health Disorder Statistics*, JOHNS HOPKINS MEDICINE, https://www.hopkinsmedicine.org/health/wellness-and-prevention/mental-health-disorder-statistics (last visited Jan. 2, 2020).

7. Attached as Exhibit 6 is a true and correct copy of American Public Health Association, *Reducing Suicides by Firearms* (2018), https://www.apha.org/policies-and-advocacy/public-health-policy-statements/policy-database/2019/01/28/reducing-suicides-by-firearms.

8. Attached as Exhibit 7 is a true and correct copy of Matthew Miller et al., *Suicide Mortality in the United States: The Importance of Attending to Method in Understanding Population-Level Disparities in the Burden of Suicide*, 33 ANN. REV. PUB. HEALTH 393 (2012).

9. Attached as Exhibit 8 is a true and correct copy of Thomas J. Hanlon et al., *Type of Firearm Used in Suicides: Findings from 13 States in the National Violent Death Reporting System, 2005–2015*, 65 J. ADOLESCENT HEALTH 366 (2019).

10. Attached as Exhibit 9 is a true and correct copy of Katherine A. Vittes et al., *Legal Status and Source of Offenders' Firearms in States with the Least Stringent Criteria for Gun Ownership*, 19 INJURY PREVENTION 26 (2013).

11. Attached as Exhibit 10 is a true and correct copy of Monika K. Goyal et al., *State Gun Laws and Pediatric Firearm-Related Mortality*, 144 PEDIATRICS No. 2 (2019).

12. Attached as Exhibit 11 is a true and correct copy of Sriraman Madhavan et al., *Firearm Legislation Stringency and Firearm-Related Fatalities Among Children in the US*, 229 J. AM. COLLEGE SURGEONS 150 (2019).

13. Attached as Exhibit 12 is a true and correct copy of Abhay Aneja et al., *The Impact of Right-to-Carry Laws and the NRC Report: Lessons for the Empirical Evaluation of Law and Policy*, 13 AM. LAW & ECON. REV. 565 (2011).

14. Attached as Exhibit 13 is a true and correct copy of Ian Ayres et al., *Shooting Down the "More Guns, Less Crime" Hypothesis*, 55 STAN. L. REV. 1193 (2003).

15. Attached as Exhibit 14 is a true and correct copy of Meg Kelly, *Do 98 Percent of Mass Public Shootings Happen in Gun-Free Zones?*, WASH. POST., May 10, 2018, https://www.washingtonpost.com/news/fact-checker/wp/2018/05/10/do-98-percent-of-mass-public-shootings-happen-in-gun-free-zones/.

16. Attached as Exhibit 15 is a true and correct copy of *UPDATED: Mass Public Shootings Keep Occurring In Gun-Free Zones: 94% of Attacks Since 1950*, Crime Prevention Research Center (updated July 6, 2019), https://crimeresearch.org/2018/06/more-misleading-information-from-bloombergs-everytown-for-gun-safety-on-guns-analysis-of-recent-mass-shootings/.

17. Attached as Exhibit 16 is a true and correct copy of Evan Defilippis et al., *The GOP's Favorite Gun 'Academic' is a Fraud*, ThinkProgress (Aug. 12, 2016, 4:45 PM), https://thinkprogress.org/debunking-john-lott-5456e83cf326/.

18. Attached as Exhibit 17 is a true and correct copy of Claudia Deane et al., *A Fabricated Fan and Many Doubts*, WASH. POST, Feb. 11, 2003, https://www.washingtonpost.com/archive/politics/2003/02/11/a-fabricated-fan-and-many-doubts/b086b96f-0c86-417e-afe9-c4623d5e936f/.

19. Attached as Exhibit 18 is a true and correct copy of James Lindgren, *Comments on Questions About John R. Lott's Claims Regarding a 1997 Survey* (Jan. 17, 2003), https://web.archive.org/web/20130304061928/http:/www.cse.unsw.edu.au/~lambert/guns/lindgren.html.

20. Attached as Exhibit 19 is a true and correct copy of Timothy Noah, *The Bellesiles of the Right? Another Firearms Scholar Whose Dog Ate His Data*, CHATTERBOX, Feb. 3, 2003, https://slate.com/news-and-politics/2003/02/bellesiles-of-the-right.html.

21. Attached as Exhibit 20 is a true and correct copy of Peter Moskowitz, *Inside the Mind of America's Favorite Gun Researcher*, PACIFIC STANDARD (Updated Sept. 23, 2018), https://psmag.com/magazine/inside-the-mind-of-americas-favorite-gun-researcher.

22. Attached as Exhibit 21 is a true and correct copy of Richard Morin, *Scholar Invents Fan to Answer His Critics*, WASH. POST, Feb. 1, 2003, https://www.washingtonpost.com/archive/lifestyle/2003/02/01/scholar-invents-fan-to-answer-his-critics/f3ae3f46-68d6-4eee-a65e-1775d45e2133/.

23. Attached as Exhibit 22 is a true and correct copy of U.S. Dep't of Justice, Federal Bureau of Investigation, *A Study of the Pre-Attack Behaviors of Active Shooters in the United States Between 2000 and 2013* (June 2018), https://www.fbi.gov/file-repository/pre-attack-behaviors-of-active-shooters-in-us-2000-2013.pdf/view.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 3, 2020

/s/ *Robert A. Sacks*
Robert A. Sacks

# TABLE OF CONTENTS

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Michael Dreyfuss et al., *Teens Impulsively React Rather than Retreat from Threat*, 36 DEVELOPMENTAL NEUROSCIENCE 220 (2014) | 1-9 |
| 2 | Daniel W. Webster et al., *The Case for Gun Policy Reforms in America*, JOHNS HOPKINS CTR. FOR GUN POLICY & RESEARCH (2012) | 10-29 |
| 3 | Merete Nordentoft et al., *Absolute Risk of Suicide after First Hospital Contact in Mental Disorder*, 68 ARCHIVES OF GENERAL PSYCHIATRY 1058 (2011) | 30-37 |
| 4 | Tomáš Paus et al., *Why Do Many Psychiatric Disorders Emerge During Adolescence?*, 9 NATURE REVIEWS NEUROSCIENCE 947 (2008) | 38-49 |
| 5 | *Mental Health Disorder Statistics*, JOHNS HOPKINS MEDICINE (last visited Jan. 2, 2020) | 50-53 |
| 6 | American Public Health Association, *Reducing Suicides by Firearms* (2018) | 54-63 |
| 7 | Matthew Miller et al., *Suicide Mortality in the United States: The Importance of Attending to Method in Understanding Population-Level Disparities in the Burden of Suicide*, 33 ANN. REV. PUB. HEALTH 393 (2012) | 64-84 |
| 8 | Thomas J. Hanlon et al., *Type of Firearm Used in Suicides: Findings from 13 States in the National Violent Death Reporting System, 2005–2015*, 65 J. ADOLESCENT HEALTH 366 (2019) | 85-90 |
| 9 | Katherine A. Vittes et al., *Legal Status and Source of Offenders' Firearms in States with the Least Stringent Criteria for Gun Ownership*, 19 INJURY PREVENTION 26 (2013) | 91-97 |

| | | |
|---|---|---|
| 10 | Monika K. Goyal et al., *State Gun Laws and Pediatric Firearm-Related Mortality*, 144 PEDIATRICS No. 2 (2019) | 98-108 |
| 11 | Sriraman Madhavan et al., *Firearm Legislation Stringency and Firearm-Related Fatalities Among Children in the US*, 229 J. AM. COLLEGE SURGEONS 150 (2019) | 109-117 |
| 12 | Abhay Aneja et al., *The Impact of Right-to-Carry Laws and the NRC Report: Lessons for the Empirical Evaluation of Law and Policy*, 13 AM. LAW & ECON. REV. 565 (2011) | 118-186 |
| 13 | Ian Ayres et al., *Shooting Down the "More Guns, Less Crime" Hypothesis*, 55 STAN. L. REV. 1193 (2003) | 187-308 |
| 14 | Meg Kelly, *Do 98 Percent of Mass Public Shootings Happen in Gun-Free Zones?*, WASH. POST., May 10, 2018 | 309-312 |
| 15 | *UPDATED: Mass Public Shootings Keep Occurring In Gun-Free Zones: 94% of Attacks Since 1950*, Crime Prevention Research Center (updated July 6, 2019) | 313-329 |
| 16 | Evan Defilippis et al., *The GOP's Favorite Gun 'Academic' is a Fraud*, ThinkProgress (Aug. 12, 2016, 4:45 PM) | 330-343 |
| 17 | Claudia Deane et al., *A Fabricated Fan and Many Doubts*, WASH. POST, Feb. 11, 2003 | 344-346 |
| 18 | James Lindgren, *Comments on Questions About John R. Lott's Claims Regarding a 1997 Survey* (Jan. 17, 2003) | 347-374 |
| 19 | Timothy Noah, *The Bellesiles of the Right? Another Firearms Scholar Whose Dog Ate His Data*, CHATTERBOX, Feb. 3, 2003 | 375-383 |

| | | |
|---|---|---|
| 20 | Peter Moskowitz, *Inside the Mind of America's Favorite Gun Researcher*, PACIFIC STANDARD (Updated Sept. 23, 2018) | 384-389 |
| 21 | Richard Morin, *Scholar Invents Fan to Answer His Critics*, WASH. POST, Feb. 1, 2003 | 390-392 |
| 22 | U.S. Dep't of Justice, Federal Bureau of Investigation, *A Study of the Pre-Attack Behaviors of Active Shooters in the United States Between 2000 and 2013* (June 2018) | 393-423 |