1  Darren A. LaVerne* (NY 4353298)
   Karen S. Kennedy* (NY 2429371)
2  Jessica K. Weigel* (NY 5338975)
   Dayna M. Chikamoto* (NY 5487400)
3  Kramer Levin Naftalis & Frankel LLP
   1177 Avenue of the Americas
4  New York, New York 10036
   (212) 715-9190
5
   Lisa Kobialka (SBN 191404)
6  Kramer Levin Naftalis & Frankel LLP
   990 Marsh Road
7  Menlo Park, CA 94025
   (650) 752-1711
8
   William J. Taylor, Jr.* (NY 3958956)
9  Everytown Law
   450 Lexington Avenue
10 P.O. Box. 4184
   New York, NY 10017
11 (646) 324-8215

12 *Motion for *Pro Hac Vice* admission pending

13 *Attorneys for Everytown for Gun Safety
   Support Fund*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; BRENT E. ORICK, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms; and DOES 1-20,<br><br>Defendants. | Civil Action No. 19-CV-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF BY EVERYTOWN FOR GUN SAFETY SUPPORT FUND IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Special briefing schedule ordered.<br><br>No hearing set for this motion pursuant to Dkt. 23 |

Everytown for Gun Safety Support Fund ("Everytown"), pursuant to Local Civil Rule 5.1(h), respectfully requests leave to file the attached *amicus curiae* brief in this case, in support of the Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction and, more specifically, in support of Defendants' position regarding the constitutionality of California Penal Code section 27510.

Everytown is the education, research, and litigation arm of Everytown for Gun Safety, the nation's largest gun violence prevention organization, with nearly six million supporters in all fifty states fighting for public safety measures that respect the Second Amendment and help save lives. Everytown for Gun Safety was founded in 2014 as the combined effort of Mayors Against Illegal Guns, a national, bipartisan coalition of mayors combating illegal guns and gun trafficking, and Moms Demand Action for Gun Sense in America, an organization formed after the murders of twenty children and six adults at an elementary school in Newtown, Connecticut by a 20-year-old person using a semiautomatic centerfire rifle. The mayors of more than fifty California cities are members of Mayors Against Illegal Guns. Everytown also includes a large network of gun-violence survivors who are empowered to share their stories and advocate for responsible gun laws.

The Ninth Circuit and California district courts have "broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995); *see also Duronslet v. Cty. of Los Angeles*, No. 2:16-cv-08933-ODW(PLAx), 2017 WL 5643144, at *1 (C.D. Cal. Jan. 23, 2017). Courts "frequently welcome amicus briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Safari Club Int'l v. Harris*, No. 2:14-cv-01856-GEB-AC, 2015 WL 1255491, at *1 (E.D. Cal. Jan. 14, 2015) (internal quotation marks and citation omitted).

Everytown's mission includes defending common-sense gun laws by filing *amicus* briefs that provide historical context and doctrinal analysis that might otherwise be overlooked. Everytown has filed such briefs in numerous Second Amendment cases, including in cases, like this one, involving challenges to restrictions on the purchase and sale of firearms. *See, e.g.*, *Duncan v. Becerra*, No. 19-55376 (9th Cir.); *Silvester v. Harris*, No. 14-17840 (9th Cir.); *Rhode v. Becerra*, No. 3:18-cv-00802-BEN-JLB (S.D. Cal.). It seeks to do the same here.

We respectfully submit that an *amicus curiae* brief filed by Everytown would assist the Court in deciding Plaintiffs' Motion for Preliminary Injunction by providing further analysis in support of Defendants' position that California Penal Law section 27510 is constitutional. Specifically, Everytown's brief would provide the Court with additional historical information relevant to step one of the Ninth Circuit's two-step inquiry for evaluating Second Amendment challenges to firearms regulations, which asks whether the conduct restricted by the statute traditionally has been protected by the Second Amendment. Everytown's brief would demonstrate that restrictions on the sale or transfer of firearms to minors have existed for more than 150 years and age-based restrictions on transfers regulate conduct outside the scope of the Second Amendment as the right has been historically understood. The undersigned has received consent from counsel of record for Defendants to file an amicus brief. The undersigned emailed counsel of record for Plaintiffs on December 19, 2019, and again on December 31, 2019, to request consent but did not receive any response.

Wherefore, Everytown respectfully requests that the Court grant its Motion for Leave to File an *Amicus Curiae* Brief.

Respectfully submitted,

Dated: January 3, 2020    By: _s/ Lisa Kobialka_
Lisa Kobialka (State Bar. No. 191404)
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
lkobialka@kramerlevin.com

Darren A. LaVerne*
Karen S. Kennedy*
Jessica K. Weigel*
Dayna M. Chikamoto*
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9190

William J. Taylor, Jr.*
Everytown Law
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
(646) 324-8215

*Motion for *Pro Hac Vice* admission pending

*Attorneys for Everytown for Gun Safety Support Fund*