Darren A. LaVerne* (NY 4353298)
Karen S. Kennedy* (NY 2429371)
Jessica K. Weigel* (NY 5338975)
Dayna M. Chikamoto* (NY 5487400)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9190

Lisa Kobialka (SBN 191404)
Kramer Levin Naftalis & Frankel LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1711

William J. Taylor, Jr.* (NY 3958956)
Everytown Law
450 Lexington Avenue
P.O. Box. 4184
New York, NY 10017
(646) 324-8215

*Motion for *Pro Hac Vice* admission pending

*Attorneys for Amicus Curiae*
*Everytown for Gun Safety Support Fund*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; BRENT E. ORICK, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms; and DOES 1-20,<br><br>Defendants. | Case No.: 3:19-CV-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**DECLARATION OF LISA KOBIALKA IN SUPPORT OF AMICUS CURIAE EVERYTOWN FOR GUN SAFETY SUPPORT FUND'S BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Special briefing schedule ordered.<br><br>No hearing set for this motion pursuant to Dkt. 23. |

KOBIALKA DECL. ISO EVERYTOWN'S AMICUS CURIAE     CASE NO. 19-CV-01226-L-AHG
BRIEF IN SUPPORT OF DEFS. OPP. TO MOT. FOR PRELIM. INJUNCTION

I, Lisa Kobialka, hereby declare as follows:

1. I am a partner in the law firm of Kramer Levin Naftalis & Frankel LLP, attorneys for *amicus curiae* Everytown for Gun Safety Support Fund ("Everytown").

2. I make this declaration in support of Everytown's brief in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction.

3. Attached as **Exhibit 1** is a true and correct copy of an excerpt from William Blackstone, 1 *Commentaries On the Laws of England* (1st ed. 1765).

4. Attached as **Exhibit 2** is a true and correct copy of an excerpt from Black's Law Dictionary (1st ed. 1891).

5. Attached as **Exhibit 3** is a true and correct copy of Vivian E. Hamilton, *Adulthood in Law and Culture*, 91 Tul. L. Rev. 55 (2016).

6. Attached as **Exhibit 4** is a true and correct copy of T.E. James, *The Age of Majority*, 4 Am. J. Legal Hist. 22 (1960).

7. Attached as **Exhibit 5** is a true and correct copy of an excerpt from James Kent, 2 *Commentaries on American Law* (1827).

8. Attached as **Exhibit 6** is a true and correct copy of Larry D. Barnett, *The Roots of Law*, 15 Am. U. J. of Gender, Social Policy & the Law 613 (2007).

9. Attached as **Exhibit 7** is a chart compiling the earliest known nineteenth century state laws restricting the purchase of firearms by, and transfer of firearms to, minors, as well as true and correct copies of the referenced laws. The information in this chart was sourced from Exhibit B to the Department of Justice's Brief in Support of its Motion to Dismiss in *Hirschfeld v. Bureau of Alcohol, Tobacco, Firearms, & Explosives*, No. 3:18-cv-00103 (W.D. Va. Apr. 10, 2019), Dkt. No. 16-2.

10. Attached as **Exhibit 8** is a chart compiling nineteenth century state analogues to the Second Amendment, which were in place at the time the aforementioned laws restricting the ability of minors to purchase or use particular firearms were enacted, as well as true and correct copies of the referenced laws. The

information in this chart was sourced from Exhibit B to the Department of Justice's Brief in Support of its Motion to Dismiss in *Hirschfeld v. Bureau of Alcohol, Tobacco, Firearms, & Explosives*, No. 3:18-cv-00103 (W.D. Va. Apr. 10, 2019), Dkt. No. 16-2.

11. Attached as **Exhibit 9** is a true and correct copy of an excerpt from Thomas M. Cooley, *A Treatise on Constitutional Limitations* (5th ed. 1883).

12. Attached as **Exhibit 10** is a true and correct copy of Opinion of Kentucky Attorney General OAG 94-14 (Mar. 3, 1994).

13. Attached as **Exhibit 11** is a true and correct copy of an excerpt from 3 *William Waller Hening, The Statutes At Large; Being A Collection Of All The Laws Of Virginia* 335 (1823).

14. Attached as **Exhibit 12** is a true and correct copy of an excerpt from 4 *William Waller Hening, The Statutes At Large; Being A Collection Of All The Laws Of Virginia* 118 (1820).

15. Attached as **Exhibit 13** is a true and correct copy of an excerpt from 6 *William Waller Hening, The Statutes At Large; Being A Collection Of All The Laws Of Virginia* 530 (1819).

16. Attached as **Exhibit 14** is a true and correct copy of an excerpt from 9 *William Waller Hening, The Statutes At Large; Being A Collection Of All The Laws Of Virginia* 9 (1821).

17. Attached as **Exhibit 15** is a true and correct copy of an excerpt from 11 *William Waller Hening, The Statutes At Large; Being A Collection Of All The Laws Of Virginia* 476 (1823).

18. Attached as **Exhibit 16** is a chart compiling examples of state laws mandating militia enrollment at age 21, and well as true and correct copies of the referenced laws.

19. Attached as **Exhibit 17** is a true and correct copy of section 1 of article XII of the North Carolina Constitution of 1868.

20. Attached as **Exhibit 18** is a true and correct copy of an excerpt from 2 *Annals of Congress, The Debates and Proceedings in the Congress of the United States* (1834).

21. Attached as **Exhibit 19** is a chart compiling examples of state laws requiring parents to furnish or provide arms to minors in the militia, as well as true and correct copies of the referenced laws.

22. Attached as **Exhibit 20** is a chart compiling examples of state laws providing for distribution of public arms to militia members, as well as true and correct copies of the referenced laws.

23. Attached as **Exhibit 21** is a true and correct copy of the Bill Analysis for S.B. 1100 at 2-3, Assemb. Comm. On Pub. Safety (June 19, 2018).

24. Attached as **Exhibit 22** is a true and correct copy of the Bill Analysis for S.B. 1100 at 6-7, S. Comm. on Pub. Safety (Apr. 17, 2018).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 3, 2020, in Menlo Park, CA.

*s/ Lisa Kobialka*
Lisa Kobialka

*Attorneys for Amicus Curiae*
*Everytown for Gun Safety Support Fund*