***Jones, et al. v. Becerra, et al.***
**Case No. 3:19-CV-01226-L-AHG**

**EVERYTOWN FOR GUN SAFETY SUPPORT FUND'S AMICUS BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**INDEX OF EXHIBITS TO DECLARATION OF LISA KOBIALKA**

| EXHIBIT NO. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| 1 | Excerpt from William Blackstone, 1 *Commentaries On the Laws of England* (1st ed. 1765) | 0001-0008 |
| 2 | Excerpt from *Black's Law Dictionary* (1st ed. 1891) | 0009-0012 |
| 3 | Vivian E. Hamilton, *Adulthood in Law and Culture*, 91 Tul. L. Rev. 55 (2016) | 0013-0057 |
| 4 | T.E. James, *The Age of Majority*, 4 Am. J. Legal Hist. 22 (1960) | 0058-0071 |
| 5 | Excerpt from James Kent, 2 *Commentaries on American Law* (1827) | 0072-0087 |
| 6 | Larry D. Barnett, *The Roots of Law*, 15 Am. U. J. of Gender, Social Policy & the Law 613 (2007) | 0088-0163 |
| 7 | Chart compiling the earliest known nineteenth century state laws restricting the purchase of firearms by, and transfer of firearms to, minors, as well as true and correct copies of the referenced laws | 0164-0225 |
| 8 | Chart compiling nineteenth century state analogues to the Second Amendment, as well as true and correct copies of the referenced laws | 0226-0283 |
| 9 | Excerpt from Thomas M. Cooley, *A Treatise on Constitutional Limitations* (5th ed. 1883) | 0284-0301 |
| 10 | Opinion of Kentucky Attorney General OAG 94-14 (Mar. 3, 1994) | 0302-0305 |

INDEX OF EXHIBITS TO KOBIALKA DECL. ISO                    CASE NO. 19-CV-01226-L-AHG
EVERYTOWN'S AMICUS BRIEF OPP. TO MOT. FOR PRELIM. INJUNCTION

| EXHIBIT NO. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| 11 | Excerpt from 3 *William Waller Hening, The Statutes At Large; Being A Collection Of All The Laws Of Virginia* 335 (1823) | 0306-0309 |
| 12 | Excerpt from 4 *William Waller Hening, The Statutes At Large; Being A Collection Of All The Laws Of Virginia* 118 (1820) | 0310-0312 |
| 13 | Excerpt from 6 *William Waller Hening, The Statutes At Large; Being A Collection Of All The Laws Of Virginia* 530 (1819) | 0313-0316 |
| 14 | Excerpt from 9 *William Waller Hening, The Statutes At Large; Being A Collection Of All The Laws Of Virginia* 9 (1821) | 0317-0320 |
| 15 | Excerpt from 11 *William Waller Hening, The Statutes At Large; Being A Collection Of All The Laws Of Virginia* 476 (1823) | 0321-0324 |
| 16 | Chart compiling examples of state laws mandating militia enrollment at age 21, and well as true and correct copies of the referenced laws | 0325-0355 |
| 17 | Section 1 of article XII of the North Carolina Constitution of 1868 | 0356-0359 |
| 18 | Excerpt from 2 *Annals of Congress, The Debates and Proceedings in the Congress of the United States* (1834) | 0360-0362 |
| 19 | Chart compiling examples of state laws requiring parents to furnish or provide arms to minors in the militia, as well as true and correct copies of the referenced laws | 0363-0403 |
| 20 | Chart compiling examples of state laws providing for distribution of public arms to militia members, well as true and correct copies of the referenced laws | 0404-0431 |
| 21 | Bill Analysis for S.B. 1100 at 2-3, Assemb. Comm. On Pub. Safety (June 19, 2018) | 0432-0436 |
| 22 | Bill Analysis for S.B. 1100 at 6-7, S. Comm. on Pub. Safety (Apr. 17, 2018) | 0437-0444 |

INDEX OF EXHIBITS TO KOBIALKA DECL. ISO
EVERYTOWN'S AMICUS BRIEF OPP. TO MOT. FOR PRELIM. INJUNCTION

CASE NO. 19-CV-01226-L-AHG