# Exhibit 10

Exhibit 10

0302

**[Opinions New/oagheade.htm]**

# OAG 94-14

March 3, 1994

Mr. Vic Hellard, Director

Legislative Research Commission

State Capitol

Frankfort, Kentucky 40601

Dear Mr. Hellard:

You recently requested this office to "determine whether House Bill 359 restricting possession of handguns by minors is constitutional or unconstitutional under the Second Amendment to the Constitution of the United States or Section 1, Seventh, under the Constitution of Kentucky." The bill (HB 359) is constitutional under both of these constitutional provisions.

HB 359 prohibits the possession of a handgun by a minor. The bill also makes it unlawful to provide a handgun to a minor. The application of these prohibitions is narrowed by several exceptions and limitations set forth in the bill.

The Second Amendment does not guarantee an individual right to keep and bear arms. *Stevens v. U.S.*, 440 F.2d 144 (6th Cir. 1971). Moreover, the Second Amendment serves as a limitation on Congress, not the states. *Miller v. Texas*, 153 U.S. 535, 14 S.Ct. 874, 38 L.Ed. 812 (1894); *United States v. Cruikshank*, 92 U.S. 542, 23 L.Ed. 588 (1876). Thus, the Second Amendment to the United States Constitution has been held not to operate as a bar to a municipal handgun ban. *Quilici v. Village of Morton Grove*, 695 F.2d 261 (7th Cir. 1982), certiorari denied 464 U.S. 863, 104 S.Ct. 194, 78 L.Ed.2d 170.

The Kentucky Constitution recognizes a right to bear arms as follows:

> All men are, by nature, free and equal, and have certain inherent and inalienable rights, among which may be reckoned:

> * * *

> Seventh: The right to bear arms in defense of themselves and of the state, subject to the power of the general assembly [sic] to enact laws to prevent persons from carrying concealed weapons.

The Kentucky Supreme Court has yet to address squarely in a published opinion the question of whether this right extends to minors.

When the present Kentucky Constitution was ratified in 1891, the public policy of the Commonwealth as expressed through its statutes was to restrict the access of minors to deadly weapons. In fact, for over a century, from the early 1870's until the adoption of the modern Penal Code in the mid 1970's, Kentucky law prohibited the sale of most deadly weapons to minors.

In *Holland v. Commonwealth*, Ky., 294 S.W.2d 893 (1956), the Commonwealth's highest court recognized the constitutionality of KRS 435.230, since repealed, which contained a prohibition against selling deadly weapons to minors. The *Holland* court stated that "the Legislature has exercised the power granted it by enacting KRS 435.230," and then quoted the statute verbatim with approval. *Holland v. Commonwealth*, 294 S.W.2d at 85.

Exhibit 10

0303

Given the Commonwealth's history of restricting the access of minors to deadly weapons, it is not unreasonable to conclude that the Kentucky constitutional provision recognizing a right to bear arms has no application to minors. With respect to state constitutional provisions recognizing a right to bear arms, "felons, persons of tender years, idiots and lunatics are classes that have almost universally been excluded from the arms guarantee." Dowlut and Knoop, *State Constitutions and the Right to Keep and Bear Arms*. 7 Oklahoma City University Law Review 191 (1982).

If the right to bear arms does extend to minors, it likely is a more limited right than that possessed by adults. The United States Supreme Court has long recognized the common sense proposition that some rights of minors, even constitutional ones, may be more restricted than those assured to adults. See, e.g., *Ginsberg v. New York*, 390 U.S. 629, 88 S.Ct. 1274, 20 L.Ed.2d 195 (1968).

Even the right of adults to bear arms is not absolute. The right is subject to the Kentucky General Assembly's reasonable exercise of the police power generally, as well as to the power specifically granted the General Assembly in Section 1 of the Kentucky Constitution.

Section 1 of the Kentucky Constitution expressly grants the General Assembly the power to *prevent* persons from carrying concealed weapons. Thus, while the seventh paragraph of Section 1 of the Kentucky Constitution recognizes a right to bear arms, it also, like the Florida Constitution, "was designed to protect the people . . . from the bearing of weapons by the unskilled, the irresponsible, and the lawless." *Davis v. State*, Fla., 146 So.2d 892, 894 (1962).

The case of *Bliss v. Commonwealth*, 12 Ky. 90 (1822) led to the addition of language in the 1850 Kentucky Constitution which expressly permits the General Assembly to enact laws to prevent the carrying of concealed weapons. This language was retained when the present Kentucky Constitution was ratified.

The *Bliss* opinion does not state the law under the present Constitution. Moreover, Kentucky courts have long recognized that the *Bliss* court's characterization of Kentucky's constitutional provisions as mandatory is subject to qualification. See, e.g., *Gaines v. O'Connell*, Ky., 204 S.W.2d 425, 427 (1947).

In *Eary v. Commonwealth*, Ky., 659 S.W.2d 198 (1983), the Kentucky Supreme Court held that the right to bear arms is subject to the state's reasonable exercise of its inherent police powers to protect the public health and safety. The *Eary* court concluded that KRS 527.040, which prohibits a class of persons (convicted felons) from carrying handguns, does not violate the right to bear arms recognized in the Kentucky Constitution. The *Eary* view is in accord with the majority of state courts. (See, generally, Annot., 86 ALR 4th 921, 938-939.)

Assuming, for the sake of argument only, that the Kentucky constitutional provision recognizing a right to bear arms extends to minors, HB 359 nevertheless represents both a reasonable exercise of the Commonwealth's police power and a reasonable exercise of the Kentucky General Assembly's power to prevent persons from carrying concealed weapons. Kentucky has "a policy of special protection of minors from injury." *Pike v. George*, Ky., 434 S.W.2d 626, 629 (1968). That policy is furthered by keeping handguns, which may be concealed easily and retrieved readily, out of the hands of minors.

A majority of states which have considered the question of whether a ban on the possession of handguns by all persons in the state is a reasonable exercise of the police power have concluded that it is. (See, e.g., Annot., 86 ALR 4th 921 at 939, 950-954.) HB 359 is much more limited, restricting only the possession of handguns by minors.

HB 359 does permit a minor to possess a handgun in several situations. A minor is not guilty of possession of a handgun when he or she is:

(a) In attendance at a hunter's safety course or a firearm safety course;

(b) Engaging in practice in the use of a firearm, or target shooting at an established firing range, or any other area where the discharge of a firearm is not prohibited;

Exhibit 10

0304

(c) Engaging in an organized competition involving the use of a firearm, or participating in or practicing for a performance by a group organized under Section 501(c)(3) of the Internal Revenue Code or any successor thereto which uses firearms as a part of the performance;

(d) Hunting or trapping pursuant to a valid license issued to him or her pursuant to the statutes or administrative regulations of this Commonwealth;

(e) Traveling to or from any activity described in paragraphs (a) to (d) with any unloaded handgun in his possession;

(f) On real property which is under the control of an adult and has the permission of that adult and his or her parent or legal guardian to possess a handgun; or

(g) At his or her residence and with the permission of his or her parent or legal guardian possesses a handgun and is justified under the principles of justification set forth in KRS Chapter 503 in using physical force or deadly physical force.

HB 359 represents a reasonable balancing of competing concerns. On the one hand, the bill addresses concern over the perceived increase in violent crime perpetrated by and against the youth of this Commonwealth, particularly crimes of violence involving handguns. On the other hand, it addressses concern that minors be permitted to retain the ability to use handguns responsibly for legitimate purposes.

HB 359 does not unconstitutionally infringe on any right under the Second Amendment to the United States Constitution. Nor does HB 359 unconstitutionally infringe on the right to bear arms recognized in Section 1 of the Kentucky Constitution.

Sincerely,

CHRIS GORMAN

ATTORNEY GENERAL

Kent T. Young

Assistant Attorney General

Exhibit 10

0305

# Exhibit 11

Exhibit 11

0306



Content downloaded/printed from                    *HeinOnline*

Thu Nov  7 15:56:04 2019

Citations:

Bluebook 20th ed.
William Waller Hening. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature  (1705).

ALWD 6th ed.
William Waller Hening. Statutes at Large; Being a Collection of All the Ls of
Virginia, from the First Session of the Legislature  (1705).

APA 6th ed.
Hening, W. (1705). Statutes at Large; Being Collection of All the Laws of Virginia,
from the First Session of the Legislature . supp., New York, R. W. G. Bartow.

Chicago 7th ed.
Hening William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature . & supp., New York, R. & W. & G.
Bartow.

McGill Guide 9th ed.
William Waller Hening, Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature  (& supp., New York: R. & W. & G.
Bartow., 1705)

MLA 8th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature . & supp., New York, R. W. & G.
Bartow. HeinOnline.

OSCOLA 4th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature . & supp., New York, R. W. & G.
Bartow.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 11

0307

the other said children. And thereupon, it shall and may be lawful for the said other children, and every of them, and their executors or administrators, as the case shall be, to commence and prosecute an action upon the case, at the common law, against such heir, his heirs, executors and administrators, for the recovery of their said several proportions, respectively. *Action for.*

XI. *And be it further enacted by the authority aforesaid,* That if any widow, seised of any such slave or slaves, as aforesaid, as of the dower of her husband, shall send, or voluntarily permit to be sent out of this colony and dominion, such slave or slaves, or any of their increase, without the lawful consent of him or her in reversion, such widow shall forfeit all and every such slave or slaves, and all other the dower which she holds of the endowment of her husband's estate, unto the person or persons that shall have the reversion thereof; any law, usage or custom to the contrary notwithstanding. And if any widow, seized as aforesaid, shall be married to an husband, who shall send, or voluntary permit to be sent out of this colony and dominion, any such slave or slaves, or any of their increase, without the consent of him or her in reversion; in such case, it shall be lawful for him or her in reversion, to enter into, possess and enjoy all the estate which such husband holdeth, in right of his wife's dower, for and during the life of the said husband. *Widow, sending dower slaves out of the state, forfeits her right.*

*So, of her husband.*

═══

## CHAP. XXIV.

### *An act for settling the Militia.*

Edi. 1733, and 1752.

[From MS.]

FOR the setling, arming and training a militia for her majestie's service, to be ready on all occasions for the defence and preservation of this her colony and dominion,

*Be it enacted, by the governor, council, and burgesses, of this present general assembly, and it is hereby enacted, by the authority of the same,* That from and after the publication of this act, the colonel or chief officer of the militia of every county have full power and authority to list all male persons whatsoever, from sixteen to sixty years of age within his respective county, to serve in horse or foot, as in his discretion he shall *Persons, from 16 to 60, liable to militia duty.*

Exhibit 11

0308

see cause and think reasonable, having regard to the ability of each person, he appoints to serve in the horse, and to order and place them and every of them under the command of such captain in the respective countys of their abode, as he shall think fitt.

**Who exempted from.**

*Provided nevertheless,* That nothing herein contained shall be construed to give any power or authority to any colonel or chief officer whatsoever, to list any person that shall be, or shall have been of her majesty's councill in this colony, or any person that shall be, or shall have been speaker of the house of burgesses, or any person that shall be, or shall have been her majesty's attorney general, or any person that shall be, or shall have been a justice of the peace within this colony, or any person that shall have born any military commission within this colony as high as the commission of a captain, or any minister, or the clerk of the councill for the time being, or the clerk of the general court for the time being, or any county court clerk during his being such, or any parish clerk or schoolmaster during his being such, or any overseer that hath four or more slaves under his care, or any constable during his being such, or any miller who hath a mill in keeping, or any servant by importation, or any slave, but that all and every such person or persons be exempted from serving either in horse or foot. Any thing in this act heretofore to the contrary notwithstanding.

**Proviso, as to overseers.**

*Provided always,* That if any overseer that is by this act exempted from being listed shall appear at any muster, either of horse or foot, he shall appear in arms fit for exercise, and shall perform his duty as other private soldiers do, on pain of paying the fine inflicted by this act upon such persons as do not provide troopers, arms and other accoutrements. But for as much as severall of the persons exempted, as aforesaid, though they be of sufficient ability to find and keep a serviceable horse and horse arms, and such men whose personal service may not only be usefull, but necessary upon an insurrection or invasion, which God prevent, by virtue of the proviso aforesaid, will perhaps account themselves free from provideing and keep the same at the places of their abode, which is not intended :

Exhibit 11

0309

# Exhibit 12

Exhibit 12

0310



Content downloaded/printed from          *HeinOnline*

Thu Nov  7 15:58:42 2019

Citations:

Bluebook 20th ed.
William Waller Hening. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature  (1722).

ALWD 6th ed.
William Waller Hening. Statutes at Large; Being a Collection of All the Ls of
Virginia, from the First Session of the Legislature  (1722).

APA 6th ed.
Hening, W. (1722). Statutes at Large; Being Collection of All the Laws of Virginia,
from the First Session of the Legislature . supp., New York, R. W. G. Bartow.

Chicago 7th ed.
Hening William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature . & supp., New York, R. & W. & G.
Bartow.

McGill Guide 9th ed.
William Waller Hening, Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature  (& supp., New York: R. & W. & G.
Bartow., 1722)

MLA 8th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature . & supp., New York, R. & W. & G.
Bartow. HeinOnline.

OSCOLA 4th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature . & supp., New York, R. & W. & G.
Bartow.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 12

0311

Hugh Drys-
dale, Esq.
Governor.

# General Assembly,

SUMMONED TO BE HELD AT

*Williamsburg, the fifth day of December, anno domini,*
*1722, in the ninth year of the reign of our sovereign*
*lord George, by the grace of God, of Great-Britain,*
*France, and Ireland, King, defender of the faith,*
*&c. and by writ of prorogation, begun and holden*
*on the ninth day of May, 1723.*

Repealed by
proclamation
Oct. 27,1724.

## CHAP. I.

*An Act for laying a Duty on Liquors and Slaves.*

## CHAP. II.

*An Act for the settling and better Regulation of the*
*Militia.*

Preamble.

I. WHEREAS a due regulation of the Militia is
absolutely necessary for the defence of this
country, and the act now in force, doth not sufficiently
provide for the same,

From the age
of 21 to 60,
liable to mi-
litia duty.

II. *Be it therefore enacted, by the Lieutenant-Gover-*
*nor, Council, and Burgesses, of this present General As-*
*sembly, and it is hereby enacted by the authority of the*
*same,* That from and after the publication of this act,
the colonel, or chief officer of the militia of every coun-
ty, have full power and authority to list all free male
persons whatsoever, from twenty-one to sixty years of
age, within his respective county, to serve in horse or
foot; having regard to the ability of each person, and
to order and place them under the command of such
captain as he shall think fit.

Exemptions.

III. *Provided nevertheless,* That nothing herein con-
tained, shall be construed to compel any person or per-
sons that shall be, or shall have been, of his Majesty's

Exhibit 12

0312

# Exhibit 13

Exhibit 13

0313



Content downloaded/printed from                    *HeinOnline*

Thu Nov  7 16:01:05 2019

Citations:

Bluebook 20th ed.
William Waller Hening. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature (1752).

ALWD 6th ed.
William Waller Hening. Statutes at Large; Being a Collection of All the Ls of
Virginia, from the First Session of the Legislature (1752).

APA 6th ed.
Hening, W. (1752). Statutes at Large; Being Collection of All the Laws of Virginia,
from the First Session of the Legislature. supp., New York, R. W. G. Bartow.

Chicago 7th ed.
Hening William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature. & supp., New York, R. & W. & G.
Bartow.

McGill Guide 9th ed.
William Waller Hening, Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature (& supp., New York: R. & W. & G.
Bartow., 1752)

MLA 8th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature. & supp., New York, R. & W. & G.
Bartow. HeinOnline.

OSCOLA 4th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature. & supp., New York, R. & W. & G.
Bartow.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 13

0314

lawfully convicted, shall be adjudged a felon, and shall suffer as in cases of felony, without benefit of clergy.

**The security for their redemption.** XVII. *And be it further enacted,* That the money to be raised by the duties imposed by this act, shall stand, be, and remain, as a security for the redemption of the said treasury notes so to be issued. And the said John Robinson, treasurer, or the treasurer for the time being, appointed as aforesaid, is hereby required to apply all such money as shall come to his hands, by virtue of this act, for, and towards the redemption of such treasury notes, and to no other use or purpose whatsoever.

**Treasurer to give further security.** XVIII. *And be it further enacted, by the authority afore aid,* That John Robinson, esquire, treasurer of this colony, shall give such further security, as shall be approved by the governor, or commander in chief of this colony, in the sum of forty thousand pounds, for the due answering and paying all the money, by him received from time to time, and for the due and faithful performance of his said office, and in case of his death, resignation, or disability, the treasurer to be appointed in his stead, shall in like manner give such further security, before he enters into his said office.

---

## CHAP. II.

### *An Act for the better regulating and training the Militia.*

**Preamble.** I. WHEREAS the act of Assembly made in the twelfth year of his majesty's reign, intituled, An act for the better regulation of the militia, hath proved very ineffectual, whereby the colony is deprived of its proper defence in time of danger:

**All the officers of the militia to be resident in their counties.** II. *Be it therefore enacted by the Lieutenant Governor, Council, and Burgesses, of this present General Assembly, and it is hereby enacted by the authority of the same,* That from, and after the passing of this act, all county lieutenants, colonels, lieutenant colonels, and other inferior officers, bearing any commission in the

Exhibit 13

0315

militia of this colony, shall be an inhabitant of, and resident in the county of which he is, or shall be commissioned to be an officer of the militia.

III. *And be it further enacted, by the authority afore-* Who to be *said,* That the lieutenant, or in his absence, the chief listed in the officer of the militia in every county shall list all male militia. persons, above the age of eighteen years, and under the age of sixty years, within this colony, (imported servants excepted) under the command of such captain, as he shall think fit, within two months after the passing of this act.

IV. *Provided always,* That nothing herein contain- Who to be ed shall be construed to compel any persons hereafter exempted. mentioned, to muster, that is to say, such as are members of the council, speaker of the house of Burgesses, receiver general, auditor, secretary, attorney general, clerk of the council, clerk of the secretary's office, ministers of the church of England, the president, masters or professors, and students of William and Mary college, the mayor, recorder, and Aldermen of the city of Williamsburg, and borough of Norfolk, the keeper of the public goal, any person being *bona fide,* an overseer over four servants or slaves, and actually residing on the plantation where they work, and receiving a share of the crop or wages, for his care and pains, in looking after such servants and slaves: Any miller having the charge and keeping of any mill, and founders, keepers, or other persons employed in or about any copper, iron or lead mine, who are all hereby exempted, from being inlisted, or any way concerned in the militia, during the time they shall continue in any such station or capacity.

V. *And be it further enacted, by the authority afore-* How to be *said,* That every person so as aforesaid inlisted, (ex- accoutred. cept the people commonly called Quakers, free Mulattoes, negroes and Indians) and placed or ranked in the horse or foot, shall be armed and accoutred in the manner following, that is to say; every horseman shall be furnished with a serviceable horse, a good saddle, with a breast-plate, crupper and curb bridle, carbine and bucket, holsters, a case of pistols, cutting sword, double cartouch box, and six charges of powder, and constantly appear with the same, at the time and place appointed for muster and exercise, and shall keep at his place of abode, one pound of powder and four pounds of ball, and bring the same into the field with

Exhibit 13
0316

# Exhibit 14

Exhibit 14

0317



Content downloaded/printed from          *HeinOnline*

Thu Nov  7 16:02:53 2019

Citations:

Bluebook 20th ed.
William Waller Hening. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature (1775).

ALWD 6th ed.
William Waller Hening. Statutes at Large; Being a Collection of All the Ls of
Virginia, from the First Session of the Legislature (1775).

APA 6th ed.
Hening, W. (1775). Statutes at Large; Being Collection of All the Laws of Virginia,
from the First Session of the Legislature. supp., New York, R. W. G. Bartow.

Chicago 7th ed.
Hening William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature. & supp., New York, R. & W. & G.
Bartow.

McGill Guide 9th ed.
William Waller Hening, Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature (& supp., New York: R. & W. & G.
Bartow., 1775)

MLA 8th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature. & supp., New York, R. & W. & G.
Bartow. HeinOnline.

OSCOLA 4th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature. & supp., New York, R. & W. & G.
Bartow.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 14

0318

troul, and subject to the order, of the general committee
of safety.

Minute men
how organ-
ized, out of
the militia.

And whereas it is judged necessary, for the better
protection of the country in times of imminent danger,
that certain portions of the militia throughout the whole
colony should be regularly enlisted, under the denomi-
nation of minute-men, and more strictly trained to pro-
per discipline than hath been hitherto customary, and,
to this end, that the whole colony should be divided
into proper and convenient districts:

Colony di-
vided into
districts.

*Be it therefore ordained, by the authority aforesaid,*
That this colony be immediately formed and divided
into sixteen districts, in the following manner, to wit:
One district to include the counties of Accomack and
Northampton; one other, the counties of Princess Anne,
Norfolk, the borough of Norfolk, and the counties of
Nansemond and Isle of Wight; one other, the counties
of Southampton, Sussex, Surry, Brunswick, Prince
George, and Dinwiddie; one other, the counties of
Mecklenburg, Lunenburg, Charlotte, Halifax, and
Prince Edward; one other, the counties of Amelia,
Chesterfield, and Cumberland; one other, the counties
of Henrico, Hanover, Goochland, and Louisa; one
other, the counties of Pittsylvania, Fincastle, Bedford,
and Botetourt; one other, the counties of Buckingham,
Amherst, Albemarle, and Augusta; one other, the coun-
ties of Elizabeth City, Warwick, York, James City,
the city of Williamsburg, and the counties of Charles
City and New Kent; one other, the counties of Glou-
cester, Middlesex, Essex, King and Queen, and King
William; one other, the counties of Lancaster, Northum-
berland, Westmoreland, and Richmond; one other, the
counties of Culpeper, Orange, and Fauquier; one other,
the counties of Caroline, Spotsylvania, King George,
and Stafford; one other, the counties of Prince William,
Fairfax, and Loudoun; and one other district to include
the counties of Berkeley, Frederick, Dunmore, and
Hampshire; and the inhabitants of West Augusta are to
compose one entire district.

Regiment to
be raised in
district of
Accomack
and North-
ampton.

*And be it farther ordained,* That within the district
containing the counties of Accomack and Northampton
there shall be forthwith raised one regiment, consisting
of six hundred and eighty men, from the ages of sixteen
to fifty, to be divided into ten companies, sixty eight
each rank and file, to be under the command of a co-
lonel, lieutenant-colonel, and major, ten captains, twen-

Exhibit 14

0319

ty lieutenants, ten ensigns, thirty serjeants; and each company shall be allowed a drummer and fifer, and the said regiment shall be allowed a chaplain, adjutant, quarter-master, surgeon, two surgeons mates, and a serjeant-major, as hereafter directed.

*And be it farther ordained,* That within each of the other districts there shall be immediately enlisted one battalion, consisting of five hundred men rank and file, from the age of sixteen to fifty, to be divided into ten companies of fifty men each, who are to be under the command of a colonel, lieutenant-colonel, and major, ten captains, ten lieutenants, ten ensigns, and twenty serjeants; each company to be allowed a drummer and fifer, and the battalion to be allowed a chaplain, adjutant, quarter-master, surgeon, two surgeons mates, and a serjeant-major, as hereafter directed.

*Battalion in the other districts.*

*And be it farther ordained,* That the colonels, lieutenant-colonels, majors, captains, lieutenants, ensigns, and commissaries of musters, for the said regiment, and the several battalions, shall be appointed in the following manner, to wit: The committees of the counties of Accomack and Northampton shall each appoint six of their members as deputies to meet in one general committee, at such time and place as shall be appointed by the chairman of the committee of the said county of Accomack, which place shall be most central and convenient for the meeting of such deputies, and notice thereof shall be given by such chairman to the chairman of the committee of the said county of Northampton, at least ten days before the time of meeting; which deputies having met, according to such appointment, shall settle the number of minute-men to be enlisted in each county, and shall proceed to the choice of the several officers aforesaid. And to prevent inconveniencies which may arise from the deputies so to be appointed not being able to attend, the committee of each county shall appoint six others of their members to supply the places of such as are first named, and whose attendance at the general committee may be prevented by sickness or any other accidents.

*Officers appointed by deputation of committees.*

*And be it farther ordained,* That the committees of the several counties of Elizabeth City, Warwick, York, James City, Charles City, and New Kent, shall in like manner appoint four of their members, and the committee of the city of Williamsburg two of their members, as deputies to meet in the general committee for

# Exhibit 15

Exhibit 15

0321



Content downloaded/printed from                    *HeinOnline*

Mon Nov 11 11:55:28 2019

Citations:

Bluebook 20th ed.
William Waller Hening. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature  (1784).

ALWD 6th ed.
William Waller Hening. Statutes at Large; Being a Collection of All the Ls of
Virginia, from the First Session of the Legislature  (1784).

APA 6th ed.
Hening, W. (1784). Statutes at Large; Being Collection of All the Laws of Virginia,
from the First Session of the Legislature . supp., New York, R. W. G. Bartow.

Chicago 7th ed.
Hening William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature . & supp., New York, R. & W. & G.
Bartow.

McGill Guide 9th ed.
William Waller Hening, Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature  (& supp., New York: R. & W. & G.
Bartow., 1784)

MLA 8th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature . & supp., New York, R. & W. & G.
Bartow. HeinOnline.

OSCOLA 4th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Laws of
Virginia, from the First Session of the Legislature . & supp., New York, R. & W. & G.
Bartow.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 15

0322

## CHAP. XXVII.

*An act to continue an act, intituled
An act to revive and amend in part
an act, intituled an act for giving
further time to enter certificates for
settlement rights, and for locating
warrants upon pre-emption rights,
and for other purposes.*

Further time
allowed to
enter certifi-
cates for set-
tlement
rights, and
locate war-
rants, on pre-
emption
rights.

I. IT being represented to this present general as-
sembly, that many people within this commonwealth
have not received the benefit of an act of the last session
of assembly, intituled "An act to revive and amend in
part an act, intituled an act for giving further time to
enter certificates for settlement rights, and for locating
warrants upon pre-emption rights, and for other pur-
poses;"

II. *Be it enacted,* That the said act be, and is here-
by continued, until the first day of June, one thousand
seven hundred and eighty five, and no longer.

---

## CHAP. XXVIII.

*An act for amending the several laws
for regulating and disciplining the
militia, and guarding against inva-
sions and insurrections.*

Preamble.

I. WHEREAS the defence and safety of the com-
monwealth depend upon having its citizens properly
armed and taught the knowledge of military duty, and
the different laws heretofore enacted being found inade-
quate to such purposes, and in order that the same may
be formed into one plain and regular system;

Who shall be
enrolled in
the militia.

II. *Be it enacted,* That all free male persons between
the ages of eighteen and fifty years, except the members

Exhibit 15
0323

of the council of state, members of the American con-  Who exempt-
gress, judges of the superior courts, speakers of the  ed.
two houses of assembly, treasurer, attorney general,
auditors and their clerks, solicitor general and his
clerks, clerks of the council of state and treasury, re-
gister of the land-office, his deputy and clerks, custom-
house officers, all inspectors of tobacco, all professors,
tutors, and students at the university of William and
Mary, and other public seminaries of learning, all min-
isters of the gospel, licensed to preach according to the
rules of their sect, who shall have previously taken,
before the court of their county, an oath of fidelity to
the commonwealth, post-masters, keepers of the public
gaol and public hospital, millers, persons concerned at
iron or lead works, or persons solely employed in re-
pairing or manufacturing fire arms, all of whom are
exempted from the obligations of this act, shall be en-
rolled or formed into companies of five serjeants, three  Companies.
corporals, a drummer, and fifer, and not less than fifty-
five, nor more than sixty-five, rank and file; and these
companies shall again be formed into regiments of not
more than one thousand, nor less than five hundred
men, if there be so many in the county.   Each compa-  Officers.
ny shall be commanded by a captain, a lieutenant, and
an ensign; each regiment by a lieutenant colonel com-
mandant, and two majors; and the whole by a county
lieutenant, whose rank shall be that of a colonel; and
they shall take precedence and command of each other
according to rank and seniority.   These officers shall
be resident within their county, and before they enter
on the execution of their respective offices, shall take
the following oath:   "I —— do swear, that I will be  Oath of offi-
faithful and true to the commonwealth of Virginia, of  cers.
which I profess myself to be a citizen, and that I will
faithfully and justly execute the office of a ——, in
the militia of the county of ——, according to the
best of my skill and judgment:  So help me God."—
There shall be a private muster of every company once  Musters
in every three months, at such convenient time and
place as the captain, or next commanding officer, shall
appoint; a muster of each regiment, on some day in
the month of March or April, in every year, to be ap-
pointed by the commanding officer thereof, at a conve-
nient place, near the centre of the regiment; and a gen-
eral muster of the whole, on some day in the month of

Exhibit 15

0324

# Exhibit 16

Exhibit 16

0325

**Examples of State Laws Mandating Militia Enrollment at Age 21**

| State | Year[1] | Statutory Text | Source[2] |
|---|---|---|---|
| Georgia | 1861 | "All able bodied free white male citizens between the ages of twenty-one and forty-five years, residents in this State, and not exempted by this Code, are subject to military duty." | R. H. Clark Et Al., Eds., The Code Of The State Of Georgia, pt. 1, tit. 11, ch. 1, § 981, 1026, at 189 (1861). |
| | | "The militia of the State consists of all persons, not heretofore classified, within its limits subject to military duty, and not exempted therefrom by the Acts of Congress or the laws of this State, or belonging to some volunteer organization." | R. H. Clark Et Al., Eds., The Code Of The State Of Georgia, pt. 1, tit. 11, ch. 2, § 1026, at 199 (1861). |
| Kansas | 1859 | "The militia shall be composed of all able-bodied white male citizens between the ages of twenty-one and forty-five years, . . . ." | Kan. Const. of 1859, art. 8, § 1. |
| New Jersey | 1829 | "[F]rom and after the passing of this act, all persons under the age of twenty-one years be, and they are hereby, exempt from militia duty in time of peace." | An Act to exempt minors from Militia Duty in time of peace, in Josiah Harrison, Ed., A Compilation Of The Public Laws Of The State Of New-Jersey Passed Since The Revision In The Year 1820 266 (1833). |

---

[1] Year of enactment.

[2] Where the relevant law was published in a larger compendium source, the source date often postdates the year of enactment.

Exhibit 16

0326

| State | Year[1] | Statutory Text | Source[2] |
|---|---|---|---|
| North Carolina | 1868 | "All able bodied male citizens of the State of North Carolina, between the ages of twenty-one and forty years, who are citizens of the United States, shall be liable to duty in the Militia: *Provided*, That all persons who may be adverse to bearing arms, from religious scruples, shall be exempt therefrom." | N.C. Const. of 1868, art. XII, § 1. |
| Ohio | 1843 | "That every able bodied white male inhabitant, resident within this state, who is or shall be of the age of twenty one years, and under the age of forty five years, excepting persons who may be members of volunteer companies, persons absolutely exempted by law, idiots and lunatics, shall be enrolled in the militia." | An Act to regulate the Militia, § 2, in 1843 Ohio Acts 53. |
| Pennsylvania | 1864 | "That every able bodied white male citizen, resident within this state, of the age of twenty-one years, and under the age of forty-five years, excepting persons enlisted into volunteer companies, persons exempted by the following sections, idiots, lunatics, common drunkards, vagabonds, paupers, and persons convicted of any infamous crime, shall be enrolled in the militia." | An Act For the Organization, Discipline, and Regulation of the Militia of the Commonwealth of Pennsylvania, No. 211, § 1, in 1864 Pa. Laws 221-22. |

Exhibit 16

0327



Content downloaded/printed from          *HeinOnline*

Thu Nov  7 16:18:31 2019

Citations:

Bluebook 20th ed.
R.H.; Cobb T.R.R.; Irwin Clark, D. Code of the State of Georgia (1861).

ALWD 6th ed.
R.H.; Cobb T.R.R.; Irwin Clark, D. Code of the State of Georgia (1861).

APA 6th ed.
Clark, R. (1861). Code of the State of Georgia. Atlanta, Ga, J.H. Seals.

Chicago 7th ed.
Clark R.H.; Cobb T.R.R.; Irwin, D. Code of the State of Georgia. Atlanta, Ga, J.H.
Seals.

McGill Guide 9th ed.
R.H.; Cobb T.R.R.; Irwin Clark, D., Code of the State of Georgia (Atlanta, Ga: J.H.
Seals., 1861)

MLA 8th ed.
Clark, R.H., et al. Code of the State of Georgia. Atlanta, Ga, J.H. Seals.
HeinOnline.

OSCOLA 4th ed.
Clark, R.H.; Cobb T.R.R.; Irwin, D. Code of the State of Georgia. Atlanta, Ga, J.H.
Seals.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 16

0328

# TITLE XI.

PUBLIC DEFENCE.

## CHAPTER I.

PERSONS SUBJECT TO MILITARY DUTY, EXEMPTIONS, &c.

SECTION.
981. Persons subject to military duty.
982. Persons exempt.
983. Officers of militia—when exempt.
984. Non-commissioned officers, &c.
985. Persons employed on vessels, &c.
986. Persons subject must be registered.
987. Oath of persons, &c.
988. May perform service or pay tax.

SECTION.
989. Commutation tax—how avoided.
990. Company drills—four in each year.
991. Volunteers exempt from road duty.
992. Amount of commutation tax.
993. Receipt therefor.
994. Transient persons—when subject.
995. Free men of color—how subject.

§ 981. All able bodied free white male citizens between the ages of twenty-one and forty-five years, residents in this State, and not exempted by this Code, are subject to military duty. *Who are subject to military duty.*

§ 982. The following exemptions shall be recognized, viz: *Who are exempt.*

1. The chief officers of the several Executive Departments of State.

2. Judges of the Supreme, Superior and City Courts, Justices of the Inferior Courts and of the Peace, Sheriffs and Deputies, Clerks of Courts and Ordinaries.

3. Members of the Legislature during the term for which they shall be elected, officers of the Legislature during its session and for seven days before and after the same.

4. Persons employed on Railroad Trains, and repairers of Railroads, Operators and Messengers of Telegraph Companies, Post-Masters and persons employed in Post-Offices and the transportation of the Mails.

5. Ferrymen, Bridge and Toll-Gate Keepers and Public Millers.

6. Ministers and Preachers of the Gospel, Professors and Students, and Tutors in all Colleges.

7. Aliens and persons not qualified to vote for members of the Legislature.

8. All persons exempted by the Acts of Congress.

9. All persons on the payment of the Commutation Tax prescribed by this Code.

10. All officers and non-commissioned officers of the militia

Exhibit 16

0329

who may entitle themselves to the privileges as hereinafter pre-
scribed.

11. Active members of Volunteer Corps after a prescribed
term of service.

12. Regular members of any Fire Department or organization
connected therewith.

Militia offi-
cers—when
exempt.
§ 983. Company officers of the militia who shall uniform and
equip themselves according to the regulations prescribed for the
dress and uniform of the army of the Confederate States, and
shall serve in their respective stations continuously for the term
of eight years, shall not be liable to be called on for military
Exception.
duty thereafter, except in case of war, insurrection, rebellion or
invasion.

Non-com-
missioned
officers, mu-
sicians and
privates.
§ 984. Every non-commissioned officer, musician or private of
every uniformed volunteer corps who shall uniform and equip
himself and whose term of service shall amount to seven years,
Exception.
shall also be exempt from military duty, except in case of war,
rebellion, insurrection or invasion.

Persons em-
ployed on
vessels, pi-
lots, steve-
dores and
factory la-
borers ex-
empt.
§ 985. Every person employed by the year or season on board
any vessel, or in the merchant service, or coasting trade, all
pilots and stevedores, persons employed in any blooming furnace,
or glass or porcelain factory, cotton or wool mill shall be exempt
Exception.
from militia duty, except in cases above enumerated.

§ 986. Receivers of Tax Returns shall at the time of receiving
returns of taxable property from the citizens of this State insert
in appropriate columns in their digest the following particulars,
viz:

Liability of
tax payer.
1. Whether the tax payer is himself subject to militia duty.

His family &
employees.
2. How many in his employ or members of his family are
subject.

Cause of any
exemption.
3. The cause of exemption, if any exists.

His district.
4. The company district or beat to which the tax payer be-
longs.

Also amount
of his com-
mutation tax
5. The amount of commutation tax chargeable to him instead
of personal service, and the amount so charged shall be collected
Commuta-
tion tax col-
lected by
Tax Collec-
tor.
by the Tax Collector and paid over to the Treasurer of the State
with the general tax, and shall constitute the military fund of
the State.

Cause of ex-
emption to
be verified
by oath.
§ 987. No Receiver of Tax Returns shall enter an exemption
from military duty against the name of any person without due
proof of the existence of the cause on which the exemption is

Exhibit 16

0330

claimed, and to that end the following clause shall be added to the oath, administered by the Receiver of Tax Returns: "And that I believe myself exempted from militia duty in this State for and on account of the cause set forth in this return."

§ 988. Every citizen subject to military duty may perform the same in lieu of paying the taxes herein prescribed, but the certificate of the captain or commanding officer of the company to which he belongs and in which he is actually enrolled, shall be the only evidence which the Tax Collector is authorized to receive in place of the amount charged on the Receiver's digest, and the production of which shall be noted by the Tax Collector on his return, and he shall be allowed the same in settlement. *Personal service in lieu of tax.* *Certificate noted by Collector.*

§ 989. The captain or commanding officer in each company district shall enroll from time to time all persons in the limits of the district subject to military duty, and shall without delay notify such persons of their enrollment, and shall give a certificate to each person performing military duty that he has faithfully performed the same, according to the requirements of the Code, for twelve months preceding the 31st day of December in each and every year, and such certificate shall be produced at the time of returning his taxable property, and on failure so to do the commutation tax for militia duty shall be charged against him on the book of the Receiver of Tax Returns. *Commanding officers to enroll those in his district.* *Notice to be given.* *Failure to produce certificate.*

§ 990. Captains of companies shall cause to be mustered for parade and drill all persons within their company districts who do not pay the commutation tax, the only proof of which payment shall be the receipt of the officer authorized to collect the same, and who are not otherwise exempt, at least four times in each year, at such times as they may direct, but there shall be an interval of at least one month between each muster, and they shall file a copy of their company roll with the Clerk of the Inferior Court immediately after the muster which succeeds the closing of the books of the Receiver of Tax Returns, for which service they shall respectively receive the sum of one dollar. *Captains muster companies four times each year.* *Evidence of payment of commutation tax.* *Company roll.*

§ 991. Members of volunteer corps actually in uniform and doing duty, and the field and staff officers of volunteer regiments and battalions, so long as they remain such, shall be exempted from road and patrol duty, and taxation upon property by any municipal corporation, except such as shall be liable to taxation by law to raise a revenue for the State. *Compensation therefor* *Those who are exempt from road & patrol duty.*

§ 992. The commutation tax for non-performance of militia

Exhibit 16

0331

*Commutation tax ten per cent. on State tax.* duty shall be ten per cent. upon the State tax, provided, it shall always amount to twenty-five cents, and shall be collected and paid as other taxes are collected and paid into the Treasury; the amount thus raised shall be set apart as a separate fund chargeable with the entire military expenses of the State.

*Payment to be specified in Collector's receipt.* § 993. The Tax Collector's receipt to the tax payer shall distinctly specify the payment of the commutation tax for militia duty, whenever paid, in order that the same be made available in case of enrollment by the captains of Militia Districts or beat companies.

*Non-residents doing business in the State liable to military duty.* § 994. Transient persons having a place of business, and doing business in the State, but having no residence or home therein, are liable to militia duty, and on failure to pay the commutation tax, or perform military service, shall be liable to an additional penalty not exceeding twenty dollars, to be adjudged by any court martial, within whose jurisdiction they may happen to be for a period of ten days.

*Free men of color subject as musicians.* § 995. Free men of color above the age of sixteen years, unless belonging to the fire department, shall be subject to the call of any volunteer military organization, if there be one in the town or city of their residence, in the capacity of musician, pioneer, mechanic or servant, and if there be no such volunteer organization, then to the militia in one of the aforesaid capacities, and *Entitled to wages.* they shall be entitled to the usual wages for the practice of such occupations; but on failure so to attach themselves, when re- *Failing to serve.* quired so to do, they shall pay to the Clerk of the Inferior Court, for the use of the county in which they reside, the sum of five dollars.

---

# CHAPTER II.

## MILITARY ORGANIZATION.

Article 1. Military force—how composed.

Article 2. The Volunteers.

Article 3. Cavalry Corps.

Article 4. The Militia.

Article 5. Elections.

Exhibit 16

0332

## ARTICLE I.

### MILITARY FORCE—HOW COMPOSED.

Section.
996. The Military force of the State.

Section.
997. The Engineer Corps of the State.

§ 996. The military force of the State embraces the Georgia Military Institute, the volunteers and the militia, to which may be added such military schools, when the institution is of a military character, as may avail themselves of the provisions herein embraced. *Military force.*

§ 997. The Georgia Military Institute constitutes the engineer corps of the State, and the officers in the Institute having military rank in the Academic staff, (Cadet officers excepted,) shall be commissioned as such according to their respective grades. (See Military Institute.) *The engineer corps.*

## ARTICLE II.

### THE VOLUNTEERS.

Section.
998. Volunteer forces of the State.
999. Battalions in their respective co's.
1000. Their rights, privileges and duties.
1001. Number of officers, &c., necessary.
1002. Companies—how organized.
1003. Arms, &c., supplied—when.
1004. Discipline and exercise prescribed.
1005. Must make annual returns.
1006. Independent companies disbanded.
1007. Resignation of Captain.
1008. Regiments and Battalions, &c.
1009. May adopt By-Laws.

Section.
1010. Fines—how imposed and collected.
1011. Elections—by whom ordered.
1012. When by Commander-in-Chief.
1013. Commissions vacated—when.
1014. Suits on bonds of officers.
1015. Disbanded companies, &c.
1016. Artillery Companies received, &c.
1017. Volunteer Companies corporate.
1018. Courts of Inquiry & Courts Martial.
1019. Volunteers exempt, &c.
1020. Cumulative provisions.

§ 998. The volunteers consist of such corps, uniformed and equiped, as now exist, or may hereafter be formed in this State. They may organize themselves into companies, battalions, regiments and brigades at their option. But the whole volunteer force shall constitute one or more divisions conforming to the organization of the Confederate States Army, except when otherwise prescribed in this Code. As soon as such shall be organized, they shall be reported to the commander-in-chief, and shall remain permanent until changed by his approval or by special enactment. *The volunteer force.*

13

Exhibit 16
0333

Battalions, regiments, &c.

§ 999. Battalions and regiments shall be organized always within the limits of their respective counties, if there are companies enough in a county; if not, then to be added to from adjoining counties, unless companies in other counties are more accessible, to be judged of by the commander-in-chief.

Rights and duties.

§ 1000. When thus organized, they have the same rights, privileges, and are subject to the same duties as such organizations in cities. If there are not companies enough in a city to form a battalion or regiment, it may be formed by the addition of other companies in the same county, if such exist, and if not, then from adjoining counties.

Volunteer corps formed in any part of the State.

§ 1001. Volunteer corps may be formed anywhere within the State, and may consist of citizens of the same or adjoining counties. Such as may hereafter be formed shall number at least forty privates, nine non-commissioned officers, four commissioned officers, with such musicians as they may deem sufficient.

When enrolled to report to commander-in-chief.

§ 1002. When the requisite number of members are enrolled, their first duty shall be to uniform themselves according to the provisions of this Code; they shall then notify the commander-in-chief of the number enrolled and uniformed, who shall order an election for captain and subaltern officers under such superintendence as he may prescribe, and the superintendents shall transmit the return of the same to the Executive Department,

Election of officers.

and the Governor shall commission the officers elected, unless the election is contested, in which case, if in the opinion of the Governor there be sufficient grounds to set the same aside, he shall order a new election.

Arms, &c., to be supplied to all volunteer corps.

§ 1003. Arms and accoutrements shall be supplied to the volunteer corps, whether uniformed or not, by requisition on the Governor in such manner and upon such terms as he may direct, from the quota of arms distributed to the several States under the laws of Congress, or from other arms belonging to this State.

Discipline and exercise.

§ 1004. The system of discipline and exercise shall, as near as may be, conform to that prescribed for the army of the Confederate States, from time to time, by Congress, but the commander-in-chief may direct such text books for use as a guide in such arms as he may think proper, and no other weapons of war than

Arms to conform to those of C. S.

such as are used by the soldiers of the army of the Confederate States, except by order of the commander-in-chief, shall be used by the volunteers.

Exhibit 16

0334

Article 2.—The Volunteers.

§ 1005. All volunteer corps, except such as may be organized <span>Indepen-<br>dent corps to<br>make annual<br>returns to<br>Governor.</span> into regiments, shall make a full return to the Governor of the number of men in each corps actually in uniform, the number and rank of the officers, the arms and accoutrements in their pos- session, supplied by the State, and the number of such as may be unfit for use or expended in service, which return shall be made up to the first day of May in each year, and signed by the cap- tain of such corps.

§ 1006. Whenever it shall appear to the commander-in-chief <span>Indepen-<br>dent corps<br>disbanded—<br>when.</span> that any independent volunteer corps is deficient in the number of men required by this Code to constitute a company, he shall issue an order requiring the return of such equipments as may have been furnished by the State, and disband such corps, but the <span>Exception.</span> provisions of this paragraph shall not apply to any volunteer corps formed previous to the adoption of this Code, or to any corps at- tached to and constituting a portion of a regiment of volunteers.

§ 1007. The resignation of a captain of an independent volun- <span>Resignation<br>of Captain.</span> teer corps shall not take effect until accepted by the commander- in-chief, nor until a full return is made to the Governor of all the arms and accoutrements received from the State and in posses- sion of the corps under his command, inventoried and ready to be turned over to his successor, and as often as a captain is elected he shall receipt to his predecessor for the arms and accoutrements so turned over to him.

§ 1008. When volunteer corps are organized into a regiment or <span>Returns of<br>regimental<br>companies.</span> a battalion, the company returns shall be made to the adjutant, and by him forwarded to the Executive Department.

§ 1009. Volunteer corps may adopt their own by-laws and reg- <span>Companies<br>may adopt<br>by-laws, &c.</span> ulations, not inconsistent with the laws of the State or military laws or usage, and may adapt them in such mode as they see proper to their organization into a regiment or a battalion. The commander-in-chief shall prescribe the uniform of volunteer corps, and in all matters not provided for in this Code, such corps shall be governed by military law and usage, and the custom of <span>General rule<br>of discipline.</span> the army of the Confederate States, so far as they can be made applicable.

§ 1010. All fines for delinquencies in military duty shall be <span>Fines to be<br>imposed by<br>court mar-<br>tial.</span> assessed by regimental, battalion or company courts martial, as the case may be, and be collected by execution under the hand and seal of the President of the Court, and directed to the Sheriff of the county in which the delinquent resides, and the Sheriff

Exhibit 16

0335

shall be entitled to such costs and subject to be ruled in the Superior Courts, and the execution shall have like form and effect as in civil cases. The Sheriff may procure the service of such executions by a Bailiff, he being responsible therefor as though it were his own act.

**Election for officers—how ordered.** § 1011. All elections for officers of the volunteers and to fill vacancies shall be ordered by the officer within whose immediate command the vacancy to be filled occurs. For subalterns, by captains of the companies in which the vacancy exists, unless the company be attached to a battalion or regiment; for regimental officers, by colonels; for colonels, by the brigadier general of the regiment, he being attached to a brigade; for brigadier general, by the general of division.

**Elections in an independent regiment or company.** § 1012. In case of a regiment not attached to a brigade, or of a company not attached to a regiment or a battalion, elections for colonel and captain shall be ordered by the commander-in-chief, and when an independent battalion exists, and they not belonging to a regiment or brigade, the election for its commander shall be ordered by the commander-in-chief.

**Commissions to expire—when.** § 1013. Whenever a volunteer corps is disbanded the commissions of its officers shall be vacated, but they shall, nevertheless, be liable to suit on the bond executed for the safe keeping and delivery of the arms entrusted to them by the State, if there should be a breach thereof.

**Suits on officer's bond.** § 1014. Suits on the bonds of officers of volunteer companies, for arms and accoutrements, shall be brought under the direction of the judge advocate general, in whose office such bonds shall be filed for safe keeping.

**Corps voluntarily disbanding.** § 1015. When any volunteer corps disbands of its own accord, the members thereof shall cause the fact to be reported to the commander-in-chief, and they shall forthwith deliver to some officer of the quartermaster general's department all the public property in their possession, and upon filing his receipt therefor with the judge advocate general, a discharge shall be entered on their bond.

**$200 to be paid to Artilery companies.** § 1016. Whenever the commanding officer of any volunteer artillery company in this State shall certify to the Governor that there are sixty (60) active members, officers and privates, upon the muster roll of such company, (a copy of which muster roll shall accompany the certificate,) and that said company has been exercised in the field with its guns, for not less than two hours at

Exhibit 16

0336

Article 2.—The Volunteers.

each drill, and not less than twelve drills in each year, the Governor shall draw his warrant upon the Treasurer of the State for the sum of two hundred dollars, to be paid into the fund of said company; *Provided, nevertheless*, That the provisions of this section shall not extend to more than seven (7) companies, not including such companies as may be already organized, and who may comply with the provisions of this section.

§ 1017. Volunteer companies of infantry, cavalry or artillery, which have been, or may hereafter be organized, with not less than forty members, and have their officers duly commissioned, are made a body corporate and politic, under their respective names and styles, and made capable in law to sue and be sued, to plead and be impleaded, to have a common seal, to hold property, real, personal or mixed, and to pass such by-laws, rules and regulations as may be necessary for their government, not inconsistent with the laws and Constitution of this State or the Confederate States. *Volunteer companies incorporated.*

§ 1018. Courts of inquiry and courts martial, for companies incorporated by the provisions of this Code, shall be constituted and regulated by the laws in force relating to volunteer companies. *Courts of inquiry and courts martial.*

§ 1019. Each member of any company incorporated by the provisions of this Code, shall be exempt from road or militia duty, except such as may be required of them as members of their respective companies, and except in times of insurrection, invasion, rebellion or war; *Provided*, The commanding officer of any company so incorporated shall have recorded in the offices of the Clerks of the Superior and Inferior Courts of their respective counties, a full and complete list of the members of their company, and that the above exemption shall continue no longer than actual membership. *Members of volunteer corps exempt from road or militia duty. Proviso.*

§ 1020. The five preceding sections shall be held to be cumulative to any act already passed, conferring privileges upon any company now existing under the laws of this State, or which may hereafter be organized. *Certain sections cumulative.*

Exhibit 16

0337

# ARTICLE III.

## CAVALRY CORPS.

SECTION.
1021. A squadron of cavalry defined.
1022. How organized.
1023. What constitutes a troop, &c.

SECTION.
1024. Parade and drill.
1025. Fines for non-attendance.

Squadron. §1021. A squadron of cavalry shall consist of not less than two or more than five troops, and shall be commanded by a major, elected by the commissioned officers of the troops composing the squadron. He shall appoint his own staff, and determine his own uniform and that of his staff, with the approbation of the commander-in-chief.

Two or more troops may form a squadron. §1022. Any two or more troops of cavalry, having regard to their neghborhood and facility of communication with each other, may unite to form a squadron, and whenever such formation is determined on they shall report the same to the commander-in-chief, who shall thereupon order an election for major, at such time as he may think proper, and shall issue a commission to the officer elected.

Arms. §1023. Each troop of cavalry shall consist of forty men, besides the captain, uniformed and mounted; they shall be armed with cavalry sabres or broad swords, and dragoon holsters, or such other pistols as the commander-in-chief may direct, and may carry a carbine at their option.

Major to parade squadron or detachment annually. §1024. The major commanding a squadron of cavalry shall parade and exercise the same, either in squadron or detachment, at least once in each year, for a period not exceeding three days at any one parade, after the arrival at the place of rendezvous. Orders for such parade may be given verbally at any parade, or by writing. Commissioned officers shall have twenty, non-commissioned officers and men ten day's notice.

Fines for delinquencies at squadron drills. §1025. Fines for non-attendance or delinquency at any squad drill, or parade, or muster, shall be imposed by a court martial, to be ordered by the officer commanding the squadron, but they shall not exceed double the amount imposed by the regulations of the troops of which the delinquent is a member, for offences of like character, and shall be collected as provided in section 1010.

Exhibit 16

0338

# ARTICLE IV.

## THE MILITIA.

Section.
1026. The militia of the State.
1027. How organized.
1028. Companies—how organized.
1029. Grade of militia officers.
1030. New divisions, &c.—how created.

Section.
1031. Regiments—how organized.
1032. Non-commisioned officers.
1033. Captains make returns to Adjutant.
1034. Notice of drills—how given.
1035. Register of commissioned officers.

§ 1026. The militia of the State consists of all persons, not The militia. heretofore classified, within its limits subject to military duty, and not exempted therefrom by the Acts of Congress or the laws of this State, or belonging to some volunteer organization.

§ 1027. The militia shall be organized into companies, battal- Organization —how numbered and designated in commissions. ions, regiments, brigades and divisions, which shall be numbered throughout the State by order of the commander-in-chief, in such manner that every corps of the same denomination shall bear a different number, by which number every company, district, regiment, brigade or division, as the case may be, shall be designated in the commissions of the officers commanding the same.

§ 1028. If, from exemptions, there are not persons enough lia- Deficiencyin numbers in any district company. ble to do militia duty in any district or beat, a company may be organized of those so liable from adjoining districts or beats, of not less than forty nor more than one hundred, under the direction of the colonel of the regiment, and when so done must be accurately reported.

§ 1029. The following grades of militia officers shall be recog- Grades of officers. nized: Commanding each division, a major general; each brigade, a brigadier general; each regiment, a colonel, lieutenant colonel and major; a separate battalion, a major; each company, a captain, first and second lieutenants, and ensign. Wherever other grades exist, they shall continue until the same becomes vacant, when they shall respectively cease and determine.

§ 1030. New divisions and brigades shall be created by the Leg- New divisions and brigades, regimental and company districts. islature; regimental and company districts by order of the commander-in-chief, on the report of the officers commanding the companies in the regimental district, but in all cases, when practicable, the regimental district shall be coterminous with the county in which it is situated.

§ 1031. There may be two or more regiments in the same county, and two or more counties may be united to form a regi-

Exhibit 16
0339

Two or more regiments may be in same county ment, due regard being had to the proportion thereof, but the existing arrangement in this behalf shall not be disturbed except by the Legislature, unless upon application of those interested therein.

Captain to divide company into squads. § 1032. The captain of each company shall divide his company into four squads, as nearly equal as may be, and appoint one fit and proper person in each as sergeant, and one as corporal, and he shall also appoint a first sergeant; they shall be responsible for the proper distribution of all orders, and may be removed by a company court martial for proper cause.

Returns to be made by Captain to Adjutant. § 1033. Each captain of a militia company shall make out and deliver to the adjutant of the regiment to which he belongs, a full return of the number and names of the men belonging to his company, on the first day of May in each year, for which he shall receive such compensation as is paid to the takers of the State's census, to be paid out of the military fund.

Summons to drill, &c.— by whom given. § 1034. A non-commissioned officer, or any other person appointed for the duty, may warn persons subject to militia duty to appear at parades, musters or drills, and he shall be furnished with a list of persons to be warned; such warning may be given verbally to the party in person, or by leaving a written summons at his most notorious place of abode, but the party may claim his exemption at the time of such warning and produce to the warning officer the evidence thereof, which may be his own oath or such other evidence as may establish the fact, and it shall be the duty of the warning officer to enter the exemption claimed against the name of the party on his list.

Roster of officers to be kept by Colonel. § 1035. Each colonel of the militia regiment shall by himself or his adjutant keep a roster or list of all the commissioned officers of his regiment below the rank of captain, and shall revise and correct the same as often as may be necessary, and annually, on or before the first day of June, shall forward to the adjutant general copies of the returns so delivered to the adjutant of his regiment, as well as a copy of the roster above mentioned, and for habitual failure in the premises shall be liable to be tried by a general court martial and cashiered or otherwise punished as said court may direct.

Exhibit 16

0340

## ARTICLE V.

### ELECTIONS.

SECTION.

1036. Election of militia officers.
1037. Notice of—how given.
1038. Voters failing to attend.

SECTION.

1039. A plurality of votes will elect.
1040. Elections—by whom ordered.
1041. Officers commissioned by Governor.

§ 1036. All elections of militia officers shall be by the people; of captains and subaltern officers by the people of the several company districts subject to do militia duty; of field officers by the citizens of the counties subject to military duty under the command of such officers; brigadier and major generals by the citizens of the respective brigades and divisions subject to military duty under such commander of the brigade or division, and may be superintended by a Justice of the Peace and a freeholder, or by two freeholders or two military officers, as the authority ordering the election may see fit to prescribe. *Militia officers to be elected by the people.*

*Election—how held.*

§ 1037. Notices of such elections may be given as follows: By publication in one or more gazettes, by notice at the usual place of posting legal notices, or by orders published at parade or drill. Twenty days' notice shall be given of the time and place of the election of any officer below the grade of brigadier general. *Notices of election—how given.*

§ 1038. In case of voters failing to attend at any election for militia officers, and no vote shall be polled, it shall be the duty of the superintendents to return the fact to the Executive Department, with a statement of the interval allowed for the reception of votes; whereupon, the commander-in-chief may in his discretion order a new election or appoint an officer to fill the vacancy and commission him accordingly. *New election ordered or officer appointed—when.*

§ 1039. At all elections of militia officers the person having the highest number of votes shall be declared elected, and every officer to whom a commission shall issue shall declare to the Executive Department, within a reasonable time after its reception, his acceptance or declension of the same. After two months have elapsed he shall be deemed to decline unless he shall have uniformed and equiped himself. *Plurality of votes to elect.*

§ 1040. All elections for militia officers of and above the rank of captain shall be ordered by the commander-in-chief, and below that rank by the captain or those acting as such, and on failure to elect, such captain or the commanding officer of the company may complete the same by appointment, and such ap- *Elections for officers above rank of Captain.*

Exhibit 16

0341

pointees shall be commissioned as in case of elections.  All officers of the military force of this State shall be commissioned by the Governor, whether of the line, field or staff.  The commission of staff officers, except the chiefs of the staff department, will expire with the commissions of the officers on whose staff they may be appointed.

# CHAPTER III.

## ORGANIZATION OF THE STAFF OF THE MILITIA.

SECTION.
1041. Staff department of the militia.
1042. Of the Commander-in-Chief.
1043. Adjutant and Inspector, &c.
1044. Term of office, salary and removal.
1045. Staff of Division.
1046. Battalion entitled to a staff—when.
1047. Adjutant and Inspector General.

SECTION.
1048. Paymaster General—his duties.
1049. Expenses of Staff Department.
1050. Accounts for military service.
1051. Chief of each staff—his duties.
1052. Adjutant & Inspector chief of staff.
1053. Governor shall appoint three aids.

**Staff departments of the militia.** § 1041. The staff departments of the militia shall be as follows, viz:

1. The Adjutant and Inspector General's Department.
2. The Quartermaster General's Department.
3. The Commissary General's Department.
4. The Paymaster General's Department.
5. The Judge Advocate General's Department.
6. The Surgeon General's Department.

**Chiefs of staff departments attached to staff of Commander-in-Chief.** § 1042. The chiefs of the several staff departments shall be attached to the staff of the commander-in-chief.

**Appointment & rank of Adjutant and Inspector General—his duties.** § 1043. The commander-in-chief, with the advice and consent of two-thirds of the Senate, shall appoint an officer to be called adjutant and inspector general, with the rank of colonel.  The adjutant and inspector general shall reside and keep his office at the Seat of Government.  He shall obey all orders given him by the commander-in-chief in relation to the duties of his office; and keep a fair record of all orders and communications which he shall receive from time to time.  He shall require annual returns from the major and brigadier generals, from which he shall make out a general return of the whole strength of the militia and forces of the State.  He shall provide accurate abstracts of annual returns for divisions, brigades, regiments and companies, both of the militia and volunteers, which forms

Exhibit 16

0342



Content downloaded/printed from                 *HeinOnline*

Thu Nov  7 16:15:09 2019

Citations:

Bluebook 20th ed.
John M.; et al. Price, Editors. General Statutes of the State of Kansas (1868).

ALWD 6th ed.
John M.; et al. Price, Editors. General Statutes of the State of Kansas (1868).

APA 6th ed.
Price, J. (1868). General Statutes of the State of Kansas. Lawrence, J. Speer.

Chicago 7th ed.
Price John M.; et al., Editors. General Statutes of the State of Kansas. Lawrence, J.
Speer.

McGill Guide 9th ed.
John M.; et al. Price, Editors, General Statutes of the State of Kansas (Lawrence: J.
Speer., 1868)

MLA 8th ed.
Price, John M., and Editors et al. General Statutes of the State of Kansas. Lawrence,
J. Speer. HeinOnline.

OSCOLA 4th ed.
Price, John M.; et al., Editors. General Statutes of the State of Kansas. Lawrence,
J. Speer.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 16

0343

# CONSTITUTION

OF THE

# STATE OF KANSAS.

## ADOPTED AT WYANDOTTE, JULY 29, 1859.

---

### ORDINANCE.

WHEREAS, The Government of the United States is the proprietor of a large portion of lands included in the limits of the State of Kansas, as defined by the Constitution; and

WHEREAS, The State of Kansas will possess the right to tax such lands for the purpose of government, and for other purposes; now, therefore,

*Be it ordained by the people of Kansas:*

That the right of the State of Kansas to tax such lands, is relinquished forever, and the State of Kansas will not interfere with the title of the United States to such lands, nor with any regulation of Congress in relation thereto, nor tax non-residents higher than residents: *Provided,* always, that the following conditions be agreed to by Congress:

SECTION 1. Sections numbered sixteen and thirty-six, in each township in the State, including Indian reservations and trust lands, shall be granted to the State for the exclusive use of common schools; and when either of said sections, or any part thereof, has been disposed of, other lands of equal value, as nearly contiguous thereto as possible, shall be substituted therefor.

Lands of the United States.

Rights to tax such lands relinquished.

School sections. [See act of admission, prop. 1.]

Exhibit 16

0344

## ARTICLE VII.

### PUBLIC INSTITUTIONS.

*Benevolent institutions to be supported by the State.* SECTION 1. Institutions for the benefit of the insane, blind, and deaf and dumb, and such other benevolent institutions as the public good may require, shall be fostered and supported by the State, subject to such regulations as *Trustees of shall be appointed by the Governor.* may be prescribed by law. Trustees of such benevolent institutions as may be hereafter created shall be appointed by the Governor, by and with the advice and consent of the Senate; and upon all nominations made by the Governor, the question shall be taken in yeas and nays, and entered upon the journal.

*Penitentiary* SEC. 2. A penitentiary shall be established, the directors of which shall be appointed or elected, as prescribed by law.

*Governor to fill vacancies in offices aforesaid.* SEC. 3. The Governor shall fill any vacancy that may occur in the offices aforesaid, until the next session of the Legislature, and until a successor to his appointee shall be confirmed and qualified.

*Counties to provide for support of aged and infirm.* SEC. 4. The respective counties of the State shall provide, as may be prescribed by law, for those inhabitants who, by reason of age, infirmity, or other misfortune, may have claims upon sympathy and aid of society.

## ARTICLE VIII.

### MILITIA.

*Militia composed of what.* SECTION 1. The militia shall be composed of all able-bodied white male citizens between the ages of twenty-one and forty-five years, except such as are exempted by the laws of the United States, or of this State; but all citizens, of any religious denomination whatever, who, from scruples of conscience, may be averse to bearing arms, shall *Exemption.* be exempt therefrom, upon such conditions as may be prescribed by law.

*The Legislature shall provide for organizing, etc.* SEC. 2. The Legislature shall provide for organizing, equipping and disciplining the militia in such manner as it shall deem expedient, not incompatible with the laws of the United States.

*Officers to be elected.* SEC. 3. Officers of the militia shall be elected or appointed, and commissioned in such manner as may be provided by law.

*The Governor shall be commander-in-chief* SEC. 4. The Governor shall be commander-in-chief, and shall have power to call out the militia to execute the laws, to suppress insurrection, and to repel invasion.

Exhibit 16

0345



Content downloaded/printed from         *HeinOnline*

Thu Nov  7 16:06:32 2019

Citations:

Bluebook 20th ed.
Josiah Harrison. Compilation of the Public Laws of the State of New-Jersey, Passed
since the Revision in the Year 1820 (1833).

ALWD 6th ed.
Josiah Harrison. Compilation of the Public Ls of the State of New-Jersey, Passed
since the Revision in the Year 1820 (1833).

APA 6th ed.
Harrison, J. (1833). Compilation of the Public Laws of the State of New-Jersey,
Passed since the Revision in the Year 1820. Camden, Printed by J. Harrison.

Chicago 7th ed.
Harrison Josiah. Compilation of the Public Laws of the State of New-Jersey, Passed
since the Revision in the Year 1820. Camden, Printed by J. Harrison.

McGill Guide 9th ed.
Josiah Harrison, Compilation of the Public Laws of the State of New-Jersey, Passed
since the Revision in the Year 1820 (Camden: Printed by J. Harrison., 1833)

MLA 8th ed.
Harrison, Josiah. Compilation of the Public Laws of the State of New-Jersey, Passed
since the Revision in the Year 1820. Camden, Printed by J. Harrison. HeinOnline.

OSCOLA 4th ed.
Harrison, Josiah. Compilation of the Public Laws of the State of New-Jersey, Passed
since the Revision in the Year 1820. Camden, Printed by J. Harrison.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 16

0346

1830.

ship, by the town collectors of said township, and how the same has been expended, and the number of children educated in each district, between the ages of four and sixteen years, with such further information as they may think useful, to be condensed by them into a single report, and to be laid before the legislature by the said trustees.

---

**AN ACT** to exempt minors from Militia Duty in time of peace.

Passed the 6th of November, 1829.

Minors exempt in time of peace.

1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby enacted by the authority of the same,* That from and after the passing of this act, all persons under the age of twenty-one years be, and they are hereby, exempt from militia duty in time of peace.

Duty of officers. Rev. 575.

2. *And be it enacted,* That the enrolment of the militia of this state, shall be made agreeably to the first section of the act establishing a militia system, passed the eighteenth of February, one thousand eight hundred and fifteen; and it shall be the duty of the officer making such enrolment, to write opposite to the name of each minor, the words *"under age;" Provided,* that all persons under the age of twenty-one years as aforesaid, who are actually enrolled in, or shall, after the passing of this act, join any uniform corps, shall be entitled to the same privileges and subject to the same penalties as are prescribed in the above mentioned act.

---

**AN ACT** to authorize the President of the Council of Proprietors in West-Jersey, to administer oaths and affirmations to witnesses in certain cases.

Passed the 13th of January, 1830.

The President, &c. of the Council of Proprietors, may administer oaths, &c.

1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby enacted by the authority of the same,* That it shall and may be lawful for the President of the Council of Proprietors, or, in his absence, the Vice-President or President, pro tem., to administer oaths or affirmations to witnesses, touching any dispute or controversy, that may come before the said Council of Proprietors, for their adjudications.

Deputy surveyors authorized to

2. *And be it enacted,* That it shall and may be lawful for deputy surveyors, to take depositions or affirmations of citations being duly served, as also, in relation to corner lines

Exhibit 16

0347



Content downloaded/printed from          *HeinOnline*

Thu Nov  7 17:18:09 2019

Citations:

Bluebook 20th ed.
William H. Battle. Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3 (1873).

ALWD 6th ed.
William H. Battle. Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3 (1873).

APA 6th ed.
Battle, W. (1873). Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3. Raleigh, Edwards, Broughton.

Chicago 7th ed.
Battle William H. Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3. Raleigh, Edwards, Broughton.

McGill Guide 9th ed.
William H. Battle, Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3 (Raleigh: Edwards, Broughton.,
1873)

MLA 8th ed.
Battle, William H. Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3. Raleigh, Edwards, Broughton.
HeinOnline.

OSCOLA 4th ed.
Battle, William H. Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3. Raleigh, Edwards, Broughton.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 16

0348

of Houses of Correction, where vagrants and persons guilty of misdemeanors shall be restrained and usefully employed.

SEC. 5. A House or Houses of Refuge may be established whenever the public interest may require it, for the correction and instruction of other classes of offenders. *Houses of refuge.*

SEC. 6. It shall be required, by competent legislation, that the structure and superintendence of penal institutions of the State, the County jails, and city police prisons, secure the health and comfort of the prisoners, and that male and female prisoners be never confined in the same room or cell. *The sexes to be separated.*

SEC. 7. Beneficent provision for the poor, the unfortunate and orphan, being one of the first duties of a civilized and a Christian State, the General Assembly shall, at its first session, appoint and define the duties of a Board of Public Charities, to whom shall be entrusted the supervision of all charitable and penal State institutions, and who shall annually report to the Governor upon their condition, with suggestions for their improvement. *Provision for the poor and orphans.*

SEC. 8. There shall also, as soon as practicable, be measures devised by the State for the establishment of one or more Orphan Houses, where destitute orphans may be cared for, educated and taught some business or trade. *Orphan houses*

SEC. 9. It shall be the duty of the Legislature, as soon as practicable, to devise means for the education of idiots and inebriates. *Inebriates and idiots.*

SEC. 10. The General Assembly shall provide that all the deaf mutes, the blind, and the insane of the State, shall be cared for at the charge of the State. *Deaf mutes and insane.*

SEC. 11. It shall be steadily kept in view by the Legislature, and the Board of Public Charities, that all penal and charitable institutions should be made as nearly self-supporting as is consistent with the purposes of their creation. *Self-supporting.*

---

# ARTICLE XII.

## MILITIA.

SECTION 1. All able bodied male citizens of the State of North Carolina, between the ages of twenty-one and forty years, who are citizens of the United States, shall be liable to duty in *Who are liable to militia duty.*

Exhibit 16

0349

the Militia : *Provided,* That all persons who may be adverse
to bearing arms, from religious scruples, shall be exempt there-
from.

**Organizing, &c.**        SEC. 2. The General Assembly shall provide for the organ-
izing, arming, equipping and discipline of the Militia, and for
paying the same when called into active service.

**Governor Commander-in-Chief.**        SEC. 3. The Governor shall be Commander-in-Chief, and
have power to call out the Militia to execute the law, suppress
riots or insurrection, and to repel invasion.

**Exemptions.**        SEC. 4. The General Assembly shall have power to make
such exemptions as may be deemed necessary, and to enact laws
that may be expedient for the government of the Militia.

----

# ARTICLE XIII.

## AMENDMENTS.

**Convention, how called.**        SECTION 1. No Convention of the people shall be called by
the General Assembly unless by the concurrence of two-thirds
of all the members of each House of the General Assembly.

**How the Constitution may be altered.**        SEC. 2. No part of the Constitution of this State shall be
altered, unless a bill to alter the same shall have been read
three times in each House of the General Assembly and agreed
to by three-fifths of the whole number of members of each
House respectively; nor shall any alteration take place until
the bill, so agreed to, shall have been published six months
previous to a new election of members to the General Assem-
bly. If, after such publication, the alteration proposed by the
preceding General Assembly shall be agreed to, in the first
session thereafter, by two-thirds of the whole representation in
each House of the General Assembly, after the same shall have
been read three times on three several days in each House, then
the said General Assembly shall prescribe a mode by which the
amendment or amendments may be submitted to the qualified
voters of the House of Representatives throughout the State ;
and if, upon comparing the votes given in the whole State,
it shall appear that a majority of the voters voting thereon
have approved thereof, then, and not otherwise, the same shall
become a part of the Constitution.

Exhibit 16

0350



Content downloaded/printed from                    *HeinOnline*

Thu Nov  7 16:11:08 2019

Citations:

Bluebook 20th ed.
1843 vol. 42 3 .

ALWD 6th ed.
1843 vol. 42 3 .

Chicago 7th ed.
, "," Ohio - 42nd General Assembly, General Acts : 3-82

OSCOLA 4th ed.
, '' 1843 vol 42 3

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
        *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



## 53

**AN ACT**

To regulate the Militia.

SEC. 1. *Be it enacted by the General Assembly of the State of Ohio,* That the training of the rank and file of the militia shall hereafter be dispensed with, in time of peace, except as provided for in this act. *(margin: Training of militia, in time of peace, dispensed with.)*

SEC. 2. That every able bodied white male inhabitant, resident within this state, who is or shall be of the age of twenty one years, and under the age of forty five years, excepting persons who may be members of volunteer companies, persons absolutely exempted by law, idiots and lunatics, shall be enrolled in the militia. *(margin: Who liable to do military duty;—exemptions.)*

SEC. 3. That it shall be the duty of the township assessors, annually, to prepare a list of all persons liable to be enrolled, as aforesaid, in their respective townships, and every keeper of any tavern or boarding house, and every master of any dwelling house, shall, upon application of the assessor, within whose township such house may be situated, or of any person acting under them, give information of the names of all persons residing in such house and liable to enrollment, as aforesaid; and every such person, so liable, shall, upon like application, give his name and age, and if any such keeper, master, or person, liable as aforesaid, shall refuse to give such information or shall give false information, he or they shall be fined in any sum not less than five dollars for each offence, to be collected in an action of debt before any justice of the peace for the proper township, and it is hereby made the duty of the assessor, forthwith, after the occurrence of any such offence, to commence such action, in his official capacity, in the name of the state of Ohio, against any person or persons so offending, and prosecute the same to final judgment and collection, if possible; and all moneys so collected shall be by such [assessor] immediately paid over to the treasurer of the proper township; and it is hereby made the duty of such treasurer to appropriate the same for the use of common schools in the proper township, in like manner as other school funds are now, by law, appropriated; and it shall be the duty of the township trustees to require and accept such additional security as will, in the opinion of such trustees, be sufficient to insure the faithful performance of the duties enjoined upon said assessors by this act. *(margins: Township assessors, annually, to prepare a list of all persons liable to be enrolled. / Keepers of taverns, boarding houses, &c., to give information. / Penalty for refusing. / Fines—when collected, how disposed of.)*

SEC. 4. That the township assessor shall, annually, at the time of assessing taxable property, make out a roll or list of all names of persons, liable to be enrolled as aforesaid, and shall place it in the hands of the clerk of the proper township, who shall record the same in the book of record of such township, and it shall be the duty of such clerk to return, annually, in the month of May or June, an accurate copy of such record of enrollment to the commandant of the proper brigade, said commandant of brigade shall make return to the com- *(margin: Assessor to make roll list of those liable to enrollment, and place the same in the hands of the township clerk, who shall record, &c.)*

Exhibit 16

0352



Content downloaded/printed from                    *HeinOnline*

Thu Nov  7 17:15:39 2019

Citations:

Bluebook 20th ed.
1864 218 .

ALWD 6th ed.
1864 218 .

Chicago 7th ed.
, "," Pennsylvania - General Assembly, Omitted Laws 1858, 1861-1863, Regular Session
: 218-276

OSCOLA 4th ed.
, '' 1864 218

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 16

0353

day; that in addition to the taxes, already imposed by law, all persons appointed to an office, by the governor, or elected, under the provisions of any law of this commonwealth, the gross receipts of whose office shall exceed six hundred dollars, and not exceed twelve hundred dollars, shall pay into the treasury of the state, a tax of one per centum, and on all amounts, over twelve hundred dollars, and not exceeding twenty-five hundred dollars, two per centum, and on all amounts, exceeding twenty-five hundred dollars, five per centum annually : *Provided,* That the revenue derived from this act shall, so far as is necessary, be first applicable to the payment of the ordinary expenses of government, and the residue, not needed for such purposes, shall be transferred to the sinking fund, as directed by the act of the twenty-second of April, one thousand eight hundred and fifty-eight.

*Five per centum to be added on all unpaid, on first of August.*

*Tax upon the gross receipts of certain officers.*

*How revenue derived from this act to be applied.*

SECTION 8. That so much of the act to reduce the state debt, and incorporate the Pennsylvania railroad company, approved twenty-ninth day of April, one thousand eight hundred and forty-four, and the several supplements thereto, requiring the appointment of revenue commissioners, from the several judicial districts of the state, be and the same are hereby repealed; and that all the powers granted to the said board, and the duties enjoined thereupon, shall hereafter be vested in a state board, to consist of the auditor general, the state treasurer, and the secretary of the commonwealth ; and that all acts of assembly, inconsistent with the provisions of this act, be and the same are hereby repealed.

*Revenue board abolished.*

*State board created, in lieu thereof.*

*Repeal.*

<div align="center">

HENRY C. JOHNSON,

Speaker of the House of Representatives.

JOHN P. PENNEY,

Speaker of the Senate.

</div>

APPROVED—The thirtieth day of April, Anno Domini one thousand eight hundred and sixty-four.

<div align="center">

A. G. CURTIN.

</div>

---

<div align="center">

### No. 211.

# An Act

</div>

For the Organization, Discipline, and Regulation of the Militia of the Commonwealth of Pennsylvania.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same.* That every able bodied white male citizen, resident within this state, of the age of twenty-one years, and under the age

Exhibit 16

0354

Who shall be enrolled in militia, and who exempt.

of forty-five years, excepting persons enlisted into volunteer companies, persons exempted by the following sections, idiots, lunatics, common drunkards, vagabonds, paupers, and persons convicted of any infamous crime, shall be enrolled in the militia; persons so convicted, after enrolment, shall forthwith be dis-enrolled; and in all cases of doubt, respecting the age of a person enrolled, the burden of proof shall be upon him.

Assessors to make a list of persons liable to enrolment.

SECTION 2. *First.* Assessors shall annually, and at the same time they are engaged in taking the assessment, or valuation of real and personal property, in their respective cities, wards, boroughs, or townships, make a list of persons living within their respective limits, liable to enrolment, and place a certified

Record thereof to be kept in office of county commissioners.

copy, in the office of the county commissioners, of each county, in the state, whose duty it shall be to record said roll, or list of names, in a book, to be provided for that purpose, in the same manner as other books of record are provided; and such record shall be deemed a sufficient notification to all persons whose names are thus recorded, that they have been enrolled in the militia.

Assessors' notices to be put up in public places.

*Second.* As soon as the roll is completed, the assessors shall, forthwith, cause notices thereof to be put up, in three of the most public places in the city, ward, borough, or township, which notices shall set forth, that the assessors have made their roll of all persons liable to enrolment, according to law, and that a copy thereof has been left, for record, in the office

Commissioners, and assessors, to review enrolment.

of the county commissioners, where the same may be seen, or examined, by any person interested therein, until some day and place, to be specified in such notice, when, and where, the said assessors, and commissioners, of the county will meet to review such enrolment; such review shall be made at the same time, and place, the said assessors and commissioners meet to review the assessment of real and personal property, or for appeals.

Persons claiming to be exempt to make affidavit.

*Third.* Any person claiming that he is not liable to military duty, on account of some physical defect, or bodily infirmity, or that he is exempt from the performance of military duty, by any law of this state, or of the United States, may, on or before the day specified in such notice, and not after, deliver to said assessors, an affidavit, stating such facts, on which he claims to be exempt, or not liable to do military duty; such affidavit may be made before any person authorized to administer oaths; and the assessors shall cause all such affidavits to be filed in the office of the county commissioners; and if any person shall swear falsely, in such affidavit, he shall be guilty of perjury.

Commissioners to determine who are exempt

*Fourth.* On the day the county, or city, commissioners meet, to review the assessment of real and personal property, or for holding appeals, they shall, also, determine who are exempt, or not liable to do military duty; and in a column prepared for that purpose, in such roll, opposite the name of each person not liable to do duty, shall insert "exempt," or "not liable," as the case may be; and opposite the names of all members of uniformed companies on such roll, shall insert "U. C;" and against the name of any military officer in commission, and liable to do duty, the title of his office; and shall, also,

Exhibit 16
0355

# Exhibit 17

Exhibit 17

0356



Content downloaded/printed from          *HeinOnline*

Thu Nov  7 17:18:09 2019

Citations:

Bluebook 20th ed.
William H. Battle. Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3 (1873).

ALWD 6th ed.
William H. Battle. Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3 (1873).

APA 6th ed.
Battle, W. (1873). Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3. Raleigh, Edwards, Broughton.

Chicago 7th ed.
Battle William H. Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3. Raleigh, Edwards, Broughton.

McGill Guide 9th ed.
William H. Battle, Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3 (Raleigh: Edwards, Broughton.,
1873)

MLA 8th ed.
Battle, William H. Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3. Raleigh, Edwards, Broughton.
HeinOnline.

OSCOLA 4th ed.
Battle, William H. Battle's Revisal of the Public Statutes of North Carolina, Adopted
by the General Assembly at the Session of 1872-'3. Raleigh, Edwards, Broughton.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 17

0357

of Houses of Correction, where vagrants and persons guilty of misdemeanors shall be restrained and usefully employed.

SEC. 5. A House or Houses of Refuge may be established whenever the public interest may require it, for the correction and instruction of other classes of offenders. <span>Houses of refuge.</span>

SEC. 6. It shall be required, by competent legislation, that the structure and superintendence of penal institutions of the State, the County jails, and city police prisons, secure the health and comfort of the prisoners, and that male and female prisoners be never confined in the same room or cell. <span>The sexes to be separated.</span>

SEC. 7. Beneficent provision for the poor, the unfortunate and orphan, being one of the first duties of a civilized and a Christian State, the General Assembly shall, at its first session, appoint and define the duties of a Board of Public Charities, to whom shall be entrusted the supervision of all charitable and penal State institutions, and who shall annually report to the Governor upon their condition, with suggestions for their improvement. <span>Provision for the poor and orphans.</span>

SEC. 8. There shall also, as soon as practicable, be measures devised by the State for the establishment of one or more Orphan Houses, where destitute orphans may be cared for, educated and taught some business or trade. <span>Orphan houses</span>

SEC. 9. It shall be the duty of the Legislature, as soon as practicable, to devise means for the education of idiots and inebriates. <span>Inebriates and idiots.</span>

SEC. 10. The General Assembly shall provide that all the deaf mutes, the blind, and the insane of the State, shall be cared for at the charge of the State. <span>Deaf mutes and insane.</span>

SEC. 11. It shall be steadily kept in view by the Legislature, and the Board of Public Charities, that all penal and charitable institutions should be made as nearly self-supporting as is consistent with the purposes of their creation. <span>Self-supporting.</span>

---

# ARTICLE XII.

### MILITIA.

SECTION 1. All able bodied male citizens of the State of North Carolina, between the ages of twenty-one and forty years, who are citizens of the United States, shall be liable to duty in <span>Who are liable to militia duty.</span>

Exhibit 17

0358

the Militia : *Provided,* That all persons who may be adverse to bearing arms, from religious scruples, shall be exempt therefrom.

**Organizing, &c.**     Sec. 2. The General Assembly shall provide for the organizing, arming, equipping and discipline of the Militia, and for paying the same when called into active service.

**Governor Commander-in-Chief.**     Sec. 3. The Governor shall be Commander-in-Chief, and have power to call out the Militia to execute the law, suppress riots or insurrection, and to repel invasion.

**Exemptions.**     Sec. 4. The General Assembly shall have power to make such exemptions as may be deemed necessary, and to enact laws that may be expedient for the government of the Militia.

---

# ARTICLE XIII.

### AMENDMENTS.

**Convention, how called.**     Section 1. No Convention of the people shall be called by the General Assembly unless by the concurrence of two-thirds of all the members of each House of the General Assembly.

**How the Constitution may be altered.**     Sec. 2. No part of the Constitution of this State shall be altered, unless a bill to alter the same shall have been read three times in each House of the General Assembly and agreed to by three-fifths of the whole number of members of each House respectively; nor shall any alteration take place until the bill, so agreed to, shall have been published six months previous to a new election of members to the General Assembly. If, after such publication, the alteration proposed by the preceding General Assembly shall be agreed to, in the first session thereafter, by two-thirds of the whole representation in each House of the General Assembly, after the same shall have been read three times on three several days in each House, then the said General Assembly shall prescribe a mode by which the amendment or amendments may be submitted to the qualified voters of the House of Representatives throughout the State ; and if, upon comparing the votes given in the whole State, it shall appear that a majority of the voters voting thereon have approved thereof, then, and not otherwise, the same shall become a part of the Constitution.

Exhibit 17

0359

# Exhibit 18

Exhibit 18

0360

# THE

# DEBATES AND PROCEEDINGS

IN THE

# CONGRESS OF THE UNITED STATES;

WITH

# AN APPENDIX,

CONTAINING

# IMPORTANT STATE PAPERS AND PUBLIC DOCUMENTS,

AND ALL

# THE LAWS OF A PUBLIC NATURE;

WITH A COPIOUS INDEX.



## VOLUME II,

COMPRISING (WITH VOLUME 1) THE PERIOD FROM MARCH 3, 1789,
TO MARCH 3, 1791, INCLUSIVE.

---

COMPILED FROM AUTHENTIC MATERIALS,

BY JOSEPH GALES, Senior.

---

## WASHINGTON:

PRINTED AND PUBLISHED BY GALES AND SEATON.

1834.

Digitized by Google

tion against the motion is, that it stops short in the regulation of the business. No provision, it is said, is made for the return of the arms to the public; and it gives a discretionary power to the officers to dispose of the property of the United States; but he conceived these difficulties were not beyond the reach of remedies; the wisdom of the House, he doubted not, would devise such as were adequate to the object. He asked by what means minors were to provide themselves with the requisite articles? Many of them are apprentices. If you put arms into their hands, they will make good soldiers; but how are they to procure them? It is said, if they are supplied by the United States the property will be lost; if this is provided against, every objection may be obviated. He then offered an addition to the motion, providing for the return of the arms to the commanding officer.

The Chairman then stated the motion with the amendment.

Mr. Tucker observed, that the motion in its present form differed from the original proposed by the gentleman from Virginia. He conceived the gentleman had no right to alter it, nor could it be done without a vote of the committee. He preferred the motion in its original state—for the United States may, without doubt, furnish the arms—but he very much questioned their right to call on the individual States to do it.

Mr. Williamson was in favor of the question's being taken with the amendment admitted by Mr. Parker. He wished to know whether Congress meant to tax the individual States in this unusual manner. Perhaps as they had assumed the State debts upon this principle, or rather without any principle, they might think they had a right to call upon them to furnish quotas in proportion, this would be getting something for something; and not like the other measure, losing something for nothing.

Mr. Vining said, he could not understand what was meant by saying that the amendment was dictating to the States. What is the whole bill but dictating; a law that affects every individual, touches the whole community. With respect to the constitutionality of the measure, there can be no doubt; every grant of power to Congress necessarily implies a conveyance of every incidental power requisite to carry the grant into effect.

Mr. Wadsworth apologized for detaining the attention of the committee a moment, while he asked the gentlemen who favored the motion what was the extent of their wishes? The motion at first appeared to be in favor of poor men, who are unable to purchase a firelock; but now it seems, minors and apprentices are to be provided for. Is there a man in this House who would wish to see so large a proportion of the community, perhaps one-third, armed by the United States, and liable to be disarmed by them? Nothing would tend more to excite suspicion, and rouse a jealousy dangerous to the

Union. With respect to apprentices, every man knew that they were liable to this tax, and they were taken under the idea of being provided for by their masters; as to minors, their parents or guardians would prefer furnishing them with arms themselves, to depending on the United States when they knew they were liable to having them reclaimed.

The question on Mr. Parker's motion was lost.

On motion of Mr. Heister, a proviso was added to the section in the following words:

"That every citizen so enrolled, and providing himself with the arms and accoutrements required as aforesaid, shall hold the same exempt from all executions, or suits for debt, or for the payment of taxes."

Mr. Fitzsimons moved to strike out the words "provide himself," and insert "shall be provided."

This motion was objected to by Messrs. Boudinot, Huntington, Jackson, Partridge, Vining, and Madison. It was said that it would be destructive of the bill, as it would leave it optional with the States, or individuals, whether the militia should be armed or not.

This motion was lost by a great majority. The second section comprises the characters that are to be exempted from enrolment or militia duty.

Mr. Madison moved to strike out that part which related to members of Congress, their officers and servants, attending either House— and to insert "members of the Senate and House of Representatives whilst travelling to, attending at, or returning from the sessions of Congress." He saw no reason for a total exemption from militia service; exceptions in favor of the framers of laws ought not to be extended beyond what is evidently necessary. The members of Congress, during the recess, are at liberty to pursue their ordinary avocations, and may participate in the duties and exercises of their fellow-citizens. They ought to bear a part in the burdens they lay on others, which may check an abuse of the powers with which they are vested.

Mr. Jackson observed, that this alteration might interfere with the public interest; in cases of alarm or invasion, the members might be called to a great distance in the militia at the moment when their presence was required to attend the session of the Legislature. It would be well therefore to consider whether their services in the militia would be of equal importance to the public interest, as their services in Congress.

Mr. Boudinot objected to the amendment; not that he would exempt members of Congress from burdens imposed on their fellow-citizens; but the motion he conceived was inconsistent with this very idea. The bill provides that exempts shall pay a certain equivalent; it would be unjust to impose this equivalent, and compel the members of Congress to turn out in the

Exhibit 18

0362



# Exhibit 19

Exhibit 19

0363

**Examples of State Laws Requiring Parents to Furnish or Provide Arms to Children in the Militia**

| State | Year[1] | Statutory Text | Source[2] |
|---|---|---|---|
| Delaware | 1785 | "[E]very apprentice, or other person of the age of eighteen and under twenty-one years, who hath an estate of the value of eighty pounds, or whose parent shall pay six pounds annually towards the public taxes, shall by his parent or guardian respectively be provided with a musket or firelock . . . ." | An Act for establishing a Militia, § 7, 2 Military Obligation: The American Tradition 13 (1947) |
| Maine | 1821 | "[A]ll parents, masters or guardians, shall furnish all minors enrolled in the militia, who shall be under their care respectively, with the arms, and equipments, required by this Act . . . ." | An Act to organize, govern, and discipline the Militia of this State, ch. CLXIV, § 34, 1821 Me. Laws 548, 570. |
| Massachusetts | 1793 | "[A]ll parents, masters and guardians shall furnish those of the said Militia who shall be under their care and command, with the arms and equipments aforementioned . . . ." | An Act for regulating and governing the Militia of the Commonwealth of Massachusetts, Massachusetts Acts and Laws, May Session, ch. 1, § XIX (1793). |
| Massachusetts | 1810 | "[A]ll parents, masters or guardians, shall furnish all minors enrolled in the militia, who shall be under their care respectively with the arms and equipments, required by this act . . . ." | An Act for regulating, governing, and training the Militia of this Commonwealth, ch. CVII, § 28, in 1810 Mass. Laws 151, 176. |

---

[1] Year of enactment.

[2] Where the relevant law was published in a larger compendium source, the source date often postdates the year of enactment.

Exhibit 19

0364

| State | Year[1] | Statutory Text | Source[2] |
|---|---|---|---|
| Missouri | 1825 | "[A]ll parents, masters and guardians, shall furnish all minors, enrolled in the militia, who shall be under their care, respectively, with the arms and equipments required by this act." | An Act to organize, govern and discipline the Militia, ch. I, § 24, in 1825 Mo. Laws 533, 554. |
| New Hampshire | 1776 | "And be it further Enacted by the Authority aforesaid, That each and every Officer and private Soldier of said Militia, not under the control of Parents, Masters, or Guardians, and being of sufficient Ability therefore, in the Judgment of the Select-men of the Town wherein he has his usual place of Abode, shall equip himself and be constantly provided with a good Fire Arm . . . ." | An Act For forming and regulating the Militia within the State of New Hampshire, in New-England, and for repealing all the Laws heretofore made for that Purpose, Acts & Laws of the Colony of N.H., 39 (1776). |
| New Hampshire | 1792 | "That such of the infantry as are under the care of parents, masters or guardians, shall be furnished by them with such arms and accoutrements." | An Act for Forming and Regulating the Militia Within This State, and For Repealing All the Laws Heretofore Made for That Purpose N.H., 447 (1792). |
| New Hampshire | 1820 | "[A]ll parents, masters, and guardians, shall furnish all minors enrolled in the militia, who shall be under their care respectively, with the arms and equipments required by this act . . . ." | An Act for the forming, arranging and regulating the militia, § 46, 2 New Hampshire Laws Enacted Since June 1, 1815, 80 (1824). |
| North Carolina | 1806 | "And all parents and masters shall furnish those of the militia, who shall be under their care or command, with the arms and equipments above mentioned . . ." | 2 William T. Dortch, John Manning, John S. Henderson, The Code Of North Carolina § 3168, at 346-47 (1883). |

Exhibit 19

0365

| State | Year[1] | Statutory Text | Source[2] |
|---|---|---|---|
| Vermont | 1797 | "And all parents, masters or guardians, shall furnish those of the said militia who shall be under their care and command, with the arms and equipments above mentioned . . . ." | An Act, for regulating and governing the militia of this State, ch. LXXXI, No. 1, § 15, 2 Laws Of The State Of Vermont Digested And Compiled 122, 131-32 (1808). |

Exhibit 19

0366



Content downloaded/printed from                    *HeinOnline*

Thu Jan  2 19:54:40 2020

Citations:

Bluebook 20th ed.
Backgrounds of Selective Service (1947).

ALWD 6th ed.
Backgrounds of Selective Service (1947).

APA 6th ed.
(1947). Backgrounds of Selective Service. Washington, U.S. Gvt. Printing Office.

Chicago 7th ed.
Backgrounds of Selective Service. Washington, U.S. Gvt. Printing Office.

McGill Guide 9th ed.
, Backgrounds of Selective Service (Washington: U.S. Gvt. Printing Office., 1947)

MLA 8th ed.
Backgrounds of Selective Service. Washington, U.S. Gvt. Printing Office. HeinOnline.

OSCOLA 4th ed.
Backgrounds of Selective Service. Washington, U.S. Gvt. Printing Office.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 19

0367

# Military Obligation:

# THE AMERICAN TRADITION

*A Compilation of the Enactments of Compulsion*
*From the Earliest Settlements*
*of the Original Thirteen Colonies in 1607*
*Through the*
*Articles of Confederation 1789*

SPECIAL MONOGRAPH NO. 1
VOLUME II
PART 3. DELAWARE ENACTMENTS

THE SELECTIVE SERVICE SYSTEM

1947

Exhibit 19

0368

## CLEARANCE COMMITTEE

Brig. Gen. Carlton S. Dargusch, *Chairman*

| | |
|---|---|
| COL. VICTOR J. O'KELLIHER | LT. COL. ARTHUR BOONE |
| COL. LEWIS F. KOSCH | LT. COL. IRVING HART |
| COL. WILLIAM HART | MR. KENNETH H. McGILL |

### PREPARED AND COMPILED BY
Lt. Col. Arthur Vollmer

GOVERNMENT PRINTING OFFICE
WASHINGTON : 1947

FOR SALE BY THE SUPERINTENDENT OF DOCUMENTS, U. S. GOVERNMENT
PRINTING OFFICE, WASHINGTON 25, D. C.

Exhibit 19

0369

ments, (unlefs their remaining eftate be fufficient to anfwer what they are then in arrear) are hereby declared fraudulent, and fhall not prevent or avoid the feizing and felling the fame eftates, on any judgment that may be had on fuits to be brought for the recovery of the monies fo in arrear.

1785.

Sect. 15. *And be it enacted,* That the faid ftate treafurer, before the firft day of November next, fhall become bound unto the Delaware ftate, with two or more fufficient fureties, to be approved of by the prefident or commander in chief for the time being, in an obligation of fifteen thoufand pounds, conditioned for the true obfervation of this act and the duty which to the faid office doth appertain; and in cafe of neglect or refufal of the faid ftate treafurer fo to do, or of his death in the recefs of the general affembly, it fhall and may be lawful for the prefident or commander in chief, with the approbation of the privy-council, to appoint fome other fit perfon to fupply his place, who fhall give fecurity as aforefaid.

State treafurer to give bond.

His place how fupplied in cafe of delinquency, &c.

Sect. 16. *And be it enacted,* That if any of the days appointed by this act for the performance of any of the duties herein required, fhall happen to be on a Sunday, then fuch duties fhall be performed on the day following.

WHEREAS it appears, that fundry collectors of the ftate taxes directed to be raifed for the fervice of the years feventeen hundred and eighty-one, eighty-two, eighty-three and eighty-four, have through their indulgence, omitted to execute for thofe taxes within the times limited by law, and this general affembly being willing to give the fame fummary mode to the faid collectors to collect the arrearages of fuch taxes, as they could have had under the feveral acts of affembly paffed for thofe purpofes.

Sect. 17. *Be it enacted,* That the collectors refpectively of the faid feveral ftate-taxes, heretofore appointed, or hereafter to be appointed for that purpofe, be and they hereby are impowered to collect all arrearages and balances due of the faid taxes by execution, or otherwife, between the time of paffing this act and the firft day of November next, in as full and ample manner as heretofore could have been done had the fame been done within the time limited by law.

Summary mode for collecting the arrearages of taxes.

*Signed by Order of the Houfe of Affembly,*

T H O M A S   D U F F, *Speaker.*

*Signed by Order of the Council,*

T H O M A S   M'D O N O U G H, *Speaker.*

*Paffed at* DOVER,
  *June* 4, 1785.



## An A C T for eftablifhing a Militia.

SECTION 1.    WHEREAS a well regulated Militia is the proper and natural defence of every free ftate; and as the laws heretofore made for the regulation thereof within this ftate are expired, and it is neceffary that a militia be eftablifhed;

Preamble.

Digitized from Best Copy Available

Exhibit 19

0370

**1785.**

Returns to be made to the colonels of regiments, of all able-bodied male inhabitants within the districts of companies, &c.

the several counties of this state, shall, on or before the first day of August next, make an exact return to the late colonel or commanding officer of the regiment to which he did formerly belong, of the names and surnames of every able-bodied effective male white inhabitant between the ages of eighteen and fifty years, then residing in the district of which he was formerly captain or commanding officer; a copy of which return the said colonel or commanding officer of such regiment shall immediately transmit to the president or commander in chief of this state: And all male white persons between the ages aforesaid (clergymen and preachers of the gospel of every denomination, justices of the supreme court, keepers of the public gaols, school-masters teaching a Latin-school, or having at least twenty English scholars, and indented servants bona fide purchased, excepted) who on the said first day of August next, shall reside in any district or sub-division heretofore laid off in pursuance of the late militia laws of this state shall be considered as belonging to the militia company for such district or sub-division.

Officers in the military line, by whom appointed.

Sect. 3. *And be it enacted,* That the president or commander in chief shall, on or before the first day of October next, appoint and commission one colonel, one lieutenant-colonel and one major to command each of the regiments, and one captain, two lieutenants, and one ensign to command each of the companies within this state; and in case of the vacancy of a colonel, lieutenant colonel or major, captain, lieutenant or ensign, the president or commander in chief shall appoint and commission such person to fill the said vacancy as he shall judge most suitable for that purpose.

Quarter-masters, &c. by whom appointed.

Sect. 4. *And be it enacted,* That the field officers of each regiment shall appoint a quarter master and adjutant, a drum and a fife major for the regiment, and the commissioned officers of each company shall appoint four sergeants, four corporals, one drum and one fife for their respective companies.

Militia to be divided into classes.

Sect. 5. *And be it enacted,* That on the tenth day of April next ensuing, the captain or commanding officer of each company shall call the persons belonging to the same together, giving due notice, and shall divide them into eight classes, as nearly equal in number to each other, as conveniently may be, allotting a sergeant or a corporal to each class, and eight slips of paper numbered respectively from one to eight being prepared, every private shall determine, by drawing a ballot, what class he is to serve in; and in case any of the persons belonging to any company shall neglect to attend at the time and place appointed for classing the said company, or if present, shall refuse to draw as aforesaid, then the said captain or commanding officer thereof shall appoint one disinterested freeholder to draw for the absentees or persons so refusing; and when the classes shall be so settled, the captain or commanding officer of each company shall form a roll consisting of the eight classes, and the names and surnames of the men in each class, numbered according to the order of balloting, which he shall keep for his own use and direction, transmitting forthwith a copy thereof, with a list of his commissioned and non-commissioned officers prefixed, to the colonel or commanding officer of the regiment, who shall enter the same in a book by him to be provided for that purpose: And the said captain or commanding officer shall in the month of April in the year of our Lord one thousand seven hundred and eighty-seven, and in the month of April in every succeeding year, add to the said roll the names and surnames of all such male white inhabitants between the ages aforesaid, who on the next preceding twelve months have removed to, and are then residing in, that

Rolls thereof to be formed, and transmitted to the colonel.

Sect. 6. *And be it enacted*, That every company shall be duly exercised and instructed in the months of April and September annually, at such time and place as the captain or commanding officer shall direct, he giving notice thereof by advertisement at three of the most public places in his district, at least five days before the day of muster; and every regiment shall be reviewed on the first Wednesday in June and the second Wednesday in October in every year, and be properly trained and disciplined at such place as the colonel or commanding officer shall direct, and at such other times and places as the president or commander in chief shall think necessary, and shall order.

*margin note:* 1785. Militia how often to be exercised.

Sect. 7. *And be it enacted*, That every person between the ages of eighteen and fifty, or who may hereafter attain to the age of eighteen years, except as before excepted, whose public taxes may amount to twenty shillings a year, shall at his own expence, provide himself; and every apprentice, or other person of the age of eighteen and under twenty-one years, who hath an estate of the value of eighty pounds, or whose parent shall pay six pounds annually towards the public taxes, shall by his parent or guardian respectively be provided with a musket or firelock, with a bayonet, a cartouch box to contain twenty three cartridges, a priming wire, a brush and six flints, all in good order, on or before the first day of April next, under the penalty of forty shillings, and shall keep the same by him at all times, ready and fit for service, under the penalty of two shillings and six pence for each neglect or default thereof on every muster day, to be paid by such person if of full age, or by the parent or guardian of such as are under twenty-one years, the same arms and accoutrements to be charged by the guardian to his ward, and allowed at settling the accounts of his guardianship.

*margin note:* What persons shall provide arms, &c.

*margin note:* Penalty for neglecting to keep them in repair.

Sect. 8. *And be it enacted*, That every male white person within this state, between the ages of eighteen and fifty, or who shall hereafter attain to the age of eighteen years, except as before excepted, shall attend at the times and places appointed in pursuance of this act for the appearance of the company or regiment to which he belongs, and if any non-commissioned officer or private, so as aforesaid required to be armed and accoutred with his firelock and accoutrements aforesaid in good order, or if any male white person between the ages aforesaid although not required to be so armed and accoutred, shall neglect or refuse to appear on the parade and answer to his name when the roll is called over, which the commanding officer is hereby directed to cause to be done at the distance of one hour after the time appointed for meeting, not having a reasonable excuse, to be adjudged of by a court-martial to be appointed by the commanding officer of the company, which shall consist of a subaltern and four privates, the subaltern to be president thereof, every such person shall forfeit and pay the sum of four shillings for every such neglect or refusal; and if the said court-martial shall adjudge, that such person had not a reasonable excuse for such neglect or refusal, the justice to whom the captain or commanding officer of the company shall make return of the proceedings of such court martial shall enter judgment and issue execution thereupon, unless it shall appear to him, that the defendant was sick, or out of the county on some necessary business, and had not an opportunity of being heard before the court-martial.

*margin note:* Penalty on privates for non-attendance, &c.

*margin note:* How to be adjudged.

Sect. 9. *And be it enacted*, That every person required to attend as aforesaid at the time and place of exercise in company, or in regiment, who shall then and there appear and C

*margin note:* For neglect of duty, the penalty.

Digitized from Best Copy Available

Exhibit 19

0372



Content downloaded/printed from          *HeinOnline*

Thu Nov  7 17:45:58 2019

Citations:

Bluebook 20th ed.
1821 50 .

ALWD 6th ed.
1821 50 .

Chicago 7th ed.
, "," Maine - Public Acts, Revision of 1821, Regular Session : 50-682

OSCOLA 4th ed.
, '' 1821 50

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
      *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 19

0373

military parade on the day pointed out by the Constitution of this State for the election of Governor, and Senators, nor on any day which may be appointed for the choice of electors of President and Vice President of the United States, or Representatives to Congress. And it shall not be lawful for any officer to parade his men on either of said days, unless in case of invasion made or threatened, or in obedience to the orders of the Commander in Chief, except as is herein before excepted.

State colours, drums, fifes, &c. to be furnished by State.

SEC. 33. *Be it further enacted,* That each regiment of infantry and each battalion of cavalry or artillery shall be furnished with the State colours; and each company of infantry, artillery. light infantry, grenadiers and riflemen, shall be furnished with a drum and fife, or bugle horn, and each company of cavalry with a trumpet; and each Brigadier General after the first day of August next ensuing, is hereby authorized to draw orders upon the Quarter Master General in favor of the Commanding officers of regiments, battalions, and companies, for the above purposes, that the several regiments, battalions and companies may be supplied as afore-

Commanding officers responsible for safe keeping of colours, &c.

said. And the Commanding officers of regiments and battalions shall be responsible for the safe keeping of their colours; and the Commanding officers of companies shall be responsible for the safe keeping of the drums, fifes, bugle horns, and trumpets, delivered to them for the use of their companies; and it shall be the duty of the Quarter Master General to furnish such colours and musical instruments, and to present his accounts therefor to the Legislature for allowance. And the Adjutant General shall furnish blank orders

Adjutant general to furnish blank orders, &c.

for the Commanding officers of companies to order their non-commissioned officers and privates to notify their men to attend all the inspections, trainings and reviews, and meetings for the choice of officers, which shall be ordered; also blank notifications or orders, to be left with the men by the non-commissioned officers or privates, ordered to notify as aforesaid; and Clerk's complaints to Justices of the Peace; and it shall not be necessary that seals be affixed to any orders whatever.

Parents, masters, &c. to furnish their minors with arms and equipments.

SEC. 34. *Be it further enacted,* That all parents, masters or guardians, shall furnish all minors enrolled in the militia, who shall be under their care respectively, with the arms, and equipments, required by this Act; and if any parent, master or guardian, having any minor under his care, enrolled as aforesaid, shall neglect to provide such minor with the arms and equipments, required by this Act; or if said minor shall absent himself from any meeting of the company, to which he belongs, required by law, without sufficient excuse, the said parent, master or guardian is hereby subjected and made liable to the same forfeitures as such minor would be liable to. for a like deficiency. neglect or non-

Exhibit 19

0374

appearance, if such minor were of age; and all persons lia- <sup>Six months al-</sup> ble by this Act to military duty, shall be allowed six months, <sup>lowed for pro-</sup> immediately from and after their arrival at the age of eighteen <sup>ments.</sup> years, and not afterwards, within which to furnish themselves with the arms and equipments required by law: *Provided however,* That such parents, masters, or guardians as shall <sup>Proviso respect-</sup> produce, on or before the first Tuesday of May annually, <sup>able to arm</sup> certificates from the Overseers of the poor of the town or district in which they reside, of their inability to provide arms and equipments as aforesaid, to the Commanding officer of the company in which the minor under their care is enrolled, shall be exempted from the forfeitures aforesaid.

SEC. 35. *Be it further enacted,* That no non-commissioned <sup>No invalid ex-</sup> officer or private of any company shall be exempted from <sup>empts allowed</sup> military duty on account of bodily infirmity, unless he shall <sup>geon's certifi-</sup> obtain from the Surgeon or Surgeon's mate of the regiment to which he belongs, if either of those officers are commissioned in such regiments; if not, from some respectable physician, living within the bounds of the same, a certificate that he is unable to perform military duty on account of bodily infirmity, the nature of which infirmity is to be described in said certificate, and the Commanding officer of the company may, on the back of such certificate, discharge the non-commissioned officer or private, named therein, from performing military duty, for such a term of time, as he shall judge reasonable, not exceeding one year, which certificate, if approved and countersigned by the Commanding officer <sup>Certificates to</sup> of the regiment, or battalion, to which the disabled non-com- <sup>be counter-</sup> missioned officer or private belongs, shall entitle him to exemption from military duty for the time specified. And any non-commissioned officer or private, having obtained a certificate as aforesaid, and who may be refused a discharge, may apply to the Commanding officer of the regiment for further examination of his case, and if on such examination, the Commanding officer of the regiment shall be well satisfied that the bodily infirmity of such non-commissioned officer or private is such that he ought to be discharged, he is hereby authorized to discharge him from military duty for such time as he shall judge reasonable, not exceeding one year, which being certified by the Commanding officer of the regiment on the back of the certificate, shall discharge the non-commissioned officer, or private, from military duty for the time specified by the Commanding officer of the regiment.

SEC. 36. *Be it further enacted,* That if any non-commissioned officer or private shall be killed, or die of wounds re- <sup>Pensions to be</sup> ceived when on any military duty required by this Act, his <sup>tain cases of</sup> widow, child or children, shall receive from the Legislature <sup>wounds, when</sup> such relief as shall be just and reasonable. And if any officer, non-commissioned officer or private, shall be wounded,

72

Exhibit 19

0375



Content downloaded/printed from                    *HeinOnline*

Thu Nov  7 17:31:52 2019

Citations:

Bluebook 20th ed.
1810 151 .

ALWD 6th ed.
1810 151 .

Chicago 7th ed.
, "," Massachusetts - Laws, January Session : 151-193

OSCOLA 4th ed.
, '' 1810 151

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 19

0376

commiffioned officers on privates, ordered to notify as aforefaid, and it fhall not be neceffary that feals be affixed to any orders whatever.

Parents and matters to equip minors.

Sec. 28. *Be it further enacted,* That all parents, mafters or guardians, fhall furnifh all minors enrolled in the militia, who fhall be under their care refpectively with the arms and equipments, required by this act ; and if any parent, mafter, or guardian, having any minor under his care, enrolled as aforefaid, fhall neglect to provide fuch minor with the arms and equipments, required by this act, he is hereby fubjected and made liable to the fame forfeitures, as fuch minor would be liable to, for a like deficiency or neglect, if fuch minor were of age : *Provided however,* That fuch parents, mafters, or guardians as fhall produce, on or before the firft Tuefday of May, annually, certificates from the overfeers of the poor of the town or diftrict in which they refide, of their inability to provide arms and equipments as aforefaid, to the commanding officer of the company in which the minor under their care is enrolled, fhall be exempted from the forfeitures aforefaid.

No perfon exempted for infirmity, without a certificate.

Sec. 29. *Be it further enacted,* That no non-commiffioned officer or private of any company fhall be exempted from military duty on account of bodily infirmity, unlefs he fhall obtain from the furgeon or furgeon's mate of the regiment to which he belongs, if either of thofe officers are commiffioned in fuch regiments ; if not, from fome refpectable phyfician living within the bounds of the fame, that he is unable to perform military duty on account of bodily infirmity, the nature of which infirmity is to be defcribed in faid certificate, and the commanding officer of the company may, on the back of fuch certificate, difcharge the non-commiffioned officer or private, named therein, from performing military duty, for fuch a term of time as he fhall judge reafonable, not exceeding one year, which certificate, if approved and counterfigned by the commanding officer of the regiment, or battalion, to which the difabled non-commiffioned officer or private belongs, fhall entitle him to exemption from military duty for the time fpecified. And any non-commiffioned officer or private, having obtained a certificate as aforefaid, and who may be refufed a difcharge, or an approval of a difcharge, as aforefaid, may apply to the commanding officer of the brigade for a further

Exhibit 19
0377



Content downloaded/printed from          *HeinOnline*

Tue Dec 31 11:31:40 2019

Citations:

Bluebook 20th ed.
1793 289 .

ALWD 6th ed.
1793 289 .

Chicago 7th ed.
, "," Massachusetts - Acts & Laws, May Session : 289-308

OSCOLA 4th ed.
, '' 1793 289

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
      *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 19



# Acts *and* Laws,

Paffed by the GENERAL COURT of *Maffachufetts :*

Begun and held at Boston, in the County of Suf-
folk, on Wednefday the Twenty-ninth Day of
May, Anno Domini, 1793.

## C H A P. I.

An Act for regulating and governing the Militia
of the Commonwealth of Maffachufetts, and for
repealing all Laws heretofore made for that Pur-
pofe ; excepting an Act, intitled " An Act for
eftablifhing Rules and Articles for governing the
Troops ftationed in Forts and Garrifons, within
this Commonwealth, and alfo the Militia, when
called into actual Service."

*WHEREAS the Laws for regulating and governing the Mili-
tia of this Commonwealth, have become too complicated for* Preamble.
*practical ufe, by reafon of the feveral alterations which have from
time to time been made therein :* Therefore,

I. BE *it enacted by the* Senate *and* House *of* Represen-
tatives *in General Court affembled, and by the authority of the* Laws repealed.
*fame,* That the feveral Laws heretofore made for governing and
regulating

Exhibit 19

0379

XVIII. *And be it further enacted by the authority aforesaid,* That every non-commissioned Officer and Private of the infantry shall constantly keep himself provided with a good musket, with an iron or steel rod, a sufficient bayonet and belt, two spare flints, a priming wire and brush, and a knapsack; a cartridge-box, or pouch with a box therein, to contain not less than twenty-four cartridges, suited to the bore of his musket; each cartridge to contain a proper quantity of powder and ball; or with a good rifle, knapsack, shot-pouch, powder-horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder : And shall appear so armed, accoutred and provided, whenever called out, except that when called out to exercise only, he may appear without a knapsack, and without cartridges loaded with ball. *Provided always,* that whenever a man appears armed with a musket, all his equipments shall be suited to his musket; and whenever a man appears armed with a rifle, all his equipments shall be suited to his rifle : And that from and after five years from the passing of this Act, all muskets for arming the Militia, as herein required, shall be of bores sufficient for balls of the eighteenth part of a pound : And every citizen enrolled and providing himself with arms ammunition and accoutrements, required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales for debt, or for payment of taxes. *(Necessary articles of equipments. Proviso. Arms &c. to be exempted from suits.)*

XIX. *And be it further enacted by the authority aforesaid,* That every non-commissioned Officer or Private of the infantry, who shall neglect to keep himself armed and equipped as aforesaid, or who shall on a muster-day, or at any other time of examination, be destitute of, or appear unprovided with the arms and equipments herein directed (except as before excepted) shall pay a fine not exceeding *twenty shillings,* in proportion to the articles of which he shall be deficient, at the discretion of the Justice of the Peace, before whom trial shall be had : And all parents, masters and guardians shall furnish those of the said Militia who shall be under their care and command, with the arms and equipments aforementioned, under the like penalties for any neglect : And whenever the Selectmen of any town shall judge any inhabitant thereof, belonging to the Militia, unable to arm and equip himself in manner as aforesaid, they shall at the expence of the town provide for and furnish such inhabitant with the aforesaid arms and equipments, which shall remain the property of the town at the expence of which they shall be provided ; and if any soldier shall embezzle or destroy the arms and equipments with which he shall be furnished, he shall, upon conviction before some Justice of the Peace, be adjudged to replace the article or articles, which shall by him be so embezzled or destroyed, and to pay the cost arising from the process against him : And if he shall not perform the same within fourteen days after such adjudication, it shall be in the power of *(Fine for neglect. Parents and masters to equip their children & servants. Persons unable, to be furnished by the town. Penalty, in case.)*

C the

Exhibit 19

0380

the Selectmen of the town to which he shall belong, to bind him out to service or labour, for such term of time as shall, at the discretion of the said Justice, be sufficient to procure a sum of money equal to the value of the article or articles so embezzled or destroyed, and pay cost arising as aforesaid.

XX. *And be it further enacted by the authority aforesaid,* That every person liable to do military duty, who being duly warned shall refuse or neglect to appear at the time and place appointed,
*Penalty for not appearing on muster days.* armed and equipped as by this act is directed, for any muster, training, view of arms, or other military duty, shall pay as a fine for such default, the sum of *ten shillings :* And every person who shall appear at any muster with his arms in an unfit condition, shall pay a fine of *three shillings* for each and every such default :
*Proviso.* *Provided nevertheless,* It shall be lawful for the Commanding Officer of a company, at any time within eight days after any muster, training, view of arms or other duty, to excuse any person for non-appearance, on the delinquent's producing to him satisfactory evidence of his inability to appear as aforesaid ; and the Commanding Officer of the company shall certify the same to the Clerk within the time abovementioned, and the Clerk shall not thereafter commence any prosecution against such delinquent for his fine for non-appearance, as aforesaid.

XXI. *And be it further enacted by the authority aforesaid,* That whenever the Commanding Officer shall think proper to call his company together, or shall be ordered by his superior Officer to do
*Clerk to notify.* it, he shall issue his orders therefor, to one or more of the non-commissioned Officers, if there be any, if not to one or more of the privates belonging to his company, directing him or them to notify and warn the said company to appear at such time and place as shall be appointed ; and every such person or persons, who shall receive such orders, shall give notice of the time and place appointed for assembling said company, to each and every person he or they shall be so ordered to warn, either by verbal information, or by leaving a written or printed notification thereof, at the usual
*Manner of notification.* place of abode of the person thus to be notified and warned ; and no notice shall be deemed legal for musters for the purpose of common and ordinary trainings, unless it shall be given four days at least, previous to the time appointed therefor ; but in case of invasion, insurrection or other emergency, any time specified in the orders shall be considered as legal ; and every non-commissioned Officer, or other person, who shall neglect to give the said notice and warning, when ordered thereto by the Commanding Officer of the company to which he belongs, shall for such offence forfeit and pay as a fine, a sum not exceeding *forty shillings,* nor less
*Penalty.* than *twelve shillings,* at the discretion of the Justice of the Peace before whom trial shall be had ; and the testimony of any person under oath, who shall have received orders agreeable to law, for notifying

Exhibit 19

0381



Content downloaded/printed from                    *HeinOnline*

Thu Nov  7 17:52:58 2019

Citations:

Bluebook 20th ed.
Laws of the State of Missouri; Revised and Digested by Authority of the General
Assembly: With an Appendix (1825).

ALWD 6th ed.
Ls of the State of Missouri; Revised & Digested by Authority of the General Assembly:
With an Appendix (1825).

APA 6th ed.
(1825). Laws of the State of Missouri; Revised and Digested by Authority of the
General Assembly: With an Appendix. St. Louis Mo., Printed by E. Charless, for the
State.

Chicago 7th ed.
Laws of the State of Missouri; Revised and Digested by Authority of the General
Assembly: With an Appendix. St. Louis Mo., Printed by E. Charless, for the State.

McGill Guide 9th ed.
, Laws of the State of Missouri; Revised and Digested by Authority of the General
Assembly: With an Appendix (St. Louis Mo.: Printed by E. Charless, for the State.,
1825)

MLA 8th ed.
Laws of the State of Missouri; Revised and Digested by Authority of the General
Assembly: With an Appendix. St. Louis Mo., Printed by E. Charless, for the State.
HeinOnline.

OSCOLA 4th ed.
Laws of the State of Missouri; Revised and Digested by Authority of the General
Assembly: With an Appendix. St. Louis Mo., Printed by E. Charless, for the State.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
-- Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 19

0382

manner aforesaid; and such musicians, master and deputy
master, shall be exempted from all military duty while
he or they continue to belong to any band or company as
musicians as aforesaid, excepting such as shall be required
of them as musicians by the proper commanding officer.

Arms and
equipments
to be provid-
ed and kept.

SEC. 24. *Be it further enacted*, That every officer, non-
commissioned officer and private, of infantry, light infan-
try, cavalry, artillery, grenadiers and riflemen, shall con-
stantly keep himself furnished and provided with arms
and equipments as required by the laws of the United
States; and every officer, non-commissioned officer and
private of light artillery shall be armed and equipped in
the same manner as the officers, non-commissioned officers
and privates of cavalry, respectively, and shall constant-
ly keep himself furnished and provided with a horse, arms
and equipments, as required by the laws of the United
States of the officers, non-commissioned officers and pri-
vates of cavalry; and each company of light artillery shall
do duty as cavalry until proper ordnance or field artillery

Minors to
be furnished
with arms,
&c by pa-
rents, guar-
dians or mas-
ters.

is provided. And all parents, masters and guardians, shall
furnish all minors, enrolled in the militia, who shall be
under their care, respectively, with the arms and equip-
ments required by this act.

Arms, public,
may be loan-
ed to volun-
teer compa-
nies.

SEC. 25. *Be it further enacted*, That the commander in
chief shall be and is hereby authorized to loan to any vol-
unteer corps, or company organized under the provisions of
this act, the necessary arms required by the preceding
section, and to each company of field artillery, or light
artillery, in addition thereto, two field pieces of such cal-
ibre as the commander in chief shall direct, with carriages
and apparatus complete, an ammunition cart, tumbrils,
harness, implements, laboratory and ordnance stores, which
may, from time to time, be necessary for their equipment
for the field, to be furnished out of the arms which are or
may be appointed to this state by the United States, or
which may be purchased or provided by this state for

Command-
ant of com-
pany ac-
countable
for arms, &c.

arming the militia; and the commanding officers of com-
panies shall be accountable for the careful preservation of
arms, field pieces, and all the apparatus appertaining to
their equipment, and for the disposition and management
thereof according to the provisions of this act; and before
any arms, field pieces or apparatus, shall be delivered to

To give bond

any officer, he shall enter into bond to the state, with se-
curity to be approved of by the governor, in such penalty
and condition as shall be required by the governor, who
shall so regulate the same as to secure the due accounta-
bility of the officer; which bond shall be deposited in the
office of the quarter master general, who, in case of a vio-

Exhibit 19

0383



Content downloaded/printed from          *HeinOnline*

Wed Oct 23 17:16:03 2019

Citations:

Bluebook 20th ed.
1759-1776 1 .

ALWD 6th ed.
1759-1776 1 .

Chicago 7th ed.
, "," New Hampshire - Temporary Laws, Acts and Laws 1759-1776 : 1-113

OSCOLA 4th ed.
, '' 1759-1776 1

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
     Conditions of the license agreement available at
     *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 19

0384

## STATE OF NEW-HAMPSHIRE.

*In the Year of our LORD, One Thousand Seven Hundred and Seventy-six.*

# AN ACT

PaſſedSept. 11, 1776.

To adopt and take the Name, Stile, and Title of STATE, in Lieu of COLONY, in New-Hampſhire.

Preamble.

*W*HEREAS *by a late Declaration of the Honorable Continental CONGRESS, the United-Colonies of North-America are declared FREE and INDEPENDANT STATES :*

THEREFORE,

This Colony to take the Name and Stile of STATE.

*B*E IT ENACTED BY THE COUNCIL *and* ASSEMBLY, That henceforth this COLONY aſſume and take the Name and Stile of THE STATE OF NEW-HAMPSHIRE : And where any Law hath directed the Name and Stile of the Colony of New-Hampſhire, or the Name and Stile of the Province of New-Hampſhire, to be uſed in any Commiſſions, Proceſſes, or Writings whatever ; in Lieu thereof, ſhall be now uſed the Name and Stile of THE STATE OF NEW-HAMPSHIRE, and not otherwiſe.

# AN ACT

PaſſedSept. 19, 1776.

For forming and regulating the MILITIA within the State of *New-Hampſhire,* in *New-England,* and for repealing all the LAWS heretofore made for that Purpoſe.

Preamble.

*W*HEREAS *it is not only the Intereſt, but the Duty of all Nations to defend their Lives, Liberties and Properties, in that Land, which the Supreme Ruler of the Univerſe has beſtowed on them, againſt the unlawful Attacks and Depredations of all Enemies whatever ; eſpecially thoſe who are moved by a Spirit of Avarice or Deſpotiſm.* AND WHEREAS, *the Honorable* AMERICAN CONGRESS *have recommended to the United-Colonies, to put the Militia into a proper State for the Defence of* AMERICA :------- AND WHEREAS, *the Laws now in Force, reſpecting the Regulation of the* MILITIA, *have been found inſufficient for the Purpoſes aforeſaid :*

IT

Exhibit 19

0385

*Firſt,* IT IS THEREFORE ENACTED BY THE COUNCIL, AND HOUSE OF REPRESENTATIVES *in* GENERAL-COURT *aſſembled, and by the* Authority *of the ſame.* That the ſeveral Laws, and the ſeveral Paragraphs, and Clauſes of all and every the Laws of this State, enforceing, or any ways relating to the Regulation of the MILITIA, be, and hereby are repealed, and declared null and void. <sup>Repealing clauſe.</sup>

*And be it further Enacted by the* AUTHORITY *aforeſaid,* That that part of the Militia of this State, commonly called the Training Band, ſhall be conſtituted of all the able-bodied Male-Perſons therein, from ſixteen Years old to fifty, excepting Members of the AMERICAN CONGRESS, Members of the COUNCIL, and of the Houſe of *Repreſentatives* for the time being, the Secretary of the Colony, all Civil Officers that have been or ſhall be appointed by the General-Court, or either Branch of it, Officers and Students of Dartmouth-College, Miniſters of the Goſpel, Elders and Deacons of Churches, Church Wardens, Grammer-School-Maſters, Maſters of Arts, the Denomination of Chriſtians called Quakers, Selectmen for the Time being, thoſe who have by Commiſſion under any Government or Congreſs, or by Election, in Purſuance of the Vote of any Congreſs of the Continent, or of this or any other Colony, held the Poſt of a Subaltern or higher Officer, Perſons while actually employed as Maſters of Veſſels of more then Thirty Tons Burthen, other than Fiſhing Veſſels, and Veſſels coaſting this Colony, and to and from this Colony, to the other New-England Governments, Conſtables, Sheriffs, and Deputy Sheriffs, Negroes, Indians and Mulattoes ; and ſhall be under the Command of ſuch Officers as ſhall be choſen, impowered, and commiſſionated over them, as is by this Act provided ; and the Selectmen or the major part of them of each Town, ſhall be, and hereby are impowered, by writing under their Hands to excuſe from Time to Time ſuch Phyſicians, Surgeons, Ferrymen, and Millers, in their reſpective Towns, from common and ordinary Trainings as they ſhall judge it neceſſary to excuſe : And the Council, and Houſe of Repreſentatives a-foreſaid, ſhall from Time to Time, as may appear to them neceſſary, divide the Militia of each County into Regiments, and alter and divide ſuch Regiments from Time to Time, as they ſhall judge expedient, after having taken the Opinion, during any Seſſion of the General Court, of ſuch Members of the Houſe as belong to the County, where the Diviſion or Alteration is to be made, and as ſhall be preſent at the Time of ſuch Conſultation. <sup>The training band.</sup> <sup>Perſons exempted.</sup> <sup>Militia to be divided.</sup>

Second. *And be it further Enacted by the* AUTHORITY *aforeſaid,* That there ſhall be choſen by Ballot of the Council, and Houſe of Repreſentatives for this State, from Time to Time as may be neceſſary, one Major-General over the whole Militia thereof, which Major-General when ſo choſen ſhall be commiſſionated to that Office by the Council and Houſe afore-ſaid, <sup>One Major General to be choſen by ballot of bothHouſes.</sup>

L                                        ſaid,

faid, and faid General fhall at all Times have Power to draw forth the faid Militia, or any part thereof, as the faid General may judge expedient and neceffary for the immediate defence of this, or any of the United States of America. And the Officers and Soldiers of faid Militia, fhall pay entire obedience to his Com-
**His Power.** mands accordingly, under the Penalties hereafter provided in this Act.

*Provided always,* That the faid General and all other Officers
**To be un-** of faid Militia, fhall at all Times be under the Command of the
**der the** Council and Houfe of Reprefentatives, and fhall in drawing forth
**command** or retaining in Service the faid Militia or any part thereof be
**of both** fubject to fuch Orders and Inftructions, as they may receive from
**Houses.** Time to Time from the fame COUNCIL and House of Repre-
sentatives.

3d. *And be it further Enacted by the* Authority *aforefaid,*
That there fhall be chofen, appointed, and commiffionated, (as
**Field Offi-** is provided and directed by this Act, for the Choice and Ap-
**cers to be** pointment of a General Officer) over each Regiment in this S ate,
**chosen,** one Colonel, one Lieutenant-Colonel, and two Majors; and the
faid Field Officers fo appointed and commiffionated, or the major
part of them, fhall forthwith divide and fet off the refpective
Regiments into Companies, as they fhall judge expedient, to con-
fift as near as conveniently can be, of fixty-eight Privates, exclufive
of thofe of the Alarm Lift, and to determine the Rank of each
and every Company.

*Provided neverthelefs,* That no Soldier fhall be obliged without
his confent, to join a Company belonging to any Town, in which
he has not his ufual Place of Abode, unlefs where there fhall not
be Privates enough to make a Company of Thirty Soldiers, includ-
ing Officers; in which Cafe, as alfo where there are any Perfons
belonging to a place not incorporated, they fhall be joined to
**Perfons in** fuch Company as the Field Officers of the Regiments within
**the army to** which they are fhall fee fit. And the Inhabitants of every Town
**be confider-** now in, or that fhall be in the Continental Army, fhall be deem d
**ed as part of** to belong to, and be a part of the Companies in their refpective
**the Militia.** Towns, and excufed from Duty in the Militia, while they con-
tinue part of the Army aforefaid; and each Company when fo
formed and fet off, fhall together with thofe of the Alarm Lift,
within the Limits of the fame, by Ballot, in the prefence of one
of their Field Officers, who fhall caufe them to be duly notified
for that purpofe, and fhall prefide as M derator, chufe one Cap-
**Choice of** tain, two Lieutenants, and one Enfign; which choice, fhall be
**Subalterns.** immediately certified to the Secretary by faid Field Officers; and
the Prefident of the Council thereupon, unlefs fome material
Objection againft fuch choice for any corrupt Practice or Irre-
gularity, fhall be made at or before the Time of receiving faid
Certificates, fhall commiffionate fuch Perfons purfuant to their
Election,

Exhibit 19

0387

Election. And all the said Officers when so commiffionated by the Prefident of the Council, fhall in the abfence of their Superiors, have the fame Power in ordering, directing and marching their Regiments and Companies, as the Major General has over the whole of the faid Militia: And the Colonel, or commanding Officer of each Regiment, fhall as foon as the Captains in his Regiment are commiffionated, give them refpectively under his Hand in Writing, the Limits of their refpective Companies; their Alarm Pofts, and the manner of muftering their Companies on all Occafions.

4th. *And be it further Enacted by the* AUTHORITY *aforefaid,* That the Field Officers of each and every Regiment, or the major part of them, fhall recommend to the General-Court, a good able and fkilful Perfon for Adjutant of their Regiment; and if either Houfe fhall by Ballot, elect fuch Perfon for that Office, then the Prefident ofthe Council fhall, when concurred, commiffionate him thereto. And in all Cafes determinable by Field-Officers of the feveral Regiments, where there fhall be four Field Officers of any particular Regiment prefent, and they fhall be equally divided in their Opinions refpecting fuch Matter, the determination fhall be according to the Opinion of the firft Colonel.
*[margin: Adjutant to be appointed, &c.]*

5th. *And be it further Enacted,* That each Company, including the Alarm Lift, fhall be called together by their Captain or commanding Officer, as foon as may be for the purpofe of chufing one Clerk, four Serjeants, four Corporals, one Drummer, and one Fifer; and when it fhall appear to the Commiffion Officers of any Company, that either of faid non-commiffioned Officers fhall neglect his Duty, they may remove and difmifs him from his Office, and call upon their Company, including the Alarm Lift, to chufe another in the Room of fuch Delinquent; and if the faid Company being called together for that Purpofe, fhall at any Time neglect or refufe immediately to proceed to the choice of one, or more non-commiffioned Officer or Officers, fo ordered to be chofen; the Commiffion Officers of fuch Company, or the major Part of them, fhall by Warrant under their Hands in Writing, appoint fuch Non-commiffioned Officer or Officers, which the faid Company fhall have refufed to choofe as aforefaid.
*[margin: Non-commiffioned Officers to be chofe by the compa'y.]*

6th. *And be it further Enacted by the* AUTHORITY *aforefaid,* That each and every Officer and private Soldier of faid Militia, not under the controul of Parents, Mafters, or Guardians, and being of fufficient Ability therefor, in the Judgment of the Selectmen of the Town wherein he has his ufual place of Abode, fhall equip himfelf, and be conftantly provided with a good Fire Arm, good Ramrod, a Worm, Priming-Wire and Brufh, and a Bayonet fitted to hisGun, a Scabbard and Belt therefor, and a cutting Sword or a Tomahawk, or Hatchet, a Pouch containing a Cartridge-Box that will hold fifteen Rounds of Cartridges at leaft, a hundred Buck
*[margin: Equippage]*

Exhibit 19

0388

Buck Shot, a Jack Knife and Tow for Wadding, fix Flints, one pound of Powder, forty leaden Balls, fitted to his Gun, a Knap-fack and Blanket, a Canteen or Wooden Bottle, fufficient to hold one Quart. And all Parents, Mafters, and Guardians, fhall furnifh and equip thofe of theMilitia, which are under their care and command, with the Arms, Equipments and Accoutrements aforefaid: And where the Selectmen of any Town fhall adjudge

Poor per-fons to be equip't at the ex-pence of the Town.

any Perfons belonging to the Militia of their Town unable to equip and arm himfelf as aforefaid, fuch Selectmen fhall in Writing, under their Hands certify the fame to the Captain, or command-ing Officer in whofe Company fuch Perfon may be, and fhall at the Expence of fuch Town provide for, furnifh, arm and equip fuch Perfons with Arms and Equipments ; which Arms fo pro-vided by fuch Selectmen, fhall be the Property of the Town at whofe Expence they fhall be provided ; and if any Non-com-miffioned Officer or Soldier, fhall embezzle or deftroy the fame, he fhall be punifhed at the Difcretion of the Juftice, or Court be-

Penalty for embezzle-ment.

fore whom he may be convicted thereof, paying double the Value of the Arms, or Accoutrements fo wilfully deftroyed or em-bezzled, and on Default thereof, to be publickly whipped not exceeding twenty Stripes : And the Selectmen of each and every Town fhall provide at the Expence of the Colony and depofit and keep in fome fafe Place for the ufe of the Militia upon an Alarm, one fixteenth Part fo many Spades, or Iron Shovels with Handles and fitted for Service, as there are Rateable Polls in their Town ; one half as many narrow Axes, as Spades and Iron Shovels, and as many Pick Axes, as narrow Axes, all fitted for Service ; And at the coft and charge of their refpective Towns, one Drum and one Fife for each company therein. And the Freeholders and Inhabitants of each and every Town in this Colony, qualified by Law to vote in Town Meetings, are hereby impowered at a Meet ing regularly warned for that Purpofe, to raife Money by Tax on the Polls and Eftates of the Inhabitants of their Towns to defray all charges arifing on faid Towns in confequence of this Act.

Penalty on commiffion officers ne-glecting to provide and equip themfelves.

7th. *And be it further enacted by the* AUTHORITY *aforefaid,* That each and every commiffion Officer of faid Militia, who fhall not within one Month next after receiving his Commiffion, provide for, arm and equip himfelf, with fuch Arms and Accou-trements, as is by this Act directed, fhall by order of a Court Martial appointed, as by this Act is provided, be removed from his Office. And every commiffioned Officer, who fhall be depo-fed from his Office in the Militia for neglect of Duty, or other Mifdemeanor, as by this Act is provided, fhall receive no Benefit from any Commiffion, which he fhall be thus incapacitated to execute to exempt him from Military Duty.

Eighth. *And be it further Enacted,* That the Clerk of each and every Company of faid Militia, fhall once every fix Months after the Time of his Choice or Appointment, take an exact Lift of

Exhibit 19

0389



Content downloaded/printed from          *HeinOnline*

Thu Nov  7 17:36:41 2019

Citations:

Bluebook 20th ed.
Laws of the State of New-Hampshire, Enacted since June 1, 1815 (1824).

ALWD 6th ed.
Ls of the State of New-Hampshire, Enacted since June 1, 1815 (1824).

APA 6th ed.
(1824). Laws of the State of New-Hampshire, Enacted since June 1, 1815. Concord, Printed by Isaac Hill.

Chicago 7th ed.
Laws of the State of New-Hampshire, Enacted since June 1, 1815. Concord, Printed by Isaac Hill.

McGill Guide 9th ed.
, Laws of the State of New-Hampshire, Enacted since June 1, 1815 (Concord: Printed by Isaac Hill., 1824)

MLA 8th ed.
Laws of the State of New-Hampshire, Enacted since June 1, 1815. Concord, Printed by Isaac Hill. HeinOnline.

OSCOLA 4th ed.
Laws of the State of New-Hampshire, Enacted since June 1, 1815. Concord, Printed by Isaac Hill.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 19

jutant general of this state with the rules and regulations for the field exercise and discipline of infantry, compiled and adopted for the army of the United States, agreeably to a resolve of congress, passed December, 1814, and the plates therewith connected.—And the adjutant-general is hereby required, under the direction of his excellency the Governor, to purchase or procure the printing of the books and engraved plates in such a manner as his excellency may deem most expedient.

And the said adjutant-general shall, at the expence of this state, deliver to the commanding officer of each regiment in this state, one book, with a plate annexed, for each and every commissioned officer belonging to his regiment, taking his receipt for the same; and whenever any such officer, having received of the commanding officer of the regiment a book and plate as aforesaid, shall resign his commission, he shall immediately deliver to the commanding officer of said regiment, for the time being, such book and plate to be by him furnished to the successor in said office.                                    *Approved June* 28, 1816.

---

*AN ACT to constitute two companies of cavalry in the sixth*    Passed Dec. *regiment of militia in said state.*                              18, 1816.

---

*AN ACT for forming, arranging and regulating the militia.*    Passed Dec. 22, 1820.

SECT. 1. BE *it enacted by the senate and house of represen-*    Repealing *tatives, in general court convened,* That the several laws here-    clause. tofore made for arranging, forming and regulating the militia, be and hereby are repealed: *Provided,* that all officers    Proviso. actually in commission agreeably to the laws hereby repealed, shall be continued in their command ; and the clerks of companies now in office shall be continued in office, and all actions or processes depending in any court, or before any magistrate, by force of said laws, and all arrests for offences committed under said laws, and all forfeitures incurred by virtue of said laws, shall and may be carried on, tried and prosecuted to final judgment, sentence and execution, in the same manner they would have been, had said laws not been repealed.

SECT. 2. *And be it further anacted,*

1. That the companies in the town of Portsmouth shall    1st regiment. constitute the first regiment.

2. That the companies in the towns of Dover, Somers-    2d regiment.

Exhibit 19

0391

ments required as aforesaid, and they shall deposit the same in some safe and convenient place, and shall permit the commanding officer of the company to which such private unable to provide himself as aforesaid belongs, to deliver such arms and equipments to such private whenever his company shall be ordered out for any military duty; and the said commanding officer shall be responsible for the safe return of such arms and equipments to the place of deposit.

**Parents, &c. to furnish arms, &c.**

SECT. 46. *And be it further enacted,* That all parents, masters, and guardians, shall furnish all minors enrolled in the militia, who shall be under their care respectively, with the arms and equipments required by this act; and if any parent, master or guardian, having any minor under his care enrolled as aforesaid, shall neglect to provide such minor with the arms and equipments required as aforesaid, he is hereby subjected and made liable to the same forfeitures as such minor would be liable to for a like deficiency or neglect, if such minor were of age: *Provided however,* that such parents, masters or guardians, as shall produce on or before the first Tuesday of May annually, certificates from the overseers of the poor of the town or district in which they reside, of their inability to provide arms and equipments as aforesaid to the commanding officer of the company in which the minor under their care is enrolled, shall be exempted from the forfeitures aforesaid.

**Towns to provide.**

**Parents, &c. liable.**

SECT. 47. *And be it further enacted,* That parents, masters and guardians shall be liable for the non-appearance and neglect of such persons as are under their care (and are liable by law to train) and are to be proceeded against for the penalty in the same manner as by this act is provided against other delinquents.

**Fines for deficiency.**

SECT. 48. *And be it further enacted,* That each non-commissioned officer or private who shall appear on parade not completely equipt according to law, shall for each article with which he shall neglect to appear, pay the following sums as fines for the equipments with which he shall not be provided, to wit: a gun, eighty cents; steel or iron ramrod, twenty cents; bayonet, scabbard and belt, twenty-five cents; for neglecting to have his musket and bayonet clean and in good order, fifty cents; pistol, forty cents; sword, forty cents; two spare flints, ten cents; priming wire and brush, ten cents; cartridge box capable of containing twenty-four rounds, twenty-five cents; knapsack, twenty cents; and canteen, ten cents; to be recovered as hereinafter pointed out.

**Penalty for firing a gun without leave.**

SECT. 49. *And be it further enacted,* That no non-commissioned officer or private soldier shall, upon any muster day, or evening of the same day, discharge or fire off a musket

Exhibit 19

0392



Content downloaded/printed from                    *HeinOnline*

Tue Dec 31 11:04:20 2019

Citations:

Bluebook 20th ed.
1792 423 .

ALWD 6th ed.
1792 423 .

Chicago 7th ed.
, "," New Hampshire - General Court, November Session : 423-451

OSCOLA 4th ed.
, '' 1792 423

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
      *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 19

0393

Amherſt, in the county of Hillſborough, in ſaid State, on the ſecond Tueſday of May, ſhall forever hereafter be holden at Hopkinton in ſaid county, on the ſecond Tueſday of May annually. And the courts of common-pleas, which by law are to be holden at ſaid Amherſt, on the firſt Tueſday of September, and on the ſecond Tueſday of December, ſhall forever hereafter be hold-en at ſaid Hopkinton, on ſaid days annually. And the courts of general-ſeſſions of the peace, which by law are to be holden at ſaid Amherſt, on the Thurſday next following the firſt Tueſday of September, ſhall forever hereafter be holden at ſaid Hopkinton, on the Thurſdays next following the firſt Tueſday of September annually.

*And be it further enacted,* That the act entitled, " An act for eſtabliſhing courts of law for the admin-iſtration of Juſtice within this State, and deſignating their powers, and regulating their proceedings in cer-tain caſes," ſo far as the ſaid act relates to holding ſuch of the aforeſaid courts at Amherſt, which by this act are directed in future to be holden at ſaid Hopkinton, be, and hereby is repealed.

*And be it further enacted,* That all writs, venires, recognizances, appeals, actions, indictments, warrants and proceſs of every kind, which by law were return-able to ſaid courts at Amherſt, which by this act are to be holden at ſaid Hopkinton, ſhall be returned to, and ſuſtained by ſaid courts at ſaid Hopkinton.

*And be it further enacted,* That the ſeveral courts aforeſaid, which are to be holden at ſaid Hopkinton, ſhall be holden in, or as near the meeting-houſe in ſaid town as conveniently may be.

*And be it further enacted,* That this act, at the ex-piration of two years from the paſſing thereof, ſhall be null and void, unleſs a ſuitable houſe for holding ſaid courts, be erected at ſaid Hopkinton within that time, without being a county charge.

This act paſſed December 25, 1792.

---

At Hopkin-ton.

Repealing clauſe.

Writs, &c. to be ſuſtain-ed by ſaid courts at Hopkinton.

Courts where to be holden.

Paſſed Dec. 27, 1792.

An ACT for arranging the militia into diviſions.

BE *it enacted by the Senate and Houſe of Repreſenta-tives in General-Court convened,* That the militia of this State be arranged into diviſions, brigades and regiments,

Digitized from Best Copy Available

Exhibit 19

0394

*And be it further enacted,* That each non-commission-ed officer and soldier belonging to the regiments of foot, shall within one year from and after the passing this act, furnish himself with a good fire-lock, bayonet and belt, a cartouch box that will contain twenty-four cartridges, two good flints, a knapsack and canteen— and that the commissioned belonging to companies of foot, shall be severally armed with a sword or hanger, and an espontoon, and that the field officers be armed with a sword or hanger.

<span style="float:right">How to be armed and accoutred.</span>

*And be it further enacted,* That such of the infantry as are under the care of parents, masters or guardians, shall be furnished by them with such arms and accou-trements. And such as are unable to furnish themselves, shall make application to the selectmen of the town, who are to certify to their captain or commanding of-ficer, that they are unable to equip themselves, and the said selectmen shall, at the expence of the town, provide for, and furnish such persons with arms and equipments ; which arms and equipments shall be the property of the town, at whose expence they were provided : And if any person so furnished, shall em-bezzle or wilfully destroy the same, he shall be punish-ed by any court proper to try the same, upon com-plaint made by the selectmen of said town, by being publicly whipped not exceeding twenty stripes, or fi-ned not exceeding forty shillings. And that all fines recovered for embezzling or destroying of arms and accoutrements as provided in this act, shall be paid in-to the hands of the selectmen to be appropriated in purchasing arms and accoutrements for such soldiers as are unable to purchase for themselves.

<span style="float:right">Those unable &c. to be e-quipped at the expence of the town.</span>

<span style="float:right">Fines how to be appropri-ated.</span>

*And be it further enacted,* That parents, masters and guardians shall be liable for the neglect and non-ap-pearance of such persons as are under their care (and are liable by law to train) and are to be proceeded against for the penalty in the same manner, as by this act is provided against other delinquents.

<span style="float:right">Parents, &c. liable to a penalty.</span>

*And be it further enacted,* That the commander in chief, the officers commanding divisions, brigades or regiments, may appoint military watches or guards when an invasion of the State is apprehended, in such place and under such regulations as they may judge necessary ; and all officers and soldiers under their com-mand

<span style="float:right">Military watches, by whom to be appointed.</span>

Digitized from Best Copy Available

Exhibit 19



Content downloaded/printed from               *HeinOnline*

Thu Nov  7 17:29:00 2019

Citations:

Bluebook 20th ed.
William T.; et al. Dortch. Code of North Carolina, Enacted March 2, 1883 (1883).

ALWD 6th ed.
William T.; et al. Dortch. Code of North Carolina, Enacted March 2, 1883 (1883).

APA 6th ed.
Dortch, W. (1883). Code of North Carolina, Enacted March 2, 1883. New York, Banks.

Chicago 7th ed.
Dortch William T.; et al. Code of North Carolina, Enacted March 2, 1883. New York, Banks.

McGill Guide 9th ed.
William T.; et al. Dortch, Code of North Carolina, Enacted March 2, 1883 (New York: Banks., 1883)

MLA 8th ed.
Dortch, William T., et al. Code of North Carolina, Enacted March 2, 1883. New York, Banks. HeinOnline.

OSCOLA 4th ed.
Dortch, William T.; et al. Code of North Carolina, Enacted March 2, 1883. New York, Banks.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 19

0396

# CHAPTER THIRTY-FIVE.

## MILITIA, STATE GUARD AND MILITARY SCHOOLS.

### MILITIA.

[See CONSTITUTION, ART. XII.]

SECTION.

3157. Of whom composed; exemption.

3158. How divided.

3159. How governed.

3160. Adjutant general to be appointed; term of office, and bond.

3161. Officers, by whom appointed and commissioned.

3162. Officers to take oath.

3163. White and colored militia in distinct companies.

3164. Who exempt from militia duty.

3165. Members of fire companies exempted; also persons of conscientious scruples.

3166. Further exemptions from militia duty.

3167. Officers to enroll and make return of exempts.

3168. Persons enrolled to equip themselves; forfeitures for neglect to do so.

3169. How infantry shall be divided.

3170. Regiments, brigades and divisions, how distinguished.

3171. Officers of infantry, their grade and how appointed.

3172. Governor may appoint four *aids-de-camp.*

3173. Uniform of officers.

3174. Officers to hold commissions three years and equip within twelve months; penalty.

3175. Officers to give notice of their absence.

SECTION.

3176. To deliver to their successors in office money and papers.

3177. Rules of discipline; adjutant general to distribute Upton's tactics, and how.

3178. Captain's district, how laid off; boundary lines in regiments in same county, how altered.

3179. Regulations as to company musters.

3180. Company courts-martial; how to proceed; appeal allowed; executions from courts-martial, how and to whom issued; penalty on sheriff or constable for neglect.

3181. Company musicians, how appointed; their privileges.

3182. Road hands not to be ordered out on muster day.

3183. Captains to make returns, when.

3184. Regimental or battalion musters, when held; duty of colonel; penalty for neglect of duty.

3185. Penalty on officers failing to attend reviews or musters.

3186. Commandants of regiments, &c., to give notice of reviews, &c.

3187. Commissioned officers of regiments, &c., to exercise day before review; penalty for failure.

3188. Penalties on officers and privates for misbehavior.

Exhibit 19

0397

which such service was rendered shall be sufficient to entitle the holder thereof to such exemption.

### Sec. 3167. Officers to enroll and make return of exempts. R. C., c. 70, s. 4. 1832, c. 7.

The captain or commandants of companies shall enroll and keep enrolled all within the limits of their respective districts who are exempt from performing militia duty except in time of invasion or insurrection, and shall return the number of exempts in their annual returns to the commandants of regiments, who shall make a like return of all exempts in their respective regiments in their annual returns to the brigadier and adjutant-generals, regulations for which annual reports are hereinafter prescribed.

### Sec. 3168. Persons enrolled to equip themselves; forfeitures for neglect to do so. R. C., c. 70, s. 6. 1806, c. 708, ss. 1, 3, 9.

Every citizen enrolled and notified, as is directed in this chapter, shall, within six months thereafter, provide himself with a good musket, smooth-bored gun or good rifle, shot-pouch and powder-horn, and shall appear so armed and accoutered when called out to exercise or in actual service; the commissioned officers shall severally be armed with a sword, or hanger, or an espontoon; and every citizen so enrolled and providing himself with arms and accouterments as herein directed, shall hold the same exempt from all suits, executions or sales for debts, or for the payment of taxes; and if he shall fail to provide himself with arms and accouterments, as herein directed, and if the commissioned officers of his company shall deem him in sufficient circumstances to equip himself he shall forfeit and pay for the want of a good, serviceable musket, gun or rifle fifty cents. And all parents and masters shall furnish those of the militia, who shall be under their care or command, with the arms and equipments above mentioned, under the like penalty for each neglect. If the company court-martial, after examination on oath, shall adjudge any person enrolled to be incapable of providing himself with arms and accouterments, as herein required, they shall make report thereof to the next regimental or battalion court-martial, as the case may be, who may, if it shall appear necessary, exempt such person from the fines here imposed until such arms and accouterments shall be provided and delivered to him by the court-martial, who shall take

Exhibit 19

0398

security for the safe keeping of such arms and accouterments to be returned when required.

**Sec. 3169. How infantry shall be divided. R. C., c. 70, s. 7. 1806, c. 708, s. 3. 1848, c. 58, s. 12.**

The infantry shall be divided into divisions, brigades, regiments, battalions and companies; each division shall consist of at least two brigades; each brigade of at least four regiments, each county forming at least one regiment; each regiment, when convenient, shall consist of at least two battalions, each battalion of five companies, and each company of forty-five privates.

**Sec. 3170. Regiments, brigades and divisions, how distinguished. 1866, c. 23, s. 1.**

The following are declared to be the regiments, brigades and divisions of the infantry, to be known and distinguished as here designated, namely:

| Brigades. | Counties. | No. Regiment. | How Distinguished in Counties where more than one Regiment. |
|---|---|---|---|
| 1st......... | Currituck........... | 1 | |
| | Camden............ | 2 | |
| | Perquimans........ | 3 | |
| | Pasquotank......... | 4 | |
| 2nd....... | Chowan .......... | 5 | |
| | Hertford........... | 6 | |
| | Gates ............. | 7 | |
| | Bertie............. | 8 | |
| | " ............ | 9 | |
| 3rd....... | Martin............. | 10 | |
| | Washington......... | 11 | |
| | Tyrrell............. | 12 | |
| | Hyde and Dare..... | 13 | |
| 4th........ | Beaufort........... | 14 | |
| | Craven............ | 15 | |
| | Pamlico............ | 16 | |
| | Pitt............... | 17 | |
| 5th........ | Carteret.......... | 18 | |
| | Jones.............. | 19 | |
| | Lenoir............. | 20 | |
| | Onslow............ | 21 | |
| 6th........ | New Hanover....... | 22 | |
| | Pender............ | 23 | |
| | Sampson.......... | 24 | East of Big Coharrie. |
| | " ........... | 25 | West of " " |
| 7th........ | Duplin............ | 26 | |
| | Wayne............ | 27 | Upper. |
| | " ............ | 28 | Lower. |
| | Greene.... ....... | 29 | |

Exhibit 19

0399



Content downloaded/printed from                    *HeinOnline*

Thu Nov  7 17:27:29 2019

Citations:

Bluebook 20th ed.
Laws of the State of Vermont, Digested and Compiled: Including the Declaration of
Independence, the Constitution of the United States, and of this State (1808).

ALWD 6th ed.
Ls of the State of Vermont, Digested & Compiled: Including the Declaration of
Independence, the Constitution of the United States, & of this State (1808).

APA 6th ed.
(1808). Laws of the State of Vermont, Digested and Compiled: Including the
Declaration of Independence, the Constitution of the United States, and of this
State. Randolph Vt., Printed by Sereno Wright.

Chicago 7th ed.
Laws of the State of Vermont, Digested and Compiled: Including the Declaration of
Independence, the Constitution of the United States, and of this State. Randolph Vt.,
Printed by Sereno Wright.

McGill Guide 9th ed.
, Laws of the State of Vermont, Digested and Compiled: Including the Declaration of
Independence, the Constitution of the United States, and of this State (Randolph Vt.:
Printed by Sereno Wright., 1808)

MLA 8th ed.
Laws of the State of Vermont, Digested and Compiled: Including the Declaration of
Independence, the Constitution of the United States, and of this State. Randolph Vt.,
Printed by Sereno Wright. HeinOnline.

OSCOLA 4th ed.
Laws of the State of Vermont, Digested and Compiled: Including the Declaration of
Independence, the Constitution of the United States, and of this State. Randolph Vt.,
Printed by Sereno Wright.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 19

0400

# CHAPTER LXXXI.

## Nº 1.

**Passed March 10, 1797.** *An Act, for regulating and governing the militia of this state.*

**Militia, how and by whom to be enrolled.** Sect. 1. IT is hereby enacted by the General Assembly of the State of Vermont, That each and every free, able-bodied white male citizen of this state, or of any other of the United States residing within this state, who is or shall be of the age of eighteen years, and under the age of forty-five years (excepting as is herein'after excepted) shall severally and respectively be subject to the requisitions of this act, and shall be enrolled in the militia, by the captain or commanding officer of the company, within whose bounds such citizen shall reside, within three months from and after the passing of this act. And it shall be at all times hereafter the duty of the commanding officer of every such company, to enrol every such citizen as aforesaid, and also those who shall from time to time arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years, and not herein after excepted, shall come to reside within his bounds; and shall without delay notify such citizen of the enrolment, by a non-commissioned officer or other person duly authorized for that purpose, by whom such notice may be proved. And in all cases of doubt respecting the age of any person enrolled or intended to be enrolled; the party questioned shall prove his age, to the satisfaction of the commanding officer of the company within whose bounds he may reside.

Exhibit 19

0401

act, fhall be fuch as the brigadier generals, with-
in their refpective brigades, fhall direct.

SECT. 14.——That every non-commiffioned
officer and private of the infantry, fhall conftant- <small>Non-comm.</small>
ly keep himfelf provided with a good mufket, <small>and privates, how armed &</small>
with an iron or fteel rod, a fufficient bayonet and <small>accoutred.</small>
belt, two fpare flints, a priming wire and brufh,
and a knapfack, a cartridge box and pouch with
a box therein fufficient to contain at leaft, twen-
ty-four cartridges, fuited to the bore of his muf-
ket ; and fhall appear fo armed, accoutred and
provided, whenever called out : *excepting*, that
when called out to exercife only, he may appear
without a knapfack.

*Provided always,* That every citizen enrolled,
and providing himfelf with arms, ammunition <small>Arms and ac-</small>
and accoutrements, required, as aforefaid, fhall <small>coutrements exempt from</small>
hold the fame exempted from all fuits, diftreffes, <small>execution.</small>
executions or fales, for debt, or for payment of
taxes.

SECT. 15.——That every non-commiffioned
officer or private of the infantry, who fhall neg- <small>Non-commif-fioned officers</small>
lect to keep himfelf armed and equipped, as afore- <small>and foldiers</small>
faid, or who fhall on a mufter day, or at any oth- <small>fined, for not being equip'd.</small>
er time of examination, be deftitute of, or appear
unprovided with, the arms and equipments here-
in directed (excepting as before excepted ;) fhall
pay a fine, not exceeding *feventeen cents* for a gun,
and *eight cents* for every other article, in which he
fhall be deficient : at the difcretion of the court,
before whom trial fhall be had. And all parents,
mafters or guardians, fhall furnifh thofe of the <small>Parents and guardians to</small>
faid militia who fhall be under their care and com- <small>furnifh arms.</small>
mand, with the arms and equipments above men-
tioned, under the like penalties for any neglect.
And when the felectmen of any town fhall judge <small>Selectmen to</small>
any inhabitant thereof belonging to the militia, <small>furnifh, for</small>
unable to arm and equip himfelf, in manner afore- <small>poor foldiers.</small>
faid ; they fhall, at the expenfe of the town, pro-
vide for and furnifh fuch inhabitant with the a-
forefaid arms, and equipments : which fhall re-
main the property of the town, at the expenfe of
which they fhall be provided. And if any fol-

Exhibit 19

0402

**Penalty for embezzlement.**

dier shall embezzle or destroy the arms, and equipments, with which he shall be furnished; he shall, upon conviction as aforesaid, be judged to replace the articles which shall be by him so embezzled or destroyed, and to pay the costs arising from the process against him. And if he shall not perform the same, within fourteen days after such adjudication, it shall be in the power of the selectmen of the town, to which he shall belong, to bind him out to service or labor, for such term of time, as, in the discretion of the said selectmen, shall be sufficient to procure a sum of money, equal to the value of the article or articles so embezzled or destroyed ; and pay costs, arising as aforesaid.

**Fines for sundry delinquencies.**

SECT. 16.——That every person liable to do military duty, who being duly warned, shall refuse or neglect to appear, at the time and place appointed, armed and equipped as by this act is directed, for any muster, training, view of arms or other military duty ; shall pay as a fine for such default, the sum of *two dollars.* And every person who shall appear at any muster, with his arms in an unfit condition, shall pay a fine of *twelve cents,* for each and every such default.

**Proviso.**

*Provided nevertheless,* That it shall be lawful for the commanding officer of a company, at any time, within eight days after any muster, training, view of arms, or other duty, to excuse any person for non-appearance, or for any deficiency of equipments, on the delinquent's producing to him satisfactory evidence of his inability to appear, or, equip, as aforesaid.

**2d proviso.**

*Provided,* That if such delinquent had sufficient cause of absence, and should neglect to make his excuse within the eight days aforesaid ; upon a prosecution, he shall be liable to pay costs, at the discretion of the court before whom the cause is tried.

[☞ *The two provisos of this section, repealed : See present chap.—Act,* N°. 3.]

**Companies how warned.**

SECT. 17.——That when the commanding officer of a company shall think proper to call his

# Exhibit 20

Exhibit 20

0404

**Examples of State Laws Mandating the Distribution of Public Arms**

| State | Year[1] | Statutory Text | Source[2] |
|---|---|---|---|
| Connecticut | 1792 | "That if any soldier shall in the judgment of the select-men of the town to which he belongs, be unable to arm and accouter himself . . . it shall be the duty of such select-men to certify the same to the commissioned officers of the company . . . and also, at the expense of such town to provide such soldier with arms . . . and all arms and accoutrements thus provided, shall be the property of such town . . . ." | An Act for forming and conducting the military force of this state, conformable to the act of Congress, passed the eight day of May, A.D. 1792, § XI, 1792 Conn. Acts & Laws 428-29 (Oct. Sess. 1792). |
| Massachusetts | 1793 | "[A]nd whenever the Selectmen of any town shall judge any inhabitant thereof, belonging to the Militia, unable to arm and equip himself in manner as aforesaid, they shall at the expense of the town provide for and furnish such inhabitant with the aforesaid arms and equipments, which shall remain the property of the town at the expen[s]e of which they shall be provided . . . ." | An Act for regulating and governing the Militia of the Commonwealth of Massachusetts, ch. 1 Mass. Acts & Laws, § XIX, at 297 (May Sess. 1793). |

---

[1] Year of enactment.

[2] Where the relevant law was published in a larger compendium source, the source date often postdates the year of enactment.

Exhibit 20

0405

| State | Year[1] | Statutory Text | Source[2] |
|---|---|---|---|
| New Hampshire | 1776 | "And where the Selectmen of any Town shall adjudge any Persons belonging to the Militia of their Town unable to equip and arm himself as aforesaid, such Selectmen shall . . . at the Expen[s]e of such Town provide for, furnish, arm and equip such Persons with Arms and Equipments; which Arms so provided by such Selectmen, shall be the Property of the Town at whose Expense they shall be provided . . . ." | An Act for forming and regulating the Militia within the State of New Hampshire, in New-England, and for repealing all the Laws heretofore made for that Purpose, 1776 N.H. Acts & Laws 40 (1776). |
| New Hampshire | 1792 | "And such as are unable to furnish themselves shall make application to the selectmen of the town . . . and the said selectmen shall, at the expen[s]e of the town, provide for, and furnish such persons with arms and equipments; which arms and equipments shall be the property of the town, at whose expense they were provided . . . ." | An Act for forming and regulating the militia within this state, and for repealing all the laws heretofore made for that purpose, 1792 N.H. Acts & Laws 447. |
| Ohio | 1837 | "That when a part of the militia of this State shall be called into actual service, and arms shall be wanted for their use, the commander-in-chief of the division or brigade may call from any volunteer company . . . any or all the public arms in possession of such company, and place or cause the same to be placed in the hands of those who volunteer or are drafted for actual service." | An Act to organize and discipline the Militia, § 76, 1837 Ohio Gen. Laws 47. |

Exhibit 20

0406

| State | Year[1] | Statutory Text | Source[2] |
|---|---|---|---|
| Vermont | 1797 | "And when the selectmen of any town shall judge any inhabitant thereof belonging to the militia, unable to arm and equip himself, in manner aforesaid; they shall, at the expense of the town, provide for and furnish such inhabitant with the aforesaid arms, and equipments: which shall remain the property of the town, at the expense of which they shall be provided." | An Act, for regulating and governing the militia of this state, ch. LXXXI, No. 1, § 15, 2 Laws Of The State Of Vermont Digested And Compiled 131-32 (1808). |

Exhibit 20

0407



Content downloaded/printed from                    *HeinOnline*

Tue Dec 31 14:12:41 2019

Citations:

Bluebook 20th ed.
1792 423 .

ALWD 6th ed.
1792 423 .

Chicago 7th ed.
, "," Connecticut - October Session : 423-434

OSCOLA 4th ed.
, '' 1792 423

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 20

0408



## ACTS AND LAWS,

Made and paſſed by the General Court or Aſſembly of the State of Connecticut, in America, holden at New-Haven, (in ſaid State) on the ſecond Thurſday of October, Anno Dom. 1792.

An Act for forming and conducting the military force of this ſtate, conformable to the act of Congreſs, paſſed the eight day of May, A. D. 1792, which is as follows :—" An Act more effectually to provide for the national defence, by eſtabliſhing an uniform militia throughout the United States."

" Section I. **B**E it enacted by the Senate, and houſe of Repreſentatives, of the United States of America, in Congreſs aſſembled, That each and every free able bodied white male citizen, of the reſpective ſtates, reſident therein, who is, or ſhall be of the age of eighteen years, and under the age of forty-five years (except as is herein after excepted) ſhall ſeverally and reſpectively be enrolled in the militia, by the captain or commanding officer of the company, within whoſe bounds ſuch citizen ſhall reſide ; and that within twelve months after the paſſing this act, it ſhall at all times hereafter be the duty of every ſuch captain, or commanding officer of a company, to enrol every ſuch citizen, as aforeſaid ; and alſo thoſe who ſhall, from time to time, arrive at the age of eighteen years, and under the age of forty-five years (except as before excepted) ſhall come to reſide within his bounds ; and ſhall without delay, notify each citizen of the ſaid enrolment, by a proper non-commiſſioned officer of the company, by whom ſuch notice may be proved. That every ſuch citizen ſo enrolled and notified, ſhall within ſix months thereafter, provide himſelf with a good muſket or firelock, a ſufficient bayonet and belt, two ſpare flints and knapſack, a pouch with a box therein to contain twenty-four cartridges, ſuited to the bore of his muſket or firelock, each cartridge to contain a proper quantity of powder and ball ; or with a good rifle, knapſack, ſhot-pouch and powder-horn, twenty balls ſuited to the bore of his rifle, and a quarter of a pound of powder ; and ſhall appear ſo armed, accoutred and provided, when called out to exerciſe, or into ſervice, except that when called out on company days to exerciſe only, he may appear without a knapſack. That the commiſſion officers ſhall ſeverally be armed with a ſword or hanger, and eſpontoon ; and that from and after five years from the paſſing this act, all muſkets for arming the militia, as herein required, ſhall be of bores ſufficient for balls of the eighteenth part of a pound : And every citizen ſo enrolled, and providing himſelf with the arms, ammunition and accoutrements, required as aforeſaid, ſhall hold the ſame exempt from all ſuits, diſtreſſes, executions, or ſales for debt, or for the payment of taxes."

" Sec. II. *And be it further enacted,* That the vice-preſident of the United States, the officers, judicial and executive, of the United States, the members of both houſes of Congreſs, and the reſpective officers, all cuſtom-houſe officers, with their clerks, all poſt-officers, and ſtage drivers, who are employed in the care and conveyance of the mail of the poſt-office of the United States, all ferrymen employed at any ferry on the poſt-road, all inſpectors of exports, all pilots, all mariners actually employed in the ſea ſervice of any citizen or merchant within the United States, and all perſons who are, or may hereafter be exempted by the laws of the reſpective ſtates, ſhall be, and are hereby exempted from military duty, notwithſtanding their being above eighteen, and under the age of forty-five years."

Y y y                                              Sec. III.

*Militia how &c by whom to be enrolled.*

*How to be armed and accoutred.*

*Executive officers, &c. exempt.*

Exhibit 20

0409

vates to furnish tia of this state, shall furnish himself with the arms, ammunition and accoutrements, required by the act of congress, and by this act, upon the penalty of forfeiting and paying a fine of *twelve shillings* lawful money, and the like penalty for every four weeks he shall be unprovided ; to be levied and collected by warrant of distress, as hereafter directed ; and that a horseman, or dragoon, who shall not furnish and provide himself with a horse and furniture, as required by the said act, shall be returned to, enrolled, and do duty in the infantry company in the limits of which he resides :—That the field and commissioned officers in each regiment, shall be uniformly cloathed in regimentals, at their own expence, and to be agreed upon by such officers ; that the field officers of each regiment shall furnish state and regimental colours for their regiment and battalions, at the state expence, not exceeding the sum of four pounds ten shillings lawful money, to each regiment.

*themselves with arms, &c. on penalty of 12s.*

*Officers to be uniformly clothed in regimentals.*

*Field officers to furnish colours.*

*And be it further enacted,* That every commanding officer of a company of militia, shall order out his company or troop, three days in each year, and instruct them in the use of arms and discipline of war ; and the days appointed, shall be in the month of March, April, May, September, October or November, and that on the first Monday of May and October annually, such commanding officer shall cause the arms, ammunition and accoutrements, of all under his command, to be reviewed and inspected :—That the commanding officer of each regiment, shall order out his regiment by battalion or regiment, once in each year for regimental exercise and review. And if any of the privates belonging to any company of horse, artillery or infantry, shall neglect to appear compleatly armed and equipped on the place of parade, appointed by the commanding officer of his company, being duly warned, he shall forfeit and pay a fine of *nine shillings* for each day : and if any non-commissioned officer, drummer, fifer, or trumpeter, shall neglect to appear as aforesaid, he shall forfeit and pay the fine of *twelve shillings* for each day—unless any such person shall appear before the commanding officer of such company, within twelve days after such day of exercise or review, and make satisfactory excuse for his non appearance on said day ; and the commanding officer of each company, battalion or regiment, shall order the correcting and punishing disorders and contempts, on days of company, battalion, or regimental exercise, inspection or review ; the punishment not being greater than riding a wooden horse, for a time not exceeding one hour, or a fine not exceeding *forty shillings* lawful money :—That each commanding officer of a company, battalion, regiment, brigade or division, shall have power and authority, and full power is hereby given to ascertain and fix certain necessary limits and bounds to their respective parades, within which no spectator shall have right to enter, without liberty from said commanding officer ; and in case any person shall so intrude or offend, he shall be subjected to be confined in such way and manner as the commanding officer shall direct, during the continuance of the exercise.

*Companies to be out three days in each year, to be instructed, &c.*

*Arms to be inspected.*

*Regiments to be reviewed once in each year.*

*Privates who do not appear equipt to pay 9s.*

*and drummers, &c. 12s.*

*Punishment inflicted.*

*Officers to fix limits & bounds to their parades.*

*And be it further enacted,* That all warrants granted by the commanding officer, of any company, battalion or regiment, for any time or times incurred by virtue of this act, or any breach thereof, shall be directed by the officer commanding a company, to the orderly sergeant of his company ; which orderly sergeant he shall from time to time appoint, from the serjeants of his company ; and the officer commanding a battalion or regiment, to the adjutant or sergeant-major ; and to be by them levied on the goods or chattles of the respective delinquents, if upwards of twenty-one years of age—And for the want of such goods or chattles, against the body of such delinquent, and against the goods and chattles of the parents, master or guardians, of such delinquents as have not arrived to the age of twenty-one years ; and for want of such goods and chattles, against the body of parent, master or guardian, and them commit and hold in goal, until such fine or fines shall be paid and satisfied, together with lawful fees for service, as in cases of execution for debt ; which fines and forfeitures shall be appropriated for the use of the companies to which such delinquents respectively belong, for purchasing and maintaining colours, trumpets, drums and fifes ; and should there be any overplus of fines remaining in the hands of the commanding officers of companies, they shall pay it over to the commanding officer of their regiment to which they belong ; which together with the fines collected by virtue of warrants issued by the field officers, shall be applied to keeping colours in repair, and for band-music for the regiment. That whenever any commanding officer of a company shall impose any fine in any of the cases before mentioned in this act, he shall give notice to the person fined, who shall have liberty within ten days to apply to the commanding officer of the regiment, who on giving notice, and hearing the parties, may abate such fines, or any part thereof ; and if such commanding officer of the regiment, thinks not proper to abate such fine, the officer imposing the same may proceed to a collection thereof.

*Warrants by whom granted & to whom directed.*

*On whom & on what levied.*

*Fines how appropriated.*

*Officers imposing fines, to give notice to the person fined, who shall have liberty within ten days to apply to, &c. for redress.*

*Provided nevertheless,* That if any soldier shall in the judgment of the select-men of the town to which he belongs, be unable to arm and accoutre himself agreeable to the directions of this act, it shall be the duty of such select-men to certify the same to the commissioned officers of the company to which such soldier belongs, in order

*Soldiers unable to furnish themselves, &c.*

Exhibit 20

0410

order that execution may not issue against him for deficiency in such arms and accoutrements; and also, at the expence of such town to provide such soldier with arms, and the whole or any part of such accoutrements as may be neceffary, within forty days from the time of granting such certificate, under penalty of the value of such arms and accoutrements, to be recovered of any, or all of said felect-men, by warrant from an affiftant or juftice of the peace, upon proper information, and proof of fuch neglect, by faid commiffioned officers; which warrant fhall be directed to any fheriff or conftable proper to ferve the fame, returnable in fixty days, and the fine payable into the treafury of fuch town; and all arms and accoutrements thus provided, fhall be the property of fuch town, and fhall by the commanding officer of the company, be depofited in fuch places as he fhall think proper, to be ready for fuch foldier, as occafion fhall require; and fuch officer fhall ftand accountable for fuch arms and accoutrements, and fhall be liable to pay for the fame, if loft through his neglect or default.

*Provided alfo,* That any of the people called *Quakers,* who fhall produce to the commanding officer of the company in which he refides, a certificate from the clerk of the fociety of Quakers to which he belongs, certifying that fuch perfon is a Quaker, he fhall be exempt from equipping himself or doing military duty as required by this act, on his paying the fum of twenty fhillings to fuch officer, at the expiration of each year during fuch exemption; and in cafe fuch Quaker refufe to pay faid fum of twenty fhillings, the fame fhall be collected and difpofed of in the fame manner as is heretofore provided for fines incurred by a breach of this act.

*And be it further enacted,* That each rank and grade of officers, fhall furnifh themfelves with the rules of difcipline approved and eftablifhed by Congrefs, in their refolution of the 29th of March, 1779, and fhall fubmit themfelves to the orders and directions of their fuperior officers, or their fenior officers, of the fame grade; and all officers in the ftaff and orderly departments, fhall be vigilant and active in executing and difpatching orders in their refpective ftations.

That general, field, commiffioned, and ftaff officers, of all grades and ranks, fhall be amenable to, and fubject to trial by courts martial, according to the ufage and practice of war, for all neglects of duty, for contempts or difrefpects to a fuperior officer, for difobedience of orders, and for all un-officer-like conduct; which court martial fhall confift of not lefs than nine, or more than thirteen members—the fenior officer of the higheft grade to prefide—that another officer of the line or ftaff, to do the duty of judge advocate to the court—that the members compofing the court, fhall take the following oath, before they proceed on the trial of an officer, viz.

*You fwear that you will well and truly try and determine according to evidence, the matter depending between the ftate of Connecticut and the prifoner, or prifoners, now to be tried, that you will not divulge the fentence of the court until the fame fhall be approved, or difapproved, purfuant to law; neither will you upon any account at any time whatfoever, difclofe or difcover the vote or opinion of any particular member of the court martial, unlefs required by a due courfe of law.* So help you GOD.

The prefident of the faid court martial, is hereby authorized and required to adminifter an oath to the officer acting as judge advocate, who is hereby required to take the fame before he proceeds further on bufinefs, viz.—*You do fwear that you will not on any account, at any time whatfoever, difclofe or difcover the vote or opinion of any particular member of the court martial, unlefs required in a due courfe of law; and that you will not divulge the fentence of this court, till the fame fhall be approved or difapproved according to law; and that you will well and truly do the duty of judge advocate, in this court, impartially and uprightly, according to the beft of your abilities.*——So help you GOD.

And no other perfon whatever, fhall be admitted to folicit, profecute or defend the officer arrefted; which officer arrefted, if under the grade or rank of a field officer, fhall have twelve days notice of the articles of charge made againft him, by leaving a true and attefted copy of the original articles of arreft, under the hand of a fuperior officer arrefting him, and the names of the witneffes to be ufed againft him minuted thereon, lodged with him at his ufual place of abode by the officer arrefting, or the proper orderly officer; and of the grade and rank of a field officer twenty days notice; and of the rank of a general officer thirty days notice in like manner; which court martial, for the tryal of an officer under the rank and grade of a field officer, fhall be appointed by the commanding officer of the brigade to which he belongs, and the fentence approved or difapproved by the captain-general of the ftate—for the trial of an officer of the rank and grade of a field officer, by the commanding officer of the divifion to which he belongs; and of a general officer by the captain-general of the ftate, and their fentence approved or difapproved by the legiflature of the ftate. That no fentence of a court martial fhall inflict other punifhment than a reprimand, fufpenfion from office for a certain term of time, cafhiering, and cafhiering with a difability of holding any military office in this ftate; two thirds of the members of any fuch court agreeing in fuch fentence.

*And*

*Warrant to whom directed.*

*Fines to be paid into the town treafury.*

*Arms, &c. to be depofited in, &c.*

*Quakers exempt on paying 20s.*

*Officers to furnifh themfelves with the rules of difcipline.*

*Officers to be tried by courts martial.*

*Who to prefide.*

*Judge advocate to be of the ftaff.*

*Form of oath.*

*Prefident of c. martial to admi-nifter an oath to the judge advo-cate. The form.*

*No perfon ad-mitted to folicit &c.*
*Officers under the grade of field officers to have 12 days notice, &c.*
*Field officer to have 20, & gen. officer 30 days. Court martials by whom ap-pointed.*

*What punifh-ment may be in-flicted.*

Exhibit 20

0411



Content downloaded/printed from          *HeinOnline*

Tue Dec 31 11:31:40 2019

Citations:

Bluebook 20th ed.
1793 289 .

ALWD 6th ed.
1793 289 .

Chicago 7th ed.
, "," Massachusetts - Acts & Laws, May Session : 289-308

OSCOLA 4th ed.
, '' 1793 289

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 20

0412



# Acts *and* Laws,

## Passed by the GENERAL COURT of *Massachusetts* :

Begun and held at BOSTON, in the County of SUF-
FOLK, on Wednesday the Twenty-ninth Day of
MAY, ANNO DOMINI, 1793.

### C H A P. I.

An Act for regulating and governing the Militia
of the Commonwealth of Massachusetts, and for
repealing all Laws heretofore made for that Pur-
pose ; excepting an Act, intitled " An Act for
establishing Rules and Articles for governing the
Troops stationed in Forts and Garrisons, within
this Commonwealth, and also the Militia, when
called into actual Service."

*W**HEREAS the Laws for regulating and governing the Mili-
tia of this Commonwealth, have become too complicated for* Preamble.
*practical use, by reason of the several alterations which have from
time to time been made therein :*          Therefore,

I. BE *it enacted by the* SENATE *and* HOUSE *of* REPRESEN-
TATIVES *in General Court assembled, and by the authority of the* Laws repealed.
*same,* That the several Laws heretofore made for governing and
regulating

Exhibit 20

0413

XVIII. *And be it further enacted by the authority aforesaid,* That every non-commissioned Officer and Private of the infantry shall constantly keep himself provided with a good musket, with an iron or steel rod, a sufficient bayonet and belt, two spare flints, a priming wire and brush, and a knapsack; a cartridge-box, or pouch with a box therein, to contain not less than twenty-four cartridges, suited to the bore of his musket; each cartridge to contain a proper quantity of powder and ball; or with a good rifle, knapsack, shot-pouch, powder-horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder : And shall appear so armed, accoutred and provided, whenever called out, except that when called out to exercise only, he may appear without a knapsack, and without cartridges loaded with ball. *Provided always,* that whenever a man appears armed with a musket, all his equipments shall be suited to his musket; and whenever a man appears armed with a rifle, all his equipments shall be suited to his rifle : And that from and after five years from the passing of this Act, all muskets for arming the Militia, as herein required, shall be of bores sufficient for balls of the eighteenth part of a pound : And every citizen enrolled and providing himself with arms ammunition and accoutrements, required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales for debt, or for payment of taxes. *(margin: Necessary articles of equipments. Proviso. Arms &c. to be exempted from suits.)*

XIX. *And be it further enacted by the authority aforesaid,* That every non-commissioned Officer or Private of the infantry, who shall neglect to keep himself armed and equipped as aforesaid, or who shall on a muster-day, or at any other time of examination, be destitute of, or appear unprovided with the arms and equipments herein directed (except as before excepted) shall pay a fine not exceeding *twenty shillings,*in proportion to the articles of which he shall be deficient, at the discretion of the Justice of the Peace, before whom trial shall be had : And all parents, masters and guardians shall furnish those of the said Militia who shall be under their care and command, with the arms and equipments aforementioned, under the like penalties for any neglect : And whenever the Selectmen of any town shall judge any inhabitant thereof, belonging to the Militia, unable to arm and equip himself in manner as aforesaid, they shall at the expence of the town provide for and furnish such inhabitant with the aforesaid arms and equipments, which shall remain the property of the town at the expence of which they shall be provided ; and if any soldier shall embezzle or destroy the arms and equipments with which he shall be furnished,he shall, upon conviction before some Justice of the Peace, be adjudged to replace the article or articles, which shall by him be so embezzled or destroyed, and to pay the cost arising from the process against him : And if he shall not perform the same within fourteen days after such adjudication, it shall be in the power of *(margin: Fine for neglect. Parents and masters to equip their children & servants. Persons unable, to be furnished by the town. Penalty,in case.)*

C                                                                the
Exhibit 20
0414

the Selectmen of the town to which he shall belong, to bind him out to service or labour, for such term of time as shall, at the discretion of the said Justice, be sufficient to procure a sum of money equal to the value of the article or articles so embezzled or destroyed, and pay cost arising as aforesaid.

XX. *And be it further enacted by the authority aforesaid,* That every person liable to do military duty, who being duly warned shall refuse or neglect to appear at the time and place appointed, <span>Penalty for not appearing on muster days.</span> armed and equipped as by this act is directed, for any muster, training, view of arms, or other military duty, shall pay as a fine for such default, the sum of *ten shillings :* And every person who shall appear at any muster with his arms in an unfit condition, shall pay a fine of *three shillings* for each and every such default : <span>Proviso.</span> *Provided nevertheless,* It shall be lawful for the Commanding Officer of a company, at any time within eight days after any muster, training, view of arms or other duty, to excuse any person for non-appearance, on the delinquent's producing to him satisfactory evidence of his inability to appear as aforesaid ; and the Commanding Officer of the company shall certify the same to the Clerk within the time abovementioned, and the Clerk shall not thereafter commence any prosecution against such delinquent for his fine for non-appearance, as aforesaid.

XXI. *And be it further enacted by the authority aforesaid,* That whenever the Commanding Officer shall think proper to call his company together, or shall be ordered by his superior Officer to do it, he shall issue his orders therefor, to one or more of the non-<span>Clerk to notify.</span> commissioned Officers, if there be any, if not to one or more of the privates belonging to his company, directing him or them to notify and warn the said company to appear at such time and place as shall be appointed ; and every such person or persons, who shall receive such orders, shall give notice of the time and place appointed for assembling said company, to each and every person he or they shall be so ordered to warn, either by verbal information, or by leaving a written or printed notification thereof, at the usual <span>Manner of notification.</span> place of abode of the person thus to be notified and warned ; and no notice shall be deemed legal for musters for the purpose of common and ordinary trainings, unless it shall be given four days at least, previous to the time appointed therefor ; but in case of invasion, insurrection or other emergency, any time specified in the orders shall be considered as legal ; and every non-commissioned Officer, or other person, who shall neglect to give the said notice and warning, when ordered thereto by the Commanding Officer of the company to which he belongs, shall for such offence forfeit and pay as a fine, a sum not exceeding *forty shillings,* nor less <span>Penalty.</span> than *twelve shillings,* at the discretion of the Justice of the Peace before whom trial shall be had ; and the testimony of any person under oath, who shall have received orders agreeable to law, for notifying

Exhibit 20

0415



Content downloaded/printed from          *HeinOnline*

Wed Oct 23 17:16:03 2019

Citations:

Bluebook 20th ed.
1759-1776 1 .

ALWD 6th ed.
1759-1776 1 .

Chicago 7th ed.
, "," New Hampshire - Temporary Laws, Acts and Laws 1759-1776 : 1-113

OSCOLA 4th ed.
, '' 1759-1776 1

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
     Conditions of the license agreement available at
        *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 20

0416

## STATE OF NEW-HAMPSHIRE.

*In the Year of our LORD, One Thousand Seven Hundred and*
*Seventy-fix.*

# AN ACT

Paffed Sept. 11, 1776.

To adopt and take the Name, Stile, and Title of STATE, in Lieu of COLONY, in New-Hampfhire:

Preamble.

*WHEREAS by a late Declaration of the Honorable Continental CONGRESS, the United-Colonies of North-America are declared FREE and INDEPENDANT STATES :*

THEREFORE,

This Colony to take the Name and Stile of STATE.

BE IT ENACTED BY THE COUNCIL *and* ASSEMBLY, That henceforth this COLONY affume and take the Name and Stile of THE STATE OF NEW-HAMPSHIRE : And where any Law hath directed the Name and Stile of the Colony of New-Hampfhire, or the Name and Stile of the Province of New-Hampfhire, to be ufed in any Commiffions, Proceffes, or Writings whatever ; in Lieu thereof, fhall be now ufed the Name and Stile of THE STATE OF NEW-HAMPSHIRE, and not otherwife.

# AN ACT

Paffed Sept. 19, 1776.

For forming and regulating the MILITIA within the State of *New-Hampfhire,* in *New-England,* and for repealing all the LAWS heretofore made for that Purpofe.

Preamble.

*WHEREAS it is not only the Intereft, but the Duty of all Nations to defend their Lives, Liberties and Properties, in that Land, which the Supreme Ruler of the Univerfe has beftowed on them, againft the unlawful Attacks and Depredations of all Enemies whatever ; efpecially thofe who are moved by a Spirit of Avarice or Defpotifm.* AND WHEREAS, *the Honorable* AMERICAN CONGRESS *have recommended to the United-Colonies, to put the Militia into a proper State for the Defence of* AMERICA :------- AND WHEREAS, *the Laws now in Force, refpecting the Regulation of the* MILITIA, *have been found infufficient for the Purpofes aforefaid :*

IT

Exhibit 20

0417

*Firſt,* IT IS THEREFORE ENACTED BY THE COUNCIL, AND HOUSE OF REPRESENTATIVES *in* GENERAL-COURT *aſſembled, and by the* Authority *of the ſame.* That the ſeveral Laws, and the ſeveral Paragraphs, and Clauſes of all and every the Laws of this State, enforceing, or any ways relating to the Regulation of the MILITIA, be, and hereby are repealed, and declared null and void. *Repealing clauſe.*

*And be it further Enacted by the* AUTHORITY *aforeſaid,* That that part of the Militia of this State, commonly called the Training Band, ſhall be conſtituted of all the able-bodied Male-Perſons therein, from ſixteen Years old to fifty, excepting Members of the AMERICAN CONGRESS, Members of the COUNCIL, and of the Hou. of *Repreſentatives* for the time being, the Secretary of the Colony, all Civil Officers that have been or ſhall be appointed by the General-Court, or either Branch of it, Officers and Students of Dartmouth-College, Miniſters of the Goſpel, Elders and Deacons of Churches, Church Wardens, Grammer-School-Maſters, Maſters of Arts, the Denomination of Chriſtians called Quakers, Selectmen for the Time being, thoſe who have by Commiſſion under any Government or Congreſs, or by Election, in Purſuance of the Vote of any Congreſs of the Continent, or of this or any other Colony, held the Poſt of a Subaltern or higher Officer, Perſons while actually employed as Maſters of Veſſels of more then Thirty Tons Burthen, other than Fiſhing Veſſels, and Veſſels coaſting this Colony, and to and from this Colony, to the other New-England Governments, Conſtables, Sheriffs, and Deputy Sheriffs, Negroes, Indians and Mulattoes ; and ſhall be under the Command of ſuchOfficers as ſhall be choſen, impowered, and commiſſionated over them, as is by this Act provided ; and the Selectmen or the major part of them of each Town, ſhall be, and hereby are impowered, by writing under their Hands to excuſe from Time to Time ſuch Phyſicians, Surgeons, Ferrymen, and Millers, in their reſpective Towns, from common and ordinary Trainings as they ſhall judge it neceſſary to excuſe : And the Council, and Houſe of Repreſentatives aforeſaid, ſhall from Time to Time, as may appear to them neceſſary, divide the Militia of each County into Regiments, and alter and divide ſuch Regiments from Time to Time, as they ſhall judge expedient, after having taken the Opinion, during any Seſſion of the General Court, of ſuch Members of the Houſe as belong to the County, where the Diviſion or Alteration is to be made, and as ſhall be preſent at the Time of ſuch Conſultation. *The training band. Perſons exempted. Militia to be divided.*

Second. *And be it further Enacted by the* AUTHORITY *aforeſaid,* That there ſhall be choſen by Ballot of the Council, and Houſe of Repreſentatives for this State, from Time to Time as may be neceſſary, one Major-General over the whole Militia thereof, which Major-General when ſo choſen ſhall be commiſſionated to that Office by the Council and Houſe aforeſaid, *One Major General to be choſen by ballot of bothHouſes*

L faid,

Exhibit 20

0418

faid, and faid General fhall at all Times have Power to draw forth the faid Militia, or any part thereof, as the faid General may judge expedient and neceffary for the immediate defence of this, or any of the United States of America. And the Officers and Soldiers of faid Militia, fhall pay entire obedience to his Commands accordingly, under the Penalties hereafter provided in this Act.

His Power.

*Provided always,* That the faid General and all other Officers of faid Militia, fhall at all Times be under the Command of the Council and Houfe of Reprefentatives, and fhall in drawing forth or retaining in Service the faid Militia or any part thereof be fubject to fuch Orders and Inftructions, as they may receive from Time to Time from the fame COUNCIL and HOUSE of REPRESENTATIVES.

To be under the command of both HOUSES.

3d. *And be it further Enacted by the* AUTHORITY *aforefaid,* That there fhall be chofen, appointed, and commiffionated, (as is provided and directed by this Act, for the Choice and Appointment of a General Officer) over each Regiment in this S ate, one Colonel, one Lieutenant-Colonel, and two Majors ; and the faid Field Officers fo appointed and commiffionated, or the major part of them,, fhall forthwith divide and fet off the refpective Regiments into Companies, as they fhall judge expedient, to confift as near as conveniently can be, of fixty-eight Privates, exclufive of thofe of the Alarm Lift, and to determine the Rank of each and every Company.

Field Officers to be chofen,

*Provided neverthelefs,* That no Soldier fhall be obliged without his confent, to join a Company belonging to any Town, in which he has not his ufual Place of Abode, unlefs where there fhall not be Privates enough to make a Company of Thirty Soldiers, including Officers ; in which Cafe, as alfo where there are any Perfons belonging to a place not incorporated, they fhall be joined to fuch Company as the Field Officers of the Regiments within which they are fhall fee fit. And the Inhabitants of every Town now in, or that fhall be in the Continental Army, fhall be deem d to belong to, and be a part of the Companies in their refpective Towns, and excufed from Duty in the Militia, while they continue part of the Army aforefaid ; and each Company when fo formed and fet off, fhall together with thofe of the Alarm Lift, within the Limits of the fame, by Ballot, in the prefence of one of their Field Officers, who fhall caufe them to be duly notified for that purpofe, and fhall prefide as Moderator, chufe one Captain, two Lieutenants, and one Enfign ; which choice, fhall be immediately certified to the Secretary by faid Field Officers ; and the Prefident of the Council thereupon, unlefs fome material Objection againft fuch choice for any corrupt Practice or Irregularity, fhall be made at or before the Time of receiving faid Certificates, fhall commiffionate fuch Perfons purfuant to their Election,

Perfons in the army to be confidered as part of the Militia.

Choice of Subalterns.

Exhibit 20

0419

Election. And all the said Officers when so commissioned by the President of the Council, shall in the absence of their Superiors, have the same Power in ordering, directing and marching their Regiments and Companies, as the Major General has over the whole of the said Militia: And the Colonel, or commanding Officer of each Regiment, shall as soon as the Captains in his Regiment are commissioned, give them respectively under his Hand in Writing, the Limits of their respective Companies; their Alarm Posts, and the manner of mustering their Companies on all Occasions.

4th. *And be it further Enacted by the* Authority *aforesaid,* That the Field Officers of each and every Regiment, or the major part of them, shall recommend to the General-Court, a good able and skilful Person for Adjutant of their Regiment; and if either House shall by Ballot, elect such Person for that Office, then the President of the Council shall, when concurred, commissionate him thereto. And in all Cases determinable by Field-Officers of the several Regiments, where there shall be four Field Officers of any particular Regiment present, and they shall be equally divided in their Opinions respecting such Matter, the determination shall be according to the Opinion of the first Colonel. [*margin:* Adjutant to be appointed.]

5th. *And be it further Enacted,* That each Company, including the Alarm List, shall be called together by their Captain or commanding Officer, as soon as may be for the purpose of chusing one Clerk, four Serjeants, four Corporals, one Drummer, and one Fifer; and when it shall appear to the Commission Officers of any Company, that either of said non-commissioned Officers shall neglect his Duty, they may remove and dismiss him from his Office, and call upon their Company, including the Alarm List, to chuse another in the Room of such Delinquent; and if the said Company being called together for that Purpose, shall at any Time neglect or refuse immediately to proceed to the choice of one, or more non-commissioned Officer or Officers, so ordered to be chosen; the Commission Officers of such Company, or the major Part of them, shall by Warrant under their Hands in Writing, appoint such Non-commissioned Officer or Officers, which the said Company shall have refused to choose as aforesaid. [*margin:* Non-commissioned Officers to be chose by the company.]

6th. *And be it further Enacted by the* Authority *aforesaid,* That each and every Officer and private Soldier of said Militia, not under the controul of Parents, Masters, or Guardians, and being of sufficient Ability therefor, in the Judgment of the Selectmen of the Town wherein he has his usual place of Abode, shall equip himself, and be constantly provided with a good Fire Arm, good Ramrod, a Worm, Priming-Wire and Brush, and a Bayonet fitted to his Gun, a Scabbard and Belt therefor, and a cutting Sword or a Tomahawk, or Hatchet, a Pouch containing a Cartridge-Box that will hold fifteen Rounds of Cartridges at least, a hundred Buck [*margin:* Equippage.]

Exhibit 20

0420

Buck Shot, a Jack Knife and Tow for Wadding, fix Flints, one pound of Powder, forty leaden Balls, fitted to his Gun, a Knapfack and Blanket, a Canteen or Wooden Bottle, fufficient to hold one Quart. And all Parents, Mafters, and Guardians, fhall furnifh and equip thofe of theMilitia, which are under their care and command, with the Arms, Equipments and Accoutrements aforefaid: And where the Selectmen of any Town fhall adjudge any Perfons belonging to the Militia of their Town unable to equip and arm himfelf as aforefaid, fuch Selectmen fhall in Writing, under their Hands certify the fame to the Captain, or commanding Officer in whofe Company fuch Perfon may be, and fhall at the Expence of fuch Town provide for, furnifh, arm and equip fuch Perfons with Arms and Equipments ; which Arms fo provided by fuch Selectmen, fhall be the Property of the Town at whofe Expence they fhall be provided ; and if any Non-commiffioned Officer or Soldier, fhall embezzle or deftroy the fame, he fhall be punifhed at the Difcretion of the Juftice, or Court before whom he may be convicted thereof, paying double the Value of the Arms, or Accoutrements fo wilfully deftroyed or embezzled, and on Default thereof, to be publickly whipped not exceeding twenty Stripes : And the Selectmen of each and every Town fhall provide at the Expence of the Colony and depofit and keep in fome fafe Place for the ufe of the Militia upon an Alarm, one fixteenth Part fo many Spades, or Iron Shovels with Handles and fitted for Service, as there are Rateable Polls in their Town ; one half as many narrow Axes, as Spades and Iron Shovels, and as many Pick Axes, as narrow Axes, all fitted for Service ; And at the coft and charge of their refpective Towns, one Drum and one Fife for each company therein. And the Freeholders and Inhabitants of each and every Town in this Colony, qualified by Law to vote in Town Meetings, are hereby impowered at a Meeting regularly warned for that Purpofe, to raife Money by Tax on the Polls and Eftates of the Inhabitants of their Towns to defray all charges arifing on faid Towns in confequence of this Act.

*Poor perfons to be equip't at the expence of the Town.*

*Penalty for embezzlement.*

7th. *And be it further enacted by the* AUTHORITY *aforefaid,* That each and every commiffion Officer of faid Militia, who fhall not within one Month next after receiving his Commiffion, provide for, arm and equip himfelf, with fuch Arms and Accoutrements, as is by this Act directed, fhall by order of a Court Martial appointed, as by this Act is provided, be removed from his Office. And every commiffioned Officer, who fhall be depofed from his Office in the Militia for neglect of Duty, or other Mifdemeanor, as by this Act is provided, fhall receive no Benefit from any Commiffion, which he fhall be thus incapacitated to execute to exempt him from Military Duty.

*Penalty on commiffion officers neglecting to equip themfelves.*

Eighth. *And be it further Enacted,* That the Clerk of each and every Company of faid Militia, fhall once every fix Months after the Time of his Choice or Appointment, take an exact Lift of

Exhibit 20

0421



Content downloaded/printed from                          *HeinOnline*

Tue Dec 31 11:04:20 2019

Citations:

Bluebook 20th ed.
1792 423 .

ALWD 6th ed.
1792 423 .

Chicago 7th ed.
, "," New Hampshire - General Court, November Session : 423-451

OSCOLA 4th ed.
, '' 1792 423

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
       *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 20

0422

Amherst, in the county of Hillsborough, in said State, on the second Tuesday of May, shall forever hereafter be holden at Hopkinton in said county, on the second **At Hopkin-** Tuesday of May annually. And the courts of common-**ton.** pleas, which by law are to be holden at said Amherst, on the first Tuesday of September, and on the second Tuesday of December, shall forever hereafter be holden at said Hopkinton, on said days annually. And the courts of general-sessions of the peace, which by law are to be holden at said Amherst, on the Thursday next following the first Tuesday of September, shall forever hereafter be holden at said Hopkinton, on the Thursdays next following the first Tuesday of September annually.

**Repealing** *And be it further enacted,* That the act entitled, **clause.** " An act for establishing courts of law for the admin-istration of Justice within this State, and designating their powers, and regulating their proceedings in cer-tain cases," so far as the said act relates to holding such of the aforesaid courts at Amherst, which by this act are directed in future to be holden at said Hopkinton, be, and hereby is repealed.

**Writs, &c.** *And be it further enacted,* That all writs, venires, **to be sustain-** recognizances, appeals, actions, indictments, warrants **ed by said** and process of every kind, which by law were return-**courts at** able to said courts at Amherst, which by this act are **Hopkinton.** to be holden at said Hopkinton, shall be returned to, and sustained by said courts at said Hopkinton.

**Courts where** *And be it further enacted,* That the several courts **to be holden.** aforesaid, which are to be holden at said Hopkinton, shall be holden in, or as near the meeting-house in said town as conveniently may be.

*And be it further enacted,* That this act, at the ex-piration of two years from the passing thereof, shall be null and void, unless a suitable house for holding said courts, be erected at said Hopkinton within that time, without being a county charge.

This act passed December 25, 1792.

**Passed Dec.** An ACT for arranging the militia into divisions.
**27, 1792.** BE *it enacted by the Senate and House of Representa-tives in General-Court convened,* That the militia of this State be arranged into divisions, brigades and

regiments,

Digitized from Best Copy Available

Exhibit 20

0423

*And be it further enacted,* That each non-commission-
ed officer and soldier belonging to the regiments of | How to be
foot, shall within one year from and after the passing | armed and
this act, furnish himself with a good fire-lock, bayonet | accoutred.
and belt, a cartouch box that will contain twenty-four
cartridges, two good flints, a knapsack and canteen——
and that the commissioned belonging to companies of
foot, shall be severally armed with a sword or hanger,
and an espontoon, and that the field officers be armed
with a sword or hanger.

*And be it further enacted,* That such of the infantry
as are under the care of parents, masters or guardians,
shall be furnished by them with such arms and accou- | Those unable
trements. And such as are unable to furnish themselves, | &c. to be e-
shall make application to the selectmen of the town, | quipped at
who are to certify to their captain or commanding of- | the expence
ficer, that they are unable to equip themselves, and | of the town.
the said selectmen shall, at the expence of the town,
provide for, and furnish such persons with arms and
equipments ; which arms and equipments shall be the
property of the town, at whose expence they were
provided : And if any person so furnished, shall em-
bezzle or wilfully destroy the same, he shall be punish-
ed by any court proper to try the same, upon com-
plaint made by the selectmen of said town, by being
publicly whipped not exceeding twenty stripes, or fi- | Fines how to
ned not exceeding forty shillings. And that all fines | be appropri-
recovered for embezzling or destroying of arms and | ated.
accoutrements as provided in this act, shall be paid in-
to the hands of the selectmen to be appropriated in
purchasing arms and accoutrements for such soldiers
as are unable to purchase for themselves.

*And be it further enacted,* That parents, masters and | Parents, &c.
guardians shall be liable for the neglect and non-ap- | liable to a
pearance of such persons as are under their care (and | penalty.
are liable by law to train) and are to be proceeded
against for the penalty in the same manner, as by this
act is provided against other delinquents.

*And be it further enacted,* That the commander in | Military
chief, the officers commanding divisions, brigades or | watches, by
regiments, may appoint military watches or guards | whom to be
when an invasion of the State is apprehended, in such | appointed.
place and under such regulations as they may judge
necessary ; and all officers and soldiers under their com-
mand

Digitized from Best Copy Available

Exhibit 20

0424



Content downloaded/printed from                    *HeinOnline*

Tue Oct 29 17:02:05 2019

Citations:

Bluebook 20th ed.
1836 vol. 35 3 .

ALWD 6th ed.
1836 vol. 35 3 .

Chicago 7th ed.
, "," Ohio - 35th General Assembly, General Acts : 3-122

OSCOLA 4th ed.
, '' 1836 vol 35 3

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 20

0425

## AN ACT.

### To organize and discipline the Militia.

<div style="margin-left:2em">

**Every able bodied white male citizen to be enrolled in the militia, and equip themselves.**
Sec. 1. *Be it enacted by the General Assembly of the State of Ohio,* That each and every able bodied white male citizen of the United States, who resides in this State; who now is or hereafter shall be, of the age of eighteen years and under forty-five years of age, except as hereinafter excepted, shall be enrolled in the militia of this State for the purpose of performing military duty, and be equiped as hereinafter provided.

**Captain or commandant of company to enroll; to notify new members of the time and place of muster, unless herein exempted.**
Sec. 2. That it is hereby made the duty of the captain or commandant of each company, within the bounds of whose company each person may reside, within ten days next after he shall be informed of such residence, and at all times hereafter, such commanding officers shall enroll each person aforesaid, and cause him to be notified of the same, and of the time and place of muster, and also of those who may from time to time, arrive at the age of eighteen years, and being under the age of forty-five years, excepting as hereinafter excepted, who shall come to reside within the bounds of said company.

**The State organized into 23 Divisions.**
**What counties compose each Division.**
Sec. 3. That the militia of this State shall be organized into divisions as follows, viz: The county of Hamilton shall form the first division; the counties of Pike, Jackson, Lawrence and Scioto, shall form the second division; the counties of Coshocton, Knox, Holmes and Tuscarawas, shall form the third division; the counties of Perry, Licking and Morgan, shall form the fourth division; the counties of Clark, Champaign and Greene, shall form the fifth division; the counties of Columbiana, Stark and Carroll, shall form the sixth division; the counties of Fairfield, Hocking, Franklin and Pickaway, shall form the seventh division; the counties of Adams, Brown and Clermont, shall form the eighth division; the counties of Cuyahoga, Lorain, Medina and Wayne, shall form the ninth division; the counties of Montgomery, Dark of Miami and Shelby, shall form tenth division; the counties of Richland, Huron and Crawford, shall form the eleventh division; the counties of Logan, Hardin, Allen, Mercer and Vanwert. shall form the twelfth division; the counties of Madison, Union, Delaware and Marion, shall form the thirteenth division; the counties of Jefferson and Harrison, shall form the fourteenth division; the counties of Muskingum and Guernsey, shall form the fifteenth division; the counties of Ross, Highland, Clinton and Fayette, shall form the sixteenth division; the counties of Sandusky, Seneca, Hancock and Putnam, shall form the seventeenth division; the counties of Lucas, Wood, Henry, Williams and Paulding, shall form the eighteenth division; the counties of Butler, Preble and Warren, shall form the nineteenth division; the counties of Portage and Trumbull, shall form the twentieth division; the counties of Ashtabula, and Geauga, shall form the twenty-

</div>

Exhibit 20

0426

superceded by a regular contractor or purchasing commissa-
ry, shall deliver over to such contractor or commissary, all sup-
plies he may have on hand, and the contractors and commissa-
ries shall be bound to receive the same and receipt therefor to
such special commissary at the prices given for such articles,
with the additional expense incurred thereon at the time of de-
livery, which receipt shall be deposited with the Auditor of
State, and the amount thereof charged to such regular con-
tractor or commissary.

Sec. 73. That if any suit or suits shall be brought or com-
menced against any person or persons for any thing done in
pursuance of this act, the defendant may plead the general is-
sue, and give this act and the special matter in evidence.

Sec. 74. That all the public arms, ammunition, accoutre-
ments, camp equippage and military stores belonging to any
division of the militia of this State, shall be under the care and
superintendence of the assistant quarter master general of such
division, who shall have power to employ suitable persons to
clean and repair any arms or articles which may require it, and
certify any reasonable and just account which may be render-
ed for cleaning and repairing, and for transporting such arms
and military stores to any place where they may be ordered by
the commander-in-chief of divisions, which account thus certi-
fied shall be allowed by the Auditor of State, and paid as other
accounts against the State are paid; and such assistant quarter
master general shall receipt for all articles delivered to his
charge, and account for the same at any time when called on
so to do, by the commandant of division or quarter master gen-
eral of this State.

Sec. 75. That if any person shall sell or dispose of any of
the public arms or any other camp equippage, or other prop-
erty belonging to the State, every person so offending, shall
forfeit and pay for every musket, sabre or pistol, or other ar-
ticle, double the value of the cost of such arms or other prop-
erty, to be recovered by action of debt before any justice of
the peace or other court having jurisdiction of the amount, in
the name of the quarter masters of the proper regiment, squad-
ron or battalion, on complaint of any person who may prose-
cute for the same; and all fines and forfeitures collected by vir-
tue of the provisions of this section, shall be paid by the justice
to the proper quarter master, and be by him transmitted to the
paymaster general of the militia of this State.

Sec. 76. That when a part of the militia of this State shall
be called into actual service, and arms shall be wanted for their
use, the commander-in-chief of division or brigade may call
from any volunteer company which does not volunteer their
services, any or all the public arms in possession of such com-
pany, and place or cause the same to be placed in the hands of
those who volunteer or are drafted for actual service.

Sec. 77. That the militia of this State, when in actual ser-

*Marginal notes:*
Suits bro't for any thing done in pursuance of this act, &c

Quar. master of div. to take charge of and superintend all public ar's, ammunition, military stores and property of his division

His further du 'y.

Any person selling public arms or other property belonging to the State, shall forfeit, &c.

How collected

How fines are disposed of.

When arms are wanted for service, they may be recall-ed from volun teer corps, who do not volunteer.

Exhibit 20

0427



Content downloaded/printed from                           *HeinOnline*

Thu Nov  7 17:27:29 2019

Citations:

Bluebook 20th ed.
Laws of the State of Vermont, Digested and Compiled: Including the Declaration of
Independence, the Constitution of the United States, and of this State (1808).

ALWD 6th ed.
Ls of the State of Vermont, Digested & Compiled: Including the Declaration of
Independence, the Constitution of the United States, & of this State (1808).

APA 6th ed.
(1808). Laws of the State of Vermont, Digested and Compiled: Including the
Declaration of Independence, the Constitution of the United States, and of this
State. Randolph Vt., Printed by Sereno Wright.

Chicago 7th ed.
Laws of the State of Vermont, Digested and Compiled: Including the Declaration of
Independence, the Constitution of the United States, and of this State. Randolph Vt.,
Printed by Sereno Wright.

McGill Guide 9th ed.
, Laws of the State of Vermont, Digested and Compiled: Including the Declaration of
Independence, the Constitution of the United States, and of this State (Randolph Vt.:
Printed by Sereno Wright., 1808)

MLA 8th ed.
Laws of the State of Vermont, Digested and Compiled: Including the Declaration of
Independence, the Constitution of the United States, and of this State. Randolph Vt.,
Printed by Sereno Wright. HeinOnline.

OSCOLA 4th ed.
Laws of the State of Vermont, Digested and Compiled: Including the Declaration of
Independence, the Constitution of the United States, and of this State. Randolph Vt.,
Printed by Sereno Wright.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Exhibit 20

0428

# CHAPTER LXXXI.

OF THE MILITIA.

N° 1.

**Paffed March 10, 1797.** *An Act, for regulating and governing the militia of this ftate.*

**Militia, how and by whom to be enrolled.** SECT. 1. IT is hereby enacted by the General Affembly of the State of Vermont, That each and every free, able-bodied white male citizen of this ftate, or of any other of the United States refiding within this ftate, who is or fhall be of the age of eighteen years, and under the age of forty-five years (excepting as is herein'after excepted) fhall feverally and refpectively be fubject to the requifitions of this act, and fhall be enrolled in the militia, by the captain or commanding officer of the company, within whofe bounds fuch citizen fhall refide, within three months from and after the paffing of this act. And it fhall be at all times hereafter the duty of the commanding officer of every fuch company, to enrol every fuch citizen as aforefaid, and alfo thofe who fhall from time to time arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years, and not herein after excepted, fhall come to refide within his bounds ; and fhall without delay notify fuch citizen of the enrolment, by a non-commiffioned officer or other perfon duly authorized for that purpofe, by whom fuch notice may be proved. And in all cafes of doubt refpecting the age of any perfon enrolled or intended to be enrolled ; the party queftioned fhall prove his age, to the fatisfaction of the commanding officer of the company within whofe bounds he may refide.

Exhibit 20

0429

act, fhall be fuch as the brigadier generals, with-in their refpective brigades, fhall direct.

SECT. 14.——That every non-commiffioned officer and private of the infantry, fhall conftant-ly keep himfelf provided with a good mufket, with an iron or fteel rod, a fufficient bayonet and belt, two fpare flints, a priming wire and brufh, and a knapfack, a cartridge box and pouch with a box therein fufficient to contain at leaft, twen-ty-four cartridges, fuited to the bore of his muf-ket ; and fhall appear fo armed, accoutred and provided, whenever called out : *excepting*, that when called out to exercife only, he may appear without a knapfack. <sub>Non-comm. and privates, how armed & accoutred.</sub>

*Provided always*, That every citizen enrolled, and providing himfelf with arms, ammunition and accoutrements, required, as aforefaid, fhall hold the fame exempted from all fuits, diftreffes, executions or fales, for debt, or for payment of taxes. <sub>Arms and ac-coutrements exempt from execution.</sub>

SECT. 15.——That every non-commiffioned officer or private of the infantry, who fhall neg-lect to keep himfelf armed and equipped, as afore-faid, or who fhall on a mufter day, or at any oth-er time of examination, be deftitute of, or appear unprovided with, the arms and equipments here-in directed (excepting as before excepted ;) fhall pay a fine, not exceeding *feventeen cents* for a gun, and *eight cents* for every other article, in which he fhall be deficient : at the difcretion of the court, before whom trial fhall be had. And all parents, mafters or guardians, fhall furnifh thofe of the faid militia who fhall be under their care and com-mand, with the arms and equipments above men-tioned, under the like penalties for any neglect. And when the felectmen of any town fhall judge any inhabitant thereof belonging to the militia, unable to arm and equip himfelf, in manner afore-faid ; they fhall, at the expenfe of the town, pro-vide for and furnifh fuch inhabitant with the a-forefaid arms, and equipments : which fhall re-main the property of the town, at the expenfe of which they fhall be provided. And if any fol- <sub>Non-commif-fioned officers and foldiers fined, for not being equip'd.</sub> <sub>Parents and guardians to furnifh arms.</sub> <sub>Selectmen to furnifh, for poor foldiers.</sub>

Exhibit 20

0430

**Penalty for embezzlement.**

dier shall embezzle or destroy the arms, and equipments, with which he shall be furnished; he shall, upon conviction as aforesaid, be judged to replace the articles which shall be by him so embezzled or destroyed, and to pay the costs arising from the process against him. And if he shall not perform the same, within fourteen days after such adjudication, it shall be in the power of the selectmen of the town, to which he shall belong, to bind him out to service or labor, for such term of time, as, in the discretion of the said selectmen, shall be sufficient to procure a sum of money, equal to the value of the article or articles so embezzled or destroyed ; and pay costs, arising as aforesaid.

**Fines for sundry delinquencies.**

SECT. 16.——That every person liable to do military duty, who being duly warned, shall refuse or neglect to appear, at the time and place appointed, armed and equipped as by this act is directed, for any muster, training, view of arms or other military duty ; shall pay as a fine for such default, the sum of *two dollars*. And every person who shall appear at any muster, with his arms in an unfit condition, shall pay a fine of *twelve cents*, for each and every such default.

**Proviso.**

*Provided nevertheless,* That it shall be lawful for the commanding officer of a company, at any time, within eight days after any muster, training, view of arms, or other duty, to excuse any person for non-appearance, or for any deficiency of equipments, on the delinquent's producing to him satisfactory evidence of his inability to appear, or equip, as aforesaid.

**2d proviso.**

*Provided,* That if such delinquent had sufficient cause of absence, and should neglect to make his excuse within the eight days aforesaid ; upon a prosecution, he shall be liable to pay costs, at the discretion of the court before whom the cause is tried.

[☞ *The two provisos of this section, repealed : See present chap.—Act* N°. 8.]

**Companies how warned.**

SECT. 17.——That when the commanding officer of a company shall think proper to call his

Exhibit 20

0431

# Exhibit 21

Exhibit 21

0432

Date of Hearing:  June 19, 2018
Chief Counsel:    Gregory Pagan

ASSEMBLY COMMITTEE ON PUBLIC SAFETY
Reginald Byron Jones-Sawyer, Sr., Chair

SB 1100 (Portantino) – As Amended June 11, 2018

**SUMMARY:** Increases the age for which a person can purchase a long-gun from a licensed dealer from 18 to 21 years of age, except as specified. Specifically, **this bill**:

1) Exempts the sale of a firearm, that is not a handgun, to the following persons that are 18 years of age or older:

   a) A person who possesses a valid, unexpired hunting license issued by the Department of Fish and Wildlife;

   b) An active peace officer, who is authorized to carry a firearm in the course and scope of his or her employment;

   c) An active federal officer, or law enforcement agent, who is authorized to carry a firearm in the course and scope of his or her employment;

   d) A reserve peace officer, who is authorized to carry a firearm in the course and scope of his or her employment; and,

   e) An active member of the United States Armed Forces, the National Guard, the Air national Guard, or the active reserve components of the United States, where the individuals in these organizations are properly identified. Proper identification includes the Armed Forces Identification Card or other written documentation certifying that the individual is an active or honorably retired member.

2) Makes conforming changes to the age requirements for an application for the granting of serial number by DOJ to persons wishing to manufacture or assemble a firearm.

**EXISTING LAW**:

1) Prohibits the sale or transfer of a handgun, except as specifically exempted, to any person below the age of 21 years. (Pen. Code § 27510.)

2) Prohibits any person from making an application to purchase more than one handgun within any 30-day period. (Pen. Code, § 27535, subd. (a).)

3) Exempts from the above 30-day prohibition any of the following:

   a) Any law enforcement agency;

Exhibit 21
0433

b) Any agency duly authorized to perform law enforcement duties;

c) Any state or local correctional facility;

d) Any private security company licensed to do business in California;

e) Any person who is a peace officer, as specified, and is authorized to carry a firearm in the course and scope of employment;

f) Any motion picture, television, video production company or entertainment or theatrical company whose production by its nature involves a firearm;

g) Any authorized representative of a law enforcement agency, or a federally licensed firearms importer or manufacturer;

h) Any private party transaction conducted through a licensed firearms dealer;

i) Any person who is a licensed collector and has a current certificate of eligibility issued by the Department of Justice (DOJ);

j) The exchange, replacement, or return of a handgun to a licensed dealer within the 30-day period; and,

k) A community college that is certified by the Commission on Peace Officer Standards and Training (POST) to present law enforcement academy basic course or other commission-certified training. (Pen. Code, § 27535, subd. (b).)

4) Prohibits a handgun from being delivered when a licensed firearms dealer is notified by the DOJ that within the preceding 30-day period the purchaser has made another application to purchase a handgun and the purchase was not exempted, as specified. (Pen. Code, § 27540, subd. (f).

5) Provides that the penalties for making more than one application to purchase a handgun within any 30-day period is as follows:

a) A first violation is an infraction punishable by a fine of fifty dollars ($50);

b) A second violation is an infraction punishable by a fine of one hundred ($100); and,

c) A third violation is a misdemeanor. (Pen. Code, § 27590, subd. (e)(1)-(3).)

**FISCAL EFFECT**: Unknown

**COMMENTS**:

1) **Author's Statement**: According to the author, "Raising the age limit to 21 years of age to purchase a firearm and having the one gun a month law apply to all firearms insures we as Californians are taking proper steps toward public safety. While Washington continues to be unable to pass prudent gun legislation it is imperative that California steps up. Young people

Exhibit 21

0434

across America are demanding that legislators respond to the crisis of gun violence on campuses. As a dad and a legislator I am determined to build on their leadership and help California act appropriately."

2) **Argument in Support**: According to the *California Chapters of the Brady Campaign to Prevent Gun Violence*, "Existing law prohibits the sale or transfer of a handgun to any person below the age of 21 years. SB 1100 will similarly prohibit, with exceptions, the sale or transfer of a long gun by a licensed firearm dealer to a person under age of 21. Additionally, the bill will require those who manufacture or assemble a long gun to be at least 21 years old in order to obtain a serial number for the firearm and register it with the California Department of Justice. These provisions makes sense as those under age 21 are disproportionally linked to crime. In 2015, 23.4 percent of those arrested for murder and non-negligent manslaughter in the U.S. were under 21 and 26.5 percent of those arrested for "weapons carrying, possession, etc." were under age 21. Individuals age 18 to 20 compromise only 4% of the population but commit 17% of gun homicides.
"Maturity, impulsive or reckless behavior, and responsibility vary greatly among 18-20 year olds. This is recognized in other areas – those under age 21 cannot buy alcohol, rent a car, or purchase a handgun – and the same age restriction should apply to long guns.

3) **Argument in Opposition**: According to the *Outdoor Sportsmen's Coalition of California,* "SB 1100 would needlessly raise the age for purchasing a rifle or shotgun from 18 to 21onth.

"Rather than raise the minimum age for lawful individuals to purchase a rifle or shotgun, or limit such purchases to one firearm per month, experience with mass homicides and other crimes involving firearms has clearly shown that the focus should be on preventing criminals and individuals suffering from mental illness from acquiring firearms, not on those who are not a part of the problem.

"Persons who have an intent to commit such crimes, or other illegal acts involving the use of a firearm, will always be able to obtain firearms through unlawful sources without going through a licensed firearms dealer.

"The restrictions proposed in SB 1100 will not prevent it.

4) **Related Legislation**: AB 3 (Bonta) is similar to this bill in that it prohibits the sale of any firearm to a person under 21 years of age. AB 3 is pending hearing in the Senate public Safety Committee.

**REGISTERED SUPPORT / OPPOSITION**:

**Support**

California Chapters of the Brady Campaign to prevent Gun Violence
Giffords Law Center to Prevent Gun Violence
American Academy of Pediatrics
Bay Area Student Activists
City of Santa Monica

Exhibit 21
0435

**Opposition**

California Sportsman's Lobby
Gun Owners of California
Firearms Policy Coalition
National Shooting Sports Foundation
Outdoor Sportsmen's Coalition of California
Safari Club International
California Sportsman's Lobby
National Shooting Sports Foundation

**Analysis Prepared by**:   Gregory Pagan / PUB. S. / (916) 319-3744

Exhibit 21

0436

# Exhibit 22

Exhibit 22

0437

| | | | |
|---|---|---|---|
| **Bill No:** | SB 1100 | **Hearing Date:** | April 17, 2018 |
| **Author:** | Portantino | | |
| **Version:** | March 19, 2018 | | |
| **Urgency:** | No | **Fiscal:** | Yes |
| **Consultant:** | GC | | |

### Subject:  *Firearms:  Transfers*

## HISTORY

Source:  Author

Prior Legislation:  AB 1674 (Santiago),  2015, vetoed
AB 202 (Knox), Ch. 128, Stats. of 1999

Support:  California  Chapters of the Brady Campaign;  Giffords  Law Center to Prevent Gun Violence

Opposition:  Firearms  Policy  Coalition

## PURPOSE

***The purpose of this bill is to extend the prohibition on purchasing more than one handgun a month to include all firearms and increases the age from 18 to 21 years for a person to purchase a firearm from a licensed dealer.***

*Existing law* prohibits  a person from making  more than one application  to purchase a handgun within  any 30-day period. (Pen. Code § 27535.)

*Existing law* prohibits  a firearms  dealer from delivering  a handgun to a person whenever  the dealer is notified  by the Department  of Justice that within  the preceding 30-day period the purchaser has made another  application  to purchase a handgun that does not fall within  an exception  to the 30-day prohibition.  A violation  of that delivery  prohibition  by the dealer is a crime. (Pen. Code § 27540.)

*This bill* extends  the prohibition  on purchasing  more than one handgun  a month to all firearms, including  long guns.

*Existing law* exempts the following  from the one handgun a month prohibition:  (Pen. Code, § 27535, subd. (b).)

- Any law enforcement  agency.
- Any agency duly authorized  to perform law enforcement  duties.
- Any state or local correctional  facility.

Exhibit 22

0438

- Any private security company licensed to do business in California.
- Any person who is properly identified as a full-time paid peace officer and who is authorized to, and does carry a firearm during the course and scope of employment as a peace officer.
- Any motion picture, television, or video production company or entertainment or theatrical company whose production by its nature involves the use of a firearm.
- Any person who may make a valid claim an exemption from the waiting period set forth in Section 27540.
- Any transaction conducted through a licensed firearms dealer pursuant to Chapter 5 (commencing with Section 28050).
- Any person who is licensed as a collector and has a current certificate of eligibility issued by the Department of Justice.
- The exchange of a handgun where the dealer purchased that firearm from the person seeking the exchange within the 30-day period immediately preceding the date of exchange or replacement.
- The replacement of a handgun when the person's handgun was lost or stolen, and the person reported that firearm lost or stolen prior to the completion of the application to purchase to any local law enforcement agency of the city, county, or city and county in which the person resides.
- The return of any handgun to its owner.
- A community college that is certified by the Commission on Peace Officer Standards and Training to present the law enforcement academy basic course or other commission-certified law enforcement training.

*This bill* adds the following exceptions to the one gun a month prohibition:

- The purchase of a firearm, other than a handgun, by a person who possesses a valid, unexpired hunting license issued by the Department of Fish and Wildlife.
- The acquisition of a firearm, other than a handgun, at an auction or similar event conducted by a nonprofit public benefit or mutual benefit corporation to fund the activities of that corporation or local chapters of that corporation.

*Existing law* prohibits the sale or transfer of a handgun, except as specifically exempted, to any person below the age of 21 years. (Pen. Code § 27510.)

*Existing law* also prohibits the sale or transfer of a firearm, other than a handgun, except as specifically exempted, to any person below the age of 18 years. (Pen. Code § 27510.)

*This bill* prohibits the sale or transfer by a licensed dealer of a long gun to a person below the age of 21 years, increasing the age from 18 years to 21 years of age. The bill exempts long gun purchases or transfers when the purchaser or transferee has a valid, unexpired hunting permit.

Exhibit 22

0439

# COMMENTS

## 1. Need for This Bill

According to the author:

> While handguns are used in the majority of gun deaths, long guns have been used to perpetrate many of the largest mass shootings in U.S. history, including the tragic event that took place in San Bernardino, California.

> California is home to the most stringent gun laws in the county. One example is requiring an individual to be 21 years of age in order to purchase a handgun. Another is the general limitation on a gun dealer delivery of only one handgun to an individual in a 30 day period.

> Since these laws have taken effect, data shows that there has been a successful reduction in the incidence of gun trafficking while not burdening legitimate gun owners or persons who wish to acquire guns.

> In order to be uniformly consistent, California should apply the 30 day delivery period and 21 year age limit to long guns.

> Firearms will not be delivered whenever the dealer is notified by the DOJ that within the preceding 30-day period the purchaser has made another application to purchase a firearm. In addition, because of the interaction of state and federal law, receivers or frames (the gun minus the barrel) are also applicable to the 30-day purchase period. This bill will also define a frame or a receiver of a firearm.

> Lastly, this bill would also prohibit the sale or transfer of any firearm by a licensed dealer, except as specially exempted, to any person below the age of 21 years.

## 2. One Gun a Month

According to the Senate Public Safety Analysis of Assembly Bill 202 (Knox, of 1999), which created the one-handgun-a-month law in California:

> The State of Virginia enacted a "one-handgun-a-month" law in 1993 (before the Federal Brady Bill, which required at least a five day waiting period plus a background check for states without such requirements). That state had weak restrictions on handgun sales and it has been stated that gun traffickers from New York City routinely traveled to Virginia to purchase quantities of weapons to take back for illegal sale in other states. Purchases of more than one handgun per 30-day period in Virginia is allowed upon completion of an "enhanced" background check when the purchase is for lawful business or personal use, for purposes of collectors, bulk sales and purchases from estates, to replace a lost or stolen weapon, and similar situations.

Exhibit 22

0440

Supporters of limits on purchases of handguns assume that the Virginia limits and the limits in this bill would only affect a very small proportion of legitimate handgun purchasers. A family of two adults could still purchase 24 handguns a year under the provisions of both this bill and the Virginia law.

Virginia repealed this law in 2012. But, according to the Law Center to Prevent Gun Violence:

Virginia's one-gun-a-month law – which was in effect from 1993 to 2012 and prohibited the purchase of more than one handgun per person in any 30-day period – significantly reduced the number of crime guns traced to Virginia dealers. Virginia initially adopted its law after the state became recognized as a primary source of crime guns recovered in states in the northeastern U.S. After the law's adoption, the odds of tracing a gun originally acquired in the Southeast to a Virginia gun dealer (as opposed to a dealer in a different southeastern state) dropped by:

- 71% for guns recovered in New York;
- 72% for guns recovered in Massachusetts; and
- 66% for guns recovered in New Jersey, New York, Connecticut, Rhode Island and Massachusetts combined.

(http://smartgunlaws.org/multiple-purchases-sales-of-firearms-policy-summary/ [footnotes omitted].)

Other states that have limits on the number of firearms that can be sold in one month include:

- California: California law prohibits any person from purchasing more than one handgun within any 30-day period. In addition, a licensed firearms dealer may not deliver a handgun to any person following notification from the California Department of Justice that the purchaser has applied to acquire a handgun within the preceding 30-day period. Finally, firearms dealers must conspicuously post in their licensed premises a warning, in block letters at least one inch in height, notifying purchasers of these restrictions.

- District of Columbia: A person may not register more than one handgun in the District during any 30-day period. Since every handgun must be registered, this amounts to a purchase and sale limitation of one handgun per 30-day period. . .

- Maryland: Maryland prohibits any person from purchasing more than one handgun or assault weapon within a 30-day period. Under limited circumstances, a person may be approved by the Secretary of the Maryland State Police to purchase multiple handguns or assault weapons in a 30-day period. Maryland also penalizes any dealer or other seller who knowingly participates in an illegal purchase of a handgun or assault weapon. . .

- New Jersey: New Jersey prohibits licensed firearms dealers from knowingly delivering more than one handgun to any person within any 30-day period. With limited exceptions, no person may purchase more than one handgun within any 30-day period. New Jersey requires a handgun purchaser to obtain a separate permit for

Exhibit 22

0441

each handgun purchased, and present the permit to the seller. The seller must keep a copy of each permit presented.

(http://smartgunlaws.org/multiple-purchases-sales-of-firearms-policy-summary/[footnotes omitted].)

*Senate Bill 1674 (Santiago), of 2015: Veto Message*

The Governor stated in his veto message of Senate Bill 1674, which would have prohibited any person from making an application to purchase more than one firearm within any 30-day period:

> This bill generally prohibits the purchase of more than one firearm within any 30-day period. It should be noted that California already bans the purchase of more than one handgun per month.
>
> While well-intentioned, I believe this bill would have the effect of burdening lawful citizens who wish to sell certain firearms that they no longer need.
>
> Given California's stringent laws restricting gun ownership, I do not believe this additional restriction is needed.

## 3. Increasing the Age for Purchase of Long Guns

This bill would increase the minimum age from 18 to 21 years for a person to purchase all firearms in California. The age restriction would also impact the ability to transfer a weapon. Under current law a person must be 21 years of age to purchase a handgun, and this bill applies those same rules to the purchase and transfer of all firearms (including long guns). The bill creates an exception to this rule when the purchaser or transferee has a valid, unexpired hunting license issued by the Department of Fish and Wildlife.

On February 14, 2018 Nikolas Cruz shot and killed seventeen people and wounded an additional seventeen people at Marjory Stoneman Douglas High School in Parkland, Florida. The perpetrator was 19-years old at the time of the incident, and he used assault rifles. Following the incident Florida passed legislation to increase the minimum age for buying rifles to 21-years. The National Rifle Association challenged the law and filed a lawsuit in the United States District court for the Northern District of Florida alleging that the ban on gun sales to people under 21 years of age is unconstitutional because it violates their rights under the Second and Fourteenth Amendments to the U.S. Constitution because 18-year-olds are classified as adults.

On March 1, 2018 George Skelton wrote an editorial for the LA Times[1] on this bill. He stated the following regarding this provision:

> In Sacramento, state Sen. Anthony Portantino (D-La Cañada Flintridge) proposes taking an even bigger step. He introduced legislation Wednesday to increase the legal age to 21 in California for buying any gun, including a shotgun or rifle with low ammo capacity. A shooter with a hunting license would be exempt because he'd taken a gun safety course.

---

[1] http://www.latimes.com/politics/la-pol-ca-skelton-guns-schools-teachers-20180301-story.html

Exhibit 22

0442

What about a skeet shooter? Or someone who just likes to plink tin cans out by the barn?

Doesn't make sense that an 18-year-old can enlist in the Army and be armed with an automatic M-16 to fight terrorists, but can't buy a bolt-action plinker back home until he's 21.

In Florida, where the gun lobby usually prevails in the Legislature, a House committee bucked the NRA on Tuesday and approved a bill to raise the rifle-buying age from 18 to 21. This came after emotional testimony from parents of students killed in the school shooting.

The committee also voted to allow arming of teachers. But it rejected a ban on assault weapons.

Everyone needs to get their priorities straight: Let the teachers teach. Treat 18-year-olds like adults. Get rid of all assault weapons.

However, there are a number of instances when lawmakers have limited the ability of person's under the age of 21 to engage in activities which are otherwise lawful. Notably, persons under the age of 21 are not allowed to ingest alcohol or marijuana under California law.

## 4. California Hunting Licenses

This bill creates an exemption from the prohibition on persons under the age of 21 purchasing or receiving a long gun if the person under the age of 21 has a valid, unexpired hunting license. In order to obtain a hunting license in California a person must:

- Complete the California Hunter Education Certification requirements
- Choose the correct type of hunting license.
- Purchase a license through the California Department of Fish and Wildlife website or a California approved agent.

The Official California Hunter Safety Course is an online course that costs $28.95. There is no minimum age for the course. The course requires a follow-up course that is a 4-hour review of the online course with a certified hunter education instructor. The course includes a student demonstration of safe firearm handling and a test. Following completion of the follow-up course the enrollee receives a Hunter Education Certificate.

## 5. Argument in Support

According to the California Chapters of the Brady Campaign:

The California Brady Campaign generally believes that handguns and long guns (rifles, shotguns and lower receivers) should be subject to the same laws. Modern sporting rifles are often high powered semi-automatic weapons with exchangeable magazines that can pose a greater threat than handguns. In the early 1990s, it was thought that handguns made up an overwhelming share of crime guns, but the data shows that is no longer the case. Of the 26,682 crime guns entered into the

Exhibit 22

0443

Department of Justice Firearms Systems database in 2009, 11,500 were long guns.[i]

Existing law prohibits the sale or transfer of a handgun to a person below the age of 21 years. SB 1100 will similarly prohibit, with exceptions, the sale or transfer of a long gun by a licensed firearm dealer to a person under age 21. Additionally, the bill will require those who manufacture or assemble a long gun to be at least 21 years old in order to obtain a serial number for the firearm and register it with the California Department of Justice. These provisions makes sense as those under age 21 are disproportionally linked to crime. In 2015, 23.4 percent of those arrested for murder and non-negligent manslaughter in the U.S. were under 21[ii] and 26.5 percent of those arrested for "weapons carrying, possession, etc." were under age 21.[iii] Individuals age 18 to 20 comprise only 4% of the population but commit 17% of gun homicides.[iv]

Maturity, impulsive or reckless behavior, and responsibility vary greatly among 18-20 year olds. This is recognized in other areas – those under age 21 cannot buy alcohol, rent a car, or purchase a handgun – and the same age restriction should apply to long guns.

Additionally, SB 1100 will limit purchases of long guns from licensed firearms dealers in California to no more than one gun per person per 30-day period, with appropriate exemptions. This is current law for handguns and is a recognized strategy for curbing the illegal flow of guns by taking the profit out of selling guns from bulk purchases on the black market. It stands to reason that a person buying large quantities of guns at one time may be acting as a straw purchaser or gun trafficker. Moreover, many of these bulk purchases are for lower receivers, which can be built up into military-style weapons and sold for a big profit. Firearms acquired in bulk are frequently used in crime. A University of Pennsylvania report found that a quarter of all guns used in crime were purchased as part of a multiple-gun sale and that guns purchased in bulk were up to 64% more likely to be used for illegal purposes than guns purchased individually.[v] Limiting multiple-gun sales within a short period of time for all firearm, including long guns, is clearly in the interest of public safety.

**-- END –**

---

[i] Data provided by the California Department of Justice, April 6, 2010.
[ii] FBI 2015 Crime in the United States, https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/tables/table-41.
[iii] Ibid.
[iv] "Uniform Crime Reporting Program Data: Supplementary Homicide Reports, 2015," US Department of Justice, Federal Bureau of Investigation, https://ucr.fbi.gov/nibrs/addendumfor-submitting-cargo-theft-data/shr.
[v] Koper, Christopher S.; Jerry Lee Center of Criminology, Univ. of Penn., *Crime Gun Risk Factors: Buyer, Seller, Firearm, and Transaction Characteristics Associated with Gun Trafficking and Criminal Gun Use -- A report to the National Institute of Justice, U.S. Department of Justice* (2007). https://www.ncjrs.gov/pdffiles1/nij/grants/221074. pdf.

Exhibit 22
0444