Darren A. LaVerne* (NY 4353298)
Karen S. Kennedy* (NY 2429371)
Jessica K. Weigel* (NY 5338975)
Dayna M. Chikamoto* (NY 5487400)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9190

Lisa Kobialka (SBN 191404)
Kramer Levin Naftalis & Frankel LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1711

William J. Taylor, Jr.* (NY 3958956)
Everytown Law
450 Lexington Avenue
P.O. Box. 4184
New York, NY 10017
(646) 324-8215

*Motion for *Pro Hac Vice* admission pending

*Attorneys for Amicus Curiae
Everytown for Gun Safety Support Fund*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; BRENT E. ORICK, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms; and DOES 1-20,<br><br>Defendants. | Case No.: 3:19-CV-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Lisa Kobialka, am employed in the Menlo Park, California office of Kramer Levin Naftalis & Frankel LLP. I am over the age of 18 and not a party to the within action. My business address is 990 Marsh Road, Menlo Park, California 94025.

On January 3, 2020, I served the following documents via the Court's ECF filing system:

**MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF BY EVERYTOWN FOR GUN SAFETY SUPPORT FUND IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**BRIEF OF AMICUS CURIAE EVERYTOWN FOR GUN SAFETY SUPPORT FUND IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF LISA KOBIALKA IN SUPPORT OF AMICUS CURIAE EVERYTOWN FOR GUN SAFETY SUPPORT FUND'S BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

**INDEX OF EXHIBITS TO DECLARATION OF LISA KOBIALKA**

**EXHIBITS 1-22 TO DECLARATION OF LISA KOBIALKA**

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2020, in Menlo Park, California.

                                   _/s Lisa Kobialka_
                                   Lisa Kobialka

PROOF OF SERVICE                                                         CASE NO. 19-CV-01226-L-AHG