# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Matthew Jones, et al.,  **Plaintiff,**

v.

Xavier Becerra, et al.,  **Defendant.**

Case No. 19-cv-01226-L-AHG

**PRO HAC VICE APPLICATION**

Party Represented: Amicus Curiae Everytown for Gun Safety Support Fund

I, William James Taylor Jr. (Applicant), hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Everytown Law
Street address: 450 Lexington Avenue, P.O. Box 4184
City, State, ZIP: New York, NY 10017-3904
Phone number: (646) 324-8215
Email: wtaylor@everytown.org

That on 11/19/2001 (Date) I was admitted to practice before New York Court of Appeals (Name of Court) and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I [ ] have [✓] have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case: _____
Case Number: _____   Date of Application: _____
Application: [ ] Granted   [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

/s/ William James Taylor, Jr.
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Lisa Kobialka (Name)    (650) 752-1700 (Telephone)
Kramer Levin Naftalis & Frankel LLP (Firm)
990 Marsh Road (Street)   Menlo Park (City)   CA (Zip code)

/s/ William James Taylor, Jr.
(Signature of Applicant)

I hereby consent to the above designation.

/s/ Lisa Kobialka
(Signature of Designee Attorney)