JEREMY T. ELMAN (SBN 223696)
jelman@whitecase.com
WHITE & CASE LLP
3000 EL CAMINO REAL
2 PALO ALTO SQUARE, SUITE 900
PALO ALTO, CA 94306
Telephone: (650) 213-0300
Facsimile: (213) 452-2329

Attorney for *Amicus Curiae*
BRADY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; THE CALIFORNIA GUN RIGHTS FOUNDATION; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; BRENT E. ORICK, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms; and DOES 1-20,<br><br>Defendants. | Case No. 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that movant Brady hereby moves to participate as *amicus curiae* in the above-captioned matter.

The Court has inherent authority to allow the participation of an *amicus curiae*. Given the issues before the Court in this matter, Brady's participation would enable the Court to better assess the legal and factual questions underlying these issues. This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, and any and all papers on file in this action.

Dated: January 3, 2020

Respectfully submitted,

By: /s/ Jeremy T. Elman
Jeremy T. Elman
Attorney for *Amicus Curiae* Brady