1   JEREMY T. ELMAN (SBN 223696)
2   jelman@whitecase.com
    WHITE & CASE LLP
3   3000 El Camino Real
    2 Palo Alto Square, Suite 900
4   Palo Alto, CA  94306
    Telephone:   (650) 213-0300
5   Facsimile:    (650) 213-8158

6   Attorney for *Amicus Curiae*
    BRADY CENTER TO PREVENT GUN
7   VIOLENCE

8                  UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11   MATTHEW JONES; THOMAS              Case No. 3:19-cv-01226-L-AHG
     FURRH; KYLE YAMAMOTO; PWGG,
12   L.P. (d.b.a. POWAY WEAPONS AND     Hon. M. James Lorenz and
     GEAR and PWG RANGE); NORTH         Magistrate Judge Allison H.
13   COUNTY SHOOTING CENTER, INC.;      Goddard
     BEEBE FAMILY ARMS AND
14   MUNITIONS LLC (d.b.a. BFAM and     **DECLARATION OF**
     BEEBE FAMILY ARMS AND             **JEREMY T. ELMAN IN**
15   MUNITIONS); FIREARMS POLICY       **SUPPORT OF BRADY'S**
     COALITION, INC.; FIREARMS         **MEMORANDUM OF**
16   POLICY FOUNDATION; THE            **POINTS AND**
     CALIFORNIA GUN RIGHTS             **AUTHORITIES IN**
17   FOUNDATION; and SECOND            **SUPPORT OF MOTION**
     AMENDMENT FOUNDATION,             **FOR LEAVE TO**
18                                     **PARTICIPATE AS *AMICUS***
                   Plaintiffs,          ***CURIAE***
19
            v.
20
     XAVIER BECERRA, in his official
21   capacity as Attorney General of the State
     of California; BRENT E. ORICK, in his
22   official capacity as Acting Director of
     the Department of Justice Bureau of
23   Firearms; and DOES 1-20,
24                 Defendants.
25
26
27
28

I, Jeremy T. Elman, declare as follows:

1.      I am Counsel at White & Case LLP and counsel for Amicus Curiae Brady Center to Prevent Gun Violence ("Brady").  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to those facts.

2.      Attached hereto as Exhibit 1 is a true and correct copy of S. Rules Comm. Rep. for S.B. 1100.

3.      Attached hereto as Exhibit 2 is a true and correct copy of an article by Megan Molteni, *The Looser a State's Gun Laws, the More Mass Shootings It Has*, WIRED (Aug. 6, 2019).

4.      Attached hereto as Exhibit 3 is a true and correct copy of an article by Jill Cowan, *What to Know About the Poway Synagogue Shooting*, N.Y. Times, (Apr. 29, 2019).

5.      Attached hereto as Exhibit 4 is a true and correct copy of an article by David Ingram et al., *Gilroy Garlic Festival Gunman Referred to 'Might is Right' Manifesto Before Shooting*, NBC News (July 29, 2019).

6.      Attached hereto as Exhibit 5 is a true and correct copy of an article by the Associated Press, *5 Suspects Arrested in Halloween Airbnb Party Shooting*, USA Today (Nov. 15, 2019).

7.      Attached hereto as Exhibit 6 is a true and correct copy of an article by Bonnie Berkowitz et al., *More and Deadlier: Mass Shooting Trends in America*, Wash. Post (Aug. 5, 2019).

8.      Attached hereto as Exhibit 7 is a true and correct copy of an article by Bill Hutchinson, *Family of alleged gunman in El Paso massacre claims he was influenced by 'people we do not know'*, ABC News (Aug. 7, 2019).

9.      Attached hereto as Exhibit 8 is a true and correct copy of an article *Mass Shootings in the US Fast Facts*, CNN (Aug. 19, 2019), https://www.cnn.com/ 2019/08/19/us/mass-shootings-fast-facts/index.html.

1

10.     Attached hereto as Exhibit 9 is a true and correct copy of Center for Homeland Defense and Security, *Incidents by Injuries and Fatalities Annually*, K-12 School Shooting Database, https://www.chds.us/ssdb/incidents-by-injuries-and-fatalities-annually-2010-present/ (last visited Nov. 20, 2019).

11.     Attached hereto as Exhibit 10 is a true and correct copy of Center for Homeland Defense and Security, *Incidents by Age of Shooter*, K-12 School Shooting Database, https://www.chds.us/ssdb/incidents-by-age-of-shooter-2/ (last visited Nov. 20, 2019).

12.     Attached hereto as Exhibit 11 is a true and correct copy of a publication by Brad J. Bushman et al., *Youth Violence: What We Know and What We Need to Know*, 71 Am. Psychol. 17 (2016).

13.     Attached hereto as Exhibit 12 is a true and correct copy of a publication by James P. O'Neill et al., *Active Shooter Recommendation and Analysis for Risk Mitigation* (2016).

14.     Attached hereto as Exhibit 13 is a true and correct copy of a publication by Bryan Vossekuil et al., *The Final Report and Findings of the Safe School Initiative: Implications for the Prevention of School Attacks in the United States* (2004).

15.     Attached hereto as Exhibit 14 is a true and correct copy an article by Bonnie Berkowitz et al., *The Terrible Numbers That Grow With Each Mass Shooting*, Wash. Post (Nov. 17, 2019), https://www.washingtonpost.com/graphics/2018/national/mass-shootings-in-america.

16.     Attached hereto as Exhibit 15 is a true and correct copy of an article by Mark Follman et al., *A Guide to Mass Shootings in America*, Mother Jones (Nov. 13, 2019), https://www.motherjones.com/politics/2012/07/mass-shootings-map/21/.

17.     Attached hereto as Exhibit 16 is a true and correct copy of Center for Homeland Defense and Security, *Incidents by Caliber of Firearm*, K-12 School

Shooting Database, https://www.chds.us/ssdb/incidents-by-caliber-of-firearm-2010-present/ (last visited Nov. 20, 2019).

18.    Attached hereto as Exhibit 17 is a true and correct copy of a publication by Chelsea Parsons, et al., *America's Youth Under Fire*, Center for American Progress (May 4, 2018, 9:02 AM) https://www.americanprogress.org/issues/guns-crime/reports/2018/05/04/450343/americas-youth-fire/ (last visited Jan. 3, 2020).

19.    Attached hereto as Exhibit 18 is a true and correct copy of a publication by RAND Corporation, *The Science of Gun Policy: A Critical Synthesis of Research Evidence on the Effects of Gun Policies in the United States* (2018).

20.    Attached hereto as Exhibit 19 is a true and correct copy of a publication by Elizabeth S. Scott et al., *Young Adulthood as a Transitional Legal Category: Science, Social Change, and Justice Policy*, 85 Fordham L. Rev. 641 (2016).

21.    Attached hereto as Exhibit 20 is a true and correct copy of Everytown for Gun Safety, *Keeping Our Schools Safe: A Plan to Stop Mass Shootings and End Gun Violence in American Schools* (2019).

22.    Attached hereto as Exhibit 21 is a true and correct copy of a publication by Johns Hopkins Bloomberg School of Public Health, *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis* (Daniel W. Webster & Jon S. Vernick eds. 2013).

23.    Attached hereto as Exhibit 22 is a true and correct copy of a publication by Katherine A. Vittes et al., *Legal Status and Source of Offenders' Firearms in States with Least Stringent Criteria for Gun Ownership,* 19 Injury Prevention 26 (2013).

24.    Attached hereto as Exhibit 23 is a true and correct copy of *Federal Firearms Act: Hearings Before the Subcomm. to Investigate Juvenile Delinquency of the S. Comm. on the Judiciary*, 90th Cong. 36 (1967).

25.     Attached hereto as Exhibit 24 is a true and correct copy of U.S. Dep't of the Treasury & U.S. Dep't of Justice, *Gun Crime in the Age Group 18-20* (1999).

26.     Attached hereto as Exhibit 25 is a true and correct copy of U.S. Dep't of Justice, Bureau of Justice Statistics, *Homicide Trends in the United States* (2005).

27.     Attached hereto as Exhibit 26 is a true and correct copy of U.S. Dep't of Justice, Federal Bureau of Investigations, *Crime in the United States, Arrests by Age*, *2009*, https://www2.fbi.gov/ucr/cius2009/data/table_38.html (last visited Nov. 20, 2019).

28.     Attached hereto as Exhibit 27 is a true and correct copy of Giffords Law Center to Prevent Gun Violence, *Minimum Age to Purchase & Posses*, https://lawcenter.giffords.org/gun-laws/policy-areas/who-can-have-a-gun/minimum-age/#federal (last visited Nov. 20, 2019).

29.     Attached hereto as Exhibit 28 is a true and correct copy of a publication by Steinberg, et al., *Psychosocial Maturity and Desistance From Crime in a Sample of Serious Juvenile Offenders, Juvenile Justice Bulletin,* DOJ Office of Juvenile Justice and Delinquency Prevention (March 2015).

30.     Attached hereto as Exhibit 29 is a true and correct copy of a publication entitled Sara B. Johnson et al., *Adolescent Maturity and the Brain: The Promises and Pitfalls of Neuroscience Research in Adolescent Health Policy*, 45 J. Adolescent Health 216 (2009).

31.     Attached hereto as Exhibit 30 is a true and correct copy of a publication by Grace Icenogle et al., *Adolescents' Cognitive Capacity Reaches Adult Levels Prior to Their Psychosocial Maturity: Evidence for a "Maturity Gap" in a Multinational, Cross-Sectional Sample,* 43 Law & Human Behavior 69 (2019).

32.     Attached hereto as Exhibit 31 is a true and correct copy of a publication by Adam Ortiz, *Adolescence, Brain Development, and Legal Culpability*, American Bar Association Juvenile Justice Center (Jan. 2004).

4

DECLARATION OF JEREMY T. ELMAN ISO BRADY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*

33.     Attached hereto as Exhibit 32 is a true and correct copy of a publication by Daniel W. Webster et al., *Firearms on College Campuses: Research Evidence and Policy Implications,* Johns Hopkins Ctr. For Gun Policy and Research (Oct. 2016).

34.     Attached hereto as Exhibit 33 is a true and correct copy of a publication by Wayne R. Barnes, *Arrested Development: Rethinking the Contract Age of Majority for the Twenty-First Century Adolescent*, 76 Md. L. Rev. 405 (2017).

35.     Attached hereto as Exhibit 34 is a true and correct copy of a publication by Jay N. Giedd, et al., *Brain Development During Childhood and Adolescence: A Longitdinal MRI Study*,  2 Nature Neuroscience 861 (1999).

36.     Attached hereto as Exhibit 35 is a true and correct copy of a publication by Nitin Gogtay et al., *Dynamic Mapping of Human Cortical Development During Childhood Through Early Adulthood*, 101 Proceedings of the Nat'l Acad. of Sci. of the U.S.A. 8174 (2004).

37.     Attached hereto as Exhibit 36 is a true and correct copy of Nat'l Inst. of Mental Health (Press Release), *Imaging Study Shows Brain Maturing* (May 17, 2004).

38.     Attached hereto as Exhibit 37 is a true and correct copy of an article by Claudia Wallis, *What Makes Teens Tick*, TIME, May 10, 2004.

39.     Attached hereto as Exhibit 38 is a true and correct copy of a publication by Anne Fetterman, et al. *Understanding the Teen Brain*, University of Rochester Medical Center Health Encyclopedia, https://www.urmc. rochester.edu/encyclopedia/content.aspx?ContentTypeID=1&ContentID=3051 (last visited Jan. 3, 2020).

40.     Attached hereto as Exhibit 39 is a true and correct copy of a publication by Philip Shaw et al., *Neurodevelopmental Trajectories of the Human Cerebral Cortex,* 28 J. Neuroscience 3586 (2008).

41.     Attached hereto as Exhibit 40 is a true and correct copy of a publication by Catherine A. Hartley & Leah H. Somerville, *The Neuroscience of Adolescent Decision-Making*, 5 Current Opinion Behav. Sci. 108 (2015).

42.     Attached hereto as Exhibit 41 is a true and correct copy of a publication by Laurence Steinberg, et al., *Are adolescents less mature than adults?: Minors' access to abortion, the juvenile death penalty, and the alleged APA "flip-flop"*, 64 American Psychologist 583 (2009).

43.     Attached hereto as Exhibit 42 is a true and correct copy of a publication by Alexandra O. Cohen, et al., *When is an adolescent an adult? Assessing cognitive control in emotional and non-emotional contexts*, 27 Psychological Science 549 (2016)

44.     Attached hereto as Exhibit 43 is a true and correct copy of a publication by Andrew A. Schwartz, *Old Enough to Fight, Old Enough to Swipe: A Critique of the Infancy Rule in the Federal Credit CARD Act*, 2011 Utah L. Rev. 407.

45.     Attached hereto as Exhibit 44 is a true and correct copy of a publication by Jeffrey Jensen Arnett, *Emerging Adulthood*, 55 Am. Psychologist 469 (2000).

46.     Attached hereto as Exhibit 45 is a true and correct copy of a publication by Jeffrey Arnett, *Reckless Behavior in Adolescence: A Developmental Perspective*, 12 Developmental Rev. 339 (1992).

47.     Attached hereto as Exhibit 46 is a true and correct copy of a publication by Tom W. Smith, *Coming of Age in Twenty-First Century America: Public Attitudes Towards the Importance and Timing of Transitions to Adulthood*, 29 Ageing Int'l 136 (2004).

48.     Attached hereto as Exhibit 47 is a true and correct copy of a publication by Gordon Berlin et al., *Introducing the Issue*, 20 Transition to Adulthood 3 (2010).

49.     Attached hereto as Exhibit 48 is a true and correct copy of an article by Lucy Wallis, *Is 25 the new cut-off point for adulthood?*, BBC News (Sept. 2013), https://www.bbc.com/news/magazine-24173194 (last visited Jan. 3, 2020).

50.     Attached hereto as Exhibit 49 is a true and correct copy of U.S. Census Bureau, *Fig. MS-2, Median Age at First Marriage: 1890 to Present*, https://www.census.gov/content/dam/Census/library/visualizations/time-series/demo/families-and-households/ms-2.pdf (last visited Nov. 17, 2019).

51.     Attached hereto as Exhibit 50 is a true and correct copy of a publication by T.J. Mathews & Brady E. Hamilton, *Mean Age of Mother, 1970-2000*, 51 Nat'l Vital Stat. Rep. 1, 2 (2002), http://www.cdc.gov/nchs/data/nvsr/nvsr51/nvsr51_01.pdf (last visited Jan. 3, 2020).

52.     Attached hereto as Exhibit 51 is a true and correct copy of a publication by T.J. Mathews & Brady E. Hamilton, *Mean Age of Mothers is on the Rise: United States, 2000-2014,* NCHS Data Brief, No. 232 (2016), https://www.cdc.gov/nchs/data/databriefs/db232.pdf (last visited Jan. 3, 2020).

53.     Attached hereto as Exhibit 52 is a true and correct copy of a publication by Jonathan Vespa, *The Changing Economics and Demographics of Young Adulthood: 1975-2016*, https://www.census.gov/content/dam/Census/library/publications/2017/demo/p20-579.pdf (last visited Jan. 3, 2020).

54.     Attached hereto as Exhibit 53 is a true and correct copy of U.S. Food and Drug Administration, *Selling Tobacco Products in Retail Stores*, https://www.fda.gov/tobacco-products/retail-sales-tobacco-products/selling-tobacco-products-retail-stores (last visited Jan. 3, 2020).

55.     Attached hereto as Exhibit 54 is a true and correct copy of an article by Jeremy Berke & Skye Gould, *Legal marijuana just went on sale in Illinois. Here are all the states where cannabis is legal*, Business Insider, June 25, 2019, https://www.businessinsider.com/legal-marijuana-states-2018-1 (last visited Jan. 3, 2020).

DECLARATION OF JEREMY T. ELMAN ISO BRADY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*

56.     Attached hereto as Exhibit 55 is a true and correct copy of U.S. Dep't of Justice, Federal Bureau of Investigations, *2018 Crime in the United States*, https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/tables/expanded-homicide-data-table-8.xls (last visited Jan. 3, 2020).

57.     Attached hereto as Exhibit 56 is a true and correct copy of a publication by Giffords Law Center to Prevent Gun Violence, *Concealed Carry*, https://lawcenter.giffords.org/gun-laws/policy-areas/guns-in-public/concealed-carry/ (last visited Jan. 3, 2020).

58.     Attached hereto as Exhibit 57 is a true and correct copy of a publication by John J. Donohue et al., *The Impact of Right to Carry Laws and the NRC Report: The Latest Lessons for the Empirical Evaluation of Law and Policy*, National Bureau of Economic Research (2012).

59.     Attached hereto as Exhibit 58 is a true and correct copy of a publication by Matthew Miller, et al., *Firearms and Violent Death in the United States*, *in Reducing Gun Violence in America*.

60.     Attached hereto as Exhibit 59 is a true and correct copy of a publication by John J. Donohue et al., *Right-to-Carry Laws and Violent Crime: A Comprehensive Assessment Using Panel Data and a State-Level Synthetic Control Analysis*, 16 J. Empirical Analysis 198 (2019).

61.     Attached hereto as Exhibit 60 is a true and correct copy of a publication by Chelsea Parsons and Eugenio Weigend, *America Under Fire*, Center for American Progress (2016).

62.     Attached hereto as Exhibit 61 is a true and correct copy of a publication by Elinore J. Kaufman, et al., *State Firearm Laws and Interstate Firearm Deaths From Homicide and Suicide in the United States*, 178 JAMA Intern Med. 692 (2018).

63.     Attached hereto as Exhibit 62 is a true and correct copy of a publication by Michael Siegel et al., *The Impact of State Firearm Laws on*

1    *Homicide and Suicide Deaths in the USA, 1991–2016: a Panel Study*, 34 J. Gen

2    Intern. Med. 2021 (2019).

3         64.     Attached hereto as Exhibit 63 is a true and correct copy of a

4    publication by Julian Santaella-Tenorio et al., *What Do We Know About the*

5    *Association Between Firearm Legislation and Firearm-Related Injuries?*,

6    38 Epidemiol Rev. 140 (2016).

7         65.     Attached hereto as Exhibit 64 is a true and correct copy of a

8    publication by John Locke, Two Treatises of Government

9    (London Prints, 1690).

10        66.     Attached hereto as Exhibit 65 is a true and correct copy of a

11    publication by Samuel Adams, *The Rights of the Colonists: Report of the*

12    *Committee of Correspondence to the Boston Town Meeting*,

13    173 Old South Leaflets 417 (1772).

14        67.     Attached hereto as Exhibit 66 is a true and correct copy of a

15    publication by Jonathan Lowy & Kelly Sampson, *The Right Not to Be Shot: Public*

16    *Safety, Private Guns, and the Constellation of Constitutional Liberties*,

17    14 Geo. J.L. & Pub. Pol'y 187 (2016).

18        I declare under penalty of perjury under the laws of the United States of

19    America and the State of California that the foregoing is true and correct.

20

21    Dated:  January 3, 2020           Respectfully submitted,

22                                  By: */s/ Jeremy T. Elman*

23                                    Jeremy T. Elman

24                               Attorney for *Amicus Curiae* Brady

25

26

27

28