# EXHIBIT 1

**SENATE RULES COMMITTEE**
Office of Senate Floor Analyses
(916) 651-1520 Fax: (916) 327-4478

SB 1100

UNFINISHED BUSINESS

Bill No: SB 1100
Author: Portantino (D), et al.
Amended: 8/23/18
Vote: 21

SENATE PUBLIC SAFETY COMMITTEE: 5-2, 4/17/18
AYES: Skinner, Bradford, Jackson, Mitchell, Wiener
NOES: Anderson, Stone

SENATE APPROPRIATIONS COMMITTEE: 5-1, 5/25/18
AYES: Lara, Beall, Bradford, Hill, Wiener
NOES: Nielsen
NO VOTE RECORDED: Bates

SENATE FLOOR: 24-10, 5/29/18
AYES: Allen, Atkins, Beall, De León, Dodd, Galgiani, Glazer, Hernandez, Hertzberg, Hill, Hueso, Jackson, Lara, Leyva, McGuire, Mitchell, Monning, Pan, Portantino, Roth, Skinner, Stern, Wieckowski, Wiener
NOES: Anderson, Bates, Fuller, Gaines, Moorlach, Morrell, Nielsen, Stone, Vidak, Wilk
NO VOTE RECORDED: Berryhill, Bradford, Cannella, Newman, Nguyen

ASSEMBLY FLOOR: 47-30, 8/28/18 - See last page for vote

**SUBJECT:** Firearms: transfers

**SOURCE:** Author

**DIGEST:** This bill increases the age for which a person can purchase a long-gun from a licensed dealer from 18 to 21 years of age, except as specified.

*Assembly Amendments* add additional exemptions including sale and control by specified members of the military and active peace officers.

**ANALYSIS:**

Existing law:

1) Prohibits the sale or transfer of a handgun, except as specifically exempted, to any person below the age of 21 years.

2) Prohibits any person from making an application to purchase more than one handgun within any 30-day period.

3) Exempts from the above 30-day prohibition any of the following:

   a) Any law enforcement agency;

   b) Any agency duly authorized to perform law enforcement duties;

   c) Any state or local correctional facility;

   d) Any private security company licensed to do business in California;

   e) Any person who is a peace officer, as specified, and is authorized to carry a firearm in the course and scope of employment;

   f) Any motion picture, television, video production company or entertainment or theatrical company whose production by its nature involves a firearm;

   g) Any authorized representative of a law enforcement agency, or a federally licensed firearms importer or manufacturer;

   h) Any private party transaction conducted through a licensed firearms dealer;

   i) Any person who is a licensed collector and has a current certificate of eligibility issued by the Department of Justice (DOJ);

   j) The exchange, replacement, or return of a handgun to a licensed dealer within the 30-day period; and,

   k) A community college that is certified by the Commission on Peace Officer Standards and Training to present law enforcement academy basic course or other commission- certified training.

4) Prohibits a handgun from being delivered when a licensed firearms dealer is notified by the DOJ that within the preceding 30-day period the purchaser has made another application to purchase a handgun and the purchase was not exempted, as specified.

5) Provides that the penalties for making more than one application to purchase a handgun within any 30-day period is as follows:

   a) A first violation is an infraction punishable by a fine of $50;

   b) A second violation is an infraction punishable by a fine of $100; and,

   c) A third violation is a misdemeanor.

This bill:

1) Exempts the sale of a firearm, that is not a handgun, to the following persons that are 18 years of age or older:

   a) A person who possesses a valid, unexpired hunting license issued by the Department of Fish and Wildlife;

   b) An active peace officer, who is authorized to carry a firearm in the course and scope of his or her employment;

   c) An active federal officer, or law enforcement agent, who is authorized to carry a firearm in the course and scope of his or her employment;

   d) A reserve peace officer, who is authorized to carry a firearm in the course and scope of his or her employment;

   e) An active member of the United States Armed Forces, the National Guard, the Air national Guard, or the active reserve components of the United States, where the individuals in these organizations are properly identified. Proper identification includes the Armed Forces Identification Card or other written documentation certifying that the individual is an active or honorably retired member; and,

   f) A person who provides proper identification that that he or she is an honorably discharged member of the United States Armed Forces, the National Guard, the Air National Guard, or the active reserve components of the United States. For the purposes of this exemption proper identification includes an Armed Forces Identification or other written documentation certifying that he person is an honorably discharged member.

2) Makes conforming changes to the age requirements for an application for the granting of serial number by the DOJ to persons wishing to manufacture or assemble a firearm.

**Background**

This bill increases the minimum age from 18 to 21 years for a person to purchase all firearms in California. The age restriction also impacts the ability to transfer a weapon. Under current law a person must be 21 years of age to purchase a handgun, and this bill applies those same rules to the purchase and transfer of all firearms (including long guns). This bill creates an exception to this rule when the purchaser or transferee has a valid, unexpired hunting license issued by the Department of Fish and Wildlife.

On February 14, 2018 Nikolas Cruz shot and killed 17 people and wounded an additional 17 people at Marjory Stoneman Douglas High School in Parkland, Florida. The perpetrator was 19-years old at the time of the incident, and he used assault rifles. Following the incident Florida passed legislation to increase the minimum age for buying rifles to 21-years. The National Rifle Association challenged the law and filed a lawsuit in the United States District court for the Northern District of Florida alleging that the ban on gun sales to people under 21 years of age is unconstitutional because it violates their rights under the Second and Fourteenth Amendments to the U.S. Constitution because 18-year-olds are classified as adults.

**FISCAL EFFECT:** Appropriation: No   Fiscal Com.: Yes   Local: Yes

According to the Assembly Appropriations Committee:

1) GF costs of $342,000 in 2018-19, $654,000 in 2019-20, and $556,000 in 2020-21 and ongoing for the DOJ to hire three additional staff and pay for overtime and other cost associated with increased workload to update and maintain information technology systems and criminal records systems.

2) DOJ anticipates annual losses of $152,000 in revenue to the Dealers Record of Sale Fund, $75,000 to the Firearms Safety and Enforcement Special Fund, and $8,000 to the Firearms Safety Account from a reduction in submissions resulting from the increased minimum age to purchase long-guns.

**SUPPORT:** (Verified 8/27/18)

California Chapters of the Brady Campaign to Prevent Gun Violence
City of Santa Monica
Giffords Law Center to Prevent Gun Violence

**OPPOSITION:** (Verified 8/27/18)

California Sportsman's Lobby
Firearms Policy Coalition
National Shooting Sports Foundation
Outdoor Sportsmen's Coalition of California
Safari Club International

**ARGUMENTS IN SUPPORT:** According to the California Chapters of the Brady Campaign to Prevent Gun Violence:

> Existing law prohibits the sale or transfer of a handgun to any person below the age of 21 years. SB 1100 will similarly prohibit, with exceptions, the sale or transfer of a long gun by a licensed firearm dealer to a person under age of 21. Additionally, the bill will require those who manufacture or assemble a long gun to be at least 21 years old in order to obtain a serial number for the firearm and register it with the California Department of Justice. These provisions makes sense as those under age 21 are disproportionally linked to crime. In 2015, 23.4 percent of those arrested for murder and non-negligent manslaughter in the U.S. were under 21 and 26.5 percent of those arrested for "weapons carrying, possession, etc." were under age 21. Individuals age 18 to 20 compromise only 4% of the population but commit 17% of gun homicides.
>
> Maturity, impulsive or reckless behavior, and responsibility vary greatly among 18-20 year olds. This is recognized in other areas – those under age 21 cannot buy alcohol, rent a car, or purchase a handgun – and the same age restriction should apply to long guns.

**ARGUMENTS IN OPPOSITION:** According to the Outdoor Sportsmen's Coalition of California:

> SB 1100 would needlessly raise the age for purchasing a rifle or shotgun from 18 to 21onth.
>
> Rather than raise the minimum age for lawful individuals to purchase a rifle or shotgun, or limit such purchases to one firearm per month, experience with mass homicides and other crimes involving firearms has clearly shown that the focus should be on preventing criminals and individuals suffering from mental illness from acquiring firearms, not on those who are not a part of the problem.
>
> Persons who have an intent to commit such crimes, or other illegal acts involving the use of a firearm, will always be able to obtain firearms through unlawful sources without going through a licensed firearms dealer.

The restrictions proposed in SB 1100 will not prevent it.

ASSEMBLY FLOOR: 47-30, 8/28/18
AYES: Aguiar-Curry, Baker, Berman, Bloom, Bonta, Burke, Calderon, Carrillo, Chau, Chiu, Chu, Eggman, Friedman, Gabriel, Cristina Garcia, Eduardo Garcia, Gipson, Gloria, Gonzalez Fletcher, Grayson, Holden, Irwin, Jones-Sawyer, Kalra, Kamlager-Dove, Levine, Limón, Low, Maienschein, McCarty, Medina, Mullin, Muratsuchi, Nazarian, O'Donnell, Quirk, Quirk-Silva, Reyes, Rivas, Rubio, Santiago, Mark Stone, Thurmond, Ting, Weber, Wood, Rendon
NOES: Acosta, Travis Allen, Arambula, Bigelow, Brough, Caballero, Cervantes, Chávez, Chen, Choi, Cooley, Cunningham, Dahle, Flora, Fong, Frazier, Gallagher, Gray, Harper, Kiley, Lackey, Mathis, Mayes, Melendez, Obernolte, Patterson, Salas, Steinorth, Voepel, Waldron
NO VOTE RECORDED: Cooper, Daly, Rodriguez

Prepared by: Gabe Caswell / PUB. S. /
8/28/18 21:35:58

****** END ******

# EXHIBIT 2

BUSINESS CULTURE GEAR IDEAS SCIENCE SUBSCRIBE

Get Unlimited Wired Access SUBSCRIBE

MEGAN MOLTENI SCIENCE 08.06.2019 03:11 PM

# The Looser a State's Gun Laws, the More Mass Shootings It Has

Researchers have begun to see a trend: The rate of mass shootings is consistently much higher for places with fewer restrictions on guns.

Holiday Sale. Subscribe





The country is splitting into the gun law-haves, and the gun law have-nots, and deadly statistics are now revealing the impact those policy decisions have on people's lives. JOHN MINCHILLO/GETTY IMAGES

It happened again. This time, gunmen in El Paso, Texas, and Dayton, Ohio, murdered 31 people and injured at least 50 more in separate mass shooting attacks within 13 hours of each other Saturday night and Sunday morning. It was, in many ways, just another weekend in America, the only nation in the developed world where horrific gun massacres regularly occur. Though nothing new, the frequency of such public mass

Holiday Sale. Subscribe

shooting event has claimed the lives of four or more people every 47 days since June 2015. In the mid-'90s, such attacks happened just twice a year, on average.

has had six such incidents, defined by the US government as four or more people killed by a single individual, in the past three years alone, according to data from the nonprofit Gun Violence Archive. And like other forms of gun violence—including homicide, suicide, and unintended accidents—researchers are finding that mass shooting events happen more often in states with looser gun laws.

Because while Congress may not have passed any national gun laws in the aftermath of past mass shootings, individual state legislatures have. And as the disparity between states with weak gun laws and those with tough ones has widened, so too has the gap in mass shootings. Which means that terrorist acts like those committed in El Paso and Dayton over the weekend are more likely to keep happening to people who live in places where it's easy to buy, sell, and carry guns. The country is splitting into the gun law haves and the gun law have-nots, and deadly statistics are now revealing the impact those policy decisions have on people's lives.

Studying mass shootings, which make up only a tiny fraction of all gun deaths, has long been tricky, because of their historical rarity and a general dearth of data on guns or gun deaths. (That's because of research-stifling federal legislation that was only recently overturned.) But one ironic effect of there being more mass shootings lately is scientists now have enough data to start to see trends emerging.

In a paper published earlier this year in *BMJ* (previously the *British Medical Journal*), epidemiologists at Columbia University looked back at the Federal Bureau of Investigation's crime database from 1998 to 2015 to calculate annual rates of mass shootings in each state. Then they matched that up against each year's edition of the

Holiday Sale. Subscribe

Published by a Kentucky attorney and arms dealer for a gun-toting audience, the guide is frequently promoted by the National Rifle Association. States are scored zero (for completely restrictive) to 100 (for completely permissive) based on 13 factors, including

own, and whether out-of-state gun permits are recognized.

What the researchers found was that over time states have dug themselves into a bimodal distribution. That is, they've self-clumped into two distinct groups—a smaller one made up of eight states scoring between 5 and 25, and another, much larger, one clustered around scores from 70 to 100. "One of the most interesting things about this data is that we aren't seeing a full spectrum, because there just aren't that many states directly in the middle," says Paul Reeping, the study's lead author.

When they compared those scores to mass shootings per million residents, they found that for every 10-point relaxation in a state's gun laws, the rates of mass shootings in that state increased by 11.5 percent. This trend showed up even after the models were adjusted for population demographics like household income, unemployment, poverty, education, incarceration rates, and race. The eight most restrictive states include Hawaii, Massachusetts, New Jersey, Connecticut, Maryland, California, Illinois, and New York. Leading the pack in both permissive laws and mass shooting rate were Vermont, South Carolina, Louisiana, and Arizona. (Florida, where the Parkland shooting took place last year, was the only state not included in the analysis because it doesn't participate in the FBI's Uniform Crime Reporting program.)

Both Texas and Ohio, where the latest terror attacks were carried out, also scored high on gun law permissibility. In both states it's legal to carry concealed weapons in public, provided the gun owner has the proper permits to own it. In Texas, permits are issued to applicants over the age of 21 who pass a four-to-six-hour training course and don't have any pending criminal charges. According to Ohio's gun laws, residents 21 years and older must complete an eight-hour training course, not be addicted to any controlled

Holiday Sale. Subscribe

Most relevant to the recent killings in El Paso and Dayton, though, is the fact that the semiautomatic weapons used to carry out the attacks can be purchased legally. Only six states and the District of Columbia have enacted bans on these types of military-style firearms. Texas and Ohio are not among them. Both states also allow large-capacity



dozens of rounds in seconds without having to reload.

It's worth noting here that while living in a state with strict gun laws does appear to confer some significant public health advantages—fewer gun-related suicides and homicides; one recent study found it cut rates of premature deaths in half—those laws only go so far. Motivated individuals will find ways around them, either over the internet or across porous state borders. The gunman who killed three people in Gilroy, California, in July, for example, traveled to Nevada to buy a military-style rifle configured in a way that was illegal in his home state.

And this type of thing happens *a lot*. Second Amendment activists often point to Chicago, a city with rampant gun violence in a state that has some of the nation's strongest gun laws. But most of the guns recovered in Chicago were purchased outside Illinois, in neighboring states with laxer laws, according to a 2017 report by the Chicago Mayor's Office.

But at least according to Reeping's analysis, the trend of more permissive laws being linked to more mass shootings is actually gaining momentum. Starting around 2010, the data begins really diverging—mass shooting rates dropped in states with restrictive laws as they accelerated in states with more lax ones.

Reeping says this could be related to polarizing trends in gun policy-making, as generally permissive states make their laws more relaxed and restrictive states clamp down tighter and tighter in the face of rising violence. In Texas, for instance, where four of the ten deadliest mass shootings in US history have taken place, ten new pro-gun laws are set to take effect before the end of the month. The associations are strong, though Reeping shies away from suggesting any causality in the data. "There's so much going on and we

Holiday Sale. Subscribe

American public is willing to believe every study that suggests coffee is associated with living longer or that eating chocolate is linked to lower rates of depression but view the data linking gun laws to gun violence with suspicion.



"But even now we have very, very strong indicators based off the number of studies published that more permissive gun laws really do have an effect."

## More Great WIRED Stories

- How a 6,000-year-old dog cancer spread around the world
- These chaotic games are a referee's worst nightmare
- Did this international drug dealer create bitcoin? Maybe!
- How Loon's balloons find their way to deliver the internet
- Social media could make it impossible to grow up
- 💻 Upgrade your work game with our Gear team's favorite laptops, keyboards, typing alternatives, and noise-canceling headphones
- 📩 Want more? Sign up for our daily newsletter and never miss our latest and greatest stories

Megan Molteni is a staff writer at WIRED, covering biotechnology, public health, and genetic privacy. Previously, she freelanced as a reporter, audio producer, and fact-checker. Her work has appeared in

Holiday Sale. Subscribe

STAFF WRITER 

FEATURED VIDEO

Why Some Cities Are Banning Facial Recognition Technology



1/3/2020 Case 3:19-cv-01226-L-AHG Document 34-2 Filed 01/03/20 PageID.6058 Page 15 of 244
The Looser a State's Gun Laws, the More Mass Shootings It Has | WIRED

WIRED

BUSINESS CULTURE GEAR IDEAS SCIENCE SUBSCRIBE

WATCH
Why Some Cities Are Banning Facial Recognition Technology

TOPICS GUNS TERRORISM PUBLIC HEALTH

MORE FOR YOU

Holiday Sale. Subscribe

https://www.wired.com/story/the-looser-a-states-gun-laws-the-more-mass-shootings-it-has/ 7/9



## Why Some Cities Are Banning Facial Recognition Technology

A handful of US cities have banned government use of facial recognition technology due to concerns over its accuracy and privacy. WIRED's Tom Simonite talks with computer vision scientist and lawyer Gretchen Greene about the controversy surrounding the use of this technology.

WIRED

1 Year of WIRED for $10

Stories to help you understand the future.

Subscribe

WIRED is where tomorrow is realized. It is the essential source of information and ideas that make sense of a world in constant transformation. The WIRED conversation illuminates how technology is changing every aspect of our lives—from culture to business, science to design. The breakthroughs and innovations that we uncover lead to new ways of thinking, new connections, and new industries.

    

Holiday Sale. Subscribe



1/3/2020 Case 3:19-cv-01226-L-AHG The Looser a State's Gun Laws, the More Mass Shootings It Has | WIRED Document 34-2 Filed 01/03/20 PageID.6040 Page 17 of 244

BUSINESS CULTURE GEAR IDEAS SCIENCE SUBSCRIBE

Site Map

Accessibility Help

Condé Nast Store

© 2020 Condé Nast. All rights reserved. Use of this site constitutes acceptance of our User Agreement (updated 1/1/20) and Privacy Policy and Cookie Statement (updated 1/1/20) and Your California Privacy Rights. Settings *Wired* may earn a portion of sales from products that are purchased through our site as part of our Affiliate Partnerships with retailers. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast. Ad Choices

Holiday Sale. Subscribe

https://www.wired.com/story/the-looser-a-states-gun-laws-the-more-mass-shootings-it-has/ 9/9

# EXHIBIT 3

JS 44 (Rev. 12/07)(cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**
HTC CORPORATION and HTC AMERICA, INC.

**DEFENDANTS**
TECHNOLOGY PROPERTIES LTD AND ALLIACENSE LTD.

(b) County of Residence of First Listed Plaintiff Taoyuan, Taiwan, R.O.C.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
(SEE ATTACHMENT)

E-FILING

Attorneys (If Known)

C08 00882 JL

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

ADR

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities – Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R.& Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA(1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. §§1331, 1338, 2201

Brief description of cause:
Declaratory judgment action for patents.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** **PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".**

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
**(PLACE AND "X" IN ONE BOX ONLY)** ☐ SAN FRANCISCO/OAKLAND ☒ SAN JOSE

DATE
February 8, 2008

SIGNATURE OF ATTORNEY OF RECORD
Kyle Chen

American LegalNet, Inc.
www.FormsWorkflow.com

Attachment to Civil Cover Sheet

WILLIAM SLOAN COATS (SBN 98464)
MARK R. WEINSTEIN (SBN 193043)
SAM O'ROURKE (SBN 205233)
KYLE D. CHEN (SBN 239501)
**WHITE & CASE LLP**
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:    (650) 213-0300

CALIFORNIA TODAY

# *What to Know About the Poway Synagogue Shooting*

By Jill Cowan

April 29, 2019

*Good morning.*

*(Want to get California Today by email? Here's the sign-up.)*

On Saturday, another community was stunned by an attack on a house of worship.

This time, the place was Poway, a quiet, shaded suburb north of San Diego, where a gunman opened fire at a synagogue during a service on the last day of Passover.

A 60-year-old woman was killed. A rabbi was shot in the hand and two other people were left with shrapnel wounds.

Mayor Steve Vaus of Poway told me he saw the timing of the shooting, a little more than a week after leaders hosted an interfaith event aimed at building strength across the city's religious communities, as "a bit of a twisted irony."

I reached Mr. Vaus by phone in the midst of a flurry of interviews in which he said the shooting was a hate crime — a description echoed by President Trump.

Mr. Vaus emphasized that Poway is an "idyllic" place where neighbors have helped one another fend off wildfire flames with garden hoses. Its residents, he said, wouldn't be "bowed by hatred."

**The perfect gift for everyone on your list.**
**Gift subscriptions to The Times. Starting at $25.**

As for the gunman? "I'm anxious for the suspect to feel the full force of the law," he said.

***[Read the latest here.]***

**Here's what you need to know:**

**What happened?**

The police say a 19-year-old man armed with an AR-15-style gun stormed into the Chabad of Poway synagogue a little before noon on Saturday, yelling anti-Semitic slurs. The synagogue was more full than usual, since it was a holiday.

Lori Gilbert Kaye was shot as she prepared to say the traditional prayer for the dead in honor of her mother. The congregation's rabbi, Yisroel Goldstein, tried talking to the man after he opened fire, but he fired again. The rabbi was hit in both hands.

The gunman left the building, potentially after his weapon malfunctioned, and surrendered to the police a short time later. He was charged with one count of murder and three counts of attempted murder on Sunday morning. Officials said they were investigating whether he posted an anti-Semitic manifesto online before the attack.

*[Read the full account of the attack here.]*

**What do we know about the gunman?**

Authorities have identified the gunman as John Earnest, from San Diego.

Officials said they're investigating whether Mr. Earnest posted a racist manifesto on the online message board 8chan ahead of the attack.

The document is an anti-Semitic screed filled with white nationalist conspiracy theories. Its author said he was inspired by a horrific mass shooting at a mosque in Christchurch, New Zealand, which was streamed online, and the massacre at a synagogue in Pittsburgh, which took place exactly six months prior.

The author also says he was responsible for a fire at a mosque in Escondido, not far away.

Mr. Earnest was charged with one count of murder and three counts of attempted murder on Sunday morning.

**Does this fit into any broader patterns?**

**Gift subscriptions to The Times.** Starting at $25.
The perfect gift for everyone on your list.
GIVE THE TIMES
×

In a word, yes. Experts said the shooting appeared to fit at the intersection of two troubling trends: Growing anti-Semitism in the United States and a rise in violence both fueled by and partially carried out for the internet.

The shooting put religious leaders on edge and reignited conversations about securing churches, mosques, synagogues and other sacred spaces.

Nevertheless, Rabbi Goldstein said he continued his sermon even as he waited for the authorities to arrive at the synagogue, because "it was just 70 years ago during the Holocaust we were gunned down like this, and I just want to let my fellow Americans know that we're not going to let this happen," he said.

## Here's what else you may have missed this weekend

*(We often link to sites that limit access for nonsubscribers. We appreciate your reading Times stories, but we'd also encourage you to support local news if you can.)*

A worker packages cannabis at the CMX Distribution facility in Costa Mesa, Calif. The center is a licensed medical marijuana distributor. Jenna Schoenefeld for The New York Times

- About a year ago, California legalized recreational marijuana. **The illegal market is still peeling off business.** [The New York Times]
- The police said the man who intentionally plowed into a crowd of pedestrians in Sunnyvale, injuring eight people, **did so in part because he thought some were Muslim.** [The New York Times]
- And the crash **rattled the Bay Area Muslim community.** [The San Francisco Chronicle]
- Los Angeles Fire Department officials said **their response to the devastating Woolsey Fire was distracted by requests** from local politicians to check on specific addresses. [The Los Angeles Times]
- **Families from China allegedly paid millions to William Singer, the man prosecutors say was the architect of the college admissions fraud scheme**. But the lawyer for one young woman who attended high school in San Juan Capistrano and was a freshman at Yale said neither the student nor her family knew the $1.2 million they paid to guarantee her admission was going to a bribe. [The New York Times]
- The New York Times editorial board **argues that increasing housing supply is one answer to the affordability crisis**. And State Senator Scott Wiener's S.B. 50 is the most promising way to achieve that. [New York Times Opinion]
- Uber is set to start its I.P.O. road show this week. **That means you'll be hearing about how the company is a lot like Amazon**. [The New York Times]

## More California stories

**Gift subscriptions to The Times.** Starting at $25.

The perfect gift for everyone on your list.

GIVE THE TIMES

The crowd at the Stagecoach Festival in Indio. Etienne Laurent/EPA, via Shutterstock

- "It could have been any bar. It could have been any festival." **Stagecoach 2019, the big country music festival, paid tribute to the survivors of the Borderline Bar & Grill** shooting in Thousand Oaks. [The Press-Enterprise]

- In a reversal, **movie theaters actually raked it in over the weekend,** with the record-shattering $1.2 billion opening of "Avengers: Endgame." [The New York Times]

- **The Warriors coach Steve Kerr must have been feeling a sense of urgency ahead of the team's opening game against the Houston Rockets**; he made a big lineup change, making sure his most accomplished lineup was on the court from the start. [The New York Times]

## And Finally …

A distinctive property in Hillsborough, Calif., known as the Flintstone House, surrounded by a menagerie of prehistoric animal statues. The town has taken the owner of the home to court. Karl Mondon/Bay Area News Group

Last week, I wrote about the National Trust for Historic Preservation's "40 Under 40" list, a roster of places that aren't yet old enough to be historic, but are worth preserving nonetheless. I asked you for sites that fit the bill in California.

I got pointers about sites across the state. But with a boost from the podcast East Bay Yesterday on Twitter, several were truly odd structures around the Bay Area. One was Eugene Tssui's "fish house" — the plans for which caused an uproar in the Berkeley neighborhood where it was built in about 1995. There were shingled geodesic domes tucked behind the Oakland hills in a quirky community known as Canyon — although some of those may have been built in the 1960s, making them a little older than the others.

And then, I got emails from readers about the "Flintstone House," a home that's drawn national attention for its commitment to a theme.

*California Today goes live at 6:30 a.m. Pacific time weekdays. Tell us what you want to see: CAtoday@nytimes.com. Were you forwarded this email? Sign up for California Today here.*

Gift subscriptions to The Times. Starting at $25.

The perfect gift for everyone on your list.

GIVE THE TIMES

*Jill Cowan grew up in Orange County, went to school at U.C. Berkeley and has reported all over the state, including the Bay Area, Bakersfield and Los Angeles — but she always wants to see more. Follow along here or on Twitter, @jillcowan.*

*California Today is edited by Julie Bloom, who grew up in Los Angeles and graduated from U.C. Berkeley.*

**Correction:** *April 29, 2019*

*An earlier version of this article relying on earlier reports mischaracterized Lori Gilbert Kaye's actions during a synagogue shooting on Saturday. She was killed while preparing to say the traditional prayer for the dead, not jumping in front of the rabbi to protect him.*

READ 6 COMMENTS

# EXHIBIT 4

U.S. NEWS

# Gilroy Garlic Festival gunman referred to 'Might is Right' manifesto before shooting

Santino William Legan used an AK-47-style rifle he bought legally in Nevada to kill three and wound a dozen more.

July 29, 2019, 2:13 PM EDT / Updated July 29, 2019, 5:05 PM EDT

**By David Ingram, Brandy Zadrozny and Corky Siemaszko**

GILROY, Calif. – The gunman who killed three people and wounded a dozen more at the Gilroy Garlic Festival in Northern California was an angry 19-year-old who had recently waded into the world of white supremacy.

Santino William Legan, who was shot dead by police Sunday before he could do more damage, posted online about an 1890 racist manifesto, "Might is Right or The Survival of the Fittest," NBC News confirmed.

"Read Might is Right by Ragnar Redbeard," Legan posted on his Instagram page. He then used a slurs against mixed-race people and misogynistic descriptions of white Silicon Valley workers, complaining about "hordes" of them "overcrowding" towns.

Redbeard, which was a pseudonym, argued that only strength and violence determined what is morally right. The work, which is filled with misogynistic and anti-Semitic rhetoric, is a staple among neo-Nazis and white supremacists on extremist sites.



[Witnesses describe panic at Gilroy Garlic Festival shooting](#)

JULY 29, 201903:07

And the phrase "might is right" is often posted as a sort of motto or catchphrase indicating white supremacy on neo-Nazi extremist forums.

Legan was also apparently no fan of the festival, a three-day food fair that began in 1979 to celebrate the local garlic industry – and which was in walking distance from his home on a tree-lined street in Gilroy.

"Ayyy garlic festival time," his post read. "Come get wasted on overpriced s---."

Below that was a post from someone named futboieden, which read "when you get too wasted and accidentally shoot up the festival."

Just who futboieden was remained unclear a day after the nation was left grappling with yet another mass shooting. This one claimed the lives of 6-year-old [Stephen Romero](#), a 13-year-old girl, and a man in his 20s. The names of the other two victims were not released.

Investigators also said they were looking into reports that Legan might have had an accomplice but said that had not been confirmed. They said the AK-47-style assault rifle Legan used in the shooting was purchased July 9 in Nevada.

"We don't have a motive for the shooting as yet," Gilroy Police Chief Scot Smithee said during a press conference.

Legan was from a family of boxers. He was coached, along with his brothers, by their father, Tom.

Neighbors said the family converted its garage into a boxing gym and the boys were often seen sparring with each other.

Santino Legan in a high school yearbook photo.

“I’m so confused and hurt for the parents to go through this,” said Elia Scettrini, 65, who lives two doors away and teaches Spanish at Gilroy High School.

Scettrini said Legan just graduated from high school and described the family as friendly and polite.

Police on Monday could be seen carrying several bags of evidence out of the family home and searching a car parked outside.

This was not the first time the Legan family has found itself in the crosshairs of a police investigation.

Legan’s grandfather Thomas Legan was a Santa Clara County supervisor running for re-election in 1988 when he was accused of molesting one of his daughters six years earlier.

Thomas Legan, who died last year, insisted he was innocent and maintained his ex-wife had manipulated the girl into making a false accusation. A jury agreed and found him not guilty after six days of deliberations.

Rep. Dan Lipinski, D-Ill., said he and his wife, Judy, were in the crowd Sunday when the shots rang out.

"The shooter was not far from us as we heard the loud 'pops,' which seemed to get closer as we ran," the congressman said in a statement.

The Gilroy Garlic Festival is one of the county’s best-known food festivals and has been held for 41 years. It draws hundreds of thousands of paying visitors every year.

The focus of the festival is garlic-flavored food, from garlic bread and calamari to ice cream and frog legs, and some people even show their fondness for the plant by wearing garlic-shaped hats.

The festival made several changes this year to try to reverse a recent 20 percent decline in attendance, Gilroy Life, a local lifestyle publication, reported last week. The changes included adding a concert by singer-songwriter Colbie Caillat and an appearance by celebrity chef Tom Colicchio.

The festival is run primarily by volunteers and much of the money goes to local charities.

“It’s been able to supply money for all groups, whether it’s the little kids’ swimming team or the high school football teams,” said Alex Larson, 57, who owns the Garlic Shoppe in Gilroy with his brother.

Larson said the festival is so central to the community that people will rally behind it, rather than letting the shooting mar its reputation.

"If it were a festival that someone was profiting from, it would be completely different, but this is a festival that everyone profits from," he said. Next year, he said, "People are going to show up, and it's going to be better."

People in Gilroy were using the hashtag #gilroystrong on social media on Monday, echoing a saying that became popular in Boston after the marathon bombing there in 2013.

*David Ingram reported from Gilroy, and Brandy Zadrozny and Corky Siemaszko from New York.*

David Ingram

David Ingram covers tech for NBC News.

Brandy Zadrozny

Brandy Zadrozny is an investigative reporter for NBC News.

Corky Siemaszko

Corky Siemaszko is a senior writer at NBC News Digital.

Ben Collins contributed.

ABOUT
CONTACT
CAREERS
PRIVACY POLICY
TERMS OF SERVICE
NBCNEWS.COM SITE MAP
ADVERTISE
ADCHOICES

© 2019 NBC UNIVERSAL

NEWS MSNBC TODAY

# EXHIBIT 5

USA
TODAY

NATION

# 5 suspects arrested in Halloween Airbnb party shooting

Associated Press

Published 10:29 a.m. ET Nov. 15, 2019 | **Updated 10:31 a.m. ET Nov. 15, 2019**

ORINDA, Calif. — Four men were arrested Thursday on suspicion of murder in the deaths of five people in a shooting at a Halloween party at an Airbnb rental home in the San Francisco Bay Area. A fifth man was arrested on a charge of being an accessory to the crime, the Contra Costa Sheriff's Department said.

Sheriff David Livingston said search warrants were executed in several Northern California cities Thursday. He did not address a possible motive in the fatal shootings in Orinda that sent more than 100 terrified partygoers running for safety, but he said in a statement that investigators found two of the victims were armed, "which may have played a role in this tragedy."

Tiyon Farley, 22, of Antioch; Omar Taylor, 24, of Pittsburg; Raymon Hill Jr., 23, of San Francisco and Oakland; Javlin County, 29, of Sausalito and Richmond; and Oshiana Tompkins, 19, of Vallejo and Hercules, died in the shooting and at least four others were injured.

**Halloween shooting:** Airbnb plans to ban 'party houses' after Orinda shooting. Now people are asking how

"Extraordinary cooperation among multiple law enforcement agencies led to these arrests and a small measure of justice for the true victims," Livingston said in a statement.

Those arrested Thursday were: Lebraun Tyree Wallace, 28, of San Mateo; Shamron Joshua Mitchell, 30, of Antioch; and Jaquez Deshawn Sweeney and Jason D. Iles, both 20 and of Marin City on charges of murder and conspiracy. All four were being held without bail.

Devin Isiah Williamson, 21, of Vallejo, was arrested as an accessory and was being held in lieu of $500,000 bail.

Airbnb's CEO Brian Chesky has since said that the San Francisco-based company was taking steps to stop unauthorized parties in the wake of the deadly shooting. In a series of tweets Nov. 2, Chesky said company is stepping up efforts to "combat unauthorized parties and get rid of abusive host and guest conduct."

**Orinda shooting background:** Manhunt for Airbnb Halloween party shooter continues in California

# EXHIBIT 6

National

# More and deadlier: Mass shooting trends in America

By Bonnie Berkowitz ,
Adrian Blanco ,
Brittany Renee Mayes ,
Klara Auerbach and
Danielle Rindler August 5

Public mass shootings are occurring more frequently in recent years, and they are claiming more lives, according to an analysis of The Post's public mass shootings database.

Four or more people have been killed in a mass shooting every 47 days, on average, since June 17, 2015. That was the evening a young white supremacist killed nine people at a Bible study in a historic African American church in Charleston, S.C.

This weekend, the 30th and 31st such shootings since then took place just 13 hours apart.

On the morning of Aug. 3, 22 people were shot to death and 24 more wounded at an El Paso Walmart. Investigators believe the 21-year-old suspect drove almost 10 hours from his home near Dallas to target Latinos in the border city. At least eight of the dead were Mexican citizens.

After midnight, another nine people were killed and 27 injured in a bustling entertainment district in Dayton, Ohio, where a 24-year-old wearing a mask and body armor opened fire on a busy street. His younger sister was among the dead.

## The pace of mass shootings has quickened

Before Charleston, eight months had passed since a 15-year-old football player killed four friends and himself at his Marysville, Wash., high school, a relatively long lull. The average time between each of the 165 shootings in The Post's database is four months.

Before the 1999 shooting in which two teens killed 13 and wounded 24 at Columbine High School in Littleton, Colo., mass shootings took place roughly every six months. Between Columbine and Charleston, the pace was roughly one every 2½ months. After Charleston? One almost every six weeks.

A mass shooting has no standard definition, and The Post's database defines it narrowly. It contains shootings since 1966 in which at least four people were killed, not including the

shooters, in public places or large private gatherings. It excludes shootings tied to other crimes such as robberies and domestic killings in homes. Other definitions yield much higher numbers. As of Aug. 5, GunViolenceArchive.org, which uses a much broader definition of a mass shooting, counted 255 just this year.



## Death tolls have gone up

Although the data goes back to 1966, nearly a third of the 1,196 total victims have died since Charleston, and the two deadliest shootings in U.S. history fall into that time frame.

In October 2017, a 64-year-old gambler with a cache of high-powered rifles fired from his Las Vegas hotel room window and shot 480 people in a country music festival below. Fifty-eight of them died.

Less than 15 months earlier, a security company employee killed 49 and wounded 53 in a gay nightclub in Orlando, the second-highest toll.

## The shooters have gotten younger

The 169 shooters ranged in age from 11 to 73, but they were mostly young to middle-aged men, and they have trended still younger recently. Shooters before Charleston averaged just under 34 years old; from Charleston to the present, they have averaged 32 years old.

Since Charleston, twenty of the 34 shooters have been in their 20s, and two were teenagers.

## The venues have changed

It is hard to name a type of place where a mass shooting hasn't occurred. Playground? Yes. Nursing home? Yes. Theater. Campground. House party. Yacht. And of course many schools, churches and military sites.



The El Paso and Dayton shootings took place in busy retail areas, two of a growing percentage that have happened in such places. More than a third of the recent shootings have occurred in or near stores, restaurants or other establishments. Before Charleston, shooters more often targeted office buildings or other types of workplace sites such as warehouses.

While there may be trends in the types of places targeted, the geography remains unpredictable. Mass shootings have occurred all over the country, in red and blue and purple states, in huge metropolises, medium-sized cities and tiny rural towns.

They are always shocking but may be getting less surprising.

In the aftermath of nearly every mass shootings, a horrified survivor says some version of "I didn't think it could happen here." But in May 2018, after a gunman killed 10 at her Santa Fe, Tex., high school, 17-year-old Paige Curry had a different take.

"Eventually," she said, "it was going to happen here."

*Some data in The Post's mass shooting database comes from Grant Duwe, author of "Mass Murder in the United States: A History," and Mother Jones in addition to Washington Post research.*

# EXHIBIT 7

# Family of alleged gunman in El Paso massacre claims he was influenced 'by people we do not know'

*The alleged gunman killed 22 people at a crowded El Paso Walmart on Saturday.*

By **Bill Hutchinson**
August 7, 2019, 11:51 AM • 7 min read

**El Paso, Gilroy shootings spark domestic terror concerns**

*The suspect who opened fire at the Gilroy Garlic Festival in California allegedly planned to target churches, religious groups, governments and political parties, officials said.*

Callaghan O'Hare/Reuters

The family of a man who allegedly gunned down 22 people at a Walmart in El Paso and reportedly told investigators he intended to kill as many Mexicans as he could says he was "influenced and informed by people we do not know."

Patrick Crusius' relatives released a statement condemning the mass shooting, one of the deadliest in U.S. history, and praising first responders who "intervened to stop the devastation."

Top Stories

Family of alleged gunman in El Paso massacre claims he was influenced 'by people we do not know'
Aug 07, 11:51 AM

Leader of Iran's elite Quds Force killed in airstrike: Reports
21 minutes ago

'Affluenza teen' Ethan Couch arrested for probation violation
3 hours ago

Missing woman last seen leaving bar with 2 men, texted she was in trouble
Dec 27, 9:39 AM

What to know about the deadly Australia bushfires
Jan 02, 4:12 PM

ABC News Live

*24/7 coverage of breaking news and live events*

People gather to pay their respects at a growing memorial three days after a mass shooting at a Walmart store in El Paso, Texas, August 6, 2019.
Callaghan O'Hare/Reuters

"Patrick's actions were apparently influenced and informed by people we do not know, and from ideas and beliefs that we do not accept or condone, in any way," the family said in a statement released Tuesday night. "He was raised in a family that taught love, kindness, respect, and tolerance -- rejecting all forms of racism, prejudice hatred, and violence. There will never be a moment for the rest of our lives when we will forget each and every victim of this senseless tragedy."

One week after his 21st birthday, Crusius allegedly drove more than 650 miles to El Paso from his suburban Dallas home, allegedly bent on targeting Mexicans, authorities said. El Paso is about five miles from the U.S.-Mexico border.

The majority of those killed in the rampage were either Mexican nationals or Mexican-Americans. At least two dozen people were injured in the shooting.

Patrick Crusius in a photo provided by the FBI.
FBI via AP

The mass shooting came one day before another alleged gunman, identified by police as 24-year-old Connor Betts, killed nine people and

wounded dozens more in an entertainment district in Dayton, Ohio. The shooting occurred approximately a week after a gunman killed three people, including two children, at the Gilroy Garlic Festival in Northern California.

Crusius was arrested shortly after the attack and charged with capital murder. Federal authorities are handling the case as a "domestic terrorism" incident and said they could seek federal hate-crime and weapons charges that carry the death penalty.

Investigators say they suspect Crusius is the same person who authored a rambling screed posted on the controversial online message board 8chan before allegedly launching the rampage, saying the massacre was in response to an "invasion" of Hispanics coming across the southern border and railing against the dangers of mass immigration.

In their statement, Crusius' family did not address whether he shared similar anti-immigrant sentiments with them.

+ (MORE: Victims of the Dayton and El Paso shooting remembered: 'I'm just speechless')

"Since learning of the events in El Paso this past Saturday morning, we have been and are focused on the lives lost, those struggling in their recovery, and the countless families and friends of those affected by this atrocity," the family said. "We also know that the destruction Patrick did is not limited to the victims and their families. It touches the entire El Paso and Ciudad Juarez communities, the State of Texas and this country."

*The names of the shooting victims adorn a makeshift memorial at the Cielo Vista Mall Walmart in El Paso, Texas, on August 6, 2019.*
Mark Ralston/AFP/Getty Images

+ (MORE: Suspected Dayton shooter's family is 'shocked and devastated by' the shooting)

They added, "We appreciate, more than words can express, the dedication of those who intervened to stop this devastation – especially the brave men and women in law enforcement, all the other first responders, and ordinary

citizens of who courageously rushed to aid those in danger. We likewise wish to thank the medical community who brought to bear all available resources to aid those in desperate need. The selflessness and devotion to total strangers in the face of indescribable suffering is something that we deeply respect and admire.

+ (MORE: Trump paints Dayton shooter as liberal sympathizer as he heads to Ohio, Texas)

"We issue this statement to reflect our family's position about what has transpired," the statement continued. "We do not plan to make further public comment, at this time. Our hope and prayer now is that the collective focus will be with those who are attempting to grieve and heal."

Investigators said Crusius carried out the attack using a 7.62-caliber AK-47 style assault rifle that he legally purchased near his hometown of Allen, Texas.

Law enforcement officials told ABC News the suspect cased the Walmart to size up the clientele before leaving the store and allegedly returning with his gun and launching the deadly rampage.

Comments (15)

abc NEWS

ABC News Network | Privacy Policy | Your CA Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | Terms of Use | Contact Us
Copyright © 2020 ABC News Internet Ventures. All rights reserved.

# EXHIBIT 8

 # Mass Shootings in the US Fast Facts

**CNN Library**

**Photos:** Worst mass shootings in the United States

Parents wait for news after a shooting at Marjory Stoneman Douglas High School in Parkland, Florida Wednesday, February 14. At least 17 people were killed at the school, Broward County Sheriff Scott Is said. The suspect, 19-year-old former student Nikolas Cruz, is in custody, the sheriff said. The sheriff s was expelled for unspecified disciplinary reasons.

1 of 21

Hide Ca

**(CNN) —** Here is a list of the deadliest mass shootings in modern US history (1949 to present).

Suicides, gang-related incidents and deaths resulting from domestic conflicts are not included. "Deadliest" includes shootings with 10 or more fatalities. Shooters are not included in fatality totals.

Because there is no universal definition of mass shootings or central database tracking them, this list is based primarily on media reports and may not be complete or representative of all mass shootings.

**Events:**

**58 killed - October 1, 2017 -** In Las Vegas, 64-year-old Stephen Paddock of Mesquite, Nevada, sprays gunfire on a crowd of 22,000 concertgoers from the 32nd floor of the Mandalay Bay Resort and Casino, killing 58 people and


**49 killed - June 12, 2016 -** Omar Saddiqui Mateen, 29, opens fire inside Pulse, a gay nightclub, in Orlando. At least 49 people are killed and more than 50 are injured. Police shoot and kill Mateen during an operation to free hostages officials say he was holding at the club.

**32 killed - April 16, 2007 -** Virginia Tech in Blacksburg, Virginia. A gunman, 23-year-old student Seung-Hui Cho, goes on a shooting spree killing 32 people in two locations and wounding an undetermined number of others on campus. The shooter dies by suicide.

**27 killed - December 14, 2012 -** Sandy Hook Elementary School - Newtown, Connecticut. Adam Lanza, 20, guns down 20 children, ages six and seven, and six adults, school staff and faculty, before turning the gun on himself. Investigating police later find Nancy Lanza, Adam's mother, dead from a gunshot wound.

**25 and an unborn child killed - November 5, 2017 -** A gunman opens fire on a small church in Sutherland Springs, Texas, killing 25 people and an unborn child and wounding 20 others. The shooter, identified by two law enforcement sources as Devin Patrick Kelley, is found dead after a brief chase, but it's unclear if it was self-inflicted.

**23 killed - October 16, 1991 -** In Killeen, Texas, 35-year-old George Hennard crashes his pickup truck through the wall of a Luby's Cafeteria. After exiting the truck, Hennard shoots and kills 23 people. He dies by suicide.

Related Video: Mass shootings up; murder rate down 02:52

**22 killed - August 3, 2019 -** In El Paso, Texas 22 people are killed after a mass shooting at a Walmart store in a case that's being treated as domestic terrorism. Police say they found an anti-immigrant document espousing white nationalist and racist views, which they believe was written by the suspect, 21-year-old Patrick Crusius. He may face hate crime charges in addition to capital murder charges.

**21 killed - July 18, 1984 -** In San Ysidro, California, 41-year-old James Huberty, armed with a long-barreled Uzi, a pump-action shotgun and a handgun, shoots and kills 21 adults and children at a local McDonald's. A police sharpshooter kills Huberty one hour after the rampage begins.

**18 killed - August 1, 1966 -** In Austin, Texas, Charles Joseph Whitman, a former US Marine, kills 16 and wounds at least 30 at the University of Texas while shooting from a tower. Police officers Ramiro Martinez and Houston McCoy shoot and kill Whitman in the tower. Whitman had also killed his mother and wife earlier in the day.

**17 killed - February 14, 2018 -** A former student unleashes a hail of gunfire at Marjory Stoneman Douglas High School in Parkland, Florida, killing at least 17 adults and children. Nikolas Cruz, 19, has been charged with 17 counts of premeditated murder.

**14 killed - December 2, 2015 -** Married couple Syed Rizwan Farook and Tashfeen Malik open fire on an employee gathering taking place at Inland Regional Center in San Bernardino, California, killing 14 people. They are later killed in a shootout with police.

**14 killed - August 20, 1986 -** In Edmond, Oklahoma, Patrick Henry Sherrill, a part-time mail carrier armed with three handguns, kills 14 postal workers in 10 minutes and then takes his own life.

**13 and an unborn child killed - November 5, 2009 -** Maj. Nidal Malik Hasan kills 13 people and one unborn child and injures 32 at Fort Hood, Texas, during a shooting rampage. He is convicted and sentenced to death.

**13 killed - April 3, 2009 -** In Binghamton, New York, Jiverly Wong kills 13 people and injures four during a shooting at an immigrant community center. He then kills himself.

 **13 killed - February 18, 1983 -** Three men enter the Wah Mee gambling and social club in Seattle, rob the 14 occupants and then shoot each in the head, killing 13. Two of the men, Kwan Fai Mak and Benjamin Ng, are convicted of murder in August 1983. Both are serving life in prison. The third, Wai-Chiu "Tony" Ng, after years on the run in Canada, is eventually convicted of first-degree robbery and second-degree assault. He is deported to Hong Kong in 2014.

**13 killed - September 25, 1982 -** In Wilkes-Barre, Pennsylvania, 40-year-old prison guard George Banks kills 13 people including five of his own children. In September 2011, the Pennsylvania Supreme Court overturns his death sentence, stating that Banks is mentally incompetent.

**13 killed - September 5, 1949 -** In Camden, New Jersey, 28-year-old Howard Unruh, a veteran of World War II, shoots and kills 13 people as he walks down Camden's 32nd Street using a German-crafted Luger pistol. He is found insane and is committed to a state mental institution. He dies at the age of 88.

**12 killed - May 31, 2019 -** A shooter opens fire indiscriminately on a Virginia Beach city building, killing 12 people and injuring at least four others. The shooter dies at the scene after a gunfight with police. The gunman, later identified as 40-year-old DeWayne Craddock, was a certified professional engineer in the city's public utilities department for 15 years and had emailed a resignation letter that morning, citing "personal reasons."

**12 killed - November 7, 2018 -** Twelve people are killed in a shooting at the Borderline Bar & Grill in Thousand Oaks, California. Officials say the gunman, Ian David Long, shot an unarmed security guard outside the bar, then went in and continued shooting, injuring other security workers, employees and patrons. Long dies by suicide.

**12 killed - September 16, 2013 -** Shots are fired inside the Washington Navy Yard, killing 12. The shooter, identified as Aaron Alexis, 34, is also killed.

**12 killed - July 20, 2012 -** Twelve people are killed, and 58 are wounded in a shooting at a screening of the new Batman film in Aurora, Colorado. James E. Holmes, 24, dressed head-to-toe in protective tactical gear, sets off two devices of some kind before spraying the theater with bullets from an AR-15 rifle, a 12-gauge shotgun and at least one of two .40-caliber handguns police recovered at the scene. On July 16, 2015, Holmes is found guilty on all 165 counts against him, 24 first-degree murder, 140 attempted murder and one count of possession or control of an explosive or incendiary device. He is sentenced to life in prison without parole.

**12 killed - July 29, 1999 -** In Atlanta, 44-year-old Mark Barton kills his wife and two children at his home. He then opens fire in two different brokerage houses, killing nine people and wounding 12. He later kills himself.

**11 killed - October 27, 2018 -** Eleven people are killed in a shooting at the Tree of Life synagogue in the Squirrel Hill neighborhood of Pittsburgh. 46-year-old Robert Bowers surrenders to authorities on the third floor of the building and is now facing federal charges, including hate crimes. Bowers told a SWAT officer while receiving medical care that he wanted all Jews to die and that Jews "were committing genocide to his people," a criminal complaint filed in Allegheny County says.

**10 Killed - May 18, 2018 -** Dimitrios Pagourtzis, 17, allegedly walks into an art class and begins firing, killing eight students and two teachers at Santa Fe High School in Santa Fe, Texas. Pagourtzis is arrested and charged with capital murder and aggravated assault of a public servant.

**10 killed - March 10, 2009 -** In Alabama, Michael McLendon of Kinston, kills 10 and himself. The dead include his mother, grandparents, aunt and uncle.

***Sources:*** *CNN, Washington Post, New York Times, Hartford Courant (Connecticut), Patriot News (Pennsylvania), Long Beach Press--Telegram (California), Richmond Times--Dispatch (Virginia), Fayetteville Observer (North Carolina), Omaha World-Herald (Nebraska), Los Angeles Times, Chicago Tribune, Arizona Republic*



12/29/2019 Case 3:19-cv-01226-L-AHG Document 34-2 Filed 01/03/20 PageID.6070 Page 47 of 244
Mass Shootings in the US Fast Facts - CNN

CNN US
LIVE TV

US
World
Politics
Business
Opinion
Health
Entertainment
Tech
Style
Travel
Sports
Videos
Coupons
More

CNN

US

FOLLOW CNN

Terms of Use Privacy Policy Do Not Sell My Personal Information AdChoices About Us CNN Studio Tours
CNN Store Newsletters Transcripts License Footage CNN Newsource Sitemap

© 2019 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

https://www.cnn.com/2019/08/19/us/mass-shootings-fast-facts/index.html 4/4

# EXHIBIT 9

-by-injuries-and-fatalities-annually-2010-present/

Graphs Data Methods About & Contact Us Newsletter In the News Center for Homeland Defense and Security at NPS

# -12 School Shooting Database

OOTING INCIDENTS GRAPHS 2010-PRESENT

## NCIDENTS BY INJURIES AND FATALITIES ANNUALLY

*ased on publicly available data from 2010-present*

| Year | Total Injuries / Fatalities |
|---|---|
| 2011 | 25 |
| 2012 | 51 |
| 2013 | 44 |
| 2014 | 55 |
| 2015 | 43 |
| 2016 | 68 |
| 2017 | 86 |
| 2018 | 177 |
| 2019 | 128 |

+ a b | e a u

# EXHIBIT 10

# K-12 School Shooting Database

SHOOTING INCIDENTS GRAPHS 2010-PRESENT

## INCIDENTS BY AGE OF SHOOTER

*Based on publicly available data from 2010-present*

Date: Last 10 years

Number of Incidents

| Age | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1. | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 44 | 46 | 47 | 48 | 49 | 51 | 53 | 55 | 56 | 59 | 62 | 63 | 70 | 74 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Incidents | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 4 | 1 | 7 | 21 | 26 | 34 | 42 | 24 | 12 | 6 | 9 | 6 | 3 | 2 | 2 | 3 | 1 | 2 | 1 | 3 | 4 | 1 | 1 | 3 | 1 | 2 | 3 | 3 | 1 | 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 4 | 5 | 1 | 1 | 1 | 2 | 1 | 1 | 1 |

+ableau

# EXHIBIT 11

American Psychologist
2016, Vol. 71, No. 1, 17–39

© 2016 American Psychological Association
0003-066X/16/$12.00 http://dx.doi.org/10.1037/a0039687

# Youth Violence: What We Know and What We Need to Know

Brad J. Bushman
The Ohio State University and VU University Amsterdam

Katherine Newman
University of Massachusetts, Amherst

Sandra L. Calvert
Georgetown University

Geraldine Downey
Columbia University

Mark Dredze
Johns Hopkins University

Michael Gottfredson
University of California, Irvine

Nina G. Jablonski
The Pennsylvania State University

Ann S. Masten
University of Minnesota

Calvin Morrill
University of California, Berkeley

Daniel B. Neill
Carnegie Mellon University

Daniel Romer
University of Pennsylvania

Daniel W. Webster
Johns Hopkins University

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

School shootings tear the fabric of society. In the wake of a school shooting, parents, pediatricians, policymakers, politicians, and the public search for "the" cause of the shooting. But there is no single cause. The causes of school shootings are extremely complex. After the Sandy Hook Elementary School rampage shooting in Newtown, Connecticut, we wrote a report for the National Science Foundation on what is known and not known about youth violence. This article summarizes and updates that report. After distinguishing violent behavior from aggressive behavior, we describe the prevalence of gun violence in the United States and age-related risks for violence. We delineate important differences between violence in the context of rare rampage school shootings, and much more common urban street violence. Acts of violence are influenced by multiple factors, often acting together. We summarize evidence on some major risk factors and protective factors for youth violence, highlighting individual and contextual factors, which often interact. We consider new quantitative "data mining" procedures that can be used to predict youth violence perpetrated by groups and individuals, recognizing critical issues of privacy and ethical concerns that arise in the prediction of violence. We also discuss implications of the current evidence for reducing youth violence, and we offer suggestions for future research. We conclude by arguing that the prevention of youth violence should be a national priority.

*Keywords:* aggression, violence, rampage shooting, school shooting, street shooting

Brad J. Bushman, School of Communication and Department of Psychology, The Ohio State University, and Department of Communication Science, VU University Amsterdam; Katherine Newman, Department of Sociology, University of Massachusetts, Amherst; Sandra L. Calvert, Department of Psychology and Children's Digital Media Center, Georgetown University; Geraldine Downey, Department of Psychology and Center for Justice, Columbia University; Mark Dredze, Department of Computer Science, Johns Hopkins University; Michael Gottfredson, Department of Criminology, Law, and Society, University of California, Irvine; Nina G. Jablonski, Department of Anthropology, The Pennsylvania State University; Ann S. Masten, Institute of Child Development, University of Minnesota; Calvin Morrill, School of Law and Department of Sociology, University of California, Berkeley; Daniel B. Neill, Event and Pattern Detection Laboratory, H. J. Heinz III College, Carnegie Mellon University; Daniel Romer, Adolescent Communication Institute of the Annenberg Public Policy Center, University of Pennsylvania; Daniel W. Webster, Center for Gun Policy and Research, Johns Hopkins University.

We would like to thank Rolf Loeber and Lia Ahonen for their helpful comments on an earlier draft of this paper. This research was partially funded by National Science Foundation Grant "Workshop on Youth Violence" (BCS-1322155). The views expressed in this article do not necessarily reflect those of the National Science Foundation.

Correspondence concerning this article should be addressed to Brad J. Bushman, School of Communication, The Ohio State University, 3016 Derby Hall, 154 North Oval Mall, Columbus, OH 43210-1339. E-mail: bushman.20@osu.edu

> We cannot tolerate this anymore. These tragedies must end. And to end them, we must change. We will be told that the causes of such violence are complex, and that is true. No single law—no set of laws can eliminate evil from the world, or prevent every senseless act of violence in our society. But that cannot be an excuse for inaction. Surely, we can do better than this. If there is even one step we can take to save another child, or another parent, or another town . . . then surely we have an obligation to try.
>
> —President Barack Obama, Interfaith Prayer Vigil, Newtown High School, Newtown, Connecticut, December 16, 2012

President Obama made these remarks 2 days following the Newtown, Connecticut, shooting, in which a 20-year-old man first killed his mother and then went to a nearby elementary school in Newtown and killed 20 children and six staff members before killing himself. In the wake of the Newtown shooting, the National Science Foundation (NSF), at the request of Representative Frank Wolf (Republican-Virginia), assembled an advisory committee to the NSF Social, Behavioral, and Economic Sciences Division to summarize key evidence on youth violence, focusing particularly on school rampage shootings, but also on other forms of youth violence. The first two authors of this article assembled a team of experts to write an advisory report on what we know and what we need to know about youth violence. The 12 authors of this article met and completed that report early in 2013 (Bushman et al., 2013). This article is based on our conclusions, augmented by additional evidence. We also discuss the implications of the findings on youth violence for prevention, public policy, and future research.

## Defining Violence

In contrast to aggression, usually defined as any behavior intended to harm another person who does not want to be harmed, violence is usually defined as aggression with the goal of extreme physical harm, such as injury or death (Bushman & Huesmann, 2010). For example, one youth spreading rumors about a peer is an act of aggression but is not an act of violence. One youth hitting, kicking, shooting, or stabbing a peer is an act of violence. Thus, all violent acts are aggressive, but not all aggressive acts are violent—only those designed to cause extreme physical harm are violent.

## Why Focus on Youth Violence?

Youth violence includes violent acts committed by young people who are not viewed as fully mature. "Youth" often includes young people who are legally adults. For example, the 2014 report by the Center for Disease Control and Prevention (CDC, 2014) titled "Preventing Youth Violence: Opportunities for Action" includes data on 10- to 24-year-olds (David-Ferdon & Simon, 2014). We use the same age range for this article, but concentrate on 15- to 24-year-olds.

Incidents of violence increase in frequency during adolescence and early adulthood for a subset of individuals, and then rapidly and continuously decrease throughout life (Loeber & Farrington, 2012). A disproportionate amount of violent crime in the United States is committed by 15- to 24-year-olds (Federal Bureau of Investigation, 2013). More U.S. youth die from homicide each year than from cancer, heart disease, birth defects, flu and pneumonia, respiratory diseases, stroke, and diabetes combined (David-Ferdon & Simon, 2014).

U.S. youth perpetrate and experience very high rates of violence compared to youth from many other developed nations (David-Ferdon & Simon, 2014). For example, youth homicide rates are 3 to 40 times higher than rates in similarly high-income countries (David-Ferdon & Simon, 2014, p. 8). Youth violence disproportionately affects males and youth from ethnic/racial minority groups, although rates vary for different kinds of violence.

## Two Distinct Types of Youth Gun Violence

Violent rampage shootings in schools differ in dramatic ways from street shootings (or "street violence") commonly associated with U.S. inner cities. Table 1 summarizes major descriptive differences between these two types of youth violence, which will be discussed further.

### School Rampage Shootings

The Newtown school tragedy joined a small but growing list of rampage shootings committed by youth in schools, but also in other public places (e.g., movie theaters, shopping malls, supermarkets). The scale of the loss when these events happen is so devastating and apparently random that the public and the nation's legislators are seeking answers to questions about causes and potential prevention measures. Yet because these events are rare, most of the evidence on the features of rampage shooters is based on intensive case history studies as well as analyses of databases such as the School-Associated Violent Deaths maintained by the CDC (2014) on school-related homicides. This review relies primarily upon an in-depth study of all school shootings from 1974 through 2001 (Newman, Fox, Harding, Mehta, & Roth, 2004), and a review of research on school shootings through 2011 (Rocque, 2012).

Newman and her colleagues (2004) interviewed 163 people in two sites that experienced extensive injury and deaths in school mass shootings: Heath, Kentucky, and Westside, Arkansas. The team also analyzed all newspaper accounts of every rampage school shooting in the United States from 1974 to 2002, which amounted to 25 incidents involving 27

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

**Brad J. Bushman**

attackers. Based on these materials, they developed a framework for characterizing shooting rampages. They then assessed this framework against the CDC database (CDC, 2014; annual reports of school homicides and suicides that included 12 incidents with 19 attackers from 1994 to 1999), the Secret Service's Safe School Initiative (Vossekuil, Fein, Reddy, Borum, & Modzeleski, 2002; 37 incidents with 41 attackers from 1974 to 2000), case studies from the National Academy of Sciences report *Deadly Lessons: Understanding Lethal School Violence* (Moore, Petrie, Braga, & McLaughlin, 2003; 45 incidents from 1974 to 2001), and the *Columbine Review Commission Report* (Erickson, 2001). We also use a review of additional evidence on the prevalence and nature of school rampage shootings based on 22 incidents with 24 attackers and data extending to the 2008–2009 school year (Rocque, 2012). These cases represented a total of 85 incidents from 1974 to 2008. Based on these sources, some common factors emerge.

School shootings typically occur in stable, close-knit, low-crime, small rural towns or suburbs (92% of the incidents in Newman et al., 2004, study). The school shooter generally is a White adolescent male (85% in the Newman et al., 2004, study and 76% in the Secret Service study, Vossekuil et al., 2002), with little history of disciplinary problems (63% never in trouble in the Secret Service study). Perpetrators often have average or better than average intelligence and academic achievement (41% mostly *A*s and *B*s, only 2% failing in the Secret Service study). School shooters are commonly assumed to be loners, but ethnographic and archival research indicates otherwise (e.g., only 34% were classified as "loners" in the Secret Service study). Usually, school shooters are boys with a history of trying to join peer groups, but find themselves socially marginalized. In their analysis of media reports of school shootings, Newman and her colleagues found that 78% of school shooters were socially marginalized. In the CDC database, 84% of school shooters were described by principals or law enforcement officials as "wannabees," "gothic," "geeks," and so forth. The Secret Service (Vossekuil et al., 2002) found that 27% of the school shooters "socialized with peers who were either disliked by mainstream students or were "considered part of a 'fringe' group" (p. 20).

Individual vulnerabilities that accentuate the difficulties of coping with social marginalization often are evident. Although school shooters often have no documented history of medical treatment for mental disorders, both media accounts and other studies indicate a variety of signs of early stage onset of mental illness, including depression and suicidality (see also Langman, 2009). For example, in the Secret Service study (Vossekuil et al., 2002), 61% of the perpetrators experienced feelings of severe depression and 78% considered or attempted suicide prior to the shooting. It is important to note, however, that millions of adolescents who feel depressed or consider or attempt suicide never become school shooters.

In almost half of the 37 school shooting incidents studied by the Secret Service, "attackers were influenced or encouraged by others" (Vossekuil et al., 2002, p. 64), and police sometimes considered charging these "bystanders" as co-conspirators. But this rarely transpires because the evidence of actual collaboration is weak, and bystanders say they thought the killer was only engaging in "fantasy talk." Newman et al. (2004) were only able to identify one case in which a bystander was charged.

Many high school shooters manifest intense interest in guns prior to the shooting incident. In the Secret Service study (Vossekuil et al., 2002), 63% of the shooters had a known history of weapons use. These youth often get guns from their parents. The percent of guns obtained from home or a relative was 68% in the Secret Service study, 67% in the Newman et al. (2004) study, and 53% in the CDC study. High school shooters growing up in rural small towns had experience with the use of guns because they lived in communities where hunting has been part of local culture (Newman et al., 2004, p. 69). Older rampage shooters, such as college students, typically turn to the Internet, gun shows, and other means of legal acquisition of guns (Newman & Fox, 2009).

Rampage shooters also often kill themselves after killing as many victims as they can (Vossekuil et al., 2002; Everytown for Gun Safety, 2014; Fast, 2008). In a study of recent mass shootings, 43% of perpetrators committed suicide during the incident (Everytown for Gun Safety, 2014). In comparison, less than 0.001% of all homicides also involve suicides (Eliason, 2009). What distinguishes perpetrators of murder-suicide, an extremely rare event, from those who

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

**Katherine Newman**

commit suicide is suicidal ideation co-occurring with hostile ideation reflecting long-standing resentments toward others (e.g., Vossekuil et al., 2002). This combination likely helps explain why people who commit homicide followed by suicide tend to leave more homicide victims than those who only commit homicide (CDC, 2012). Some of the case studies of rampage shooters suggest that killing multiple victims prior to suicide may be a way of achieving fame and notoriety as their final statement (Newman et al., 2004). Moreover, the intense media coverage surrounding rampage shootings may provide scripts for youth with suicidal-homicidal ideation. Based on an analysis of suicides following reports of suicides in the news, Romer, Jamieson, and Jamieson (2006) concluded that approximately 10% of suicides among individuals aged 15 to 24 years were attributable to press coverage of public acts of suicide. Coverage of murder-suicides may be especially likely to elicit contagion (Stack, 1989).

The evidence we summarize points to the conclusion that a school shooting itself may be a symbolic event directed at the school as an institution rather than specific individuals and is, as one writer described, "theatrical, tragic, and pointless" (Fast, 2008, p. 11). School shooters generally do not personally know anyone who has killed before, and they are not imitating individuals they know, but may be imitating other rampage shooters or media characters.

### Street Shootings

The database for street violence comes from decades of social science research. In contrast to school shooters, "street shooters" more commonly live in densely populated areas with high crime levels, low social trust levels, and poverty rates reaching beyond 40% (Harding, 2010; Sampson, 2012). In one study, for example, a Boston, Massachusetts, neighborhood with these characteristics accounted for 10% of the city's homicides over a 2-year period, even though it only contained 2% of the city's population (Harding, 2010, p. 28).

Although structural factors are important for predicting the incidence of urban street shootings, researchers note that even in the most violent of neighborhoods, a small minority of youth commit the vast majority of violent acts (Harding, 2010; Jones, 2010). These youth often have inordinately strong loyalties to their neighborhood "turfs," and are engaged in contests of will with known antagonists. Street shootings are rarely random acts of violence, but instead aim to hurt or kill individuals they know, often because they perceive themselves or their group to be in danger and in need of protection (Fagan & Wilkinson, 1998; Rios, 2011).

Another difference between school shooters and street shooters is where they obtain weapons. Data from a nationally representative sample of people in state prison indicate that individuals incarcerated for crimes committed when they were younger than 18 years old most commonly obtain them from "street or black market" sources (47%) or receive them from a friend or family members (38%). Because transferring a handgun to a juvenile is illegal in almost all contexts, and only 13% of youth reported theft as their means of gun acquisition, the vast majority of street shooters are armed via illegal transactions (Webster, Freed, Frattaroli, & Wilson, 2002; Webster, Meyers, & Buggs, 2014). In addition, street shooters rarely commit suicide after shooting others (Harding, 2010).

## Risk and Protective Factors for Youth Violence

When youth use guns to kill others, it is only natural for citizens and policymakers to seek to identify "the" cause. However, as President Obama noted, violent behavior is very complex. Evidence, as well as theories about the causes of youth violence, implicate multiple influences occurring in complex combinations over differing time scales (from distal to immediate) that lead to acts of violence (e.g., David-Ferdon & Simon, 2014). Notwithstanding this complexity, there is considerable interest in identifying key risk and protective factors for youth violence, and particularly those influences that may be malleable.

Following the Newtown shooting, Congress and the media focused on three risk factors for school shootings: (a) access to guns, (b) exposure to violent media, and (c) mental health. However, these are only three of a host of possible risk factors for youth violence. The Report of the Office of the Child Advocate for the State of Connecticut (2014) of the Sandy Hook shooting also focused on mental health and access to guns, but additionally underscored numerous other

**Sandra L. Calvert**

risks, misunderstandings, and inadequate supports in the life of the shooter leading up to the Sandy Hook killings. The 2014 CDC youth violence report also summarized numerous risk and protective factors, noting that there has been more attention to risk than protective influences, although both are important in determining violent behavior (David-Ferdon & Simon, 2014).

In this article, we consider multiple risk and protective factors implicated by the literature on youth violence, drawing on those that appear early in development (e.g., family abuse and neglect) and those that are more relevant during adolescence (e.g., access to guns). Our list is certainly not exhaustive. We assume that whether a violent act occurs results from interactions among many individual and contextual factors. Although many characteristics associated with youth violence apply to both school and street shooters, some may not. We note wherever possible how individual and contextual risk factors may differ for school and street shooters.

Longitudinal studies of youth development have identified an early and stable trajectory of youth antisocial behavior, including tendencies toward the use of violence. These studies indicate that characteristics of the parents, their child, and the social environment play a substantial role in the development and course of this trajectory (e.g., Moffitt et al., 2011; Odgers et al., 2008; Zheng & Cleveland, 2013). It is also noteworthy that this stable trajectory typically includes less than 15% of youth, and that even within this group violence is not a universal behavior. Indeed, most youth do not engage in antisocial or more extreme violent behaviors. A second frequently observed antisocial trajectory arises later in adolescence, but tends to be less prone to violence (e.g., Odgers et al., 2008).

## Family Influences

Families appear to play multiple roles that may increase or decrease the risk of youth violence. Many of the best-established risk factors for youth violence are based in the family, including harsh and rejecting parents, interparental violence, child abuse and neglect, chaotic family life, inconsistent discipline, and poor monitoring by parents of children showing early signs of aggression (Dodge, Greenberg, & Malone, 2008; Loeber & Farrington, 1998, 2012; Lösel & Farrington, 2012; Stoddard et al., 2013). Risk factors for youth violence often co-occur and also predict multiple negative outcomes in addition to violence, including related antisocial behaviors, substance abuse, mental health problems, and health-risk behaviors. Evidence on factors associated with *lower* risk for youth violence often implicate similar factors, including close attachment bonds with consistently supportive caregivers, effective and developmentally sensitive parenting (including consistent disciplinary practices and monitoring), and families operating in ways that children experience as safe, stable, well-managed, and well-regulated (e.g., David-Ferdon & Simon, 2014; Loeber & Farrington, 1998, 2012).

## Neurobiological Factors

Neurobiological risk factors have long been implicated in youth violence. These include neurocognitive deficits, perinatal complications, genetic risks, and psychophysiological differences (e.g., low resting heart rate), among others (Glenn & Raine, 2014). There is now a greater understanding about how chronic and traumatic stress resulting from adverse childhood experiences (e.g., family violence and conflict, child physical abuse and neglect, sexual abuse, traumatic separation from caretakers) can shape the development and functioning of the hypothalamic-pituitary-adrenocortical axis in ways that compromise adaptive responses to stress (Lupien, McEwen, Gunnar, & Heim, 2009). Research using animal models is shedding light on how the development of the hypothalamic-pituitary-adrenocortical axis is associated with aggression and impulsiveness in humans (Veenema, 2009). There is also emerging evidence of gene-environment interaction effects in humans that alter the developing brain in ways that moderate the risk of antisocial outcomes, including violence (Caspi et al., 2002; Dodge, 2009).

## Academic Achievement

Data from multiple longitudinal studies suggest that school readiness and academic achievement during the school years, along with school engagement, predict *lower*

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

**Geraldine Downey**

rates of urban youth violence (e.g., Herrenkohl, Lee, & Hawkins, 2012; Resnick, Ireland, & Borowsky, 2004). For example, in the National Longitudinal Study of Adolescent Health (Resnick et al., 2004), boys with a grade point average (GPA) in the top quartile (high GPA) at Time 1 (students in Grades 7 to 11) had a 26.6% probability (15.2% for girls) of reporting any Time 2 violent behavior (about 11 months later) compared to 43.9% of the boys (27.9% of the girls) in the bottom quartile (low GPA). Among boys in this study with multiple risk factors for violence, those with higher GPAs had a predicted probability of 52.6% (38.8% for girls) for falling in the top quintile of violent behavior compared to a probability of 70.5% (60.8% for girls) for those with lower GPAs. Such findings may reflect a variety of cognitive and emotional self-control skills associated with school readiness and success, as well as the effectiveness of schools in engaging children and preventing dropout (Herrenkohl et al., 2012; Lösel & Farrington, 2012). Poor academic achievement does not appear to be a predictor of rampage shootings. If anything, rampage shooters often have average or better than average academic achievement levels (e.g., Vossekuil et al., 2002).

## Personality Traits and Individual Differences

One of the best predictors of future behavior is past behavior. Thus, it is not surprising that individuals who are characteristically aggressive or impulsive with difficulties in self-control are more likely to engage in later acts of aggression, violence, delinquency, and crime (e.g., Loeber & Farrington, 1998). Individual differences in self-control (the inverse of impulsivity) are among the strongest and most consistent observed individual correlates of crime, delinquency, violence, and other problem behaviors (Gottfredson, 2005; Loeber & Farrington, 2012; Moffitt et al., 2011). For example, a study of a large birth cohort of males in New Zealand found that persons convicted of violent crimes scored significantly lower on measures of self-control than did those not convicted of violent crimes ($d$'s ranged from 0.5 to more than 1.0; Caspi et al., 1994). Another study found that low self-control was correlated with both psychological ($r = .47$) and physical ($r = .38$) bullying among adolescents (Moon & Alarid, 2015). Violent behavior often is short-sighted, producing little longer-term gain at the risk of considerable long-term cost for the perpetrator. Many acts of violence among urban youth erupt so suddenly that they seem to be nearly spontaneous (even to the offender, in hindsight). In contrast, rampage shootings tend to be planned and deliberate (Cornell et al., 2013; Newman et al., 2004).

Three other personality traits are broadly related to aggression and violence, the so-called Dark Triad of Personality— psychopathy, narcissism, and Machiavellianism (Paulhus & Williams, 2002). Psychopaths show a pervasive disregard for, and violation of, the rights of others. They are callous and unemotional individuals who mainly focus on obtaining their own goals, regardless of whether they hurt others in the process. A meta-analysis indicates that "callous-unemotional" traits that are the antithesis of empathy in youth are associated with more severe antisocial and aggressive behavior ($r = .33$; Frick, Ray, Thornton, & Kahn, 2014). People high in narcissism have a grandiose sense of who they are and of the recognition and status to which they are entitled. When narcissists do not get the special treatment they think they deserve, they may lash out aggressively against others (e.g., Bushman & Baumeister, 1998). It is a common myth that violent people have low self-esteem (Baumeister, Smart, & Boden, 1996). One meta-analysis found that violent criminals had much higher levels of narcissism than other young men ($d = 1.63$; Bushman & Baumeister, 2002), but their self-esteem scores did not differ ($d = 0.0002$; Bushman & Baumeister, 2002). "Machiavellianism" refers to using any means necessary to get power, including manipulation, aggression and violence. Machiavellianism is positively related to bullying in school (e.g., $r = .33$ in a study by Andreou, 2004). Taken together, these three dispositional qualities embody the lack of empathy, sense of entitlement, and motivation to gain power that appear to facilitate involvement in violence. However, whether they are specific risk factors for either rampage shooting or street violence has yet to be established.

## Exposure to Media Violence

Public debate on the link between violent media and youth violence can become especially contentious in the

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

**Mark Dredze**

wake of a shooting rampage. In many rampage shootings, the perpetrator puts on a uniform (e.g., hockey mask, trench coat, movie costume, military uniform), as if following a media script. The perpetrator then collects several guns and ammunition, goes to a public place, kills as many people as possible, and then often kills himself (or is killed by the police). It is tempting for some to conclude that violent media caused the shooting rampage. However, it is not possible to make causal inferences about the link between exposure to violent media and violent criminal behavior because it is unethical to conduct experimental studies in which research participants can commit violent crimes.

One can, however, draw causal inferences about the link between exposure to media violence and aggression. Hundreds of studies have shown that exposure to media violence is a significant risk factor for aggressive behavior in youth (e.g., for a meta-analytic review, see Bushman & Huesmann, 2006; $d = 0.39$ for aggressive behavior across all studies), and experimental studies indicate that the link is causal. Studies also have shown that parents who set limits on the amount and content of children's media use provide a powerful protective factor against aggression. For example, one 1-year longitudinal study of 430 children 7- to 11-year-old children found that parental involvement in children's media consumption reduced the likelihood of getting into a fight from 44% to 35% (Gentile & Bushman, 2012).

Exposure to media violence is significantly related to violent criminal behavior, although the effects are smaller than for aggressive behavior. One meta-analysis included a violent outcome variable called "criminal violence against a person (e.g., homicide, suicide, stabbing, etc.)" (Paik & Comstock, 1994). Across 58 studies (of all types), there was a significant effect of exposure to TV violence on criminal violence ($d = 0.20$; see also Savage & Yancey, 2008, who found a similar effect of $d = 0.21$). Across 271 studies, there was a significant effect of TV violence exposure on "physical violence against a person (non-illegal behavior)" ($d = 0.47$; Paik & Comstock, 1994). Several longitudinal studies have shown that early repeated exposure to violent media predicts later aggressive and violent behavior, after controlling for early aggressive and violent behavior as well as other predictors, such as intelligence, poverty, and parenting style (e.g., Huesmann, Moise-Titus, Podolski, & Eron, 2003). However, it must be noted that millions of young Americans consume violent media and do not commit violent crimes.

There is a downward spiral between aggression, rejection, and consumption of violent media (Slater, Henry, Swaim, & Anderson, 2003). Specifically, aggressive youth tend to be rejected by nonaggressive peers, and therefore spend more time consuming violent media and associating with other aggressive youth (who have also been rejected by others), which, in turn, is associated with even more aggressive behavior.

According to psychoanalytic theory, exposure to media violence can act as a safety valve by releasing violent impulses into harmless channels through catharsis. However, scientific evidence contradicts the catharsis hypothesis (e.g., Bushman, 2002; Bushman, Baumeister, & Stack, 1999; Geen & Quanty, 1977). Another theory proposes that media violence may reduce violent crime by keeping young men off the street (Dahl & DellaVigna, 2009), but more evidence is needed before firm conclusions can be drawn.

## Access to Guns

In the United States in 2011, 84% of homicide victims ages 15–24 were killed with guns (National Center for Injury Prevention and Control, 2011). The frequent involvement of guns in lethal youth violence, and the ability of guns to inflict more lethal wounds than other personal weapons, suggest that gun availability is an important cause of youth homicides. There are methodological challenges to making causal inferences about the positive association between gun availability and homicide risks (National Research Council, 2005); nonetheless, three types of evidence point in the direction of causation.

First, high levels of gun ownership and much more lax gun control laws in the United States likely make unsupervised access to handguns more available to youth within the United States compared with other high-income countries (Richardson & Hemenway, 2011). Second, a study comparing homicide rates across U.S. states, which controlled for other risk factors for lethal violence (e.g., economic and social resource deprivation, racial composition, alcohol use,

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.



**Michael
Gottfredson**

rates of nonlethal violent crime), found that for every 1% increase in household gun ownership youth homicides committed with guns increased by 2.4% (Miller, Hemenway, & Azrael, 2007). It can be difficult to discern the independent effects of gun ownership from those of lax gun laws that make it easier for youth to access guns, because states with the highest prevalence of gun ownership typically have the most lax gun laws (Fleegler, Lee, Monuteaux, Hemenway, & Mannix, 2013). Both likely play a role in youth's unsupervised access to guns and associated risks for lethal violence (Webster, Vernick, & Bulzacchelli, 2009). Third, temporal changes in illegal gun availability to youth coincide with temporal changes in youth homicide. The extraordinary increase in youth homicides of young African American males that were committed with guns during the late 1980s and early 1990s mirrored trends in arrests for illegally carrying guns and deaths due to gun suicides and accidental shootings (Blumstein & Cork, 1996). Similarly, the dramatic reduction in juvenile-involved murders between 1994 and 1999 and leveling off since then has closely mirrored trends for juvenile arrests for weapons violations, almost all of which are for illegal possession of a gun (Snyder, 2011).

Young men may be particularly sensitive to cultural influences on masculinity in adolescence when they are physically maturing, particularly in the context of popular media that glorify violence and domination of others (Kimmel & Mahler, 2003). The least physically developed young boys may lose out in pecking orders that value height, big muscles, athletic prowess, and mature looks (Newman et al., 2004). Guns could become a great equalizer in this tournament of recognition (Harcourt, 2006). Whereas street sources and peers are common sources of guns for street

shooters, rampage school shooters who are ages 18 and younger tend to gain access to guns that are in their own households by stealing legal guns from their parents or other relatives (CDC, 2014; Newman et al., 2004; Vossekuil et al., 2002).

## Alcohol and Other Drugs of Abuse

Alcohol and substance abuse have long been associated with risk for youth violence (e.g., Herrenkohl, Lee, & Hawkins, 2012; Loeber & Farrington, 2012; Whiteside et al., 2013). It has been a practice for centuries to issue soldiers alcohol before they go into battle, both to increase aggression and to decrease fear (Keegan, 1993). Recent accounts of child soldiers also describe the role of drugs in desensitizing children to extreme violence (Betancourt, Agnew-Blais, Gilman, Williams, & Ellis, 2010). Nevertheless, available data do not suggest a connection between rampage shootings and either intoxication or a history of substance abuse. There is little evidence that rampage shooters are on alcohol or drugs at the time they commit their acts (Cornell et al., 2013; Newman et al., 2004), an important difference from youth involved in street violence (see Table 1).

## Social Rejection and Peer Hierarchies

Status anxieties, a history of social rejection, and peer hierarchies also can create conditions that increase the risk of youth violence. Some evidence suggests that rampage shooters have a history of rejection from relatively small and cohesive peer networks into which they have sought entry through behaviors intended to curry favor, but which peers perceive as socially inept (Newman et al., 2004). With regard to street violence, rejection in the form of disrespect of one's group can lead to collective violence (Fagan & Wilkinson, 1998). Youth may join neighborhood gangs for protection from such violence only to become involved in dynamics that alternate among protection, predation, and victimization (Rios, 2011).

Under most conditions, however, rejection in various forms—exclusion, devaluation, disrespect, bullying—can lead to aggression but rarely to lethal violence. When rejection occurs in adverse family, community, and peer circumstances, it can lead individuals to develop a heightened sensitivity for future threats of rejection, which has been shown to lead to a small but significant increase in the likelihood of aggression and violence (Downey, Lebolt, Rincón, & Freitas, 1998). Rejection from peer groups may have a stronger impact on males than rejection from best friends or romantic partners, with the opposite pattern occurring for females (Baumeister & Sommer, 1997). Among adolescent males, rejection in forms that convey powerlessness and devaluation of one's masculinity may be especially threatening (Bourgois, 1996).

**Nina G. Jablonski**

Rejection and disrespect may have a more profound effect on youth than older adults. During adolescence, when passion and peer influence are rising but brain systems that support self-control and planning are not fully mature, the typical youth is more likely to engage in risky behaviors, especially in emotionally charged social circumstances (Steinberg, 2008). However, the vast majority do not exhibit violence as a result of extreme reactivity and risky decision making (Frick & Viding, 2009). Moreover, violence could emerge at any time in the life course in reaction to identity-challenging stress and factors that compromise self-control such as substance abuse.

Intense reactions to rejection are especially likely for rejection sensitive individuals with low self-control (Mischel & Ayduk, 2004). One such impulsive reaction may be to use a lethal weapon that happens to be accessible. Youth with a history of being bullied and bullying others are 5 times more likely to report carrying weapons than peers with no bullying history (Bradshaw, Waasdorp, Goldweber, & Johnson, 2013; van Geel, Vedder, & Tanilon, 2014). A second reaction is to ruminate about a plan for revenge, which may increase the probability of its implementation (Gollwitzer, 1999). This outcome may be particularly likely in the case of school shooters, especially if the shooter has released warnings about his intentions in order to gain attention, and fears another episode of rejection if he "backs down" (Newman et al., 2004).

## Poverty and Social Distrust

In urban areas of concentrated poverty, youth violence can become a form of rough street justice in response to failures by the formal justice system to secure neighborhoods, increasing social distrust of the police by youth of color (especially African American youth), and limited opportunities for youth to generate respect and dignity among peers (Harding, 2010). Under these conditions, how youth see themselves and are seen by peers can become linked to "campaigns for respect" organized around the capacity to repel or commit violence (Anderson, 1999; Jones, 2010). Strong neighborhood identities can lodge such campaigns in the defense of "turf" by youth groups and gangs, which escalates violence collectively, leaving urban spaces as "danger zones" of zealously protected territories (Harding, 2010, p. 44).

In these contexts, parents still can play important roles, but youth (especially those of color) have to navigate a street reality that often models and supports violence, and a broader society where they must contend with racialized stereotypes of criminality (Eberhardt, Goff, Purdie, & Davies, 2004). As a consequence, parenting youth who are embedded in a violent street context can be particularly challenging, and even the type of parenting that typically promotes healthy development might not be sufficient to protect against youth violence (De Coster, Heimer, & Wittrock, 2006).

## Mental Illness

When school shootings occur, the shooters are often portrayed in the media as having some form of severe mental illness. Indeed the available evidence suggests that some are at the onset of what may become a serious disorder if they survive (Newman et al., 2004; Rocque, 2012; Moore et al., 2003). Although severe mental illness is linked with somewhat higher risk of violent acts, only 4% of violent acts are attributable to severe mental illness (Appelbaum, 2013). Of these acts, few involve guns (Appelbaum & Swanson, 2010). In fact, a lifetime diagnosis of a severe mental illness may add little additional risk of violence, especially if the individual is in remission or is receiving treatment (Appelbaum & Swanson, 2010). The factors predictive of future violence among the severely mentally ill are similar to those that predict violence in the general population (e.g., Van Dorn, Volavka, & Johnson, 2012).

Despite these caveats regarding mental illness as a cause of violence, some forms of mental illness that characterize either rampage or street shooters could be targeted for prevention purposes. Early identification of suicidal youth in schools and other settings could be a target of intervention for school shooters (Cooper, Clements, & Holt, 2011). This is especially true if suicidal thoughts are expressed in conjunction with intense hostility toward others. For street shooters, heavy exposure to violence in the home and neighborhood predisposes youth to post-traumatic stress disorder (PTSD) and substance use disorder, both of which could be

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

**Ann S. Masten**

targeted especially among youth already involved in the criminal justice system (Schubert & Mulvey, 2014).

## Preventing Youth Violence

The evidence suggests that a variety of intervention programs can reduce some forms of youth violence (David-Ferdon & Simon, 2014; Lösel & Farrington, 2012). However, careful evaluations are needed to identify what programs work, and for whom (Mihalic, Fagan, Irwin, Ballard, & Elliott, 2004; Piquero, Farrington, Welsh, Tremblay, & Jennings, 2009).

### Self-Control Skills

Although some early risk factors related to youth violence are difficult to alter, others are more amenable to change. Evidence is growing that self-regulation skills are malleable in children, beginning in early childhood (e.g., Diamond & Lee, 2011). Self-control training delivered directly to children can increase self-control and decrease delinquency. For example, a meta-analytic review of 34 studies involving randomized controlled experimental designs with participants up to age 10 and with posttest measures of self-control and child behavior problems for both experimental and control groups, found that the majority of effect sizes were positive, with small to moderate increases in self-control ($d = 0.28$ to 0.61), and small to moderate improvement ($d = 0.09$ to 0.30) in self-control on delinquency reduction (Piquero, Jennings, & Farrington, 2010).

### Social Competence Skills

The likelihood of violence also may be reduced by interventions focused on developing social–cognitive and behavioral skills intended to increase empathy, social problem-solving, perspective taking, the effective management of interpersonal conflict, anger management, and alternative ways of interpreting social cues and coping with rejection and disappointment. Schools have successfully implemented universal preventive classroom interventions that improve conduct and reduce risks for violence, such as the Good Behavior Game (e.g., Kellam et al., 2011). Programs that start in first grade and continue into adolescence, that intervene with parents and schools, and that target social competence skills and other risk factors, can reduce the risk for youth violence (e.g., Conduct Problems Prevention Research Group, 2011). Effective preschool programs for disadvantaged children that engage parents and promote school readiness can also reduce later repeated involvement with the criminal justice system by as much as 75% (Heckman, 2013).

### Strengthen Effective Parenting and Family-Based Protective Factors

Prevention studies targeting risk and protective factors among children at high risk for antisocial behavior provide corroborative evidence that improving parenting and family management can reduce aggression and violence in youth (Piquero et al., 2009; Welsh et al., 2012). One meta-analysis reviewed randomized, controlled experiments that included pre–post evaluations of family programs (excluding qualitative studies), with families that had children under age 5, for which child behavioral delinquency outcomes were obtained and parent training was part of the program studied (including, but not limited to home visitation programs) and for which sufficient data were available to calculate effect sizes. Among the 55 studies meeting these criteria, they calculated a weighted mean effect size of $d = 0.35$ on postprogram measures of childhood delinquency and/or antisocial problems (Piquero et al., 2009). The Child–Parent Center Preschool Program in Chicago, Illinois, for example, implemented in early childhood, reduced risk for violent arrests by 40% by age 18 (Reynolds, Temple, Robertson, & Mann, 2001). However, it is not yet clear how effective even well-validated prevention programs may be for preventing specific and contrasting forms of youth violence, including street violence, school shootings, and violent forms of bullying.

### Minimizing Violent Media Effects

With regards to violent media, "the train has left the station," so to speak, as children invest considerable amounts of time with media (e.g., Common Sense Media, 2013). However, parents can reduce the negative impact of violent media on their children. Typically, parental interventions are placed in one of three groups: (a) instructive

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

**Calvin Morrill**

mediation, (b) restrictive mediation, and (c) social coviewing (Valkenburg, Krcmar, Peeters, & Marseille, 1999). Instructive mediation, which involves parents talking to their children about violent media content (e.g., alternative means of solving conflict besides aggression, why it is unrealistic, why guns are dangerous), can reduce the harmful effect of violent media on children (e.g., Nathanson, 2004). Restrictive mediation involves restricting access to violent media (Valkenburg et al., 1999). Parents can use filtering devices to restrict violent content on TV sets and computers. Parents can also restrict the sheer amount of media exposure. The American Academy of Pediatrics recommends that parents limit their children's overall screen time for entertainment purposes and establish "screen-free" zones at home by making sure that there are no televisions, computers, or video games in children's bedrooms (Committee on Public Education, 2001, Council on Communications and Media, 2011). Social coviewing involves parents consuming violent media with their children without discussing it; this approach can backfire because children may assume that violent media must not be harmful if their parents watch it with them and do not say anything bad about it (Nathanson, 1999).

We recommend establishing an easy-to-understand universal ratings system for all forms of media, with ratings assigned by child development experts rather than the industry. In the United States, however, the rating system is like alphabet soup, with different forms of media using different letters (e.g., TV-MA for TV, R for movies, Ao for video games), and different content codes (e.g., FV, V, S, L, D, AC, AL, GL, MV, V, GV, BN, N, SSC, RP). Parents do not always understand these ratings. For example, only 3% of parents surveyed knew that FV meant "fantasy violence," and some even thought it meant "family viewing" (Kaiser Family Foundation, 1999). In addition, ratings are assigned by the industry. The Netherlands uses age-based ratings (e.g., 12+ for children 12 and older) and easy to understand symbols for content-based ratings (e.g., a fist for violence) for TV programs, movies, and video games, with ratings assigned by child development experts rather than the industry—called *Kijkwijzer* ("viewing guidelines" in English; for a review, see Valkenburg, Beentjes, Nikken, & Tan, 2002). In 2006, a version of *Kijkwijzer* was also introduced in Turkey. Media literacy programs can also help children become more intelligent and critical media consumers (e.g., Bickham & Slaby, 2012), and can even help reduce aggression and violence in youth. In one study, for example, middle school students who were randomly assigned to participate in a violent media literacy program were 2.16 less likely to push or shove another student and were 2.32 times less likely to threaten to hit or hurt someone in comparison to control students (Fingar & Jolls, 2014).

## Reduce Youth Access to Guns

Approximately two thirds of U.S. homicides are committed with guns (Federal Bureau of Investigation, 2013). Although one can certainly kill people with other weapons (e.g., knives), one can kill more people much faster with guns than with other weapons. For example, the same day of the lethal Newtown shootings, a man stabbed 22 children in China, but none of them died (Associated Press, 2012). Guns also increase the physical and psychological distance between the killer and the victims, which makes killing easier (e.g., Baumeister, 1997).

A broader body of research suggests that high standards for legal gun ownership and certain policies to deter transfers of guns to prohibited persons (e.g., universal background checks, permit-to-purchase laws) reduce gun availability to criminals and reduce violence (Webster & Wintemute, 2015). However, few studies have examined the effects of these policies or of youth-focused firearm restrictions on juvenile's access and criminal misuse of guns. Reducing firearm access to youth by legally requiring or encouraging gun owners to lock up guns to keep them from underage youth reduces suicides and unintentional shootings (Webster, Vernick, Zeoli, & Manganello, 2004; Hepburn, Azrael, Miller, & Hemenway, 2006; Grossman et al., 2012). However, the impact such laws have on rampage or street shootings is unknown.

Policing strategies designed to detect and deter illegal gun carrying in high-risk settings have consistently been shown to reduce gun violence (Koper & Mayo-Wilson, 2006). Youth report that their awareness of these police practices curtail their gun carrying (Freed, Webster, Longwell, Carrese, & Wilson, 2001). Targeted initiatives with relatively

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

**Daniel B. Neill**

small and well-trained police units have proven to be effective in reducing gun violence and often have community support (Shaw, 1995; McGarrell, Chermak, Wilson, & Corsaro, 2006). Broader initiatives such as "stop and frisk" in New York City, New York, have proven to be very contentious because they are vulnerable to racial bias in their application (e.g., Gelman, Fagan, & Kiss, 2007). If these approaches lead to harassment and racial profiling, they could decrease community trust of police officers.

College age rampage shooters who are at least age 21 are often able to acquire guns from licensed gun dealers or from unlicensed private sellers who they find online or at gun shows (Newman & Fox, 2009). Federal gun laws and the laws in most U.S. states prohibit a relatively small number of individuals with mental illnesses (i.e., those who, through a legal proceeding, were found to represent a serious threat to themselves or others as a result of a mental illness) from possessing guns. The records for these mental health disqualifications often are not made available to law enforcement agencies conducting pre-gun-sale background checks. As a result, in the case of college shooters, individuals who were known on campus to have significant mental and emotional problems can access guns from licensed gun dealers, usually legally (Newman & Fox, 2009).

Although gun safety is an important part of prevention, it is critical not to place too much confidence in this strategy. Some rampage school shooters took blowtorches to safes or found cable cutters to slice through security devices to gain access to guns (Newman et al., 2004). A very dedicated killer can be difficult to deter via gun control alone. However, many people are not quite that dedicated. They are ambivalent, and anything that raises the stakes and makes it harder for them to access guns can be an effective part of prevention strategies. In sum, gun laws are helpful but not sufficient for deterring gun violence in youth.

### Reduce Alcohol and Substance Abuse in Youth

Findings discussed above linking alcohol and substance abuse to aggression and violence among youth suggest that interventions to reduce substance use by youth would also lower risk for violence in subgroups of high-risk youth (David-Ferdon & Simon, 2014). Findings from the Pittsburgh Youth Study suggest that it may also be important to simultaneously address contextual influences, because they found that increases in alcohol use within individuals were more strongly linked to increases in aggression among boys with attitudes favoring violence and living in high-crime neighborhoods (White, Fite, Pardini, Mun, & Loeber, 2013). Changing alcohol-related polices can also help reduce youth violence rates. For example, surveillance data analyzed by researchers at the Clark-Hill Institute for Positive Youth Development found that single-serve alcohol beverages were associated with increased violence rates. Local policymakers used these data to develop a new alcohol licensing policy, and found that violence-related ambulance pick-ups in the community where the intervention took place decreased from 19.6 per 1,000 youth 15–24 years, in the 18 months prior to the intervention to 0 per 1,000 in the 18 months after the intervention. The study included an 18-month baseline period, a 6-month intervention period, and an 18-month postintervention period. Another study found that reducing the density of alcohol outlets and sales significantly reduced violence rates (e.g., Elder et al., 2010).

### Improving School Climates

General efforts in schools should focus on creating climates where students feel engaged and feel a sense of belonging. Of particular importance is the development of mechanisms that can build social trust between youth and adults, both in schools and in communities, for social trust has been demonstrated to be an important aspect of school climates that leads away from peer violence (Williams & Guerra, 2011). On campuses, ensuring that culturally diverse students have access to all academic and extracurricular opportunities can break down negative stereotypes among groups and create trust among peers (Carter, 2012). There is also a need to recognize and cultivate informal practices of peer conflict management that youth use to solve problems in nonaggressive ways that are supported and reinforced by an inclusive and trusting climate (Morrill & Musheno, in press). School police forces emphasizing suspension and expulsion of

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

**Daniel Romer**

youth exhibiting behavioral difficulties (e.g., "zero tolerance" or some forms of "safe schools" policies) can undermine positive school climates, marginalizing already challenged children, even propelling them on a trajectory toward prison (Bahena, Cooc, Currie-Rubin, Kuttner, & Ng, 2012). Moreover, a Department of Education report based on statistics from 72,000 schools in 7,000 school districts across the country found that although African American students accounted for 35% of those suspended once and 39% of all expulsions, they made up only 18% of those enrolled (Gregory, Skiba, & Noguera, 2010; Koon, 2013).

Restorative justice programs represent one increasingly popular movement intended to improve school climates, thereby reducing peer violence and aggression (Morrison, 2007). Restorative justice generally refers to processes through which "stakeholders affected by an injustice have an opportunity to discuss how they have been affected . . . and what should be done to repair harm" (Braithwaite, 2004, p. 28). This approach has been translated into schools via a number of practices, including peer juries, problem solving, peer discussion circles, family group conferencing, and victim–offender, peer mediation. Advocates suggest that school-based restorative justice programs signal a caring and safe climate organized around forgiveness, respectful dialogue, responsibility, and community participation (Braithwaite, 1999). Although there is some evidence that restorative justice can reduce serious assaults and other forms of violence in individuals already involved in the criminal justice system (Strang, Sherman, Mayo-Wilson, Woods, & Ariel, 2013; Bergseth & Bouffard, 2007), the type of randomized trials needed to establish the effectiveness of this approach in reducing school based-violence has not yet been undertaken.

## Data Mining: Can It Predict Youth Violence?

The advent of tools that make it possible to search large quantities of online data through computer algorithms has raised new possibilities for predicting youth violence. In particular, because social media data such as Facebook and Twitter are often publicly available, data mining algorithms provide a means for sifting through these data to predict events and identify user characteristics (Han, Kamber, & Pei, 2011). For example, recent approaches using Twitter data can provide advance prediction of civil unrest events (Chen & Neill, 2014), and can identify users with PTSD and other mental conditions (Coppersmith, Harman & Dredze, 2014). Data mining techniques have multiple potential uses for providing early warnings of youth violence. However, some of these uses create not only technical challenges, but also raise privacy concerns and other serious ethical issues.

### Predicting Street Violence

Researchers have successfully developed techniques for predicting geographic "hotspots" of violent crime in U.S. cities such as Chicago; Los Angeles, California; and New York City (Cohen, Gorr, & Olligschlaeger, 2007; Eck, Chainey, Cameron, Leitner, & Wilson, 2005; Mohler, Short, Brantingham, Schoenberg, & Tita, 2011; Neill & Gorr, 2007). Most of these techniques rely on data that is often publicly available, such as aggregate counts of crimes, de-identified crime offense reports, and 911 emergency telephone calls. These techniques can achieve high predictive accuracy because urban crime often follows regular patterns (e.g., escalating conflicts between street gangs), and place-based interventions such as targeted police patrols can reduce the overall level of street violence. For example, a meta-analysis of 19 studies found that hot spots policing produced significant, positive effect sizes for reductions in drug offenses ($d = 0.25$), violent crimes ($d = 0.18$), and disorder offenses ($d = 0.15$; Braga, Papachristos, & Hureau, 2014).

A complementary approach to prediction of street violence analyzes social network ties, using social media or other data sources (e.g., co-offending data) to identify individuals at high risk of being victims or perpetrators of street violence (Papachristos & Wildeman, 2014). For example, the Chicago Police Department uses social media data (e.g., Facebook profiles) to map the relationships between Chicago's most active gang members. The police use the inferred social network for prediction of homicides and development of interventions targeted at the individuals at highest risk for involvement in a homicide. Another example of individual-based crime prediction is the software used in Baltimore,

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

**Daniel W. Webster**

Maryland; Philadelphia, Pennsylvania; and Washington, DC, to predict those individuals on probation or parole most likely to murder or commit other crimes (Berk, Sherman, Barnes, Kurtz, & Ahlman, 2009). This approach relies on detailed information collected about each offender's life history and criminal record, and thus will not help predict first-time offenders.

## Predicting Rampage Shootings

Individual-based surveillance to predict rampage shootings is inherently much more difficult than place-based surveillance, for three reasons. First, rampage shootings are extremely rare. Even if features are identified that increase an individual's probability of committing violence by several orders of magnitude, huge numbers of individuals displaying these factors will never perpetrate violence. Second, there may be wide discrepancies in the amount and types of data available for each individual (e.g., some potentially dangerous individuals may not use online communication or may not reveal anything predictive). Third, there are large risks to individual privacy that are difficult to mitigate, which raise both moral and legal concerns. Because of these concerns and the likelihood of an unacceptably high false positive rate, mining of social network data should be used to provide secondary rather than primary evidence for deciding whether and how to intervene in the event of received threats or warnings related to a specific individual.

Social network data may also identify hostile social environments that can lead to violent behavior (Spivak & Prothrow-Stith, 2001), including carrying a weapon and physical fighting (Nansel, Overpeck, Haynie, Ruan, & Scheidt, 2003). For example, network data may track messages involving *cyberbullying*, which refers to the use of digital media to bully others, such as "flaming" (i.e., hostile and insulting interaction between people online), online gossip or rumors, teasing, reputation destruction, and cyberostracism (Hinduja & Patchin, 2009). The use of social

Table 1
*Some Major Descriptive Differences Between Street Shootings and School Shootings*

| Street shootings | School shootings |
|---|---|
| Less rare | Extremely rare |
| Concentrated in inner cities | Concentrated in rural towns and suburbs |
| Non-White offenders overrepresented | Mostly White offenders |
| Guns usually obtained from illegal gun market | Guns often obtained from family members who purchased them legally |
| Preferred weapon is a handgun | Often multiple guns used, including semiautomatic rifles with high capacity magazines |
| Many recidivist violent offenders | Uncommon recidivist violent offenders |
| History of discipline problems common | History of discipline problems uncommon |
| Co-offending typical | Solo offending typical |
| Prior criminal victimization common | Prior criminal victimization uncommon |
| Suicide combined with homicide uncommon | Suicide and homicide very common |
| Victims mostly of same sex and race (often African American males) | Mixed-sex male and female but same race |
| Victimization of family members highly unusual | Victimization of family members can occur prior to the school shooting |
| Mostly from low income families | Mostly from middle class families |
| Substance use common | Substance use uncommon |
| Treatment of mental illness uncommon | Treatment of mental illness uncommon, but some symptoms of mental illness may be present |
| Generally below average in academic achievement | Generally average, or above, in intellectual functioning and academic achievement |
| Generally personally know someone who has killed or been killed before | Generally do not personally know anyone who has killed before |
| Avoid media attention for shootings because they don't want to be caught and prosecuted | Seek media attention for shootings |

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

media for cyberbullying creates opportunities to study online transcripts of bullying events called “bullying traces” (Xu, Jun, Zhu, & Bellmore, 2012). Bullying traces may also reveal when youth resist cyberbullying or even intervene to stop it (Marwick & Boyd, 2011).

## Preventing Shootings in Schools and Communities

**Rampage shootings.** Programs and strategies to prevent rampage shootings are not well developed. The most efficacious form of prevention lies in ensuring that information that “something terrible is about to happen” is brought to trusted adults who have the knowledge to respond effectively. This requires encouraging the recipients of warnings, threats, and other forms of advanced notice to come forward (Newman et al., 2004). Media attention to shootings provokes a spike in reporting threats, which can lead to an increase in the interceptions of shooters before they carry out their plans (Newman et al., 2004).

Efforts to alert schools to the potential for hostile action by students have been implemented in some U.S. states and other countries (e.g., Cornell, Sheras, Gregory, & Fan, 2009; Endrass et al., 2011). Although school shooters often “leak” their intentions to others in the community (Fein et al., 2002), these messages are typically not taken seriously by their peers. However, the establishment of tip lines and other mechanisms for reporting such threats appear to uncover potential threats and avert threats to school safety (Cornell et al., 2009). These programs are similar in intent to efforts to identify youth at risk for suicide in schools (Cooper et al., 2011). Students, parents, and school staff are educated about the warning signs of suicidal behavior and encouraged to help potential victims to get treatment.

Encouraging youth to come forward must be tempered by the understanding that the vast majority of the time they will be reporting false positives. The language of threat is simply too common to assume it always means something. But when threats become more specific (in terms of targets, timing, preparation, etc.), the only real protection is to foster the conditions of trust and confidentiality that will signal to members of the social cliques where they hear threats to come forward and report the threats (Newman et al., 2004).

Zero tolerance policies need to be reconsidered, at least for speech (though weapon possession should never be tolerated). When school systems react to verbal comments with automatic sanctions, the practice can dissuade students who hear threats from coming forward to report their concerns out of fear of overreaction in a climate of a high level of false positives (Newman et al., 2004). Shutting down this information pipeline leaves us in a very vulnerable position because interruption of plots is essential to prevention (Newman et al., 2004).

Although trying to predict which specific students will turn into shooters is futile, schools should focus attention on students who show signs of disturbance or broadcast an intention to do harm (Newman et al., 2004). More generally, schools should ensure that informal and formal control systems operate in tandem to respond robustly to both actual and potential bullying and physical violence (Morrill & Musheno, in press).

**Postvention for school shootings.** School shootings are devastating, especially to the communities in which they occur. Based on the available evidence, scholars have offered general suggestions about what to do in the aftermath of a school shooting (Newman et al., 2004). Media attention often creates a major problem for school authorities. Schools should insist that news organizations pool their resources and send one representative, rather than multiple reporters to cover rampage school shootings. Media also provide a stage for antisocial youth to become a “star” through extreme acts of violence, such as rampage shootings. Their access to attention through media should be minimized.

Communities should develop postshooting crisis plans that provide mental health services on a widespread basis. Educators need to be both well informed about the symptoms of trauma and open with parents about the importance of counseling. Special attention should also be paid to the needs of teachers and staff in the wake of a school shooting. They are often expected to step into the role of counselor or comforter when they are also suffering from trauma and in need of support. Mental health resources should be available in schools at all times, not just in the aftermath of a school shooting (see Newman et al., 2004).

Schools have a legitimate need to reassure the public that security has been restored in the wake of a school shooting. Different schools have taken different approaches, such as searching student bags for weapons, adding locks and security personnel at the school entrance, and building fences around the school property. Although such measures can reassure students and parents in the short-term, they can also undermine social trust in the long-term and must be accompanied with other efforts to rebuild trust and meaningful relational ties on school campuses (see Newman et al., 2004).

**Prevention of street shootings.** Street shootings involve an extremely difficult set of both individual and contextual influences that require a complex set of multilevel interventions (e.g., Ingoldsby, Shelleby, Lane, & Shaw, 2012; Tolan, Gorman-Smith, & Henry, 2003). One scholar, for example, points toward the importance of a “rich” organizational life of on-the-ground community organizations as mechanisms for increasing social trust in

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

neighborhoods, which is associated with lower rates of youth violence (Sampson, 2012, p. 312). But how these abstract ideas translate into specific interventions is unclear. There is recent evidence that high-quality (i.e., low-conflict, high-emotional-closeness) relationships between children and care givers can reduce conduct problems, including peer violence, years later even holding constant family income, children's earlier conduct problems, and parenting styles (Ingoldsby, Shelleby, Lane, & Shaw, 2012). Summer employment mentoring programs may have the same effects prior to serious offending (Heller, 2014). Nevertheless, reducing the forces that encourage youth violence will require concerted efforts by police, parents, and other adults to avoid the debilitating effects of involvement with the juvenile justice system that treats poor and minority youth harshly and ensnares them (Rios, 2011). The effort currently underway to reform the juvenile justice system by engaging youth through education and treatment (rather than punishment) is a strategy that could bear fruit (Models for Change, 2014). Similarly, support for successful reentry of incarcerated youth and young adults into their communities has the potential to reduce future violence. Of particular importance is the removal of unnecessary obstacles to gaining employment and returning to school.

Research conducted with serious youth offenders in urban centers such as Chicago indicates that youth with substance use problems are more than 50% more likely to experience recidivism after release into the community than other offenders (Schubert & Mulvey, 2014). Other research (also in Chicago) indicates that nearly all youth detained in the juvenile justice system have experienced traumatic events often leading to PTSD and comorbid disorders (Abram et al., 2013). Such conditions are treatable, but current practice in juvenile detention does not deliver these treatments in a consistent manner, leaving many youth at risk for further offending (Schubert & Mulvey, 2014), and high risk for gun violence upon return to their communities (Teplin et al., 2014).

A novel approach to prevention of violence in high-risk school-age male youth in Chicago employs a combination of strategies both during and after school (Heller, Pollack, Ander, & Ludwig, 2013). The program, called Becoming a Man, employs community organizations that train various forms of impulse control and strategies to negotiate interpersonal conflicts. It also encourages greater attachment to school and the value of persisting toward graduation. Results from a large randomized trial indicate a 44% reduction in arrests for violent behavior during the program year and subsequent increases in school performance ($d = 0.19$). Improvements in school attendance and graduation appear to make the program cost effective.

## Directions for Future Research

In our charge from the NSF to write about what we know and do not know about youth violence, it immediately became apparent that although there is a developed literature on the topic, there is much that we still do not know. In this section, we describe some of the most urgent directions for future research.

### Guns

More research is needed on youths' perceptions and behaviors as potential consumers of handguns, and how those perceptions and behaviors are affected by contextual factors such as state regulations over gun sales, law enforcement practices directed at deterring youth acquisition and carrying of guns, and street outreach prevention programs. A huge challenge to initiatives is that many youth are willing to loan their guns to friends and family members. More research is needed on how to discourage gun sharing practices. There are many gaps in gun policy research (Webster & Wintemute, 2015). For example, there has been little research on the effects of minimum age restrictions on handgun purchases, and if those effects depend on regulations to prevent illegal diversion (e.g., comprehensive background check).

### Media Violence

Previous research has shown that when exposed to movie characters that smoke, many youth are more likely to start smoking themselves (e.g., Dal Cin, Stoolmiller, & Sargent, 2012); the same is true for characters that drink (e.g., Wills, Sargent, Gibbons, Gerrard, & Stoolmiller, 2009). Future research should test whether youth are more interested in acquiring and using guns after exposure to movie characters that use guns. Research could also examine the extent to which media can decrease the perceived desirability of guns, in an environment when media tend to glorify them. Future research should examine what types of individuals are most susceptible to violent media effects, such as youth with certain mental illnesses, youth with poor self-control, youth who possess guns, and youth who do not understand the morals of plots and the motives of characters that contain violent content. Future research should also investigate what types of settings facilitate violent media effects (e.g., cooperative vs. competitive vs. alone gameplay; immersive technologies).

The rampage shootings in Newtown and, more recently, in Santa Barbara, California, have drawn attention to online communities that youth may join to communicate with others who share and support their violent interests and hostile ideologies (e.g., Report of the Office of the Child Advocate for the State of Connecticut, 2014). Research is needed to understand how involvement with online social

groups facilitates the translation of hostile grudges into violent action. Prior research suggests that online communities operate like other social groups in ways that influence real-life behavior (McKenna & Bargh, 1998).

## Mental Health, Suicide, and Homicide Ideation

Future research could examine the intersection of hostile and suicidal ideation in youth as a marker for youth who are at risk for murder-suicide, a common characteristic of rampage shootings (Everytown for Gun Safety, 2014; Vossekuil et al., 2002). Considerable research has been conducted to understand suicidal ideation in youth (Evans, Hawton, & Rodham, 2004). More should be done to learn about risk factors for homicidal and suicidal ideation and to understand the circumstances under which such co-occurring ideation becomes linked to plans to use violence to gain the status and recognition that is perceived to be lacking.

Because existing studies of youth who engage in rampage shootings have focused mainly on middle and high school students (e.g., Newman et al., 2004), it is important to establish whether college-age rampage shooting show any distinctive pattern of mental health or social adjustment difficulties. In particular, the transition to independent living, or even its possibility, might exacerbate serious social and emotional difficulties of the sort that characterize some of the college-age rampage shooters and potentially trigger in them extreme reactions. This possibility is suggested in the Report of the Office of the Child Advocate for the State of Connecticut (2014) on the Newtown shooter, but needs to be examined in other cases. More generally, research is needed to establish how mental health services can be effectively harnessed to support youth experiencing these difficulties, with special attention to those making the transition to independent living.

## Family Environment

Family function appears to play a multitude of roles in generating or mitigating risk for youth violence, yet there are numerous gaps in the literature. More knowledge is needed on differential predictors of specific forms of violence, particularly given that family backgrounds of rampage shooters often do not fit the typical markers of street shooters. For rampage shooters, interactions of individual vulnerabilities and contextual influences arising in peer groups, schools, and communities may play critical roles.

In the case of street shootings that are heavily concentrated in high-poverty neighborhoods, parents may have little trust in the police, and peer influences are often driven by gang membership and other turf identities (Goffman, 2014; Harding, 2010). Nevertheless, parents and schools may have some effect in reducing involvement in violence (Fauth, Roth, & Brooks-Gunn, 2007; Ingoldsby et al., 2012; Tolan et al., 2003). Expanded research is needed on effective interventions to reduce youth violence in this context.

Research also is needed on the role of early childhood experiences in the family and caregiving environment on risk for youth violence, including the prenatal environment. There is a need to identify best practices to support healthy development of children in vulnerable families. In addition, it is important for communities, policymakers, and scientists to join together and identify the resources needed for family members with a child or youth who demonstrates signs of preoccupation with violence. Research is needed on the best strategies and developmental timing for helping parents to teach and monitor children effectively in regard to promoting positive child uses of media, good self-control skills, safe behavior around guns, healthy peer relationships, and other potential protective factors against violence. It is also important to improve child welfare systems intended to promote positive child development, such as foster care and juvenile justice systems, that may inadvertently function as "violence feeder systems."

Whereas our focus has been on the formative role of early family experiences on later violence, it is also important to consider the role of families during adolescence and, perhaps especially, early adulthood in the lives of youth with serious social and emotional difficulties of the sort that characterize some of the school shooters. These difficulties may hinder parents' ability to engage in constructive ways, prompting them to give up or give in. Yet, for these youth, the transition (or even its possibility) from the family home to independent living may be deeply threatening and destabilizing and prompt extreme reactions because it removes invisible supports on which they depend (e.g., Report of the Office of the Child Advocate for the State of Connecticut, 2014). Research is needed to establish how to access mental health services that can support families of youth experiencing these difficulties.

## School and Community Climate

Research is needed to understand how the ways in which schools deal with challenging behavior may contribute to the risk of violence. For example, a suspension may result in a child being left without any adult supervision if the parent is working. Greater insight is needed about interpersonal peer conflict in school, especially the roles played by social trust, interpersonal relationships, and peer hierarchies in creating the conditions that lead youth away from or toward peer aggression (Morrill & Musheno, in press). Efforts along these lines could be devoted to basic research and assessing the efficacy of school-level approaches, such as restorative justice programs, that seek to facilitate alternative ways of resolving peer conflict without exclusion or violence.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

A growing body of theory and evidence implicates the role of neighborhood-level factors for youth violence in urban areas characterized by persistent and concentrated poverty, gang violence, and low levels of social trust among residents (e.g., Sampson, 2012). However, neighborhood-level strategies to reduce youth violence and promote youth success have produced conflicting results, pointing to the need to distinguish how different aspects as adolescents' social environment influence their ongoing development (Sampson, 2012).

## Conclusions

Rampage school shootings are rare. Schools remain the safest place for children—far safer than crossing the street. Even so, the shock that follows from the murders of innocent children is so threatening to our sense of social order that it calls out for explanation and intervention so that it does not happen again. It is unlikely that we will ever understand the depth of alienation or desires for social status motivating an individual shooter, nor will we be able to restore peace of mind to the families and communities that have experienced these tragedies.

Street shootings take the lives of far more people in 1 year than all the school rampage shootings put together. While addressing the critical need to understand rampage school shootings, we must not lose sight of the fact that in terms of the sheer social cost, the violence that bedevils the nation's poorest neighborhoods is far more costly in terms of human life, family disruption, and the destabilization of communities engendered by chronic fear and trauma.

Whether we focus on rare or ubiquitous forms of violence, it is crucial to recognize that gun violence in the United States is far higher than in any other high-income country. It is also important to recognize that the causes of violence are complex. Evidence on the risk and protective processes for youth violence is increasing. However, it is clear that additional and more nuanced knowledge is needed on both causes and effective solutions for different forms of youth violence in different contexts. In the aftermath of Newtown and the many other tragedies in schools and streets that preceded and followed this tragic event, it is also clear that understanding and preventing youth violence should be a national priority.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

## References

Abram, K. M., Teplin, L. A., King, D. C., Longworth, S. L., Emanuel, K. M., Romero, E. G., . . . Olson, N. D. (2013). *Juvenile justice bulletin: PTSD, trauma, and comorbid psychiatric disorders in detained youth* (NCJ 239603). Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention. Retrieved from http://www.ojjdp.gov/pubs/239603.pdf

Anderson, E. (1999). *Code of the street: Decency, violence, and the moral life of the inner city*. New York, NY: Norton.

Andreou, E. (2004). Bully/victim problems and their association with Machiavellianism and self-efficacy in Greek primary school children. *British Journal of Educational Psychology, 74,* 297–309. http://dx.doi.org/10.1348/000709904773839897

Appelbaum, P. (2013). Public safety, mental disorders and guns. *JAMA Psychiatry, 70,* 565–566.

Appelbaum, P. S., & Swanson, J. W. (2010). Law & psychiatry: Gun laws and mental illness: How sensible are the current restrictions? *Psychiatric Services, 61,* 652–654. http://dx.doi.org/10.1176/ps.2010.61.7.652

Associated Press. (2012, December 14). Man stabs 22 children in China. *New York Times*. Retrieved from http://www.nytimes.com/2012/12/15/world/asia/man-stabs-22-children-in-china.html?_r=0

Bahena, S., Cooc, N., Currie-Rubin, R., Kuttner, P., & Ng, M. (Eds.). (2012). *Disrupting the school-to-prison pipeline*. Cambridge, MA: Harvard Education Press.

Baumeister, R. F. (1997). *Evil: Inside human violence and cruelty*. New York, NY: Freeman.

Baumeister, R. F., Smart, L., & Boden, J. M. (1996). Relation of threatened egotism to violence and aggression: The dark side of high self-esteem. *Psychological Review, 103,* 5–33. http://dx.doi.org/10.1037/0033-295X.103.1.5

Baumeister, R. F., & Sommer, K. L. (1997). What do men want? Gender differences and two spheres of belongingness: Comment on Cross and Madson (1997). *Psychological Bulletin, 122,* 38–44. http://dx.doi.org/10.1037/0033-2909.122.1.38

Bergseth, K. J., & Bouffard, J. A. (2007). The long-term impact of restorative justice programming for juvenile offenders. *Journal of Criminal Justice, 35,* 433–451. http://dx.doi.org/10.1016/j.jcrimjus.2007.05.006

Berk, R. A., Sherman, L., Barnes, G., Kurtz, E., & Ahlman, L. (2009). Forecasting murder within a population of probationers and parolees: A high stakes application of statistical learning. *Journal of the Royal Statistical Society Series A (General), 172,* 191–211. http://dx.doi.org/10.1111/j.1467-985X.2008.00556.x

Betancourt, T. S., Agnew-Blais, J., Gilman, S. E., Williams, D. R., & Ellis, B. H. (2010). Past horrors, present struggles: The role of stigma in the association between war experiences and psychosocial adjustment among former child soldiers in Sierra Leone. *Social Science & Medicine, 70,* 17–26. http://dx.doi.org/10.1016/j.socscimed.2009.09.038

Bickham, D. S., & Slaby, R. G. (2012). Effects of a media literacy program in the U.S. on children's critical evaluation of unhealthy media messages about violence, smoking, and food. *Journal of Children and Media, 6,* 255–271. http://dx.doi.org/10.1080/17482798.2012.662031

Blumstein, A., & Cork, D. (1996). Linking gun availability to youth gun violence. *Law and Contemporary Problems, 59,* 5–24. http://dx.doi.org/10.2307/1192207

Bourgois, P. (1996). *In search of respect*. Cambridge, United Kingdom: Cambridge University Press.

Bradshaw, C. P., Waasdorp, T. E., Goldweber, A., & Johnson, S. L. (2013). Bullies, gangs, drugs, and school: Understanding the overlap and the role of ethnicity and urbanicity. *Journal of Youth and Adolescence, 42,* 220–234. http://dx.doi.org/10.1007/s10964-012-9863-7

Braga, A. A., Papachristos, A. V., & Hureau, D. M. (2014). The effects of hot spots policing on crime: An updated systematic review and meta-analysis. *Justice Quarterly, 31,* 633–663. http://dx.doi.org/10.1080/07418825.2012.673632

Braithwaite, J. (1999). Restorative justice: Assessing optimistic and pessimistic accounts. *Crime and Justice, 25,* 1–127. http://dx.doi.org/10.1086/449287

Braithwaite, J. (2004). Restorative justice and de-professionalization. *The Good Society, 13,* 28–31. http://dx.doi.org/10.1353/gso.2004.0023

Bushman, B. J. (2002). Does venting anger feed or extinguish the flame? Catharsis, rumination, distraction, anger and aggressive responding. *Personality and Social Psychology Bulletin, 28,* 724–731. http://dx.doi.org/10.1177/0146167202289002

Bushman, B. J., & Baumeister, R. F. (1998). Threatened egotism, narcissism, self-esteem, and direct and displaced aggression: Does self-love or self-hate lead to violence? *Journal of Personality and Social Psychology, 75,* 219–229. http://dx.doi.org/10.1037/0022-3514.75.1.219

Bushman, B. J., & Baumeister, R. F. (2002). Does self-love or self-hate lead to violence? *Journal of Research in Personality, 36,* 543–545. http://dx.doi.org/10.1016/S0092-6566(02)00502-0

Bushman, B. J., Baumeister, R. F., & Stack, A. D. (1999). Catharsis, aggression, and persuasive influence: Self-fulfilling or self-defeating prophecies? *Journal of Personality and Social Psychology, 76,* 367–376. http://dx.doi.org/10.1037/0022-3514.76.3.367

Bushman, B. J., & Huesmann, L. R. (2006). Short-term and long-term effects of violent media on aggression in children and adults. *Archives of Pediatrics & Adolescent Medicine, 160,* 348–352. http://dx.doi.org/10.1001/archpedi.160.4.348

Bushman, B. J., & Huesmann, L. R. (2010). Aggression. In S. T. Fiske, D. T. Gilbert, & G. Lindzey (Eds.), *Handbook of social psychology* (5th ed., pp. 833–863). New York, NY: Wiley. http://dx.doi.org/10.1002/9780470561119.socpsy002023

Bushman, B. J., Newman, K., Calvert, S., Downey, G., Dredze, M., Gottfredson, M., . . . Webster, D. (2013, 1–2 February). *Youth violence: What we need to know. Report of the Subcommittee on Youth Violence of the Advisory Committee to the Social, Behavioral and Economics Sciences directorate*. Arlington, VA: National Science Foundation.

Carter, P. L. (2012). *Stubborn roots: Race, culture and inequality in U.S. and South African schools*. New York, NY: Oxford University Press. http://dx.doi.org/10.1093/acprof:oso/9780199899630.001.0001

Caspi, A., McClay, J., Moffitt, T. E., Mill, J., Martin, J., Craig, I. W., . . . Poulton, R. (2002). Role of genotype in the cycle of violence in maltreated children. *Science, 297,* 851–854. http://dx.doi.org/10.1126/science.1072290

Caspi, A., Moffitt, T., Silva, P., Stouthamer-Loeber, M., Krueger, R., & Schmutte, P. (1994). Are some people crime-prone? Replications of the personality-crime relationship across countries, genders, races and methods. *Criminology, 32,* 163–196. http://dx.doi.org/10.1111/j.1745-9125.1994.tb01151.x

Centers for Disease Control and Prevention (CDC). (2012). Surveillance for violent deaths: National violent death reporting system, 16 states, 2009. *Morbidity and Mortality Weekly Report, 61,* 1–43. Retrieved from http://www.cdc.gov/mmwr/preview/mmwrhtml/ss6106a1.htm

Centers for Disease Control and Prevention (CDC). (2014). *School-associated violent death study*. Retrieved from http://www.cdc.gov/ViolencePrevention/youthviolence/schoolviolence/SAVD.html

Chen, F., & Neill, D. (2014). Non-parametric scan statistics for event detection and forecasting in heterogeneous social media graphs. *Proceedings of the 20th ACM SIGKDD Conference on Knowledge Discovery and Data Mining* (pp. 1166–1175). New York, NY: Association for Computing Machinery.

Cohen, J., Gorr, W. L., & Olligschlaeger, A. M. (2007). Leading indicators and spatial interactions: A crime forecasting model for proactive police deployment. *Geographical Analysis, 39,* 105–127. http://dx.doi.org/10.1111/j.1538-4632.2006.00697.x

Committee on Public Education. (2001). Media violence. *Pediatrics, 108,* 1222–1226. http://dx.doi.org/10.1542/peds.108.5.1222

Common Sense Media. (2013, Fall). *Zero to eight: Children's media use in America in 2013*. Retrieved from http://www.commonsensemedia.org/research/zero-to-eight-childrens-media-use-in-america-2013

Conduct Problems Prevention Research Group. (2011). The effects of the fast track preventive intervention on the development of conduct disorder across childhood. *Child Development, 82,* 331–345. http://dx.doi.org/10.1111/j.1467-8624.2010.01558.x

Cooper, G. D., Clements, P. T., & Holt, K. (2011). A review and application of suicide prevention programs in high school settings. *Issues in Mental Health Nursing, 32,* 696–702. http://dx.doi.org/10.3109/01612840.2011.597911

Coppersmith, G., Harman, C., & Dredze, M. (2014). Measuring post-traumatic stress disorder in Twitter. *International Conference on Weblogs and Social Media (ICWSM)*. Retrieved from http://www.cs.jhu.edu/~mdredze/publications/2014_icwsm_ptsd.pdf

Cornell, D., Evans, A. C., Guerra, N. G., Kinscherff, R., Mankowski, E., Randazzo, M. R., . . . Webster, D. W. (2013). *Gun violence: Prediction, prevention, and policy: APA panel of experts report*. Washington, DC: American Psychological Association.

Cornell, D., Sheras, P., Gregory, A., & Fan, X. (2009). A retrospective study of school safety conditions in high schools using the Virginia threat assessment guidelines versus alternative approaches. *School Psychology Quarterly, 24,* 119–129. http://dx.doi.org/10.1037/a0016182

Council on Communications and Media. (2011). Media use by children younger than age 2. *Pediatrics, 128,* 1040–1045.

Dahl, G., & DellaVigna, S. (2009). Does movie violence increase violent crime? *The Quarterly Journal of Economics, 124,* 677–734.

Dal Cin, S., Stoolmiller, M., & Sargent, J. D. (2012). When movies matter: Exposure to smoking in movies and changes in smoking behavior. *Journal of Health Communication, 17,* 76–89. http://dx.doi.org/10.1080/10810730.2011.585697

David-Ferdon, C., & Simon, T. R. (2014). *Preventing youth violence: Opportunities for action*. Atlanta, GA: National Center for Injury Prevention and Control, Centers for Disease Control and Prevention.

De Coster, S., Heimer, K., & Wittrock, S. (2006). Neighborhood disadvantage, social capital, street context, and youth violence. *The Sociological Quarterly, 47,* 723–753. http://dx.doi.org/10.1111/j.1533-8525.2006.00064.x

Diamond, A., & Lee, K. (2011). Interventions shown to aid executive function development in children 4 to 12 years old. *Science, 333,* 959–964. http://dx.doi.org/10.1126/science.1204529

Dodge, K. A. (2009). Mechanisms of gene-environment interaction effects in the development of conduct disorder. *Perspectives on Psychological Science, 4,* 408–414. http://dx.doi.org/10.1111/j.1745-6924.2009.01147.x

Dodge, K. A., Greenberg, M. T., Malone, P. S., & the Conduct Problems Prevention Research Group. (2008). Testing an idealized dynamic cascade model of the development of serious violence in adolescence. *Child Development, 79,* 1907–1927. http://dx.doi.org/10.1111/j.1467-8624.2008.01233.x

Downey, G., Lebolt, A., Rincón, C., & Freitas, A. L. (1998). Rejection sensitivity and children's interpersonal difficulties. *Child Development, 69,* 1074–1091. http://dx.doi.org/10.1111/j.1467-8624.1998.tb06161.x

Eberhardt, J. L., Goff, P. A., Purdie, V. J., & Davies, P. G. (2004). Seeing black: Race, crime, and visual processing. *Journal of Personality and Social Psychology, 87,* 876–893. http://dx.doi.org/10.1037/0022-3514.87.6.876

Eck, J. E., Chainey, S., Cameron, J. G., Leitner, M., & Wilson, R. E. (2005). *Mapping crime: Understanding hot spots*. National Institute of Justice. Retrieved from http://discovery.ucl.ac.uk/11291/1/11291.pdf

Elder, R. W., Lawrence, B., Ferguson, A., Naimi, T. S., Brewer, R. D., Chattopadhyay, S. K., . . . the Task Force on Community Preventive Services. (2010). The effectiveness of tax policy interventions for reducing excessive alcohol consumption and related harms. *American Journal of Preventive Medicine, 38,* 217–229. http://dx.doi.org/10.1016/j.amepre.2009.11.005

Eliason, S. (2009). Murder-suicide: A review of the recent literature. *Journal of the American Academy of Psychiatry and the Law, 37,* 371–376.

Endrass, J., Rossegger, A., Urbaniok, F., Laubacher, A., Pierce, C. S., & Moskvitin, K. (2011). Procedures for preventing juvenile violence in Switzerland: The Zurich model. *New Directions for Youth Development, 2011,* 79–87. http://dx.doi.org/10.1002/yd.388

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Erickson, W. H. (2001). *The report of Governor Bill Owens' Columbine Review Commission*. Retrieved from http://www.securitymanagement.com/archive/library/Columbine_report0801.pdf

Evans, E., Hawton, K., & Rodham, K. (2004). Factors associated with suicidal phenomena in adolescents: A systematic review of population-based studies. *Clinical Psychology Review, 24,* 957–979. http://dx.doi.org/10.1016/j.cpr.2004.04.005

Everytown for Gun Safety. (2014). *Analysis of recent mass shootings.* Retrieved from http://everytown.org/mass-shootings/

Fagan, J., & Wilkinson, D. L. (1998). Guns, youth violence, and social identity in inner cities. *Crime and Justice, 24,* 105–188. http://dx.doi.org/10.1086/449279

Fast, J. (2008). *Ceremonial violence: A psychological explanation of school shootings*. New York, NY: The Overlook Press.

Fauth, R. C., Roth, J. L., & Brooks-Gunn, J. (2007). Does the neighborhood context alter the link between youth's after-school time activities and developmental outcomes? A multilevel analysis. *Developmental Psychology, 43,* 760–777. http://dx.doi.org/10.1037/0012-1649.43.3.760

Federal Bureau of Investigation. (2013). *Uniform Crime Reports*. Washington, DC: U. S. Government Printing Office.

Fein, R., Vossekuil, B., Pollack, W., Borum, R., Modzeleski, W., & Reddy, M. (2002). *Threat assessment in schools: A guide to managing threatening situations and to creating safe school climates*. Washington, DC: U. S. Secret Service and Department of Defense.

Fingar, K. R., & Jolls, T. (2014). Evaluation of a school-based violence prevention media literacy curriculum. *Injury Prevention, 20,* 183–190. http://dx.doi.org/10.1136/injuryprev-2013-040815

Fleegler, E. W., Lee, L. K., Monuteaux, M. C., Hemenway, D., & Mannix, R. (2013). Firearm legislation and firearm-related fatalities in the United States. *Journal of the American Medical Association Internal Medicine, 173,* 732–740. http://dx.doi.org/10.1001/jamainternmed.2013.1286

Freed, L. H., Webster, D. W., Longwell, J. J., Carrese, J., & Wilson, M. H. (2001). Factors preventing gun acquisition and carrying among incarcerated adolescent males. *Archives of Pediatrics & Adolescent Medicine, 155,* 335–341. http://dx.doi.org/10.1001/archpedi.155.3.335

Frick, P. J., Ray, J. V., Thornton, L. C., & Kahn, R. E. (2014). Can callous-unemotional traits enhance the understanding, diagnosis, and treatment of serious conduct problems in children and adolescents? A comprehensive review. *Psychological Bulletin, 140,* 1–57. http://dx.doi.org/10.1037/a0033076

Frick, P. J., & Viding, E. (2009). Antisocial behavior from a developmental psychopathology perspective. *Development and Psychopathology, 21,* 1111–1131. http://dx.doi.org/10.1017/S0954579409990071

Geen, R. G., & Quanty, M. B. (1977). The catharsis of aggression: An evaluation of a hypothesis. In L. Berkowitz (Ed.), *Advances in experimental social psychology* (Vol. 10, pp. 1–37). New York, NY: Academic Press.

Gelman, A., Fagan, J., & Kiss, A. (2007). An analysis of the New York City police department's "stop-and-frisk" policy in the context of claims of racial bias. *Journal of the American Statistical Association, 102,* 813–823. http://dx.doi.org/10.1198/016214506000001040

Gentile, D. G., & Bushman, B. J. (2012). Reassessing media violence effects using a risk and resilience approach to understanding aggression. *Psychology of Popular Media Culture, 1,* 138–151. http://dx.doi.org/10.1037/a0028481

Glenn, A. L., & Raine, A. (2014). Neurocriminology: Implications for the punishment, prediction and prevention of criminal behaviour. *Nature Reviews Neuroscience, 15,* 54–63. http://dx.doi.org/10.1038/nrn3640

Goffman, A. (2014). *On the run: Fugitive life in an American city*. Chicago, IL: University of Chicago Press. http://dx.doi.org/10.7208/chicago/9780226136851.001.0001

Gollwitzer, P. M. (1999). Implementation intentions: Strong effects of simple plans. *American Psychologist, 54,* 493–503. http://dx.doi.org/10.1037/0003-066X.54.7.493

Gottfredson, M. (2005). The empirical status of control theories in criminology. In F. Cullen, J. P. Wright, & K. R. Blevins (Eds.), *Taking stock: The empirical status of theory in criminology* (pp. 77–100). New Brunswick, NJ: Transaction.

Gregory, A., Skiba, R. J., & Noguera, P. A. (2010). The achievement gap and the discipline gap: Two sides of the same coin? *Educational Researcher, 39,* 59–68. http://dx.doi.org/10.3102/0013189X09357621

Grossman, D. C., Stafford, H. A., Koepsell, T. D., Hill, R., Retzer, K. D., & Jones, W. (2012). Improving firearm storage in Alaska native villages: A randomized trial of household gun cabinets. *American Journal of Public Health, 102,* S291–S297. http://dx.doi.org/10.2105/AJPH.2011.300421

Han, J., Kamber, M., & Pei, J. (2011). *Data mining: Concepts and techniques* (3rd ed.). Burlington, MA: Morgan Kaufmann.

Harcourt, B. E. (2006). *Language of the gun: Youth, crime, and public policy.* Chicago, IL: University of Chicago Press. http://dx.doi.org/10.7208/chicago/9780226316079.001.0001

Harding, D. J. (2010). *Living the drama: Community, conflict, and culture among inner-city boys*. Chicago, IL: University of Chicago Press. http://dx.doi.org/10.7208/chicago/9780226316666.001.0001

Heckman, J. J. (2013). *Giving kids a fair chance*. Cambridge, MA: MIT Press.

Heller, S. B. (2014). Summer jobs reduce violence among disadvantaged youth. *Science, 346,* 1219–1223. http://dx.doi.org/10.1126/science.1257809

Heller, S., Pollack, H. A., Ander, R., & Ludwig, J. (2013). Preventing youth violence and dropout: A randomized field experiment. NBER Working Paper No. 19014. Retrieved from http://www.nber.org/papers/w19014

Hepburn, L., Azrael, D., Miller, M., & Hemenway, D. (2006). The effect of child access prevention laws on unintentional child firearm fatalities, 1979–2000. *The Journal of Trauma, 61,* 423–428. http://dx.doi.org/10.1097/01.ta.0000226396.51850.fc

Herrenkohl, T. I., Lee, J., & Hawkins, J. D. (2012). Risk versus direct protective factors and youth violence: Seattle social development project. *American Journal of Preventive Medicine, 43,* S41–S56. http://dx.doi.org/10.1016/j.amepre.2012.04.030

Hinduja, S., & Patchin, J. W. (2009). *Bullying beyond the schoolyard: Preventing and responding to cyberbullying*. Thousand Oaks, CA: Sage (Corwin Press).

Huesmann, L. R., Moise-Titus, J., Podolski, C. L., & Eron, L. D. (2003). Longitudinal relations between children's exposure to TV violence and their aggressive and violent behavior in young adulthood: 1977–1992. *Developmental Psychology, 39,* 201–221.

Ingoldsby, E. M., Shelleby, E., Lane, T., & Shaw, D. S. (2012). Extrafamilial contexts and children's conduct problems. In V. Maholmes & R. B. King (Eds.), *The Oxford handbook of poverty and child development* (pp. 404–422). New York, NY: Oxford University Press.

Jones, N. (2010). *Between good and ghetto: African American girls and inner-city violence*. New Brunswick, NJ: Rutgers University Press.

Kaiser Family Foundation. (1999). Parents and the V-chip: A Kaiser Family Foundation survey. Retrieved from http://eric.ed.gov/?id=ED445365

Keegan, J. (1993). *A history of warfare*. New York, NY: Knopf.

Kellam, S. G., Mackenzie, A. C. L., Brown, C. H., Poduska, J. M., Wang, W., Petras, H., & Wilcox, H. C. (2011). The good behavior game and the future of prevention and treatment. *Addiction Science and Clinical Practice, 6,* 73–84.

Kimmel, M. S., & Mahler, M. (2003). Adolescent masculinity, homophobia, and violence: Random school shootings, 1982–2001. *American Behavioral Scientist, 46,* 1439–1458. http://dx.doi.org/10.1177/0002764203046010010

Koon, S.-V. D. (2013). *Exclusionary school discipline: An issue brief and review of the literature*. Berkeley, CA: The Chief Justice Earl Warren Institute on Law and Policy, University of Berkeley, Berkeley School of Law.

Koper, C. S., & Mayo-Wilson, E. (2006). Police crackdowns on illegal gun carrying: A systematic review of their impact on gun crime. *Journal of Experimental Criminology, 2,* 227–261. http://dx.doi.org/10.1007/s11292-006-9005-x

Langman, P. F. (2009). *Why kids kill: Inside the minds of school shooters*. New York, NY: Palgrave, MacMillan.

Loeber, R., & Farrington, D. P. (1998 (Eds.). *Serious and violent juvenile offenders: Risk factors and successful interventions*. Thousand Oaks, CA: Sage.

Loeber, R., & Farrington, D. P. (Eds.). (2012). *From juvenile delinquency to adult crime: Criminal careers, justice policy, and prevention*. New York, NY: Oxford University Press. http://dx.doi.org/10.1093/acprof:oso/9780199828166.001.0001

Lösel, F., & Farrington, D. P. (2012). Direct protective and buffering protective factors in the development of youth violence. *American Journal of Preventive Medicine, 43,* S8–S23. http://dx.doi.org/10.1016/j.amepre.2012.04.029

Lupien, S. J., McEwen, B. S., Gunnar, M. R., & Heim, C. (2009). Effects of stress throughout the lifespan on the brain, behaviour and cognition. *Nature Reviews Neuroscience, 10,* 434–445. http://dx.doi.org/10.1038/nrn2639

Marwick, A., & Boyd, D. (2011). *The drama! Teen conflict, gossip, and bullying in networked publics*. Paper presented at the Oxford Internet Institute's "A Decade in Internet Time: Symposium on the Dynamics of the Internet and Society," Oxford, England.

McGarrell, E. F., Chermak, S., Wilson, J. M., & Corsaro, N. (2006). Reducing homicide through a "lever-pulling" strategy. *Justice Quarterly, 23,* 214–231. http://dx.doi.org/10.1080/07418820600688818

McKenna, K. Y. A., & Bargh, J. A. (1998). Coming out in the age of the Internet: Identity "demarginalization" through virtual group participation. *Journal of Personality and Social Psychology, 75*, 681–694.

Mihalic, S., Fagan, A., Irwin, K., Ballard, D., & Elliott, D. (2004). Blueprints for violence prevention. *National Criminal Justice Reference Service*. Retrieved from www.colorado.edu/cspv/blueprints/

Miller, M., Hemenway, D., & Azrael, D. (2007). State-level homicide victimization rates in the U.S. in relation to survey measures of household firearm ownership, 2001–2003. *Social Science & Medicine, 64,* 656–664. http://dx.doi.org/10.1016/j.socscimed.2006.09.024

Mischel, W., & Ayduk, O. (2004). Willpower in a cognitive–affective processing system: The dynamics of delay of gratification. In R. F. Baumeister & K. Vohs (Eds.), *Handbook of self-regulation: Research, theory, and applications* (pp. 99–129). New York, NY: Guilford Press.

Models for Change. (2014). Systems reform in juvenile justice. A program of the John D. and Catharine T. MacArthur Foundation. Retrieved from http://www.modelsforchange.net/index.html

Moffitt, T. E., Arseneault, L., Belsky, D., Dickson, N., Hancox, R. J., Harrington, H., . . . Caspi, A. (2011). A gradient of childhood self-control predicts health, wealth, and public safety. *PNAS Proceedings of the National Academy of Sciences of the United States of America, 108,* 2693–2698. http://dx.doi.org/10.1073/pnas.1010076108

Mohler, G. O., Short, M. B., Brantingham, P. J., Schoenberg, F. P., & Tita, G. E. (2011). Self-exciting point process modeling of crime. *Journal of the American Statistical Association, 106,* 100–108. http://dx.doi.org/10.1198/jasa.2011.ap09546

Moon, B., & Alarid, L. F. (2015). School bullying, low self-control, and opportunity. *Journal of Interpersonal Violence, 30,* 839–856. http://dx.doi.org/10.1177/0886260514536281

Moore, M. H., Petrie, C. V., Braga, A. A., & McLaughlin, B. L. (Eds.). (2003). *Deadly lessons: Understanding lethal school violence*. Washington, DC: National Academies Press.

Morrill, C., & Musheno, M. (in press). *Youth conflict: Trust and control in a high-poverty school*. Chicago, IL: University of Chicago Press.

Morrison, B. (2007). Schools and restorative justice. In G. Johnstone & D. W. van Ness (Eds.), *Handbook of restorative justice* (pp. 325–350). Portland, OR: Wilan Publishing.

Nansel, T. R., Overpeck, M. D., Haynie, D. L., Ruan, W. J., & Scheidt, P. C. (2003). Relationships between bullying and violence among U.S. youth. *Archives of Pediatrics & Adolescent Medicine, 157,* 348–353. http://dx.doi.org/10.1001/archpedi.157.4.348

Nathanson, A. I. (1999). Identifying and explaining the relationship between parental mediation and children's aggression. *Communication Research, 26,* 124–143. http://dx.doi.org/10.1177/009365099026002002

Nathanson, A. I. (2004). Factual and evaluative approaches to modifying children's responses to violent television. *Journal of Communication, 54,* 321–336. http://dx.doi.org/10.1111/j.1460-2466.2004.tb02631.x

National Center for Injury Prevention and Control. (2011). *Web-based injury statistics and query and reporting system, fatal injury reports, 1999–2011*. Atlanta, GA: Centers for Disease Control and Prevention. Retrieved from http://webappa.cdc.gov/sasweb/ncipc/mortrate10_us.html

National Research Council. (2005). *Firearms and violence: A critical review*. Washington, DC: The National Academies Press.

Neill, D. B., & Gorr, W. L. (2007). Detecting and preventing emerging epidemics of crime. *Advances in Disease Surveillance, 4,* 13. Retrieved from http://www.isdsjournal.org/articles/1945.pdf

Newman, K. S., & Fox, C. (2009). Repeat tragedy: Rampage school shootings 2002–2008. *American Behavioral Scientist, 52,* 1286–1308. http://dx.doi.org/10.1177/0002764209332546

Newman, K. S., Fox, C., Harding, D., Mehta, J., & Roth, W. (2004). *Rampage: The social roots of school shootings*. New York, NY: Basic Books.

Odgers, C. L., Moffitt, T. E., Broadbent, J. M., Dickson, N., Hancox, R. J., Harrington, H., . . . Caspi, A. (2008). Female and male antisocial trajectories: From childhood origins to adult outcomes. *Development and Psychopathology, 20,* 673–716. http://dx.doi.org/10.1017/S0954579408000333

Paik, H., & Comstock, G. (1994). The effects of television violence on antisocial behavior: A meta-analysis. *Communication Research, 21,* 516–546. http://dx.doi.org/10.1177/009365094021004004

Papachristos, A. V., & Wildeman, C. (2014). Network exposure and homicide victimization in an African American community. *American Journal of Public Health, 104*, 143–150. http://dx.doi.org/10.2105/AJPH.2013.301441

Paulhus, D. L., & Williams, K. M. (2002). The dark triad of personality: Narcissism, Machiavellianism, and psychopathy. *Journal of Research in Personality, 36,* 556–563. http://dx.doi.org/10.1016/S0092-6566(02)00505-6

Piquero, A., Farrington, D., Welsh, B., Tremblay, R., & Jennings, W. (2009). Effects of early family/parent training programs on antisocial behavior and delinquency. *Journal of Experimental Criminology, 5,* 83–120. http://dx.doi.org/10.1007/s11292-009-9072-x

Piquero, A., Jennings, W., & Farrington, D. (2010). On the malleability of self-control: Theoretical and policy implications regarding a general theory of crime. *Justice Quarterly, 27,* 803–834. http://dx.doi.org/10.1080/07418820903379628

Report of the Office of the Child Advocate for the State of Connecticut. (2014). *Shooting at Sandy Hook Elementary School*. Retrieved from http://www.ct.gov/oca/lib/oca/sandyhook11212014.pdf

Resnick, M. D., Ireland, M., & Borowsky, I. (2004). Youth violence perpetration: What protects? What predicts? Findings from the National Longitudinal Study of Adolescent Health. *The Journal of Adolescent Health, 35,* 424.e1–424.e10. http://dx.doi.org/10.1016/j.jadohealth.2004.01.011

Reynolds, A. J., Temple, J. A., Robertson, D. L., & Mann, E. A. (2001). Long-term effects of an early childhood intervention on educational achievement and juvenile arrest: A 15-year follow-up of low-income

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

children in public schools. *JAMA: Journal of the American Medical Association, 285,* 2339–2346. http://dx.doi.org/10.1001/jama.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

Richardson, E. G., & Hemenway, D. (2011). Homicide, suicide, and unintentional firearm fatality: Comparing the United States with other high-income countries, 2003. *The Journal of Trauma, 70,* 238–243. http://dx.doi.org/10.1097/TA.0b013e3181dbaddf

Rios, V. M. (2011). *Punished: Policing the lives of black and Latino boys.* New York, NY: New York University Press.

Rocque, M. (2012). Exploring school rampage shootings: Research, theory, and policy. *The Social Science Journal, 49,* 304–313. http://dx.doi.org/10.1016/j.soscij.2011.11.001

Romer, D., Jamieson, P., & Jamieson, K. H. (2006). Are news reports of suicide contagious? A stringent test in six U.S. cities. *Journal of Communication, 56,* 253–270. http://dx.doi.org/10.1111/j.1460-2466.2006.00018.x

Sampson, R. J. (2012). *Great American city: Chicago and the enduring neighborhood effect*. Chicago, IL: University of Chicago Press. http://dx.doi.org/10.7208/chicago/9780226733883.001.0001

Savage, J., & Yancey, C. (2008). The effects of media violence exposure on criminal aggression: A meta-analysis. *Criminal Justice and Behavior, 35,* 772–791. http://dx.doi.org/10.1177/0093854808316487

Schubert, C. A., & Mulvey, E. P. (2014). *Juvenile justice bulletin: Behavioral health problems, treatment, and outcomes in serious youthful offenders* (NCJ 242440). Washington, DC: U. S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention. Retrieved from http://www.ojjdp.gov/publications/pubresults.asp

Shaw, J. W. (1995). Community policing against guns: Public opinion of the Kansas City gun experiment. *Justice Quarterly, 12,* 695–710. http://dx.doi.org/10.1080/07418829500096251

Slater, M. D., Henry, K. L., Swaim, R. C., & Anderson, L. L. (2003). Violent media content and aggressiveness in adolescents: A downward spiral model. *Communication Research, 30,* 713–736. http://dx.doi.org/10.1177/0093650203258281

Snyder, H. N. (2011). *Arrests in the United States, 1980–2009. Patterns and trends (NCJ 234319)*. Washington, DC: U. S. Bureau of Justice Statistics, Office of Justice Programs, U.S. Department of Justice. Retrieved from http://www.bjs.gov/content/pub/pdf/aus8009.pdf

Spivak, H., & Prothrow-Stith, D. (2001). The need to address bullying-an important component of violence prevention. *JAMA: Journal of the American Medical Association, 285,* 2131–2132. http://dx.doi.org/10.1001/jama.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

Stack, S. (1989). The effect of publicized mass murders and murder-suicides on lethal violence, 1968–1980: A research note. *Social Psychiatry and Psychiatric Epidemiology, 24,* 202–208.

Steinberg, L. (2008). A social neuroscience perspective on adolescent risk-taking. *Developmental Review, 28,* 78–106. http://dx.doi.org/10.1016/j.dr.2007.08.002

Stoddard, S. A., Whiteside, L., Zimmerman, M. A., Cunningham, R. M., Chermack, S. T., & Walton, M. A. (2013). The relationship between cumulative risk and promotive factors and violence behavior among urban adolescents. *American Journal of Community Psychology, 51,* 57–65. http://dx.doi.org/10.1007/s10464-012-9541-7

Strang, H., Sherman, L. W., Mayo-Wilson, E., Woods, D., & Ariel, B. (2013). Restorative justice conferencing (RJC) using face-to-face meetings of offenders and victims: Effects on offender recidivism and victim satisfaction. A systematic review. *Campbell Systematic Reviews, 9*(12). Retrieved from http://campbellcollaboration.org/lib/project/63/

Teplin, L. A., Jakubowski, J. A., Abram, K. M., Olson, N. D., Stokes, M. L., & Welty, L. J. (2014). Firearm homicide and other causes of death in delinquents: A 16-year prospective study. *Pediatrics, 134,* 63–73. http://dx.doi.org/10.1542/peds.2013-3966

Tolan, P. H., Gorman-Smith, D., & Henry, D. B. (2003). The developmental ecology of urban males' youth violence. *Developmental Psychology, 39,* 274–291. http://dx.doi.org/10.1037/0012-1649.39.2.274

Valkenburg, P. M., Beentjes, H., Nikken, P., & Tan, E. (2002). Kijkwijzer: The Dutch rating system for audiovisual productions. *Communications, 27,* 79–102. http://dx.doi.org/10.1515/comm.27.1.79

Valkenburg, P. M., Krcmar, M., Peeters, A. L., & Marseille, N. M. (1999). Developing a scale to assess three styles of television mediation: "Instructive mediation," "restrictive mediation," and "social co-viewing." *Journal of Broadcasting & Electronic Media, 43,* 52–66. http://dx.doi.org/10.1080/08838159909364474

Van Dorn, R., Volavka, J., & Johnson, N. (2012). Mental disorder and violence: Is there a relationship beyond substance use? *Social Psychiatry and Psychiatric Epidemiology, 47,* 487–503. http://dx.doi.org/10.1007/s00127-011-0356-x

van Geel, M., Vedder, P., & Tanilon, J. (2014). Bullying and weapon carrying: A meta-analysis. *Journal of the American Medical Association Pediatrics, 168,* 714–720. http://dx.doi.org/10.1001/jamapediatrics.2014.213

Veenema, A. H. (2009). Early life stress, the development of aggression and neuroendocrine and neurobiological correlates: What can we learn from animal models? *Frontiers in Neuroendocrinology, 30,* 497–518. http://dx.doi.org/10.1016/j.yfrne.2009.03.003

Vossekuil, B., Fein, R. A., Reddy, M., Borum, R., & Modzeleski, W. (2002). *The final report and findings of the safe school initiative: Implications for the prevention of school attacks in the United States*. Washington, DC: U. S. Secret Service and Department of Education.

Webster, D. W., Freed, L. H., Frattaroli, S., & Wilson, M. H. (2002). How delinquent youths acquire guns: Initial versus most recent gun acquisitions. *Journal of Urban Health, 79,* 60–69. http://dx.doi.org/10.1093/jurban/79.1.60

Webster, D. W., Meyers, J. S., & Buggs, S. (2014, December 18–19). Youth acquisition and carrying of firearms in the United States: Patterns, consequences, and strategies for prevention. Proceedings of Means of Violence Workshop, Forum of Global Violence Prevention, Institutes of Medicine of the National Academies, Washington, DC.

Webster, D. W., Vernick, J. S., & Bulzacchelli, M. T. (2009). Effects of state-level firearm seller accountability policies on firearm trafficking. *Journal of Urban Health, 86,* 525–537. http://dx.doi.org/10.1007/s11524-009-9351-x

Webster, D. W., Vernick, J. S., Zeoli, A. M., & Manganello, J. A. (2004). Effects of youth-focused firearm laws on youth suicides. *JAMA: Journal of the American Medical Association, 292,* 594–601. http://dx.doi.org/10.1001/jama.292.5.594

Webster, D. W., & Wintemute, G. J. (2015). Effects of policies designed to keep firearms from high-risk individuals. *Annual Review of Public Health, 36,* 21–37. http://dx.doi.org/10.1146/annurev-publhealth-031914-122516

Welsh, B. C., Lipsey, M. W., Rivara, F. P., Hawkins, J. D., Aos, S., & Hollis-Peel, M. E. (2012). Promoting change, changing lives: Effective prevention and intervention to reduce serious offending. In R. Loeber & D. P. Farrington (Eds.), *From juvenile delinquency to adult crime: Criminal careers, justice policy, and prevention* (pp. 245–277). New York, NY: Oxford University Press. http://dx.doi.org/10.1093/acprof:oso/9780199828166.003.0009

White, H. R., Fite, P., Pardini, D., Mun, E. Y., & Loeber, R. (2013). Moderators of the dynamic link between alcohol use and aggressive behavior among adolescent males. *Journal of Abnormal Child Psychology, 41,* 211–222. http://dx.doi.org/10.1007/s10802-012-9673-0

Whiteside, L. K., Ranney, M. L., Chermack, S. T., Zimmerman, M. A., Cunningham, R. M., & Walton, M. A. (2013). The overlap of youth violence among aggressive adolescents with past-year alcohol use: A latent class analysis: Aggression and victimization in peer and dating violence in an inner city emergency department sample. *Journal of*

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Case 3:19-cv-01226-L-AHG Document 34-2 Filed 01/03/20 PageID.6098 Page 75 of 244

*Studies on Alcohol and Drugs, 74,* 125–135. http://dx.doi.org/10.15288/jsad.2013.74.125

Williams, K. R., & Guerra, N. G. (2011). Perceptions of collective efficacy and bullying perpetration in schools. *Social Problems, 58,* 126–143. http://dx.doi.org/10.1525/sp.2011.58.1.126

Wills, T. A., Sargent, J. D., Gibbons, F. X., Gerrard, M., & Stoolmiller, M. (2009). Movie exposure to alcohol cues and adolescent alcohol problems: A longitudinal analysis in a national sample. *Psychology of Addictive Behaviors, 23,* 23–35. http://dx.doi.org/10.1037/a0014137

Xu, J.-M., Jun, K. S., Zhu, X., & Bellmore, A. (2012). Learning from bullying traces in social media. In *2012 Conference of the North American Chapter of the Association for Computational Linguistics: Human Language Technologies* (pp. 656–666). Montreal, Canada: Association for Computational Linguistics. Retrieved from http://delivery.acm.org/10.1145/2390000/2382139/p656-xu.pdf?ip=73.132.105.218&id=2382139&acc=OPEN&key=4D4702B0C3E38B35%2E4D4702B0C3E38B35%2E4D4702B0C3E38B35%2E6D218144511F3437&CFID=702027930&CFTOKEN=86263369&__acm__=1439316426_8c982f7eb8c880c4481963e734565d53

Zheng, Y., & Cleveland, H. H. (2013). Identifying gender-specific developmental trajectories of nonviolent and violent delinquency from adolescence to young adulthood. *Journal of Adolescence, 36,* 371–381. http://dx.doi.org/10.1016/j.adolescence.2012.12.007

Received February 5, 2014
Revision received May 29, 2015
Accepted June 8, 2015 ■

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

# EXHIBIT 12





# ACTIVE SHOOTER

RECOMMENDATIONS AND ANALYSIS
FOR RISK MITIGATION

2016 EDITION AS RELEASED BY THE NEW YORK CITY
POLICE DEPARTMENT

**James P. O'Neill**

Police Commissioner

**John J. Miller**

Deputy Commissioner of
Intelligence and
Counterterrorism

**James R. Waters**

Chief of Counterterrorism

# Table of Contents

ACKNOWLEDGEMENTS ........ 2

EXECUTIVE SUMMARY ........ 3

RECENT TRENDS ........ 6

- TRAINING & AWARENESS CHALLENGE RESPONSE ........ 6
- THE TARGETING OF LAW ENFORCEMENT & MILITARY PERSONNEL: IMPLICATIONS FOR PRIVATE SECURITY ........ 7
- ATTACKERS INSPIRED BY A RANGE OF IDEOLOGIES PROMOTING VIOLENCE ........ 8
- SOCIAL MEDIA PROVIDES POTENTIAL INDICATORS, SUPPORTS RESPONSE ........ 9
- THE POPULARITY OF HANDGUNS, RIFLES, AND BODY ARMOR NECESSITATES SPECIALIZED TRAINING ........ 10
- BARRICADE AND HOSTAGE-TAKING REMAIN RARE OCCURRENCES IN ACTIVE SHOOTER EVENTS ........ 10

RECOMMENDATIONS ........ 11

- POLICY ........ 12
- PROCEDURE ........ 12
- SYSTEMS ........ 13
- TRAINING ........ 13

ANALYSIS OF ACTIVE SHOOTER INCIDENTS: 1966-2016 ........ 15

ANALYTIC METHODOLOGY ........ 20

ADDITIONAL ACTIVE SHOOTER RESOURCES ........ 22

APPENDIX: COMPENDIUM OF ACTIVE SHOOTER INCIDENTS ........ 24

- BY LOCATION ........ 26
  - OFFICE BUILDINGS ........ 26
  - OPEN COMMERCIAL ........ 35
  - FACTORIES AND WAREHOUSES ........ 53
  - SCHOOLS ........ 61
  - OTHER ........ 81
- SELECTED INTERNATIONAL ATTACKS ........ 104
- SELECTED FOILED PLOTS (1966-2012) ........ 126

## ACKNOWLEDGEMENTS

The 2016 Edition of the *Active Shooter: Recommendations and Analysis for Risk Mitigation* was prepared by the Counterterrorism Bureau of the New York City Police Department (NYPD), led by Deputy Commissioner John J. Miller and Chief James R. Waters, with significant collaboration from the Data Analytics Unit, led by Assistant Commissioner Dr. Evan Levine. The 2016 edition was overseen by Deputy Chief John O'Connell and Inspector Kevin Williams of the Counterterrorism Division and Director Meghann Teubner and Deputy Director Naureen Kabir of the Terrorism Threat Analysis Group. Authors and subject matter experts include Lieutenant Brian Eriksen, Sergeant Eddie O'Brien, Detective Raymond McPartland, Police Officer Jason Mazeski and Intelligence Research Specialists Katherine Dowling and Morgan Hitzig.

Both the 2012 and 2010 Editions of *Active Shooter: Recommendations and Analysis for Risk Mitigation* were prepared by the Counterterrorism Bureau of the New York City Police Department (NYPD), led by former Deputy Commissioner Richard Daddario and Chief James R. Waters. The drafting of these reports was a collaborative effort. The various authors and subject-matter experts include: Sergeant Richard Alvarez, Detective John Andersen (retired), Sergeant Christopher Biddle (retired), Deputy Chief Michael Blake (retired), former Intelligence Research Specialist Thomas Brennan, Lieutenant Stephenie Clark (retired), Detective Joseph Cotter, Administrative Program Manager Ryan Merola, Director Courtney MacGregor, Detective Peter Montella (retired), Intelligence Research Specialist Peter Patton, Deputy Inspector Michael Riggio (retired), and former Intelligence Research Specialist Gregory Schwartz. In addition, former Intelligence Research Specialist Aviva Feuerstein, former Intelligence Research Specialist Nathaniel Young, Detective Raymond McPartland, and Assistant Commissioner Dr. Evan Levine made extraordinary contributions to this report; the completion of this work is due largely to their efforts. *Active Shooter: Recommendations and Analysis for Risk Mitigation* was printed by the NYPD Printing Section. The project was overseen by Deputy Commissioner Jessica Tisch.

# EXECUTIVE SUMMARY

Given the tragic prevalence of active shooter incidents in recent years, Americans have become increasingly familiar with the significant impact they have on communities across all 50 states. Within the past four years, a number of high-profile cases have demonstrated that active-shooters target a wide range of victims and are driven by a diverse set of narratives, to include personal grievances, political motivations, and the influence of international terrorism. On June 12, 2016 the shooting at the Pulse nightclub in Orlando, Florida—which left 49 people dead—was not only a tragic terrorist attack, but also the deadliest mass shooting in U.S. history, surpassing the Virginia Tech shooting in 2007 that left 33 people dead. Attacks like the Orlando shooting illustrate the importance of and need for constantly-refined definitions, procedures, systems, and training designed to diminish the risks from a diverse set of active shooters motivated by a broad range of ideologies. As such, the NYPD has developed mitigation recommendations, tailored to private security personnel, based on an analysis of past active shooter attacks and a careful review of previous studies. For the private security community, our analysis shows that business locations—including office buildings, malls, nightclubs, and restaurants—are among the most frequent sites targeted by active shooters, highlighting a clear and legitimate threat.

*TO HIGHLIGHT THE IMPORTANCE OF ACTIVE SHOOTER PREPAREDNESS, ACCORDING TO STATISTICS COMPILED BY THE NYPD, OVER 40% OF ACTIVE SHOOTER INCIDENTS ANALYZED OCCURRED IN BUSINESS LOCATIONS, INCLUDING OFFICE BUILDINGS, OPEN COMMERCIAL LOCATIONS, AND WAREHOUSES.*

The 2016 Edition of the New York City Police Department's ("NYPD") *Active Shooter: Recommendations and Analysis for Risk Mitigation* demonstrates that during the period studied, from 1966 to 2016, 308 active shooter incidents took place in the United States, resulting in at least 930 killed and 1200 wounded. The analysis section presents descriptive statistics of all the incidents between 1966 and 2016, with details on the number of casualties, the resolution of the incidents, and a breakdown of the locations of the incidents; the analysis also describes the characteristics of each attacker, including their age, gender, and relationship to the victim(s). The report incorporates an additional 78 incidents that occurred in the four-year period since the release of the 2012 Edition. The 2012 edition contained information and analysis of active shooter incidents from 1966 to 2012.

The NYPD has performed statistical analysis to identify common characteristics among active shooter attacks. Data about the attacks and attackers was collected from previous scholarship, open source government reports, and media accounts. The NYPD did not use special-access government sources to compile the cases in the Compendium; all information is open-source and publicly available. As a result, the cases included in the data set may demonstrate a sampling bias. For attacks that occurred between 2000 and 2016, the Compendium is a nearly comprehensive account of active shooter incidents—to include

those categorized as terrorist attacks—that attracted news coverage. For attacks that occurred prior to 2000, the Compendium may not be comprehensive because the attacks pre-date widespread internet news reporting.

*Definition of an 'Active Shooter' Incident*

Active shooter incidents are a specific type of emergency situation necessitating preparatory response protocols by both the public and law enforcement. The Department of Homeland Security (DHS) defines an active shooter as "a person(s) actively engaged in killing or attempting to kill people in a confined and populated area." In its definition, DHS notes that, "in most cases, active shooters use firearm(s) and there is no pattern or method to their selection of victims." The NYPD has limited this definition to include only cases that spill beyond an intended victim to involve others, including bystanders and collateral casualties.[1] The NYPD excludes: gang-related shootings, shootings that solely occurred in domestic settings, robberies, drive-by shootings, attacks that did not involve a firearm, and attacks categorized primarily as hostage-taking incidents.

*Trends*

This report highlights trends in active shooter data over the last four years that inform the recommendations put forth by our subject matter experts. Out of the 78 cases analyzed between 2013 and 2016:

24% of attackers demonstrated tactical training and awareness.

17% of attackers targeted law enforcement or military personnel.

At least 23% of attackers were inspired by previous active shooter situations or ideologies that espoused violent shootings as a means of support for their movement.

[1] E.g., a case of a grievance against an employer leads to an attack targeting not only the direct supervisor but also others in the workplace.

 At least 15% of attackers indicated an imminent attack on any of their social media networks, including but not limited to Facebook, Twitter, blogs, forums, and YouTube.

42% of attackers carried more than one weapon. Overall, attackers preferred the use of handguns over other weapons.

19% of attackers used body armor during their attack.

6% of attacks led to a barricade situation, and in only 4% of cases did the attacker take hostages.

*Recommendations for Your Organization*

Because active shooter attacks are dynamic events and often conclude in the first 10-15 minutes of the incident, preparation is key to mitigating the impact of an attack. To this end, the NYPD has developed recommendations based on an analysis of past active shooter incidents and careful review of previous studies.[i] Unlike other works on active shooter attacks, this guide provides recommendations tailored to private sector security policy, procedure, systems, and training.

The drivers of active shooter incidents are unpredictable, which means that the NYPD cannot put forward a single set of best-practices for private security response to such incidents; however, the NYPD has compiled a list of recommendations for building security personnel to mitigate the risks from active shooter attacks.[ii] The type of police response to an active shooter attack depends on the unique circumstances of the incident. In the event of such an attack, private security personnel are advised to follow the instructions of first-responders.[2]

[2] The NYPD developed these recommendations based on a close analysis of active shooter incidents from 1966 to 2016. This Compendium of cases, presented in the Appendix, includes 308 active shooter incidents as well as a number of foiled plots and international incidents. The compendium is organized chronologically by type of facility targeted and is broken down into office buildings, open commercial areas, factories and warehouses, schools, and other settings.

## TRENDS

While many longstanding trends have held true from earlier studies, NYPD analysis for the 2016 edition of this report highlights several key trends from the 2013-2016 data set, including: (1) the employment of advanced tactics, (2) the targeting of law enforcement and military personnel, (3) the inspiration of attackers by radical narratives, (4) the use of social media as a helpful tool both for attackers and law enforcement, (5) the choice of weaponry and body armor use, and (6) the devolvement of an active shooter situation into a negotiation with law enforcement.

Statistics 1966-2016

97% of active shooter incidents are perpetrated by men.

97% of active shooter incidents are perpetrated by a single attacker.

66% of active shooter incidents are perpetrated by attackers with professional, academic, or familial ties to their victim or victims.

45% of active shooter incidents are resolved by law enforcement applying force.

42% of active shooter incidents targeted business locations including office buildings, open commercial locations, and warehouses.

37% of active shooter incidents are perpetrated by attackers with more than one weapon.

*Training & Awareness Challenge Response*

The trend of active shooters who have received some weapons training, and/or have conducted research on a range of tactics and targeting methods, is important to note for individuals in the private sector community because sophisticated attackers are more adept both at drawing in security personnel and rapidly adapting to situations as they unfold, which will likely increase the number of civilian and law enforcement casualties in active shooter attacks. This metric tracked the number of cases in which an attacker demonstrated tactical awareness during the course of the attack, to include:

- Training received by members of the military, law enforcement, and private security organizations.
- Knowledge gleaned from prior individual training, including repeated training with firearms and self-study of tactics.[3]
- The use of tactics to stall responders (including the use of barricades), prevent victims from fleeing (including blocking doors or setting fires near exits), and provide the attacker with a tactical advantage (including the use of sniper tactics and high vantage points).

Of the 78 cases analyzed, 19 involved a shooter who demonstrated a degree of tactical training and awareness (24 percent). The four highest casualty cases in the 2013-2016 timeframe were carried out by attackers with advanced knowledge of tactics.

[3] Cases in which the attacker carried out prior, non-professional training were not included unless open source media reports indicated that their attacks were carried out with an uncommon level of tactical sophistication or ability.

- On July 7, 2016, Micah Johnson killed five police officers and injured six others during a Black Lives Matter protest. Johnson, a military veteran who served in a non-combat role in Afghanistan, employed shoot and move tactics, leading law enforcement to believe there were multiple shooters firing from different locations. The attack is considered the deadliest assault on law enforcement since 9/11.
- On June 12, 2016, Omar Mateen, a 29-year-old former private security guard, killed 49 individuals and wounded 53 others at the Pulse nightclub in Orlando, Florida. Mateen reportedly became proficient with firearms, receiving near-perfect scores during his range-administered firearms tests.
- On December 2, 2015, Syed Rizwan Farook and Tashfeen Malik carried out a shooting attack on a San Bernardino County Department of Public Health event, causing 14 deaths and 24 injuries. The couple wore tactical clothing and planted three explosive devices meant to target first responders at the scene.
- On May 23, 2014, Elliot Rodger killed six people and injured 14 others near the campus of the University of California, Santa Barbara. According to a manifesto he posted online, Rodger conducted a significant amount of preoperational planning, meticulously researching his attack venue, victims, and date of the attack in order to minimize law enforcement interference and maximize casualties.

Anecdotally, many failed attacks were planned by attackers wishing to utilize advanced tactics, with a particular aim of stalling responders and preventing victims from fleeing. Several shooters in disrupted or prematurely-ended attacks noted that they considered chaining doors at attack locations and laying spike strips in order to hinder law enforcement response and contain victims.[4]

*The Targeting of Law Enforcement & Military Personnel: Implications for Private Security*

Between 2013 and 2016, 13 active shooter incidents targeted law enforcement and military personnel (17 percent). This metric focuses only on cases in which law enforcement and military personnel were the intended target, rather than attacks in which members of law enforcement were injured or killed when responding to an active shooter situation.

- On July 17, 2016, Gavin Eugene Long killed three police officers and injured three others in Baton Rouge, Louisiana in the wake of the shooting of Alton Sterling. Long identified himself as a sovereign citizen and posted online about his hatred for law enforcement several times ahead of conducting his attack.
- On November 22, 2014, Curtis Wade Holley killed one and injured one other after he lit his house on fire to lure law enforcement officers to his home in order for him to conduct an ambush. Holley

[4] For example, in his June 2014 attack outside the Forsynth County Courtroom in Georgia, Dennis Marx dropped homemade spike strips and used “smoke devices” in order to prevent law enforcement officers from disrupting his attack. In Oregon in 2016, a 17-year-old Newberg High School student planned to kill “at least 100 people” in his high school after isolating them within a chain-locked “kill zone.”

had been approached by law enforcement four times in the four days prior to conducting the attack.

Private sector security personnel are not targeted as frequently as law enforcement and the military, both of which are likely viewed as hard targets by attackers. Security personnel are typically targeted when encountered by shooter, as they potentially pose a threat to the shooter's ability to carry out an attack. In instances where only security personnel are killed, the ability to assess both intent and target are limited.

- On August 21, 2015, 68-year-old Kevin Downing walked into the federal office building at 201 Varick Street in New York City—his former place of employment—and shot a security officer before committing suicide.[5]
- On April 29, 2014, Geddy Lee Kramer walked into the Federal Express sorting facility at which he was employed, shot an unarmed security guard at the entrance to the facility, and opened fire on coworkers. No one was killed in the attack; however six were injured, including the security guard.
- On September 16, 2013, Aaron Alexis carried out a shooting attack on the headquarters of the Naval Sea Systems Command (NAVSEA) at the Washington Navy Yard in Washington D.C. As he progressed through the site of the attack, he fired upon security officer Richard Ridgell, killed him, and took his pistol. He fired at another security officer later in his attack, missed him, and fled from the officer. Alexis was a former Petty Officer Third Class, who received basic weapons training at the U.S. Navy Recruit Training Command in Great Lakes, Illinois.

### *Attackers Inspired by a Range of Ideologies Promoting Violence*

In 2015, the *New York Times* conducted a survey with the Police Executive Research Forum of 382 U.S. law enforcement agencies and found that 74 percent of participating law enforcement agencies reported anti-government extremism as one of the top three terrorist threats in their jurisdiction while 39 percent listed extremism connected with Islamic terrorist organizations. These figures suggest a range of threats across the ideological spectrum that inspire people to commit acts of violence, including active shooter attacks. 23 percent of attackers highlighted in the 2012-2016 data set were either inspired by another active shooter or an ideology (18 cases).

- The most common incident claimed as inspiration for ideologically-motivated attacks in the NYPD data set was the Columbine shooting in 1999; however, other recent high-profile attacks such as the 2012 movie theater attack in Aurora, Colorado and Dylann Roof's 2015 attack on a church in Charleston, South Carolina were cited by 2013-2016 attackers as inspiration.
- Attacks in this metric also included those inspired by ideologies that promoted violence, including foreign terrorist organizations, white supremacist groups, and the Sovereign Citizens Movement.

A number of domestic extremists have recently evoked Dylann Roof—whose white supremacist ideology led him to murder nine African Americans and injure one other in Charleston, South Carolina on June 17, 2015—as inspiration to plan or conduct violent attacks, including mass shootings against minority

[5] This case was not included in the cases for analytical review, as it did not meet criteria for inclusion due to its premature end.

populations in the United States, a trend that may continue for those looking to carry out attacks against ethnic, religious, and other minorities.

- In 2016, a number of anonymous threats inspired by Dylann Roof's violence targeted the minority community in Charleston, South Carolina. A Charleston woman received a post card in July 2016 warning "Charleston – the sequel – coming soon to a mosque near you." As many as eight Charleston businesses received threatening anonymous letters during the week of November 6, 2016, with one specifically referencing Roof. The letter stated, "Every one of the nine lives sacrificed by his greatness, Mr. Dylann S. Roof, is one less I will need to sacrifice."
- In July 2016, John Russell Houser shot and killed two people and wounded nine others at a movie theater in Louisiana before turning the gun on himself. Police found a note Houser left behind that twice referenced Roof, saying explicitly, "Thank you for the wake-up call, Dylann."



*Social Media Provides Potential Indicators, Supports Response*
In a number of cases the attacker had indicators of an imminent attack on at least one of their social media networks, including, but not limited to, Facebook, Twitter, blogs, forums, and YouTube. Of the 78 cases analyzed, news media reported social media indicators prior to the attack in 12 instances (15.4 percent). This number may underestimate the number of cases with online indicators since many social media outlets allow their posters anonymity and many social media profiles are only accessible by a select private audience.

- Prior to his attack on Baton Rouge police officers on July 17, 2016, Gavin Eugene Long had a long trail of online postings documenting his interest in "black separatism" and fury at police shootings of African American males.
- Prior to his 2015 attack on the Emmanuel African Methodist Episcopal Church, Dylann Roof posted repeatedly to his website, including a copy of his attack manifesto which detailed his white supremacist views and his rationale for choosing the Charleston church.
- Prior to killing six people and injuring 14 others near the campus of the University of California, Santa Barbara in 2014, Elliot Rodger uploaded a video to YouTube entitled "Elliot Rodger's Retribution" in which he detailed his rationale for the attack. In the video, he revealed that he wished to punish women for rejecting him, that he envied sexually active men, and that he hated women, racial minorities, and interracial couples.

Social media has also been used successfully for both rescue and intelligence gathering during active shooter incidents. Many of the shooting cases detailed in the NYPD's analysis involved social media messages to the public by both law enforcement and private institutions. As seen in *Figure 1*, at the outset of the 2016 Pulse nightclub shooting, staff members posted on Facebook for individuals to flee the club. Law enforcement was able to glean live intelligence transmitted through text messages and social media posts from individuals held hostage in the bathroom.



*Figure 1: Social media post by an employee during the Pulse nightclub shooting.*

 

*The Popularity of Handguns, Rifles, and Body Armor Necessitates Specialized Training*

The 2013-2016 data set demonstrates that handguns remain the most prevalently used weapon in this timeframe, followed by rifles. 75 percent of attacks in the 2013-2016 data set employed handguns to conduct their attacks (59 cases). Training responders in the management of incidents in which handguns and rifles are used remains a priority for both law enforcement and security personnel. Beyond taking into account different types of weaponry, security personnel should remain cognizant of other factors which would affect their ability to respond to an active shooter event, including the amount of ammunition carried by the shooter, and whether the attacker is wearing body armor.

In cases where this information has been reported accurately—though this information is limited and typically only available in high-profile attacks or disruptions—the quantities of ammunition correlates with the demonstrated or stated intent to carry out a large-scale, mass casualty attack. Incidents with reporting on large quantities of ammunition include the 2016 Pulse nightclub attack (264 rounds used), the 2015 Garland Texas attack (1,500 unspent rounds found), and the 2014 Isla Vista attack (548 unspent rounds found). The use of body armor in active shooter attacks has consistently trended slightly upwards in recent years. Of the 78 cases in the 2013-2016 data set, there were 15 attacks in which body armor was used by the attacker (19 percent). The quality of this body armor ranges from homemade vests to high-end market tactical gear. In the 2015 shooting of a Colorado Planned Parenthood location, Robert Lewis Dear Jr. wore a homemade ballistic vest made out of silver coins and duct tape. Private security personnel may find their guns ineffective in an active shooter event in which the shooter is wearing body armor.

*Barricade and Hostage-Taking Remain Rare Occurrences in Active Shooter Events*

In only five cases did the active shooter barricade himself or herself from law enforcement during the course of the attack. Of these five cases, the attacker was killed in four of them and committed suicide in the fifth case. In three of the cases, the attacker took hostages.

- Omar Mateen was able to barricade himself in a bathroom of the Pulse nightclub in the final stage of his June 12, 2016 attack. Police were able to break through the bathroom wall with the use of a BearCat vehicle.
- In the 2015 Colorado Planned Parenthood attack, which left three dead and nine injured, Robert Lewis Dear Jr. barricaded himself within the Planned Parenthood building with several hostages for three hours. Police were able to evacuate the majority of individuals trapped within the facility.

## RECOMMENDATIONS

Based on a review and analysis of 50 years' worth of active shooter case data, the NYPD compiled a list of recommendations to m itigate the risks from active shooter attacks and improve the response to such incidents.[iii] The goal of this guide is to provide recommendations tailored to private sector security plans and personnel. In the 2016 edition of this book the NYPD has organized its recommendations into four categories: policy, procedure, systems, and training. The recommendations section has been expanded to include a focus on policy, which will provide the foundation for organizational response to active shooter incidents; this section was not included in previous editions.

"THE PLAN IS NOTHING, THE PLANNING IS EVERYTHING."
- PRESIDENT DWIGHT D. EISENHOWER

Private sector organizations should consider the following recommendations when developing an active shooter program:

1
Policy
Organizational-level plan drawing on methods and procedures to better prepare for active shooter incidents based on accessible resources.
2
Procedures
Action or functions pursued in support of the policy, including the establishment of preventative physical security or less tangible security measures.
3
Systems
Technology employed to meet policy and procedural requirements.
4
Training
The process in which policy and procedure is disseminated to building occupants and stakeholders in both formal and informal ways.

### *Policy*

Policy refers to an organizational-level plan drawing on methods and procedures to better prepare for active shooter incidents based on accessible resources. Recommendations include:

- Implement an active shooter preparedness plan and update the plan yearly.
- Institute a workplace violence policy that offers zero tolerance towards workplace violence and an avenue to report threatening behavior.
- Human Resource-sponsored Employee Assistance Programs (EAP) should include a threat assessment team to help identify at risk employees prior to an event.
- In addition to the preparedness plan, a strong EAP should supplement the establishment of active shooter policies and procedures.
- Implement a communications / media liaison plan for an active shooter event for the designated public affairs officer.
- Establish a recovery policy that includes a transitional plan to resume normal operations after the event, even as an investigation is ongoing.
- Establish a reunification policy for building occupants during and after an active shooter event.

### *Procedures*

Procedure is a particular action or function that accomplishes the policy, including the establishment of preventative physical security measures like a camera system or conceptual measures like the incorporation of active shooter drills into the overall procedural plan.

**Assemble Emergency Response Resource Kit Containing:**

- Access control devices (e.g. keys, fobs, security system pass codes)
- Floor plans
- Hand-held radios with access to frequency used by security personnel
- Mobile closed-caption television (CCTV) feed access (e.g. tablet with remote access)

- Incorporate an active shooter drill into the organization’s emergency preparedness procedures.
- Conduct a realistic security assessment to determine the facility’s vulnerability to an active shooter attack.
- Install certain hardening fixtures, such as bullet resistant windows.
- Identify multiple evacuation routes and practice evacuations under varying conditions; post evacuation routes in conspicuous locations throughout the facility; ensure that evacuation routes account for individuals with special needs and disabilities.
- Designate safe rooms with thick walls, solid doors with locks, minimal interior windows, first-aid emergency kits, communication devices, and duress alarms.
- Designate a point-of-contact with knowledge of the facility’s security procedures and floor plan to liaise with police and other emergency agencies in the event of an attack.
- Vary security guards’ patrols and patterns of operation.

- Limit access to blueprints, floor plans, and other documents containing sensitive security information, but ensure these documents are available to law enforcement responding to an incident.
- Establish a central command station for building security.
- Identify and implement a lock-down (threat inside) or lockout (threat outside) procedure as soon as possible.

### *Systems*

Systems refers to the technology employed to meet policy and procedural requirements, to include the implementation of the following:

- Credential-based access control systems that provide accurate attendance reporting, limit unauthorized entry, and do not impede emergency egress and entrance.
- Closed-circuit television (CCTV) systems that provide domain awareness of the entire facility and its perimeter; ensure that video feeds are viewable from a central command station and consider installing a remote access portal for first responders.
- Standardized public address system announcement for active shooter events.
- Communications infrastructure that allows for facility-wide, real-time messaging and include access for first responders.
- Elevator systems that may be controlled or locked down from a central command station.

### *Training*

Training is the process through which policy and procedure is disseminated to building occupants and stakeholders in both formal and informal ways.

- Train building occupants on how to identify indicators associated with threatening behavior and provide a method to report the incident to authorities.
- Train building occupants on response options outlined by the NYPD Shield Unit's Active Shooter training program when an active shooter is in the vicinity:[iv]
    - **Avoid**: Building occupants should evacuate the facility if safe to do so; evacuees should leave behind their belongings, visualize their entire escape route before beginning to move, and avoid using elevators or escalators.
    - **Barricade**: If evacuating the facility is not possible, building occupants should hide in a secure area (preferably a safe room), lock the door, barricade the door with heavy furniture, cover all windows, turn off all lights, silence any electronic devices, lie on the floor, and remain silent.
    - **Confront**: If evacuating the facility or seeking shelter is not possible, building occupants should attempt to disrupt and/or incapacitate the active shooter by using improvised weapons, using aggressive force, and yelling.
- Provide building personnel with guidance on developing their own personal response plan.

- Train building occupants to call 911 as soon as it is safe to do so and provide the following information to the operator (*Figure 3*):
- Train building occupants on how to respond when law enforcement arrives on scene:
  - o Follow all official instructions
  - o Remain calm
  - o Keep hands empty and visible at all times
  - o Avoid making sudden or alarming movements
  - o Avoid stopping or approaching responding officers during self-evacuation
- Initial first responders arriving at the scene may not stop to aid injured persons.

**INFORMATION TO PROVIDE TO LAW ENFORCEMENT OR 911 OPERATOR:**

- LOCATION OF CALLER
- IS THE ATTACK IN PROGRESS?
- NUMBER OF SHOOTERS
- PHYSICAL DESCRIPTION OF SHOOTER
- TYPE OF WEAPON
- LAST LOCATION OF SHOOTER
- NUMBER OF KNOWN VICTIMS
- PRESENCE OF IED / SUSPICIOUS PACKAGE

*Figure 3*

- Train building occupants in basic hemorrhage control, self-help, and first aid. This training may include the use of commercially available tourniquets and hemorrhage control devices.
- Develop a comprehensive training program within the organization to commit stakeholders and employees to improve security and safety, conduct organizational assessments, and prepare to take action in the event of an active shooter (*Figure 4*).
- At a minimum, yearly exercises should be conducted to test the effectiveness of all active shooter policies and procedures while evaluating the procedural competency of building occupants. The following are recommended exercise techniques:
  - o Tabletop Exercises – Conducted in a controlled environment, these exercises allow executives to use critical thinking and resource allocation to mitigate an active shooter scenario.
  - o Active Shooter Drills – A kinesthetic training event in which stakeholders, building occupants, other staff members, and emergency response services create a simulated active shooter event at the location. Similar to a fire drill, these drills evaluate the effectiveness of policy, procedure, systems, and training implemented at a given location. Drills MUST be communicated to building occupants and first responders prior to commencement.
- The psychological effects of an active shooter event may produce the need for a psychological first aid training program to compliment the active shooter training.
- All training programs implemented must take into consideration those occupants with disabilities and be in accordance with The Americans with Disabilities Act of 1990, The Rehabilitation Act of 1973, EO 12196, and EO 13347.

**POTENTIAL ACTIVE SHOOTER DISCUSSION TOPICS:**

- COVER VS. CONCEALMENT: UNDERSTANDING BALLISTICS PROTECTION
- SHELTER-IN-PLACE TACTICS
- LOCK DOWN / LOCK OUT PROCEDURES
- IMPROVISED WEAPONS DERIVED FROM YOUR ENVIRONMENT
- ACTIVE SHOOTER MINDSET

*Figure 3*

## ANALYSIS

The NYPD identified a subset of the active shooter cases included in the Compendium and ran statistical analyses of the data set (see Part IV for an explanation of the analytic methodology).[6] In total, the 2016 version of the active shooter data set includes 308 cases, an increase of 78 cases from the previous number of 230 cases analyzed in the 2012 edition.

Although this analysis identified some common characteristics among active shooters, the NYPD found a large degree of variation in attacker profiles in regards to: age of the attacker, attack planning, targets, number of casualties, location of the attack, weapons used, and attack resolution. However, there was little variation in both the sex of the attacker and number of attackers.

### *Sex of Attacker*

The NYPD's analysis demonstrates that active shooters are an overwhelmingly male group. Only 11 out of 308 cases (3%) in the active shooter data set involved female attackers. Taking into account reporting biases—for example, the possibility that the relative rarity of female attackers leads to increased attention paid to those attacks—the actual percentage of female attackers may be even lower.

### *Age of Attacker*

The NYPD's analysis demonstrates that the median age of active shooters in the active shooter data set is 33-34; however, this median conceals a more complicated, yet unsurprising distribution, depicted in Figure 5. The distribution of ages is bimodal, with a first peak for shootings at schools by 15-19 year-olds and a second peak in non-school facilities by 35-44 year-olds. These findings are essentially unchanged from the earlier editions of this report.

*Figure 4: Attacker Ages by Number of Attackers*

[6] ). The following analysis includes all cases in the Compendium, except: 1) those that occurred outside of the United States; 2) those that did not result in casualties of either victims or attackers; and 3) those that were foiled before the attack occurred.

*Number of Attackers*

The NYPD's analysis demonstrates that 97 percent of active shooter incidents in the active shooter data set were carried out by a single attacker. These findings are not statistically different from the 2010 and 2012 editions of this report.

*Targets*

The NYPD organized relationships between attackers and victims in the active shooter data set into five categories: professional, academic, familial, other, and none. [v]

The NYPD's analysis demonstrates that active shooters are often members of the communities they target. Figure 6 shows that the majority of active shooter attacks in the data set occurred when the perpetrator had either a professional, academic, or familial relationship with at least one of the victims.[vi] However, 34 percent of active shooter attacks in the active shooter data set occurred when the active shooter had no prior relationship to the victims, demonstrating that active shooter attacks can occur even without any prior altercation or grievance with the specific victim(s).

*Figure 5: Attacker's Relationship to Victims*

Moreover, of the 98 attacks that involved professional relationships, many were perpetrated by individuals who were still employed by the organization at the time of the attack, implying that the threat from active shooter attacks is not limited to terminated employees. In many cases, active shooter attacks resulted from disagreements among current employees of the organization.

*Number of Casualties*

Determining the typical number of casualties in an active shooter attack is complex because the active shooter data set includes a small number of attacks with a large number of casualties; these cases inflate the average. For this reason, the median is a better measure of the typical number of casualties than the average.

The NYPD's analysis demonstrates that the median number of deaths in cases included in the active shooter data set is 2, and the average is 3.0. In the 2012 edition of this book, the average was 3.1; this change is not statistically significant. The majority of attacks included in the active shooter data set resulted in 0 to 5 deaths.

The median number of wounded is 2, and the average is 3.9. These statistics are unchanged from the 2012 edition of this book.

The NYPD's analysis demonstrates that the distribution of the number of wounded is similar to the distribution of the number of dead. The distributions differ slightly in that there are a few more attacks with large numbers of wounded than there are attacks with large numbers of dead.

Figures 7 and 8 shows the distributions of the number of attacks by casualty count for both dead and wounded. These distributions demonstrate that a typical active shooter attack results in 0-2 deaths and 0-2 wounded.

*Figure 6: Number of Incidents by Number Wounded*

*Figure 7: Number of Incidents by Number Killed*

## *Location of Attack*

The NYPD organized attack locations in the active shooter data set into five categories: office buildings, open commercial areas,[vii] schools, factories and warehouses, and other facilities.[viii]

The NYPD's analysis demonstrates that less than 25% of attacks included in the active shooter data set took place at schools, and roughly 40% occurred at commercial facilities, such as office buildings, factories and warehouses, and open commercial areas. Moreover, Table 1 shows that attacks at restricted commercial facilities, such as office buildings, factories, and warehouses, occurred at approximately the same frequency as attacks at open commercial facilities, such as retail stores or restaurants.[ix]

| Location Type | Number of Incidents | Percentage |
|---|---|---|
| School | 83 | 21% |
| Office Building | 36 | 9% |
| Open Commercial | 93 | 23% |
| Factory/Warehouse | 38 | 10% |
| Other | 147 | 37% |
| Total | 397* | 100% |

*Table 1: Number of Incidents by Location Type*

* The 308 cases in the active shooter data set occurred at 397 locations because several attacks involved more than one location. The increase in incidents at "other" locations since the 2010 Edition is primarily due to the shootings in Wixom, Michigan, which occurred in at least 24 locations along a highway and the shootings in Isla Vista, California, which partly occurred along a street.

### *Weapons*

The NYPD's analysis demonstrates that 37% percent of active shooter attacks in the active shooter data set involved more than one weapon. This finding is unchanged from the 2012 edition of this report. In some instances, one of the weapons was a close combat weapon, such as a knife. In one case, a single attacker carried seven weapons, including a rifle, two shotguns, and four handguns.

In several cases, the attackers used firearms that they had stolen from relatives or friends. This pattern was most apparent in school-related shootings where attackers stole weapons from parents.

Reporting on weapons involved in active shooter attacks is often inconsistent and inaccurate. For some attacks, news reports state the exact make and model of the firearm involved; for other attacks, reports do not include specific information on weapons. Moreover, reports often refer to semi-automatic rifles as "machine guns" or "assault weapons;" neither term is particularly descriptive, and often times both terms are inaccurate. Additionally, in some cases, the make and model of a weapon is not enough information to fully decipher its capabilities, since aftermarket kits are available to convert certain firearms from semi-automatic to fully-automatic.

### *Attack Resolution*

The NYPD organized attack resolutions in the active shooter data set into four categories: applied force, no applied force, suicide or attempted suicide, and attacker fled.

Table 2 shows that the vast majority of attacks in the active shooter data set ended violently, either by force applied by law enforcement, private security, bystanders, or the attackers themselves. Only 17

| Resolution | Number of Incidents | Percentage |
|---|---|---|
| Applied Force | 138 | 45% |
| No Applied Force | 52 | 17% |
| Suicide/Attempted Suicide | 117 | 38% |
| Attacker Fled | 1 | <1% |
| **Total** | **308** | **100%** |

*Table 2: Number of Incidents by Event Resolution*

percent ended without applied force, such as by a negotiated surrender. In the 2012 edition of this report, the corresponding faction was 16 percent; this change is not statistically significant.

### *Frequency*

Using statistical analysis to make generalizations about the frequency of active shooter attacks is difficult due to sampling biases associated with how the active shooter data set was gathered (see Part IV for an explanation of the analytic methodology.) However, some conclusions can be drawn regarding incidents in recent years.

The NYPD has observed evidence of an increase in active shooter incidents in the U.S. since the early 2000's. From 2001-2005, the average number of active shooter attacks was 9; from 2006-2010 the average was 16; and from 2011-2015 the average was 17. There were 19 active shooter incidents in 2016; though, this number does not factor in a five year average.

There is also some anecdotal evidence that attacks have become more dangerous in recent years. The three deadliest attacks in the data set (Virginia Tech; Newton, Connecticut; and Orlando, Florida) and three of the four most injurious attacks in the data set (Aurora, Colorado; Fort Hood, Texas; and Orlando, Florida) all occurred since 2007. However, incidents with high casualty counts have also occurred in the more distant past, such as the shootings in Austin, Texas; Killeen, Texas; San Ysidro, California; and Stockdale, California (see Compendium).

## ANALYTIC METHODOLOGY

The Compendium of active shooter incidents presented in the appendix includes a total of 417 entries. The incidents in the Compendium occurred between 1966 and December 31, 2016. The NYPD compiled these cases from internet news sources identified using online search. The NYPD did not use special-access government sources to compile the cases in the Compendium; all information is open-source and publicly available.

The NYPD included only those incidents carried out by attackers that met the DHS definition of an active shooter: "a person(s) actively engaged in killing or attempting to kill people in a confined and populated area." In its definition, DHS notes that, "in most cases, active shooters use firearm(s) and there is no pattern or method to their selection of victims." The NYPD has limited this definition to include only cases that spill beyond an intended victim to involve others (including bystanders and collateral casualties). The NYPD further restricted this definition to exclude: gang-related shootings, shootings that solely occurred in domestic settings, robberies, drive-by shootings, attacks that did not involve a firearm, and attacks categorized primarily as hostage-taking incidents.

The search technique used by the NYPD to identify the cases included in the Compendium had some limitations that resulted in sampling biases. First, since the NYPD gathered the data through an internet search, the Compendium has a strong sample bias towards recent incidents. For attacks that occurred between 2000 and 2016, the Compendium is a nearly comprehensive account of active shooter incidents that attracted news coverage. For attacks that occurred prior to 2000, the Compendium may not be comprehensive because the attacks pre-date widespread internet news reporting. Second, for incidents that occurred before 2000, the Compendium is biased towards attacks with higher casualty counts, which tended to attract greater media attention and were thus easier to find in news reports. The data in the Compendium are also sensitive to which incidents are covered by news organizations; if an active shooter incident with a relatively small casualty count did not attract any coverage, the NYPD would not realistically have awareness of the incident to include it in the data set. This would be particularly important if, as seems likely, in more recent years active shooter attacks have become more likely to receive coverage.

To facilitate the quantitative analysis, the NYPD organized the information about each case into categories. Some incidents were difficult to classify and required analyst judgment to resolve. For all cases, the Compendium includes a reference to the original source material that allows readers to obtain further detail or clarification.

Occasionally, multiple sources related to a single incident presented conflicting information about that attack. Generally, when the NYPD identified discrepancies between sources, the NYPD included the information presented in the more recent source; this is particularly relevant for the counts of dead and wounded, where later sources tend to be more accurate. In cases where the NYPD identified discrepancies between a government source and a news outlet, the NYPD included the information presented in the government source.

The NYPD prepared a subset of the Compendium cases suitable for quantitative analysis. The active shooter data set includes all cases in the Compendium, except: 1) those that occurred outside of the United States; 2) those that did not result in casualties of either victims or attackers; and 3) those that were foiled before the attack occurred. In total, the active shooter data set includes 308 cases, 78 of which are new for the 2016 Edition.

The NYPD chose to restrict quantitative analysis to cases that took place within the United States because the NYPD limited its internet searches to English-language sites, creating a strong sampling bias against international incidents. Table 4 presents the number of cases in the Compendium by country.

***Table 4: Number of Incidents by Country***

| Country | Number of Incidents | Country | Number of Incidents |
|---|---|---|---|
| U.S. | 350 | Bosnia | 1 |
| Canada | 9 | Brazil | 1 |
| Germany | 8 | Denmark | 1 |
| Australia | 5 | Argentina | 1 |
| France | 5 | Greece | 1 |
| United Kingdom | 4 | Norway | 1 |
| Israel | 3 | Slovakia | 1 |
| Finland | 2 | Somalia | 1 |
| India | 2 | Spain | 1 |
| The Netherlands | 2 | Sweden | 1 |
| Belgium | 2 | Switzerland | 1 |
| Tunisia | 2 | Thailand | 1 |
| South Korea | 2 | Kenya | 1 |
| Italy | 2 | Yemen | 1 |
| Russia | 1 | Austria | 1 |
| Pakistan | 1 | Burkina Faso | 1 |
| Egypt | 1 | | |

The NYPD chose to restrict quantitative analysis to cases with one or more documented casualties to compensate for a strong sampling bias. Although the NYPD identified in the Compendium 40 foiled attacks and nine attacks resulting in zero casualties, this portion of the Compendium is not comprehensive, given the comparatively limited amount of news coverage these attacks received.[x]

As a rule, the ability to make generalizations regarding a group of events improves as the number of events in the sample increases. Accordingly, it is difficult to make precise statistical judgments with limited data; for this reason, many research questions that would have been interesting to investigate, such as the average number of deaths in active shooter incidents in each state, cannot be answered with this data set.

## ADDITIONAL ACTIVE SHOOTER RESOURCES

POLICE DEPARTMENT CITY OF NEW YORK

CALL 911 WHEN IT IS SAFE TO DO SO

POLICE COUNTERTERRORISM BUREAU

**1. AVOID**

- FOLLOW PLANNED ESCAPE ROUTE
- LEAVE BELONGINGS BEHIND
- KEEP HANDS VISIBLE

**2. BARRICADE**

- HIDE OUT OF SHOOTER VIEW
- BLOCK ENTRY TO HIDING PLACE
- SILENCE ELECTRONIC DEVICES

**3. CONFRONT**

- ATTEMPT TO DISRUPT OR INCAPACITATE ATTACKER
- USE IMPROVISED WEAPONS, USE FORCE, AND YELL

**INFORMATION TO PROVIDE TO LAW ENFORCEMENT OR 911 OPERATOR**

- LOCATION OF CALLER
- IS THE ATTACK IN PROGRESS?
- NUMBER OF SHOOTERS
- PHYSICAL DESCRIPTION OF SHOOTER
- TYPE OF WEAPON
- LAST LOCATION OF SHOOTER
- NUMBER OF KNOWN VICTIMS
- PRESENCE OF IED / SUSPICIOUS PACKAGE

---

[i] U.S. Department of Homeland Security, "Active Shooter: How to Respond"; U.S. Department of Homeland Security, "Planning and Response to an Active Shooter: An Interagency Security Committee Policy and Best Practices Guide"; University of California Police Department, University of California at Los Angeles, "Your Response to an Active Shooter: Safety Tips"; Federal Bureau of Investigation, US Department of Justice, "Workplace Violence; Issues in Response"; Hawaii Workplace Violence Working Group Committee, "Workplace Violence: Prevention, Intervention

and Recovery"; Department of Labor and Industry, State of Minnesota, "Workplace Violence Prevention: A Comprehensive Guide for Employers and Employees."

[ii] U.S. Department of Homeland Security, "Active Shooter: How to Respond," October 2008, http://www.lpinformation.com/Portals/0/DHS_ActiveShooter_FlipBook.pdf; University of California Police Department, University of California at Los Angeles, "Your Response to an Active Shooter: Safety Tips," 2008, www.ucpd.ucla.edu/2008/activeshootersafetytips.pdf; US Secret Service, U.S. Department of the Treasury, "The Final Report and Findings of the Safe School Initiative: Implications for the Prevention of School Attacks in the United States," May 2002, http://www.secretservice.gov/ntac/ssi_final_report.pdf; Federal Bureau of Investigation, US Department of Justice, "Workplace Violence; Issues in Response," June 2002, http://www.fbi.gov/publications/violence.pdf; Hawaii Workplace Violence Working Group Committee, "Workplace Violence: Prevention, Intervention and Recovery," October 2001, http://hawaii.gov/ag/cpja/quicklinks/workplace_violence/WVfull.pdf; Department of Labor and Industry, State of Minnesota, "Workplace Violence Prevention: A Comprehensive Guide for Employers and Employees," http://www.doli.state.mn.us/WSC/PDF/WorkplaceViolencePreventionGuide.pdf.

[iii] U.S. Department of Homeland Security, "Active Shooter: How to Respond"; U.S. Department of Homeland Security, "Planning and Response to an Active Shooter:  An Interagency Security Committee Policy and Best Practices Guide"; University of California Police Department, University of California at Los Angeles, "Your Response to an Active Shooter: Safety Tips"; Federal Bureau of Investigation, US Department of Justice, "Workplace Violence; Issues in Response"; Hawaii Workplace Violence Working Group Committee, "Workplace Violence: Prevention, Intervention and Recovery"; Department of Labor and Industry, State of Minnesota, "Workplace Violence Prevention: A Comprehensive Guide for Employers and Employees."

[iv] U.S. Department of Homeland Security, "Active Shooter: How to Respond."

[v] The NYPD categorized attacks against significant others and former significant others as "Other."

[vi] In cases in which the attacker had multiple victims, the NYPD determined the relationship classification based on the attacker's relationship to the "closest" victim.  *E.g.*, In an active shooter incident in which an attacker shoots his spouse and his spouse's coworker, the relationship classification is "familial."

[vii] The NYPD defines "Open Commercial" as commercial locations to which members of the public have open, unfettered access. *E.g.*, shopping malls, department stores, restaurants, etc.

[viii] Several of the cases included in the "Other" category occurred at: airports, medical centers, and religious facilities.  The NYPD chose not to break these types of locations out into their own categories because the number of attacks at each type of location did not exceed a 5% threshold.

[ix] Classification of some events required analyst judgment.

[x] Incidents in which the attacker was the only casualty may also suffer from limited news reporting, making this portion of the data set incomplete.





APPENDIX

# ACTIVE SHOOTER

RECOMMENDATIONS AND ANALYSIS FOR RISK MITIGATION

## TABLE OF CONTENTS

**APPENDIX: COMPENDIUM OF ACTIVE SHOOTER INCIDENTS ... 24**

BY LOCATION ... 26

OFFICE BUILDINGS ... 26

OPEN COMMERCIAL ... 35

FACTORIES AND WAREHOUSES ... 53

SCHOOLS ... 61

OTHER ... 81

SELECTED INTERNATIONAL ATTACKS ... 104

SELECTED FOILED PLOTS (1966-2012) ... 126

# Office Buildings

| Date | Number of Attack Locations | Location Information | Attacker Information | Casualties | Number of Weapons | Weapon Information | Closest Relationship to Victims | Date Attack Concluded | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| 2 December 2015 | 1 | Inland Regional Center in San Bernardino, California. | Syed Rizwan Farook (M/28); Tashfeen Malik (F/29) | 14 dead; 24 wounded | 5 | 2 rifles; 2 handguns; Other (explosive device) | Professional | Same day | Force |
| | On December 2, 2015, Syed Rizwan Farook and Tashfeen Malik, a married couple dressed in combat gear, began shooting in the parking lot of the Inland Regional Center in San Bernardino, California. Once inside the building, the pair shot coworkers at a holiday party, reportedly fired 65-75 rounds before the fire alarm was triggered. After fleeing the scene, both attackers were killed during an exchange of gunfire with law enforcement hours later.[iii] | | | | | | | | |
| 26 October 2015 | 2 | Syverud Law Office and Miller-Meier Limb and Brace, Inc near Davenport, Iowa | Robert Lee Mayes Jr. (M/40) | 0 dead; 2 wounded | 1 | Handgun | Other | Same day | Suicide |
| | On the afternoon on October 26, 2015, Robert Lee Mayes, Jr. targeted his estranged wife's workplace, Syverud Law Office in Davenport, Iowa prior to driving to his former father-in-law's place of business at Miller-Meier Limb and Brace, Inc. The shooter committed suicide after law enforcement arrived.[iiiiv] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 January 2015 | 3 | Northwestern Mutual Insurance, Arby's Restaurant, and the residence of the shooter's mother in Moscow, Idaho. | John Lee, aka Kane Grzebielski (M/29) | 3 dead; 1 wounded | 5 | 3 handguns; Shotgun; Rifle | Familial | Same day | No Force |
| | Joe Lee, also known as Kane Grzebielski, began shooting in the first of three locations in Moscow, Idaho at 2:31p.m. on January 10. Lee first killed his landlord and wounded a bystander at Northwestern Mutual Insurance. He then drove to a nearby Arby's restaurant and killed another person. Finally, Lee drove to his adoptive mother's home and killed her before law enforcement arrived. The shooter was later apprehended by authorities after a car chase.[v] | | | | | | | | |
| 30 January 2013 | 2 | DeConcini McDonald Yetwin & Lacy, P.C. law firm and the streets of Pheonix, Arizona | Arthur Douglas Harmon, III (70/M) | 2 dead; 1 wounded | 3 | Handguns; Rifle (AR-15) | Professional | Same Day | Suicide |
| | Arthur Douglas Harmon opened fire at the DeConcini McDonald Yetwin & Lacy Law Firm, killing two and wounding 1. While fleeing the scene, Harmon shot at a vehicle that attempted to follow him in order to retrieve his license plate number. No injuries resulted from that encounter. After a twelve hour manhunt, Harmon's body was discovered with self-inflicted gunshot wounds. Harmon had targeted two of his victims after being angered by the outcome of a meeting over a legal dispute.[vi][vii][viii] | | | | | | | | |
| 27 September 2012 | 1 | Accent Signage Systems in Minneapolis, Minnesota | Andrew Engeldinger (36/M) | 5 dead; 3 wounded | 1 | Handgun (9-millimeter semi-automatic) | Professional | Same day | Suicide |
| | Andrew Engeldinger opened fire at Accent Signage Systems in Minnesota, killing five coworkers and wounding three others. Engeldinger had been fired from Accent Signage Systems immediately prior to his attack.[ix] | | | | | | | | |

<table>
<tr><td rowspan="2">17<br>August<br>2010</td><td>1</td><td>Department of Public Safety in McKinney, Texas</td><td>Patrick Gray Sharp (29/M)</td><td>0 dead; 0 wounded</td><td>3</td><td>Rifle; Shotgun (12-gauge); Handgun (.45-caliber semi-automatic)</td><td>None</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Patrick Sharp opened fire outside the Department of Public Safety in McKinney, Texas. The attack resulted in zero casualties. Sharp began his attack by setting his truck on fire to lure people out of the building. He then retreated across the street and fired 100 rounds of ammunition on employees standing outside the building. Sharp was unsuccessful in attempting to ignite the trailer attached to his truck, which was filled with explosives. Prior to the attack, Sharp made references to his plot on a social networking site and expressed his desire to kill people in correspondence with a Facebook friend.[x] [xi]</td></tr>
<tr><td rowspan="2">12<br>July<br>2010</td><td>1</td><td>Emcore Corp in Albuquerque, New Mexico</td><td>Robert Reza (37/M)</td><td>2 dead; 4 wounded</td><td>1</td><td>Handgun (.45-caliber semi-automatic)</td><td>Other</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Robert Reza opened fire at Emcore Corporation, where he was formerly employed, killing two people and wounding four others, including his ex-girlfriend. Reza began his attack outside the office building and then later forced his way inside the facility. Reports state that the attack occurred after Reza and his ex-girlfriend were involved in a domestic dispute.[xii] [xiii]</td></tr>
<tr><td rowspan="2">4<br>March<br>2010</td><td>1</td><td>Pentagon in Arlington County, Virginia</td><td>John Patrick Bedell (36/M)</td><td>0 dead; 2 wounded</td><td>2</td><td>2 handguns (9-millimeter semi-automatic)</td><td>None</td><td>Same day</td><td>Force</td></tr>
<tr><td colspan="9">John Bedell opened fire on Pentagon police officers after an officer asked him for his credentials at the security checkpoint of the Pentagon's main entrance. Three guards returned fire and fatally wounded the gunman.[xiv]</td></tr>
<tr><td rowspan="2">10<br>November<br>2009</td><td>1</td><td>Legacy Metro Lab in Tualatin, Oregon</td><td>Robert Beiser (39/M)</td><td>1 dead; 2 wounded</td><td>3</td><td>Rifle; Shotgun; Handgun</td><td>Familial</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Robert Beiser opened fire in a drug-testing clinic where his wife was employed, killing her and injuring two of her co-workers. The attack came one week after Beiser's wife filed for divorce. [xv] [xvi]</td></tr>
</table>

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 November 2009 | 1 | Reynolds, Smith, & Hills in Orlando, Florida | Jason Rodriguez (40/M) | 1 dead; 5 wounded | 1 | Handgun | Professional | Same day | No force |
| | Jason Rodriguez opened fire at his former workplace, killing one employee and wounding five others. The assailant surrendered at his mother's apartment after a two hour manhunt.[xvii] [xviii] | | | | | | | | |
| 14 November 2008 | 1 | SiPort Company offices in Santa Clara, California | Jing Hua Wu (47/M) | 3 dead; 0 wounded | 1 | Handgun (9-millimeter) | Professional | Same day | Force |
| | Jing Hua Wu opened fire at his former workplace, killing three people, including the CEO. Wu had been laid-off hours prior to the attack and returned to the office to request a meeting with company officials. Wu shot and killed all three victims during this meeting.[xix] | | | | | | | | |
| 4 October 2007 | 1 | Giordano & Giordano Law Office in Alexandria, Louisiana | John Ashley (63/M) | 2 dead; 3 wounded | Unknown | Unknown firearm | None | Same day | Force |
| | John Ashley, a Baptist deacon, opened fire in a downtown law office, killing two people and injuring three others. Police shot and killed him.[xx] [xxi] | | | | | | | | |
| 30 August 2007 | 1 | RiverBay Corporation in Brown, New York | Paulino Valenzuela (50/M) | 1 dead; 2 wounded | 1 | Handgun | Professional | Same day | No force |
| | Paulino Valenzuela, a terminated janitor, opened fire at his former workplace, killing his ex-supervisor and wounding two others.[xxii] [xxiii] | | | | | | | | |
| 9 April 2007 | 1 | Gordon Advisors in Troy, Michigan | Anthony LaCalamita (38/M) | 1 dead; 2 wounded | 1 | Shotgun | Professional | Same day | Force |
| | Anthony LaCalamita opened fire at an accounting firm where he was formerly employed, killing one person and injuring two others. LaCalamita had been fired from the company prior to the attack.[xxiv] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13 February 2007 | 1 | Philadelphia Naval Business Center in Philadelphia, Pennsylvania | Vincent J. Dortch (44/M) | 3 dead; 1 wounded | 2 | Rifle (AK-47); Handgun (.40-caliber Glock) | Professional | Same day | Suicide |
| | Vincent J. Dortch opened fire in a conference room at the Naval Business Center, killing three business executives and wounding a fourth.[xxv] [xxvi] | | | | | | | | |
| 9 December 2006 | 1 | Wood, Phillips, Katz, Clark, & Mortimer in Chicago, Illinois | Joseph Jackson (59/M) | 3 dead; 1 wounded | 3 | Revolver; Knife; Other | Other | Same day | Force |
| | Joe Jackson opened fire at a law firm, killing three people and wounding one other. Jackson forced a security guard, at gunpoint, to take him to the 38th floor of the legal offices. He chained the office doors behind him. SWAT snipers fatally shot Jackson after a 45-minute standoff, during which he took a bystander hostage. Reports state that Jackson believed he had been cheated over an invention of a toilet designed for tractor-trailers.[xxvii] [xxviii] [xxix] | | | | | | | | |
| 21 October 2004 | 1 | Beltservice Corporation Headquarters in Earth City, Missouri | Pelayo Errasti (48/M) | 0 dead; 1 wounded | 1 | Shotgun | Professional | Same day | No force |
| | Pelayo Errasti opened fire at the Beltservice Corporation Headquarters, injuring one employee. Reports state that Errasti, who had been fired from the company a year prior to the attack, intended to shoot his former boss..[xxx] [xxxi] | | | | | | | | |
| 2 April 2004 | 1 | Employment Security Commission office in Hendersonville, North Carolina | William Case (30/M) | 1 dead; 1 wounded | 1 | Unknown firearm | Professional | Same day | Force |
| | William Case opened fire at his workplace, killing his manager and wounding a co-worker. Reports state that Case had an argument with his manager about unemployment benefits prior to the attack. [xxxii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 February 2004 | 1 | Provo River Water Users Association in Pleasant Grove, Utah | Louis Darrel Kinyon (50/M) | 1 dead; 0 wounded | 1 | Unknown firearm | Professional | Same day | Attempted suicide |
| | Louis Darrell Kinyon opened fire at his workplace, killing his supervisor. He then attempted to commit suicide. The attack occurred one week after Kinyon was suspended for violating company policy. [xxxiii] [xxxiv] | | | | | | | | |
| 25 February 2003 | 1 | Labor Ready Inc. in Huntsville, Alabama | Emanuel Burl Patterson (23/M) | 4 dead; 1 wounded | 1 | Handgun (9-millimeter semi-automatic) | Other | Same day | No force |
| | Emanuel Burl Patterson opened fire at a temporary employment agency, killing four people and injuring another. Reports state Patterson had argued with people who were waiting in line prior to the attack. [xxxv] [xxxvi] | | | | | | | | |
| 26 December 2000 | 1 | Edgewater Technology in Wakefield, Massachusetts | Michael McDermott (42/M) | 7 dead; 0 wounded | 3 | Rifle (AK-47); Shotgun; Handgun (semi-automatic) | Professional | Same day | Force |
| | Michael McDermott opened fire at the Edgewater Technology firm, killing seven co-workers. At the end of his rampage, McDermott sat in the reception area and waited for law enforcement to arrive. [xxxvii] [xxxviii] | | | | | | | | |
| 2 November 1999 | 1 | Xerox Engineering Systems in Iwilei, Hawaii | Bryan Uyesugi (40/M) | 7 dead; 0 wounded | 1 | Handgun (9-millimeter) | Professional | Same day | Force |
| | Bryan Koji Uyesugi opened fire at a Xerox facility, killing his supervisor and six co-workers. Uyesugi fled in a van and was arrested after a five-hour standoff with police. [xxxix] | | | | | | | | |
| 5 August 1999 | 2 | Ferguson Enterprises and Post Airgas offices in Pelham, Alabama | Alan Eugene Miller (34/M) | 3 dead; 0 wounded | 1 | Handgun | Professional | Same day | Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Alan Eugene Miller opened fire at a heating and air conditioning firm, killing two co-workers. Miller then shot and killed his former supervisor at another company. [xl] | | | | | | | | |
| 29 July 1999 | 2 | Momentum Securities and the All-Tech Investment Group in Atlanta, Georgia | Mark O. Barton (44/M) | 9 dead; 12 wounded | 2 | 2 handguns (one 9-millimeter and one .45 caliber) | Professional | Same day | Suicide |
| | Mark Barton opened fire at two brokerage offices, including one where he was formerly employed, killing nine people and wounding 12 others. Prior to the attack, Barton killed his wife and two children at their home with a hammer. Reports state that he had lost more than $400,000 on his investments shortly before the attacks. [xli] | | | | | | | | |
| 11 June 1999 | 1 | Office of Dr. Bar-Levav in Southfield, Michigan | Joseph Brooks, Jr. (27/M) | 2 dead; 4 wounded | 1 | Handgun | Professional | Same day | Suicide |
| | Joseph Brooks opened fire at his former psychiatrist's clinic, killing two people and injuring four others. Brooks then committed suicide. [xlii] [xliii] | | | | | | | | |
| 18 March 1999 | 1 | Goodin Law Office in Johnson City, Tennessee | Walter K. Shell (71/M) | 2 dead; 0 wounded | 1 | Handgun (.22-caliber revolver) | Other | Same day | No force |
| | Walter Shell opened fire at his ex-wife's lawyer's law offices, killing the lawyer and one of the lawyer's clients. Reports state that Shell was upset that the lawyer excluded him from his ex-wife's will days before she died. [xliv] | | | | | | | | |
| 13 January 1999 | 1 | Triad Center Office building in Salt Lake City, Utah | De-Kieu Duy (24/F) | 1 dead; 1 wounded | 1 | Handgun (9-millimeter) | None | Same day | Force |
| | Di-Kieu Duy opened fire in the lobby of the KSL television station, wounding the building manager. Duy then shot an AT&T employee before being tackled by the victim's co-worker. Reports state that Duy, a diagnosed paranoid schizophrenic, believed she had been harassed by an employee of KSL-TV. [xlv] [xlvi] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 March 1998 | 1 | Connecticut Lottery Headquarters in Newington, Connecticut | Matthew Beck (35/M) | 4 dead; 0 wounded | 2 | Handguns (9-millimeter semi-automatic) | Professional | Same day | Suicide |
| | Matthew Beck opened fire at the Connecticut Lottery, killing four of his supervisors. Reports state that Beck was unhappy about his salary and his failure to earn a promotion prior to the attack.[xlvii] | | | | | | | | |
| 19 July 1995 | 1 | C. Erwin Piper Technical Center in Los Angeles, California | Willie Woods (42/M) | 4 dead; 0 wounded | 1 | Handgun (Glock, semi-automatic) | Professional | Same day | Force |
| | Willie Woods opened fire at the C. Erwin Piper Technical Center in Los Angeles, killing four supervisors in their cubicles.[xlviii] | | | | | | | | |
| 2 December 1993 | 1 | California Employment Development Department in Oxnard and Ventura California | Alan Winterbourne (33/M) | 4 dead; 4 wounded | 4 | Handgun; Shotgun; 2 rifles | Other | Same day | Force |
| | Alan Winterbourne, an unemployed computer engineer, opened fire at a state unemployment center in Oxnard, killing four people and injuring four others. Winterbourne was fatally shot after he led responding officers on a car chase towards Ventura's unemployment center. Winterbourne concealed his weapons in a brown bag.[xlix] [l] [li] | | | | | | | | |
| 1 July 1993 | 1 | Pettit & Martin Law Offices in San Francisco, California | John Luigi Ferri (55/M) | 8 dead; 6 wounded | 3 | 3 handguns (two semi-automatic TEC-9s and one .45-caliber semi-automatic) | Professional | Same day | Suicide |
| | John Luigi Ferri opened fire at the Pettit & Martin law office, killing eight people and wounding six others. Reports state that Ferri was dissatisfied with the legal services he received.[lii] [liii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18 June 1990 | 1 | General Motors Acceptance Corporation office in Jacksonville, Florida | James E. Pough (42/M) | 9 dead; 4 wounded | 1 | Rifle (.30-caliber) | None | June 19, 1990 | Suicide |
| | James Edward Pough opened fire at a General Motors Acceptance Corporation Office, killing nine people and wounding four others.[liv] [lv] | | | | | | | | |
| 16 February 1988 | 1 | Electromagnetic Systems Lab Corp. in Sunnyvale, California | Richard Farley (40/M) | 7 dead; 4 wounded | 7 | 1 rifle; 2 shotguns; 4 handguns | Professional | Same day | No force |
| | Richard Farley opened fire at his former workplace, killing seven people and injuring four others. Farley surrendered after a five-hour standoff with police officers. Reports state that prior to the attack, Farley was angry that a former co-worker rejected his advances. Farley was fired from the company in 1986 after threatening to kill that same co-worker.[lvi] [lvii] | | | | | | | | |

# Open Commercial

| Date | Number of Attack Locations | Location Information | Attacker Information | Casualties | Number of Weapons | Weapon Information | Closest Relationship to Victims | Date Attack Concluded | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| 28 November 2016 | 1 | H-E-B Store in Palmview, Texas | Raul Lopez Saenz (M/25) | 1 dead; 3 wounded | 1 | Handgun (9-milimeter) | Professional | Same day | No Force |
| | Around 3:15 a.m. on November 28, Raul Lopez Saenz opened fire on four coworkers. Lopez fired 15 shots at a break room window, killing one colleague and injuring three others. He fled the scene but later turned himself in to the Hidalgo County Sheriff's Office.[lviii lix] | | | | | | | | |
| 23 September 2016 | 1 | Cascade Mall in Burlington, Washington | Arcan Cetin (M/20) | 5 dead; 0 wounded | 1 | Rifle (Ruger .22-caliber) | None | Same day | No Force |
| | On September 23, Arcan Cetin, armed with a .22-caliber Ruger rifle, opened fire in the Macy's at a mall in Burlington, Washington. Cetin, who carried a 25 round magazine, admitted to carrying out the attack to detectives. Cetin committed suicide in his jail cell on 17 April 2017. Prior to this attack, Cetin had expressed his interest in the ISIS terror organization, and had posted pictures of serial killer Ted Bundy and ISIS leader Abu Bakr Baghdadi on his blog.[lx lxi] | | | | | | | | |
| 17 July 2016 | 1 | Airline Highway in Baton Rouge, Louisiana | Gavin Eugene Long (M/29) | 3 dead; 3 wounded | 1 | Rifle | None | Same day | Force |
| | At approximately 8:40 a.m., three police officers were killed in Baton Rouge, Louisiana, allegedly by Gavin Long, a 29 year-old resident of Missouri and former marine. The Baton Rouge officers were responding to a call regarding a suspicious individual walking in public with an assault rifle and were ambushed when they arrived. At least three other officers were shot in the same incident. In at least one video posted to social media, Long mentions Alton Sterling, who was killed by police on Jul 5 in Baton Rouge. According to some reports, Long may have been affiliated with the Moorish sovereign citizens' movement.[lxii lxiii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12 June 2016 | 1 | Pulse Nightclub in Orlando, Florida | Omar Mir Seddiqui Mateen (M/29) | 49 dead; 53 wounded | 2 | Rifle (Sig Sauer MCX); Handgun (9mm Glock) | None | Same day | Force |
| | At approximately 2:00 a.m., Omar Mateen assaulted the Pulse nightclub, a dance club in Orlando, Florida. The shooter, armed with an assault rifle and one pistol, pledged allegiance to Abu Bakr al-Baghdadi while barricaded in the club's restroom. Police entered the club and killed the shooter. During this attack, Mateen pledged his allegiance to the ISIS terror organization.[lxiv][lxv] | | | | | | | | |
| 6 May 2016 | 2 | Westfield Montgomery Hall and Giant Food Supermarket in Bethesda, Maryland | Eulalio Tordil (M/62) | 2 dead; 3 wounded | 1 | Handgun | None | Same day | No Force |
| | Eulalio Tordil began shooting at a Westfield Montgomery Mall parking lot in Bethesda, Maryland where he shot three people. Approximately 30 minutes later, Tordil shot and killed another person outside a Giant Food supermarket. The shooter, who was armed with a handgun, was wanted on a first-degree murder charge for shooting and killing his estranged wife outside their children's school the previous day. The suspect was apprehended by police in an outdoor parking lot near the supermarket.[lxvi][lxvii] | | | | | | | | |
| 4 May 2016 | 1 | Knight Transportation Building in Harris County, Texas | Marion Guy Williams (M/65) | 1 dead; 2 wounded | 2 | Shotgun; Handgun | Professional | Same day | Suicide |
| | Marion Guy William targeted the Knight Transportation building in Harris County, Texas. The shooter, armed with a shotgun and a handgun, shot and killed a former coworker before committing suicide. Williams had been fired from the company two weeks prior to his attack.[lxviii][lxix] | | | | | | | | |
| 23 July 2015 | 1 | Movie theatre in Lafayette, Louisiana | John Russell Houser (59/M) | 2 dead; 9 wounded | 1 | Handgun (.40 caliber) | None | Same day | Suicide |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | John Russell Houser opened fire in a movie theater in Lafayette, Louisiana killing two people and injuring nine others before committing suicide. Houser reportedly had a history of mental illness and posted radical and discriminatory views online. Police found a note Houser left behind that twice referenced Roof, saying explicitly, "Thank you for the wake-up call, Dylann." [lxx][lxxi] | | | | | | | | |
| 26 May 2015 | 1 | Walmart in Grand Forks, North Dakota | Marcell Willis (21/M) | 1 dead; 1 wounded | 1 | Handgun (9mm semi-automatic) | None | Same day | Suicide |
| | Marcell Willis, a U.S. airman, opened fire in a Walmart Store in Grand Forks, North Dakota, killing one person and wounding another person before committing suicide in the store. Willis had no known relationship with any of the victims.[lxxii][lxxiii] | | | | | | | | |
| 14 March 2015 | 1 | Dad's Sing Along Club in San Antonio, Texas | Richard Castilleja (29/M) | 0 dead; 2 wounded | 1 | Handgun | None | Same day | Force |
| | Richard Castilleja opened fire outside a San Antonio, Texas karaoke bar, wounding two persons, after he and another person were ejected from the bar earlier that evening. Castilleja was fatally shot by a police officer. Reports state that Castilleja did not have a pre-existing relationship with the bar staff or patrons prior to the altercation earlier that day.[lxxiv][lxxv] | | | | | | | | |
| 7 February 2015 | 1 | Monroeville Mall in Pittsburgh, Pennsylvania | Tarod Thornhill (17/M) | 0 dead; 3 wounded | 1 | Handgun (Pistol) | None | Same day | No Force |
| | Tarod Thornhill opened fire inside a Macy's in the Monroeville Mall in Pittsburgh, Pennsylvania, wounding three people. Police arrested him in the early hours of the following morning.[lxxvi][lxxvii] | | | | | | | | |
| 17 January 2015 | 1 | Scotto Pizza in the Melbourne Square Mall in Melbourne, Florida | Jose Garcia-Rodriguez (M/57) | 1 dead; 1 wounded | 3 | Handguns | Familial | Same day | Suicide |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Armed with three handguns, Jose Garcia-Rodriguez began shooting at his wife's workplace, Scotto Pizza, in Melbourne Square Mall in Melbourne, Florida. After wounding his wife, the shooter committed suicide before law enforcement arrived.[lxxviii lxxix] | | | | | | | | |
| 23 September 2014 | 1 | United Postal Service (UPS) shipping facility in Birmingham, Alabama | Kerry Joe Tesney (M/45) | 2 dead; 0 wounded | 1 | Handgun | Professional | Same day | Suicide |
| | On September 23, 2014, at 9:20 a.m., Kerry Joe Tesney, 45, armed with a handgun, began shooting in a UPS shipping facility in Birmingham, Alabama, from where he had recently been fired. Two supervisors were killed; no one was wounded. The shooter committed suicide before law enforcement arrived.[lxxx] | | | | | | | | |
| 2 August 2014 | 2 | Highway and Hon-Dah Resort Casino and Conference Center in Pinetop, Arizona | Justin Joe Armstrong (M/28) | 0 dead; 2 wounded | 1 | Rifle | None | Same day | Force |
| | On August 2, 2014, at 6:38 p.m., Justin Joe Armstrong, 28, armed with a rifle, began shooting in the parking lot of the Hon-Dah Resort Casino and Conference Center in Pinetop, Arizona. After wounding 2, the shooter moved to the middle of the nearby highway and began shooting at passing cars. No one was killed; 2 people were wounded, including the wounding of an unarmed security guard. The shooter was killed during an exchange of gunfire with law enforcement.[lxxxi] | | | | | | | | |
| 8 June 2014 | 2 | CiCi's Pizza and a Walmart in Las Vegas, Nevada | Jerad Dwain Miller (31/M); Amanda Renee Miller (22/F) | 3 dead; 0 wounded | 7 | 4 handguns; Shotgun; 2 knives | None | Same Day | Suicide |
| | One male and one female attacker, Jerad and Amanda Miller, entered CiCi's Pizza in Las Vegas, Nevada and opened fire, killing two police officers who were eating lunch. They placed a "Don't Tread on Me" flag and a Nazi swastika on one of the officers and a note on the other officer that stated "This is the beginning of the revolution." The attackers then took the officers' weapons and ammunition and went to a nearby Walmart where they shot and killed another person inside the entrance. Amanda Miller committed suicide after her husband died from wounds caused by the police officers. The attackers are believed to hold a militia/white-supremacist and anti-law enforcement ideology.[lxxxii lxxxiii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25 January 2014 | 1 | The Mall in Columbia in Columbia, Maryland | Darion Marcus Aguilar (19/M) | 2 dead; 5 wounded | 3 | Shotgun (12-gauge); 2 explosive devices | None | Same Day | Suicide |
| | Darion Aguilar used a 12-gauge shotgun to randomly kill two employees of Zumiez, a skateboard gear shop in the Mall in Columbia, before taking his own life. According to police reports, the shooter had an obsession with the Columbine High School shooting, which was ascertained through searches of his computer.[lxxxiv][lxxxv] | | | | | | | | |
| 15 January 2014 | 1 | Martin's Supermarket in Elkhart, Indiana | Shawn Walter Bair (22/M) | 2 dead; 0 wounded | 2 | Handgun (.40-caliber semiautomatic); Knife | None | Same day | Force |
| | Shawn Walter Bair entered the Martin's Supermarket in Elkhart shortly before 10 p.m. He walked around for approximately 20 minutes before shooting a 20-year-old store employee and 44-year-old customer.[lxxxvi][lxxxvii] | | | | | | | | |
| 12 March 2013 | 3 | John's Barber Shop, Mohawk, NY; Gaffey's Fast Lube and Car Wash, Herkimer, NY; Glory Days Bar, Herkimer, NY | Kurt Meyers (64/M) | 4 dead; 2 wounded | 1 | Shotgun | None | 14 March 2013 | Force |
| | Kurt Meyers opened fire at a barber shop in Mohawk, NY, killing two and wounding two. He then drove to a car wash in Herkimer, NY where he killed two and fled again. A manhunt ensued until Meyers was found in an abandoned bar called Glory Days, on Main Street in Herkimer. After an overnight standoff, an FBI team stormed the building. Meyers fired on the approaching team, killing an FBI dog, and was then shot and killed.[lxxxviii][lxxxix][xc][xci] | | | | | | | | |
| 11 December 2012 | 1 | Clackamas Town Center in Happy Valley, Oregon | Jacob Tyler Roberts (22/M) | 2 dead; 1 wounded | 1 | Rifle (semi-automatic) | None | Same day | Suicide |
| | Jacob Tyler Roberts, an employee at an Oregon shopping mall, opened fire at his workplace, killing two people and wounding one other before committing suicide.[xcii] | | | | | | | | |

<table>
<tr><td rowspan="2">21 October 2012</td><td>1</td><td>Azana Spa in Brookfield, Wisconsin</td><td>Radcliffe Haughton (45/M)</td><td>3 dead; 4 wounded</td><td>1</td><td>Handgun (.40 caliber semi-automatic)</td><td>Familial</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Radcliffe Haughton opened fire at the Azana Spa in Wisconsin, killing three people and injuring four others. Haughton, who was the estranged husband of an employee at the spa, left an improvised explosive device at the scene of the attack before committing suicide.[xciii]</td></tr>
<tr><td rowspan="2">9 October 2012</td><td>1</td><td>M&M Salon in Casselberry, Florida</td><td>Bradford Baumet (36/M)</td><td>3 dead; 1 wounded</td><td>1</td><td>Handgun</td><td>Familial</td><td>Sam day</td><td>Suicide</td></tr>
<tr><td colspan="9">Bradford Baumet opened fire in a beauty salon where his estranged girlfriend worked, killing three people and wounding another before committing suicide. [xciv] [xcv]</td></tr>
<tr><td rowspan="2">31 August 2012</td><td>1</td><td>Pathmark Supermarket in Old Bridge, New Jersey</td><td>Terrence Tyler (23/M)</td><td>2 dead; 0 wounded</td><td>2</td><td>Rifle (AK-47); handgun</td><td>Professional</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Terrence Tyler opened fire in a Pathmark supermarket at which he worked, killing two co-workers before committing suicide.[xcvi]</td></tr>
<tr><td rowspan="2">20 July 2012</td><td>1</td><td>Century 16 Movie Theater in Aurora, Colorado</td><td>James Holmes (24/M)</td><td>12 dead; 58 wounded</td><td>4</td><td>2 handguns (2 .40 caliber Glock 22s); rifle (semi-automatic);shotgun (12-gauge)</td><td>None</td><td>Same day</td><td>No force</td></tr>
<tr><td colspan="9">James Eagan Holmes opened fire in a Colorado movie theater at a midnight showing of “The Dark Knight Rises,” killing 12 people and wounding 58 others. Reports state that Holmes planned the attack for months, stockpiling ammunition, purchasing firearms and body armor, and lacing his apartment with explosive devices.[xcvii]</td></tr>
<tr><td>30 May 2012</td><td>2</td><td>Café Racer in Seattle, Washington</td><td>Ian Stawicki (40/M)</td><td>5 dead; 1 wounded</td><td>2</td><td>2 handguns (.45 caliber)</td><td>None</td><td>Same day</td><td>Suicide</td></tr>
</table>

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Ian Stawicki opened fire at the Café Racer coffee shop in Seattle, killing four people and wounding one other. Half an hour after the café shooting, Stawicki fatally shot a woman while hijacking her car. Reports state that Stawicki had been kicked out of the café several times in the weeks leading up to the shooting due to belligerent behavior.[xcviii] | | | | | | | | |
| 1 December 2011 | 1 | Winton Blount U.S. Post Office in Montgomery, Alabama | Arthur Lee Darby, Jr. (29/M) | 0 dead; 0 wounded | 2 | 2 handguns | Professional | Same day | No force |
| | Arthur Lee Darby Jr. opened fire at a post office in Alabama, where he was employed. The attack resulted in zero casualties. [xcix] [c] | | | | | | | | |
| 12 October 2011 | 1 | The Salon Meritage in Seal Beach, California | Scott Evans Dekraai (41/M) | 8 dead; 1 wounded | 3 | 3 handguns (one 9-millimeter semi-automatic, one .44 magnum, one .45 caliber semi-automatic) | Familial | Same day | No force |
| | Scott Evans Dekraai opened fire at his ex-wife's workplace in California, killing eight people and wounding one other[ci] | | | | | | | | |
| 8 October 2011 | 1 | IHOP restaurant in Durham, North Carolina | Jerry Lee Adams (21/M) | 1 dead; 1 wounded | 1 | Unknown firearm | None | Same day | No force |
| | Jerry Lee Adams opened fire at an IHOP restaurant in North Carolina, killing one person and wounding one other. Adams conducted his attack after being told to leave the restaurant by two off-duty sheriffs[cii] [ciii] | | | | | | | | |
| 6 September 2011 | 1 | IHOP restaurant in Carson City, Nevada | Eduardo Sencion (32/M) | 4 dead; 7 wounded | 3 | Rifle (AK-47 variant); Rifle; Handgun | None | Same day | Suicide |
| | Eduardo Sencion opened fire at an IHOP in Nevada, killing four people and wounding seven others before committing suicide. Reports state that Sencion was a grocery store employee with a history of mental illness [civ] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 24 July 2011 | 1 | Club Galaxy, Muckleshoot Casino in Auburn, Washington | Cesar Chaparro-Vielma (42/M) | 0 dead; 7 wounded | 1 | Handgun (.40 caliber semi-automatic) | Familial | Same day | Force |
| | Cesar Chaparro-Vielma opened fire in a casino in Washington, wounding seven people. Chaparro-Vielma shot his estranged wife, her boyfriend, her two sisters and several bystanders before being tackled by a security guard [cv] [cvi] [cvii] | | | | | | | | |
| 26 June 2011 | 1 | Genesis Tavern in Philadelphia, Pennsylvania | Wayne James (45/M) | 1 dead; 5 wounded | 1 | Handgun | None | Same day | No force |
| | Wayne James opened fire at a Pennsylvania bar, killing one person and wounding five others. Prior to the attack, James had been asked to leave the bar because he was smoking.[cviii] [cix] | | | | | | | | |
| 8 January 2011 | 1 | Safeway parking lot in Tucson, Arizona | Jared Lee Loughner (22/M) | 6 dead; 13 wounded | 1 | Handgun (9-millimeter semi-automatic) | None | Same day | Force |
| | Jared Loughner opened fire into a crowd of people outside a Safeway supermarket where Representative Gabrielle Giffords was holding a constituent meeting, killing six people and wounding 13 others. Loughner, who posted many anti-government messages on the Internet and had a long record of disruptive behavior on his college campus, had a history of mental illness [cx] | | | | | | | | |
| 14 August 2010 | 1 | City Grill in Buffalo, New York | Riccardo M. McCray (23/M) | 4 dead; 4 wounded | 1 | Handgun (9-millimeter) | None | Same day | No force |
| | Riccardo McCray opened fire in a crowded restaurant, killing four people and injuring four others[cxi] [cxii] | | | | | | | | |
| 6 June 2010 | 1 | Yoyito Restaurant in Hialeah, Florida | Gerardo Regalado (38/M) | 4 dead; 3 wounded | 1 | Handgun (.45-caliber Glock) | Familial | Same day | Suicide |
| | Gerardo Regalado opened fire outside the restaurant where his estranged wife was employed, killing four people and injuring three others. Regalado fled the scene and was found dead several blocks away.[cxiii] [cxiv] [cxv] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12 January 2010 | 1 | Penske Truck Rental in Kennesaw, Georgia | Jesse James Warren (60/M) | 3 dead; 2 wounded | 1 | Handgun | Professional | Same day | Force |
| | Jesse James Warren opened fire at his former workplace, killing three people and wounding two others. Warren was fired from the truck rental company several months prior to the attack.[cxvi] [cxvii] [cxviii] | | | | | | | | |
| 29 November 2009 | 1 | Forza Coffee Shop in Lakewood, Washington | Maurice Clemmons (37/M) | 4 dead; 0 wounded | 1 | Handgun (semi-automatic) | None | Same day | Force |
| | Maurice Clemmons opened fire at a coffee shop, killing four uniformed Washington police officers who were working on their laptops. Clemmons was found and killed by a policeman following a two-day manhunt. Reports state that Clemmons had confided to a friend his plans to shoot police officers the night before his attack.[cxix] [cxx] [cxxi] | | | | | | | | |
| 20 November 2009 | 2 | Kannat Tabla and Last Command Post Park in Saipan, Northern Maraiana Island (U.S. Commonwealth) | Li Zhong Ren (42/M) | 4 dead; 6-9 wounded | 3 | 2 rifles (.223-caliber and .22-caliber Magnum); Shotgun (.410-caliber) | Professional | Same day | Suicide |
| | Li Zhong Ren opened fire at a shooting range where he was employed, killing two adults and two children. Ren then drove to a park where he opened fire on a group of Korean tourists. Ren had left several suicide notes prior to the attack.[cxxii] [cxxiii] [cxxiv] | | | | | | | | |
| 8 November 2009 | 1 | Sandbar Sports Grill in West Vail, Colorado | Richard Moreau (63/M) | 1 dead; 3 wounded | 1 | Handgun (.45 caliber) | Other | Same day | Force |
| | Richard Moreau opened fire in a bar, killing one customer and injuring three others. Reports state that Moreau got into an argument inside the bar and was escorted out by employees prior to the attack.[cxxv] [cxxvi] [cxxvii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 August 2009 | 1 | L.A. Fitness in Collier Township, Pennsylvania | George Sodini (48/M) | 3 dead; 9 wounded | 4 | 4 handguns (two 9-millimeter semi-automatic, one .45-caliber semi-automatic revolver, and one .32-caliber semi-automatic) | None | Same day | Suicide |
| | George Sodini opened fire on a L.A. Fitness dance class, killing three women and injured nine others. Reports state that Sodini was angry about being disrespected by women[cxxviii] [cxxix] | | | | | | | | |
| 9 September 2009 | 1 | Independent Bar in Orlando, Florida | Todd Garland Buchanan (29/M) | 0 dead; 3 wounded | 1 | Unknown | Other | Same day | No force |
| | Todd Buchanan opened fire at a bar, wounding three people. Reports state that Buchanan was involved in a fight at the bar and was ejected prior to the attack. He was arrested in his home several hours after the shooting.[cxxx] [cxxxi] [cxxxii] | | | | | | | | |
| 24 July 2009 | 1 | Club LT Tranz in North Houston, Texas | Unknown | 1 dead; 2 wounded | Unknown | Unknown | Other | Same day | Attacker fled |
| | An unknown assailant opened fire at a nightclub, killing one employeeand wounding two others. Reports state that the assailant had been ejected from the club following a disturbance prior to the attack. The gunman fled the scene.[cxxxiii] [cxxxiv] | | | | | | | | |
| 10 June 2009 | 1 | United States Holocaust Memorial Museum in Washington D.C. | James W. von Brunn (88/M) | 1 dead; 0 wounded | 1 | Rifle (.22 caliber) | None | Same day | Force |
| | James W. Von Brunn opened fire at the United States Holocaust Memorial Museum, killing a security guard. Reports state that von Brunn was a white supremacist.[cxxxv] [cxxxvi] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30 May 2009 | 1 | Club 418 in Springfield, Massachusetts | Marcus J. Blanton (24/M) | 1 dead; 4 wounded | 2 | Handgun; Knife | None | Same day | Force |
| | Marcus J. Blanton opened fire at a strip club, killing one person and injuring four others. Blanton stabbed a sixth person before he was arrested on scene.[cxxxvii] | | | | | | | | |
| 3 April 2009 | 1 | American Civil Association Immigration Center in Binghamton, New York | Jiverly Wong (41/M) | 13 dead; 4 wounded | 2 | 2 handguns (one 9-millimeter and one .45 caliber) | Other | Same day | Suicide |
| | Jiverly Wong**,** a naturalized immigrant, opened fire at the American Civic Association Immigration Center in Binghamton, killing 13 people and injuring four others. Wong had been taking English classes at the Center prior to the attack[cxxxviii] [cxxxix] | | | | | | | | |
| 24 March 2009 | 1 | Metropolitan Transit System in San Diego, California | Lonnie Glasco (47/M) | 1 dead; 1 wounded | 1 | Handgun (.357 magnum) | Professional | Same day | Force |
| | Lonnie Glasco, a veteran Metropolitan Transit System employee, opened fire at a bus depot complex, killing one co-worker and injuring another.[cxl] [cxli] [cxlii] | | | | | | | | |
| 24 February 2009 | 1 | St. Charles Avenue in New Orleans, Louisiana | Unknown (unknown/ unknown) | 0 dead; 7 wounded | 3 | 2 handguns (one 9-millimeter semi-automatic and one .40-caliber); Revolver | None | Same day | Force |
| | An unknown gunman indiscriminately opened fire at a Mardi Gras parade, wounding seven people.[cxliii] [cxliv] [cxlv] [cxlvi] | | | | | | | | |
| 24 January 2009 | 1 | The Zone in Portland, Oregon | Erik Salvador Ayala (24/M) | 2 dead; 7 wounded | 1 | Handgun (9-millimeter) | None | Same day | Suicide |
| | Erik Salvador Ayala opened fire outside a nightclub, killing two people and injuring 7 others.[cxlvii] [cxlviii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12 March 2008 | 1 | Regions Bank in McComb, Mississippi | Robert Lanham (35/M) | 3 dead; 0 wounded | 1 | Handgun (9-millimeter) | Familial | Same day | Suicide |
| | Robert Lanham opened fire at the bank where his ex-wife worked, killing her, a customer and a bank manager. Reports state that Lanham was distraught over his recent divorce.[cxlix] | | | | | | | | |
| 3 March 2008 | 1 | Wendy's in West Palm Beach, Florida | Alburn Blake (60/M) | 1 dead; 5 wounded | 1 | Handgun (9-millimeter semi-automatic) | None | Same day | Suicide |
| | Alburn Edward Blake opened fire in a Wendy's restaurant, killing a paramedic and wounding five other people.[cl] | | | | | | | | |
| 5 December 2007 | 1 | Westroads Mall in Omaha Nebraska | Robert Hawkins (19/M) | 8 dead; 5 wounded | 1 | Rifle (AK-47) | None | Same day | Suicide |
| | Robert Hawkins opened fire at an Omaha mall, killing eight people and wounding 5 others. Reports state that Hawkins was angry about losing his job and breaking up with his girlfriend prior to the attack.[cli clii cliii] | | | | | | | | |
| 30 April 2007 | 1 | Ward Parkway Shopping Center in Kansas City, Missouri | David W. Logsdon (51/M) | 2 dead; 7 wounded | 3 | 2 handguns; Rifle (.30-caliber carbine) | Other | Same day | Force |
| | David Logsdon opened fire at a crowded Target parking lot, killing two people and wounding seven others. Logsdon was fatally shot by police following the attack. Reports state that Logsdon was unhappy over his termination from the Target store prior to the attack. Police believe the gunman was also responsible for the death of his neighbor earlier that day.[cliv clv clvi] | | | | | | | | |
| 12 February 2007 | 1 | Trolley Square Mall in Salt Lake City, Utah | Sulejman Talovic (18/M) | 5 dead; 4 wounded | 2 | Shotgun; Handgun (.38-caliber) | None | Same day | Force |
| | Sulejman Talovic opened fire at Trolley Square Mall, killing five bystanders and wounding four others. [clvii clviii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18 April 2006 | 1 | Finneger's Catering in St. Louis, Missouri | Herbert Chambers Jr. (55/M) | 2 dead; 1 wounded | 1 | Handgun (semi-automatic) | Professional | Same day | Suicide |
| | Herbert Chalmers Jr. opened fire at his workplace, killing two people and wounding another. Chalmers launched his attack shortly after raping an ex-girlfriend and killing the mother of his child at separate locations.[clix] [clx] [clxi] | | | | | | | | |
| 4 April 2006 | 1 | Baker City Post Office in Baker City, Oregon | Grant Gallaher (41/M) | 1 dead; 0 wounded | 1 | Handgun | Professional | Same day | No force |
| | Grant Gallaher opened fire in the Baker City Post Office parking lot, killing his supervisor after initially striking him with his vehicle. Gallaher also intended to kill his postmaster. Reports state that Gallaher was upset about his supervisor's decision to add extra work to his delivery route.[clxii] | | | | | | | | |
| 13 February 2005 | 1 | Hudson Valley Mall, Kingston, New York | Robert Bonelli (26/M) | 0 dead; 2 wounded | 1 | Rifle (semi-automatic) | None | Same day | Force |
| | Robert Bonelli opened fire at the Hudson Valley Mall, wounding two people. He was tackled by mall employees when he ran out of ammunition.[clxiii] [clxiv] | | | | | | | | |
| 8 December 2004 | 1 | Alrosa Villa in Columbus, Ohio | Nathan Gale (25/M) | 4 dead; 2 wounded | 1 | Handgun (9-millimeter Beretta) | None | Same day | Force |
| | Nathan Gale, a former marine, opened fire at a nightclub, killing four people and wounding two others. Gale was shot by responding police officers after taking a hostage behind the stage.[clxv] [clxvi] | | | | | | | | |
| 18 November 2004 | 1 | RadioShack in St. Petersburg, Florida | Justin Cudar (25/M) | 2 dead; 1 wounded | 1 | Handgun (.40-caliber Glock) | None | Same day | No force |
| | Justin Cudar opened fire in a RadioShack store, killing two people =and wounding another. Cudar was being investigated for a road-rage incident and managed to evade police prior to the attack.[clxvii] [clxviii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 29 August 2003 | 1 | Electric Picture Co. in Nashville, Tennessee | Thomas Edgar Harrison (43/M) | 1 dead; 0 wounded | 1 | Shotgun | Other | August 30, 2003 | Suicide |
| | Thomas Edgar Harrison opened fire at his ex-girlfriend's workplace, killing one employee. Harrison was initially denied access to the workplace but returned shortly thereafter and began his attack. He engaged in an hour-long standoff with a SWAT team before committing suicide. Prior to the attack, Harrison raped and kidnapped his ex-girlfriend, who was then issued an order of protection against him.[clxix] [clxx] | | | | | | | | |
| 28 July 2003 | 1 | Gold Leaf Nursery in Boynton Beach, Florida | Andres Casarrubias (44/M) | 2 dead; 1 wounded | 1 | Handgun (semi-automatic) | Familial | Same day | Force |
| | Andres Casarrubias opened fire at the nursery where his estranged wife worked, killing two employees, including his wife, and injuring another. Reports state that Casarrubias believed his wife was having an affair with a co-worker. [clxxi] | | | | | | | | |
| 23 July 2003 | 1 | Century 21 office in San Antonio, Texas | Ron Thomas (unknown/M) | 2 dead; 1 wounded | 1 | Handgun (.357-magnum) | Professional | Same day | Suicide |
| | Ron Thomas opened fire at the Century 21 real estate office where he was employed, killing two people and wounding another. Thomas committed suicide after engaging the police in a car chase.[clxxii] [clxxiii] | | | | | | | | |
| 20 March 2000 | 1 | Mi-T-Fine Car Wash in Irving, Texas | Robert Wayne Harris (28/M) | 5 dead; 1 wounded | 1 | Unknown firearm | Professional | Same day | Force |
| | Robert Wayne Harris opened fire at his former workplace, killing five employees and injuring another. Harris was fired three days prior to the attack[clxxiv] | | | | | | | | |
| 20 December 1997 | 1 | Milwaukee Post Office in Milwaukee, Wisconsin | Anthony Deculit (37/M) | 1 dead; 2 wounded | 1 | Handgun (9-millimeter) | Professional | Same day | Suicide |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Anthony Deculit opened fire at his workplace, killing one employee and wounding two others, including his supervisor. Reports state that Deculit had been reprimanded by a supervisor for sleeping at work and rejected for a promotion prior to the attack.[clxxv] | | | | | | | | |
| 7 October 1997 | 1 | ProtoCall retail store in San Antonio, Texas | Charles Lee White (42/M) | 2 dead; 0 wounded | 1 | Rifle | Other | Same day | Suicide |
| | Charles Lee White opened fire at the ProtoCall store where his exgirlfriend worked, killing two people. White then fatally shot himself[clxxvi] [clxxvii] | | | | | | | | |
| 2 September 1997 | 1 | Miami Beach Post Office, Florida | Jesus Antonio Tamayo (64/M) | 0 dead; 2 wounded | 1 | Handgun | Familial | Same day | Suicide |
| | Jesus Antonio Tamayo open fired at a post office, wounding two women, including his ex-wife.[clxxviii] | | | | | | | | |
| 23 February 1997 | 1 | Empire State Building in New York, New York | Ali Abu Kamal (69/M) | 1 dead; 6 wounded | 1 | Handgun (.38-caliber Beretta) | None | Same day | Suicide |
| | Ali Abu Kamal opened fire at the Empire State Building's observation deck, killing one person and wounding six others. [clxxix] | | | | | | | | |
| 6 May 1993 | 1 | Post Office in Dearborn, Michigan | Larry Jasion (unknown/M) | 1 dead; 2 wounded | 1 | Handgun | Professional | Same day | Suicide |
| | Larry Jasion opened fire at a post office, killing one person and wounding two others. Reports state that Jasion, a postal worker, was angry over losing a promotion to a woman prior to the attack.[clxxx] | | | | | | | | |
| 6 May 1993 | 1 | Dana Point Post Office in Dana Point, California | Mark R. Hilbun (38/M) | 1 dead; 3 wounded | 1 | Handgun | Professional | Same day | No force |
| | Mark Hilbun opened fire at a post office, killing a co-worker and wounding three others. Reports state that Hilbun was fired prior to the attack for stalking a co-worker.[clxxxi] [clxxxii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14 November 1991 | 1 | Royal Oak Post Office in Royal Oak, Michigan | Thomas McIlvane (31/M) | 3 dead; 6 wounded | 1 | Rifle (sawed-off .22-caliber) | Professional | Same day | Suicide |
| | Thomas McIlvane opened fire at a post office, killing three people and injuring six others. McIlvane had been fired from the post office prior to the attack.[clxxxiii] | | | | | | | | |
| 16 October 1991 | 1 | Luby's Cafeteria in Killeen, Texas | George Jo Hennard (35/M) | 22 dead; 20 wounded | 1 | Handgun (9-millimeter semi-automatic) | None | Same day | Suicide |
| | George Jo Hennard opened fire in a restaurant during lunchtime, killing 22 people and wounding 20 others. [clxxxiv] | | | | | | | | |
| 10 October 1991 | 1 | Ridgewood Post Office in Ridgewood, New Jersey | Joseph Harris (35/M) | 2 dead; 0 wounded | 4 | Machine gun; 3 Others | Professional | Same day | Force |
| | Joseph Harris opened fire at a post office, killing two former coworkers. The night before, Harris had killed his former supervisor with a three-foot samurai sword and fatally shot her fiancé in their home. During the post office attack, Harris was armed with several guns, hand grenades, and a samurai sword.[clxxxv] | | | | | | | | |
| 10 August 1989 | 1 | Post Office in Orange Glen, California | John Merlin Taylor (52/M) | 2 dead; 1 wounded | 1 | Handgun (semi-automatic .22-caliber) | Professional | Same day | Suicide |
| | John Merlin Taylor opened fire at the post office where he was employed, killing two co-workers and injuring another. Prior to the attack, Taylor fatally shot his wife in their home.[clxxxvi] | | | | | | | | |
| 14 December 1988 | 1 | New Orleans Post Office in New Orleans, Louisiana | Warren Murphy (39/M) | 0 dead; 3 wounded | 1 | Shotgun | Professional | December 15, 1988 | No force |
| | Warren Murphy opened fire at the post office where he was employed, wounding two co-workers and his supervisor. Murphy surrendered after holding a female hostage for 13 hours.[clxxxvii] [clxxxviii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20 August 1986 | 1 | Edmond Post Office in Edmond, Oklahoma | Patrick Henry Sherrill (44/M) | 14 dead; 7 wounded | 3 | 3 handguns (2 .45-caliber semi-automatic and 1 .22-caliber) | Professional | Same day | Suicide |
| | Patrick Sherrill opened fire at the post office where he was employed, killing 14 people and injuring seven others. Reports state that prior to the attack, Sherrill believed he was going to be fired from his job. [clxxxix] | | | | | | | | |
| 6 March 1985 | 1 | Atlanta Post Office in Atlanta, Georgia | Steven W. Brownlee (30/M) | 2 dead; 1 wounded | 1 | Handgun | Professional | Same day | Force |
| | Steven Brownlee opened fire at a post office, killing two co-workers and wounding a third. [cxc] [cxci] | | | | | | | | |
| 18 July 1984 | 1 | McDonald's in San Ysidro, California | James Oliver Huberty (41/M) | 21 dead; 19 wounded | 3 | Submachine gun (Uzi); Shotgun; Handgun | None | Same day | Force |
| | James Huberty opened fire in a McDonald's restaurant, killing 21 people and injuring 19 others. Huberty was dressed in camouflage during his attack. [cxcii] | | | | | | | | |
| 2 December 1983 | 1 | Amniston Post Office in Amniston, Alabama | James Howard Brooks (53/M) | 1 dead; 1 wounded | 1 | Handgun (.38 caliber) | Professional | Same day | No force |
| | James Howard Brooks opened fire at the post office where he was employed, killing one person and wounding another. He then surrendered to police. Reports state that Brooks was angry at having been criticized by his supervisor. [cxciii] [cxciv] | | | | | | | | |
| 19 August 1983 | 1 | Post office and convenience store in Johnston, South Carolina | Perry Smith (unknown/M) | 1 dead; 2 wounded | 1 | Shotgun (12-gauge) | Professional | Same day | No force |
| | Perry Smith opened fire at a post office, killing a co-worker and wounding two others. Reports state that Smith felt he was mistreated by co-workers after his son committed suicide. [cxcv] [cxcvi] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20 August 1982 | 1 | Bob Moore's Welding & Machine Services, Inc. in Miami, Florida | Carl Brown (51/M) | 8 dead; 3 wounded | 1 | Shotgun | Other | Same day | Force |
| | Carl Brown opened fire in a welding shop, killing eight people and injuring three others. Reports state that Brown was upset that the welding shop charged him $20 for repairs on a lawnmower engine.[cxcvii] | | | | | | | | |
| 1 January 1972 | Multiple | Multiple locations in New Orleans, Louisiana | Mark James Robert Essex (23/M) | 9 dead; 13 wounded | 2 | Rifle (.44-caliber Magnum); Handgun (.38-caliber Colt revolver) | None | January 7, 1972 | Force |
| | Mark Essex launched a series of attacks over the course of a week, killing nine people and wounding 13 others. In one attack Essex hid in a parking lot across the street from the New Orleans Police Department and randomly shot at officers. Essex then broke into various facilities shooting civilians and responding officers before being killed by police.[cxcviii] [cxcix] | | | | | | | | |

# Factories & Warehouses

<table>
<tr><th>Date</th><th>Number of Attack Locations</th><th>Location Information</th><th>Attacker Information</th><th>Casualties</th><th>Number of Weapons</th><th>Weapon Information</th><th>Closest Relationship to Victims</th><th>Date Attack Concluded</th><th>Resolution</th></tr>
<tr><td rowspan="2">25 October 2016</td><td>1</td><td>FreightCar America Factory in Roanoke, Virginia</td><td>Getachew Fedeke (M/53)</td><td>1 dead; 3 wounded</td><td>1</td><td>Handgun (9mm)</td><td>Professional</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Getachew Fedeke, a former employee of FreightCar America, opened fire on his former place of business in Roanoke, Virginia. Fedeke reportedly quit his job after complaining about harassment from his coworker.[ccccicccii]</td></tr>
<tr><td rowspan="2">12 February 2015</td><td>1</td><td>ProTec Steel Mill in Lennox South Dakota</td><td>Jeffrey DeZeeuw (51/M)</td><td>1 dead; 2 wounded</td><td>1</td><td>Handgun</td><td>Professional</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Jeffrey DeZeeuw opened fire at ProTec, a location for Sioux Steel, in Lennox, South Dakota, killing one and wounding two others before committing suicide. DeZeeux was an employee of ProTec and the victim he killed was his assignment supervisor.[cciiicciv]</td></tr>
<tr><td rowspan="2">30 June 2014</td><td>1</td><td>C&A Iron Works on 13th Street and Hamilton Place in Gowanus, Brooklyn, NYC</td><td>Cameron Waithe (54/M)</td><td>0 dead; 2 wounded</td><td>1</td><td>Handgun</td><td>None</td><td>Same Day</td><td>Suicide</td></tr>
<tr><td colspan="9">A gunman walked into an iron mill in Brooklyn and asked to be hired for a job. When he was told to speak with a manager upstairs, he entered the manager's office and began firing in the building. He then threw a device with wires and a fuse which was later determined to be a lead pipe and preceded to then barricade himself in a storage room. Dialogue occurred between the attacker and a hostage negotiation team and the attacker ultimately killed himself.[ccvccvi]</td></tr>
</table>

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 29 April 2014 | 1 | Federal Express in Kennesaw, Georgia | Geddy Lee Kramer (19/M) | 0 dead; 6 wounded | 4 | Shotgun; Knife; 2 others (Molotov cocktails) | Professional | Same Day | Suicide |
| | Geddy L. Kramer opened fire at the security gate of the shipping warehouse where he worked, injuring the security guard. He then moved through the warehouse, wounding five more co-workers before committing suicide.[ccvii][ccviii] | | | | | | | | |
| 6 November 2012 | 1 | Valley Protein plant in Fresno, California | Lawrence Jones (42/M) | 2 dead; 2 wounded | 1 | Handgun | Professional | Same day | Suicide |
| | Lawrence Jones opened fire at a California chicken processing plant, killing two coworkers and wounding two others before committing suicide.[ccix] [ccx] | | | | | | | | |
| 13 January 2012 | 1 | McBride Lumber Company in Star, North Carolina | Ronald Dean Davis (50/M) | 3 dead; 1 wounded | 1 | Shotgun (12-Gauge) | Professional | Same day | Suicide |
| | Ronald Davis opened fire at the McBride Lumber Company where he was employed, killing three coworkers and wounding another.[ccxi] | | | | | | | | |
| 5 October 2011 | 1 | Lehigh Hanson's Permanente Cement Plant in Cupertino, California | Shareef Allman (47/M) | 3 dead; 7 wounded | 4 | 2 rifles (.223 Caliber); Shotgun; Handgun (.40 Caliber) | Professional | October 6, 2011 | Suicide |
| | Shareef Allman, a cement plant truck driver, opened fire at his workplace, killing three people and wounding six others. Allman then shot and wounded a 60-year-old woman while attempting to hijack her car. Allman committed suicide after a day-long manhunt.[ccxii] [ccxiii] | | | | | | | | |
| 9 September 2010 | 1 | Kraft Food plant in Philadelphia, Pennsylvania | Yvonne Hiller (43/F) | 2 dead; 1 wounded | 1 | Handgun (.357 Magnum) | Professional | Same day | Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Yvonne Hiller opened fire at her workplace, killing two people and wounding another. Hiller was suspended from her job and escorted off the premises ten minutes prior to the attack. She drove through a security barrier before entering the facility on foot. [ccxiv] [ccxv] | | | | | | | | |
| 3 August 2010 | 1 | Hartford Distributors in Manchester, Connecticut | Omar Thornton (34/M) | 8 dead; 2 wounded | 2 | 2 handguns (9-millimeter) | Professional | Same day | Suicide |
| | Omar Thornton opened fire at his workplace, killing eight people and injuring two others. Thornton hid his weapons in a lunchbox. Reports state that he was angry after being asked to resign for stealing beer from the warehouse in which he worked. [ccxvi] [ccxvii] [ccxviii] [ccxix] | | | | | | | | |
| 7 January 2010 | 1 | ABB Inc. in St. Louis, Missouri | Timothy Hendron (51/M) | 3 dead; 5 injured | 4 | Rifle; Shotgun; Handguns | Professional | Same day | Suicide |
| | Timothy Hendron opened fire at the electrical equipment plant where he worked, killing three people and injuring five others. Hendron was in the midst of a 2006 lawsuit against his employer regarding the company's retirement plan. [ccxx] [ccxxi] | | | | | | | | |
| 1 August 2008 | 1 | Simon & Schuster book warehouse in Bristol, Pennsylvania | Robert Diamond (32/M) | 2 dead; 0 wounded | 1 | Handgun (.40-caliber Smith & Wesson) | Professional | Same day | No force |
| | Robert Diamond opened fire at a warehouse where he was formerly employed, killing two former co-workers[ccxxii] [ccxxiii] | | | | | | | | |
| 25 June 2008 | 1 | Atlantis Plastics in Henderson, Kentucky | Wesley Neal Higdon (25/M) | 5 dead; 1 wounded | 1 | Handgun (.45-caliber semi-automatic) | Professional | Same day | Suicide |
| | Wesley Neal Higdon opened fire at his workplace, killing five co-workers and wounding another. Reports state that Higdon had been reprimanded by a supervisor for having an argument with a co-worker prior to the attack. [ccxxiv] | | | | | | | | |
| 1 April 2008 | 1 | Alloy Fabricators in Randolph, Massachusetts | Howard Trang (48/M) | 0 dead; 1 wounded | 1 | Handgun (.45-caliber semi-automatic) | Professional | Same day | Suicide |
| | Howard Trang opened fire in a factory, injuring one co-worker. [ccxxv] [ccxxvi] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 19 March 2008 | 1 | Black Road Auto wrecking yard in Santa Maria, California | Lee Isaac Bedwell Leeds (31/M) | 4 dead; 0 wounded | 1 | Handgun (semi-automatic) | Familial | Same day | Force |
| | Lee Isaac Bedwell Leeds opened fire at the Black Road Auto office, killing his father, a customer and two co-workers. His father owned the office.[ccxxvii] [ccxxviii] | | | | | | | | |
| 27 April 2007 | 1 | Lode Street Wastewater Facility in Santa Cruz, California | Steven Harold Smith (50/M) | 2 dead; 0 wounded | 2 | 2 handguns | Familial | Same day | Suicide |
| | Steven Harold Smith opened fire at the Lode Street Wastewater Facility where he was employed, killing his estranged wife and a supervisor.[ccxxix] | | | | | | | | |
| 5 March 2007 | 1 | Kenyon Press plant in Signal Hill, California | Jose Mendez (68/M) | 0 dead; 3 wounded | 1 | Handgun (semi-automatic) | Professional | Same day | Suicide |
| | Jose Mendez opened fire at his workplace, wounding three co-workers. Reports state that Mendez was angry that his working hours had been reduced at the menu printing plant. [ccxxx] | | | | | | | | |
| 11 January 2007 | 1 | Crossroads Industrial Services in Indianapolis, Indiana | Jason Burnman (24/M) | 0 dead; 4 wounded | 1 | Handgun (.38-caliber) | Professional | Same day | Force |
| | Jason Burnam opened fire at Crossroads Industrial Services, where he was employed, wounding three people in the cafeteria and one in an office of the factory. Reports state that Burnam had been taking medication for bipolar disorder and claimed that he launched the attack to gain respect.[ccxxxi] | | | | | | | | |
| 26 June 2006 | 1 | Safeway Inc. in Denver, Colorado | Michael Julius Ford (22/M) | 1 dead; 5 wounded | 1 | Handgun (.38 caliber) | Professional | Same day | Force |
| | Michael Julius Ford opened fire at a Safeway warehouse, killing one coworker and wounding four other people, including a police officer.[ccxxxii] [ccxxxiii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21 April 2006 | 1 | Tyson Foods, Inc. in Pine Bluff, Arkansas | Julian English (24/M) | 0 dead; 1 wounded | 2 | 2 handguns | Professional | Same day | Force |
| | Julian English opened fire at a Tyson Foods Inc. poultry processing plant where he was employed, wounding a co-worker. English had been suspended from his job prior to the attack.[ccxxxiv] | | | | | | | | |
| 29 January 2006 | 1 | Santa Barbara Processing and Distribution Center in Santa Barbara, California | Jennifer San Marco (44/F) | 7 dead; 0 wounded | 1 | Handgun (9-millimeter) | Professional | Same day | Suicide |
| | Jennifer San Marco opened fire at a postal facility, killing six people hours after killing her neighbor. San Marco then fatally shot herself. The assailant was a former postal worker at the facility she targeted and was on medical leave. Reports state that San Marco entered the facility gates by following closely behind another car and gained access through the front door by taking another employee's electronic identification badge at gunpoint.[ccxxxv] [ccxxxvi] | | | | | | | | |
| 23 November 2005 | 1 | H&M Wagner and Sons food distribution office in Glen Burnie, Maryland | Joseph Allen Cobb (54/M) | 0 dead; 2 wounded | 1 | Handgun | Professional | Same day | Suicide |
| | Joe Cobb opened fire at a warehouse where he was formerly employed, wounding two supervisors. Cobb then committed suicide.[ccxxxvii] [ccxxxviii] | | | | | | | | |
| 27 September 2005 | 1 | Verla International factory in New Windsor, New York | Victor M. Piazza (55/M) | 1 dead; 2 wounded | 1 | Handgun (.38-Caliber) | Professional | Same day | Suicide |
| | Victor M. Piazza opened fire at a nail polish factory where he was formerly employed, killing one supervisor and wounding two others. Piazza was fired from the company after child pornography charges were filed against him.[ccxxxix] [ccxl] [ccxli] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21 February 2005 | 1 | Northrop Grumman Ships Systems in Pascagoula, Mississippi | Alexander L. Lett (41/M) | 0 dead; 2 wounded | 1 | Handgun (9-millimeter semi-automatic) | Professional | Same day | Force |
| | Alexander L. Lett opened fire at his workplace, wounding two coworkers. The attack ended when Lett was detained by other employees.[ccxlii] [ccxliii] | | | | | | | | |
| 26 January 2005 | 1 | Jeep Liberty Plant in Toledo, Ohio | Myles Meyers (54/M) | 1 dead; 2 wounded | 1 | Shotgun (20-gauge, double-barrel) | Professional | Same day | Suicide |
| | Myles Meyers opened fire at his workplace, killing one person and wounding two others.[ccxliv] [ccxlv] | | | | | | | | |
| 2 July 2004 | 1 | ConAgra Foods Inc. plant in Kansas City, Kansas | Elijah Brown (21.M) | 5 dead; 2 wounded | 2 | 2 handguns | Professional | Same day | Suicide |
| | Elijah Brown opened fire at the food plant where he was employed, killing five people and injuring two others. Brown then committed suicide.[ccxlvi] | | | | | | | | |
| 9 December 2003 | 1 | PrintXcel in Visalia, California | John Garder (45/M) | 1 dead; 0 wounded | 1 | Unknown firearm | Professional | Same day | Suicide |
| | John Gardner opened fire at the PrintXcel plant, killing one employee. He then set multiple fires in the plant. Gardner had been fired from the company prior to the attack.[ccxlvii] | | | | | | | | |
| 19 August 2003 | 1 | Andover Industries in Andover, Ohio | Ricky Shadle (32/M) | 1 dead; 2 wounded | 4 | 4 handguns (1 10-millimeter) | Professional | Same day | Suicide |
| | Ricky Shadle opened fire at his workplace, killing one co-worker and wounding two others.[ccxlviii] | | | | | | | | |

| 9 July 2003 | 1 | Lockheed Martin assembly plant in Meridian, Mississippi | Doug Williams (48/M) | 5 dead; 9 wounded | 2 | Shotgun (12-gauge); Rifle (.223-caliber) | Professional | Same day | Suicide |
|---|---|---|---|---|---|---|---|---|---|
| | Douglas Williams opened fire at the Lockheed Martin assembly plant where he was employed, killing five people and injuring nine others. Williams then committed suicide. [ccxlix] | | | | | | | | |
| 1 July 2003 | 1 | Modine Manufacturing Co. in Jefferson City, Missouri | Jonathan Russell (25/M) | 3 dead; 5 wounded | 1 | Handgun (.40-caliber semi-automatic) | Professional | Same day | Suicide |
| | Jonathon Russell opened fire at his workplace, killing three people and wounding five others. Russell committed suicide following a shootout with police.[ccl] | | | | | | | | |
| 6 December 2001 | 1 | Nu-Wood Decorative Millwork factory in Goshen, Indiana | Robert Wissman (36/M) | 1 dead; 6 wounded | 1 | Shotgun | Professional | Same day | Suicide |
| | Robert Wissman opened fire at the Nu-Wood Decorative Millwork plant, killing one person and wounding six others. Reports state that prior to the attack, Wissman was involved in a dispute with his employer over his possible termination.[ccli] [cclii] [ccliii] | | | | | | | | |
| 5 February 2001 | 1 | Navistar International plant in Melrose Park, Illinois | William D. Baker (66/M) | 4 dead; 4 wounded | 1 | Rifle (AK-47) | Professional | Same day | Suicide |
| | William Baker opened fire at the Navistar International factory where he was employed, killing four co-workers and wounding four others. Baker concealed his weapons in a golf bag.[ccliv] | | | | | | | | |
| 15 September 1997 | 1 | R.E. Phelon Co. factory in Aikens County, South Carolina | Arthur Hastings Wise (43/M) | 4 dead; 3 wounded | 1 | Handgun (semi-automatic) | Professional | Same day | Attempted Suicide |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Arthur Hastings Wise opened fire at his former workplace, killing four people and injuring three others, including a security guard. Wise had been recently fired from the company prior to the attack. Reports state that after Wise shot the security guard, he tore out the telephone lines in the guard station and then entered the building.[cclv] [cclvi] [cclvii] | | | | | | | | |
| 5 June 1997 | 1 | Omni Plastic plant in Santa Fe Springs, California | Daniel S. Marsden (38/M) | 2 dead; 4 wounded | 1 | Handgun (9-millimeter semi-automatic) | Professional | Same day | Suicide |
| | Daniel S. Marsden opened fire at his workplace, killing two co-workers and wounding four others. He committed suicide two hours later. Reports state that Marsden began his attack after retrieving a gun from his car following an argument with co-workers. [cclviii] | | | | | | | | |
| 3 April 1995 | 1 | Walter Rossler Company in Corpus Christi, Texas | James Simpson (28/M) | 5 dead; 0 wounded | 2 | 2 handguns (one 9-millimeter semi-automatic, one .32-caliber semi-automatic revolver) | Professional | Same day | Suicide |
| | James Simpson opened fire at on oil refinery inspection plant where he was formerly employed, killing five workers. He then committed suicide.[cclix] [cclx] | | | | | | | | |
| 14 March 1994 | 1 | Extron Electronic factory in Santa Fe Springs, California | Tuan Nguyen (29/M) | 3 dead; 2 wounded | 1 | Handgun (.38-caliber) | Professional | Same day | Suicide |
| | Tuan Nguyen opened fire at his former workplace, killing three people and wounding two others. Nguyen was fired from the company shortly before the attack.[cclxi] [cclxii] | | | | | | | | |
| 14 September 1989 | 1 | Standard Gravure Corporation plant in Louisville, Kentucky | Joseph T. Wesbecker (47/M) | 8 dead; 12 wounded | 6 | 4 handguns (two semi-automatic MAC-11s, one .38-caliber revolver, and one 9-millimeter); Rifle (AK-47); Other | Professional | Same day | Suicide |
| | Joseph T. Wesbecker opened fire in the printing plant where he was employed, killing eight people and wounding twelve others. Wesbecker was on disability leave for mental illness at the time of the attack.[cclxiii] [cclxiv] | | | | | | | | |

# Schools

| Date | Number of Attack Locations | Location Information | Attacker Information | Casualties | Number of Weapons | Weapon Information | Closest Relationship to Victims | Date Attack Concluded | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| 23 April 2016 | 1 | Antigo High school in Antigo, Wisconsin | Jakob E. Wagner (M/18) | 0 dead; 2 wounded | 1 | Rifle | Academic | Same day | Force |
| | Jakob Wagner targeted a prom being held at his former school, Antigo High School in Antigo, Wisconsin. Police officers present for the event heard shots fired and immediately responded, wounding the shooter who later succumbed to his injuries in the hospital.[cclxv][cclxvi] | | | | | | | | |
| 29 February 2016 | 1 | Madison Junior/Senior High School in Middletown, Ohio | James Austin Hancock (M/14) | 0 dead; 5 wounded | 1 | Handgun | Academic | Same day | No Force |
| | At approximately 11:30 a.m. on February 29, 14-year-old Austin Hancock began shooting in the cafeteria of Madison Junior/Senior High School in Middletown, Ohio. He fled the scene, but was apprehended nearby with the help of a police K-9.[cclxvii][cclxviii] | | | | | | | | |
| 1 October 2015 | 1 | Umpqua Community College in Roseburg, Oregon | Christopher Harper-Mercer (26/M) | 9 dead; 7 wounded | 6 | 5 handguns; Rifle | Academic | Same day | Suicide |
| | Christopher Harper-Mercer opened fire in a classroom at Umpqua Community College in Roseburg, Oregon killing nine people and wounding seven others before killing himself during gunfire exchange with responding police officers. Harper-Mercer was a student at Umpqua Community College. He reportedly posted online about other shootings and their infamous perpetrators.[cclxix][cclxx][cclxxi][cclxxii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20 November 2014 | 1 | Florida State University in Tallahassee, Florida | Myron May (M/31) | 0 dead; 3 wounded | 1 | Handgun (.38-caliber) | None | Same day | Force |
| | Myron May began shooting in Strozier Library at Florida State University in Tallahassee, Florida, wounding three people. He was an alumnus of the university. The shooter was killed during an exchange of gunfire with campus law enforcement.[cclxxiii] [cclxxiv] | | | | | | | | |
| 24 October 2014 | 1 | Marysville Pilchuck High School in Marysville, Washington | Jaylen Ray Fryberg (M/15) | 4 dead; 3 wounded | 1 | Handgun (.40 caliber Beretta) | Familial | Same day | Suicide |
| | Jaylen Ray Fryberg opened fire in the cafeteria of Marysville Pilchuck High School, killing four, and ultimately dying from a self-inflicted gunshot. Prior to the shooting, he texted several of his friends to meet him for lunch in the cafeteria, asking them to skip classes if they were able to. Also prior to the shooting, Fryberg texted his family and the families of his would-be victims, apologizing preemptively for his actions. [cclxxv] [cclxxvi] | | | | | | | | |
| 10 June 2014 | 1 | Reynolds High School in Troutdale, Oregon | Jared Michael Padgett (15/M) | 1 dead; 1 wounded | 2 | Handgun; Rifle | Academic | Same day | Suicide |
| | A teenage gunman walked into the Reynolds High School in Troutdale, Oregon with a rifle. In the gymnasium, he shot and killed 14 year-old freshman Emilio Hoffman and wounded Todd Rispler, a teacher at the school. The gunman was later found dead having committed suicide in a school bathroom.[cclxxvii][cclxxviii] | | | | | | | | |
| 5 June 2014 | 1 | Seattle Pacific University in Seattle, Washington | Aaron Reyes Ybarra (26/M) | 1 dead; 3 wounded | 1 | Shotgun | None | Same day | Force |
| | Aaron Ybarra opened fire inside the Otto Miller Hall at Seattle Pacific University in Seattle, Washington, killing one student and wounding three. He was ultimately subdued by students. According to the attacker's journal, he had been planning the attack for weeks.[cclxxix][cclxxx] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14 January 2014 | 1 | Berrendo Middle School In Roswell, New Mexico | Mason Andrew Campbell (M/12) | 0 dead; 3 wounded | 1 | Shotgun (20 gauge) | Academic | Same day | No force |
| | Twelve-year-old Mason Andrew Campell opened fire on a group of students in the school gym of Berrendo Middle School, wounding three. Investigators found a notebook in Campbell's home where he wrote that he was going to commit the shooting. He wrote that he considered using a handgun and knife to kill a school bully. Two students were critically wounded in the shooting, and one staff member sustained minor injuries. [cclxxxi] [cclxxxii] | | | | | | | | |
| 13 December 2013 | 1 | Arapahoe High School in Centennial, Colorado | Karl Halverson Pierson (18/M) | 1 dead; 0 wounded | 5 | Shotgun; Knife; 3 other (Molotov cocktails) | Academic | Same day | Suicide |
| | Karl Halverson Pierson opened fire in his high school library, wounding a fellow student. He then walked the halls looking for a specific teacher. Pierson was found by authorities in a classroom, having committed suicide. The wounded student later died. [cclxxxiii][cclxxxiv][cclxxxv] | | | | | | | | |
| 21 October 2013 | 1 | Sparks Middle School near Reno, Nevada | Jose Reyes (12/M) | 1 dead; 2 wounded | 1 | Handgun (Ruger 9mm semiautomatic) | Academic | Same day | Suicide |
| | Twelve-year-old Jose Reyes came to school with his parents' gun and opened fire, killing a teacher and wounding two students. The teacher who was shot had attempted to convince Reyes to surrender the weapon before being killed. Reyes' family said he had been teased about a speech problem and investigators uncovered that Reyes had been playing a role playing video game based off of the 1999 Columbine shooting. [cclxxxvi][cclxxxvii] | | | | | | | | |
| 12 April 2013 | 1 | New River Community College, inside the New River Valley Mall in Christiansburg, Virginia | Neil Allen MacInnis (18/M) | 0 dead; 2 wounded | 1 | Shotgun (12-guage) | Academic | Same Day | No Force |
| | Neil Allen MacInnis exited his car and opened fire on his college campus, wounding two women. Three minutes before the attack, MacInnis posted an announcement of the coming shooting on the website 4chan with a link to the New River Valley public safety scanner, inviting people to listen, and a picture of the front of the school. [cclxxxviii][cclxxxix] | | | | | | | | |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 January 2013 | 1 | Taft Union High School in Taft, California | Bryan Oliver (16/M) | 0 dead; 2 wounded | 1 | Shotgun (12-gauge) | Academic | Same Day | No Force |
| | Bryan Oliver opened fire during his first period science class at his high school, wounding two people. Oliver's science teacher was able to convince him to lay down his firearm. Oliver had plotted to target two students who had bullied him, one of whom was among the wounded.[ccxc][ccxci][ccxcii] | | | | | | | | |
| 14 December 2012 | 1 | Sandy Hook Elementary School in Newtown, Connecticut | Adam Lanza (20/M) | 26 dead; 2 wounded | 3 | Rifle (.223 caliber Bushmaster rifle), 2 handguns (10-millimeter Glock, 9-millimeter Sig Sauer) | Academic | Same day | Suicide |
| | Adam Lanza opened fire in Sandy Hook Elementary School, killing 26 people (including 20 children) and wounding two others before committing suicide. Prior to the school shooting Lanza fatally shot his mother in their Connecticut home. Lanza was a former student of Sandy Hook Elementary School. [ccxciii] [ccxciv] [ccxcv] | | | | | | | | |
| 2 April 2012 | 1 | Oikos University in Oakland, California | One L. Goh (43/M) | 7 dead; 3 wounded | 2 | Handgun (.45 caliber semi-automatic) | Academic | Same day | No Force |
| | One L. Goh opened fire at Oikos University, killing seven students and wounding three others. Reports state that Goh was a former student at the school and initially sought to target an administrator against whom he harbored a grudge. [ccxcvi] [ccxcvii] | | | | | | | | |
| 27 February 2012 | 1 | Chardon High School in Cleveland, Ohio | Thomas Lane (17/M) | 3 dead; 3 wounded | 1 | Handgun (.22 caliber Ruger Revolver) | Academic | Same day | No Force |
| | Thomas (also known as 'TJ') Lane opened fire in Chardon High School, killing three students and wounding three others. Lane attended a nearby school and was waiting for a bus at the Chardon campus prior to the attack. [ccxcviii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 January 2011 | 1 | Millard South High School in Omaha, Nebraska | Robert Butler Jr. (17/M) | 1 dead; 2 wounded | 1 | Handgun (.40 caliber Smith & Wesson) | Academic | Same day | Suicide |
| | Robert Butler Jr. opened fire at Millard South High School, killing one person and injuring two others. Prior to the attack, Butler Jr. had been suspended from school for a trespassing violation. Butler Jr. used a handgun he stole from his father and had indicated his plans on Facebook prior to the attack. [ccxcix] | | | | | | | | |
| 14 December 2010 | 1 | Bay District School Board meeting in Panama City, Florida | Clay A. Duke (56/M) | 0 dead; 0 wounded | 1 | Handgun | Other | Same day | Suicide |
| | Clay A. Duke opened fire at a Florida school board meeting. The attack resulted in zero casualties. Duke, who had an extensive criminal record, held the board members hostage at gunpoint and tried to shoot the superintendent. Duke committed suicide after a security guard shot him in the leg. Reports state that the assailant was unhappy about paying taxes and his wife being fired from her workplace. [ccc ccci] | | | | | | | | |
| 8 October 2010 | 1 | Kelly Elementary School in San Diego, California | Brendan O'Rourke (41/M) | 0 dead; 2 wounded | 2 | Handgun (.357 Magnum revolver) | None | Same day | Force |
| | Brendan O'Rourke opened fire on the playground of Kelly Elementary School, wounding two girls. O'Rourke then walked to a second playground and shot and missed at three boys and a school aide. Three construction workers tackled O'Rourke while he was reloading his gun, and held him until police arrived. [cccii ccciii] | | | | | | | | |
| 27 September 2010 | 1 | University of Texas in Austin, Texas | Colton Joshua Tooley (19/M) | 0 dead; 0 wounded | 1 | Rifle (AK-47) | Academic | Same day | Suicide |
| | Colton Joshua Tooley opened fire on the University of Texas in Austin campus. The attack resulted in zero casualties. Tooley, wearing a dark suit and ski mask, fired toward a campus church before entering the library where he committed suicide. The attack began near the University of Texas Tower, the site of Charles Whitman's deadly shooting rampage in 1966. [ccciv cccv] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30 August 2010 | 1 | Sullivan Central High School in Blountville, Tennessee | Thomas Richard Cowan (62/M) | 0 dead; 0 wounded | 2 | 2 handguns (one .38-caliber semi-automatic and one .25-caliber) | None | Same day | Force |
| | Thomas Cowan entered Sullivan Central High School, where his brother was employed as a custodian, and pointed a gun at the principal's head. A school officer intervened and urged Cowan to drop his weapon. Cowan lunged for the school officer's gun and a 13-minute standoff ensued until two deputies arrived and fatally shot him to death. The attack resulted in zero casualties. Reports state that Cowan repeatedly asked for the whereabouts of the school fire alarm, allegedly to lure students out of the building and into the line of fire. [cccvi] [cccvii] | | | | | | | | |
| 9 March 2010 | 1 | Maintenance building at Ohio State University | Nathaniel Brown (51/M) | 1 dead; 1 wounded | 2 | Unknown | Professional | Same day | Suicide |
| | Nathaniel Brown opened fire in an Ohio State University facility, killing one co-worker and injuring another. He then committed suicide. Brown was an Ohio State University custodian who had recently been informed that he would be fired. [cccviii] [cccix] | | | | | | | | |
| 26 February 2010 | 1 | Birney Elementary School in Tacoma, Washington | Jed Waits (30/M) | 1 dead; 0 wounded | 1 | Handgun (semi-automatic) | Other | Same day | Force |
| | Jed Waits open fired in the parking lot of Birney Elementary School, killing a special education teacher. Before he was killed by a deputy sheriff, Waits also shot at and missed a bystander who had witnessed the shooting. Reports state that the victim had obtained a civil anti-harassment order against Waits in 2008 after he had repeatedly stalked her beginning in 2003. [cccx] | | | | | | | | |
| 23 February 2010 | 1 | Deer Creek Middle School in Littleton, Colorado | Bruce Strongagle Eastwood(32/M) | 0 dead; 2 wounded | 1 | Rifle | None | Same day | Force |
| | Bruce Strongeagle Eastwood opened fire in the parking lot of Deer Creek Middle School, injuring two students. Eastwood was tackled by a math teacher who held him until police arrived. [cccxi] [cccxii] | | | | | | | | |
| 12 February 2010 | 1 | The University of Alabama in Huntsville, Alabama | Amy Bishop (42/F) | 3 dead; 3 wounded | 1 | Handgun (9mm) | Professional | Same day | No Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amy Bishop, an assistant professor of biological science at the University of Alabama, opened fire in a faculty meeting, killing three people and wounding three others. Five of the victims were members of the faculty and the sixth was an employee of the university. Reports state that Bishop was angry after being denied tenure. [cccxiii] | | | | | | | | |
| 26 April 2009 | 1 | Hampton University in Hampton, Virginia | Odane Greg Maye | 0 dead; 2 wounded | Unknown | Unknown | Academic | Same day | Attempted Suicide |
| | Odane Greg Maye opened fire at a Hampton University dormitory, wounding a pizza delivery man and the dormitory manager. Before the shooting began, Maye, a former student at Hampton University, parked his car off campus to avoid a vehicle checkpoint. He then attempted to commit suicide. [cccxiv] [cccxv] | | | | | | | | |
| 16 October 2008 | 1 | Henry Ford High School in Detroit, Michigan | Devon Bell (18/M); William Morton (15/M) | 1 dead; 3 wounded | 1 | Rifle (AK-47) | Academic | Same day | Force |
| | Two teenage gunmen opened fire after exiting from a black sport utility vehicle, killing one person and wounding three others. The gunmen targeted students who were leaving school. [cccxvi] | | | | | | | | |
| 14 February 2008 | 1 | Northern Illinois University in DeKalb, Illinois | Steven Phillip Kazmierczak (27/M) | 5 dead; 0 wounded | 4 | 3 handguns; shotgun (pump-action) | Academic | Same day | Suicide |
| | Steven Phillip Kazmierczak, a former graduate student at Northern Illinois University, opened fire in a university lecture hall, killing five people. Kazmierczak carried his weapons onto the campus in a guitar case, stepped from behind a screen on the stage, and began firing at students. [cccxvii] | | | | | | | | |
| 8 February 2008 | 1 | Louisiana Technical College in Baton Rouge, Louisiana | Latina Williams (23/F) | 2 dead; 0 wounded | 1 | Handgun | Academic | Same day | Suicide |
| | Latina Williams opened fire in a classroom at Louisiana Technical College in Baton Rouge, killing two students. [cccxviii] [cccxix] | | | | | | | | |

<table>
<tr><td rowspan="2">9 December 2007</td><td>2</td><td>Youth With a Mission Training Center in Arvada, Colorado; New Life Church in Colorado Springs, Colorado</td><td>Matthew Murray (24/M)</td><td>4 dead; 4 wounded</td><td>3</td><td>Rifle; 2 handguns</td><td>Other</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Matthew Murray opened fire in a missionary training center dormitory, killing two people and wounding four others. He then walked 70 miles to an evangelical church in Colorado Springs and fatally shot two more people. Murray had been expelled from the training center three years prior to the attack. Reports state that he sent hate mail to the center several weeks prior to the attack. [cccxx] [cccxxi] [cccxxii]</td></tr>
<tr><td rowspan="2">10 October 2007</td><td>1</td><td>SuccessTech in Cleveland, Ohio</td><td>Asa H. Coon (14/M)</td><td>0 dead; 4 wounded</td><td>2</td><td>2 handguns (one .38-caliber and one .22 caliber)</td><td>Academic</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Asa Coon opened fire in his school, injuring two students and two teachers. Reports state that prior to the attack Coon was angry at being suspended for his involvement in a fight. [cccxxiii]</td></tr>
<tr><td rowspan="2">21 September 2007</td><td>1</td><td>Delaware State University in Dover, Delaware</td><td>Loyer Braden (18/M)</td><td>1 dead; 1 wounded</td><td>1</td><td>Unknown</td><td>Academic</td><td>Same day</td><td>Force</td></tr>
<tr><td colspan="9">Loyer D. Braden, a student at Delaware State University, opened fire in the campus dining hall, killing one student and injuring another. [cccxxiv] [cccxxv]</td></tr>
<tr><td rowspan="2">16 April 2007</td><td>1</td><td>Virginia Polytechnic Institute in Blacksburg, Virginia</td><td>Seung-Hui Cho (23/M)</td><td>32 dead; 20 wounded</td><td>2</td><td>2 handguns (one .22-caliber semi-automatic and one 9mm semi-automatic)</td><td>Academic</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Seung-Hui Cho, a Virginia Polytechnic Institute student, opened fire inside a university dormitory and in several classrooms, killing 32 people and wounding 20 others. He committed suicide after the attack. Reports state that Cho had a history of mental and behavioral problems. [cccxxvi]</td></tr>
</table>

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 October 2006 | 1 | Amish schoolhouse in Lancaster County, Pennsylvania | Charles Carl Roberts, IV (32/M) | 5 dead; 0 wounded | 3 | Shotgun; Handgun (semi-automatic); Rifle | None | Same day | Suicide |
| | Charles Carl Roberts IV opened fire in a one-room Amish schoolhouse, killing five female students. Roberts barricaded himself in the school before carrying out the attack. [cccxxvii] | | | | | | | | |
| 29 September 2006 | 1 | Weston Schools in Cazenovia, Wisconsin | Eric Hainstock (15/M) | 1 dead; 0 wounded | 2 | Shotgun; Handgun (.22-caliber revolver) | Academic | Same day | Force |
| | Eric Hainstock aimed a shotgun at his high school teacher before the weapon was wrestled from him by a custodian. The gunman then took his second firearm and opened fire, killing a principal. Hainstock had previously complained to teachers and school administrators about being teased by his fellow students. Additionally, he had been issued a disciplinary warning for possessing tobacco the day before the attack. [cccxxviii] | | | | | | | | |
| 30 August 2006 | 1 | Orange High School in Hillsborough, North Carolina | Alvaro Castillo (19/M) | 0 dead; 2 wounded | 2 | Shotgun (sawed-off); Rifle (9mm) | Academic | Same day | Force |
| | Alvaro Castillo opened fire and set off pipe bombs in the parking lot of his former high school, wounding two students. Prior to the attack, Castillo fatally shot his father in his home and sent an e-mail to the principal of Columbine High School warning of his attack. [cccxxix] [cccxxx] | | | | | | | | |
| 24 August 2006 | 1 | Essex Elementary School in Essex, Vermont | Christopher Williams (27/M) | 1 dead; 1 wounded | 1 | Handgun (.45-caliber) | Other | Same day | Force |
| | Christopher Williams opened fire at the school where his ex-girlfriend taught, killing one teacher and wounding another. Reports state that the gunman was angry over his breakup with his girlfriend and was searching for her at the school. Prior to the school attack, Williams fatally shot his ex-girlfriend's mother in her home. After the attack, the gunman drove to his friend's house and shot his friend. [cccxxxi] [cccxxxii] | | | | | | | | |
| 14 March 2006 | 1 | Pine Middle School in Reno, Nevada | James S.s Newman (14/M) | 0 dead; 2 wounded | 1 | Handgun (.38-caliber) | Academic | Same day | Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | James Scott Newman opened fire outside his middle school cafeteria, injuring two classmates. [cccxxxiii] | | | | | | | | |
| 8 November 2005 | 1 | Campbell County Comprehensive High School in Jacksboro, Tennessee | Ken Bartley, Jr. (15/M) | 1 dead; 2 wounded | 1 | Handgun | Academic | Same day | Force |
| | Kenneth Bartley Jr. opened fire in his high school principal's office, killing one assistant principal and wounding two others. Bartley began his attack when he was called into the principal's office because students had seen him with a gun on campus. [cccxxxiv] | | | | | | | | |
| 21 March 2005 | 1 | Red Lake High School in Red Lake, Minnesota | Jeff Weise (16/M) | 7 dead; 7 wounded | 3 | Handguns | Academic | Same day | Suicide |
| | Jeff Weise opened fire at an Indian reservation high school, killing seven fellow students and wounding seven others. The shooting spree lasted 10 minutes. Prior to the attack Weise fatally shot his grandparents at their home. [cccxxxv] [cccxxxvi] | | | | | | | | |
| 9 February 2004 | 1 | Columbia High School in East Greenbush, New York | Jon W, Romano (16/M) | 0 dead; 1 wounded | 1 | Shotgun (12-guage pump-action) | Academic | Same day | Force |
| | John Romano opened fire at his high school, injuring a teacher. An assistant principal tackled and disarmed Romano. Reports state that Romano loaded his gun in the bathroom prior to the attack. [cccxxxvii] | | | | | | | | |
| 24 September 2003 | 1 | Rocori High School in St. Cloud, Minnesota | John Jason McLaughlin (15/M) | 2 dead; 0 wounded | 1 | Handgun (.22-caliber) | Academic | Same day | Force |
| | John McLaughlin opened fire at his high school, killing two students. He then aimed his gun at a gym coach, but ultimately put the gun down. The gym coach then took the suspect to the school office without a struggle. [cccxxxviii] [cccxxxix] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 17 July 2003 | 1 | Kanawha County Board of Education school board meeting in Charleston, West Virginia | Richard Dean "Rusty" Bright (58/M) | 0 dead; 1 wounded | 1 | Rifle (AK-47) | Professional | Same day | Force |
| | Richard Dean "Rusty" Bright opened fire at a Kanawha County Board of Education meeting, wounding a teacher. Bright, a maintenance worker for the Board of Education, began his attack by dousing his supervisor and a personnel official with gasoline. After his lighter failed, he shot the teacher. Police later discovered additional weapons in Bright's vehicle. [cccxl] | | | | | | | | |
| 9 May 2003 | 1 | Case Western Reserve University in Cleveland, Ohio | Diswanath Halder (62/M) | 1 dead; 2 wounded | 2 | 2 handguns (semi-automatic) | Other | Same day | Force |
| | Biswanath Halder opened fire at a Case Western Reserve University building, killing one person and wounding two others. The attack lasted seven hours. Reports state that Halder was upset because he believed a university student hacked into his web site. [cccxli] | | | | | | | | |
| 29 October 2002 | 1 | University of Arizona in Tuscon, Arizona | Robert S. Flores, Jr. (41/M) | 3 dead; 0 wounded | 4 | 4 handguns (one .45-caliber semi-automatic, one .40-caliber semi-automatic, one .357-caliber revolver, and one 9-millimeter revolver) | Academic | Same day | Suicide |
| | Robert Flores opened fire in an instructor's office at the University of Arizona Nursing College, killing three of his instructors. Reports state that Flores was a failing student. [cccxlii] | | | | | | | | |
| 16 January 2002 | 1 | Appalachian School of Law in Grundy, Virginia | Peter Odighizuwa (42/M) | 3 dead; 3 wounded | 1 | Handgun (.38-caliber semi-automatic) | Academic | Same day | Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Peter Odighizuwa opened fire on the campus of the Appalachian School of law, killing the dean, a student and a professor, and wounding three other people. Reports state that Odighizuwa, a graduate student, was angry over recently being dismissed from the school. [cccxliii] | | | | | | | | |
| 17 May 2001 | 1 | Pacific Lutheran University in Tacoma, Washington | Donald Cowan (55/M) | 1 dead; 0 wounded | 1 | Handgun (9mm semi-automatic) | None | Same day | Suicide |
| | Donald Cowan opened fire at a Pacific Lutheran University dormitory, killing a music professor. Cowan left a 16-page suicide note expressing anger at a colleague of the victim, whom Cowan briefly dated as a teenager [cccxliv] | | | | | | | | |
| 22 March 2001 | 1 | Granite Hills High School in El Cajon, California | Jason Anthony Hoffman (18/M) | 0 dead; 5 wounded | 2 | Shotgun (12-guage); Handgun (.22 caliber) | Academic | Same day | Force |
| | Jason Hoffman opened fire at his high school, wounding five people. The attack began when a school dean questioned Hoffman as to why he was carrying a gun over his shoulder. After shooting and missing the dean, Hoffman ran toward the administration offices while randomly shooting into windows and a doorway. [cccxlv] | | | | | | | | |
| 5 March 2001 | 1 | Santana High School in Santee, California | Charles Andrews Williams (15/M) | 2 dead; 13 wounded | 1 | Handgun (.22-caliber revolver) | Academic | Same day | Force |
| | Charles Andrews Williams opened fire at his high school, killing two schoolmates and wounding 13 others. He began his shooting spree by firing randomly inside a bathroom and around the courtyard. Reports state that Williams had warned classmates he would bring a weapon to school. [cccxlvi] [cccxlvii] | | | | | | | | |
| 6 December 1999 | 1 | Fort Gibson Middle School in Fort Gibson, Oklahoma | Seth Trickery (13/M) | 0 dead; 4 wounded | 1 | Handgun (9mm semi-automatic) | Academic | Same day | Force |
| | Seth Trickey opened fire on a crowd of students at his middle school, wounding four people. He was then subdued by a teacher. [cccxlviii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21 May 1999 | 1 | Heritage High School in Conyers, Georgia | Thomas Solomon, Jr. (15/M) | 0 dead; 6 wounded | 1 | Rifle | Academic | Same day | Force |
| | Thomas Solomon opened fire at his high school, wounding six students. Solomon was eventually disarmed by an assistant principal after attempting to commit suicide. Authorities later discovered printouts of bomb recipes and notes detailing his plot to plant explosives in the school building in Solomon's bedroom. Reports state that Solomon was distraught over a recent breakup with his girlfriend. [cccxlix] | | | | | | | | |
| 20 April 1999 | 1 | Columbine High School in Littleton, Colorado | Eric Harris (18/M); Dylan Klebold (17/M) | 13 dead; 24 wounded | 4 | 2 shotguns (sawed-off); Handgun (TEC-9); Other | Academic | Same day | Suicide |
| | Eric Harris and Dylan Klebold opened fire at Columbine High School, killing 12 fellow students and a teacher and wounding 24 others. [cccl] [cccli] | | | | | | | | |
| 16 April 1999 | 1 | Notus Junior-Senior High School in Notus, Idaho | Shawn Cooper (16/M) | 0 dead; 0 wounded | 1 | Shotgun | Academic | Same day | No Force |
| | Shawn Cooper opened fire at his high school. The attack resulted in zero casualties. Students barricaded themselves in classrooms when Cooper began firing his shotgun at students and faculty. Cooper surrendered after a 20-minute standoff with police. Reports state that Cooper had been taking Ritalin prior to the attack. [ccclii] [cccliii] | | | | | | | | |
| 21 May 1998 | 1 | Thurston High School in Springfield, Oregon | Kip Kinkel (15/M) | 2 dead; 22 wounded | 1 | Rifle | Academic | Same day | Unknown |
| | Kip Kinkel opened fire in the cafeteria of his high school, killing two students and wounding 22 other people. Prior to the attack, Kinkel fatally shot his parents at home. Although several students were aware that Kinkel had devised a "hit list" prior to the attack, no one alerted authorities. [cccliv] [ccclv] | | | | | | | | |
| 24 March 1998 | 1 | Westside Middle School in Jonesboro, Arkansas | Andrew Golden (11/M); Mitchell Johnson (13/M) | 5 dead; 10 wounded | Unknown | 2 rifle (.30-06 Remington and.30 carbine Universal); Handgun (semi-automatic); Other | Academic | Same day | Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Mitchell Johnson and Andrew Golden opened fire outside their middle school, killing five people and wounding 10 others. Prior to the attack, Johnson and Golden pulled the fire alarm, luring the students and teachers outside the building and into the gunmen's line of fire. The boys stole a cache of weapons from Golden's grandfather's house. Reports state that the boys had warned classmates of the impending attack. [ccclvi] [ccclvii] [ccclviii] | | | | | | | | |
| 15 December 1997 | 1 | Stamps High School in Stamps, Arkansas | Joseph "Colt" Todd (14/M) | 0 dead; 2 wounded | Unknown | Unknown | Academic | Same day | Force |
| | Joseph Colt Todd opened fire outside his high school, injuring two students. Todd hid in the woods next to his school and shot at students in the parking lot. Reports state that Todd was angry at being teased by classmates. [ccclix] [ccclx] | | | | | | | | |
| 1 December 1997 | 1 | Heath High Schoolo in West Paduch, Kentucky | Michael Carneal (17/M) | 3 dead; 5 wounded | 4 | 2 shotguns; 2 rifles (.22-caliber) | Academic | Same day | No force |
| | Michael Carneal opened fire on a prayer group at Heath High School, killing three girls and wounding five others. A classmate and friend of the assailant persuaded Carneal to put the gun down. Carneal had warned several classmates of his plan. [ccclxi] [ccclxii] | | | | | | | | |
| 1 October 1997 | 1 | Pearl High School in Pearl, Mississippi | Luke Woodham (16/M) | 2 dead; 7 wounded | 1 | Rifle | Academic | Same day | Force |
| | Luke Woodham opened fire at his high school, killing two people and wounding seven others. Prior to the attack, Woodham stabbed his mother to death in their home. [ccclxiii] [ccclxiv] | | | | | | | | |
| 19 February 1997 | 1 | Bethel Regional High School in Bethel, Alaska | Evan Ramsey (16/M) | 2 dead; 2 wounded | 1 | Shotgun (12-guage) | Academic | Same day | No Force |
| | Evan Ramsey opened fire at his high school, killing a student, a principal, and wounding two others. Reports state that Ramsey had been bullied by classmates and had openly discussed his plans with friends prior to the attack. [ccclxv] [ccclxvi] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8 February 1996 | 1 | Mid-Peninsula Education Center in Palo Alto, California | Douglas Bradley (16/M) | 0 dead; 3 wounded | 1 | Handgun (.38 caliber revolver) | Academic | Same day | Suicide |
| | Douglas Bradley opened fire on his high school's basketball court, injuring three students. Bradley drove his car onto the court and threw money out the window to draw people into his line of fire. [ccclxvii] [ccclxviii] | | | | | | | | |
| 2 February 1996 | 1 | Frontier Middle School in Moses Lake, Washington | Barry Loukaitis (14/M) | 3 dead; 1 wounded | 3 | Rifle; 2 handguns (one .22-caliber and one .25-caliber) | Academic | Same day | Force |
| | Barry Loukaitis opened fire on his middle school algebra class, killing a teacher and two students and wounding another. Loukaitis held hostages for 10 minutes and released some of the wounded before he was disarmed by a gym instructor. Loukaitis wore a duster jacket to hide his weapons. [ccclxix] [ccclxx] [ccclxxi] | | | | | | | | |
| 15 November 1995 | 1 | Richland High School in Lynville, Tennessee | Jamie Rouse (17/M) | 2 dead; 1 wounded | 1 | Rifle | Academic | Same day | Force |
| | Jamie Rouse opened fire at his high school, killing a teacher and a student, and wounding another teacher. Reports state that Rouse was angry at being socially ostracized at school. [ccclxxii] [ccclxxiii] | | | | | | | | |
| 12 October 1995 | 1 | Blackville-Hilda High School in Blackville, South Carolina | Toby Sincino (16/M) | 1 dead; 1 wounded | 1 | Handgun (.32-caliber revolver) | Academic | Same day | Suicide |
| | Toby Sincino opened fire at his high school, killing one teacher and wounding another. Sincino began his attack by shooting his math teacher in the face. He then walked to the guidance counselor's office, but after being unable to unlock the door, he shot another math teacher. Reports state that Sincino was angry over being bullied at school and warned classmates that he possessed a gun. He had been suspended the day before the shooting. [ccclxxiv] [ccclxxv] | | | | | | | | |
| 7 November 1994 | 1 | Wickliffe Middle School in Wickliffe, Ohio | Keith Ledeger (37/M) | 1 dead; 3 wounded | 1 | Shotgun | Academic | Same day | Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Keith A. Ledeger opened fire at his former middle school, killing a custodian and wounding two staff members. He then shot a police officer near the main entrance. Ledeger had been diagnosed with paranoid schizophrenia. [cclxxvi] | | | | | | | | |
| 18 January 1993 | 1 | East Carter High School in Graysosn, Kentucky | Gary Scott Pennington (17/M) | 2 dead; 0 wounded | Unknown | Unknown | Academic | Same day | No Force |
| | Gary Scott Pennington opened fired at a high school English class, killing a teacher and a custodian. Pennington then held 22 students hostage. [cclxxvii cclxxviii] | | | | | | | | |
| 14 December 1992 | 1 | Simon's Rock College of Bard in Great Barrington, Massachusetts | Wayne Lo (18/M) | 2 dead; 4 wounded | 1 | Rifle | Academic | Same day | No Force |
| | Wayne Lo opened fire on his school's campus, killing two people and wounding four others. Lo began his attack by shooting a security guard and a professor before targeting students in the library and dormitories. Prior to the attack,school administrators were notified that Lo had received a package from an ammunition company, but determined the school had no authority to interfere with the package. In addition, the school resident director was warned that Lo threatened to kill her and her husband. [cclxxix cclxxx] | | | | | | | | |
| 11 September 1992 | 1 | Palo Duro High School in Amarillo, Texas | Randy Earl Matthews (17/M) | 0 dead; 6 wounded | 1 | Handgun (.38-caliber) | Academic | Same day | Force |
| | Randy Matthews opened fire at his high school pep rally, wounding six fellow students. Another student was trampled by the fleeing mob of students. Reports state that although Matthews initially targeted a student with whom he had fought, he continued to spray bullets at other students in the hallway. [cclxxxi] | | | | | | | | |
| 14 May 1992 | 1 | Silversado Middle School in Napa, California | John McMahan (14/M) | 0 dead; 2 wounded | 1 | Handgun (.357 Magnum) | Academic | Same day | No Force |
| | John McMahan opened fire on a middle school science class, wounding two fellow students. Reports state that McMahan was angry over being bullied in school. [cclxxxii cclxxxiii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 May 1992 | 1 | Lindhurst High School in Hoyt, Kansas | Eric Houston (20/M) | 4 dead; 9 wounded | 2 | Shotgun (12-gauge); Rifle (.22-caliber) | Academic | Same day | No force |
| | Eric Houston opened fire at his former high school, killing four people and wounding nine others. During the attack, Houston held dozens of students hostage on campus. [ccclxxxiv] [ccclxxxv] | | | | | | | | |
| 1 November 1991 | 1 | University of Iowa in Iowa City, Iowa | Gang Lu (28/M) | 5 dead; 1 wounded | 2 | Handguns (one .38-caliber revolver and one .22-caliber revolver) | Academic | Same day | Suicide |
| | Gang Lu, a graduate student, opened fire on the University of Iowa campus, killing five people and wounding another. Lu's victims included two professors, a department chair, an associate professor, an associate vice president and a student employee. Reports state that Lu was angry over the unenthusiastic reception his dissertation received. Investigators recovered letters in which Mr. Lu enumerated a list of targets and outlined his plans to exact revenge. [ccclxxxvi] [ccclxxxvii] | | | | | | | | |
| 17 January 1989 | 1 | Cleveland Elementary School in Stockade, California | Patrick Edward Purdy (24/M) | 5 dead; 29 wounded | 2 | Rifle (.56-caliber); Handgun (9mm) | Academic | Same day | Suicide |
| | Patrick Purdy opened fire at an elementary school playground, killing five people and wounding 29 others. Purdy had attended the school 16 years prior to his attack. [ccclxxxviii] [ccclxxxix] | | | | | | | | |
| 16 December 1988 | 1 | Atlantic Shores Christian School in Virginia Beach, Virginia | Nicholas Elliot (16/M) | 1 dead; 2 wounded | 1 | Handgun (semi-automatic) | None | Same day | Force |
| | Nicholas Elliot opened fire at his high school, killing a teacher and wounding two others. Elliot hid his gun in his backpack. [cccxc] [cccxci] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26 September 1988 | 1 | Oakland Elementary School in Breenwood, South Carolina | James William Wilson (19/M) | 2 dead; 9 wounded | 1 | Handgun (.22-caliber revolver) | None | Same day | No Force |
| | James Wilson opened fire at an elementary school, killing two young girls and wounding nine other people. Reports state that Wilson was angry about being teased for his weight and for taking psychiatric drugs. [cccxcii] [cccxciii] | | | | | | | | |
| 20 May 1988 | 1 | Hubbard Woods School in Winnetka, Illinois | Laurie Dann (30/F) | 1 dead; 5 wounded | 2 | 2 handguns (one .22-caliber semi-automatic and one .32 caliber) | None | Same day | Suicide |
| | Laurie Dann opened fire at an elementary school, killing a second-grader and wounding five other students. Dann then shot a man in a nearby house. Prior to the attacks, Dunn, who had a history of mental illness, lit a house on fire, attempted to firebomb a school, and delivered poisoned snacks to people she knew. [cccxciv][cccxcv] [cccxcvi] | | | | | | | | |
| 4 December 1986 | 1 | Fergus High School in Lewiston, Montana | Kristofer Hans (14/M) | 1 dead; 3 wounded | 1 | Handgun | Academic | Same day | Force |
| | Kristofer Hans opened fire at his high school, killing one person and wounding three others. Hans initially tried to kill his teacher, but shot and killed her substitute instead. Hans then fired several shots as he fled the school building, wounding two students and a vice principal. Reports state that Hans was angry about failing a French class. [cccxcvii] [cccxcviii] [cccxcix] | | | | | | | | |
| 10 December 1985 | 1 | Portland Junior High School in Portland, Connecticut | Floyd Warmsley (13/M) | 1 dead; 2 wounded | 1 | Rifle | Academic | Same day | Force |
| | Floyd Warmsley opened fire at his junior high school, killing a custodian and injuring the principal and secretary. After shooting the three victims, Warmsley roamed the school and took a student hostage for more than a half-hour. [cd] [cdi] | | | | | | | | |
| 21 January 1985 | 1 | Goddard Junior High School in Goddard, Kansas | James Alan Kearbey (14/M) | 1 dead; 3 wounded | 2 | Rifle (M1-A); Handgun (.357 Magnum) | Academic | Same day | Force |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | James Alan Kearbey opened fire at his high school, killing the principal and wounding two teachers and a student. Kearbey's classmates claimed he was fascinated with military weapons and war. [cdii] [cdiii] | | | | | | | | |
| 21 January 1983 | 1 | Parkway South Junior High School in Manchester, Missouri | David F. Lawler (14/M) | 1 dead; 1 wounded | 3 | 2 handguns (.22-caliber) | Academic | Same day | Suicide |
| | David F. Lawler opened fire in his junior high school study hall, killing one student and wounding another. After Lawler committed suicide, investigators discovered a three-page suicide note in his bag. [cdiv] [cdv] | | | | | | | | |
| 29 January 1979 | 1 | Cleveland Elementary School in San Diego, California | Brenda Spencer (16/F) | 2 dead; 9 wounded | 1 | Rifle | None | Same day | Force |
| | Brenda Spencer opened fire at an elementary school, killing the principal and a custodian and wounding eight children and a police officer. Spencer fired the shots from her house across the street from the school. [cdvi] [cdvii] | | | | | | | | |
| 12 July 1976 | 1 | California State University in Fullerton, California | Edward Charles Allaway (37/M) | 7 dead; 2 wounded | 1 | Rifle | Professional | Same day | No Force |
| | Edward Charles Allaway opened fire in the basement of a library where he was employed as a custodian, killing seven people and wounding two others. Allaway then called the police and surrendered. [cdviii] [cdix] | | | | | | | | |
| 30 December 1974 | 1 | Olean High School in Olean, New York | Anthony Barbaro (18/M) | 3 dead; 9 wounded | 2 | Rifle; Shotgun | Academic | Same day | Force |
| | Anthony Barbaro opened fire at his high school, killing three people and wounding nine others. Equipped with guns and homemade bombs, Barbaro began his attack by setting several fires in the school. He then shot a janitor and fired from a third-floor window at responding firemen and bystanders. A search Barbaro's home revealed handmade bombs and a diary detailing five months of planning. [cdx] [cdxi] [cdxii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 August 1966 | 1 | University of Texas in Austin, Texas | Charles Joseph Whitman (25/M) | 13 dead; 31 wounded | 4 | 2 rifles; Shotgun (sawed-off); Handgun (.357 Magnum) | Academic | Same day | Force |
| | Charles Joseph Whitman, an architectural engineering student, opened fire from an observation desk on the University of Texas campus, killing 13 people and wounding 31 others. Whitman's attack ended after he was shot by a police officer.[cdxiii] | | | | | | | | |

# Other

| Date | Number of Attack Locations | Location Information | Attacker Information | Casualties | Number of Weapons | Weapon Information | Closest Relationship to Victims | Date Attack Concluded | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| 28 September 2016 | 2 | Townville Elementary School and private residence in Townville, South Carolina | Jesse Osborne (M/14) | 2 dead; 2 wounded | 1 | Handgun | None | Same day | Force |
| | 14- year-old Jesse Osborne shot and killed his father before driving to Townville Elementary School. He reportedly then rammed his parents' vehicle into the chainlink fence surrounding the playground before opening fire on children outside for recess. Two of Osborne's two victims were six years old. Osborne was reportedly homeschooled and was home alone with his father at the time of the incident.[cdxivcdxv] | | | | | | | | |
| 26 September 2016 | 1 | Condo Complex in Houston, Texas | Nathan Desai (M/45) | 0 dead; 9 wounded | 3 | Handgun; Submachine gun; Knife | None | Same day | Force |
| | 45-year-old Nathan Desai opened fire on Houston motorists, wounding nine. The successful Houston lawyer was carrying thousands of rounds of ammunition during his shooting spree. Desai, who was reportedly in a Jewish fraternity in college, was wearing Nazi symbols on his military-style clothing.[cdxvicdxvii] | | | | | | | | |
| 16 September 2016 | 3 | Police vehicle, bar, and street in Philadelphia, Pennsylvania | Nicholas Galent (M/25) | 1 dead; 4 wounded | 1 | Handgun (9mm Ruger Pistol) | None | Same day | Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | At approximately 11:20 p.m., 25-year-old Nicholas Glenn ambushed Sergeant Sylvia Young while she sat in her police vehicle in west Philadelphia, shooting at her 18 times. Nearby officers heard the shots and pursued the gunman, who fired into a nearby bar injuring one security guard. Glenn then grabbed a woman and used her as a human shield before shooting her in the leg. He then fired into a car 14 times, killing one woman and injuring a man. Glenn was eventually chased into an alley where he was shot and killed by officers, though not before shooting a University of Pennsylvania officer twice. All told, one person was killed and three were injured. In a note found at the scene, Glenn expressed hatred towards police and specifically named one probation officer.[cdxviii][cdxix] | | | | | | | | |
| 7 July 2016 | 1 | Protest on the streets of Dallas, Texas | Micah Xavier Johnson (M/25) | 5 dead; 6 wounded | 2 | Rifle (SKS Semi-Automatic Assault Rifle); Handgun | None | Same day | Force |
| | At approximately 10:45 p.m., 14 officers were targeted and fired upon during a Black Lives Matter protest against the recent deaths of Alton Sterling and Philando Castile. The perpetrator, Micah Johnson, opened fire from ground level with an SKS assault rifle, killing 5 officers and wounding 9 others. Johnson was neutralized with a police-controlled robot carrying explosives. Micah Johnson was a military veteran that served in Afghanistan. Reporting to date has not revealed any ties to a larger network or group. Investigators found explosive materials, ballistic vests, and ammunition in his home. The attack is considered the deadliest assault on law enforcement since 9/11..[cdxx][cdxxi] | | | | | | | | |
| 29 May 2016 | 1 | Auto Detail Shop and Neighborhood in Houston, Texas | Dionsio Garza III (M/25) | 1 dead; 6 wounded | 2 | Rifle (AR-15); Handgun (Pistol) | None | Same day | Force |
| | On the morning of May 29, 2016, Dionisio Garza III, opened fire at an auto detail shop in Houston, Texas with an assault rifle. The shooter traveled on foot to a nearby neighborhood. Garza, an Army veteran who deployed twice to Afghanistan, reportedly chose the location for its tactical advantages. He fired 212 rounds during his rampage.[cdxxii][cdxxiii] | | | | | | | | |
| 25 May 2016 | 1 | Highway near Phoenix, Arizona | James David Walker (M/36) | 0 dead; 2 wounded | 3 | Rifle (AR-15); Rifle; Handgun | None | Same day | No Force |
| | On May 25, 2016, James David Walker, 36, armed with a rifle, allegedly began shooting at motorists on Beeline Highway (State Route 87) near Phoenix, Arizona. Over the next hour, while he was sitting in his parked vehicle, he shot towards 13 people in six different moving cars. He fled in a carjacked vehicle, hit a state trooper patrol vehicle, and then drove away. The shooter was apprehended by police after a police air unit spotted his vehicle in a ditch. No one was killed; two were wounded.[cdxxiv][cdxxv][cdxxvi] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 31 March 2016 | 1 | Greyhound Bus Station in Richmond, Virginia | James Brown III (M/34) | 1 dead; 2 wounded | 1 | Handgun (.40-caliber Beretta) | None | Same day | Force |
| | At 2:45 p.m on March 31, James Brown opened fire at a Greyhound Bus Station in Richmond, VA, killing a Virginia State trooper already at the station. The trooper was allegedly talking to the suspect when he pulled out a gun. Two nearby troopers returned fire. The suspect died at the hospital.[cdxxvii][cdxxviii] | | | | | | | | |
| 13 March 2016 | 1 | Police Station in Landover, Maryland | Michael Ford (M/22) | 1 dead; 0 wounded | 1 | Handgun | None | Same day | Force |
| | Michael Ford opened fire on the Prince George's County Police station in Landover, Maryland. Ford's two brothers drove him to the police station and used mobile phones to record Michael Ford's attack. The video was described as a "last will and testament." Police Officer Jacai Colson was killed by friendly fire.[cdxxix][cdxxx] | | | | | | | | |
| 25 February 2016 | 3 | Locations across Newton, Kansas including Excel Industries | Cedric Larry Ford (M/38) | 3 dead; 14 wounded | 2 | 1 Rifle (AK-47); 1 Handgun (Glock 22) | Professional | Same day | Force |
| | Cedric Larry Ford began shooting from his vehicle in Newton, Kansas with a handgun and an assault rifle, wounding one person. He then drove two miles and shot another person before arriving at Excel Industries, a lawn care equipment manufacturing plant, where he killed three people and wounded 12. The shooter was an Excel employee.[cdxxxi][cdxxxii] | | | | | | | | |
| 20 February 2016 | 3 | Apartment Complex, Kia Dealership, and Cracker Barrel restaurant Kalamazoo, Michigan | Jason Brian Dalton (M/45) | 6 dead; 2 wounded | 2 | 2 Handguns (9mm Glock and Walther P-99) | None | Same day | No Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | On February 20, 2016, Jason Brian Dalton began shooting at the first of eight people in three different areas of Kalamazoo, Michigan. The shooter, carrying two handguns, drove for nearly five hour shooting randomly at individuals at an apartment complex, car dealership, and restaurant parking lot. Dalton, an Uber driver, continued to pick up fares during his assault, but was ultimately arrested by police two hours after the final shot was fired.[cdxxxiii][cdxxxiv][cdxxxv] | | | | | | | | |
| 27 November 2015 | 1 | Planned Parenthood at the Westside Health Center in Colorado Springs, Colorado. | Robert Lewis Dear, Jr. (M/57) | 3 dead; 9 wounded | 4 | 4 rifles (SKS semi-automatic) | None | Same day | No Force |
| | On November 27, 2015, Robert Lewis Dear, Jr. opened fire on a Planned Parenthood facility at the Colorado Springs Westside Health Center in Colorado Springs, Colorado. Armed with a rifle, he exchanged heavy fire with law enforcement during an hours-long standoff, injuring five responding officers prior to surrendering.[cdxxxvi][cdxxxvii] | | | | | | | | |
| 31 October 2015 | 1 | Neighborhood in Colorado Springs, Colorado | Noah Jacob Harpham (M/33) | 3 dead; 0 wounded | 3 | 2 handguns; Rifle (AR-15) | None | Same day | Force |
| | On October 31, 2015, Noah Jacob Harpham began shooting people as he walked down the street in Colorado Springs, Colorado. Armed with two handguns and a rifle, the shooter killed three people before he was killed during an exchange of gunfire with law enforcement. Two days prior to his attack, Harpham took to the internet to leave a paranoid, rambling video message, which ranted about religion, the government and his family.[cdxxxviii][cdxxxix] | | | | | | | | |
| 26 August 2015 | 1 | Bridgewater Plaza in Moneta, Virginia | Vester Lee Flanagan II (41/M) | 2 dead; 1 wounded | 1 | Handgun (9-mm Glock) | Professional | Same day | Suicide |
| | Vester Lee Flanagan II opened fire during a live broadcast of WDBJ-TV in Moneta, Virginia killing two people and wounding one other. Flanagan, who was known by his onscreen pseudonym Bryce Williams, fled the scene prior to committing suicide. Flanagan was a former employee of the station and had a history of filing discrimination complaints, including one against the station. He reportedly accused co-workers of making racist comments and claimed that the shooting was intended to avenge the deaths of nine African-Americans in Charleston, South Carolina.[cdxl][cdxli][cdxlii] | | | | | | | | |

<table>
<tr><td rowspan="2">16 July 2015</td><td>2</td><td>Military recruiting center in a strip mall and local Navy operations center in Chattanooga, Tennessee</td><td>Mohammad Youssef Abdulazeez (24/M)</td><td>5 dead; 2 wounded</td><td>3</td><td>Rifle (AK-47); Shotgun (12-gauge); Handgun (9-millimeter)</td><td>None</td><td>Same day</td><td>Force</td></tr>
<tr><td colspan="9">Mohammad Youssef Abdulazeez opened fire at two military locations in Chattanooga, Tennessee, killing five persons and wounding two others before being killed by a police officer. Abdulazeez was reportedly dealing with drug and mental health issues and had downloaded recordings by al-Qa'ida ideologue Anwar al-Awlaqi.[cdxliii][cdxliv][cdxlv]</td></tr>
<tr><td rowspan="2">5 July 2015</td><td>1</td><td>Omni Austin Hotel Downtown in Austin, Texas</td><td>Michael McGregor Holt (M/35)</td><td>1 dead; 0 wounded</td><td>1</td><td>Rifle</td><td>None</td><td>Same day</td><td>Force</td></tr>
<tr><td colspan="9">At 4:48 a.m., Michael Holt began shooting at bystanders at the Omni Austin Hotel Downtown in Austin, Texas. Surveillance video from inside the hotel shows Holt walking around with a hard hat on and a rifle draped over his shoulder. The shooter, armed with a rifle, was killed by responding law enforcement.[cdxlvi][cdxlvii]</td></tr>
<tr><td rowspan="2">15 June 2015</td><td>1</td><td>Emanuel AME Church in Charleston, South Carolina</td><td>Dylann Storm Roof (M/21)</td><td>9 dead; 1 wounded</td><td>1</td><td>Handgun (.45-caliber Glock)</td><td>None</td><td>Same day</td><td>No Force</td></tr>
<tr><td colspan="9">Dylann Storm Roof opened fire during a prayer meeting at the Emanuel African Methodist Episcopal Church in Charleston, South Carolina, killing nine people and wounding one before fleeing the scene. He was arrested the following day in North Carolina. Roof published a racist manifesto prior to the shooting and openly associated with the white supremacy movement.[cdxlviii][cdxlix][cdl]</td></tr>
</table>

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 May 2015 | 1 | Curtis Culwell Center in Garland, Texas | Elton Simpson (M/29) and Nadir Soofi (M/33) | 0 dead; 1 wounded | 6 | 3 rifles; 3 handguns (pistols) | None | Same day | Force |
| | Two gunmen opened fire outside a complex in Garland, Texas, that was hosting a contest featuring cartoons of the Prophet Muhammad. One of the shooters was Elton Simpson, an Arizona man, who previously had been convicted on a minor charge in a broader terrorism-related case. Both gunmen were killed and one security officer was injured in the shootout.[cdli] | | | | | | | | |
| 3 May 2015 | 1 | Trestle Trail Bridge in Menasha, Wisconsin | Sergio Daniel Valencia Del Toro (M/27) | 3 dead; 1 wounded | 2 | Handguns | None | Same day | Suicide |
| | At 7:30 p.m., Sergio Daniel Valencia Del Toro shot into a crowd of people on the Trestle Trail Bridge in Menasha, Wisconsin, before turning the gun on himself before law enforcement arrived. He died a few hours later. [cdlii] | | | | | | | | |
| 17 April 2015 | 1 | Los Angeles International Airport, Los Angeles, California | Everardo Custodio (21/M) | 0 dead; 0 wounded | 1 | Handgun (Pistol) | None | Same day | Force |
| | Everardo Custodio opened fire at Logan Square in Chicago, Illinois firing indiscriminately but wounding no one until he was wounded by an Uber driver who was carrying a licensed gun. Custodio's motive for the shooting is unknown.[cdliii][cdliv] | | | | | | | | |
| 28 March 2015 | 1 | Spring break party in Panama City, Florida | David Jamichael Daniels (M/21) | 0 dead; 7 wounded | 1 | Handgun | None | Same day | No Force |
| | David Jamichael Daniels opened fire on a spring break party in Panama City, Florida using a handgun. He fled the scene, but was later apprehended by law enforcement.[cdlv][cdlvi] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18 March 2015 | 4 | Multiple locations in Mesa, Arizona | Ryan Elliot Giroux (M/41) | 1 dead; 5 wounded | 1 | Handgun | None | Same day | Force |
| | On March 18, 2015, Ryan Elliot Giroux, targeted four separate locations in Mesa, Arizona, including the Tri-City Inn motel, a restaurant at the East Valley Institute of Technology, and two separate residential buildings. The shooter was apprehended by law enforcement several hours after his attack. [cdlvii][cdlviii] | | | | | | | | |
| 26 January 2015 | 1 | City Hall in New Hope, Minnesota | Raymond Kmetz (68/M) | 0 killed; 2 wounded | 1 | Shotgun (12-gauge) | None | Same day | Force |
| | Raymond Kmetz opened fire after a swearing-in ceremony for new police officers in New Hope, Minnesota, wounding two police officers. Kmetz was killed by police officers. Kmetz's relationship with the wounded officers is unknown, but he was notorious in New Hope for a variety of prior crimes, criminal behavior and threatening police. [cdlix][cdlx][cdlxi] | | | | | | | | |
| 28 November 2014 | 3 | Federal courthouse building, the Mexican Consulate, and law enforcement headquarters in downtown Austin, TX | Larry Steven McQuilliams (M/49) | 0 dead; 0 wounded | 4 | Handgun; Rifle; 2 others (explosive devices) | None | Same day | Force |
| | On November 28, 2014, Larry Steven McQuilliams began shooting at a federal courthouse building in Downtown Austin, Texas. He was armed with a handgun, a rifle, and explosive devices. After targeting the courthouse, he continued his attack first at the Mexican Consulate and then headed to the Austin law enforcement headquarters. McQuilliams was killed during an exchange of gunfire with law enforcement. [cdlxii][cdlxiii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 22 November 2014 | 1 | Shooter's residence in Tallahassee, Florida | Curtis Wade Holley (M/53) | 1 dead; 1 wounded | 1 | Handgun | None | Same day | Force |
| | At 10:15 a.m., Curtis Wade Holley targeting law enforcement responding to a 911 call at his residence in Tallahassee, Florida. The shooter appeared to have set fire to his house in order to attack first responders. Holley shot and killed one law enforcement officer with a handgun.[cdlxiv][cdlxv] | | | | | | | | |
| 24 July 2014 | 1 | Sister Marie Lenahan Wellness Center in Darby, Pennsylvania | Richard Steven Plotts (M/49) | 1 dead; 1 wounded | 1 | Handgun | Other | Same day | Force |
| | Richard Steven Plotts entered his psychiatrist's office at Sister Marie Lenahan Wellness Center in Darby, Pennsylvania, armed with a handgun on July 24. He shot and killed his caseworker and wounded his doctor. The doctor, who possessed a valid firearms permit, returned fire and wounded Plotts. Employees restrained the shooter until law enforcement arrived.[cdlxvi][cdlxvii] | | | | | | | | |
| 6 June 2014 | 1 | Forsyth county Courthouse in Cumming, Georgia | Denis Marx (48/M) | 0 dead; 1 wounded | 6 | 3 Handguns; 2 others (chemical grenades); Rifle | None | Same Day | Force |
| | Denis Marx opened fire on a deputy just after attempting to run him down outside a courthouse. Marx also threw smoke, gas, and pepper spray grenades at first responders. A SWAT team killed him. Officers then searched his home and found homemade explosives. Marx saw himself as a "sovereign citizen" and held an anti-government ideology. Marx was supposed to appear at the Forsyth County Courthouse and was expected to make a plea for his multiple felony convictions.[cdlxviii][cdlxix] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23 May 2014 | 17 | Multiple locations in Isla Vista, California, near the University of California, Santa Barbara, California | Eliot Rodger (22/M) | 6 dead; 14 wounded | 6 | 4 Handguns; 2 knives; Other (vehicle) | Academic | Same Day | Suicide |
| | Elliot Rodger stabbed three men to death, including two of his roommates, in his apartment in Isla Vista, California with a knife. He then drove to a sorority house near the University of California, Santa Barbara campus and opened fire, killing two students and injuring one. Rodger drove to a deli where he shot and killed another student, then drove around randomly shooting at people on the streets before exchanging gunfire with police officers. He committed suicide as police moved to take him into custody. Rodger posted a video on YouTube and sent a 137-page letter to an online acquaintance before the rampage, both of which detailed his plan to target women.[cdlxx][cdlxxi][cdlxxii] | | | | | | | | |
| 3 May 2014 | 2 | A private home and a construction site in Jonesboro, Arkansas | Porfirio Sayago-Hernandez (40/M) | 3 dead; 4 wounded | 3 | Handgun | Other | Same Day | Suicide |
| | Porfirio Hernandez opened fire at a friend's home, killing two and wounding four. He then drove to his place of employment, a construction site, and shot and killed one more victim about twenty minutes later before fleeing the scene again. About an hour later, Hernandez's body was found in the driver's seat of a car on a roadside. Hernandez had been recently released from a mental institution.[cdlxxiii][cdlxxiv] | | | | | | | | |
| 13 April 2014 | 2 | Jewish Community Center and Village Shalom Retirement Home in Overland Park, Kansas | Frazier Glenn Miller, Jr. (73/M) | 3 dead; 0 wounded | 3 | 2 Handguns; Shotgun (Remington Model 870) | None | Same Day | No Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Frazier Glenn Miller shot two people in the parking lot behind the Jewish Community Center of Greater Kansas City before driving a few blocks away to a Jewish retirement community, Village Shalom, where he gunned down a woman. Officers arrested him in an elementary school parking lot a few hours later. During his trial, Miller stated that it was his intent to use the trial as a means to "put the Jews on trial where they belong." He called his shooting rampage justified, though he said he regretted killing the 14-year-old. [cdlxxv][cdlxxvi] | | | | | | | | |
| 2 April 2014 | 1 | Fort Hood Army Base in Fort Hood, Texas | Ivan Antonio Lopez-Lopez (34/M) | 3 dead; 16 wounded | 1 | Handgun (.45-caliber Smith & Wesson M&P Pistol) | Professional | Same Day | Suicide |
| | Army Specialist Ivan Lopez opened fire at the administration building of Fort Hood, killing one fellow soldier and wounding nine. He then shot and killed one soldier and injured two more victims at the motor pool office where he worked. Afterwards, the drove to the medical brigade building, shooting at people along the way. He killed another soldier and wounded two more at the medical brigade building, then fled the scene. Upon encountering a military police woman less than ten minutes later, Lopez committed suicide. Lopez had reportedly suffered from depression and possibly post-traumatic stress disorder.[cdlxxvii][cdlxxviii] | | | | | | | | |
| 20 February 2014 | 1 | Cedarville Rancheria Tribal Office in Alturas, California | Cherie Louise Rhoades (44/F) | 4 dead; 2 wounded | 2 | Handgun; Knife | Familial | Same Day | Force |
| | Cherie Louise Rhoades a.k.a. Sherie Lash opened fire during a meeting of the Cedarville Rancheria tribe, killing four and wounding one. Rhoads ran out of ammunition and used a butcher knife to stab another victim. The council meeting was to determine if she and her son would be evicted from their Rancheria home.[cdlxxix][cdlxxx] | | | | | | | | |
| 17 December 2013 | 1 | Renown Regional Medical Center in Reno, Nevada | Alan Oliver Frazier (51/M) | 1 dead; 2 wounded | 3 | Shotgun (pistol-grip, 12-gauge); 2 handguns (Derringer-style pistol and a .40-caliber handgun) | Other | Same Day | Suicide |
| | Alan Oliver Frazier opened fire in the waiting room of the urology department at a medical center, killing one and wounding two. Frazier walked through the halls looking for doctors to target, telling patients they had to leave or he would shoot them. When confronted by police, Frazier took his own life. A suicide note found later claimed that Frazier had suffered a botched surgery and blamed the doctors for his physical ailments.[cdlxxxi][cdlxxxii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 November 2013 | 1 | Los Angeles International Airport in Los Angeles, California | Paul Anthony Ciancia (23/M) | 1 dead; 7 wounded | 1 | Rifle (.223-caliber Smith & Wesson M&P- 15-rifle) | None | Same Day | Force |
| | Paul Anthony Ciancia opened fire at the security gates of Terminal 3 in the Los Angeles International Airport, killing one and wounding five. Ciancia targeted Transport Security Administration agents in the shooting spree and carried a note making death threats against airport security employees. Ciancia had sent text messages expressing suicidal thoughts to his family in New Jersey before the shooting. Police were asked to conduct a welfare check on Ciancia in his Los Angles apartment, but he was not home.[cdlxxxiii][cdlxxxiv] | | | | | | | | |
| 26 October 2013 | 1 | Streets of Albuquerque, New Mexico | Christopher Thomas Chase (35/M) | 0 dead; 4 wounded | 1 | Rifle | None | Same Day | Force |
| | Christopher Thomas Chase opened fire on police after telling bystanders to call 9-1-1 in an apparent effort to draw the police to him. He took a patrol vehicle and a car chase ensued. Chase continued to fire on police, wounding three officers and one County sheriff's deputy. He was eventually shot and killed by police. His autopsy showed he had marijuana, methamphetamines, cocaine, and opiates in his bloodstream. He also had the words "Cop killer" tattooed on his knuckles.[cdlxxxv][cdlxxxvi] | | | | | | | | |
| 16 September 2013 | 1 | Washington Navy Yard in Washington D.C. | Aaron Alexis (34/M) | 12 dead; 8 wounded | 2 | Rifle (AR-15 assault rifle); shotgun (12-gauge); handgun (9mm semiautomatic pistol) | Professional | Same Day | Force |
| | Aaron Alexis entered a navy yard and opened fire, killing twelve people and wounding three. Alexis worked as a military subcontractor, which is how he gained access to the area. After shooting two outside the Sea Systems Command headquarters, Alexis entered the building and shot his victims from a gallery overlooking a cafeteria. He had previously expressed dissatisfaction with the pay he received.[cdlxxxvii][cdlxxxviii][cdlxxxix] | | | | | | | | |
| 5 August 2013 | 1 | Ross Township Municipal Building in Saylorsburg, Pennsylvania | Rockne Warren Newell (59/M) | 3 dead; 2 wounded | 2 | Shotgun; Handgun | Other | Same Day | Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Rockne Warren Newell opened fire on the Ross Township Municipal Building in Saylorsburg, Pennsylvania from the parking lot of the building before moving inside. He fired shots with a scoped long gun first and then went back to his vehicle to retrieve a handgun. Upon entering the Municipal Building, he was subdued by a bystander.[cdxc][cdxci] | | | | | | | | |
| 26 July 2013 | 1 | Apartment Complex in Hialeah, Florida | Pedro Vargas (42/M) | 6 dead; 0 wounded | 1 | Handgun (9mm Glock) | Other | Same Day | Force |
| | Pedro Vargas opened fire in his apartment complex, killing two building managers who arrived to investigate a fire he had started in his home. He then shot 10-20 rounds at paramedics and police who had arrived on the scene, killing a passerby but missing the officers. He then entered another neighbor's apartment, killing three inside. Taking two hostages, he continued firing on the police and was shot and killed in the exchange. The hostages were rescued unharmed. Before the attack, Vargas called the police and asked the dispatcher to run a license plate stating he was being followed. He told the dispatcher that people following him were threatening to do witchcraft on him. Vargas had admitted to harassing and threatening former co-workers online during a deposition.[cdxcii][cdxciii][cdxciv] | | | | | | | | |
| 21 June 2013 | 2 | Kellum Law Firm and Walmart Parking Lots in Greenville, North Carolina | Lakim Anthony Faust (23/M) | 0 dead; 4 wounded | 1 | Shotgun (pistol-grip) | None | Same Day | Force |
| | Lakim Anthony Faust opened fire on a man in a parking lot of a law firm, wounding him, then crossed five lanes of traffic to continue the attack in a Walmart parking lot, wounding another three people. Faust was shot and wounded by police after refusing to surrender.[cdxcv][cdxcvi] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 June 2013 | 6 | Home in Santa Monica, California; outside the Santa Monica home; Streets of Santa Monica (approx. three locations); Santa Monica College, California | John Zawahri (23/M) | 5 dead; 4 wounded | 2 | Rifle (AR-15 semiautomatic); Handgun (Remington Model 1858 revolver) | Familial | Same Day | Force |
| | John Zawahri opened fire in his home, killing his father and brother and subsequently set fire to the house. He shot and wounded a woman in a car outside his home, then hijacked another car and ordered his hostage to drive to Santa Monica College, shooting randomly at two locations then at a city bus on the way there, wounding three women on the bus. At the campus, he shot and killed two and wounded another. He was eventually gunned down by police near the library. Zawahri had a history of mental illness.[cdxcvii][cdxcviii] | | | | | | | | |
| 26 May 2013 | 5 | A motel in Jacksonville, North Carolina near Camp LeJeune, and streets in the towns of Eden, Brady, and Eola, Texas | Esteban Jimenez Smith (23/M) | 1 dead; 5 wounded | 2 | Rifle; Handgun | None | Same Day | Force |
| | Marine Lance Cpl. Esteban Jimenez Smith opened fire from inside a pickup truck in Eden, Texas, wounding one. He then drove to a convenience store in Brady, Texas, and shot and wounded two more victims. He drove back to Eden and fired on another vehicle, wounding one. Heading north, Smith drove to Eola and killed one woman. Smith was stopped by authorities on US Highway 83 north of Eden. He exchanged gunfire with authorities, wounding a sheriff, before being killed in the shootout. About a day earlier, Smith had stabbed his wife to death in a motel room in Jacksonville, NC, outside Camp LeJeune.[cdxcix][d] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21 April 2013 | 1 | Pinewood Village Apartments in Federal Way, Washington | Dennis Clark III (27/M) | 4 dead; 0 wounded | 2 | Handgun (.40 caliber Taurus semi-automatic pistol); Shotgun (pistol-grip Mossberg 500 pump shotgun) | Other | Same day | Force |
| | Dennis Clark III opened fire in his apartment, killing his girlfriend. In the parking lot, he shot and killed two men. A neighbor and witness to the parking lot shooting was killed when Clark allegedly shot him through the door of his apartment. Clark was shot by police after refusing to lay down his weapon. Previous to the incident, Clark's past girlfriends had reported domestic disputes but Clark was never arrested because no assault charges had been filed. Authorities believe the other victims were targeted for being witnesses.[di dii] | | | | | | | | |
| 16 October 2012 | 24 | Multiple roads and highways in Wixom, Michigan | Raulie Wayne Casteel (43/M) | 0 dead; 1 wounded | Unknown | Unknown | None | November 6, 2012 | No force |
| | Raulie Wayne Casteel repeatedly opened fire on drivers and pedestrians on different stretches of a highway in Michigan. The attacks occurred over the course of three weeks. Reports state that Casteel often fired from his car.[diii] | | | | | | | | |
| 5 August 2012 | 1 | Sikh Temple of Wisconsin in Oak Creek, Wisconsin | Wade Michael Page (40/M) | 6 dead; 4 wounded | 1 | Handgun (9-millimeter semi-automatic) | None | Same day | Suicide |
| | Wade Michael Page opened fire in a Wisconsin Sikh temple, killing six people and wounding three others. Page fatally shot himself after wounding one responding officer. Reports state that Page belonged to multiple white supremacist groups.[div] | | | | | | | | |
| 16 July 2012 | 2 | Copper Top bar in Tuscaloosa, Alabama and a private apartment in Northport, Alabama | Nathan Van Wilkins (44/M) | 0 dead; 18 wounded | 1 | Rifle | None | Same day | No force |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Nathan Van Wilkins opened fire at a bar in Tuscaloosa, Alabama. Reports state that he fired through the windows and door of the bar, wounding 17 people. He was also charged with an unrelated shooting that took place earlier in the evening. Though he later told police that he hoped that officers would kill him, he surrendered to police.[dv] [dvi] | | | | | | | | |
| 7 April 2012 | 3 | Tulsa, Oklahoma | Jake England (19/M); Alvin Watts (33/M) | 3 dead; 2 wounded | Unknown | Unknown | None | Same day | No force. |
| | Jake England and Alvin Watts opened fire on three different groups of people in Tulsa, Oklahoma, killing three and wounding two others. The three shootings occurred within one mile of each other. Authorities believed the shooters selected their victims based on race.[dvii] [dviii] | | | | | | | | |
| 8 March 2012 | 1 | University of Pittsburgh Medical Center in Pittsburgh, Pennsylvania | John Shick (30/M) | 1 dead; 5 wounded | 2 | Handguns | None | Same day | Force |
| | John Shick opened fire in a psychiatric clinic, killing one person and wounding five others before being fatally shot by police. Reports state that Shick had previously been a patient at the psychiatric clinic and had threatened employees with a bat twice after being discharged.[dix] [dx] | | | | | | | | |
| 2 December 2011 | 1 | Metropolitan Transit Authority bus Q111 in Jamaica, Queens, New York | Damel Burton (34/M) | 1 dead; 1 wounded | 1 | Handgun (9-millimeter semi-automatic) | None | Same day | Force |
| | Damel Burton opened fire on a bus in Jamaica, Queens, killing one person and wounding one other. Prior to the bus attack, Burton fatally shot his girlfriend's son at their apartment.[dxi] [dxii] | | | | | | | | |
| 13 December 2011 | 1 | Office of Judge Gary Cottrell in Crawford County, Arkansas | James Ray Palmer (48/M) | 0 dead; 1 wounded | 2 | Handguns (semi-automatic); Rifle (semi-automatic) | None | Same day | Force |
| | James Ray Palmer opened fire in a judge's office in Arkansas, wounding one person. Reports state Palmer was equipped with a tactical vest that enabled him to carry additional ammunition. Officers later discovered timed incendiary devices in his home[dxiii] [dxiv] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23 January 2011 | 1 | Police Precinct (6th) in Detroit, Michigan | Lamar D. Moore (38/M) | 0 dead; 4 wounded | 1 | Shotgun | None | Same day | Force |
| | Lamar Deshea Moore opened fire in a Michigan police precinct, injuring four officers before being fatally shot by police. Moore was being investigated for the kidnapping and sexual assault of a teenage girl.[dxv] [dxvi] | | | | | | | | |
| 4 October 2010 | 5 | Gainesville neighborhood, Florida | Clifford Miller Jr. (24/M) | 1 dead; 5 wounded | 1 | Handgun (.38-caliber revolver) | Familial | Same day | Suicide |
| | Clifford Miller Jr. opened fire throughout his neighborhood during a 13-minute shooting spree, killing his father and wounding five others. He then committed suicide.[dxvii] [dxviii] | | | | | | | | |
| 19 April 2010 | 1 | Parkwest Medical Center in Knoxville, Tennessee | Abdo Ibssa (38/M) | 1 dead; 2 wounded | 1 | Handgun (.357-caliber magnum revolver) | Professional | Same day | Suicide |
| | Abdo Ibssa opened fire in the Parkwest Medical Center parking lot, killing one hospital employee and wounding two others. Reports state that Ibssa, who had a history of mental illness, was convinced that a monitoring device had been implanted in him during an appendectomy in 2001.[dxix] [dxx] | | | | | | | | |
| 4 January 2010 | 1 | Federal District Courthouse in Las Vegas, Nevada | Johnny Lee Wicks (66/M) | 1 dead; 1 wounded | 1 | Shotgun | None | Same day | Force |
| | Johnny Wicks opened fire in the lobby of a federal courthouse, killing a security officer and wounding a deputy United States Marshal. Wicks was fatally shot by police. Reports state that the gunman was disgruntled over a reduction in his Social Security benefits[dxxi] [dxxii] | | | | | | | | |
| 5 November 2009 | 1 | Fort Hood Soldier Readiness Center in Killeen, Texas | Nidal Malik Hasan | 13 dead; 31 wounded | 2 | 2 handguns (one FN Herstal 5.7 tactical semi-automatic and one .357-magnum Smith & Wesson revolver) | Professional | Same day | Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Nidal Malik Hasan, an Army psychiatrist, opened fire at the Fort Hood army base, killing 13 people and wounding 31 others.[dxxiii] [dxxiv] | | | | | | | | |
| 2 July 2009 | 1 | Family Dental Care Center in Simi Valley, California | Jaime Paredes (29/M) | 1 dead; 3 wounded | 1 | Rifle | Familial | Same day | No force |
| | Jamie Paredes opened fire at a dental office, killing his wife and wounding three other people. Reports state that Paredes was distraught about his wife seeking a divorce.[dxxv] [dxxvi] [dxxvii] | | | | | | | | |
| 1 July 2009 | 1 | U.S. Army Recruiting Booth in Little Rock, Arkansas | Abdulhakim Mujahid Muhammed (23/M) | 1 dead; 1 wounded | 2 | Rifle (.22-caliber); Handgun | None | Same day | Force |
| | Abdulhakim Mujahid Muhammad opened fire outside an Army recruiting booth, killing a soldier and wounding another. Reports state that Muhammad targeted soldiers because of U.S. policies toward the Muslim world. [dxxviii] | | | | | | | | |
| 17 April 2009 | 1 | Long Beach Memorial Medical Center in Long Beach, California | Mario Ramirez (50/M) | 1 dead; 1 wwounded | 2 | Handguns | Professional | Same day | Suicide |
| | Mario Ramirez opened fire at the hospital where he worked, killing his boss and wounding another person. He then committed suicide.[dxxix] [dxxx] | | | | | | | | |
| 29 March 2009 | 1 | Pinelake Health and Rehab Center in Carthage, North Carolina | Robert Stewart (45/M) | 8 dead; 4 wounded | 1 | Shotgun | None | Same day | Force |
| | Robert Stewart opened fire at a nursing home, killing seven elderly residents and a nurse, and wounding four other people.[dxxxi] | | | | | | | | |
| 21 March 2009 | 1 | Police station in Oakland, California | Lovelle Mixon (26/M) | 4 dead; 1 wounded | 2 | Rifle (AK-47); Handgun (semi-automatic) | None | Same day | Force |
| | Lovelle Mixon opened fire near a police substation, killing four police officers and wounding another. Mixon was on parole at the time of the attack.[dxxxii] [dxxxiii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14 February 2009 | 1 | Lakeside Memorial Hospital in Brockport New York | Frank Garcia (35/M) | 2 dead; 0 wounded | 1 | Handgun (.40-caliber Glock) | Professional | Same day | No force |
| | Frank Garcia opened fire at his former workplace, killing a nurse and a bystander. Reports state that Garcia, who worked at the hospital as a nursing supervisor before being fired, was angry at co-workers who had accused him of sexual harassment. Earlier in the day, Garcia also killed another former co-worker and her husband in their home.[dxxxiv] [dxxxv] | | | | | | | | |
| 27 July 2008 | 1 | Tennessee Valley Unitarian Church in Knoxville, Tenessee | Jim D. Adkisson (58/M) | 2 dead; 7 wounded | 1 | Shotgun (12-gauge) | None | Same day | Force |
| | Jim D. Adkisson opened fire at a church during a children's performance of the musical "Annie," killing two people and wounding seven others. Adkisson, an anti-liberal activist, left a suicide note in his car explaining his motives for the attack.[dxxxvi] [dxxxvii] [dxxxviii] | | | | | | | | |
| 7 February 2008 | 1 | City Hall in Kirkwood, Missouri | Charles Lee Thornton (50/M) | 5 dead; 2 wounded | 2 | Handguns (one .357-magnum) | None | Same day | Force |
| | Charles Lee "Cookie" Thornton opened fire on Kirkwood's City Council, killing five people and wounding two others. Thornton began his attack by fatally shooting a police sergeant outside City Hall. He then grabbed the sergeant's gun, and continued his shooting spree inside the council chambers. Reports state that Thornton had a history of disputes with the city government and had been arrested twice at council meetings prior to the attack. The gunman left a suicide note.[dxxxix] [dxl] [dxli] | | | | | | | | |
| 20 May 2007 | 2 | Latah County Courthouse and First Presbyterian Church in Moscow, Idaho | Jason Hamilton (37/M) | 2 dead; 2 wounded | 2 | Rifles (one Springfield M-1A and one AK-47) | None | Same day | Suicide |
| | Jason Hamilton opened fired at a courthouse, killing a police officer and wounding a sheriff's deputy and a bystander. Hamilton then killed a caretaker in a nearby church.[dxlii] [dxliii] [dxliv] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9 May 2005 | 1 | Conrad Community Service Center in San Francisco, California | Gregory Gray (54/M) | 1 dead; 0 wounded | 1 | Shotgun | Professional | Same day | Force |
| | Gregory Gray opened fire at his former workplace, killing a former coworker. An employee tackled and subdued Gray as he reached for his second gun. Gray was fired from the mental health center a year prior to the attack.[dxlv] | | | | | | | | |
| 25 February 2005 | 1 | Bureau of Street Services maintenance yard in Los Angeles, California | Unknown (unknown/M) | 2 dead; 0 wounded | 1 | Rifle (AK-47) | Professional | Same day | No force. |
| | A gunman opened fire at his workplace, killing his boss and another employee. The maintenance worker began his attack after being reprimanded for arriving late to work.[dxlvi] [dxlvii] | | | | | | | | |
| 6 November 2003 | 1 | Watkins Motor Lines in West Chester, Ohio | Tom West (50/M) | 2 dead; 3 wounded | 2 | Handguns | Professional | Same day | Force |
| | Tom West opened fire at his former workplace, killing two people and wounding three others[dxlviii] | | | | | | | | |
| 7 October 2003 | 1 | Alvin C. York Veterans Affairs Medical Center in Murfreesboro, Tennessee | Michal Gardner (50/M) | 0 dead; 0 wounded | 1 | Shotgun | Professional | Same day | No force |
| | Michael Gardner opened fire at his workplace, targeting employees and responding police officers. The attack resulted in zero casualties. Gardner surrendered when law enforcement arrived on scene. Gardner had been taking medication for mental health issues at the time of the attack.[dxlix] [dl] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 October 2003 | 1 | Turner Monumental AME Church in Atlanta, Georgia | Sheila W. Chaney Wilson (43/F) | 2 dead; 0 wounded | 1 | Handgun (.44-caliber) | Familial | Same day | Suicide |
| | Sheila W. Chaney Wilson opened fire at an Atlanta church before Sunday morning services, killing her mother and the minister. She then committed suicide. Wilson had recently been taken out of a mental health facility.[dli] [dlii] | | | | | | | | |
| 23 July 2003 | 1 | City Hall in New York, New York | Othniel Askew (31/M) | 1 dead; 0 wounded | 1 | Handgun (.40-caliber Smith & Wesson) | Professional | Same day | Force |
| | Othniel Askew opened fire at City Hall in New York City, killing a city councilman. Askew was a political rival of the victim. Authorities found extra cartridges in the Askew's socks.[dliii] | | | | | | | | |
| 2 October 2002 | 14 | Washington, D.C. metro area | John Allen Muhammad (42/M); Lee Boyd Malvo (16/M) | 10 dead; 3 wounded | 2 | Rifle (Bushmaster XM-15); handgun (.223-caliber) | None | October 22, 2002 | Force |
| | John Allen Muhammad and Lee Boyd Malvo opened fire on random targets during a three-week sniper rampage along Interstate 95 around the Virginia and Washington, D.C. Metro area.[dliv] [dlv] | | | | | | | | |
| 8 July 2002 | 1 | Louis Armstrong International Airport in New Orleans, Louisiana | Patrick Gott (43/M) | 1 dead; 1 wounded | 1 | Shotgun | None | Same day | Force |
| | Patrick Gott opened fire in the Louis Armstrong International Airport, killing one person and wounding another. Reports state that Gott, a former Marine, was angry about bystanders ridiculing his turban.[dlvi] [dlvii] | | | | | | | | |
| 4 July 2002 | 1 | Los Angeles International Airport in Los Angeles, California | Hesham Mohamed Hadayet (41/M) | 2 dead; 4 wounded | 1 | Handgun (.45-caliber) | None | Same day | Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Hesham Mohamed Hadayet opened fire at Los Angeles International Airport, killing two people and wounding four others. Hadayet began his attack while standing in line at the ticket counter of Israel's El-Al Airlines.[dlviii] | | | | | | | | |
| 9 September 2001 | 2 | City equipment yard and City marina in Sacramento, California | Joseph Ferguson (20/M) | 5 dead; 2 wounded | 2 | Rifle (AK-47); 1 Handgun (9-millimeter) | Professional | September 20, 2001 | Suicide |
| | Joseph Ferguson opened fire at his workplace, killing five people, including his girlfriend, and wounding two others. The attack occurred a week after Ferguson had been suspended from his job as a security guard. During the 24-hour incident, Ferguson took hostages and left behind a suicide video explaining the motives behind his attack. The attack concluded when Ferguson committed suicide amidst a standoff with police.[dlix dlx dlxi dlxii] | | | | | | | | |
| 23 July 2001 | 1 | Construction site in Palm Beach Gardens, Florida | Keith James Adames (28/M) | 1 dead; 1 wounded | 1 | Rifle (AK-47) | Professional | Same day | No force |
| | Keith Adams opened fire at a construction site where he was employed, killing a co-worker and wounding another. Police recovered more than 80 live rounds from Adam's truck.[dlxiii dlxiv] | | | | | | | | |
| 30 December 1999 | 1 | Radisson Bay Harbor Hotel in Tampa, Florida | Silvio Iquierdo-Leyva (38/M) | 5 dead; 3 wounded | 2 | Handguns (one-millimeter semi-automatic and one .38-caliber revolver) | Professional | Same day | Force |
| | Silvio Izquierdo-Leyva opened fire at the Radisson Hotel where he was employed, killing four co-workers and wounding three others. Izquierdo-Leyva then killed a fifth person who would not give him her car.[dlxv dlxvi] | | | | | | | | |
| 4 November 1999 | 1 | Northlake Shipyard in Seattle, Washington | Kevin Cruz (29/M) | 2 dead; 2 wounded | 1 | Handgun (9-millimeter semi-automatic) | Professional | Same day | Force |
| | Kevin Cruz opened fire at a shipyard, killing two people and wounding two others. Cruz fled the scene and was arrested months later.[dlxvii dlxviii dlxix] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14 September 1999 | 1 | West Anaheim Medical Center in Anaheim, California | Dung Trinh (43.M) | 3 dead; 0 wounded | 2 | Handgun (revolver); handgun (revolver) | Other | Same day | Force |
| | Dung Trinh opened fire at a hospital, killing three employees. He was disarmed by an employee of the hospital. Reports state that Trinh was distraught over his mother's death and intended to kill his mother's nurse.[dlxx] [dlxxi] [dlxxii] | | | | | | | | |
| 12 August 1999 | 1 | Jewish Community Center in Los Angeles, California | Buford O'Neal Furrow, Jr. (38/M) | 1 dead; 5 wounded | 3 | Rifle (AR-15); Submachine gun (Uzi); Handgun (Glock 9-millimeter) | None | Same day | No force |
| | Buford O'Neal Furrow Jr. opened fire at a day care center in the North Valley Jewish Community Center, injuring five people. Furrow then shot and killed a letter carrier after leaving the community center. Furrow had an extensive criminal record prior to the attack.[dlxxiii] [dlxxiv] [dlxxv] | | | | | | | | |
| 15 April 1999 | 1 | Temple Square Mormon Church in Salt Lake City, Utah | Sergei S. Barbain (70/M) | 2 dead; 5 wounded | 1 | Handgun (.22-caliber) | None | Same day | Force |
| | Sergei Babarin opened fire at a Mormon library, killing two people and wounding five others. He was shot by police. Reports state that Barbarin, a diagnosed schizophrenic, had stopped taking his medication for several months leading up to the attack.[dlxxvi] | | | | | | | | |
| 24 July 1998 | 1 | United States Capitol Building in Washington, D.C. | Russell E. Weston, Jr. (41/M) | 2 dead, 1 wounded | 1 | Handgun (.38-caliber revolver) | None | Same day | Force |
| | Russell Eugene Weston Jr. opened fire at a security checkpoint at the United States Capitol, killing a police officer and wounding a tourist. Weston then fatally shot a plain-clothed detective stationed outside of Representative Tom Delay's office. Weston began his attack when a Capitol police officer confronted Weston about trying to avoid the metal detector.[dlxxvii] [dlxxviii] | | | | | | | | |
| 18 December 1997 | 1 | Caltrans Maintenance Yard in Orange County, California | Arturo Reyes Torres (unknown/M) | 4 dead; 2 wounded | 1 | Rifle (AK-47) | Professional | Same day | Force |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Arturo Reyes Torres opened fire at a California maintenance yard where he was formerly employed, killing four employees and wounding two others. The attack concluded when Torres was killed by police. He had recently been fired from the company for stealing.[dlxxix] [dlxxx] [dlxxxi] | | | | | | | | |
| 24 April 1996 | 1 | Jackson Fire Department in Jackson, Mississippi | Kenneth Tornes (32/M) | 4 dead; 0 wounded | 4 | 3 handguns (one .45-caliber semi-automatic and one TEC-9 semi-automatic); Rifle (Mac 11) | Professional | Same day | Force |
| | Kenneth Tornes opened fire at the firehouse where he worked, killing four supervisors. He then engaged police in a shootout at a shopping center after leading the officers on a chase. Prior to the attack, Tornes killed his estranged wife in her home.[dlxxxii] [dlxxxiii] | | | | | | | | |
| 9 February 1996 | 1 | Fort Lauderdale Beach in Fort Lauderdale, Florida | Clifton McCree (41/M) | 5 dead; 1 wounded | 2 | Handguns (one revolver and one semi-automatic) | Professional | Same day | Suicide |
| | Clifton McCree opened fire in a trailer, killing five former colleagues and wounding another. Reports state that McCree, a former maintenance crew worker, was angry about being fired from his job for illegal drug use 14 months earlier.[dlxxxiv] | | | | | | | | |
| 7 December 1993 | 1 | Long Island Railroad car to Hicksville, Garden City, New York | Colin Ferguson (37/M) | 6 dead; 19 wounded | 1 | Handgun (9-millimeter Ruger) | None | Same day | Force |
| | Colin Ferguson opened fire in a crowded car on a Long Island Railroad train, killing six passengers and wounding 19 others.[dlxxxv] [dlxxxvi] [dlxxxvii] | | | | | | | | |

# International Attacks at Office Buildings

| Date | Number of Attack Locations | Location Information | Attacker Information | Casualties | Number of Weapons | Weapon Information | Closest Relationship to Victims | Date Attack Concluded | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| 7 January 2015 | 3 | *Charlie Hebdo* office and sidewalk in Paris, France and street in Porte de Patin, France | Said Kouachi (M/34); and Cherif Kouachi (M/32) | 12 dead; 11 wounded | Unknown | Rifle (assault); Handguns; Shotgun; Other (explosives); Other (vehicle) | None | January 9, 2015 | Force |
| | Two brothers, Said and Cherif Kouachi, entered the office of *Charlie Hebdo*, a French satirical newspaper, in Paris, and opened fire. The two killed 12 and wounded 11 others within the office, on the sidewalk outside, and in Porte de Patin as they evaded capture. The attackers were apprehended after a standoff with police on January 9, in which the brothers detonated several small explosions and opened fire; the attackers were ultimately shot and killed in the ensuing gunfight. The brothers belonged to al-Qa'ida's branch in Yemen, which claimed responsibility for the attack.[dlxxxviii] [dlxxxix] [dxc] [dxci] [dxcii] | | | | | | | | |

## International Attacks at Factories

| Date | Number of Attack Locations | Location Information | Attacker Information | Casualties | Number of Weapons | Weapon Information | Closest Relationship to Victims | Date Attack Concluded | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| 27 February 2013 | 1 | Kronospan wood-processing plant in Manznau, Switzerland | Viktor Berisha (M/42) | 3 dead; 6 wounded | 1 | Handgun (pistol) | Professional | Same day | Suicide |
| | Viktor Berisha opened fire in the canteen area of the Kronospan wood-processing plant in Manznau, Switzerland, killing four and injuring five others. Berisha was a long-time employee of the plant.[dxciii] [dxciv] [dxcv] | | | | | | | | |

# International Attacks at Open Commercial Locations

| Date | Number of Attack Locations | Location Information | Attacker Information | Casualties | Number of Weapons | Weapon Information | Closest Relationship to Victims | Date Attack Concluded | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| 18 March 2016 | 3 | McDonald's, Saturn Electronics Store, and Olympia Shopping Mall in Munich, Germany | David Sonboly (M/18) | 9 dead; 37 wounded | 1 | Handgun (semi-automatic) | None | Same day | Suicide |
| | David Sonboly a.k.a. Ali Sonboly carried out a shooting attack in the area of the Olympia Shopping Mall in Munich, Germany, killing nine, and wounding 37 others. The attacker reportedly shouted "Allahu Akbar" during the course of the event. [dxcvi] [dxcvii] | | | | | | | | |
| 15 January 2016 | 3 | Cappuccino restaurant, The Splendid Hotel, and the YIBI Hotel in Ouagadougou, Burkina Faso | Unknown (F/Unknown); Unknown (F/Unknown); Unknown (M/Unknown); Unknown (M/Unknown); Unknown (Unknown/ Unknown); (Unknown/ Unknown); and one possible (Unknown/ Unknown) | 30 dead; 56 wounded | Unknown | Unknown | None | January 16, 2016 | Force; Attacker Fled |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Six to seven attackers opened fire in the Cappuccino Restaurant and the Splendid Hotel in Ouagadougou, Burkina Faso. The attack continued after government forces broke the ensuing hostage situation in the Splendid Hotel, leading to an additional altercation with an attacker who had relocated to the nearby YIBI hotel. After the attacks, it was established that 30 were killed and at least 56 were wounded in these attacks; 176 hostages were released following government intervention at the Splendid Hotel. This attack was claimed by al-Qa'ida in the Islamic Maghreb (AQIM) and Al-Mourabitoun. [dxcviii] [dxcix] | | | | | | | | |
| 13 November 2015 | 1 | Bataclan Theatre in Paris, France | Omar Ismail Mostefai (M/29); Samy Amimour (M/28); Foued Mohamed-Aggad (M/23) | 89 dead; unknown wounded[1] | Unknown | Rifle (assault); Other (explosives) | None | Same day | Suicide |
| | A series of coordinated terror attacks took place in Paris, France and the city suburb of Saint-Denis, beginning with three suicide attacks outside of the Stade de France in Saint-Denis. This attack was followed by several shooting events and a suicide bombing at cafés, restaurants, and a concert in Paris. ISIS claimed responsibility for the attacks. This entry breaks out the shooting event in which three gunmen opened fire at an Eagles of Death Metal concert at the Bataclan Theatre [dc] [dci] [dcii] [dciii] | | | | | | | | |
| 18 March 2015 | 1 | Bardo National Museum in Tunis, Tunisia | Yassine Labidi (M/unknown); Saber Khachnaoui (M/unknown); Unknown (M/unknown) | 21 dead; 50 wounded | Unknown | Rifle (assault); Other (explosives) | None | Same day | Force |
| | Three ISIS militants opened fire in the Bardo National Museum in Tunis, Tunisia. Twenty-one individuals, predominantly tourists, were killed in the attack and approximately 50 were injured. Two of the gunmen were killed at the scene, and one has yet to be apprehended. [dciv] [dcv] [dcvi] | | | | | | | | |

[1] Due to the size of the string of attacks in Paris on November 13, media outlets did not separately break out the number of wounded from the overall total of injuries for all combined events. Overall, the string of attacks killed 129 people and 368 were injured.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9 January 2015 | 1 | Hypercacher Kosher Supermarket, Paris, France | Amedy Coulibaly (M/32) | 4 dead; 9 wounded | 2 | Handgun; Submachinegun | None | Same day | Force |
| | Amedy Coulibaly opened fire on individuals at the Hypercacher Kosher Supermarket in Paris, France, and subsequently took several hostages. During the attack, Coulibaly recorded the scene for seven minutes using a GoPro camera attached to his torso, and emailed the footage using a computer at the supermarket. Coulibaly also spoke to the press during hostage negotiation process, stating that he targeted Jewish individuals at the Kosher grocery store intentionally; he had previously expressed his allegiance to ISIS. [dcvii] [dcviii] [dcix] [dcx] | | | | | | | | |
| 24 May 2014 | 1 | Jewish Museum of Belgium in Brussels, Belgium | Mehdi Nemmouche (M/29) | 4 dead; 0 wounded | 2 | Rifle (assault); Handgun | None | Same day | No force |
| | Mehdi Nemmouche carried out a shooting attack at the Jewish Museum of Belgium in Brussels, killing four people. He had been radicalized in prison and fought on behalf of ISIS in Syria prior to the attack. [dcxi] [dcxii] [dcxiii] | | | | | | | | |
| 21 September 2013 | 1 | Westgate Shopping Mall in Nairobi, Kenya | Hassan Abdi Dhuhulow, a.k.a. Abu Baara al-Sudani (M/ 22 or 23). Ahmed Hassan Abukar a.k.a. Khattab al-Kene (M/Unknown); Mohammed Abdinur Said a.k.a. Umayr al-Mogadis (M/Unknown); Yahya Ahmed Osman, a.k.a. Omar Abdul | 64 dead; 175 wounded | Unknown | Rifles (assault); Other (explosives) | None | Same day | Force; Attacker fled |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Rahim Nabhan; Possible others | | | | | | |
| | In Nairobi, al-Shabab militants entered a mall in a coordinated attack from different entrances and opened fired on mall patrons. Sixty-seven people were killed and between 170 and 200 were wounded. These attackers barricaded all exits so it was close to impossible to enter or exit the shopping mall. After a four day siege, four attackers were gunned down. Eye-witnesses reported that some of the attackers deliberately targeted non-Muslims, allowing Muslim shoppers to flee. During the siege, al-Shabab militants used Twitter to narrate the events, while Kenyan authorities used the social media platform in an attempt to gain first-hand information from those still trapped inside the mall. The number of dead and wounded, as well as the number of attackers are still contested in media reporting. [dcxiv] [dcxv] [dcxvi] | | | | | | | | |
| 22 April 2013 | 2 | Okhota gun store and sidewalk in Belograd, Russia | Sergei Pomazin (M/31) | 6 dead; 1 wounded | 2 | Rifle (semi-automatic); Knife | None | April 23, 2013 | Force |
| | Sergei Pomazun opened fire on several people at a gun store and on the sidewalk outside, killing all six people whom he shot. He stabbed and seriously injured a police officer that was involved in his capture on April 23. At his trial, Pomazun claimed that the attack was not premeditated. [dcxvii] [dcxviii] | | | | | | | | |
| 13 December 2011 | 2 | Piazza Dalmazia in Florence, Italy; San Lorenzo market in Florence | Gianluca Casseri (50/M) | 2 dead; 3 wounded | 1 | Handgun | None | Same day | Suicide |
| | Gianluca Casseri, an Italian accountant, opened fire on Senegalese street vendors in Florence, Italy, killing two people and wounding another. Casseri then traveled to a second market where he shot and wounded two more people before committing suicide.[dcxix] | | | | | | | | |

<table>
<tr><td rowspan="2">30<br>August<br>2010</td><td>1</td><td>Devinska Nova Ves District in Bratislava, Slovakia</td><td>Lubomir Harman (48/M)</td><td>7 dead; 15 wounded</td><td>3</td><td>2 handguns; Submachine gun</td><td>Other</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Lubomir Harman opened fire in his neighbor's apartment, killing six people. Harman then left the apartment and indiscriminately opened fire on bystanders in the street, killing one person and wounding 15 others. Reports state that Harman may have been motivated by racism, as well as loud noise emanating from the neighbor's apartment.[dcxx] [dcxxi]</td></tr>
<tr><td rowspan="2">2<br>June<br>2010</td><td>6</td><td>Cumbria, England, United Kingdom</td><td>Derrick Bird (52/M)</td><td>12 dead; 11 wounded</td><td>2</td><td>Shotgun; Rifle</td><td>Familial</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Derrick Bird opened fire during a three-hour shooting spree, killing 12 people and wounding 11 others. Bird began his attack by shooting his twin brother, family lawyer and three fellow taxi drivers. He then drove across Cumbria County, firing randomly at bystanders and occasionally pulling over to shoot more victims. .[dcxxii] [dcxxiii] [dcxxiv]</td></tr>
<tr><td rowspan="2">13<br>December<br>2011</td><td>1</td><td>Saint-Lambert Square in Liege, Belgium</td><td>Nordine Amrani (33/M)</td><td>6 dead; 125 wounded</td><td>6</td><td>Rifle; Handgun; 4 other</td><td>None</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Nordine Amrani opened fire and threw four stun grenades into a crowd at Saint-Lambert square in Liege, Belgium, killing six people and wounding 125 others. Reports state that Amrani concealed his weapons in his bag to avoid detection. Prior to his attack in the Square, Amrani fatally shot a cleaning woman in his home.[dcxxv] [dcxxvi]</td></tr>
<tr><td rowspan="2">9<br>April<br>2011</td><td>1</td><td>Millard Ridderhof Mall, Alphen aan den Rijn, Netherlands</td><td>Tristan van der Vlis (24/M)</td><td>6 dead; 17 wounded</td><td>3</td><td>Rifle (semi-automatic); 2 handguns</td><td>None</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">Tristan van der Vlis opened fire at a mall in the Netherlands, killing six people and wounding 17 others. Van der Vlis, who had a history of mental illness, fired over 100 rounds before committing suicide.[dcxxvii] [dcxxviii]</td></tr>
</table>

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26 November 2008 | 10 | Cama Hospital; Rail Terminus; Leopold Café; Mumbai Chabad House; Oberoi Trident Hotel; Taj Mahal Hotel in Mumbai, India | Ajmal Kasab (21/M); Ismail Khan (25/M); Hafiz Arshad (23/M); Javed (22/M); Shoaib (21/M); Nazir (28/M); Nasr (23/M); Babr Imran (25/M); Abdul Rahman (21/M); Fahad Ullah (23/M) | 188 dead; 372 wounded | Unknown | Handgun; 2 rifles (semi-automatic) | None | November 29, 2008 | Force |
| | 10 militants launched a series of coordinated shooting and bombing attacks throughout Mumbai, killing 188 people and wounding 372 others. The attackers were trained in Pakistan by the Islamic terrorist group, Lashkar-e-Taiba. Nine of the assailants were killed during the standoff with law enforcement.[dcxxix] [dcxxx] | | | | | | | | |
| 28 April 1996 | 1 | Broad Arrow Café and Port Arthur in Tasmania, Australia | Martin Bryant (28/M) | 35 dead; 21 wounded | 2 | 2 rifles (semi-automatic) | None | April 29, 1996 | Force |
| | Martin Bryant opened fire during an extended shooting spree, killing 35 people and wounding 21 others. Bryant began the attack by stabbing the owner of a Seascape guest accommodation site. He then entered the Broad Arrow café and shot 20 people dead in a span of 15 seconds. The gunman continued to open fire on the crowd outside of the café as well as under a tour bus where tourists were hiding for cover. Bryant then escaped in a car, shooting pedestrians and vehicle passengers along the way. Following the shooting spree, Bryant took a man hostage and entered a Seascape guest house, where authorities negotiated with Bryant for six hours until his phone battery died. Bryant was captured the next morning.[dcxxxi] [dcxxxii] | | | | | | | | |
| 17 August 1991 | 1 | Strathfield Shopping Plaza in Strathfield, Australia | Wade Frankum (33/M) | 6 dead; 8 wounded | 2 | Rifle (AK-47); Other | None | Same day | Suicide |
| | Wade Frankum opened fire in a shopping mall, killing six people and wounding eight others.[dcxxxiii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8 December 1987 | 1 | Post Office in Melbourne, Australia | Frank Vitkovic (22/M) | 8 dead; 0 wounded | 1 | Rifle (sawed-off) | None | Same day | Force |
| | Frank Vitkovic opened fire on three floors at a post office, killing eight people[dcxxxiv] [dcxxxv] | | | | | | | | |
| 19 August 1987 | 2 | Wiltshire and Hungerford in Berkshire, United Kingdom | Michael Ryan (27/M) | 16 dead; 15 wounded | 4 | Rifle (Kalashnikov); Rifle (automatic); Handgun (Beretta); Other | Familial | Same day | Suicide |
| | Michael Ryan opened fire during a shooting spree, killing 16 people and wounding 15 others. Ryan's attack began in Wiltshire where he shot a woman in a forest and a cashier at a gas station. The assailant then killed his mother and fired indiscriminately on bystanders as he drove to a busy shopping area. Ryan committed suicide shortly after the attack.[dcxxxvi] [dcxxxvii] [dcxxxviii] | | | | | | | | |

# International Attacks at Schools

| Date | Number of Attack Locations | Location Information | Attacker Information | Casualties | Number of Weapons | Weapon Information | Closest Relationship to Victims | Date Attack Concluded | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| 11 March 2012 | 4 | Ozar Hatorah School, a gymnasium, and The attacker's apartment in Toulouse, France; shopping center in Montauban, France | Mohamed Merah (23/M) | 7 dead; 5 wounded | 2 | Handguns (.45-caliber handgun; .35-caliber handgun) | None | March 22, 2012 | Force |
| | Mohamed Merah opened fire at three locations in France over the course of eight days, killing seven people and wounding five others. On March 11, Merah killed an off-duty French paratrooper outside a gym in Toulouse. Four days later, Merah fired upon three off-duty French soldiers in Montauban, killing two and wounding one. On March 19, Merah killed three children and one adult outside a Jewish school in Toulouse. The perpetrator was killed and three officers were wounded during a two-day long police siege. Merah claimed to be a jihadist with ties to al-Qaeda. [dcxxxix] [dcxl] [dcxli] | | | | | | | | |
| 7 April 2011 | 1 | Tasso da Silveira Municipal School in Rio de Janeiro, Brazil | Wellington Menezes de Oliveira (24/M) | 12 dead; 12 wounded | 2 | Handguns (.32-caliber revolver; .35 caliber revolver) | Academic | Same day | Suicide |
| | Wellington Menezes de Oliveir opened fire at his former middle school in Brazil, killing 12 students and wounding at least 12 others before committing suicide. Reports state that Oliveir was able to enter the building by telling school officials he sought to obtain a transcript. [dcxlii] [dcxliii] [dcxliv] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11 March 2009 | 1 | Albertville-Realschule Winnenden school in Winnenden, Germany | Tim Kretschmer (17/M) | 15 dead; 9 wounded | 1 | Handgun | Academic | Same day | Suicide |
| | Tim Kretschmer opened fire at his high school in Germany, killing 15 people and wounding nine others. He then committed suicide.[dcxlv] | | | | | | | | |
| 23 September 2008 | 1 | Kauhajoki School of Hospitality in Kauhajoki, Finland | Mattie Juhani Saari (22/M) | 10 dead; 0 wounded | 1 | Handgun (.22-caliber) | Academic | Same day | Suicide |
| | Matti Juhani Saari opened fire at his university in Finland, killing 10 people. He then committed suicide after setting a fire on campus.[dcxlvi] | | | | | | | | |
| 6 March 2008 | 1 | Mercaz Harav Yeshiva in Jerusalem, Israel | Alaa Abu Dhein (26/M) | 8 dead; 11 wounded | 1 | Handgun | None | Same day | Force |
| | Alaa Abu Dhein opened fire in a crowded library at the Mercaz Harav Yeshiva in Jerusalem, killing eight teenage students and wounding 11 others. The gunman was killed in a gunfight between the assailant and Israeli security forces.[dcxlvii] | | | | | | | | |
| 7 November 2007 | 1 | Jokela High School in Tuusula, Finland | Pekka-Eric Auvinen (18/M) | 8 dead; 12 wounded | 1 | Handgun (.22-caliber) | Academic | Same day | Suicide |
| | Pekka-Eric Auvinen opened fire at his high school, killing seven students and a teacher and wounding 12 other people. Auvinen had previously posted a video on the internet stating he was going to "eliminate" everyone who he deemed "unfit."[dcxlviii] [dcxlix] | | | | | | | | |
| 20 November 2006 | 1 | Geschwister School in Erfurt, Germany | Sebastian Bosse (18/M) | 0 dead; 5 wounded | 3 | Rifles (One small-bore and two sawed-off) | Academic | Sam day | Suicide |
| | Sebastian Bosse opened fire at his former high school, injuring five people. The gunman was armed with guns, pipe bombs and smoke bombs. Reports state that Bosse had left a suicide note prior to the attack and indicated his plans on an internet site.[dcl] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13 September 2006 | 1 | Dawson College in Montreal, Canada | Kimveer Gill (25/M) | 1 dead; 19 wounded | 1 | Rifle | Academic | Same day | Suicide |
| | Kimveer Singh Gill opened fire on students in a Canadian college, killing one person and wounding 19 others.[dcli] | | | | | | | | |
| 28 September 2004 | 1 | Middle school in Carmen de Patagones, Argentina | Rafael (15/M) | 4 dead; 5 wounded | 1 | Handgun | Academic | Same day | Force |
| | A middle school student opened fire at his school, killing four students and wounding five others[dclii] [dcliii] [dcliv] | | | | | | | | |
| 6 June 2003 | 1 | Pak Phanang in Nakorn Srithammarat, Thailand | Anatcha Boonkwan (17/M) | 2 dead; 4 wounded | 1 | Handgun | Academic | Same day | Force |
| | Anatcha Boonkwan opened fire in a school field, killing two people and wounding four others. Boonkwan targeted students gathering to listen to a campaign speech from a student body presidential candidate. He used a pistol that he stole from his father.[dclv] [dclvi] | | | | | | | | |
| 21 October 2002 | 1 | Monash University in Melbourne, Australia | Huan Yun "Allen" Xiang (37/M) | 2 dead; 5 wounded | 1 | Unknown firearm | Academic | Same day | Force |
| | Huan Yun Xiang opened fire in a Melbourne University classroom, killing two students and wounding five others. Reports state that before firing, Xiang, a fourth-year honors student, stood on his desk, pointed his gun at students and yelled, "you never understand me."[dclvii] [dclviii] | | | | | | | | |
| 29 April 2002 | 1 | Vlasenica High School in Vlasenica, Bosnia-Herzegovina | Dragoslav Petkovic (17/M) | 1 dead; 1 wounded | 1 | Handgun (7.65-millimeter) | Academic | Same day | Suicide |
| | Dragoslav Petkovic opened fire at his high school, killing one teacher and wounding another.[dclix] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26 April 2002 | 1 | Johann Gutenberg High School in Erfurt, Germany | Robert Steinhauser (19/M) | 16 dead; 0 wounded | 1 | Handgun | Academic | Same day | Suicide |
| | Robert Steinhaeuser opened fire at a German high school, killing 13 teachers, two students, and a policeman. The attack lasted for 20 minutes. Steinhaeuser was expelled from the school prior to the attack.[dclx dclxi] | | | | | | | | |
| 19 February 2002 | 2 | Factory in Eching, Germany; high school in Freising, Germany | Unknown (unknown/M) | 3 dead; 1 wounded | At least 3 | Unknown firearm; Others (explosive devices) | Professional | Same day | Suicide |
| | A gunman opened fire at a factory where he was formerly employed, killing two people. The gunman then opened fire at his former school, killing a headmaster and wounding a teacher. The assailant also detonated at least two homemade pipe bombs in the school. He had been expelled from the school prior to the attack.[dclxii dclxiii] | | | | | | | | |
| 7 December 1999 | 1 | De Leijgraaf High School in Veghel, Netherlands | Unknown (17/M) | 0 dead; 5 wounded | Unknown | Unknown firearm | Academic | Same day | No force |
| | A gunman opened fire at his high school, injuring five people. The gunman began targeting students in a hallway and a computer room. Reports state that the attack was fueled by a feud between the assailant's family and one of the victims' family. Prior to the attack, one of the victim's family members had asked police for protection from the assailant, but their request was denied.[dclxiv dclxv dclxvi] | | | | | | | | |
| 28 April 1999 | 1 | W.R. Myers High School in Alberta, Canada | Todd Cameron Smith (14/M) | 1 dead; 1 wounded | 1 | Rifle (.22-caliber) | Academic | Same day | Force |
| | Todd Smith, a high school drop-out, opened fire at his former high school, killing one person and wounding one other. Reports state that Smith's mother claimed her son was obsessed with violent movies and video games, endured incessant bullying by his peers and displayed signs of depression before the shooting.[dclxvii dclxviii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30 March 1997 | 1 | Tala'l Private School and Musa Bin Nusayr School in Sanaa, Yemen | Mohammad Ahman al-Naziri (48/M) | 8 dead; 14 wounded | 1 | Rifle (Kalishnikov) | Other | Same day | Force |
| | Mohammad Ahman al-Naziri (also known as Hassan Ali al-Baadani) opened fire at two neighboring schools, killing eight people, including six children and wounding 14 others. The gunman claimed his daughter was raped by an administrator at one of the schools.[dclxix] [dclxx] | | | | | | | | |
| 13 March 1996 | 1 | Dunblane Primary School in Dunblane, Scotland, United Kingdom | Thomas Hamilton (43/M) | 17 dead; 0 wounded | 4 | Handguns | Academic | Same day | Suicide |
| | Thomas Hamilton opened fire at a primary school, killing 17 students and teachers. Hamilton was fired from his post as a Scout Master prior to the attack.[dclxxi] | | | | | | | | |
| 20 October 1994 | 1 | Brockton High School in Toronto, Canada | Ta Phu Cuong (27/M) | 0 dead; 2 wounded | 1 | Rifle (sawed-off) | Academic | Same day | Force |
| | Ta Phu Cuong opened fire at a high school, injuring two staff members. Reports state that Cuong was disappointed with his grades.[dclxxii] [dclxxiii] | | | | | | | | |
| 24 August 1992 | 1 | Concordia University in Quebec, Canada | Valery Fabrikant (52/M) | 4 dead; 1 wounded | 3 | Handguns (one .38-caliber Smith & Wesson revolver, one 6.35-millimeter semiautomatic, and one 7.65-millimeter semiautomatic) | Professional | Same day | Force |
| | Valery Fabrikant, a mechanical engineering professor, opened fired at Concordia University's Henry F. Hall Building, killing four colleagues and wounding another. Fabrikant barricaded himself in an office with two hostages who ultimately tackled and disarmed him.[dclxxiv] [dclxxv] [dclxxvi] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 December 1989 | 1 | Ecole Polytechnique in Quebec, Canada | Marc Lepine (25/M) | 14 dead; 14 wounded | 1 | Rifle (Sturm Ruger brand rifle, mini-14 model) | Academic | Same day | Suicide |
| | Marc Lepine opened fire at a university, killing 14 people and wounding 14 others. Lepine began his attack by splitting up students in a classroom by gender and systematically shooting nine female students. He then targeted women in the corridors, cafeteria and classrooms.[dclxxvii] | | | | | | | | |
| 27 October 1975 | 1 | St. Pius X High School in Ottowa, Canada | Robert Poulin (18/M) | 1 dead; 5 wounded | 1 | Shotgun (sawed-off) | Academic | Same day | Suicide |
| | Robert Poulin opened fire in a classroom at St. Pius X High School, killing one person and injuring five others. Prior to the attack, Poulin raped and fatally burned a female teenager at his home[dclxxviii] [dclxxix] | | | | | | | | |
| 28 May 1975 | 1 | Centennial Secondary School in Ontario, Canada | Michael Slobodian (16/M) | 2 dead; 13 wounded | 2 | 2 rifles (one .44-Magnum lever action and one .22-caliber) | Academic | Same day | Suicide |
| | Michael Slobodian opened fire at a secondary school, killing a teacher and a student and injuring 13 others.[dclxxx] [dclxxxi] [dclxxxii] | | | | | | | | |
| 15 May 1974 | 1 | Netiv Meir School in Ma'a lot, Israel | Ali Ahmad Hasan al-Atmah (27/M); Ziyad Abdar-Rahim Ka'ik (22/M); Muhammad Muslih Salim Dardour (20/M) | 26 dead; 70 wounded | Unknown | Rifle (AK-47); Other | None | Same day | Force |
| | Three terrorists from the Popular Front for the Liberation of Palestine opened fire at an elementary school in a series of attacks that killed 26 people and wounded 70 others. The assailants then took students hostage and demanded that Israel release political prisoners. Prior to attacking the school, the gunmen attacked a van, killed a family in an apartment and shot a bystander. They were ultimately killed by Israeli fire.[dclxxxiii] [dclxxxiv] [dclxxxv] | | | | | | | | |

# International Attacks at "Other" Locations

| Date | Number of Attack Locations | Location Information | Attacker Information | Casualties | Number of Weapons | Weapon Information | Closest Relationship to Victims | Date Attack Concluded | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| 26 June 2015 | 2 | Beach in Sousse, Tunisia; Riu Imperial Marhaba Hotel in Sousse, Tunisia. | Seifiddine Rezgui Yacoubi, a.k.a. Abu Yahya al Qayrawani (M/23) | 38 dead; 39 wounded | 1 | Rifle (assault) | None | Same day | Force |
| | Seifeddine Rezgui Yacoubi, disguised as a tourist, fired on European tourists on the beach in Sousse, Tunisia, killing 38 and wounding 39 others. The attacker was a member of Islamic terrorist group Ajnad al-Khilafah.[dclxxxvi] [dclxxxvii] [dclxxxviii] | | | | | | | | |
| 23 June 2014 | 2 | Goseong, Gangwon province, South Korea, on the border with North Korea | Sergeant Yim (M/22) | 5 dead; 8 wounded (including attacker) | 2 | Rifle (semi-automatic K2); Other (explosive) | Professional | June 25, 2014 | Attempted Suicide |
| | A soldier in the South Korean Army shot and killed five of his fellow soldiers with a rifle and hand grenade before running away from his military unit in South Korea on the border with North Korea. Troops chased the shooter until the next day where a shootout occurred. The shooter's parents were brought to the scene to help negotiate and the next day, the shooter was captured. [dclxxxix] [dcxc] [dcxci] | | | | | | | | |
| 8 June 2014 | 1 | Jinnah International Airport in Karachi, Pakistan | 10 Unknown (Unknown/M) | At least 27 killed; "dozens" injured | Unknown | Rifles (automatic); Other (explosives) | None | June 9, 2014 | Force; Suicide |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 10 armed Pakistani Taliban gunmen wearing Airport Security Force uniforms entered Jinnah International Airport in Karachi, Pakistan. They began to attack and got into a gunfight with security officials. It is believed that the militants intended to hijack planes or hold the airport under siege. [dcxcii] [dcxciii] | | | | | | | | |
| 4 June 2014 | 1 | Street in Moncton, New Brunswick, Canada | Justin Bourque (M/24) | 3 dead; 2 wounded | Unknown | Unknown firearms | None | Same day | Force |
| | Justin Bourque shot and killed three Royal Canadian Mounted Police on the streets of Moncton, New Brunswick around 7:30pm. He wounded two other officers. Bourque then escaped into the woods and was found two days later by authorities. A 30-hour manhunt for Bourque resulted in his capture on June 6, 2014 and his arrest. Bourque is believed to hold anti-authority beliefs. [dcxciv] [dcxcv] [dcxcvi] | | | | | | | | |
| 29 September 2011 | 1 | Santa Maria del Pina Church in Madrid, Spain | Ivan Berral Cid (34/M) | 2 dead; 1 wounded | 1 | Handgun | None | Same day | Suicide |
| | Ivan Berral Cid opened fire at a church in Spain, killing one woman and wounding another before committing suicide. Reports state that the gunman concealed his weapon in a tennis racket cover and entered the church two hours before his attack to determine what time the evening mass started. [dcxcvii] [dcxcviii] | | | | | | | | |
| 22 July 2011 | 1 | Workers' Youth League (AUF) in Utoya, Norway | Andrews Behring Breivik (32/M) | 69 dead; 33 wounded | 2 | Handgun (9-millimeter semi-automatic); Rifle (.223 caliber semi-automatic) | None | Same day | No force |
| | Anders Behring Breivik opened fire at a youth camp in Norway, killing 69 people and wounding 33 others. Prior to the attack on the camp, during which he posed as a police officer, Breivik detonated a vehicle-borne improvised explosive device outside government offices in Oslo, killing eight people and wounding 207 others. [dcxcix] [dcc] [dcci] | | | | | | | | |
| 4 July 2011 | 1 | Marine Corp. barracks on Gwanghwa Island in South Korea | Kim (19/M) | 4 dead; 1 wounded | 2 | Rifle; Other (grenade) | Professional | Same day | Attempted Suicide |
| | A Marine Corps Corporal in South Korea, identified only as Kim, opened fire in his barracks, killing four people and wounding one other. Reports state that Kim then detonated a grenade in an attempt to commit suicide. [dccii] [dcciii] | | | | | | | | |

<table>
<tr><td rowspan="2">2 March 2011</td><td>1</td><td>Frankfurt International Airport in Frankfurt, Germany</td><td>Arid Uka (21/M)</td><td>2 dead; 2 wounded</td><td>1</td><td>Handgun (9-millimeter semi-automatic)</td><td>None</td><td>Same day</td><td>Force</td></tr>
<tr><td colspan="9">Arid Uka opened fire inside a U.S. military bus at Frankfurt International Airport, killing two airmen and wounding two others. Uka was an employee at the German airport. Uka claimed to have been radicalized by online jihadist videos.[dcciv] [dccv]</td></tr>
<tr><td rowspan="2">19 September 2010</td><td>1</td><td>St. Elisabeth Hospital in Lorrach, Germany</td><td>Sabine Radmacher (41/F)</td><td>3 dead; 3 wounded</td><td>1</td><td>Handgun (.22-caliber)</td><td>None</td><td>Same day</td><td>Force</td></tr>
<tr><td colspan="9">Sabine Radmacher opened fire in the gynecology unit of St. Elisabeth Hospital in Germany, killing a nurse and wounding three other people, including a police officer. Radmacher killed her estranged husband and son at their apartment across the street minutes before the attack at the hospital.[dccvi] [dccvii]</td></tr>
<tr><td rowspan="2">19 September 2010</td><td>1</td><td>Jama Masjid Mosque in New Delhi, India</td><td>Unknown (unknown/ M); Unknown (unknown/ M)</td><td>0 dead; 2 wounded</td><td>1</td><td>Handgun (automatic)</td><td>None</td><td>Same day</td><td>Attacker fled</td></tr>
<tr><td colspan="9">Two gunmen opened fire on tourists at a 17th century New Delhi mosque, wounding two people.[dccviii] [dccix]</td></tr>
<tr><td rowspan="2">24 August 2010</td><td>1</td><td>Muna Hotel in Mogadishu, Somalia</td><td>Unknown (unknown/ unknown); Unknown (unknown/ unknown); Unknown (unknown/ unknown)</td><td>30-33 dead; 16 wounded</td><td>Unknown</td><td>Rifle (assault)</td><td>None</td><td>Same day</td><td>Suicide</td></tr>
<tr><td colspan="9">A group of three Al-Shabaab insurgents opened fire at the Muna Hotel in Somalia, killing roughly 30 people and injuring 16 others. The gunmen, who were disguised in government military uniforms, targeted bystanders, hotel staff and armed guards. The insurgents moved throughout different floors in the hotel during the attack.[dccx] [dccxi] [dccxii]</td></tr>
</table>

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 May 2004 | 1 | Liquiterminal Ltd. Trucking facility in Mississauga, Canada | Jean Delagrave | 1 dead; 2 wounded | 1 | Unknown firearm | Professional | Same day | No force |
| | Jean Delagrave opened fire at his workplace, killing one person and wounding two others. Delagrave surrendered to law enforcement shortly after the shooting.[dccxiii] [dccxiv] | | | | | | | | |
| 27 March 2002 | 1 | Nanterre Town Hall in Nanterre, France | Richard Durn (33/M) | 8 dead; 19 wounded | 2 | Handguns (one semi-automatic and one .357 magnum) | None | Same day | Force |
| | Richard Durn opened fire at a meeting of councilors in Nanterre Town Hall, killing eight counselors and wounding 19 other people. Durn died the following day after leaping from a police station window during questioning. Police officers discovered a 13-page suicide note at Mr. Durn's home.[dccxv] [dccxvi] [dccxvii] | | | | | | | | |
| 17 November 1997 | 1 | Temple of Hatshepsut in Deir el-Bahri, Egypt | Karam Mohammad Ismail (18/M); Essmat Erian (24/M); Mahmoud Ahmed Karim (23/M); Saeed Mohammed Shawaki (23/M); Medhat Abdel Rahman (32/M); unknown (unknown/unknown) | 62 dead; 26 wounded | Unknown | Rifle; Handgun; Knife; Other | None | Same day | Suicide |
| | Six gunmen opened fire at the ancient Temple of Queen Hatshepsut, killing 62 people, including 58 foreigners, and wounding 26 others. Following the attack, the assailants' bodies were discovered in a cave in an apparent suicide. The Islamic Group and Jihad Talaat al-Fath claimed credit for the attack.[dccxviii] [dccxix] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11 June 1994 | 1 | Army base and public streets in Falun, Sweden | Mattais Flink (24/M) | 7 dead; 0 wounded | 1 | Rifle (AK-5) | None | Same day | Force |
| | Mattias Flink, a police lieutenant, opened fire at an army base and on public streets, killing seven people.[dccxx] [dccxxi] [dccxxii] | | | | | | | | |
| 30 April 1989 | 1 | Monkseaton in North Tyneside, United Kingdom | Robert Sartin (22/M) | 1 dead; 14 wounded | 1 | Shotgun | None | Same day | Force |
| | Robert Sartin opened fire throughout the town of Monkseaton, killing one person and wounding 14 others. Sartin's 20-minute shooting spree concluded when he was cornered by police officers near a seafront. He stole his father's shotgun to carry out the attack.[dccxxiii] [dccxxiv] | | | | | | | | |
| 9 August 1987 | 1 | Hoddle Street in Melbourne, Australia | Julian Knight (19/M) | 7 dead; 19 wounded | 3 | Rifle (.22-caliber Ruger); Shotgun (12-gauge pump-action); Rifle (M14) | None | Same day | No Force |
| | Julian Knight opened fire on pedestrians and cars from atop a billboard platform, killing seven people and wounding 19 others. Knight was a failed army cadet.[dccxxv] [dccxxvi] [dccxxvii] [dccxxviii] | | | | | | | | |
| 27 December 1985 | 1 | Leonardo da Vinci Airport in Rome, Italy | Unknown (unknown/ unknown); Unknown (unknown/ unknown); Unknown (unknown/ unknown); Ibrahim Mohammed Khaled (unknown/M) | 13 dead; 75 wounded | Unknown | Rifle; Other | None | Same day | Force |
| | Four gunmen belonging to the Abu Nidal Organization opened fire at the El-Al and Trans World Airlines ticket counters at Rome's Leonardo da Vinci Airport, killing 13 people and wounding 75 others. Italian police and Israeli security guards killed three of the gunmen and captured the fourth. The gunmen were armed with grenades and automatic rifles.[dccxxix] [dccxxx] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 27 December 1985 | 1 | Schwechat Airport in Vienna, Austria | Unknown (unknown/ unknown); Unknown (unknown/ unknown); Unknown (unknown/ unknown); Unknown (unknown/ unknown); | 3 dead; 30 wounded | Unknown | Submachine gun; Other | None | Same day | Force |
| | Three gunmen belonging to the Abu Nidal Organization opened fire at the El-Al ticket counter at Vienna's Schwechat Airport, killing three people and wounding 30 others. Austrian police killed one of the gunmen and captured the other two.[dccxxxi] [dccxxxii] | | | | | | | | |
| 5 August 1973 | 1 | Athens Airport in Athens, Greece | Sehud Muhammad (unknown/M); Talat Hussan (unknown/M) | 3 dead; 55 wounded | 2 | Unknown firearm; Other | None | Same day | No force |
| | Sehud Muhammad and Talat Hussan opened fire and threw grenades in a crowded passenger lounge at Athens Airport, killing three people and wounding 55 others. The passengers in the lounge were about to board a flight for Israel. The Palestinian gunmen surrendered after taking 35 passengers hostage for two hours.[dccxxxiii] | | | | | | | | |
| 29 May 1972 | 1 | Lod International Airport in Airport City, Israel | Kozo Okamoto (24/M); Tsuyoshi Okudaira (unknown/M); Yasuyuki Yasuda (unknown/M) | 26 dead; 72 wounded | 2 | Unknown firearm; Other | None | Same day | Force; Suicide |
| | Kozo Okamoto, Tsuyoshi Okudaira and Yasuyuki Yasuda opened fire on crowds at the Lod International Airport in Israel, killing 26 people and injuring 72 others. As the three Japanese gunmen arrived at the airport from Paris, they began randomly targeting victims using automatic guns and hand grenades. The Popular Front for the Liberation of Palestine recruited the gunmen from the Japanese Red Army.[dccxxxiv] [dccxxxv] | | | | | | | | |

# Foiled Plots at Office Buildings

| Date | Number of Attack Locations | Location Information | Attacker Information | Casualties | Number of Weapons | Weapon Information | Closest Relationship to Victims | Date Attack Concluded | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| 29 December 2010 | 1 | Jyllands-Posten in Copenhagen, Denmark | Unknown (44/M); Unknown (29/M); Unknown (30/M); Unknown (26/M); Unknown (37/M) | N/A | 2 | Submachine gun; Handgun | None | N/A | Plot was foiled when authorities learned of the assailants' plans, following months of investigation. |
| | Five men were arrested for planning a shooting attack on the offices of Jyllands-Posten, the Danish newspaper that published satirical cartoons of the Prophet Muhammad in 2005.[dccxxxvi] [dccxxxvii] [dccxxxviii] | | | | | | | | |

# Foiled Plots at Schools

| Date | Number of Attack Locations | Location Information | Attacker Information | Casualties | Number of Weapons | Weapon Information | Closest Relationship to Victims | Date Attack Concluded | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| 20 March 2012 | N/A | N/A | Trey Selser (22/M) | N/A | 6 | Handguns; Rifles | Unknown | N/A | Authorities arrested Selser for the murders of his parents and his brother |
| | Trey Selser shot and killed his parents and his brother in Waller, Texas. Reports state that Selser was obsessed with the Columbine shooting and was planning a mass shooting. The mass shooting was foiled when police received a concerned phone call from a relative. Upon visiting Selser's home, the police discovered the bodies of his parents and seized a collection of guns.[dccxxxix] | | | | | | | | |
| 11 March 2012 | 1 | University of Maryland in College Park, Maryland | Alexander Song (19/M) | N/A | Unknown | Unknown firearm | Academic | N/A | Plot was foiled when Song's comments on the internet were reported to police. |
| | Alexander Song was arrested after posting on a website that he planned to "kill enough people to make it to national news." Song did not obtain weapons prior to his arrest.[dccxl] | | | | | | | | |
| 27 September 2011 | 1 | Wigwam Creek Middle School in Litchfield Park, Arizona | Unknown (14/M) | N/A | N/A | N/A | Academic | N/A | Plot was foiled when an individual saw the student's comments on |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | YouTube and alerted the police. The student was then arrested at his home. |
| | A 14-year-old student was arrested for posting comments online about his plans to conduct an active shooter attack in his school before committing suicide.[dccxli] | | | | | | | | |
| 5 August 2011 | 1 | Lakeshore High School in Covington, Lousisiana | Unknown (unknown; unknown) | N/A | Unknown | Unknown firearm | Academic | N/A | Plot was foiled when the students' plans were revealed by students who contacted administrators of the school. Authorities discovered an invitation-only Facebook group including all three of the students. |
| | Jacob Keller, Todd Singleton and Daniel Hopkins' planned to shoot fellow high school students during the first day of classes. Police foiled the plot when other students at the school alerted them to the students' suspicious behavior.[dccxlii] | | | | | | | | |
| 5 August 2011 | 1 | Lincoln County High school in Winfield, Missouri | Donald G. Waters (18/M); unidentified juvenile (16/M) | N/A | Unknown | Unknown firearm | Academic | N/A | Plan was foiled when students reported to the school's resource |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | officer that the two students attempted to recruit them to help with the shooting. |
| | Donald Waters and a minor planned to go through their high school and shoot as many people as possible. Waters attempted to recruit fellow students to assist him with the shooting. Police foiled the plot when two students Waters reached out to turned him in to school officials.[dccxliii] | | | | | | | | |
| 26 August 2010 | 1 | Leto High School in Tampa, Florida | Austin James Cook (17/M) | N/A | 1 | Rifle (.22-caliber) | Academic | N/A | Plot was foiled when law enforcement investigated a tip that was reported to Campus Crime Stoppers. |
| | Austin Cook was arrested when authorities uncovered his plan to "break the record" of the Columbine and Virginia Tech school shootings at his high school. Police seized a rifle, bow and arrow, several gun-related books and a Columbine video game from the suspect's home. Prior to his arrest, Cook attempted to recruit someone to help him conduct the attack.[dccxliv] [dccxlv] [dccxlvi] | | | | | | | | |
| 7 May 2010 | 1 | Connetquot High School in Long Island, New York | Christopher Franko (17/M); Dana Saltzman (16/F) | N/A | Unknown | Shotguns; Other | Academic | N/A | Plot was foiled when Franko's social worker alerted police as to her suspicions that the two suspects might be planning an attack. |
| | Christopher Franko and his girlfriend, Dana Saltzman, were arrested for planning an attack on their high school. Reports state that the suspects sought to purchase shotguns and randomly shoot students, faculty and staff at Franko's former school. Prior to this plot, Franko had been accused of similar shooting attempts at his school.[dccxlvii] [dccxlviii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 March 2010 | 1 | Chelan High School in Chelan, Washington | Charles T. Mustoe (17/M) | N/A | 10 | 3 shotguns; 5 rifles; 2 handguns | Academic | N/A | Plot was foiled when the parents of a girl with whom Mustoe had discussed his plans alerted authorities. |
| | Charles Mustoe was arrested for planning an attack at Chelan High School. Mustoe planned to carry out the attack on April 20, 2011, the anniversary of the Columbine High school shooting. Reports state that Mustoe was angry about being bullied at school.[dccxlix] [dccl] | | | | | | | | |
| 14 February 2010 | 1 | Marshall High School in San Antonio, Texas | Unknown (16/M) | N/A | Unknown | Unknown | Academic | N/A | Plot was foiled when the suspect revealed his plans to a man with whom he was playing an online video game; the man immediately notified law enforcement. |
| | A student was arrested for planning a shooting spree at Marshall High School.[dccli] [dcclii] | | | | | | | | |
| 4 May 2009 | 1 | Covina High School in West Covina, California | Unknown (15/M); Unknown (16/M) | N/A | 2 | 2 handguns (one Glock .40-caliber and one Smith & Wesson .357-caliber) | Academic | N/A | Plot was foiled when a man reported the theft of two handguns from his home, enabling police to trace the theft to the |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | victim's stepson. |
| | Two high school students were arrested for plotting to randomly shoot classmates at Covina High School during a school assembly. Authorities discovered two loaded handguns as well as violent drawings at the home of one of the teenagers. The boys admitted to having brought their weapons to the school three times in the past.[dccliii] | | | | | | | | |
| 9 April 2009 | 1 | Dove Creek High School in Colorado | Cody Barr (19/M); unknown (16/M) | N/A | Over 10 | 7 rifles; Handguns (.22-caliber); Shotguns; Rifles (M1 carbine); Other | Academic | N/A | Plot was foiled when one of the suspects informed his family about the plot. |
| | During an investigation of two teenagers who were arrested in New Mexico on suspicion of burglary, authorities uncovered the teenagers' plans for a shooting attack at Dove Creek High School. The teenagers planned to shoot students, the school principal, the superintendent, the County Sheriff, and the Undersheriff. A stash of weapons was discovered in one of the teenagers' home.[dccliv] [dcclv] | | | | | | | | |
| 8 April 2009 | 1 | Landstown High School in Virginia Beach, Virginia | Phillip Bay (17/M); unknown (unknown/M); unknown (unknown/M) | N/A | Over 30 | 2 shotguns; Other | Academic | N/A | Plot was foiled when the suspects' friend alerted authorities of their plan to bomb the school. |
| | Three high school students were arrested for plotting to bomb their high school after police discovered 28 pipe bombs, Molotov cocktails, shotguns, violent videos, and a hit-list of students' names at one of the teenagers' home. Two years prior, one of the teenagers had served three months of supervised probation for possessing a hoax explosive device around the date of the Columbine High School attack anniversary.[dcclvi] [dcclvii] | | | | | | | | |
| 8 December 2008 | 1 | Blue Mountain High School in North Manheim, Pennsylvania | Gregory N. Nason (17/M) | N/A | 5 | 2 rifles; Shotgun; Other | Academic | N/A | Plot was foiled when several students informed school officials that they suspected |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Nason might conduct a school shooting. |
| | Gregory Nason was arrested for plotting to shoot students at Blue Mountain High School. Police found multiple weapons, replica guns, a gas mask, a fake hand grenade, shooting gloves, replica explosive devices and paramilitary clothing at his home.[dcclviii] | | | | | | | | |
| 4 December 2008 | 1 | Pottstown High School in Montco, Pennsylvania | Richard Yanis (15/M) | N/A | 3 | Handguns (one Smith & Wesson .357 caliber revolver; one Smith & Wesson .22 caliber semi-automatic; one Colt .45 caliber semi-automatic) | Academic | N/A | Plot was foiled when the suspect's father reported three handguns stolen from a secured gun locker in his basement. Simultaneously, a school friend of the suspect alerted a teacher about his friend's weapons. The teacher immediately contacted authorities. |
| | Richard Yanis was arrested after stealing three guns and hundreds of rounds of ammunition from his father. Reports state that Yanis's intention was to conduct a shooting spree at Pottstown High School.[dcclix] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 29 October 2008 | 1 | Big Bear High School in Big Bear, California | Unknown (16/M); unknown (16/M); unknown (16/M); unknown (15/M); unknown (15/M) | N/A | Unknown | Unknown | Academic | N/A | Plot was foiled when fellow students overheard the plans and alerted school authorities. |
| | Five teenage boys were arrested for plotting to shoot students, teachers, and staff at Big Bear High School.[dcclx] | | | | | | | | |
| 6 March 2008 | 1 | Belvidere High School in Belvidere, New Jersey | Unknown (17/M) | N/A | Unknown | Unknown | Academic | N/A | Plot was foiled when the suspect warned classmates about a hit-list he had drafted. Worried students notified school administrators. |
| | A high school student was arrested when his plot to murder classmates and teachers in New Jersey was foiled by fellow students. Reports state that the student had begun surveying school security and mapping escape routes. The student had also drafted a hit-list of intended victims.[dcclxi] | | | | | | | | |
| 28 November 2007 | 1 | Arlington High School in Lagrangeville, New York | Patrick Quigley (16/M); Joseph Saia (16/M); Unknown (15/M) | N/A | Unknown | Unknown | Academic | N/A | Plot was foiled when a student saw a MySpace posting detailing the attack and reported it to the high school principal. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Three high school students were arrested for planning to attack their school on the 11th anniversary of the Columbine High School shooting attacks.[dcclxii] | | | | | | | | |
| 18 November 2007 | 1 | Georg-Buechner Gymnasium in Cologne, Germany | Unknown (17/M); Unknown (18/M) | N/A | Unknown | Other | Academic | N/A | Plot was foiled when classmates informed school authorities that the suspects were studying a website containing images of the Columbine massacre. One of the suspects had also warned several students of an imminent attack. |
| | Two teenagers were arrested for planning an attack on their high school on the anniversary of a 2006 school shooting in Germany. After being questioned by law enforcement, one of the youths committed suicide by throwing himself in front of a train. The other suspect confessed to the plot. Air guns, crossbows and a possible hit-list of intended victims were discovered in one of the suspects' home.[dcclxiii] | | | | | | | | |
| 12 October 2007 | 1 | Plymouth Whitemarsh High School in Norristown, Pennsylvania | Dillon Cossey (14/M) | N/A | Over 34 | Handgun (.22-caliber); 33 Rifles (one .22-Caliber, one 9-millimeter semiautomatic, 30 air-powered, one 9- | Academic | N/A | Plot was foiled when a high school student informed police officers of the impending attack. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | millimeter semi-automatic with a laser scope) | | | |
| | Dillon Cossey was arrested for stockpiling weapons and plotting a school attack. Police found more than 35 weapons, a bomb-making book and violent journals and videos of the 1999 Columbine High School shooting in Cossey's bedroom. Reports state that Cossey was angry about being bullied at his school and told a friend that he wanted to stage an attack similar to the assault on Columbine High School.[dcclxiv] [dcclxv] | | | | | | | | |
| 13 July 2007 | 1 | Connetquot High School in Long Island, New York | Michael McDonough (17/M); unknown (15/M) | N/A | 3 | 2 rifles (one Uzi semi-automatic and one AK-47); Other | Academic | N/A | Plot was foiled when a journal belonging to one of the suspects was turned over to authorities after it was discovered by a customer in a McDonald's parking lot. The journal contained numerous threats and detailed plans to attack the school. |
| | Two teenagers were arrested for planning an assault at the Connetquot High School in Long Island on the anniversary of the Columbine High School rampage. The teenagers detailed their plot in journals and a video in which they identified several victims by name. The teenagers also considered throwing bombs in the McDonald's where they worked and made numerous unsuccessful attempts to purchase weapons.[dcclxvi] [dcclxvii] | | | | | | | | |
| 21 September 2006 | 1 | East High School in Green Bay, Wisconsin | William Cornell (17/M); Shawn Sturtz, | N/A | Unknown | Shotgun; Rifles; Handguns; Other | Academic | N/A | Plot was foiled when a friend of the suspects |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | (17/M); Bradley Netwal (18/M) | | | | | | informed an associate principal of the plan. |
| | Three high school seniors were arrested for plotting an attack on their high school. Investigators discovered an arsenal of guns and bombs in the suspects' homes. Reports state that the teenagers spent two years planning the attack because they were angry over being disrespected by female students. Authorities also confiscated a black leather trench coat and a book titled "Bully: A True Story of High School Revenge."[dcclxviii] | | | | | | | | |
| 25 April 2006 | 1 | Rogers High School in Puyallup, Washington | Brian Michael Evans (16/M) | N/A | 5 | 2 rifles; 2 Handguns; Other | Academic | N/A | Plot was foiled when a student who had received an online message from Evans outlining his shooting plans alerted school authorities. |
| | Brian Michael Evans was arrested for plotting a shooting attack on his high school. Investigators discovered weapons and a book containing directions to make explosives in Evans's home.[dcclxix] | | | | | | | | |
| 24 April 2006 | 1 | North Pole Middle School in Anchorage, Alaska | Unknown (unknown/M); unknown (unknown/M); unknown (unknown/M); unknown (unknown/M); unknown (unknown/M); unknown (unknown/M) | N/A | Unknown | Unknown | Academic | N/A | Plot was foiled when a student informed a parent about rumors that were circulating in school regarding the plot; the parent alerted police. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | A group of six seventh-graders were arrested for planning an attack on their middle school. The students intended to cut off power and telephone service to their school and kill classmates and faculty with guns and knives. Reports state that the students claimed to have been bullied by other students and sought to exact revenge.[dcclxx] [dcclxxi] | | | | | | | | |
| 20 April 2006 | 1 | Riverton High School in Riverton, Kansas | Unknown (unknown/M); unknown (unknown/M); unknown (unknown/M); unknown (unknown/M); unknown (unknown/M) | N/A | Unknown | Handguns; Other | Academic | N/A | Plot was foiled when school officials were notified about a threatening message on one of the suspects' MySpace page. A teenager who chatted with one of the suspects on MySpace received a list of a dozen potential victims from the suspect and immediately notified law enforcement. |
| | Five students were arrested hours before they planned to carry out a shooting spree on their school campus. Police were notified about a hit-list as well as a message on MySpace that warned students to wear bullet proof vests and flak jackets to school on April 20 – the anniversary of the Columbine High School massacre. Weapons and coded messages were discovered in the bedroom of one suspect and documents about firearms and references to Armageddon were found in two suspects' school lockers.[dcclxxii] [dcclxxiii] | | | | | | | | |
| 10 April 2006 | 1 | Winslow Township High School in Camden, | Edwin DeLeon (15/M); Peter Cunningham | N/A | Unknown | Unknown | Academic | N/A | Plot was foiled when the principal at |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | New Jersey | (16/M); David Cruz Jr. (16/M); James Whelan (15/M) | | | | | | Winslow Township High School heard about the alleged plot and alerted police. |
| | Four students were arrested for plotting to shoot fellow students, teachers and residents of their community. The students planned to start a food fight during school lunch to cause a distraction and then begin executing students and teachers from a hit-list before continuing their shooting rampage off-campus. The students surveyed school security and mapped escape routes but failed to obtain any weapons before school officials were alerted to the plot.[dcclxxiv] [dcclxxv] | | | | | | | | |
| 15 December 2005 | 1 | Quartz Hill High School in Quartz Hill, California | Johnny Alvarez Cases (17/M); unknown (15/M) | N/A | Unknown | Unknown | Academic | N/A | Plot was foiled when a student who overheard the suspects discussing their plans to cut her arms and legs off during the attack alerted the assistant principal. |
| | Two teenage friends were arrested for plotting an attack on their high school. The teenagers obtained ammunition and improvised explosive devices which they practiced detonating in the Antelope Valley Desert.[dcclxxvi] | | | | | | | | |
| 21 September 2005 | 1 | Pickens Middle School in Pickens, South Carolina | Unknown (11/M); unknown (12/M) | N/A | 2 | 2 handguns (one .45-caliber semi-automatic and one .25-caliber) | Academic | N/A | A suspect's sister alerted her parents about her brother's plot. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Two boys were arrested for planning a shooting at their middle school. The students planned to shoot a school resource officer before randomly firing on students. One of the suspects had already caught the attention of authorities after firing a handgun in his bedroom.[dcclxxvii] | | | | | | | | |
| 16 March 2005 | 1 | St. John Bosco High School in Bellflower, California | Unknown (16/M); unknown (16/M) | N/A | 1 | Rifle (.22-caliber) | Academic | N/A | Plot was foiled when one of the suspects confided in a school counselor and admitted to the plot. |
| | Two students were arrested for plotting to open fire in their high school. Upon searching the boys' homes, authorities discovered a rifle as well as maps and notes detailing the plot.[dcclxxviii] | | | | | | | | |
| 10 February 2004 | 1 | Laguna Creek High School in Elk Grove, California | Unknown (15/M); unknown (15/M) | N/A | 1 | Rifle (.22-caliber) | Academic | N/A | Plot was foiled when a parent overheard a conversation about the plot and alerted authorities. |
| | Two high school students were arrested for plotting to shoot fellow students and detonate explosive devices on campus. The students had planned to burglarize a store, obtain weapons, and use those weapons to shoot fellow students. One of the teenagers obtained a map of the school and stole his parents' .22-caliber rifle from their home.[dcclxxix] | | | | | | | | |
| November 2001 | 1 | New Bedford High School in New Bedford, Massachusetts | Eric McKeehan (17/M); Unknown (15/M); Unknown (15/M) | N/A | Unknown | Other | Academic | N/A | Plot was foiled when a student alerted authorities to the plot after hearing a rumor on campus about an imminent shooting. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Three teenagers were arrested after they confessed to planning a school attack that would surpass the death toll at the Columbine High School massacre. The students called themselves the Trenchcoat Mafia, the name used by the Columbine High School attackers, and planned to blow up the school and then gun down fleeing teachers and students. They were caught with a stash of ammunition, knives, Nazi photographs, bomb-making recipes and drug paraphernalia at their homes. In addition, a school janitor found a letter outlining plans for an attack.[dcclxxx] [dcclxxxi] | | | | | | | | |
| 14 February 2001 | 1 | Southside High School in Elmira, New York | Jeremy Getman (18/M) | N/A | 20 | Shotgun; Handgun (.22-caliber); Other | Academic | N/A | Plot was foiled when a student received a threatening note from the suspect claiming that he had a gun. She then alerted authorities to the suspect's cache of weapons. |
| | Jeremy Getman was arrested after carrying a cache of weapons into his school. His bag contained firearms, pipe bombs, a propane tank and a bag full of ammunition. Reports state that Getman planned to kill as many of his classmates and teachers as possible.[dcclxxxii] | | | | | | | | |
| 8 February 2001 | 1 | Preston Junior High School in Fort Collins, Colorado | Alexander Vukodinovich (14/M); Scott William Parent (14/M); Chad Meininger (15/M) | N/A | 6 | 2 handguns (one TEC-9 semi-automatic and one.38-caliber); 2 rifles; Shotgun; Other | Academic | N/A | Plot was foiled when four girls alerted police to a phone conversation they had with one of the suspects in which he threatened their lives and discussed the plot. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Alexander Vukodinovich, Scott William Parent and Chad Meininger were arrested for plotting an attack on their junior high school. One of the boys admitted to having shown drawings of the planned attack to several students. Reports state that the teenagers had discussed trying to replicate the Columbine High School attacks at their school.[dcclxxxiii] | | | | | | | | |
| 6 February 2001 | 1 | Royal Valley High in Hoyt, Kansas | Unknown (16/M); Unknown (17/M); Unknown (18/M) | N/A | Unknown | Rifle (modified assault); Other | Academic | N/A | Plot was foiled when a student notified school officials after hearing rumors about the students' alleged plan. |
| | Three students were arrested for planning an attack on their high school. Upon searching their homes, police discovered firearms, 400 rounds of ammunition, bomb making materials, a floor plan of their high school, Nazi drawings and black trench coats similar to those worn by the Columbine High School gunmen.[dcclxxxiv] | | | | | | | | |
| 29 January 2001 | 1 | De Anza Community College in Cupertino, California | Al DeGuzman (19/M) | N/A | 54 | 3 rifles; Shotgun; 50 others (30 pipe bombs and 20 Molotov cocktails) | Academic | N/A | Plot was foiled when a drugstore photo clerk notified police that a customer had developed photos of himself surrounded by guns and bombs. |
| | Al DeGuzman was arrested for planning to attack his community college. Reports state that DeGuzman spent two years crafting his attack plan. Police discovered a 19-minute audiotape detailing DeGuzman's plot to kill as many people at the college as possible.[dcclxxxv] [dcclxxxvi] | | | | | | | | |
| 23 April 1999 | 1 | Danforth Junior High School in Wimberley, Texas | Unknown (14/M); Unknown (14/M); | N/A | Unknown | Unknown | Academic | N/A | Students alerted authorities after overhearing |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Unknown (14/M); Unknown (14/M) | | | | | | the suspects bragging about their planned attack. |
| | Four boys were arrested for plotting to attack their junior high school with guns and explosives. Authorities discovered gunpowder and bomb-making instructions in the suspects' homes. Reports state that the students drafted a list of teachers and students they wished to target.[dcclxxxvii] | | | | | | | | |
| 16 November 1998 | 1 | Burlington High School in Burlington, Wisconsin | Unknown (15/M); Unknown (15/M); Unknown (16/M); Unknown (16/M); Unknown (16/M) | N/A | Unknown | Unknown | Academic | N/A | Plot was foiled when the girlfriend of a suspect told her parents about the alleged plot. Rumors of the plot had been circulating among the student body after one of the suspects told certain individuals not to be in school on the day of the proposed attack. |
| | Five teenagers were arrested for plotting to kill staff members and students at their high school. Reports state that the teenagers planned on using guns stolen from one of the suspects' home and intended to target people who had bullied them in school.[dcclxxxviii] | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 October 1997 | 1 | Pearl High School in Pearl, Mississippi | Marshall Grant Boyette Jr. (18/M); Donald Brooks Jr. (17/M); Justin Sledge (16/M), Wesley Brownell (17/M); Daniel Thompson (16/M); Delbert Shaw (16/M) | N/A | Unknown | Unknown | Academic | N/A | Plot was foiled when police were advised by students and parents to investigate Woodham's friends following his attack. One particular suspect came to the attention of authorities for publicly defending Woodham during a candlelight vigil for victims of Woodham's shooting rampage. |
| | Six teenagers were arrested in Mississippi for plotting to kill classmates at their high school. The arrest came nearly a week after their friend, Luke Woodham, killed two students and wounded seven in a shooting at the same school. The six students planned to terrorize the school by starting fires, cutting telephone lines and killing classmates. Reports state that they then planned to flee to Louisiana, Mexico and Cuba. Several suspects documented their plot.[dcclxxxix] | | | | | | | | |

## Foiled Plots at Other Locations

| Date | Number of Attack Locations | Location Information | Attacker Information | Casualties | Number of Weapons | Weapon Information | Closest Relationship to Victims | Date Attack Concluded | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| 8 May 2007 | 1 | Fort Dix Army base in Burlington County, New Jersey | Mohamad Ibraim Shnewer (22/M); Dritan Duka (28/M); Eljvir Duka (23/M); Shain Duka (26/M); Serdar Tatar (23/M); Agron Abdullahu (24/M) | N/A | N/A | Rifles (AK-47 assault weapons, M-16s); Other | None | N/A | Plot was foiled when a shopkeeper at a video store alerted authorities to the men after he had been asked to copy a suspicious video onto a DVD. The video displayed 10 young men shooting weapons at a firing range while calling for jihad |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Mohamad Ibraim Shnewer, Dritan Duka, Eljvir Duka, Shain Duka, Serdar Tatar, and Agron Abdullahu were arrested for planning an attack on the Fort Dix Army Base. The six men from Eastern Europe and the Middle East were apprehended by authorities while trying to purchase automatic weapons from undercover FBI agents. They also spoke of attacking U.S. warships and conducted surveillance on Fort Monmouth in New Jersey, Dover Air Force Base in Delaware and other military installations.[dccxc] [dccxci] [dccxcii] [dccxciii] | | | | | | | | |
| 24 June 2009 | 1 | Duke Energy Convention Center in Cincinnati, Ohio | John Rosser (28/M) | N/A | Unknown | Unknown | Professional | N/A | Plot was foiled when Rosser told his landlord about the plot, who then alerted authorities. Officers captured Rosser, who was armed with a gun, about 100 yards from the Convention Center |
| | John Rosser was arrested for plotting to kill his former boss at the Duke Energy Convention Center. Rosser was fired from the Convention Center two years before the plot was uncovered.[dccxciv] | | | | | | | | |

[i] "Everything We Know About the San Bernardino Terror Attack Investigation So Far," *Los Angeles Times.* 14 December 2015.
[ii] "What Investigators Know About the San Bernardino Shooting," *New York Times.* 10 December 2015.
[iii] Nelson, Shellie and Simmons, Shane "Apparent Domestic Violence at Center of Davenport and Bettendorf Active Shooter Incidents," ABC News. 27 October 2015.
[iv] Cook, Linda and Becker, Tara "Shooter in Davenport Law Office Kills Himself in Bettendorf," *Quad City Times.* 26 October 2015.

[v] "Gun Arsenal Seized from Idaho man Accused of Killing Adopted Mother, Landlord, and Arby's Manager," Associated Press. 11 January 2015.
[vi] Nakano, Erisa. Phoenix Office Complex Shooting: Steve Singer and Mark Hummels Killed, Another Wounded in Shooting. ABC News. 1 February 2013.
[vii] Gaynor, Tim. Arizona Shooting Suspect Found Dead in Apparent Suicide. Reuters. 31 January 2013.
[viiiviiiviiiviii] Hansen, Ronald and Reagor, Catherine. Phoenix Office Shooting: Lawsuit May Have Been a Factor, Records Show. Arizona Central. 1 February 2013.
[ix] Karnowski, Steve Andrew Engeldinger, Minnesota Gunman, Said 'Oh Really' Before He Started Shooting *Huffington Post.* 6 October 2012.
[x] Haag, Matthew. 'I Enjoy Watching People Beg for their Life,' McKinney Shooter Patrick Sharp told Facebook Friend. *Dallas Morning News*. 19 August 2010
[xi] CNN Staff. Heavily Armed Man Orchestrates Attack on Texas Police Building. *CNN.* 17 August 2010
[xii] Edecio Martinez. Emcore Shooter Robert Reza Kills Two, Self, Say Police. *CBS News*. 12 July 2010
[xiii] Jennings, Trip. Two Women Killed by Shooter Monday were Victims of Chance, APD Chief Says. *The New Mexico Independent*. 13 July 2010.
[xiv] Davenport, Christian. Officers who Shot Pentagon Gunman Recall Moments of Mayhem. *The Washington Post.* 9 March 2010
[xv] Associated Press. Gunman Had Multiple Weapons, Police Say. *KPTV.* 10 November 2009
[xvi] Oram, Bill. Gunman Kills Estranged Wife at Tualatin Lab, Injures Two, Kills Self. *The Oregonian*. 10 November 2009
[xvii] Dewan, Sheila. Lawyer Cites Mental Illness in Orlando Shooting. *The New York Times*. 7 November 2009.
[xviii] Orlando Sentinel Staff. Jason Rodriguez: Shooting at Downtown Orlando Office Building Leaves 5 Hurt, 1 Dead. *The Orlando Sentinel.* 6 November 2009.
[xix] Harvey, Michael. Tech Engineer Kills Three Bosses at Silicon Valley Start-Up after Being Sacked. *The Times Online*. 16 November 2009
[xx] Brown, Abbey and Warren Hayes. Standoff at Louisiana Law Firm Leaves 3 Dead. *USA Today.* 5 October 2007.
[xxi] Associated Press. Louisiana Police Kill Gunman Who Killed 2, Wounded 3 in Law Office. *Fox News.* 5 October 2007
[xxii] Bode, Nicole, Kerry Burke, and Tine Moore. Bronx Slay Suspect Paulino Valenzuela Claiming Self-Defense. *The NY Daily News*. 3 September 2007
[xxiii] WCBS Staff. Bronx Workplace Shooting Leaves 1 Dead, 2 Wounded. *WCBSTV.* 30 August 2007.
[xxiv] Piligian, Ellen and Libby Sandler. Shooting at Accounting Firm Leaves One Dead and 2 Hurt. *The New York Times*. 10 April 2007
[xxv] Taylor, Adam, Terri Sanginiti, and Andrew Tangel. Bear Man Kills 3, Himself over Deal Gone Bad. *The Delaware Online.*
[xxvi] Jones, Richard G. Gunman Kills 3 Members of Investment Firm and Himself. *The New York Times*. 14 February 2007.
[xxvii] Chicago Tribune Staff. Deadly Pursuit. *Chicago Tribune.* 11 December 2006.
[xxviii] Clark, Amy S. Shooting May Be Over 'Truck Toilet' Patent. *CBS News.*
[xxix] Associated Press. Police: Ill, Gunman Felt Cheated Over Invention. *MSNBC.* 9 December 2006.
[xxx] Press Release: Warrants Issued on 48 Year Old Man Suspected of Office Shooting in Earth City. *St. Louis County Police.* 22 October 2004.
[xxxi] Associated Press. Nation in Brief. *The Washington Post.* 24 October 2004
[xxxii] WRAL Staff. Hendersonville ESC Office Set to Reopen. *WRAL*. 8 April 2004.
[xxxiii] Deseret, Jesse Hyde. 'Gentle Giant' Loved Family. *Deseret News.* 4 February 2004.
[xxxiv] Deseret, Jesse Hyde. Shooting Suspect Offered a Plea Deal. *Deseret News*. 12 April 2005.
[xxxv] The New York Times Staff. Gunman Kills Four at Alabama Job Agency. *The New York Times.* 26 February 2003.
[xxxvi] Associated Press. Four Dead in Shooting in Alabama. Gunman Surrenders. *USA Today.* 25 February 2003.
[xxxvii] Goldberg, Carey. A Deadly Turn to a Normal Work Day. *The New York Times*. 28 December 2000.
[xxxviii] The New York Times Staff. Man Convicted of Killing 7 Co-workers. *The New York Times*. 25 April 2002.
[xxxix] Song, Jaymes K. 7 Dead in Nimitz Hwy. Xerox Shooting. *The Star Bulletin.* 2 November 1999.
[xl] CNN Staff. Alabama Man Faces Murder Charges for Office Shooting Spree. *CNN.* 5 August 1999.
[xli] Sack, Kevin. Shooting in Atlanta: The Overview. *The New York Times.* 30 July 1999.
[xlii] Associated Press. Ex-Patient Kills Psychiatrist, Self. *The Los Angeles Times.* 12 June 1999

[xliii] Associated Press. Family, Friends Remember Slain Psychiatrist as Mentor, Teacher. Lundington Daily News. 14 June 1999.
[xliv] Campbell, Becky. DA Vows to Fight 'Tooth and Nail' to Keep Man Who Shot Johnson City Attorney, Judge Behind Bars. *Times News.* 6 March 2009
[xlv] Dethman, Leigh. Woman in Triad Case Still Cannot Be Tried. *Desert Morning News.* 1 September 2005.
[xlvi] Ogata, Wendy. Infamous Shooting Incidents in Lake County. *Desert News.* 14 January 1999.
[xlvii] Rabinovitz, Jonathan. Connecticut Lottery Worker Kills 4 Bosses, then Himself. *The New York Times.* 7 March 1998
[xlviii] The New York Times Staff. 9 Fatally Shot in California in 2 Incidents over 2 Days. *The New York Times.* 20 July 1995.
[xlix] Fields, Julie. Gunman Kills 4, Is Slain by Police. *The Los Angeles Times.* 3 December 1993.
[l] Mydans, Seth. 5 Die in Gunman's Rampage in 2 California Cities. *The New York Times.* 3 December 1993.
[li] Kisken, Tom. Shattered Lives. *Ventura County Star.* 30 November 2003.
[lii] Reinhold, Robert. Seeking Motive in the Killing of 8: Insane Ramblings Are Little Help. *The New York Times.* 4 July 1993.
[liii] Sward, Susan. 101 California – Legacy of Horror / Highrise Massacre Left behind Change, Challenges. *SFGate.* 30 June 1998.
[liv] Smothers, Ronald. Florida Gunman Kills 8 and Wounds 6 in Office. *The New York Times.* 18 June 1990
[lv] Word, Ron and Associated Press. 10th GMAC Victim Dies. *The St. Petersburg Times.* 28 June 1990
[lvi] Time Staff. California: Another Fatal Attraction. *Time Magazine.* 29 February 1998.
[lvii] An Obsession with Laura. *National Institute for the Prevention of Workplace Violence.*
[lviii] Fechter, Joshua, Police: 'Paranoid' H-E-B Employee Shoots Four Colleagues, Killing One at South Texas Store. *Houston Chronicle.* 28 November 2016.
[lix] Downs, Caleb, 4 H-E-B Employees Shot, 1 Killed in Drive-By Shooting at Store near Texas-Mexico Border. *The Dallas Morning News.* 28 November 2016.
[lx] Green, Sara Jean, Arcan Cetin, Man Accused of Killing 5 in Cascade Mall Shooting, Dies in Jail. *The Seattle Times.* 17 April 2017.
[lxi] Solis, Steph, What We Know About Arcan Cetin, Washington State Shooting Suspect. *USA Today.* 25 September 2016.
[lxii] Kaleem, Jaweed and Shyong, Frank, What We Know about Gavin Eugene Long the Baton Rouge Shooter. *Los Angeles Times.* 17 July 2016.
[lxiii] Hensley, Nicole; Ng, Fred; and Greene, Leonard, Baton Rouge Shooter Gavin Eugene Long—Marine—Was Outraged at Police for Alton Sterling. *New York Daily News.* 18 July 2016.
[lxiv] Orlando Nightclub Shooting: How the Attack Unfolded. BBC News. 15 June 2016.
[lxv] Zambelich, Ariel and Hurt, Alyson. 3 Hours in Orlando: Piecing Together an Attack and Its Aftermath. NPR. 26 June 2016.
[lxvi] Who is Eulalio Tordil? NBC News. 6 May 2016.
[lxvii] Bui, Lynh; Hendrix, Steve; and Heim, Joe. Man Arrested in Md. Killing Spree Allegedly Menaced His Wife, Stepdaughters. *Washington Post.* 6 May 2016.
[lxviii] Carrero, Jacquellena and Siemaszko, Corky. Two Dead in Shooting at Knight Transportation Building in Katy, Texas. NBC News. 4 May 2016.
[lxix] Police: Katy Gunman Targeted Supervisor During Retaliation. NBC News. 5 May 2016.
[lxx] "Lafayette Shooting: Gunman ID'd as 'Kind of a Drifter'," Associated Press. 24 July 2015.
[lxxi] Winter, Tom and Connor, Tracy "Louisiana Theater Shooting: Gunman John Houser 'Disturbed,' Family Said in Docs," MSNBC. 24 July 2015.
[lxxii] "Suspect Identified in Shooting at Grand Forks Walmart," WDAZ-TV. 29 May 2015.
[lxxiii] "Police: North Dakota Wal-Mart Shooter used Personal Handgun, Not Military-Issued Weapon," Associated Press. 29 May 2015.
[lxxiv] "Officer-Involved Shooting Leaves Suspect Dead," Kens 5 Eyewitness News. 14 March 2015.
[lxxv] Jacobsen, Lauren "SAPD Officer Kills Man who Opened Fire at North Side Bar," *San Antonio Sun Times*. 15 March 2015.
[lxxvi] Cathcart, Corinne "PA Mall Shooting Suspect Fired 'Indiscriminately' in Crowded Store, Cops Say," ABC News. 8 February 2015.
[lxxvii] Murphy, Doyle "Pittsburgh Mall Shooting Suspect Identified from Instagram Post," New York Daily News. 8 February 2015.
[lxxviii] Tziperman Lotan, Gal and Harris, David "Cops: Man Killed Trying to Move Mall Shooting Victim Out of Harm's Way," *Orlando Sentinel*. 18 January 2015.
[lxxix] "Florida Mall to Reopen After Shooting that Left 2 Dead, 1 Injured," *Chicago Tribune.* 18 January 2015.

[lxxx] Stewart, Sherrel Wheeler. Two Victims Identified in Shooting at UPS Facility in Alabama. *Reuters*.
[lxxxi] CBS Staff and Associated Press. 1 Dead; 2 Wounded in Arizona Casino Shooting. *AZ Family News*. 3 August 2014
[lxxxii] Southall, Ashley and Fitzsimmons, Emma. Five Dead in Shooting Rampage in Las Vegas. *New York Times*. 8 June 2014.
[lxxxiii] Karimi, Faith. Authorities had Three Encounters This Year with Couple in Las Vegas Shooting. CNN. 12 June 2014.
[lxxxiv] Slifer, Stephanie. Cops: Columbia, Md. Mall Shooter Had a Columbine Obsession. CBS News. 12 March 2014.
[lxxxv] Knickerbocker, Brad. Mall in Columbia: Shooter ID'd as Teenager Darion Marcus Aguilar. *The Cristian Science Monitor*. 26 January 2014.
[lxxxvi] Sege, Adam and Nickeas, Peter. Victims Identified in Fatal Shooting at Supermarket. *Chicago Tribune*. 16 January 2014.
[lxxxvii] Brown, Stephanie Rex. Crazed Indiana Supermarket Shooter Mused on Facebook about Serial Killers and Going to Hell. *New York Daily News*. 16 January 2014.
[lxxxviii] Upstate New York Shooting Update: Suspected Gunman ID'd as Kurt Myers, Police Say. CBS News. 14 March 2013.
[lxxxix] McKinley, Jesse and Santora, Marc. Upstate Man Who Fatally Shot Four Dies in Standoff; Motive Remains Unclear. *New York Times*. 14 March 2013.
[xc] Dowty, Douglass. Herkimer County Deadly Shootings: What You Need to Know. Syracuse.com. 14 March 2013.
[xci] Campbell, Jon and Stanglin, Doug. Cops Kill Suspect in Deadly N.Y. Shooting Rampage. *USA Today*. 14 March 2013.
[xcii] Castillo, Mariano and Holly Yan. Details, But No Answers, in Oregon Mall Shooting. *CNN*. 13 December 2012
[xciii] Castellano, Anthony. Wisconsin Spa Shooting: Radcliffe Haughton's Estranged Wife Told the Court She Feared Her Husband. *ABC News*. 23 October 2012
[xciv] CBS Staff. Fla. Salon Manager Filed a Restraining Order Against Alleged Shooter, Bradford Baument, Police Say. *CBS News*. 19 October 2012
[xcv] Hightower, Kyle and Suzette Laboy. Casselberry Salon Shooting: Gunman Kills 3 Women, Self at Las Dominicanas M & M Beauty Salon in Florida. *The Huffington Post*. 18 October 2012.
[xcvi] McGeehan, Patrick. Man Kills Co-Workers and Himself in New Jersey. *The New York Times*. 31 August 2012.
[xcvii] Goode, Erica, Serge F. Kovaleski, Jack Healy and Dan Frosch, Before Gunfire, Hints of 'Bad News'. *The New York Times*. 26 August 2012
[xcviii] Seattle Times Staff. Seattle Shootings: Day of Horror, Grief in a Shaken City. *The Seattle Times*. 30 May 2012
[xcix] CBS Staff. Ala. Postal Worker Opens Fire in Mail Room. *CBS News*. 2 December 2011
[c] Wade, Natalie. Montgomery Man Indicted on Federal Charges in December Postal Facility Shooting. *Montgomery News*. 1 March 2012
[ci] Santa Cruz, Nicole. Prosecutors Seek Death Penalty in Salon Shooting Case. *The Los Angeles Times*. 29 November 2011.
[cii] Ferral, Katelyn. Suspect Charges in Durham IHOP Shooting. *News Observer*. 14 October 2011.
[ciii] ABC Staff. Man Arrested, Charges in Fatal IHOP Shooting. *ABC News*. 11 November 2011.
[civ] Keegan, Steve. Gunman Kills 4 at Nevada Pancake House, Shoots Self. *Reuters*. 7 September 2011
[cv] Whale, Robert. Prosecutors Charge Alleged Casino Shooter with Seven Counts of First-Degree Assault. *The Auburn Reporter*. 3 August 2011
[cvi] Associated Press. Assault Charges for WA Man in Casino Shooting. *The Seattle Times*. 27 July 2011.
[cvii] Le, Phuong. 20 Injured in 2 Separate Seattle Shootings. *The Washington Times*, 25 July 2011
[cviii] Dean, Mensah M. Defendant in Bar Shooting Held for Trial. *The Inquirer*. 14 December 2011.
[cix] CBS News Staff. Philadelphia Police Charge Suspect in Deadly Nicetown Bar Shooting. *CBS News*. 28 June 2011
[cx] Martinez, Michael and Kyung Lah. Loughner Pleads Guilty to 19 Counts in Tucson, Arizona Mass Shooting. 8 August 2011
[cxi] Gryta, Matt and Lou Michel. Grand Jury Indicts McCray in City Grill Killings; Bail Revoked. *Buffalo News*. 1 September 2010
[cxii] Associated Press. Suspect in Deadly Buffalo, NY, Street Shooting Pleads Not Guilty to 4 Counts of Murder. *Fox News*. 26 August 2010
[cxiii] Black, Caroline. Florida Man Kills Four Women in Restaurant Shooting. *CBS News*. 7 June 2010
[cxiv] Red, Christian. Former Yankees, Mets Pitcher Orlando 'El Duque' Hernandez 'in Shock' over Half-Brother's Shootings. *The NY Daily News*. 9 June 2010
[cxv] CBS Staff. Hialeah Shooting Spree Survivor Recalls Crime. *CBS4 News*. 16 June 2010

[cxvi] Blatt, Shane, Alexis Stevens, Ralph Ellis. Cobb Shooter Chose Victims at Random, Company Official Says. *Cobb County News.* 14 January 2010
[cxvii] Gillooly, Jon. Accused Penske Killer of 3 Enters Plea of Not Guilty. *Marietta Daily Journal.* 24 July 2010
[cxviii] MyFox Atlanta Staff. Man Pleads Not Guilty in Penske Shooting. *MyFox Atlanta.* 23 July 2010.
[cxix] Seattle Times Staff. Lakewood Police shooting Suspect Killed by Officer in South Seattle Early Today. *The Seattle Times.* 1 December 2009
[cxx] Yardley, William. Tacoma Suspect Said to Threaten to Shoot Officers. *The New York Times.* 30 November 2009.
[cxxi] Kamb, Lewis. Clemmons' Last Days: A Timeline of Tragedy. *News Tribune.* 3 December 2009.
[cxxii] Associated Press. Police Identify Gunman in Saipan Rampage. *CBS News.* 22 November 2009
[cxxiii] De La Torre, Ferdie. Gunman Fired Guns More than 40 Times. *Saipan Tribune.* 26 November 2009.
[cxxiv] De La Torre, Ferdie. Shooting Rampage Stuns CNMI. *Saipan Tribune.*
[cxxv] Associated Press. Suspect in Wail Bar Shooting Faces Murder Charge. *The Washington Times.* 9 November 2009.
[cxxvi] Potter, Beth. One Dead in Vail Bar Shooting; Suspect Jailed. *The Denver Post.* 8 November 2009.
[cxxvii] Huffington Post Staff. Richard Moreau Murder Charges: Vail Bar Killer May Have Had PTSD. *The Huffington Post.* 8 November 2009.
[cxxviii] CTV Staff. Gunman in Health Club Shooting a 48-Year-Old Loner. *CTV.* 5 August 2009.
[cxxix] Ferran, Lee, Chris Cuomo, Sarah Netter, and Lindsay Goldwert. Pa. Gunman 'Hell-Bent' on Killing, Had 4 Guns. *ABC News.* 5 August 2009
[cxxx] Pacheco, Walter. Naked Man Arrested after Shooting at Bar. *The Orlando Sentinel.* 10 September 2009.
[cxxxi] WFTV Staff. Accused Orlando Bar Gunman Denied Bond. *WFTV.* 10 September 2009
[cxxxii] WFTV Staff. Suspect Arrested in Shooting at Downtown Orlando Club. *WFTV.* 10 September 2009
[cxxxiii] ABC Staff. Nightclub Employee Killed in Shooting. *ABC News.* 25 July 2009.
[cxxxiv] Supgul, Alexander. Images from Night of Deadly Club Shooting. *MyFox News.* 29 July 2009.
[cxxxv] Stout, David. Museum Gunman a Longtime Foe of Government. *The New York Times.* 10 June 2009.
[cxxxvi] Associated Press. Guard Died after Holocaust Museum Shooting. *MSNBC.* 10 June 2009.
[cxxxvii] Guilfoil, John M. One Dead, Several Injured in Springfield Strip Club Rampage. *The Boston Globe.* 30 May 2009.
[cxxxviii] Esposito, Richard. Binghamton Rampage Leaves 14 Dead, Police Don't Know Motive. *ABC News.* 3 April 2009
[cxxxix] Rivera, Ray and Nate Schweber. Before Killings, Hints of Plans and Grievance. *The New York Times.* 4 April 2009
[cxl] Perry, Tony. Man Shoots 2 Co-workers; 1 Died. *The Los Angeles Times.* 25 March 2009.
[cxli] Stickney, R. and Monica Dean. MTS Shooter, Victim Identified. *NBC San Diego.* 24 March 2009
[cxlii] 10 News Staff. Motive Remains Mystery in Bus Depot Shooting. *San Diego 10 News.* 25 March 2009
[cxliii] Dade, Corey. Mardi Gras Revives, but Shooting Scars Party. *The Wall Street Journal.* 25 February 2009
[cxliv] United Stated of America v. Mark Brooks. 10-202. U.S. District Court Eastern District of Louisiana.
[cxlv] Filosa, Gwen. Jury Frees 19-year-old New Orleans Man of 2009 Mardi Gras Parade Shooting Charge. *Times-Picayune.* 26 August 2010.
[cxlvi] Filosa, Gwen. Prosecutors Work to Keep Cases Touched by Danziger Bridge Investigation on Track. *Times-Picayune.* 8 April 2010.
[cxlvii] Miletich, Steve. Washington Exchange Student from Peru among Portland Shooter's Victims. *The Seattle Times.* 26 January 2009
[cxlviii] Associated Press. Gunman in Portland, Oregon Shooting Spree Dies. *MSNBC.* 27 January 2009.
[cxlix] Journal Staff. Four, Including Gunman, Killed in Bank Shooting. *McComb-Enterprise Journal.* 12 March 2008.
[cl] Times Online Staff. Police Baffled by Mystery of Gunman Who Shot Dead Firefighter at Wendy's. *The Times Online.* 4 March 2008
[cli] Associated Press. Teen's Downward Spiral Ends in Gunfire, Death. *MSNBC.* December 6, 2007
[clii] CNN Staff. Police: Nine Killed in Shooting at Omaha Mall, Including Gunman. *CNN.* 6 December 2007
[cliii] Associated Press. Omaha Mall, Scene of Mass Killing, Reopens. *CBS News.* 8 December 2007.

[cliv] Associated Press. Police: Kansas City Mall Shooter Disgruntles over Denied Security Job License. *Fox News.* 30 April 2007.
[clv] KMBC Staff. Police: Gunman Wanted to Cause Havoc at Mall. *KMBC.* 30 April 2007
[clvi] The Estate of Luke A. Nilges, Joann Nilges, and Wayne Nilges v. Shawnee Gun Shop. Kansas State Court of Appeals. 103, 175.
[clvii] Alfano, Sean. Police: Off-Duty Cop Saved Lives in Mall. *CBS News.* 13 February 2007
[clviii] Stolz, Martin. After a Rampage, Trying to Grasp What Led a Son to Kill. *The New York Times.* 20 February 2007.
[clix] Associated Press. Man Kills Woman, 2 Others. *MSNBC.* 18 April 2006.
[clx] The New York Times Staff. National Briefing, Midwest: Missouri: Another Victim in Shooting Rampage. *The New York Times.* 22 April 2008
[clxi] Kohler, Jeremy. I Could Have Stopped Them. *St. Louis Post-Dispatch.* 20 April 2006
[clxii] Collins, Chris. Shooting Car Was Allegedly Suspect's Last Act. *Baker City Herald.* 7 April 2006.
[clxiii] Mid-Hudson News Staff. Bonelli to Appear in Court. *Mid-Hudson News.* 15 March 2006.
[clxiv] CNN Staff. Shooter Wounds Two at New York Mall. 13 February 2005.
[clxv] Lyman, Rich and Albert Salvato. After a Concert Shooting, a Who but Not a Why. *The New York Times.* 10 December 2004.
[clxvi] Esterbrook, John. Inside the Mind of a Killer. *CBS News.* 10 December 2004.
[clxvii] Thompson, Jamie and Carrie Johnson. Gunman Kills Two, Self at Gateway Mall. *St. Petersburg Times*. 19 November 2004.
[clxviii] Thompson, Jamie and Carrie Johnson. Shooting is Last Act of a Traumatic Violent Life. *St. Petersburg Times*. 19 November 2004.
[clxix] Associated Press. Tow Dead in a Tennessee Store Shooting. *The Los Angeles Times.* 30 August 2003
[clxx] Seattle Times Staff. Man Kills Shop Owner, Self in Pursuit of Ex-Girlfriend. *The Seattle Times.* August 31, 2003
[clxxi] WPBF Staff. Man Shoots Estranged Wife, Co-Worker at Garden Center. *WPBF.* 29 July 2003
[clxxii] Associated Press. Two Women Dead, One Hurt in San Antonio Office Shooting. *Fox News.* 24 July 2003.
[clxxiii] Venturo, Jim. Police: Shooter Was 'Control Freak'. *Laredo Morning Times.* 25 July 2003
[clxxiv] Curry, Matt. Guilty Verdict in Car Wash Killings. *ABC News.* 26 September 2000.
[clxxv] Associated Press. Postal Worker Kills Self after Fatal Rampage. *The Los Angeles Times.* 20 December 1997.
[clxxvi] Associated Press. Gunman Kills 2, Takes Own Life. *The Victoria Advocate*. 8 October 1997
[clxxvii] Brown, Chip. Three Dead, One Wounded in Shooting at San Antonio Business. *Associated Press.*
[clxxviii] New York Times Staff. Postal Worker Shoots 2 and then Kills Himself. *The New York Times*. 3 September 1997
[clxxix] CNN Staff. Gunman Shoots 7, Kills Self at Empire State Building. *CNN.* 24 February 1997.
[clxxx] Time Staff. Post Office Murder. *Time Magazine.* 17 May 1993.
[clxxxi] New York Times Staff. Ex-Postal Employee Is Arrested in Deaths of Two in California. *The New York Times.* 9 May 1993
[clxxxii] Cone, Marle and Jodi Wilgoren. Fired Mail Carrier Said to be Manic-Depressive. *The Los Angeles Times.* 7 May 1993.
[clxxxiii] Levin, Doron P. Ex-Postal Worker Kills 3 and Wounds 6 in Michigan. *The New York Times*. 15 November 1991
[clxxxiv] Hayes, Thomas C. Gunman Kills 22 and Himself in Texas Cafeteria. *The New York Times.* 17 October 1991
[clxxxv] New York Times Staff. Services Conducted in New Jersey for Slain Postal Service Workers. *The New York Times.* 15 October 1991.
[clxxxvi] Gorman, Tom and Richard Serrano. Postal Employee Kills Wife, 2 Co-Workers. *The Los Angeles Times.* 11 August 1989
[clxxxvii] Associated Press. Mail Handler Shoots 3 at Post Office. *The Los Angeles Times.* 15 December 1988
[clxxxviii] Washington Post Staff. 3 Shot in New Orleans as Suspect Holes Up. 15 December 1988
[clxxxix] Bell, Rachael. Workplace Homicide. *TruTV.*
[cxc] Barringer, Felicity. Postal Officials Examine System after 2 Killings. *The New York Times.* 8 May 1993
[cxci] Associated Press. Cleark Kills Fellow Worker, Wounds Two in Shooting Spree at Atlanta Post Office. *The Los Angeles Times.* 7 March 1985.

[cxcii] Gresko, Jessica. 20 Years Later, San Ysidro McDonald's Massacre Remembered. *Associated Press.* 18 July 2004.
[cxciii] Coleman, Loren. *The Copycat Effect: How the Media and Popular Culture Trigger the Mayhem in Tomorrow's Headlines* (New York: Simon and Schuster, 2004), pg. 151.
[cxciv] Associated Press. Postal Worker Held in Death of Postmaster. *Ocala Star-Banner.* 3 December 1983
[cxcv] Barringer, Felicity. Postal Officials Examine System after 2 Killings. *The New York Times.* 8 May 1993
[cxcvi] Ames, Mark. Excerpt: Breaking Down at the Post Office. *AlterNet.* 3 October 2005
[cxcvii] Times Staff. Murderer's Row. *Times Magazine.* 30 August 1982.
[cxcviii] Walsh, Anthony. *Race and Crime: A Biosocial Analysis* (Nova Science Publishers, Inc., 2004, pp. 38-39.
[cxcix] Hustmyre, Chuck. Notorious Murders: Mark Essex. *TruTV.*
[cc] Friedenberger, Amy, Two Dead, Three Injured in Shooting at FreightCar America in Roanoke. *The Roanoke Times.* 25 October 2016.
[cci] Associated Press, Workplace Shooting at Virginia Rail Car Plant Leaves Two Dead, Including Gunman. Fox News. 25 October 2016.
[ccii] Silverstein, Jason, Two People Dead in Murder-Suicide Shooting Attack at Car Manufacturing Plant. *New York Daily News.* 25 October 2016.
[cciii] Silverstein, Jason "South Dakota Man Jeffrey DeZeeux Shoots Two Steel Workers After Dispute, Killing One, then Kills Himself: Cops," New York Daily News. 14 February 2015.
[cciv] Walker, Mary and Leader, Argus "Authorities ID Shooter, Victims in Lennox Shooting," Argusleader.com. 13 February 2015.
[ccv] Bult, Laura; Ng, Alfred; and Moore, Tina. Gunman, 54, Shoots Two, Kills Self in Brooklyn: Cops. *New York Daily News.* 1 July 2014.
[ccvi] Goodman, David and Surico, John. Job Seeker Wounds 2 Then Kills Himself at Brooklyn Workshop, Police Say. *New York Times.* 30 June 2014.
[ccvii] Watkins, Tom Police: FedEx Worker Wounds 6 in Georgia, then Kills Himself. CNN. 30 April 2014.
[ccviii] Ganns, William. Georgia FedEx Gunman Used Shotgun to Injure Six, Shoot Himself, Police Said. ABC News. 29 April 2014.
[ccix] Marcum, Diana. Man Shoots Four Co-Workers, Two Fatally, at Fresno Poultry Plant. *The Los Angeles Times.* 7 November 2012.
[ccx] Marcum, Diana. Fresno Chicken Plant Gunman Tried to Shoot Fifth Co-Worker, Police Say. *The Los Angeles Times.* 7 November 2012.
[ccxi] Adkisson, Jim Brumm and Michelle Nichols. Untitled. *Reuters.* 13 January 2012.
[ccxii] Donald, Brooke. Shareef Allman Killed Himself. *The Huffington Post.* 12 October 2011
[ccxiii] La Ganga Maria L., Lee Romney, and Sam Quinones. Manhunt Continues for Suspect in California Quarry Shooting. *The Los Angeles Times.* 6 October 2011.
[ccxiv] Graham, Troy, Mike Newall, and Michael Brocker. Before Kraft Shooting Rampage Growing Alarm over Suspect's Behavior. *The Philadelphia Inquirer.* 11 September 2010.
[ccxv] Alfano, Sean. Suspended Female Employee Guns down Two in Shooting Spree at Kraft Factory in Philadelphia. *The NY Daily News.* 10 September 2010.
[ccxvi] River, Ray and Christin Haughney. Amid Mourning, Eerie Details Emerge about Connecticut Shooting. *The New York Times.* 4 August 2010.
[ccxvii] Associated Press. Police: Conn. Warehouse Gunman Targeted Managers. *Fox News.* 4 August 2010
[ccxviii] Associated Press. 9 Dead in Shooting at Connecticut Beer Distributor. *MSNBC.* 4 August 2010.
[ccxix] Friedman, Emily. 911 Tapes from Connecticut Shooting describe Gunman's Deadly Rampage. *ABC News.* 4 August 2010.
[ccxx] CNN Staff. Police Investigating Motive for Shooting in St. Louis that Left 1 Dead. *CNN.* 8 January 2010.
[ccxxi] Robbins, Liz. Gunman Kills 3 Co-Workers in St. Louis Factory and then Himself. *The New York Times.* 7 January 2010.
[ccxxii] CBS Staff. Former Employee Arrested in Deadly Pa. Shooting. *CBS News.* 2 August 2008
[ccxxiii] ABC Staff. Former Employee Kills Two at Bristol Warehouse. *ABC News.* 2 August 2008.
[ccxxiv] Driehaus, Bob. Man in Kentucky Kills 5 Co-Workers. *The New York Times.* 25 June 2008.
[ccxxv] Channel Staff. 1 Dead, 1 Wounded in Workplace Shooting. *The Boston Channel.* 1 April 2008.
[ccxxvi] Enterprise News Staff. Family of Randolph Shooting Victim Gropes for Answers. *Enterprise News.* 1 April 2008.

[ccxxvii] Keyt Staff. Lee Leeds Makes Court Appearance. *Keyt.* 1 April 2008
[ccxxviii] Associate d Press. Son of Owner Held in Santa Maria Wrecking Yard Slayings. *North County Times.* 20 March 2008.
[ccxxix] Associated Press. 2 Die in Shootings at Water Plant. *The Los Angeles Times.* 28 April 2007.
[ccxxx] Garvey, Megan. Man Wounds 3 Co-workers and then Kills Himself in Signal Hill. *The Los Angeles Times.* 6 March 2007
[ccxxxi] Associated Press. 4 Hurt in Ind. Workplace Shooting. *USA Today.* 11 January 2007.
[ccxxxii] Denver Channel Staff. Suspect, Victims in Safeway Shooting Rampage Identified. *The Denver Channel.* 27 June 2006.
[ccxxxiii] Associated Press. Gunman Killed after Fatal Denver Shooting. *The New York Times.* 26 June 2006.
[ccxxxiv] Associated Press. Suspended Worker Opens Fire at Plant. *Milwaukee Journal Sentinel.* 21 April 2006.
[ccxxxv] Associated Press. Police Look for Motive in Deadly Postal Shooting. *MSNBC.*31 January 2006.
[ccxxxvi] Archibold, Randal C. Death Toll Climbs to 8 in California Postal Plant Rampage. The New York Times. 2 February 2006.
[ccxxxvii] Associated Press. Fired Man Shoots Supervisors, Himself. *USA Today.* 23 November 2005.
[ccxxxviii] Horseman, Jeff and Penny Riordan. Shooting Victims Out of Hospital. *The Maryland Gazette.* 26 November 2005.
[ccxxxix] Holl, John. Shot on Job, Woman Dies 4 Days Later. *The New York Times.* 1 October 2005.
[ccxl] Doherty, John and Alexa James. Fired Sex Offender Shoots 3, Kills Self. *Times Held-Record.* 27 September 2005
[ccxli] O'Donnell, Michelle and John Holl. Ex-Employee Kills Himself after Shooting 3 in Factory. *The New York Times.* 27 September 2005.
[ccxlii] Lost Angeles Times Staff. Two Hurt in Shipyard Shooting; Worker Held. *The Los Angeles Times.* 22 February 2005.
[ccxliii] Associated Press. Suspect in Miss. Shipyard Shooting Held. *Fox News.* 21 February 2005.
[ccxliv] Associated Press. Autoworker's Grudge Turns Deadly. *CBS News.* 27 January 2005.
[ccxlv] Windau, George. Pressure Led to Shootings at Jeep. *Labor Notes.* 1 March 2005.
[ccxlvi] Associated Press. Six Dead in Kansas Workplace Shooting. *MSNBC.* 3 July 2004.
[ccxlvii] Moaveni, Azadeh. Man Fatally Shoots Worker, then Himself. *The Los Angeles Times.* 10 December 2003.
[ccxlviii] Kropko, R. Man Threatened Suicide before Factory Shooting, His Parents Say. *Associated Press.* 21 August 2003.
[ccxlix] Murphy, Jarrett. Six Dead in Mississippi Massacre. *CBS News.* 9 July 2003.
[ccl] Sioca, Paul. Three Killed, Several Injured in Shooting at Missouri Manufacturing. *Associated Press.* 2 July 2003.
[ccli] Wilgoren, Jodi. Indiana Factory Shooting Leaves 2 Dead and 6 Hurt. *The New York Times.* 7 December 2001.
[cclii] Fountain, John W. Factory Feud Is Cited in Shooting in Indiana. *The New York Times.* 8 December 2001.
[ccliii] Hull, Katina. Factory Gunman in Indiana Rampage is 'Love Triangle'. *Laredo Morning Times.* 8 December 2001.
[ccliv] Associated Press. Five Workers Die in Shooting Rampage at Chicago Navistar Plant. *Lubbock Avalanche-Journal.* 6 February 2001.
[cclv] State v. Wise. 25819., South Carolina Judicial Department, May 11, 2004
[cclvi] Collins, Jeffrey. Hastings Wise a Volunteer for Execution; His Is Scheduled for This Evening. *The Times and Democrat.*
[cclvii] Quinn, Joshua. Arthur Hastings Wise Put to Death for Aiken Murders. *NBC Augusta.* 16 August 2007.
[cclviii] Gold, Matea and John Cox. Gunman Felt He Was Taunted, Police Say. *The Los Angeles Times.* 7 June 1997.
[cclix] New York Times Staff. 6 Dies in Texas Office Shooting. *The New York Times.* 4 April 1995.
[cclx] Shannon, Kelly. Employee Kills 5, Self at Texas Refinery. *Associated Press.* 5 April 1995.
[cclxi] Associated Press. Some Recent Workplace Shootings. *Seattle Times.* 31 July 1999.
[cclxii] Across the Nation. *Seattle Times.* 15 March 1994.
[cclxiii] Associated Press. Worker on Disability Leave Kills 7, then Himself, in Printing Plant. *The New York Times.* 15 September 1989.
[cclxiv] Associated Press. Records Show Killer Having Mental Illness. *The Victoria Advocate.*24 September 1989.

[cclxv] McPherson, Mark. Video of Antigo Prom Shooting Released; Officer Cleared. ABC News. 14 July 2016.
[cclxvi] McLaughlin, Eliott. Suspect in Wisconsin Prom Shooting Dies, Police Say. CNN. 24 April 2016.
[cclxvii] Sheriff: Madison Jr./ Sr. High School Shooter Got Gun from a Family Member. WCPO Cincinnati. 9 February 2016.
[cclxviii] Knight, Cameron. School Shooter: Family Trouble Led to Gunfire. Cincinnati.com. 17 June 2016.
[cclxix] Healy, Jack and Lovett, Ian Oregon Killer Described as Man of Few Words, Except on Topic of Guns, *New York Times.* 2 October 2015.
[cclxx] Mai-Duc, Christine Gun-Obsessed, Timid and His Mom Called Him 'Baby': What We Know of Chris Harper-Mercer, *Los Angeles Times.* 2 October 2015.
[cclxxi]"Oregon Shooting on College Campus Leaves 10 Dead, Associated Press. 1 October 2015.
[cclxxii] Racine, Hope What Kind of Guns Did the Oregon Shooter Use? Christ Harper Mercer Was Found with More Than One Weapon, Bustle.com. 2 October 2015.
[cclxxiii] Waters, TaMaryn and Dobson, Byron FSU's Strozier Library Shooter: A Look Insider Myron May's Inner Turmoil, Tallahassee.com. 9 January 2015.
[cclxxiv] Goldstein, Sasha Florida State Surveillance Video Shows Gunman Myron May Unload on Victims at Strozier Library, *The New York Daily News.* 29 January 2015.
[cclxxv] Javier, Liza. Marysville Shooting Victim Andrew Fryberg, 15, Dies. *K5 NBC News.* 7 November 2014.
[cclxxvi] Johnson, Kirk. Washington School Gunman Used Texts to Gather Victims at Lunch, Police Say. *The New York Times.* 27 October 2014.
[cclxxvii] Landler, Mark and Van Der Voo, Lee. Oregon Shooting Draws Obama's Outrage on Gun Laws. *New York Times.* 10 June 2014.
[cclxxviii] DiBlasio, Natalie; Bacon, John; and Winter, Michael. 'A Very Tragic Day': Student, Teen Gunman Dead at Oregon High School. *USA Today*. 10 June 2014.
[cclxxix] Johnson, Kirk. Shooting Leaves One Dead at Seattle Pacific University. *New York Times.* 5 June 2014.
[cclxxx] Murder Charges Filed in Seattle Pacific University Shooting. CBS News. 10 June 2014.
[cclxxxi] KOAT Staff. Roswell School Shooter Received Maximum Sentence. *KOAT 7 ABC.* 5 January 2015.
[cclxxxii] Martinez, Michael. 1 Student Critical, 1 Stable after Boy Opens Fire in New Mexico Middle School Gym. *CNN.* 15 January 2014.
[cclxxxiii] Muskal, Michael. Coroner: Colorado School Shooter Killed Himself with Shotgun Blast. *Los Angeles Times.* 16 December 2013.
[cclxxxiv] Sheriff: Wounded Colorado Student a Victim of Evil Act. CBS News. 14 December 2013.
[cclxxxv] Carter, Chelsea and Watkins, Tom. Colorado School Shooter Wanted 'Revenge' on Faculty, Sheriff Says. CNN. 13 December 2013.
[cclxxxvi] McAndrew, Siobhan. Friends, Family Say Middle School Shooter was Gentle Boy. *USA Today.* 11 November 2013.
[cclxxxvii] Parents of Nevada School Shooter Say He was Teased. CBS News. 4 November 2013.
[cclxxxviii] Botelho, Greg and Friedman, Chandler. Police: Student Shot Two Women at Virginia Community College Before Being Subdued. CNN. 12 April 2013.
[cclxxxix] Powerll, Melissa. MacInnis to Serve 38 Years for Shooting at New River Mall. *The Roanoke Times.* 23 June 2014.
[ccxc] Associated Press. Teen Shooter who Opened Fire at Taft Union High School in California to be Tried as an Adult. *New York Daily News.* 14 January 2013.
[ccxci] Wilson, Stan and Martinez, Michael. Teen Pleads Not Guilty in California School Shooting. CNN. 15 January 2013.
[ccxcii] California School Shooting: Alleged Gunman, Bryan Oliver, Pleads Not Guilty to Attempted Murder. CBS News. 16 January 2013.
[ccxciii] Barron, James. National Reels After Gunman Massacres 20 Children at School in Connecticut. *The New York Times.* 14 December 2012.
[ccxciv] Jaffe, Greg. Adam Lanza Is Recalled as a 'Rambunctious Kid' with Family Problems. *The Washington Post.* 15 December 2012
[ccxcv] Stoller, Gary and Oren Norrell. Classmate Says Adam Lanza Attended Sandy Hook School. *USA Today.* 19 December 2012.
[ccxcvi] Onishi, Norimitsu and Malia Wollan. Troubled History emerges for Suspect in Oakland Shootings. *The New York Times.* 3 April 2012.
[ccxcvii] CBS Staff. One L. Goh, Oikos University Gunman, Kills 7 People 'Execution Style' Say Police. *CBS News.* 3 April 2012.
[ccxcviii] Muskal, Michael. Ohio School Shooting: T.J. Lane Pleads Not Guilty of Killing 3. *The Los Angeles Times.* 8 June 2012.
[ccxcix] Welch, Chris. Slain Assistant Principal Sent Student Home Because of Trespass Charge. *CNN.* 6 January 2011.
[ccc] Associated Press. School Board Shooting: Clay Duke Kills Self after Pulling Gun at Meeting. *The Washington Post.* 15 December 2010.

[ccci] Mandell, Nine, Meena Hartenstein, and Michael Sheridan. School Board Shooting: Florida Man Clay Duke Opens Fire at Meeting, Kills Himself, Police Say. *NY Daily News.*
[cccii] Krueger, Pail, Lindsay Hood, Eric S. Page, and Michelle Wayland. Details Emerge about School-Shooting Suspect. *NBC San Diego.* 11 October 2010
[ccciii] Spagat, Elliot. School Shooting Suspect Pleads Not Guilty. *SFGate.* 14 October 2010.
[ccciv] Associated Press. Texas: Gunfire at a University. *The New York Times.* 29 September 2010.
[cccv] Associated Press. Student Opens Fire at UT Austin, Kills Self. *CBS News.* 28 September 2010.
[cccvi] Smith, Rain. We Have a Man with a Gun at Central High School…He's Ready to Shoot… Listen to the 911 Calls. *Times News.* 31 August 2010
[cccvii] Smith, Rain. Police Officers Kill Gunman at Sullivan Central *Times News*. 30 August 2010.
[cccviii] Urbina, Ian. Ohio State Employee Kills Co-Worker, the Self, Police Say. *The New York Times.* 9 March 2010.
[cccix] Mason, Everdeen. Updated: OSU Janitor Kills a Supervisor, Wounds Another, then Shoots and Kills Himself. *The Lantern.*
[cccx] Bartley, Nancy and Christine Clarridge. Slain Tacoma Teacher Has Been Harassed by Gunman for Years. *Seattle Times.* 26 February 2010.
[cccxi] DeGuerin Miller, Carlin. David Benke, Hero Teacher: Hailed for Tackling Gunman. *CBS News.* 25 February 2010.
[cccxii] Mitchell, Kirk. Suspect's Dad Laments Lack of Mental-Health Care. *Denver Post. 28 February 2010.*
[cccxiii] USA Today Staff. Alabama Campus Reels after Shooting. *USA Today.* 15 February 2010.
[cccxiv] DiGiacomo, Janet. Three Wounded in Hampton University Shooting. *CNN.* 26 April 2009.
[cccxv] Associated Press. Richmond Man charged in Hampton University Shooting. *WSAV.* 11 March 2009.
[cccxvi] Click On Detroit Staff. 3 Arraigned on Murder Charges for Shooting. *Click On Detroit.* 20 October 2008.
[cccxvii] MSNBC Staff. College Shooter's Deadly Rampage Baffles Friends. *MSNBC.* 16 February 2008.
[cccxviii] Associated Press. List of Recently Deadly Campus Shootings. *USA Today*. 15 February 2008.
[cccxix] Simpson, Doug. Student Kills 2, Self at L.A. College. *Associated Press*. 8 February 2008.
[cccxx] Newman, Maria and John Holusha. Man Committed Both Colo. Shootings, Police Say. *The New York Times.* 10 December 2007.
[cccxxi] Associated Press. Colorado Church Gunman Sought Revenge after He Was Kicked out of Missionary Training. *Fox News.* 11 December 2007.
[cccxxii] Marrapodi, Eric. Colorado Gunman Killed Himself. *CNN.* 11 December 2007.
[cccxxiii] Maag, Chris and Ian Urbina. Student, 14, Shoots 4 and Kills Himself in Cleveland School. *The New York Times.* 11 October 2007.
[cccxxiv] Associated Press. Victim in Delaware State University Shooting Dies of Injuries. *Fox News.* 23 October 2007.
[cccxxv] Kinzie, Susan. Freshman Charged in Shooting of Two at Delaware State. *The Washington Post.* 25 September 2007.
[cccxxvi] http://www.governor.virginia.gov/TempContent/techPanelReport.cfmReport of the Virginia Tech Review Panel. *Virginia Tech Review Panel.*
[cccxxvii] CNN Staff. Fifth Girl Dies after Amish School Shooting. *CNN.* 3 October 2006.
[cccxxviii] Associated Press. Wisconsin Principal Dies after School Shooting. *USA Today,* 30 September 2006.
[cccxxix] New York Times Staff. Teenager is Accused of Multiple Shootings. *The New York Times.* 1 September 2006.
[cccxxx] Karas, Beth. Man Obsesses with Columbine Convicted of Murder. *CNN.* 21 August 2009.
[cccxxxi] Avard, Christian. Beyond Abuse: Putting the Essex Murders in Context. *Vermont Guardian.* 1 September 2006.
[cccxxxii] Associated Press. Suspect in Vermont School Shooting Rampage Pleads Not Guilty. *Fox News.* 25 August 2006.
[cccxxxiii] Associated Press. Two Hurt in Middle School Shooting. *Fox News.* 14 March 2006.
[cccxxxiv] Associated Press. Boy in School Shooting May Be Tried as an Adult. *MSNBC.* 9 November 2005.
[cccxxxv] Associated Press. High School Shooting Spree Leaved 10 Dead. *Fox News.* 22 March 2005.
[cccxxxvi] BBC Staff. Town Reels from Teenage Killing. *BBC News.* 22 March 2005.
[cccxxxvii] Santora, March. Student Opens Fire at High School near Albany, Hitting a Teacher. *The New York Times.* 10 February 2004.

[cccxxxviii] Associated Press. Teen Convicted of Murder in Rocori High School Shootings. *Minnesota Public Radio.* 18 July 2005.
[cccxxxix] Associated Press. Veteran Teacher Called Hero in Cold Spring School Shootings. *Minnesota Public Radio.* 25 September 2003.
[cccxl] Associated Press. School Board Meeting Onlookers Thwart Attack by Maintenance Worker. *Tuscaloosa News.* 19 July 2003.
[cccxli] Hakim, Danny. Ex-Employee Held in Campus Attack. *The New York Times.* 11 May 2003.
[cccxlii] Broder, M. Arizona Gunman Chose Victims in Advance. *The New York Times.* 30 October 2002.
[cccxliii] Lueck, Thomas J. 3 Slain at Law School; Student is Held. *The New York Times.* 17 January 2002.
[cccxliv] Cook, Rebecca. Professor Shot in Tacoma. *ABC News.*
[cccxlv] Krikorian, Greg. Violence Marks Life of School Gunfire Suspect. *The Los Angeles Times.* 23 April 2001.
[cccxlvi] CNN Staff. Suspect Had Talked about Shooting at School *CNN.* 5 March 2001.
[cccxlvii] Michigan Daily Staff. 2 Dead, 12 Hurt in Rampage. *Michigan Daily.* 6 March 2001.
[cccxlviii] Ruble, Renee. Four Wounded in Oklahoma School Shooting; Suspect in Custody. *Associated Press.* 6 December 1999.
[cccxlix] Time Staff. Just a Routine School Shooting. *Time Magazine.* 31 May 1999.
[cccl] Lindenberger, Michael A. Ten Years after Columbine, It's Easier to Bear Arms. *Time Magazine.* 20 April 2009.
[cccli] Toppo, Greg. 10 Years Later, the Real Story behind Columbine. *USA Today.* 14 April 2009/
[ccclii] School Violence. *University of Michigan.*
[cccliii] O'Meara, Kelly Patricia. Doping Kids. *Insight on the News.* 28 June 1999.
[cccliv] Avila, Jim, Reynolds Holding, Terri Whitcraft and Beth Tribolet. School Shooter: I Didn't Realize They Would Die. *ABC News.* 11 June 2008.
[ccclv] Verhiovek, Sam Howe. Teenager to Spend Life in Prison for Shootings. *The New York Times.* 11 November 1999.
[ccclvi] Bragg, Rick, et. al. From Wild Talk and Friendship to Five Deaths in a School Yard. *The New York Times.* 29 March 1998.
[ccclvii] Heard, Kenneth. Public Defenders Agency to Pay for Jonesboro Shooters Civil Case. *Arkansas Democrat Gazette.* 27 July 1999.
[ccclviii] Bragg, Rick. Judge Punishes Arkansas Boys Who Killed 5. *The New York Times.* 12 August 1998.
[ccclix] Bragg, Rick. 5 Are Killed at School; Boys, 11 and 13 are Held. *The New York Times.* 25 March 1998.
[ccclx] Times Staff. Boy, 14, Charged in Shooting at School. *The Los Angeles Times.* 20 December 1997.
[ccclxi] Grace, Julie. When the Silence Fell. *Time Magazine.* 24 June 2001.
[ccclxii] CNN Staff. Third Student Dies in Kentucky School Shooting. *CNN.* 2 December 1997.
[ccclxiii] Chua-Eoan, Howard. Mississippi Gothic. *Time Magazine.* 24 June 2001.
[ccclxiv] CNN Staff. Teen Pleads Innocent in High School Shooting. *CNN.* 2 October 1997.
[ccclxv] Avila, Jim, Reynolds Holding, Terri Whitcraft and Beth Tribolet. School Shooter: I Didn't Realize They Would Die. *ABC News.* 11 June 2008.
[ccclxvi] CBS Staff. Rage: A Look at a Teen Killer. *CBS News.* 7 March 2001.
[ccclxvii] Coleman, Loren. The Copycat Effect: School Shootings and Recommendations. *The Public Entity Risk Institute.* 2004.
[ccclxviii] Lieberman, Joseph A. *School Shootings: What Every Parent and Educator Needs to Know to Protect our Children* (New York: Kensington Publishing Corp., 2008). P. 37
[ccclxix] Childs, Celin. Barry Loukaitis: Teenage Killer. *Associated Content.* 28 November 2007.
[ccclxx] Tizon, Alex. Scarred by Killings, Moses Lake Asks: What Has This Town Become? *Seattle Times.* 23 February 1997.
[ccclxxi] Fitten, Ronald K. and Arthur Santana. Teen's Trial a No-Win Case – Loukaitis' Attorney Calls for New Kind of Verdict: Guilty but Mentally Ill. *Seattle Times.* 25 September 1997.
[ccclxxii] Leung, Rebecca. Student Serving Life Sentence for Killing Two Teacher, One Friend. *CBS News.* 14 April 2004
[ccclxxiii] Goodstein, Laurie and William Glaberson. The Well-Marked Roads to Homicidal Rage. *The New York Times.* 10 April 2000.

[ccclxxiv] Langfod, James R. Teen's Life Full of Contradictions – The 15-Year-Old Who Whot Two Teachers and Then Himself Hinted That He Would Not Be Alive Much Longer. *August Chronicle.* 22 October 1995.
[ccclxxv] Lieberman, Joseph A. *School Shootings: What Every Parent and Educator Needs to Know to Protect our Children* (New York: Kensington Publishing Corp., 2008) p. 339.
[ccclxxvi] New York Times Staff. Man Fired Shotgun in School, Killing One and Injuring 3. *The New York Times.* 8 November 1994.
[ccclxxvii] Buckley, Jerry. The Tragedy in Room 108. *U.S. News.* 31 October 1993.
[ccclxxviii] Lieberman, Joseph A. *School Shootings: What Every Parent and Educator Needs to Know to Protect our Children* (New York: Kensington Publishing Corp., 2008) p. 336.
[ccclxxix] DePalma, Anthony. Questions Outweigh Answers in Shooting Spree at College. *The New York Times.* 28 December 1992.
[ccclxxx] RLI Insurance Company vs. Simon's Rock Early College & Others. *FindLaw.*
[ccclxxxi] New York Times Staff. Student Wounds 6 at High School. *The New York Times.* 12 September 1992.
[ccclxxxii] Lieberman, Joseph A. *School Shootings: What Every Parent and Educator Needs to Know to Protect our Children* (New York: Kensington Publishing Corp., 2008) p. 336.
[ccclxxxiii] Stuter, Lynn M. Weapons of Violence in Schools since 1990. *Learn USA.* March 2005.
[ccclxxxiv] Gladstone, Mark and Carl Ingram. Man Surrenders after Terrorizing School. *The Los Angeles Times.* 2 May 1992.
[ccclxxxv] Sommerfield, Meg. Classes to Resume at California School where Gunman Killed 4 and Wounded 9. *Education Week.* 13 May 1992.
[ccclxxxvi] Marriot, Michel. Iowa Gunman Was Torn by Academic Challenge. *The New York Times.* 4 November 1991.
[ccclxxxvii] Maravetz, Steve. Remembering November 1: A University Tragedy 10 Years Later. *FYI Faculty & Staff News.* October 2001.
[ccclxxxviii] Reinhold, Robert. After Shooting, Horror but Few Answers. *The New York Times.* 19 January 1989.
[ccclxxxix] Time Staff. Slaughter in a School Yard. *Time Magazine.* 24 June 2001.
[cccxc] Larson, Erik. The Story of a Gun. *The Atlantic.* January 1993.
[cccxci] Lieberman, Joseph A. *School Shootings: What Every Parent and Educator Needs to Know to Protect our Children* (New York: Kensington Publishing Corp., 2008) p. 336.
[cccxcii] Associated Press. Man Held in School Shooting Is Depicted as Jobless. *The New York Times.* 28 September 1988.
[cccxciii] Associated Press. Second Victim Dies after School Shooting Incident. *The New York Times.* 30 September 1988.
[cccxciv] ABC Staff. School Shooting Remembered 20 Years Later. *ABC News.* 20 May 2008.
[cccxcv] Walsh, Mark. Winnetka School's Staff Is Praised for Courage amid Shooting Spree. *Education Week.* 1 June 1988
[cccxcvi] Halperin, Jennifer. The Education of a Crusader. *Northern Illinois University Libraries*. 14 December 1993
[cccxcvii] Associated Press. Failing Grade Is Linked to Shooting of Teacher. *The New York Times.* 6 December 1986.
[cccxcviii] Iwanski, Len. Student on Rampage Kills Teacher, Hurts 3. *The Free-Lance Star.* 5 December 1986.
[cccxcix] Lieberman, Joseph A. *School Shootings: What Every Parent and Educator Needs to Know to Protect our Children* (New York: Kensington Publishing Corp., 2008) p. 336.
[cd] Associated Press. Connecticut Student Held in Shooting Death of Custodian. *The Los Angeles Times.* 11 December 1985.
[cdi] Associated Press. 13-year-old Fatally Guns down School Custodian, Injured Two. *The Reading Eagle.* 11 December 1985.
[cdii] Associated Press. 14-year-old Charged in Shooting Spree. *The Free-Lance Star.* 22 January 1985.
[cdiii] Star Staff. School Violence around the World. *The Indianapolis Star.* 2 October 2006.
[cdiv] Unites Press International. Around the Nation: 8th Grader Kills Youth, then Himself at School. *The New York Times.* 21 January 1983.
[cdv] Ribbing, Mark. Fatal Junior High Shooting Still Haunts 16 Years Later. *The Baltimore Sun.* 2 May 1999.

[cdvi] Rowe, Peter. 1979 School Shooting Inspired Boy to Teach. *San Diego Union-Tribune.* 6 October 2007
[cdvii] Associated Press. Parole Denied in School Shooting. *USA Today.* 19 June 2001.
[cdviii] Lynch, Rene. Slayer of Seven is Sent Back to Atascadero. *The Los Angeles Times.* 17 December 1992.
[cdix] Associated Press. Library Shooting Kills 7. *Anchorage Daily News.* 19 July 1976.
[cdx] Lovinger, Caitlin. The Nation: After the Madness, Violence, Even Before the Internet. *The New York Times.* 25 April 1999.
[cdxi] St. Petersburg Times Staff. Sniper Suspect Found Hanged in New York Jail Cell. *St. Petersburg Times.* 2 November 1975.
[cdxii] Fessenden, Ford. They Threaten, Seethe, and Unhinge, then Kill in Quantity. *The New York Times.* 9 April 2000.
[cdxiii] Time Staff. The Madman in the Tower. *Time Magazine.* 12 August 1966.
[cdxiv] Bhatia, Shekhar, Little Jesse, Who Gunned Down his Father and Two Schoolboys, both Six, Had Been expelled for Bringing in Machete and Hatchet to Class 'Because He Was Bullied.' *Daily Mail.* 29 September 2016.
[cdxv] Lee, Anna; Dixson, Romando; and Barnett, Ron, Townville Elementary Shootings Linked to Nearby Slaying. *The Greenville News.* 28 September 2016.
[cdxvi] Houston Shooter who Cops Say Wore Nazi Emblem was in Jewish Fraternity. CBS News. 28 September 2016.
[cdxvii] Bacon, John, Porsche-Driving Lawyer was Houston Shooter. *USA Today.* 27 September 2016.
[cdxviii] Hassan, Carma and Visser, Steve, Philadelphia Gunman Left Rambling Letter, Police Commissioner Says. CNN. 17 September 2016.
[cdxix] Wootson, Cleve, Philadelphia Gunman, 'Driven by Hatred' Ambushed Officer, then Went on Deadly Rampage. *Washington Post.* 18 September 2016.
[cdxx] Fausset, Richard; Fernandez, Manny; and Blinder, Alan. Micah Johnson, Gunman in Dallas, Hones Military Skills to a Deadly Conclusion. *New York Times.* 9 July 2016.
[cdxxi] Sullivan, Kevin; Hauslohner, Abigail; and Keith, Alexander, Dallas Gunman Studied 'Shoot and Move' Tactics, Black Nationalism. *Washington Post.* 9 July 2016.
[cdxxii] Police: Houston Shooter Chose Spot for Tactical Advantage. CBS News. 31 May 2016.
[cdxxiii] HPD: Suspect Fired 212 Rounds During Mass Shooting. ABC News. 31 May 2016.
[cdxxiv] DPS: Suspect in Shootings along Beeline Highway Taken into Custody. ABC News. 25 May 2016.
[cdxxv] Suspect in Shootings on Phoenix-area Highway had Body Armor. *U.S. & World News Report*. 25 May 2016.
[cdxxvi] Staahl, Derek. DPS Releases 911 Calls about Beeline Highway Shooting Spree. ABC News. 30 June 2016.
[cdxxvii] Hermann, Peter; Portnoy, Jenna; and Jouvenal, Justin, Virginia Trooper Killed in Shooting at Greyhound Bus Station in Richmond. *Washington Post.* 31 March 2016.
[cdxxviii] Burkett, Jon. Richmond Greyhound Shooting: Trooper, Suspect Dead; Two People Wounded. ABC News. 31 March 2016.
[cdxxix] Associated Press. Maryland Police Station Ambush Suspect Charged with Murder. 16 March 2016.
[cdxxx] Silverstein, Jason and Salinger, Tobias. Maryland Police Officer Killed by Friendly Fire as Men Film Their Brother's Attempted Suicide 'as If It Was a Game'. *New York Daily News.* 15 March 2016.
[cdxxxi] Berlinger, Joshua and Ford, Dana. Kansas Shooting: Gunman Kills 3, Wounds 14 at Lawn Care Company. CNN. 26 February 2016.
[cdxxxii] Brennan, Christopher. Who is Cedric Ford, the Suspected Excel Industries Shooter? *New York Daily News.* 25 February 2016.
[cdxxxiii] Report Details Police Response to Kalamazoo Mass Shooting. Fox News. 6 May 2017.
[cdxxxiv] Conlon, Kevin and Valencia, Nick. Uber Driver Picked up Fares Between Killings, Source Said. CNN. 22 February 2016.
[cdxxxv] Politi, Daniel. Uber Driver Suspected of Killing Six People in Random Michigan Shooting Rampage. Slate Magazine. 21 February 2016.
[cdxxxvi] Murdock, Sebastian; Grenoble, Ryan; and Campbell, Andy "Three Dead After Gunman Opens Fire Inside Colorado Planned Parenthood," Huffington Post. 30 November 2015.
[cdxxxviicdxxxvii] Fieldstadt, Elisha "Who is Robert Dear? Planned Parenthood Shooting Suspect Seemed Strange, Not Dangerous, Neighbors Say," The Associated Press. 30 November 2015.

[cdxxxviii] "Colorado Springs Massacre Shooter Identified," CBS News. 2 November 2015.
[cdxxxix] Silverstein, Jason "Colorado Gunman who Killed Three Ranted About Religion, Family in Blog and Video Two Days Before Shooting," *The New York Daily News.* 2 November 2015.
[cdxl] Morrison, Aaron "Vester Lee Flanagan Update: Virginia Killer Legally Purchased Two Firearms Last Month, Officials Say," *International Business Times*. 27 August 2015.
[cdxli] Gambino, Lauren and Swaine, Jon "Virginia TV Shooter Vester Lee Flanagan Was a 'Disturbed' and 'Unhappy Man,'" *The Guardian.* 26 August 2015.
[cdxlii] Stahl, Jeremy "Suspected WDBJ7 Shooter Blames Victim for Alleged Racism, Filed Previous Complaints," Slate. 26 August 2015.
[cdxliii] Zamost, Scott; Khorram, Yasmin; Prokupecz, Shimon; and Perez, Evan "Chattanooga Shooting: New Details Emerge About the Gunman," CNN. 20 July 2015.
[cdxliv] Khorram, Yasmin; Brumfield, Ben; and Zamost, Scott "Chattanooga Shooter Changed After Mideast Visit, Friend Says," CNN. 15 September 2015.
[cdxlv] "Mohammad Youssuf Abdulazeez: What We Know About Chattanooga Gunman," BBC. 17 July 2015.
[cdxlvi] Bien, Calily "Video: Moments Leading Up to Deadly Shooting at Omni Hotel," NBC News. 6 May 2016.
[cdxlvii] Jankowski, Philip "Omni Hotel Shooter Michael Holt had Filed to Run for U.S. President," *American Statesman.* 7 July 2015.
[cdxlviii] "Charleston Shooting Updates: Suspect Dylann Roof's Gun was Birthday Gift, Official Says," *Los Angeles Times.* 18 June 2015.
[cdxlix] Robles, Frances "Dylann Roof Photos and a Manifesto are Posted on Website," *New York Times.* 20 June 2015.
[cdl] Ford, Matt and Chandler, Adam "'Hate Crime': A Mass Killing at a Historic Church," *The Atlantic.* 19 June 2015.
[cdli] Chandler, Adam "Terror Attack in Texas," *The Atlantic.* 4 May 2015.
[cdlii] Associated Press. UPDATE: Menasha Police Release Report on Fatal Bridge Shooting. *WMTV NBC 15.* 11 June 2015.
[cdliii] Ziezulewicz, Geoff, "Uber Driver, Licensed to Carry Gun, Shoots Gunman in Logan Square," *Chicago Tribune.* 20 April 2015.
[cdliv] "Uber Driven with Shotgun Wounds Chicago Shooter, Report Says," CBS News. 20 April 2015.
[cdlv] Hensley, Nicole "Alabama College Students among Seven Shot at Florida Spring Break Party: Police," *New York Daily News.* 28 March 2015.
[cdlvi] "Seven People Shot at Panama City Beach Spring Break Party," NBC News. 28 March 2015.
[cdlvii] Queally, James "Ryan Giroux, Suspect in Arizona Shooting Rampage, Has Long Criminal History," *Los Angelos Times.* 19 March 2015.
[cdlviii] Harris, Craig, Ruelas, Richard, and Cassidy, Megan "Mesa Shooting: Ryan Giroux Confirmed as Suspect," *The Arizona Republic.* 2 June 2015.
[cdlix] Man Who Shot 2 Minneapolis Police Officers After Swearing-In Ceremony Had History of Threats, *Huffington Post.* 27 January 2015.
[cdlx] Horner, Sarah New Hope Shooting Suspect No Stranger to Local Cops, TwinCities.com. 28 January 2015.
[cdlxi] Ellis, Blake and Hicken, Melanie Four Crimes Committed with Guns Seized and Sold by Police, CNN.com. 21 October 2015.
[cdlxii] Ohlheiser, Abby and Izadi, Elahe "Police: Austin Shooter was a 'Homegrown American Extremist,'" *Washington Post.* 1 December 2014.
[cdlxiii] Botelho, Greg "Man who Shot at Consulate, Federal Courthouse, Austin Police HQ Killed," CNN. 28 November 2014.
[cdlxiv] Rossman, Sean; Portman, Jennifer; and Etters, Karl "Police Identify Gunman, Florida Deputy Killed in Shootout," *USA Today.* 23 November 2015.
[cdlxv] Portman, Jennifer "Autopsy: Curtis Wade Holley Shot Five Times," *The Tallahassee Democrat.* 28 January 2015.
[cdlxvi] Mathis, Joel "It Happened: A Good Guy with a Gun Stopped a Bad Guy with a Gun," *Philadelphia Magazine.* 25 July 2014.
[cdlxvii] Kemp, Joe and Goldstein, Sasha "Gun-Toting Psychiatrist Shoots Suspect who Killed Pennsylvania Hospital Employee: Police," *The Daily News.* 24 July 2015.
[cdlxviii] Botelho, Greg; McLaughlin, Eliott; and Hanna, Jason. Authorities: Georgia Courthouse Attacker Prepared to Inflict Mayhem. CNN. 6 June 2014.
[cdlxix] Salzar, James. Forsyth Deputy Shot in Courthouse Assault, May Have Stopped Slaughter. *The Atlanta Journal-Constitution.* 6 June 2014.
[cdlxx] Flores, Adolfo; Mather, Kate; and Gold, Scott, A Killer's Rampage in Isla Vista. *Los Angeles Times.* 25 May 2014.
[cdlxxi] Dorell, Oren and Welch, William. Police Identify California Shooting Suspect as Elliot Rodger. *USA Today.* 24 May 2014.
[cdlxxii] Yan, Holly; Brumfield, Ben; and Carter, Chelsea. Inside the Gunman's Head: Rejection, Jealousy, and Vow to Kill 'Beautiful Girls." CNN. 27 May 2014.
[cdlxxiii] Freeney, Nolan. Gunman Among Four Dead in Jonesboro, Arkansas Shooting. *Time Magazine.* 4 May 2014.

[cdlxxiv] Arkansas Gunman Released from Hospital before Killing Three: police. Reuters. 4 May 2014.
[cdlxxv] Kansas City Area Jewish Center Shootings Suspect Frazier Glenn Miller; Who is the Man with Two Names? CBS News. 14 April 2014.
[cdlxxvi] White Supremacist Frazier Glenn Miller Will Plead Guilty in Jewish Center Killings. NBC News. 27 April 2015.
[cdlxxvii] Montgomery, Dave; Fernandez, Manny; and Southall, Ashley. Iraq Veteran at Fort Hood Kills 3 and Himself in Rampage. *New York Times.* 2 April 2014.
[cdlxxviii] Hlad, Jennifer. Fort Hood Targeted in Another Shooting. Stripes.com. 23 December 2014.
[cdlxxix] Woman Arrested In Deadly Rampage At NorCal Indian Tribal Headquarters; 4 Dead, 2 Critically Hurt, CBS Local. 20 February 2014.
[cdlxxx] Rickert, Tom. Family Members of Accused Shooter Among Dead at Cedarville Rancheria Tribal Office, Native News Online. 21 February 2014.
[cdlxxxi] Bellisle, Martha. Reno Shooting Suspect Complained of Botched Vasectomy. *USA Today.* 18 December 2013.
[cdlxxxii] Police Confirm Reno Hospital Shooter was a Patient There. CBS News. 25 December 2013.
[cdlxxxiii] Neild, Barry. Los Angeles Airport Shooting: Suspect Charged with Murder as He Fights for life. *The Guardian.* 2 November 2013.
[cdlxxxiv] Dillon, Nancy. LAX: Gunman Opens Fire at LA Airport. *New York Daily News.* 25 January 2014.
[cdlxxxv] Lohmann, Patrick. Car Chase Suspect was Shot 8 Times. *Albuquerque Journal*. 5 February 2014.
[cdlxxxvi] Velasquez, Anna. Who Was Shooting Suspect Christopher Chase. ABC News. 28 October 2013.
[cdlxxxvii] Bacon, John; Welch, William; and Leger, Donna. Shooting Rampage at Navy Yard in D.C. Leaves 12 Dead. *USA Today.* 16 September 2013.
[cdlxxxviii] Shear, Michael and Schmidt, Michael. Gunman and 12 Victims Killed in Shooting at D.C. Navy Yard. *New York Times.* 16 September 2013.
[cdlxxxix] Starr, Barbara; Pamela Brown; and Shoichet, Catherine. 12 Victims Slain in Navy Yard Shooting Rampage; Suspect ID'ed. CNN. 16 September 2013.
[cdxc] Gorman, Ryan and Helen Pow. Hero Who Tackled Pennsylvania Gunman after He Opened Fire at Town Planning Meeting as Three Victims are Named. *Daily Mail.* 6 August 2013.
[cdxci] Evanko, Melissa. Three Confirmed Dead in Ross Township Municipal Shooting. *Pocono Record.* 5 August 2013.
[cdxcii] Mazzei, Patricia; Perez, Maria; and Sanchez, Melissa. Hialeah Killer Showed Signs of Trouble Before Mass Shooting. *The Miami Herald.* 3 August 2013.
[cdxciii] Hialeah Man Called 9-1-1 Before Going on Shooting Spree. CBS Miami. 31 July 2013.
[cdxciv] Fagenson, Zachary. Motive a Mystery in Miami Area Mass Shooting that Killed 7. Reuters. 29 July 2013.
[cdxcv] North Carolina Wal-Mart Shooting Planned, Police Say. *Washington Post.* 23 June 2013.
[cdxcvi] Associated Press. Police Identify Suspect in Friday Shootings. *The San Diego Union Tribune.* 23 June 2013.
[cdxcvii] Bacon, John. Santa Monica Shootings Claim Fifth Victim. *USA Today.* 9 June 2013.
[cdxcviii] Nye, James and Associated Press. Santa Monica College Gunman John Zawahri, 23, Who Went on Shooting Rampage Killing Four Because He was Angry at Parents Divorce. *Daily Mail.* 8 June 2013.
[cdxcix] Johnson, Alex and Connor, Tracy. Marine Killed Wife, Went on Shooting Spree, Say Police. NBC News. 26 May 2013.
[d] Esteban Smith Shooting Update: Marine's Slain Wife Surprised Him with Visit Before he Killed Her, Went on Shooting Rampage. CBS News. 30 May 2013.
[di] Clarridge, Christine and Broom, Jack. Witnesses Among Five Dead in Federal Way. *The Seattle Times.* 23 April 2013.
[dii] Sullivan, Chris. Federal Way Killer Had History of Violence. MyNorthwest.com. 24 April 2013.
[diii] Goode, Erica. Wixom, Michigan, Shooting Suspect Is Arrested. The New York Times. 8 November 2012.
[div] Goode, Erica and Kovaleski, Serge F. Wisconsin Killer Fed and Was Fueled by Hate-Driven Music. *The New York Times.* 6 August 2012.
[dv]Robinson, Carol. Tuscaloosa Bar Shooting. Suspect to Jasper Police: 'I Wanted the Tuscaloosa Police Department to Kill Me'. 17 July 2012.
[dvi] CBS Atlanta Staff. Tuscaloosa Gunman Charges with 18 Counts of Attempted Murder. *CBS Atlanta.*
[dvii]CBS Staff. 3 Dead, 2 Wounded in Tulsa Shooting Spree. *CBS News.* 7 April 2012.
[dviii]Juozapavicius, Justin. Tulsa Shootings 2012: Alvin Watts, Jake England Charges with Murdering 3. *The Huffington Post.* 9 April 2012
[dix] Hamill, Sean D. and Moriah Balingit. Officials Believe Shick Should Have Been Committed for an Evaluation. *Pittsburgh Post-Gazette.* 9 May 2012

[dx] Rubinkam, Mike and Kathy Matheson and JoAnn Loviglio. Police ID Sunman in Deadly Pitt Clinic Shooting. *USA Today.* 9 March 2012
[dxi] CBS News Staff. Suspect in Fatal Queens Bus Shooting Faces Multiple Charges. *CBS News.* 4 December 2011.
[dxii]Celona, Larry, Rebecca Harshbarger, and Dan Mangan. One Dead, One Injured after Gunman Opens Fire on Queens Bus. *The New York Post.* 3 December 2011.
[dxiii]Whitwell, Laurie. Chilling Video Reveals Brazen Gunman on Hunt for Judge Firing Shots in Arkansas Courtroom as Workers Cower for Cover. *The Daily Mail.* 22 September 2011
[dxiv]CNN Staff. Police Shoot Arkansas Courthouse Gunman Dead. *CNN.* 14 September 2011
[dxv] Jabali-Nash, Naimah. Detroit Precinct Shooting Update: Gunman Lamar Moore Was Suspect in Sexual Assault. *CBS News.* 25 January 2011
[dxvi]Candiotti and Ross Levitt. Detroit Police: Precinct Shooter Sexually Assaulted Teen Girl. *CNN.* 30 January 2011.
[dxvii]Associated Press. Police: Fla. Gunman Kills Father, Self, Wounds 5. *MSNBC.* 5 October 2010.
[dxviii]Smith, Chad, Cindy Swirko and Karen Voyles. Details Emerge About Gunman in Shooting. *The Gainesville Sun.* 6 October 2010.
[dxix] Associated Press. Hospital Shooter Thought Doc Implanted Chip. *CBS News.* 20 April 2010.
[dxx]Morrison, Chloe. Parkwest Shooter Was Mentally Ill, Left Note at Home. *Daily Times.* 21 April 2010.
[dxxi]Friess, Steve. Two Killed in Las Vegas Courthouse. *The New York Times.* 4 January 2010.
[dxxii]Powers, Ashely. Shootout at Las Vegas Courthouse Kills 2. *The Los Angeles Times.* 4 January 2010
[dxxiii] McKinley Jr. and James Dao. Fort Hood Gunman Gave Signals before His Rampage. *The New York Times.* 8 November 2009.
[dxxiv] CNN Staff. Investigators Look for Missed Signals in Fort Hood Probe. *CNN.* 10 November 2009.
[dxxv] Associated Press. Victim ID'd in SoCal Dental Office Shooting. *CBS News.* 2 July 2009.
[dxxvi] Associated Press. 1 Dead, 3 Injured in Simi Valley Shooting. *CBS News.* 2 July 2009.
[dxxvii] Keyt Staff. A Suspected Lover's Quarrel Spurred Simi Valley Shooting. *Keyt.* 2 July 2009.
[dxxviii] Barnes, Steve and James Dao. Gunman Kills Soldier outside Recruiting Station. *The New York Times.* 1 June 2009.
[dxxix]Wagner, James and Jessica Garrison. Long Beach Hospital Shootings Make 'No Sense'. *The Los Angeles Times.* 18 April 2009.
[dxxx]Associated Press. California Hospital Shooter Described as Family Man. *MSNBC.* 17 April 2009.
[dxxxi] Dewan, Shaila. Alleged Gunman's Wife Worked at Nursing Home. *The New York Times.* 30 March 2009.
[dxxxii]Bulwa, Demian and Jaxon Van Derbeken. Killer of 4 Officers Wanted to Avoid Prison. *The San Francisco Chronicle.* 23 March 2009.
[dxxxiii] Matier, Phillip and Andrew Ross. Doomed SWAT Sergeants Didn't Expect an AK-47. *The San Francisco Chronicle.* 23 March 2009.
[dxxxiv] Dobbin, Ben. Frank Garcia Guilty of Murder Rampage. *The Huffington Post.* 16 December 2009.
[dxxxv] Dobbin, Ben. Frank Garcia Guilty: Valentine's Day Killer Convicted. *The Huffington Post.* 30 November 2009.
[dxxxvi]Dewan, Shaila. Hatred Said to Motivate Tenn. Shooter. *The New York Times.* 28 July 2008.
[dxxxvii]Stamburgh, J.J. Takedown of Alleged Shooter Recounted. *Knox News.* 29 July 2008.
[dxxxviii]Associated Press. Police: Killer Targeted Church for Liberal Views. *MSNBC.* 28 July 2008.
[dxxxix] Times Staff. Missouri Man, Charles Lee Thornton, Shoots Dead Five in Row Over Kirkwood Council Fines. *Times Online.* 8 February 2008.
[dxl]CBS Staff. Six Dead in Missouri City Council Shooting. *CBS News.* 8 February 2008.
[dxli] Davey, Monica. Gunman Kills 5 People at City Council Meeting. *The New York Times.* 8 February 2008.
[dxlii] Loftus, Bill and William Yardley. Idaho Gunman Also Killed Wife, Police Say. *The New York Times.* 22 May 2007.
[dxliii]Wiley, John K. Police Prober Idaho Shooter's Arsenal. *Fox News.* 23 May 2007.
[dxliv]Associated Press. Idaho Police Officer Injured in Shooting Dies. *MSNBC.* 21 May 2007.
[dxlv] Van Derbeken, Jaxon and Wyatt Buchanan. Colleagues Recall Clashes with man Held in Slaying. *The San Francisco Chronicle.* 18 May 2005.
[dxlvi] Becessa, Hector. L.A. River Marker System is Getting Back on Track. *The Los Angeles Time.* 16 November 2005.

[dxlvii] Lee, Natasha. 2 Are Shot to Death at Maintenance Yard. *The Los Angeles Time.* 25 February 2005.
[dxlviii] ABC Staff. Two Dead, Three Wounded in Ohio Shooting. *ABC News.* 6 November 2003.
[dxlix] Johnson, Rob. VA Pharmacist Treated Troubled Man. *Tennessean.* 7 March 2005.
[dl] Demsky, Ian. Friends Support Suspect in Shooting at VA Hospital. *Tennessean.* 25 October 25.
[dli] Johnston, Lauren. Murder-Suicide in Atlanta Church. *CBS News.* 6 October 2003.
[dlii] Gettleman, Jeffrey. Pastor and 2 Others Are Killed in Shooting at Atlanta Church. *The New York Times.* 6 October 2003.
[dliii] CNN Staff. NYC Councilman Killed by Political Rival. *CNN News.* 24 July 2003.
[dliv] Stambaugh, J. J. Takedown of Alleged Shooter Recounted. *Knox News.* 29 July 2008.
[dlv] Porteus, Liza. Timeline: Tracking the Sniper's Trail. *Fox News.* 29 October 2002.
[dlvi] Cosgrove-Mather, Bootie. Cops: Airport Shooter Acted Alone. *CBS News.* 23 May 2002.
[dlvii]Free Republic Staff. Man Declared Insane in N.O. Airport Killing. *Free Republic.* 11July 2005
[dlviii] CNN Staff. Los Angeles Airport Shooting Kills 3. *CNN.* 5 July 2002.
[dlix] Baily, Eric and Robin Fields. Shootout Vowed in Chilling Video. *The Los Angeles Times.* 11 September 2001.
[dlx] Gumbel, Andrew. Gunman's Suicide End Sacramento Rampage. *The Independent.* 11 September 2001.
[dlxi] New York Times Staff. Suspect Sought in Killings of 4 in Sacramento. *The New York Times.* 9 September 2001.
[dlxii]CNN Staff. Gunman was 'Hellbent on Killing More'. *CNN.* 11 September 2001.
[dlxiii] Goffard, Christopher. He Killed… For No Reason. *St. Petersburg Times.* 18 April 2002.
[dlxiv] Law Enforcement News Staff. Shooting Gallery. Law Enforcement News. 15 December 1999
[dlxv] Murtaugh, Elizabeth. Cruz Gets Life in Prison for Shipyard Slayings. *Associated Press.* 8 March 2002.
[dlxvi]Bartley, Nancy. Testimony Begins in Trial for '99 Shipyard Slayings; Victim Reported 'Threats'. *The Seattle Times.* 3 January 2002.
[dlxvii] Carter, Mike, Steve Miletich, Nancy Bartley, and Dave Birkland. Manhunt in Seattle – Shooting Not Random – Killer Had a Target, Police Say. *The Seattle Times.* 4 November 1999.
[dlxviii] Markey, Bob. Shooting Victim Battles Serious Injuries to Leg. *Sun Sentinel.* 1 August 2001.
[dlxix] BNET Staff. Construction Worker Opens Fire; 1 Dead. *BNET.* 24 July 2001
[dlxx] CBS News Staff. 3 Dead in Hospital Shooting. *CBS News.* 14 September 1999.
[dlxxi] Leonard, Jack and Scott Gold. Police Study Motives for Hospital Shooting. *The Los Angeles Times.* 16 September 1999.
[dlxxii]Anaheim Police Department History: 1900. City of Anaheim.
[dlxxiii] Egan, Timothy. Racist Shootings Test Limits of Health Systems, and Laws. *The New York Times.* 14 August 1999.
[dlxxiv] Carter, Mike and Keiko Morris. Furrow's Gun Originally a Police Weapon. *The Seattle Times.* 13 August 1999.
[dlxxv] Gibney Jr, Frank, Pat Dawson, Julie Grace, David Jackson, Michael Krantz, Flora Tartakovsky, and Dick Thompson. The Kids Got in the Way. *Times Magazine.*
[dlxxvi] Brooke, James. 3 Are Killed and 5 Hurt in Shootout in Utah City. *The New York Times.* 16 April 1999.
[dlxxvii] Weil, Martin. Gunman Shoots His Way into Capitol; Two Officers Killed, Suspect Captured. *The Washington Post.* 25 July 1998
[dlxxviii] CNN Staff. Weston: A Man with a History of Mental Illness. *CNN.* 26 July 1998.
[dlxxix] The New York Times Staff. Dismissed Worker Kills 4 and then Is Slain. The New York Times. 20 December 1997.
[dlxxx] Anderson, Nick, David Reyes, and Esther Schrader. 4 Workers, Gunman Die in Caltrans Yard Attack. *The Los Angeles Times.* 19 December 1997.
[dlxxxi] Anderson, Nick, Lee Romney and David Haldane. Aftermath of a Killer's Fury. *The Los Angeles Times.* 29 December 1997.
[dlxxxii] Associated Press. Firefighter Kills Wife and 4 Official. *The New York Times.* 25 April 1996.
[dlxxxiii]Associated Press. Firefighter Guns Down Wife, Superiors. *Eugene Register Guard.* 25 April 1996.

[dlxxxiv] Associated Press. Florida Killer Said Victims Were Racists, Police Say. *The New York Times.* 11 February 1996.
[dlxxxv] Clines, Fancis X. DEATH ON THE L.I.R.R.: The Rampage; Gunman in a Train Aisle Passes out Death. *The New York Times.* 9 December 1993
[dlxxxvi] Legal Information Institute. The 'Insanity Defense' and Diminished Capacity: Colin Ferguson – the Long Island Railroad Gunman. Cornell Law School.
[dlxxxvii] Milton, Pat. Ferguson Guilty in LIRR Massacre. *Associated Press.* 18 February 1995.
[dlxxxviii] Samuel, Henry. Charlie Hebdo Shootings: Automatic Rifles Used in Paris Attacks Traced to Shop in Slovakia. *The Telegraph.* 18 February 2015.
[dlxxxix] Graham-Harrison, Emma. Paris Attacks Highlight France's Gun Control Problems. *The Guardian.* 15 November 205.
[dxc] Ethier, Beth. Belgian Arms Dealer Surrenders to Police, Confesses to Role in *Charlie Hebdo* Attack. *Slate.*
[dxci] Withnall, Adam and John Lichfield. Charlie Hebdo Shooting: At Least 12 Killed as Shots Fired at Satirical Magazine's Paris Office. *The Independent.* 7 January 2015.
[dxcii] Blandy, Fran. 12 Dead in 'Terrorist' Attack at Paris Paper. *Yahoo.* 7 January 2015.
[dxciii] Associated Press. Dead Toll from Swiss Menznau Shooting Rises to Five. *The Independent.* 5 April 2013.
[dxciv] Thomasson, Emma. Several Killed in Shooting at Swiss Factory. *Reuters.* 27 February 2013.
[dxcv]Euronews Staff. Four Dead in Swiss Gun Attack. *Euronews.* 27 February 2013.
[dxcvi] Rothwell, James and Luke Heighton. Who Are the Victims of the Munich Shopping Mall Shooting? *The Telegraph.* 24 July 2016
[dxcvii] BBC Staff. Munich Shooting: Manhunt after Deadly Attack at Shopping Centre. *BBC News.* 23 July 2016.
[dxcviii] BBC Staff. Burkina Faso Attack: foreigners Killed at Luxury Hotel. *BBC News.* 16 January 2016
[dxcix] Foster, Peter. Burkina Faso Attacks: Four Al-Qaeda Terrorists - 'Including Two Women' - Killed after Special Forces Free 126 Hostages in Hotel Siege. *The Telegraph.* 16 January 2016.
[dc] BBC Staff. What Happened at the Bataclan? *BBC News.* 9 December 2015.
[dci] Reuters Staff. Timeline of Paris Attacks According to Public Prosecutor. *Reuters.* 14 November 2015
[dcii] Le Monde Staff. Attaques à Paris : le point sur l'enquête et le déroulé des attaques. *Le Monde.* 13 November 2015
[dciii] Marcus, Mary Brophy. Injuries from Paris Attacks Will Take Long to Heal. *CBS News.* 19 November 2015.
[dciv] Robson, Steve. Tunisia Parliament Attack: RECAP. *Mirror.* 18 March 2015.
[dcv] Botelho, Greg and Jethro Mullen. ISIS Apparently Claims Responsibility for Tunisia Museum Attack; 9 Arrested. *CNN.* 19 March 2015.
[dcvi] Kirkpatrick, David D. Museum Attack Is Blow to Nation's Democratic Shift. *The New York Times.* 18 March 2015.
[dcvii] Waterfield, Bruno. Paris Attack Guns 'Bought by Amedy Coulibaly Used in Belgium.' *The Telegraph.* 14 January 2015
[dcviii] The Guardian Staff. Interviews with Kouachi & Coulibaly Released. *The Guardian.* 9 January 2015
[dcix] Wyke, Thomas. Paris Shootings: Hostages Killed at Jewish Supermarket Named. *International Business Times.* 10 January 2015.
[dcx] Onyanga-Omara, Jane. Video Shows Paris Gunman Pledging Allegiance to Islamic State. *USA Today.* 11 January 2015.
[dcxi] JTA. Report: Israeli Couple among Brussels Jewish Museum Shooting Victims. *The Jerusalem Post.* 25 May 2014.
[dcxii] Rawlinson, Kevin. Jewish Museum Shooting Suspect 'IS Islamic State Torturer'. *The Guardian.* 6 September 2014.
[dcxiii] BBC Staff. Brussels Jewish Museum Killings: Suspect 'Admitted Attack'. *BBC News.* 1 June 2014.
[dcxiv] Okari, Dennis. Kenya's Westgate Attack: Unanswered Questions One Year on. *BBC News.* 22 September 2014.
[dcxv] McConnel, Tristan. 'Close Your Eyes and Pretend to Be Dead'. *Foreign Policy.*
[dcxvi] Daily Nation Staff. Westgate Killers: The Face of Terror. *Daily Nation.* 20 September 2014.
[dcxvii] RT Staff. Belograd Shooting Suspect Still at Large after Killing 6, Including 14yo Girl. *RT.* 22 April 2013.
[dcxviii] Sputnik News Staff. Alleged Belograd Shooter Says Killings Due to Personal Insult. *Sputnik News.* 6 August 2013.
[dcxix] Kington, Tom. Florence Gunman Shoots Senegalese Street Vendors Dead. *BBC News*. 13 December 2011.

[dcxx] Bilefsky, Dan. Slovakia Stunned by Rampaging Gunman. *The New York Times.* 30 August 2010
[dcxxi] Gurbisz, Rafael. Police: Slovak Shooter Angry Over Neighbors' Noise. *The Washington Times.* 31 August 2010
[dcxxii] Burns, John F. Cameron Rejects Rush to Tighten Gun Laws. *The New York Times.* 3 June 2010
[dcxxiii] Macdonald, Alistair and Paul Stone. U.K. Mulls Tighter Gun-Control Laws After Shooting. *The Wall Street Journal* 4 June 2010.
[dcxxiv] Tozer, James, Chris Brooke, and Paul Sims. Timetable of Mass Murder: Derrick Bird's Slaughter in the Lake District Reconstructed. *The Daily Mail.* 4 June 2010
[dcxxv] Eulich, Whitney. Leige Attack: Gunman in Belgium Targeted Crowds with Grenades, Firearms. *Christian Science Monitor.* 13 December 2011.
[dcxxvi] Deighton, Ben. Belgium Gunman Also Killed a Cleaning Woman. *Christian Science Monitor.* 14 December 2011.
[dcxxvii] Corder, Mike and Toby Sterling. Dutch Mall Shooting Leaves 7 Dead, 15 Wounded. *The Huffington Post.* 10 April 2011.
[dcxxviii] BBC News staff. Dutch Gunman Van der Vlis Faced Illegal Weapons Probe. *BBC News.* 10 April 2011.
[dcxxix] Kahn, Jeremy and Robert F. Worth. Mumbai Attackers Called Part of Larger Band of Recruits. *The New York Times.* 9 December 2008.
[dcxxx] China Daily Staff. India Charges Mumbai Gunman with Murder. *China Daily.* 25 February 2009
[dcxxxi] Associated Press. Australian Gunman Called a Loner with a Mental History. *The New York Times.* 30 April 1996
[dcxxxii] Bellamy, Patrick. Suddenly One Sunday. *TruTv.com.*
[dcxxxiii] Associated Press. A Masked Gunman Kills 6 at a Mall in Australia. *The New York Times.* 18 August 1991.
[dcxxxiv] The Age Staff. Melbourne Remembers Queen Street Massacre. *The Age.* 6 December 2007
[dcxxxv] Polk, Kenneth. *When Men Kill: Scenarios of Masculine Violence.* (Cambridge, Cambridge University Press, 1994) p. 137
[dcxxxvi] Hurd, Douglas. Report of Mr. Colin Smith CVO QPM Chief Constable Thames Valley Police to the RT Hon Douglas Hurd CBE, MP. Secretary of State for the Home Department. *Economics Expert.* August 1987
[dcxxxvii] Tendler, Stewart, Andrew Morgan, David Sapsted, and Michael McCarthy. Times Archive, 1987: 14 Die as Gunman Runs Amok. *Times Online.* 20 August 1987
[dcxxxviii] Ford, Richard. Factfile: British Shooting Massacres. *Times Online.* August 1987
[dcxxxix] BBC Staff. Toulouse Gunman Mohamed Merah. *BBC.* 22 March 2012
[dcxl] MSNBC Staff. Jewish School Slayings Suspect Dead after France Cops Storm Apartment, Officials Say. *MSNBC.* 22 March 2012
[dcxli] Mith-Spark, Laura. Who Was French Gunman Mohammed Merah? *CNN.* 23 March 2012.
[dcxlii] Gaier, Rodrigo Via. Brazil Gunman Kills 12, Self at Rio School. *Reuters.* 8 April 2011
[dcxliii] BBC Staff. Students Return to Brazil School where Gunman Shot 12. *BBC.* 18 April 2011.
[dcxliv] CNN Staff. Hero Officer Kept Brazilian School Massacre from Being Even Worse. *CNN.* 8 April 2011.
[dcxlv] CNN Staff. German Rampage victims Mostly Female. *CNN.* 12 March 2009.
[dcxlvi] BBC Staff. Finnish College Gunman Kills 10. *BBC News.* 23 September 2008.
[dcxlvii] Terror Shooting at Mercaz Harav Kook Yeshiva in Jerusalem. *Israel Ministry of Foreign Affairs.* 6 March 2008.
[dcxlviii] BBC Staff. Finland Mourns Shooting Victims. *BBC News.* 8 November 2007.
[dcxlix] YLE Staff. Nine Dead in School Shooting. *YLE.* 7 November 2007.
[dcl] Gulf Times Staff. School Shooter in Germany Shot Himself, Autopsy Shows. *Gulf Times.* 22 November 2006.
[dcli] CBS Staff. Montreal Gunman Called Himself 'Angel of Death'. *CBS News.* 14 September 2006.
[dclii] Associated Press. 4 Die in Argentina School Shooting. *CBS News.* 28 September 2004.
[dcliii] China Daily Staff. Teen Opens Fire in Argentine School: 4 Dead. *China Daily.* 29 September 2004.
[dcliv] Cormier, Bill. School Shooting in Argentina Kills Four. *Associated Press.* 29 September 2004.
[dclv] Associated Press. One Killed, Several Injured in Southern Thailand School Shooting. *High Beam.* 6 June 2003.

[dclvi] Second Student Dies of Gunshot Wound. *Asia Africa intelligence Wire*. 9 June 2003.
[dclvii] Murphy, Padraic, Misha Ketchell, and Andrew Heasley. Two Die as Gunman Attacks His Own Class. *Sydney Morning Herald.* 22 October 2002.
[dclviii] Barry, Jamie. Student Believed Montash Killings Were His Destiny. *The Age.* 12 September 2003.
[dclix] New York Times Staff. Bosnia Student Kills Teacher and Himself. *The New York Times.* 30 April 2002.
[dclx] CNN Staff. Brave Teacher Stopped Gun Rampage. *CNN.* 27 April 2002.
[dclxi] Andrews, Edmund L. Shooting Rampage at German School. *The New York Times.* 27 April 2002.
[dclxii] Coleman, Lroen. *The Copycat Effect: How the Media and Popular Culture Trigger the Mayhem in Tomorrow's Headlines* (New York: Simon and Schuster, 2004), pg. 177.
[dclxiii] A School Principal Is Killed by Gunfire. *Key to Safer Schools.*
[dclxiv] Associated Press. Family Feud Behind Dutch School Shooting, Police Say. The Victoria Advance. 9 December 1999.
[dclxv] Deutsch, Anthony. Student Wounds Four in Denmark. *Laredo Morning Times.* 8 December 1999.
[dclxvi] School Shootings. *Emergence Disaster Management, Inc.*
[dclxvii] Calgary Herald Staff. Grim Record of School Killings. *Calgary Herald.* 5 December 2009
[dclxviii] CBS Staff. Tragedy in Taber. *CBS News.* 27 April 2004.
[dclxix] CNN Staff. Gunman Kills Eight at Two Schools in Yemen. *CNN.* 30 March 1997.
[dclxx] Seattle Times staff. Around the World. *The Seattle Times.* 2 April 1997.
[dclxxi] Bell, Rachael. The Dunblane Massacre. *TruTv.*
[dclxxii] The Star Staff. Shooting Violence in Canadian Schools 1975-2007. *The Star.* 23 May 2007
[dclxxiii] Cairns, Alan. Green Is No Stranger to Justice, Perception of Fairness Is Crucial, Says New Judge. *Toronto Sun.* 17 August 2006.
[dclxxiv] Cowan, John Scott. Lessons from the Fabrikant File: A Report to the Board of Governors of Concordia University. May 1994.
[dclxxv] Lyon, Darid R., Stephen D. Hart, and Christopher D. Webster, "Violence and Risk Assessment," in *Introduction to Psychology and Law: Canadian Perspectives* (Toronto: University of Toronto Press Incorporated, 2001), chap. 11, pp. 314-315.
[dclxxvi] Wilfred Cude, "The Rogue Professor," in *The Ph.D Trap Revisited* (Toronto: Dundurn Press, 2001), chap. 5, pp. 114-130
[dclxxvii] Sourour, Teresa Z. Report of Coroner's Investigation. 10 May 1991.
[dclxxviii] Lieberman, Joseph A. *School Shootings: What Every Parent and Educator Needs to Know to Protect our Children* (New York: Kensington Publishing Corp., 2008). P. 334
[dclxxix] Associated Press. Student Opens Fire on Class, Kills Self. *The Miami News.* 27 October 1975.
[dclxxx] Hanon, Andrew. Canada's First School Shooting Recalled. *Edmonton Sun.* 12 March 2009.
[dclxxxi] Associated Press. Teenager Takes Own Life after Killing 2, Wounding 13. *Bulletin.* 29 May 1975.
[dclxxxii] Associated Press. School Killer 'Sought Revenge' *Ocala Star-Banner.* 28 May 1975.
[dclxxxiii] Time Staff. Middle East: Bullets, Bombs, and a Sign of Hope. *Time Magazine.* 27 May 1974.
[dclxxxiv] Khoury, Jack. U.S. Filmmakers Plan Documentary on Ma'a lot Massacre. *Haaretz.* 7 March 2007
[dclxxxv] BBC Staff. 1974: Teenagers Die in Israeli School Attack. *BBC.*
[dclxxxvi] Willgress, Lydia, Thomas Burrows and Jennifer Smith. Filmed from a Hotel Balcony, the Chilling Moment ISIS Gunman is Seen Sprinting across Tunisian Beach after Killing 38 Innocent Tourists. *The Daily Mail.* 28 June 2015
[dclxxxvii] Turner, Camilla. Tunisia Attack: Gunman's Links to Britain. *The Telegraph.* 30 June 2015.
[dclxxxviii] Webb, Sam. Tunisia Hotel Attack: RECAP after Authorities Reveal 'Majority' of Victims Are British. *Mirror.* 28 June 2015
[dclxxxix] Sang Hun, Choe. Soldier Accused of Killing 5 Is Captured in South Korea. *The New York Times.* 23 June 2014.

[dcxc] Kwon, K.J. 5 Dead in Shooting on South Korean Military Outpost. *CNN.* 21 June 2014.
[dcxci] McCurry, Justin. South Korean Soldier in Standoff with Army after Shooting Rampage. *The Guardian.* 22 June 2014.
[dcxcii] Hassan, Syed Raza. Karachi Airport Attack Signals Tactical Shift by Taliban. *Yahoo.* 12 June 2014.
[dcxciii] Hassan, Syed Raza. Taliban Claims Responsibility for Attack on Jinnah International Airport in Karachi. *The Huffington Post.* 9 August 2014.
[dcxciv] Associated Press. Canadian Police Charge Suspect over Shooting Deaths of three Mounties. *The Guardian.* 6 June 2014.
[dcxcv] CBC Staff. Moncton Shootings: Slain RCMP Officers Mourned by Families. *CBC News.* 6 June 2014.
[dcxcvi] CBC Staff. Justin Bourque: Latest Revelations about Man Charged in Moncton Shooting. *CBC News.* 5 June 2014.
[dcxcvii] Boyle, Louise. Doctors Deliver Baby Boy after Gunman Shoots Pregnant Mother Dead in Church Attack. *The Daily Mail.* 1 October 2011.
[dcxcviii] Jameson, Dave. Pregnant Woman and Baby Killed in Church Shooting. *Costa News.* 7 October 2011.
[dcxcix] BBC Staff. Anders Behring Breivik: Norway Court to Deliver Verdict. *BBC News.* 23 August 2012.
[dcc] New York Times Staff. Anders Behring Breivik. *The New York Times.* 24 August 2012.
[dcci] BBC Staff. Norway Police Could Have Stopped Breivik Sooner. *BBC News.* 13 August 2012.
[dccii] Ha-Won, Jung. South Korea Marine Judged Unstable before Shooting. *AFP.* 4 July 2011.
[dcciii]Glionna, John M. and Jung-yoon Choi. Barracks Shooting Prompts South Koreans to Call for Military Reform. *The Los Angeles Times.* 17 July 2011.
[dcciv] BBC Staff. Frankfurt Airport Gunman Jailed for Life. *BBC News.* 10 February 2012
[dccv] BBC Staff. Kosovan Admits Shooting US Airmen at Frankfurt Airport. *BBC News.* 31 August 2011
[dccvi]Hall, Allan. Woman Who Opened Fire at Hospital Had Killed Family. *News.Scotsman.* 21 September 2010.
[dccvii] BBC Staff. Fatal Shooting at German Hospital. *BBC News.* 19 September 2010.
[dccviii] Yardley, Jim and Hari Kumar. Taiwanese Tourists Shot in New Delhi. *The New York Times.* 19 September 2010.
[dccix]Associated Press. Tourists Shot Near Delhi Mosque. *BBC.* 19 September 2010.
[dccx] Childress, Sarah. Militants Kill at Least 31 in Somalia. *The Wall Street Journal.* 25 August 2010.
[dccxi] Raghavan, Sundarsan. Al-Qaeda-Linked Somali Militants Storm Mogadishu Hotel, Kill at Least 33. *The Washington Post.* 24 August 2010
[dccxii]Gettleman, Jeffrey. At Least 30 Killed in Somalia Hotel Attack. *The New York Times.* 24 August 2010.
[dccxiii] Canadian Press. Suspect in Workplace Shooting Has Bail Hearing. *CTV.* 8 May 2004
[dccxiv] Mitchell, Bob. Family Wants Killer in Maximum Security. *The Star.* 24 January 2007.
[dccxv] Daley, Suzanna. Man Who Fatally Shot 8 French Officials Jumps to His Death. *The New York Times.* 29 March 2002.
[dccxvi] CNN Staff. Paris Killer Leap: Police Cleared. *CNN.* 6 April 2002
[dccxvii]BBC Staff. Eight Dead in Paris Shooting. *BBC News.* 27 March 2002
[dccxviii]BBC Staff. Egypt Tourist Massacre. *BBC News.* 17 November 1997.
[dccxix] BBC Staff. Massacre at Luxor. *BBC News.* 6 December 2002.
[dccxx] Reuters Staff. TIMELINE-Shooting Incident in Finland. *Reuters.* 31 December 2009.
[dccxxi] The Local Staff. Mass Murderer Denied Request for Reduced Sentence. *The Local.* 3 September 2008
[dccxxii] The Local Staff. Court Affirms Mass Murder's Life Sentence. *The Local.* 27 October 2008.
[dccxxiii] Pitches, Adrian. Town Struggles to Recall Shooting. *BBC News.* 2 May 2009.
[dccxxiv] Pattinson, Rob. Monkseaton Mourns Victim of Gunman Robert Sartin. *Sunday Sun.* 26 April 2009.
[dccxxv] Reuters Staff. Australia Killer Gets 460 Years in Prison. *The Los Angeles Times.* 11 November 1988.
[dccxxvi] Hunt, Elisa. Hoddle St. Killer Julian Knight Has Legal Win in Parole Bid. *The Herald Sun.* 11 August 2010.
[dccxxvii] Australian Government Attorney General's Department, The Australian Journal of Emergency Management, November 2004

[dccxxviii] Hoddle Street. Victoria Police Magazine, August 2007, pg. 6-11
[dccxxix] Suro, Robert. Palestinian Gets 30 Years for Rome Airport Attack. *The New York Times.* 13 February 1988.
[dccxxx] Significant Terrorist Incidents, 1961-2003: A Brief Chronology. U.S. Department of State, Bureau of Public Affairs, Office of the Historian.
[dccxxxi] Suro, Robert. Palestinian Gets 30 Years for Rome Airport Attack. *The New York Times.* 13 February 1988.
[dccxxxii] Significant Terrorist Incidents, 1961-2003: A Brief Chronology. U.S. Department of State, Bureau of Public Affairs, Office of the Historian.
[dccxxxiii] BBC Staff. 1973: Athens Attack Leaves Three Dead. *BBC News.*
[dccxxxiv] Israel: Terrorist on Trial. *Time Magazine.* 24 July 1972.
[dccxxxv] BBC Staff. 1972: Japanese Kill 26 at Tel Aviv Airport. *BBC News.*
[dccxxxvi] Olsen, Jan M. Iraqi Suspect Says Unaware of Danish Terror Plot. *The Washington Post.* 31 December 2010.
[dccxxxvii] Goodman, J. David. Police Arrest 5 in Danish Terror Plot. *The New York Times.* 29 December 2010.
[dccxxxviii] Rolander, Niclas and Paul Sonne. Alleged Terror Plot Foiled in Denmark. The Wall Street Journal. 29 December 2010
[dccxxxix] Graczyk, Michael. Trey Selser Studied Serial Killers before allegedly Shooting His Texas Family. *The Huffington Post.* 22 March 2012.
[dccxl] Cox, Erin and Jessica Anderson. Former UM Student Acused of Campus Threat Pleads Guilty. *The Baltimore Sun.* 7 August 2012.
[dccxli] Arizona Republic Staff. Boy Accused of Threatening Litchfield Park School Arrested. *The Arizona Republic.* 3 October 2011.
[dccxlii] Galofaro, Claire. Lakeshore High Shooting Plot Case Concludes with teen's Plea to Reduced Charge. *The Times Picayune.* 3 February 2012.
[dccxliii] KMOv Staff. Facebook Post Leads Police to Second Teen Accused in Missouri School Shooting Plot. KMOV. 7 April 2011
[dccxliv] Vander Velde, Jessica. Tip About Planned Shooting at Leto High School Leads to Arrest of 17-Year-Old. *St. Petersburg Times.* 26 August 2010.
[dccxlv] Logan, Bill. Leto High Moves on after Mass Murder Threat. *ABC News.* 26 August 2010.
[dccxlvi] Collington, Theresa. Deputies: Mass Shooting Thwarted at Leto High School. *WTSP.* 26 August 2010.
[dccxlvii] DeGuerin Miller, Carlin. Columbine-Style Attack on Long Island High School Foiled, Two Teens Arrested, Say Police. *CBS News.* 10 May 2010.
[dccxlviii] Associated Press. Dana Saltzman, Christopher Franko Arrested in Plot to Attack Long Island High School: Columbine-Style Shooting Planned for Connetquot High School. *The Huffington Post.* 8 May 2010.
[dccxlix] Associated Press. Brewster Teen charged in Alleged School Shooting Plot. *The Columbian.* 4 March 2010.
[dccl] Mehaffey, K.C. Charges Reduced for Teen Police Say Planned Columbine-Type Shooting. Wenatchee World. 2 December 2010.
[dccli] Mazza, Crystal. Student Arrested for Plotting Attack Against High School. *WOAI.* 15 February 2010.
[dcclii] ABC KSAT Staff. Alleged School Shooting Plot Foiled. *ABC News – KSAT.* 15 February 2010.
[dccliii] Associated Press. Police: 2 Teens Were Plotting School Shooting. *MSNBC.* 1 May 2009.
[dccliv] Associated Press. Sheriff: Teen Planned School Shooting. *CBS News.* 9 April 2009.
[dcclv] Associated Press. 2 Teens Arrested in Shooting Plot at Dove Creek School. *Denver Post.* 9 April 2009.
[dcclvi] Adams and Shawn Day. Beach Teen Charges with Making Explosives in Plot on School. *Virginia Pilot.* 8 April 2009.
[dcclvii] Day. Sanity is an Issue in Case of Landstown Bomb Plot Teen. *Virginia Pilot.* 27 august 2009.
[dcclviii] Urban, Mike. Student Charges in Planned Assault at Blue Mountain High School after Arms Cache is Found. *Reading Eagle.* 19 December 2008.
[dcclix] CNN Staff. Pennsylvania Teen Charged with Plotting to Kill School Enemies. *CNN.* 9 December 2008.
[dcclx] Kelly, David. Teens Allegedly Plotted Shooting. *The Los Angeles Times.* 31 October 2009.
[dcclxi] Associated Press. Alleged 'Plot to Kill' Foiled at N.J. School. *CBS News.* 6 March 2008.
[dcclxii] Associated Press. Hudson Valley High Students Arrested, Charged with Plotting School Attack. *The NY Daily News.* 28 November 2007.
[dcclxiii] BBC Staff. Germany 'Foils School Massacre'. *BBC News.* 19 November 2007.
[dcclxiv] Schoetz, David and Russell Goldman. Online, Teens 'Idolized Columbine Killers' *ABC News.* 13 November 2007.

[dcclxv] Associated Press. 14-year-old Admits to Illegally Stockpiling Weapons. *MSNBC.* 26 October 2007.
[dcclxvi] Schoetz, David. Samaritan Helps Foil Columbine-Style Shooting. *ABC News.* 13 July 2007
[dcclxvii] Dobnik. Verena. 2 NY Teens Charges with School Plot. *USA Today.* 14 July 2007.
[dcclxviii] Associated Press. Wisconsin Teens Charged in Planned School-Shooting Plot. *Fox News.* 22 September 2006.
[dcclxix] Associated Press. Student Plotting Washington School Shooting Charged. *Fox News.* 25 April 2006.
[dcclxx] Associated Press. North Pole Unnerved by Alleged Plot to Kill Students. *Fox News.* 25 April 2006.
[dcclxxi] Associated Press. School Slaughter Plot Foiled in Alaska. *Sydney Morning Herald.* 23 April 2006.
[dcclxxii] Associated Press. 5 Kan. Students Arrested in Alleged Plot. *USA Today.* 21 April 2006.
[dcclxxiii] Associated Press. Charges Mulled in Alleged School Shooting Plot. *MSNBC* 23 April 2006.
[dcclxxiv] Associated Press. New Jersey Teen Gets 6 Years in Prison for School Shooting Plot. *Fox News.* 6 October 2006.
[dcclxxv] Associated Press. Camden: Teenagers Admit to Shooting Plan. *The New York Times.* 11 August 2006.
[dcclxxvi] Abrams, Jonathan. Columbine II? Behind the Alleged Plot. *The Los Angeles Times.* 20 May 2006.
[dcclxxvii] Smith, Charmaine. No Motive Apparent in Foiled School Shooting. *Anderson Independent-Mail.* 21 September 2005.
[dcclxxviii] Shields, Nicholas. 2 Boys Charges in Plot. *The Los Angeles Times.* 16 March 2005.
[dcclxxix] Daniels, Cynthia. Teen Charged in Attack Plot at High School. *The Los Angeles Times.* 12 February 2004.
[dcclxxx] Butterfield, Fox and Robert D. McFadden. 3 Teenagers Held in Plot at Massachusetts School. *The New York Times.* 26 November 2001.
[dcclxxxi] Avila, Jim. School Shooter: 'I Didn't Realize' They Would Die. *ABC News.* 11 June 2008.
[dcclxxxii] CBS Staff. Arsenal in a Gym Bag. *CBS News.* 15 February 2001.
[dcclxxxiii] Vaughan, Kevin and Deborah Frazier. Columbine Talk Escaped Adults. *Rocky Mountain News.* 9 February 2001.
[dcclxxxiv] ABC Staff. In Kansas Police Stop School Attack. *ABC News.* 6 February 2001.
[dcclxxxv] Bay City News Staff. Man Who Planned Massacre at de Anza College Commits Suicide. *Bay City News.* 9 August 2004.
[dcclxxxvi] Wong, May. Police Thwart 'Columbine-Style' Campus Assault. *ABC News.* 30 January 2001.
[dcclxxxvii] Associated Press. Five Texas Teens Charges in Assault Plot. *USA Today.* 24 April 1999.
[dcclxxxviii] Belluck, Pam. Students Accused of Plotting Mass Slayings. *The New York Times.* 17 November 1998.
[dcclxxxix] Sack, Kevin. Southern Town Stunned by Arrested in Murder Plot. *The New York Times.* 9 October 1997.
[dccxc] Fahim, Kareem. Six Ordinary Lives that Took a Detour to the World of Terror. *The New York Times.* 9 May 2007
[dccxci] Kocieniewski, David. Six Men Arrested in Terror Plot against Fort Dix. *The New York Times.* 9 May 2007.
[dccxcii] Associated Press. Store Clerk Helps Fed Bust 6 in Alleged 'Jihad' Plot to Kill U.S. Soldier at Fort Dix. *Fox News.* 8 May 2007
[dccxciii] NPR Staff. Plot to Attack Fort Dox Foiled, Authorities Say. *NPR.* 8 May 2007.
[dccxciv] Cincy Police Foil Workplace Shooting. United Press International. 24 June 2009