# EXHIBIT 51

NCHS Data Brief ■ No. 232 ■ January 2016

# Mean Age of Mothers is on the Rise: United States, 2000–2014

T.J. Mathews, M.S.; and Brady E. Hamilton, Ph.D.

## Key findings

**Data from the National Vital Statistics System**

• The mean age of mothers has increased from 2000 to 2014 for all birth orders, with age at first birth having the largest increase, up from 24.9 years in 2000 to 26.3 years in 2014.

• Increases in the average age for all birth orders were most pronounced from 2009 to 2014.

• In 2014, Asian or Pacific Islander mothers had the oldest average age at first birth (29.5 years), while American Indian or Alaska Native mothers had the youngest (23.1 years).

• Mean age at first birth increased in all states and the District of Columbia (D.C.) from 2000 to 2014, but D.C. (3.4 years) and Oregon had the largest increases (2.1 years).

A mother's age at birth, and particularly the mean or "average" age when a mother has her first child, is of interest to researchers and the public. Mean age can affect the total number of births a mother has over a lifetime, which in turn impacts the composition and growth of the U.S. population. Age of mother is associated with a range of birth outcomes, such as multiple births and birth defects. An earlier report presented trends in mean age from 1970 to 2000 (1). This report updates the earlier report and presents trends in the mean age at first and higher birth orders by race and Hispanic origin of mother and by state from 2000 to 2014 (1).

*Keywords: maternal age • race and Hispanic origin • birth order • National Vital Statistics System (NVSS)*

## What are the recent trends in average age of mothers in the United States?

• The mean age of first-time mothers increased 1.4 years, from 24.9 in 2000 to 26.3 in 2014. While the mean age at first birth was fairly stable

Figure 1. Mean age, by birth order: United States, 2000–2014



SOURCE: CDC/NCHS, National Vital Statistics System.



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Centers for Disease Control and Prevention
National Center for Health Statistics



for the first half of this time period, greater increases were observed from 2009 (25.2 years) to 2014 (26.3 years) (Figure 1).

- Trends in mean age of mother for higher-order births were similar to those for first births—that is, generally stable from 2000 to 2006, followed by greater increases from 2009 to 2014.

- Increases from 2000 to 2014 in average age for higher birth orders were less than those for first births, rising 1.4 years for first births, 1.0 years for second births, 0.8 years for third- and fourth-order births, and 0.5 years for fifth- and higher-order births.

- As a result of the different rate of increases by birth order, the gap in the mean age between sequential birth orders has decreased. For example, the difference in the mean age at first birth compared with the mean age at second birth was 2.8 years in 2000 and 2.4 years in 2014.

## How has the distribution of age at first birth changed?

- The largest factor in the rise in mean age at first birth is the decline in the proportion of first births to mothers under age 20, down 42% from 2000 to 2014, or from approximately 1 in 4 births to 1 in 7 (Figure 2).

- From 2000 to 2014, the proportion of first births to women aged 30–34 rose 28% (from 16.5% to 21.1%), and first births to women aged 35 and over rose 23% (from 7.4% to 9.1%).

Figure 2. Percentage of first births, by age of mother: United States, 2000–2014



SOURCE: CDC/NCHS, National Vital Statistics System.

- The proportion of first births to mothers aged 20–24 was the same in 2000 and 2014, while the proportion of first births to mothers aged 25–29 increased 14%, from 24.3% in 2000 to 27.7% in 2014.

## Does the average age of first-time mothers differ by race and Hispanic origin?

- The mean age at first birth increased for all race and Hispanic origin groups from 2000 to 2014. Increases ranged from 0.5 years for Cuban mothers to 1.9 years for non-Hispanic black mothers (Figure 3).

- Asian or Pacific Islander (API) mothers had the oldest average age at first birth in 2000 (27.8 years) and 2014 (29.5 years), while American Indian or Alaska Native (AIAN) women had the youngest average age at first birth  (21.6 years in 2000 and 23.1 years in 2014). The difference in mean age at first birth among these groups was 6.4 years in 2014, up from 6.2 years in 2000.

Figure 3. Mean age at first birth, by race and Hispanic origin of mother: United States, 2000 and 2014



[1]Includes persons of Hispanic and non-Hispanic origin.
SOURCE: CDC/NCHS, National Vital Statistics System.

**NCHS Data Brief ■ No. 232 ■ January 2016**

- In 2014, the mean age at first birth for API (29.5 years), non-Hispanic white (27.0 years), Central and South American (26.5 years), and Cuban (27.0 years) mothers was higher than the average for all mothers (26.3 years). The mean age was lower than the average for Puerto Rican (24.1 years), non-Hispanic black (24.2 years), Mexican (23.7 years), and AIAN (23.1 years) mothers.

## Does average age of mother at first birth differ by geographic area over time?

- The average age of first-time mothers increased for all states and the District of Columbia (D.C.) from 2000 to 2014. Increases ranged from 0.7 years for mothers in New Hampshire to more than three years for mothers in D.C. (Figure 4).

- States with larger increases (1.7 years or more) in the mean age at first birth tended to be in the western United States (California, Oregon, Washington, Utah, and Colorado). Greater increases were also seen in Illinois, Arkansas, and D.C.

- Apart from New Mexico, states with the smallest increases (less than 1.2 years) were all east of the Mississippi River, from Tennessee to New Hampshire.

Figure 4. Increase in mean age at first birth, by state: United States, 2000–2014



U.S. — 1.4 years

- 1.7 years or more
- 1.5–1.6 years
- 1.2–1.4 years
- Less than 1.2 years

SOURCE: CDC/NCHS, National Vital Statistics System.

**NCHS Data Brief ■ No. 232 ■ January 2016**

## Summary

The average age of first-time mothers increased by 1.4 years from 2000 to 2014, with most of the increase occurring from 2009 to 2014. Trends were similar for higher birth orders with fairly stable mean ages occurring from 2000 to 2006, and greater increases occurring from 2009 to 2014. Since 2000, the mean age at first birth increased for all race and Hispanic origin groups, but large differences remained among the groups. AIAN mothers had the youngest mean age at first birth in 2014 and API mothers had the oldest.

Since 2000, the average age at first birth has increased in all states, rising 1.9 years or more in D.C., California, Oregon, and Utah, while increasing by less than a year in Connecticut, Michigan, New Hampshire, and West Virginia.

Continued delays in childbearing in the United States are evident in the 1.4 year increase in the average age of first births from 2000 to 2014 (2–5). The decrease in the proportion of first births to women under age 20 had the largest impact on this change, while increases in first births among mothers aged 30 and over also contributed to the increase in mean age.

Over the past several decades, the United States continued to have a larger number of first births to older women along with fewer births to mothers under age 20 (1,5). This trend and the more recent uptick in delayed initial childbearing can affect the number of children a typical woman will have in her lifetime, family size, and for the overall population change in the United States.

## Definitions

Mean and average age: The arithmetic average of a mother's age at birth.

First birth: The first child born alive to a mother.

Race and Hispanic origin: Race and Hispanic origin are reported separately on birth certificates. Persons of Hispanic origin may be of any race. Persons of non-Hispanic ancestry are further classified by race because there are substantial difference in fertility and maternal characteristics between Hispanic and non-Hispanic persons. Persons of AIAN and API ancestry are not classified separately by Hispanic origin because the majority of these persons are non-Hispanic. Multiple-race data reported since 2003 were bridged to single race categories for comparability among states and for trend analyses (2).

## Data source and methods

This report contains data from the birth data set, which is part of the National Vital Statistics System (NVSS). NVSS contains all live births reported in the United States. The birth data set is the primary data set for analyzing birth trends and patterns in the United States. Birth data sets are available from NCHS at: http://www.cdc.gov/nchs/about/major/dvs/Vitalstatsonline.htm and http://www.cdc.gov/nchs/VitalStats.htm.

## About the authors

T.J. Mathews and Brady Hamilton are with the CDC's National Center for Health Statistics, Division of Vital Statistics, Reproductive Statistics Branch.

## References

1.   Mathews TJ, Hamilton BE. Mean age of mother, 1970–2000. National vital statistics reports; vol 51 no 1. Hyattsville, MD: National Center for Health Statistics. 2002.

2.   Hamilton BE, Martin JA, Osterman MJK, et al. Births: Final data for 2014. National vital statistics reports; vol 64 no 12. Hyattsville, MD: National Center for Health Statistics. 2015.

3.   Ventura SJ, Hamilton BE, Mathews TJ. National and state patterns of teen births in the United States, 1940–2013. National vital statistics reports; vol 63 no 4. Hyattsville, MD: National Center for Health Statistics. 2014.

4.   Mathews TJ, Hamilton BE. First births to older women continue to rise. NCHS data brief, no 152. Hyattsville, MD: National Center for Health Statistics. 2014.

5.   Gregory E. Ready: Why women are embracing the new later motherhood. Basic Books. 2007.

**U.S. DEPARTMENT OF**
**HEALTH & HUMAN SERVICES**

Centers for Disease Control and Prevention
National Center for Health Statistics
3311 Toledo Road, Room 5419
Hyattsville, MD 20782–2064

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FIRST CLASS MAIL
POSTAGE & FEES PAID
CDC/NCHS
PERMIT NO. G-284

For more NCHS Data Briefs, visit:
http://www.cdc.gov/nchs/products/databriefs.htm.



## NCHS Data Brief ■ No. 232 ■ January 2016

### Suggested citation

Mathews TJ, Hamilton BE. Mean age of mothers is on the rise: United States, 2000–2014. NCHS data brief, no 232. Hyattsville, MD: National Center for Health Statistics. 2016.

### Copyright information

All materials appearing in this report is in the public domain and may be reproduced or copied without permission; citation as to source, however, is appreciated.

### National Center for Health Statistics

Charles J. Rothwell, M.S., M.B.A., *Director*
Nathaniel Schenker, Ph.D., *Deputy Director*
Jennifer H. Madans, Ph.D., *Associate Director for Science*

**Division of Vital Statistics**
Delton Atkinson, M.P.H., M.P.H., P.M.P., *Director*
Hanyu Ni, Ph.D., M.P.H., *Associate Director for Science*

For e-mail updates on NCHS publication releases, subscribe online at: http://www.cdc.gov/nchs/govdelivery.htm.

For questions or general information about NCHS:
Tel: 1–800–CDC–INFO (1–800–232–4636)
TTY: 1–888–232–6348
Internet: http://www.cdc.gov/nchs
Online request form: http://www.cdc.gov/cdc-info/

**ISSN 1941–4927 Print ed.**
**ISSN 1941–4935 Online ed.**
DHHS Publication No. 2016–1209
CS262027

# EXHIBIT 52

# The Changing Economics and Demographics of Young Adulthood: 1975–2016

*Population Characteristics*

## Current Population Reports

By Jonathan Vespa

Issued April 2017

P20-579

## INTRODUCTION

What does it mean to be a young adult? In prior generations, young adults were expected to have finished school, found a job, and set up their own household during their 20s—most often with their spouse and with a child soon to follow. Today's young adults take longer to experience these milestones. What was once ubiquitous during their 20s is now not commonplace until their 30s. Some demographers believe the delays represent a new period of the life course between childhood and adulthood, a period of "emerging adulthood" when young people experience traditional events at different times and in a different order than their parents did.[1] What is clear is that today's young adults look different from prior generations in almost every regard: how much education they have, their work experiences, when they start a family, and even who they live with while growing up. It comes as no surprise that when parents recall stories of their youth, they are remembering how different their experiences were.

This report looks at changes in young adulthood over the last 40 years. It focuses on how the experiences of today's young adults differ, in timing and degree, from what young adults experienced in the 1970s—how

much longer they wait to start a family, how many have gone to college, and who are able to live independently of their parents. This report looks at a snapshot of the young adult population, defined here as 18 to 34 years old, and focuses on two periods: 1975 and today (using data covering 2012 to 2016 to reflect the contemporary period). Many of the milestones of young adulthood are reflected in the living arrangements of young people: when they move out of their parents' home and when they form families. Because these milestones are tied to young adults' economic security, the report also focuses on how education and work experience vary across young adult living arrangements.

## HIGHLIGHTS

- Most of today's Americans believe that educational and economic accomplishments are extremely important milestones of adulthood. In contrast, marriage and parenthood rank low: over half of Americans believe that marrying and having children are not very important in order to become an adult.

- Young people are delaying marriage, but most still eventually tie the knot. In the 1970s, 8 in 10 people married by the time they turned 30. Today, not until the age of 45 have 8 in 10 people married.

- More young people today live in their parents' home than in any other arrangement: 1 in 3 young

---

[1] F. Furstenberg, Jr., "On a New Schedule: Transitions to Adulthood and Family Change," *The Future of Children*, Vol. 20, 2010, pp. 67–87. See also, F. Furstenberg, Jr., et al., "Growing Up Is Harder To Do," *Contexts*, Vol. 3, 2004, pp. 33–41, and J. Arnett, *Emerging Adulthood: The Winding Road From the Late Teens Through the Twenties*, Oxford University Press, New York, 2014.

United States™
CENSUS
Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
*census.gov*

people, or about 24 million 18- to 34-year-olds, lived in their parents' home in 2015.

- In 2005, the majority of young adults lived independently in their own household, which was the predominant living arrangement in 35 states. A decade later, by 2015, the number of states where the majority of young people lived independently fell to just six.

- More young men are falling to the bottom of the income ladder. In 1975, only 25 percent of men, aged 25 to 34, had incomes of less than $30,000 per year. By 2016, that share rose to 41 percent of young men. (Incomes for both years are in 2015 dollars.)

- Between 1975 and 2016, the share of young women who were homemakers fell from 43 percent to 14 percent of all women aged 25 to 34.

- Of young people living in their parents' home, 1 in 4 are idle, that is they neither go to school nor work. This figure represents about 2.2 million 25- to 34-year-olds.

## About the Data

This report uses two surveys from the U.S. Census Bureau to look at the demographic and economic characteristics of young adults: the American Community Survey (ACS) and the Current Population Survey (CPS). It uses a third data source, the General Social Survey (GSS), to look at beliefs, attitudes, and values that Americans have about adulthood.

The ACS provides statistics on the country's people, housing, and economy at various geographic levels, including the nation, states, and counties. It uses a series of monthly samples to produce annually updated estimates for small geographic areas. In 2015, the ACS sampled about 3.5 million households. This report uses 2005 and 2015 ACS data to look at state-level changes in young adult living arrangements. For more information about the survey, see <www.census.gov/programs-surveys/acs/>. For more information about sample design and methodology, see <www.census.gov/programs-surveys/acs/technical-documentation/code-lists.html>.

The CPS collects information about the economic and employment characteristics of the civilian, noninstitutionalized population. This report uses the survey's 1975 and 2016 Annual Social and Economic Supplement, which has data on marriage and family, employment patterns, work hours, earnings, and occupation. It also uses the 1976 and 2014 June supplement to the survey, which collects data on women's fertility. The CPS counts college students living in dormitories as if they were living in their parents' home. As a result, the number of young adults residing in their parents' home is higher than it would be otherwise, especially for 18- to 24-year-olds, who are more likely to be living in college housing. For more information about the CPS, see <www.census.gov/programs-surveys/cps.html>.

Since 1972, the GSS has collected data on Americans' opinions and attitudes about a variety of topics. Because of its long-running collection, researchers can use the survey to study changes in Americans' attitudes and beliefs. The survey is administered by the National Opinion Research Center at the University of Chicago, with support from the National Science Foundation.[1] The module on the milestones of adulthood comes from the 2012 GSS, the most recent year available, and was developed by the MacArthur Foundation Research Network on Transitions to Adulthood.

---

[1] T. Smith, P. Marsden, M. Hout, and J. Kim, *General Social Surveys* 1972–2012, sponsored by the National Science Foundation (NORC ed.), Chicago: National Opinion Research Center, Storrs, CT: The Roper Center for Public Opinion Research, University of Connecticut, 2013.

---

<div style="border:1px solid #900; padding:10px;">

### Defining Young Adults

*Young Adults*. This report looks at the population of 18- to 34-year-olds at two time periods, in 1975 and today, covering the years 2012 to 2016. For some parts of the analysis, this report looks at a subsection of this population, the group of 25- to 34-year-olds. Throughout this report, the terms young adult and young people are used interchangeably to refer to these age groups.

*Generations and cohorts*. The population of 18- to 34-year-olds is a cohort, which is a group of people that share a common demographic experience or characteristic (in this case, age). By comparing cohorts at two different time periods, researchers can study how the experiences of a group of people have collectively changed over time. The cohort of 18- to 34-year-olds in 2016 includes people born between 1982 and 1998, which roughly corresponds to the millennial generation. There is no official start and end date for when millennials were born. The cohort of 18- to 34-year-olds in 1975 includes people born between 1941 and 1957, encompassing members of the silent generation (born 1928 to 1945) as well as some baby boomers (born 1946 to 1964).

*Adulthood*. There are many ways to define adulthood, whether physically, emotionally, or psychologically. This report looks at adulthood as a period of the life course defined by a set of common experiences, events, and transitions. It focuses on demographic and economic events including schooling, marriage and parenthood, and work. This is by no means an exhaustive list, but represents one possible set of common experiences that people have as they age.

</div>

## WHAT DOES IT MEAN TO BE AN ADULT TODAY?

### Americans Rank Educational and Economic Accomplishments as the Most Important Milestones of Adulthood

To say that young adults delay marriage and put off having children describes behaviors that are reflected in demographic trends for the population as a whole. To put these experiences in context, though, it helps to look at what adults think about them. Do people believe that waiting later to marry or have children is a normal part of adulthood today?

The 2012 General Social Survey asked Americans aged 18 and older about how important a variety of experiences are to becoming an adult. Over half of Americans say that getting married or having children are not important to becoming an adult, and only a third think they are somewhat important (Figure 1). These trends align with research showing that less than 10 percent of men and women think that people need to have children to be very happy in life.[2]

Instead, the highest ranked milestones are educational and economic. Finishing school ranks the highest, with more than 60 percent of people saying that doing so is extremely important to becoming an adult. The emphasis on education underlies the rising student debt that many young people carry. In 2013, 41 percent of young families had student debt, up from 17 percent in 1989.[3] Not only do more young families have student debt, they are deeper in debt too. The amount owed on student loans nearly tripled, rising from a median of $6,000 to $17,300 across the same period (in 2013 dollars).[4]

Economic security ranks second in the transition to adulthood. About half of adults believe that having a full-time job and being able to financially support a family are extremely important to becoming an adult (Figure 1). Despite the prominence given to economic security, only a quarter of Americans think that moving out of the parents' home is a very important part of adulthood. Given the attention paid to the "boomerang generation" that has "failed to launch," it is surprising that Americans do not rate living independently as a more important step toward adulthood.[5] Yet in a study by the Pew Research Center, most parents with coresidential adult children are just as satisfied with their living arrangements as parents whose adult children live elsewhere. Similarly, more than 2 in 3 young adults who live at home are very happy with their family life.[6]

---

[2] J. Daugherty and C. Copen, "Trends in Attitudes About Marriage, Childbearing, and Sexual Behavior: United States, 2002, 2006–2010, and 2011–2013," *National Health Statistics Reports*, No. 92, National Center for Health Statistics, Hyattsville, MD, 2016.

[3] Young families are those headed by someone under the age of 35. Survey of Consumer Finance, "Table 13: Family Holdings of Debt, by Selected Characteristics of Families and Type of Debt, 1989–2013 Surveys," Board of Governors of the Federal Reserve System, Washington, DC, 2013.

[4] ibid.

[5] K. Parker, "The Boomerang Generation," *Pew Social and Demographic Trends Report*, Pew Research Center, Washington, DC, 2012.

[6] ibid.

---

## Most Americans Believe Young People Should Be Economically Secure Before Settling Down

The majority of Americans believe education and economic security are extremely important for becoming an adult. What they think about the timing of these milestones is revealing. When asked when people should normally finish school and have a full-time job, the median age was just 22 (Table 1). Ironically, the median age when most Americans believe that people should be financially independent of their parents is just 21, a year earlier than the ideal age for finishing school and working full-time. The contradiction shows that it is not always clear when and in what order young people should experience these milestones. What is clear is that most Americans believe young people should accomplish economic milestones before starting a family. Americans reported that the ideal age for getting married and having

children is 25, the same age when most Americans believe a young person should be capable of supporting a family (Table 1).



Figure 1.
### Finishing School and Getting a Job
How important are these experiences to becoming an adult?

| Percentage of adults who said transition was: | Extremely important | Somewhat important | Not important |
| --- | --- | --- | --- |
| Completed formal schooling | 62 | 33 | 5 |
| Employed full-time | 52 | 43 | 5 |
| Capable of supporting a family financially | 50 | 40 | 10 |
| Financially independent from parents | 43 | 54 | 4 |
| No longer living in parents' household | 26 | 56 | 19 |
| Get married | 12 | 34 | 55 |
| Have a child | 10 | 35 | 55 |

Source: 2012 General Social Survey.

### Do as I Say, Not as I Do

Believing that young people should be done with school, gainfully employed, and capable of

Table 1.
### Milestones of Adulthood
How important are these experiences to becoming an adult?

| Milestones | Percentage of adults who said transition was: | | | Ideal age for completing milestone | Percent with completed milestone by the ideal age |
| --- | --- | --- | --- | --- | --- |
| | Extremely important | Somewhat important | Not important | | |
| Completed formal schooling . . . . . . . . . . . . . . . . . . . | 61.5 | 33.3 | 5.2 | 22 | [1]51.8 |
| Employed full-time . . . . . . . . . . . . . . . . . . . . . . . . . . . | 51.5 | 43.1 | 5.4 | 22 | 36.7 |
| Capable of supporting a family financially . . . . . . . . . | 50.0 | 40.3 | 9.7 | 25 | [2]42.1 |
| Financially independent from parents/guardians. . . . | 42.8 | 53.7 | 3.5 | 21 | [3]28.9 |
| No longer living in parents' household. . . . . . . . . . . . | 25.8 | 55.8 | 18.5 | 21 | 47.1 |
| Get married . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11.5 | 33.9 | 54.6 | 25 | 23.5 |
| Have a child . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10.4 | 34.6 | 55.1 | 25 | [4]38.0 |

[1] Has a high school diploma or college degree, and has not been enrolled in school in the last 3 months.
[2] Personal income at least 150 percent of poverty level for a family of three.
[3] Personal income at least 150 percent of poverty level for one person.
[4] Women only.
Note: "Somewhat important" includes respondents who said quite or somewhat important, whereas "Not important" includes respondents who said not too important or not at all important. The ideal age is the median age when respondents think the transition should normally happen. It is asked only of those who said the transition was at least "Somewhat important." Data on the importance of milestones and ideal age for completing milestones come from the 2012 General Social Survey. Data on getting married, employed full-time, and being capable of supporting a family financially or financially independent from parents come from the 2016 Current Population Survey Annual Social and Economic Supplement. Data on having a child come from the 2014 Current Population Survey, June Supplement. And data on completed formal schooling and no longer living in parents' household come from the 2015 American Community Survey.
Source: 2012 General Social Survey; U.S. Census Bureau, 2016 Current Population Survey Annual Social and Economic Supplement; 2014 Current Population Survey, June Supplement; 2015 American Community Survey.

supporting a family by the age of 25 says little about who actually meets these milestones. Many young people fall short of reaching them by the time most Americans believe that they normally should. For example, most Americans believe young people should ideally finish school by the age of 22, but only 52 percent of young people have done so by this age, counting those who have a high school diploma or college degree, and are no longer enrolled (Table 1). Moreover, only 37 percent of 22-year-olds are employed full-time.

Far more young adults miss the bar set for financial independence: less than 1 in 3 were financially independent of their parents by the age of 21 (when measured by the proportion of 21-year-olds whose income was at least 150 percent of the poverty threshold) (Table 1). The true proportion that is financially independent is probably lower because young people may omit the financial help from their parents, such as a down payment for a mortgage or help paying the rent or other bills, when reporting their income. This kind of help should not be underestimated. About 1 in 3 of all 18- to 34-year-olds rely on their parents for financial assistance.[7]

## Family Delayed, but Not Forgone

Although most Americans think that the ideal age people should marry is 25, only about a quarter of adults (around 24 percent) have actually done so by that age (Table 1). Many people do go on to



Figure 2.
## Family Delayed, but Not Forgone
Adults who have ever had a child or married: percent change from 1976 to 2014

Age    20 to 24    25 to 29    30 to 34    35 to 39    40 to 44

**Had a child** (women)

| 1976 | 2014 |
|---|---|
| 90 | 85 |
| 90 | 82 |
| 84 | 71 |
| 69 | 50 |
| *31 | 25 |

**Ever married** (women)

| 1976 | 2014 |
|---|---|
| 96 | 85 |
| 95 | 79 |
| 93 | 69 |
| 85 | 46 |
| 57 | 17 |

**Ever married** (men)

| 1976 | 2014 |
|---|---|
| 93 | 80 |
| 92 | 74 |
| 88 | 59 |
| 75 | 32 |
| 38 | 10 |

* 18 to 24 years old for the 1976 data on having had a child.
Source: U.S. Census Bureau, 1976 and 2014 Current Population Survey Annual Social and Economic Supplement for ever married; 1976 and 2014 Current Population Survey, June Supplement for fertility.

marry and have children, just not as young adults. In 1995, women had a 59 percent chance of marrying by the age of 25. As of 2010, they had a 44 percent chance, a decline of 15 percentage points in just 15 years. Nonetheless, their chances of marrying by the age of 40 barely budged across the same period, from an 86 percent chance to an 84 percent chance.[8] Thus over the long-term, women's chances of marrying are nearly as high as they were 20 years ago, but their chances of marrying as young adults have fallen sharply.

In other words, many Americans put off starting a family until they are older. The trends show up in

historical data going back to 1976, which illustrate a retreat from marriage and childbearing at younger ages (Figure 2). Among women in their early 20s, the proportion who ever gave birth fell from 31 percent to 25 percent between 1976 and 2014.[9] The decline in marriage was even steeper, falling from 57 percent to just 17 percent among women aged 20 to 24 years old over the same period (Figure 2). As a result, parenthood now precedes marriage for many women. Nearly 40 percent of all births in the United States are to unmarried women.[10]

---

[7] R. Schoeni and K. Ross, "Material Assistance From Families During the Transition to Adulthood," *On the Frontier of Adulthood: Theory, Research, and Public Policy*, pp. 396–416, R. Settersten, F. Furstenberg, Jr., and R. Rumbaut, eds., University of Chicago Press, Chicago, IL, 2005.

[8] These probabilities represent the average likelihood of an event happening by the specified age. C. Copen et al., "First Marriages in the United States: Data From the 2006–2010 National Survey of Family Growth," *National Health Statistics Reports No. 49*, National Center for Health Statistics: Hyattsville, MD, 2012.

[9] U.S. Census Bureau, Historical Table 1, "Percent Childless and Births per 1,000 Women in the Last 12 Months: Selected Years, 1976 to 2014," Current Population Survey, June Fertility Supplement, Washington, DC, 2014, <www.census.gov /hhes/fertility/files/cps/historical/H1.xlsx>.
[10] B. Hamilton et al., "Births: Final Data for 2014," *National Vital Statistics Report*, 64(12), National Center for Health Statistics, Hyattsville, MD, 2015.



Figure 3.
**More Young Adults Lived With Parents Than a Spouse in 2016**
Living arrangements among adults aged 18 to 34: 1975 and 2016

[1] College students who are living in dormitories are counted as living in the parents' home.
[2] "Other" includes people who are living with relatives besides a spouse, such as siblings or grandparents, and nonrelatives such as roommates.
Source: U.S. Census Bureau, 1975 and 2016 Current Population Survey Annual Social and Economic Supplement.

For the most part, we can still find the same high levels of marriage and parenthood from the 1970s, we just have to look at older ages today. In 1976, over two-thirds of women, some 69 percent, were mothers by the time they were 25 to 29 years old (Figure 2). To find that same proportion today we have to look among women who are aged 30 to 34. The retreat is far more pronounced for marriage. In 1976, some 85 percent of women and 75 percent of men were married by the time they were 29 years old. To find at least that same proportion today, we have to look among people in their early 40s.

What these trends indicate is that young adults are not necessarily giving up on marriage. They are waiting longer. And, if Americans' attitudes are any indication, they expect young people to be done with school and economically secure before marrying (Table 1). In this case, our behaviors reflect our attitudes. People with a college degree are the most likely to marry and stay married. Research from the National Center for Health Statistics shows that a woman with a college degree is less likely to be married by the age of 25 than one with only a high school diploma.[11] By the age of 35, the pattern has reversed: the college-educated woman has a greater chance of being married and staying married than women with any other educational background. A college-educated woman has a 78 percent chance of still being married by her twentieth anniversary. A woman with only a high school diploma has a 41 percent chance.[12]

**Delaying Marriage, but Still Living Together**

Although young people are delaying marriage, they are not putting off romantic relationships. Over the last 40 years, the number of young people living with a boyfriend or girlfriend has increased more than 12 times, making it the fastest growing living arrangement among young adults (Figure 3). Not only are they living together without being married, they are doing so at the same age that earlier generations were settling down to marry. Since the 1980s, the age when people start their first coresidential relationship has stayed consistently around 22, whereas the age when they first marry has risen from 22 to 27 for women.[13, 14] In other words, young adults are still starting relationships at the same age that their parents did, but they are trading marriage for cohabitation.

[11] See footnote 8.
[12] See footnote 8.

[13] W.D. Manning, S.L. Brown, and K.L. Payne, "Two Decades of Stability and Change in Age at First Union Formation," *Journal of Marriage and Family,* Vol. 76, No. 2, 2014, pp. 247–260.
[14] U.S. Census Bureau, Table MS-2 Estimated Median Age at First Marriage by Sex, 1890 to 2015, 2015, <www.census.gov/hhes/families/files/ms2.xls>.

Figure 4.

## Who's at Home?

Living arrangements of young adults aged 18 to 34: 2016

(In percent)



Note: Asian, White, and Black include young adults who reported only that race and were not Hispanic. Other race includes young adults who were not Hispanic, and reported multiple race groups, or were American Indian or Alaska Native alone or Native Hawaiian or Other Pacific Islander alone.

Source: U.S. Census Bureau, 2016 Current Population Survey Annual Social and Economic Supplement.

Alongside the rise of living together without being married, there are more young adults today who are choosing to live alone, move in with roommates, stay in their parents' home, or live with other family members such as siblings (Figure 3). There are now more young people living with their parents than in any other arrangement. What is more, almost 9 in 10 young people who were living in their parents' home a year ago are still living there today, making it the most stable living arrangement for young adults (Tables 4 and 5). The growth in all of these living arrangements has come at the expense of marriage. Over the last 40 years the proportion of young people who were living with a spouse fell by half, from 57 percent to 27 percent (Figure 3). The result is that young people are living in more diverse arrangements than at any point in the last 40 years.

### Racial and Ethnic Differences in Young Adult Living Arrangements

More young adults live in their parents' home than in any other living arrangement today (Figure 3). This trend is not the same for all young people. For Hispanics, Blacks, and other race groups, a greater share of young people live at home than in any other arrangement (Figure 4). For Whites, as many live in their parents' home as live with a spouse, while for Asians, living with a spouse is actually the most common arrangement for young people.

If we consider living with a spouse or unmarried partner as one group, then White young adults are the most likely to be living as couples, some 44 percent, while Blacks have the smallest share at 23 percent. Almost half of these Black couples are unmarried, which reflects their relatively low probability of marrying. Blacks have a less than 50 percent chance of marrying by the age of 30, compared with an almost 75 percent chance for Whites and Asians.[1]

_____

[1] C. Copen et al., "First Marriages in the United States: Data From the 2006–2010 National Survey of Family Growth," _National Health Statistics Reports, No. 49,_ National Center for Health Statistics, Hyattsville, MD, 2012.

## The Delay in Marriage and Parenthood Reflect the Growing Complexity of Young Adult Experiences

For decades, researchers have looked at a set of common experiences that signify the transition to adulthood: leaving home, working, marrying, and becoming a parent.[15] To get a better sense of how the transition to adulthood has changed over time, we can look at the most common combination of these four experiences in 1975 (regardless of the order in which young adults completed them). Is this combination of experiences still the most common today?

The most common combination in 1975 was having all four milestones. Close to half (45 percent) of all 25- to 34-year-olds lived away from parents, were ever married, lived with a child, and were in the labor force (Figure 5). The second most common set, another 22 percent, had all of those milestones except they did not work (many of these people were married mothers who, in 1975, were not working outside the home). In other words, there was a good deal of uniformity in what people experienced by their early 30s: the two most common sets of milestones described the experiences of two-thirds of all 25- to 34-year-olds in 1975.

Today, the experiences are more diverse. The most common arrangement is still having all four milestones, but that combination applies to a much smaller proportion of 25- to 34-year-olds: only 24 percent, compared with 45 percent

in 1975 (Figure 5). The second most common set in 2016, describing about 1 in 4 young people, is living away from parents and being in the labor force, a marked contrast to the second most common set in 1975, which revolved around marriage and parenthood. Taken together, the two most common sets of milestones in 2016 describe just under half of all 25- to 34-year-olds, far less than what the two most common sets described in 1975. Since the rest of the young adults must fit into some combination of these four milestones (even if they have none of them), the conclusion is that the experiences of young people today are more diverse, the transitions to adulthood more varied.[16]

## THE GROWING ECONOMIC AND DEMOGRAPHIC DIVERSITY OF YOUNG ADULTS

Who young adults live with goes hand in hand with their economic security. Young people tend to put off marriage and parenthood when they are worried about their financial well-being, such as during a recession or when they are unemployed.[17] They weigh the cost of housing in the decision to move and if they perceive that living on their own will be too expensive,

young people put off forming their own household.[18] Unemployment also acts as a catalyst for moving back to the parents' home or doubling up in another household, whereas higher incomes make it easier for young adults to live independently.[19, 20] As a result, decisions about who to live with and whether and when to marry reflect the economic circumstances of young people.

## Are Today's Young Adults Better Off Than Prior Generations?

Americans' attitudes about adulthood suggest that some young people should delay traditional experiences, like marrying and starting a family, because they should achieve educational and economic milestones first. They want to finish school and feel financially secure enough that they can support a family. But are they? How do the economic conditions of young people today compare to those in 1975? Here the report focuses on 25- to 34-year-olds, an age group that has had the time to finish school, start working, and form their own households independent of their parents.

---

[15] M. Shanahan et al., "Subjective Age Identity and the Transition to Adulthood: When Do Adolescents Become Adults?" *On The Frontier of Adulthood: Theory, Research, and Public Policy,* pp. 225–255, R. Settersten Jr., F. Furstenberg, Jr., and R. Rumbaut, eds., University of Chicago Press, Chicago, IL, 2005.

[16] Wayne Osgood et al., "Six Paths to Adulthood: Fast Starters. Parents Without Careers, Educated Partners, Educated Singles, Working Singles, and Slow Starters," *On The Frontier of Adulthood: Theory, Research, and Public Policy,* pp. 320–355, R. Settersten, Jr., F. Furstenberg, Jr., and R. Rumbaut, eds., University of Chicago Press, Chicago, IL, 2005.

[17] V.K. Oppenheimer, "Cohabiting and Marriage During Young Men's Career-Development Process," *Demography,* Vol. 40, 2003, pp. 127–149. See also, T. Sobotka, V. Skirbekk, and D. Philipov, "Economic Recession and Fertility in the Developed World," *Population and Development Review,* Vol. 37, 2011, pp. 267–306, and D. Schneider, "The Great Recession, Fertility, and Uncertainty: Evidence from the United States," *Journal of Marriage and Family,* Vol. 77, 2015, pp. 1144–1156.

[18] F. Billari and A. Liefbroer, "Should I Stay Or Should I Go? The Impact of Age Norms on Leaving Home," *Demography,* Vol. 44, 2007, pp. 181–198.

[19] E. Wiemers, "The Effect of Unemployment on Household Composition and Doubling Up," *Demography,* Vol. 51, 2014, pp. 2155–2178. See also, L. Mykyta and S. Macartney, "Sharing a Household: Household Composition and Economic Well-Being: 2007–2010," *Current Population Report,* P60-242, U.S. Census Bureau, Washington, DC, 2012, and G. Kaplan, "Moving Back Home: Insurance Against Labor Market Risk," *Journal of Political Economy,* Vol. 120, 2012, pp. 446–512.

[20] M. Iacovou, "Leaving Home: Independence, Togetherness, and Income," *Advances in Life Course Research,* Vol. 15, 2010, pp. 147–160. See also, J. Ermisch, "Prices, Parents and Young People's Household Formation," *Journal of Urban Economics,* Vol. 45, 1999, pp. 47–71.

Figure 5.

## Four Common Milestones of Adulthood—Getting Married, Having Children, Working, and Living Independently

What are the most common combinations that young adults have completed?

(Percentage of young adults aged 25 to 34)

| In 1975 | | |
|---|---|---|
| **Ranking** | Milestones | Percentage of 25- to 34-year-olds |
| 1 | **All four milestones** Lived away from parents, ever married, lived with a child, in the labor force | 45 |
| 2 | Lived away from parents, ever married, lived with a child | 22 |
| 3 | Lived away from parents, ever married, in the labor force | 15 |
| 4 | Lived away from parents, in the labor force | 6 |
| 5 | In the labor force only | 3 |
| | All other combinations | 9 |

| In 2016 | | |
|---|---|---|
| **Ranking** | Milestones | Percentage of 25- to 34-year-olds |
| 1 | **All four milestones** Lived away from parents, ever married, lived with a child, in the labor force | 24 |
| 2 | Lived away from parents, in the labor force | 23 |
| 3 | Lived away from parents, ever married, in the labor force | 13 |
| 4 | Lived away from parents, in the labor force, lived with a child | 8 |
| 5 | In the labor force only | 8 |
| 6 | Lived away from parents, ever married, lived with a child | 8 |
| | All other combinations | 16 |

Note: Each ranked group lists only the milestones that the young adults in that group experienced.
Source: U.S. Census Bureau, 1975 and 2016 Current Population Survey Annual Social and Economic Supplement.

## More young people today have a college degree and work full-time, year-round . . .

Today's young adults are better educated than their peers were in 1975. Among 25- to 34-year-olds, more than one-third have a college degree or higher, compared with less than one-quarter in 1975 (Table 2). However, young women have experienced more dramatic educational changes than men. There are now more young women than young men with a college degree, whereas in 1975 educational attainment among young men outpaced that of women.[21] Having a more educated population of young adults marks a relative improvement in their economic condition, given the strong link between higher education and higher earnings.[22]

## . . . but, young women are pulling ahead, while young men are falling behind.

On the whole, more young people are working today and have a full-time job that employs them year-round (Table 2). The driving force behind the increase, however, has been the rise of young women in the labor force. Whereas the share of men aged 25 to 34 who were employed is about the same today as it was in 1975, the share of young women who were employed has risen from just under one-half to over two-thirds (Table 2). Even among young women who were out of the labor force, we see a remarkable change in the reason why they were not working. In 1975, virtually all of the young women who were out of the labor force reported the reason why as taking care of home and family (the share of women out of the labor force is only slightly larger than the share who were homemakers, Table 2). But by 2016, less than half of young women who were out of the labor force were homemakers.

Over the last four decades, young women have made considerable economic gains. The median income of women aged 25 to 34 who were working rose from $23,000 to $29,000 between 1975

[21] C. Ryan and K. Bauman, "Educational Attainment in the United States: 2015," *Current Population Reports*, P20-578, U.S. Census Bureau, Washington, DC, 2016.

[22] Bureau of Labor Statistics, "More Education Still Means More Pay in 2014," *The Economics Daily*, U.S. Department of Labor, Washington, DC, 2014.

Table 2.
## Young Women's Economic Gains Are Outpacing Men's
Economic and educational characteristics of young adults aged 25 to 34
(In percent)

| Characteristics | 1975 | | | 2016 | | |
|---|---|---|---|---|---|---|
| | All | Men | Women | All | Men | Women |
| **Total (in thousands)** . . . . . . . . . . | 30,101 | 14,785 | 15,316 | 43,751 | 21,838 | 21,912 |
| **Work** | | | | | | |
| Employed. . . . . . . . . . . . . . . . . . . . . . . | 66.8 | 84.9 | 49.3 | 77.0 | 83.7 | 70.4 |
| Worked full-time, year-round[1] . . . . . . . | 46.0 | 66.7 | 26.0 | 57.3 | 66.6 | 48.1 |
| Unemployed. . . . . . . . . . . . . . . . . . . . . | 6.3 | 7.7 | 4.9 | 4.5 | 5.1 | 4.0 |
| Not in labor force . . . . . . . . . . . . . . . . . | 26.9 | 7.4 | 45.8 | 18.4 | 11.2 | 25.7 |
| Homemaker[2] . . . . . . . . . . . . . . . . . . . | N | N | 42.9 | 7.5 | 1.0 | 13.9 |
| **Education** | | | | | | |
| Bachelor's degree or higher. . . . . . . . . . | 22.8 | 27.4 | 18.4 | 37.0 | 34.0 | 40.0 |
| Associate's degree or some college . . . . | 20.0 | 21.8 | 18.2 | 28.8 | 27.6 | 30.1 |
| High school diploma . . . . . . . . . . . . . . | 39.6 | 34.5 | 44.6 | 25.6 | 29.2 | 22.1 |
| No high school diploma . . . . . . . . . . . . . | 17.6 | 16.3 | 18.8 | 8.5 | 9.2 | 7.8 |
| **Economic Resources** | | | | | | |
| Homeowner[3] . . . . . . . . . . . . . . . . . . . . | 51.9 | 48.7 | 55.0 | 28.8 | 26.6 | 31.1 |
| Personal income (median)[4] . . . . . . . . . | $36,858 | $45,908 | $22,895 | $34,837 | $40,401 | $29,429 |
| $0–$29,999 . . . . . . . . . . . . . . . . . . . . | 52.8 | 25.0 | 79.6 | 49.7 | 41.4 | 58.1 |
| $30,000–$59,999. . . . . . . . . . . . . . . . | 33.6 | 49.0 | 18.8 | 32.0 | 35.1 | 28.8 |
| $60,000–$99,999. . . . . . . . . . . . . . . . | 11.9 | 22.7 | 1.5 | 12.9 | 15.9 | 9.9 |
| $100,000 or more. . . . . . . . . . . . . . . . | 1.7 | 3.3 | 0.2 | 5.4 | 7.6 | 3.2 |

N Not available.
[1] Worked at least 50 weeks in the year prior to interview and worked at least 35 hours per week.
[2] Only asked of women in 1975. To be considered a homemaker, young adults must not be in the labor force and, when asked why, report that they are taking care of home and family.
[3] To be considered a homeowner, young adults must be living in their own household as the householder or spouse of the householder, and they must own or be buying the housing unit (i.e., not renting).
[4] Income shown in 2015 dollars, adjusted for inflation using the research series of the Consumer Price Index (CPI-U-RS), provided by the U.S. Bureau of Labor Statistics.
Source: U.S. Census Bureau, 1975 and 2016 Current Population Survey Annual Social and Economic Supplement.

and today (in 2015 dollars, Table 2). At the same time, the share of young women who earned $60,000 or more grew from about 2 percent to 13 percent—a minority, but still a sizeable change. Even with this change, however, the median income of young women is still $11,000 lower than the income of young men.

While young women made gains, some young men fell behind. Since 1975, young men have swelled the ranks at the bottom of the income distribution. Some 41 percent of all men aged 25 to 34 have incomes less than $30,000 today, up from 25 percent in 1975. Growth at the bottom, and to a smaller extent the top, came at the expense of the middle. Between 1975 and 2016, the share of young men with incomes in the middle ($30,000 to $59,999) fell from 49 percent to 35 percent, while the share at the very top ($100,000 or more) grew from 3 percent to 8 percent (Table 2).

## Living Arrangements During Young Adulthood: The Majority of Young Adults No Longer Live in Their Own Household

Historically, the transition to adulthood for many young people has involved leaving their parents' home and establishing their own household.[23] The timing of setting up an independent household has been tied to when young adults marry and start a family. Homeownership especially is tied to marriage and family, as it is typical in the United States for married couples to live independently of their parents.[24] But as young people continue delaying marriage, they still set up their own households whether they live alone or with an unmarried partner.[25] Living in an independent household is expensive and the ability to do so hinges, in part, on young adults' economic resources as well as the costs of rent and homeownership.[26] The next section of this report (and Tables 4, 5, and 6) focuses on differences in the economic characteristics of young adults across three different arrangements: whether they live independently in their own household, live in their parents' household, or live with roommates.

Within the last 10 years, the breadth and speed of change in living arrangements have been tremendous. In 2005, the majority of young people lived independently in their own household (either alone, with a spouse, or an unmarried partner), which was the predominant living arrangement in 35 states. By 2015—just a decade later—only six states had a majority of young people living

independently (Table 3).[27] Some areas of the country, like Florida and Nevada, have seen a faster transformation over the past 10 years, while others, like North Dakota and South Dakota, have seen little change (Table 3). Of the top five states where the most young adults lived independently in 2015, all were in Midwest and Plains states. North Dakota ranked the highest with 60 percent of young adults living in their own household and, along with South Dakota, was the only state that has not witnessed a decline in young adults living independently over the last decade. The remaining four of the top five states in 2015 were South Dakota, Iowa, Wyoming, and Nebraska.

Why are there geographic differences in young adult living arrangements? For one, local labor and housing markets shape the ability of young people to find good jobs and affordable housing, which in turn affects whether and when they form their own households. Apart from local markets, patterns in migration may help create geographic differences in young adult living arrangements. For example, single people may be more likely to relocate for school or work. If many single young adults move to the same area, that area might see higher rates of living alone or with roommates. Last, there may be cultural norms in parts of the country that drive particular living arrangements, reflected in higher marriage rates or earlier ages at first marriage.

---

[23] S. Ruggles, "Patriarchy, Power, and Pay: The Transformation of American Families, 1800–2015." *Demography*, Vol. 52, 2015, pp. 1797–1823. See also, T. Burch and B. Matthews, "Household Formation in Developed Societies," *Population and Development Review*, Vol. 13, 1987, pp. 495–511.

[24] J. Henretta, "Family Transitions, Housing Market Context, and First Home Purchase by Young Married Households," *Social Forces*, Vol. 66, 1987, pp. 520–536. See also, W. Clark et al., "Tenure Changes in the Context of Micro Level Family and Macro Level Economic Shifts," *Urban Studies*, Vol. 31, 1994, pp. 137–154, and C. Mulder, "Homeownership and Family Formation," *Journal of Housing and the Built Environment*, Vol. 21, 2006, pp. 281–298.

[25] E. Klinenberg, *Going Solo: The Extraordinary Rise and Surprising Appeal of Living Alone*, Penguin, New York, NY, 2012. See also, C. Mulder and W. Clark, "Leaving Home and Leaving the State: Evidence from the United States," *Population, Space, and Place*, Vol. 6, 2000, 432–437.

[26] M. Hughes, "Home Economics: Metropolitan Labor and Housing Markets and Domestic Arrangements in Young Adulthood," *Social Forces*, Vol. 81, 2003, pp. 1399–1429. See also, J. Ermisch, "Prices, Parents and Young People's Household Formation," *Journal of Urban Economics*, Vol. 45, 1999, pp. 47–71.

[27] As shown in Table 3, this estimate includes state-like entities such as Washington, DC.

---

Table 3.

## A Decade of Change: The State of Young Adult Living Arrangements

Change in living arrangements for young adults aged 18 to 34 between 2005 and 2015

| States | Total 2005 | Total 2015 | Percent living in parents' home[1] | | | Percent living independently[2] | | | Percent living with roommates[3] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | In 2005 | In 2015 | Change | In 2005 | In 2015 | Change | In 2005 | In 2015 | Change |
| **Total** . . . . . . . . . . . . . | **65,081,164** | **70,872,118** | **26.0** | **34.1** | **8.1** | **51.0** | **40.7** | **−10.3** | **23.0** | **25.2** | **2.2** |
| Alabama . . . . . . . . . . . . . . | 995,907 | 1,029,932 | 26.9 | 35.0 | 8.1 | 50.2 | 40.0 | −10.2 | 22.8 | 25.1 | 2.3 |
| Alaska . . . . . . . . . . . . . . . | 142,895 | 187,338 | 24.0 | 30.0 | 6.0 | 57.2 | 45.2 | −12.0 | 18.8 | 24.9 | 6.1 |
| Arizona . . . . . . . . . . . . . . | 1,387,424 | 1,498,219 | 20.4 | 31.6 | 11.2 | 54.3 | 41.6 | −12.7 | 25.3 | 26.8 | 1.5 |
| Arkansas . . . . . . . . . . . . . | 604,430 | 628,225 | 22.5 | 27.5 | 5.0 | 57.4 | 47.9 | −9.5 | 20.1 | 24.6 | 4.5 |
| California . . . . . . . . . . . . . | 8,335,088 | 9,363,171 | 27.9 | 38.1 | 10.2 | 44.8 | 33.1 | −11.7 | 27.3 | 28.8 | 1.5 |
| Colorado . . . . . . . . . . . . . | 1,128,498 | 1,288,232 | 18.6 | 24.6 | 6.0 | 57.4 | 46.9 | −10.5 | 24.1 | 28.5 | 4.4 |
| Connecticut . . . . . . . . . . . | 653,418 | 727,451 | 32.8 | 41.6 | 8.8 | 46.8 | 35.3 | −11.5 | 20.5 | 23.2 | 2.7 |
| Delaware . . . . . . . . . . . . . | 179,588 | 198,119 | 22.9 | 36.2 | 13.3 | 52.0 | 39.7 | −12.3 | 25.1 | 24.1 | −1.0 |
| District of Columbia . . . . . . | 137,253 | 206,059 | 13.5 | 16.6 | 3.1 | 50.4 | 41.1 | −9.3 | 36.1 | 42.3 | 6.2 |
| Florida . . . . . . . . . . . . . . . | 3,569,254 | 4,165,181 | 25.3 | 38.3 | 13.0 | 49.7 | 35.0 | −14.7 | 24.9 | 26.6 | 1.7 |
| Georgia . . . . . . . . . . . . . . | 2,159,880 | 2,256,730 | 23.2 | 34.2 | 11.0 | 52.0 | 39.9 | −12.1 | 24.8 | 25.8 | 1.0 |
| Hawaii . . . . . . . . . . . . . . . | 263,263 | 323,785 | 32.5 | 33.7 | 1.2 | 40.5 | 35.9 | −4.6 | 27.0 | 30.4 | 3.4 |
| Idaho . . . . . . . . . . . . . . . . | 331,799 | 356,749 | 19.8 | 26.9 | 7.1 | 59.8 | 49.1 | −10.7 | 20.4 | 23.9 | 3.5 |
| Illinois . . . . . . . . . . . . . . . | 2,874,201 | 2,862,173 | 28.4 | 36.5 | 8.1 | 49.9 | 40.3 | −9.6 | 21.7 | 23.2 | 1.5 |
| Indiana . . . . . . . . . . . . . . | 1,358,496 | 1,411,567 | 23.2 | 31.9 | 8.7 | 57.6 | 46.0 | −11.6 | 19.2 | 22.1 | 2.9 |
| Iowa . . . . . . . . . . . . . . . . . | 632,576 | 653,820 | 19.8 | 22.8 | 3.0 | 60.2 | 54.9 | −5.3 | 20.0 | 22.4 | 2.4 |
| Kansas . . . . . . . . . . . . . . . | 618,385 | 645,292 | 21.4 | 26.0 | 4.6 | 57.8 | 50.8 | −7.0 | 20.9 | 23.2 | 2.3 |
| Kentucky . . . . . . . . . . . . . | 912,390 | 918,524 | 25.0 | 30.0 | 5.0 | 56.4 | 48.1 | −8.3 | 18.6 | 21.9 | 3.3 |
| Louisiana . . . . . . . . . . . . . | 1,031,839 | 1,066,596 | 30.5 | 33.8 | 3.3 | 46.8 | 41.2 | −5.6 | 22.6 | 25.0 | 2.4 |
| Maine . . . . . . . . . . . . . . . . | 249,819 | 243,869 | 25.0 | 31.7 | 6.7 | 55.6 | 47.2 | −8.4 | 19.4 | 21.1 | 1.7 |
| Maryland . . . . . . . . . . . . . | 1,161,924 | 1,309,727 | 29.1 | 38.5 | 9.4 | 46.1 | 35.6 | −10.5 | 24.8 | 26.0 | 1.2 |
| Massachusetts . . . . . . . . . . | 1,333,145 | 1,473,188 | 28.7 | 37.0 | 8.3 | 46.9 | 36.4 | −10.5 | 24.3 | 26.6 | 2.3 |
| Michigan . . . . . . . . . . . . . | 2,147,381 | 2,091,966 | 27.6 | 34.9 | 7.3 | 52.0 | 42.3 | −9.7 | 20.4 | 22.8 | 2.4 |
| Minnesota . . . . . . . . . . . . . | 1,142,094 | 1,184,810 | 22.9 | 27.3 | 4.4 | 56.3 | 49.7 | −6.6 | 20.7 | 23.0 | 2.3 |
| Mississippi . . . . . . . . . . . . | 647,602 | 634,479 | 30.3 | 36.8 | 6.5 | 45.5 | 37.3 | −8.2 | 24.2 | 26.0 | 1.8 |
| Missouri . . . . . . . . . . . . . . | 1,265,360 | 1,300,061 | 23.4 | 28.6 | 5.2 | 55.9 | 48.0 | −7.9 | 20.8 | 23.4 | 2.6 |
| Montana . . . . . . . . . . . . . . | 196,172 | 214,178 | 19.5 | 24.1 | 4.6 | 58.0 | 51.3 | −6.7 | 22.6 | 24.6 | 2.0 |
| Nebraska . . . . . . . . . . . . . | 395,110 | 416,098 | 20.2 | 22.7 | 2.5 | 59.9 | 53.8 | −6.1 | 19.9 | 23.5 | 3.6 |
| Nevada . . . . . . . . . . . . . . . | 565,911 | 649,537 | 19.4 | 31.3 | 11.9 | 54.4 | 40.0 | −14.4 | 26.1 | 28.8 | 2.7 |
| New Hampshire . . . . . . . . . | 247,070 | 258,019 | 27.6 | 36.5 | 8.9 | 53.5 | 43.5 | −10.0 | 18.8 | 20.0 | 1.2 |
| New Jersey . . . . . . . . . . . . | 1,730,615 | 1,858,390 | 36.1 | 46.9 | 10.8 | 43.2 | 33.1 | −10.1 | 20.7 | 20.0 | −0.7 |
| New Mexico . . . . . . . . . . . . | 424,684 | 457,390 | 25.6 | 36.0 | 10.4 | 52.9 | 40.1 | −12.8 | 21.5 | 23.9 | 2.4 |
| New York . . . . . . . . . . . . . | 4,103,168 | 4,511,095 | 33.2 | 40.6 | 7.4 | 42.6 | 33.1 | −9.5 | 24.2 | 26.3 | 2.1 |
| North Carolina . . . . . . . . . . | 1,911,237 | 2,140,661 | 21.7 | 31.1 | 9.4 | 54.9 | 44.1 | −10.8 | 23.4 | 24.7 | 1.3 |
| North Dakota . . . . . . . . . . . | 140,705 | 192,278 | 17.6 | 14.1 | −3.5 | 63.4 | 60.4 | −3.0 | 19.0 | 25.5 | 6.5 |
| Ohio . . . . . . . . . . . . . . . . . | 2,415,973 | 2,410,813 | 25.8 | 31.3 | 5.5 | 54.4 | 45.9 | −8.5 | 19.8 | 22.8 | 3.0 |
| Oklahoma . . . . . . . . . . . . . | 799,224 | 871,233 | 21.3 | 26.7 | 5.4 | 57.9 | 48.6 | −9.3 | 20.8 | 24.7 | 3.9 |
| Oregon . . . . . . . . . . . . . . . | 824,665 | 876,835 | 18.5 | 26.7 | 8.2 | 58.0 | 44.3 | −13.7 | 23.5 | 29.0 | 5.5 |
| Pennsylvania . . . . . . . . . . . | 2,426,315 | 2,619,241 | 30.5 | 37.1 | 6.6 | 49.3 | 41.4 | −7.9 | 20.2 | 21.5 | 1.3 |
| Rhode Island . . . . . . . . . . . | 219,786 | 229,657 | 28.6 | 37.1 | 8.5 | 46.4 | 36.3 | −10.1 | 25.0 | 26.6 | 1.6 |
| South Carolina . . . . . . . . . . | 914,915 | 1,034,157 | 25.7 | 33.5 | 7.8 | 50.6 | 40.5 | −10.1 | 23.7 | 26.0 | 2.3 |
| South Dakota . . . . . . . . . . . | 167,572 | 179,718 | 19.5 | 19.9 | 0.4 | 59.3 | 56.8 | −2.5 | 21.2 | 23.3 | 2.1 |
| Tennessee . . . . . . . . . . . . . | 1,320,466 | 1,417,748 | 24.2 | 31.4 | 7.2 | 54.2 | 44.0 | −10.2 | 21.6 | 24.6 | 3.0 |
| Texas . . . . . . . . . . . . . . . . | 5,458,959 | 6,461,979 | 24.3 | 33.2 | 8.9 | 53.3 | 42.3 | −11.0 | 22.4 | 24.5 | 2.1 |
| Utah . . . . . . . . . . . . . . . . . | 720,498 | 752,616 | 21.7 | 28.6 | 6.9 | 57.1 | 46.3 | −10.8 | 21.1 | 25.0 | 3.9 |
| Vermont . . . . . . . . . . . . . . | 120,199 | 119,405 | 24.7 | 30.4 | 5.7 | 53.2 | 45.2 | −8.0 | 22.1 | 24.5 | 2.4 |
| Virginia . . . . . . . . . . . . . . . | 1,615,582 | 1,838,572 | 24.7 | 32.3 | 7.6 | 51.3 | 41.6 | −9.7 | 24.0 | 26.1 | 2.1 |
| Washington . . . . . . . . . . . . | 1,434,024 | 1,642,844 | 21.2 | 26.6 | 5.4 | 55.5 | 47.6 | −7.9 | 23.3 | 25.8 | 2.5 |
| West Virginia . . . . . . . . . . . | 368,696 | 356,718 | 27.4 | 32.9 | 5.5 | 55.6 | 44.5 | −11.1 | 17.0 | 22.6 | 5.6 |
| Wisconsin . . . . . . . . . . . . . | 1,184,537 | 1,205,671 | 23.7 | 27.4 | 3.7 | 55.4 | 49.7 | −5.7 | 20.9 | 22.9 | 2.0 |
| Wyoming . . . . . . . . . . . . . . | 111,172 | 111,961 | 18.1 | 20.9 | 2.8 | 61.3 | 54.7 | −6.6 | 20.6 | 24.4 | 3.8 |

[1] Child of the householder, regardless of the young adult's marital status.
[2] The young adult lives alone, is the householder living with a spouse or unmarried partner, or is the spouse or unmarried partner of the householder.
[3] Living with other relatives or nonrelatives.
Source: U.S. Census Bureau, 2005 and 2015 American Community Survey, 1-Year Data File.

Table 4.

# More Than Half of Younger Millennials Live in Their Parents' Home

Demographic and economic characteristics of young adults aged 18 to 24: 2015

| Characteristics | Living in parents' home[1] | | Living independently[2] | | Living with roommates[3] | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **Total** | **15,795,266** | **100.0** | **4,458,204** | **100.0** | **7,757,228** | **100.0** |
| **DEMOGRAPHICS AND HEALTH** | | | | | | |
| **Sex** | | | | | | |
| Women | 7,316,710 | 46.3 | 2,587,170 | 58.0 | 3,850,640 | 49.6 |
| Men | 8,478,556 | 53.7 | 1,871,034 | 42.0 | 3,906,588 | 50.4 |
| **Age** | | | | | | |
| 18 to 19 | 5,459,426 | 34.6 | 249,603 | 5.6 | 1,328,036 | 17.1 |
| 20 to 24 | 10,335,840 | 65.4 | 4,208,601 | 94.4 | 6,429,192 | 82.9 |
| **Race, Non-Hispanic** | | | | | | |
| White alone | 8,147,667 | 51.6 | 2,851,558 | 64.0 | 4,054,476 | 52.3 |
| Black alone | 2,349,574 | 14.9 | 463,235 | 10.4 | 1,202,915 | 15.5 |
| Asian alone | 768,853 | 4.9 | 137,164 | 3.1 | 534,140 | 6.9 |
| Other race | 665,474 | 4.2 | 178,622 | 4.0 | 337,825 | 4.4 |
| Hispanic (any race) | 3,863,698 | 24.5 | 827,625 | 18.6 | 1,627,872 | 21.0 |
| Has a disability[4] | 1,043,993 | 6.6 | 224,079 | 5.0 | 413,383 | 5.3 |
| **ECONOMICS AND EDUCATION** | | | | | | |
| **Work Status** | | | | | | |
| Employed | 9,033,467 | 57.2 | 3,398,930 | 76.2 | 4,981,017 | 64.2 |
| Worked full-time, year-round | 2,813,361 | 17.8 | 2,108,857 | 47.3 | 2,174,107 | 28.0 |
| Mean hours worked per week | 29.9 | X | 38.3 | X | 33.3 | X |
| Unemployed | 1,594,298 | 10.1 | 247,436 | 5.6 | 642,978 | 8.3 |
| Not in labor force | 5,167,501 | 32.7 | 811,838 | 18.2 | 2,133,233 | 27.5 |
| **Educational Attainment** | | | | | | |
| Bachelor's degree or higher[5] | 1,312,497 | 8.3 | 847,812 | 19.0 | 1,004,499 | 12.9 |
| Associate's degree or some college | 6,632,410 | 42.0 | 1,929,764 | 43.3 | 3,543,912 | 45.7 |
| High school diploma or less | 7,850,359 | 49.7 | 1,680,628 | 37.7 | 3,208,817 | 41.4 |
| Enrolled in school | 8,463,376 | 53.6 | 1,198,279 | 26.9 | 3,585,994 | 46.2 |
| **Personal Income[6]** | | | | | | |
| $0–$29,999 | 14,973,114 | 94.8 | 3,415,553 | 76.6 | 6,917,118 | 89.2 |
| $30,000–$59,999 | 736,414 | 4.7 | 885,252 | 19.9 | 715,064 | 9.2 |
| $60,000–$99,999 | 70,908 | 0.4 | 134,984 | 3.0 | 101,290 | 1.3 |
| $100,000 or more | 13,213 | 0.1 | 21,950 | 0.5 | 22,876 | 0.3 |
| **HOUSING AND RESIDENCY** | | | | | | |
| **Type** | | | | | | |
| Single-family home | 12,511,540 | 79.2 | 1,627,531 | 36.5 | 3,975,428 | 51.2 |
| Apartment or multifamily building | 2,420,974 | 15.3 | 2,506,900 | 56.2 | 3,390,518 | 43.7 |
| Other housing type | 862,752 | 5.5 | 323,773 | 7.3 | 391,282 | 5.0 |
| Lived at same address a year ago | 14,127,196 | 89.4 | 2,157,685 | 48.4 | 4,505,942 | 58.1 |
| **Tenure** | | | | | | |
| Owned home | 10,830,698 | 68.6 | 802,211 | 18.0 | 2,458,831 | 31.7 |
| Rented | 4,964,568 | 31.4 | 3,655,993 | 82.0 | 5,298,397 | 68.3 |

X Not applicable.

[1] Child of the householder, regardless of the young adult's marital status.

[2] The young adult lives alone, or is the householder living with a spouse or unmarried partner, or is the spouse or unmarried partner of the householder.

[3] Living with other relatives or nonrelatives.

[4] "Has a disability" means the young adult reported having at least one of the following six types of disabilities: hearing difficulty, vision difficulty, cognitive difficulty, ambulatory difficulty, self-care difficulty, or independent living difficulty.

[5] Most 18- to 24-year-olds will not have had time to finish a traditional 4-year degree. However, the table shows bachelor's degree so that the other two categories, some college and high school diploma, are still directly comparable with those in Table 5.

[6] Excludes young adults with incomes less than $0.

Source: U.S. Census Bureau, 2015 American Community Survey, 1-Year Data File.

Table 5.

## Less Than Two-Thirds of Older Millennials Live Independently

Demographic and economic characteristics of young adults aged 25 to 34: 2015

| Characteristics | Living in parents' home[1] | | Living independently[2] | | Living with roommates[3] | |
|---|---|---|---|---|---|---|
| | Total | Percent | Total | Percent | Total | Percent |
| **Total** . . . . . . . . . . . . . . . . . . . . . | **8,381,719** | **100.0** | **24,361,670** | **100.0** | **10,118,031** | **100.0** |
| **DEMOGRAPHICS AND HEALTH** | | | | | | |
| **Sex** | | | | | | |
| Women . . . . . . . . . . . . . . . . . . . . . | 3,679,325 | 43.9 | 12,662,051 | 52.0 | 5,252,256 | 51.9 |
| Men . . . . . . . . . . . . . . . . . . . . . . . | 4,702,394 | 56.1 | 11,699,619 | 48.0 | 4,865,775 | 48.1 |
| **Age** | | | | | | |
| 25 to 29 . . . . . . . . . . . . . . . . . . . . | 5,496,782 | 65.6 | 10,476,186 | 43.0 | 5,761,676 | 56.9 |
| 30 to 34 . . . . . . . . . . . . . . . . . . . . | 2,884,937 | 34.4 | 13,885,484 | 57.0 | 4,356,355 | 43.1 |
| **Race, Non-Hispanic** | | | | | | |
| White alone . . . . . . . . . . . . . . . . . . | 4,191,760 | 50.0 | 15,525,081 | 63.7 | 4,702,087 | 46.5 |
| Black alone . . . . . . . . . . . . . . . . . . | 1,428,202 | 17.0 | 2,167,943 | 8.9 | 1,836,600 | 18.2 |
| Asian alone . . . . . . . . . . . . . . . . . . | 571,458 | 6.8 | 1,553,525 | 6.4 | 749,956 | 7.4 |
| Other race . . . . . . . . . . . . . . . . . . . | 326,003 | 3.9 | 746,193 | 3.1 | 365,294 | 3.6 |
| Hispanic (any race) . . . . . . . . . . . . . . | 1,864,296 | 22.2 | 4,368,928 | 17.9 | 2,464,094 | 24.4 |
| Has a disability[4] . . . . . . . . . . . . . . . | 904,027 | 10.8 | 1,019,146 | 4.2 | 629,653 | 6.2 |
| **ECONOMICS AND EDUCATION** | | | | | | |
| **Work Status** | | | | | | |
| Employed. . . . . . . . . . . . . . . . . . . . | 5,778,467 | 68.9 | 19,869,452 | 81.6 | 7,863,056 | 77.7 |
| Worked full-time, year-round . . . . . . . . | 3,650,765 | 43.6 | 15,556,869 | 63.9 | 5,616,542 | 55.5 |
| Mean hours worked per week . . . . . . . . | 37.1 | X | 41.6 | X | 39.5 | X |
| Unemployed. . . . . . . . . . . . . . . . . . . | 850,850 | 10.2 | 829,979 | 3.4 | 681,695 | 6.7 |
| Not in labor force . . . . . . . . . . . . . . . | 1,752,402 | 20.9 | 3,662,239 | 15.0 | 1,573,280 | 15.5 |
| **Educational Attainment** | | | | | | |
| Bachelor's degree or higher. . . . . . . . . . | 2,067,987 | 24.7 | 9,964,959 | 40.9 | 2,863,508 | 28.3 |
| Associate's degree or some college . . . . . | 2,839,777 | 33.9 | 7,562,896 | 31.0 | 3,210,941 | 31.7 |
| High school diploma or less. . . . . . . . . . | 3,473,955 | 41.4 | 6,833,815 | 28.1 | 4,043,582 | 40.0 |
| Enrolled in school . . . . . . . . . . . . . . . | 1,275,605 | 15.2 | 2,563,726 | 10.5 | 1,424,952 | 14.1 |
| **Personal Income[5]** | | | | | | |
| $0–$29,999 . . . . . . . . . . . . . . . . . . . | 6,246,561 | 74.6 | 10,997,674 | 45.2 | 6,402,325 | 63.3 |
| $30,000–$59,999. . . . . . . . . . . . . . . . | 1,730,304 | 20.7 | 8,291,726 | 34.1 | 2,705,916 | 26.8 |
| $60,000–$99,999. . . . . . . . . . . . . . . . | 336,456 | 4.0 | 3,653,443 | 15.0 | 806,182 | 8.0 |
| $100,000 or more . . . . . . . . . . . . . . . | 65,105 | 0.8 | 1,408,061 | 5.8 | 201,060 | 2.0 |
| **HOUSING AND RESIDENCY** | | | | | | |
| **Type** | | | | | | |
| Single-family home . . . . . . . . . . . . . . | 6,686,540 | 79.8 | 14,530,608 | 59.6 | 5,478,158 | 54.1 |
| Apartment or multifamily building . . . . . . | 1,232,904 | 14.7 | 8,609,516 | 35.3 | 4,136,030 | 40.9 |
| Other housing type . . . . . . . . . . . . . . | 462,275 | 5.5 | 1,221,546 | 5.0 | 503,843 | 5.0 |
| Lived at same address a year ago. . . . . . | 7,341,159 | 87.6 | 18,004,804 | 73.9 | 7,177,646 | 70.9 |
| **Tenure** | | | | | | |
| Owned home. . . . . . . . . . . . . . . . . . . | 6,230,071 | 74.3 | 10,918,075 | 44.8 | 3,439,069 | 34.0 |
| Rented. . . . . . . . . . . . . . . . . . . . . . | 2,151,648 | 25.7 | 13,443,595 | 55.2 | 6,678,962 | 66.0 |

X Not applicable.

[1] Child of the householder, regardless of the young adult's marital status.

[2] The young adult lives alone, or is the householder living with a spouse or unmarried partner, or is the spouse or unmarried partner of the householder.

[3] Living with other relatives or nonrelatives.

[4] "Has a disability" means the young adult reported having at least one of the following six types of disabilities: hearing difficulty, vision difficulty, cognitive difficulty, ambulatory difficulty, self-care difficulty, or independent living difficulty.

[5] Excludes young adults with incomes less than $0.

Source: U.S. Census Bureau, 2015 American Community Survey, 1-Year Data File.

Table 6.

## One in Four Young People Living at Home Are Neither in School Nor Working

Characteristics of young adults aged 25 to 34 living in the parents' home in 2015

| Characteristics | Enrolled or working | | Neither enrolled nor working[1] | |
|---|---|---|---|---|
| | Total | Percent | Total | Percent |
| **Total** | **6,218,882** | **100.0** | **2,162,837** | **100.0** |
| **DEMOGRAPHICS AND HEALTH** | | | | |
| **Sex** | | | | |
| Women | 2,760,638 | 44.4 | 918,687 | 42.5 |
| Men | 3,458,244 | 55.6 | 1,244,150 | 57.5 |
| **Age** | | | | |
| 25 to 29 | 4,202,426 | 67.6 | 1,294,356 | 59.8 |
| 30 to 34 | 2,016,456 | 32.4 | 868,481 | 40.2 |
| Has a child | 1,087,299 | 17.5 | 462,655 | 21.4 |
| **Race, Non-Hispanic** | | | | |
| White alone | 3,093,788 | 49.7 | 1,097,972 | 50.8 |
| Black alone | 985,022 | 15.8 | 443,180 | 20.5 |
| Asian alone | 477,887 | 7.7 | 93,571 | 4.3 |
| Other race | 224,231 | 3.6 | 101,772 | 4.7 |
| Hispanic (any race) | 1,437,954 | 23.1 | 426,342 | 19.7 |
| Has a disability[2] | 307,912 | 5.0 | 596,115 | 27.6 |
| **EDUCATION** | | | | |
| Bachelor's degree or higher | 1,812,320 | 29.1 | 255,667 | 11.8 |
| Associate's degree or some college | 2,332,733 | 37.5 | 507,044 | 23.4 |
| High school diploma or less | 2,073,829 | 33.3 | 1,400,126 | 64.7 |
| **RESIDENCY** | | | | |
| Lived at same address a year ago | 5,473,308 | 88.0 | 1,867,851 | 86.4 |

[1] "Neither enrolled nor working" means that the young adult was not enrolled in classes within the last 3 months, plus they were either unemployed or not engaged in the labor force at the time of interview.

[2] "Has a disability" means the young adult reported having at least one of the following six types of disabilities: hearing difficulty, vision difficulty, cognitive difficulty, ambulatory difficulty, self-care difficulty, or independent living difficulty.

Source: U.S. Census Bureau, 2015 American Community Survey, 1-Year Data File.

## Young Adults Who Are Economically Secure Tend to Live Independently

Who young adults live with reflects, in part, their economic security. Today, of the 28 million young millennials (aged 18 to 24), 16 million—more than half—live in their parents' home, a group that is more likely to be enrolled in school and out of the labor force than their peers in other living arrangements (Table 4). Among older millennials (aged 25 to 34) who lived in their own household in 2015, about 41 percent had at least a bachelor's degree and about two-thirds had a full-time job that employed them year-round (Table 5). In contrast,

their peers who lived with parents or roommates were less likely to have a bachelor's degree or a job that employed them full-time, year-round.

Overall, the picture of living with parents or roommates is one of young people who are working toward a firmer footing. For both young and older millennials in these arrangements, they are more likely to be enrolled in school than their peers living independently (Tables 4 and 5). In line with attitudes about the importance of education for becoming an adult, many young people wait to set up their own household until after they finish school. Living on their own

can be expensive, so young people who live independently tend to have higher incomes, even among young millennials. Among older millennials, more than half of those who live in their own household have incomes of at least $30,000, compared with only one-third of their peers living with roommates and one-quarter living with parents (Table 5).

Living arrangements are more than just a matter of economics. A higher proportion of older millennials living with parents have a disability of some kind (Table 5). They may be living at home because they need instrumental support or caregiving, factors that could affect

their ability to work. Indeed, adult children who are disabled are more likely to live with their parents.[28] Seen in this light, the lower rates of working among people living at home may be linked to poorer health and disability.

### A Closer Look at Young People Living at Home: 1 in 4 Are Idle, Neither Going to School nor Working

It is easy to think of young people living in their parents' home as a homogeneous group, as though they were all unemployed and dependent on their parents' support. At 24.2 million people, the population of 18- to 34-year-olds living at home is a large and diverse group.[29] Most of them—about 81 percent—are either working or going to school. This should not be surprising because most people aged 18 to 24 are living in their parents' home, attending classes or working part-time. On the other hand, we might be surprised if their older peers do not contribute to the family budget because they have had more time to finish school and find a stable job. Yet, of the 8.4 million 25- to 34-year-olds living at home, about 1 in 4 are idle, meaning they are not in school and do not work (Table 6).

Who are these young adults who are not in the labor force or going to school? They tend to be older millennials who are White or Black and have only a high school education, compared with their peers

who are working or going to school while living at home (Table 6). But they may not be idle for want of effort. They are more likely to have a child, so they may be caring for family, and over one-quarter have a disability of some kind (Table 6). That so many are disabled suggests that they have limitations in their ability to attend classes, study, find work, or keep a regular job. Recent stories on boomerang children returning home focus on economic downturns, unforgiving job markets, and high rents.[30] Though often overlooked in these stories, young people's health may play an important role in their decision to live with parents.

## CONCLUSION

If one theme describes how adulthood has changed over the last 40 years, it is growing complexity. In 1975, there was one predominant adult milestone—family formation—that people largely experienced during their 20s. Today, while the milestones have remained the same, the pathways are more diverse. Those who marry and become parents by their late 20s are the minority; growing shares of young adults live alone, with roommates, or with an unmarried partner. That young people wait to settle down and start families tells us about their behavior, but not how they feel about their experiences. More than half of all Americans believe that getting married and having children are not important to becoming an adult. In contrast, more than 9 in 10 Americans believe that finishing school and being gainfully employed are important milestones of adulthood. What is revealing is the timing of these milestones

which most Americans believe should happen before marriage. Having a history of work experience, and presumably savings and financial security, as a prelude to settling down suggests that marriage is a capstone experience,[31] one that comes after (sometimes years after) young people feel financially secure.

The complexity of the pathways to adulthood extends to economic conditions, as well. Today, more young people work full-time and have a college degree than their peers did in 1975, but fewer own their home. Whereas young women have made economic gains, some young men are falling behind. Compared to their peers in 1975, young men are more likely to be absent from the work force and a far higher share today are at the bottom of the income ladder. It is little surprise then that those still living with parents are disproportionately young men. Taken together, the changing demographic and economic experiences of young adults reveal a period of adulthood that has grown more complex since 1975, a period of changing roles and new transitions as young people redefine what it means to become adults.[32]

## METHODOLOGY

### Estimating How Many Young Adults Live in the Parental Home: Differences Between the American Community Survey and Current Population Survey

This study uses both the American Community Survey (ACS) and Current Population Survey (CPS) to estimate the number of young adults living in their parents' home.

---

[28] A. Smits, R. van Gaalen, and C. Mulder, "Parent-Child Coresidence: Who Moves In With Whom and For Whose Needs?" *Journal of Marriage and Family*, Vol. 72, 2010, pp. 1022–1033.

[29] The total number of young people living at home comes from Tables 4 and 5, using the American Community Survey. This estimate of 24.2 million does not match the estimate shown in Figure 3, which uses the Current Population Survey. The surveys use different sampling and weighting procedures, which may affect the estimates. See the Methodology for more information.

[30] K. Parker, "The Boomerang Generation: Feeling OK About Living With Mom and Dad," Pew Research Center, Pew Social and Demographic Trends, Washington, DC, 2012. See also, news stories by *Forbes*, the *Wall Street Journal*, *Slate*, and the *New York Times*.

[31] A. Cherlin, *The Marriage-Go-Round: The State of Marriage and the Family in America Today*, Vintage, New York, NY, 2010.

[32] J. Silva, "Constructing Adulthood in an Age of Uncertainty," *American Sociological Review*, Vol. 77, 2012, pp. :505–522.

The 2015 ACS estimates that about 24.2 million 18- to 34-year-olds lived in their parents' home (Tables 4 and 5), compared with 22.9 million in the 2016 CPS. Differences between the surveys in data collection methods and coverage, weighting, and editing may affect the estimate. One major difference between the surveys that may affect these numbers is that the ACS estimates of householders are controlled to match the estimate of occupied housing units, while this is not true in the CPS. Therefore, the overall estimate of households in the two surveys differs considerably, which may affect the count of young adults living in their parents' home. For more information on the differences in household estimates across Census Bureau surveys, see the paper by Cresce, Cheng, and Grieves.[33] The CPS has an additional caveat in that the survey counts college students living in dormitories as if they were living in their parents' home, while the ACS counts them in the dormitories (group quarters). The reason that this report includes the CPS estimate is for historical comparisons. The ACS did not begin until 2005, so the study can only look back to 1975 using the CPS.

### Data From the General Social Survey on the Milestones of Adulthood

The General Social Survey <http://gss.norc.org/> asked about the milestones of adulthood in a special module fielded in 2012, which was developed by the MacArthur Research Network on Transitions to Adulthood. It collected answers from respondents who were aged 18 and older on how important specific milestones

were in order to be considered an adult. The survey asked about all of the milestones in the same way: "People differ in their ideas about what it takes for a young person to become an adult these days. How important is it for them to have/be..."

- Financially independent from their parents/guardians?
- No longer living in their parents' household?
- Completed their formal schooling?
- Employed full-time?
- Capable of supporting a family financially?
- A child?
- Gotten married?

Response categories were extremely important, quite important, somewhat important, not too important, and not important. This report collapses these categories into three groups. As shown in Table 1, extremely important includes respondents who said the milestone was extremely important, somewhat important includes those who said it was quite important or somewhat important, and not important includes respondents who said either not too important or not important at all. For each milestone, respondents who said the experience was at least somewhat important were then asked a follow up question: By what age should the experience normally occur? This report takes the median age that respondents replied and shows it as the ideal age for completing the milestone (Figure 1 and Table 1). Missing data from refusals and don't know answers (typically less than 1 percent of respondents for each question) are excluded from the analysis.

### Family Delayed, but Not Forgone

Data on fertility and childbearing is reported only for women because the CPS June Fertility Supplement surveys only female respondents. Although data are reported for 20- to 24-year-olds, the fertility estimates for 1976 also include 18- and 19-year-olds. Estimates on marriage come from the CPS Annual Social and Economic Supplement and use marital status to determine whether respondents were ever married. The category includes people who were at least 18 years old and who reported being married (regardless of whether their spouse was present in the household), separated, divorced, or widowed (Figure 2).

### More Young Adults Lived With Parents Than a Spouse in 2016

Figure 3 groups 18- to 34-year-olds into five mutually exclusive living arrangements:

- *Spouse:* Any young adult who lives with a spouse, regardless of whether anyone else is present in the household (e.g., parents, roommates, other family members).
- *Parents' home:* The young adult is reported as the child of the householder and is not living with a spouse or cohabiting partner. Estimates include college students who are living in dormitories.
- *Alone:* The young adult is the only person living in the household.
- *Partner:* The young adult lives with an unmarried partner. For 1975, the estimate of unmarried couples uses an indirect measure called POSSLQ (partners of the opposite sex sharing living quarters), because respondents could not report unmarried partners. POSSLQ includes

---

[33] A. Cresce, Y. Cheng, and C. Grieves, "Household Estimates Conundrum: Effort to Develop More Consistent Household Estimates Across Surveys," Paper presented at the 2013 meeting of the Federal Committee on Statistical Methodology, Washington, DC.

only households that have just two adults, one man and one woman, who are unrelated to each other, have no spouse present and are at least 18 years old. Children may or may not be present in the household. For 2016, the estimate relies on a direct question asking about the presence of unmarried partners, including all cohabiting partners, regardless of whether they are the householder. The 2016 estimate includes same sex unmarried couples.

- *Other:* All living arrangements that were not already covered, including people who were living with relatives other than a spouse, such as siblings or grandparents, as well as nonrelatives such as roommates.

## Race Differences in Living Arrangements

For information about the living arrangement categories, see the notes for Figure 3. The race categories for Asian, White, and Black include young adults who reported

that they were only that race and were not Hispanic (Figure 4). Other races include several groups: young adults who were not Hispanic, and reported either multiple race groups or were American Indian or Alaska Native, or Native Hawaiian or Other Pacific Islander.

## The Changing Milestones of Adulthood

Figure 5 shows four common milestones of adulthood:

- *Living away from parents:* Includes any person aged 25 to 34 who is not the child of the householder (i.e., living in the parents' household). The category includes those who are householders, spouse of the householder, roommates, cohabiting partners, and people in any other living arrangement.

- *Ever married:* Includes people who are at least 25 years old and reported being married (regardless of whether their spouse was present in the household), separated, divorced, or widowed.

- *Living with a child:* Living in a household that includes someone under the age of 18. Ideally, this report would use fertility data to see whether respondents had ever become parents, but those data are not available in the CPS. In the 1975 data, it is also difficult to identify parents and children in cases where the parent is not the householder (i.e., identifying subfamilies in someone else's household). As a result, the study uses a recode variable that indicates the presence of children under the age of 18 in the household, which is available for both 1975 and 2016, so that the estimates are directly comparable across time.

- *In the labor force:* Includes any person aged 25 to 34 who is employed or unemployed at the time of the survey. The report counts members of the armed forces as if they were in the labor force.

## Economic and Educational Characteristics

Median income was calculated only for 25- to 34-year-olds who were in the labor force (employed or unemployed) (Table 2). Thus, it is a gauge of how the typical worker in 2016 compared with his or her counterpart in 1975. Data on being a homemaker is only available for women in 1975 because at that time the CPS did not ask male respondents whether they were taking care of home or family.

## Young Adult Living Arrangements

Tables 3, 4, and 5 group living arrangements in three categories:

- *Living independently:* Young adults are living in their own household. They either live alone, live with a spouse or unmarried partner, or the young adult is the spouse or unmarried partner of the householder.
- *Living in the parents' household:* The young adult is the child of the householder, regardless of the young adult's marital status.

This includes biological, step, and adopted children of the householder.

- *Living with roommates:* Includes young adults living in all other living arrangements, such as with siblings, other relatives (besides parents or spouses), and other nonrelatives.

## Accuracy of the Estimates

Statistics that come from surveys are subject to sampling and nonsampling error. Sampling error occurs because surveys measure the characteristics of a sample of people, instead of those of the entire population (as from a census). Sample-based estimates vary depending on the particular sample that is selected from the population, but all survey-based estimates attempt to approximate the actual figures from the population. Measures of the size of sampling error reflect variation in the estimates over all possible samples that could have been selected from the population using the same sampling, data collection, and processing methods. Nonsampling error

in surveys may be a by-product of how the survey is designed, how respondents interpret questions, how able and willing respondents are to provide correct answers, and how accurately the answers are coded and classified. The Census Bureau uses quality control procedures throughout the production process, including overall survey design, question wording, review of interviewer and coder work, and statistical review of reports to minimize these errors (Appendix Tables A, B, C, and D).

## Suggested Citation

Vespa, Jonathan, "The Changing Economics and Demographics of Young Adulthood: 1975–2016," *Current Population Reports*, P20-579, U.S. Census Bureau, Washington, DC, 2017.

## CONTACT INFORMATION

Jonathan Vespa
jonathan.vespa@census.gov
301-763-7283

Appendix Table A.
## A Decade of Change: The State of Young Adult Living Arrangements
Change in living arrangements for young adults aged 18 to 34 between 2005 and 2015
(Standard errors [SE] for Table 3)

| States | SE of total 2005[4] | SE of total 2015[4] | Living in parents' home[1] | | | Living independently[2] | | | Living with roommates[3] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SE of percent 2005[4] | SE of percent 2015[4] | SE of change | SE of percent 2005[4] | SE of percent 2015[4] | SE of change | SE of percent 2005[4] | SE of percent 2015[4] | SE of change |
| **Total** . . . . . . . . . . . . | **17,130** | **22,432** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.2** | **0.1** | **0.2** |
| Alabama . . . . . . . . . . . . . | 2,892 | 3,496 | 0.6 | 0.5 | 0.8 | 0.6 | 0.7 | 0.9 | 0.5 | 0.7 | 0.9 |
| Alaska . . . . . . . . . . . . . . | 951 | 1,291 | 1.1 | 1.1 | 1.6 | 1.4 | 1.3 | 1.9 | 1.2 | 1.3 | 1.8 |
| Arizona . . . . . . . . . . . . . | 1,550 | 2,071 | 0.4 | 0.4 | 0.6 | 0.6 | 0.5 | 0.8 | 0.6 | 0.5 | 0.8 |
| Arkansas . . . . . . . . . . . . | 2,529 | 2,905 | 0.7 | 0.7 | 1.0 | 0.9 | 0.8 | 1.2 | 0.8 | 0.7 | 1.1 |
| California . . . . . . . . . . . . | 3,318 | 4,398 | 0.2 | 0.2 | 0.3 | 0.2 | 0.2 | 0.3 | 0.3 | 0.2 | 0.4 |
| Colorado . . . . . . . . . . . . | 1,971 | 2,585 | 0.5 | 0.4 | 0.6 | 0.6 | 0.6 | 0.8 | 0.6 | 0.5 | 0.8 |
| Connecticut . . . . . . . . . . | 1,086 | 1,645 | 0.6 | 0.7 | 0.9 | 0.6 | 0.7 | 0.9 | 0.7 | 0.8 | 1.1 |
| Delaware . . . . . . . . . . . . | 587 | 708 | 1.1 | 1.3 | 1.7 | 1.4 | 1.4 | 2.0 | 1.4 | 1.7 | 2.2 |
| District of Columbia . . . . . . | 283 | 538 | 1.0 | 0.9 | 1.4 | 1.7 | 1.2 | 2.1 | 1.6 | 1.5 | 2.2 |
| Florida . . . . . . . . . . . . . . | 4,053 | 4,680 | 0.3 | 0.3 | 0.4 | 0.3 | 0.4 | 0.5 | 0.4 | 0.4 | 0.6 |
| Georgia . . . . . . . . . . . . . | 3,243 | 4,773 | 0.3 | 0.4 | 0.5 | 0.5 | 0.4 | 0.6 | 0.4 | 0.5 | 0.6 |
| Hawaii . . . . . . . . . . . . . . | 775 | 1,091 | 0.9 | 0.8 | 1.2 | 1.1 | 1.0 | 1.5 | 1.2 | 1.1 | 1.6 |
| Idaho . . . . . . . . . . . . . . . | 1,350 | 1,838 | 0.8 | 1.1 | 1.4 | 1.1 | 1.2 | 1.6 | 1.0 | 1.1 | 1.5 |
| Illinois . . . . . . . . . . . . . . | 2,152 | 3,332 | 0.3 | 0.3 | 0.5 | 0.4 | 0.3 | 0.5 | 0.4 | 0.3 | 0.5 |
| Indiana . . . . . . . . . . . . . . | 2,355 | 2,767 | 0.4 | 0.5 | 0.7 | 0.6 | 0.6 | 0.8 | 0.5 | 0.5 | 0.7 |
| Iowa . . . . . . . . . . . . . . . | 1,727 | 2,429 | 0.5 | 0.6 | 0.8 | 0.7 | 0.9 | 1.1 | 0.7 | 0.7 | 1.0 |
| Kansas . . . . . . . . . . . . . . | 2,111 | 2,375 | 0.6 | 0.7 | 0.9 | 0.8 | 0.9 | 1.2 | 0.6 | 0.8 | 1.0 |
| Kentucky . . . . . . . . . . . . | 2,158 | 2,355 | 0.5 | 0.6 | 0.8 | 0.6 | 0.7 | 0.9 | 0.5 | 0.6 | 0.8 |
| Louisiana . . . . . . . . . . . . | 2,365 | 3,658 | 0.6 | 0.7 | 0.9 | 0.6 | 0.7 | 0.9 | 0.6 | 0.6 | 0.8 |
| Maine . . . . . . . . . . . . . . . | 892 | 1,136 | 0.8 | 1.2 | 1.5 | 0.9 | 1.2 | 1.5 | 0.9 | 1.3 | 1.6 |
| Maryland . . . . . . . . . . . . | 1,691 | 1,919 | 0.5 | 0.4 | 0.6 | 0.6 | 0.5 | 0.8 | 0.6 | 0.5 | 0.8 |
| Massachusetts . . . . . . . . . | 1,524 | 1,878 | 0.5 | 0.4 | 0.7 | 0.6 | 0.4 | 0.7 | 0.7 | 0.5 | 0.9 |
| Michigan . . . . . . . . . . . . | 2,186 | 2,666 | 0.4 | 0.4 | 0.5 | 0.4 | 0.5 | 0.6 | 0.4 | 0.4 | 0.6 |
| Minnesota . . . . . . . . . . . . | 1,723 | 1,946 | 0.4 | 0.4 | 0.6 | 0.5 | 0.5 | 0.7 | 0.5 | 0.5 | 0.7 |
| Mississippi . . . . . . . . . . . | 2,312 | 3,032 | 0.7 | 0.8 | 1.1 | 0.8 | 0.9 | 1.2 | 0.7 | 0.8 | 1.1 |
| Missouri . . . . . . . . . . . . . | 1,802 | 2,642 | 0.4 | 0.4 | 0.6 | 0.4 | 0.6 | 0.7 | 0.4 | 0.6 | 0.7 |
| Montana . . . . . . . . . . . . . | 1,132 | 1,241 | 0.9 | 1.2 | 1.5 | 1.3 | 1.3 | 1.8 | 1.1 | 1.3 | 1.7 |
| Nebraska . . . . . . . . . . . . | 1,149 | 1,802 | 0.7 | 0.6 | 0.9 | 0.9 | 0.8 | 1.2 | 0.9 | 0.8 | 1.2 |
| Nevada . . . . . . . . . . . . . . | 1,550 | 1,180 | 0.5 | 0.7 | 0.9 | 0.8 | 0.7 | 1.1 | 0.9 | 0.8 | 1.2 |
| New Hampshire . . . . . . . . . | 1,073 | 1,093 | 1.0 | 1.0 | 1.4 | 1.1 | 1.3 | 1.7 | 1.1 | 1.1 | 1.6 |
| New Jersey . . . . . . . . . . . | 1,398 | 1,877 | 0.4 | 0.4 | 0.6 | 0.4 | 0.4 | 0.6 | 0.5 | 0.4 | 0.6 |
| New Mexico . . . . . . . . . . . | 2,001 | 1,812 | 0.9 | 0.9 | 1.3 | 1.0 | 0.9 | 1.3 | 1.1 | 0.9 | 1.4 |
| New York . . . . . . . . . . . . | 2,634 | 3,009 | 0.3 | 0.3 | 0.4 | 0.3 | 0.3 | 0.4 | 0.3 | 0.3 | 0.4 |
| North Carolina . . . . . . . . . | 4,034 | 3,993 | 0.3 | 0.5 | 0.5 | 0.5 | 0.5 | 0.7 | 0.4 | 0.4 | 0.6 |
| North Dakota . . . . . . . . . . | 834 | 1,492 | 0.9 | 1.1 | 1.4 | 1.2 | 1.6 | 2.0 | 1.2 | 1.4 | 1.8 |
| Ohio . . . . . . . . . . . . . . . . | 2,843 | 3,034 | 0.3 | 0.3 | 0.5 | 0.4 | 0.4 | 0.6 | 0.4 | 0.3 | 0.5 |
| Oklahoma . . . . . . . . . . . . | 2,322 | 2,010 | 0.5 | 0.6 | 0.7 | 0.6 | 0.6 | 0.8 | 0.6 | 0.6 | 0.8 |
| Oregon . . . . . . . . . . . . . . | 1,981 | 2,194 | 0.5 | 0.5 | 0.7 | 0.7 | 0.8 | 1.1 | 0.8 | 0.8 | 1.1 |
| Pennsylvania . . . . . . . . . . | 1,951 | 2,753 | 0.3 | 0.3 | 0.5 | 0.4 | 0.3 | 0.5 | 0.4 | 0.3 | 0.5 |
| Rhode Island . . . . . . . . . . | 741 | 1,005 | 1.2 | 1.3 | 1.8 | 1.4 | 1.3 | 1.9 | 1.5 | 1.1 | 1.9 |
| South Carolina . . . . . . . . . | 2,562 | 3,399 | 0.6 | 0.6 | 0.8 | 0.7 | 0.6 | 0.9 | 0.6 | 0.5 | 0.8 |
| South Dakota . . . . . . . . . . | 966 | 1,388 | 0.8 | 1.1 | 1.3 | 1.3 | 1.4 | 1.9 | 1.4 | 1.3 | 1.9 |
| Tennessee . . . . . . . . . . . . | 2,701 | 2,937 | 0.5 | 0.5 | 0.7 | 0.5 | 0.6 | 0.8 | 0.5 | 0.5 | 0.7 |
| Texas . . . . . . . . . . . . . . . | 4,690 | 5,868 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.4 | 0.3 | 0.3 | 0.4 |
| Utah . . . . . . . . . . . . . . . . | 1,281 | 1,968 | 0.5 | 0.6 | 0.8 | 0.8 | 0.7 | 1.1 | 0.9 | 0.8 | 1.2 |
| Vermont . . . . . . . . . . . . . | 483 | 682 | 1.1 | 1.5 | 1.9 | 1.3 | 1.8 | 2.2 | 1.5 | 1.7 | 1.8 |
| Virginia . . . . . . . . . . . . . . | 3,218 | 4,107 | 0.4 | 0.4 | 0.6 | 0.5 | 0.5 | 0.7 | 0.5 | 0.4 | 0.6 |
| Washington . . . . . . . . . . . | 1,891 | 2,892 | 0.4 | 0.4 | 0.6 | 0.6 | 0.5 | 0.8 | 0.7 | 0.6 | 0.9 |
| West Virginia . . . . . . . . . . | 1,367 | 1,745 | 0.9 | 0.9 | 1.2 | 0.9 | 0.9 | 1.3 | 0.7 | 0.9 | 1.1 |
| Wisconsin . . . . . . . . . . . . | 1,863 | 1,941 | 0.3 | 0.4 | 0.5 | 0.5 | 0.5 | 0.7 | 0.5 | 0.4 | 0.6 |
| Wyoming . . . . . . . . . . . . . | 913 | 1,859 | 1.3 | 1.3 | 1.8 | 1.6 | 1.9 | 2.5 | 1.4 | 2.0 | 2.4 |

[1] Child of the householder, regardless of the young adult's marital status.
[2] The young adult lives alone, is the householder living with a spouse or unmarried partner, or is the spouse or unmarried partner of the householder.
[3] Living with other relatives or nonrelatives.
[4] Data are based on a sample and are subject to sampling variability. A standard error is a measure of an estimate's variability. The larger the standard error is in relation to the size of the estimate, the less reliable the estimate.
Source: U.S. Census Bureau, 2005 and 2015 American Community Survey, 1-Year Data File.

Appendix Table B.

# More Than Half of Younger Millennials Live in Their Parents' Home

Demographic and economic characteristics of young adults aged 18 to 24: 2015

(Standard errors [SE] for Table 4)

| Characteristics | Living in parents' home[1] | | Living independently[2] | | Living with roommates[3] | |
|---|---|---|---|---|---|---|
| | SE of total[4] | SE of percent[4] | SE of total[4] | SE of percent[4] | SE of total[4] | SE of percent[4] |
| **Total** . . . . . . . . . . . . . . . . . . . . . . | **33,424** | **X** | **35,683** | **X** | **44,602** | **X** |
| **DEMOGRAPHICS AND HEALTH** | | | | | | |
| **Sex** | | | | | | |
| Women . . . . . . . . . . . . . . . . . . . . . . . | 22,051 | 0.1 | 20,425 | 0.2 | 26,332 | 0.2 |
| Men . . . . . . . . . . . . . . . . . . . . . . . . . | 21,703 | 0.1 | 19,766 | 0.2 | 26,358 | 0.2 |
| **Age** | | | | | | |
| 18 to 19 . . . . . . . . . . . . . . . . . . . . . . | 16,760 | 0.1 | 6,946 | 0.1 | 12,648 | 0.1 |
| 20 to 24 . . . . . . . . . . . . . . . . . . . . . . | 29,096 | 0.1 | 33,323 | 0.1 | 38,762 | 0.1 |
| **Race, Non-Hispanic** | | | | | | |
| White alone . . . . . . . . . . . . . . . . . . . . | 24,418 | 0.1 | 26,240 | 0.2 | 32,067 | 0.2 |
| Black alone . . . . . . . . . . . . . . . . . . . . | 16,059 | 0.1 | 7,929 | 0.2 | 13,828 | 0.2 |
| Asian alone . . . . . . . . . . . . . . . . . . . . | 7,296 | Z | 3,701 | 0.1 | 8,689 | 0.1 |
| Other race . . . . . . . . . . . . . . . . . . . . . | 9,937 | 0.1 | 4,265 | 0.1 | 5,867 | 0.1 |
| Hispanic (any race) . . . . . . . . . . . . . . . | 16,628 | 0.1 | 10,254 | 0.2 | 14,297 | 0.2 |
| Has a disability[5] . . . . . . . . . . . . . . . . . | 9,013 | 0.1 | 4,713 | 0.1 | 7,250 | 0.1 |
| **ECONOMICS AND EDUCATION** | | | | | | |
| **Work Status** | | | | | | |
| Employed. . . . . . . . . . . . . . . . . . . . . . . | 30,320 | 0.1 | 29,165 | 0.2 | 32,343 | 0.2 |
| Worked full-time, year-round . . . . . . . | 18,870 | 0.1 | 19,703 | 0.3 | 19,570 | 0.2 |
| Mean hours worked per week . . . . . . . | Z | X | 0.1 | X | 0.1 | X |
| Unemployed. . . . . . . . . . . . . . . . . . . . . | 11,731 | 0.1 | 4,871 | 0.1 | 9,782 | 0.1 |
| Not in labor force . . . . . . . . . . . . . . . . . | 24,784 | 0.1 | 10,740 | 0.2 | 21,880 | 0.2 |
| **Educational Attainment** | | | | | | |
| Bachelor's degree or higher[6] . . . . . . . . . | 12,797 | 0.1 | 11,051 | 0.2 | 12,507 | 0.1 |
| Associate's degree or some college . . . . | 28,768 | 0.1 | 19,216 | 0.3 | 31,878 | 0.2 |
| High school diploma or less. . . . . . . . . . | 26,857 | 0.2 | 17,410 | 0.3 | 20,868 | 0.2 |
| Enrolled in school . . . . . . . . . . . . . . . . . | 29,823 | 0.2 | 15,009 | 0.2 | 30,311 | 0.2 |
| **Personal Income** | | | | | | |
| $0–$29,999 . . . . . . . . . . . . . . . . . . . . . | 32,503 | 0.1 | 28,097 | 0.2 | 41,541 | 0.1 |
| $30,000–$59,999. . . . . . . . . . . . . . . . . | 9,148 | 0.1 | 10,665 | 0.2 | 11,017 | 0.1 |
| $60,000–$99,999. . . . . . . . . . . . . . . . . | 2,614 | Z | 4,049 | 0.1 | 4,005 | 0.1 |
| $100,000 or more . . . . . . . . . . . . . . . . . | 1,305 | Z | 1,459 | Z | 1,981 | Z |
| **HOUSING AND RESIDENCY** | | | | | | |
| **Type** | | | | | | |
| Single-family home . . . . . . . . . . . . . . . | 33,780 | 0.2 | 22,587 | 0.3 | 25,393 | 0.2 |
| Apartment or multifamily building . . . . . . | 21,997 | 0.1 | 20,851 | 0.3 | 29,807 | 0.2 |
| Other housing type . . . . . . . . . . . . . . . . | 12,978 | 0.1 | 7,279 | 0.2 | 8,593 | 0.1 |
| Lived at same address a year ago. . . . . . | 30,799 | 0.1 | 21,860 | 0.3 | 28,611 | 0.2 |
| **Tenure** | | | | | | |
| Owned home . . . . . . . . . . . . . . . . . . . . . | 31,987 | 0.2 | 15,336 | 0.3 | 16,438 | 0.3 |
| Rented . . . . . . . . . . . . . . . . . . . . . . . . . | 33,082 | 0.2 | 25,899 | 0.3 | 46,738 | 0.3 |

X Not applicable.

Z Rounds to zero.

[1] Child of the householder, regardless of the young adult's marital status.

[2] The young adult lives alone, is the householder living with a spouse or unmarried partner, or is the spouse or unmarried partner of the householder.

[3] Living with other relatives or nonrelatives.

[4] Data are based on a sample and are subject to sampling variability. A standard error is a measure of an estimate's variability. The larger the standard error is in relation to the size of the estimate, the less reliable the estimate.

[5] "Has a disability" means the young adult reported having at least one of the following six types of disabilities: hearing difficulty, vision difficulty, cognitive difficulty, ambulatory difficulty, self-care difficulty, or independent living difficulty.

[6] Most 18- to 24-year-olds will not have had time to finish a traditional 4-year degree. However, the table shows bachelor's degree so that the other two categories, some college and high school diploma, are still directly comparable with those in Table 5.

Source: U.S. Census Bureau, 2015 American Community Survey 2015, 1-Year Data File.

Appendix Table C.

## Less Than Two-Thirds of Older Millennials Live Independently

Demographic and economic characteristics of young adults aged 25 to 34: 2015

(Standard errors [SE] for Table 5)

| Characteristics | Living in parents' home[1] | | Living independently[2] | | Living with roommates[3] | |
|---|---|---|---|---|---|---|
| | SE of total[4] | SE of percent[4] | SE of total[4] | SE of percent[4] | SE of total[4] | SE of percent[4] |
| **Total** . . . . . . . . . . . . . . . . . . . . . . | **30,551** | **X** | **60,737** | **X** | **48,935** | **X** |
| **DEMOGRAPHICS AND HEALTH** | | | | | | |
| **Sex** | | | | | | |
| Women . . . . . . . . . . . . . . . . . . . . . . . . . | 18,764 | 0.2 | 32,723 | 0.1 | 26,981 | 0.2 |
| Men . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22,223 | 0.2 | 36,168 | 0.1 | 30,906 | 0.2 |
| **Age** | | | | | | |
| 25 to 29 . . . . . . . . . . . . . . . . . . . . . . . . | 23,362 | 0.2 | 42,979 | 0.1 | 32,209 | 0.2 |
| 30 to 34 . . . . . . . . . . . . . . . . . . . . . . . . | 16,970 | 0.2 | 31,738 | 0.1 | 27,705 | 0.2 |
| **Race, Non-Hispanic** | | | | | | |
| White alone . . . . . . . . . . . . . . . . . . . . . | 20,204 | 0.2 | 38,405 | 0.1 | 31,430 | 0.2 |
| Black alone . . . . . . . . . . . . . . . . . . . . . | 11,785 | 0.1 | 14,594 | 0.1 | 13,221 | 0.1 |
| Asian alone . . . . . . . . . . . . . . . . . . . . . | 8,556 | 0.1 | 12,099 | Z | 9,600 | 0.1 |
| Other race . . . . . . . . . . . . . . . . . . . . . . | 6,266 | 0.1 | 9,441 | Z | 6,909 | 0.1 |
| Hispanic (any race) . . . . . . . . . . . . . . . . | 14,052 | 0.1 | 19,625 | 0.1 | 17,878 | 0.1 |
| Has a disability[5] . . . . . . . . . . . . . . . . . . | 12,341 | 0.1 | 10,012 | Z | 9,075 | 0.1 |
| **ECONOMICS AND EDUCATION** | | | | | | |
| **Work Status** | | | | | | |
| Employed. . . . . . . . . . . . . . . . . . . . . . . . | 25,492 | 0.2 | 55,805 | 0.1 | 41,009 | 0.2 |
| Worked full-time, year-round . . . . . . . . | 18,226 | 0.2 | 46,597 | 0.1 | 35,109 | 0.2 |
| Mean hours worked per week . . . . . . . . | Z | X | Z | X | 0.1 | X |
| Unemployed. . . . . . . . . . . . . . . . . . . . . . | 10,509 | 0.1 | 11,235 | Z | 11,035 | 0.1 |
| Not in labor force . . . . . . . . . . . . . . . . . . | 13,795 | 0.2 | 19,905 | 0.1 | 17,121 | 0.1 |
| **Educational Attainment** | | | | | | |
| Bachelor's degree or higher. . . . . . . . . . . | 13,364 | 0.1 | 43,616 | 0.1 | 20,686 | 0.2 |
| Associate's degree or some college . . . . . | 17,319 | 0.2 | 28,444 | 0.1 | 22,872 | 0.2 |
| High school diploma or less. . . . . . . . . . . | 20,862 | 0.2 | 25,589 | 0.1 | 29,417 | 0.2 |
| Enrolled in school . . . . . . . . . . . . . . . . . | 11,726 | 0.1 | 21,017 | 0.1 | 13,166 | 0.1 |
| **Personal Income** | | | | | | |
| $0–$29,999 . . . . . . . . . . . . . . . . . . . . . . | 28,204 | 0.2 | 33,748 | 0.1 | 39,073 | 0.2 |
| $30,000–$59,999. . . . . . . . . . . . . . . . . . . | 15,048 | 0.2 | 32,235 | 0.1 | 20,360 | 0.2 |
| $60,000–$99,999. . . . . . . . . . . . . . . . . . . | 7,345 | 0.1 | 19,569 | 0.1 | 12,734 | 0.1 |
| $100,000 or more . . . . . . . . . . . . . . . . . . | 2,693 | Z | 11,216 | Z | 5,875 | 0.1 |
| **HOUSING AND RESIDENCY** | | | | | | |
| **Type** | | | | | | |
| Single-family home . . . . . . . . . . . . . . . . . | 26,364 | 0.2 | 53,932 | 0.1 | 29,941 | 0.2 |
| Apartment or multifamily building . . . . . . . . | 13,153 | 0.1 | 28,494 | 0.1 | 31,686 | 0.2 |
| Other housing type . . . . . . . . . . . . . . . . . | 7,724 | 0.1 | 12,583 | 0.1 | 9,754 | 0.1 |
| Lived at same address a year ago. . . . . . . | 27,479 | 0.1 | 55,598 | 0.1 | 38,704 | 0.2 |
| **Tenure** | | | | | | |
| Owned home . . . . . . . . . . . . . . . . . . . . . . | 26,200 | 0.2 | 54,862 | 0.1 | 18,181 | 0.2 |
| Rented . . . . . . . . . . . . . . . . . . . . . . . . . . | 19,107 | 0.2 | 33,658 | 0.1 | 45,563 | 0.2 |

X Not applicable.

Z Rounds to zero.

[1] Child of the householder, regardless of the young adult's marital status.

[2] The young adult lives alone, is the householder living with a spouse or unmarried partner, or is the spouse or unmarried partner of the householder.

[3] Living with other relatives or nonrelatives.

[4] Data are based on a sample and are subject to sampling variability. A standard error is a measure of an estimate's variability. The larger the standard error is in relation to the size of the estimate, the less reliable the estimate.

[5] "Has a disability" means the young adult reported having at least one of the following six types of disabilities: hearing difficulty, vision difficulty, cognitive difficulty, ambulatory difficulty, self-care difficulty, or independent living difficulty.

Source: U.S. Census Bureau, 2015 American Community Survey, 1-Year Data File.

Appendix Table D.

## One in Four Young People Living at Home Are Neither in School nor Working
Characteristics of young adults aged 25 to 34 living in the parents' home in 2015
(Standard errors [SE] for Table 6)

| Characteristics | Enrolled or working | | Neither enrolled nor working[1] | |
|---|---|---|---|---|
| | SE of total[2] | SE of percent[2] | SE of total[2] | SE of percent[2] |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . | **26,033** | **X** | **13,498** | **X** |
| **DEMOGRAPHICS AND HEALTH** | | | | |
| **Sex** | | | | |
| Women . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16,564 | 0.2 | 10,266 | 0.3 |
| Men . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20,082 | 0.2 | 9,724 | 0.3 |
| **Age** | | | | |
| 25 to 29 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19,612 | 0.2 | 10,852 | 0.4 |
| 30 to 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13,336 | 0.2 | 9,869 | 0.4 |
| Has a child. . . . . . . . . . . . . . . . . . . . . . . . . . | 11,739 | 0.2 | 7,042 | 0.3 |
| **Race, Non-Hispanic** | | | | |
| White alone . . . . . . . . . . . . . . . . . . . . . . . . . | 15,536 | 0.2 | 11,269 | 0.4 |
| Black alone . . . . . . . . . . . . . . . . . . . . . . . . . | 10,801 | 0.2 | 6,705 | 0.3 |
| Asian alone . . . . . . . . . . . . . . . . . . . . . . . . . | 7,586 | 0.1 | 3,890 | 0.2 |
| Other race . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,665 | 0.1 | 2,980 | 0.1 |
| Hispanic (any race) . . . . . . . . . . . . . . . . . . . . . | 11,955 | 0.2 | 7,807 | 0.3 |
| Has a disability[3] . . . . . . . . . . . . . . . . . . . . . | 5,855 | 0.1 | 9,658 | 0.4 |
| **EDUCATION** | | | | |
| Bachelor's degree or higher. . . . . . . . . . . . . . . . . | 12,427 | 0.2 | 5,759 | 0.3 |
| Associate's degree or some college . . . . . . . . . . . . | 15,126 | 0.2 | 9,252 | 0.4 |
| High school diploma or less. . . . . . . . . . . . . . . . . | 16,339 | 0.2 | 10,045 | 0.4 |
| **RESIDENCY** | | | | |
| Lived at same address a year ago. . . . . . . . . . . . . . | 23,155 | 0.2 | 12,697 | 0.3 |

X Not applicable.

[1] Neither enrolled nor working means that the young adult was not enrolled in classes within the last 3 months, plus they were either unemployed or not engaged in the labor force at the time of interview.

[2] Data are based on a sample and are subject to sampling variability. A standard error is a measure of an estimate's variability. The larger the standard error is in relation to the size of the estimate, the less reliable the estimate.

[3] "Has a disability" means the young adult reported having at least one of the following six types of disabilities: hearing difficulty, vision difficulty, cognitive difficulty, ambulatory difficulty, self-care difficulty, or independent living difficulty.

Source: U.S. Census Bureau, 2015 American Community Survey, 1-Year Data File.

# EXHIBIT 53

# Selling Tobacco Products in Retail Stores

> **Note: On December 20, 2019, the President signed legislation to amend the Federal Food, Drug, and Cosmetic Act, and raise the federal minimum age of sale of tobacco products from 18 to 21 years. It is now illegal for a retailer to sell any tobacco product – including cigarettes, cigars and e-cigarettes – to anyone under 21. FDA will provide additional details on this issue as they become available.**

FDA regulates all tobacco products, including e-cigarettes, hookah tobacco, and cigars. If you sell tobacco products, you must comply with all applicable federal laws and regulations for retailers.

This page offers a summary of the federal rules. You can find comprehensive federal requirements for tobacco retailers in the Federal Food, Drug, and Cosmetic Act (/regulatory-information/federal-food-drug-and-cosmetic-act-fdc-act/fdc-act-chapter-ix-tobacco-products) (FD&C Act), Regulations Restricting the Sale and Distribution of Cigarettes and Smokeless Tobacco and Deeming Tobacco Products To Be Subject to the Federal Food, Drug, and Cosmetic Act (/tobacco-products/rules-regulations-and-guidance/fdas-deeming-regulations-e-cigarettes-cigars-and-all-other-tobacco-products).

---

## On this page:

- How Do I Comply?
- This is Our Watch
- Rules for Selling
  - Cigarettes, cigarette tobacco, and roll-your-own tobacco
  - Smokeless tobacco
  - Cigars
  - Hookah and pipe tobacco
  - E-cigarettes and other electronic nicotine delivery systems (ENDS)
  - Nicotine gels
  - Dissolvables

---

## Tools for Retailers



Tips for Retailers: Preventing Sales to Minors (https://www.youtube.com/watch?v=LFx-tX_Ueig&feature=youtu.be) 🗗 (http://www.fda.gov/about-fda/website-policies/website-disclaimer) (21:24)

*Download Slides (/media/114127/download)*

---

Download the "FDA Age Calculator," a voluntary smartphone application to help retailers comply with federal, state, and local age restrictions for selling tobacco products.



(https://itunes.apple.com/us/app/fda-age-calculator/id1128878035?mt=8) 🗗 (http://www.fda.gov/about-fda/website-policies/website-disclaimer)



(https://play.google.com/store/apps/details?id=gov.fda.CTP.MAC1) 🗗 (http://www.fda.gov/about-fda/website-policies/website-disclaimer)

# How Do I Comply?

These rules apply to all "covered tobacco products (/tobacco-products/compliance-enforcement-training/ctp-glossary)" beginning August 8, 2016:

- Check photo ID of everyone under age 27 who attempts to purchase any tobacco product.

- Only sell tobacco products to customers age 18 or older.[1]

- Do NOT sell tobacco products in a vending machine unless in an adult-only facility.[2]

- Do NOT give away free samples of tobacco products to consumers, including any of their components or parts.[3]

These rules, along with **rules specific to each tobacco product**, are listed below.

---

## "This is Our Watch" Program

The "This Is Our Watch (/tobacco-products/retail-sales-tobacco-products/our-watch)" program helps retailers comply with federal tobacco law and regulations and protect minors. "This is Our Watch" program materials include a mix of educational pieces for owners, managers, and clerks, as well as a variety of point-of-purchase tools to inform customers of the law and emphasize the retailer's role.

> Do you mix or prepare e-liquids, make or modify vaporizers, or mix loose tobacco and sell any tobacco product? If so, you may be regulated as both a retailer and a tobacco product manufacturer (/tobacco-products/compliance-enforcement-training/pipe-cigar-and-vape-shops-are-regulated-both-retailers-and-manufacturers).

## Rules for Cigarettes, Cigarette Tobacco, and Roll-Your-Own Tobacco Sales



(/media/108420/download)

These rules have been in place since 2010:

- Check photo ID of everyone under age 27 who attempts to purchase cigarettes, cigarette tobacco, or roll-your-own tobacco.

- Only sell cigarettes, cigarette tobacco, and roll-your-own-tobacco to customers age 18 or older.[1]

- Do NOT sell cigarettes, cigarette tobacco, or roll-your-own tobacco in a vending machine or self-service display unless in an adult-only facility.[2]

- Do NOT give away free samples of cigarettes, cigarette tobacco, or roll-your-own tobacco to consumers, including any of their components or parts.[3]

- Do NOT sell cigarettes, cigarette tobacco, or roll-your-own tobacco that contain a characterizing flavor (except menthol or tobacco flavor).

- Do NOT sell cigarette packages containing fewer than 20 cigarettes, including single cigarettes, known as "loosies."

- Do NOT break open packages of cigarettes, cigarette tobacco, or roll-your-own tobacco to sell products in smaller amounts.

**Beginning August 10, 2018:**

- Do NOT sell or distribute cigarette tobacco or roll-your-own tobacco products without a warning statement on the package.[4, 5]

- Do NOT display advertisements for cigarette tobacco or roll-your-own tobacco products without a warning statement.[4, 5]

---



(/media/108432/download)

# Rules for Smokeless Tobacco Sales

- Check photo ID of everyone under age 27 who attempts to purchase smokeless tobacco.

- Only sell smokeless tobacco to customers age 18 and older.[1]

- Do NOT sell smokeless tobacco in a vending machine or self-service display unless in an adult-only facility.

- Do NOT give away free samples of smokeless tobacco unless in a "qualified adult-only facility" and in limited quantities as specified in the law. [2, 3]

- Do NOT break open smokeless tobacco packages to sell products in smaller amounts.

- Do NOT sell smokeless tobacco without a health warning statement displayed on the package.

- Do NOT display advertisements for smokeless tobacco products without a warning statement.

# Rules for Cigar Sales



(/media/108415/download)

- Check photo ID of everyone under age 27 who attempts to purchase cigars.

- Only sell cigars to customers age 18 and older.[1]

- Do NOT sell cigars in a vending machine unless in an adult-only facility.[2]

- Do NOT give away free samples of cigars to consumers, including any of their components or parts.[3]

**Beginning August 10, 2018:**

- Do NOT sell or distribute cigars without a health warning statement displayed on the package.[4, 6]

- Do NOT display advertisements for cigars without a health warning statement.[4, 6]

- If you sell cigars individually, and not in a product package, you must post a sign with six required warning statements within 3 inches of each cash register.[4,6]

---

# Rules for Hookah and Pipe Tobacco Sales

> **Note**: If you mix loose tobacco, and you also sell these products, you will be regulated as both a retailer and a tobacco product manufacturer (/tobacco-products/compliance-enforcement-training/pipe-cigar-and-vape-shops-are-regulated-both-retailers-and-manufacturers).



(/media/108426/download)

- Check photo ID of everyone under age 27 who attempts to purchase hookah tobacco or pipe tobacco.

- Only sell hookah or pipe tobacco to customers age 18 and older.[1]

- Do NOT sell hookah and pipe tobacco in a vending machine unless in an adult-only facility.[2]

- Do NOT give away free samples of hookah or pipe tobacco to consumers, including any of their components or parts.[3]

**Beginning August 10, 2018:**

- Do NOT sell or distribute hookah or pipe tobacco without a health warning statement displayed on the package.[4, 5, 6]

- Do NOT display advertisements for hookah or pipe tobacco without a health warning statement.[4, 5, 6]

# Rules for Sales of E-Cigarettes and Other Electronic Nicotine Delivery Systems (ENDS)

Some examples of ENDS include e-cigarettes, vape pens, e-hookahs, e-cigars, personal vaporizers, and electronic pipes.

> **Note**: If you mix e-liquids or make or modify vaporizers, and you also sell these products, you will be regulated as both a retailer and a tobacco product manufacturer (/tobacco-products/compliance-enforcement-training/pipe-cigar-and-vape-shops-are-regulated-both-retailers-and-manufacturers).



(/media/108423/download)

- Check photo ID of everyone under age 27 who attempts to purchase e-cigarettes or other ENDS.

- Only sell e-cigarettes and other ENDS to customers age 18 and older.[1]

- Do NOT sell e-cigarettes or other ENDS in a vending machine unless in an adult-only facility. [2]

- Do NOT give away free samples of e-cigarettes or other ENDS to consumers, including any of their components or parts.[3]

**Beginning August 10, 2018**, these rules apply to all "covered tobacco products (/tobacco-products/compliance-enforcement-training/ctp-glossary)":

- Do NOT sell or distribute e-cigarettes or other ENDS without a health warning statement on the package.[4, 5]

- Do NOT display advertisements for e-cigarettes or other ENDS without a health warning statement.[4, 5]

# Rules for Sales of Nicotine Gels

- Check photo ID of everyone under age 27 who attempts to purchase nicotine gel.

- Only sell nicotine gel to customers age 18 and older.[1]

- Do NOT sell nicotine gel in a vending machine unless in an adult-only facility.[2]

- Do NOT give away free samples of nicotine gel to consumers.[3]

**Beginning August 10, 2018:**

- Do NOT sell or distribute nicotine gel without a health warning statement on the package.[4, 5]

- Do NOT display advertisements for nicotine gel without a health warning statement.[4, 5]

## Rules for Sales of Dissolvables

These rules apply to dissolvable tobacco products that are not already regulated as smokeless tobacco.

- Check photo ID of everyone under age 27 who attempts to purchase dissolvable tobacco products.

- Only sell dissolvable tobacco products to customers age 18 and older.[1]

- Do NOT sell dissolvable tobacco products in a vending machine unless in an adult-only facility. [2]

- Do NOT give away free samples of dissolvable tobacco products to consumers.[3]

**Beginning August 10, 2018:**

- Do NOT sell or distribute a dissolvable tobacco product without a health warning statement on the package.[4, 5]

- Do NOT display advertisements for dissolvable tobacco products without a health warning statement.[4, 5]

---

## Why Are These Laws Important?

These laws are designed to make regulated tobacco products less accessible and less attractive to youth. Every day, nearly 2,500 kids smoke their first cigarette and more than 400 kids become cigarette daily smokers.[7] Additionally, the CDC and FDA found that during 2011-2015, e-cigarette use rose from 1.5 percent to 16.0 percent among high school students.[8] Many of these children will become addicted before they are old enough to understand the risks. As a retailer, you play an important role in protecting children and adolescents by complying with the law and regulations.

---

References                                                          ⌄

---

## Additional Resources

- Required Warning Statements on Tobacco Product Packaging and Advertising (/tobacco-products/retail/retailers-chart-required-warning-statements-tobacco-product-packaging-and-advertising)

- Guidance: Tobacco Retailer Training Programs (/tobacco-products/rules-regulations-guidance/tobacco-retailer-training-programs)

- Retailer Education Materials (/tobacco-products/retail/our-watch)

- FDA's Deeming Regulations for E-Cigarettes, Cigars, and All Other Tobacco Products (/tobacco-products/rules-regulations-guidance/fdas-deeming-regulations-e-cigarettes-cigars-and-all-other-tobacco-products)

- Small Business Assistance (/tobacco-products/compliance-enforcement-training/small-business-assistance-tobacco-product-industry)

- Manufacturing (/tobacco-products/compliance-enforcement-training/manufacturing)

- Products, Ingredients and Components (/products-ingredients-components)