# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Matthew Jones, et al.,

**Plaintiff,**

v.

Xavier Becerra, et al.,

**Defendant.**

Case No. 19-cv-01226-L-AHG

## PRO HAC VICE APPLICATION

Party Represented: Amicus Curiae Everytown for Gun Safety Support Fund

I, Dayna Chikamoto (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Kramer Levin Naftalis & Frankel LLP
Street address: 1177 Avenue of the Americas
City, State, ZIP: New York, NY 10036
Phone number: (212) 715-9100
Email: DChikamoto@kramerlevin.com

That on 1/23/2017 (Date) I was admitted to practice before New York Court of Appeals (Name of Court) and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I [ ] have [✓] have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: [ ] Granted  [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dayna Chikamoto
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Kenneth Fitzgerald (Name)        (619) 241-4809 (Telephone)

Fitzgerald Knaier LLP (Firm)

402 West Broadway, Suite 1400 (Street)   San Diego (City)   92101 (Zip code)

/s/ Dayna Chikamoto
(Signature of Applicant)

I hereby consent to the above designation.

/s/ Kenneth Fitzgerald
(Signature of Designee Attorney)