1   XAVIER BECERRA
    Attorney General of California
2   State Bar No. 118517
    STEPAN A. HAYTAYAN
3   Supervising Deputy Attorney General
    State Bar No. 205457
4   JENNIFER E. ROSENBERG
    Deputy Attorney General
5   State Bar No. 275496
    JOHN D. ECHEVERRIA
6   Deputy Attorney General
    State Bar No. 268843
7    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013
8    Telephone:  (213) 269-6249
     Fax:  (916) 731-2124
9    E-mail:  John.Echeverria@doj.ca.gov
    *Attorneys for Defendants*

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13

14

| | |
|---|---|
| 15  **MATTHEW JONES, et al.,** | 3:19-cv-01226-L-AHG |
| 16                                          Plaintiffs, | |
| 17        **v.** | **NOTICE OF APPEARANCE OF JOHN D. ECHEVERRIA AS ADDITIONAL COUNSEL FOR DEFENDANTS** |
| 18  **XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,** | |
| 19 | |
| 20                                          Defendants. | |
| 21 | |

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that John D. Echeverria, Deputy Attorney General,

2  hereby enters his appearance as additional counsel for Defendants Xavier Becerra,

3  in his official capacity as Attorney General of the State of California, and Brent E.

4  Orick, in his official capacity as Acting Director of the Department of Justice

5  Bureau of Firearms.  Mr. Echeverria is a member of the State Bar of California and

6  is admitted to practice before this Court.  Mr. Echeverria's contact information is as

7  follows:

8        John D. Echeverria
9        Deputy Attorney General
         300 South Spring Street, Suite 1702
10       Los Angeles, CA  90013
         Telephone:  (213) 269-6249
11       Fax:  (916) 731-2124
12       E-mail:  John.Echeverria@doj.ca.gov

13

14  Dated:  February 11, 2020          Respectfully Submitted,

15                                      XAVIER BECERRA
                                        Attorney General of California
16                                      STEPAN A. HAYTAYAN
                                        Supervising Deputy Attorney General
17                                      JENNIFER E. ROSENBERG
                                        Deputy Attorney General
18

19

20                                      s/ John D. Echeverria
                                        JOHN D. ECHEVERRIA
21                                      Deputy Attorney General
                                        *Attorneys for Defendants*
22

23

24

25

26

27

28