John W. Dillon (SBN 296788)
**Dillon Law Group APC**
2647 Gateway Road, Suite 105 No. 255
Carlsbad, California 92009
Phone: 760-642-7150
Fax: 760-642-7151
JDillon@Dillonlawgp.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; THOMAS FURRH; KYLE YAMAMOTO; PWGG, L.P. (d.b.a. POWAY WEAPONS AND GEAR and PWG RANGE); NORTH COUNTY SHOOTING CENTER, INC.; BEEBE FAMILY ARMS AND MUNITIONS LLC (d.b.a. BFAM and BEEBE FAMILY ARMS AND MUNITIONS); FIREARMS POLICY COALITION, INC.; FIREARMS POLICY FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California et al.,<br><br>Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**NOTICE OF ATTORNEY CHANGE OF ADDRESS AND LAW FIRM**<br><br>Complaint Filed: July 1, 2019<br>Second Amended Complaint Filed: November 8, 2019 |

1  TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES

2  PLEASE TAKE NOTICE that pursuant to S.D. CivLR 83.3(e), John W. Dillon, attorney of record for Plaintiffs Matthew Jones et al. in the above entitled case hereby provides this notice of a change of address and law firm and requests the Court make the following changes to update my address, firm name, and contact information:

John W. Dillon (SBN 296788)
Dillon Law Group APC
2647 Gateway Road, Suite 105 No. 255
Carlsbad, California 92009
Phone: 760-642-7150
Fax: 760-642-7151
JDillon@Dillonlawgp.com

May 28, 2020                    Respectfully submitted,

Dillon Law Group APC

By:  */s/ John W. Dillon*
         John Dillon