XAVIER BECERRA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6617
  Fax: (916) 731-2124
  E-mail: Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Matthew Jones, *et al.*,**<br><br>              Plaintiffs,<br><br>v.<br><br>**Xavier Becerra, in his official capacity as Attorney General of the State of California, *et al.*,**<br><br>              Defendants. | 3:19-cv-01226-L-AHG<br><br>**DECLARATION OF JENNIFER ROSENBERG IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**<br><br>Dept:     5B<br><br>Judge:   The Honorable M. James Lorenz and Magistrate Judge Alison H. Goddard<br><br>Final Pretrial Conference<br>Date:     June 25, 2021<br><br>Action Filed:     July 1, 2019<br><br>First Amended Complaint Filed:     July 30, 2019<br><br>Second Amended Complaint Filed:     November 8, 2019 |

I, Jennifer E. Rosenberg, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court. I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice. I am assigned to represent Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California, and Defendant Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms (collectively, "Defendants"), in this action.

2. Throughout this litigation, the parties have operated under the shared agreement that it would be premature to engage in discovery until after resolution of Plaintiffs' preliminary injunction motion, as all parties agree that the decision likely will be appealed to the Ninth Circuit. *See* ECF No. 11 at 13, 20, 22-23.

3. Counsel for Plaintiffs and Defendants conferred in good faith via e-mail and telephone on June 18, 22, and 26 and July 2, 7, 8, 9, 10, 14, and 15, 2020 to discuss the discovery deadlines set in this matter, including the need for additional time to complete fact discovery and expert witness discovery.

4. The COVID-19 pandemic has had, and will continue to have, significant consequences for the litigants and counsel in this case, including the need to coordinate and conduct remote depositions and otherwise modify the discovery process to address the needs of any parties or counsel with particular health risks.

5. Given these pandemic-related challenges, and because Plaintiffs' preliminary injunction motion has not yet been resolved, the Defendants now believe that the parties should proceed with discovery while they await a ruling on the preliminary injunction motion rather than continuing to wait to begin that process.

6. Following their discussions in June and July 2020, the parties and their counsel agreed that the current scheduling order setting the close of fact discovery on September 23, 2020 should be adjusted to provide sufficient time for the parties to complete fact and expert discovery in an efficient manner, to avoid any undue prejudice that might result from the parties' prior good faith decision to commence discovery after a ruling on the preliminary injunction motion, and to otherwise efficiently manage the discovery process.

7. The parties and their counsel further agreed that a modification of the current Scheduling Order extending all deadlines by approximately 6-8 weeks likely would allow sufficient time to complete written fact discovery, depositions of non-experts, and expert witness discovery.

8. The parties have not previously sought modification of the Scheduling Order.

9. At this time, the parties do not anticipate seeking further modification of the Scheduling Order in the future. However, the parties would like to reserve their ability to seek the Court's approval of further modifications for good cause should the need to do so arise.

I, Jennifer E. Rosenberg, affirm under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct of my own knowledge, and that this declaration is executed on this 17th day of July 2020 at Los Angeles, California.

_____
JENNIFER E. ROSENBERG
Deputy Attorney General

SA2019103398
63417832.docx