UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MATTHEW JONES, *et al.*,

                         Plaintiffs,

v.

XAVIER BECERRA, in his official capacity as Attorney General of the State of California, *et al.*,

                         Defendants.

Case No.: 3:19-cv-1226-L-AHG

**ORDER GRANTING JOINT MOTION AND STIPULATION REGARDING REMOTE DEPOSITION PROTOCOL**

**[ECF No. 62]**

      Having considered the parties' Joint Motion and Stipulation Regarding Remote Deposition Protocol (ECF No. 62), and good cause appearing, the parties' joint motion is **GRANTED**. All depositions in this matter may be conducted remotely by the means set forth in the parties' Joint Motion and Stipulation. The Court also approves the other stipulations set forth in the Joint Motion and Stipulation, including granting the parties' joint request under Federal Rule of Civil Procedure 29(b) to permit the rescheduling of depositions originally scheduled on dates before the close of fact discovery to dates after the close of fact discovery where such rescheduling becomes necessary.

      **IT IS SO ORDERED.**

Dated: October 15, 2020

                                                _____
                                                Honorable Allison H. Goddard
                                                United States Magistrate Judge