1  XAVIER BECERRA
   Attorney General of California
2  MARK BECKINGTON
   Supervising Deputy Attorney General
3  JENNIFER E. ROSENBERG
   Deputy Attorney General
4  State Bar No. 275496
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013
    Telephone:  (213) 269-6617
6   Fax:  (916) 731-2124
    E-mail:  Jennifer.Rosenberg@doj.ca.gov
7  *Attorneys for Defendants Xavier Becerra, in
   his official capacity as Attorney General of
8  the State of California, and Luis Lopez,
   in his official capacity as Director of
9  the Department of Justice Bureau of
   Firearms*

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13

14

| | |
|---|---|
| 15  **Matthew Jones, *et al.*,** | 3:19-cv-01226-L-AHG |
| 16                         Plaintiffs, | |
| 17        v. | **DECLARATION OF JENNIFER ROSENBERG IN SUPPORT OF JOINT MOTION TO MODIFY DEADLINE FOR CLOSE OF FACT DISCOVERY** |
| 18  **Xavier Becerra, in his official capacity as Attorney General of the State of California, *et al.*,** | |
| 19  | |
| 20                         Defendants. | Dept:         5B |
| 21  | Judge:       The Honorable  M. James Lorenz and Magistrate Judge Alison H. Goddard |
| 22  | |
| 23  | Final Pretrial Conference Date:         August 9, 2021 |
| 24  | |
| 25  | Action Filed:        July 1, 2019 |
| 26  | First Amended Complaint Filed:        July 30, 2019 |
| 27  | |
| 28  | Second Amended Complaint Filed:        November 8, 2019 |

I, Jennifer E. Rosenberg, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court. I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice. I am assigned to represent Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California, and Defendant Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms (collectively, "Defendants"), in this action.

2. Good cause exists to grant the parties' joint motion to modify the deadline for close of fact discovery in this matter from November 6, 2020 to December 15, 2020.

3. Counsel for Plaintiffs and Defendants conferred via e-mail and telephone on October 25 and 26 to discuss the discovery deadlines set in this matter, including the need for additional time to complete fact discovery.

4. The parties are in the midst of exchanging responses to discovery requests served by each side, and are working together to resolve any issues regarding the scope and form of discovery responses. Several depositions of Plaintiffs have been scheduled or are in the process of being scheduled. The parties are also working together to ensure that depositions are conducted at reasonably convenient times for all involved, accommodating illness, school exams, and work schedules.

5. Simultaneously and unexpectedly, due to the pandemic and other factors, both Defendants' counsel and Plaintiffs' counsel have been experiencing an unusually heavy caseload on this and other matters, placing a strain on their schedules.

6. Following their discussions on October 25 and 26, 2020, and in light of the outstanding discovery requests, depositions, and conflicts in the schedules of

1

Decl. of Jennifer Rosenberg in Support of Joint Motion to
Modify Deadline for Close of Fact Discovery (3:19-cv-01226-L-AHG)

the parties and counsel, the parties and their counsel agreed that the current scheduling order setting the close of fact discovery on November 6, 2020 should be adjusted to provide all parties with an additional 30-40 days to complete their fact discovery obligations and conduct lay witness depositions.

7. This additional time will benefit all parties and help minimize the need to resort to the Court for resolution of discovery disputes.

8. Counsel for the parties agreed to seek modification of the operative scheduling order to move the close of fact discovery from November 6, 2020 to December 15, 2020.

9. The parties do not seek to modify other dates set forth in the operative scheduling order.

10. The parties previously sought one modification of the Court's original scheduling order; that modification moved all dates set forth in the Court's original scheduling order by approximately 5 to 6 weeks. *See* ECF Nos. 57, 58.

11. At this time, the parties do not anticipate seeking further modification of the scheduling order in the future. However, the parties would like to reserve their ability to seek the Court's approval of further modifications for good cause should the need to do so arise.

I, Jennifer E. Rosenberg, affirm under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct of my own knowledge, and that this declaration is executed on this 27th day of October, 2020 at Los Angeles, California.

JENNIFER E. ROSENBERG
Deputy Attorney General

SA2019103398

2