NAME AND ADDRESS OF ATTORNEY
John W. Dillon
2647 Gateway Road Suite 105, No. 255
Carlsbad, California 92009

PHONE: (760) 642-7150

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Hon. M. James Lorenz        COURT REPORTER

MATTHEW JONES et al.,

CIVIL NO. 3:19-cv-01226-L-AHG

(Appellant/Appellee)       Plaintiff

vs

XAVIER BECERRA, in his official capacity as        NOTICE OF APPEAL        (Civil)
Attorney General of the State of California; et al.,

(Appellant/Appellee)       Defendant

Notice is hereby given that Matthew Jones et al.,

**✗** Plaintiff _____ Defendant above named, hereby appeals to the United States Court of Appeals for the:   (check appropriate box)

**✗** Ninth Circuit                    Federal Circuit

from the:     (check appropriate box)

_____ Final Judgment                    **✗** Order (describe)

entered in this proceeding on the ___3___ day of November, 20 20.
Transcripts required       Yes       **✗** No.
Date civil complaint filed:       7/1/02

Date: 11/6/20                              /s/ John W. Dillon
                                          Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

# CERTIFICATE OF SERVICE

**Case Name:** Matthew Jones, et al v. Xavier Becerra        **No.** 3:19-cv-01226-L-AHG

I hereby certify that on <u>November 6, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEAL**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 6, 2020</u>, in Carlsbad, California.

| Alexandria Gibson | /s/ Alexandria Gibson |
|---|---|
| Declarant | Signature |