XAVIER BECERRA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6617
 Fax:  (916) 731-2124
 E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Matthew Jones, *et al.*,**<br><br>                         Plaintiffs,<br><br>         v.<br><br>**Xavier Becerra, in his official capacity as Attorney General of the State of California, *et al.*,**<br><br>                         Defendants. | 3:19-cv-01226-L-AHG<br><br>**DECLARATION OF JENNIFER ROSENBERG IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**<br><br>Dept:         5B<br><br>Judge:       The Honorable  M. James Lorenz and Magistrate Judge Alison H. Goddard<br><br>Final Pretrial Conference<br>Date:          November 15, 2021<br><br>Action<br>Filed:          July 1, 2019<br><br>First Amended Complaint<br>Filed:          July 30, 2019<br><br>Second Amended Complaint<br>Filed:          November 8, 2019 |

I, Jennifer E. Rosenberg, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court. I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice. I am assigned to represent Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California, and Defendant Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms (collectively, "Defendants"), in this action.

2. Good cause exists to grant the parties' joint motion to modify the deadline for close of fact discovery in this matter from February 16, 2021 to May 14, 2021.

3. Counsel for Plaintiffs and Defendants conferred via e-mail on January 7, 11, 26, and 28, 2021 to discuss the discovery deadlines set in this matter, including the need for additional time to complete fact discovery and expert witness discovery.

4. The parties are in the the process of completing exchange of discovery responses and resolving disagreements about the scope of discovery responses. Several depositions of the parties remain to be taken.

5. During December 2020 and January 2021, including throughout the busy holiday season, the parties have been engaged in briefing the important issues presented in Plaintiffs' interlocutory appeal of this Court's November 3, 2020 order denying Plaintiffs' motion for preliminary injunction, and they will continue to devote significant resources to the appellate proceeding in the next few months.

6. In addition, during the time since the Court granted the previous modification of the scheduling order for this matter, counsel for Defendants unexpectedly experienced three deaths in her family, which have required time for bereavement.

1

Decl. of Jennifer Rosenberg in Support of Joint Motion to
Modify Deadline for Close of Fact Discovery (3:19-cv-01226-L-AHG)

7. Counsel for Plaintiffs and Defendants have also simultaneously been preparing for trials and arguments in other matters occurring in late January and February 2021.

8. Following their discussions on January 7, 11, 26, and 28, and in light of the outstanding discovery requests and depositions, conflicts in the schedules of the parties and counsel due to professional obligations and personal needs, the parties agree that modifying the current scheduling order to permit fact discovery to continue until one week after the close of expert discovery will benefit all parties, providing necessary flexibility to reschedule depositions and complete exchange of written discovery, and helping to minimize the need to resort to the Court for resolution of discovery disputes.

9. Counsel for the parties agreed to seek modification of the operative scheduling order to move the close of fact discovery from February 16, 2021 to May 14, 2021.

10. The parties do not seek to modify other dates set forth in the operative scheduling order.

11. The parties previously sought three modifications of the Court's original scheduling order; the first modification moved all dates set forth in the Court's original scheduling order by approximately 5 to 6 weeks, the second moved solely the fact discovery deadline from November 6, 2020 to December 15, 2020, and the third moved all dates out by approximately 2-3 months due to the denial of Plaintiffs' motion for preliminary injunction and interlocutory appeal of that denial, for which briefing is not yet completed in the Ninth Circuit.  See ECF Nos. 57, 58, 64, 65, 70, 71; *see also Jones v. Becerra*, No. 20-56174 (9th Cir. December 23, 2020), ECF No. 23, Trans. ID 11938842 (Ninth Circuit order setting modified appellate briefing schedule; Plaintiffs' reply brief due in February 2021).

2

Decl. of Jennifer Rosenberg in Support of Joint Motion to
Modify Deadline for Close of Fact Discovery (3:19-cv-01226-L-AHG)

12. At this time, the parties do not anticipate seeking further modification of the scheduling order in the future. However, the parties would like to reserve their ability to seek the Court's approval of further modifications for good cause should the need to do so arise.

I, Jennifer E. Rosenberg, affirm under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct of my own knowledge, and that this declaration is executed on this 29th day of January, 2021 at Los Angeles, California.

JENNIFER E. ROSENBERG
Deputy Attorney General

SA2019103398
63935321.docx

3

Decl. of Jennifer Rosenberg in Support of Joint Motion to Modify Deadline for Close of Fact Discovery (3:19-cv-01226-L-AHG)