XAVIER BECERRA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6617
  Fax:  (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Matthew Jones, *et al.*,**<br><br>                Plaintiffs,<br><br>v.<br><br>**Xavier Becerra, in his official capacity as Attorney General of the State of California, *et al.*,**<br><br>                Defendants. | 3:19-cv-01226-L-AHG<br><br>**DECLARATION OF JENNIFER ROSENBERG IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF DISCOVERY DEADLINES IN LIGHT OF ORAL ARGUMENT IN INTERLOCUTORY APPEAL**<br><br>Dept:    5B<br><br>Judge:   The Honorable M. James Lorenz and Magistrate Judge Alison H. Goddard<br><br>Final Pretrial Conference<br>Date:    November 15, 2021<br><br>Action Filed:    July 1, 2019<br><br>First Amended Complaint Filed:    July 30, 2019<br><br>Second Amended Complaint Filed:    November 8, 2019 |

I, Jennifer E. Rosenberg, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court. I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice. I am assigned to represent Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California, and Defendant Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms (collectively, "Defendants"), in this action.

2. Good cause exists to grant the parties' joint motion to modify the discovery deadlines in this matter by approximately three to four weeks.

3. Counsel for Plaintiffs and Defendants conferred via e-mail on March 3 and 4, 2021 to discuss the discovery deadlines set in this matter, including the need for additional time to complete fact discovery and expert witness discovery.

4. The parties continue to work through exchanging discovery responses and resolving disagreements about the scope of discovery responses. Several depositions of the parties remain to be taken.

5. During December, January, and February, the parties have been engaged in briefing the important issues presented in Plaintiffs' interlocutory appeal of this Court's November 3, 2020 order denying Plaintiffs' motion for preliminary injunction, and they will need to devote significant time and resources to preparing for the oral argument of that appeal in the coming months.

6. The current fact and expert witness discovery deadlines, including the time period within which expert depositions must occur, overlap substantially with the preparation time for the May 12, 2021 oral argument date set by the Ninth Circuit in the interlocutory appeal, as well as the argument itself.

7. Counsel for the parties have simultaneously been engaged in trials and arguments in other matters occurring in January and February 2021.

1

Decl. of Jennifer Rosenberg in Support of Joint Motion to
Modify Deadline for Close of Fact Discovery (3:19-cv-01226-L-AHG)

8. Following their discussions on March 3 and 4, 2021, and in light of the outstanding discovery requests and depositions, conflicts in the schedules of the parties and counsel due to professional obligations and personal needs, and the scheduling of oral argument in the interlocutory appeal in the middle of discovery deadlines in this Court, the parties agree that a small extension of approximately three to four weeks for both expert and fact discovery deadlines will benefit all parties, providing necessary flexibility to reschedule depositions and complete exchange of written discovery, exchange expert reports, and conduct expert depositions.

9. Counsel for the parties agreed to seek modification of the operative scheduling orders to extend the fact and expert discovery deadlines by approximately three to four weeks, as set forth in the joint motion this declaration accompanies.

10. The parties do not seek to modify other dates set forth in the operative scheduling order.

11. The parties previously sought four modifications of the Court's original scheduling order. The first modification moved all dates set forth in the Court's original scheduling order by approximately 5 to 6 weeks; the second moved solely the fact discovery deadline from November 6, 2020 to December 15, 2020; the third moved all dates out by approximately 2-3 months due to the denial of Plaintiffs' motion for preliminary injunction and interlocutory appeal of that denial; and the fourth extended solely the deadline for close of fact discovery. See ECF Nos. 57, 58, 64, 65, 70, 71, 72, 73.

12. At this time, the parties do not anticipate seeking further modification of the scheduling order in the future. However, the parties would like to reserve their ability to seek the Court's approval of further modifications for good cause should the need to do so arise.

2

Decl. of Jennifer Rosenberg in Support of Joint Motion to
Modify Deadline for Close of Fact Discovery (3:19-cv-01226-L-AHG)

I, Jennifer E. Rosenberg, affirm under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct of my own knowledge, and that this declaration is executed on this 5th day of March, 2021 at Los Angeles, California.

JENNIFER E. ROSENBERG
Deputy Attorney General

SA2019103398
64028095.docx

3

Decl. of Jennifer Rosenberg in Support of Joint Motion to
Modify Deadline for Close of Fact Discovery (3:19-cv-01226-L-AHG)