UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW JONES, *et al.*, | No.    20-56174 |
| Plaintiffs-Appellants, | D.C. No. 3:19-cv-01226-L-AHG |
| v. | District of California, Southern |
| XAVIER BECERRA, *et al.*, | ORDER |
| Defendants-Appellees. | |

Appellants and Appellees are ordered to file supplemental briefing addressing the original public meaning of the Second Amendment.  In the briefs, the parties are instructed to specifically address the following:

1. What is the original public meaning of the Second Amendment phrases: "A well regulated Militia"; "the right of the people"; and "shall not be infringed"?

2. How does the tool of corpus linguistics help inform the determination of the original public meaning of those Second Amendment phrases? (*See* Corpus of Historical American English, BYU, https://www.english-corpora.org/coha/; Corpus of Contemporary American English, BYU, https://www.english-corpora.org/coca/)

3.  How do the data yielded from corpus linguistics assist in the interpretation of the constitutionality of age-based restrictions under the Second Amendment?

Appellants and Appellees shall simultaneously submit supplemental briefs within 21 days after entry of this order.  Appellants and Appellees shall submit responsive supplemental briefs no later than 10 days from service of the initial brief.  The supplemental briefs shall be no longer than 6,500 words and the responsive supplemental briefs shall be no longer than 3,250 words.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7