MATTHEW RODRIQUEZ
Acting Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6617
  Fax:  (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Matthew Rodriquez, in his official capacity as Acting Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Matthew Jones, *et al.*,**<br><br>                  Plaintiffs,<br><br>    v.<br><br>**Matthew Rodriquez, in his official capacity as Acting Attorney General of the State of California, *et al.*,**<br><br>                  Defendants. | 3:19-cv-01226-L-AHG<br><br>**DECLARATION OF JENNIFER ROSENBERG IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER IN LIGHT OF NINTH CIRCUIT ORDER**<br><br>Dept:      5B<br><br>Judge:    The Honorable M. James Lorenz and Magistrate Judge Alison H. Goddard<br><br>Final Pretrial Conference<br>Date:      November 15, 2021<br><br>Action<br>Filed:      July 1, 2019<br><br>First Amended Complaint<br>Filed:      July 30, 2019<br><br>Second Amended Complaint<br>Filed:      November 8, 2019 |

I, Jennifer E. Rosenberg, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court. I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice. I am assigned to represent Defendant Matthew Rodriquez, in his official capacity as Acting Attorney General of the State of California, and Defendant Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms (collectively, "Defendants"), in this action.

2. Good cause exists to grant the parties' joint motion to modify all deadlines in the operative scheduling orders in this matter.

3. Counsel for Plaintiffs and Defendants conferred via e-mail on March 29, 2021 to discuss the deadlines set in this matter and in the interlocutory appeal, including the need for additional time to comply with the deadlines set forth in this Court's operative scheduling orders due to the overlapping deadlines set forth in the Ninth Circuit's supplemental briefing order.

4. The briefing schedule set by the Ninth Circuit for drafting and filing the ordered supplemental briefs and supplemental responsive briefs will require the parties to simultaneously brief the multiple substantive issues ordered by the Ninth Circuit while also finalizing their initial expert reports and drafting and finalizing their rebuttal expert reports in these trial court proceedings. The parties unexpectedly will need to devote substantial time and resources to drafting their supplemental and responsive supplemental briefs in the interlocutory appeal in the next 5 weeks.

5. The parties also continue to work through exchanging discovery responses. Several depositions of the parties remain to be taken.

1

Decl. of Jennifer Rosenberg in Support of Joint Motion for Modification of Scheduling Order in Light of Ninth Circuit Order  (3:19-cv-01226-L-AHG)

6. The parties also will need to devote significant time to preparing for the May 12, 2021 oral argument of the interlocutory appeal in the coming weeks.

7. Thus, absent an extension of time on the deadlines in this case, the parties will be forced to divert resources from their efforts to complete fact and expert discovery in order to complete their supplemental appellate briefs, obviating the benefit of the small extension of time the Court just granted on March 8, 2021.

8. Following their discussions on March 29, 2021, the parties agree that the requested extension of time, set forth in greater detail in the joint motion that this declaration accompanies, would relieve some of these simultaneous burdens by permitting them to complete the ordered supplemental briefing in the interlocutory appeal and prepare for oral argument, while avoiding significant new conflicts between the appellate schedule and the expert discovery and other deadlines set forth in this Court's operative scheduling orders.

9. Further, the requested extension of time will permit all parties to consider, in light of the Ninth Circuit's express interest in the subject, whether and to what extent they should or would like to present corpus linguistics analysis in these trial court proceedings.

10. As the parties have discussed throughout the life of this matter, the Ninth Circuit's decision in the interlocutory appeal may shape the legal standards applicable to, and direction of, these trial court proceedings. To the extent that the Ninth Circuit rules quickly in the interlocutory appeal, the extension of time requested here also may permit the parties to appropriately adjust the focus, scope, and nature of the arguments and evidence that should be presented in this Court.

11. The parties previously sought five modifications of the Court's original scheduling order. The first modification moved all dates set forth in the Court's original scheduling order by approximately 5 to 6 weeks; the second moved solely the fact discovery deadline from November 6, 2020 to December 15, 2020; the third moved all dates out by approximately 2-3 months due to the denial of Plaintiffs'

2

Decl. of Jennifer Rosenberg in Support of Joint Motion for Modification of Scheduling Order in Light of Ninth Circuit Order  (3:19-cv-01226-L-AHG)

motion for preliminary injunction and interlocutory appeal of that denial; the fourth extended solely the deadline for close of fact discovery; and the fifth extended solely the deadlines for close of expert and fact discovery by a few weeks in light of the scheduling of oral argument on May 12, 2021 in the interlocutory appeal. See ECF Nos. 57, 58, 64, 65, 70, 71, 72, 73, 75, 76, 77.

12. At this time, the parties do not anticipate seeking further modification of the scheduling order in the future. However, the parties would like to reserve their ability to seek the Court's approval of further modifications for good cause should the need to do so arise.

I, Jennifer E. Rosenberg, affirm under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct of my own knowledge, and that this declaration is executed on this 30th day of March, 2021 at Los Angeles, California.

JENNIFER E. ROSENBERG
Deputy Attorney General