John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail:  jdillon@dillonlawgp.com

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW JONES, *et al.,*** <br><br> Plaintiffs, <br><br> **v.** <br><br> **ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.,*** <br><br> Defendants. | Case No.: 3:19-cv-01226-L-AHG <br><br> Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard <br><br> **DECLARATION OF JOHN W. DILLON IN SUPPORT OF PARTIES' JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER** <br><br> Action Filed: July 1, 2019 <br><br> First Amended Complaint Filed: July 30, 2019 <br><br> First Amended Complaint and Summons Served:  August 1, 2019 |

# DECLARATION OF JOHN W. DILLON

I, John W. Dillon, hereby declare as follows:

1.   I am an attorney duly licensed to practice law in the State of California.  I am authorized to appear before the above-entitled Court.  I am counsel for Plaintiffs, Matthew Jones, *et al.,* in this case.

2.   Good cause exists to grant the parties' joint motion to modify deadlines in the operative scheduling orders in this case.

3.   Counsel for Plaintiffs and Defendants conferred via e-mail on June 30, 2021 and July 1, 2021 to discuss the deadlines set in this case, including Plaintiffs' need for additional time to comply with the deadlines set forth in this Court's operative scheduling orders due to Plaintiffs' experts' request for additional time to complete their rebuttal expert reports.

4.   By allowing this modest extension of time, the parties will be able to provide this Court with adequate and substantive expert reports and rebuttal reports on material issues in this case. The modification of the dates in the scheduling order to align with this 14-day extension will further ensure that parties still have adequate time to complete both fact and expert discovery as several depositions still need to be taken. The requested extension of approximately 14 days would relieve current scheduling burdens.

5.   The parties previously sought six modifications of the Court's original scheduling order.  The first modification moved all dates set forth in the Court's original scheduling order by approximately 5 to 6 weeks; the second moved the fact discovery deadline from November 6, 2020 to December 15, 2020; the third moved all dates out by approximately 2-3 months due to the denial of Plaintiffs' motion for preliminary injunction and interlocutory appeal of that denial; the fourth extended the deadline for close of fact discovery; the fifth extended the deadlines for close of expert and fact discovery by a few weeks in light of the scheduling of oral argument

2

on May 12, 2021 in the interlocutory appeal; and the sixth extended all deadlines set forth in the operative scheduling orders in this matter by approximately 60-75 days. See ECF Nos. 57, 58, 64, 65, 70, 71, 72, 73, 75, 76, 79, 80; *see also Jones v. Becerra*, No. 20-56174 (9th Cir. Dec. 23, 2020), ECF No. 23, Trans. ID 11938842 (Ninth Circuit order setting modified appellate briefing schedule); *Jones v. Becerra*, No. 20-56174 (9th Cir. Feb. 28, 2021), Trans. ID 12018921. The sixth request sought to modify the scheduling order in light of the Ninth Circuit's March 26, 2021 order directing the parties to submit supplemental briefing on several interrelated questions in the pending interlocutory appeal of this Court's denial of Plaintiffs' motion for preliminary injunction. ECF No. 79; *see also Jones v. Becerra*, No. 20-56174 (9th Cir. Mar. 26, 2021), ECF No. 50, Trans. ID 12055134. This joint motion seeks to extend all deadlines set forth in the operative scheduling orders in this case by approximately 14 days to allow all parties' experts and rebuttal experts to prepare substantive reports on multiple material issues in this case.

6. At this time, the parties do not anticipate seeking further modification of the scheduling order in the future. However, the parties would like to reserve their ability to seek the Court's approval of further modifications for good cause should the need to do so arise.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, of my own knowledge, and that this declaration is executed on July 2, 2021 in Carlsbad, California.


                                                    */s/ John W. Dillon*
                                                    John W. Dillon
                                                    Attorney for Plaintiffs

*3*

*Declaration of John W. Dillon in Support of Parties' Joint Motion For Modification of Scheduling Order*
(3:19-cv-01226-L-AHG)