```
 1  ROB BONTA
    Attorney General of California
 2  MARK BECKINGTON
    Supervising Deputy Attorney General
 3  JENNIFER E. ROSENBERG
    Deputy Attorney General
 4  State Bar No. 275496
     300 South Spring Street, Suite 1702
 5   Los Angeles, CA  90013
     Telephone:  (213) 269-6617
 6   Fax:  (916) 731-2124
     E-mail:  Jennifer.Rosenberg@doj.ca.gov
 7  Attorneys for Defendants Rob Bonta, in
    his official capacity as Attorney General of
 8  the State of California, and Luis Lopez,
    in his official capacity as Director of
 9  the Department of Justice Bureau of
    Firearms
10
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Matthew Jones, *et al.*,**<br><br>                           Plaintiffs,<br><br>              v.<br><br>**Rob Bonta, in his official capacity as Attorney General of the State of California, *et al.*,**<br><br>                           Defendants. | 3:19-cv-01226-L-AHG<br><br>**DECLARATION OF JENNIFER E. ROSENBERG IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER IN LIGHT OF JOINT MOTION TO STAY**<br><br>Dept:           5B<br><br>Judge:         The Honorable M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>Final Pretrial Conference<br>Date:           February 7, 2022<br><br>Action<br>Filed:          July 1, 2019<br><br>First Amended Complaint<br>Filed:          July 30, 2019<br><br>Second Amended Complaint<br>Filed:          November 8, 2019 |

I, Jennifer E. Rosenberg, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court. I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice. I am assigned to represent Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms (collectively, "Defendants"), in this action.

2. Good cause exists to grant the parties' Joint Motion for Modification of Scheduling Order in Light of Joint Motion to Stay, which requests that the Court extend all deadlines set in the current scheduling order by approximately one month.

3. Counsel for the parties met and conferred via telephone on August 3, 2021, and agree that a modification of the scheduling order to continue all deadlines by approximately one month is appropriate to allow additional time while the parties' Joint Motion for Limited Stay of Proceedings Pending Resolution of Interlocutory Appeal, ECF No. 83 ("Joint Stay Motion") is pending before the Court and to permit the parties to adequately prepare and conduct fact and expert witness depositions in the event that the Court denies the Joint Stay Motion or does not rule on that motion in advance of the August 25, 2021 deadline for close of all fact and expert discovery.

4. The parties exchanged written discovery requests and responses in September, October, and November 2020, as well as in February and April 2021. All initial and rebuttal expert disclosures and reports were exchanged on the schedule set forth in the operative scheduling orders in this matter; initial expert reports were exchanged on June 2, 2021, and rebuttal expert reports were

1

Declaration of Jennifer E. Rosenberg In Support of Joint Mtn. for Mod. of Scheduling Order in Light of Joint Mtn. to Stay  (3:19-cv-01226-L-AHG)

exchanged on July 21, 2021.  ECF Nos. 15, 82.  Plaintiffs designated four initial expert witnesses, and Defendants designated three initial expert witnesses.  Plaintiffs disclosed four rebuttal expert witness reports, and Defendants disclosed three rebuttal expert witness reports.

5. The parties met and conferred on July 23 and 26, 2021 to discuss moving jointly for a stay of all proceedings in this Court, and promptly filed their Joint Stay Motion on July 29, 2021, after the exchange of their rebuttal expert reports.  The parties agreed that a limited stay pending the Ninth Circuit's resolution of Plaintiffs' interlocutory appeal of this Court's denial of their preliminary injunction motion was warranted and would serve to conserve party and court resources, including because the Ninth Circuit's ruling and guidance might permit the parties to streamline the evidence they plan to present and may inform the scope of remaining discovery that should be conducted in this Court, including depositions and witness testimony.  That motion is currently pending before this Court.  ECF No. 83.

6. The current deadline set for the close of all fact and expert discovery, August 25, 2021, is fast approaching, and a significant number of depositions remains to be taken before that date, including potentially nine expert witness depositions that will take substantial preparation, as well as several party and potentially third-party witness depositions.  And although the parties intend to take fact witness and/or party depositions, those depositions have not yet occurred.  There are ten plaintiffs in this action and an unknown number of Rule 30(b)(6) or third-party witnesses who may be deposed; the parties continue to meet and confer on that question.

7. Following their telephone conversation on August 3, 2021, and in light of the pending Joint Stay Motion and impending case deadlines, the parties agree that a small extension of approximately one month on all deadlines in the current

2

Declaration of Jennifer E. Rosenberg In Support of Joint Mtn. for Mod. of Scheduling Order in Light of Joint Mtn. to Stay  (3:19-cv-01226-L-AHG)

scheduling order will benefit all parties.  Absent the requested modification of deadlines, the parties will have to schedule and conduct likely more than a dozen depositions of experts and other witnesses in a very short timeframe, undermining their good faith attempt to conserve judicial and party resources by jointly seeking the limited stay they have requested.

8. Further, in the event that the Court denies the Joint Stay Motion, it would still benefit all parties to ensure that the parties' numerous expert witnesses and any fact witnesses have the additional time requested here to schedule and adequately prepare for their depositions.  All parties wish to ensure that they have adequate time to schedule and prepare for depositions of both fact and several expert witnesses, and an extension of approximately one month on all deadlines will help them do so.

9. The parties previously sought seven modifications of the Court's original scheduling order.  The first modification moved all dates set forth in the Court's original scheduling order by approximately 5 to 6 weeks; the second moved the fact discovery deadline from November 6, 2020 to December 15, 2020; the third moved all dates out by approximately 2-3 months due to the denial of Plaintiffs' motion for preliminary injunction and interlocutory appeal of that denial; the fourth extended the deadline for close of fact discovery; the fifth extended the deadlines for close of expert and fact discovery by a few weeks in light of the scheduling of oral argument on May 12, 2021 in the interlocutory appeal; the sixth extended all deadlines set forth in the operative scheduling orders in this matter by approximately 60-75 days in light of significant supplemental briefing mandated by the Ninth Circuit in the interlocutory appeal; and the seventh extended all deadlines in the operative scheduling orders by approximately 14 days in order to permit all parties' experts additional time necessary to complete their rebuttal expert reports.  See ECF Nos. 57, 58, 64, 65, 70, 71, 72, 73, 75, 76, 79, 80, 81, 82.

3

Declaration of Jennifer E. Rosenberg In Support of Joint Mtn. for Mod. of Scheduling Order in Light of Joint Mtn. to Stay  (3:19-cv-01226-L-AHG)

10. The parties propose that the Court's order on this joint motion for modification of the scheduling order be subject and subordinate to the Court's order on the Joint Stay Motion.  Accordingly, should the Court grant the Joint Stay Motion either prior to or after resolving this joint motion for modification of the scheduling order, the parties propose that the stay ordered will control and all proceedings will be stayed.  Should the Court deny the Joint Stay Motion, the parties propose that any order on this joint motion remain in effect to permit the parties time to complete the discovery discussed above.

11. At this time, the parties do not anticipate seeking further modification of the scheduling order in the future.  However, the parties would like to reserve their ability to seek the Court's approval of further modifications for good cause should the need to do so arise.

I, Jennifer E. Rosenberg, affirm under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct of my own knowledge, and that this declaration is executed on this 3rd day of August, 2021 at Los Angeles, California.

JENNIFER E. ROSENBERG
Deputy Attorney General

SA2019103398
64420678.docx

4

Declaration of Jennifer E. Rosenberg In Support of Joint Mtn. for Mod. of Scheduling Order in Light of Joint Mtn. to Stay  (3:19-cv-01226-L-AHG)