IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW JONES, *et al.*,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, *et al.*,**<br><br>Defendants. | 3:19-cv-01226-L-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR LIMITED STAY OF PROCEEDINGS PENDING RESOLUTION OF INTERLOCUTORY APPEAL** |

Having considered the parties' Joint Motion for Limited Stay of Proceedings Pending Resolution of Interlocutory Appeal, and good cause appearing, it is hereby ORDERED that:

1. The Court concludes that a limited stay is warranted. Accordingly, the parties' joint motion is GRANTED in its entirety. All proceedings in this action are stayed pending issuance of the Ninth Circuit's mandate in the pending interlocutory appeal, *Jones v. Becerra*, No. 20-56174 (9th Cir.);

2. The parties shall meet and confer telephonically within 21 days after the Ninth Circuit's issuance of the mandate;

3. The parties shall file a joint status report with the Court within 30 days after the Ninth Circuit's issuance of the mandate; and

4. The Court will schedule a status conference after the parties file their joint status report to discuss the status of the case, any potential narrowing of issues, resetting and revising dates in the scheduling order for this case, and any other issues that arise after the Ninth Circuit's resolution of the interlocutory appeal.

**IT IS SO ORDERED.**

Dated: August 12, 2021

Hon. M. James Lorenz
United States District Judge