UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No.: 3:19-cv-1226-L-AHG<br><br>**ORDER:**<br><br>**(1) DENYING AS MOOT JOINT MOTION TO MODIFY SCHEDULING ORDER IN LIGHT OF JOINT MOTION TO STAY; and**<br><br>**(2) VACATING MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 84]** |

On August 3, 2021, the parties in this action filed a Joint Motion for Modification of Scheduling Order in Light of Joint Motion to Stay ("Joint Motion to Modify"). ECF No. 84. In the Joint Motion to Modify, the parties explain that they filed a Joint Motion to Stay the entire case pending resolution of the interlocutory appeal on July 29, 2021, promptly after the exchange of their rebuttal expert reports in accordance with the existing case schedule. ECF No. 84 at 2. At the time the Joint Motion to Modify was filed, the Court had not yet ruled on the Joint Motion to Stay, and the parties were therefore concerned about

being able to complete all fact and expert discovery by the deadline of August 25, 2021 while awaiting ruling on the stay motion. *Id.* at 2. The parties accordingly sought a brief extension of all dates in the case schedule, but specified that they wished for any order on the Joint Motion to Modify to be "subject and subordinate to the Court's Order on the Joint Stay Motion." *Id.* at 5. That is, if the Court granted the Joint Motion to Stay, the parties asked for that ruling to control, because all proceedings (including all deadlines in the scheduling order) would be stayed rather than merely extended. *Id.*

On August 12, 2021, the Court granted the parties' Joint Motion to Stay. ECF No. 85. All proceedings in this action are now stayed pending issuance of the Ninth Circuit's mandate in the pending interlocutory appeal. *Id.* Accordingly, the parties' Joint Motion to Modify the Scheduling Order (ECF No. 84) is **DENIED as moot**.

Additionally, in light of the stay, the Court **VACATES** the Mandatory Settlement Conference ("MSC") currently set for December 17, 2021, and all related dates. The MSC will be reset along with all other dates in the case schedule once the appeal is resolved and the stay is lifted.

**IT IS SO ORDERED.**

Dated: August 12, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge