| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAY 11 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MATTHEW JONES; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; et al.,<br><br>        Defendants - Appellees. | No. 20-56174<br><br>D.C. No. 3:19-cv-01226-L-AHG<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

At the direction of the Court, the parties shall bear their own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Anthony Kurosh Molavi
Deputy Clerk
Ninth Circuit Rule 27-7