| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 26 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MATTHEW JONES; et al.,

        Plaintiffs-Appellants,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California; et al.,

        Defendants-Appellees.

No. 20-56174

D.C. No.
3:19-cv-01226-L-AHG
Southern District of California,
San Diego

ORDER

Before: R. NELSON and LEE, Circuit Judges, and STEIN,[*] District Judge.

Appellants are directed to respond to the Petition for Panel Rehearing and Rehearing En Banc, Dkt. No. 93, filed with this court on July 25, 2022. The response shall not exceed fifteen (15) pages or 4200 words and shall be filed within 28 days of the date of this order.

---

     [*]    The Honorable Sidney H. Stein, United States District Judge for the Southern District of New York, sitting by designation.