1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MATTHEW JONES, et al.,

                                    Plaintiffs,

v.

XAVIER BECERRA, in his official
capacity as Attorney General of
California, et al.,

                                    Defendants.

Case No.:  19-cv-1226-L-AHG

**SCHEDULING ORDER**

Before the Court is this Second Amendment rights case. On November 3, 2020, the Court denied Plaintiffs' motion for preliminary injunction.  On November 6, 2020, Plaintiffs filed a Notice of Appeal to the Ninth Circuit Court of Appeals. [ECF No. 68.] On May 11, 2022, the appellate court affirmed in part, and reversed and remanded in part, this Court's order denying Plaintiffs' preliminary injunction.  *Jones v. Becerra,* 20-56174 (9th Cir. 2022). On July 25, 2022, Appellees Rob Bonta and Martin Horan filed a petition for panel re-hearing and petition for rehearing *en banc.*

On September 7, 2022, the Ninth Circuit granted the request for panel rehearing, vacated the panels' May 11, 2022, opinion, vacated this Court's order denying

preliminary injunction, and remanded the case for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. ____; 142 S.Ct. 2111 (2022).

Plaintiff is directed to submit supplemental briefing addressing the Supreme Court's decision in *New York State Rifle* no later than September 30, 2022. Defendant is directed to submit a response addressing Petitioner's supplemental briefing, and *New York State Rifle*, no later than October 17, 2022. Plaintiff may file a reply no later than October 31, 2022.

Upon completed briefing, the parties shall await further direction of this Court.

**IT IS SO ORDERED**

Dated:  September 13, 2022

Hon. M. James Lorenz
United States District Judge