1  ROB BONTA
   Attorney General of California
2  MARK BECKINGTON
   Supervising Deputy Attorney General
3  JOHN D. ECHEVERRIA
   Deputy Attorney General
4  JENNIFER E. ROSENBERG
   Deputy Attorney General
5  State Bar No. 275496
     300 South Spring Street, Suite 1702
6    Los Angeles, CA  90013
     Telephone:  (213) 269-6617
7    Fax:  (916) 731-2124
     E-mail:  Jennifer.Rosenberg@doj.ca.gov
8  *Attorneys for Defendants Rob Bonta, in*
   *his official capacity as Attorney General of*
9  *the State of California, and Blake Graham,*
   *in his official capacity as Acting Director of*
10 *the Department of Justice Bureau of*
   *Firearms*

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

15

16  **Matthew Jones, *et al*.,**            3:19-cv-01226-L-AHG

17                          Plaintiffs,   **JOINT MOTION FOR**
                                          **MODIFICATION OF**
18              **v.**                     **SUPPLEMENTAL BRIEFING**
                                          **SCHEDULE**
19
                                          Dept:        5B
20  **Rob Bonta, in his official capacity as**
    **Attorney General of the State of**    Judge:       The Honorable M. James
21  **California, *et al*.,**                             Lorenz and Magistrate
                                                         Judge Allison H. Goddard
22                          Defendants.
                                          Action
23                                        Filed:       July 1, 2019

24                                        First Amended Complaint
                                          Filed:       July 30, 2019
25
                                          Second Amended Complaint
26                                        Filed:       November 8, 2019

27

28

Plaintiffs Matthew Jones, et al., and Defendants Rob Bonta (in his official capacity as Attorney General of the State of California) and Blake Graham (in his official capacity as Acting Director of the Department of Justice Bureau of Firearms), through their respective counsel of record and pursuant to Civil Local Rules 7.1 and 7.2, hereby jointly move the Court to extend all deadlines set forth in the Court's September 13, 2022 supplemental briefing order, ECF No. 92, by three weeks.[1]  This motion is made in light of a prepaid vacation that counsel for Defendants has had scheduled for several months, which conflicts directly with the Court's current supplemental briefing schedule.  In addition, the requested modification will permit the parties additional time to address the important issue presented in the supplemental briefing order.  This joint motion is supported by the declaration of Jennifer E. Rosenberg filed concurrently herewith.

## RELEVANT PROCEDURAL HISTORY

On September 13, 2022, following the Ninth Circuit's issuance of its mandate in the interlocutory appeal of this Court's order denying Plaintiffs' motion for preliminary injunction, the Court issued an order directing the parties to submit supplemental briefs addressing the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. ____; 142 S.Ct. 2111 (2022).  *See* ECF No. 92.  In that supplemental briefing order, the Court directed Plaintiffs to submit supplemental briefing addressing the Supreme Court's decision in *Bruen* by no later than September 30, 2022, and Defendants to submit a response addressing Plaintiffs' supplemental brief and *Bruen* by no later than October 17, 2022.  The

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Attorney General Rob Bonta is automatically substituted as a defendant in place of his predecessor, former Attorney General Xavier Becerra, and Acting Director Blake Graham is automatically substituted as a defendant in place of his predecessors, former Directors Luis Lopez and Martin Horan, and former Acting Director Brent E. Orick.

supplemental briefing order also provides that Plaintiffs may file a reply by no later than October 31, 2022.[2]

## GOOD CAUSE EXISTS TO MODIFY THE SUPPLEMENTAL BRIEFING SCHEDULE

Counsel for the parties conferred via telephone on September 20, 2022, and agree that a modification of the supplemental briefing schedule set forth in the Court's September 13 order to continue all deadlines by three weeks is appropriate. *See* Rosenberg Decl., ¶¶ 3-4.

First, lead counsel for Defendants, Ms. Jennifer Rosenberg, will be out of the country on a long-scheduled, prepaid vacation from September 28 through October 12, 2022, returning to the office on October 14, 2022. *Id.*, ¶¶ 2, 5.[3] This time period encompasses almost the entire time permitted for the Defendants to draft their responsive brief under the current supplemental briefing schedule. *See* ECF No. 92 (setting October 17, 2022, as the current deadline for Defendants' responsive brief). In light of this conflict, it would be extremely difficult for Defendants to effectively complete their supplemental brief on the current supplemental briefing schedule. Rosenberg Decl. ¶¶ 6-8. Ms. Rosenberg has been the lead attorney in this matter throughout the lifetime of this case—both in this Court and on appeal to the Ninth Circuit—and is the attorney most familiar with the extensive procedural history and

_____

[2] On August 12, 2021, this Court granted the parties' joint motion for a limited stay of all proceedings in this Court pending resolution of the interlocutory appeal in the Ninth Circuit. ECF No. 85. In that order, the Court directed the parties to meet and confer within 21 days after the Ninth Circuit's issuance of the mandate, and to file a joint status report with the Court within 30 days after the Ninth Circuit's issuance of the mandate. *Id.* The parties presume that the Court's September 13, 2022 order directing the parties to file supplemental briefing regarding *Bruen* supersedes the Court's August 2021 order directing the parties to file a joint status report. *See* Rosenberg Decl., ¶ 13. In the event that the Court did not intend for its September 13, 2022 order to supersede the dates set forth in its August 12, 2021 order, the parties respectfully request a modest extension of time on that deadline, as well, to permit the parties to further confer and draft a joint report after counsel for Defendants returns from her scheduled vacation. *Id.*, ¶ 14.

[3] Ms. Rosenberg scheduled this vacation before Defendants filed their petition for rehearing in the Ninth Circuit and before the Ninth Circuit issued its decision granting that petition and remanding to this Court. *Id.*, ¶ 5.

2

legal and factual issues in the case. *Id.*, ¶ 2. In light of current case staffing, if the schedule is not continued, a new attorney unfamiliar with the present lawsuit would have to be brought in to prepare Defendants' supplemental brief. *Id.*, ¶ 8. Additional time is also necessary because several attorneys and stakeholders will be required to review and approve Defendants' briefing submitted in this matter. *Id.*, ¶ 9. The parties agree that the requested modification of the supplemental briefing schedule is appropriate to permit Ms. Rosenberg to take her scheduled vacation and for Defendants to draft and file a thoughtful responsive brief after she returns to work. *See id.* ¶ 10.

In addition, the requested modification will permit the parties additional time to address the important issue presented in the supplemental briefing order. *Id.*, ¶ 11. In light of the foregoing, it would benefit all parties and the Court to grant the parties' joint motion for this limited modification of the supplemental briefing schedule. *Id.*, ¶¶ 11-12.[4]

WHEREFORE:

The parties hereby jointly request that the Court issue an order extending by three weeks all deadlines set forth in the supplemental briefing schedule set forth in

---

[4] The parties previously sought eight modifications of the Court's original scheduling order, which the Court granted. The first modification moved all dates set forth in the Court's original scheduling order by approximately 5 to 6 weeks; the second moved the fact discovery deadline from November 6, 2020 to December 15, 2020; the third moved all dates out by approximately 2-3 months due to the denial of Plaintiffs' motion for preliminary injunction and interlocutory appeal of that denial; the fourth extended the deadline for close of fact discovery; the fifth extended the deadlines for close of expert and fact discovery by a few weeks in light of the scheduling of oral argument on May 12, 2021 in the interlocutory appeal; the sixth extended all deadlines set forth in the operative scheduling orders in this matter by approximately 60-75 days in light of significant supplemental briefing mandated by the Ninth Circuit in the interlocutory appeal; the seventh extended all deadlines in the operative scheduling orders by approximately 14 days in order to permit all parties' experts additional time necessary to complete their rebuttal expert reports, and the eighth modified all deadlines in the operative scheduling order in light of the parties' joint motion for a limited stay of all proceedings pending resolution of the interlocutory appeal in the Ninth Circuit. *See* ECF Nos. 57, 58, 64, 65, 70, 71, 72, 73, 75, 76, 79, 80, 81, 82, 83, 84, & 85.

the Court's September 13, 2022 order, ECF No. 92, setting the following new deadlines:

- **October 21, 2022**:  Plaintiffs' supplemental brief addressing the Supreme Court's decision in *Bruen* due;
- **November 7, 2022**:  Defendants' response addressing Plaintiffs' supplemental brief and *Bruen* due;
- **November 21, 2022**:  Plaintiffs' reply, if any, due.

A proposed order will be lodged with the Court concurrently with submission of this joint motion.

Dated:  September 21, 2022

Respectfully Submitted,

ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General

 */s/ Jennifer E. Rosenberg*
JENNIFER E. ROSENBERG
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Blake Graham, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms*

DILLON LAW GROUP, APC

 */s/ John Dillon*
JOHN DILLON
*Attorney for Plaintiffs*

**<u>Certification re: Electronic Signatures Pursuant to Electronic Case Filing</u>**
**<u>Administrative Policies and Procedures Manual, Section 2(f)(4)</u>**

I, Jennifer E. Rosenberg, hereby certify and attest that the content of this document is acceptable to all persons required to sign the document and that I have obtained authorization for use of the electronic signatures of all parties on the document, including Mr. John Dillon, Attorney for Plaintiffs.

Dated:  September 21, 2022

*/s/ Jennifer E. Rosenberg*
JENNIFER E. ROSENBERG
Deputy Attorney General