1  ROB BONTA
   Attorney General of California
2  MARK BECKINGTON
   Supervising Deputy Attorney General
3  JOHN D. ECHEVERRIA
   Deputy Attorney General
4  JENNIFER E. ROSENBERG
   Deputy Attorney General
5  State Bar No. 275496
     300 South Spring Street, Suite 1702
6    Los Angeles, CA  90013
     Telephone:  (213) 269-6617
7    Fax:  (916) 731-2124
     E-mail:  Jennifer.Rosenberg@doj.ca.gov
8  *Attorneys for Defendants Rob Bonta, in*
   *his official capacity as Attorney General of*
9  *the State of California, and Blake Graham,*
   *in his official capacity as Acting Director of*
10 *the Department of Justice Bureau of*
   *Firearms*
11
                IN THE UNITED STATES DISTRICT COURT
12
            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
13

14

15 | **Matthew Jones, *et al*.,** | 3:19-cv-01226-L-AHG |
   |---|---|
16 | Plaintiffs, | **DECLARATION OF JENNIFER E. ROSENBERG IN SUPPORT OF** |
17 | **v.** | **JOINT MOTION FOR MODIFICATION OF** |
18 | | **SUPPLEMENTAL BRIEFING SCHEDULE** |
19 | **Rob Bonta, in his official capacity as Attorney General of the State of** | |
   | **California, *et al*.,** | Dept:      5B |
20 | | |
   | Defendants. | Judge:     The Honorable  M. James |
21 | | Lorenz and Magistrate |
   | | Judge Allison H. Goddard |
22 | | |
   | | Action |
23 | | Filed:      July 1, 2019 |
24 | | First Amended Complaint |
   | | Filed:      July 30, 2019 |
25 | | |
   | | Second Amended Complaint |
26 | | Filed:       November 8, 2019 |

27

28

Declaration of Jennifer E. Rosenberg In Support of Joint Mtn. for Mod. of Supplemental Briefing
Schedule  (3:19-cv-01226-L-AHG)

I, Jennifer E. Rosenberg, hereby declare as follows:

1.   I am an attorney duly licensed to practice law in the State of California.  I am authorized to appear before the above-entitled Court.  I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice.  I am assigned to represent Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Blake Graham, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms (collectively, "Defendants"), in this action.

2.   I am and have been lead counsel for Defendants in this matter throughout the lifetime of this case—both in this Court and on appeal to the Ninth Circuit—and I am the attorney for Defendants most familiar with the extensive procedural history and legal and factual issues in the case.

3.   Good cause exists to grant the parties' Joint Motion for Modification of Supplemental Briefing Schedule, which requests that the Court extend all deadlines set in its September 13, 2022 supplemental briefing order, ECF No. 92, by three weeks.

4.   Counsel for the parties met and conferred via telephone on September 20, 2022, and agree that the requested modification to the supplemental briefing schedule is appropriate.

5.   I will be out of the country on a long-scheduled, prepaid vacation from September 28 through October 12, 2022, returning to the office on October 14, 2022.  I scheduled this vacation before Defendants filed their petition for rehearing in the Ninth Circuit and before the Ninth Circuit issued its decision granting that petition and remanding to this Court.

1

1    6.    This time period when I will be out of the country encompasses almost

2    the entire time permitted for Defendants to draft their responsive brief under the

3    current supplemental briefing schedule.  See ECF. No. 92 (setting October 17,

4    2022, as the current deadline for Defendants' responsive brief).

5    7.    In light of this conflict, it would be extremely difficult for Defendants to

6    effectively complete their supplemental brief on the current supplemental briefing

7    schedule.

8    8.    In light of current case staffing, if the schedule is not continued, a new

9    attorney unfamiliar with the present lawsuit would have to be brought in to prepare

10   Defendants' supplemental brief.

11   9.    Additional time is also necessary because several attorneys and

12   stakeholders will be required to review and approve Defendants' briefing submitted

13   in this matter.

14   10.   The parties agree that the requested modification of the supplemental

15   briefing schedule is appropriate to permit me to take my scheduled vacation and for

16   Defendants to draft and file a thoughtful responsive brief after I return to work.

17   11.   In addition, the requested modification will permit the parties additional

18   time to address the important issue presented in the supplemental briefing order.

19   12.   In light of the foregoing, it would benefit all parties and the Court to

20   grant the parties' joint motion for this limited modification of the supplemental

21   briefing schedule.

22   13.   On August 12, 2021, this Court granted the parties' joint motion for a

23   limited stay of all proceedings in this Court pending resolution of the interlocutory

24   appeal in the Ninth Circuit.  ECF No. 85.  In that order, the Court directed the

25   parties to meet and confer within 21 days after the Ninth Circuit's issuance of the

26   mandate, and to file a joint status report with the Court within 30 days after the

27   Ninth Circuit's issuance of the mandate.  *Id.*  After meeting and conferring, the

28

2

1    parties presume that the Court's September 13, 2022 order directing the parties to

2    file supplemental briefing regarding *Bruen* supersedes the Court's August 12, 2021

3    order directing the parties to file a joint status report.

4        14.   In the event that the Court did not intend for its September 13, 2022 order

5    to supersede the dates set forth in its August 12, 2021 order, the parties respectfully

6    request a modest extension of time on that deadline, as well, to permit the parties to

7    further confer and draft a joint report after I return from my scheduled vacation.

8        15.   At this time, the parties do not anticipate seeking further modification of

9    the supplemental briefing schedule in the future.

10

11       I, Jennifer E. Rosenberg, affirm under penalty of perjury under the laws of the

12    United States and of the State of California that the foregoing is true and correct of

13    my own knowledge, and that this declaration is executed on this 21st day of

14    September, 2022 at Los Angeles, California.

15

16

17                                                 _____

18                                               JENNIFER E. ROSENBERG
                                              Deputy Attorney General

19

20

21

22

23

24

25

26

27

28

Declaration of Jennifer E. Rosenberg In Support of Joint Mtn. for Mod. of Supplemental Briefing Schedule  (3:19-cv-01226-L-AHG)