IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Matthew Jones, *et al.*,** | 3:19-cv-01226-L-AHG |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION FOR MODIFICATION OF SUPPLEMENTAL BRIEFING SCHEDULE** |
| v. | |
| **Rob Bonta, in his official capacity as Attorney General of the State of California, *et al.*,** | Dept: 5B |
| | Judge: The Honorable M. James Lorenz and Magistrate Judge Allison H. Goddard |
| Defendants. | |
| | Action Filed: July 1, 2019 |
| | First Amended Complaint Filed: July 30, 2019 |
| | Second Amended Complaint Filed: November 8, 2019 |

Having considered the parties' Joint Motion for Modification of Supplemental Briefing Schedule, and good cause appearing, it is hereby ORDERED that:

The parties' joint motion is GRANTED in its entirety. Each deadline in the supplemental briefing schedule set in ECF No. 92 is extended by three weeks, such that: Plaintiffs are directed to submit supplemental briefing addressing the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. ____; 142 S.Ct. 2111 (2022) by no later than **October 21, 2022**. Defendants are directed to submit a response addressing Plaintiffs' supplemental briefing, and *Bruen*, by no later than **November 7, 2022**. Plaintiffs may file a reply by no later than **November 21, 2022**.

Upon completed briefing, the parties shall await further direction of this Court. Dates set forth in this order may be modified upon a showing of good cause.

IT IS SO ORDERED.

September 30, 2022

_____
Hon. M. James Lorenz
United States District Judge