John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,<br><br>　　　　Defendants | Case No.: 19-cv-01226-L-AHG<br><br>Hon. Judge M. James Lorenz and Magistrate Judge Barbara Lynn Major<br><br>**DECLARATION OF JOSE CHAVEZ IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S ORDER OF SEPTEMBER 14, 2022**<br><br>Complaint Filed: July 1, 2019<br>Amended Complaint Filed: July 30, 2019 |

## DECLARATION OF JOSE CHAVEZ

I, Jose Chavez, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts.

2. I am 20 years old and a student at the University of California, San Diego.

3. My permanent residence is in Tracy, California.

4. I am a member of the organizations in this case. Specifically, I am a member of Firearms Policy Coalition, Firearms Policy Foundation, Second Amendment Foundation, and the California Gun Rights Foundation.

5. I do not currently own any firearms but would like to purchase one or more firearms for various purposes including self-defense and recreation.

6. But for California Penal Code section 27510's prohibition on 18-to-20-year-olds purchasing firearms, I would purchase various firearms including long guns such as a shotgun or rifle and/or a semiautomatic, centerfire rifle such as an AR-15.

7. But for California Penal Code section 27510's prohibition on 18-to-20-year-olds purchasing firearms, I would be eligible to purchase a firearm as I am not a prohibited person.

8. I am not employed in any law enforcement capacity and never have been; nor am I active duty or retired military. I also do not have a California hunters license and have no desire to feign an interest in hunting in order to exercise my Second Amendment right to keep and bear arms.

9. I am not currently a Plaintiff in this case. However, as a member of these organizations, the organizational plaintiffs in this case are taking part in this litigation to protect my interests and my constitutional rights.

1

Declaration of Jose Chavez in Support of Plaintiffs' Brief in Opposition to Defendants' Supplemental Brief in Response to the Court's Order of September 14, 2022

1   I declare under penalty of perjury that the foregoing is true and correct.
2   Executed within the United States on November 21, 2022.

_____
Jose Chavez

2

Declaration of Jose Chavez in Support of Plaintiffs' Brief in Opposition to Defendants' Supplemental Brief in Response to the Court's Order of September 14, 2022