| | |
|---|---|
| 1 | John W. Dillon (Bar No. 296788) |
| 2 | Dillon Law Group APC |
|   | 2647 Gateway Road |
| 3 | Suite 105, No. 255 |
|   | Carlsbad, California 92009 |
| 4 | Telephone: (760) 642-7150 |
| 5 | Facsimile: (760) 642-7151 |
|   | E-mail: jdillon@dillonlawgp.com |
| 6 | |
| 7 | Attorney for Plaintiffs |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; et al., | Case No.: 19-cv-01226-L-AHG |
| Plaintiffs, | Hon. Judge M. James Lorenz and |
| v. | Magistrate Judge Barbara Lynn Major |
| ROB BONTA, in his official capacity as Attorney General of the State of California, et al., | **NOTICE OF WITHDRAWAL OF DOCUMENT [ECF 97]** |
| Defendants | |
| | Complaint Filed: July 1, 2019 |
| | Amended Complaint Filed: July 30, 2019 |

TO ALL PARTIES, THEIR ATTORNEYS, AND THE COURT:

PLEASE TAKE NOTICE that Plaintiffs Matthew Jones et al., hereby withdrawals Plaintiffs "RESPONSE TO SUPPLEMENTAL BRIEFING by Beebe Family Arms and Munitions LLC, Firearms Policy Coalition, Inc., Firearms Policy Foundation, Thomas Furrh, Matthew Jones, North County Shooting Center, Inc., PWGG, L.P., Second Amendment Foundation, The California Gun Rights Foundation, Kyle Yamamoto re [96] Supplemental Briefing, [95] Supplemental Briefing, <i>Plaintiffs' Brief in Opposition to Defendants' Supplemental Brief in Response to the Court's Order of September 14, 2022</i>. (Attachments: # (1) Declaration Declaration of Jose Chavez, # (2) Declaration Declaration of Jason Wieringa)(Dillon, John)" ([ECF 97]" as it was inadvertently filed without a signature.

The correct version of the document will uploaded with the appropriate signature subsequent to this notice.

November 21, 2022                    Respectfully submitted,

                                                    DILLON LAW GROUP APC

                                                    Attorney for Plaintiffs

                                                    By:    */s/ John W. Dillon*
                                                                  John W. Dillon