John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES; et al., <br> Plaintiffs, <br> v. <br> ROB BONTA, in his official capacity as Attorney General of the State of California, et al., <br> Defendants | Case No.: 19-cv-01226-L-AHG <br> Hon. Judge M. James Lorenz and Magistrate Judge Barbara Lynn Major <br><br> **DECLARATION OF JASON WIERINGA IN SUPPORT OF PLAINTIFFS' BRIEF AND IN OPPOSITION TO DEFENDANTS' SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S ORDER OF SEPTEMBER 14, 2022** <br><br> Complaint Filed: July 1, 2019 <br> Amended Complaint Filed: July 30, 2019 |

## DECLARATION OF JASON WIERINGA

I, Jason Wieringa, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts.

2. I am 20 years old and a resident of San Diego, California.

3. I am a member of the organizations in this case. Specifically, I am a member of Firearms Policy Coalition, Firearms Policy Foundation, Second Amendment Foundation, and the California Gun Rights Foundation.

4. I currently own one bolt action rifle for hunting and have a California Hunters license. Separate from hunting, I desire to purchase a semiautomatic centerfire rifle for various lawful purposes, including self-defense.

5. But for California Penal Code section 27510's prohibition on 18-to-20-year-olds purchasing semiautomatic centerfire rifles, even with a California Hunters License, I am eligible and would purchase such a firearm. However, California's age-based ban prevents me from doing so based solely on my age.

6. I am not employed in any law enforcement capacity and never have been; nor am I active duty or retired military.

8. I am not currently a Plaintiff in this case. However, as a member of these organizations, the organizational plaintiffs in this case are taking part in this litigation to protect my interests and my constitutional rights.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on November 21, 2022.

_____
Jason Wieringa

1

Declaration of Jason Wieringa in Support of Plaintiffs' Brief and in Opposition to Defendants' Supplemental Brief in Response to the Court's Order of September 14, 2022