John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, *et al.,* | Case No.: 3:19-cv-01226-L-AHG |
| Plaintiffs, | Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.,*[1] | **PLAINTIFFS NOTICE OF MOTION AND MOTION TO MODIFY SCHEDULING ORDER AND REQUEST LEAVE TO AMEND COMPLAINT; OR IN THE ALTERNATIVE, MOTION TO ADD INDIVIDUAL PLAINTIFFS VIA PERMISSIVE JOINDER** |
| Defendants. | |
| | Date: February 13, 2023 |
| | Time: 10:30 a.m. |
| | Place: Courtroom 5B (Fifth Floor) |
| | Second Amended Complaint Filed: Nov. 8, 2019 |
| | No oral argument will be heard pursuant to local rules unless ordered by the Court |

---

[1] Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as California Attorney General, and Allison Mendoza is automatically substituted for her predecessors, former Directors Louis Lopez and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

---

*Plaintiffs Notice of Motion and Motion to Modify Scheduling Order And Request Leave to Amend the Complaint; or in The Alternative, Motion to Add Individual Plaintiffs Via Permissive Joinder*

To All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that on February 13, 2023, at 10:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable M. James Lorenz, Courtroom 5B (Fifth Floor), United States District Court, Southern District of California, Edward J. Schwartz Courthouse, 221 West Broadway, San Diego, California, Plaintiffs Matthew Jones, *et al.*, through their counsel of record, and pursuant to Civil Local Rules 7.1 and 7.2, hereby move the Court to modify its scheduling Order and seek to allow Plaintiffs to file the attached Plaintiff's Third Amended Complaint solely for purposes of adding two new individual Plaintiffs, all under the age of 21, pursuant Federal Rules of Civil Procedure Rule 15(a)(2) and Rule 16; or in the alterative, permit the addition of the two new individual Plaintiffs through permissive joinder under Federal Rules of Civil Procedure Rule 20.

Good cause exists to grant leave for Plaintiffs to file their Third Amended Complaint. Additionally, the factors the Court is to consider in deciding whether to grant leave to amend a complaint pursuant to Federal Rules of Civil Procedure Rule 15(a)(2) support this Court's decision to allow such amendment as there would be no prejudice to Defendants in part because no pretrial conference has been scheduled, nor is there any scheduled trial date; Plaintiffs have filed this motion in good faith and without undue delay; and the proposed amendment is limited in nature to ensuring standing of all Plaintiffs, and therefore, it would not be futile to grant this pending motion.

Alternatively, if this Court deems it more appropriate to consider Plaintiffs request to add individual Plaintiffs under Federal Rules of Civil Procedure Rule 20 (permissive joinder of parties), then Plaintiffs submit that the two new individual Plaintiffs satisfy the two-prong test allowing for permissive joinder because the new Plaintiffs' right to relief arises out of the same transaction or occurrence and presents a common question of law or fact; and is in the interests of justice.

1

2       This Motion is based on this Notice of Motion and Motion, the Memorandum

3 of Points and Authorities in Support thereof, and the Declaration of John W. Dillon in

4 Support of Plaintiffs' Motion Seeking Leave to File Plaintiffs' Third Amended

5 Complaint.

6

7 January 12, 2023                    Respectfully submitted,

8                                      DILLON LAW GROUP APC

9                                      Attorneys for Plaintiffs

10                                      By:   */s/ John W. Dillon*

11                                         John W. Dillon

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Plaintiffs Notice of Motion and Motion to Modify Scheduling Order And Request Leave to Amend the Complaint; or in The Alternative, Motion to Add Individual Plaintiffs Via Permissive Joinder*