UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

  This matter comes before the Court pursuant to an emailed joint request by the parties that the Court set a conference before Magistrate Judge Allison H. Goddard to discuss scheduling and logistical issues for the case following remand from the Ninth Circuit. In particular, the presiding District Judge in this matter, the Honorable M. James Lorenz, issued in Order on December 14, 2022 denying as moot Plaintiffs' existing motion for a preliminary injunction filed in October 2019, and directing Plaintiffs to file a renewed preliminary injunction motion by January 16, 2023 consistent with the new legal framework set forth by the United States Supreme Court's decision in *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S \_\_\_\_; 142 S.Ct. 2111 (2022). *See* ECF No. 100. In the same Order, the Court directed the parties to contact Magistrate Judge Goddard's chambers to address the necessity and extent of any discovery the parties may desire to aid in briefing

the preliminary injunction motion, and to set a case schedule consistent with the briefing schedule for that motion. *Id.* at 3.

The parties contact Judge Goddard's chambers in accordance with Judge Lorenz's instructions on January 12, 2023. Based on the procedural posture of the case, the Court finds it appropriate to set a Case Management Conference ("CMC") before Judge Goddard on **January 18, 2023** at **1:15 p.m.** to discuss scheduling and logistics, including the propriety of resetting dates in the case schedule following remand. The CMC shall take place via videoconference. Client participation in the CMC is not required. The Court hereby issues the following guidelines governing the videoconference:

A. The Court will use its official Zoom video conferencing account to hold the hearing. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app. Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the hearing.[1]  There is a cost-free option for creating a Zoom account.

B. No later than one day prior to the conference, chambers staff will email the Zoom invitation to all counsel included on the existing email thread regarding the request for a conference. Counsel are responsible for ensuring that any other participants receive the Zoom invitation. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the

---

[1]    For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

        video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom will then prompt participants to enter the password included in the invitation.

    C.    Each participant should plan to join the Zoom videoconference five minutes before the start of the conference to ensure that it begins promptly. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

    D.    All participants shall display the same level of professionalism during the hearing and be prepared to devote their full attention to the hearing as if they were attending in person (e.g., cannot be driving or eating while speaking to the Court). Although the hearing will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, including by dressing in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: January 13, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge