John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,[1] <br><br>    Defendants. | Case No.: 3:19-cv-01226-L-AHG <br><br> Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT** <br><br> Date: January 16, 2023 <br> Time: TBD <br> Place: Courtroom 5B (Fifth Floor) <br> Hon. M. James Lorenz <br><br> Second Amended Complaint Filed: Nov. 8, 2019 <br><br> No oral argument will be heard pursuant to local rules unless ordered by the Court |

---

[1] Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as California Attorney General, and Allison Mendoza is automatically substituted for her predecessors, former Directors Louis Lopez and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

*PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT (3:19-CV-01226-L-AHG)*

To All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that on January 16, 2023, pursuant to this Court's Order (ECF 100), before the Honorable M. James Lorenz, Courtroom 5B (Fifth Floor), United States District Court, Southern District of California, Edward J. Schwartz Courthouse, 221 West Broadway, San Diego, California, Plaintiffs Matthew Jones, *et al.* will and hereby do move the Court for a preliminary injunction; or alternatively, for summary judgment.

Plaintiffs respectfully request a preliminary injunction enjoining the enforcement of the State of California's prohibition on the sale, supply, delivery, possession, or control of a firearm to any person under 21 years of age (young adults), as set forth in California Penal Code § 27510.[2] Injunctive relief is appropriate because the State's prohibition on such sales of firearms that are in common use throughout the United States violates the right of young adults to keep and bear arms, secured by the Second Amendment, which includes the right to purchase them.

Plaintiffs further request that this Court consolidate the preliminary injunction hearing with the trial on the merits under Federal Rules of Civil Procedure 65(a)(2), and issue a permanent injunction order declaring Section 27510 unconstitutional and restraining the State, and all those who are in active concert or participation with the State, from enforcing Section 27510. Fed. R. Civ. P. 65(d)(2)(A)-(C).

Alternatively, Plaintiffs request that the Court treat this motion as a motion for summary judgment. Summary judgment in Plaintiffs' favor is appropriate because there is no genuine issue as to any material fact, in that the State's prohibition on such sales of firearms that are in common use throughout the United States violates the right of young adults to keep and bear arms secured by the Second Amendment, including the right to purchase them.

---

[2] "Young adults" refers to any person who is 18 years old or older but not yet 21 years old.

1

*PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT (3:19-CV-01226-L-AHG)*

This combined motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support thereof; the declarations and evidence filed concurrently herewith, the matters on file with this Court (including the evidence submitted by Plaintiffs in support of its previously filed motion for preliminary injunction, ECF Nos. 21-2 through 21-22); and upon any further matters the Court deems appropriate at or before the time of the hearing.

January 16, 2023

Respectfully submitted,

DILLON LAW GROUP APC

Attorneys for Plaintiffs

By: */s/ John W. Dillon*

John W. Dillon

2

*PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT (3:19-CV-01226-L-AHG)*