John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,[1] <br><br> Defendants. | Case No.: 3:19-cv-01226-L-AHG <br><br> Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard <br><br> **DECLARATION OF JOSE CHAVEZ IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** <br><br> Date: January 16, 2023 <br> Time: TBD <br> Place: Courtroom 5B (Fifth Floor) <br><br> Second Amended Complaint Filed: Nov. 8, 2019 <br><br> No oral argument will be heard pursuant to local rules unless ordered by the Court |

---

[1] Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as California Attorney General, and Allison Mendoza is automatically substituted for her predecessors, former Directors Louis Lopez and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

---

*Declaration of Jose Chavez in Support of Plaintiffs' Notice of Motion and Motion for Preliminary Injunction; or in The Alternative Motion For Summary Judgment*

## DECLARATION OF JOSE CHAVEZ

I, Jose Chavez, declare as follows:

1. I am over the age of 18. Currently, I am not a party to this action. I make this declaration based on my own personal knowledge and, if called upon to testify as a witness in this case, I could and would testify competently and truthfully to the facts stated herein.

2. I am a 20-year-old resident of Tracy, California. I currently live in San Diego while attending the University of California, San Diego (UCSD). I do not have any criminal history, nor am I a member of the armed services or law enforcement.

3. I am currently a member of the organizational plaintiffs involved in this case. Specifically, I am a member of the Firearms Policy Coalition, Second Amendment Foundation, and the California Gun Rights Foundation.

4. I do not have a California hunter's license issued by the California Department of Fish and Wildlife. I also have no interest in obtaining a firearm for hunting purposes.

5. I do not currently own any firearms but wish to purchase at least one, such as a shotgun or rifle (including a centerfire semiautomatic rifle) for self-defense and other lawful purposes.

6. Except for the California law (Penal Code § 27510) banning my right to acquire or purchase a firearm due solely to my age, I would immediately purchase, acquire, and possess both various forms of long guns in California for self-defense and other lawful purposes.

7. Further, I am currently eligible under the laws of the United States and of the State of California to purchase, acquire, and receive firearms.

8. Most recently, I went to Moreau Works LLC, a gun shop in San Marcos, California, to purchase a long gun and/or centerfire semiautomatic rifle.

9. On information and belief, Moreau Works LLC was a duly licensed firearms dealer within the meaning of California law (Penal Code sections 26700 to

---

*Declaration of Jose Chavez in Support of Plaintiffs' Notice of Motion and Motion for Preliminary Injunction; or in The Alternative Motion For Summary Judgment*

26915, inclusive). When I asked about buying a rifle, I was asked if I was 21. After informing the employee that I was 20 years old, I was informed that due to my age, Moreau Works LLC would not be able to sell or transfer any type of firearm to me.

10. Because the licensed dealer was prohibited from selling or transferring a firearm of any kind to me under Penal Code section 27510, I was denied the ability to exercise my Second Amendment rights, including the "right to use arms in self-defense of hearth and home." *Heller*, 554 U.S. at 635.

11. I also confirmed my inability to purchase any firearm under California law due to my age in discussions with employees at least two other licensed dealers, Gunther's Guns in Carlsbad, and Duncan Gun Works in San Marcos. This unlawful prohibition and infringement on my Second Amendment rights will continue until I am 21 years old.

12. Again, I was not seeking to purchase a firearm in order to hunt and I have no interest in using my firearm for hunting. I do not possess a valid, unexpired hunting license issued by the California Department of Fish and Wildlife. Thus, the extremely limited exemption under Penal Code section 27510(b)(1) is inapplicable to me. I am not an active or retired peace officer or federal officer. I am also not a current or retired member of the armed forces or reserves. I do not intend to enter into a highly dangerous career in law enforcement or the military and will not be forced to do so in order to exercise my Second Amendment rights. Thus, the illusory exceptions under Penal Code section 27510(b)(1)-(3) are inapplicable to me.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and this declaration was executed on January 16, 2023 in San Diego, California.



Jose Chavez

---

*Declaration of Jose Chavez in Support of Plaintiffs' Notice of Motion and Motion for Preliminary Injunction; or in The Alternative Motion For Summary Judgment*