John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, *et al.*, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,[1] <br><br>　　　　Defendants. | Case No.: 3:19-cv-01226-L-AHG <br><br> Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard <br><br> **DECLARATION OF ANDREW MORRIS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** <br><br> Date: February 13, 2023 <br> Time: 10:30 a.m. <br> Place: Courtroom 5B (Fifth Floor) <br><br> Second Amended Complaint Filed: Nov. 8, 2019 <br><br> No oral argument will be heard pursuant to local rules unless ordered by the Court |

---

[1] Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as California Attorney General, and Allison Mendoza is automatically substituted for her predecessors, former Directors Louis Lopez and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

# DECLARATION OF ANDREW MORRIS

I, Andrew Morris, declare as follows:

1. I am over the age of 18. Currently, I am not a party to this action. I make this declaration based on my own personal knowledge and, if called upon to testify as a witness in this case, I could and would testify competently and truthfully to the facts stated herein.

2. I am a 19-year-old resident of Poway, California. I do not have any criminal history, nor am I a member of the armed services or law enforcement.

3. I do not have a California hunter's license issued by the California Department of Fish and Wildlife. I have no interest in obtaining a firearm for hunting purposes.

4. I am currently a member of the organizational plaintiffs involved in this case. Specifically, I am a member of the Firearms Policy Coalition, Second Amendment Foundation, and the California Gun Rights Foundation.

5. I do not currently own any firearms but wish to purchase at least one, such as a shotgun or rifle (including a centerfire semiautomatic rifle) for self-defense and other lawful purposes.

6. Except for the California law (Penal Code § 27510) banning my right to acquire or purchase any firearm due solely to my age, and my reasonable fear of criminal prosecution for violating that law, I would immediately purchase, acquire, and/or possess various forms of long guns within California for self-defense and other lawful purposes.

7. Further, but for the California Age-Based Gun Ban and Defendants' policies, practices, customs, and enforcement of said law, I would be eligible to purchase and possess firearms for lawful purposes, including self-defense.

8. In approximately 2022, I began an inquiry to purchase a long gun for self-defense and other lawful purposes. I visited the online sales sites of several licensed firearms dealers in San Diego County. On information and belief, these

dealers were duly licensed within the meaning of Penal Code sections 26700 to 26915, inclusive.

9. After selecting the type of firearm I was interested in purchasing, I discovered that there was an age restriction prohibiting individuals ages 18 to 20 from purchasing firearms in California. As such, I would not be able to purchase or transfer any type of firearm. Because the licensed dealers were prohibited from transferring me a firearm of any kind under Penal Code section 27510, I was denied the ability to exercise my Second Amendment rights, including the "right to use arms in self-defense of hearth and home." *Heller*, 554 U.S. at 635. This unlawful prohibition and infringement on my Second Amendment rights will continue until I am 21 years old.

10. I was not seeking to purchase a firearm in order to hunt and I have no interest in using my firearm(s) for hunting. I do not possess a valid, unexpired hunting license issued by the California Department of Fish and Wildlife. Thus, the extremely limited exemption under Penal Code section 27510(b)(1) is inapplicable to me.

11. I am not an active or retired peace officer or federal officer. I also am not a current or retired member of the armed forces. I do not intend to enter into a highly dangerous career in law enforcement or the military and will not be forced to do so in order to exercise my Second Amendment rights. Thus, the illusory exceptions under Penal Code section 27510(b)(1)-(3) are inapplicable to me.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and this declaration was executed on January 16, 2023 in San Diego, California.

By: 
Andrew Morris

*Declaration of Andrew Morris in Support of Plaintiffs' notice of motion and motion for Preliminary Injunction; or in The Alternative Motion For Summary Judgment*