John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail:  jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,[1]<br><br>   Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO MODIFY SCHEDULING ORDER AND REQUEST LEAVE TO AMEND COMPLAINT; OR IN THE ALTERNATIVE, MOTION TO ADD INDIVIDUAL PLAINTIFFS VIA PERMISSIVE JOINDER**<br><br>Date: February 13, 2023<br>Time: 10:30 a.m.<br>Place: Courtroom 5B (Fifth Floor)<br>Hon. M. James Lorenz<br><br>Second Amended Complaint Filed: Nov. 8, 2019 |

---

[1] Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as California Attorney General, and Allison Mendoza is automatically substituted for her predecessors, former Directors Louis Lopez and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

---

*Plaintiffs' Notice of Withdrawal of Motion to Modify Scheduling Order and Request Leave to Amend Complaint; or in the Alternative, Motion to Add Individual Plaintiffs Via Permissive Joinder*

# NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE Plaintiffs Matthew Jones, *et al.*, through their respective counsel of record, hereby withdraws Plaintiffs' Notice of Motion and Motion to Modify Scheduling Order and Request Leave to Amend Complaint; or in the Alternative, Motion to Add Individual Plaintiffs Via Permissive Joinder. ECF No. 101.

On January 12, 2023, Plaintiffs filed the referenced motion with the Court. On January 18, 2023, attorneys for both parties attended a case management conference with Magistrate Judge Allison H. Goddard to discuss the current case status and scheduling. The Court subsequently issued a new scheduling order regulating discovery and other pre-trial proceedings issuing all new case deadlines (ECF No. 105), including a new deadline of February 17, 2023, for parties to add new parties and amend the pleadings. Thus, Plaintiffs' request to modify the prior scheduling order issued in 2019 (ECF No. 15) is no longer applicable.

Due to the new scheduling order issued by the Court, Plaintiffs will withdraw their motion to modify the scheduling order (ECF 101) and request that this Court take off calendar the hearing on the motion, which is currently set for February 13, 2023, at 10:30 a.m., without prejudice. Plaintiffs will then refile their motion to amend the complaint pursuant to Rule 15 as instructed by Magistrate Judge Goddard.

January 20, 2023                      Respectfully submitted,
                                      Dillon Law Group APC


                                      By:  */s/ John W. Dillon*
                                           John Dillon
                                           Attorney for Plaintiffs

1

*Plaintiffs' Notice of Withdrawal of Motion to Modify Scheduling Order and Request Leave to Amend Complaint; or in the Alternative, Motion to Add Individual Plaintiffs Via Permissive Joinder*