**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JONES, et al,,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>ROB BONTA, et al,<br>　　　　　　Defendants. | Case No.: 3:19-cv-1226-L-AHG<br><br>**ORDER:**<br>**(1) GRANTING MOTION TO WITHDRAW [ECF NO. 106]**<br>**AND**<br>**(2) DENYING MOTION TO MODIFY SCHEDULING ORDER AND REQUEST LEAVE TO AMEND COMPLAINT; OR IN THE ALTERNATIVE, MOTION TO ADD INDIVIDUAL PLAINTIFFS VIA PERMISSIVE JOINDER, AS MOOT [ECF NO. 101]** |

　　　Pending before the Court is Plaintiffs' Motion to Withdraw [ECF No. 106] the pending Motion to Modify the Scheduling Order and Request Leave to Amend Complaint; or in the alternative, Motion to Add Individual Plaintiffs via Permissive Joinder [ECF No. 101.]

　　　On January 12, 2023, Plaintiff filed the referenced Motion to Modify Scheduling Order. On January 18, 2023, attorneys for both parties attended a case management conference with Magistrate Judge Allison H. Goddard. The Court

subsequently issued a new scheduling order regulating discovery and other pre-trial proceedings, with new case deadlines including a new February 17, 2023, deadline for parties to add new parties and amend the pleadings. As a result, Plaintiffs' Motion to Modify the Scheduling Order is moot.

The Court **GRANTS** the Motion to Withdraw and **DENIES** Plaintiffs Motion to Amend as Moot.

**IT IS SO ORDERED**

Dated: January 24, 2023

Hon. M. James Lorenz
United States District Judge