John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,[1]<br><br>Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**PLAINTIFFS NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT; OR IN THE ALTERNATIVE, MOTION TO ADD INDIVIDUAL PLAINTIFFS VIA PERMISSIVE JOINDER**<br><br>Date: March 20, 2023<br>Time: 10:30 a.m.<br>Place: Courtroom 5B (Fifth Floor)<br><br>Second Amended Complaint Filed: Nov. 8, 2019<br><br>No oral argument will be heard pursuant to local rules unless ordered by the Court |

---

[1] Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as California Attorney General, and Allison Mendoza is automatically substituted for her predecessors, former Directors Louis Lopez and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

To All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that on March 20, 2023, at 10:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable M. James Lorenz, Courtroom 5B (Fifth Floor), United States District Court, Southern District of California, Edward J. Schwartz Courthouse, 221 West Broadway, San Diego, California, Plaintiffs Matthew Jones, *et al.*, through their counsel of record, and pursuant to Civil Local Rules 7.1 and 7.2, hereby move the Court for leave to allow Plaintiffs to file the attached Plaintiff's Third Amended Complaint solely for purposes of adding two new individual Plaintiffs, all under the age of 21, pursuant Federal Rules of Civil Procedure Rule 15(a)(2); or in the alterative, permit the addition of the two new individual Plaintiffs through permissive joinder under Federal Rules of Civil Procedure Rule 20. Defendants have stipulated not to oppose Plaintiffs' motion.

Good cause exists to grant leave for Plaintiffs to file their Third Amended Complaint. Additionally, the factors the Court is to consider in deciding whether to grant leave to amend a complaint pursuant to Federal Rules of Civil Procedure Rule 15(a)(2) support this Court's decision to allow such amendment; and Defendants have stipulated not to oppose Plaintiffs' filing of the motion; and such request was made *before* the February 17, 2023, deadline for amending pleadings. Plaintiffs have filed this motion in good faith and without undue delay; and the proposed amendment is limited in nature to ensuring standing of all Plaintiffs; and therefore, it would not be futile to grant this pending motion.

Alternatively, if this Court deems it more appropriate to consider Plaintiffs request to add individual Plaintiffs under Federal Rules of Civil Procedure Rule 20 (permissive joinder of parties), then Plaintiffs submit that the two new individual Plaintiffs satisfy the two-prong test allowing for permissive joinder because the new Plaintiffs' right to relief arises out of the same transaction or occurrence and presents a common question of law or fact; and is in the interests of justice.

This Motion is based on this Notice of Motion and Motion, the Memorandum

1

*Plaintiffs Notice of Motion and Motion For Leave to Amend the Complaint; or in The Alternative, Motion to Add Individual Plaintiffs Via Permissive Joinder*

of Points and Authorities in Support thereof, the Stipulation allowing such amendment, the Declaration of John W. Dillon in Support of Plaintiffs' Motion Seeking Leave to File Plaintiffs' Third Amended Complaint, and on such other documents and pleadings filed before the motion is heard.

February 16, 2023

Respectfully submitted,

DILLON LAW GROUP APC

Attorneys for Plaintiffs

By:   */s/ John W. Dillon*

     John W. Dillon

2

*Plaintiffs Notice of Motion and Motion For Leave to Amend the Complaint; or in The Alternative, Motion to Add Individual Plaintiffs Via Permissive Joinder*