John W. Dillon (SBN 296788)
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151
Email: Jdillon@dillonlawgp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>ROB BONTA, in his official capacity as Attorney General of California, et al.,<br><br>        Defendants. | Case No. 3:19-cv-01226-L-AHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS MATTHEW JONES, KYLE YAMAMOTO, THOMAS FURRH, AND BEEBE FAMILY ARMS AND MUNITIONS** |

1  TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES

2  PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure Rule
3  41(a)(1)(A)(ii), Plaintiffs Matthew Jones, Kyle Yamamoto, Thomas Furrh, and Beebe
4  Family Arms and Munitions hereby withdraw as Plaintiffs in this action. Parties have
5  stipulated to the voluntary dismissal of said parties. A true and correct copy of the
6  stipulation is attached hereto. Plaintiff's withdrawal operates as a dismissal of the
7  action, without prejudice as applied *only* to Plaintiffs Matthew Jones, Kyle Yamamoto,
8  Thomas Furrh, and Beebe Family Arms and Munitions (and *no* other Plaintiffs named
9  in this action).

| | |
|---|---|
| February 16, 2023 | Respectfully submitted, |
| | Dillon Law Group APC |
| | By: ___/s/ *John W. Dillon*_____ |
| | John Dillon |

- 1 -