John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, *et al.*, | Case No.: 3:19-cv-01226-L-AHG |
| Plaintiffs, | Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,[1] | **DECLARATION OF JOHN W. DILLON IN SUPPORT OF PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' PLAINTIFFS MATTHEW JONES, KYLE YAMAMOTO, THOMAS FURRH, AND BEEBE FAMILY ARMS AND MUNITIONS** |
| Defendants. | |
| | Second Amended Complaint Filed: Nov. 8, 2019 |
| | No oral argument will be heard pursuant to local rules unless ordered by the Court |

---

[1] Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as California Attorney General, and Allison Mendoza is automatically substituted for her predecessors, former Directors Louis Lopez and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

*Declaration of John W. Dillon in Support of Plaintiffs' Notice of* Notice Of Voluntary Dismissal Of Plaintiffs' Plaintiffs Matthew Jones, Kyle Yamamoto, Thomas Furrh, And Beebe Family Arms And Munitions

**DECLARATION OF JOHN W. DILLON**

I, John W. Dillon, declare as follows:

1. I am an attorney licensed to practice law in the Southern District of the State of California. I am not a party to this action, and am counsel of record for Plaintiffs since the inception of this case. I make this declaration based on my own personal knowledge and, if called upon to testify as a witness in this case, I could and would testify competently and truthfully to the facts stated herein.

**Meet and Confer/Parties' Stipulation**

2. Since attending the case management conference on January 18, 2023, and pursuant to the Court's instruction, Plaintiffs withdrew their pending motion seeking leave to amend the complaint with the intent of refiling before the new deadline of February 17, 2023, pursuant to the Court's current scheduling order. ECF No. 105. Since this time, counsel for the parties have been in contact discussing the possibility of stipulating to Plaintiffs request for leave to amend unopposed by the State. On February 15, 2023, parties stipulated that Plaintiffs motion would be unopposed.

3. Additionally, as a part of this stipulation, the parties, through their counsel, have agreed to the voluntary dismissal of certain plaintiffs without prejudice — specifically, Matthew Jones, Kyle Yamamoto, Thomas Furrh, and Beebe Family Arms and Munitions only.

4. A true and correct copy of this stipulation is attached to Plaintiff's notice of voluntary dismissal of Plaintiffs' Plaintiffs Matthew Jones, Kyle Yamamoto, Thomas Furrh, and Beebe Family Arms and Munitions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed on February 16, 2023, in Carlsbad, California.

By: /s/ John W. Dillon
John W. Dillon

---

*Declaration of John W. Dillon in Support of Plaintiffs' Notice of* Notice Of Voluntary Dismissal Of Plaintiffs' Plaintiffs Matthew Jones, Kyle Yamamoto, Thomas Furrh, And Beebe Family Arms And Munitions