John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,<br><br>Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**PARTIES' STIPULATION RE: PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT; AND VOLUNTARY DISMISSAL OF CERTAIN PARTIES**<br><br>Action Filed: July 1, 2019<br><br>First Amended Complaint Filed: July 30, 2019<br><br>Second Amended Complaint Filed: November 8, 2019 |

Plaintiffs Matthew Jones, *et al.*, and Defendants Rob Bonta (in his official capacity as Attorney General of the State of California) and Allison Mendoza (in her official capacity as Acting Director of the Department of Justice Bureau of Firearms), through their respective counsel of record, hereby stipulate to Plaintiffs' filing of Plaintiffs' Third Amended Complaint pursuant to Federal Rules of Civil Procedure Rule 15(a)(2). Specifically, Defendants do not oppose Plaintiffs' motion seeking leave of court to file the Third Amended Complaint.

## I. FACTUAL AND PROCEDURAL BACKGROUND

Plaintiffs filed their initial complaint on July 1, 2019. ECF No. 1. Plaintiffs did not serve the initial complaint or a summons thereon. *See* ECF No. 5 at 1, n.2. Plaintiffs filed their First Amended Complaint for Declaratory and Injunctive Relief (FAC) on July 30, 2019, and served the FAC and summons on August 1, 2019. ECF No. 3; ECF No. 5 at 1, n.2. Defendants filed and served their Answer to the FAC on August 22, 2019. ECF No. 5.

After the District Court's denial of Plaintiffs' motion for preliminary injunction, in May 2022, the Ninth Circuit affirmed in part, and reversed in part, this Court's November 2019 order denying Plaintiffs' preliminary injunction. *Jones v. Bonta*, 34 F.4th 704 (9th Cir. 2022). After further proceedings, the Ninth Circuit ultimately vacated its May 2022 Opinion, further vacated this Court's order denying the preliminary injunction, and remanded the case for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Assoc., Inc. v. Bruen*, 142 S.Ct. 2111 (2022). *Jones v. Bonta*, 47 F.4th 1124 (9th Cir. 2022).

Since the remand, Plaintiffs' preliminary injunction motion remained pending, and this Court, after calling for supplemental briefing, found that *Bruen* represented "a change in the legal framework this Court applied when deciding Plaintiffs' preliminary injunction motion[.]" ECF No. 100. Therefore, this Court denied

2

*PARTIES' STIPULATION RE: PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT; AND VOLUNTARY DISMISSAL OF CERTAIN PARTIES* (3:19-CV-01226-L-AHG)

Plaintiffs' motion as moot, and allowed Plaintiffs to refile the motion no later than January 16, 2023. *Id.*.

Plaintiffs filed a motion to modify the scheduling order and request leave to file an amended complaint on January 12, 2023. ECF No. 101. Plaintiffs also filed their motion to amend pursuant to this Court's Order on January 16, 2023. Parties attended a case management conference with Magistrate Judge Goddard on January 18, 2023. At this conference, the Court stated that a new scheduling order would be issued and that Plaintiffs should withdraw their then-pending motion for leave to amend the complaint and refile their motion for leave to amend the complaint after said scheduling order was issued. The Court issued a new scheduling order on January 19, 2023; that scheduling order provided Plaintiffs until February 17, 2023 to file a motion to amend the complaint. ECF No. 105. Plaintiffs then withdrew their motion for leave to amend. ECF No.106. Plaintiffs are now refiling their original motion and seek leave to amend their complaint solely for purposes of adding two new individual plaintiffs to ensure individual plaintiffs have standing in this case. Plaintiffs are also removing four plaintiffs from the action.

Although Defendants do not concede that any portion of Plaintiffs' Second Amended Complaint or proposed Third Amended Complaint has merit, Defendants have stipulated not to oppose Plaintiffs' motion to amend, subject to certain terms agreed upon by the parties, including (1) the removal of the three Plaintiffs who turned 21 during the pendency of this action (Mssrs. Jones, Furrh, and Yamamoto) from the complaint, and dismissal of those same parties from this action, and (2) the inclusion of amendments clarifying both that Plaintiffs do not contest California's laws limiting the sale or transfer of handguns to people under the age of 21 in this Complaint, and that Plaintiffs do not bring this action as a class action.

## PARTIES' STIPULATION

WHEREFORE, after counsel for the parties met and conferred, the parties have come to the following agreement:

3

*PARTIES' STIPULATION RE: PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT; AND VOLUNTARY DISMISSAL OF CERTAIN PARTIES* (3:19-CV-01226-L-AHG)

(a) Plaintiffs will seek leave to file Plaintiffs' Third Amended Complaint on or before February 17, 2023;

(b) Plaintiffs' Third Amended Complaint will be a true and correct copy of the complaint reviewed by Defendants and submitted as the proposed amended pleading along with Plaintiffs' refiled motion to amend;

(c) Concurrent with Plaintiffs' motion for leave to file the Third Amended Complaint, Plaintiffs also seek voluntary dismissal without prejudice of Plaintiffs Matthew Jones, Kyle Yamamoto, Thomas Furrh, and Beebe Family Arms and Munitions;

(d) Defendants agree not to oppose Plaintiffs' motion for leave to amend; and

(e) Defendants stipulate to Plaintiffs filing a voluntary dismissal of Plaintiffs Matthew Jones, Kyle Yamamoto, Thomas Furrh, and Beebe Family Arms and Munitions.

WHEREFORE, through their counsel, the parties hereby stipulate to allow Plaintiffs to file their Third Amended Complaint unopposed by Defendants, subject to court approval, and that Plaintiffs will file a voluntary dismissal of the above named parties.

February 16, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　Dillon Law Group APC


By: ___*/s/ John W. Dillon*___
　　John Dillon
　　*Attorney for Plaintiffs*


February 16, 2023

　　　　　　　　　　　　　　Rob Bonta
　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　Mark Beckington
　　　　　　　　　　　　　　Supervising Deputy Attorney General

4

PARTIES' STIPULATION RE: PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT; AND VOLUNTARY DISMISSAL OF CERTAIN PARTIES (3:19-CV-01226-L-AHG)

<pre>
                              John D. Echeverria
                              Deputy Attorney General

                         By:  /s/ Jennifer E. Rosenberg
                              JENNIFER E. ROSENBERG
                              Deputy Attorney General
                              *Attorneys for Defendants Rob Bonta, in his
                              official capacity as Attorney General of the
                              State of California, and Allison Mendoza,
                              in her official capacity as Acting Director
                              of the Department of Justice Bureau of
                              Firearms*
</pre>

**Signature Certification**

I, John W. Dillon, hereby certify and attest that all other parties on whose behalf this Stipulation is submitted concur in the filing's content, and that I have obtained permission from counsel for Defendants to file this stipulation.

February 16, 2023                              By: */s/ John W. Dillon*
                                                   John W. Dillon
                                                   Attorney for Plaintiffs

5

PARTIES' STIPULATION RE: PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT; AND VOLUNTARY DISMISSAL OF CERTAIN PARTIES (3:19-CV-01226-L-AHG)