1  ROB BONTA
    Attorney General of California
2  MARK BECKINGTON
    Supervising Deputy Attorney General
3  S. CLINTON WOODS
    Deputy Attorney General
4  STEPHANIE ALBRECHT
    Deputy Attorney General
5  JENNIFER E. ROSENBERG
    Deputy Attorney General
6  State Bar No. 275496
      300 South Spring Street, Suite 1702
7    Los Angeles, CA  90013
      Telephone: (213) 269-6617
8    Fax: (916) 731-2124
      E-mail:  Jennifer.Rosenberg@doj.ca.gov
9  *Attorneys for Defendants Rob Bonta, in his*
    *official capacity as Attorney General of the*
10 *State of California, and Allison Mendoza, in*
    *her official capacity as Acting Director of the*
11 *Department of Justice Bureau of Firearms*

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15

16

17 | **MATTHEW JONES, *et al.*,** | 3:19-cv-01226-L-AHG |
   | --- | --- |
   | Plaintiffs, | **NOTICE OF APPEARANCE** |
   | **v.** | Dept:        5B |
   | | Judge:       The Honorable M. James Lorenz and Magistrate Judge Alison H. Goddard |
   | **ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,** | Action Filed:       July 1, 2019 |
   | Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

                                 1

1    **PLEASE TAKE NOTICE** that Deputy Attorney General S. Clinton Woods

2    hereby enters his appearance as additional counsel of record for defendant Rob

3    Bonta, in his official capacity as Attorney General of the State of California, in this

4    action.  Mr. Woods is a member of the State Bar of California and is admitted to

5    practice in the Southern District of California.  His contact information is as

6    follows:

7

8    S. Clinton Woods
     455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102
9    Telephone:  (415) 510-3807
     Facsimile:  (415) 703-5480
10   E-mail:  Clint.Woods@doj.ca.gov

11   Dated:  March 16, 2023              Respectfully submitted,

12                                       ROB BONTA
                                         Attorney General of California
13                                       MARK R. BECKINGTON
                                         Supervising Deputy Attorney General
14

15

16                                       */s/ S. Clinton Woods*
                                         S. CLINTON WOODS
17                                       Deputy Attorney General
                                         *Attorneys for Defendants*

18   SA2019103398
     43611848.docx
19

20

21

22

23

24

25

26

27

28

2

## CERTIFICATE OF SERVICE

Case Name:    ***Jones, Matthew, et al. v. Xavier Becerra, et al***        Case No.    **3:19-cv-01226-L-AHG**

I hereby certify that on <u>March 16, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF APPEARANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 16, 2023</u>, at San Francisco, California.


K. Figueroa-Lee
Declarant

Signature

SA2019103398
43611866.docx