ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
S. CLINTON WOODS
Deputy Attorney General
STEPHANIE ALBRECHT
Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone: (213) 269-6617
  Fax: (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his*
*official capacity as Attorney General of the*
*State of California, and Allison Mendoza, in*
*her official capacity as Acting Director of the*
*Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW JONES,** *et al.,* | 3:19-cv-01226-L-AHG |
| Plaintiffs, | **DECLARATION OF MARICELA LEYVA CHAVEZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| **v.** | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** *et al.,* | |
| Defendants. | Dept:       5B<br>Judge:      The Honorable M. James Lorenz and Magistrate Judge Alison H. Goddard<br><br>Action Filed:     July 1, 2019 |

# DECLARATION OF MARICELA LEYVA CHAVEZ

I, Maricela Leyva Chavez, declare under penalty of perjury that the following is true and correct:

1. Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could testify competently as to the truth of the matters set forth herein.

2. I have been employed with the State of California, Department of Justice, Bureau of Firearms (BOF) Customer Support Center as a Staff Services Manager I since June 2018. I began working for the BOF in 2012 as a Program Technician II. I was later promoted to Staff Services Analyst, then to Associate Governmental Program Analyst, then to Staff Services Manager I over Assault Weapon Registration, and finally to Staff Services Manager I over the Customer Support Center (CSC).

3. As a Staff Services Analyst in the CSC, I provided telephone assistance to the public, firearms dealers, and firearm-safety instructors regarding firearms related questions.

4. As an Associate Governmental Program Analyst in the CSC, I was responsible for the financial accounting component of the Firearm Safety Certificate and Dealer Record of Sale programs. In addition, I assisted other analysts in the unit with the most difficult phone calls.

5. As a Staff Services Manager I in the CSC, it is my responsibility to manage the CSC's daily functions, which include monitoring calls and correspondence received by BOF from firearms dealers, firearm-safety instructors, law enforcement agencies, manufacturers, and the public regarding firearms laws and regulations.

6. When a purchaser buys a firearm from a licensed dealer, information regarding the transaction is entered by the dealer into the Dealer Record of Sale

(DROS) Entry System (DES), transmitted to the Department of Justice through DES, and stored in the DROS database.

7.   The information the Department receives includes the type of transaction (e.g., sale, transfer, loan, etc.), as well as information regarding any Firearm Safety Certificate exemption claimed by the purchaser. See California Penal Code sections 31600, et seq. and 31700, et seq.

8.   As part of my job duties, I may request data from the California Justice Information Services (CJIS) Application Development Bureau regarding statistical information about the sales of firearms in California. On March 3, 2023, I submitted a request to CJIS's Application Development Bureau for data on the number and type of long guns the Department approved for sale or transfer through a licensed firearms dealer to young adults aged 18-20 from January 1, 2019 to present. This data does not include instances in which young adults aged 18-20 obtained a long gun via a transfer not required to be completed through a licensed firearms dealer. See Pen. Code, § 27545 [requiring parties to complete the sale, loan or transfer of a firearm through a licensed firearms dealer]; Pen. Code § 27850 et seq. [listing exemptions to the requirement of using a dealer for a private party transfer]). Transfers not required to be completed through a dealer include, but are not limited to, a transfer by operation of law (including the transfer of a firearm between spouses), new residents to California reporting firearm ownership, an intrafamilial transfer (e.g., the transfer of a firearm between a parent and child or a grandparent and grandchild), or the temporary loaning of a firearm.

9.   Upon information and belief, a CJIS Application Development Bureau Information Technology Specialist compiled the data I requested. I sorted and filtered that data by year and by type and complied the table below:

/ / /

/ / /

/ / /

| Approved Sales or Transfers by Firearm Type[1] | 2020 | 2021 | 2022 | 2023 (As of March 3, 2023) | Total |
|---|---|---|---|---|---|
| Semi-automatic rifles (Centerfire and Rimfire) | 1,085 | 1,022 | 858 | 137 | 3,102 |
| Semi-automatic shotguns | 717 | 946 | 799 | 113 | 2,575 |
| Combination semi-automatic rifles and shotguns[2] | 1 | 0 | 1 | 0 | 2 |
| Pump-action shotguns | 938 | 1,395 | 1,473 | 212 | 4,018 |
| Bolt-action rifles | 1,455 | 1,594 | 1,463 | 195 | 4,707 |
| Pump-action rifles | 16 | 17 | 26 | 6 | 65 |
| Lever-action rifles | 258 | 245 | 305 | 47 | 855 |
| Lever-action shotguns | 5 | 8 | 9 | 2 | 24 |
| Single-shot shotguns | 39 | 62 | 49 | 6 | 156 |
| Single-shot rifles | 20 | 44 | 18 | 1 | 83 |
| Other types of long guns not listed above | 148 | 171 | 171 | 24 | 514 |
| **Overall purchased or otherwise transferred long guns** | **4,682** | **5,504** | **5,172** | **743** | **16,101** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2023, at Sacramento, CA.


*Maricela Leyva*

Maricela Leyva Chavez

---

[1] As explained above, this includes Department-approved transactions for the sale or transfer of long guns through a licensed firearms dealer to young adults aged 18-20.

[2] This is a firearm that includes at least two different types of barrels in a single firearm.  For example, in the case of a double-barreled firearm, one barrel may be a smoothbore shotgun barrel, while the other barrel is a rifle barrel.