ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
S. CLINTON WOODS
Deputy Attorney General
STEPHANIE ALBRECHT
Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone: (213) 269-6617
  Fax: (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his
official capacity as Attorney General of the
State of California, and Allison Mendoza, in
her official capacity as Acting Director of the
Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW JONES**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California**, *et al.*,<br><br>Defendants. | 3:19-cv-01226-L-AHG<br><br>**DECLARATION OF LUCY P. ALLEN**<br><br>Dept:  5B<br>Judge:  The Honorable M. James Lorenz and Magistrate Judge Alison H. Goddard<br><br>Action Filed:  July 1, 2019 |

### DECLARATION OF LUCY P. ALLEN

I, Lucy P. Allen, declare under penalty of perjury that the following is true and correct:

1. I am a Managing Director of NERA Economic Consulting ("NERA"), a member of NERA's Securities and Finance Practice and Chair of NERA's Product Liability and Mass Torts Practice. NERA provides practical economic advice related to highly complex business and legal issues arising from competition, regulation, public policy, strategy, finance, and litigation. NERA was established in 1961 and now employs approximately 500 people in more than 20 offices worldwide.

2. In my over 25 years at NERA, I have been engaged as an economic consultant or expert witness in numerous projects involving economics and statistics. I have been qualified as an expert and testified in court on various economic and statistical issues relating to the flow of guns into the criminal market. I have testified at trials in Federal and State Courts, before the New York City Council Public Safety Committee, the American Arbitration Association and the Judicial Arbitration Mediation Service, as well as in depositions.

3. I have an A.B. from Stanford University, an M.B.A. from Yale University, and M.A. and M. Phil. degrees in Economics, also from Yale University. Prior to joining NERA, I was an Economist for both President George H. W. Bush's and President Bill Clinton's Council of Economic Advisers. My resume with recent publications and testifying experience is included as Exhibit A.

4. I have been retained by the California Department of Justice to address the following issues: (a) analyze the percent of incidents in which shotguns, rifles, and long guns were used in self-defense according to The Heritage Foundation's "Defensive Gun Uses in the U.S." database, (b) analyze public mass shootings to determine the percent of mass shootings involving 18- to 20-year-olds and the

percent of mass shooters' guns obtained legally, (c) analyze the proportion of accidental shootings by 18- to 20-year-olds according to data from the Gun Violence Archive, and (d) analyze the relative rate of suicides with long guns versus handguns by 18- to 20-year-olds according to data from the Centers for Disease Control and Prevention.

5.    NERA is being compensated for my work on this matter at a rate of $1,150 per hour and at lower rates for work performed by other NERA professionals and staff.

6.    This declaration is based on my own personal knowledge and experience, and if I am called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

## BACKGROUND

7.    On January 1, 2019, California Senate Bill 1100 ("SB 1100") became effective and "increase[d] the State's minimum age for firearm purchase and general possession, from 18 to 21 years of age," except under a few exemptions, such as holding a valid hunting license.[1] Prior to SB 1100, California law prohibited "the sale or transfer of a **handgun** [...] to any person under the age of 21" but allowed "a person at least 18 years of age to buy or transfer a firearm **that is not a handgun** (e.g., shotguns, rifles)."[2]

---

[1] Second Amended Complaint for Declaratory and Injunctive Relief, filed November 8, 2019, ECF No. 20 ("Complaint"), ¶¶37 and 39. According to the Complaint, the exemptions included: "(i) a person 18 years of age or older that holds a valid hunting license, (ii) an active peace officer that is 18 years of age or older, (iii) an active federal officer or law enforcement agent that is 18 or older, (iv) a reserve peace officer that is 18 or older, (v) an active member in the U.S. military that is 18 or older, and (vi) a person honorably discharged from the military that is 18 or older." *See also,* California Senate Bill 1100, Section 1, September 28, 2018.

[2] Complaint, ¶38, emphasis added, and California Senate Bill 1100, Legislative Counsel's Digest, September 28, 2018.

8.     On October 11, 2019, Senate Bill 61 ("SB 61") was signed into law. According to Plaintiffs, SB 61 prohibited 18- to 20-year-olds "from purchasing, transferring, acquiring, or obtaining possession or control of all semiautomatic, centerfire rifles," and that prohibition applied even to 18- to 20-year-olds holding a hunting license.[3] Plaintiffs claim that SB 1100 and SB 61 (the "California Age-Based Gun Ban") prevent "Plaintiffs, and others similarly situated, to acquire, purchase, use, sell, or transfer firearms to defend themselves, their families, and their homes and for all other lawful purposes."[4]

## OPINIONS

I. **PERCENT OF INCIDENTS IN WHICH SHOTGUNS, RIFLES, AND LONG GUNS WERE USED IN SELF-DEFENSE ACCORDING TO THE HERITAGE DEFENSIVE GUN USES DATABASE**

9.     I have been asked to analyze The Heritage Foundation's "Defensive Gun Uses in the U.S." database ("Heritage DGU Database").[5] In particular, I have been asked to analyze the percent of incidents in which shotguns, rifles, and long guns were used in self-defense according to the Heritage DGU Database. The analysis of the Heritage DGU Database indicates that it is rare for a rifle, shotgun, or long gun to be used in self-defense.

10.     The Heritage Foundation is a think tank focused on "formulat[ing] and promot[ing] public policies based on the principles of free enterprise, limited government, individual freedom, traditional American values, and a strong national

---

[3] Complaint, ¶42. *See also*, California Senate Bill 61, Section 3, October 11, 2019.

[4] Complaint, p.2.

[5] "Defensive Gun Uses in the U.S.," *The Heritage Foundation,* as of October 7, 2022, https://datavisualizations.heritage.org/firearms/defensive-gun-uses-in-the-us.

Declaration of Lucy P. Allen (3:19-cv-01226-L-AHG)

defense."[6]  According to The Heritage Foundation, "[t]he right of the people to keep and bear arms is a fundamental part of American liberty, serving as an important individual defense against crime and a collective defense against tyranny."[7]

11.    In April 2020, The Heritage Foundation began publishing and periodically updating a database of news stories describing incidents in the U.S. in which individuals purportedly defended themselves using firearms.[8]  The Heritage Foundation notes that its database is not comprehensive but meant to "highlight" stories of successful self-defense.[9] As a result, one would expect the Heritage DGU Database to be more likely to identify successful uses of shotguns, rifles and long guns in self-defense than a randomized review of news stories.

12.    As of October 7, 2022, the Heritage DGU Database included 2,714 incidents from January 1, 2019 through October 6, 2022.[10]  The Heritage DGU Database codes the following information for each incident:[11]

- Date of the incident;
- Website link to the news story;
- Location (city and state);

---

[6] "About Heritage," *The Heritage Foundation*, https://www.heritage.org/about-heritage/mission.

[7] "Firearms," *The Heritage Foundation*, https://www.heritage.org/firearms.

[8] "Defensive Gun Uses in the U.S.," *The Heritage Foundation.*

[9] "Defensive Gun Uses in the U.S.," *The Heritage Foundation.* Note that a review of the news stories cited in the database indicates that a number of the incidents may not involve individuals defending themselves.  For example, in one incident ("Two Burglary Suspects Caught By Victim's Brother And Friend, Held At Gunpoint For Police," *5NewsOnline*, February 11, 2019), a homeowner's brother and friend appear to have found and apprehended burglars on the roadside.

[10] "Defensive Gun Uses in the U.S.," *The Heritage Foundation*.

[11] "Defensive Gun Uses in the U.S.," *The Heritage Foundation.* Note that the age of the defender is not reported by The Heritage Foundation.

Declaration of Lucy P. Allen (3:19-cv-01226-L-AHG)

- Context (e.g., domestic violence, home invasion, robbery, etc.);

- Whether the defender had a concealed-carry permit;

- Whether there were multiple assailants;

- Whether shots were fired; and

- Firearm type (handgun, shotgun, rifle, pellet rifle, long gun, or unknown).[12]

13.    I performed an analysis of all 2,714 incidents in the Heritage DGU Database as of October 7, 2022 to determine the number and percent of incidents with a shotgun, rifle or long gun.  The data indicated that 78 incidents involved a shotgun, 51 a rifle, and 1 a long gun.  These 78 incidents with a shotgun represent 3% of all incidents in the database and 6% of incidents with a known gun type, while the 51 incidents with a rifle represent 2% of all incidents and 4% of incidents with a known gun type.[13]  The table below shows the breakdown of incidents by firearm type for the 2,714 incidents.

---

[12] A review of the data and linked news stories from the Heritage DGU Database indicates that the coded firearm type corresponds to the firearm associated with the defender.

[13] This analysis is based on The Heritage Foundation's coding of these incidents.  We have not independently verified the coding of these incidents.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

| The Heritage Foundation Defensive Gun Use Database | | | |
|---|---|---|---|
| **Firearm Type** | **Incidents**[1] | **% of Total** | **% of Known** |
| **(1)** | **(2)** | **(3)** | **(4)** |
| Handgun | 1,113 | 41% | 90% |
| Shotgun | 78 | 3% | 6% |
| Rifle | 51 | 2% | 4% |
| Long Gun | 1 | 0% | 0% |
| Pellet Rifle | 1 | 0% | 0% |
| Unknown | 1,473 | 54% | |
| **Total known:** | **1,241** | | |
| **Total:** | **2,714** | | |

**Source:**
"Defensive Gun Uses in the U.S.," *The Heritage Foundation*.
Data as of October 7, 2022.
[1] Note that three incidents are coded as having more than one
firearm type and thus the sum of the individual firearm
types is larger than the total number of incidents.

17    14.    I conducted the same analysis of the Heritage DGU Database after

18 excluding incidents that occurred in states that have restrictions on assault weapons.

19 In particular, I excluded incidents in California, Connecticut, Hawaii, Maryland,

20 Massachusetts, New Jersey, and New York, as well as Washington D.C.[14]  In states

21 without assault weapons restrictions, the Heritage DGU Database has 48 incidents

22 indicating a rifle was involved. These 48 incidents represent 2% of incidents in

23

24    [14] *See* "Assault Weapons," *Giffords Law Center*,
https://giffords.org/lawcenter/gun-laws/policy-areas/hardware-ammunition/assault-
25 weapons/.  Delaware is not excluded since restrictions in Delaware were enacted in
June 2022.  *See* "Governor Carney Signs Package of Gun Safety Legislation,"
26 *Delaware.gov,* June 30, 2022, https://news.delaware.gov/2022/06/30/governor-
27 carney-signs-package-of-gun-safety-legislation/.

28

Declaration of Lucy P. Allen (3:19-cv-01226-L-AHG)

these states and 4% of incidents with a known gun type in these states. The Heritage DGU database has 63 incidents involving a shotgun (3% of incidents in these states and 6% of incidents with known gun type in these states) and *no* incidents involving a long gun. The table below shows the breakdown of incidents by coded firearm type for states that do not restrict assault weapons.

**The Heritage Foundation**
**Defensive Gun Use Database**
**States Without Assault Weapon Restrictions**

| Firearm Type | Incidents[1] | % of Total | % of Known |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| Handgun | 1,033 | 41% | 90% |
| Shotgun | 63 | 3% | 6% |
| Rifle | 48 | 2% | 4% |
| Long Gun | 0 | 0% | 0% |
| Pellet Rifle | 1 | 0% | 0% |
| Unknown | 1,357 | 54% | |
| **Total known:** | **1,142** | | |
| **Total:** | **2,499** | | |

**Source:**
"Defensive Gun Uses in the U.S.," *The Heritage Foundation*. Data as of October 7, 2022.

Excludes the following states with assault weapon restrictions: California, Connecticut, Hawaii, Maryland, Massachusetts, New Jersey, and New York as well as Washington D.C. Classification from Giffords Law Center. Incidents in Delaware not excluded as restrictions were enacted in June 2022.

[1] Note that three incidents are coded as having more than one firearm type and thus the sum of the individual firearm types is larger than the total number of incidents.

Declaration of Lucy P. Allen (3:19-cv-01226-L-AHG)

## II.  PUBLIC MASS SHOOTINGS

15.    I have been asked to update my prior analysis on mass shootings to determine the percent of mass shootings involving 18- to 20-year-olds.[15] Below I present the results for this analysis, as well as some details of my prior analysis of mass shootings.

### 1.  Methodology

16.    I previously analyzed public mass shootings using four sources for identifying public mass shootings: Mother Jones,[16] the Citizens Crime Commission of New York City,[17] the Washington Post,[18] and the Violence Project.[19, 20]

---

[15] My analysis of mass shootings, which began in 2013, has been updated numerous times over the years and presented in a number of cases including, for example, in *Virginia Duncan et al. v. California Attorney General*, *Rupp v. California Attorney General*, and *James Miller et al. v. California Attorney General.*

[16] "US Mass Shootings, 1982-2022: Data From Mother Jones' Investigation," Mother Jones, updated November 23, 2022, http://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data.

[17] "Mayhem Multiplied: Mass Shooters and Assault Weapons," Citizens Crime Commission of New York City, February 2018 update. Additional details on the mass shootings were obtained from an earlier source by the Citizens Crime Commission. "Mass Shooting Incidents in America (1984-2012)," Citizens Crime Commission of New York City, http://www.nycrimecommission.org/mass-shooting-incidents-america.php, accessed June 1, 2017.

[18] "The terrible numbers that grow with each mass shooting," The Washington Post, updated May 12, 2021.

[19] "Mass Shooter Database," The Violence Project, https://www.theviolenceproject.org/mass-shooter-database/, updated May 14, 2022.

[20] When I began research in 2013 on mass shootings, I found Mother Jones and Citizens Crime Commission to maintain the most comprehensive lists of relevant mass shootings. More recently, two additional sources, the Washington Post and The Violence Project, have compiled lists of public mass shootings. The Violence Project began work on its mass shootings database in September 2017 and (continued…)

Declaration of Lucy P. Allen (3:19-cv-01226-L-AHG)

17.    The type of incident considered a mass shooting is generally consistent across the four sources. In particular, all four sources consider an event a mass shooting if four or more people were killed in a public place in one incident, and exclude incidents involving other criminal activity such as a robbery.[21]

---

its database first went online in November 2019, while the Washington Post first published its mass shootings database in February 2018. There is substantial overlap between the mass shootings in all four sources. For example, the Mother Jones data contains 93% of the mass shootings in the Citizens Crime Commission data for the years covered by both data sources, 1984 to 2016, while the Washington Post contains 94% of the mass shootings in The Violence Project data for the years covered by both data sources, 1966 to 2019.

[21] Citizen Crime Commission describes a mass shooting as "four or more victims killed" in "a public place" that were "unrelated to another crime (e.g., robbery, domestic violence)." Citizen Crime notes that its sources include "news reports and lists created by government entities and advocacy groups." "Mayhem Multiplied: Mass Shooters and Assault Weapons," Citizens Crime Commission of New York City, February 2018 update.

Mother Jones describes a mass shooting as "indiscriminate rampages in public places resulting in four or more victims killed by the attacker," excluding "shootings stemming from more conventionally motivated crimes such as armed robbery or gang violence." Although in January 2013 Mother Jones changed its definition of mass shooting to include instances when three or more people were killed, for this declaration we only analyzed mass shootings where four or more were killed to be consistent with the definition of the other three sources. "A Guide to Mass Shootings in America," Mother Jones, updated November 23, 2022, http://www.motherjones.com/politics/2012/07/mass-shootings-map. *See also*, "What Exactly is a Mass Shooting," Mother Jones, August 24, 2012. http://www.motherjones.com/mojo/2012/08/what-is-a-mass-shooting.

The Washington Post source describes a mass shooting as "four or more people were killed, usually by a lone shooter" excluding "shootings tied to robberies that went awry" and "domestic shootings that took place exclusively in private homes." The Washington Post notes that its sources include "Grant Duwe, author of 'Mass Murder in the United States: A History,' Mother Jones and Washington Post research," as well as "Violence Policy Center, Gun Violence Archive; FBI 2014 Study of Active Shooter Incidents; published reports." "The terrible numbers that grow with each mass shooting,"

(continued…)

---

9

18.     Each of the four sources contains data on mass shootings covering different time periods. The Mother Jones data covers 112 mass shootings from 1982 to October 13, 2022,[22] the Citizens Crime Commission data covers 80 mass shootings from 1984 to February 2018,[23] the Washington Post data covers 185 mass

---

The Washington Post, updated May 12, 2021, https://www.washingtonpost.com/graphics/2018/national/mass-shootings-in-america/.

The Violence Project indicates that it uses the Congressional Research Service definition of a mass shooting: "a multiple homicide incident in which four or more victims are murdered with firearms—not including the offender(s)—within one event, and at least some of the murders occurred in a public location or locations in close geographical proximity (e.g., a workplace, school, restaurant, or other public settings), and the murders are not attributable to any other underlying criminal activity or commonplace circumstance (armed robbery, criminal competition, insurance fraud, argument, or romantic triangle)." The Violence Project notes that its sources include "Primary Sources: Written journals / manifestos / suicide notes etc., Social media and blog posts, Audio and video recordings, Interview transcripts, Personal correspondence with perpetrators" as well as "Secondary Sources (all publicly available): Media (television, newspapers, magazines), Documentary films, Biographies, Monographs, Peer-reviewed journal articles, Court transcripts, Law Enforcement records, Medical records, School records, Autopsy reports." "Mass Shooter Database," The Violence Project, https://www.theviolenceproject.org/methodology/, accessed January 17, 2020.

[22] "A Guide to Mass Shootings in America," Mother Jones, updated November 23, 2022, http://www.motherjones.com/politics/2012/07/mass-shootings-map. Excludes mass shootings where only three people were killed. Note this analysis of the Mother Jones data may not match other analyses because Mother Jones periodically updates its historical data.

[23] "Mayhem Multiplied: Mass Shooters and Assault Weapons," *Citizens Crime Commission of New York City*, February 2018 update.

shootings from 1966 to May 12, 2021,[24] and The Violence Project data covers 182 mass shootings from 1966 to May 14, 2022.[25, 26]

19.    Note that the two more recently compiled sources of mass shootings, the Washington Post and The Violence Project, include additional mass shootings that were not covered by either Mother Jones or Citizens Crime Commission. In general, we found that these additional mass shootings were less covered by the media and involved fewer fatalities and/or injuries than the ones previously identified by Mother Jones or Citizens Crime Commission. For example, using the mass shooting data for the period 1982 through 2019, we found that the median number of news stories for a mass shooting included in Mother Jones and/or

---

[24] "The terrible numbers that grow with each mass shooting," *The Washington Post*, updated May 12, 2021, https://www.washingtonpost.com/graphics/2018/national/mass-shootings-in-america/.

[25] "Mass Shooter Database," *The Violence Project* https://www.theviolenceproject.org/mass-shooter-database/, updated May 14, 2022.

[26] Note that I have updated this mass shooting analysis to include more recent incidents, as well as more recently available details. In my 2017 declaration in *Virginia Duncan et al. v. California Attorney General*, I included data on mass shootings through April 2017. In my 2018 declaration in *Rupp v. California Attorney General*, I updated the analysis to include data on mass shootings through September 2018. The analyses in both of these declarations included mass shootings only from Mother Jones and the Citizen Crime Commission. In my 2020 declaration in *James Miller et al. v. California Attorney General*, I updated the analysis to include mass shootings through December 2019 and added mass shootings from two more sources, the Washington Post and the Violence Project. The number of mass shootings, as well as some details about the shootings, are not identical across these declarations for three main reasons. First, I have updated the analysis to include more recent incidents as well as more recently available details. Second, starting in 2020, I added two more sources (Washington Post and Violence Project), which include additional mass shootings and details not included in the initial sources. Third, even though Mother Jones included instances when three or more people were killed, for my declarations and reports starting in 2020, I only included mass shootings where four or more were killed to be consistent with the definition of the other three sources.

Citizen Crime Commission was 317, while the median for the additional mass shootings identified in the Washington Post and/or The Violence Project was 28.[27] In addition, using the mass shooting data through 2019, we found an average of 21 fatalities or injuries for a mass shooting included in Mother Jones and/or Citizen Crime Commission, while only 6 fatalities or injuries for the additional mass shootings identified in the Washington Post and/or The Violence Project.

20.    We combined the data from the four sources for the period 1982 through October 2022 and identified 179 public mass shootings. We searched news stories on each mass shooting to obtain additional details on the types of weapons used as well as data on shots fired where available. Exhibit B attached has a summary of the combined data based on Mother Jones, Citizens Crime Commission, the Washington Post, The Violence Project, and news reports.[28]

## 2.    Percent of mass shooters 18 to 20 years of age

21.    Of the 179 mass shootings analyzed through October 2022, the age of the mass shooter is known in 175 or 98% of the incidents.[29] In 16 of the 175 mass shootings, or 9%, the mass shooters were 18 to 20 years of age. In the 16 mass shootings involving 18- to 20-year-old shooters, there were 262 fatalities or injuries. The table below lists these 16 mass shootings, the age of the shooter, and the number of fatalities and injuries.

---

[27] The search was conducted over all published news stories on Factiva. The search was based on the shooter's name and the location of the incident over the period from one week prior to three months following each mass shooting.

[28] Note that the Citizens Crime Commission data was last updated in February 2018 and the Washington Post data was last updated in May 2021.

[29] The ages of the mass shooters are from Mother Jones, The Violence Project, Citizens Crime Commission, and the Washington Post.

Declaration of Lucy P. Allen (3:19-cv-01226-L-AHG)

**Public Mass Shootings Involving Shooter 18 to 20 Years of Age**

| Number in Exhibit B | Case | Date | Age of Shooter[1] | Fatalities | Injuries | Total Fatalities & Injuries |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| #4 | Robb Elementary School massacre | 5/24/22 | 18 | 21 | 17 | 38 |
| #5 | Buffalo supermarket massacre | 5/14/22 | 18 | 10 | 3 | 13 |
| #10 | FedEx warehouse shooting | 4/15/21 | 19 | 8 | 7 | 15 |
| #37 | Stoneman Douglas HS | 2/14/18 | 19 | 17 | 17 | 34 |
| #47 | Cascade Mall | 9/23/16 | 20 | 5 | 0 | 5 |
| #66 | Newtown School | 12/14/12 | 20 | 27 | 2 | 29 |
| #96 | Westroads Mall | 12/5/07 | 19 | 8 | 5 | 13 |
| #97 | Crandon | 10/7/07 | 20 | 6 | 1 | 7 |
| #99 | Trolley Square | 2/12/07 | 18 | 5 | 4 | 9 |
| #116 | Burns International Security | 9/10/01 | 20 | 5 | 2 | 7 |
| #128 | Columbine High School | 4/20/99 | 17, 18 | 13 | 23 | 36 |
| #142 | Puppy creek | 12/31/94 | 18 | 5 | 1 | 6 |
| #143 | Air Force Base | 6/20/94 | 20 | 4 | 23 | 27 |
| #144 | Chuck E. Cheese | 12/14/93 | 19 | 4 | 1 | 5 |
| #147 | Family Fitness Club | 10/14/93 | 19 | 4 | 0 | 4 |
| #153 | Lindhurst High School | 5/1/92 | 20 | 4 | 10 | 14 |
| | | | | 146 | 116 | 262 |

Notes and Sources:
 Data from Exhibit B.
 [1] Mass shootings with multiple shooters were included if any shooter was aged 18 to 20 years old.

22.     In contrast to the 9% of mass shootings involving shooters 18 to 20 years of age, only 4% of the U.S. population is 18 to 20 years of age.[30] Thus, the proportion of mass shooters that are 18 to 20 years is more than twice as high as the proportion of the U.S. population that is 18 to 20 years.

### 3.     Percent of mass shooters' guns legally obtained

23.     The data on public mass shootings indicates that the majority of guns used in these mass shootings were obtained legally.[31] Of the 179 mass shootings analyzed through October 2022, there are 112 where it can be determined whether the gun was obtained legally. According to the data, shooters in 79% of mass

---

[30] Data on U.S. population by age from the CDC, covering the years 1990-2020. *See* "Bridged-Race Population Estimates 1990-2020 Request," *CDC, https://wonder.cdc.gov/Bridged-Race-v2020.HTML*.

[31] The determination of whether guns were obtained legally is based on Mother Jones and Washington Post reporting.

shootings obtained their guns legally (89 of the 112 mass shootings) and 80% of the guns used in these 112 mass shootings were obtained legally (202 of the 252 guns). (Note that even if one assumes that *all* of the mass shootings where it is not known were assumed to be illegally obtained, then one would find 50% of the mass shootings and 62% of the guns were obtained legally.)

## III. PROPORTION OF ACCIDENTAL SHOOTINGS BY 18- TO 20-YEAR-OLDS

24.    Using data on over 15,000 accidental shooting incidents over a nine-year period from the Gun Violence Archive ("GVA"), I analyzed the proportion of accidental shootings committed by 18- to 20-year-olds. GVA maintains a "database of incidents of gun violence and gun crime," including accidental shooting incidents, based on information from "police, media, data aggregates, government and other sources."[32] GVA reports certain characteristics about each accidental shooting incident, including the age of the shooter.[33] I analyzed the GVA data on accidental shootings from 2014, the first year of available data, through 2022, the last full year of data.[34] The GVA maintains data on 17,543 accidental shooting incidents between 2014 and 2022.

25.    Focusing on incidents involving only one shooter and excluding incidents involving police officers, there are 15,173 accidental shootings in the GVA data.[35] Of these 15,173 incidents, the age of the shooter is identified in the

[32] "General Methodology," *Gun Violence Archive Website*, accessed on March 13, 2023.

[33] "Search Incidents," *Gun Violence Archive Website,* accessed on March 13, 2023, https://www.gunviolencearchive.org/query. Some of the characteristics recorded by GVA for each incident include the number of "victims," the number of "subject-suspects," the ages of "victims" and "subject-suspects," and whether police officers were involved.

[34] Based on all the incidents coded by GVA as "Accidental Shooting" under "Incident Characteristics."

[35] When there are multiple "suspects" in one incident, the GVA data does not indicate *which* suspect was the shooter.

data for 10,412 incidents or 69%. According to the data, the shooters were 18 to 20 years of age in 13% of these incidents (1,351 of the 10,412 accidental shootings). In contrast, only 4% of the U.S. population is 18 to 20 years of age.[36] Thus, according to the incidents with coded age in GVA, the rate of accidental shootings by 18- to 20-year-olds is more than three times as high as the rate of 18- to 20-year-olds in the U.S. population.

26.    I also separately analyzed the accidental shootings listed in GVA that took place in California. The GVA data identifies 768 accidental shooting incidents in California from 2014 to 2022. Focusing on incidents involving only one shooter and excluding incidents involving police officers, there are 625 accidental shootings in California in the GVA data. Of these 625 incidents, the age of the shooter is identified in 375 or 60%. According to the data, shooters were 18 to 20 years of age in 12% of these incidents in California (45 of the 375 shootings). In contrast, only 4% of California's population is 18 to 20 years of age.[37] The table below summarizes these results.

---

[36] Data on U.S. population by age from the CDC, covering the years 2014-2020. *See* "Bridged-Race Population Estimates 1990-2020 Request," *CDC, https://wonder.cdc.gov/Bridged-Race-v2020.HTML*.

[37] Data on California population by age from the CDC, covering the years 2014-2020. *See* "Bridged-Race Population Estimates 1990-2020 Request," *CDC, https://wonder.cdc.gov/Bridged-Race-v2020.HTML*.

| Accidental Shootings in the U.S. and California from the Gun Violence Archive 2014 - 2022 | | |
|---|---|---|
| | **U.S.** | **CA** |
| Accidental Shootings with One Shooter and the Age of the Shooter is Known | 10,412 | 375 |
| Shooter is 18 to 20 Years of Age | 1,351 | 45 |
| % of Shootings by Shooters 18 to 20 Years of Age | 13% | 12% |
| % of Population 18 to 20 Years of Age | 4% | 4% |

**Notes and Sources:**

Data from the Gun Violence Archive and the CDC. Total number of accidental shootings reported by GVA is 17,543 in the U.S. and 768 in California.

## IV. RELATIVE RATE OF SUICIDES WITH LONG GUNS VERSUS HANDGUNS BY 18- TO 20-YEAR-OLDS

27.    Using data from the Centers for Disease Control and Prevention ("CDC"), I analyzed the relative rate of suicides with long guns versus handguns by 18- to 20-year-olds. The CDC maintains a "wide array of public health information," including "mortality and population counts for all U.S. counties" (the "CDC Mortality Data").[38] The CDC Mortality Data reports the number of suicides with handguns and long guns in the U.S. broken down by the age of victim.[39]

28.    The CDC's suicide rates with long guns and handguns by age are expressed as the number of suicides per 100,000 population. I analyzed data from 1999, the earliest year with available data, through 2018, the last year before the

[38] The CDC Mortality data is available at https://wonder.cdc.gov/ucd-icd10.html, accessed March 14, 2023. *See also*, "General Help for CDC WONDER," *CDC*, https://wonder.cdc.gov/wonder/help/main.html#DataSets and "About Underlying Cause of Death, 1999-2020," *CDC*, https://wonder.cdc.gov/ucd-icd10.html.

[39] Based on causes of death categorized by the CDC as "Intentional self-harm by handgun discharge" and "Intentional self-harm by rifle, shotgun and larger firearm discharge."

law SB 1100 came into effect. The following chart shows the suicide rate with long
guns by age in blue and with handguns in orange, and highlights the age range from
18 to 20 in yellow.



29.    As can be seen in the chart above, there is a substantial increase in the
suicide rate with long guns from 17-year-olds to 18- to 20-year-olds. In particular,
the suicide rate increases from 0.76 per 100,000 at 17 years to 1.28 per 100,000 at
18 to 20 years, an increase of 68%. Such a dramatic increase *is not* observed in the
suicide rate with handguns, which only increases from 0.75 per 100,000 at 17 years
to 0.97 per 100,000 at 18-20 years, an increase of 30%. These patterns are
consistent with the federal ban of sales of handguns, but not long guns, to people
under 21 years of age, *i.e.*, at a federal level, 18- to 20-year-olds can purchase long

guns but not handguns.[40] Moreover, for people aged 21 and older, who are no longer restricted by the federal ban on sales of handguns, the pattern is reversed: the average suicide rate with long guns for people 21 to 35 years of age *decreases* from 1.28 per 100,000 to 1.00 per 100,000, whereas the suicide rate with handguns *substantially increases* from 0.97 per 100,000 to 1.53 per 100,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2023, at New York, New York.

_____

Lucy P. Allen

---

[40] *See* 18 U.S. Code §922(b)(1), which states that "[i]t shall be unlawful for any licensed importer, licensed manufacturer, licensed dealer, or licensed collector to sell or deliver — (1) any firearm or ammunition to any individual who the licensee knows or has reasonable cause to believe is less than eighteen years of age, and, if the firearm, or ammunition is other than a shotgun or rifle, or ammunition for a shotgun or rifle, to any individual who the licensee knows or has reasonable cause to believe is less than twenty-one years of age."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TABLE OF CONTENTS**

| **Exhibit** | **Description** | **Pages** |
|:---:|:---|:---:|
| A | Lucy P. Allen Resume | 1-7 |
| B | Public Mass Shootings Data 1982 – October 2022 | 8-18 |

# Exhibit A



**Lucy P. Allen**
Managing Director

NERA Economic Consulting
1166 Avenue of the Americas
New York, New York 10036
Tel: +1 212 345 5913  Fax: +1 212 345 4650
lucy.allen@nera.com
www.nera.com

Exhibit A

# LUCY P. ALLEN
# MANAGING DIRECTOR

## Education

**YALE UNIVERSITY**
M.Phil., Economics, 1990
M.A., Economics, 1989
M.B.A., 1986

**STANFORD UNIVERSITY**
A.B., Human Biology, 1981

## Professional Experience

1994-Present

**National Economic Research Associates, Inc.**
<u>Managing Director</u>. Responsible for economic analysis in the areas of securities, finance and environmental and tort economics.
<u>Senior Vice President (2003-2016)</u>.
<u>Vice President (1999-2003)</u>.
<u>Senior Consultant (1994-1999)</u>.

1992-1993

**Council of Economic Advisers, Executive Office of the President**
<u>Staff Economist</u>.  Provided economic analysis on regulatory and health care issues to Council Members and interagency groups. Shared responsibility for regulation and health care chapters of the *Economic Report of the President, 1993*.  Working Group member of the President's National Health Care Reform Task Force.

1986-1988
1983-1984

**Ayers, Whitmore & Company (General Management Consultants)**
<u>Senior Associate</u>.  Formulated marketing, organization, and overall business strategies including:
Plan to improve profitability of chemical process equipment manufacturer.
Merger analysis and integration plan of two equipment manufacturers.
Evaluation of Korean competition to a U.S. manufacturer.
Diagnostic survey for auto parts manufacturer on growth obstacles.

Lucy P. Allen

Marketing plan to increase international market share for major accounting firm.

Summer 1985      **WNET/Channel Thirteen, Strategic Planning Department**
<u>Associate</u>.  Assisted in development of company's first long-term strategic plan. Analyzed relationship between programming and viewer support.

1981-1983      **Arthur Andersen & Company**
<u>Consultant</u>.  Designed, programmed and installed management information systems.  Participated in redesign/conversion of New York State's accounting system.  Developed municipal bond fund management system, successfully marketed to brokers.  Participated in President's Private Sector Survey on Cost Control (Grace Commission).  Designed customized tracking and accounting system for shipping company.

**Teaching**

1989- 1992      <u>**Teaching Fellow,**</u> **Yale University**
Honors Econometrics
Intermediate Microeconomics
Competitive Strategies
Probability and Game Theory
Marketing Strategy
Economic Analysis

# Publications

"Snapshot of Recent Trends in Asbestos Litigation: 2022 Update," (co-author), NERA Report, 2022.

"Snapshot of Recent Trends in Asbestos Litigation: 2021 Update," (co-author), NERA Report, 2021.

"The Short-Term Effect of Goodwill Impairment Announcements on Companies' Stock Prices" (co-author), *International Journal of Business, Accounting and Finance,* Volume 14, Number 2, Fall 2020.

"Snapshot of Recent Trends in Asbestos Litigation: 2020 Update," (co-author), NERA Report, 2020.

"Snapshot of Recent Trends in Asbestos Litigation: 2019 Update," (co-author), NERA Report, 2019.

"Snapshot of Recent Trends in Asbestos Litigation: 2018 Update," (co-author), NERA Report, 2018.

Lucy P. Allen

"Trends and the Economic Effect of Asbestos Bans and Decline in Asbestos Consumption and Production Worldwide," (co-author), *International Journal of Environmental Research and Public Health*, 15(3), 531, 2018.

"Snapshot of Recent Trends in Asbestos Litigation: 2017 Update," (co-author), NERA Report, 2017.

"Asbestos: Economic Assessment of Bans and Declining Production and Consumption," World Health Organization, 2017.

"Snapshot of Recent Trends in Asbestos Litigation: 2016 Update," (co-author), NERA Report, 2016.

"Snapshot of Recent Trends in Asbestos Litigation: 2015 Update," (co-author), NERA Report, 2015.

"Snapshot of Recent Trends in Asbestos Litigation: 2014 Update," (co-author), NERA Report, 2014.

"Snapshot of Recent Trends in Asbestos Litigation: 2013 Update," (co-author), NERA Report, 2013.

"Asbestos Payments per Resolved Claim Increased 75% in the Past Year – Is This Increase as Dramatic as it Sounds?  Snapshot of Recent Trends in Asbestos Litigation: 2012 Update," (co-author), NERA Report, 2012.

"Snapshot of Recent Trends in Asbestos Litigation: 2011 Update," (co-author), NERA White Paper, 2011.

"Snapshot of Recent Trends in Asbestos Litigation: 2010 Update," (co-author), NERA White Paper, 2010.

"Settlement Trends and Tactics" presented at Securities Litigation During the Financial Crisis: Current Development & Strategies, hosted by the New York City Bar, New York, New York, 2009.

"Snapshot of Recent Trends in Asbestos Litigation," (co-author), NERA White Paper, 2009.

"China Product Recalls: What's at Stake and What's Next," (co-author), NERA Working Paper, 2008.

"Forecasting Product Liability by Understanding the Driving Forces," (co-author), The International Comparative Legal Guide to Product Liability, 2006.

"Securities Litigation Reform: Problems and Progress," Viewpoint, November 1999, Issue No. 2 (co-authored).

"Trends in Securities Litigation and the Impact of the PSLRA," Class Actions & Derivative Suits, American Bar Association Litigation Section, Vol. 9, No. 3, Summer 1999 (co-authored).

"Random Taxes, Random Claims," Regulation, Winter 1997, pp. 6-7 (co-authored).

## Depositions & Testimony (4 years)

Depositions before the United States District Court for the Southern District of Texas, Houston Division in *Miriam Edwards, et. al. v. McDermott International, Inc., et al.,* 2023.

Declaration before the United States District Court for the District of Oregon in *Oregon Firearms Federation, Inc. et al. v. Tina Kotek et al.*, 2023.

Declaration before the United States District Court for the District of Connecticut in *National Association for Gun Rights et al. v. Ned Lamont et al.*, 2023.

Declaration before the United States District Court for the District of Massachusetts in *National Association for Gun Rights et al. v. Andrea Joy Campbell*, 2023.

Declaration before the United States District Court, District of Delaware, in *Delaware State Sportsmen's Association, Inc. et al. v. Delaware Department of Safety and Homeland Security et al.*, 2023.

Supplemental Declaration before the United States District Court, Central District of California, Southern Division, in *Steven Rupp et al. v. California Attorney General et al.*, 2023.

Deposition Testimony before the United States District Court for the District of Harris County, Texas in *Boxer Property Management Corp. et al. v. Illinois Union Ins. Co. et al.*, 2022.

Declaration before the United States District Court, Southern District of California, in *Virginia Duncan, et al. v. Rob Bonta, et al.*, 2022.

Declaration before the United States District Court, Eastern District of Washington, in *Michael Scott Brumback, et al. v. Robert W. Ferguson, et al.*, 2022.

Trial Testimony before the Supreme Court of the State of New York, County of New York, in *MUFG Union Bank, N.A. (f/k/a Union Bank, N.A.) v. Axos Bank (f/k/a Bank of Internet USA), et al.*, 2022.

Supplemental Declaration before the United States District Court, Southern District of California, in *James Miller et al. v. California Attorney General et al.*, 2022.

Exhibit 4
Page 5

Lucy P. Allen

Declaration before the United States District Court, Northern District of Texas, Dallas Division, in *Samir Ali Cherif Benouis v. Match Group, Inc., et al.,* 2022.

Deposition Testimony before the United States District Court for the Eastern District of Virginia, in *Plymouth County Retirement System, et al. v. Evolent Health, Inc., et al.,* 2022.

Deposition Testimony before the United States District Court for the Northern District of Georgia, in *Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc., et al.,* 2022.

Deposition Testimony before the United States District Court for the Southern District of New York, in *SEC v. AT&T, Inc. et al.*, 2022.

Deposition Testimony before the Superior Court of New Jersey, Hudson County, in *Oklahoma Firefighters Pension and Retirement System vs. Newell Brands Inc., et al.,* 2022.

Deposition Testimony before the United States District Court for the District of Pennsylvania, in *Allegheny County Employees, et al. v. Energy Transfer LP., et al.,* 2022.

Deposition Testimony before the United States District Court, District of Tennessee, in *St. Clair County Employees' Retirement System v. Smith & Acadia Healthcare Company, Inc., et al.*, 2022.

Deposition Testimony before the United States District Court, District of Colorado, in *Cipriano Correa, et al. v. Liberty Oilfield Services Inc., et al.*, 2022.

Deposition Testimony before the Superior Court of New Jersey, Hudson County, in *Oklahoma Firefighters Pension and Retirement System vs. Newell Brands Inc., et al.,* 2021.

Deposition Testimony before the Superior Court of New Jersey, Middlesex County, in *Dana Transport, Inc. et al., vs. PNC Bank et al.,* 2021.

Deposition Testimony before the United States District Court, Western District of North Carolina, in *Cheyenne Jones and Sara J. Gast v. Coca-Cola Consolidated Inc., et al.,* 2021.

Testimony and Deposition Testimony before the Court of Chancery of the State of Delaware in *Bardy Diagnostics Inc. v. Hill-Rom, Inc. et al.,* 2021.

Deposition Testimony before the United States Bankruptcy Court, Southern District of Texas, Houston Division, in *Natixis Funding Corporation v. Genon Mid-Atlantic, LLC,* 2021.

Lucy P. Allen

Testimony and Deposition Testimony before the United States District Court, Southern District of California, in *James Miller et al. v. Xavier Becerra et al.*, 2021.

Deposition Testimony before the Court of Chancery of the State of Delaware in *Arkansas Teacher Retirement System v. Alon USA Energy, Inc., et al.*, 2021.

Deposition Testimony before the United States District Court, Western District of Oklahoma, in *Kathleen J. Myers v. Administrative Committee, Seventy Seven Energy, Inc. Retirement & Savings Plan, et al.*, 2020.

Deposition Testimony before the United States District Court, Middle District of Tennessee, in *Nikki Bollinger Grae v. Corrections Corporation of America, et al.*, 2020.

Deposition Testimony before the Supreme Court of the State of New York, County of New York, in *MUFG Union Bank, N.A. (f/k/a Union Bank, N.A.) v. Axos Bank (f/k/a Bank of Internet USA), et al.*, 2020.

Declaration before the United States District Court for the Northern District of Georgia, in *Sunil Amin et al. v. Mercedes-Benz USA, LLC and Daimler AG*, 2020.

Deposition Testimony before the United States District Court, Western District of Washington at Seattle, in *In re Zillow Group, Inc. Securities Litigation*, 2020.

Declaration before the United States District Court for the Southern District of California in *James Miller et al. v. Xavier Becerra et al.*, 2020.

Deposition Testimony before the United States District Court, Middle District of Tennessee, in *Zwick Partners LP and Aparna Rao v. Quorum Health Corporation*, 2019.

Testimony and Declaration before the United States District Court, Southern District of Iowa, in *Mahaska Bottling Company, Inc., et al. v. PepsiCo, Inc. and Bottling Group, LLC*, 2019.

Declaration before the United States District Court Western District of Oklahoma in *In re: Samsung Top-Load Washing Machine Marketing, Sales Practices and Products Liability Litigation*, 2019.

Testimony before the United States District Court, Southern District of New York, in *Chicago Bridge & Iron Company N.V. Securities Litigation*, 2019.

Deposition Testimony before the United States District Court, Middle District of Florida, in *Jacob J. Beckel v. Fagron Holdings USA, LLC et al.*, 2019.

# Exhibit B

**Public Mass Shootings Data**
**1982 – October 2022**

| Case | Location | Date | Source | Age of Shooter[a] | Fatalities[b] | Injuries[b] | Total Fatalities & Injuries[b] | Shots Fired[c] | Gun(s) Obtained Legally?[d] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| 1. Raleigh spree shooting | Hedingham, NC | 10/13/22 | MJ | 15 | 5 | 2 | 7 | - | | 2 |
| 2. Highland Park July 4 parade shooting | Highland Park, IL | 7/4/22 | MJ | 21 | 7 | 48 | 55 | 83 [ba] | Yes | 1 |
| 3. Tulsa medical center shooting | Tulsa, OK | 6/1/22 | MJ | 45 | 4 | 9 [bb] | 13 [bb] | 37 [bc] | Yes | 2 |
| 4. Robb Elementary School massacre | Uvalde, TX | 5/24/22 | MJ | 18 | 21 | 17 | 38 | 164 [bd] | Yes | 1 [be] |
| 5. Buffalo supermarket massacre | Buffalo, NY | 5/14/22 | MJ/VP | 18 | 10 | 3 | 13 | 60 [bf] | Yes | 1 |
| 6. Sacramento County church shooting | Sacramento, CA | 2/28/22 | MJ | - | 4 | 0 | 4 | - | Yes [bg] | 1 |
| 7. Oxford High School shooting | Oxford, MI | 11/30/21 | MJ/VP | 15 | 4 | 7 | 11 | 30 [bh] | Yes [bi] | 1 |
| 8. San Jose VTA shooting | San Jose, CA | 5/26/21 | MJ/VP | 57 | 9 | 0 | 9 | 39 [bj] | Yes [bk] | 3 |
| 9. Canterbury Mobile Home Park shooting | Colorado Springs, CO | 5/9/21 | WaPo | 28 | 6 | 0 | 6 | 17 [bl] | - | 1 |
| 10. FedEx warehouse shooting | Indianapolis, IN | 4/15/21 | MJ/VP/WaPo | 19 | 8 | 7 | 15 | - | Yes | 2 [bm] |
| 11. Orange office complex shooting | Orange, CA | 3/31/21 | MJ/VP/WaPo | 44 | 4 | 1 | 5 | - | - | 1 |
| 12. Essex Royal Farms shooting | Baltimore County, MD | 3/28/21 | WaPo | 27 | 4 | 1 | 5 | - | Yes [bn] | 1 |
| 13. King Soopers supermarket shooting | Boulder, CO | 3/22/21 | MJ/VP | 21 | 10 | 0 | 10 | - | Yes | 1 |
| 14. Atlanta massage parlor shootings | Atlanta, GA | 3/16/21 | MJ/VP/WaPo | 21 | 8 | 1 | 9 | - | Yes [bo] | 1 |
| 15. Hyde park shooting | Chicago, IL | 1/9/21 | WaPo | 32 | 5 | 2 | 7 | - | - | 1 |
| 16. Englewood block party shooting | Chicago, IL | 7/4/20 | WaPo | - | 4 | 4 | 8 | - | - | - |
| 17. Springfield convenience store shooting | Springfield, MO | 3/15/20 | MJ/VP/WaPo | 31 | 4 | 2 | 6 | - | Yes [bp] | 2 - |
| 18. Molson Coors shooting | Milwaukee, WI | 2/26/20 | MJ/VP/WaPo | 51 | 5 | 0 | 5 | 12 [bq] | - | 2 [br] |
| 19. Jersey City Kosher Supermarket | Jersey City, NJ | 12/10/19 | MJ/WaPo/VP | 47 [e] | 4 | 3 | 7 | - | Yes | 5 |
| 20. Football-watching party | Fresno, CA | 11/17/19 | WaPo | 25 [e] | 4 | 6 | 10 | - | - | - |
| 21. Halloween Party | Orinda, CA | 11/1/19 | WaPo | - | 5 | 0 | 5 | - | - | 1 |
| 22. Tequila KC bar | Kansas City, KS | 10/6/19 | WaPo | 23 [e] | 4 | 5 | 9 | - | No | 2 |
| 23. Midland-Odessa Highways | Odessa, TX | 8/31/19 | MJ/VP/WaPo | 36 | 7 | 25 | 32 | - | No | 1 |
| 24. Dayton | Dayton, OH | 8/4/19 | MJ/VP/WaPo | 24 | 9 | 27 | 36 | 41 [f] | Yes | 1/2 |
| 25. El Paso Walmart | El Paso, TX | 8/3/19 | MJ/VP/WaPo | 21 | 22 | 26 | 48 | - | Yes | 1 |
| 26. Casa Grande Senior Mobile Estates | Santa Maria, CA | 6/19/19 | WaPo | 64 | 4 | 0 | 4 | - | - | 1 |
| 27. Virginia Beach Municipal Center | Virginia Beach, VA | 5/31/19 | MJ/VP/WaPo | 40 | 12 | 4 | 16 | - | Yes | 2 |
| 28. Henry Pratt Co. | Aurora, IL | 2/15/19 | MJ/VP/WaPo | 45 | 5 | 6 | 11 | - | No | 1 |

Exhibit B
Page 9

# Public Mass Shootings Data
## 1982 – October 2022

| Case | Location | Date | Source | Age of Shooter [a] | Fatalities [b] | Injuries [b] | Total Fatalities & Injuries [b] | Shots Fired [c] | Gun(s) Obtained Legally? [d] | Offender(s)' Number of Guns |
|------|----------|------|--------|:----:|:----:|:----:|:----:|:----:|:----:|:----:|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| 29. SunTrust Bank | Sebring, FL | 1/23/19 | MJ/VP/WaPo | 21 | 5 | 0 | 5 | - | Yes | 1 |
| 30. Borderline Bar & Grill | Thousand Oaks, CA | 11/7/18 | MJ/VP/WaPo | 28 | 12 | 1 | 13 | 50 [g] | Yes | 1 |
| 31. Tree of Life Synagogue | Pittsburgh, PA | 10/27/18 | MJ/VP/WaPo | 46 | 11 | 6 | 17 | - | Yes | 4 |
| 32. T&T Trucking | Bakersfield, CA | 9/12/18 | MJ/VP/WaPo | 54 | 5 | 0 | 5 | - | - | 1 |
| 33. Capital Gazette | Annapolis, MD | 6/28/18 | MJ/VP/WaPo | 38 | 5 | 2 | 7 | - | Yes | 1 |
| 34. Santa Fe High School | Santa Fe, TX | 5/18/18 | MJ/VP/WaPo | 17 | 10 | 13 | 23 | - | - | 2 |
| 35. Waffle House | Nashville, TN | 4/22/18 | MJ/VP/WaPo | 29 | 4 | 4 | 8 | - | Yes | 1 |
| 36. Detroit | Detroit, MI | 2/26/18 | VP | 27 | 4 | 0 | 4 | - | - | 1 |
| 37. Stoneman Douglas HS | Parkland, FL | 2/14/18 | CC/MJ/VP/WaPo | 19 | 17 | 17 | 34 | - | Yes | 1 |
| 38. Pennsylvania Carwash | Melcroft, PA | 1/28/18 | MJ/VP/WaPo | 28 | 4 | 1 | 5 | - | - | 3 [h] |
| 39. Rancho Tehama | Rancho Tehama, CA | 11/14/17 | MJ/VP/WaPo | 44 | 4 | 10 | 14 | 30 [i] | No | 2 |
| 40. Texas First Baptist Church | Sutherland Springs, TX | 11/5/17 | CC/MJ/VP/WaPo | 26 | 26 | 20 | 46 | 450 [j] | Yes | 1 |
| 41. Las Vegas Strip | Las Vegas, NV | 10/1/17 | CC/MJ/VP/WaPo | 64 | 58 | 422 | 480 | 1100 [k] | Yes | 23 |
| 42. Taos and Rio Arriba counties | Abiquiu, NM | 6/15/17 | WaPo | 21 | 5 | 0 | 5 | - | - | 1 |
| 43. Fiamma Workplace | Orlando, FL | 6/5/17 | CC/MJ/VP/WaPo | 45 | 5 | 0 | 5 | - | - | 1 |
| 44. Marathon Savings Bank | Rothschild, WI | 3/22/17 | VP/WaPo | 45 | 4 | 0 | 4 | - | - | 2 |
| 45. Club 66 | Yazoo City, MS | 2/6/17 | VP/WaPo | 27 | 4 | 0 | 4 | - | - | 1 |
| 46. Fort Lauderdale Airport | Fort Lauderdale, FL | 1/6/17 | CC/MJ/VP/WaPo | 26 | 5 | 6 | 11 | 15 [l] | Yes | 1 |
| 47. Cascade Mall | Burlington, WA | 9/23/16 | CC/MJ/VP/WaPo | 20 | 5 | 0 | 5 | - | - | 1 |
| 48. Dallas Police | Dallas, TX | 7/7/16 | CC/MJ/VP/WaPo | 25 | 5 | 11 | 16 | - | Yes | 3 |
| 49. Walgreens Parking Lot | Las Vegas, NV | 6/29/16 | WaPo | 34 | 4 | 0 | 4 | - | - | 1 |
| 50. Orlando Nightclub | Orlando, FL | 6/12/16 | CC/MJ/VP/WaPo | 29 | 49 | 53 | 102 | 110 [m] | Yes | 2 |
| 51. Franklin Avenue Cookout | Wilkinsburg, PA | 3/9/16 | VP/WaPo | 27 [e] | 6 | 3 | 9 | 48 [n] | No | 2 |
| 52. Kalamazoo | Kalamazoo County, MI | 2/20/16 | MJ/VP/WaPo | 45 | 6 | 2 | 8 | - | Yes | 1 |
| 53. San Bernardino | San Bernardino, CA | 12/2/15 | CC/MJ/VP/WaPo | 28 [e] | 14 | 22 | 36 | 150 [o] | Yes | 4 |
| 54. Tennessee Colony campsite | Anderson County, TX | 11/15/15 | VP/WaPo | 33 | 6 | 0 | 6 | - | - | 1 |
| 55. Umpqua Community College | Roseburg, OR | 10/1/15 | CC/MJ/VP/WaPo | 26 | 9 | 9 | 18 | - | Yes | 6 |
| 56. Chattanooga Military Center | Chattanooga, TN | 7/16/15 | CC/MJ/VP/WaPo | 24 | 5 | 2 | 7 | - | Yes | 3 |

Exhibit B
Page 10

**Exhibit B**
## Public Mass Shootings Data
## 1982 – October 2022

| | Case | Location | Date | Source | Age of Shooter [a] | Fatalities [b] | Injuries [b] | Total Fatalities & Injuries [b] | Shots Fired [c] | Gun(s) Obtained Legally? [d] | Offender(s)' Number of Guns |
|---|------|----------|------|--------|------|------|------|------|------|------|------|
| | | | | | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| | (1) | (2) | (3) | (4) | | | | | | | |
| 57. | Charleston Church | Charleston, SC | 6/17/15 | CC/MJ/VP/WaPo | 21 | 9 | 3 | 12 | - | Yes | 1 |
| 58. | Marysville High School | Marysville, WA | 10/24/14 | CC/MJ/VP/WaPo | 15 | 4 | 1 | 5 | - | No | 1 |
| 59. | Isla Vista | Santa Barbara, CA | 5/23/14 | MJ/VP/WaPo | 22 | 6 | 13 | 19 | 50 [p] | Yes | 3 |
| 60. | Alturas Tribal | Alturas, CA | 2/20/14 | MJ/VP/WaPo | 44 | 4 | 2 | 6 | - | - | 2 |
| 61. | Washington Navy Yard | Washington, D.C. | 9/16/13 | CC/MJ/VP/WaPo | 34 | 12 | 8 | 20 | - | Yes | 2 |
| 62. | Hialeah | Hialeah, FL | 7/26/13 | CC/MJ/VP/WaPo | 42 | 6 | 0 | 6 | 10 [q] | Yes | 1 |
| 63. | Santa Monica | Santa Monica, CA | 6/7/13 | CC/MJ/VP/WaPo | 23 | 5 | 3 | 8 | 70 [r] | Yes | 2 |
| 64. | Federal Way | Federal Way, WA | 4/21/13 | MJ/VP/WaPo | 27 | 4 | 0 | 4 | - | Yes | 2 |
| 65. | Upstate New York | Herkimer County, NY | 3/13/13 | MJ/VP/WaPo | 64 | 4 | 2 | 6 | - | Yes | 1 |
| 66. | Newtown School | Newtown, CT | 12/14/12 | CC/MJ/VP/WaPo | 20 | 27 | 2 | 29 | 154 | No | 4/3 |
| 67. | Accent Signage Systems | Minneapolis, MN | 9/27/12 | CC/MJ/VP/WaPo | 36 | 6 | 2 | 8 | 46 | Yes | 1 |
| 68. | Sikh Temple | Oak Creek, WI | 8/5/12 | CC/MJ/VP/WaPo | 40 | 6 | 4 | 10 | - | Yes | 1 |
| 69. | Aurora Movie Theater | Aurora, CO | 7/20/12 | CC/MJ/VP/WaPo | 24 | 12 | 70 | 82 | 80 | Yes | 4 |
| 70. | Seattle Café | Seattle, WA | 5/30/12 | CC/MJ/VP/WaPo | 40 | 5 | 1 | 6 | - | Yes | 2 |
| 71. | Oikos University | Oakland, CA | 4/2/12 | CC/MJ/VP/WaPo | 43 | 7 | 3 | 10 | - | Yes | 1 |
| 72. | Su Jung Health Sauna | Norcross, GA | 2/22/12 | MJ/WaPo | 59 | 4 | 0 | 4 | - | Yes | 1 |
| 73. | Seal Beach | Seal Beach, CA | 10/14/11 | CC/MJ/VP/WaPo | 41 | 8 | 1 | 9 | - | Yes | 3 |
| 74. | IHOP | Carson City, NV | 9/6/11 | CC/MJ/VP/WaPo | 32 | 4 | 7 | 11 | - | Yes | 3 |
| 75. | Akron | Akron, OH | 8/7/11 | VP | 51 | 7 | 2 | 9 | 21 [s] | - | - |
| 76. | Forum Roller World | Grand Prairie, TX | 7/23/11 | WaPo | 35 | 5 | 4 | 9 | - | - | 1 |
| 77. | Grand Rapids | Grand Rapids, MI | 7/7/11 | CC | 34 | 7 | 2 | 9 | 10 | - | 1 |
| 78. | Family law practice | Yuma, AZ | 6/2/11 | WaPo | 73 | 5 | 1 | 6 | - | - | 1 |
| 79. | Tucson | Tucson, AZ | 1/8/11 | CC/MJ/VP/WaPo | 22 | 6 | 13 | 19 | 33 | Yes | 1 |
| 80. | Jackson | Jackson, KY | 9/11/10 | VP | 47 | 5 | 0 | 5 | 12 [t] | - | - |
| 81. | City Grill | Buffalo, NY | 8/14/10 | VP/WaPo | 23 | 4 | 4 | 8 | 10 [u] | - | 1 |
| 82. | Hartford Beer Distributor | Manchester, CT | 8/3/10 | CC/MJ/VP/WaPo | 34 | 8 | 2 | 10 | 11 | Yes | 1 |
| 83. | Yoyito Café | Hialeah, FL | 6/6/10 | CC/VP/WaPo | 38 | 4 | 3 | 7 | 9 [v] | - | 1 |
| 84. | Hot Spot Café | Los Angeles, CA | 4/3/10 | VP/WaPo | 28 | 4 | 2 | 6 | 50 [w] | - | 1 |

Exhibit B
Page 11

**Exhibit B**
**Public Mass Shootings Data**
**1982 – October 2022**

| | Case | Location | Date | Source | Age of Shooter[a] | Fatalities[b] | Injuries[b] | Total Fatalities & Injuries[b] | Shots Fired[c] | Gun(s) Obtained Legally?[d] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| 85. | Coffee Shop Police | Parkland, WA | 11/29/09 | CC/MJ/VP/WaPo | 37 | 4 | 0 | 4 | - | No | 2 |
| 86. | Fort Hood | Fort Hood, TX | 11/5/09 | CC/MJ/VP/WaPo | 39 | 13 | 32 | 45 | 214 | Yes | 1 |
| 87. | Worth Street | Mount Airy, NC | 11/1/09 | VP/WaPo | 29 | 4 | 0 | 4 | 16 [x] | No | 1 |
| 88. | Binghamton | Binghamton, NY | 4/3/09 | CC/MJ/VP/WaPo | 41 | 13 | 4 | 17 | 99 | Yes | 2 |
| 89. | Carthage Nursing Home | Carthage, NC | 3/29/09 | CC/MJ/VP/WaPo | 45 | 8 | 2 | 10 | - | Yes | 2 |
| 90. | Skagit County | Alger, WA | 9/2/08 | VP/WaPo | 28 | 6 | 4 | 10 | - | No | 2 |
| 91. | Atlantis Plastics | Henderson, KY | 6/25/08 | CC/MJ/VP/WaPo | 25 | 5 | 1 | 6 | - | Yes | 1 |
| 92. | Black Road Auto | Santa Maria, CA | 3/18/08 | VP/WaPo | 31 | 4 | 0 | 4 | 17 [y] | - | 1 |
| 93. | Northern Illinois University | DeKalb, IL | 2/14/08 | CC/MJ/VP/WaPo | 27 | 5 | 21 | 26 | 54 | Yes | 4 |
| 94. | Kirkwood City Council | Kirkwood, MO | 2/7/08 | CC/MJ/VP/WaPo | 52 | 6 | 1 | 7 | - | No | 2 |
| 95. | Youth With a Mission and New Life Church | Colorado Springs, CO | 12/9/07 | VP/WaPo | 24 | 4 | 5 | 9 | 25 [z] | - | 3 |
| 96. | Westroads Mall | Omaha, NE | 12/5/07 | CC/MJ/VP/WaPo | 19 | 8 | 5 | 13 | 14 | No | 1 |
| 97. | Crandon | Crandon, WI | 10/7/07 | CC/MJ/WaPo | 20 | 6 | 1 | 7 | 30 [aa] | Yes | 1 |
| 98. | Virginia Tech | Blacksburg, VA | 4/16/07 | CC/MJ/VP/WaPo | 23 | 32 | 17 | 49 | 176 | Yes | 2 |
| 99. | Trolley Square | Salt Lake City, UT | 2/12/07 | CC/MJ/VP/WaPo | 18 | 5 | 4 | 9 | - | No | 2 |
| 100. | Amish School | Lancaster County, PA | 10/2/06 | CC/MJ/VP/WaPo | 32 | 5 | 5 | 10 | - | Yes | 3 |
| 101. | The Ministry of Jesus Christ | Baton Rouge, LA | 5/21/06 | VP/WaPo | 25 | 5 | 1 | 6 | - | - | 1 |
| 102. | Capitol Hill | Seattle, WA | 3/25/06 | CC/MJ/VP/WaPo | 28 | 6 | 2 | 8 | - | Yes | 4 |
| 103. | Goleta Postal | Goleta, CA | 1/30/06 | CC/MJ/VP/WaPo | 44 | 7 | 0 | 7 | - | Yes | 1 |
| 104. | Sash Assembly of God | Sash, TX | 8/29/05 | VP/WaPo | 54 | 4 | 0 | 4 | - | - | 1 |
| 105. | Red Lake | Red Lake, MN | 3/21/05 | CC/MJ/VP/WaPo | 16 | 9 | 7 | 16 | - | No | 3 |
| 106. | Living Church of God | Brookfield, WI | 3/12/05 | CC/MJ/VP/WaPo | 44 | 7 | 4 | 11 | - | Yes | 1 |
| 107. | Fulton County Courthouse | Atlanta, GA | 3/11/05 | VP/WaPo | 33 | 4 | 0 | 4 | - | No | 1 |
| 108. | Damageplan Show | Columbus, OH | 12/8/04 | CC/MJ/VP/WaPo | 25 | 4 | 3 | 7 | 15 [ab] | Yes | 1 |
| 109. | Hunting Camp | Meteor, WI | 11/21/04 | CC/VP/WaPo | 36 | 6 | 2 | 8 | 20 | - | 1 |
| 110. | ConAgra Foods Plant | Kansas City, KS | 7/3/04 | VP/WaPo | 21 | 6 | 1 | 7 | 10 [ac] | - | 1 |
| 111. | Stateline Tavern | Oldtown, ID | 10/24/03 | VP/WaPo | 53 | 4 | 0 | 4 | 14 [ad] | - | 1 |
| 112. | Windy City Warehouse | Chicago, IL | 8/27/03 | CC/VP/WaPo | 36 | 6 | 0 | 6 | - | - | - |

Exhibit B
Page 12

**Exhibit B**

# Public Mass Shootings Data
## 1982 – October 2022

| Case | Location | Date | Source | Age of Shooter[a] | Fatalities[b] | Injuries[b] | Total Fatalities & Injuries[b] | Shots Fired[c] | Gun(s) Obtained Legally?[d] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| 113. Lockheed Martin | Meridian, MS | 7/8/03 | CC/MJ/VP/WaPo | 48 | 6 | 8 | 14 | - | Yes | 5 |
| 114. Labor Ready | Huntsville, AL | 2/25/03 | VP/WaPo | 23 | 4 | 1 | 5 | - | - | 1 |
| 115. Bertrand Products | South Bend, IN | 3/22/02 | VP/WaPo | 54 | 4 | 2 | 6 | - | - | 2 |
| 116. Burns International Security | Sacramento, CA | 9/10/01 | VP/WaPo | 20 | 5 | 2 | 7 | 200 [ae] | - | 2 |
| 117. Bookcliff RV Park | Rifle, CO | 7/3/01 | VP/WaPo | 42 | 4 | 3 | 7 | 6 [af] | - | 1 |
| 118. Navistar | Melrose Park, IL | 2/5/01 | CC/MJ/VP/WaPo | 66 | 4 | 4 | 8 | - | Yes | 4 |
| 119. Houston | Houston, TX | 1/9/01 | VP | 54 | 4 | 0 | 4 | - | - | - |
| 120. Wakefield | Wakefield, MA | 12/26/00 | CC/MJ/VP/WaPo | 42 | 7 | 0 | 7 | 37 | Yes | 3 |
| 121. Mount Lebanon | Pittsburgh, PA | 4/28/00 | VP/WaPo | 34 | 5 | 1 | 6 | - | Yes | 1 |
| 122. Mi-T-Fine Car Wash | Irving, TX | 3/20/00 | VP/WaPo | 28 | 5 | 1 | 6 | - | - | - |
| 123. Hotel | Tampa, FL | 12/30/99 | CC/MJ/VP/WaPo | 36 | 5 | 3 | 8 | - | Yes | 2 |
| 124. Xerox | Honolulu, HI | 11/2/99 | CC/MJ/VP/WaPo | 40 | 7 | 0 | 7 | 28 | Yes | 1 |
| 125. Wedgwood Baptist Church | Fort Worth, TX | 9/15/99 | CC/MJ/VP/WaPo | 47 | 7 | 7 | 14 | 30 | Yes | 2 |
| 126. Atlanta Day Trading | Atlanta, GA | 7/29/99 | MJ/VP/WaPo | 44 | 9 | 13 | 22 | - | Yes | 4 |
| 127. Albertson's Supermarket | Las Vegas, NV | 6/3/99 | VP/WaPo | 23 | 4 | 1 | 5 | - | - | 1 |
| 128. Columbine High School | Littleton, CO | 4/20/99 | CC/MJ/VP/WaPo | 18 [e] | 13 | 23 | 36 | 188 | No | 4 |
| 129. New St. John Fellowship Baptist Church | Gonzalez, LA | 3/10/99 | VP/WaPo | 22 | 4 | 4 | 8 | - | - | 1 |
| 130. Thurston High School | Springfield, OR | 5/21/98 | CC/MJ/VP/WaPo | 15 | 4 | 25 | 29 | 50 | No | 3 |
| 131. Westside Middle School | Jonesboro, AR | 3/24/98 | CC/MJ/VP/WaPo | 13 [e] | 5 | 10 | 15 | 26 | No | 9/10 |
| 132. Connecticut Lottery | Newington, CT | 3/6/98 | CC/MJ/VP/WaPo | 35 | 4 | 0 | 4 | 5 | Yes | 1 |
| 133. Caltrans Maintenance Yard | Orange, CA | 12/18/97 | CC/MJ/VP/WaPo | 41 | 4 | 2 | 6 | 144 | Yes | 1 |
| 134. Erie Manufacturing | Bartow, FL | 12/3/97 | VP | 59 | 4 | 0 | 4 | 12 [ag] | - | - |
| 135. R.E. Phelon Company | Aiken, SC | 9/15/97 | CC/MJ/VP/WaPo | 43 | 4 | 3 | 7 | - | No | 1 |
| 136. News and Sentinel | Colebrook, NH | 8/20/97 | VP/WaPo | 62 | 4 | 4 | 8 | - | - | 2 |
| 137. Fire Station | Jackson, MS | 4/25/96 | VP/WaPo | 32 | 5 | 3 | 8 | - | - | 1 |
| 138. Fort Lauderdale | Fort Lauderdale, FL | 2/9/96 | CC/MJ/VP/WaPo | 41 | 5 | 1 | 6 | 14 [ah] | Yes | 2 |
| 139. Little Chester Shoes | New York, NY | 12/19/95 | VP/WaPo | 22 | 5 | 3 | 8 | - | - | 1 |
| 140. Piper Technical Center | Los Angeles, CA | 7/19/95 | CC/VP/WaPo | 42 | 4 | 0 | 4 | - | - | - |

Exhibit B
Page 13

# Public Mass Shootings Data
## 1982 – October 2022

| Case | Location | Date | Source | Age of Shooter[a] | Fatalities[b] | Injuries[b] | Total Fatalities & Injuries[b] | Shots Fired[c] | Gun(s) Obtained Legally?[d] | Offender(s)' Number of Guns |
|------|----------|------|--------|-----------------|---------------|-------------|-------------------------------|----------------|----------------------------|------------------------------|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| 141. Walter Rossler Company | Corpus Christi, TX | 4/3/95 | CC/MJ/VP/WaPo | 28 | 5 | 0 | 5 | - | Yes | 2 |
| 142. Puppy creek | Hoke County, NC | 12/31/94 | VP | 18 | 5 | 1 | 6 | - | - | - |
| 143. Air Force Base | Fairchild Base, WA | 6/20/94 | CC/MJ/VP/WaPo | 20 | 4 | 23 | 27 | 50 [ai] | Yes | 1 |
| 144. Chuck E. Cheese | Aurora, CO | 12/14/93 | CC/MJ/VP/WaPo | 19 | 4 | 1 | 5 | - | - | 1 |
| 145. Long Island Railroad | Garden City, NY | 12/7/93 | CC/MJ/VP/WaPo | 35 | 6 | 19 | 25 | 30 | Yes | 1 |
| 146. Unemployment Office | Oxnard, CA | 12/2/93 | VP/WaPo | 33 | 4 | 4 | 8 | - | - | - |
| 147. Family Fitness Club | El Cajon, CA | 10/14/93 | VP/WaPo | 19 | 4 | 0 | 4 | - | Yes | 1 |
| 148. Luigi's Restaurant | Fayetteville, NC | 8/6/93 | CC/MJ/VP/WaPo | 22 | 4 | 8 | 12 | - | Yes | 3 |
| 149. Washington County Bar | Jackson, MS | 7/8/93 | WaPo | 32 | 5 | 0 | 5 | - | - | - |
| 150. 101 California Street | San Francisco, CA | 7/1/93 | CC/VP/WaPo | 55 | 8 | 6 | 14 | 75 | No | 3 |
| 151. Card club | Paso Robles, CA | 11/8/92 | VP/WaPo | 43 | 6 | 1 | 7 | - | - | 1 |
| 152. Watkins Glen | Watkins Glen, NY | 10/15/92 | VP/WaPo | 50 | 4 | 0 | 4 | - | Yes | 1 |
| 153. Lindhurst High School | Olivehurst, CA | 5/1/92 | CC/MJ/VP/WaPo | 20 | 4 | 10 | 14 | - | Yes | 2 |
| 154. Phoenix | Phoenix, AZ | 3/15/92 | VP | 26 | 4 | 0 | 4 | - | - | - |
| 155. Royal Oak Postal | Royal Oak, MI | 11/14/91 | CC/MJ/VP/WaPo | 31 | 4 | 4 | 8 | - | Yes | 1 |
| 156. Restaurant | Harrodsburg, KY | 11/10/91 | VP/WaPo | 45 | 4 | 0 | 4 | 6 [aj] | No | 1 |
| 157. University of Iowa | Iowa City, IA | 11/1/91 | CC/MJ/VP/WaPo | 28 | 5 | 1 | 6 | - | Yes | 1 |
| 158. Luby's Cafeteria | Killeen, TX | 10/16/91 | CC/MJ/VP/WaPo | 35 | 23 | 20 | 43 | 100 | Yes | 2 |
| 159. Post office | Ridgewood, NJ | 10/10/91 | VP/WaPo | 35 | 4 | 0 | 4 | - | - | 2 |
| 160. GMAC | Jacksonville, FL | 6/18/90 | CC/MJ/VP/WaPo | 42 | 9 | 4 | 13 | 14 | Yes | 2 |
| 161. Standard Gravure Corporation | Louisville, KY | 9/14/89 | CC/MJ/VP/WaPo | 47 | 8 | 12 | 20 | 21 | Yes | 5 |
| 162. Stockton Schoolyard | Stockton, CA | 1/17/89 | CC/MJ/VP/WaPo | 24 | 5 | 29 | 34 | 106 | Yes | 2 |
| 163. Montefiore School | Chicago, IL | 9/22/88 | VP/WaPo | 40 | 4 | 2 | 6 | - | - | 1 |
| 164. Old Salisbury Road | Winston-Salem, NC | 7/17/88 | VP/WaPo | 24 | 4 | 5 | 9 | - | - | 1 |
| 165. ESL | Sunnyvale, CA | 2/16/88 | CC/MJ/VP/WaPo | 39 | 7 | 4 | 11 | - | Yes | 7 |
| 166. Shopping Centers | Palm Bay, FL | 4/23/87 | CC/MJ/VP/WaPo | 59 | 6 | 14 | 20 | 40 [ak] | Yes | 3 |
| 167. United States Postal Service | Edmond, OK | 8/20/86 | CC/MJ/VP/WaPo | 44 | 14 | 6 | 20 | - | Yes | 3 |
| 168. Anchor Glass Container Corporation | South Connellsville, PA | 3/16/85 | VP/WaPo | 39 | 4 | 1 | 5 | - | - | 1 |

Exhibit B
Page 14

## Exhibit B
## Public Mass Shootings Data
## 1982 – October 2022

| | Case | Location | Date | Source | Age of Shooter[a] | Fatalities[b] | Injuries[b] | Total Fatalities & Injuries[b] | Shots Fired[c] | Gun(s) Obtained Legally?[d] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| 169. | Other Place Lounge | Hot Springs, AR | 7/24/84 | VP/WaPo | 33 | 4 | 1 | 5 | - | - | 1 |
| 170. | San Ysidro McDonald's | San Ysidro, CA | 7/18/84 | CC/MJ/VP/WaPo | 41 | 21 | 19 | 40 | 257 | Yes | 3 |
| 171. | Dallas Nightclub | Dallas, TX | 6/29/84 | CC/MJ/VP/WaPo | 39 | 6 | 1 | 7 | - | No | 1 |
| 172. | Alaska Mining Town | Manley Hot Springs, AK | 5/17/84 | VP/WaPo | 25 | 7 | 0 | 7 | - | - | 1 |
| 173. | College Station | Collge Station, TX | 10/11/83 | VP | 24 | 6 | 0 | 6 | - | - | - |
| 174. | Alaska Back-County | McCarthy, AK | 3/1/83 | VP/WaPo | 39 | 6 | 2 | 8 | - | - | 2 |
| 175. | Upper West Side Hotel | New York, NY | 2/3/83 | VP | 41 | 4 | 1 | 5 | - | - | 1 |
| 176. | The Investor | Noyes Island, AK | 9/6/82 | WaPo | - | 8 | 0 | 8 | - | - | 1 |
| 177. | Welding Shop | Miami, FL | 8/20/82 | MJ/VP/WaPo | 51 | 8 | 3 | 11 | - | Yes | 1 |
| 178. | Western Transfer Co. | Grand Prairie, TX | 8/9/82 | VP/WaPo | 46 | 6 | 4 | 10 | - | - | 3 |
| 179. | Russian Jack Springs Park | Anchorage, AK | 5/3/82 | VP/WaPo | 34 | 4 | 0 | 4 | - | No | 1 |

**Notes and Sources:**

Public Mass Shootings from Mother Jones ("US Mass Shootings, 1982-2022: Data from Mother Jones' Investigation," updated November 23, 2022). MJ indicates a mass shooting identified by Mother Jones.

The Citizens Crime Commission of New York City ("Mayhem Multiplied: Mass Shooters and Assault Weapons," February 2018 update, and "Citizens Crime Commission of New York City, Mass Shooting Incidents in America (1984-2012)," accessed June 1, 2017). CC indicates a mass shooting identified by Citizens Crime Commission of New York City data.

The Washington Post ("The Terrible Numbers That Grow With Each Mass Shooting,", updated May 12, 2021). WaPo indicates a mass shooting identified by The Washington Post.

The Violence Project ("Mass Shooter Database," updated May 14, 2022). VP indicates a mass shooting identified by the Violence Project.

[a] The determination of the shooters' ages is based on Mother Jones, Citizens Crime Commission, the Washington Post, and The Violence Project reporting.

[b] Offender(s) are not included in counts of fatalities and injuries. Stories from Factiva and Google searches reviewed to determine number of fatalities and injuries.

[c] Except where noted, all data on shots fired obtained from CC.

[d] The determination of whether guns were obtained legally is based on Mother Jones and Washington Post reporting.

[e] Additional shooter(s). Age indicated is shooter closest to 18-20 years.

[ba] "'This is the norm in our country': Highland Park Mayor speaks to Senate committee about gun violence," *CBS Chicago*, July 20, 2022.

[bb] MJ reported "fewer than 10" injuries for this incident.

[bc] "Update: Man among those killed held door to allow others to escape, Tulsa police chief says," *TulsaWorld*, June 2, 2022.

Exhibit B
Page 15

**Exhibit B**
## Public Mass Shootings Data
## 1982 – October 2022

| Case | Location | Date | Source | Age of Shooter[a] | Fatalities[b] | Injuries[b] | Total Fatalities & Injuries[b] | Shots Fired[c] | Gun(s) Obtained Legally?[d] | Offender(s)' Number of Guns |
|------|----------|------|--------|-------------------|---------------|-------------|--------------------------------|----------------|------------------------------|------------------------------|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |

[bd] "The gunman in Uvalde carried more ammunition into Robb Elementary School than a U.S. soldier carries into combat," *CBS News* , May 27, 2022. Note the number of shots fired has been updated since Allen 2022 in Duncan v. Rob Bonta which listed 315 shots fired based on the number of rounds found at the school.

[be] "Uvalde gunman legally bought AR rifles days before shooting, law enforcement says," *The Texas Tribune* , May 25, 2022.

[bf] "Buffalo shooting suspect says his motive was to prevent 'eliminating the white race'," *NPR* , June 16, 2022.

[bg] "Sacramento Church Mass Shooting Follows Disturbing Trend of Domestic Violence, Mass Shooting Connection; Rise of Ghost Guns," *Everytown* , March 7, 2022.

[bh] "Oxford High School shooter fired 30 rounds, had 18 more when arrested, sheriff says," *Fox2Detroit* , December 1, 2021.

[bi] "Father of suspected Oxford High School shooter bought gun 4 days before shooting," *Fox 2 Detroit* , December 1, 2021.

[bj] "VTA shooter fired 39 rounds during attack; carried 32 high-capacity magazines," *KTVU Fox 2* , May 27, 2021.

[bk] "Sam Cassidy legally owned guns used in San Jose VTA shooting: Sheriff," *Kron4* , May 28, 2021.

[bl] "Colorado Springs shooter who killed 6 at party had "displayed power and control issues," police say," *The Denver Post* , May 11, 2021.

[bm] "Indianapolis FedEx Shooter Who Killed 4 Sikhs Was Not Racially Motivated, Police Say," *NPR* , July 28, 2021.

[bn] "Police Investigate Three Separate Fatal Shooting Incidents In Baltimore County," *Baltimore County Government Website* , March 29, 2021.

[bo] "Atlanta Shooting Suspect Bought Gun on Day of Rampage," *Courthouse News* , March 26, 2021.

[bp] "Search warrant reveals new information in Springfield Kum & Go shooting," *Springfield News-Leader* , April 8, 2020.

[bq] "There was no warning this was going to happen,' Miller shooting witnesses told investigators," *WISN 12 News* , November 24, 2020.

[br] "Milwaukee Miller brewery shooting: Six Molson Coors workers, including shooter, dead in rampage," *Milwaukee Journal Sentinel* , February 26, 2020.

[f] "The Dayton gunman killed 9 people by firing 41 shots in 30 seconds. A high-capacity rifle helped enable that speed," *CNN* , August 5, 2019.

[g] "Authorities Describe 'Confusion And Chaos' At Borderline Bar Shooting In California," *NPR* , November 28, 2018.

[h] "Suspect in quadruple killing at car wash dies," *CNN* , January 30, 2018.

[i] "California gunman fired 30 rounds at elementary school, left when he couldn't get inside," *ABC News* , November 15, 2017.

[j] "'Be quiet! It's him!' Survivors say shooter walked pew by pew looking for people to shoot," *CNN* , November 9, 2017.

[k] "Sheriff Says More than 1,100 Rounds Fired in Las Vegas," *Las Vegas Review Journal* , November 22, 2017.

[l] "Fort Lauderdale Shooting Suspect Appears in Court, Ordered Held Without Bond," *Washington Post* , January 9, 2017.

[m] "'We Thought It Was Part of the Music': How the Pulse Nightclub Massacre Unfolded in Orlando," *The Telegraph* , June 13, 2016.

Exhibit B
Page 16

**Exhibit B**
## Public Mass Shootings Data
## 1982 – October 2022

| Case | Location | Date | Source | Age of Shooter[a] | Fatalities[b] | Injuries[b] | Total Fatalities & Injuries[b] | Shots Fired[c] | Gun(s) Obtained Legally?[d] | Offender(s)' Number of Guns |
|------|----------|------|--------|-------------------|---------------|-------------|-------------------------------|----------------|----------------------------|----------------------------|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |

[n] "Two men charged with homicide in connection with Wilkinsburg backyard ambush," *Pittsburgh's Action News* , June 24, 2016.

[o] "San Bernardino Suspects Left Trail of Clues, but No Clear Motive," *New York Times* , December 3, 2015.

[p] "Sheriff: Elliot Rodger Fired 50-plus Times in Isle Vista Rampage," *Los Angeles Times* , June 4, 2014.

[q] "Shooter Set $10,000 on Fire in Hialeah Shooting Rampage," *NBC News* , July 28, 2013.

[r] "Police Call Santa Monica Gunman 'Ready for Battle,'" *New York Times* , June 8, 2013.

[s] "Questions linger in slayings; investigation continues in rampage as community searches for answers on why gunman shot eight people," *The Beacon Journal* , August 14, 2011.

[t] "Kentucky Tragedy: Man Kills Wife, Five Others, in Rampage Over Cold Eggs, Say Cops," *CBS News* , September 13, 2010.

[u] "Ex-gang member guilty of shooting 5 in deadly 17-second rampage," *NBC* , April 1, 2011.

[v] "Hialeah Gunman's Rage Over Estranged Wife Leaved 5 Dead," *Sun-Sentinel* , June 7, 2010.

[w] "Man convicted of killing 4 at Los Angeles restaurant," *Associated Press* , March 15, 2016.

[x] "4 Victims In Mount Airy Shooting Related, Police Say," *WXII 12 News* , November 2, 2009.

[y] "Arrested suspect might have warned of Santa Maria shooting", *Associated Press* , March 20, 2008.

[z] "Profile: New information released on Matthew Murray, gunman in church-related shootings in Colorado; Larry Bourbannais, wounded in one of the shootings, discusses his experience," *NBC News* , December 11, 2007.

[aa] "Small Town Grieves for 6, and the Killer," *Los Angeles Times* , October 9, 2007.

[ab] "National Briefing | Midwest: Ohio: Shooter At Club May Have Reloaded," *New York Times* , January 15, 2005.

[ac] "Sixth person dies of injuries from shooting at Kansas meatpacking plant," *Associated Press* , July 3, 2004.

[ad] "Four Killed In Oldtown Shooting," *The Miner* , October 30, 2003.

[ae] "Sacramento shooter unscathed before killing self, autopsy shows," *Associated Press* , September 14, 2001.

[af] "Gunman kills 3, wounds 4 in Rifle rampage; mental patient is arrested," *The Denver Post* , April 2, 2015.

[ag] "Unfinished business," *Dateline NBC* , December 21, 2006.

[ah] "5 Beach Workers in Florida are Slain by Ex-Colleague," *New York Times* , February 10, 1996.

[ai] "Man Bent On Revenge Kills 4, Hurts 23 -- Psychiatrist Is First Slain In Rampage At Fairchild Air Force Base," *The Seattle Times* , June 21, 1994.

[aj] "Man Killed Estranged Wife, Three Others as They Drove to Dinner," *Associated Press* , November 11, 1991.

**Exhibit B**

## Public Mass Shootings Data
### 1982 – October 2022

| Case | Location | Date | Source | Age of Shooter[a] | Fatalities[b] | Injuries[b] | Total Fatalities & Injuries[b] | Shots Fired[c] | Gun(s) Obtained Legally?[d] | Offender(s)' Number of Guns |
|------|----------|------|--------|-------------------|---------------|-------------|-------------------------------|----------------|------------------------------|------------------------------|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |

[ak] "6 Dead in Florida Sniper Siege; Police Seize Suspect in Massacre," *Chicago Tribune*, April 25, 1987.

Exhibit B
Page 18