# CERTIFICATE OF SERVICE

| Case Name: | **Jones, Matthew, et al. v. Xavier Becerra, et al** | No. | **3:19-cv-01226-L-AHG** |
|---|---|---|---|

I hereby certify that on <u>March 16, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT; DEFENDANTS' APPLICATION PURSUANT TO FED. R. CIV. P. 56(D)**
2. **DECLARATION OF BRENNAN RIVAS**
3. **DECLARATION OF JENNIFER E. ROSENBERG IN SUPPORT OF DEFENDANTS APPLICATION PURSUANT TO FED. R. CIV. P. 56(D)**
4. **DECLARATION OF LOUIS KLAREVAS**
5. **DECLARATION OF LUCY P. ALLEN**
6. **DECLARATION OF MARICELA LEYVA CHAVEZ IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION**
7. **DECLARATION OF PROFESSOR JOHN J. DONOHUE**
8. **DECLARATION OF PROFESSOR SAUL CORNELL**
9. **DECLARATION OF RANDOLPH ROTH**
10. **DECLARATION OF ROBERT J. SPITZER**
11. **DECLARATION OF S. CLINTON WOODS IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION**
12. **DEFENDANTS OBJECTIONS TO DECLARATION OF BRANDON COMBS IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 16, 2023</u>, at Los Angeles, California.

| J. Sissov | /s/ J. Sissov |
|---|---|
| Declarant | Signature |

SA2019103398  65817850.docx