UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, et al.,<br><br>　　　　　　　　Defendants. | Case No.:  19-cv-1226-L-AHG<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO AMEND COMPLAINT AND DISMISSING PLAINTIFFS MATTHEW JONES THOMAS FURRH, KYLE YAMAMOTO, and BEEBE FAMILY ARMS AND MUNITIONS [ECF NO. 108]** |

　　　　Pending before the Court is Plaintiffs' motion for leave to file a third amended complaint, and the parties' stipulation thereon. The Court has reviewed the motion, the proposed third amended complaint, the parties' stipulation, and the file herein. The requested amendment is unopposed by Defendants.  Good cause appearing, Plaintiffs' motion is granted.

　　　　Plaintiffs' motion for leave to file a third amended complaint is **GRANTED**. Plaintiffs are permitted to file and serve the third amended complaint, limited to the addition of the new individual plaintiffs and the edits incorporated in the proposed third amended complaint submitted with the motion, within three (3) days of entry of this Order.

1 | The parties further stipulate to the dismissal of plaintiffs Matthew Jones, Thomas Furrh,
2 | Kyle Yamamoto, and Beebe Family Arms and Munitions.

4 | **IT IS SO ORDERED**
5 | Dated:  March 20, 2023

_____
Hon. M. James Lorenz
United States District Judge