1   ROB BONTA
    Attorney General of California
2   MARK BECKINGTON
    Supervising Deputy Attorney General
3   JENNIFER E. ROSENBERG
    Deputy Attorney General
4   STEPHANIE ALBRECHT
    Deputy Attorney General
5   State Bar No. 281474
     300 South Spring Street, Suite 1702
6    Los Angeles, CA 90013
     Telephone: (213) 269-6166
7    Fax: (916) 731-2124
     E-mail: Stephanie.Albrecht@doj.ca.gov
8   *Attorneys for Defendants Rob Bonta, in his*
    *official capacity as Attorney General of the*
9   *State of California, and Allison Mendoza, in*
    *her official capacity as Director of the*
10  *Department of Justice Bureau of Firearms*

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| 14 | | |
|----|----|----|
| 15 | **JOSE CHAVEZ, *et al.*,** | 3:19-cv-01226-L-AHG |
| 16 | Plaintiffs, | **NOTICE OF APPEARANCE** |
| 17 | **v.** | Dept: 5B<br>Judge: Hon. M. James Lorenz and Magistrate Judge Alison H. Goddard |
| 18 | **ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,** | Action Filed: July 1, 2019 |
| 19 | | |
| 20 | Defendants. | |
| 21 | | |

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that Deputy Attorney General Stephanie Albrecht hereby enters her appearance as additional counsel of record for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms[1] (collectively, "Defendants"), in this action.  Ms. Albrecht is a member of the State Bar of California and is admitted to practice in the Southern District of California.  Her contact information is as follows:

Stephanie Albrecht
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone:  (213) 269-6166
Facsimile:  (916) 731-2124
E-mail:  Stephanie.Albrecht@doj.ca.gov

Dated:  April 4, 2023                    Respectfully submitted,

                                         ROB BONTA
                                         Attorney General of California
                                         MARK R. BECKINGTON
                                         Supervising Deputy Attorney General


                                         */s/ Stephanie Albrecht*
                                         STEPHANIE ALBRECHT
                                         Deputy Attorney General
                                         *Attorneys for Defendants*

---

[1] Allison Mendoza previously held the position of Acting Director of the Department of Justice Bureau of Firearms.  Her appointment to the position of Director of the Department of Justice Bureau of Firearms, effective March 2, 2023, was announced on March 24, 2023.

2