UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, *et al.*,<br><br>                          Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, *et al.*,<br><br>                          Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>**ORDER GRANTING JOINT STIPULATION**<br><br>**[ECF No. 121]** |

Before the Court is the parties' Joint Stipulation re Amended Organizational Plaintiff Declarations and Depositions, and Limitation on Evidence and Testimony. ECF No. 121. The parties have stipulated that the declarations of Brandon Combs (ECF No. 21-8) and Alan Gottlieb (ECF No. 21-10) that Plaintiffs previously submitted and relied upon in support of their Motion for Preliminary Injunction; or Alternatively, Motion for Summary Judgment (ECF No. 103) ("Plaintiffs' Motion") shall be withdrawn, and that Plaintiff will no longer rely upon the prior iterations of these declarations in support of Plaintiffs' Motion or in any further proceedings in this case. ECF No. 121 at 2-4. The parties have further agreed that Plaintiffs will instead rely on amended declarations from both Mr. Combs (ECF No. 121-1) and Mr. Gottlieb (ECF No. 121-2), which are attached as Exhibits A and B to the Joint Stipulation. The parties have further stipulated that any evidence or testimony

offered by any Organizational Plaintiff and their representatives (written or oral) will be limited to facts, documents, communications, testimony, and/or other evidence related to and concerning the issue of Article III standing for the Organizational Plaintiffs. ECF No. 121 at 4. In exchange, Defendants have agreed to forgo the depositions of Organizational Plaintiff representatives, including but not limited to Mr. Combs and Mr. Gottlieb. *Id.*

Good cause appearing, and upon consultation with the presiding District Judge in this matter, the parties' Joint Stipulation (ECF No. 121) is **GRANTED**. Pursuant to the parties' stipulation, the Court considers the Combs Declaration previously submitted at ECF No. 21-8 and the Gottlieb Declaration prevoiusly submitted at ECF No. 21-10 to be **WITHDRAWN**. Thus, in deciding Plaintiffs' pending Motion for Preliminary Injunction; or Alternatively, Motion for Summary Judgment (ECF No. 103), the Court will consider only the amended Combs and Gottlieb Declarations (ECF Nos. 121-1 and 121-2), and will disregard the previously submitted Combs and Gottlieb declarations (ECF Nos. 21-8 and 21-10). Additionally, the parties are bound by all other terms of the Joint Stipulation not expressly restated herein.

**IT IS SO ORDERED.**

Dated: October 2, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge