John W. Dillon (SBN 296788)
Jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, et al., | Case No. 3:19-cv-01226-L-AHG |
| Plaintiffs, | **PLAINTIFFS' LODGMENT OF SUBSTITUTE DECLARATIONS PURSUANT TO PARTY STIPULATION AND COURT ORDER** |
| vs. | |
| ROB BONTA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | |

1  Plaintiffs Jose Chavez, *et al*. ("Plaintiffs") hereby submit the following substitute
2  declarations of Brandon Combs and Alan Gottlieb in Support of Plaintiffs Motion for
3  Preliminary Injunction filed on November 12, 2019 (ECF 21) and Plaintiffs subsequent
4  Motion for Preliminary Injunction; or Alternatively, Motion for Summary Judgment
5  (ECF 103), pursuant to Parties' Stipulations (ECF 121) and this Court's Order (ECF
6  122).

7  Attached hereto as **Exhibit A** is a true and correct copy of the substitute
8  declaration of Brandon Combs in Support of Plaintiffs Motion for Preliminary
9  Injunction. Attached hereto as **Exhibit B** is a true and correct copy of the substitute
10 declaration of Alan Gottlieb in Support of Plaintiffs Motion for Preliminary Injunction.

13  October 12, 2023                    DILLON LAW GROUP APC

15                                       */s/ John W. Dillon*
                                         John W. Dillon

                                         Attorney for Plaintiffs