John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,[1] <br><br> Defendants. | Case No.: 3:19-cv-01226-L-AHG <br><br> Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard <br><br> **DECLARATION OF BRANDON COMBS IN SUPPORT OF PLAINITFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Second Amended Complaint Filed: Nov. 8, 2019 <br> Third Amended Complaint Filed: March 22, 2023 |

---

[1] Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as California Attorney General, and Allison Mendoza is automatically substituted for her predecessors, former Directors Louis Lopez and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

*Declaration of Brandon Combs In Support of Plaintiffs' Motion for Preliminary Injunction*

# DECLARATION OF BRANDON COMBS

I, Brandon Combs, declare as follows:

1. I am an adult resident of Clark County, Nevada. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify thereto. This declaration is executed in support of Plaintiffs' Motion for Preliminary Injunction. (ECF No. 21).

2. I am the President of Firearms Policy Coalition, Inc. ("FPC"), an organizational plaintiff in this matter, and I have held that position since 2014. I make this declaration in my capacity as President of said plaintiff.

3. FPC is a non-profit membership organization incorporated under the laws of Delaware, with its principal place of business in Clark County, Nevada. FPC's members reside both within and outside California.

4. As established in FPC's Bylaws, the purposes of FPC are to create a world of maximal human liberty and freedom; to promote and protect individual liberty, private property, and economic freedoms; and, to conduct all other activities as permissible under law. To this end, FPC seeks to protect, defend, and advance the People's rights, especially but not limited to the inalienable, fundamental, and individual right to keep and bear arms; protect, defend, and advance the means and methods by which individuals may exercise their rights, including but not limited to the acquisition, collection, transportation, exhibition, carry, care, use, and disposition of arms; foster and promote the shooting sports and all lawful uses of arms; and, foster and promote awareness of, and public engagement in, all of the above. FPC serves its members and the public through legislative and regulatory advocacy, grassroots advocacy, litigation and legal efforts, research, education, outreach, and other programs.

5. FPC has individual members and supporters under the age of 21 years old and who are adversely impacted by California Penal Code section 27510. These include the Individual Plaintiffs, Jose Chavez and Andrew Morris.

6. The relief that the plaintiffs seek in this lawsuit is germane and directly related to FPC's purposes, and FPC brings this action to vindicate the rights of its members, including the Individual Plaintiffs in this case, who are members of FPC. FPC seeks to enjoin the enforcement of California Penal Code section 27510.

7. FPC's members include individuals, such as the individual Plaintiffs in this matter, who are 18-to-20-years-old who seek to purchase, acquire ownership of, transfer, possess, and use firearms through transfer from and through federally licensed firearms dealers and through private party transfers in the state of California.

8. The enforcement of California Penal Code section 27510 adversely affects FPC members in the exercise of their right to keep and bear arms for self-defense and other lawful purposes in the State, including those who are 18-to20-years-old and seek to purchase, acquire ownership of, transfer, possess, and use firearms through transfer from and through federally licensed firearms dealers and through private party transfers in the state of California.

9. But for California Penal Code section 27510's prohibition, FPC 18-to-20-year-old members who wish to purchase and possess firearms through transfer from and through federally licensed firearms dealers and through private party transfers in the state of California would purchase and possess such firearms for self-defense and other lawful purposes, but they refrain from doing so due to fear of arrest, prosecution, fine, and incarceration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October  9 , 2023.

_____
Brandon Combs