John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail:  jdillon@dillonlawgp.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, *et al.,* | Case No.: 3:19-cv-01226-L-AHG |
| Plaintiffs, | Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.,*[1] | **DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF PLAINITFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | Second Amended Complaint Filed: Nov. 8, 2019 |
| | Third Amended Complaint Filed: March 22, 2023 |

---

[1]  Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as California Attorney General, and Allison Mendoza is automatically substituted for her predecessors, former Directors Louis Lopez and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

1

## DECLARATION OF ALAN GOTTLIEB

2      I, Alan Gottlieb, declare as follows:

3      1.      I am an adult resident of Bellevue, Washington. I have personal

4 knowledge of the facts stated in this declaration, and if called as a witness, could

5 competently testify thereto. This declaration is executed in support of Plaintiffs'

6 Motion for Preliminary Injunction. (ECF No. 21).

7      2.      I am the founder and Executive Vice President of the Second

8 Amendment Foundation (SAF). Acting in this role within the organization, I am

9 familiar with SAF's membership, which includes members that are legal adults 18-to-

10 20 years of age. SAF also has members that are under the age of 18 that will become

11 18 years old in the future. Finally, SAF acquires new members in this age group each

12 year. I make this declaration in my capacity as Founder and Executive Vice President

13 of said plaintiff (SAF).

14      3.      SAF is a non-profit educational foundation incorporated under the laws

15 of Washington with its principal place of business in Bellevue, Washington. SAF's

16 purpose is to preserve the effectiveness of the Second Amendment through education,

17 research, publishing, and legal action focusing on the constitutional right to own and

18 possess firearms under the Second Amendment, and the consequences of gun control.

19 SAF has over 720,000 members and supporters nationwide, including thousands of

20 members in California. SAF serves its members and the public through legislative

21 and regulatory advocacy, grassroots advocacy, litigation and legal efforts, research,

22 education, outreach, and other programs. The Court's interpretation of the Second

23 Amendment directly impacts SAF's organizational interests, as well as the SAF's

24 members and supporters in California, including legal adults ages 18-to-20 years old,

25 who enjoy exercising their Second Amendment rights through the purchase,

26 possession, use, and ownership of firearms.

27      4.      As stated above, SAF members include legal adults ages 18-to-20 years

28 old that have been adversely and directly harmed and injured by Defendants'

1

*Declaration of Alan Gottlieb In Support of Plaintiffs' Motion for Preliminary Injunction*

enforcement of California Penal Code section 27510. SAF's members include individuals who are 18-to-20-years-old who seek to purchase, acquire ownership of, transfer, possess, and use firearms through transfer from and through federally licensed firearms dealers and through private party transfers in the state of California. These members include the current Individual Plaintiffs in this action, Jose Chavez and Andrew Morris.

5.     Penal Code section 27510 has denied, and will continue to deny, responsible, law-abiding legal adults ages 18-to-20 years old their fundamental, individual right to keep and bear arms secured under the Second and Fourteenth Amendments of the U.S. Constitution. Defendants' actions and omissions have caused SAF to dedicate resources that would otherwise be available for other purposes to protect the rights and property of its members, supporters, and the general public, including by and through this litigation.

6.     The relief that the plaintiffs seek in this lawsuit is germane and directly related to SAF's purposes, and SAF brings this action to vindicate the rights of its members, including the Individual Plaintiffs in this case, who are members of SAF. SAF seeks to enjoin the enforcement of California Penal Code section 27510.

7.     The enforcement of California Penal Code section 27510 adversely affects SAF members in the exercise of their right to keep and bear arms for self-defense and other lawful purposes in the State, including those who are 18-to-20-years-old and seek to purchase, acquire ownership of, transfer, possess, and use firearms through transfer from and through federally licensed firearms dealers and through private party transfers in the state of California.

9.     But for California Penal Code section 27510's prohibition, SAF 18-to-20-year-old members who wish to purchase and possess firearms through transfer from and through federally licensed firearms dealers and through private party transfers in the state of California would purchase and possess such firearms for self-defense and other lawful purposes, but they refrain from doing so due to fear of

2

1  arrest, prosecution, fine, and incarceration.

2       I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on October 3 , 2023.

4

5                                    *Alan M. Gottlieb*

6                                    Alan   Gottlieb

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Declaration of Alan Gottlieb In Support of Plaintiffs' Motion for Preliminary Injunction*