1   Rob Bonta
    Attorney General of California
2   Mark Beckington
    Supervising Deputy Attorney General
3   Todd Grabarsky
    Deputy Attorney General
4   Stephanie Albrecht
    Deputy Attorney General
5   Jennifer E. Rosenberg
    Deputy Attorney General
6   State Bar No. 275496
      300 South Spring Street, Suite 1702
7     Los Angeles, CA  90013
      Telephone:  (213) 269-6617
8     Fax:  (916) 731-2124
      E-mail:  Jennifer.Rosenberg@doj.ca.gov
9   *Attorneys for Defendants Rob Bonta, in
    his official capacity as Attorney General of
10  the State of California, and Allison Mendoza,
    in her official capacity as Director of
11  the Department of Justice Bureau of
    Firearms*

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15

| | |
|---|---|
| 16  **Jose Chavez, *et al.*,** | 3:19-cv-01226-L-AHG |
| 17                              Plaintiffs, | **JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER** |
| 18              **v.** | |
| 19 | *(Declaration of Jennifer E. Rosenberg filed concurrently herewith)* |
| 20  **Rob Bonta, in his official capacity as Attorney General of the State of California, *et al.*,** | |
| 21 | Dept:          5B |
| 22                            Defendants. | Judge:       The Honorable M. James Lorenz and Magistrate Judge Allison H. Goddard |
| 23 | |
| 24 | Action Filed:       July 1, 2019 |
| 25 | Third Amended Complaint Filed: March 22, 2023 |
| 26 | |
| 27 | Summons re: Third Amended Complaint Issued: March 23, 2023 |
| 28 | |

Plaintiffs Jose Chavez, et al., and Defendants Rob Bonta (in his official capacity as Attorney General of the State of California) and Allison Mendoza (in her official capacity as Director of the Department of Justice Bureau of Firearms), through their respective counsel of record and pursuant to Civil Local Rules 7.1 and 7.2, hereby jointly move the Court to enlarge the deadlines for completion of expert discovery and the filing of all motions other than motions *in limine* set forth in the Court's currently operative scheduling order, ECF No. 105, by three weeks each, and to move back all other deadlines in the scheduling order by approximately six weeks to accommodate those new dates.[1]  This request for a small extension of time on these deadlines is made in order to allow the parties sufficient time to schedule and complete the depositions of eight expert witnesses; it will help mitigate witness and counsel scheduling conflicts.  In addition, the requested modification will permit the parties additional time to draft thoughtful motions for summary judgment.  This joint motion is supported by the declaration of Jennifer E. Rosenberg filed concurrently herewith.

## RELEVANT PROCEDURAL HISTORY

This Court issued a new scheduling order on January 18, 2023, following a case management conference and the Ninth Circuit's remand of this matter for further proceedings consistent with the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. ____; 142 S.Ct. 2111 (2022).  *See* ECF No. 105.  Prior to the issuance of that scheduling order, all proceedings in this Court, including the completion of fact and expert discovery, had been stayed.  ECF No. 85.  The January 18, 2023 scheduling order, which is the operative scheduling

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Attorney General Rob Bonta is automatically substituted as a defendant in place of his predecessor, former Attorney General Xavier Becerra, and Director Allison Mendoza is automatically substituted as a defendant in place of her predecessors, former Directors Luis López and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham.

1   order in this case, provided new dates for the completion of fact discovery and new

2   exchange of expert reports and related expert discovery, as well as dates for motion

3   practice and other pretrial matters.  ECF No. 105.

4         The parties have completed fact discovery, and Defendants disclosed expert

5   witness designations and reports, pursuant to the dates set forth in the operative

6   scheduling order.  *See* Declaration of Jennifer E. Rosenberg ("Rosenberg Decl.")

7   ¶ 5.  Plaintiffs did not designate any initial or rebuttal expert witnesses. *Id.* ¶ 7.  The

8   current deadline to complete all expert discovery, including expert witness

9   depositions, is November 17, 2023.  *See* ECF No. 105.  The current deadline to file

10   all pretrial motions other than motions *in limine* is January 12, 2024.  *Id.*

11            **GOOD CAUSE EXISTS TO MODIFY THE SCHEDULING ORDER**

12         Following the passage of the rebuttal expert witness disclosure deadline on

13   October 16, 2023, counsel for the parties conferred via e-mail on October 19 and 23,

14   2023 regarding the scheduling of expert depositions and the case schedule, and

15   agreed that the requested modification of the scheduling order is appropriate. *See*

16   Rosenberg Decl., ¶¶ 2-3.

17         First, scheduling conflicts, time constraints, and the large number of

18   anticipated expert depositions render difficult the parties' task of completing expert

19   depositions by November 17, 2023.  A modification of the scheduling order would

20   help alleviate those conflicts.  *Id.* ¶ 4.  Defendants designated eight expert

21   witnesses, and Plaintiffs' counsel has indicated a desire to depose all of these expert

22   witnesses.  *Id.* ¶¶ 6 & 8.  Most of Defendants' experts are currently acting as expert

23   witnesses and consultants in litigation in other matters in California and across the

24   United States, and are also engaged with their teaching or academic work, which

25   includes significant travel throughout the fall to domestic and international

26   conferences.  *Id.* ¶ 9.  Because of these time constraints and personal and

27   professional commitments, several of the expert witnesses are only available on the

28   same handful of days before November 17, 2023.  *Id.* ¶ 10.  It will not be possible

for these experts to be deposed on the same day.  *Id.*  In addition, Plaintiffs' counsel is a solo practitioner.  *Id.* ¶ 11.  And Defendants' primary counsel, Deputy Attorney General Jennifer Rosenberg, will be out of the office for other professional matters November 2-9, 2023.  *Id.* ¶ 12.  Thus, absent an extension of time to complete expert discovery, counsel for the parties and the expert witnesses face significant difficulty in scheduling expert depositions in a manner that will permit all parties and witnesses to prepare adequately while avoiding existing scheduling conflicts.  *Id.* ¶ 13.  The parties therefore agree that the requested modification of the scheduling order to enlarge time to complete expert discovery is appropriate to allow the parties and experts to sufficiently prepare for and complete expert depositions.  *Id.* ¶ 14.

In addition, the requested modification to enlarge the time to file all pretrial motions other than motions *in limine* will permit the parties additional time to prepare thoughtful motions for summary judgment that may eliminate the need to proceed to trial.  *Id.* ¶ 15.  Additional time is also necessary because several attorneys and stakeholders will be required to review and approve Defendants' briefing submitted in this matter, including any motion for summary judgment.  *Id.* ¶ 16.  As the current deadline for filing such motions follows closely after the winter holidays, the requested short extension of time will also help avoid time conflicts over the holidays.  *Id.* ¶ 17.

In light of the foregoing, it would benefit all parties and the Court to grant the parties' joint motion for this modification of the scheduling order.  *Id.*, ¶ 18.[2]

---

[2] The parties have not previously requested any modifications of the presently operative scheduling order, which set forth a new case schedule following the Ninth Circuit's remand of this matter.  *See* ECF No. 105.  The parties previously sought eight modifications of the Court's original scheduling order, which the Court granted.  The first modification moved all dates set forth in the Court's original scheduling order by approximately five to six weeks.  ECF Nos. 57

WHEREFORE:

The parties hereby jointly request that the Court issue an order enlarging the deadlines for completion of expert discovery and the filing of all pretrial motions other than motions *in limine* set forth in the Court's currently operative scheduling order, ECF No. 105, by three weeks each, and moving back all other deadlines in the scheduling order by approximately six weeks, consistent with those new dates. The parties propose the following modifications of deadlines:

| Action | Current Deadline (Per ECF No. 105) | New Deadline |
|---|---|---|
| • Expert discovery, including all expert depositions, to be completed | Friday, Nov. 17, 2023 | Friday, Dec. 8, 2023 |
| • All pretrial motions, other than motions *in limine*, to be filed | Friday, Jan. 12, 2024 | Friday, February 23, 2024 |
| • Mandatory settlement conference | Friday, March 8, 2024, at 9:30 a.m. | Friday, April 19, 2024, at 9:30 a.m. |
| • Plaintiffs' written settlement proposal to be served | Friday, Feb. 16, 2024 | Friday, March 29, 2024 |

& 58. The second moved the original fact discovery deadline from November 6, 2020 to December 15, 2020. ECF Nos. 64 & 65. The third moved all dates out by approximately two to three months due to the denial of Plaintiffs' motion for preliminary injunction and interlocutory appeal of that denial. ECF Nos. 70 & 71. The fourth extended the deadline for close of fact discovery. ECF Nos. 72 & 73. The fifth extended the deadlines for close of expert and fact discovery by a few weeks in light of the scheduling of oral argument on May 12, 2021 in the interlocutory appeal. ECF Nos. 75, 76, & 77. The sixth extended all deadlines set forth in the operative scheduling orders in this matter by approximately 60-75 days in light of significant supplemental briefing mandated by the Ninth Circuit in the interlocutory appeal. ECF Nos. 79 & 80. The seventh extended all deadlines in the operative scheduling orders by approximately 14 days in order to permit all parties' experts additional time necessary to complete their rebuttal expert reports. ECF Nos. 81 & 82. The eighth modified all deadlines in the operative scheduling order in light of the parties' joint motion for a limited stay of all proceedings pending resolution of the interlocutory appeal in the Ninth Circuit. ECF Nos. 83, 84, & 85. The last of these pre-remand modification requests was granted in August 2021.

4

| | | |
|---|---|---|
| • In-person or telephonic meet-and-confer regarding settlement offer to be held<br><br>• Defendants' written response to settlement proposal to be made in writing, prior to the meet-and-confer | No later than Friday, Feb. 23, 2024 | No later than Friday, April 5, 2024 |
| • Each party to serve and lodge settlement conference statement | Friday, March 1, 2024 | Friday, April 12, 2024 |
| • Optional confidential settlement letter may be lodged for Court's review | Friday, March 1, 2024 | Friday, April 12, 2024 |
| • Compliance with Rule 26(a)(3) pre-trial disclosure requirements in advance of final pre-trial conference | Monday, April 8, 2024 | Monday, May 20, 2024 |
| • Parties to meet and take action required by Local Rule 16.1(f)(4) | Monday, April 15, 2024 | Tuesday, May 28, 2024 (Monday, May 27, 2024 is the Memorial Day holiday) |
| • Plaintiffs to provide defendants with draft proposed final pretrial order for review and approval | Monday, April 22, 2024 | Monday, June 3, 2024 |
| • The proposed final pretrial conference order, including objections to Rule 26(a)(3) pretrial disclosures, shall be served and lodged with Judge Lorenz | Monday, April 29, 2024 | Monday, June 10, 2024 |
| • Final pretrial conference | Monday, May 6, 2024 at 11 a.m. | Monday, June 17, 2024 at 11 a.m. |

A proposed order will be lodged with the Court concurrently with submission of this joint motion.

Dated:  October 26, 2023

Respectfully Submitted,

ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
STEPHANIE ALBRECHT
Deputy Attorney General

 /s/ Jennifer E. Rosenberg
JENNIFER E. ROSENBERG
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

DILLON LAW GROUP, APC

 /s/ John Dillon
JOHN DILLON
*Attorney for Plaintiffs*

1

## **Certification re: Electronic Signatures Pursuant to Electronic Case Filing Administrative Policies and Procedures Manual, Section 2(f)(4)**

2

3       I, Jennifer E. Rosenberg, hereby certify and attest that the content of this

4   document is acceptable to all persons required to sign the document and that I have

5   obtained authorization for use of the electronic signatures of all parties on the

6   document, including Mr. John Dillon, Attorney for Plaintiffs.

7

8   Dated:  October 26, 2023

9

10

11                                                     */s/ Jennifer E. Rosenberg*
                                                    JENNIFER E. ROSENBERG
12                                                    Deputy Attorney General

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Motion for Modification of Scheduling Order  (3:19-cv-01226-L-AHG)