| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | MARK BECKINGTON<br>Supervising Deputy Attorney General |
| 3 | TODD GRABARSKY<br>Deputy Attorney General |
| 4 | STEPHANIE ALBRECHT<br>Deputy Attorney General |
| 5 | JENNIFER E. ROSENBERG<br>Deputy Attorney General |
| 6 | State Bar No. 275496 |
| | 300 South Spring Street, Suite 1702 |
| 7 | Los Angeles, CA 90013 |
| | Telephone: (213) 269-6617 |
| 8 | Fax: (916) 731-2124 |
| | E-mail: Jennifer.Rosenberg@doj.ca.gov |
| 9 | *Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Matthew Chavez, *et al.*,** | 3:19-cv-01226-L-AHG |
| Plaintiffs, | **DECLARATION OF JENNIFER E. ROSENBERG IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF SUPPLEMENTAL BRIEFING SCHEDULE** |
| v. | |
| **Rob Bonta, in his official capacity as Attorney General of the State of California, *et al.*,** | |
| Defendants. | Dept: 5B |
| | Judge: The Honorable M. James Lorenz and Magistrate Judge Allison H. Goddard |
| | Action Filed: July 1, 2019 |
| | Third Amended Complaint Filed: March 22, 2023 |
| | Summons re: Third Amended Complaint Issued: March 23, 2023 |

I, Jennifer E. Rosenberg, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court. I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice. I am assigned to represent Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms (collectively, "Defendants"), in this action.

2. Good cause exists to grant the parties' Joint Motion for Modification of Scheduling Order, which requests that the Court issue an order enlarging the deadlines for completion of expert discovery and the filing of all pretrial motions other than motions *in limine* set forth in the Court's currently operative scheduling order, ECF No. 105, by three weeks each, and moving back all other deadlines in the scheduling order by approximately six weeks, consistent with those new dates.

3. Counsel for the parties met and conferred via e-mail on October 19 and 23, 2023 regarding the scheduling of expert depositions and the case schedule, and agreed that the requested modification of the scheduling order is appropriate.

4. Scheduling conflicts, time constraints, and the large number of anticipated expert depositions render difficult the parties' task of completing expert depositions by November 17, 2023. A modification of the scheduling order would help alleviate those conflicts.

5. The parties have completed fact discovery, and Defendants disclosed expert witness designations and reports, pursuant to the dates set forth in the operative scheduling order.

6. Defendants designated eight expert witnesses.

7. Plaintiffs did not designate any initial or rebuttal expert witnesses.

1

8. Plaintiffs' counsel has indicated a desire to depose all of Defendants' expert witnesses.

9. Most of Defendants' experts are currently acting as expert witnesses and consultants in litigation in other matters in California and across the United States, and are also engaged with their teaching or academic work, which includes significant travel throughout the fall to domestic and international conferences.

10. Because of these time constraints and personal and professional commitments, several of the expert witnesses are only available on the same handful of days before November 17, 2023.  It will not be possible for these experts to be deposed on the same day.

11. Plaintiffs' counsel is a solo practitioner.

12. I am Defendants' primary counsel, and I will be out of the office for other professional matters November 2-9, 2023.

13. Absent an extension of time to complete expert discovery, counsel for the parties and the expert witnesses face significant difficulty in scheduling expert depositions in a manner that will permit all parties and witnesses to prepare adequately while avoiding existing scheduling conflicts.

14. The parties therefore agree that the requested modification of the scheduling order to enlarge time to complete expert discovery is appropriate to allow the parties and experts to sufficiently prepare for and complete expert depositions.

15. The requested modification to enlarge the time to file all pretrial motions other than motions *in limine* will permit the parties additional time to prepare thoughtful motions for summary judgment that may eliminate the need to proceed to trial.

16. Additional time is also necessary because several attorneys and stakeholders will be required to review and approve Defendants' briefing submitted in this matter, including any motion for summary judgment.

17. As the current deadline for filing such motions follows closely after the winter holidays, the requested short extension of time will also help avoid time conflicts over the holidays.

18. In light of the foregoing, it would benefit all parties and the Court to grant the parties' joint motion for this modification of the scheduling order.

19. At this time, the parties do not anticipate seeking further modification of the supplemental briefing schedule in the future.

I, Jennifer E. Rosenberg, affirm under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct of my own knowledge, and that this declaration is executed on this 26th day of October, 2023 at Los Angeles, California.

JENNIFER E. ROSENBERG
Deputy Attorney General