```
ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
STEPHANIE ALBRECHT
Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
State Bar No. 286999
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone: (213) 269-6044
  Fax: (916) 731-2124
  E-mail:  Todd.Grabarsky@doj.ca.gov
```
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ, *et al.*,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,**<br><br>Defendants. | 3:19-cv-01226-L-AHG<br><br>**NOTICE OF APPEARANCE OF DEPUTY ATTORNEY GENERAL TODD GRABARSKY**<br><br>Dept:   5B<br>Judge:  The Honorable M. James Lorenz and Magistrate Judge Alison H. Goddard<br>Action Filed:  July 1, 2019 |

PLEASE TAKE NOTICE that Deputy Attorney General Todd Grabarsky hereby enters his appearance in the above-captioned matter as additional counsel of record for Defendants.  Mr. Grabarsky is a member of the State Bar of California

1

and is admitted to practice in the United States District Court for the Southern District of California. His contact information is as follows:

> Todd Grabarsky
> Deputy Attorney General
> State Bar No. 286999
> 300 South Spring Street, Suite 1702
> Los Angeles, CA 90013
> Telephone: (213) 269-6044
> Fax: (916) 731-2124
> E-mail: Todd.Grabarsky@doj.ca.gov

Dated: December 8, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ Todd Grabarsky*
TODD GRABARSKY
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*