UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No.:  3:19-cv-01226-L-AHG<br><br>**ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE** |

　　　Due to a conflict on the Court's calendar, the Mandatory Settlement Conference ("MSC") previously set for April 26, 2024 is **CONTINUED** to **May 3, 2024** at **9:30 a.m.** before **Magistrate Judge Allison H. Goddard**.

　　　All related deadlines remain in place as previously set. For ease of reference, the Court briefly reiterates that those deadlines include (1) a deadline of **April 5, 2024** for Plaintiff to serve a written settlement proposal on Defendant; (2) a deadline of **April 12, 2024** for Defendant to respond to the Plaintiff's written settlement offer in writing with a specific offer amount, and for the parties to meet and confer in person or by phone thereafter; (3) a deadline of **April 19, 2024** for the parties to lodge their (mandatory) Settlement Conference Statements and (optional) Confidential Settlement Letters with the Court at efile_Goddard@casd.uscourts.gov; and (4) a deadline of **April 19, 2024** for the

parties to email the Court their participant lists, including names, titles, and email addresses for each participant, and a cell phone number for an attorney point of contact to be used during the MSC. **All parties are ordered to read and to fully comply with the Chambers Rules and Mandatory Settlement Conference Rules of Magistrate Judge Allison H. Goddard**, which can be found on the Court website.

As before, the MSC shall take place via **videoconference**, using the Court's official Zoom account. No later than **April 19, 2024**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing (i) the **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation; (ii) an **email address for each participant** to receive the Zoom videoconference invitation; and (iii) a **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the MSC to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

Counsel are advised that although the Settlement Conference will take place on Zoom, all participants shall display the same level of professionalism during the Settlement Conference and be prepared to devote their full attention to the Settlement Conference as if they were attending in person, including by dressing in appropriate courtroom attire. Participants may not be driving or in a car while speaking to the Court and must be prepared to appear on camera. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

**IT IS SO ORDERED.**

Dated: December 27, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge