ROB BONTA
Attorney General of California
ANYA BINSACCA
Supervising Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
STEPHANIE ALBRECHT
Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6617
  Fax:  (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Chavez, *et al*.,**<br><br>                     Plaintiffs,<br><br>    v.<br><br>**Rob Bonta, in his official capacity as Attorney General of the State of California, *et al.*,**<br><br>                     Defendants. | 3:19-cv-01226-L-AHG<br><br>**JOINT MOTION FOR BRIEF EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**<br><br>*(Declaration of Jennifer E. Rosenberg filed concurrently herewith)*<br><br>Dept:    5B<br><br>Judge:    The Honorable M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>Action Filed:    July 1, 2019<br><br>Third Amended Complaint Filed:    March 22, 2023 |

Plaintiffs Jose Chavez, et al., and Defendants Rob Bonta (in his official capacity as Attorney General of the State of California) and Allison Mendoza (in her official capacity as Director of the Department of Justice Bureau of Firearms), through their respective counsel of record and pursuant to Civil Local Rules 7.1 and 7.2, hereby jointly move the Court to extend the deadline for filing all motions other than motions *in limine*—including motions for summary judgment—set forth in the Court's currently operative scheduling order, ECF No. 126, by three weeks (to and including March 15, 2024). This request for a brief extension of time to file motions for summary judgment is made for good cause in light of unexpected and unavoidable personal and family obligations that have arisen on the part of Defendants' counsel. In addition, the requested modification will permit the parties additional time to draft thoughtful motions for summary judgment. The parties do not request modification of any other deadlines in the scheduling order. This joint motion is supported by the concurrently filed declaration of Jennifer E. Rosenberg.

**RELEVANT PROCEDURAL HISTORY**

This Court issued a new scheduling order on January 18, 2023, following the Ninth Circuit's remand of this matter for further proceedings consistent with the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. ____; 142 S.Ct. 2111 (2022). *See* ECF No. 105. The January 18, 2023 scheduling order provided new dates for the completion of fact discovery, the exchange of new expert reports and related expert discovery, and motion practice and other pretrial matters. ECF No. 105. On October 26, 2023, this Court granted the parties' request to extend the deadline to complete expert discovery by three weeks, and all other case deadlines by approximately six weeks, in order to accommodate the conflicting schedules of the parties' experts and counsel. ECF Nos. 125 & 126. The parties have not requested any other modifications to the scheduling order issued after remand from the Ninth Circuit.

This Court denied Plaintiffs' motion for preliminary injunction on December 6, 2023. ECF No. 127. Plaintiffs did not file an interlocutory appeal of that order. Under the currently operative scheduling order, the current deadline to file all pretrial motions other than motions *in limine*, including motions for summary judgment, is February 23, 2024. ECF No. 126.

## GOOD CAUSE EXISTS TO GRANT THE REQUESTED BRIEF EXTENSION OF TIME

Counsel for the parties conferred via e-mail on February 7 and 8, 2024, regarding the deadline for filing motions for summary judgment in this matter, and agreed that the requested modification of the scheduling order is appropriate. *See* Rosenberg Decl., ¶ 4.

Defendants have been working diligently to prepare their motion for summary judgment. *Id.* ¶ 5. However, primary counsel for Defendants, Ms. Rosenberg, has unexpectedly and unavoidably been required to attend to personal and family obligations, which have required her to be out of the office for parts of January and February 2024. *Id.* ¶¶ 2, 6. In addition, other members of Defendants' counsel have professional conflicts necessitating the length of the brief additional time requested. *Id.* ¶ 7.

In addition, the requested modification to enlarge the time to file all pretrial motions other than motions *in limine*, including the parties' motions for summary judgment, will permit all parties additional time to prepare thoughtful motions for summary judgment that may eliminate the need to proceed to trial. *Id.* ¶ 8.

In light of the foregoing, it would benefit all parties and the Court to grant the parties' joint motion for this brief extension of time to file their motions for summary judgment. *Id.*, ¶ 9.

WHEREFORE:

The parties hereby jointly request that the Court issue an order extending by three weeks the deadline to file all pretrial motions (other than motions *in limine*) set

forth in the Court's currently operative scheduling order, ECF No. 126, to and including March 15, 2024, as noted in the table below. The parties do not request any other modifications of the currently operative scheduling order.

| Action | Current Deadline (Per ECF No. 126) | New Deadline |
|---|---|---|
| All pretrial motions, other than motions *in limine*, to be filed | Friday, February 23, 2024 | Friday, March 15, 2024 |

A proposed order will be lodged with the Court concurrently with this motion.

Dated: February 8, 2024

Respectfully Submitted,

ROB BONTA
Attorney General of California
ANYA BINSACCA
Supervising Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
STEPHANIE ALBRECHT
Deputy Attorney General

 */s/ Jennifer E. Rosenberg*
JENNIFER E. ROSENBERG
Deputy Attorney General
*Attorneys for Defendants*

DILLON LAW GROUP, APC

 */s/ John Dillon*
JOHN DILLON
*Attorney for Plaintiffs*

**<u>Certification re: Electronic Signatures Pursuant to Electronic Case Filing Administrative Policies and Procedures Manual, Section 2(f)(4)</u>**

I, Jennifer E. Rosenberg, hereby certify and attest that the content of this document is acceptable to all persons required to sign the document and that I have obtained authorization for use of the electronic signatures of all parties on the document, including Mr. John Dillon, Attorney for Plaintiffs.

Dated: February 8, 2024

                                                 */s/ Jennifer E. Rosenberg*
                                                 JENNIFER E. ROSENBERG
                                                 Deputy Attorney General