ROB BONTA
Attorney General of California
ANYA BINSACCA
Supervising Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
STEPHANIE ALBRECHT
Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6617
  Fax:  (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Chavez, *et al*.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**Rob Bonta, in his official capacity as Attorney General of the State of California, *et al.*,**<br><br>                    Defendants. | 3:19-cv-01226-L-AHG<br><br>**DECLARATION OF JENNIFER E. ROSENBERG IN SUPPORT OF JOINT MOTION FOR BRIEF EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**<br><br>Dept:     5B<br><br>Judge:   The Honorable  M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>Action Filed:   July 1, 2019<br><br>Third Amended Complaint Filed: March 22, 2023 |

I, Jennifer E. Rosenberg, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court. I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice. I am assigned to represent Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms (collectively, "Defendants"), in this action.

2. I am Defendants' primary counsel.

3. Good cause exists to grant the parties' Joint Motion for Brief Extension of Time to File Motions for Summary Judgment, which requests that the Court issue an order extending by three weeks the deadline to file all pretrial motions other than motions *in limine*, including motions for summary judgment, set forth in the Court's currently operative scheduling order, ECF No. 126, to and including March 15, 2024.

4. Counsel for the parties conferred via e-mail on February 7 and 8, 2024, regarding the deadline for filing motions for summary judgment in this matter, and agreed that the requested modification of the scheduling order is appropriate.

5. Defendants have been working diligently to prepare their motion for summary judgment.

6. However, I have unexpectedly and unavoidably been required to attend to personal and family obligations, which have required me to be out of the office for parts of January and February 2024.

7. In addition, other members of Defendants' counsel have professional conflicts necessitating the length of the brief additional time requested.

1

Declaration of Jennifer E. Rosenberg ISO Joint Mtn. for Brief Extension of Time to File Motions for Summary Judgment  (3:19-cv-01226-L-AHG)

8. The requested modification to enlarge the time to file all pretrial motions other than motions *in limine*, including the parties' motions for summary judgment, will permit all parties additional time to prepare thoughtful motions for summary judgment that may eliminate the need to proceed to trial.

9. In light of the foregoing, it would benefit all parties and the Court to grant the parties' joint motion for this brief extension of time to file their motions for summary judgment.

10. The parties do not request any other modifications of the currently operative scheduling order.

11. At this time, the parties do not anticipate seeking further modification of deadlines in the scheduling order.

I, Jennifer E. Rosenberg, affirm under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct of my own knowledge, and that this declaration is executed on this 8th day of February, 2024 at Los Angeles, California.

JENNIFER E. ROSENBERG
Deputy Attorney General