UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO EXTEND SUMMARY JUDGMENT MOTION FILING DEADLINE; and**<br><br>**(2) AMENDING THE SCHEDULING ORDER**<br><br>**[ECF No. 130]** |

　　　　Before the Court is the parties' Joint Motion for Brief Extension of Time to File Motions for Summary Judgment. ECF No. 130.

　　　　The parties request that the February 23 pretrial motions filing deadline be extended by three weeks, in light of unexpected and unavoidable personal and family obligations that have arisen on the part of defense counsel. *Id.* at 2. Having reviewed the Joint Motion and the accompanying declaration of Defendants' counsel, and upon consultation with the presiding District Judge in this matter, the Court finds good cause to **GRANT** the motion. Additionally, the Court **AMENDS** other pretrial dates in the Scheduling Order as follows:

## Motion Briefing

1. Except for motions *in limine*, all pretrial motions must be filed no later than **March 15, 2024**. As provided herein and in the Standing Order, **certain motions, including motions for class certification, must be filed well before this date.**

2. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date of requesting a motion date and the hearing date typically exceeds 30 days. Failure to make a timely request for a motion date may result in the motion not being heard.

3. Motion briefing must comply with all applicable Rules, Local Rules, Standing Order, Chambers Rules and court orders.

## Final Pretrial Conference

4. Memoranda of Contentions of Fact and Law are not required and will not be accepted.

5. No later than **June 17, 2024**, counsel shall comply with Rule 26(a)(3) pre-trial disclosure requirements. Failure to comply could result in evidence preclusion or other Rule 37 sanctions.

6. No later than **June 24, 2024**, counsel shall meet and take the action required by Local Rule 16.1(f)(4) with a view to enter into stipulations and agreements to simplify issues for trial. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to other parties' Rule 26(a)(3) pretrial disclosures. Counsel shall cooperate in the preparation of the proposed final pretrial conference order.

7. Counsel for plaintiff is responsible for preparing the proposed final pretrial conference order and arranging the meetings of counsel pursuant to Local Rule 16.1(f). No later than **July 1, 2024**, plaintiff's counsel must provide opposing counsel with the draft proposed final pretrial order for review and approval. Opposing counsel must communicate promptly with plaintiff's counsel concerning any objections to form or

content.  Both sides shall attempt promptly to resolve their differences, if any, concerning the proposed order.

8. The proposed final pretrial conference order, including objections to Rule 26(a)(3) pretrial disclosures, shall be served and lodged with Judge Lorenz no later than **July 8, 2024**, and shall comply with Local Rule 16.1(f)(6).

9. The Final Pretrial Conference is scheduled on the calendar of the **Honorable M. James Lorenz** on **July 15, 2024** at **11:00 AM**.  Trial briefs are not required for cases tried to the jury.  Leave to file a trial brief for a jury trial must be obtained from Judge Lorenz at the Final Pretrial Conference.

## Additional Provisions

10. Upon the parties' request, a post-trial settlement conference before a Magistrate Judge may be held within 30 days of verdict.

11. The dates and times set forth herein will not be modified except for good cause shown.

12. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

13. The Mandatory Settlement Conference scheduled before Magistrate Judge Allison H. Goddard on May 3, 2024 at 9:30 AM, as well as all related deadlines and requirements, remain in place as previously set. *See* ECF No. 129.

**IT IS SO ORDERED.**

Dated: February 8, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge