ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
TODD GRABARSKY
STEPHANIE ALBRECHT
CAROLYN DOWNS
Deputy Attorneys General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6617
  Fax:  (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ;** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ROB BONTA, in his official capacity as Attorney General of the State of California;** *et al.*, <br><br> Defendants. | 3:19-cv-01226-L-AHG <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> Date: May 13, 2024 <br> Time: 10:30 a.m. <br> Dept: 5B <br> Judge: The Honorable M. James Lorenz and Magistrate Judge Allison H. Goddard <br><br> Action Filed: July 1, 2019 <br><br> Third Amended Complaint Filed: March 22, 2023 <br><br> ***NO ORAL ARGUMENT PURSUANT TO LOCAL RULE UNLESS ORDERED BY THE COURT*** |

**TO THE COURT, PLAINTIFFS, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on May 13, 2024 at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5B, of the 15th floor of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, CA 92101, Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza, in her official capacity as the Director of the Department of Justice Bureau of Firearms, shall move, and hereby do move, this Court for summary judgment under Federal Rule of Civil Procedure 56(a).  Defendants bring this motion because California Penal Code section 27510's restrictions on the sale or transfer of certain firearms to individuals under the age of 21 by federally licensed firearms dealers are constitutional under the Second Amendment to the United States Constitution.

This motion is based on this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities; the Declaration of Jennifer E. Rosenberg in Support of Defendants' Motion for Summary Judgment (including exhibits attached thereto); the Declaration of Todd Grabarsky in Support of Defendants' Motion for Summary Judgment (including exhibits attached thereto); the Declaration of Stephanie Albrecht in Support of Defendants' Motion for Summary Judgment (including exhibits attached thereto); the pleadings and papers on file in this action; and such further evidence, both oral and documentary, as may be offered at the time of the hearing on the motion.

| | | |
|---|---|---|
| 1 | Dated: March 15, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | ANYA BINSACCA<br>Supervising Deputy Attorney General |
| 4 | | TODD GRABARSKY<br>STEPHANIE ALBRECHT |
| 5 | | CAROLYN DOWNS<br>Deputy Attorneys General |
| 6 | | |
| 7 | | <u>/s/ *Jennifer E. Rosenberg*</u><br>JENNIFER E. ROSENBERG |
| 8 | | Deputy Attorney General<br>*Attorneys for Defendants Rob Bonta,* |
| 9 | | *in his official capacity as Attorney*<br>*General of the State of California,* |
| 10 | | *and Allison Mendoza, in her official*<br>*capacity as Director of the* |
| 11 | | *Department of Justice Bureau of*<br>*Firearms* |