# EXHIBIT 80

# L A W S,

## STATUTES, ORDINANCES

AND

# CONSTITUTIONS,

ORDAINED, MADE, AND ESTABLISHED

BY THE

## Mayor, Aldermen and Commonalty

OF THE

## CITY of *New-York*,

Convened in COMMON-COUNCIL ;

For the good RULE and GOVERNMENT of the I N H A B I T A N T S and R E S I D E N T S of the said City.

PUBLISHED the Second Day of December, in the 14th Year of the Reign of our Sovereign Lord GEORGE the Third, by the Grace of GOD, of Great-Britain, France and Ireland, King, Defender of the Faith, &c. Annoque Domini 1773.

And in the MAYORALTY of

## W H I T E H E A D   H I C K S, Esq;

To which is added,

An APPENDIX, containing Extracts of sundry Acts of the General Assembly of the Colony of New-York, immediately relating to the good Government of the said City and Corporation.



Printed by HUGH GAINE, Printer to his MAJESTY, in the Province of NEW-YORK, at his Printing-Office in HANOVER-SQUARE, M,DCC,LXXIV.

uſing the ſaid Fire-Engines, Tools and other Inſtruments provided for the better extinguiſhing of Fire, ; ſuch Fire-Men making ſuch Default, ſhall (beſides the Fines and Penalties before mentioned) be removed and diſplaced from the ſaid Office of a Fire-Man, and ſtruck out of the Liſt, and Regiſter thereof, and another ſtrong, able, diſcreet, honeſt and ſober Man ſhall be nominated, appointed and regiſtered in his Room and Place.

**Hay or Straw to be kept in cloſe Buildings.**

V. **And be it further Ordained** *by the Authority aforeſaid,* That no Perſon or Perſons whatſoever, ſhall, from the Publication hereof, have, keep, or put any Hay or Straw in Stacks or Piles, in his, her or their Yard or Yards, Garden or Gardens, or in any other Place or Places to the ſouth-ward of *Freſh-Water,* except in cloſe Buildings, proper for the Purpoſe : And alſo, that no Perſon or Perſons whatſoever, ſhall have, keep or put any Hay or Straw in any Houſe, Stable or other Building to the ſouthward of the *Freſh-Water* aforeſaid, that is, or ſhall be within ten Feet of any Chimney, Hearth, or Fire-Place, or Place for keeping Aſhes, under the Penalty of *Twenty Shillings* for every Offence. And that every Perſon and Perſons ſhall be ſubject to the like Penalty as often as he, ſhe or they ſhall continue to keep Hay or Straw in any or either of the Houſes, Stables, Buildings, or Places aforeſaid, above forty-eight Hours after every Conviction.

**No Guns or Squibs to be fired in the Streets.**

VI. **And be it further Ordained** *by the Authority aforeſaid,* That if any Children, Youth, Apprentices, Servants, or other Perſons, do fire and diſcharge any Gun, Piſtol, Rockets, Crackers, Squibs, or other Fire-Works, in any Street, Lane or Alley, or within any Yard or Garden, or from any Houſe, or in any Place where Perſons frequent to walk ; ſuch Perſon ſo offending, ſhall forfeit for every ſuch Offence, the Sum of *Forty Shillings,* current Money of *New-York* ; and on Re-fuſal to pay the ſame, ſhall be committed to the Houſe of Correction, at the Diſcretion of the Mayor, Recorder, or Aldermen, or any one of them before whom ſuch Offender ſhall be convicted, there to remain committed, not exceeding *Twenty* Days ; unleſs ſuch Forfeiture as afore-ſaid, be ſooner paid, with the lawful Fees of Commitment ; one Half thereof to the Informer, with Coſts, and the other Half to the Church Wardens of this City, for the Uſe of the Poor thereof.

**Fines how to be re-covered and diſ-poſed of.**

VII. **And be it further Ordained** *by the Authority aforeſaid,* That the one Half of all the Fines, Forfeitures and Penalties aforeſaid, not before applied, ſhall be paid to ſuch Perſon or Perſons as ſhall ſue for, and proſecute the ſame to Effect ; and the other Half to the Church Wardens of the ſaid City, for the Uſe of the Poor thereof ; and all and every the ſaid Fines, Forfeitures and Penalties, ſhall and may be re-covered before the Mayor, Recorder and Aldermen of the ſaid City, or any one of them, with Coſts of Suit.

❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧❧

**Numb. 5.**

## *A* L A W *for marking of Bread.*

BE it **Ordained** *by the Mayor, Aldermen and Commonalty of the City of* New-York, *convened in Common-Council, and it is hereby Ordained by the Authority of the ſame,* That from henceforth, every Baker within this City, ſhall put a Mark, with the two initial Letters
of

# EXHIBIT 81

# L A W S

AND

# ORDINANCES,

ORDAINED AND ESTABLISHED

BY

## THE MAYOR, ALDERMEN, AND COMMONALTY OF THE CITY OF NEW-YORK,

*IN COMMON-COUNCIL CONVENED,*

FOR

## THE GOOD RULE AND GOVERNMENT

OF

## THE INHABITANTS AND RESIDENTS

OF

## SAID CITY.

*Passed and published the* 18*th day of April,* 1803,

IN THE MAYORALTY OF

*EDWARD LIVINGSTON.*

NEW-YORK:
PRINTED BY GEORGE F. HOPKINS, AT WASHINGTON'S HEAD,
NO. 118, PEARL-STREET.

1803.

85

station for the purpose of performing their duty as
aforesaid, he or they shall forfeit and pay as a fine,
the sum of *three dollars* for each offence; and every
person who shall so transport and carry as aforesaid,
shall on trial be presumed to have received hire,
wages or compensation for so transporting and
carrying, unless he or they shall prove to the con-
trary thereof.

8. *And be it further ordained,* That if any per-
son who shall contravene this ordinance, shall be a
minor, an apprentice, a bound or hired servant or
slave, his parent or guardian, master, mistress or
owner, as the case may be, shall be deemed liable
to pay the penalty so incurred, and shall and may
be prosecuted for the same as aforesaid.

---

## CHAPTER XXIII.

## A LAW

*To prevent the Firing of Guns in the City of*
*New-York.*

SECT. 1.  WHEREAS the firing of guns and
the practice of fowling in the pub-
lic streets and in the roads or highways in the vicin-
ity of this city, are frequently productive of acci-
dents, and dangerous consequences are always to
be apprehended therefrom :

*Be it therefore ordained by the Mayor, Aldermen,*
*and Commonalty of the City of New-York, in Com-*
*mon Council convened,* That no person shall hereaf-
ter be permitted to fire or discharge any gun, pistol,
fowling piece, or fire-arm, at any place on the

## 84

island of New-York, within the distance of four miles from the City-Hall, under the penalty of *five dollars* upon each offender, to be recovered with costs. And if the person so offending shall be a minor, apprentice, servant or slave, the said fine shall be recoverable from his father, mother, master or mistress, together with costs.

*Provided always*, That nothing contained in this ordinance shall be constructed to extend to the reviews or exercises of any military company, or of the State Prison Guards.

---

## CHAPTER XXIV.

# A LAW

*To prevent improper Conduct on certain Days, in the City of New-York.*

SECT. 1.  **B**E *it ordained by the Mayor, Aldermen, and Commonalty of the City of New-York, in Common Council convened,* That if any person shall, on the seventeenth day of March, commonly called *St. Patrick's Day,* or on any other day, carry or drag through or along any street, alley or highway within this city, or shall exhibit to public view in any street, alley or highway, or from any window, roof of any house or other building, or shall exhibit to public view in any place, or in any manner whatsoever within this city, an Effigy of St. Patrick, or any other Titular Saint, or of any person or persons whomsoever, or any show of a similar kind, whether the same is intended as an Effigy of St. Patrick, or any other Titular Saint, or

# EXHIBIT 82

same to any other person whatever; but in case of death, the license shall devolve to the legal representative of the deceased who had obtained it in his life time as aforesaid.

*Ratified the* 16*th day of June,* 1817.

DANL. MORGAN, *Intendant.*

_____

### No. 41.—AN ORDINANCE,

For prohibiting the firing of guns in the town of Columbia.

WHEREAS the practice of firing small arms within the town of Columbia, is extremely dangerous to the lives, as well as to the property of the inhabitants thereof, and ought to be strictly prohibited:

*Be it ordained by the Intendant and Municipal Wardens of the town aforesaid, in council assembled, and it is hereby ordained by the authority of the same,* That hereafter it shall not be lawful for any person to fire or discharge any gun, pistol or other small arms within the limits bounded by Henderson, Blossom, Lincoln and Upper streets; and if any person shall wantonly, knowingly, and wilfully fire or discharge any gun, pistol, or other small arms within the said limits, such person shall forfeit and pay to the use of the town aforesaid, a sum not exceeding five dollars, for each and every such offence, to be sued for and recovered according to law.

*And whereas,* offences of this kind may be committed by minors or other disorderly persons, who have no ostensible property whereof the said penalty can be levied:

*Be it therefore ordained by the authority aforesaid,* That any gun, pistol or other small arms, fired or discharged by any such person in breach of this ordinance, shall be liable for the payment of the penalty or penalties aforesaid; and it shall be lawful for the Intendant, either of the Wardens or constables, who shall see such person offending against this ordinance, to seize and take into possession the gun or pistol, or other small arms so fired or discharged, and deposite the same with the Intendant or either of the Wardens; and if the person charged with the said offence, and convicted thereof, shall not within ten days after conviction pay the penalty incurred and the costs of prosecution, the same shall be sold to discharge the said penalty and costs: *Provided nevertheless,* That nothing in this ordinance contained shall extend to prohibit or restrain the usual exercises

Ordinances, of the Town of Columbia, (S. C.) Passed Since the Incorporation of Said Town: To Which are Prefixed, the Acts of the General Assembly, for Incorporating the Said Town, and Others in Relation Thereto. Printed by D. & J. M. Faust, 1823. The Making of Modern Law: Primary Sources, link.gale.com/apps/doc/DT0103560490/MMLP?u=new34575&sid=bookmark-MMLP&pg=61. Accessed 5 Mar. 2024.

# EXHIBIT 83

said city, or any railing placed in such line to guard such side-walk or any tree planted for shade or ornament, or use, on any street, highway, or any other place within said city, public or private, he shall forfeit and pay to the party injured thereby, or to the city, the sum of three dollars, and also pay to such party his just damages. *Relative to trees standing on sidewalks.*

SEC. 3. And whereas the practice of standing on the side-walks in this city, and corners of streets is incommodious to passengers — therefore be it ordained, that if any person shall, by standing in or upon the side-walks, corners of streets, &c. in this city, impede, hinder or incommode any other person, while passing or endeavoring to pass on such side-walk, every person so impeding or hindering, or incommoding, shall forfeit and pay the sum of one dollar for the use of the city. *Relative to standing on side walks.*

SEC. 4. *And be it further ordained,* That for the purpose of this act the term side-walk shall be deemed, to mean all that part of the street upon both sides where curb or flag stones is already laid down —and where there is no curb stones then a space of six feet in width from the boundary line of said street, upon both sides of said street.

SEC. 5. *And be it further ordained,* That if any minor or apprentice shall be guilty of any breach of this law, the parent, guardian, or master of such minor, or apprentice shall be liable to pay the aforesaid forfeiture and the same shall be recoverable of such parent, guardian, or master, by action of debt.

SEC. 6. It shall be the duty of the city attorney and lawful for any other person to prosecute for all penalties incurred by this act —one half of which penalty shall go to the informer and the other to the use of the city. *Duty of the city attorney.*

## CHAP. XXVI.

A By-Law in relation to the Firing of Guns and Pistols, within the limits of the city of New-London, and making parents and guardians, and masters, liable for breaches of by-laws by minors and apprentices.

[Passed July 6, and Approved Sept. 28 1835.]

Pub. Conn. Gaz. Nov. 25, 1835.

*Be it ordained by the mayor, aldermen, and common council and freemen of the city of New-London,* That no gun or pistol shall be fired at any time within the limits of said city, unless on some public day of review, and then by order of the officers of the military companies of said city, or by permission of the mayor, or one of the aldermen of said city; and whosoever shall fire any gun or pistol, contrary to the form and effect of this by-law, shall for every such offence, forfeit and pay the sum of two dollars, to be recovered by due process in any court in said city, proper to try the same. *Relative to the firing of guns within the limits of the city.*

SEC. 2. And whereas the firing of guns and pistols, crackers, or other fire works is most frequently done by apprentices and minors under age, who are unable to pay the forfeiture incurred by the by-

Parents, guardians or masters, to be responsible for the penalty here incurred.

law of this city—be it also ordained that where any minor or apprentice shall be guilty of any breach of the by-laws relating to the firing of guns, pistols, crackers, or other fire-works, the parent, guardian, or master of such minor or apprentice, shall be liable to pay the forfeitures incurred by said by-law, and the same shall be recoverable of any parent, guardian, or master, by action of debt brought on said by law, before any court in said city proper to try the same. And it shall be the duty of the city attorney and lawful for any other person to prosecute for said penalty ; and one-half of said penalty shall go to the informer, or the person prosecuting for the same, and the other half to the use of the city.

## CHAP. XXVII.

A By-Law to restrain Horses and Geese from going at large in the city of New-London.

[Passed July 13, and Approved Sept. 28, 1835.]

Pub. Conn. Gaz. Dec. 16, 1835.

*Be it ordained by the mayor, aldermen, common council, and freemen of the city of New-London,* That no horse shall be allowed to go at large within the limits of said city; and if any horse shall be found at large, within the limits of said city, it shall be the duty of the haywards of said city, and shall be lawful for any other person to impound said horse, in any pound within said city, and the owner of said horse shall pay the sum of one dollar to the pound keeper, before said horse shall be released from said pound ; seventy-five cents thereof shall be given to the person or persons who shall impound said horse, and twenty-five cents to the pound-keeper for his fees ; and in case the owner of said horse shall not within five days from the impounding of the same, pay the sum of one dollar, and also the additional sum of twenty-five cents for each day said horse shall have been impounded, and been supported by said pound-keeper, then the pound keeper shall sell the same at public auction, to the highest bidder, giving five days notice of said sale, by publishing in a newspaper, or by setting up on the signpost of said city, an advertisement of said sale, and said advertisement to contain a description of said horse ; and the proceeds of sale, after deducting all fees as above, and all necessary expenses, shall be paid over to the owner of said horse, he proving his title to the same, and if no owner appears within six months the same shall be paid into the treasury of the city.

Relative to horses and geese running at large.

Notice of sale to be advertised.

SEC. 2, *And be it further ordained,* That the owner of every horse, found going at large, within the limits of said city, shall incur a penalty of one dollar for each time a horse is found going at large within the limits of said city, and the same shall be recovered in an action of debt, by any person sueing for the same, before the city court, or any court proper to try the same ; one half said penalty to go to the person prosecuting for the same, and the other half to the use of the city ; and it shall be the duty of the city at-

Persons to prosecute.

The By-Laws of the City of New London, with the Statute Laws of the State of Connecticut
Relative to Said City. Starr & Farnham, 1855. The Making of Modern Law: Primary
Sources, link.gale.com/apps/doc/DT0106322101/MMLP?u=new34575&sid=
bookmark-MMLP&pg=47. Accessed 5 Mar. 2024.

# EXHIBIT 84

## No. 77.

An Ordinance in Regard to Indecent Exposure of the Person.

Any person who shall expose his person indecently, or Exposure of cause any person to do so within the city limits, shall be fined twenty dollars for each offense.

Approved October 17, 1853.

## No. 78.

An Ordinance as to Retailing Gunpowder.

No person shall retail gunpowder to minors under fifteen years of age, or free colored persons, without authority from his parent or guardian, or to slaves without authority from his master. Any person doing so in either case, shall be fined twenty dollars.

Approved October 17, 1853.

## No. 79.

An Ordinance to Prevent the Desecration of the Sabbath Day.

*Be it ordained by the General Council of the City of Louisville*, That no person shall hereafter sell, buy, or weigh cattle, hogs or sheep in the city of Louisville on the Christian Sabbath day, and, on conviction thereof, such person shall be fined ten dollars and costs of suit by the City Court of said city. The proceedings against such persons shall be by warrant. But this ordinance shall not apply to, or affect any person who conscientiously observes as the Sabbath day any other day of the week.

Approved December 31, 1858.

## No. 80.

An Ordinance to Prevent Obstructions in the Ohio River.

*Be it ordained by the General Council of the city of Louisville*, That it shall be unlawful for any person to place or

# EXHIBIT 85

# DIGEST

## OF THE

# CHARTERS AND ORDINANCES

## OF THE

## CITY OF MEMPHIS,

### FROM 1826 TO 1867, INCLUSIVE,

#### TOGETHER WITH

# THE ACTS OF THE LEGISLATURE

#### RELATING TO THE CITY,

## WITH AN APPENDIX.

COMPILED, REVISED AND CODIFIED,

## BY WM. H. BRIDGES.

MEMPHIS, TENN:

PRINTED BY BULLETIN PUBLISHING COMPANY.

1867.

Generated on 2024-02-26 17:23 GMT / https://hdl.handle.net/2027/nyp.33433012340729
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

Case 3:19-cv-01226-L-AHG   Document 133-2   Filed 03/15/24   PageID.11817   Page 19 of 89

complying with the fourth or fifth Section of this Act they shall be deemed guilty of a misdemeanor, and, upon conviction, shall be fined not less than fifty nor more than five hundred dollars.

### SELLING LIQUORS OR WEAPONS TO MINORS.

**Selling liquor to students.** 4862. Any person who sells, gives or delivers to any student of any educational institution, or to any other person for the use of such student, any vinous or spiritous liquors, without the consent of the parent, guardian or person having the care of such student, is guilty of a misdemeanor.

**Or minor.** 4863. Any person who sells, gives or delivers to any minor, or to any person for the use of such minor, any of the liquors specified in the preceding Section, after notice from the parent, guardian or person having the care of such minor, forbidding such sale, gift or delivery, is guilty of a misdemeanor.

**Selling weapons to minors.** 4864. Any person who sells, loans or gives to any minor a pistol, bowie-knife, dirk, Arkansas toothpick, hunter's knife, or like dangerous weapon, except a gun for hunting or weapon for defense in traveling, is guilty of a misdemeanor and shall be fined not less than twenty-five dollars, and imprisoned in the county jail at the discretion of the court.

### POISONING FISH.

**Poisoning fish.** 4866. If any person kill or destroy the fish in any of the waters of this State, by putting any poisonous substance in said water, he is guilty of a misdemeanor.

### GAMING.

**Gaming.** 4870. If any person play at any game of hazard or address, for money or other valuable thing, or make any bet or wager for money or other valuable thing, he is guilty of a misdemeanor.

**Promoting gaming.** 4871. If any person encourage or promote, aid or assist the playing at any game, or the making of any bet or wager, for money or other valuable thing, or keep or exhibit

Generated on 2024-02-26 17:18 GMT  /  https://hdl.handle.net/2027/nyp.33433012340729
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google                    Original from
                                      NEW YORK PUBLIC LIBRARY

# EXHIBIT 86

LAWS OF KENTUCKY. 241

## CHAPTER 33.

1860.

AN ACT to amend an act, entitled "An act to reduce into one the several acts in relation to the town of Harrodsburg.

*Be it enacted by the General Assembly of the Commonwealth of Kentucky:*

§ 1. That the judicial power of said town shall be vested in and exercised by a court, to be styled the Police Court of Harrodsburg, which shall be held by a single judge, to be elected and qualified and hold office as prescribed in the constitution of this Commonwealth. The police court of Harrodsburg shall be a court of record, and shall have the power of a quarterly judge over slaves and free negroes, and to require security of all persons for good behavior and to keep the peace; and in all matters of penalties for a violation of the laws of this Commonwealth shall have concurrent jurisdiction, with the circuit courts and justices of the peace, of prosecutions for misdemeanors committed in the town where the punishment of a free person is a fine not exceeding one hundred dollars and imprisonment for fifty days, or of a slave in any number of stripes not exceeding thirty-nine, and exclusive jurisdiction of all prosecutions and actions for an infraction of the by-laws or ordinances of the town. Said court shall exercise the power and jurisdiction of an examining court, shall have concurrent jurisdiction with the circuit court to try vagrants; and shall have power to take recognizances and bail bonds from persons charged with offenses cognizable before said court to appear and answer, and a like power to enforce a compliance with the same that circuit courts have; and all recognizances and bail bonds entered into to appear before said court, where the amount of the penalty does not exceed one hundred dollars, may be forfeited, and other proceedings had thereon in said court to forfeit and collect the same, as are directed by law in similar cases in the circuit court. The jurisdiction of said court, and the judge thereof, in civil cases, shall be the same as that of a quarterly court and the judge thereof.

§ 2. The police judge shall issue his process in criminal, penal, and civil cases in the name of the Commonwealth, and make the same returnable before him as police judge of Harrodsburg; and the same shall be directed to the sheriff, marshal, jailer, coroner, constable, or policeman of any town, city, or county of Kentucky, and shall be executed and returned by any of said officers, under the same penalties as other similar process from circuit and quarterly courts; and all proceedings in criminal, penal, and civil cases in said court shall be the same as directed by law in similar cases in the circuit and quarterly courts: *Provided, however,* That it shall not be necessary that an indictment be found by a grand jury for the trial of any

*Judicial powers vest'd in police court.*

*Judge to be elected.*

*Jurisdiction of police court.*

*Police judge to issue process in the name of the Commonw'h, & to whom directed.*

31

**1860.**

offense of which said police court or judge shall have jurisdiction: *And provided further*, That all prosecutions for a violation of town ordinances shall be in the name of the board of trustees; and said town shall be entitled to all fines and forfeitures recovered in such cases.

*Jury may be summoned.*

§ 3. The judge of said court may authorize any of the officers aforesaid to summon a jury in any case cognizable before him, where a jury would be required before the circuit court, quarterly court, or a justice of the peace.

*Judge to be cl'k of his court, and his fees.*

§ 4. The judge of said court shall be the clerk of his own court, and shall receive for services therein rendered the same fees as the clerks of circuit courts are by law entitled to, where the amount in controversy in a civil case before him is fifty dollars or more; in cases of less than fifty dollars, he shall receive the same fees as by law are allowed to justices of the peace. In penal and criminal cases, he shall be entitled to charge the following fees, to-wit: For a warrant for a violation of the penal and criminal laws, or the by-laws and ordinances of the town, one dollar; for swearing a jury and presiding over the trial in any such case, fifty cents; for a recognizance or other bond, forty cents; for a recognizance to keep the peace, to be paid for by the applicant therefor, fifty cents; for an order of commitment in any case, fifty cents; swearing witnesses, five cents each. All other fees of said judge shall be the same as are by law allowed to the quarterly judge.

*Trustees to elect attorney—his duties and fees.*

§ 5. The board of trustees of said town shall elect an attorney for said board, whose duty it shall be to give legal advice to the board when called upon, to prosecute all persons in said court charged with a violation of the criminal and penal laws, and of the by-laws and ordinances of said town, and institute proceedings for the enforcement and forfeiture of recognizances and bail bonds, and the enforcement and collection of all judgments against offenders; and for his services in every case he shall be entitled to, as his fee, the same amount allowed by law to Commonwealth attorneys for similar services: *Provided, however*, That in all jury trials where the said attorney does not receive a part of the fine, there shall be taxed a fee of five dollars against the defendant, if convicted.

*Proceedings in cases of $50 and over.*

§ 6. In all civil cases where the amount in controversy is fifty dollars or more, there shall be the same pleadings and proceedings by the parties, plaintiff and defendant, that are required by law in the circuit court; and upon the filing of every petition there shall be a tax of fifty cents paid, which the judge of said court shall pay over to the trustee of the jury fund, and it shall be the duty of said judge to report to the circuit court at each term the number of petitions filed before him since his last report.

Case 3:19-cv-01226-L-AHG   Document 133-2   Filed 03/15/24   PageID.11821   Page 23 of 89

§ 7. The fees of the judge of said court in civil cases shall be collectable at the same time and in the same manner as fees of the clerk of the circuit court are collected.

1860.
How fees of judge collected.

§ 8. On all judgments in criminal, penal, and civil cases, in said court, and for a breach of the by-laws and ordinances of said town, the same writs of *fieri facias* and *capias profine* shall issue as are by law allowed for the collection and enforcement of similar judgments in circuit and quarterly courts.

Writs of *fi. fa.* & *capias prof.* may issue.

§ 9. The fines and forfeitures recovered in the name of the Commonwealth in said court, except the part allowed to the town attorney, are hereby granted to the board of trustees of Harrodsburg, to be by them held and appropriated for the purpose of sustaining common schools in said town, and for no other purpose ; and any fund arising therefrom, which may not be needed in sustaining said common schools, shall be, by said board, invested in some safe and sure manner for such uses.

Fines and forfeitures grant'd to trustees of Harrodsburg.

§ 10. Any officer who may execute process, writs of *fieri facias*, or *capias profine*, issued by said court, shall be entitled to the same fees as are by law allowed to sheriffs for similar services.

Fees for issuing writs of *fi. fa.*, &c.

§ 11. The regular terms of said court shall be as follows : For the trial of civil cases, on the first Tuesday in February, May, August, and November, and continue five days, if the business of said court require it ; and for the trial of criminal and penal cases, and for violations of the town ordinances, at any time three days after the service of the warrant, process, or summons, on the defendant : *Provided,* That in any such case the defendant may demand and have a speedy trial, the parties thereto having reasonable time allowed to procure the attendance of witnesses.

Regular terms of police court; when held.

§ 12. Any of the officers aforesaid who shall fail, neglect, or refuse, to execute any warrant, summons, or process, and make due return of the same, shall be fined not less than twenty dollars, upon the motion, in said court, of the town attorney, or of any party aggrieved—ten days' notice in writing having been given to the said officer.

Penalty if officers fail to perform duties.

§ 13. Any officer who shall fail to collect any writ of *fieri facias*, or execute any *capias profine*, issued from said court, and make due return thereof according to law, shall, with his securities, be subject to all the damages and penalties now imposed by law upon sheriffs for failing to collect, return, and pay over money when collected on writs of *fieri facias* and *capias profine*.

§ 14. A return of "not found" on a *capias profine*, or of "no property found" in whole or in part on a *fieri facias*, issued on any judgment in said police court, shall authorize an attachment out of chancery in favor of the Commonwealth or the board of trustees of Harrodsburg, or other

When attachments may issue.

Case 3:19-cv-01226-L-AHG   Document 133-2   Filed 03/15/24   PageID.11822   Page 24 of 89

1860.

plaintiff, against the choses in action and other effects of the defendant or defendants, in the same manner that the return of "no property" authorizes an attachment in chancery on judgments rendered in the circuit courts.

§ 15. If any person shall be drunk in the limits of said town, and disorderly on the streets or alleys thereof, he shall be fined five dollars.

Penalty for drunkenness.

§ 16. If any person shall willfully interrupt or disturb a congregation assembled on or at any place of and for religious worship, or misuse or maltreat any person being there, or shall disturb or interrupt any lawful assembly or school or school exhibition, he shall be fined in a sum not less than ten nor more than fifty dollars, or imprisoned not less than five nor more than twenty days, or both so fined and imprisoned, at the discretion of the jury.

Penalty for disturbing public assemblies, &c.

§ 17. If any person shall knowingly permit any slave or free negro, of which he is not the owner or has not the control, to remain in or upon his premises, or premises over which he has control, for more than two hours, without the written consent of the owner or controller of said slave, he shall be fined five dollars: *Provided*, This section shall not be construed to prevent husbands and wives of said free negroes and slaves visiting or remaining with each other during the night or on holidays.

Penalty for permitting free negro or slave to remain upon premises.

§ 18. If any person, not the owner of the slave, shall sell, loan, or give ardent spirits to said slave, or shall suffer or permit the slave of another to have or drink ardent spirits upon his premises, or premises under his control, he shall be fined sixty dollars; and proof of any of the offenses enumerated in this section shall be a presumption of the guilt of the defendant, until the contrary is clearly proven.

Penalty for selling or giving slave liq'or.

§ 19. Any person who shall give, sell, or loan any deck, or part of a deck, of playing cards, or any arrangement or devise for gambling, to a slave or free negro, shall be fined twenty dollars.

Penalty for giving or sell'g playing cards to a slave or free negro.

§ 20. If the owner, hirer, or controller of any slave shall suffer or permit said slave to go at large, or to hire his or her own time, or to work for himself or herself, or any other, without the consent of said owner, hirer, or controller to do the specific act or work for which said slave is engaged, the said owner, hirer, or controller shall be fined five dollars; and any person who shall hire or employ any such slave shall be fined five dollars.

Penalty for permitti'g slave to go at large or hire time.

§ 21. No place or house for the assembly of colored persons shall hereafter be located or erected within the limits of said town, for any use or purpose whatever, without the license and consent of the board of trustees of said town; and all such houses or places now existing in said town, and the assemblies of colored persons attending the same, and all such houses or places hereafter established and the

No place for the assemblage of colored persons to be erected without consent of trustees, &c.

persons attending the same, shall be regulated by ordinance, and also the conduct of persons going to and returning from such places, both free colored persons and slaves; and for any violation of any such ordinance, a free colored person shall be fined not less than ten dollars nor more than fifty dollars, and a slave shall receive not less than ten, nor more than thirty lashes, to be enforced before the police court of said town. And for good cause, the board of trustees may provide for the closing up any house or place of assembling of colored persons within said town, and may provide for silencing any preacher or teacher of colored persons for misconduct. And all assemblies of colored persons within said town shall be under the visitation of the police, and especially under that of the night police and watchmen.

§ 22. If any person shall sell, loan, or give, any spirituous liquors, or mixture of the same, to any minors, without the previous written consent of the father, mother, or guardian, attested by two witnesses, or shall suffer or permit any minor to have or drink any spirituous liquors, or mixture of the same, on his premises, or premises under his control, he shall be fined the sum of thirty dollars; and if he be a vender of ardent spirits by license, he shall be fined sixty dollars.

Penalty for giving or selling liquor to minors.

§ 23. If any person, other than the parent or guardian, shall sell, give, or loan, any pistol, dirk, bowie-knife, brass-knucks, slung-shot, colt, cane-gun, or other deadly weapon, which is carried concealed, to any minor, or slave, or free negro, he shall be fined fifty dollars.

Penalty for giving weapons to minors and slaves.

§ 24. If any person, other than the parent or guardian, shall sell, give, or loan, to any minor a deck, or part of a deck, of playing cards, or shall knowingly permit any minor to play cards on his premises, or premises under his control, he shall be fined ten dollars; and any minor having in his possession a deck, or part of a deck, of cards, shall be fined five dollars.

Penalty for giv'g or selling minor cards.

§ 25. The board of trustees shall have power to appoint not more than three policemen, who shall have the same power to execute process, arrest and apprehend violators of the penal and criminal law, and laws relating to the town of Harrodsburg, and town ordinances, that marshals have.

Trustees may appoint police.

§ 26. Upon the trial and conviction of any person in the police court of any crime or offense, he shall be committed to jail until the fine and costs are paid or replevied: *Provided*, That the imprisonment shall not be longer than at the rate of twenty-four hours for each two dollars of said fine and costs: *And provided further*, That a writ of *fieri facias* may be issued, at any time thereafter, against the estate of the defendant or defendants, for the amount of the fine and costs until the same are satisfied.

Persons convicted in police court may be committed to jail until fine is paid.

1860.

246            LAWS OF KENTUCKY.

1860.

Officers to arrest disorderly persons.

§ 27. It shall be the duty of all peace officers and policemen to arrest all disorderly or drunken persons and take them before the police court, to be dealt with according to law : *Provided,* That when any drunken or disorderly person is arrested in the night time, the officer making the arrest may commit him to the county jail, or work-house, or watch-house, until the next morning, when he shall be carried before the police judge or court, to be dealt with according to law ; and the jailer of Mercer county is hereby directed to receive such persons, when arrested and in custody of such officer, in the night time, without an order of commitment.

Officers may take bail.

§ 28. The officer executing any process requiring bail, shall have authority to take the bail.

Chairman of trustees to act in absence of police judge.

§ 29. In the absence of the police judge from town, the chairman of the board of trustees of said town shall have the same authority and power that said judge has.

Appeals.

§ 30. In all cases, civil and penal, where the judgment, exclusive of costs, is twenty dollars or more, either party may appeal to the circuit court : *Provided,* Said appeal is taken and a copy of the record filed in said court within sixty days from the rendition of the judgment : *And provided further,* That the party, except where the Commonwealth is appellant, files a bond, as now required by law.

Sec. 8 of act to which this is an amendment amended.

§ 31. Section 8 of the act to which this is an amendment, is hereby so amended as to insert after the words, "some newspaper of the town for two months, by successive weekly publications," the words, "or by the service of a written copy of the order, signed by the chairman of the board of trustees and attested by the clerk, upon the parties to be affected thereby."

Trustees may assess tax to pay debts of town.

§ 32. The board of trustees shall have power to assess a tax, not exceeding twenty cents, on every one hundred dollars of the taxable property of said town. They shall have power to allow the marshal, in addition to his regular fees, such compensation as to them may be proper.

Trustees may sell, convey, & close up streets in said town.

§ 33. Said board shall have power to sell and convey, or lease or close up, any of the alleys or parts of alleys in said town, with the consent of a majority of the qualified voters thereof.

§ 34. The present officers of said town shall continue in office and perform all the duties required under this act until their successors are elected and qualified, as provided by law.

§ 35. This act shall not be construed to repeal any portion of the act to which this is an amendment, except those portions which conflict with this amendment.

§ 36. This act shall be in force from its passage.

Approved January 12, 1860.

# EXHIBIT 87

# ORDINANCES

OF THE

## MAYOR, ALDERMEN AND COMMONALTY

OF THE

## CITY OF NEW YORK. —

REVISED A. D. 1859,

## BY D. T. VALENTINE.

ADOPTED BY THE COMMON COUNCIL, AND PUBLISHED BY THEIR AUTHORITY.

NEW YORK:

CHAS. W. BAKER, PRINTER, 29 BEEKMAN STREET.

1859.

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 133-2   Filed 03/15/24   PageID.11827   Page 29 of 89

sum of fifty dollars for each discharge or firing off of any
piece of artillery, to be paid into the city treasury for the
use of the city.

§ 6. No tavern-keeper, keeper of a public house, garden *Firing arms on Sundays.*
or place of resort, nor any other person, shall suffer or
permit any person to practice with or fire off any pistol,
gun, fowling-piece or other fire-arms, in or upon his or her
premises, nor shall suffer or permit any pistol gallery,
erected in his or her house, or upon his or her premises,
to be used for the purpose of practicing with any pistol
gun, fowling-piece or other fire-arms, upon the first day of
the week, called Sunday, under the penalty of fifty dollars
for each offense, to be sued for and recovered from the
person keeping such public house, tavern, public garden,
pistol gallery, place of resort or premises; and also the
further penalty of fifty dollars for each offense, to be sued
for and recovered from the person firing off or practicing
with a pistol, gun, fowling-piece or other fire-arms; and in
case such person so offending shall be an apprentice, such
penalty shall be sued for and recovered from the master
of such apprentice, or in case such person so offending
shall be a minor and not an apprentice, the same shall be
sued for and recovered from the father of, or in case of the
death of the father, then from the mother or guardian of
such minor.

§ 7. No person shall fire, discharge or set off in the city *Firing Fire-works.*
of New York, any rocket, cracker, torpedo, squib, balloon,
or other fireworks, or thing containing any substance in a
state of combustion, under the penalty of five dollars for
each offense.

§ 8. No person shall sell, or expose for sale, nor fire, *Selling and firing certain*
discharge or set off, in the city of New York, any fire- *fireworks.*

Digitized by Google

# EXHIBIT 88

# DIGEST

OF THE



# CHARTERS AND ORDINANCES

OF THE

## CITY OF MEMPHIS,

TOGETHER WITH

# THE ACTS OF THE LEGISLATURE

RELATING TO THE CITY,

## WITH AN APPENDIX.

COMPILED AND REVISED BY ORDER OF THE BOARD OF MAYOR AND ALDERMEN

### BY W. H. BRIDGES.

MEMPHIS, TENN:

PRINTED AT THE ARGUS BOOK AND JOB OFFICE.

1863. 

Digitized by Google

§ 6. All license heretofore issued for carriages or other vehicles, shall specify whether the carriages or vehicles to be used are public or private, as herein-before defined, and the register of licenses issued shall be so kept as to show the same. *Licenses to state whether public or private.*

§ 7. From and after the passage of this ordinance the owner and also the person found in charge of any carriage, hack, omnibus or other vehicle whatever, which may be found on the streets, alleys, at hotels or other public places in this city, doing or seeking for general or public employment in the carriage of baggage, passengers or freight, and not having in or on it in some conspicuous place, its regular license number showing it to be regularly licensed for public use, and also a copy of the rates of fare or charges prescribed or allowed by the ordinance of the city, shall be deemed guilty of a misdemeanor, and on conviction before the Recorder, shall be fined not less than five nor more than twenty dollars for each offence, to be collected and disposed of as other fines are; and if the carriage or vehicle so found engaged, have a license of a character called private by this ordinance, in addition to the fine the license shall be forfeited. *Penalty.*

## ARTICLE VI.

### SHOOTING GALLERIES.

SECTION 1. That no person or persons shall set up or use any pistol gallery, or place for the discharging of pistols, guns or other firearms in the first story of any building in this city; nor shall any gallery be used in any manner involving risk or danger to any person in the city; nor shall any person setting up or using such pistol gallery be exempt from the ordinances and penalties now in force, for discharging or shooting any pistol, gun or firearms within the city limits, until such person or persons have applied and paid for license to set up and use such pistol gallery, according to the provisions of this ordinance. *Galleries not to be established in first story.*

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 133-2   Filed 03/15/24   PageID.11831   Page 33 of 89

To give bond.    § 2.  That the person or persons applying for license to keep such pistol gallery, shall, at the time of obtaining such license, enter into bond with good security, to be approved of by the City Register, in the sum of three thousand dollars, payable as other city bonds, conditioned that no gambling of any kind be permitted in such pistol gallery, or in the room used for such pistol gallery, or any room adjacent thereto, under the control and connected with said pistol gallery, or its proprietors or keepers; and that all shooting or discharging of firearms shall be done only with perfect security against any harm to persons or property in the vicinity of such pistol gallery; such penalty to be recoverable for every violation of this section of this ordinance, and of the conditions of said bond.

Not to permit minors to shoot    § 3.  That the proprietors or persons keeping such pistol gallery shall not permit any minors to shoot in such gallery without the written consent of the lawful guardian of such minor, unless such guardian be personally present, and consenting to such shooting; nor shall the proprietors or keepers of such gallery permit any shooting in the same after eleven o'clock at night, or on Sunday, nor shall such shooting gallery be allowed to be kept open for shooting after eleven o'clock at night or on Sunday. Any violation of this ordinance is hereby declared a misdemeanor, and each offender, on conviction, shall be fined in any sum not less than five nor more than fifty dollars for any violation of this ordinance, recoverable as other fines.

Rate of license.    § 4.  Any person or persons shall, before putting up or using such pistol or shooting gallery, first apply for, and obtain license, as other licenses are obtained, and shall pay for such license the sum of one hundred dollars per annum for each and every pistol or shooting gallery establishment under the provisions of this ordinance.

Reserved power of Board.    § 5.  That the Board of Mayor and Aldermen retain the power and right to, at any time, repeal this ordinance, and revoke and recall any license to keep a pistol gallery,

Digitized by Google

# EXHIBIT 89

# DIGEST

OF THE

# CHARTERS AND ORDINANCES

OF THE

## CITY OF MEMPHIS,

### FROM 1826 TO 1867, INCLUSIVE,

TOGETHER WITH

# THE ACTS OF THE LEGISLATURE

RELATING TO THE CITY,

## WITH AN APPENDIX.

———•••———

COMPILED, REVISED AND CODIFIED,

### BY WM. H. BRIDGES.

———•••———

NEW YORK
PUBLIC
LIBRARY

MEMPHIS, TENN.:

PRINTED BY BULLETIN PUBLISHING COMPANY.

1867.

Digitized by Google

complying with the fourth or fifth Section of this Act they shall be deemed guilty of a misdemeanor, and, upon conviction, shall be fined not less than fifty nor more than five hundred dollars.

### SELLING LIQUORS OR WEAPONS TO MINORS.

**Selling liquor to students.** 4862. Any person who sells, gives or delivers to any student of any educational institution, or to any other person for the use of such student, any vinous or spiritous liquors, without the consent of the parent, guardian or person having the care of such student, is guilty of a misdemeanor.

**Or minor.** 4863. Any person who sells, gives or delivers to any minor, or to any person for the use of such minor, any of the liquors specified in the preceding Section, after notice from the parent, guardian or person having the care of such minor, forbidding such sale, gift or delivery, is guilty of a misdemeanor.

**Selling weapons to minors.** 4864. Any person who sells, loans or gives to any minor a pistol, bowie-knife, dirk, Arkansas toothpick, hunter's knife, or like dangerous weapon, except a gun for hunting or weapon for defense in traveling, is guilty of a misdemeanor and shall be fined not less than twenty-five dollars, and imprisoned in the county jail at the discretion of the court.

### POISONING FISH.

**Poisoning fish.** 4866. If any person kill or destroy the fish in any of the waters of this State, by putting any poisonous substance in said water, he is guilty of a misdemeanor.

### GAMING.

**Gaming.** 4870. If any person play at any game of hazard or address, for money or other valuable thing, or make any bet or wager for money or other valuable thing, he is guilty of a misdemeanor.

**Promoting gaming.** 4871. If any person encourage or promote, aid or assist the playing at any game, or the making of any bet or wager, for money or other valuable thing, or keep or exhibit

Digitized by Google

# EXHIBIT 90

# The

# Charter

### And

# General Ordinances

### Of the

## Town of Lexington, Virginia.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Codified, arranged and published under
authority of the
Mayor and Council of the Town of Lexington.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## Lexington, Virginia.

## 1892.

Digitized by Google

4. Any person buying or selling kerosene oil, burning fluid or camphine after night shall forfeit a sum not less than August 2, 1854. five dollars nor more than twenty dollars, one-half the fine to be collected from the buyer and one-half from the seller.

## CHAPTER XLII.

### OF CONCEALED WEAPONS AND CIGARETTES.

1 Carrying concealed weapons prohib- | 2. Selling cigarettes and weapons to mi-
ited; fine; exceptions.               |    nors prohibited; fine.

1. If any person carry about his person, hid from com- December 30, mon observation, any pistol, dirk, bowie-knife, razor, slung- 1867. shot, or any weapon of the like kind, he shall be fined not March 29, 1869. less than twenty dollars nor more than one hundred dollars; and any of such weapons mentioned shall be forfeited to the town. Nothing in this section shall apply to any officer of the town, county or state while in the discharge of his duty.

2. If any person sell, barter, give or furnish, or cause to be sold, bartered, given or furnished to any minor under sixteen years of age, cigarettes, or pistols, or dirks, or bowie-knives, having good cause to believe him or her to be a minor under sixteen years of age, shall be fined not less than ten dollars nor more than one hundred dollars.

## CHAPTER XLIII.

### OF NUISANCES NOT IN STREETS.

1. Filth or nuisances in creeks, branches | 4. Lime, brick or other kilns; hay, straw
    or reservoir; penalty; how rui-      |     or fodder stacks; penalty.
    sances removed.                      | 5. Gravel shooters; penalty.
2. In cellars, houses or on lots; penalty. | 6. Privies and stables; penalty.
3. Stagnant water; penalty.

1. If any person shall put, or cause to be put, into any creek or branch within the corporate limits of this town, or at the reservoir, the carcass of any animal, or filth or nuisance of any kind, he shall be fined not less than five dollars nor more than fifty dollars. Every such nuisance shall be removed by the police at the expense of the person so putting or causing it to be put, if he be known, otherwise at the expense of the town.

2. If any person shall put, or cause to be put, into any cellar or house, or upon any other private property not owned or occupied by him, any filth or nuisance of any kind, he shall be fined not less than one dollar nor more than twenty dollars.

3. If any person shall have, or suffer, stagnant water to stand in his cellar or in, or upon his lot, or in, or upon, any

Digitized by Google

# EXHIBIT 91

# PROCEEDINGS

OF THE

# COMMON COUNCIL

OF THE

# CITY OF CHICAGO,

FOR THE

## Municipal Year 1872-3,

BEING FROM

December 2d, 1872, to November 24th, 1873.

CHICAGO:

JAMESON & MORSE, PRINTERS, 162 & 164 CLARK STREET.

1874.

Generated on 2023-08-14 08:51 GMT / https://hdl.handle.net/2027/uiug.30112089447939
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Case 3:19-cv-01226-L-AHG   Document 133-2   Filed 03/15/24   PageID.11840   Page 42 of 89

for 37 lamp-posts on West Fourteenth street, from Stewart avenue to Center avenue.

Ald. Bailey moved that the report be approved and the order thereto attached be passed.

The motion prevailed by ayes and noes, as follows :

*Ayes*—Bowen, Richardson, Dixon, Warren, Mc-Genniss, Coey, Sidwell, Stone, Pickering, Tracey, Schmitz, Cullerton, McClowry, Bailey, Powell, O'Brien, Bond, Clark, Sweet Kehoe, Heath, Miner, Cleveland, Quirk, McGrath, Eckhardt, Stout, Mahr, Lengacher, Schaffner, Carney, Cannon, Ogden, Brandt Woodman, Corcoran—36.

*Noes*—None.

Also,

The report of the Commissioners to make estimate for seven lamp-posts on South Dearborn street, fromTwenty-seventh street to Twenty-ninth street.

Ald. Stone moved that the report be approved and that the order thereto attatched be passed.

The motion prevailed by ayes and noes as follows :

*Ayes*—Bowen, Richardson, Dixon, Warren, Mc-Genniss, Coey, Sidwell, Stone, Pickering, Tracey, Schmitz, Cullerton, McClowry, Bailey, Powell, O'Brien, Bond, Clark, Sweet, Kehoe, Heath, Miner, Cleveland, Quirk, McGrath, Eckhardt, Stout, Mahr, Lengacher, Schaffner, Carney, Cannon, Ogden, Brandt, Woodman, Corcoran—36.

*Noes*—None.

Also,

The report of the Commissioners to make estimate for eighteen lamp-posts on Morgan street, from West Twelfth street to West Sixteenth street.

Ald. O'Brien moved that the report be approved, and that the order thereto attached be passed.

The motion prevailed by ayes and noes as follows:

*Ayes*—Bowen, Richardson, Dixon, Warren, Mc-Genniss, Coey, Sidwell, Stone, Pickering, Tracey, Schmidt, Cullerton, McClowry, Bailey, Powell, O'Brien, Bond, Clark, Sweet, Kehoe, Heath, Miner, Cleveland, Quirk, McGrath, Eckhardt, Stout, Mahr, Lengacher, Schaffner, Carney, Cannon, Ogden, Brandt, Woodman, Corcoran—36.

*Noes*—None.

UNFINISHED BUSINESS.

Report of the Committee on Streets and Alleys, South Division, on an ordinance for the opening of Dearborn street from Jackson street to Fourteenth street, laid over and published February 17, 1873.

Ald. Dixon moved to concur in the report and pass the ordinance.

The motion prevailed and the ordinance was passed by ayes and noes as follows :

*Ayes*—Bowen, Richardson, Dixon, Warren, Mc-Genniss, Coey, Sidwell, Stone, Pickering, Tracey, Schmitz, Cullerton, McClowry, Bailey, Powell, O'Brien, ond, Clark, Sweet, Ke-hoe, Heath, Miner, Cleveland, Quirk, Eck-hardt, Stout, Mahr, Lengacher, Schaffner, Carney, Cannon, Ogden, Woodman, Corcoran.—34.

*Noes*—None.

Report of the Select Committee on the report of the Board of Health relative to scavenger work, laid over, and published March 10, 1873.

Ald. Tracey moved that the report be placed on file.

The motion prevailed.

Report of the Committee on Streets and Alleys, North Division, on petition of citizens remonstrating against the filling of North Water street, laid over, and published March 10, 1873.

Ald. Lengacher moved to concur in the report, and pass the order.

Ald. Ogden moved to amend the order so as to read the grade be 11 feet at Rush street.

Ald. Schaffner moved as an amendment to the amendment, that the report be referred to the Board of Public Works, with instructions to report as to the height of the grade established on that street.

The amendment of Ald. Schaffner prevailed.

The report of the Committee on Streets and Alleys, West Division, on the ordinance concerning the Chicago, Milwaukee and St. Paul railroad, laid over and published March 10, 1873.

Ald Cullerton moved that the consideration of the report be postponed for two weeks.

The motion prevailed.

Report of the Committee on Gas Lights on the ordinances concerning the National and Mutual Gas Light Companies, laid over and published March 3, 1873.

Ald. Richardson moved that the report be temporarily postponed.

Ald. Schaffner demanded the ayes and noes and the motion prevailed by the following vote:

*Ayes*—Bowen, Richardson, Warren, Sidwell, Pickering, Tracey, Schmitz, Cullerton, O'Brien, Kehoe, Heath, Miner, Cleveland, Quirk, McGrath, Eckhardt, Stout, Lengacher, Carney, Cannon, Brandt, Corcoran—22.

*Noes*—Dixon, McGenniss, Coey, Stone, McClowry, Bailey, Powell, Bond, Clark, Sweet, Mahr, Schaffner, Ogden, Woodman—14.

ENGROSSED ORDERS, ORDINANCES AND RESOLUTIONS.

The Clerk presented an engrossed ordinance prohibiting the sale of fire-arms to minors.

Ald. Cullerton moved that th order be passed.

The motion prevailed, and the ordinance was passed by ayes and noes as follows:

*Ayes*—Bowen, Richardson, Dixon, Warren, Mc-Genniss, Coey, Sidwell, Stone, Pickering, Tracey, Schmitz, Cullerton. McClowry, Bailey, Powell, O'Brien, Bond, Clark, Sweet, Kehoe, Heath, Miner, Cleveland, Quirk, McGrath, Eckhardt, Stout, Mahr, Lengacher, Schaffner, Carney, Cannon, Ogden, Brandt, Woodman, Corcoran—36.

*Noes*—None.

The following is the ordinance as passed :

AN ORDINANCE

Prohibiting the sale to or furnishing minors with firearms.

*Be it Ordained by the Common Council of the City of Chicago :*

SECTION 1. That no person within said city shall sell to or in any manner furnish any minor with any gun, pistol, revolver, or other firearms; and any person offending against this ordinance shall on conviction be fined in a sum of not less than twenty-five dollars nor more than one hundred dollars for each offense.

SEC. 2. This ordinance shall be in force from and after its passage and due publication.

Also,

An engrossed ordinance providing for the vacation of Legg street.

Ald. Brandt moved that the ordinance be passed :

The motion prevailed, and the ordinance was passed by ayes and noes as follows :

*Ayes*—Bowen, Richardson, Dixon, Warren, Mc-Genniss, Coey, Sidwell, Stone, Pickering, Tracey, Schmitz, Cullerton, McClowry, Bailey, Powell, O'Brien, Bond, Clark, Sweet, Kehoe, Heath, Miner, Cleveland, Quirk, McGrath, Eckhardt, Stout, Mahr, Lengacher, Schaffner, Carney, Cannon, Ogden, Brandt, Woodman, Corcoran—36.

*Noes*—None.

The following is the ordinance as passed :

AN ORDINANCE

For the vacation of Legg street, in block 54, Kinzie's Addition to Chicago :

*Be it Ordained by the Common Council of the City of Chicago :*

SECTION 1. That Legg street, in block 54, Kinzie's Addition to Chicago, as shown on the plat hereto attached be, and the same is hereby vacated and closed.

Also,

An engrossed order authorizing the purchase of a third class steam fire engine, to be located in the vicinity of Halsted street and Douglas avenue.

Ald. Tracey moved that the order be passed.

The motion prevailed and the order was passed by ayes and noes as follows :

*Ayes*—Bowen, Richardson, Dixon, Warren, Mc-genniss, Coey, Sidwell, Stone, Pickering, Tracey, Schmitz, Cullerton, McClowry, Bailey, Powell, O'Brien, Bond, Clark, Sweet, Kehoe, Heath, Miner, Cleveland, Quirk, McGrath, Eckhardt, Stout, Mahr,

Generated on 2023-08-14 08:50 GMT  /  https://hdl.handle.net/2027/uiug.30112889447939
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

# EXHIBIT 92

# CHARTER

### AND

# ORDINANCES

#### OF THE

## CITY OF NEW HAVEN (Charter)



TOGETHER WITH LEGISLATIVE ACTS AFFECTING

SAID CITY.

———◆———

REVISED TO JUNE 1, 1890.

———◆———

NEW HAVEN:
PRESS OF O. A. DORMAN,
1890.

Generated on 2024-02-26 19:46 GMT  /  https://hdl.handle.net/2027/nnc1.cu5657185z
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
COLUMBIA UNIVERSITY

Case 3:19-cv-01226-L-AHG   Document 133-2   Filed 03/15/24   PageID.11843   Page 45 of 89

SEC. 464.   No person shall transport any gunpowder through said City at any other time than between sunrise and sunset, and only in accordance with such rules and regulations as may be established by the Fire Marshal; *provided*, however, that this section shall not be construed to affect in any way the section immediately next preceding.

SEC. 465.   No person shall, within the limits of said City, place, receive or have any gunpowder on any steamboat or railroad car used for the carriage of passengers or freight.

SEC. 466.   Any person offending against any of the the provisions of the five next preceding sections of this Ordinance, shall forfeit and pay a penalty of not less than fifty, nor more than one hundred dollars for every such offense ; and a like penalty for every day that such person shall have, keep, or possess any gunpowder, contrary to the provisions of said sections.

SEC. 467.   Whenever the Fire Marshal shall make oath before the Mayor of said City that he suspects gunpowder is concealed, stored, or kept contrary to the provisions of any of the Ordinances of said City, on the premises of any person in said City, or in any building in said City, the Mayor shall thereupon, at his discretion, grant a warrant to such Fire Marshal, authorizing him to search such premises for gunpowder so concealed, kept or stored, at any time between sunrise and sunset, within thirty days from the date of such warrant, and to command all necessary assistance for that purpose.

Any person who shall resist, obstruct, or hinder such Fire Marshal, or the persons assisting him, in the discharge of said duty, shall forfeit and pay a penalty of not less than twenty nor more than one hundred dollars for every such offense.

SEC. 468.   No person shall sell to any child under the age of sixteen years, without the written consent of the parent or guardian of such child, any cartridge or fixed ammunition of which any fulminate is a component part, or any gun, pistol, or other mechanical contrivance arranged for the explosion of such cartridge, or of any fulminate.

Generated on 2024-02-26 19:34 GMT  /  https://hdl.handle.net/2027/nnc1.cu56571852
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
COLUMBIA UNIVERSITY

# EXHIBIT 93

# THE

# REVISED ORDINANCES

## OF 1885,

OF THE

# CITY OF BOSTON,

AS PASSED AND APPROVED DECEMBER 14, 1885.
(*With Amendments thereto, Passed and Approved, to May 1, 1886*):

BEING

## THE NINTH REVISION.

### TO WHICH ARE ADDED THE REVISED STANDING REGULATIONS OF THE BOARD OF ALDERMEN.

Published by Order of the City Council.



BOSTON:
ROCKWELL AND CHURCHILL, CITY PRINTERS,
1886.

Digitized by Google

# CHAPTER 51.

## OF EXPLOSIVE COMPOUNDS.

Section.
1. Penalty for sale of guns, pistols, cartridges, etc., to children.
2. Certain licenses to contain copy of section one.
3. Proceedings on applications for licenses to manufacture.
4. Same subject.
5. Manufacture of, prohibited in certain localities.
6. Licenses for sale of, how granted.
7. Amounts allowed to be kept for sale.
8. To be stored in suitable places and kept separate.

Section.
9. Magazines for storage may be licensed.
10. Restrictions on sale or storage in certain localities.
11. Transportation regulated.
12. Premises of persons licensed may be examined, etc.
13. Licenses may be revoked, etc.
14. Fine for breaches of sections 3–15, and disposal of.
15. "Explosive compounds" defined.

Penalty for sale of guns, pistols, cartridges, etc., to children.
R. O. p. 143.
Ord. 1884, c. 4.

SECTION 1.    Whoever sells to a child under the age of sixteen years, without the written consent of its parent or guardian, any cartridge or fixed ammunition of which any fulminate is a component part, or a gun, pistol, or other mechanical contrivance arranged for the explosion of such cartridge or of any fulminate, shall be liable to a penalty of not less than five nor more than fifty dollars.   But the provisions of this section shall not apply to paper-caps of which the only component parts are chlorate of potash and sulphide of antimony, nor to any appliance for exploding the same.

Certain licenses to contain copy of section 1.
R. O. p. 143.

SECT. 2.    A copy of the preceding section shall be inserted in all licenses granted for the sale of gunpowder.

Proceedings on applications for licenses to manufacture.
R. O. p. 143.

SECT. 3.    Whoever desires to manufacture an explosive compound within the limits of the city shall make application in writing to the board of aldermen for a license therefor, setting forth in such application the exact location of the land and the construction of the buildings where such manufacture is to be conducted, and a general description of the articles intended to be manufactured, the method of manufacturing them, and the amount proposed to be manufactured.   Such application shall be referred to the boards of fire commissioners and of police, who shall cause examinations of the place or building described in such application to be made by suitable persons appointed for that purpose by said boards respectively.

Same subject.
R. O. pp. 143, 144.

SECT. 4.    If the report of such examiners is in favor of granting the license, the board of aldermen shall give a public hearing to all remonstrants, after public notice of said hearing has been given for two consecutive weeks in at least three daily newspapers published in the city, and the said board, after such notice and hearing, may, by a two-thirds vote and with the approval of the mayor, grant a license to the appli-

Digitized by Google

# EXHIBIT 94



Geoffrey Andrew Holmes, Compiled Ordinances of the City of Council Bluffs, and Containing the Statutes Applicable to Cities of the First-Class, Organized under the Laws of Iowa Page 168-169, Image 171-172 (1887) available at The Making of Modern Law: Primary Sources.

YEAR:  1887

CATEGORY:  Registration and Taxation

JURISDICTION:  State

Ordinances, City of Council Bluffs, Shooting Gallery, § 5. No person shall carry on or take part in carrying on any pistol gallery or shooting gallery without license therefor from said city, and the charge for such license shall be ten dollars per month, or fifty dollars per annum. §6. No licensee or his employee, or any person in charge of any pin alley, ball alley, pistol gallery or shooting gallery, shall at any time, without gain or profit, permit or allow any minor to be or remain in or about the same to play thereat, under penalty of the same fine and forfeiture as set forth in section 2 of this chapter.

# EXHIBIT 95



# Sam Kimble Revised Ordinances of the City of Manhattan and Rules of the Council Page 49-50, Image 51-52 (1887) available at The Making of Modern Law: Primary Sources.

---

*YEAR:*  1887

*CATEGORY:*  **Possession by, Use of, and Sales to Minors and Others Deemed Irresponsible**

*JURISDICTION:*  **State**

---

Ordinances of Manhattan, KS; Offenses Against the Public Peace, Health and Safety, Toy Pistols, §13. Any person who shall give, trade, loan or otherwise furnish any pistol, revolver, or toy pistol by which cartridges or caps may be exploded, or any dirk, bowie-knife sling shot or toy known as "rubber sling shot" or other dangerous weapon, to any minor or to any person of notoriously unsound mind, shall be deemed guilty of a misdemeanor, and shall upon conviction before the Police Judge be fined not

less than five nor more than one hundred dollars. § 14. Having Possession of the Same. Any minor who shall have in his possession any pistol, revolver, or toy pistol by which cartridges may be exploded or any dirk, bowie knife, brass knuckles, slung shot or toy known as "rubber sling shot" or other dangerous weapons shall be deemed guilty of a misdemeanor and upon conviction shall be fined not less than one nor more than ten dollars.

# EXHIBIT 96

# THE

# REVISED ORDINANCE

## CITY OF ST. LOUIS.

No. 17188.

## APPROVED APRIL 7, 1893.

IN CONNECTION WITH WHICH ARE PUBLISHED THE CONSTITUTION OF
THE UNITED STATES, THE ACT OF ADMISSION, ORDINANCE OF AC-
CEPTANCE AND CONSTITUTION OF MISSOURI, A DIGEST OF LAWS
SPECIALLY APPLICABLE TO THE CITY OF ST. LOUIS, THE
REVENUE LAWS AND ELECTION LAWS OF MISSOURI, THE
SCHEME OF SEPARATION OF THE COUNTY AND CITY OF
ST. LOUIS, THE CHARTER OF THE CITY, A TABLE OF
THE MAYORS AND THE MEMBERSHIP OF THE
BOARD OF ALDERMEN, CITY COUNCIL AND
MUNICIPAL ASSEMBLY FROM THE BEGIN-
NING OF THE CITY GOVERNMENT.

PUBLISHED BY AUTHORITY OF ORDINANCE 16867.
APPROVED AUGUST 12, 1892.

CHESTER H. KRUM,

*Reviser of Ordinances.*

ST. LOUIS:
NIXON-JONES PRINTING CO.
1895.

Digitized by Google

support the surface of said street or alley, and if he fail to do so after ten days' notice in writing by the street commissioner, he shall be deemed guilty of a misdemeanor. (Revised Ordinance 1887.   Sec. 1020.)

SEC. 1050. **Ball-playing on highway prohibited.**— Any person who shall, in this city, play at a game of ball upon any public highway, street or alley, shall be deemed guilty of a misdemeanor.   (Revised Ordinance 1887.   Sec. 1021.)

Sec. 1050. Ball playing on highway prohibited.

SEC. 1051. **Purloining horse, etc., penalty.**— Any person who shall, in this city, unhitch any animal or drive or ride off with any horse, horses or other animals, without the consent of the owner thereof, shall be deemed guilty of a misdemeanor.   (Revised Ordinance 1887.   Sec. 1022.)

Sec. 1051. Horses etc., purloining of, penalty.

SEC. 1052. **Fire arms loaded with powder and ball, forbidden in theaters.** — It shall be unlawful to discharge, use or employ any fire-arms loaded with powder and ball in any exhibition, theater or place of amusement in the city of St. Louis. The violation of this ordinance shall constitute a misdemeanor, and the offender on conviction shall be fined not less that twenty-five dollars nor more than three hundred dollars for each offense. (Revised Ordinance 1887. Sec. 1023).

Sec. 1052. Fire-arms loaded with powder and ball forbidden in places amusement.

SEC. 1053. **Proprietor responsible.**—The proprietor, conductor, manager, agent, or any other person having charge or direction of such exhibition, theater, or place of amusement in the city of St. Louis, shall be held responsible and liable for any and all violations of the next preceding section happening at the places so under his charge to the same extent and effect as if he had personally done the things herein prohibited.   (Revised Ordinance 1887. Sec. 1024).

Sec. 1053. Proprietor responsible.

SEC. 1054. **Minors — Conditions of sale to, of ammunition.** — No person shall sell to any child under the age of sixteen years, without the written consent of the parents or guardian of such child, any cartridge of fixed ammunition of which any fulminate is a component part, or any gun, pistol or other mechanical contrivance arranged for the explosion of such cartridge, or of any fulminate.   (Revised Ordinance 1887.   Sec. 1025).

Sec. 1054. Minors— conditions of sales to, of ammunition.

Digitized by Google

# EXHIBIT 97

Case 3:19-cv-01226-L-AHG   Document 133-2   Filed 03/15/24   PageID.11857   Page 59 of 89

# THE ORDINANCES

OF THE

# CITY OF PORTLAND

PASSED SINCE THE

## EDITION OF 1882,

TOGETHER WITH

## ACTS OF THE LEGISLATURE,

RELATING TO THE CITY,

ALSO

## RULES AND REGULATIONS ADOPTED BY THE BOARD OF HEALTH,

AND APPROVED BY THE JUSTICES OF THE SUPREME
JUDICIAL COURT.

PUBLISHED BY ORDER OF THE CITY COUNCIL.



PORTLAND, ME.:
WILLIAM M. MARKS, PRINTER.
1896.

NEW YORK
PUBLIC
LIBRARY
Digitized by Google

mayor, and in case of his absence or inability may, on the written request of five members of the City Council, be called by the chairman of the board of aldermen, and in case of the absence or inability of both the mayor and chairman of the board of aldermen, upon like request be called by the president of the Common Council, by causing a notification thereof to be left at the residence of, or usual place of business of each member of the Board or Boards to be convened.

*—see ordinance approved Aug. 9, 1888.*

All ordinances inconsistent with this ordinance are hereby repealed.

*Approved, August 8, 1882.*

---

## IN THE YEAR OF OUR LORD ONE THOUSAND EIGHT HUNDRED AND EIGHTY–TWO.

## AN ORDINANCE

Relating to the sale of blank cartridges and toy pistols designed for the explosion of the same.

*Be it ordained by the Mayor, Aldermen, and Common Council of the city of Portland, in City Council assembled as follows:*

SECTION 1.   No person shall sell to any child under the age of sixteen years, without the written consent of a parent or guardian of such child, any blank cartridge, or any pistol, or mechanical contrivance specially arranged or designed for the explosion of the same.

*Sale of pistols, etc., to children.*

SEC. 2.   Any person violating the provisions of this ordinance shall be liable to a penalty of not less than fifty and not exceeding one hundred dollars, to be recovered on complaint to the use of the city of Portland.

*Penalty.*

SEC. 3.   This ordinance shall take effect when approved.

*Approved, January 5, 1885.*

# EXHIBIT 98

# THE LAWS AND ORDINANCES

OF THE

## CITY OF NEW ORLEANS

FROM THE

### CONSOLIDATION OF THE MUNICIPALITIES IN 1852
### TO THE 1ST OF JANUARY, 1896.

Digitized by Google

ART. 1342. It shall be unlawful for any one to sell, or lease, or give through himself or any other person, any pistol, dirk, bowieknife, toy pistol for which carridges are used, or any other dangerous weapon which may be carried concealed, to any person under the age of eighteen years. *Unlawful to sell weapons to minors. Ord. No. 7117, C. S. Jan. 17, 1893.*

ART. 1343. That any person violating the provisions of this ordinance shall be deemed guilty of a misdemeanor and shall be liable to a fine not exceeding twenty-five dollars or imprisonment for a period not exceeding thirty days, or both, at the discretion of the Recorder having jurisdiction. *Penalty. Ib.*

ART. 1344. (1) That from and after the passage of this ordinance it shall be unlawful for any person to fire or discharge any gun, pistol, fowling-piece or firearm within the limits of the city, commencing at the Mississippi river at Upperline street in the Seventh District, along Upperline street to Mobile street, down Mobile street to Claiborne street, down Claiborne street to the northeast side of New Canal, out New Canal to Broad street, down Broad street to Common street, out Common street to Hagan avenue, down Hagan avenue to Canal street, out Canal street to Metairie road, down Metairie road to the east side of Bayou St. John, to Marigny Canal, along Marigny Canal to Gentilly road, down Gentilly road to London Avenue Canal, along London Avenue Canal to Marigny Canal, along Marigny Canal to the Pontchartrain Railroad, to La Force street, thence along the protection levee and intersection of Lafayette avenue and Claiborne street, down Claiborne street to Poland street, to the lower limits of the city. *Discharging of firearms prohibited. Ord. No. 985, C. S. Nov. 11, 1884. Amended by Ord. No. 6601, C. S. Aug. 2, 1892.* *Limits.*

ART. 1345. And that portion of the Fifth District embraced in the following streets: Commencing at Potelemy street, Lee's lane to river front, along the river front to head of Patterson street, from head of Patterson street along the river front south to boundary line of parish of Jefferson; east to Franklin street, from Franklin street north to Lapeyrouse street, east to Vallette street, from Vallette street north to Newton street, from Newton street east to Washington avenue, from Washington avenue north to river front. *Fifth District limits. Ib.*

Digitized by Google

# EXHIBIT 99

Case 3:19-cv-01226-L-AHG   Document 133-2   Filed 03/15/24   PageID.11863   Page 65 of 89

AN ORDINANCE regulating and prohibiting the use of fire-arms, fire-works, and cannon in the city of Lincoln, prohibiting the sale of fire-arms to minors, prohibiting the discharging, the carrying, owning, or selling of toy pistols or sling shots, prohibiting the use of fire-works or fire-crackers in certain places, prohibiting the discharge of cannon without the written permission of the Mayor, prescribing penalties for violation of the provisions of this ordinance, and repealing ordinances in conflict herewith.

*Be it ordained by the Mayor and Council of the City of Lincoln:*

## ARTICLE XXVI.

### *Fire-arms, Fire-works, and Cannons.*

881.  § 1.  No person, except an officer of the law in the discharge of his duty, shall fire or discharge any gun, pistol, fowling-piece, or other fire-arm, within the corporate limits of the city of Lincoln, under penalty of a fine of ten dollars for each offense.

882.  § 2.  No person shall sell, loan, or furnish, to any minor, any gun, fowling-piece, or other fire-arm, within the limits of the city, under penalty of a fine of fifty dollars for each offense.

883.  § 3.  It shall be unlawful for any person or persons to discharge or cause to be discharged any toy pistol, toy gun, or other toy arm or arms, or sling shot, loaded with leaden or other dangerous missiles, at any time or under any circumstances, within the limits of the said city of Lincoln.  Any person so offending shall, upon conviction thereof, be fined in any sum not exceeding fifty dollars for each offense, and stand committed until such fine and costs are paid or secured.

884.  § 4.  It shall be unlawful for any person within the said city to carry about his or her person any toy pistol, toy gun, or other toy arm or arms, or sling shots, out of or by which any leaden or other dangerous missiles may be discharged.  Any person so offending shall, upon conviction thereof, be fined in any sum not exceeding twenty dollars, and stand committed until such fine and costs are paid or secured.

885.  § 5.  It shall be unlawful for any parent, guardian, or other person having the care and custody of any minor, to purchase for or give to any such minor or knowingly to permit any such minor to have any toy pistol, toy gun, or other toy arm or

arms, or sling shot, out of which any leaden or other dangerous missiles may be discharged. Any such person so offending shall, upon conviction thereof, be fined in any amount not exceeding twenty dollars, and stand committed until such fine and costs are paid or secured.

886.   § 6. It shall be unlawful for any person or persons within said city to ignite or cause to be exploded any fire-crackers, Roman candles, torpedoes, rockets, or any kind of fire-works whatever, or any other combustible substance or thing, upon any sidewalk, bridge, building, or in or upon any building, shed, or outhouse, in said city, or in the vicinity of any such buildings, or in any place where the same may do damage to person or property.

887.   § 7. It shall be unlawful for any person in said city to ignite or cause to be exploded any fire-works or combustible substance mentioned in section 6 of this ordinance, upon any street or alley, or other public ground in said city, at or near any team or teams of horses or other animals, or sufficiently near to frighten the same.

888.   § 8. No cannon or piece of artillery shall be discharged or fired off in any street, avenue, alley, park, or place, within the corporate limits of the city, without a written permission from the Mayor, under penalty of a fine of twenty-five dollars for each offense.

889.   § 9. It shall be the duty of every member of the police force to see that the provisions of this article are strictly complied with and enforced.

§ 10. All ordinances or parts of ordinances in conflict with the provisions of this ordinance are hereby repealed.

§ 11. This ordinance shall take effect and be in force from and after the expiration of one week after its passage, approval, and publication according to law.

Passed August 26, A. D. 1895.

Approved August 26, A. D. 1895.                      F. A. GRAHAM, *Mayor*.

Attest: J. W. BOWEN, *City Clerk*.   [SEAL.]

# EXHIBIT 100

SECTION 46. Any person, the proprietor or keeper or bartender of any saloon, tippling-house or other place where liquors are sold at retail, who permits any person under the age of sixteen years to visit such place under his control, without a written permit from the parent or guardian of such minor, is guilty of a misdemeanor. *Permitting minor in saloon.*

SECTION 47. Any minor of or under the age of sixteen years, who, in the streets or in any of the public places of this city, smokes cigars, cigarettes or tobacco in any form, and any person who directly or indirectly sells or gives to any such minor, in this city, cigars, cigarettes, or tobacco in any form, or cigarette paper, is guilty of a misdemeanor. *Minor smoking.*

SECTION 48. Any boy under the age of sixteen years who shall get on, or attempt to get on, any car or train of cars propelled by steam, or get off, or attempt to get off, any such car or train of cars, while the same is in motion, is guilty of a misdemeanor. *Minor jumping cars.*

SECTION 49. Any person who shall establish, maintain or carry on the business of public laundry or wash-house where articles are cleaned for hire, is guilty of a misdemeanor, unless he shall have obtained : *Laundry certificate.*

*First.* From the president of the board of health a certificate that the premises are sufficiently drained, and that such business can be carried on without injury to the sanitary condition of the neighborhood ;

*Second.* From the fire marshal of said city a certificate that the heating appliances are in good condition, and that their use is not dangerous to the surrounding property.

SECTION 50. Any person who shall, at a fixed stand or place of business, buy, sell, or keep on hand for sale, any second-hand clothing, books, firearms, knives, tools or implements of industry of any kind, shall be deemed a junk-shop keeper. *Junk keeper.*

SECTION 51. Every junk-shop keeper shall keep a register, showing the names of all persons from whom he purchases or trades for any article or thing whatever, and the date and name or description of such article or thing so purchased or traded for. He shall also keep a register showing the names of all persons to whom he shall sell or trade any article or thing, and the name or description of such article or thing so sold or traded, and the date of such sale or exchange. Such register shall be open to the inspection of the marshal or any of his deputies, or of any policeman or detective. *Junk shop register.*

SECTION 52. No junk-shop keeper or pawnbroker shall purchase, trade for or receive on any pretext any article or thing whatever from any minor under the age of eighteen years, without the written consent of the parent or guardian of such minor. *Junk keeper not to deal with minor.*

SECTION 53. No junk-shop keeper or pawnbroker shall hire, loan or deliver to any minor under the age of eighteen years any gun, pistol or other firearm, dirk, bowie-knife, powder, shot, bullets or any weapon, or any combustible or dangerous material, without the written consent of the parent or guardian of such minor. *Not to loan firearms to minors.*

Moultrie, L. W. Charter and Ordinances of the City of Fresno. Daily Evening Expositor Book and Job Print, 1896. The Making of Modern Law: Primary Sources, link.gale.com/apps/ doc/DT0106234728/MMLP?u=new34575&sid=bookmark-MMLP&pg=35. Accessed 5 Mar. 2024.

# EXHIBIT 101

# LAWS

OF THE

# STATE OF MARYLAND,

## MADE AND PASSED

AT A SESSION OF THE GENERAL ASSEMBLY BEGUN AND HELD AT THE
CITY OF ANNAPOLIS ON THE SIXTH DAY OF JANUARY, 1904,
AND ENDED ON THE FOURTH DAY OF APRIL, 1904.

PUBLISHED BY AUTHORITY.

BALTIMORE:

JOHN MURPHY CO., PUBLISHERS,

1904.

Digitized by Google

receive an annual salary of one thousand dollars for the performance of the official duties of his said office, which are now or may hereafter be required by law, said salary to be in lieu of all fees, appearance and trial, and all other compensations for same and to be payable semi-annually on the first day of January and the first day of July by the County Treasurer; and said duties shall also include his services before the justice of the peace of said county in criminal cases, in preliminary hearings or trials when, in the public interest, he attends on his own motion or at the request of any of the said justices; and shall include all advice regarding criminal law and procedure which he shall give any justice of the peace of said county; provided, however, that his actual expenses incurred in following and trying criminal cases removed from said county shall be paid in addition to this salary; and that all general or local laws inconsistent with the provisions of this Act be and the same are hereby repealed. *Regulating the State's Attorney for Caroline County.* *Extra compensation.*

SEC. 2. *And be it enacted,* That it shall be the duty of the sheriff to collect and pay over to the County Commissioners quarterly any appearance or other fee, taxed as part of the cost payable to the State's Attorney in any criminal case. *Duty of Sheriff.*

SEC. 3. *And be it enacted,* That this Act shall take effect, and the said salary begin, on May 1, 1904.

Approved March 25, 1904.

## CHAPTER 177.

AN ACT to prohibit all persons under fifteen years of age from carrying or having in their possession firearms of any description within the limits of Garrett County.

SECTION 1. *Be it enacted by the General Assembly of Maryland,* That it shall be unlawful for all persons under the age of fifteen years to carry or have in his or her possession any shot gun, rifle, revolver or other firearm of any description within the limits of Garrett County. *Prohibiting children from possessing firearms.*

SEC. 2. *And be it enacted,* That any person convicted of violating this Act before any court of competent jurisdiction shall be fined not less than five dollars nor more than twenty dollars, or be imprisoned in the county jail for not less than ten nor more than thirty days for each and every offense. *Penalty for violation.*

SEC. 3. *And be it enacted,* That all fines imposed and collected for violation of this Act shall be paid to the County Commissioners of Garrett County to be used by them in the improvement of the public roads in said county. *Fines to be used for improving county roads.*

Digitized by Google

296                    LAWS OF MARYLAND.

Sec. 4. *And be it enacted,* That this Act shall take effect from the date of its passage.

Approved March 25, 1904.

---

### CHAPTER 178.

AN ACT to repeal and re-enact with amendments Chapter 407 of the Acts of the General Assembly of Maryland of 1898, in so far as the same is applicable to Talbot County; and to provide for the payment or disposition of all money collected or received by any officer, officers or person from forfeitures, fines, penalties and forfeited recognizances in Talbot County.

**Providing for the amalgamation of Court's Library.**

Section 1. *Be it enacted by the General Assembly of Maryland,* That one-half of all forfeitures and fines, penalties imposed and recognizances forfeited by the Circuit Court for Talbot County shall be paid to the clerk of said court, to be expended under the direction of the judges of said court, for the augmentation of the library of said court.

**To whom fines, forfeitures, etc., shall be paid.**

Sec. 2. *And be it enacted,* That the other or remaining one-half of all such fines, penalties and forfeitures mentioned in Section 1 of this Act shall be paid by the sheriff, State's Attorney, or other officer or person whose duty it is to collect or receive the same, to the County Commissioners of Talbot County for the use of said county, except in such cases where a portion of any fine, penalty or forfeiture is by law made payable to an informer or informers, in which case, after the payment to the informer or informers of such portion of said fines, penalties or forfeitures as is by law directed to be made, the balance of said fines, forfeitures or penalties is to be paid to the clerk of said court, to be applied by him to the purposes mentioned in Section 1 of this Act.

**Applicable to parties having moneys in hand.**

Sec. 3. *And be it enacted,* That the provisions of this Act shall apply to all forfeitures, fines, penalties and forfeited recognizances now due or hereinafter to become due and payable either by the parties themselves or from any officer, officers, person or persons who may have any sum or sums of money in hand received or collected as a fine, forfeiture or penalty as aforesaid, and that the provisions of this Act are intended to apply to all fines, forfeitures, penalties and forfeited recognizances, whether the same are imposed or provided for under any statute of this State or under the common law.

Digitized by Google

# EXHIBIT 102



# LAWS

OF THE

# STATE OF MARYLAND

## MADE AND PASSED

AT THE SESSION OF THE GENERAL ASSEMBLY MADE AND HELD
AT THE CITY OF ANNAPOLIS ON THE FIRST DAY OF
JANUARY, 1908, AND ENDED ON THE TWENTY-
NINTH DAY OF APRIL, 1908

### PUBLISHED BY AUTHORITY

BALTIMORE:
JOHN MURPHY CO., PUBLISHERS,
1908.

of no such claimant appearing within thirty days, then the balance, after deducting costs, shall be paid to Baltimore county as other fines and penalties are payable.

30.   It shall be unlawful for any person to either drive or ride a horse or horses, or any other animal used for driving or riding purposes, at a greater rate of speed than six miles an hour over any public highway, road or avenue, within one-half mile, in any direction, of the Library Hall in Catonsville, Baltimore county; and any person violating this section shall, upon conviction before the Circuit Court, or any justice of the peace for said county, be fined a sum not less than five dollars nor more than ten dollars for each offense.

31.   It shall be unlawful for any person under the age of twenty-one years to fire a gun, cat rifle, pistol, or any explosive instrument of metal, within one mile in any direction of the Library Hall in Catonsville, Baltimore county; and any person under said age of twenty-one years, violating this section, shall upon conviction before the Circuit Court, or any justice of the peace for said county, be fined a sum not less than one dollar nor more than ten dollars, or be imprisoned in the county jail for not less than five days nor more than thirty days, or be both fined and imprisoned, in the discretion of the court or the justice of the peace.

32.   There shall be annually four terms of the Circuit Court for Baltimore county, held at Towson, in said county, commencing respectively on the first Monday in March, the third Monday in May, the third Monday in September and the first Monday in December.

33.   Juries shall be summoned to each term of said court.

34.   In addition to the first day of each term of the Circuit Court for Baltimore county, the first Monday in February, the second Monday in April and the third Monday in July, the third Monday in October of each year shall be return days for the return of processes in civil cases.

35.   All original writs of execution, attachments, replevin, ejectment, scire facias and habrere facias, as well as all other writs and process issued from or returnable to said court in civil cases, shall be made returnable to the first return day or to the first day of the term, which ever shall first occur, after the issue of same, unless otherwise ordered, in writing, by the party directing the same or his attorney; and on the return of an original writ, not issued or served, the same may

# EXHIBIT 103

# THE CHICAGO CODE

## OF 1911

CONTAINING ALL THE GENERAL ORDINANCES OF THE CITY IN FORCE MARCH
13, A. D. 1911, TOGETHER WITH AN APPENDIX CONTAINING ALL PRO-
HIBITION AND LOCAL OPTION ORDINANCES IN FORCE ON
SAID DATE; ALSO CERTAIN MATERIAL PROVISIONS
OF THE STATUTES OF THE STATE OF ILLI-
NOIS RELATING TO MUNICIPAL
GOVERNMENTS.

PASSED MARCH 13, 1911

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL IN BOOK FORM
APRIL 12, 1911

REVISED AND CODIFIED BY
EDWARD J. BRUNDAGE
CORPORATION COUNSEL

ASSISTED BY
HOWARD W. HAYES AND GEORGE E. DIERSSEN
ASSISTANTS CORPORATION COUNSEL

1911
CALLAGHAN & COMPANY
CHICAGO

Generated on 2024-03-07 18:12 GMT / https://hdl.handle.net/2027/umn.31951002582601e
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MINNESOTA

900                        GENERAL ORDINANCES

or other peace officers engaged in the discharge of their official
duties, or to any person summoned by any of such officers to assist
in making arrest or preserving the peace, while such person so sum-
moned is engaged in assisting such officer.

**2812.  Penalty.]**  Any person violating any of the provisions of
this article shall be fined in a sum not less than twenty-five dollars
nor more than two hundred dollars for each offense, and the confis-
cation of any such weapon mentioned in this article in the manner
herein provided for shall not be held to exempt any person from the
imposition of the fine herein provided for.

────────

### ARTICLE II.

#### DEADLY WEAPONS.

**2813.  Unlawful to sell knuckles, etc.]**  Whoever shall have in
his possession, or sell, give or loan, hire or barter, or offer to sell,
give, loan, hire or barter, to any person within the city, any slung-
shot or metallic knuckles, or other deadly weapons of like character,
or any person in whose possession such weapons shall be found, shall
be fined not less than ten dollars nor more than two hundred dollars
for each offense.

**2814.  Weapons not to be sold to minors.]**  No person shall sell,
give, loan, hire, barter, furnish, or offer to sell, give, loan, hire, bar-
ter or furnish, to any minor, within the city, any gun, pistol, re-
volver, fowling-piece, or other firearm, or any toy gun, toy pistol,
toy fowling-piece, or other toy firearm, in which any explosive sub-
stance can be used, or any bowie knife, dirk, dagger, or other deadly
weapon of a like character, under a penalty of not less than ten nor
more than one hundred dollars for each offense.

**2815.  Register.]**  Every person dealing in deadly weapons of
the kind mentioned in the last preceding section, at retail, within
this city, shall keep a register of all such weapons sold, loaned,
rented or given away by him.  Such register shall contain the date
of the sale, loaning, renting or gift, the name and age of the person
to whom the weapon is sold, loaned, rented or given, the price of
such weapon, and the purpose for which it is purchased or obtained.
The said register shall be in the following form:

| No. of weapon. | To whom sold, loaned, rented or given. | Age of purchaser or person obtaining weapon. | Kind and description of weapon. | For what purpose purchased or obtained. | Price of weapon. |
|---|---|---|---|---|---|
| | | | | | |

Such register shall be kept open for the inspection of the police,
at all reasonable times during business hours.

**2816.  Penalty.]**  Any person or corporation violating any of the
provisions of this article, where no other or different penalty is
imposed, shall be fined not less than ten dollars nor more than two
hundred dollars for each offense.


Digitized by Google

Original from
UNIVERSITY OF MINNESOTA

Generated on 2024-03-07 18:11 GMT  /  https://hdl.handle.net/2027/umn.31951002582601e
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

# EXHIBIT 104



# Samuel A. Ettelson, Opinions of the Corporation Counsel and Assistants from May 1, 1915, to June 30, 1916 Page 458-459, IMage 458-459 (Vol. 7, 1916) available at The Making of Modern Law: Primary Sources.

*YEAR:* 1914

*CATEGORY:* Carrying Weapons, Felons, Foreigners and Others Deemed Dangerous By the State, Possession by, Use of, and Sales to Minors and Others Deemed Irresponsible, Registration and Taxation

*JURISDICTION:* State

Ordinance of May 25, 1914, § 4a. It shall be unlawful for any person, firm or corporation to sell, barter or give away to any person within the City of Chicago, any pistol, revolver, derringer, bowie knife, dirk or other weapon of like character which can be concealed on the person, except to licensed dealers and to persons who have secured a permit for the purchase of such articles from the general superintendent of police as hereinafter required; provided, this section shall not apply to sales made of such articles which are delivered or furnished outside the City of Chicago. § 5. It shall be unlawful for any person to purchase any pistol, revolver, derringer, bowie knife, dirk or other weapon of like character, which can be concealed on the person, without first securing from the General Superintendent of Police a permit so to do. Before any such permit is granted, an application in writing shall be made therefor, setting forth in such application the name, address, age, height, weight, complexion, nationality and other elements of identification, of the person desiring such permit, and the applicant shall present such evidence of good character as the General Superintendent of Police in his discretion may require. § 6. It shall be the duty of the General Superintendent of Police to refuse such permit to (a) All persons having been convicted of any crime. (b) all minors. "Otherwise, in case he shall be satisfied that the applicant is a person of good moral character, it shall be the duty of the General Superintendent of Police to grant such permit, upon the payment of a fee of one dollar. § 8. Any person, firm or corporation violating any of the provisions of this ordinance, shall be fined not less than Fifty Dollars ($50.00) nor more than Two hundred Dollars ($200.00) for each offense, and every purchase, sale or gift of any weapon mentioned in this ordinance shall be deemed a separate offense.

# EXHIBIT 105

# REPORTS

OF

c

# CASES AT LAW AND IN CHANCERY

ARGUED AND DETERMINED IN THE

## SUPREME COURT OF ILLINOIS.

_____

### VOLUME 278.

CONTAINING CASES IN WHICH OPINIONS WERE FILED IN APRIL,
1917, AND CASES WHEREIN REHEARINGS WERE DENIED AT
THE JUNE TERM, 1917.

o

_____

## SAMUEL PASHLEY IRWIN,

REPORTER OF DECISIONS.

_____

BLOOMINGTON, ILL.
1917.

Digitized by Google

(No. 11213.—Reversed and remanded.)

FRED BIFFER *et al.* Defendants in Error, *vs.* THE CITY OF
CHICAGO *et al.* Plaintiffs in Error.

*Opinion filed April 19, 1917—Rehearing denied June 8, 1917.*

1. MUNICIPAL CORPORATIONS—*the city of Chicago has express power to regulate or prohibit sale of deadly weapons.* Section 16 of the original charter of the city of Chicago, not being inconsistent with any provisions of the general Cities and Villages act, is still in force, and confers upon the city express power to regulate or prohibit the carrying, wearing or concealing of dangerous and deadly weapons and the sale of the same.

2. SAME—*the sale of deadly weapons may be regulated under the police power.* The sale or the advertising for sale of deadly weapons may be regulated or prohibited by municipalities under the police power granted by the general Cities and Villages act without violating the provision of the constitution of the United States concerning the right of the people to bear arms for their defense and security. (*City of Chicago* v. *Netcher,* 183 Ill. 104, distinguished.)

3. SAME—*ordinances for the health and safety of the community are favored.* Where the city council considers some occupation or thing dangerous to the health or safety of the community and in the exercise of its discretion passes an ordinance to prevent such a danger, it is the policy of the law to uphold such legislation if possible.

4. SAME—*what questions considered to determine reasonableness of ordinance.* In determining whether an ordinance is unreasonable courts will consider all existing circumstances and contemporaneous conditions, the object to be attained by the ordinance and the necessity for its adoption, and the burden is on the party attacking the ordinance to show wherein unreasonableness consists.

5. SAME—*rule where ordinance is susceptible of two constructions.* If an ordinance is susceptible of two constructions, one of which will sustain the ordinance and the other defeat it, the court will adopt the construction sustaining the ordinance.

6. SAME—*section 4a of Chicago ordinance concerning the sale of deadly weapons construed.* Section 4a of the Chicago ordinance concerning the sale of deadly weapons merely restricts the sale or giving away of deadly weapons to such natural persons as have obtained permits from the mayor, and it does not prevent corporations from purchasing more than one weapon from licensed dealers, nor does it prevent a licensed dealer from purchasing as many weapons as he desires under his license.



son, without first securing from the general superintendent of police a permit so to do. Before any such permit is granted an application in writing shall be made therefor, setting forth in such application the name, address, age, height, weight, complexion, nationality and other elements of identification of the person desiring such permit, and the applicant shall present such evidence of good character as the general superintendent of police in his discretion may require.

"Sec. 6. It shall be the duty of the general superintendent of police to refuse such permit to (*a*) all persons having been convicted of any crime; (*b*) all minors. Otherwise, in case he shall be satisfied that the applicant is a person of good moral character, it shall be the duty of the general superintendent of police to grant such permit upon the payment of a fee of one dollar.

"Sec. 7. It shall be unlawful for any person, firm or corporation to exhibit for sale in show cases or show windows, on counters or in any public manner, revolvers, daggers, stilettos, brass or iron knuckles or billies, or to display any signs, posters, cartoons or display cards suggesting the sale of any revolvers, daggers, stilettos, brass or iron knuckles or billies.

"Sec. 8. Any person, firm or corporation violating any of the provisions of this ordinance shall be fined not less than fifty dollars ($50) nor more than two hundred dollars ($200) for each offense, and every purchase, sale or gift of any weapon mentioned in this ordinance shall be deemed a separate offense.

"Sec. 8*a*. An ordinance regulating the sale of fire-arms and other dangerous weapons passed by the city council March 4, 1912, appearing on pages 3052 and 3053 of the journal of the proceedings of the city council of that date, as amended May 20, 1912, which amendment appears on. page 379 of the journal of the proceedings of the city council of that date, and an ordinance regulating the sale of

Digitized by Google

# EXHIBIT 106

*Joplin (Mo.). Ordinances.*

# THE JOPLIN CODE
## OF 1917

Containing All the General Ordinances of the City, Except Ordinances Numbered 4487 and 5941 (Specifying in Detail the Regulations Relating to Street Improvements and Street Excavations, Respectively), Including Public Utility Franchise Ordinances in Force January 30, 1917; Also the Charter Act of 1913, Applying to Cities of the Second Class in Missouri in Force on Said Date; Also Certain Material Provisions of the Constitution and Statutes of the State of Missouri Applicable to Cities of the Second Class; Also a Brief Historical Sketch of the Municipal Incorporation of Joplin; Also a Directory of the Officers of the City from the Date of Its Early Incorporation in 1873 to the Present Time; Also Information in Relation to the Ownership of Real Estate by the City of Joplin.

Printed and Published by

AUTHORITY OF THE COUNCIL OF JOPLIN, MISSOURI,
IN BOOK FORM, JANUARY, 1917.

Revised and Codified by

HUGH McINDOE,

Mayor.

Assisted by

E. F. CAMERON,

City Attorney.

Digitized by Google

of any person or persons occupying or doing business in any room or upon any floor or floors beneath.

Sec. 1200. **Water; Rubbish; Paved Streets.** Any person who shall throw or run or allow or permit to be thrown or run, any water from his premises, whether owned or occupied by him, upon any street, alley, building, premises or gutter, in the city, shall be deemed guilty of a misdemeanor.

Sec. 1201. **Weapons; Deadly.** If any person shall carry concealed upon or about his person a dangerous or deadly weapon of any kind or description, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, political, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill, or meetings called under militia law of this state, having upon or about his person, concealed or exposed, any kind of firearms, bowie knife, spring-back knife, razor, knuckles, billy, sword cane, dirk, dagger, slung shot or other similar deadly weapons, or shall, in the presence of one or more persons, exhibit any such weapon in a rude, angry or threatening manner, or shall have any such weapons in his possession when intoxicated, or directly or indirectly shall sell or deliver, loan or barter, to any minor any such weapon, without the consent of the parent or guardian of such minor, he shall be deemed guilty of a misdemeanor. Provided, that nothing contained in this section shall apply to legally qualified sheriffs, police officers, and other persons whose bona fide duty is to execute process, civil or criminal, make arrests, or aid in conserving the public peace, nor to persons traveling in a continuous journey peaceably through this state.

Sec. 1202. **Wearing Apparel; Selling by Club Drawing.** Any person who shall sell or offer for sale or aid or assist in selling or offering for sale, any suit, suits or clothing, watch, watches or jewelry, in what is known as club lots or club drawings or keep or maintain any place where the same are kept, offered for sale or drawn for in the said manner, shall be deemed guilty of a misdemeanor.

Sec. 1203. **Weeds.** Any person who being the owner or occupant of any lot, block or parcel of ground, or the agent of any such owner, who shall allow or permit weeds to grow or remain on such lot, block or parcel of ground or on or along the sidewalk in front thereof, to a height of more than one foot, shall be deemed guilty of a misdemeanor, and each day such owner ,occupant or agent fails, neglects or refuses to cut down or otherwise remove such weeds after being notified thereof shall constitute a separate offense.

