# EXHIBIT 107

10

4. If the former course prevaile not to work more paines and diligence in the party, It is further appointed that such wilfull neglect shall be punished with degradation from his classis, and the loss of a yeares time.

5. If thereupon no reformation should follow, then after a moneths patience by the pluralitie of notes of the President and fellows such a shamelese non perficient shall be expelled out of the Colledge.

6. If any undergraduate shall depart out of the Hall at dinner or supper before thanks be given without just cause, or the leave of the senior fellow that shall be present in the Hall, he shall lose his commons so many meales, as he shall so offend: also they that needlesly frequent the Kitchen shall be non plusht by the President.

7. If any Scholler shall abide out of the Colledge or be absent from his studies beyond the times before allowed, either spending his time in any house or place of the town, or goeing out of the town without the leave of the President or his Tutor, or haveing leave of the President or his Tutor, shall without cause stay longer then his appointed time; he shall for such offences be nonplusht by the President and his Tutor, and tasked to make some scholasticall exercise by the appointment of the President.

8. No undergraduate shall buy, sell, barter, or exchange books, apparrell or any thing of considerable value; but by the leave of the President or his Tutor, Guardian or Parent, or If he shall sell or pawne any thing to any scholler, the President shall make the bargaine and admoni[sh] [12] [the] student noe students shall be suffered to have [a g]un in his or theire chambers or studies, or keepeing for theire use any where else in the town, or If they be found to have such by the President or Theire Tutors, then they shall be admonished by the President or theire Tutors to put it away: which If they shall refuse to doe, the President shall have power to take it quite away from them, and If they resist the President herein, they shall upon due proofe be expelled out of the Colledge by the advise of the Colledge overseers : the same penalty is appointed to any student that shall make resistance against or offer violence unto the President or fellows.

10. If any Student shall weare long haire, or other wise offensive contrary to the former seventh law the President shall have power to reforme it, or as need shall require to make his address to any three or more of the overseers, who shall take order concerning it.

11. It is appointed that every Student that shall by good evidence be convicted of any hainous and flagitious crime, As Robbery, Burglary, Speakeing blasphemous words, notorious profanations of the lords day, ordinances or word, uncleanness or such like, shall be expelled Ipso facto, and in case that any be convicted of drunkeness, fighteing, raileing, sweareing, curseing, filthy speakeing, profaness, reveling, playeing at cards and dice, or such like, for the first offence If it be private, he shall be privately admonished by the President or his Tutor; and for the second offence If it be publick he shall be publickly admonished by the President; and for the third shall make publick [con]fession of his offence at some publick [meeting?] of the

Digitized by Google

# EXHIBIT 108

(/)

« (/node/418)                                                    » (/node/432)

(p327)

# The Lawes of the Colledge published publiquely before the Students of Harvard Colledge

May 4. 1655



### THE LAWES AND ORDERS OF HARVARD COLLEDGE

**Agreed upon by the Overseers President and Fellowes many of them in former yeares at Severall times, and the rest more Lately, but all of them (as they hereafter follow) received ratified and Concluded upon At A Meeting of the Overseers President and Fellows of the Said Colledge on the 30th of the 2d Month 1655**

(p328)
(p329)

### *First Concerning Admission & manners of Students, as also touching their Expences in the Colledge*

When any Scholler is able to read and understand Tully Virgil or any such ordinary Classicall Authors, and can readily make & speake or write true Latin in prose and hath Skill in making verse, and is Competently grounded in the Greeke Language; so as to be able to Construe & Gramatically to resolve ordinary Greeke, as in the Greeke Testament, Isocrates, & the minor

8

*Buying Selling exchanging*

**(p338)**

No Student nor students shall be suffered to have a Gunn in his or their Chambers, or Studyes, or keeping for their use any elsewhere in the Towne, or if they bee found to have such by the President or their Tutors then they shall be admonished by the President or their Tutors to put them away: which if they refuse to doe the President shall have power to take them away quite from them, and if they resist the President herein, they shall upon due proofe hereof be expelled out of the Colledge by the advise of the Overseers. The same penalty is appointed to any Student that shall make resistance against, or offer violence unto the President or Fellows.

9

*Gunns*

    If any Student shall weare long Haire or otherwise offensive Contrary to the former Seventh Law the President shall have power to reforme it, or as need shall require to make his addresse to any three, or more of the Over-Seers who shall take order concerning it.

10

*Long Haire*

    It is appointed that every Student that shall by good evidence bee Convicted of any hainous & flagitious Crime, as Robbery, Burglary, Speaking blasphemous words, Notorious prophanation of the Lords Day, Ordinances or word, Uncleanesse or such like shall be [13] expelled IPSO FACTO: and in Case that any be Convicted of Drunkenesse, Fighting Rayling, Swearing, Cursing, Lying, filthy Speaking, prophanesse, Revelling, playing at Cards or Dice, or such like, for the first offence, if it bee private, hee shall bee privately admonished by the President or his Tutor, for the second, or the first if it bee publique hee shall bee publiquely admonished by the President, and for the third make publique Confession of his offence at some publique meeting of the Students, & for the fourth bee Noted downe for a prophane person, having his Com̄ons sitting alone by himselfe in the Hall uncovered; And if upon this he reforme not, & make not some expression of Sorrow & Repentance, after a Months tryall & patience hee shall bee expelled out of the Colledge.

11

*Flagitious offences*

    It is provided that in such grosse offences as according to the Lawes aforesayd are punishable with expulsion it shall bee in liberty of y[e] the President with the Consent of the Fellows to inflict Corporall punishment by the Rod (as a degree antecedent to expulsion) according to the Condition of the Offender & Nature of the Offence.

12

*Corporall punishment*

if he repeat his Offence, or play for any thing of considerable Value, he shall be farther punished by Admonition, Degradation or Rustication, according to the Aggravation of the Offence.

XI If Undergraduates shall buy, sell or barter among themselves, Books, Apparel or any other Thing above six shillings in value, without the Leave of the President, their Tutor, Guardian or Parent, it shall be in the Power of the President & Tutors to make void such Bargains; & to punish them by fine not exceeding ten shillings, or otherwise according to the Aggravation of the Offence. [20]

XII If any Scholar shall be guilty of Stealing, he shall make full Restitution, & be liable to pay double Damages besides to the Party injured; & shall make a public Confession, be degraded or rusticated, according to the Degree of the Offence—& if he be repeatedly convicted of such Offence, he may be punished by Expulsion.

XIII If any Scholar shall be guilty of opening by Picklock or false Key, or other Instrument; or breaking open the Chamber, Study, Cellar, Chest, Desk, or any other Place under Lock & Key or otherwise secured, belonging to any other Person, he shall make good all Damages & be punished by Fine not exceeding five shillings, & make a public Confession; or be degraded, rusticated or expelled. And if any Scholar shall have a Picklock or false Key by him, it shall be counted a Misdemeanor, & the Person offending shall be punished at the Discretion of the President and Tutors.

XIV None belonging to the College, except the President, Professors & Tutors, shall by Threats or Blows com-[21]pel a Freshman or any Undergraduate to any Duty or Service; & if any Undergraduate shall offend against this Law, he shall be liable to have the Privilege of sending Freshmen taken from him by the President and Tutors, or to be degraded or rusticated according to the Aggravation of the Offence—No Scholar, Graduate or Undergraduate shall send a Freshman on Errands in studying Hours, without Leave from one of the Tutors—& if any Bachelor or Undergraduate shall transgress this Law, he shall be fined not exceeding one shilling for each Offence.

**(p358)**

XV If any Scholar shall be convicted of fighting with, striking, or wilfully hurting any Person, he shall be fined not exceeding one shilling & six Pence, or be admonished, degraded, rusticated, or expelled according to the Aggravation of the Offence.

XVI No Undergraduate shall keep a Gun, Pistol or any Gunpowder in the College, without Leave of the President—nor shall he go a gunning, [22] fishing, or seating over deep Waters, without Leave from the President, or one of the Tutors or Professors, under the Penalty of one shilling for either of the Offences aforesaid—and if any Scholar shall fire a Gun, or Pistol, within the College Walls, Yard or near the College, he shall be fined not exceeding two shillings & six pence, or be admonished, degraded, or rusticated according to the Aggravation of the Offence.

XVII If any Scholar or Scholars belonging to the College, shall be found guilty of making tumultuous or indecent Noises, to the Dishonor & Disturbance of the College; or to the Disturbance of the Town or any of its Inhabitants; or shall make Bonfires, or Illuminations, or

play off Fireworks, or be any Way aiding or abetting of the same, without Leave from the President & Tutors, every Scholar so offending shall be liable to a fine, not exceeding six shillings, & to be publicly admonished or degraded for the first Offence; for the second or after Offence, to be fined ten shillings & to be degraded or rusticated. [23]

XVIII If any Undergraduate shall presume to be an Actor in, a Spectator at, or any Ways concerned in any Stage Plays, Interludes or Theatrical Entertainments in the Town of Cambridge or elswhere, he shall for the first Offence be degraded—& for any repeated Offence shall be rusticated or expelled—and if any Graduate residing at the College, shall offend against this Law, he shall have his Chamber taken away from him. And if any Graduate who lives in Cambridge, tho' not residing at the College, shall offend in like manner, he shall be denied any Privilege of the College-Library, or to be in any regard a College Beneficiary, Provided, That this Law shall not prevent any Exhibitions of this kind from being performed as Academical Exercises under the Direction of the President and Tutors.[500]

XIX If any Combination or Agreement to do any unlawful Act, or to forbear a Compliance with any Injunction from lawful Authority in the College, shall be entered into by Undergraduates, or if any Enormity, Disorder or Act of Disobedience shall be perpetrated by any [24] Undergraduates, agreeable to, or in Consequence of such Combination or Agreement —In both or either of such Cases, such & so many of the Offenders shall upon due Conviction, be punished with Degradation, Rustication or

**(p359)**

Expulsion, according to the Circumstances of their Offences, as shall be judged necessary for the Preservation of good Order in the Society.

XX If any Scholar shall be guilty of lying, he may be fined not exceeding one shilling & six pence; & if he persist in a Course of Falshood, he shall make a public Confession, be degraded or rusticated.

XXI If any Scholar or Scholars, being thereunto required, shall refuse to give Evidence, respecting the breach of any College Laws, or shall falsify therein upon Examination, before the President, or either of the Professors, or Tutors; he or they shall be punished by Fine, not exceeding three shillings, or by Admonition, Degradation or Rustication.

XXII If the President or any one of the Professors, or Tutors, shall demand Entrance into any Undergraduate's [25] Chamber or Study, & it be denied him, such Undergraduate shall be degraded or rusticated—& in this Case or in any other wherein the good of the College is by said President, Professor or Tutor thought to require it, the President, Professor or Tutor may break open any Study, or Chamber Door; except the Doors of a Graduate, which shall not be done, but by Order of the President & Tutors.

XXIII The President or any one of the Professors, or Tutors may require suitable Assistance from any Scholar or Scholars for the Preservation of the good Order of the College; & if any one so required shall refuse or neglect to give his Assistance, it shall be looked upon as a high Misdemeanor & a great Contempt of the Authority of the College, & be punished by Admonition, Degradation, Rustication or Expulsion.

# EXHIBIT 109

# CHAPTER IV.

### Of Criminal Offences.

1. IF any ftudent fhall be found guilty of blafphemy, robbery, fornication, forgery, or of any fuch atrocious crime, he fhall be immediately expelled.

2. EVERY ftudent is forbidden to play at cards, or any other unlawful game ; the ufe of profane or obfcene words ; to ftrike or infult a fellow-ftudent, or otherwife to affociate with perfons of known bad character ; to attend at places of vain fports ; to engage in any theatrical exhibition in the town ; to lie, fteal, get drunk, or be guilty of any other grofs immorality. Any fcholar that fhall tranfgrefs in any of thefe refpects, fhall be punifhed by a fine not lefs than three fhillings, nor more than twelve, or by admonition, degradation or expulfion, as the cafe may require.

3. No ftudent fhall keep any kind of firearms or gunpowder in his room, nor fire gunpowder in or near the College, in any manner whatever. If any ftudent fhall be guilty in either of thefe refpects, he fhall be liable to a fine of fix fhillings for each offence, to be rufticated, degraded or expelled.

4. IF any fcholar fhall wilfully infult any of the officers of government or inftruction, if he fhall ftrike them, or break their windows, he fhall be immediately expelled.

5. IF any ftudent fhall refufe to open his door, or his cheft or other clofe, when commanded to do it by an officer of inftruction, he fhall be liable to a fine of fix fhillings for every offence ; and the inftructor may lawfully break open fuch door,

# EXHIBIT 110

# THE

# L A W S

O F

## YALE-COLLEGE,

I N

## NEW-HAVEN,

I N

## CONNECTICUT,

ENACTED BY THE

## PRESIDENT AND FELLOWS,

THE SIXTH DAY OF OCTOBER, A. D. 1795.

## NEW-HAVEN :

PRINTED BY THOMAS GREEN AND SON.

1800.

Digitized by Google

occafion, without leave of the Prefident, a Profeffor, or a Tutor, or fhall undrefs himfelf for fwimming in any place, expofed to public view, he may be fined not exceeding thirty four cents.

X. IF any Scholar, without leave obtained of the Prefident, or one of the Profeffors, or of the Tutors, fhall go out of the town of New-Haven, or beyond the place allowed him, or fhall not return by the appointed time, he may be punifhed by fine, admonition, or otherwife, according to the degree and circumftances of the offence.

XI. IF any Scholar fhall play at hand or foot-ball, in the College-yard, or throw any thing againft the College-buildings or fence, by which they may be in danger of damage, he fhall be fined eight cents.

XII. EVERY Scholar, in ftudying time, fhall abftain from hallooing, finging, noifinefs and loud talking, in the College, or College-yard, on penalty of fix cents, and in the prefence of the Prefident or any one of the Profeffors, or Tutors, on a penalty, not exceeding thirty four cents.

XIII. IF any Scholar fhall ring the College-bell, except by order of the Prefident, a Profeffor, Tutor, or the Butler, he fhall be fined, or otherwife punifhed, as the cafe may require.

XIV. No Scholar is allowed to keep any kind of fire-arms, or gun-powder, upon penalty of feventeen cents : and if any Scholar fhall fire any gun-powder in or near the College-yard, he fhall be fined fifty cents : and if it be done near the dwelling-houfe or the perfon of the Prefident, a Profeffor or a Tutor, he fhall alfo be punifhed as for contempt.

Digitized by Google

# EXHIBIT 111

DOCUMENTING *the American South*

---

# Laws of the University of North-Carolina; Established by the Board of Trustees at Their Session in December, 1799:
# Electronic Edition.

## University of North Carolina (1793-1962). Board of Trustees

---

Funding from the University of North Carolina Library supported the electronic publication of this title.

---

Text transcribed by Apex Data Services, Inc.
Images scanned by Risa Mulligan
Text encoded by Apex Data Services, Inc., Amanda Page, and Elizabeth McAulay
First edition, 2005
ca. 35K
University Library, UNC-Chapel Hill
University of North Carolina at Chapel Hill,
2005.



**Source Description:**

(title page) Laws of the University of North-Carolina; Established by the Board of Trustees, at Their Session in December, 1799.
[1]-24 p.
Raleigh:
Printed by J. Gales.
1800.

Call number VC378 UA1 (North Carolina Collection, University of North Carolina at Chapel Hill)

---

The electronic edition is a part of the UNC-Chapel Hill digitization project, *Documenting the American South.*
The text has been entered using double-keying and verified against the original.
The text has been encoded using the recommendations for Level 4 of the TEI in Libraries Guidelines.
Original grammar, punctuation, and spelling have been preserved. Encountered typographical errors have been preserved, and appear in red type.
The long s , which was used routinely in eighteenth-century English printing, but which looks like an f to today's reader, has been printed as an s in the text of this electronic edition.
On page 20, a blank "Certificate of Admission" was included. The blanks in the form have been represented as: [----].
Any hyphens occurring in line breaks have been removed, and the trailing part of a word has been joined to the preceding line.
All quotation marks, em dashes and ampersand have been transcribed as entity references.
All em dashes are encoded as --
Indentation in lines has not been preserved.

---

*Library of Congress Subject Headings*

Languages Used:

- English

LC Subject Headings:

- Universities and colleges -- Law and legislation -- North Carolina -- Chapel Hill.
- Universities and colleges -- North Carolina -- Chapel Hill.
- University of North Carolina (1793-1962)
- University of North Carolina (1793-1962) -- Administration.
- University of North Carolina (1793-1962) -- Regulations.

---

Revision History:

- 2006-02-28
  Celine Noel and Wanda Gunther
  revised TEIHeader and created catalog record for the electronic edition.

- 2005-12-02,
  Elizabeth McAulay
  finished TEI-conformant encoding and final proofing.

- 2004-12-09,
  Amanda Page
  finished TEI/SGML encoding.

- 2004-11-30,
  Apex Data Services, Inc.
  finished transcribing the text.

---



[Cover Image]

---



[Spine Image]



[Title Page Image]

# LAWS
# OF THE
# UNIVERSITY
# OF
# North-Carolina;
# ESTABLISHED BY THE
# BOARD OF TRUSTEES,
# AT THEIR SESSION IN DECEMBER,
# 1799.

**RALEIGH:**
**PRINTED BY J. GALES.**
**1800.**

**LAWS**

**OF THE**

# UNIVERSITY OF NORTH-CAROLINA.

## SECTION 1.

### *Of the Faculty.*

1. The Faculty of the University of North-Carolina shall be composed of the President, Professors and Tutors, a majority of whom being assembled after due notice given by the President, or presiding Professor, to all the members, shall be competent to the performance of business.

2. Every matter brought before the Faculty, shall be decided by votes, and it shall be the additional privilege of the President, or presiding Professor, to give a casting vote, where there would otherwise be a tie.

3. The opinion or vote of any member of the Faculty shall not be made known to the students, directly or indirectly, except when express order shall be given to that effect by an unanimous vote of the Faculty.

4. A member of the Faculty shall not be a sitting member of any society of students, nor shall he ever be present at the meetings of a society.

---

Page 4

5. It shall be the duty of each member of the Faculty to enforce the laws of the University, to prevent or put a stop to the violation of them, and to report to the President, or to the Faculty, such transgressions of them as ought to be punished by that body.

6. The Faculty shall keep a book of records, or minutes, and appoint a clerk, who shall enter therein a fair statement of their transactions, resolutions and determinations; which book shall be laid before the Trustees at each of their stated meetings. The clerk of the Faculty shall be allowed a compensation for his services.

7. No act of the Faculty which is not recorded by their order shall be considered as valid.

8. There shall be monthly meetings of the Faculty, at which every Professor and Tutor shall make a report on the conduct and scholarship of the students, and particularly of those who are under his charge. And the opinions which the Faculty shall then form, shall be registered in a book kept by them for that purpose, which shall be a history of the character and scholarship of every student to his parent or guardian, and to the Trustees.

9. The President shall read or say public prayers every evening, in the Chapel, at five o'clock, except on Saturday evening, and in

---

Page 5

his absence, one of the Professors or Tutors, shall perform that duty. In the morning, prayers shall follow after the reading of a chapter, or part thereof, in the Old or New Testament, by the Professors and Tutors in turn.

## SECTION II.

### *Of Admission in the University.*

1. All examinations for admission into the University, shall be in presence of the Faculty; and no person shall be admitted but by a vote taken by them for that purpose after his examination.

2. Every person, on admission into the University, shall pay the Steward's demand, and the tuition money for the session, in advance.

3. If a student shall arrive to begin business before the session shall be half expired, he shall pay for the whole session; but if he shall come at the middle of a session, or after it, he shall pay for half the session only: but room-rent shall always be paid for the whole session.

4. Every student, on being admitted into the University, shall obtain a copy of the laws from the President or presiding Professor, containing a certificate, with the name of the President, or presiding Professor, signed by

---

Page 6

himself, of the said student's regular admission into the University, for which he shall pay twelve and a half cents; and these shall be at all times a sufficient, and a necessary testimony of his being a student of the University; to be shewn when called for, to any member of the Faculty.

evening. If any Monitor shall fail in performing these duties, he shall be considered as betraying the trust confided to him in the University.

---

Page 10

# SECTION IV.

## *On the moral and religious Conduct of the Students, and their Conduct towards the Faculty.*

1. Every student, whether in the College or in the village, shall attend public prayers morning and evening in the Chapel, and during the worship, shall refrain from all noise, conducting himself with such decorum and reverence as is suited to these solemn services. On Sunday it shall be the duty of every student to be present at the reading or delivery of a sermon in the Chapel, at the hour appointed by the Faculty for that purpose. No whispering, talking, laughing, or indecent behaviour of any kind, shall be manifested on such occasions.

2. The students shall attend such instructions in morals and religion, as their Professors and Tutors, or the Faculty jointly, shall appoint on Sunday. And if any student absent himself, or evade such instructions, or conduct himself indecently while attending them, he shall be punished by his instruction, or by the Faculty, according to the nature of his offence, due regard being paid in this as well as in all other cases to the rules hereafter prescribed, pointing out the different degrees or grades of punishment which the Faculty shall be at liberty to inflict.

---

Page 11

3. At all times the students shall conduct and express themselves respectfully towards the Faculty, and towards every member of it. And any deficiency in these respects shall be considered as essential departures from the laws and principles on which the institution is founded, and by which it must be governed, and they shall be punished accordingly.

4. No insult shall be offered by a student, or by any number of students, to the people of the village or of the country around the University, or of any other place. No attack shall be made upon property to its injury or destruction, or in any way to deprive the owner of his exclusive and rightful use of it. But if any student shall commit depredations or destructive attacks upon property, on complaint being made to the Faculty by the owner, or by any other person, and on such proof being adduced as shall be satisfactory to the Faculty against the student accused, he and the owner, with the consent of the latter, shall each choose an indifferent person, not belonging to the University, and the Faculty shall choose a third, who may estimate the damage done. And the author of the mischief shall be compelled to pay the owner according to such estimation; and to pay one shilling to each of the persons chosen as above, and the receipt of

---

Page 12

each of these shall be produced to the President, or to the Faculty, in three days after the award shall have taken place. If the student shall refuse to comply, the Faculty shall punish him as they may judge proper. But if this method shall not be pursued, the Faculty may choose any other which these laws allow for the punishment of the student who shall have offended.

5. No student who does not live in the village, shall go into it on any account in study hours without leave from the President or some member of the Faculty.

6. A student shall not make horse races, nor bet thereon, nor shall they keep cocks or fowls of any kind, or for any purpose.

7. No student shall raffle, play at cards or dice, or bet at any game, without being punished by the Faculty according to the aggravation of the offence.

8. No student shall keep a dog or fire-arms; nor shall he use fire-arms without permission from some one of the Faculty.

9. No student shall have spirituous liquors in his room without particular permission from the President, or from some member of the Faculty.

10. Every student who shall be guilty of intoxication, shall receive an admonition before

---

Page 13

the Faculty for the first offence, and on repetition of the crime, shall be publicly admonished or suspended, according to the nature and aggravation of his conduct.

11. If a student shall be called on to give information before the Faculty concerning his fellow student, and shall refuse to give such information, he shall be admonished or suspended.

---

12. Should a combination ever be formed by any number of the students to transgress the laws, or to prevent their execution, or to shew disrespect to the Faculty, or to any one of its members, or to introduce disorder in any shape, the Faculty shall either punish the whole body according to their demerits, or they shall select such as appear to be most active and forward, as the sole objects of punishment. The Faculty shall choose either of these methods as to them shall appear most expedient.

13. All swearing, and profane, blasphemous or impious language, shall be utterly excluded from the University. The student who shall be guilty of these practices, and on being warned to forsake them, shall still persevere, shall be admonished, suspended or expelled, according to the extent of his offence.

14. On Sunday the students shall refrain from their ordinary diversions and exercises.

Page 14

They shall not fish, hunt or swim; nor shall they walk far abroad. They shall perform no manual or corporal labours, but such as are absolutely necessary, unless they shall obtain permission from the President, or from some member of the Faculty,

15. If any student shall use any indecent gesture or language to any other student or person, he shall be liable to be admonished.

16. If any student shall be convicted of lying, he shall be admonished: if he shall be guilty of direct and malicious falsehood, he shall be suspended or expelled, according to the nature of the offence.

17. If any student, on being requested by any member of the Faculty to open the door of the chamber in which he shall be, and shall refuse or delay to comply, the door may be forced open, and the student compelled to make good the damage, and be otherwise punished as the Faculty shall judge proper.

18. If any student shall be sent for by a member of the Faculty, and shall fail to come, he shall be held guilty of a high contempt of authority, and be punished accordingly.

19. The students shall keep their rooms clean, and shall not put or procure to be introduced into the College, filth of any kind. Nor shall they throw on the outside of the College,

Page 15

against the walls or within twenty yards thereof, any sort of dirt or filth, under the penalty, (besides removing the same) of such censure as the offence may deserve.

## SECTION V.

### *On Punishments.*

The punishments common to the establishment, and to the preparatory school, shall be.

1. Private admonition by a member of the Faculty.

2. Admonition before the Faculty by the President, or, in his absence, by any one of their members whom the Faculty shall appoint.

3. Admonition before the class to which the student belongs, by the President, or, in his absence, by one of the members of the Faculty.

4. Public admonition before all the students.

5. A public confession of the fault committed before all the students, followed by an admonition from the President, or from one of the Professors or Tutors.

6. Suspension for a fixed time, not exceeding six months.

7. Suspension for a fixed time, not exceeding six months, and admonition before the Trustees.

8. Expulsion; which punishment shall not be inflicted but with the approbation of five Trustees convened for that purpose.

Page 16

9. Besides the punishments already mentioned, the Tutors of the preparatory school, with the approbation of the President, or presiding Professor, expressly given, and in every instance specially had, may inflict corporal chastisement on the scholars of that school.

# EXHIBIT 112

# Encyclopedia of
# UNION
# COLLEGE
# HISTORY

COMPILED AND EDITED BY
## Wayne Somers

Union College Press
Schenectady
2003

noon until 2 AM, on all Fridays and Saturdays and from noon until 8 PM on other days. Each living unit could request four 3 AM weekend curfews per term.

In January 1969 the trustees and the president agreed to an All-College Council proposal that each living unit (including fraternity houses) be allowed, by a three-fourths majority, to increase its own parietal hours, or by a simple majority to decrease its parietal hours. Most units immediately voted for unlimited hours.

By the fall of 1969, the *Concordiensis* reported that the campus police, on their regular patrols through the dorms, had been reporting to the dean of students the names of students whose dates had been observed in nightdress in the dorms after 2 AM. The dean pointed out that "visitation rights are...not lodging rights."

Regulations since that time have been concerned primarily with protecting the privacy rights of roommates.

Union became co-educational in 1970, and by 1973 some dormitory floors were choosing to house both male and female students.

Condom dispensers were first installed in the dormitories in the fall of 1987, one in a men's room in Davidson House, the other in a women's room in Fox House.

**Communal Living.** By contrast with moral rules, the other rules concerning communal living have changed little. Supervision of the dormitories was long the responsibility of the faculty, who were originally expected to make frequent inspections. From 1795 onward, the *Laws* required the faculty members responsible for dormitory sections to visit rooms whenever they thought it "necessary and proper...entering by force if necessary." Although routine inspections of rooms eventually ceased, faculty members continued to live in the houses at the ends of North and South Colleges until the late twentieth century. Student dormitory proctors were tried in 1932; it is not known how long the system continued. West College (1950) and Richmond House (1960) were built with quarters for faculty proctors. A new system of student resident assistants (at first called "dormitory counselors") was established about 1960 and continues in use.

Dormitory residents were required to be in their rooms during study hours (1802–60s) and were even forbidden to lie down (1805–21 and again circa 1856–60s).

Until 1950 all the College's dormitories were built partly of wood, and until about 1903 each room had a stove. Although the dormitories escaped any serious fire damage, other institutions, such as Princeton, were less fortunate, and a concern about the danger of fire was a constant of the regulations from 1802 to the present (see also: FIRES AND FIRE-PROTECTION). In addition to being warned "to be peculiarly careful respecting fire" (1802–60s), students were forbidden to

carry oil lamps into the literary society meeting halls at night (1833–60s) and from using Camphene (a kerosene-like liquid) "or any burning fluid" (circa 1850–60s).

Keeping guns or gunpowder has likewise been forbidden since 1802; other "deadly weapons" have been proscribed since 1832.

From 1807 to 1821, the *Laws* tried to prevent students from throwing snowballs.

Physical and verbal assaults have been linked since the *Laws* forbade "striking or insulting any person" (1832–60s). In the 1871 *Laws* President Aiken tried to expand this provision to suppress HAZING AND CLASS FIGHTS: "All violent, injurious and offensive treatment of student by student [including] all attacks by class upon class" were outlawed. Later administrations generally ignored hazing of all kinds through the first half of the twentieth century. Class fights became benign by the late 1940s and ended in 1960, while class hazing died out in 1970. Fraternity hazing, however, has been a continuing problem, despite being addressed by stern College regulations since 1980 and by state law since 1985.

The effort to keep the dormitories quiet resulted in rules against playing musical instruments in hours of study (1802–71), conversing from windows and doors in study hours or in the evening (1807–21), noisy gatherings inside or outside the dormitories (1832–71), and making "indecent noise" in rooms (1802–7).

Students were enjoined to keep the rooms clean (1821–1860s), and warned against throwing things out windows (1807–71). From 1802 to the 1860s, they were required to buy a pail for use as a chamber pot, but only in 1871 were they specifically warned against urinating ("creating a nuisance") in the hallways, out windows or around the doorways.

A fear of insurrection surfaced several times in the rules; in 1821 students were required "to help officers [i.e., faculty and administration] maintain order on request, and to give evidence." "Entering into combinations to oppose the authority of the College" was forbidden from 1821 to 1846, and in 1871. The 1871 *Laws* went so far as to outlaw "all public expression of dissatisfaction with the discipline of fellow students."

Appraising the enforcement of dormitory regulations in his diary, Jonathan Pearson wrote in 1854:

> Our regulations are thus: the three Halls in each building contain 16 rooms, each of which contains 2 lodgers; this suite of rooms, called a "section," is presided over by a tutor or Prof. whose duty is to keep good order and studious habits in his little dominion—to visit each room at least once a day and night to look to the cleanliness of it as well as to its occupants and take a general supervision of the studies of the young men of the "section."

> Our laws and customs are such as might be called "common law" that is unwritten, but sanctioned by long usage and precedent. The student is expected to obey them, yet I

# EXHIBIT 113

# THE HISTORY OF
# BROWN UNIVERSITY

## 1764–1914

### BY

## WALTER C. BRONSON, LITT.D.

PROFESSOR OF ENGLISH LITERATURE



## PROVIDENCE
### PUBLISHED BY THE UNIVERSITY
### 1914

Digitized by Google

## HISTORY OF BROWN UNIVERSITY

"Alumnus," in his "Letter to the Corporation" in 1815, was that an association be formed to aid poor students, particularly by lending them textbooks. The seed fell into fertile soil, for a few weeks later was held the first meeting of such an organization, called the Philendean Society. Well-known names appear among the autographs of the early members—Robert H. Ives, John Carter Brown, Samuel G. Howe, Edwards A. Park, and others. The dues were only a dollar a year; but a goodly number of textbooks were gradually collected, and many poor students were glad to use them—Barnas Sears for one. The records of the society show that it lent books until 1848. In the early years it, too, had its anniversary meeting for oratorical delight, when a senior delivered a "lecture." The religious life of the students also took organic form at this time: a Praying Society was formed in 1802, which had prayer-meetings twice a week, and exchanged letters with similar societies in other colleges; in 1821 it was succeeded by a Religious Society.

The college rules for the conduct of students remained much as before. "To encourage and assist the students in their literary pursuits, to promote in them a regular conduct and diligent use of time," ran one of the Laws of 1803, "the officers shall, as often as they judge necessary, visit their chambers, as well in study hours as at other times." Absence from rooms, recitations, and chapel, tardiness, neglect to "exhibit composition" or attend disputations, were punished by fines ranging from three cents to $1.50, followed in obstinate cases by admonition, rustication, or "degradation." If a student should "presume" to exhibit anything on the stage which had not been approved, he was "liable to a fine not less than fifty cents, and to be publicly admonished before the audience"; and he incurred the

[ 182 ]

Digitized by Google

## HISTORY OF BROWN UNIVERSITY

same punishment if he used "any profane or indecent lan-
guage on the stage." For declamations in chapel no piece
likely to excite laughter was to be chosen, on penalty of six-
teen cents. The chapter of the laws entitled "Of Criminal
Offences" invented several new crimes; and in addition to
the fundamentals of right living the undergraduates were
instructed in some of the refinements of the academic life:

No student shall keep any kind of fire-arms or gunpowder in his room,
nor fire gunpowder in or near the College, in any manner whatever.

IF any scholar shall wilfully insult any of the officers of government
or instruction, if he shall strike them, or break their windows, he shall
be immediately expelled.

No student shall play on any musical instrument in the hours allotted
for study, on the penalty of eight cents for every offence.

ALL students are strictly forbidden to make indecent, unnecessary noises
in the College at any time, either by running violently, hallooing, or
rolling things in the entries or down the stairs.

EVERY student is strictly forbidden to throw any thing against the Col-
lege edifice, to attempt throwing any thing over it, or to throw water
or any thing else from the College windows, or in the College entries.

ALL students are forbidden to enter the chapel, except at the times of
devotional and collegiate exercises, or without permission to enter the
Library, Musaeum or Philosophical Chamber.

Rules unfortunately do not enforce themselves; and in spite
of this formidable array of prohibitions and penalties, there
were many infractions of discipline under President Mes-
ser, especially in his later years. His letter-books are full of
notices of rustication, which was then carried out with lit-
eral accuracy, quite in the fine old English style, the pur-
pose being to send the offender away from distracting and too
stimulating influences, and to allow him to regain his equi-
poise of soul in rural seclusion and pursue his studies aided

[ 183 ]

# EXHIBIT 114



# Middlebury College

The Laws of Middlebury College

Source: *Middlebury College*, 08-17-1803

Contributed by: Middlebury College

Stable URL: https://www.jstor.org/stable/community.28479483

Rights Notes: Reproduction and copyright information for this item is available from Special Collections and Archives, Middlebury College Library, Middlebury, Vt.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

This item is being shared by an institution as part of a Community Collection.
For terms of use, please refer to our Terms & Conditions at https://about.jstor.org/terms/#whats-in-jstor



*Middlebury College* is collaborating with JSTOR to digitize, preserve and extend access to
*Middlebury College*

Case 3:19-cv-01226-L-AHG  Document 133-3  Filed 03/15/24  PageID.11917  Page 30 of 236

fine, admonition, or otherwise, according to the degree and circumstances of the offence.

9. If any scholar shall ring the College-bell except by order of the President or a Tutor, he shall be fined, or otherwise punished, as the case may require.

10. No scholar is allowed to keep any kind of fire-arms or gunpowder in College, nor to fire a gun or pistol within the College-walls on penalty of twelve cents for every such offence.

11. No scholar shall attend any dancing-school in Middlebury, in term time, without permission, on penalty of fifty cents for every such offence.

12. If any student shall indulge himself in gambling he shall be liable to a fine of fifty cents for the first offence ; and if he persist in the practice, he shall be admonished, suspended or rusticated, according to the aggravation of the offence.

13. If any scholar shall be guilty of drunkenness, he shall be fined not exceeding fifty cents ; and if he persist in a course of intemperance, he shall be suspended, rusticated or expelled.

14. If any scholar shall familiarly associate himself with vile, idle, dissolute persons, or shall admit such persons into his room, and shall persist therein after warning given by any of the Authority of the College to avoid them, he may be fined or otherwise punished, as his offence shall require.

15. If any combination or agreement to do any unlawful act, or to forbear compliance with any injunction from lawful authority in the College, shall be entered into by under-graduates ; or if any enormity, disorder, or act of disobedience shall be perpetrated by any under-graduates in consequence of such combination or agreement—in both or either of these cases, such and so many of the offenders shall, upon due conviction, be punished with admonition, rustication, dismission or expulsion, according to the circumstances of their offences, as shall be judged necessary for the preservation of good order in the College.

16. In all cases when an offence is committed frequently or daringly, the President and Tutors shall have power to inflict fines not more than double the fines specified by law, or to add some other College punishment at their

This content downloaded from
65.1.214.249 on Tue, 05 Mar 2024 16:07:23 +00:00
All use subject to https://about.jstor.org/terms

# EXHIBIT 115



# ON THIS HILL

*A Narrative History of*
HAMPDEN-SYDNEY COLLEGE
*1774-1994*

Case 3:19-cv-01226-L-AHG Document 133-3 Filed 03/15/24 PageID.11920 Page 33 of 236

student, one George Moore 1795, showed (per the Trustees' minutes) "an inveteracy and implacability they judge an unhappy symptom in one so young" and was "much to blame." The punishment was approved. On the other hand, in 1792 the Board had reprimanded the Faculty for failing to deal properly with persistent student damages to College property and ordered the Faculty to pay for repairs if Trustee Allen, who was directed to inspect the buildings at the end of each term, reported any negligence in this regard. Some damage was blatant: in 1784 the destructive results of using the College's frame buildings as backboards for "fives" (an immensely popular version of handball) led to the first ineffectual banning of the game. In a sense, the adoption in 1817 of brick Federal architecture was the final—and partly intentionally so—solution to that problem. Such was the beginning of athletics at Hampden-Sydney. The equally ineffectual outlawing of dogs and guns, both being the cause of "great inconvenience," would be repeated and expanded: in 1805 the reaffirmed rule on guns was supplemented with a prohibition on dueling or promoting a duel.[84]

The College's neighbors brought complaints, not always vigorously or successfully. During peach season of 1799, Mr. Martin Smith identified eight students as the parties guilty of trespassing in his orchard, shooting his dog, and shooting at his overseer. After a trial, the Board ruled "not proven" and dismissed the matter. In another depredation-of-orchards case (egregiously senseless, since it was in March, when the trees were bare) in 1804, two local farmers accused some boys of destroying a number of trees; but Mr. Scott, who alone could positively identify the guilty parties, declined to appear at the Board's hearing. However, circumstantial evidence implicated seven students who had been suspiciously absent from College, so the Trustees ruled that they could return to College only if they confessed, produced evidence of having recompensed Mr. Scott and Mr. Jones, gave assurance of future good conduct, and submitted to corporal punishment. Enough, nevertheless, was enough, and at the very meeting that disposed of the latter orchard case the Board adopted a rule that the President and Faculty, with the counsel of two Trustees, could at the beginning of an academic year refuse to admit any student if they judged such refusal "in the best interest of the College." The following year (September

---

84. Interestingly, the many literary society debates on the propriety of dueling invariably ended with an anti-dueling vote.

# EXHIBIT 116

# A HISTORY *of the* UNIVERSITY
# OF SOUTH CAROLINA

BY

### EDWIN L. GREEN



**Professor of Ancient Languages**
**University of South Carolina**





COLUMBIA, S. C.
THE STATE COMPANY
1916

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 133-3   Filed 03/15/24   PageID.11923   Page 36 of 236

reprehension in the presence of the students. 6 Suspension from the privileges of the college. 7 Public and formal expulsion. Beside which the faculty may, in case of gross deficiency degrade a student to an inferior class, or refuse him promotion at the commencement." The bylaws rewritten under Dr. Thornwell, 1853, read: "The punishments of the College shall be friendly warning and caution by an officer of the College, or by order of the Faculty; admonition before the Faculty; suspension from the privileges of the College for a definite time; indefinite dismission, with notice to the parent or guardian of the offender; and formal and public expulsion. Beside which, the Faculty may, in case of gross deficiency, degrade a student to a lower class or refuse him promotion at the Commencement." This section reappeared in the bylaws of the university in 1866, the word "College" being changed into "University." It is found in all subsequent bylaws, with the omission in recent years of the last sentence.

The sixth chapter of the first laws published after the opening of the college, 1807, treats "Of Misdemeanors and Criminal Offences." Its twelve sections deserve to be reproduced. They are:

"1. If any student shall be guilty of any blasphemy, robbery, duelling, fornication, forgery, or any such atrocious crime, he shall be expelled.

"2. All the students are strictly forbidden to play at cards, or any unlawful game; to use profane or obscene language; to strike or insult any person; to associate with persons of known bad character; to visit taverns without liberty; to appear in indecent dress, or in woman's apparel; to lie, steal, get drunk, or be guilty of other gross immoralities. If any student shall transgress in any of these respects, he shall be admonished, suspended, degraded or expelled, as the case may require.

"3. No student may keep in his room any kind of firearms or gun powder; nor fire any in or near the College, in any manner whatever; and any student who shall violate this law, shall be liable to admonition, suspension or expulsion.



# EXHIBIT 117

The foregoing communication being taken up, Resolved (on motion) that the resignation of the President be accepted and that the Board of Trustees be immediately informed thereof.

A communication was received from the Board of Trustees informing this Board that they had nominated the Rev[d] Henry Kollock of Savannah as president of the University of this State to supply the vacancy occasioned by the resignation of Mr. Josiah Meigs, and thereupon the Board proceeded to the appointment of a president to supply the aforesaid vacancy; when it appeared that the Rev[d] Henry Kollock was unanimously elected. It was then resolved that his Excellency the Governor do make a communication to the President elect informing him of his appointment.

Be it ordained that the prudential Committee or a majority of them shall exercise and perform all the duty &

(85)

authority vested in the President by the laws of College until the president elect shall be regularly inducted into office; Except the superintendance of the academic exercises which shall be attended to, and performed by the professor of Mathematicks and Natural philosophy.

The Committee to whom it was referred to enquire if any and what alterations and amendments are necessary to be made in the laws of the University respectfully report the following as additional clauses or ordinances. In the third chapter.

It shall be the duty of the President to inculcate into the minds of the students a strict observance of the sabbath day, and on each sabbath when no sermon is preached to read or cause to be read by some one of the professors or of the Senior class a lecture or sermon which my be selected from any Moral or religious Book at the usual hour of public worship. And it shall be the duty of every student in College strictly and with becoming decency to attend in the Chapel during such exercises. And every student in College who shall fail to attend as aforesaid unless he do furnish a good excuse for such absence to be judged of by the president shall for every such neglect be publicly admonished by the president. And be it further ordained that if any Student of College shall be so far lost to his own Character or reputation as to be found in any public tavern, store, tippling shop or any other place where spirituous liquors are retailed in the Village of Athens and partaking of the liquor called for and drank at any such place he or they so offending shall for the first offence be publicly admonished and for the second rusticated.

That the 4th sec. of the 8th chapter be amended to read as follows. If any scholar shall be guilty of profane swearing of fighting or quarreling – if he shall open the door

(86)

of a fellow student – If he shall go more than two miles from Athens without leave from the president a professor or tutor. If he shall disturb others by noise loud talking or singing during the time of study – if he shall ring the Bell without order or permission – if he shall play at Billiards, Cards, or any unlawful game, if he shall associate with vile idle or dissolute persons, or shall admit them into his chamber – if he shall instigate or advise any student to a refractory or stubborn behaviour he shall for either of those offences be punished by admonition, rustication or expulsion as the nature and circumstances of the case may require And be it further ordained that no student shall be allowed to keep any gun, pistol, Dagger, Dirk sword cane or any other offensive weapon in College or elsewhere, neither shall they or either of them be allowed to be possessed of the same out of the college in any case whatsoever.

That the third section of the fourth chapter be altered and amended to read as follows, to wit,

The established course of study in the College shall be as follows – to wit, the first or Freshman Class, shall study the French language, Cicero's Orations, Greek Testament, Arithmetic – Bookkeeping and practice eloqution. The second class shall read Horace, Homers Iliad, Algebra, Geometry – Mensuration of superfices & solids the ascertaining of heights and distances, conic sections Plane and Spherical Trigonometry – navigation surveying – Geography – Compostion, English Grammar practice public speaking and also study the French language But the french languages mat be studied by any person not a Member of the College or of the grammar school on paying the same for tuition that is paid in College. And children from the Grammar

(87)

School may at the same time take lessons from the professor of the french language.

The Senior Sophisters shall be examined on the second Thursday in June in every year under the direction of the President and prudential Committee or a majority of them, and by such gentlemen of liberal education as may be appointed by them for that purpose.

Additional section to 5th Chapter –

The legislature by an act passed since the last meeting of this Board having directed that the meeting of the Senatus Academicus shall be at the seat of the University on the first Monday of August annually the public Commencement shall henceforth take place on the first Wednesday thereafter.

# EXHIBIT 118

# DOCUMENTARY HISTORY OF
# HAMILTON COLLEGE



CLINTON, NEW YORK
PUBLISHED BY THE COLLEGE
1922

THE

# LAWS

OF

# HAMILTON COLLEGE,

IN THE

TOWN OF PARIS, COUNTY OF ONEIDA,

AND

## STATE OF NEW-YORK :

ENACTED BY THE

## BOARD OF TRUSTEES.

UTICA :

PRINTED BY IRA MERRELL.

1813.

VII. The inspectors of the college shall be authorized to judge and determine whether the college chambers are fit for the reception of the students; and if on inspection of any chamber, it is not in their opinion fit to be inhabited, no student shall be obliged to reside in such chamber, until it shall be repaired, and judged by the inspectors fit to be inhabited.

---

## CHAPTER VIII.

### Of Crimes and Misdemeanors.

I. Every student, whether a graduate or undergraduate, shall be subject to the laws and government of the college, and show, in speech and behavior, all proper tokens of reverence and obedience to the faculty of the college: And if any student shall transgress this law, by treating them, or any of them, with reviling or reproachful language; or by behaving contumaciously or contemptuously toward them, or by being guilty of any kind of contempt of their persons or authority, he may be punished by any censure, even to expulsion, as the nature and aggravations of his crime may require.

II. If any student shall be guilty of blasphemy, robbery, fornication, theft, forgery, duelling, or any other crime, for which an infamous punishment may be inflicted by the laws of the state, he shall be expelled.

III. If any student shall assault, wound, or strike the president, a professor, or a tutor, or shall maliciously or designedly break their windows or doors, he shall be expelled.

IV. If any student shall be guilty of fighting, striking, quarrelling, challenging, turbulent words or behavior, fraud, lying, defamation, or any such like crimes, he shall be punished by fine, admonition, or other college punishment, suited to the nature and demerit of the crime.

V. If any student shall break open the door of another; or privately pick his lock with any instrument, for the first offence

Case 3:19-cv-01226-L-AHG   Document 133-3   Filed 03/15/24   PageID.11931   Page 44 of 236

XII. If any student shall keep any kind of firearms or gun-powder, or shall fire any gun-powder in or near the college-yard, or near the dwellinghouse or the person of the president, a professor or a tutor, he shall be admonished, rusticated, or otherwise punished as the case may require.

XIII. If any student shall play at billiards, cards or dice, or any other unlawful game, or at back-gammon, or at any game for a wager; or shall keep in his chamber, cards, or a back-gammon board; or shall call for any strong drink in any tavern or other place within two miles of the college, he shall be punished for the first offence by admonition, and for any subsequent offence may be rusticated, suspended or sent home.

XIV. If any student shall venture money or goods in any kind of lottery, or chance game, not allowed by the laws of the land, he shall be punished by admonition, rustication or expulsion, as the nature and circumstances of the case may require.

XV. If any person not belonging to the college shall contemptuously treat or abuse the faculty of the college; or shall instigate, advise or aid any student to a refractory and stubborn behavior or carriage towards the laws and governors of the college; or shall draw away or seduce any of the students into vile principles or practices, the president, a professor or tutor, may forbid the person so offending to enter into the college-yard, and also prohibit the students to hold any intercourse with him, which if any student shall have, after such prohibition, he may be admonished or otherwise punished at the discretion of the faculty.

XVI. If any combination or agreement to do any unlawful act, or to forbear compliance with any injunction from lawful authority in the college, shall be entered into by undergraduates; or if any enormity, disorder, or act of disobedience shall be perpetrated by any undergraduates in consequence of such combination or agreement, in both or either of those cases, such and so many of the offenders, shall, upon due conviction, be punished with admonition, rustication, dismission or expul-

# EXHIBIT 119

# Ohio University Rules for Students

Reference URL: https://ohiomemory.org/digital/collection/p267401coll36/id/16772
Reproduction of image is subject to Terms of Use
🖶 Print this image

## It will be deemed a Transgression---

1. To enter into any combination to resist the government of the University.

2. To carry a dirk, or a knife to be used as such.

3. To keep fire-arms, gun-powder, or any preparation thereof in the College, or to discharge any fire-arms in or near it.

4. To bring or keep in the College spirituous or fermented liquors, without express permission.

5. To sing or play upon musical instruments during the hours of study or after 9 o'clock at night.

6. To engage in sport at any time in any part of the College Buildings.

7. To shout, whistle or make any loud and tumultuous noise in or about the College.

8. To injure or deface any part of the College Buildings, or mark or write on the walls thereof.

9. To cut, hack, or in any way to mutilate the shrubbery and trees of the College Grounds.

10. To lodge in any other place than their respective rooms without permission expressly obtained; or without such permission to suffer any other person than the inmates to lodge therein.

11. To leave the village of Athens, beyond a reasonable walk, without permission.

12. To play at games of chance.

13. To make roasts, barbecues or convivial entertainments of any kind.

14. To ring the bell, except by the direction of the Faculty.

15. To call a meeting of the Students, or form a Society without obtaining permission of the Faculty.

16. In any way to disturb the regular business of the College.

In short, Students are required to demean themselves with the dignity and propriety of gentlemen, and in their conduct to study the true interests of the University as a literary community, so long as they may continue members of the same; and to abstain from whatever will injure its usefulness or retard their own progress. The character of the University, its peace, order and prosperity, are believed to depend on the observation of these requirements. Those persons, therefore, who cannot submit to them are advised not to become members of the University.



# EXHIBIT 120

# Religion at Bowdoin College: A History

## Ernst Christian Helmreich

*Thomas Brackett Reed Professor of*
*History and Political Science Emeritus*

Bowdoin College
Brunswick, Maine
1981

breaking of these unwritten rules has become more difficult to assess in the present more permissive day, but this guideline for conduct first enunciated by President Hyde still holds.

Students in President Appleton's day were often as young as fourteen, and this no doubt led to a need for more parietal guidance on the part of the College. Study hours were carefully regulated. From the beginning of the fall term to the first of April these were from nine to twelve in the forenoon; from the first of April to commencement, from half an hour after eight to twelve in the forenoon, and at all seasons from two to evening prayers in the afternoon. In the winter session the faculty at its discretion could assign a part of the evening to study. If a student was absent from his room without reason during these study hours or after nine o'clock in the evening he was liable to a fine not exceeding ten cents. If a student was a chronic offender and disturbed other students he might be "publicly or privately admonished, suspended or rusticated according to the degree and circumstances of the offense." If a student caused a disturbance during study hours by singing, playing an instrument, or making any noise or tumult he might be fined not exceeding twenty cents, admonished, or suspended. If the student failed to attend his recitations or was remiss in performing his assignments he was to "be fined not exceeding twenty cents; or, if his neglect became frequent and obstinate, he shall be admonished, suspended, or rusticated, as the degree of the offence shall require."[20]

The rules in regard to study were brief compared to those regarding "Misdemeanors and Criminal Offences."[21] These required five pages of the laws. Students were not permitted to leave Brunswick or Topsham without consent; if one went after permission was denied he might be fined not exceeding two dollars.[22] If he were absent for a night the fine might be increased. If a student should "in Brunswick or Topsham associate with any person of known dissolute morals or with anyone, who within three years had been dismissed from college and not restored to good standing" he was to be subject to a fine not exceeding fifty cents, or to further punishment as the case might be. He was not permitted to eat or drink in any tavern in Brunswick or Topsham except in the presence of his parents or guardian or on invitation of a family with whom he was befriended. No student was to play cards, billiards, or any game of chance, nor should, if he was under age, buy, sell, or barter with other students, books, apparel, or any other property. He was not permitted to keep a gun or pistol in his room without permission of the president, nor could he go "a gunning or fishing" without permission of some member of the faculty. He was not to fire a gun or pistol within or near a college building, make any bonfire or illumination, or set off fireworks. Playing ball within or near a college building, or engaging in any other sport which might injure the building was banned. There was a revision and a general reorganization of the laws when they were republished in 1824. The laws were still grouped in chapters but were

# EXHIBIT 121

# LAWS

### OF THE

# COLLEGE OF NEW JERSEY;

## REVISED, AMENDED AND ADOPTED

### BY THE

# BOARD OF TRUSTEES,

## APRIL 14th, 1819.

# TRENTON

PRINTED BY GEORGE SHERMAN.

1819.

4581
13
py 1

cleanly ; and if any student shall be grossly negligent in this respect, it shall be the duty of the college officers to admonish him for it, and see that he preserve a decent appearance.

2. Every student shall possess a black gown, which shall be made agreeably to a fashion which the faculty shall prescribe ; and all the students shall appear in their gowns, on all such occasions as shall be specified and announced to them by the trustees or faculty of the college.

## CHAPTER XVII.

### OF RELIGIOUS WORSHIP, AND MORAL CONDUCT.

1. Every student shall attend worship in the college-hall, morning and evening, at the hours appointed, and shall behave with gravity and reverence during the whole service.

2. Every student shall attend public worship on the sabbath, at such times and places as shall be directed, and shall be careful to maintain a reverential deportment. The sanctification of the whole of the sabbath, or Lord's-day, is indispensable to every student, and all practices inconsistent therewith are expressly prohibited.

3. No student shall employ any barber or hair-dresser to shave or dress him on the sabbath, nor shall any such person go into college on that day, for any such purpose.

4. Besides the public exercises of religious worship on the sabbath, there shall be assigned to each class certain exercises for their religious instruction, suited to the age and standing of the pupils. These exercises shall be assigned by the president, and attended upon by the different officers of college, agreeably to the arrangement which they may make for that purpose, and no student belonging to any class shall neglect them.

5. No student shall visit on the sabbath, nor shall any who live and board in college, go without the bounds of the college* on that day, unless by express permission of his instructor.

* By which are meant the front and back yards of the college.

6. Monitors or bill-keepers shall be appointed to note down the absentees from the exercises of the college, as often as the faculty or any particular instructor of a class may think proper.

7. No student shall possess or exhibit any indecent picture, nor purchase or read in college any lascivious, impious or irreligious books, and if any student shall be convicted thereof, or of lying, profaneness, drunkenness, theft, uncleanness, playing at unlawful games, (such as cards, dice and back-gammon) or other gross immoralities, or impieties, he shall be punished according to the nature and heinousness of the offence, by admonition, public reprehension, dismission or expulsion from college.

8. If any student shall quarrel with, insult, or abuse a fellow-student, or any person whatever, he shall, upon conviction, be punished according to the nature of his fault and as the faculty may determine.

9. Any student convicted of sending or receiving a challenge to fight a duel, or who shall carry such challenge, or be a second in a duel, or in any wise aid or abet it, shall immediately be dismissed by the faculty, and as soon as practicable expelled by the trustees.

10. No student shall bring, or cause to be brought, into college, or on any occasion keep in his room, any spirituous or fermented liquors, without urgent necessity ; nor without an express permission from the teacher of the class to which he belongs.

11. No student shall go to a tavern, eating-house, beer-house, or any place of such kind, for any purpose whatsoever, without permission from some member of the faculty ; and the purpose for which any student shall desire to go to any of these places shall be by him specified to the officer of the college from whom he shall ask permission ; and the permission obtained shall be considered as granted for that purpose only : nor shall the time of continuance at such places be greater than that for which permission shall have been given.

24

## CHAPTER XVIII.

### OF RESIDENT GRADUATES.

1. Resident graduates shall have the free and full use of the college library, by paying four dollars per session for the same; subject however, to all the laws relative to the library, as contained in chapter 10.

2. They may attend the recitations of any class in the college; and may, if they choose and are called to it by the teacher of the class, recite with a class, on any particular branch of study.

3. They may diet in the refectory, at the same price, and subject to the same rules, as the under graduates.

4. They may receive instruction, direction, or assistance, privately, from any officer of the college who may be willing to give it—for which they shall make such compensation as shall be agreed on between them and such officer.

5. They shall not visit the rooms of the students in study hours, nor after the ringing of the evening bell, without express permission from some member of the faculty.

6. They shall be expected to treat all the officers and institutions of the college with respect, and to encourage diligence, order and obedience, among the students.

7. If any resident graduate shall be judged by the faculty to act in a manner injurious to the college, he shall be so informed by a note; and shall thenceforward cease to possess the privileges assured to him by these laws.

8. Graduates intending to reside for improvement at the college, shall signify to the faculty distinctly that such is their intention; and also that they will hold themselves bound to conform to all the provisions of the statutes contained in this chapter.

## CHAPTER XIX.

### MISCELLANEOUS REGULATIONS.

1. No hallowing, loud talking, whistling, jumping, dancing, or any other boisterous noise, shall be permitted in the entries

7. No student suspended, dismissed or expelled from college shall be permitted to enter the edifice, or come on the college grounds, without express permission from the president ; nor shall the other students of the college be permitted to visit or keep company with a suspended, dismissed or expelled student, without the president's permission.

8. No servant shall be employed in the college, except such as shall be engaged by the steward, at a stipulated salary, with the concurrence of the faculty ; the duties of the servants within the college shall be pointed out solely by the faculty. And if any servant shall be found to violate any of the laws of the institution, or to neglect any of his appointed duties, he shall be immediately dismissed.

9. No woman shall be permitted on any pretence to go into the college, except on days of public speaking ; and excepting also strangers who wish to see the college, or citizens of the neighbourhood, accompanied by an officer of the college, or some person appointed by him.

10. No student shall keep for his use or pleasure any horse or riding beast ; nor shall any student keep a dog, or gun, or fire-arms and ammunition of any kind, nor any sword, dirk, sword-cane, or any deadly weapon whatever.

11. If any student or students shall steal, destroy, or tresspass on the property of any person in the town or elsewhere, the authority of the college shall inflict an exemplary punishment on him or them ; and any combination to prevent the execution of the civil law shall be severely punished.

12. No student shall hire any horse or carriage from any person whatever, for the purpose of amusement, exercise or business, without explicit permission from some officer of the college. Nor shall a student, without such permission, go to a greater distance than two miles from the college, at any time whatever, during the continuance of the session.

13. The students are subject to all the laws of the college, after the classes to which they belong are dismissed at the close of each session, till they take their departure from the town : And if any student after his class is dismissed shall go

# EXHIBIT 122



# LAWS

OF THE

## COLUMBIAN COLLEGE

IN THE

## DISTRICT OF COLUMBIA.

WASHINGTON CITY:

PRINTED AT THE COLUMBIAN OFFICE,
NORTH E STREET.

............

1824.

These Laws shall be read to the students, and subscribed by them, after evening prayers, the first day of each term.

At the close of each term a circular shall be sent to the parent or guardian of each student, exhibiting a general view of his expenses, deportment, and proficiency.

———

At a meeting of the Board of Trustees of the Columbian College in the District of Columbia, on the 13th of January, 1824, the following code of Laws for the internal government of the College, was passed unanimously.

O. B. BROWN, *President.*

Enoch Reynolds, *Secretary.*

7

# CHAPTER IV.

## Tutors.

1st. It shall be the duty of the Tutors, except in any special case when the Trustees or their Superintending Committee shall otherwise direct, to reside in the College—to attend the tables of the students, and ask a blessing, or call upon such as they may think proper, so to do—to require students to sit at table in such order as the Faculty or Tutors may direct—and any one of the Faculty shall send from the table any student who shall behave in any respect improperly.

2d. They shall require a strict decorum in the College buildings, shall frequently visit the rooms of the students, and present to the Faculty all cases of insubordination, delinquency, or breach of the laws.

3d. It shall be their duty to instruct such classes, and to hear such recitations, as the President and Professors shall direct.

# CHAPTER V.

## Students.

### SECTION I.

#### Admission into College.

1st. Candidates for admission into the College, shall be examined by the President, or by two or more of the Faculty, under his direction, which examination shall be attended to uniformly the day after Commencement, and the day preceding the beginning of the ensuing term, and at such other times as the President or Faculty shall direct : any member of the Faculty may attend such examination.

2d. The requisites for admission shall be—an acquaintance with English Grammar, vulgar Arithmetic, some judicious compendium of Geography, an ability to make Latin correctly, and to translate with facility Cæsar's Commentaries, the works of Virgil, Sallust, the Select Orations of Cicero, the New Testament in Greek, and Græca Minora ; and for an advanced standing, the studies of the class up to the time of admittance. No applicant, however, shall be admitted without satisfactory credentials of a good moral character; nor from any other College, without a certificate of having left it without just cause for censure.

3d. Immediately after his admission, each student shall apply to the Treasurer for a copy of the College Laws, (for which he

## SECTION II.

## *Religious and Moral Deportment.*

1st. It shall be the duty of every student, boarding in the College, and all others when at the College, to attend punctually and respectfully at the appointed hours, the exercises of morning and evening prayers, and all other religious services directed by the President or Faculty. It shall likewise be their sacred and indispensable duty to attend the public worship of God every Lord's-day in the College Hall, or in such congregation, and at such times, as the President and Faculty may approve: *Provided*, that students in the full communion of any particular Christian church, on presenting certificates of the same, shall have standing liberty from the Faculty, to attend the stated worship of God in such church on Lord's-day ; and *provided further*, that standing liberty shall be given to any student to attend stated worship on Lord's-days at any one particular Christian church, when the request of the parent or guardian of such student, expressed in writing, shall be presented to the Faculty for such leave to be granted ; but in no case shall this standing permission extend to meetings after sunsetting ; and if any student shall practise any fraud or deception, to obtain such liberty as is contemplated in either of the provisions of this article, or shall violate that liberty by neglecting to attend such place of worship, or by visiting other places without express permission from the President or Faculty, or by any indecorum whatever, he shall be deemed guilty of a misdemeanor, for which he shall be liable to be deprived of every such liberty in future, in addition to any other punishment which such misdemeanor may incur.

2d. The Faculty shall take such measures as they may deem most convenient and effectual, to ascertain all absentees from any of the College exercises, either in the week or on Lord's-days, and particularly shall cause a roll to be regularly kept, and called uniformly before morning and evening prayers, and before or at the close of the religious services of the Sabbath in the chapel, as often as they shall deem it expedient ; and the absentees shall be reported to the Faculty, at least once in every week, and to the Trustees, or their Superintending Committee, as often as required : but in no case shall voluntary neglect be suffered to pass with impunity.

3d. A *Merit Book* shall be kept by the Faculty, in which a record of the conduct of the students shall be preserved, their presence or absence from any of the prescribed exercises—their excuses for absences, and whether satisfactory or otherwise—particular instances of impropriety noted—and damages, when the individual to whom imputable is known—and whatever may contribute to show the real character of each student ; which book

shall be laid before the Trustees, or their Superintending Committee, whenever requested.

4th. It shall be the duty of the students to " *Remember the Sabbath day, to keep it holy :*" on which day, except in the cases referred to in the first article of this section, they shall not go beyond the College premises, without previous permission from a member of the Faculty ; nor shall any instrument of music be used in the College, or on the premises, the said day ; and every departure from this rule shall be punished with severe reprehension.

5th. Every student is required to treat the officers of the College, his fellow students, and all other persons, with respect ; and a violation of the requisitions of this article shall be punished according to the aggravation of the offence.

6th. Whenever it shall be the pleasure of a member of the Faculty to enter the room of a student, it shall be the duty of such student to throw open his door without a moment's delay, and receive him respectfully.

7th. It is the duty of every student to maintain an honourable and gentlemanly deportment in all respects.

8th. If any student shall associate with vicious company, or a person suspended or expelled from the College ; or shall play at dice, cards, billiards, backgammon, or any such games, or shall be guilty of contention, falsehood, intemperance, injustice, profaneness, immodesty, uncleanness, or any species of immorality, he shall be punished according to the aggravation of the offence.

9th. No student shall throw a stone, or any thing else, within one hundred yards of any building upon the College premises, under pain of severe reprehension.

10th. No student shall keep a servant, nor shall he keep fire arms, or any deadly weapon whatever. He shall bring no gunpowder upon the College premises ; nor shall horses or dogs be kept by students for their private use or pleasure.

11th. No student, without permission, shall be absent from his room after nine o'clock at night, from the first of October to the first of March ; nor after ten o'clock at night during the remainder of the year, at which hour the doors shall be closed. He shall not remove from the room which shall have been assigned him, or lodge in any other room, without becoming liable to the severest reprehension. In case of vexatious deportment towards his room mate, or any other adequate cause, a student shall be subject to the forfeiture of the room he may occupy, and be removed to such other as the Faculty may assign.

12th. Every student shall pay strict attention to cleanliness in his person, in his room, and in relation to every part of the College buildings. He is prohibited from spitting on the floor, and from driving nails in any part of the edifice. He shall wash himself, clean his shoes, or have them cleaned, only in the apartment appropriated for that purpose ; nor shall he throw from any window, water, or any thing else whatever.

\* It was the regulation then that all Students sh⁴. wash in a room belo

# EXHIBIT 123

LD 2111
.7
1824

# LAWS

OF

# Harvard College,

FOR THE USE OF

## THE STUDENTS.

CAMBRIDGE:

UNIVERSITY PRESS, HILLIARD AND METCALF.

1824.

15

7. Each Student who shall prolong his absence beyond the time for which he has obtained leave, or shall not return immediately upon the expiration of a vacation, is required to lodge with the Regent's Freshman, when he enters his name, a certificate of his excuse for such absence, signed by his parent or guardian, or his physician in case of sickness, or, if he be more than twenty-one years of age, by himself.

## CHAPTER VI.

### MISDEMEANORS AND CRIMINAL OFFENCES.

1. For either of the following offences, Students may be punished by any of the college censures, at the discretion of the Immediate Government, viz.

(1.) Profane language ; intoxication ; falsehood ; gaming ; extravagance ; dissipation ; indecency in language, dress, or behaviour ; the offering of violence to the person or the chamber of a student ; also violations of the respect due to the instructers and officers of the College.

(2.) Making or being present at any festive entertainment, except at Commencement season, or on Exhibition days with the permission of the President ; or going into any tavern or victualling house in Cambridge for the purpose of eating or drinking.

Making noises to the disturbance of the College, or of any of the inhabitants of the town.

Having any concern in bonfires, fire-works, or illuminations.

Being an actor or spectator in any theatrical entertainment, or being present at any ball, assembly, or party of pleasure, in term time, without leave from the President, at the request of a parent, guardian, or patron.

Playing at cards or dice.

Buying, selling, or bartering books, apparel, furniture, or any other property, without leave from the President, or a written permission from a parent or guardian.

Keeping a gun or pistol, or gunpowder, or firing a gun or pistol.

(3.) Also, refusing or neglecting to come when sent for by any Officer of the College; refusing to give evidence when required respecting any violation of the laws, or falsifying therein; resisting in any way the authority of the College, or associating with one who is under sentence of dismission, rustication, or expulsion, or with any other person with whom they may be forbidden to associate by the Government.

2. Whereas offences may be committed in which so many are actors or abetters as to render it inexpedient to punish all concerned, the Immediate Government may select for punishment as many of the offenders as they may judge necessary to secure the end of punishment; due regard being had to the nature of the offence, and to the general character and past behaviour of the persons thus selected: Provided, that in any case the government may adopt any principle of selection which may appear necessary for securing the good order of the College.

Also where acts of disorder or violence are committed by individuals who are screened from detection by

# EXHIBIT 124

68. No Student shall make any festive entertainment within the precincts of the University, nor contribute to, or be present at them there or elsewhere, but with the consent of each of the Professors whose school he attends, on pain of a minor punishment.

No Student shall admit any disturbing noises in his room, or make them any where within the precincts of the University, or fire a gun or pistol within the same, on pain of such minor sentence as the faculty shall decree or approve. but the proper use of musical instruments, shall be freely allowed in their rooms, and in that appropriated for instruction in music.

Riotous, disorderly, intemperate or indecent conduct of any student within the precincts shall be punished by interdiction of a residence within the precincts, and repetitions of such offences by expulsion from the University.

Fighting with weapons which may inflict death, or a challenge to such fight, given or accepted, shall be punished by instant expulsion from the University, not remissible by the Faculty; and it shall be the duty of the Proctor to give information thereof to the civil magistrate, that the parties may be dealt with according to law.

Offences cognisable by the laws of the land shall be left to the cognisance of the civil magistrate if claimed by him, or otherwise to the judgment of the Faculty; all others to that of the Faculty. and such of these as are not specially designated in the enactments of the Visitors may be subjected by the Faculty to any of the minor punishments permitted by these enactments.

Sentences of expulsion from the University (except in the case of challenge or combat with arms) shall not be final until approved by the board of Visitors or, when they are not in session, by a majority of them separately consulted. but residence within the precincts, and attendance on the schools may be suspended in the mean time.

No Student shall, within the precincts of the University, introduce, keep or use any spirituous or vinous liquors, keep or use weapons or arms of any kind,

or gunpowder, keep a servant, horse or dog, appear in school with a stick, or any weapon, nor, while in school, be covered without permission of the Professor, nor use tobacco by smoking or chewing, on pain of any of the minor punishments at the discretion of the Faculty, or of the board of Censors approved by the Faculty.

All damages done to instruments, books, buildings, or other property of the University by any student, shall be made good at his expence; and wilful injury to any tree, shrub, or other plant, within the precincts, shall be punished by fine, not exceeding ten dollars, at the discretion of the Faculty.

When a Professor knocks at the door of a student's room, any person being within, and announces himself, it shall be opened, on pain of a minor punishment; and the Professor may, if refused, have the door broken open; and the expences of repair shall be levied on the Student, or Students within.

At the hour appointed for the meeting of every school, the roll of the school shall be called over, the absentees, and those appearing tardily, shall be noted and, if no sufficient cause be offered, at the rising of the school, to the satisfaction of the Professor, the notation shall stand confirmed, and shall be given in to the Faculty, the presiding member of which for the time being shall, on the 10th days of May, august and December, or as soon after each of these days as may be, transmit by mail a list of these notations to the parent or guardian of each delinquent.

When testimony is required from a Student, it shall be voluntary, and not on oath. ~and the obligation to give it shall~ ~and willing to give it, but the moral obligation to explain and upon~ ~under which every one is bound to bear witness, where wrong has been done, but~ ~for the~ ~and~ be left to his own sense of right.

Should the religious sects of this state, or any of them, according to the invitation held out to them, establish within, or adjacent to, the precincts of the University, schools for instruction in the religion of their sect, the students of the University will be free, and expected to attend religious worship at the establishment of their respective sects, in the morning, and in time to meet their school in the University, at it's stated hour.

Original manuscript in the Thomas Jefferson Papers, Albert and Shirley Small Special Collections Library, University of Virginia

# EXHIBIT 125

Case 3:19-cv-01226-L-AHG Document 133-3 Filed 03/15/24 PageID.11957 Page 70 of 236

2111

5
y 1

# STATUTES AND LAWS

OF THE

# UNIVERSITY IN CAMBRIDGE,

# MASSACHUSETTS.



CAMBRIDGE:

UNIVERSITY PRESS—HILLIARD AND METCALF.

1825.

his return perform all the exercises which would have been required of him if present: Provided, however, that in each case, at the request of the Student, the Faculty may assign such exercises to a future vacation, if, in their opinion, the Student may then be able to perform them.

74. Each Student obtaining leave of absence for one night or more, shall lodge a certificate thereof with such officer as shall be designated for the purpose; and when any Student shall return after such leave, or after any vacation, he is required to apply to the Freshman of said officer, at his room, to enter the time of his return, and he is to see it duly entered.

75. Each Student who shall prolong his absence beyond the time for which he has obtained leave, or shall not return immediately upon the expiration of a vacation, is required when he enters his name, to lodge with the Freshman a certificate of his excuse for such absence, signed by his parent or guardian, or his physician in case of sickness, or, if he be more than twenty-one years of age, by himself.

---

## CHAP. VII.

### HIGH OFFENCES AND MISDEMEANORS.

76. High offences may be punished at the discretion of the Faculty with any of the College punishments. Misdemeanors are less offences, and may be punished with any punishment below suspension, or, if repeated or persisted in, with some higher punishment.

The following are deemed high offences:

1. Unlawful combinations.—Gross violations of the respect due to the Faculty or other Officers of the University.—Riotous and noisy behaviour, to the disturbance of the University or of the inhabitants of Cam-

bridge.—Refusing or neglecting to attend, when sent for by the Faculty or any Officer.—Disobedience to the sentence of the Faculty or a Committee thereof for any offence.—Refusing to give testimony in any case, when required by the Faculty or a Committee thereof, or falsifying therein.—Obstructing or resisting the Instructers or other Officers in the discharge of their duties, or encouraging similar acts in others.—Challenging, assaulting, or maliciously endeavouring to injure any Student.—Maliciously defacing or injuring the Edifices of the University, or any furniture, apparatus, books, or any other valuable property in any apartment thereof.

2. Profane language.—Intoxication.—Indecency in language, dress, or behaviour.—Dissoluteness, or other gross immorality.—Habitual extravagance, after due admonition.—Playing at any game for money or other things of value.—Associating with any person under sentence of dismission, rustication, or expulsion ; or with any other prohibited person ; or with any person of known vice and dissoluteness.—Any offence against the laws of the land subjecting the offender to disgraceful punishment.

3. Keeping any gun, pistol, or gun-powder, or firing or using the same in the town of Cambridge.—Being concerned in any bonfire, fireworks, or unauthorized illuminations.—Being an actor or spectator at any theatrical entertainment in term time.—Making or being present at any festive entertainment except at the Commencement season and on Exhibition day with license of the President.—Going to any tavern or victualling house in Cambridge for the purpose of eating or drinking, except in the presence of a parent, guardian, or patron.

All offences not enumerated as high offences are punishable as Misdemeanors.  Among these are the following :—Being present at any ball, assembly, or par-

# EXHIBIT 126

**Trinity College**

## Trinity College Digital Repository

Laws, Charters, and Standing Rules

Trinity Publications (Newspapers, Yearbooks, Catalogs, etc.)

1826

# Laws of Washington College, 1826

Trinity College

Follow this and additional works at: https://digitalrepository.trincoll.edu/laws_and_standing_rules

**Recommended Citation**
Trinity College, "Laws of Washington College, 1826" (1826). *Laws, Charters, and Standing Rules*. 21.
https://digitalrepository.trincoll.edu/laws_and_standing_rules/21

This Book is brought to you for free and open access by the Trinity Publications (Newspapers, Yearbooks, Catalogs, etc.) at Trinity College Digital Repository. It has been accepted for inclusion in Laws, Charters, and Standing Rules by an authorized administrator of Trinity College Digital Repository.



Sec. 2.   High offences may be punished, at the discretion of the Faculty, with any of the College punishments.   Misdemeanors are less offences, and may be punished with any punishment below suspension ; or, if repeated or persisted in, with some higher punishment.

Sec. 3.   The following are deemed high offences :— Any offence against the laws of the land, subjecting the offender to disgraceful punishment—Unlawful combinations—Gross violations of the respect due to the Faculty or other Officers of the College—Riotous and noisy behaviour, to the disturbance of the College or of the inhabitants of Hartford—Refusing or neglecting to attend, when sent for by the Faculty or any officer—Disobedience to the sentence of the Faculty—Refusing to give testimony in any case when required by the Faculty, or, falsifying therein—Obstructing or resisting the Instructors or other officers, in the discharge of their duties, or encouraging similar acts in others—Challenging, assaulting, or maliciously endeavouring to injure any student—Maliciously defacing or injuring the Edifices of the College, or any furniture, apparatus, books, or other valuable property—Throwing things against, over, or near the College ; from the windows, in the entries, or down the stairs—Profane language—Intoxication, or having spirituous liquors in the College—Indecency in language, dress or behaviour—Dissoluteness, or other gross immorality—Playing at any game for money, or other things of value—Associating with any person under sentence of dismission, rustication, or expulsion ; or with any other prohibited person, or with any person of known vice and dissoluteness—Keeping any gun, pistol, or gunpowder, or firing, or using the same in the City of Hartford ; or having in possession any dirk, sword-cane, or other offensive weapon, unless in case of military exercises being allowed by the Faculty—Being concerned in any bonfire, fireworks, or unauthorized illuminations—Being an actor or spectator at any theatrical entertainment in term time—Making, or being present at, any festive entertainment, or taking part in any publick celebration, except by permission of the Faculty.

Sec. 4.   All offences, not enumerated as high offences, are punishable as Misdemeanors.   Among these, are the following :— Being present at any ball, assembly, or party of pleasure in term time, without leave from the President—Going to any tavern or victualing house in Hartford, for the purpose of eating or drinking, except in the presence of a parent, guardian, or patron—Playing at cards or dice, or any unlawful game—Buying, selling, or bartering books, apparel, furniture, or any other property, without leave of the Bursar—Disobedience to any of the rules and regulations of the College, and disrespectful and unbecoming language or conduct, not amounting to a high offence—Idleness, negligence, and, in general, all behaviour inconsistent with the good order, peace, and prosperity of the College.

Sec. 5.   In case of any combination to resist the Faculty, or the

# EXHIBIT 127

# Baptist Beginnings in Education

## A History of Furman University

By
President W. J. McGlothlin



NASHVILLE, TENNESSEE
SUNDAY SCHOOL BOARD
OF THE
SOUTHERN BAPTIST CONVENTION

Generated on 2024-03-05 16:30 GMT  /  https://hdl.handle.net/2027/uva.x001093115
Public Domain in the United States, Google-digitized  /  http://www.hathitrust.org/access_use#pd-us-google

Digitized by Google

Original from
UNIVERSITY OF VIRGINIA

## BAPTIST BEGINNINGS IN EDUCATION    115

James C. Furman was at once elected by the faculty to that position. In 1853 the board created the office of president and elected Dr. Basil Manly, Sr., then president of the University of Alabama, to fill this position. Upon his declining the office remained vacant until Dr. Furman, who had in the meantime continued to be chairman of the faculty, was elected to fill the position in 1859.

While the students enjoyed large freedom in the choice and pursuit of their studies, there was strict supervision of their moral life. They were expected to behave as gentlemen at all places and on all occasions, and strict attention to their studies was a condition of their remaining in the university. They must attend the daily class and chapel exercises with regularity and promptness, and attend church on Sundays. All injury to buildings, apparatus, equipment and books must be made good and might be otherwise punished; they were forbidden to leave the institution without permission, or to contract debts without permission of parents and the chairman of the faculty; they were forbidden to use or possess intoxicating liquor or frequent bar rooms, to accept a challenge or in any way aid, abet or promote a duel, to carry or have in their rooms firearms, to gamble in any way whatsoever, or to combine for riotous or disturbing purposes. Discipline was administered by the faculty. The expenses for a boarding student for the year were fixed at $152, of which $42 were for tuition and the remainder for living expenses. Commencement was in June while the vacation extended from the middle of November to the first Wednesday in February.

The institution opened auspiciously. The first session 68 students were enrolled and at commencement, 1852, three students were graduated from the theological department; the second year, 99 students enrolled; in 1854 there were 206, and in 1855, when the first class was graduated from the collegiate

Generated on 2024-03-05 16:31 GMT  /  https://hdl.handle.net/2027/uva.x001093115
Public Domain in the United States, Google-digitized  /  http://www.hathitrust.org/access_use#pd-us-google

Digitized by 

Original from
UNIVERSITY OF VIRGINIA

# EXHIBIT 128

# The University of Delaware: A History – Chapter 2

≡

## Chapter 2: The Founding of Newark College

When the academy had been closed almost three years, the inhabitants of Newark became eager to have it reopened. Fears of enemy encroachment were not serious after June 1778, when the British abandoned Philadelphia. British vessels patroled off Cape Henlopen for several years more and occasional maritime raids were made on bay shipping and up the small rivers of Delaware. The threat to an inland town like Newark, however, was not serious.

One hundred and fourteen men of the vicinity signed a petition to the General Assembly of the new "Delaware State" in March 1780 asking it to "constitute a publick Seminary of Learning" here where experience had shown "Boarding & Lodging for a great Number of Pupils can be furnished" as reasonably as anywhere in the state.  But when the General Assembly met that spring in Lewes–it was peregrinating around the state at that time before it settled down permanently in Dover in October 1781–it took no action on this petition. Matthew Wilson, the only trustee of the Newark Academy who lived in Lewes, may have confused the assemblymen by presenting them with his own plan for a school in Newark. In his words, he "sketched out a charter for a Delaware college, similar to that of N. Jersey," to be established in Newark, "the best Seat for the Muses." Here, he argued, young men would be removed from the temptations of cities, which were fitter to produce dancing masters than "clean and decent" students. No state was more backward than Delaware, Wilson insisted, in cultivating "the soul-enlarging sciences." He knew that Delaware was too poor, oppressed by the war as it was, to do much for the time being, but if the assembly would "plant a College [in Newark] immediately," it could grow by degrees–especially if the legislature gave encouragement by supporting professors, purchasing a library, and attending commencements. [2]

His proposal might have been accepted, Wilson was told, but that Samuel Patterson, a legislator who was also a trustee, said that Wilson's idea was not authorized by the board. [3]  In fact, the board of trustees had not been able to meet for years for lack of a quorum. In January 1781 they explained their problems and their needs in a petition to the legislature. There was a problem, they wrote, in assembling a quorum because some trustees, like Francis Alison and William Allen, had died, others were far away, like Andrew Allen, who had fled to

death of its good friend, Dr. Samuel H. Black, which occured suddenly in April 1827 when he was in Newark as a trustee attending the semiannual "exhibition" of the academy students.[76]

The exhibitions were a feature of ceremonies that included a public examination, conducted by the trustees, at the end of every semester. In 1826 the trustees were pleased that Russell's students acquitted themselves well in rhetoric, "especially since it was not included amongst their internal duties but was an extra service, studied in hours of recess and thus not interfering with their regular recitations in the Classics." Similarly, the students in this classical academy acquired a knowledge of history "while prosecuting other studies."[77]

For a time an English school was conducted separately from the academy. Incorporated in 1811, but apparently functioning for years before that date, it was conducted in 1819 by Philip M. Steele and advertised itself as the "Newark English Grammar and Mathematical School." Its success must have been modest, for even in advertising its location it noted that Newark was "known for its flourishing Academy."[78]

In less than ten years the academy apparently absorbed the English Grammar School. In the spring of 1826 the academy trustees announced that to accommodate more students they were making substantial repairs, including fixing up a separate room for a mathematical and English department. They instructed Russell to hire two teachers, one for the classical and one for the English– mathematical department, both to be under his supervision.[79]

The trustees were emboldened to think of expansion by the fact that the lottery was at last going into operation. They were not, however, particularly pleased by the way in which Russell carried out the instructions they gave him, for he discharged his assistant in the classical department before the term was half over. What assistance he had in mathematics is unknown, but there must have been someone, for in 1827 Russell reported that only three or four students really belonged to the mathematics department, which was apparently on the second floor, though he sent all the students to it "as soon as they have recited below."

To indicate their disappointment, the trustees, in 1828, reduced the larger salary they had promised Russell in 1826 when they envisioned an expansion. At the same time they drew up new plans for the academy, which did not necessarily include Russell.[80]    The problem undoubtedly was, though this is never stated in the minutes, that Russell was unable to give full time to his school. He had agreed to come to Newark first of all as pastor of the two neighboring Presbyterian churches, Head of Christiana and White Clay Creek. He had accepted the teaching assignment gladly because he needed the money, and his needs became far greater after he married and became the father of eight children.[81]

He had, furthermore, been a successful teacher on the whole. The number of students fluctuated, even during the course of a semester, from a low of seventeen to a high of thirty-five. One of his last students remembered the school as a prosperous one that sent many of its graduates on to colleges such as Dickinson and Yale.[82]    The building was kept in repair;

The University of Delaware – Chapter 2 | University Archives and Records Management

apparatus, even for chemistry, was purchased by Russell at his own expense; the campus was fenced; a seal was adopted. In 1820 a wash of yellow was applied to the exterior of the building, while the interior was white-washed.[83]

At various times committees of trustees sought to arrange with respectable householders of Newark what the trustees considered a moderate price (approximately $100 a year) for room, board, and laundry. They never ceased advertising the good reputation of Newark for both health and morals, and in regard to the latter promised that trustees would occasionally make trips of inspection to assure that students' morals "are attended to at their boarding houses."[84] It must have been with the intention of protecting students' morals that the trustees, in April 1824, ordered Russell "to discontinue in future the exhibition of plays or Comedies."[85]

The order "to discontinue" plays suggests that the Reverend Mr. Russell had previously permitted them. This idea implies that Russell was more lenient than his trustees, or perhaps merely more lenient than the new president of the trustees. This position, vacated by the death of the Reverend Thomas Read, was filled in September 1823 by the election of another Presbyterian minister, the Reverend Eliphalet Wheeler Gilbert, pastor of the Second Presbyterian Church, Wilmington, and destined to become one of the most important figures in the history of the institution.[86]

Gilbert's leadership may also be responsible for the appointment of a committee in September 1824 to solicit gifts for erection of a new academy building. The trustees expressed the intention of supplying any deficiency in the building fund they were launching by dipping into the endowment, which amounted to over $6,000, largely invested in government bonds but partly in bank stock.[87] Within a year, however, in September 1825, the trustees discharged this committee, apparently deciding that room could be made for the academy in the new college building that was to be provided by the lottery, sanctioned in 1818 but only now being put into operation.

No word of opposition to the lottery appears in the minutes of the trustees; on the contrary, they appointed a committee to ask the General Assembly to raise the ante—to authorize raising a further sum of $100,000 by lottery. One must conclude that Gilbert and other strict Presbyterians on the board were outvoted. The lobbying committee, of course, included no Presbyterian ministers; it was composed of two Episcopalians, Henry M. Ridgely and James R. Black, and a comparatively worldly Presbyterian Andrew Gray.

At the same time another committee was appointed to receive proposals for a college site, to decide on a plan for the building, and to consider bids for its erection. In as much as negotiations for the operation of the $50,000 lottery authorized in 1818 were just now under way, the trustees were rushing matters a bit.[88]

So it proved. A bill for a further lottery was introduced into the next assembly, but it was postponed and subsequently abandoned. No decisive step was taken for several years in

choosing either a site or a building plan, though a plan was submitted by Charles Bulfinch, of Boston, who was at this time working in Washington as architect for the Capitol. Bulfinch was rewarded with the thanks of the board and a gift of $20 worth of lottery tickets, sent him through the trustee who had served as intermediary in presenting his plan, Col. George E. Mitchell, of Cecil County, Maryland. (Mitchell was a member of Congress at this time and could easily seek the advice of Bulfinch, who was an employee of Congress.) For two years the trustees delayed making any decision on beginning to erect a college, but finally, in September 1828, they decided to postpone the matter indefinitely.[89]

Some stirring of progress, however, was evident earlier in that year when the trustees determined to reorganize the academy. Two teachers were to be sought, one for the classical languages and ancient history, who was to be the principal or rector and receive $600 a year, the other, to be paid $500, for mathematics, modern history, and English grammar and composition. If over thirty students enrolled in either department, an assistant would be employed at a salary to be fixed later. Since a committee, including Gilbert, was set up to hire the new teachers, it was obvious that the trustees were considering replacing Russell.

A whole series of regulations were adopted at this time that may not have been new but a mere spelling out of customary practices. For instance, the school year was to consist of two semesters, separated by two three-week vacation periods, one beginning in mid-September and the other in mid-April; Christmas, New Year's Day, and July 4 were single holidays; otherwise, there were classes six days a week, except for Saturday afternoons. In summer, classes ran from 8 to 12 and from 2 to 5; in winter, hours were shorter, 9 to 12 and 1:30 to 4:30. The day began with roll call and prayers, and each day two students, in turn, were to deliver prepared speeches, as practice in oratory. The tuition of $20 a year, was divided unevenly: $12 for the winter term, when expenses were greater, and $8 for the summer term. Students might enter at any time in the session, and fees would be adjusted.

The rules for deportment sound very strict. The students were to act like "young gentlemen," treating their teachers with "profound respect." They were forbidden to swear, riot, strike anyone, or associate with immoral persons, as well as to play cards, dice, or other games of chance. Drinking alcoholic beverages was not forbidden, but becoming intoxicated was, and students could be suspended or dismissed for possessing liquor, except for medicinal purposes, or for frequenting a tavern. Students were not permitted to keep a horse or a dog or to have a gun or ammunition (except with the rector's approval), or a sword, dirk, sword cane, or any deadly weapon. Only the trustees could expel a student, and he could not then be readmitted.[90]

The committee appointed to secure teachers under the new arrangements advertised and received applications, but in September 1828 they announced they could not agree on recommendations and left the selection up to the board. Probably whether to continue Russell was the critical question; if so, he may have had a better chance with the board, where his

# EXHIBIT 129



Centennial
History
of
McKendree
College
1928



only instructor in the Law Department, there was a teacher of elocution, and a tutor who assisted in the work of the preparatory department. Among the requirements for admission, we note that a student must be fourteen years old to enter the Freshman class, and in all cases, satisfactory testimonials of good moral character must be presented. In the paragraph on general information, parents and guardians are informed that daily records are kept of the merit and demerit of each student, the former denoting the excellencies of each in his recitations and other college duties, and the latter, his delinquencies and deficiencies of each in his respective duties. The president will furnish an exhibit of these records in any particular case when requested by the student or his friends. It is also stated that "The Faculty are determined that the college shall not be infested, and the whole community embarrassed and perhaps corrupted by idle and dissolute members." There is an interesting list of requirements "Regular and punctual attendance at the morning services in the chapel, at church, and at the Sunday afternoon lecture; the strict observance of the hours prescribed for study; the faithful performance of the exercises, studies, and duties assigned by the faculty, a prompt account of the reason for any neglect of duty, or absences; the subordination in all other exercises to those prescribed by the Faculty." There is also a remarkable list of prohibitions in those days, long before the eighteenth amendment: "Irreverence during religious services at church or chapel, violation of the Sabbath by engaging in any kind of play or amusement, or by assembling, except for worship, in the rooms of students or elsewhere; disrespect towards the faculty; ungentlemanly treatment of fellow students or citizens; absence from room during the hours of study; loud conversation, loud laughing, wrestling, jumping or other unnecessary noise in the college buildings or campus; disturbance of the regular recitations and exercises in any way whatever; the frequenting of taverns, groceries, billiard saloons, bowling alleys, or any such places of drinking or amusement; lounging about stores or public places, or remaining there longer than business requires; using profane or obscene language, visiting circuses or shows; keeping pistols, dirk knives or any unlawful weapons; card-playing and gambling of every kind; writing upon or otherwise defacing the college building or furniture; disorderly conduct at boarding houses or elsewhere; leaving town without the knowledge and consent of the faculty; boarding at hotels or public houses without the written permission of the faculty; taking lessons in any branch of study, in the regular college terms, from any person not connected with the faculty, except by permission."

A table of average expenses is given to serve as a sort of guide to the prospective student in estimating his necessary expenditures during his college career. By comparing these with the list given in Dr. Merrill's time, it will be seen that expenses had increased somewhat, tho it was still not a very expensive proposition to go to college.

## EXPENSES

| | |
|---|---|
| Tuition in Preparatory Department, per term | $6.00 |
| Tuition in Collegiate Department, per term | 8.00 |
| Contingent expenses, per term | 6.00 |
| Boarding, room furnished, (lights excepted) per week | 3.50 |
| Washing, per dozen | .75 |
| Wood, per cord | 2.50 |
| For Law, extra | 7.00 |
| For German, French, or Hebrew, extra | 5.00 |
| Commercial Department, extra | 5.00 |

All bills must be paid in advance.

There is also given in the catalogue a list of the titles of the Sunday afternoon lectures. One for every Sunday during the college year. The lecturers named are ex-president Allyn, President Locke, Professors Jones, Deneen, Swahlen, and Edwards. Reverends Reuben Andrus, T. M. Post, Earl Cranston, Lyman Marshall, T. H. Herdman, and G. W. Hughey.

Dr. Locke was formally inaugurated with much speech-making and enthusiasm in September, 1874. The Board had voted to guarantee the salaries of the president, $1,500 and the four professors, $900 each. These professors were O. V. Jones, S. H. Deneen, W. F. Swahlen, and E. E. Edwards. The regular income of the institution did not fully meet these claims. There were also other arrearages in salaries. President Allyn was not paid up in full and these same professors had other claims for unpaid salary which were morally just as binding as the one for the current year. In 1872, the Board had voted that interest on the endowment fund, when paid, as it often was, long after it was due, should be applied to the claims of the year in which it should have been paid. But this was not done. When it was needed for current use as soon as it was paid, it was so applied. All these difficulties caused the Board much perplexity and were responsible for many lengthy debates. They usually appointed a committee to consider the matter and then discussed the report at great length. Perhaps they would recommend the appointment of a new financial agent with the provision that the first money he collected should be applied to these deficits,

# EXHIBIT 130

# A BURNING TORCH
# AND A FLAMING FIRE

## THE STORY OF CENTENARY
## COLLEGE OF LOUISIANA

BY
WILLIAM
HAMILTON
NELSON

PRINTED BY THE
METHODIST PUBLISHING HOUSE
NASHVILLE, TENN.

## CHAPTER VI

### A WEST POINTER THE SECOND PRESIDENT

THE second President of the College of Louisiana was Lieutenant H. H. Gird, U. S. A., a graduate of West Point. In April, 1829, Gird and the Rev. James Blythe, of Transylvania College, were nominated, but Gird was elected. A chaplain, the Rev. James Ronaldson, was appointed. At this time the course of study embraced English, French, Spanish, Latin, and Greek, pure and mixed mathematics, natural philosophy, chemistry, natural history, geography, moral and political philosophy, ancient and modern history, logic and rhetoric. Instruction was also given in penmanship, drawing, public speaking, and gymnastics. Students or their guardians were allowed to select their studies, subject to the approval of the faculty.

### EARLY ADVERTISING

Soon after a student tried to stab a professor the trustees, the date was March 12, 1830, passed another Article for the By-Laws which would take care of the situation in the future. They also passed a rule that no student could keep a riding animal, or dog, or gun, or other firearms. This gives us an insight into student life in that time. Those of you who read Parton's "Life of Thomas Jefferson" will recall that Jefferson tells with a great deal of pleasure how the

81

# EXHIBIT 131

*Professor - to receive until*

THE

# STATUTES

OF,

# DICKINSON COLLEGE,

## AS REVISED AND ADOPTED

### BY THE

## BOARD OF TRUSTEES,

### APRIL 16, 1830.

I.

-ooo-

*Published by order of the Board.*

. -ooo- .

## CARLISLE.

PRINTED BY GEO. FLEMING.

1830.

Digitized by Google

[ 22 ]

sively established, and shall inflict such punishment as a majority of the Board may direct.

4.—No right of appeal to the Board from the decisions of the Faculty, nor of petitioning in classes or combinations, as in any way implying co-ordinate authority among the students, shall be recognized either by the Faculty or by the Board.

5.—If any student shall be guilty of profane cursing or swearing, of intoxication, of riot, of theft, of forgery, of fornication, of playing at cards, dice, or any other games of chance, of visiting gambling and lewd houses, of fighting, striking, quarrelling, of breaking open the door of another, or privately picking his lock with any instrument, of turbulent words and behaviour, of wearing women's apparel, of fraud, lying, defamation, or any crime for which an infamous punishment may be inflicted by the state, he shall, if convicted, be suspended, dismissed, or expelled.

6.—If any student shall assault, wound or strike the Principal, a Professor or a Tutor, or shall maliciously or designedly break the windows or doors of their appartments or lecture rooms, or contumaciously resist their authority, and refuse to appear before them, he shall be suspended, dismissed or expelled.

7.—If any student shall be guilty of an injury to a fellow student, or to any person, or of acting disorderly, and injuring the property of any person in the borough of Carlisle, on complaint and proof thereof being made to the Principal, he shall, with the advice of the Professors and Tutors, give judgment thereon, and order satisfaction to be made according to the nature of the offence or injury, which if he refuse to do, he shall be publicly admonished, and if after admonition he persist in such refusal, he shall be dismissed.

8.—If any student shall fight, or propose to fight, a duel, or be in any wise concerned in promoting or abetting a duel, or in the giving or accepting of a challenge, or shall reproach, traduce, or treat disrespectfully, any student for having refused to accept a challenge, he shall be expelled.

9.—If any student shall absent himself from any recitations of his class without sufficient reason, he shall be admonished or suspended as the Faculty may direct.

10.—If any student shall visit a tavern, house of entertainment, or eating house, he shall be suspended or dismissed.

11.—If any student shall bring into his room or have in his possession, any intoxicating liquor, he shall be suspended or dismissed.

12.—If any student shall keep for his use or pleasure any riding beast, dog, gun, fire arms or ammunition, sword-dirk, sword-

Digitized by Google

[ 23 ]

cane, or any deadly weapon whatever, or shall ride out unless the Principal may think his health or any special circumstance may require it, and grant him permission so to do, he shall be publicly admonished, suspended or dismissed.

13.—If any student shall hire any riding beast or carriage from any person whatever, for the purpose of amusement, exercise or business, without explicit permission from the Principal, or shall, without such permission go to a greater distance than two miles from the College at any time whatever during the continuance of the session, he shall be publicly admonished, suspended or dismissed.

14.—If any student shall, during the session, attend a ball, private dancing party, theatrical exhibition, dancing school, or any place of resort for purposes of amusement that shall be prohibited by the Faculty, he shall be suspended or dismissed.

15.—If, in the opinion of the Faculty, the character of a student shall be so vicious as to render him an unworthy member of the College and a source of corruption to the other students, that is, whenever they shall be satisfied that he is guilty of frequent and unnecessary absence from prayers, public worship, or any college exercise as established by law, or of disorderly behavior when present at any of them; or of neglecting his studies and interrupting the studies of others; or of unreasonable expensiveness in living or company keeping in his room or elsewhere, or of idleness, of going out of College limits without permission, or of absenting himself from his room after 10 o'clock at night, or being frequently absent during study hours, or of any other conduct prohibited in these statutes after two or three admonitions, and he does not forthwith reform, he shall be sent home and his parent or legal guardian be requested to remove him from College.

16.—A student who shall have been expelled, or twice dismissed, shall not be re-admitted.

17.—Every student during the vacations, shall be answerable for all vicious, scandalous and immoral conduct, in the same manner as during the sessions of College, and every student remaining in the place shall be under the control of the officers of College who may remain in it during the vacations.

18.—No female shall be permitted on any pretence to go into the college building or campus, except on days of public speaking, excepting also strangers who wish to see the College, or persons of the neighborhood, accompanied by an officer of college, or some person appointed by him. Nor shall any militia trainings, or public sports, or diversions, or recreations, or entrance and strolling on the College campus, by persons from the town not having direct business with the College, be allowed by the faculty.

Digitized by Google

# EXHIBIT 132

# LAWS

### AND

## REGULATIONS

#### OF THE

## COLLEGE OF WILLIAM AND MARY,

##### IN

### VIRGINIA.

#### RICHMOND:

PRINTED BY THOMAS W. WHITE.

1830.

Digitized by Google

Students, however, are allowed the use of beer and cider at dinner, at their respective boarding houses.

25. Except when invited by a private family, the Students and Scholars shall not be permitted, during the Session, to have, to give, or to be present at any suppers, any private or public eating or drinking parties, by day or by night, either at their rooms, boarding houses, or elsewhere, except on the 22nd February and 4th of July.

26. No Student, without the permission of the President or a Professor, shall go into a tavern, or any other place in town, or elsewhere, where he may purchase and drink any intoxicating liquor.

27. No Student shall bet or play at any game whatever, nor keep, or permit to be used or introduced into his room, any cards, dice, or other implements of gaming whatsoever.

28. No Student or Scholar shall go into the garden against the consent of the President.

29. Students are strictly forbidden to keep, or to have about their person, any dirk, sword or pistol.  Firing squibs or crackers in and about College or elsewhere is also strictly forbidden.

30. Students who have been suspended or dismissed will be held subject to all the Laws of the College during their stay in town— that Statute excepted which requires their attendance at Lecture. They shall leave town as soon as practicable; and every such Student as, without permission from the Faculty, shall remain in Williamsburg longer than a week after sentence pronounced, shall be liable to severe punishment.

31. Every two months the Faculty shall send to every parent or guardian, a report, stating how often, and the days of the month when, his son or ward was absent from Lecture; the reasons of his absence; the number of times he has been reported to the Society for not being prepared at Lecture—together with an account of every misdemeanor which he may have committed, as well as the penalty which it drew after it.  Should the conduct of the Student require it, *monthly* or more frequent reports shall be sent home.

32. Morning prayers will take place in the Chapel every day, immediately before the first Lecture in the morning, in order that Professors, Scholars, and all who come to attend Lecture, may likewise have it in their power to attend Prayers.

33. One quarter of an hour before the Bell rings for the *first* Lecture in the morning, during the Collegiate Session, the Bell shall toll for three minutes, during which time all who wish to attend Prayers must assemble in the Chapel,—as the Religious exercises will commence so soon as the Bell shall cease to toll.

34. On the Sabbath day, all the Students and Scholars have it in their power to attend some place of public worship; and both at public worship and in the Chapel, every pupil is required to behave with all that decorum and solemnity which are due to the place and the occasion.

# EXHIBIT 133

# CONSTITUTION & LAWS

### OF THE

# INSTITUTION OF LEARNING

### UNDER THE CARE OF THE

## MISSISSIPPI PRESBYTERY.

*Oakland college, Clair...*
*Press*

HERALD-OFFICE, CARLISLE, PA.—1831.

all the Students shall be present, unless having previously obtained leave of absence from the President.

3. A biblical lecture shall be attended every Sabbath afternoon by all the Faculty and Students, at such time and place as the President shall direct.

4. It is enjoined upon all the Students to observe the Christian Sabbath as holy and sacred to the duties of religion; and all amusements and recreations shall be avoided, which are inconsistent with their duties.

5. As it is the right of every religious denomination to enjoy its peculiar sentiments and modes of worship, it is ordered that the officers of College in their instructions avoid every species of sectarianism.

## CHAPTER X.

### OF THE DEPORTMENT AND DRESS OF THE STUDENTS.

*Sec.* 1. The Students are to consider themselves and each other as young gentlemen associated for purposes of mutual improvement, and are to behave themselves accordingly; avoiding all turbulence, rudeness and violence.

2. They are to treat the President, Professors, and Tutors, on all occasions, with profound respect, obeying implicitly all their lawful commands, and in every respect so demeaning themselves as those should, who know that their character for correct behaviour is not less important than their character for intellectual acquirements.

3. They shall treat all persons with whom they have intercourse with decency and respect.

4. It is enjoined on all the Students to be neat and economical in their dress ; and if any Student be negligent in either of these respects it shall be the duty of the Faculty to censure him according to the nature of his offences.

## CHAPTER XI.

### OF MISDEMEANORS, OFFENCES AND PUNISHMENTS.

*Sec.* 1. Neglect of study—interrupting the studies of others—profaneness—playing at games of cards or chance—duelling, or aiding or abetting it—wearing or carrying a dirk or other deadly weapon—intemperance in any degree—keeping company with persons of known immoral character—resorting to places of expensive amusement, & every other species of immoral conduct, of which the Faculty are the sole judges, are offences; and shall be punished as hereinafter directed.

2. The punishments of the Institution shall be admonition, rebuke, suspension and expulsion.

3. The Faculty shall apply these punishments, except expulsion; and whenever the offence in their estimation shall merit expulsion, the President shall convoke the Board of Trustees, and lay before them, the facts in the case for their decision.   But the Board shall act exclusively on the written report of the Faculty.

## CHAPTER XII.

### OF EXAMINATIONS AND VACATIONS.

*Sec.* 1. There shall be two Public Examinations in each

# EXHIBIT 134

Colby College, Waterville, Me.

# LAWS

OF

# WATERVILLE COLLEGE,

## MAINE.

*HALLOWELL:*

**GLAZIER, MASTERS & CO.**

**1832.**

Digitized by Google

10

and Thanksgivings, at the usual and appointed place.    Provided, however, that whenever any Student proposes to attend, statedly, on the service of any other regular christian Society, he may, if of the age of twenty-one years, signify his desire to the Faculty, or if a minor, may produce a written request from his Parents or Guardian, for that purpose, and such application shall entitle the applicant to attend worship with such particular Society, but not with any other ; and, in this case, such evidence of punctual attendance shall be given as the Faculty may require.

3. It is enjoined upon all the Students to "Remember the Sabbath day, to keep it holy," to apply themselves to the duties of Religion, and to avoid, on that day, every thing inconsistent with its religious observance, and, particularly, all unnecessary business, visiting, walking abroad, receiving company, and playing on musical instruments.

4. A violation of any of the above regulations shall subject the delinquent to such punishment as the Faculty may think proper to inflict.

## CHAPTER VI.

### Moral Deportment and Miscellaneous Regulations.

1. IT is the duty of every Student to maintain an honorable and gentlemanly deportment in all respects.

2. Every Student is required to treat the Officers of the College, his fellow Students, and all other persons, with respect ; and a violation of the requisitions of this article shall be punished according to the aggravation of the offence.

3. No Student, without permission, shall be absent from his room after nine o'clock at night.    He shall not remove from the room which shall have been assigned him, or lodge in any other room, without becoming liable to the severest reprehension.    In case of vexatious deportment towards his room mate, or of any other adequate cause, a Student shall be subject to the forfeiture of the room he may occupy, and be removed to such other as the Faculty may assign.

4. Every Student shall pay strict attention to cleanliness in his person, in his room, and in relation to every part of the College buildings.

Digitized by Google

11

5. Damages done to a room, or to any part of the buildings or premises, shall be repaired, whatever the expense may be, by entirely renewing the damaged part, when practicable ; or, if that shall be impracticable, then by making the damaged part as good as before, and charged to the person to whom it is fairly assigna-able ; or if done to a room, and the person be not known, it shall be charged on all the persons occupying that room, unless it shall appear that the damage was not occasioned by their fault or care-lessness. Damages done on any of the premises, when the au-thors are unknown, shall be assessed by the Faculty, equally on the Students.

6. No Student shall keep firearms, or any deadly weapon whatever. He shall bring no gunpowder upon the College premises ; nor shall cats or dogs be kept by Students for their private use or pleasure.

7. No Student shall, at any time, smoke a pipe or cigar in any of the entries or public rooms of the College, or in or near any of the out-buildings on the College premises ; nor shall any Stu-dent keep any ardent spirits, wines, or intoxicating liquors of any kind, except when prescribed by his attending physician for med-icine, or permitted by the Faculty.

8. A person expelled or suspended from the College, shall not be suffered to enter upon the College premises without express permission from the President, nor shall it be lawful for any Stu-dent to associate with him.

9. If any Student shall associate with vicious company, or a person suspended or expelled from the College, or shall play at dice, cards, billiards, backgammon, or any such game, or shall be guilty of contention, falsehood, intemperance, injustice, pro-faneness, or any other species of immorality, he shall be punish-ed according to the aggravation of the offence.

10. Any member of the Faculty shall have power at all times to order Students to go to their own rooms ; and it shall be the duty of every Student, in such case, to obey the order, without delay.

11. No Student shall be concerned in any combination to re-

Digitized by Google

# EXHIBIT 135

# History of
# Wake Forest College

By

GEORGE WASHINGTON PASCHAL



Volume I

1834-1865

WAKE FOREST COLLEGE, WAKE FOREST, N. C.

1935

136                          *History of Wake Forest College*

We now turn to consider the rules and regulations which the Board of Trustees enacted for the Institute. For the Trustees, so far from entrusting the management of the institution to the faculty, made regulations for faculty and students alike. It was the function of the faculty to execute the laws prescribed by the Trustees.

It was the duty of every teacher to attend prayers and all public functions and to devote his entire time to the work of the Institute. The faculty were also required regularly to visit the students' rooms, to see that they behaved and worked as they should and went to bed and got up at proper hours, and to preside at the students' meals.

The regulations adopted for the students formed an elaborate code.[12] Students were required first of all to reside and take their meals at the Institute and to conform to all the regulations of the Manual Labor Department; not to leave the premises on any occasion or for any purpose without the permission of the Principal; to rise in the morning and to retire to their rooms at night at such hours as the faculty might from time to time designate; to attend prayers twice a day, once in the morning and once in the evening; to attend religious services twice on the Lord's Day; not to purchase from any shop or store any article whatsoever-all necessary articles were to be purchased by the Principal or some member of the faculty; to hand over to the Principal all money they might have brought with them, while no student should be allowed more than five dollars a year for pocket money; not to keep any dirk, sword-case, fire arms or any other weapons of defense.[13] Seemingly after a year it was thought that the Principal was too compliant to the student's in their desire to spend more than the prescribed amount, and it was resolved, "That there shall be nothing purchased for any student of the Wake Forest Institute, unless an order be received from the parent or guardian to the Principal or some other mem-

——————————

[12] These rules were prepared in the first year by a committee consisting of T. Meredith, J. S. Stevenson and William Sanders. *Proceedings,* p. 6.

[13] *Proceedings,* p. 6 ff., 12, 19, 20.

# EXHIBIT 136

# ALLEGHENY—A CENTURY OF EDUCATION

## 1815—1915

BY

### ERNEST ASHTON SMITH, Ph.D.

Professor of History, Allegheny College





MEADVILLE, PA.:
THE ALLEGHENY COLLEGE HISTORY COMPANY

Digitized by Google

## HISTORY OF ALLEGHENY COLLEGE

Art. III, Sect. 5. Students are not permitted to loiter about taverns, stores, or any other place of public resort.

Sect. 8. Any student who shall be found to associate with low, vulgar or immoral company, or addicted to habits of profaneness or dissipation will, unless he immediately reform, be dismissed from the college.

Sect. 10. No student shall possess or exhibit any indecent picture; nor shall any one be allowed to purchase or to read any lascivious or immoral book, nor any romance or novel, while he continues a student of this institution.

Sect. 11. No hallooing, loud talking, whistling, jumping, or other disturbing noise or act shall be permitted at any time in the college building; and any student conducting himself disorderly in the town will be punished according to the nature of the offence.

Sect. 12. No student shall bring or cause to be brought gunpowder, firearms, or any deadly weapon within the college premises; nor shall any one engage in any species of hunting during the college term without permission from the Faculty. No student shall be allowed to smoke tobacco in any form within the college enclosures.

Art. IV, Sect. 3. Prayers shall be attended every morning at the college by the president or some other member of the Faculty, at his request; at which time the students are required to be present.

Art. V, Sect. 5. The president or any of the officers may require suitable assistance from any student for the preservation of the good order of the college; and if any so required shall refuse or neglect to give his assistance, it shall be viewed as a great contempt for the authority of the college; and shall be punished by public confession, suspension or expulsion.

Art. X, Sect. 1. Every student having read the by-laws and accepted them shall subscribe a declaration kept in a book by the Faculty: We whose names are herein signed will to the utmost of our power obey the by-laws; we will not be guilty of profane cursing or swearing, drinking ardent spirits, card playing, or any unlawful gaming, nor of any indecent or disrespectful language towards the Trustees, president, professors, tutors, nor to each other as students.

In the Articles of Agreement of 1833 between the Board of Trustees and the Pittsburgh Annual Conference, the religious body was to nominate one-half of the persons to fill the vacancies on the Board, submitting three names for each place, and the Trustees were to make the selection. This body also nominated the Faculty yearly, subject to the approbation of the Trustees. The prudential committee of the Board, the executive group of which the president of the college was a member,

[ 401 ]

Digitized by Google

# EXHIBIT 137

North Alabamian (Tuscumbia, Alabama) · 5 May 1837, Fri · Page 3

Downloaded on Feb 29, 2024





Clipped By:

**spitzertess**
Thu, Feb 29, 2024

Copyright © 2024 Newspapers.com. All Rights Reserved.

# EXHIBIT 138

# THE BIOGRAPHY OF A COLLEGE

*Being the History of the First Century of the*

## LIFE OF LAFAYETTE COLLEGE

By
### DAVID BISHOP SKILLMAN

**VOLUME I**



### LAFAYETTE COLLEGE
**EASTON, PA.**

**1932**

Generated on 2024-03-06 20:25 GMT  /  https://hdl.handle.net/2027/mdp.39015033375133
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# CHAPTER XVII

## PORTER *VS.* JUNKIN

THE abandonment of manual labor as a part of the college curriculum did not change the wildness, roughness and intensity of feeling which permeated the college in those early days. The Board found it necessary to introduce into the code of laws governing the students—"Section 14. No student shall wear about his person any pistol, dirk, stiletto, or other dangerous weapon."

One of the earliest cases of expulsion was that of a student about to graduate in the Class of 1837. After a formal trial before the Faculty, he was found guilty of "committing an assault and battery upon the President of the College and using opprobrious language toward him."

Early in 1840 occurred a student act of violence which shook the college to its foundations and led to the resignation of Dr. Junkin. The Faculty minutes of January 7, 1840, set forth:

Complaint being made to the Faculty by Leonard Pratt that he (Pratt) had been intentionally cut and wounded in the knee, by Andrew Porter. Mr. Porter was called before the Faculty. The facts being proved as alleged in the complaint it was on motion

Resolved: That Andrew Porter be indefinitely suspended from the College to be restored upon acknowledgement of his fault and upon further condition that he be then publicly reprimanded.

Resolved: That the President announce this evening to the students that when hereafter any student shall use or threaten to use a weapon or any sharp or cutting instrument whatever

130

Generated on 2024-03-06 20:26 GMT / https://hdl.handle.net/2027/mdp.39015033375133
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT 139

# AMERICAN

# ANNALS OF EDUCATION

AND

# INSTRUCTION,

FOR

## THE YEAR 1837.

---

CONDUCTED BY WM. A. ALCOTT.

WILLIAM C. WOODBRIDGE, Foreign Editor.

---

## VOL. VII.

BOSTON:

OTIS, BROADERS & CO., 147 Washington Street.

1837.

Generated on 2024-02-13 23:42 GMT / https://hdl.handle.net/2027/iau.31858033351408
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF IOWA

has done well in its day, but are not yet sure that it ought not to give place to the system of Mr Foster. We greatly prefer the style of Mr F.'s engraved copies; though we cannot help being partial to the general views of a writer, from whom we have received aid so essential as that which we received some twenty years ago from Mr Wrifford.

### University of Nashville.

The number of students in this University, in July last, was 125. In the July preceding, it was only 102. From a copy of the 'Laws' recently received, we extract the following rules for the moral conduct of the students.

'No student shall bring, or cause to be brought into College, or, on any occasion, keep in his room, any spirituous or fermented liquors; nor any fire-arms or ammunition of any kind; nor a sword, dirk, sword-cane or any deadly weapon whatever, upon penalty of such censure or punishment as the Faculty may judge the offence to deserve.

'No student, shall, on any occasion, keep company with persons of notoriously bad character, under penalty of admonition, suspension or expulsion.

'If any student shall possess or exhibit any indecent picture, or purchase, introduce or read in College any obscene or impious books, or be guilty of lying, profaneness, intemperance, playing at cards or other unlawful games, (or at any game for a wager,) or of other gross immoralities or impieties, he shall be punished, according to the heinousness of the offence, by admonition, suspension or expulsion.

'No student, during the regular sessions of the College, shall attend any ball, theatre, horse-race, or any unlawful or expensive amusement whatever. Cock-fighting is especially forbidden; and any student guilty of it shall be suspended or expelled.

'No student shall keep, for his use or pleasure, any horse, carriage, dog, or servant: except when his parent or guardian, shall, with the approbation of the Faculty, allow him a horse for the purpose of healthful exercise. Nor shall he indulge in any gratification or practice involving needless or extraordinary expense.

'Every student shall preserve not only his own room, but every part of the College premises as neat and cleanly as possible.'

### Ladies' Association for Educating Females, in Illinois.

The great object of this Association, is to assist young Ladies in qualifying themselves for teaching. In pursuance of this plan, forty-five individuals have been aided during the last year, residing in twelve different counties. The receipts of the Society to enable it to perform this work of charity, were, in all, including $450 received from an As-

16*

Generated on 2024-02-13 23:41 GMT / https://hdl.handle.net/2027/iau.31858033351408
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF IOWA

# EXHIBIT 140

Case 3:19-cv-01226-L-AHG   Document 133-3   Filed 03/15/24   PageID.12006   Page 119 of 236

2/14/24, 9:47 AM                University of North Carolina (1793-1962). Acts of the General Assembly and Ordinances of the Trustees, for the Organization and …

**DOCUMENTING** *the American South*

About | Collections | Authors | Titles | Subjects | Geographic | K-12 | Facebook **f** | Buy DocSouth Books

---

### Acts of the General Assembly and Ordinances of the Trustees, for the Organization and Government of the University of North-Carolina:
### Electronic Edition.

### University of North Carolina (1793-1962)

---

Funding from the State Library of North Carolina supported the electronic publication of this title.

---

Text transcribed by Apex Data Services, Inc.
Images scanned by Brian Dietz
Text encoded by Apex Data Services, Inc., Brian Dietz, and Elizabeth S. Wright
First edition, 2005
ca. 50K
University Library, UNC-Chapel Hill
University of North Carolina at Chapel Hill,
2005.



**Source Description:**

(title page) Acts of the General Assembly and Ordinances of the Trustees, for the Organization and Government of the University of North-Carolina
(running title) University of North Carolina
21 p.
Raleigh, N.C.
Printed at the Office of the Raleigh Register
1838

Call number Cp378 UA4 c.2 (North Carolina Collection, University of North Carolina at Chapel Hill)

---

The electronic edition is a part of the UNC-Chapel Hill digitization project, *Documenting the American South.*
The text has been entered using double-keying and verified against the original.
The text has been encoded using the recommendations for Level 4 of the TEI in Libraries Guidelines.
Original grammar, punctuation, and spelling have been preserved. Encountered typographical errors have been preserved, and appear in red type.
Any hyphens occurring in line breaks have been removed, and the trailing part of a word has been joined to the preceding line.
All quotation marks, em dashes and ampersand have been transcribed as entity references.
All double right and left quotation marks are encoded as " and " respectively.
All single right and left quotation marks are encoded as ' and ' respectively.
All em dashes are encoded as --
Indentation in lines has not been preserved.
Running titles have not been preserved.
Spell-check and verification made against printed text using Author/Editor (SoftQuad) and Microsoft Word spell check programs.

*Library of Congress Subject Headings*

Languages Used:

- English

LC Subject Headings:

- Universities and colleges -- Law and legislation -- North Carolina -- Chapel Hill.
- University of North Carolina (1793-1962) -- Administration.

Case 3:19-cv-01226-L-AHG   Document 133-3   Filed 03/15/24   PageID.12007   Page 120 of 236

2/14/24, 9:47 AM          University of North Carolina (1793-1962). Acts of the General Assembly and Ordinances of the Trustees, for the Organization and …

- University of North Carolina (1793-1962) -- History.
- University of North Carolina (1793-1962) -- Regulations.
- University of North Carolina (1793-1962) -- Rules and practice.

Revision History:

- 2005-09-27,
  Celine Noel and Wanda Gunther
  revised TEIHeader and created catalog record for the electronic edition.

- 2005-03-03,
  Elizabeth S. Wright,
  finished TEI-conformant encoding and final proofing.

- 2004-11-11,
  Brian Dietz
  finished TEI/SGML encoding.

- 2004-10-29,
  Apex Data Services, Inc.
  finished transcribing the text.



[Cover Image]



[Title Page Image]

# ACTS
# OF THE
# GENERAL ASSEMBLY
# AND
# ORDINANCES OF THE TRUSTEES,
# FOR THE
# ORGANIZATION AND GOVERNMENT
# OF THE
# UNIVERSITY OF NORTH-CAROLINA.

**RALEIGH:**
**PRINTED AT THE OFFICE OF THE RALEIGH REGISTER.**
**1838.**

Case 3:19-cv-01226-L-AHG   Document 133-3   Filed 03/15/24   PageID.12009   Page 122 of 236

2/14/24, 9:47 AM          University of North Carolina (1793-1962). Acts of the General Assembly and Ordinances of the Trustees, for the Organization and …

Page 3

# ACTS OF THE GENERAL ASSEMBLY.

## AN ACT TO CONSOLIDATE INTO ONE, THE SEVERAL ACTS OF THE GENERAL ASSEMBLY OF THIS STATE RELATIVE TO THE APPOINTMENT OF TRUSTEES OF THE UNIVERSITY, FOR THE GOVERNMENT THEREOF, AND FOR OTHER PURPOSES.

### (Passed at the Session of 1821.)

*Be it enacted, &c.* That John Haywood, Benjamin Smith, William Polk, Henry Potter, Archibald D. Murphey, Duncan Cameron, Joseph Caldwell, Thomas Winns, Edward Jones, James Webb, Henry Seawell, Calvin Jones, John D. Hawkins, Robert H. Jones, Jeremiah Slade, Joseph H. Bryan, Robert Williams, William Gaston, Thomas Brown, Francis Locke, Montfort Stokes, Thomas Love, Archibald McBride, Atlas Jones, Lewis Williams, William M'Pheeters, Frederick Nash, Thomas Ruffin, James W. Clark, John Stanly, Bartlett Yancy, Leonard Henderson, John Branch, William Miller, Simmons J. Baker, George E. Badger, Kemp Plummer, Thomas Bennehan, Willie P. Mangum, James Mebane, John Witherspoon, John B. Baker, James Iredell, William Martin, Joseph B. Skinner, James C. Johnston, Enoch Sawyer, Alfred Moore, John D. Toomer, John Owen, Gabriel Holmes, Romulus M. Saunders, Lewis D. Schweinitz and Thomas P. Devereux, are hereby declared to be Trustees of the University of this State, and the successors of the Trustees appointed by an Act of the General Assembly of this State, passed in the year one thousand seven hundred and eighty-nine, entitled "An Act to establish a University in this State," and that the appointment of the Trustees aforesaid is hereby confirmed, and they are declared to have all the power and authority heretofore conferred by law on the Trustees of the said Institution.

2. *Be it enacted,* That the Board of Trustees of the University shall consist of sixty-five members, all of whom shall be resident citizens of this State.

Page 4

3. *Be it enacted,* That the additional number of Trustees hereby authorized shall be elected by joint ballot of both Houses of the General Assembly; and that, hereafter, when any vacancy or vacancies shall happen in the said Board, by death, resignation, refusal to act, removal out of this State or other cause, it shall be the duty of the President of the Board to communicate, or cause to be communicated by the Secretary, to the General Assembly, the said vacancy or vacancies, and thereupon, they shall elect, by joint ballot of both Houses, a suitable person or persons to fill the same.

4. *Be it enacted,* That the Board of Trustees shall have power to vacate the appointment and remove a Trustee for improper conduct, stating the cause of such removal on their journal: *Provided,* the same shall be done at an annual meeting of the Board, and that there shall be present at the doing thereof at least twenty of the members of the Board.

5. *Be it enacted,* That the Governor of this State for the time being shall be, and he is hereby declared to be President of the Board of Trustees of the University, and as such, shall preside at all the meetings of said Board at which he may be present; and if, by indisposition or other cause, the Governor shall be absent from any meeting of the Board, he may appoint, in writing, some other person, being a Trustee, to act as President for the time being, and who shall preside accordingly: and if, at any time, the Governor shall be absent at the meeting of the Board, and shall not have appointed, as aforesaid, a President, it shall be lawful for the Board to appoint a President for the time being, who shall preside as such.

6. *Be it enacted,* That there shall be an annual meeting of the Board of Trustees during the Session of the General Assembly, in the City of Raleigh, and at such time and place as the President of the Board may appoint; and at any of the annual meetings of the Board, any number of Trustees, not less than seven, shall constitute a quorum, and be competent to exercise full power and authority to do the business of the Board; and the said Board, or the President thereof, shall have power to appoint special meetings of the Trustees at such time and place as in their opinion the interest of the Institution may require; but no special meeting shall have power to revoke or alter any order, resolution or vote of an annual meeting.

7. *Be it enacted,* That in case the office of Secretary or Treasurer of the Board of Trustees of the University shall be vacant from any cause whatever, in the recess of the Board, the President shall appoint a suitable person to fill the same, until the annual meeting of the Board of Trustees,

Page 5

at which time the said Board shall elect a proper person to fill the said vacancy.

8. *Be it enacted,* That the second section of an Act passed in the year one thousand eight hundred and five, entitled "An Act appointing the Governor for the time being President of the Board of Trustees of the University," and that so much of the several Acts of the General Assembly of this State, as is inconsistent with this Act, be, and the same is here-by repealed; and that this Act shall be in force from and after the ratification thereof.

Case 3:19-cv-01226-L-AHG   Document 133-3   Filed 03/15/24   PageID.12010   Page 123 of 236

2/14/24, 9:47 AM          University of North Carolina (1793-1962). Acts of the General Assembly and Ordinances of the Trustees, for the Organization and …

## AN ACT TO AMEND AN ACT, PASSED IN THE YEAR EIGHTEEN HUNDRED AND TWENTY-ONE, ENTITLED "AN ACT TO CONSOLIDATE INTO ONE, THE SEVERAL ACTS OF THE GENERAL ASSEMBLY OF THIS STATE, RELATIVE TO THE APPOINTMENT OF TRUSTEES OF THE UNIVERSITY, FOR THE GOVERNMENT THEREOF, AND FOR OTHER PURPOSES."

### (Passed at the Session of 1824.)

*Be it enacted, &c.,* That the Board of Trustees, at their annual meeting, may, by resolution, vote or ordinance, from time to time, as to them shall seem meet, limit, control and restrain the business to be transacted, and the power to be possessed and exercised by special meetings of the Board, called according to the sixth section of the above recited act; and the powers of such special meetings shall be limited, controlled and restrained accordingly. And every order, vote, resolution, or other acts done, made or adopted by any special meeting, contrary to any order, resolution, vote or ordinance of the Board, at an annual meeting, shall be absolutely, to all intents and purposes, null and void.

#### AN ACT CONCERNING THE UNIVERSITY OF N. CAROLINA.

1. *Be it enacted by the General Assembly of the State of North Carolina, and it hereby enacted by the authority of the same,* That it shall be unlawful for any merchant, shop-keeper, or other person at Chapel-Hill, or within two miles thereof, to sell to any Student of the University, goods, wares, merchandise, spirituous liquors or wine, without the consent of the Faculty, or some one of the Professors thereof, given in writing;

Page 6

and if any contract for the sale of such articles shall be made, it is hereby declared to be null and void, and no recovery shall be had thereon.

2. No license shall be granted to retail spirituous liquors at Chapel-Hill, or within two miles thereof; any license obtained for that purpose shall be null and void, nor shall it be lawful for any person to give an electioneering treat or entertainment within two miles of the University of the State.

3. It shall not be lawful for any person or persons to exhibit any theatrical, sleight of hand, or equestrian performances, dramatic recitations, rope or wire dancing, or natural or artificial curiosities, at Chapel-Hill, or within five miles thereof, without the special permission, in writing, of the Faculty.

4. No person shall set up or keep up any billiard table, or other public table, constructed or erected for playing games of chance, by whatever name called.

5. If any person or persons shall offend against the provisions of this Act, or any of them, he, she or they, thus offending, shall be liable to be indicted under this Act, and fined or imprisoned at the discretion of the Court, or under any general Act or Acts of the General Assembly, prohibiting said offences.

Page 7

## ORDINANCES OF THE TRUSTEES.

### (Adopted, January 2, 1835.)

### EXECUTIVE COMMITTEE.

*Be it ordained,* That a Committee of seven members of this Board (of whom the President shall, *ex officio,* be one) shall be appointed at every regular annual meeting of the Board, to be called "the Executive Committee of the Trustees of the University of North-Carolina," a majority of whom shall form a quorum for transacting business: that all the duties heretofore assigned to, and powers vested in the Land Committee, the Committee of Appointments, and the Building Committee, be, and they are hereby assigned to, and vested in the Executive Committee hereby provided for.

The Secretary of the Board of Trustees shall be Secretary of the Executive Committee; he shall attend their meetings, and enter their proceedings in a regular Journal, to be kept for that purpose.

The Executive Committee shall have power to make such contracts for the sale of the property and effects, both real and personal, of the University, as they may deem best for the interest of the same.

The Executive Committee shall have power to alter, change and regulate the course of studies and discipline prescribed at the University, and to dismiss any Professor or Tutor for such cause as they may deem sufficient.

All the Acts of the Executive Committee, under the authority of this Ordinance, shall be fully stated in the Journal of this Committee, and shall be laid before the Trustees at the next regular annual meeting of the Board.

Case 3:19-cv-01226-L-AHG   Document 133-3   Filed 03/15/24   PageID.12011   Page 124 of 236

2/14/24, 9:47 AM                University of North Carolina (1793-1962). Acts of the General Assembly and Ordinances of the Trustees, for the Organization and …

14. Nothing indecent, profane or immoral, shall at any time be delivered on the public stage, under such penalty as the Faculty or Trustees shall think necessary. And with a view to preserve all public exercises of the students from impropriety of any kind, every student, during the whole of his senior year, and previously to his commencement performances, especially, shall show to the President or presiding Professor, or to some officer designated by him, the whole of what he proposes to speak, and shall not fail to observe such corrections as shall be made, and if any student pronounce any thing in public of a censurable nature, in contradiction to the directions or corrections of the officer to whom he has shown his piece, the President or presiding Professor may stop him on the public stage, and he shall be otherwise censured as the Trustees or Faculty shall determine.

Page 14

15. If any student shall cut, or injure the buildings or furniture of the College, or in any manner disfigure or deface them, especially with obscenity, profaneness or vulgarity, he shall beside making good the damage, be subject to such other punishment as may be judged necessary.

16. The degree of Bachelor of Arts shall not be conferred on any member of the College, until he shall have been a student at least one year; but the honorary degree of Bachelor of Arts, may be conferred agreeably to former custom.

17. When a student occupies a room at the beginning of a session, he shall continue in it until the end of the session, unless a change be permitted or directed by the Faculty.

18. A student shall not be permitted to make any alterations in the studies which he has undertaken to prosecute in any session, until the session shall expire.

19. There shall be no ball playing in or among the College buildings or against the walls. All athletic exercises must be kept at a distance, so as to prevent damage to the buildings and interruption to study.

## CHAPTER V.

### *Of the Moral and Religious conduct of the Students, and their conduct towards the Faculty.*

1. If any student shall deny the being of a God, or the divine authority of the Holy Scriptures, or shall assert, and endeavor to propagate among the students any principle subversive of the Christian religion, he shall be dismissed.

2. Every student, whether he live in College or in the village, shall attend public prayers morning and evening in the Chapel, and while attending shall refrain from all noise, conducting himself with such reverence and decorum as are suited to these sacred services. On Sunday it shall be the duty of every student to be present at the reading or delivery of a sermon in the Chapel, at the hour appointed by the Faculty for that purpose. No whispering, talking, reading, laughing or indecent behaviour of any kind shall be allowed on such occasions.

3. The students shall attend such instructions in morals or religion, as their Professors and Tutors, or the Faculty jointly shall appoint on Sunday. And if any student absent himself, or evade such instructions, he shall be punished by his instructer, or by the Faculty, according to his offence.

Page 15

4. At all times the students shall deport and express themselves respectfully towards the Faculty, and every member of it. Any deficiency in this duty shall be considered as peculiarly in conflict with the laws and principles essential to a College, and shall be punished accordingly.

5. If a student making application for a privilege or immunity to one member of the Faculty, be refused, he shall not go to another member with the same request without informing him of the fact. His application however, may be renewed, if he shall think proper, to the Faculty as a body.

6. A Student shall not possess nor expose to another any book or picture that is impious or obscene.

7. No insulting language or treatment shall be offered by a Student or any number of students, to the people of the village, the country around the University, or of any other place.

8. If any Student or Students shall destroy or trespass on the property in the village or elsewhere, the authority of the College shall inflict an exemplary punishment on him or them, and any combination to prevent the execution of the civil law shall be severely punished.

9. A Student shall not go into the village on any account in the hours of study, without leave from some member of the Faculty.

10. No Student shall absent himself from the University, nor shall he attend any election without leave, unless it be to exercise the right of suffrage.

11. No Student shall make or attend horse races, nor bet upon them. They shall not keep fowls, nor in any manner participate in sporting with them.

12. A Student shall not engage in a game of hazard, nor shall he make any bet.

13. No Student shall keep a dog, or fire arms, or gunpowder. He shall not carry, keep, or own at the College, a sword, dirk, sword-cane, or any deadly weapon; nor shall he use fire arms without permission from the President.

14. No Student shall have spirituous or fermented liquors in his room, or even make use of them without permission from a Professor or Tutor.

15. A Student who shall be guilty of intoxication, shall be admonished, suspended, or dismissed, according to the nature and aggravation of his conduct.

16. No Student shall go to a tavern, beer house, or any such place, for the purposes of entertainment or amusement, without permission from some officer of the College; nor shall he on any occasion, keep company

---

Page 16

with persons of publicly bad character, under penalty of admonition, and if the practice be continued, of suspension or dismission.

17. If any clubs or combinations of the Students shall at any time take place, either for resisting the authority of the College, interfering in its government, showing disrespect to the Faculty, or to any of its members, or for concealing or executing any evil design, the Faculty are empowered and directed to break up all such combinations as soon as discovered, and to inflict a severer punishment on each individual than if the offence intended had been committed in his individual capacity, whatever be the number concerned, or whatever be the consequence to the College.

18. Written petitions for the removal of grievances, shall not be signed by more than three Students.

19. All profane and indecent language shall be utterly excluded from the University. The Student who is guilty of using such language, and on being warned, still perseveres, shall be admonished, suspended or dismissed, according to his offence.

20. Every Student who shall send to any person a challenge or message, either in writing or otherwise, purporting to be a challenge to fight a duel, shall be expelled.

21. Every Student who shall be the bearer of any challenge or message, in writing or otherwise, purporting to be a challenge, or in any wise relating thereto; or who shall, either directly or indirectly, have any agency therein, or in the duel that may be the consequence thereof, shall be expelled.

22. Any Student who shall accept a challenge to fight a duel, shall be expelled.

23. When a Student shall be expelled in consequence of the provisions of these Ordinances, he shall be delivered over to the civil authority, to be prosecuted as the law directs.

24. The Faculty of the University shall have full cognizance and jurisdiction of all offences under these laws against the atrocious act of duelling, and are hereby authorised and required to carry the same into full effect.

25. No Student shall associate or keep company with any person expelled from the University, on pain of such punishment as the Faculty shall think proper to inflict, consistently with the laws of the Institution; provided that such punishment shall not extend to expulsion.

26. On Sunday the Students shall refrain from their ordinary diversions and exercises. They shall not fish, hunt or swim, nor shall they walk far abroad, but shall observe a quiet and orderly behaviour.

---

Page 17

27. If any Student shall use any indecent gesture or language to any other Student or person, he shall be liable to be admonished.

28. If any Student shall be convicted of lying, he shall be admonished, sus pended or dismissed, according to the degree of the offence.

29. If any Student, on being requested by any member of the Faculty to open the door of the chamber where he is, shall refuse or delay to comply, the door may be forced open and the Student compelled to make good the damage, and be otherwise punished as the Faculty shall judge proper.

30. If any Student shall be sent for by any member of the Faculty, and shall fail to come, he shall be held guilty of contempt of authority, and be punished accordingly.



I Certify that [.............................] has
been regularly admitted a Student of the University
of North Carolina.
[.............................] President.
[Back Cover Image]

---

Return to Menu Page for *Acts fo the General Assembly ... for the Organization ... of the University of North-Carolina* by North Carolina. General Assembly

Return to The North Carolina Experience Home Page

Return to True and Candid Compositions Home Page

Return to *Documenting the American South* Home Page

---

**Contact Us   |   FAQ   |   DocSouth Data   |   Home   |   UNC Library   |   UNC-Chapel Hill**

# EXHIBIT 141

LD 3311
.M275
1839
Copy 1

---

# THE LAWS

OF

# MIDDLEBURY COLLEGE.

MIDDLEBURY:
Printed at the Office of the PEOPLE'S PRESS.

1839.

---



16

pense shall be a rule in the estimate of the damage ; otherwise, it shall be assessed according to discretion.

10.  No repairs, additions or alterations shall be made in any room by any student or students, but at his or their own expense, and under the direction of the Inspector.

11.  At the end of each quarter it shall be the duty of the Inspector to visit the rooms occupied by the students, to ascertain the damages which have been done in them during the quarter then ending, that the same may be assessed and charged respectively in the quarter-bills.

12.  To prevent, as far as possible, the damages before enumerated, viz., breaking of glass, &c., the students shall not be permitted to play at ball, or use any other sport or diversion in or near the College buildings, by which the same may be exposed to injury, on penalty of being fined for the first offence, and suspended if the offence be often repeated.

## CHAPTER VII.

### OF CRIMES AND MISDEMEANORS.

1.  If any student shall be guilty of blasphemy, or robbery, fornication, theft, forgery, duelling, or any other crime for which an infamous punishment may be inflicted by the laws of the State, he shall be expelled.

2.  If any student shall be guilty of a profane oath, or profaning the name, word or ordinances of God, he shall be admonished, or punished ,or otherwise, as the nature and circumstances of the offence may require.

3.  If any student shall be guilty of fighting, striking, quarrelling, challenging, turbulent words or indecent and immodest behavior, fraud, lying, defamation, or any similar crimes or misdemeanors, he shall be punished by admonition, or other College punishment suited to the nature and demerit of the crime.

17

4. If any student shall be guilty of opening by pick-lock, false key, or other instrument, or breaking open the room, chest, desk, or any other place under lock and key, or otherwise secured, belonging to any other person, he shall make good all damages, and be punished by admonition or expulsion, as the nature of the offence may deserve.

5. If any student shall be guilty of an injury to a fellow-student, or to any other person within the town of Middlebury, upon complaint and proof thereof made to the President, he shall, with the advice of the Professors and Tutors, give judgment thereon, and order satisfaction to be made according to the nature of the offence or injury; which, if any student shall refuse to do, he shall be publicly admonished; and if, after admonition, he persist in such refusal, he shall be dismissed. If any student shall be guilty of any abusive speech or behavior towards his fellow-students, or towards any other person, he may be punished as the offence may require.

6. The President, a Professor or a Tutor shall have authority to break open and enter any College room, or study, or any room in the village occupied by a student, at all times, at discretion. And if any student shall refuse to admit any member of the Faculty into his room or study, or to assist in suppressing any disorder, or to give evidence respecting any matter under examination, when, in any of those cases required, or shall falsely declare himself ignorant of the matter, he may be punished by admonition, rustication, or expulsion, as the circumstances of the crime may require.

7. If any student, without leave obtained of the President, a Professor or a Tutor, shall go out of the town of Middlebury, or beyond the place allowed him, or shall not return by the appointed time, he may be punished by fine, admonition, or otherwise, according to the degree and circumstances of the offence.

18

8.  No student, without leave of the President, shall, in term-time, put himself under the instruction of any person, not an officer of the College, on penalty of admonition, suspension or rustication.  Nor shall any student, without special permission, undertake to give stated instruction, during term-time.

9.  No student shall, at any time, carry into either College building any wine, brandy, or other spirituous liquor, unless he have permission from a College officer. Nor shall any student resort to any tavern, store, shop, or cellar to drink any liquors of this description.

10.  No student, without permission from the President, shall publicly exhibit any original or selected composition within five miles of the College.

11.  No student is allowed to keep any kind of fire-arms or gunpowder in his room or in any part of the College buildings, nor to fire a gun or pistol within or near said buildings.

12.  No student shall attend any dancing-school in Middlebury, in term-time, without permission.

13.  No student shall play at cards, nor keep in his room any implements used in games of chance.  And should any persist in the practice, after admonition, they shall be suspended or rusticated, according to the aggravation of the offence.

14.  If any student shall be guilty of drunkenness, he shall be punished according to the circumstances of the offence.

15.  If any student shall familiarly associate himself with vile, idle, dissolute persons, or shall admit such persons into his room, and shall persist therein after warning given by any of the Faculty of the College to avoid them, he may be punished as his offence shall require.

16.  If any combination or agreement to do any unlawful act, or to forbear compliance with any injunction from

# EXHIBIT 142

THE

# LAWS

OF

# KEMPER COLLEGE,

NEAR

## SAINT LOUIS, MISSOURI,

ENACTED BY

## THE TRUSTEES,

**March, 1840.**

**ST. LOUIS:**
CHURCHILL & HARRIS, PRINTERS.
............
1840.

Generated on 2024-02-13 23:46 GMT / https://hdl.handle.net/2027/hvd.hr58xb
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

8

sophy, Political Economy, Principles of Criticism, Butler's Anal-
ogy, Evidences of Christianity, and the Constitution of the Unit-
ed States, and shall also continue the Study of Latin and Greek.

5. In this course of Studies the Faculty shall have power to
make such changes, and to select such text books as the good of
the College may require.

6. During their whole College course the Students shall attend
to such exercises in written translations, and in composition and
declamation, as the Faculty may direct.

7. There shall be two public examinations in every year, one
at the close of each session. To these the Trustees, literary and
scientific gentlemen generally, shall be invited. The examina-
tions shall be conducted in the most thorough manner, and so as
to exhibit, as far as possible, the exact degree of attainment and
scholarship of every student.

## CHAPTER VIII.

### MISCELLANEOUS.

1. For violations of the laws, or any other misdemeanor, the
Faculty shall have power to punish by admonition, fine, suspen-
sion, rustication or expulsion, as the nature or the repetition of the
offence may seem to require.

2. If the scholarship, or general conduct of any student, be
such as to render it inconsistent with the interests of the College,
or with his own interest, that he should continue a member of the
Institution, it shall be the duty of the President immediately to
inform his parents or guardian of this fact, and to dismiss such
student without public censure or disgrace.

3. No deduction from the regular charge will be made on ac-
count of absence.

4. For all damage which he may do to the college buildings,
or other property, every student shall pay the full cost, and be
liable to such other punishment as the President shall deem just
and necessary.

5. No student shall enter the college kitchen, or dining room,
except to take his regular meals, without permission from the
President, or such person as he may name.

Generated on 2024-02-13 23:47 GMT  /  https://hdl.handle.net/2027/hvd.hr58xb
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

9

6. No Student shall keep arms of any sort, or keep or fire powder on the College premises.

7. There may be two exhibitions in every year, one at the close of each Session ; the first of the Senior, and the second of the Junior Class. These Exhibitions shall be conducted, and the speakers selected in such way as the Faculty may decide.

---

## CHAPTER IX.

### COMMENCEMENT.

1. The annual commencement shall be on the first Wednesday in October.

2. The exercises of commencement, and all matters appertaining thereto, shall be under the direction of the President, who, after consultation with the Faculty, shall select the Speakers, and assign them their parts at the end of the second session of the senior year.

3. The exercises thus assigned, shall be brought to the President for review and approbation, at such time as he may appoint.

4. If any student shall speak an exercise, or part of an exercise, which has not been approved by the President, his degree shall be forfeited.

5. No student shall be a candidate for the first degree, until all his college bills shall have been settled to the satisfaction of the Treasurer, and until he shall have paid to the President five dollars as a graduation fee. If these conditions be not fulfilled before six o'clock on the evening before commencement, the degree of such delinquent may be refused.

6. One dollar shall be paid to the President for signing a diploma, and affixing the college seal.

2

# EXHIBIT 143

Case 3:19-cv-01226-L-AHG   Document 133-3   Filed 03/15/24   PageID.12024   Page 137 of 236

3/4/24, 3:18 PM              Laws of Miami University for the government of the faculty and students, 1843. - Early Miami University History - Miami University Li...



THE

# LAWS OF MIAMI UNIVERSITY,

FOR

## The Government

OF

### THE FACULTY AND STUDENTS.

ROSSVILLE:
J. M. CHRISTY, PRINTER.—MAIN ST.

1843.

Case 3:19-cv-01226-L-AHG   Document 133-3   Filed 03/15/24   PageID.12025   Page 138 of 236

3/4/24, 3:17 PM                Laws of Miami University for the government of the faculty and students, 1843. - Early Miami University History - Miami University Li...

[ 15 ].

playing on musical instruments or other noisy instrument in any of the College buildings during study hours.

12. No student shall bring into any of the buildings or on the College premises any cannon, musket, pistol, or other species of fire-arms, or powder in any mode of preparation, without the consent of the Faculty.

13. Also idleness, want of cleanliness in dress, room, or habits, and in general all behaviour inconsistent with comfort and good order shall be considered as misdemeanors and visited with suitable penalty.

14. If any student shall be guilty of a crime for which an infamous punishment may be inflicted by the laws of the state he may be expelled.

## CHAPTER XII.

### OF PENALTIES.

1. The government of the College shall be wholly of a paternal nature, and when the usual methods of private and public admonition shall fail to secure the entire reformation of any student, that student shall be suspended, dismissed or expelled, as the case, in the opinion of the Faculty may warrant; but expulsion shall in no case be considered as final, (as all the other punishments are) unless approved by the board of Trustees.

2. The Faculty shall not entertain a request, so as to take into consideration the restoring of a dismissed student, unless he and his parent or guardian shall have fully complied with the requisitions contained in his sentence.

3. Expulsion shall in no case be inflicted, except for offences of a highly aggravated nature, or on account of obstinacy in offence,

# EXHIBIT 144

Cornelia Rebekah Shaw, *Davidson College* (NY: Fleming H. Revell Press, 1923), p. 300.

## APPENDIX IX

### OLD RULES

In the second catalogue issued, that for 1845-46, are given the following regulations as to deportment:

1. The denial of the being of a God, or the inspiration and divine authority of the Holy Scriptures; or an endeavor to propagate principles subversive to the Christian Religion,—by any Student, shall subject him to expulsion from College.

2. Students shall, at all times and places, be very respectful in their deportment towards the Officers of the College; and give no just cause of offence or insult to a fellow-student, or any person whomsoever.

3. Students shall abstain from merriment, music, or noise during the hours of study; and on all occasions from commotion or riot among themselves or with other persons.

4. No Student shall play at cards, dice, or any other immoral game; or buy, keep, or use in his room or elsewhere any intoxicating liquors; or keep a dirk, pistol, or any deadly weapon; or visit tippling-houses, or other places of ill-fame; or use profane language; or be guilty of any grossly immoral conduct whatever, under severe penalties.

5. No Student shall leave the College grounds to visit his home, or any other place whatever, or to go beyond the limits of an ordinary walk for recreation, without obtaining express permission from a member of the Faculty.

6. The violation of any law of the State shall be regarded as a violation of a law of the College.

7. Students shall appear cleanly in their persons; shall keep their rooms in becoming order; and shall not pollute or deface any College building in any unbecoming manner.

8. Students shall appear before the Faculty, or any member of it, when required; and shall give testimony in all cases whatever when called upon to do so by the proper authorities of the College.

9. Any concerted combination of Students, with a view of showing disrespect to the Faculty or any member of it; or with a view of committing any outrage, or perpetrating any crime, or resisting any law or regulation of College, shall subject all Students engaged in the same to severe penalties.

10. During vacations or when absent from College, Students shall observe all the rules of orderly and moral conduct.

# EXHIBIT 145

# DENISON UNIVERSITY

## 1831—1931

### A CENTENNIAL HISTORY

*By*

FRANCIS W. SHEPARDSON, PH.D., LL.D.



*By Authority of*
*The Board of Trustees*

◆

GRANVILLE, OHIO
1 9 3 1

Generated on 2024-03-05 18:07 GMT / https://hdl.handle.net/2027/mdp.39015058689640
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

it also.  During my attendance there were but two other cases of expulsion, one for stealing books and one for taking money."

Perhaps as a result of this episode, when the Laws for the government of the college were enacted by the trustees, Chapter VIII on "Voluntary Societies" contained the following provision:

"As every student is at liberty to withdraw from the College upon payment of his bills, with any testimonial of scholarship and character to which he may be entitled, all combinations for resisting the authority of the Faculty, or aiding and abetting in such combinations, are expressly forbidden."

From a copy of the "Laws of Granville College" published in 1847 the regulations for general deportment are taken.  Each student, on entering the institution was obliged to obtain from the president a copy of the Laws, for which he was charged fifteen cents, and was required to sign the following pledge:

"I hereby promise to observe all the regulations and obey all the laws enacted by the Trustees of Granville College, so long as I shall remain a member of such college."

### GENERAL DEPORTMENT

1—It is required of every student, that he maintain an honorable and gentlemanly deportment at all times; and that he treat the officers of the College, his fellow students and all other persons with respect.

2—Every student shall maintain a sacred respect for the property as well as the persons of others.

3—No student shall enter the room of another at any time without permission.

4—Every student shall pay strict attention to cleanliness of person, in his room and in relation to every part of the College buildings and grounds.

5—All unnecessary noise and disturbance in or about the College buildings is strictly prohibited.

6—No student shall play at cards or other games of hazard; keep in his room or use intoxicating liquors of any kind, except when prescribed by a physician; associate with persons of known immoral character; loiter around taverns or other places of public resort in the village; use profane or obscene language; keep in his room fire-arms or other deadly weapons; or be absent from his room without permission after the evening bell for study hours.

7—Every student shall open his door, or any apartment in his room, or go to and remain in his room, whenever required so to do by any member of the Faculty.

8—For any violation of the above rules, the Faculty shall have power to punish by fine, admonition, suspension or expulsion, as the enormity or the repetition of the offence may require.

In other chapters the Laws sometimes had bearing on deportment, the regulation about the Sabbath, for example, providing,

Generated on 2024-03-05 18:06 GMT  /  https://hdl.handle.net/2027/mdp.39015058689640
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

 Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT 146

# THE UNIVERSITY OF WISCONSIN

## A History, 1848-1925

_____Volume I

marshalled my gallant myrmidons, and charged up and down the campus, executing strategic and tactical movements unparalleled in the art of war, to the great admiration of the young ladies in the south college, who gazed with wondering eyes, and utterly putting to rout the only enemy that ever opposed our victorious progress, Professor Read's ancient and venerable cream-colored horse." High, who did not enter the army until after his graduation in 1864, recalled, too, the difficulty of "successful handling of Greek Roots or problems in the differential calculus" amid the preparations for war. "We who were left behind were painfully struggling, with the aid of grammar, lexicon and mayhap an occasional pony, through the story of classic wars twenty centuries gone by; while here in our own time was a Titanic struggle for the unity of the great republic, and we were living, moving, breathing in a heroic age." [22]

A surprisingly large number of the students or former students served in the Union Army; a few served the Southern cause. One investigator found that of the fifty graduates from the University up to 1864, twenty-eight joined the Union Army. The same investigator found that at least 215 who had been connected with the University entered the army.[23]

The students in the pre-Civil War days for the most part lived a life of Spartan simplicity as befitted the sons of pioneers. Yet not all managed to fill their time with study and such recreations as were approved by the faculty. The rules of conduct were often broken. The records of the faculty, as has already been observed, show that students sometimes visited saloons, gaming houses, and even theaters! Of wenching there is no record. But they sometimes got into fist fights, destroyed property, or otherwise caused disturbance. For these lapses from good conduct they were reprimanded and penalized by the faculty. The record of student conduct was not marred by duels between students, nor was the faculty required, as at the neighboring University of Iowa, to prohibit students from carrying pistols and knives.

There is little in the plain living, the simple amusements, the rigid and rigorous disciplines of almost a century ago that

[22] *Ibid.,* 225–226, 227. *See also* Hindes, The University during the Civil War, *passim.*

[23] Hindes, The University during the Civil War, 93 ff.

# EXHIBIT 147

# L A W S

OF

# DARTMOUTH COLLEGE.



HANOVER:

PRINTED AT THE DARTMOUTH PRESS.

1849.

Generated on 2024-03-06 00:53 GMT  /  https://hdl.handle.net/2027/umn.31951002082852o
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

UNIV. OF MINNESOTA LIBRARY

Digitized by Google

Original from
UNIVERSITY OF MINNESOTA

## CHAPTER VI.

#### CRIMES AND MISDEMEANORS.

I. Any student, who shall violate any lawful order of the Faculty, or be insubordinate to any lawful sentence passed upon him, or shall treat with insult and contempt the person or authority of any College officer, or refuse to admit an officer into his room, or shall conduct disorderly in consequence of the infliction of a punishment upon a fellow student, shall be sent from College. *Insubordination.*

II. Any student, who shall be convicted of blasphemy, perjury, theft, or other crimes which would subject him to punishment by the laws of the land shall be expelled. *Blasphemy, perjury, theft.*

III. All impiety and immorality, disorderly conduct, uncourteous deportment, and dissipation, shall be punished at the discretion of the Faculty. *Impiety, immorality, &c.*

IV. No student shall purchase, or have in his room, any spirituous or vinous liquor, or play at cards, dice, or any unlawful game, or keep fire-arms or gun-powder in his room without permission, or fire gun-powder in or near the College premises, or meet with any forbidden club or society, or join in any combination or agreement for unlawful purposes, or commit any vexatious or injurious act upon the person or property of a fellow student. Violations of this law shall be punished at the discretion of the Faculty. *Spirituous and vinous liquors, cards, dice, fire-arms, unlawful combinations— &c.*

V. Any improper noise or disturbance on the part of students, at any hour of the day or night, and any frequenting of taverns or other places of public resort, shall be punished at the discretion of the Faculty. *Noise and disturbance.*

VI. The Faculty shall have authority to visit and search the room of any student; to use force, if necessary, and to assess all damages occasioned by any violation of the laws, upon the offender. *Damages to be assessed.*

VII. A sentence may be mitigated, or taken off, if it shall appear, from the penitence of a student, and his humble and ingenuous confession, and other circumstances, that this may be done without weakening the force of moral restraint, and impairing the authority of the Laws. *Sentence may be mitigated.*

Generated on 2024-03-06 09:53 GMT / https://hdl.handle.net/2027/umn.31951002082520
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MINNESOTA

# EXHIBIT 148

# LAWS

OF

# ILLINOIS COLLEGE

## Enacted by the Trustees

JACKSONVILLE:
E. R. ROE, Book and Fancy Job Printers, Morgan Journal Office.
1850.

252

Intoxicating liquors prohibited.

Sec. 3. No student shall bring, keep or use upon the College premises, any intoxicating liquors or other exhilarating substances. Nor shall any tobacco be used in any public rooms or

Disuse of tobacco.

entries, and its entire disuse in every form is earnestly recommended to every student.

Gunpowder and firearms prohibited.

Sec. 4. No gunpowder or other explosive material, nor any firearms, shall be kept or used on the College premises, or brought upon them.

Improper absence from rooms.

Sec. 5. No student shall be allowed to be absent from his room, except to attend some College exercises, during study hours or after 10 o'clock at night.

Convivial meetings prohibited.

Sec. 6. No convivial meetings shall be allowed at the room of any student.

## CHAPTER XI.

### OF INJURIES TO THE BUILDINGS OR PREMISES.

Cutting Buildings, etc.

SECTION 1. No student shall cut or scratch, write upon, or in any way deface or injure the College Buildings or furniture, under penalty of a fine of not less than one dollar, or such other penalty as the Faculty may judge necessary.

Injuring trees, crops, etc.

Sec. 2. No student shall cut or otherwise injure any tree on the College lands—or without permission pluck any garden, orchard or fruit, or injure any crops, throw down any fences, or in any way trespass upon College or private property. Whoever shall violate this law shall be liable to a bill of damages of at least two-fold the amount of the loss, and to a fine or other penalties according to circumstances.

Playing ball or throwing missiles.

Sec. 3. No student shall play at hand or foot ball in or near any of the College Buildings, or throw anything by which the College Buildings may be in danger of damage, under penalty of a fine not exceeding one dollar, or to such other penalty as the Faculty may think necessary.

254

| | |
|---|---|
| Retaliation. | Sec. 4. If any student having received personal violence or insult from a fellow-student, shall attempt to redress his own grievances by violent retaliation, he shall be liable to the penalties specified in the preceding section. |
| Deadly weapons. | Sec. 5. No student shall carry deadly weapons upon his person, on penalty of admonition, dismission or expulsion, according to the aggravation of the offence. |
| Sabbath breaking. | Sec. 6. If any student shall violate the Sabbath, he shall be admonished, or otherwise punished as the nature and demerit of the offence shall require. |
| Lewdness. | Sec. 7. If any student shall be guilty of impure conversation, or lewd conduct, or of introducing corrupt books, paintings or plates, he shall be admonished, suspended or expelled, according to the aggravation of the offense. |
| Gambling. | Sec. 8. If any student shall gamble or play at cards, or any game of chance, or shall have at his room or on College premises, any cards for playing, he shall be admonished or dismissed, according to the aggravation of the offence. |
| Breaking into rooms, or entering by false keys. | Sec. 9. If any student shall break open any door, or enter any room but his own by a false key, or one which does not belong to the door, or by any window, he shall be liable to expulsion. |
| Riotous or uproarious conduct. | Sec. 10. If any student shall be guilty of making any uproarious noises, or of any other riotous or indecent conduct tending to disturb the peace of the neighborhood, either on College premises or elsewhere, he shall be liable to any of the penalties specified in this code, or he shall be proceeded against before the proper civil authorities, at the discretion of the Faculty. |
| Suspended or expelled students to leave the premises. | Sec. 11. Any student when suspended, dismissed or expelled, shall leave the College premises at whatever time the Faculty may direct. In case of a refusal, the Faculty shall, if necessary, call |

# EXHIBIT 149

LD371

B675

[I 85]

.D 371
Case 3:19-cv-01226-L-AHG  Document 133-3  Filed 03/15/24  PageID.12043  Page 156 of
B675
236
.85–
Copy 1

# LAWS OF BELOIT COLLEGE.

## CHAP. I.

*Of the Government of the College and Duties of the Faculty.*

SEC. 1.  The Executive authority is vested in the President, Professors and Tutors, who shall be styled "The Faculty of Beloit College."

SEC. 2:  It shall be the duty of the Faculty, faithfully to instruct the students in the different departments of Science and Literature committed to them severally by the Trustees.

SEC. 3.  The Faculty are expected to exercise a thorough and parental supervision of the habits and deportment of the students, to inculcate lessons of morality and piety, to admonish them of their duties to God and man, and to administer impartially the laws of the College, enforcing them by admonition, suspension, dismission or expulsion, as the nature of offenses may require.

SEC. 4.  The Faculty shall hold stated meetings, to consult together for the good of the College, and devise measures for maintaining good order, administering discipline, executing the laws and securing thorough attention to the prescribed exercises and course of study.  The President may also convene special meetings at his discretion.

SEC.  At all meetings of the Faculty a majority shall constitute a quorum for business.  The President shall preside, and in his absence, the senior officer present.  The presiding officer may always vote, and give also a casting vote, when otherwise a question would remain undecided.

SEC. 6.  It shall be the duty of the Faculty to keep a fair and accurate Record of their proceedings, and submit the same, when desired, to the inspection of the Trustees.  No decision of the Faculty shall be deemed valid, unless made by vote and recorded.

SEC. 7.  The Faculty shall cause to be kept suitable books in which shall be registered the name and age of each student, with the name and residence of his parent or guardian—also the time of his entering and leaving

4

Sec. 6. Any student absent at the time of examination, shall be examined on his return to College.

Sec. 7. Students who do not sustain an approved examination, and whose daily recitations are habitually defective, shall be transferred to a lower class, or removed from College, at the discretion of the Faculty.

## CHAP. IV.

### *Of the Deportment of the Students.*

Sec. 1. The behavior of the students, in the various relations which they sustain, as pupils, fellow-students, and members of the community at large, is to be regulated by the plain rules of propriety, morality, and virtue.

All blasphemous, profane, or obscene language, all falsehood, deception and theft, all intemperance, lewdness, gambling, riot, quarreling and dissolute conduct or companionship, are to be considered and treated as flagrant violations of the rules above mentioned.

Disobedience to specific requisitions of the Faculty, contempt and resistance of proper authority, and all combinations to break up appointed College exercises, shall be deemed offenses of the most serious character, and followed by suspension, dismission, or expulsion, at the discretion of the Faculty.

Sec. 2. As it is the grand design of the College to secure the highest degree of mental improvement, by means of study and appropriate discipline, whatever, in the deportment or habits of a student, tends to defeat this design, shall be deemed properly within the control of College authority.

Therefore, no student shall be allowed to have in his room, spirituous, vinous or malt liquor; to play at cards, dice, or any similar game; to use or keep upon the College premises, fire-arms, or gunpowder; to attend assemblies for dancing or theatrical amusements; or to give or attend convivial entertainments, either in students' rooms or in public houses.

Also, no society shall be formed among the students without the previous sanction of the Faculty, nor shall any society exist in the institution except under such regulations as the Faculty shall establish.

No society or other meeting shall be held in any public room of the College without permission from the Faculty.

Sec. 3. Wanton injury to the College buildings, by breaking doors or windows, defacing walls or otherwise, also endangering the College property by setting fire to combustible substances, shall be deemed flagrant offenses, punishable by warning, fine, dismission, or otherwise, at the discretion of the Faculty.

Sec. 4. All breaches of good order and interference with the rights and property of others, are to be visited with prompt and efficient discipline, suited to the nature of the offense

# EXHIBIT 150

Skip to Content

- My List (0)
- Login

- Contact
- Help
- About

Tufts Digital Library

Search Tufts Digital Library [Enter search terms]

Go   Keyword

- Keyword
- Title
- Creator/Author
- Subject

Advanced Search

# Light on the hill: A history of Tufts College, 1852-1952

Miller, Russell

1986

The Tufts student body would not have been normal if it had not developed its campus customs and traditions and had not indulged in escapades of varying degrees of seriousness. The tradition of Class Day, as a senior class activity, started in June 1876, two days before Commencement. On this gala occasion the day, which lasted more or less continuously from 12:30 P.M. to 5:00 P.M., were climaxed by a "grand reception" in the evening, with music furnished by the Germania Band of Boston. Among the

397   ceremonies during the day were deliveries of orations and poems, the burying of a box containing mementos at the foot of a tree near the main College building, and the smoking of "the pipe of peace" to denote the end of class rivalries for another year. As student-sponsored activities were wont to do, the Class Day tradition died out after a period of years and was resurrected by the Class of 1891. The Class of 1892 was credited with reestablishing the annual Field Day, which had also temporarily disappeared.

There were tangible senior "privileges" in the nineteenth century, such as carrying canes and wearing beaver hats. A sign of manliness (in the nineteenth century at least) among all classes was the production of some form of facial adornment. Mustaches, "side tabs," goatees, full beards and gradations thereof were the rule rather than the exception. The faculty in the 1870's and 1880's either set the style or conformed, judging from the graphic evidence of photographs, portraits, and class albums. One statistically minded student in 1864 found less than half of the student body imberbe and less than a quarter of the faculty likewise unadorned.[19]

Extracurricular traditions in the nineteenth century which took greater conscious effort than growing beards included the annual contest for the class pennant between the traditionally rivalrous freshman and sophomore classes. So much life, limb, and property was endangered by the "flag rush" customarily following the fall freshman-sophomore football game that it was abolished in 1900 by vote of the students (and at the request of the faculty). The first incident requiring faculty disciplinary action occurred shortly after the College opened, when a freshman allegedly attempted "to use a pistol upon a room-mate."[20]  The frequent disappearance of the Bible from the chapel, or the substitution of a dictionary (unabridged) for The Book, was at least not as noisy as the firecrackers which now and again exploded under the platform or pulpit. There is no record that a cow was ever ensconced in any of the upper floors of the College Edifice, but at one time a

baggage wagon peacefully reposing in the College barn back of Middle (Packard) Hall was completely disassembled and subsequently reassembled in the "Mathematical Recitation Room."[21]  When students received written admonitions in the early days of the College for various infractions of the rules of behavior and discipline, the vast majority quickly mended their ways. One, however, became so inured to the plentiful supply sent him that he papered the inside of his dormitory door with them and still managed to graduate. A somewhat more gruesome collection of mementos resulted from the excavations for a street to the Mystic Water Works Reservoir near the top of the Hill in 1879. A large Indian burial mound was uncovered and yielded nine skeletons and various artifacts. "Many of the students have tastefully decorated their rooms with vertebrae, teeth, ribs, and similar cheerful objects from the graves. The effect is quite striking to a stranger of nervous constitution."

398

Bonfires and other incendiary activities were a special source of anguish for over sixty years because of the isolated location of the College and because of the reluctance, for reasons unknown, of the faculty or Trustees to provide efficient fire extinguishers. The insurance coverage on campus property was never quite adequate in the nineteenth century, and only prompt action by the students prevented the burning of both the College Edifice and East Hall more than once. The former building was almost lost on July 4, 1858, when a student lit a pile of shavings nearby in order to explode firecrackers. His self-righteous explanation to the faculty was that "he had always been allowed to make all the disturbance, noise, and confusion he pleased on the 4th of July." The introduction of baseball created another hazard, for broken windowpanes in the dormitories became a chronic nuisance. The 100-foot tower

constructed as part of Goddard Chapel in the 1880's gave rival classes unparalleled opportunities to lay siege to each other, and the flagstaff erected in 1903 near the top of the Hill tempted students to utilize it for impromptu antics, usually in the dark of the moon. Rolling stones down dormitory stairs, emptying buckets of water on unsuspecting passersby, and similar activities not included on the College calendar brought disciplinary action when the occasion warranted. Student demonstrations of sympathy for those "under sentence of punishment" often caused more excitement than the original offense. Students usually accepted the punishments meted out to them, but in rare instances an entire class would protest against some faculty or administrative action that they deemed unfair (such as failure to extend holiday periods) by the device of "concerted absence" from recitations. This "cutting" en masse usually brought faculty retaliation. An often-used countermeasure was to schedule makeup classes on Sunday morning. One student in the 1860's was deprived of the privilege of delivering his Commencement Part "for entertaining improper company

400

in his room, at unseasonable hours." [22]  The Trustees had to take a hand in proceedings in 1914 by employing a police officer "from noon to ten P.M. on Sundays for the balance of the academic year to keep objectionable women off the College enclosure."

401

# EXHIBIT 151

# HISTORY

OF

# WESTMINSTER COLLEGE

1851-1903

FROM 1851 TO 1887

BY

## M. M. FISHER, D. D.

*Late Professor of Latin Language and Literature and
Acting President*

EDITED, AND CONTINUED TO 1903

BY

## JOHN J. RICE, LL.D.

*Professor of History and Literature*

1903
PRESS OF E. W. STEPHENS
Columbia, Mo.

ful, until the contrary appear. And when called on to do so, they are required to give frankly and truthfully all the information in their possession, respecting any occurrence or misconduct affecting the good order of the institution. It is believed to be a bad principle and a dishonor to allow students to cloak each other's misdoing and that it tends directly to overturn all the moral restraints of order and discipline, and to train up corrupt citizens. This regulation in a College regarding open and truthful information, holds the place of the grand jury in the community. The wrong doer must be known before he can be reformed by the exercise of forbearance and leniency as well as by admonition and justice. And if the probabilities of detection are multiplied, the liability of being led astray is decreased in a corresponding ratio: and such a regulation can never be a terror to any but evil doers, the very ones whom it is desirable to deter from coming to the College, or from continuance in it, or from misdemeanor whilst in it. Its operation must, therefore, be found to be exceedingly wholesome.

*q.* No student is allowed to have or carry weapons, sword canes, pistols, and other than pen knives; and the sending or accepting of a challenge subjects to the highest penalty.

*r.* False witnessing, uncleanness of person and conduct or language, and profanity are strictly forbidden.

*s.* The drinking of intoxicating liquors, and not merely intoxication, is strictly prohibited; and the rigid and inflexible enforcement of this regulation is found to be indispensable.

*t.* Card playing, betting and gambling in every form, are prohibited.

*u.* Attendance on circuses is not allowed; and attendance on shows, or any public entertainments, when forbidden, is an offense.

*v.* The property and peace of the citizens are in no way to be disturbed.

*w.* Students are allowed to board in respectable private families, and having selected their boarding house and re-

# EXHIBIT 152

# A SALUTARY INFLUENCE:

## GETTYSBURG COLLEGE, 1832-1985

**Volume 1**

*Charles H. Glatfelter*

**Gettysburg College**
**Gettysburg, Pennsylvania**
**1987**

A WELL-REGULATED FAMILY

(1814-1896). On December 15, 1832 – the first matriculation day – he was summoned to appear before a special faculty meeting to explain the "letter of an improper character" which he had sent to Henry L. Baugher. The case was closed only after Hoshour explained the reasons for his missive and made the required "satisfactory acknowledgments."[111]

Although there are other instances of alleged "disrespectful conduct" toward faculty members, it was much more likely that a student would find himself in difficulty for violation of some other part of his matriculation oath, perhaps the promise to refrain from what was termed, without further definition, "all indecent, disorderly behavior."[112] He would step beyond the limits of acceptable conduct by attending a ball, dancing or cotillion party, dancing school, theatrical performance, circus, or billiard saloon.[113] Any student was courting trouble by leaving "the institution and without permission marching to the mountain under the real or feigned expectation of a riot among the Irish on the railroad" (1837); by going to the Mount St. Mary's commencement after being told not to, because of the questionable behavior of students who had attended in previous years (1838); by stealing, if that be the word for it, some of Mother Aughinbaugh's pies (1841)[114]; by helping to burn down one of the privies (1841, 1844, 1847)[115]; by staying overnight at a camp meeting – attending was acceptable, staying overnight was not (1844); by keeping a pistol in his room (1852); by attending a widely advertised Indian exhibition in town, "contrary to the expressed requirement of the Faculty," which was that he return to campus by 8:30 P.M. (1854); by being out of his room and in the belfry at a late hour on Christmas eve (1855); by leaving his room, after being denied permission to do so (1861); by being accused of stealing a horse (1864); by "firing off torpedoes in the building" (1865); and by playing cards (1867). Those students were also remiss who engaged in the activity which required the faculty to direct John Hopkins "to remove at once the offensive writings that deface the walls of the halls and some of the private rooms of the edifice." (1867)

[111]Hoshour was never graduated. He returned to York county, where he became a leading citizen of Glen Rock: merchant, surveyor, teacher, industrialist, banker, and churchman.

[112]For a brief discussion of the trouble experienced by John F. Wilken, the German professor, see p. 281n.

[113]The rule against attending "any political celebration" continued in force.

[114]For more on the pies, see Basil L. Crapster, "Rhetorick and Mince Pies," *Gettysburg College Bulletin* (October 1962), pp. 4-7.

[115]The rules carefully specified that a student would have to pay for any damage to College property which he had caused or which occurred in his room. All other damage caused by unknown persons was charged "to the whole community of Students."

# EXHIBIT 153

# ACTS

33013

## OF THE

## SEVENTY-SEVENTH LEGISLATURE

### OF THE

# STATE OF NEW JERSEY,

### AND

### NINTH UNDER THE NEW CONSTITUTION.



SOMERVILLE:

PRINTED BY DONALDSON & BROKAW.

1853.

326

## CHAPTER CXXVIII.

A supplement to an "Act to prevent gaming," passed February eighth, seventeen hundred and ninety-seven; revised statutes, page five hundred and seventy-two.

Penalty for opening or keeping gambling houses.

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey,* That the opening or keeping of any room or place for playing at billiards, or A. B. C. or E. O. table or tables, or at tennis, bowls, or shuffle board, or at faro bank, or other bank of like kind, under any denomination whatever, or for playing at nine pins, or any other number of pins, or for cock-fighting, or for pistol shooting, either for money or without money, within three miles of the main building of the College of New Jersey, shall be and hereby are declared to be offences against this state; and the owner, tenant, keeper, or attendant, of such room or place, shall be prosecuted and proceeded against by indictment, and upon conviction shall be fined in a sum not exceeding two hundred dollars, or by imprisonment for a period not exceeding six months, or both, at the discretion of the court.

2. *And be it enacted,* That this act shall take effect immediately.

Approved March 5, 1853.

## CHAPTER CXXIX.

A supplement to the act entitled "An act concerning taxes," approved April fourteenth, eighteen hundred and forty-six.

Poll tax.

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey,* That a poll tax of fifty cents shall

# EXHIBIT 154

# HISTORY

### OF

# FRANKLIN AND MARSHALL

# COLLEGE

FRANKLIN COLLEGE, 1787–1853

MARSHALL COLLEGE, 1836–1853

FRANKLIN AND MARSHALL COLLEGE
1853–1903

### BY

## JOSEPH HENRY DUBBS, D.D., LL.D.

*Audenried Professor of History and Archæology
in Franklin and Marshall College*

LANCASTER, PENNSYLVANIA
PUBLISHED BY THE
FRANKLIN AND MARSHALL COLLEGE
ALUMNI ASSOCIATION
1903

Digitized by Google

## CHAPTER XVIII.

### LITERARY AMENITIES.

#### PECULIAR LAWS — EARLY POETS — " YOUTH'S PHANTASIES " — " SLUBBERDEGULLIOUS."

The earliest printed copy of the College Laws contains the following regulation:

''No student shall keep for his use or pleasure any horse, dog, gun, or fire-arms and ammunition of any description, or any dirk, sword, or any other deadly weapon.''

This rule led to much amusement, and may not have been very highly regarded; but in one instance, at least, it was somewhat ostentatiously observed.

A certain student owned a dog whom he named " Jake." The dog was ordinarily well-behaved, but had the bad habit of following his master, and sometimes disturbed a class by appearing at recitation. The owner was accordingly reminded of the law, and promised that the offending animal should be removed. Returning to his room he summoned a company of his cronies, whom he called the " Amphictyonic Council," and it was agreed that " Jake " must be legally tried and convicted. The dog was placed on a table and compelled to listen to the reading of the College Laws. When his misdemeanors had been made sufficiently evident the law was applied; and " Jake " was found guilty and sentenced to be shot.

The sentence was actually carried out and the dog was buried with a great deal of serio-comic ceremony. A program had been prepared, in which the owner appeared as

Digitized by Google

# EXHIBIT 155

# ACTS

33014

OF THE

## SEVENTY-EIGHTH LEGISLATURE

OF THE

# STATE OF NEW JERSEY,

AND

## TENTH UNDER THE NEW CONSTITUTION.



MOUNT HOLLY:

PRINTED BY MORETON A. STILLE.

1854.

109

## CHAPTER XLIX.

A supplement to an "Act to prevent gaming," passed February
eighth, seventeen hundred and ninety-seven; Revised Sta-
tutes, page five hundred and seventy-two.

1. BE IT ENACTED *by the Senate and General Assembly of* Penalty for
*the State of New Jersey,* That the opening or keeping of any liard tables, keeping bil-
room or place for playing at billards, or A, B, C, or E, O, &c., within certain limits.
table or tables, or at tennis bowls, or shuffle board, or at faro
bank, or other bank of like kind, under any denomination what-
ever, or for playing at nine-pins or any other number of pins,
or for cock-fighting, or for pistol-shooting, either for money or
without money, within three miles of the main building of
"Rutger's College," in New Jersey, shall be and hereby are
declared to be offences against this state; and the owner,
tenant, keeper, or attendant of such room or place, shall be
prosecuted and proceeded against by indictment, and upon
conviction shall be fined in a sum not exceeding two hundred
dollars, or by imprisonment for a period not exceeding six
months, or both, at the discretion of the court.

2. *And be it enacted,* That this act shall take effect imme-
diately.

Approved February 16, 1854.

## CHAPTER L.

A further supplement to the act entitled "An act to establish
and confirm the charter rights and privileges of the borough
of Elizabeth," passed the twenty-eighth of November,
seventeen hundred and eighty-nine.

1. BE IT ENACTED *by the Senate and General Assembly of* Firemen ex-
*the State of New Jersey,* That the members of the several fire jury duty. empted from

# EXHIBIT 156

THE

# LAWS AND REGULATIONS

THE LIBRARY OF THE

OCT 3 1930

OF   UNIVERSITY OF ILLINOIS.

## AMHERST COLLEGE.

———————

AMHERST:

PRESS OF WILLIAM FAXON.

1855.

15

VIII.  Every occupant of a room in College, shall, before he leaves in vacation, deposit his key, labelled with his name, and the number of his room, in the place provided for the purpose ; and no student can be permitted to occupy his room in vacation, unless he shall first obtain special permission from the Faculty.

———

## CHAPTER IX.

### DAMAGES AND REPAIRS.

I.  Any student who shall damage, destroy or purloin property belonging to the College, shall make good the same, and may also be assessed to an equal amount to be appropriated to general repairs ; or suffer any College punishment, according to the nature and circumstances of the offence.

II.  Every student shall be responsible for any damage which the room he occupies may sustain, while he is in town, except what arises from its customary wear, or is otherwise unavoidable.

III.  The students are not allowed to throw out of the windows water or anything else which may deface the exterior of the College buildings, or injure the appearance of the grounds around them, nor to play ball, or engage in any diversion, on the front side of them, or near them.

IV.  Every student is required to observe the regulations which the Prudential Committee may prescribe for the preservation of the College buildings from injury or loss by fire.

V.  When any damage is done to the College buildings or appurtenances, and the author cannot be known, it shall be assessed equally upon all students, and charged in their term bills.

VI.  No student shall make repairs, additions or alterations in any room in College, without leave from the President, or a committee of the Faculty.

16

VII. In no case shall a student bring into the College premises, any cannon, musket, pistol, or other species of fire-arms, or any gunpowder in any mode of preparation ; and in no case, in term time, shall any student be concerned in the discharge of any fire-arms or fire-works in the town of Amherst.

———

## CHAPTER X.

### MISDEMEANORS AND PUNISHMENT.

I. The Government of this College earnestly desire, that the students may be influenced to good conduct and literary exertion, by higher motives than the fear of punishment, and it mainly relies for the success of the Institution, as a plan of liberal education, on moral and religious principle, a sense of duty, and the generous feelings which belong to young men engaged in honorable pursuits ; but when such motives fail, the Faculty will have recourse to friendly caution and warning ; solemn admonition and official notice of delinquency to parents and guardians, lowering the rank, refusal to grant privileges and indulgencies allowed to meritorious students ; and where the nature and circumstances of the case require it, to suspension, removal or expulsion. Fines also may be imposed by vote of the Faculty.

II. The Instructors severally shall notice absences from College exercises, and delinquencies, and report them to the Faculty weekly. And it is the duty of the Professors, Tutors and all other College officers, to assist in enforcing the laws and in maintaining the discipline of the Institution, especially to send to their rooms all students assembled without authority in study hours or in an illegal and disorderly manner ; to notice on the spot all violations of the law, when necessary ; and to lay before the Faculty all cases of misdemeanor requiring further censure. Towards the close of each term a scale

# EXHIBIT 157

# LAWS AND REGULATIONS

## OF

# OBERLIN COLLEGE.

## ELEVENTH EDITION.

OBERLIN:

SHANKLAND AND HARMON.

1859.

Digitized by Google

# LAWS AND REGULATIONS.

### ADMISSION AND DISMISSION.

**1.** No student shall be considered fully a member of the Institution until he shall have passed a probation of six months, satisfactory to the Faculty, during which they may privately dismiss him, if they shall deem his connection with the Institution undesirable.

**2.** Every student is required to settle his bills with the Treasurer at the commencement of the term. No student shall be permitted to recite till he shall have obtained a certificate that he has complied with this regulation. Every one pursuing a regular course will be required to pay the full tuition, even in case of protracted absence, provided he retain his standing.

**3.** Any student in full membership may be privately dismissed, when the Faculty deem his farther connection with the Institution undesirable. If he request it, a written statement of the reasons for his dismission shall be furnished him.

19. Students are prohibited from unnecessarily frequenting groceries, taverns the railroad station, and other similar places of public resort.

20. Students are prohibited, on pain of expulsion, from visiting those of the other sex at their rooms, or receiving visits from them at their own, except by special permission from the President, or the Principal of the Female Department, in case of serious illness.

21. Young men are required, in all their associations with ladies of the Institution, to respect the regulations of the Female Department, and are not allowed to protract a call so as to interfere with study hours.

22. No student when in Town, shall use firearms, or burn gun-powder in any way, without permission from a member of the Faculty.

23. The rules respecting general conduct, are in force with regard to all students, when absent as well as present, during vacation, as well as in term time.

#### STUDY HOURS, ETC.

24. The hours between 7 A. M. and 12 M., between 2 P. M. and evening prayers, and during the Fall Term, after $7\frac{1}{2}$ P. M. and during the Spring and Summer Terms, after 8 P. M., are to be con-

Digitized by Google

# EXHIBIT 158

2891
75
9
v 1

LD
.L475
1859

# CODE OF LAWS

*Smithsonian Institute*

FOR THE GOVERNMENT OF

*Washington City D.C.*

# La Grange Synodical College,

AT

## LA GRANGE, TENNESSEE.

PRINTED BY ORDER OF TRUSTEES.
1859.

Case 3:19-cv-01226-L-AHG   Document 133-3   Filed 03/15/24   PageID.12073   Page 186 of 236

## CHAPTER VIII.

### RELIGIOUS EXERCISES.

SECTION 1. Every student is required to attend prayers daily in the Chapel, and preaching in the Presbyterian church of La Grange on Sabbath morning, unless otherwise directed by his parent or guardian, of which the President must be notified in writing by said parent or guardian. Every student also is required to recite in the Greek Testament on Monday morning, except partial course students.

SEC. 2. Students whose parents or guardians so request, in writing, addressed to the President, shall be excused from studying the standards of Presbyterian doctrine; provided that, in lieu thereof, all such students prepare and recite a prescribed portion of the Bible.

SEC. 3. Any violation of the Sabbath will be punished in the discretion of the Faculty.

## CHAPTER IX.

### FREE STUDENTS: CANDIDATES FOR THE MINISTRY FREE.

SECTION 1. Students preparing for the Ministry of any denomination shall receive tuition gratuitously, on application to the President, with the consent of the Faculty.

SEC. 2. Students applying for admission under this rule, must come recommended by the Presbytery, or other ecclesiastical body having control of them.

SEC. 3. Students thus educated, and afterwards abandoning the study or office of the Ministry in order to engage in secular occupations, (save for ill-health,) shall be bound to refund their tuition fees.

## CHAPTER X.

### DISCIPLINE.

SECTION 1. The penalties which may be imposed are, admonition, reprimand, private dismission, suspension, and expulsion.

SEC. 2. No student shall be condemned without an opportunity for explanation of his conduct.

SEC. 3. Any student charged and proved guilty of carrying about his person, or keeping in his possession, fire-arms, or any deadly weapon, shall be suspended.

SEC. 4. A student using, or threatening to use, a weapon in a quarrel, shall be expelled.

SEC. 5. A student sending, or accepting, or bearing a challenge in a duel, shall be expelled.

SEC. 6. A student guilty of a flagrant offence against morality shall be expelled.

SEC. 7. No student shall be permitted to keep a pistol or gun, or other deadly weapon, at his room, under any circumstances.

SEC. 8. Students may not use a gun in hours of recreation, for hunting, without permission from the President.

SEC. 9. All guns owned by students (save those who reside with their parents) must be deposited with the President, and kept under his control.

SEC. 10. A student guilty of profane swearing, of uttering obscene or improper language, or of drawing or exhibiting indecent pictures, shall be punished in the discretion of the Faculty.

SEC. 11. A student guilty of intoxication shall be punished with suspension for the first offence, and expulsion for the second.

SEC. 12. A student guilty of disrespectful language or conduct towards a member of the Faculty shall be suspended.

SEC. 13. No student shall keep wine or spirits at his room, or elsewhere, except when prescribed by a regular Physician, and permitted by the President.

SEC. 14. Students are not allowed to visit in the families of citizens without the permission of the President during the term, except on Friday evening and Saturday afternoon.

SEC. 15. Students, while in attendance on College during term, shall not attend balls or parties for promiscuous dancing. The festival known in other Colleges as " The Commencement Ball," or "Dancing Party," is positively prohibited; in lieu thereof, a Conversation Party may be allowed.

# EXHIBIT 159

# EIGHTEENTH ANNUAL CATALOGUE

OF THE

## OFFICERS AND STUDENTS

OF THE

# Albion Female College,

AND

# WESLEYAN SEMINARY:

ALBION, MICHIGAN, 1859–60.

ALBION:

L. W. COLE, PRINTER, WEEKLY MIRROR PRESS.

1860.

Digitized by Google

# CIRCULAR.

## CALENDAR FOR 1860-61.

The ACADEMIC YEAR commences Thursday, August 30th, at 9 o'clock A. M., and is divided into three Terms—the first and second fourteen weeks each, and the third twelve weeks.

The FIRST TERM commences Thursday, August 29th, and closes Wednesday, December 5th.

The SECOND TERM commences Thursday, December 6th, and closes Wednesday, March 20th, and is succeeded by a vacation of one week.— There are no Recitations or Lectures from Christmas till New Years.

The THIRD TERM commences Thursday, March 28th, and closes Wednesday, June 19th, and is succeeded by a vacation of ten weeks.

## EXAMINATIONS.

There are two Examinations during the year, occurring at the close of the Second and Third Terms.

## EXHIBITION.

The Annual Exhibition of the Seminary is held in the Chapel of the Institution, Wednesday, March 20th.

## COMMENCEMENT.

The Annual Commencement of the College is held in the Chapel of the Institution, Wednesday, June 19th.

## EXPENSES.

| | | |
|---|---|---|
| TUITION— | Common English branches, per term, ·· ·· ·· ·· | $4 00 |
| | Higher English branches, per term, ·· ·· ·· ·· ·· ·· | 5 35 |
| | Languages, per term, ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· | 6 67 |
| BOARD— | Per week in the Institution, ·· ·· ·· ·· ·· ·· ·· ·· | 2 00 |
| | Room rent, per term, ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· | 1 50 |
| | Washing, per dozen, ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· | 50 |
| | Fuel and Lights at cost. ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· | |

Digitized by Google

ALBION FEMALE COLLEGE.

tation room, special instruction in regard to the theory and practice of this profession, and in all subjects necessary for their thorough qualification as teachers.

## STANDING OF STUDENTS.

A record of the attendance of the students upon their various school duties, of their general deportment, and of their progress in studies pursued, is carefully kept by all the teachers, a summary of the reults of which is publicly read in the Chapel at the close of each term. Parents and guardians will also receive printed bills at the close of the term, when requested, exhibiting the standing of their children and wards in punctuality, deportment and scholarship.

## REQUIREMENTS AND PROHIBITIONS.

The following abstract of the *Rules* and *Regulations* exhibits the requirements and prohibitions which must be observed by every student.— No person need apply for admission who cannot, or will not, comply with them.

## REQUIREMENTS.

Registry of name and settlement of fees at the office *in advance.*
Strict observance of study hours.
Prompt and regular attendance at recitations.
Faithful preparation in composition and declamation.
Punctuality at morning and evening prayers in the chapel.
Attendance at church twice on the Sabbath.
Strict observance of the rights of property.
Attendance at Examinations, Exhibition and Commencement.

## PROHIBITIONS.

Clamorous noise or other disturbance in or near the college buildings.
Visiting during study hours or on the Sabbath.
The use of intoxicating drinks, or tobacco in any form.
Profane or obscene language, or playing at games of chance.
Visiting groceries, or public places of entertainment.
Unpermitted association of gentlemen and ladies.
Gunpowder, firearms, or deadly weapons of any kind on the premises.
Marking, cutting, or abusing in any way the buildings or the furniture.
All immoral, indecorous and uncorteous conduct.

Digitized by Google

# EXHIBIT 160

# LAWS



or

# The Centre College of Kentucky,

LOCATED AT

# DANVILLE.

FRANKFORT, KENTUCKY.
A. G. HODGES & CO., Printers,
1861.

perpetrate mischief and encourage disorder among the students, he may be privately dismissed, or official notice may be given to his guardian or parent of his character and conduct, and if he be not removed, or do not immediately reform, he shall be publicly dismissed.

2. If any student shall be guilty of a crime for which the laws of the state provide an infamous punishment, he shall be expelled.

3. Profane swearing, intemperance, obscenity, licentiousness, impiety, playing at cards, or at any game for a wager, and all other gross immorality, shall be visited with the most severe punishments, lest the purity of the innocent and unsuspecting may be corrupted by depraved associates.

4. No student shall be guilty of insulting or striking a fellow student, nor of keeping in his possession any pistol, sword-cane, or other deadly weapon.  And if he shall draw, or attempt to use, such deadly weapon upon a fellow student, or wear it for this purpose, he shall be forthwith dismissed, and not restored without a vote of the Board of Trustees.

5. No student shall board at any tavern, nor frequent any house where intoxicating liquors are sold, nor keep company with any person of notoriously bad character, under penalty of dismission; and the Faculty are authorized to prohibit the students from visiting any tavern, store, house, or shop, whenever, in their opinion, a due regard to morals and economy shall require such an interference.

6. The students are required to treat all persons with whom they may have intercourse with decency and politeness, and especially to exhibit the most respectful deportment towards the officers of the College.

7. All attendance at any theatre, ball, dancing party, or horse-race, during term-time; all disorderly conduct, or boisterous noise, either in the streets of the village or in the entries or rooms of the College; all writing, drawing, or marking on the walls of the College, and all wearing of disguises are strictly prohibited.

8. If any combination or agreement, direct or indirect, to do an unlawful act, or to forbear compliance with any injunction from lawful authority in College, shall be entered into, such and so many of the individuals thus combining shall be punished as the Faculty shall judge to be necessary for the preservation of good order and government.

9. No meeting of a class or classes shall be held, except by special leave obtained from an officer of the College.  And if, at any meeting, any improper business shall be transacted, the person or persons who requested the meeting, and the chairman, secretary, or committee appointed or acting, shall be treated as responsible.

10. The students shall be allowed and encouraged to form and maintain societies for useful purposes.  But all such societies must be formed with the consent of the Faculty, and must be conducted in conformity with any regulations which the Faculty may, from time to time, judge it necessary to prescribe; and, in particular, the Board enjoin it on the Faculty not to permit the societies to protract their meetings till a late hour of the night.

11. The students shall not invite any person to deliver a public address

# EXHIBIT 161

# GRINNELL COLLEGE

*By* JOHN SCHOLTE NOLLEN



THE STATE HISTORICAL SOCIETY OF IOWA

IOWA CITY 1953

walking half a block downtown with a man she chanced to meet, though the gentleman in question was an elderly acquaintance.

College girls enjoyed no informality of attire. Agnes Wilson wrote: "I will give you a list of the fashions. Hoops and great bustles are all the rage, also dresses with basques. Almost every girl wears curls or frizzes. . . . Hats are mostly turbans and are worn on top of the crown." [124] Social relations between men and women students were guarded with special care. "Young gentlemen" were allowed to visit "young ladies" only Saturday afternoons, later also Friday evenings.

Of course Iowa College held no monopoly in such restrictive legislation. It is said that Oberlin College, in the old days, had "coeducational walks" on the campus, consisting of two boards far enough apart so that a couple could not walk arm-in-arm, and that one of the primitive rules there read that a young man and a young woman should not "walk together unless they were going in the same direction." An early rule at Princeton provided that students must take off their hats at a distance of ten rods for the President, and five for a tutor. It may be remembered that students at Andover Seminary were supposed to observe 102 rules laid down in thirteen chapters.

Of course dancing, cards, billiards, intoxicants, gambling, and tobacco were equally taboo at Grinnell, and these indulgences were linked with "profanity, obscenity and lewdness" in the college rules, and with "keeping of gunpowder, fire-arms and other dangerous weapons." The early laws of Harvard and Yale were full of similar restrictive regulations.

Attendance at morning and evening religious exercises, and twice at Sunday services, was strictly required at Grinnell. Old grads still remember "going to prayer-meetings" as the chief social experience of their student days. This was quite in the old Andover tradition. When the eminent German theologian Dr. Friedrich Tholuck was calling upon Professor Parker, he inquired: "How do you get along without the opera and theater?" The reply was prompt: "You forget that we have the church and the sewing society." At Grinnell, going to a circus cost a student from twenty-five to a maximum of thirty-one demerits.

President Magoun came to Grinnell as a widower, shortly after the death of his wife and child at Lyons. Six years later, in 1870, he married Elizabeth Earle, twelve years younger than himself. She came from Brunswick, Maine (where he had attended Bowdoin Col-

# EXHIBIT 162

# The University of Kentucky

*Origins and Early Years*

By

## JAMES F. HOPKINS

University of Kentucky Press

L E X I N G T O N

Generated on 2024-03-05 15:49 GMT  /  https://hdl.handle.net/2027/uc1.$b92479
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

*STUDENT LIFE*                                      167

81. The use of tobacco for smoking or chewing on any duty, or in the College building, dormitories, or dining-rooms, and all profanity and obscenity, are forbidden.

99. Every student will be expected to attend divine services in some church at least once every Sunday.

100. All permits to be absent from any duty, or from quarters during study hours, must have the approval of the President.

123. No student shall be absent from his room between taps and reveille without permission from the Commandant.

129. Students are forbidden to take or have in their quarters any newspapers or other periodical publications without special permission from the President.  They are also forbidden to keep in their rooms any books except textbooks, without special permission from the President.

156. Students are forbidden to have in their possession any description of firearms or other deadly weapons not issued to them by proper authority.

164. Each Cadet shall have a particular place at table, which shall not be changed without permission from the Inspector of the Mess.

Moreover, the student was expected to conform to a rigid schedule which was designed to govern his movements during virtually every minute of the day.  He arose at the sound of reveille at 5:30 in the morning and stood by for inspection of quarters thirty minutes later.  At 6:30 he marched to breakfast, and at 7:30 he was called to quarters for an hour's study before the chapel services.  Recitations followed until noon, and after eating he was again called to quarters for study from one to four, unless he had further classes or other duties.  At four, except on Saturday and Sunday, he reported for an hour of "military exercise," after which he hastened

Generated on 2024-03-05 15:52 GMT  /  https://hdl.handle.net/2027/uc1.$b92479
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

# EXHIBIT 163

# HOWARD COLLEGE BULLETIN

VOL. LXXXV                    OCTOBER, 1927                    NO. 4

# Howard College
# Studies

by members of the Faculty of Howard
College, under the editorial supervision
of President John C. Dawson

HOWARD COLLEGE
LIBRARY

## CONTENTS

Sixty Years of Howard College, 1842-1902_____
_____Mitchell Bennett Garrett, Ph.D.

PUBLISHED AT
HOWARD COLLEGE
BIRMINGHAM, ALA.

Entered as second-class matter, December 27, 1908, at the Post Office at Birming-
ham, Ala., under the Act of July 19, 1894

Case 3:19-cv-01226-L-AHG Document 133-3 Filed 03/15/24 PageID.12090 Page 203 of 236

Theological Students, 5.

From Perry County _____62

From other Counties _____46

The following are extracts from the minutes of the faculty meetings, showing that boys will be boys even in a church school:

November 1st, 1870.

The faculty had a special meeting at the call of the President to consider the cases of Messrs. Crenshaw, Caffey and Richardson, charged with disorderly conduct in the South Building. The case of Mr. Crenshaw was disposed of first. Mr. C. was not only charged with disturbing the quiet of the building, as were the others, but also with carrying firearms, drawing a pistol on one of the students, and using profane language. Having before been reported for carrying firearms, and having been admonished in regard to this violation of the College Laws, Mr. C. was dismissed privately, and his father was notified of the decision of the faculty. The other cases were postponed for the next day.

November 2, 1870.

The faculty met today pursuant to adjournment to consider the cases of Messrs. Caffey and Richardson. It was decided that these gentlemen be privately admonished by the President, and that three demerits be imposed upon each.

November 7, 1870.

The faculty met today at 12 m. to consider the case of Messrs. Weaver and Richardson reported for fighting. Since the collision appeared to be not premeditated by either, and since these gentlemen pledged themselves to avoid the recurrence of such an event, they were privately admonished by the President, and no further notice taken of the case.

January 6, 1871.

A call meeting of the faculty of Howard College was held this day, at which the following matters were discussed and acted upon:

Prof. Dill proposed that, whereas we consider the Literary Societies an important adjunct to our institution, and we believe that recitations on Saturday mornings interfere with the successful working of these Societies, therefore:—

*Resolved*, That, from this time, the recitations at that hour be discontinued.

After some discussion the resolution was unanimously adopted.

Prof. Thornton then proposed the following resolution:

*Resolved*, That the students shall on the last Friday in each month declaim before the faculty and students in the Chapel, each member of the faculty rating the proficiency of every student, and that the selections for the public exercises at the close of the session shall be determined by these awards.

# EXHIBIT 164

# A Century

## and Beyond

# The History of Purdue University



by Robert W. Topping

**86   A Century and Beyond**

using profane language, intoxicating liquor, or tobacco. Even talking about alcohol (except in chemistry class) could get a student in trouble. The shortest route to academic oblivion was even the faintest hint a student cheated. It was easy to get caught; there were fewer than sixty students in the university. Other misdemeanors that brought faculty-administrative wrath: whispering in class and assuming an ''unseemly posture.''

The rule that students had to have official permission to visit Chauncey or Lafayette after dark was based on some fairly substantial evidence. Pool halls and saloons were absolutely taboo and, as most faculty believed, that was about all that the River City offered—that and the street temptations offered by the town's sullied women.

The carrying of firearms, especially to class, was banned. But, though it was discouraged, students then could spit on the floor without fear of faculty retribution.

Virtually forced by the trustees to do so, Shortridge announced his resignation in the fall of 1875, effective the last day of that year. He was a broken man, and lived in boarding- house quarters of a college with which he was to be no longer connected. Though John Purdue had been his chief antagonist, characteristically Purdue came to his rescue with an unsecured personal loan of $2,000, a well-kept secret until disclosed the following fall after Purdue died.

Shortridge retired to his Hancock County farm, moving later to a smaller country place near Irvington, east of Indianapolis. He was honored in 1897 by the city of Indianapolis which renamed Indianapolis High School as Shortridge High School to memorialize his work in establishing a modern public school system in that city. In 1906, Shortridge attempted one day to board an interurban car near his home and accidentally stepped into the path of the car and lost a leg. A month later, bravely talking of an artificial limb, he left the hospital on crutches.

The Indianapolis black community was instrumental in staging a benefit program for him in appreciation of his efforts to open the doors of Indianapolis public schools to black children—doors that had been traditionally closed to them.

Shortridge lived with a son in Indianapolis and died there October 8, 1919, at age eighty-six.

His shabby treatment as Purdue president had raised the ire of Indiana schoolmen who were highly critical of John Purdue, especially at the time of Shortridge's resignation. The *Indiana School Journal* said of Purdue in direct terms not so

# EXHIBIT 165

# HISTORY OF

# VANDERBILT

# UNIVERSITY

### BY

EDWIN MIMS

Professor Emeritus of English Literature and author of
*Sidney Lanier, The Advancing South,* and
*Chancellor Kirkland of Vanderbilt*

With Photographic Illustrations



NASHVILLE
VANDERBILT UNIVERSITY PRESS
1946

that you are going democratic and have elected one of your own number chairman." It was easy to get him to talk about the campaigns of John Morgan, his fellow Kentuckian. "Boys, have you studied this lesson? If you have you ought to know it—if you have any brains. Let me tell you about John Morgan of Kentucky and how big his feet were and how far he could kick a football." One time when he had to be away for a few days he posted a notice on his classroom door: "Get the usual amount for the next lesson, and try not to weep too much over my absence." [4]

The Commodore might talk about his desire to unite the sections of the country and Chancellor Garland might make a great speech in Philadelphia on true nationalism, but many of the boys were still unreconstructed Southerners. When it was announced that John Sherman, the brother of the more notorious General and then a candidate for President, would address the students in chapel one afternoon, the students of the Law Department held a meeting of protest. They were joined by other students who "marched in single file out the Main Building, with John Bell Keeble in the lead, and two members of the present Board of Trust following him, all playing 'Dixie' on their mouth organs."

The main object of criticism of students was the rules laid down by the first faculty and given authority by the Board of Trust. Under the head of Discipline, along with other rules and regulations, number 4 stated: "No student, during his connection with the University shall carry about his person, anywhere, any pistol, dirk, bowie knife or other deadly weapons"; number 5, "Students are not allowed at any time to smoke in University buildings"; and number 11, "Attendance upon horse races in the neighborhood of Nashville, and the visiting of theaters, drinking and billiard saloons, and other places of dissipation are positively prohibited."

These restrictions were denounced in an editorial in the *Observer* by John Bell Keeble, afterwards Dean of the Law Department and one of the most prominent alumni of the University. Referring especially to rules against theaters, circuses and deadly weapons, he

[4] *Alumnus*, June, 1944.

# EXHIBIT 166

# REVISION

OF THE

# STATUTES OF NEW JERSEY.

PUBLISHED

UNDER THE AUTHORITY OF

## THE LEGISLATURE.

BY VIRTUE OF AN ACT APPROVED APRIL 4, 1871.



TRENTON, N. J.:
JOHN L. MURPHY, BOOK AND JOB PRINTER.

1877.


Digitized by Google

236                                    CRIMES.

Judge to charge
grand jury at
each term of
court of offences
in violation of
this act.
Ib.
48. It shall be the duty of the presiding judge of every court of sessions or oyer and terminer within this state, especially to charge the grand jury at each term of said court, to take notice of all offences committed in violation of any of the four foregoing sections of this act; and it shall be the duty of all overseers of the poor, and treasurers of charities and schools, to prosecute and recover the penalties in the second of said four foregoing sections mentioned.

Act how con-
strued in relation
to physicians.
Ib.
49. Nothing in this act shall be so construed as to render it unlawful for a physician, authorized according to statute to practice medicine in this state, to keep on hand and to prescribe any medicine he may judge to be useful and proper.

Gaming.

R. S., 572.
50. All playing at cards, dice, or other game, with one or more die or dice, or with any other instrument, engine or device, in the nature of dice, having one or more figure or figures, number or numbers thereon, or at billiards, or A. B. C. or E. O. tables or other tables, or at tennis, bowls or shuffle-board, or at faro bank, or other bank of the like kind, under any denomination whatever; and all cock-fightings for money, goods, chattels, or other valuable thing, shall be and hereby are declared to be offences against this state, and the authors, parties, players, bettors, wagerers, contrivors, and abettors in and of the same, shall be prosecuted and proceeded against by indictment.

Lotteries.

R. S. 589.
51. All lotteries for money, goods, wares, merchandise, chattels, lands, tenements, hereditaments, or other matters or things whatsoever, shall be, and hereby are adjudged to be common and public nuisances; and the supreme court, the courts of oyer and terminer and general jail delivery, and the courts of general quarter sessions of the peace, shall respectively have cognizance of such offences.(a)

Selling tickets.

P. L. 1832, p. 348.
52. If any person shall give, barter, sell, or otherwise dispose of, or offer to give, barter, sell, or otherwise dispose of, any ticket or tickets, or any share or interest in any ticket or tickets, in any lottery, whether erected, set up, opened, or made in this state or elsewhere, or the chance or chances of any such ticket or tickets, he shall be deemed guilty of a misdemeanor, and on conviction, shall be punished by fine, not exceeding one hundred dollars, or imprisonment at hard labor, not exceeding one year, or both.

Or policies insur-
ing for or against
the drawing of
any ticket, etc.
Ib.
53. If any person or persons shall issue any policy of insurance, or insure or receive any consideration for insuring for or against the drawing of any ticket or tickets, number or numbers, or any share or interest in any ticket or tickets, in any lottery, or shall receive any money, goods, or thing in action, in consideration of any agreement to repay any sum or sums of money, or to deliver any goods or thing in action, if any ticket or tickets, or any share of any ticket or tickets, in any lottery, shall prove fortunate or unfortunate, or shall be drawn or not drawn on any particular day, or in any particular order, or shall promise or agree to pay any sum of money, or deliver any goods or thing in action, or to do or forbear to do anything for the benefit of any other person or persons, upon any event or contingency dependent or the drawing of any ticket or tickets, or any share of any ticket or tickets, or upon the drawing of any number or numbers in any lottery, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine, not exceeding one hundred dollars, or imprisonment at hard labor, not exceeding one year, or both.

Gaming in the
neighborhood
of colleges.

P. L. 1853, p. 336,
"   1854, p. 109.
Combined.
54. The opening or keeping of any room or place for playing at billiards, or A. B. C. or E. O. table or tables, or at tennis, bowls, or shuffle-board, or at faro bank, or other bank of like kind, under any denomination whatever, or for playing at nine-pins, or any other number of pins, or for cock-fighting, or for pistol shooting, either for money or without money, within three miles of the main building of the College of New Jersey, or of "Rutgers College," or of Drew Seminary or University, in New Jersey, shall be and hereby are declared to be offences against this state; and the owner, tenant, keeper, or attendant, of such room or place, shall be prose-

(a) A public exhibition during which, and as a part of the advertised proceedings, presents were distributed among such of the audience as held tickets which answered to the numbers called at will by the exhibitor, is *d to be a lottery, *State* v. *Shorts*, 3 Vr. 398. A conveyance of land in New Jersey, founded on a lottery consideration, is void by the lottery act of that state, although the lottery was contrived and drawn in Pennsylvania, *Den*, *Ridgway* v. *Under-*wood, 4 Wash. C. C. 129. If a tract of land be divided into lots of unequal value, and these be sold to a number of purchasers at a uniform price, and are distributed among these purchasers by drawing or lot, and a deed given to each purchaser for the lot drawn by him, this transaction is a lottery, and the deed is void and conveys no title, *Den*, *Wooden* v. *Shotwell*, 3 Zab. 465; 4 Zab. 789. See BUILDING AND LOAN ASSOCIATIONS, *ante*, p. 93, § 15.

Digitized by 

## CRIMES.

237

cuted and proceeded against by indictment, and upon conviction shall be fined in a sum not exceeding two hundred dollars, or by imprisonment for a period not exceeding six months, or both, at the discretion of the court.(1)

55. All racing, by running, pacing, or trotting of horses, mares, or geldings, for money or other valuable thing, or where twenty or more persons are assembled together, shall be and hereby are declared to be offences against the state, and the authors, parties, contrivers, and abettors thereof and all and every other person or persons concerned therein, either directly or indirectly, shall be deemed guilty of a misdemeanor, and on conviction shall be punished by fine not exceeding one hundred dollars, or imprisonment not exceeding six months, or both, at the discretion of the court; *provided*, that this section shall not apply to fairs or exhibitions of any agricultural or other incorporated society.

*Racing for money prohibited.*
*R. S., 575, § 1.*
*P. L. 1865, p. 489.*

56. If any person shall bet or wager upon the running, pacing or trotting of any horses, mares or geldings, or shall be concerned in making up any purse for any such running, pacing, or trotting, such person shall be deemed guilty of a misdemeanor, and on conviction shall be punished by fine not exceeding one hundred dollars, or imprisonment not exceeding six months, or both, at the discretion of the court.

*Betting on races.*
*Ib., § 2.*

57. If any person shall be a stakeholder of any sum of money or other thing betted, staked, or wagered upon any such, running, pacing, or trotting, or shall cause to be printed or set up any paper or other thing notifying or advertising any such running, pacing, or trotting, or shall be the rider or driver of any horse, mare, or gelding in any race, of either running, pacing, or trotting, such person shall be deemed guilty of a misdemeanor, and on conviction shall be punished by fine not exceeding one hundred dollars, or imprisonment not exceeding six months, or both, at the discretion of the court.

*Holding stakes or riding races.*
*Ib., § 3.*

58. If any person shall contribute or collect, or shall ask any other person to contribute or collect, any money, goods, or chattels, to make up a purse, plate, or other thing to be run, paced, or trotted for by any horse, mare, or gelding at any place in this state, such person shall be deemed guilty of a misdemeanor, and on conviction shall be punished by fine not exceeding one hundred dollars, or imprisonment not exceeding six months, or both, at the discretion of the court.

*Contributing to races how punished.*
*Ib., § 4.*

59. If any person or persons shall let or rent his, her or their land for the purpose of a racecourse for the running, pacing, or trotting any horses, mares or geldings, or shall knowingly suffer any such running, pacing, or trotting upon lands belonging to him, her or them, or of which he, she, or they may be in possession, such person or persons shall be deemed guilty of a misdemeanor, and on conviction shall be punished by fine not exceeding one thousand dollars, or imprisonment not exceeding one year, or both, at the discretion of the court.

*Maintaining a racecourse.*
*Ib., § 5.*

60. It shall not be lawful for any person or persons, without license for that purpose first had and obtained, to sell, or cause or knowingly permit to be sold, directly or indirectly, any wine, rum, gin, brandy, whiskey, cider-spirits or other ardent spirits, or any composition of which any of the said liquors shall form the chief ingredient, except such as shall be compounded and intended to be used as medicine, by less measure than one quart, or any mixed liquors by less measure than five gallons; and any person so offending, shall be deemed guilty of a misdemeanor, and on conviction, shall be fined in any sum not exceeding twenty dollars, together with the costs of the prosecution; *provided*, that the prosecution shall be commenced within six months after the offence shall have been committed; *and provided also*, that nothing in this act shall be construed or taken to prohibit any person or persons from selling metheglin, currant wine or other wine or cider, made by him, her or them.(2)(*a*)

*Liquor selling without license.*
*R. S., 577, § 37.*

(*a*) An indictment for selling liquor by small measure, which only alleges that the defendant did not obtain a license according to the act concerning inns and taverns, is insufficient and will be quashed, *State* v. *Webster*, 3 *Hal.* 293. An indictment charging the defendant with selling "ardent spirits," will be sufficient, *State* v. *Fox*, 1 *Harr*, 152. If the indictment be for selling "mixed liquors," it must show that the mixture is composed of some intoxicating liquors, *Townley* nels. *The State*, 3 *Harr*, 312; (said to have been overruled in *State* v. *Wyman*, see Gifford's Stat. Con. 181, note.

(1) See P. L. 1869, p. 1016.
(2) See P. L. 1874, p. 93, (Supplement to act concerning inns and taverns.)

Digitized by Google


# EXHIBIT 167

# L A W S

### O F

# WILLIAMS COLLEGE,

AUTHORIZED BY THE TRUSTEES

AT THEIR MEETING IN JULY,

## 1878.

*JAMES T. ROBINSON & SON,*
*Book and Job Printers and Blank Book Manufacturers.*
*North Adams, Mass.*
*1878.*

10

to the Treasurer. Every candidate for either degree shall previously pay the Treasurer five dollars. But all honorary degrees shall be free of charge.

---

## CHAPTER III.

### OF DEPORTMENT AND DISCIPLINE.

Motives. 1. It is earnestly desired by the Government and Faculty of the College, that the students may be influenced to good conduct and diligence in study, by higher motives than fear of punishment; and they mainly rely for the success of the Institution on moral and religious principle, a sense of duty, and the generous feelings which belong to young men engaged in honorable pursuits. When these motives fail, the Faculty will have recourse to friendly caution and warning, to private and public admonition, and, when the nature and circumstances of the case require it, to fines, probation, suspension, dismission and expulsion.

Decorum. 2. All students are expected and required to devote themselves faithfully to study, and to the honest discharge of those duties which are assigned them by their instructors. *They are enjoined to keep the Sabbath Day holy and sacred to the duties of religion, and not to profane it by diversion, by unnecessarily walking abroad, or by study.* They are enjoined to treat one another with consideration and respect; and to show at all times to the Faculty, and to every member of it, those tokens of respectful deference which befit the relation subsisting between them.

There are certain offenses against good order and decorum, which all students are enjoined to avoid; and among these may be mentioned IRREGULARITIES IN THE CHAPEL; *such as tardinesses at prayers and Sabbath services, going out from these, reading, talking, whispering, improper attitude or behavior ;* MISCONDUCT AT RECITATIONS, LECTURES AND OTHER EXERCISES ; *such as*

11

*talking after the instructor has taken his seat, whispering, inattention, lounging, sitting out of alphabetical order, and anything whatever interrupting and disturbing the exercises; and* MISBEHAVIOR AROUND THE BUILDINGS OR IN THE VILLAGE; *such as shouting from a window, throwing anything from or to a window, playing hand or foot ball in the College buildings or yards, making any boisterous noise therein or elsewhere, smoking in the streets or any public room, or singing or playing upon musical instruments in study hours or after ten o'clock at night.* These and similar violations of decorum are noticeable offenses against the good order of College, besides fostering habits of negligence and lawlessness destructive to education and success in the world.

3. Whenever the laws do not fix the penalty of any offense, it shall be determined by vote of the Faculty; but admonition in private or before the class, and fines in certain cases, may be applied by any member of the Faculty as he shall judge necessary. The repetition of offenses shall be considered as an aggravating circumstance.

Penalties.

Fines not exceeding one dollar may be imposed by a Professor or Tutor; those above one dollar must be imposed by the Faculty. But no fine shall be remitted except by the Faculty.

Fines.

Immediate and implicit obedience shall be yielded by every student to the lawful commands of every officer of the College. And every student shall repair to his room whenever directed to do so, and shall appear personally before the President, or any officer of the College when required. Disobedience shall be deemed a high offense against the order of College, and may be punished, at the discretion of the Faculty, by any College censure, even to expulsion.

Obedience.

If any student shall violate the engagement made on his faith and honor as a condition of his admission to college, he shall be immediately admonished

Expulsion.

12

by the Faculty, and if he shall repeat the offense, he shall be dismissed from College.

If any student shall be guilty of a crime for which an infamous punishment may be inflicted by the laws of the State; or shall designedly injure, or attempt to injure, any member of the Faculty in his person, property or premises, he shall be expelled.

If any student shall be guilty of any injury to the buildings or other property of the College, to the person property, or premises of a fellow student, or of any person in the town, he shall make satisfaction according to the nature of the offense or injury, and be subject to such punishment as the case may require.

Assemblages. All disorderly and irregular assemblages or processions of students, of whatsoever nature, and particularly all such known and designated as *Wakes*, and all kinds of disturbance by night tending to break the *quiet of the College or of the town*, are expressly forbidden, and may be punished, as the case shall require.

Disclosure. Whenever any student shall be required by the Faculty to disclose his knowledge concerning any disorder, offense or offender against a law of the College, and shall refuse to make such disclosure, he may be dismissed.

Any student who may be required to do so by a College officer, shall open the door of his room, his trunk, chest, desk or any other thing, and, if he refuse, the officer may break it open; and the student may be punished for disobedience as the Faculty shall judge proper.

If any student shall be frequently absent from any of the literary or religious exercises required of him, or shall be habitually indolent or neglectful of his studies, or be guilty of any immorality or disorder, or be inattentive to the regulations of the College and the requirements of the Faculty, he shall, under their direction, be admonished of his misbehavior; and, if he continue unreformed, he shall be sent home, and his connection with College shall cease.

13

The attendance of every student is required from Absences and the first college exercise of the term until the last; Irregularities. and no excuse for absence at the beginning of any term will be favorably considered by the Faculty unless accompanied by a written statement of the cause of the absence from the students' parent or guardian. If a student's unexcused absence from college prayers shall amount to ten in any one term, he shall be admonished, or otherwise dealt with, at the discretion of the Faculty.

No student shall be absent from College in term-time, without leave of the President or some other member of the Faculty.

Any student who is charged with an offense, or has Statement. been censured or punished, shall be permitted to make, in a respectful manner, any representation of his case to the Faculty that he may deem necessary to the right understanding of it; but no joint representation or action on such a matter shall be allowed.

No class meeting shall be held after any recitation, Class meetings. except with the consent of the officer who has heard it; and he and no other person shall announce that such meeting is to be held; and no class meeting shall be held at any other time but with the consent of the officer of the class; and no College meeting at any time, but with the consent of the President.

The hours between prayers in the morning and Study hours. twelve o'clock, meridian, between two o'clock and prayers in the afternoon, and, except in the Summer term, between seven and nine o'clock in the evening, shall be considered study hours.

No student shall have or keep any gunpowder or Fire-arms. fire-arms in his room, or in any building or other place on College grounds; nor shall he at any time use gunpowder or fire-arms within half a mile of the College grounds.

# EXHIBIT 168

# LAWS

OF THE

# UNIVERSITY OF VERMONT

AND

## STATE AGRICULTURAL COLLEGE.

## 1885.

BURLINGTON:

THE FREE PRESS ASSOCIATION.

1885.

14

dent until removed by vote of the Faculty. If at the end of a term a student shall remain under censure, his term report shall indicate the fact. Before censure is passed upon a student, he shall have opportunity, and may be required, to present a written statement respecting the offence in question, or to make such oral explanation or defence as he may desire.

Any student incurring more than one " severe censure" shall be regarded as on special probation, and shall not be considered a candidate for a degree until the censure shall have been removed.

SECT. 14. Every student shall give, when asked, a prompt and unreserved account of his connection with any proceeding which may be under investigation.

SECT. 15. All grievances of either individuals or classes, shall, on proper statement to the Faculty signed by the parties aggrieved, receive prompt attention, and, if they prove well founded, shall be immediately redressed.

SECT. 16. At the close of each term, a report shall be sent to the parent or guardian of every student, containing the results of all those records which go to designate his conduct and attainments : and also the University bills that remain charged to his account.

## CHAPTER IV.

### OF STUDENTS AS UNDER CIVIL LAW.

In all matters relating to good order and quietness : to the reatment of property public or private ; and in general to the rights and obligations of citizens in a community, the students will be regarded and treated as amenable to the laws of the land and to the police regulations of the city in all respects like other citizens ; and in case of any violations of such laws or regulations

15

the Faculty will not shield students from the ordinary processes of justice, but will seek rather to put the Institution under the protection, and to secure for students the wholesome educating influence, of public law.

Extracts from the Revised Statutes of Vermont.

SECT. 4133.   A person who in the night time breaks and enters a dwelling house,................College, Academy, Schoolhouse,................with intent to commit................robbery, larceny, or other felony, shall be imprisoned in the State prison not more than fifteen years or fined not more than one thousand dollars.

SECT. 4134.   If either of the acts mentioned in the preceding section is perpetrated with such intent in the day time, the person so offending shall be imprisoned in the State prison not more thanten years or fined not more than one thousand dollars.

SECT. 4199.   A person who wilfully and maliciously breaks a door or window of, or otherwise injures, a dwelling house or other building, whether occupied or not, or a sign thereon, or a fence or wall, not being his own property, or disfigures the same with paint or otherwise, or defaces the same by writing, printing or painting thereon any obscene word, figures or devices, shall be fined not more than twenty dollars, or imprisoned not more than ninety days, or both ; and the offender shall also be liable to pay the owner of the property injured the damages occasioned.

SECT. 4203.   A person who wilfully injures or destroys a shade or ornamental tree standing in a public highway, park or common burial ground or cemetery, shall be fined not more than fifty nor less than five dollars.

SECT. 4210.   A person who wilfully commits a trespass by entering upon the garden, orchard or other land of another, on which fruit trees are grown, without permission of the owner thereof, and with intent to cut, take, carry away, destroy or injure the trees, fruit, or vegetables there, shall be imprisoned not more than thirty days, or fined not more than twenty dollars ; and if the offence is committed on Sunday, or in disguise, or secretly, between sunset and sunrise, the imprisonment shall not be less than five days, nor the fine less than five dollars.

16

Sect. 4216.   A person who wilfully and maliciously writes upon or injures a book, plate, picture, engraving or statue belonging to a law, town, or public library, shall be fined not less than five dollars and not more than one thousand dollars.

Sect. 4219.   A person who wilfully and maliciously cuts down or otherwise injures grass, hay, corn or other grain, . . . . . . . . . . . . the property of another, or cuts down, carries away, or destroys a fence, bars, gates, or rails, . . . . . . . . . . . . . . . . . . . . or injures or destroys any other goods or chattels the property of another which are the subject of larceny, shall, if the offence is committed openly and without intended secrecy, be fined not more than two hundred dollars or imprisoned not more than two months : but if the offence is committed clandestinely or with intended secrecy, he shall be punished by imprisonment in the State prison not exceeding three years or by a fine not exceeding three hundred dollars, or both.

Sect. 4228.   A person who disturbs or breaks the public peace by tumultuous and offensive carriage . . . . . . . . . . . . . . shall be imprisoned not more than one year or fined not more than five hundred dollars.

Sect. 4229.   A person who by a disorderly or unlawful act disturbs a town, society, or district meeting, or a school, or any meeting lawfully assembled . . . . . . . . . . . . . . shall be fined not more than twenty dollars.

Sect. 4234.   A person who between sunset and sunrise disturbs and breaks the public peace by firing guns, blowing horns, or by other unnecessary and offensive noise, shall be fined not more than fifty dollars.

FROM THE ORDINANCES OF THE CITY OF BURLINGTON.

Sect. 14.   No person shall injure, deface, or destroy any lamp-post or lamp thereon, heretofore erected or which shall be erected in the city, or any building, fence, post or other thing, set, erected, or made for use, or ornament of the city, nor shall any person move, mutilate, or destroy, without the consent of the owners thereof, any sign, sign post, awning-post, or other thing, the private property of individuals, lawfully set, erected or placed in or upon any street, highway or public place in the city.

Sect. 15.   No person shall cut down or remove, mutilate or otherwise injure or destroy any fruit, shade or other ornamental

17

tree now growing or which hereafter may be growing in any public street, lane, alley, common, or other public ground in the city, without the permission of the Mayor and Aldermen.

Sect. 16.   No person shall behave himself in a rude or disorderly manner, or use any indecent, profane or insulting language in any street, lane, or alley, or public place in the city or near any dwelling-house or building therein........... No person shall make any indecent figures, nor write any indecent or obscene words upon any fence, building, or any other public place within the city, nor shall any person by any noise, gesture, or other means, wantonly and designedly frighten any horse or horses in any street or public place in the city.   No person shall throw any stones or other missiles in or upon any public street, common, or other ground belonging to the city.


## CHAPTER V.

### OF MILITARY INSTRUCTION.

Section 1.   All male students, not physically disqualified, shall take part in military drill or instruction two hours each week: each drill or exercise to last one hour and to take place at such time as the Faculty shall appoint.   During the winter season and in stormy weather, such instruction will be substituted for drills as the Instructor may prescribe, and during the winter term of the Sophomore year, recitations in Infantry Tactics will be required.

Sect. 2.   Students shall keep themselves supplied with the prescribed uniform to be worn during drills and with the necessary text books for instruction.

Sect. 3.   For instruction in Infantry Tactics and Military Discipline, the students will be organized into a battalion of two or more companies, under the officer of the U. S. Army on duty at the University as Commandant.   Appointments will be made by the President of the University from a list submitted by the

18

Commandant of the Battalion and will be published in the Annual Catalogue. Selections will be based upon soldier like qualities and attainments, and, in general, the officers will be taken from the Senior class, the sergeants from the Junior class, and the corporals from the Sophomore class.

SECT. 4.   Record will be kept of each student's proficiency at all drills and military exercises, and a drill or exercise lost by unexcused absence will be marked 0, the same as a recitation in other subjects.

SECT. 4.   The salute prescribed in Tactics for officers shall be exchanged by students and members of the Faculty upon meeting, the student offering the first salute.

## CHAPTER VI.

### OF ROOMS, BUILDINGS AND GROUNDS.

SECTION 1.   The prices of rent for rooms in the University buildings shall be determined, according to their location, by the Faculty.

SECT. 2.   The choice of rooms shall be assigned by lot, at the end of each Academic Year, to applicants approved by the Faculty, the applicants from the Junior Class having the first choice, the Sophomores the second, the Freshmen the third.   In case applicants proposing to room together are of different classes, the order of choice and the tenure of the room shall be that of the man from the highest class.   But in such case the first choice shall be given to applicants who belong exclusively to a higher class rather than to a less number of the same class with one or more of a lower class.

The application shall be made through a form furnished by the Faculty, and shall state that the applicants desire the room

19

for their own occupancy, and that they agree to occupy and pay for the room which may be assigned to them until the end of the next Academic Year, and to conform to the regulations made by the Faculty respecting the care and use of rooms. Students who have once obtained a room by lot may be allowed by the Faculty to retain their room, from year to year, through their College Course.

SECT. 3.  Each suite of rooms shall be let to not fewer than two persons, and may by special permission of the Faculty be occupied by a greater number, not exceeding four. In every case each occupant shall be responsible for his *pro rata* share of the rent and damages. The rental covers care of rooms by persons employed and paid by the University.

SECT. 4.  Rooms shall be held by students subject to the condition that all rules, for securing quiet, order, and cleanliness in the rooms, halls, and premises, are strictly observed. Any violation of these rules, either by themselves or visitors, shall subject the occupants to forfeiture of their right to the room. Self-boarding in any of the rooms; the keeping of a dog or cat; cutting or splitting wood in the rooms or halls; shouting, or throwing anything, from the windows; pasting pictures on or otherwise injuring the walls; loud and boisterous noises in the rooms or halls; playing on musical instruments during recitation hours or after ten o'clock at night; gatherings of students in the rooms after the same hour; the keeping of fire-arms or gunpowder except under direction of the Military Instructor; bringing into the rooms any fermented or distilled liquors; are prohibited.

SECT. 5.  All rooms shall be open at a specified hour, weekly, for inspection by an Officer of the College, whose duty it shall be to note all violations of the rules, to bring them to the attention of the occupants, and to report them to the Faculty.

20

Sect. 6.   All damages to rooms beyond ordinary wear shall be repaired at the expense of the occupants, and damages to the halls at the expense of all occupying rooms on that floor.   For wanton damages the aggressors, when known, shall be fined double the expense of repairs.

Sect. 7.   At the close of every term and whenever a student is to be absent for more than one week, each occupant of a room shall deposit his key with the Janitor.   Failure to comply with this requisition shall subject the student to a fine of fifty cents. Duplicate keys of all the rooms shall be in the keeping of the college authorities, and no locks shall be put upon the doors by students except by express permission.

Sect. 8.   Students shall not be entitled to the occupancy of the rooms during vacation, except by special permission of the Faculty.

Sect. 9.   No student shall use gun powder or fire-arms in the buildings, or on the adjacent grounds of the University, except under direction of the Military Instructor.   No smoking shall be allowed in any of the halls or public rooms of the University : nor shall any intoxicating drinks be brought upon the University premises.

Sect. 10.   Any student who shall with mischievous intent set fire to the grass or to any combustible material within the College premises, or on the park or adjacent streets, shall be severely punished by the Faculty, or may at their discretion be handed over to the civil authorities for punishment.

Sect. 11.   All damages to the property of the University shall be repaired at the expense of the perpetrators, if known : otherwise at the expense of all the students, except such damages as are indicated in Section 6 above.   For wanton damages the aggressors shall be fined double the expense of repairs.   Offences

21

against cleanliness shall be reckoned as damages. Offenders may, besides making good the damages, be otherwise punished according to the degree of the offence.

Sect. 12. No person who is not a member of the University shall be permitted to occupy a room in the College building without special leave from the Faculty.

Sect. 13. The Curator of buildings and the Inspector shall visit the buildings throughout at least once in each term, to take note of all violations of these rules and shall make assessment of damages accordingly.

Sect. 14. The President shall employ suitable persons to make the ordinary repairs, to ring the bell, and perform other necessary services. The incidental expenses shall be charged upon all the students.

## CHAPTER VII.

### OF THE LIBRARY AND APPARATUS.

Section 1. The books belonging to the University shall be under the care of a Librarian appointed by the Corporation.

Sect. 2. The Library shall be open to the Faculty, Corporation, Secretary, Treasurer, and Students of the University, under such regulations as may be adopted by the Corporation and Faculty, and also, by special license from the President, to any person who wishes to use it for consultation.

Sect. 3. The Librarian shall keep a fair record of all books loaned, in which the title of each book shall be noted. No person except a member of the Faculty may enter the library, or take down and replace books in it, but in the presence and with the leave of the Librarian or his assistant.

# EXHIBIT 169

# THE

## ANNUAL CATALOGUE

OF

# Kentucky University,

## LEXINGTON, KENTUCKY,

FOR THE

## *THIRTY-FIRST SESSION,*

### ENDING JUNE 12th, 1890,

AND THE

## Announcement for 1890-91.

––––––––––

LEXINGTON, KY.:
TRANSYLVANIA PRINTING CO.
1890.

Digitized by Google

# RULES OF CONDUCT

## FOR STUDENTS IN KENTUCKY UNIVERSITY.

It is presumed that every one qualified to enter the University as a student knows the first principles of morality, propriety and decorum, and that it is therefore unnecessary to prescribe a complete code of regulations. But it is required of a student—

1. That he shall study diligently; punctually attend worship, recitations, examinations, and all other University exercises; and that he shall promptly render a reason to the proper officers for delinquency on his part.

2. That he shall neither enter nor leave a class without permission from the Faculty.

3. That he shall treat all persons, and especially the officers of the University, with becoming respect.

4. That he shall not trespass on the premises of any one, and that he shall in no way injure the property of the University.

5. That he shall attend no exhibition of immoral tendency; no racefield, theatre, circus, billiard saloon, bar-room, or tippling-house.

6. That he shall neither introduce upon the premises of the University, nor use there or elsewhere, intoxicating drink; and that he shall not use tobacco in the buildings of the University.

7. That he shall neither keep nor use fire-arms, a dirk, a bowie-knife, or any other deadly weapon.

8. That he shall abstain from profanity, from the desecration of the Lord's day, from gaming for reward or prize of any kind, and from card playing even for amusement; also from whatever else is inconsistent with good order, good taste and good morals.

9. That he shall attend public service at some church every Lord's day, and worship in the Chapel every school day.

10. That he shall not go beyond the immediate precincts of Lexington during the session without permission of the Faculty, or, where this can not be obtained, without the consent of the President.

Digitized by Google

# EXHIBIT 170

52    *University of Texas Bulletin*

21. Goldfarb, A. J., "The Teaching of College Biology," *Science*, 38:480.
22. Boynton, F. D., "College Domination of the High School," *Educational Review*, 47:454.
23. Miller, Geo. J., "High School and College Duplication in Science: Educational Efficiency," *School Science and Mathematics*, 14:749.
24. Brown, James, "The Correlation of High School and College Chemistry," *School Science and Mathematics*, 15:485.
25. Campbell, Douglas H., "The Present and Future of Botany in America," *Science*, 41:185.
26. Bulletin, United States Bureau of Education, "Present Standards of Higher Education in the United States."
27. , Inglis, Alexander, "High School Graduates and Preparation for Higher Institutions," *School and Society*, 1:932.
28. Stuart, M. H., "The Cosmopolitan High School in Its Relation to College Entrance," National Educational Association, Addresses and Proceedings, 1915, pp. 471-478.
29. Kingsley, Clarence D., Chairman, "Report of the Committee on the Articulation of High Schools and Colleges," ibid., pp. 489-491.
30. "Report of Committee on Reorganization of Education," "Transactions and Proceedings of the National Association of State Universities," 1914, pp. 69-71.

B882-719-1500

# University of Texas Bulletin
### No. 1824:   April 25, 1918

# EDUCATION IN TEXAS
## SOURCE MATERIALS

COMPILED BY
**FREDERICK EBY**

EDUCATION SERIES NO. 2



PUBLISHED BY THE UNIVERSITY SIX TIMES A MONTH, AND ENTERED AS SECOND-CLASS MATTER AT THE POSTOFFICE AT AUSTIN, TEXAS, UNDER THE ACT OF AUGUST 24, 1912

bridge's large geography, Tytler's universal history, (large edition, 2 vols.) Rollin's ancient history, Newman's or Campbell's rhetoric, Porter's rhetorical reader, exercises in original composition, and public speaking.

*Intellectual and Moral Sciences:* Upham's mental philosophy, (large edition, 3 vols.) Wayland's moral philosophy, (large edition) and his political economy, Hedge's logic, Paley's evidences of Christianity, and his natural theology illustrated, Butler's analogy, Jahn's archaeology, Prideaux's connexions.

The charge for any studies in the collegiate department, $20.00.

It is only intended now to give a list of studies and text books without much reference to the order in which they will be pursued. The course will be more fully arranged when it shall be found necessary to publish a catalogue.

*Modern Languages:* for which charges will be extra as customary.

*French:* Bolmar's Levizac's grammar, Boyer's or Meadow's dictionary, Vie de Washington, Perrin's fables, French testament, Charles 12th, Henriode, $10.00.

*Spanish:* Cubi's grammar, Newman's dictionary, Traductor Espaniola, Spanish testament, Novelas Espaniolas Don Quixote, $10.00.

*German and Italian* will be taught if required.

Ornamental branches in the female department. Vocal music practised through the whole course without charge.

Drawing and painting, extra, $8.00.

Ornamental needle work, extra, $8.00.

Instrumental music, upon the piano, extra, $20.00.

Use of piano, $3.00.

Students will be received at any time, and charged accordingly; but no deduction will be made after entrance, except for protracted illness.

Tuition fees payable at the end of each half session.

There is no difficulty in procuring board in good families.

F. WILSON, Pres't Board of Trustees.

OSCAR FITZALLEN, Sec.

San Augustine, Feb. 1, 1846.

## LAWS OF McKENZIE COLLEGE

I. The Faculty shall faithfully instruct the students and maintain proper discipline and order, exercising, as far as possible, a parental government, and endeavoring to substitute a moral power over the heart as a principle of order, in place of the fear of punishment.

II. The Faculty shall have power to govern the students according to the laws of the College, and to make minor laws from time to time to meet all exigencies, each Professor having the same power in his own class-room.

III. The Faculty shall have full power to inflict punishment, whether by demerit, rebuke, suspension, or expulsion.

IV. The President, or some other member of the Faculty, shall pray in the College Chapel every morning and evening, and shall address, as he may find occasion, public instruction and counsel to the students.

V. The several classes shall recite in such books, and in such manner, and at such times, and attend and perform such other exercises as the Faculty may from time to time appoint and direct.

VI. Each Professor shall keep a daily record of the recitations in his department by a system of marks, ranging from 0 to 9, the highest mark being 9, and unexcused absences, 0. These accounts from the several departments shall be embodied in a circular, and a general average of the standing of each student shall be made, monthly, to his parent or guardian, for the exercise of a favorable influence.

VII. Each recitation shall continue one hour, unless otherwise ordered by the Faculty. From one-fifth to one-third of the time allotted to each recitation during any term shall be occupied in review, immediately after the recitation, of each student. The Professor shall designate the quality of the recitation in a book kept for the purpose.

VIII. The following are among the things forbidden by the laws of the College:

1. Using profane or obscene language.

2. Playing at cards, billiards, or other unlawful games, or betting.

3. Leaving the College grounds without permission from the President, or, in his absence, from the Professor in charge.

4. Being out of room during study hours without permission, or being absent or tardy at prayers or recitation.

5. Being out of room at night, or engaging in any night suppers, or other irregularities, without permission.

6. Smoking.

7. Keeping gunpowder, firearms, or deadly weapons of any kind, about the person, or in the room.

8. Allowing disorder in the room.

9. Attending any exhibition of an immoral tendency, or dancing-parties.

10. In case of offences not enumerated, such punishment will be inflicted as may be just and necessary.

11. Using Keys or Translations.

IX. The President shall, every Monday morning, appoint four Monitors, whose duty shall be to report in writing every morning the names of such as they may have found disobeying any of the College-laws.

X. Every student shall attend Bible-class, and all other public worship.

XI.—1. A student in the regular course is not allowed to drop a study and become irregular, without first informing the President of his desire; secondly, writing home to get permission, the President writing at the same time; and, thirdly, obtaining the written consent of his parent or guardian.

2. Damage done by a student to any of the College-Buildings, fences, etc., shall be repaired by himself; or, if he neglects to have it done in due time, it shall be done at his expense.

3. A student coming from another college must present evidence that he has left that institution free of censure.

4. A student absenting himself from public examination in June is liable to be placed in a lower class, or be excluded from College, as the case may require.

5. A student, on entrance, will be furnished with a copy of the laws of the College; and, after reading them, he will be required to deliver up to the President all fire-arms, or weapons of any kind, in his possession, to be returned at the close of the

College year; and will be required to sign the following declaration and promise:

## MATRICULATION PLEDGE.

"Intending to become a student at McKenzie College, I do hereby acknowledge myself subject to its laws; and do further declare on my honor, that I will obey all the laws of the College now in force, or that may be enacted while I continue a student thereof."[1]

[1]Annual Catalogue of the Students and Faculty of McKenzie College, 1860-61.