# EXHIBIT 171

# LAWS

OF

# NEW   HAMPSHIRE

INCLUDING

## PUBLIC AND PRIVATE ACTS AND RESOLVES
### WITH AN APPENDIX EMBRACING
### THE JOURNAL OF THE COMMITTEE OF SAFETY

EDITED BY HENRY HARRISON METCALF, A. M.

VOLUME FOUR
REVOLUTIONARY PERIOD
1776 - 1784

BRISTOL, N. H.
MUSGROVE PRINTING HOUSE
1916

UNIV. OF MICH. LAW LIBRARY

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12126   Page 3 of 247

the Public Treasury of the same, and the other moiety to and for
the Benefit of the Town, where the Offense is Committed after
deducting the reasonable Charges of Prosecution.   This Act to be
in force until the Twentieth Day of November next, and no lon-
ger.

## [CHAPTER 3.]

{  *State of*  }
{ *New Hampshire.* }

### AN ACT FOR FORMING AND REGULATING THE MILITIA WITHIN THE STATE OF NEW HAMPSHIRE IN NEW ENGLAND, AND FOR REPEALING ALL THE THE LAWS HERETOFORE MADE FOR THAT PURPOSE.

[Passed Sept. 19, 1776.  Original Acts, vol. 7, p. 15 ; recorded Acts, vol. 3, p.
271.   Laws, 1780 ed., p. 36.   Repealed March 18, 1780.   See resolutions of
March 19, 1777 and Dec. 25, 1778.   Laws, 1780 ed., pp. 90, 145.   See additional
act of June 26, 1779.   For analysis of the militia laws of the province period,
consult Fry, ''New Hampshire as a Royal Province,'' p. 473 ; Potter, ''Military
History of New Hampshire,'' pp. 1–263 ; ''History of the 17th N. H. Regiment,
War of 1861–5,'' Ch. 38, p. 213.]

Whereas it is not only the Interest but the Duty of all Nations
to defend their Lives, Liberties and Properties in that Land which
the Supreme Ruler of the Universe has bestowed on them, against
the unlawful attacks and Depredations of all Enemies whatever ;
especially those who are moved by a Spirit of Avarice or Despo-
tism :—And whereas the Honorable American Congress have
recommended to the United Colonies, to put the Militia into a
proper State for the Defence of America :—And whereas the Laws
now in Force, respecting the Regulation of the Militia, have been
found insufficient for the Purposes aforesaid.

1st   It is therefore enacted by the Council & House of Repre-
sentatives in General Court Assembled, And by the Authority of
the same, that the several Laws and the several Paragraphs and
Clauses of all and every the Laws of this State enforceing, or any
Ways relating to the Regulation of the Militia, be and hereby are
repealed & declared null and void.

And be it further enacted by the Authority aforesaid That that
part of the Militia of this State commonly called the Training
Band, shall be constituted of all the able-bodied Male persons
therein, from sixteen Years old to fifty excepting Members of the
American Congress, Members of the Council and of the House of
Representatives for the time being, the Secretary of the Colony,
all Civil Officers that have been or shall be appointed by the
General Court, or either Branch of it, Officers and Students of

Digitized by Google

# EXHIBIT 172

 

DATE DOWNLOADED: Fri Sep  8 17:44:16 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1778 58 .

ALWD 7th ed.
, , 1778 58 .

Chicago 17th ed.
"," New Jersey - 3rd General Assembly, 2nd Sitting : 58-63


AGLC 4th ed.
" New Jersey - 3rd General Assembly, 2nd Sitting 58

OSCOLA 4th ed.
" 1778 58          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12129   Page 6 of 247

**The Trustees to keep fair Accounts;**

4. AND BE IT FURTHER ENACTED, That the said *Richard Stevens* and *John Mehelm* shall keep fair and regular Accounts of the Sales of all the Lands, Tenements, Hereditaments and Real Estate by them sold as aforesaid, and of the Expenditure and Appropriation of the Monies arising thereon.

**And to transfer the Real Estates unsold to the said William Alexander.**

5. AND BE IT FURTHER ENACTED, That if after the Payment of the Debts due from the said *William Alexander*, there shall be any of the Lands, Tenements, Hereditaments and Real Estate remaining unsold, the said *Richard Stevens* and *John Mehelm* are hereby directed to transfer, assign over, and convey unto the said *William Alexander*, his Heirs and Assigns, all the Rest and Residue of the said Lands, Tenements, Hereditaments and Real Estate, and to pay unto the said *William Alexander* all the Monies which they the said *Richard Stevens* and *John Mehelm* may have in their Hands arising from the said Sales, after Payment of the Debts aforesaid, and of the Costs and Charges attending the said Sales and Settlement of Accounts.

*Passed at* Trenton, May 31, 1779.

## C H A P. XXIV.

*An* A C T *to embody, for a limited Time,* One Thousand *of the Militia of this State, for the Defence of the Frontiers thereof.*

**Preamble.**

WHEREAS it is necessary that the Inhabitants who dwell near the Lines, and are exposed to the Depredations and Incursions of the Enemy, should be protected and defended by the Militia of this State, and the Method of calling out the same by monthly Rotation is, from the local Situation of some Counties, found to be inconvenient and expensive, generally interfering with the Business of Agriculture ; Therefore,

**The Number to be embodied, and Time of Service.**

Sect. 1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That for the Defence of this State One Thousand of the Militia thereof, exclusive of Field Officers, be immediately embodied and properly officered and equipped, to continue in the Service until the fifteenth Day of *December* next, unless sooner discharged.

**Proportion of each County.**

2. AND BE IT FURTHER ENACTED *by the Authority aforesaid,* That the Quotas or Proportion of the said One Thousand Men be enlisted or raised from the Militia of the several Counties of this State as follows, *that is to say,* From the County of *Bergen,* one Lieutenant, one Ensign, two Sergeants, two Corporals, and thirty-nine Privates ; from the County of *Essex,* one Captain, one Lieutenant, one Ensign, three Sergeants, three Corporals, and eighty-four Privates ; from the County of *Middlesex,* one Captain, one Lieutenant, one Ensign, three Sergeants, three Corporals, and sixty-nine Privates ; from the County of *Monmouth,* one Captain, one Lieutenant, one Ensign, four Sergeants, four Corporals, and eighty-two Privates ; from the County of *Somerset,* one Captain, one Lieutenant, one Ensign, four Sergeants, four Corporals, and seventy-five Privates ; from the County of *Burlington,* one Captain, one Lieutenant, one Ensign, five Sergeants, five Corporals, and ninety-six Privates ; from the County of *Gloucester,* one Captain, one Lieutenant, four Sergeants, four Corporals, and sixty-two Privates ; from the County of *Salem,* one Captain, one Ensign, four Sergeants, four Corporals, and fifty-four Privates ; from the County of *Cape-May,* one Ensign, one Sergeant, one Corporal, and eighteen Privates ; from the

County

County of *Hunterdon*, two Captains, two Lieutenants, two Ensigns, eight Sergeants, eight Corporals, and one hundred and twenty-two Privates; from the County of *Morris*, one Captain, one Lieutenant, one Ensign, four Sergeants, four Corporals, and seventy-four Privates; from the County of *Cumberland*, one Captain, one Lieutenant, two Sergeants, two Corporals, and forty Privates; and from the County of *Suffex*, one Captain, one Lieutenant, one Ensign, four Sergeants, four Corporals, and fifty-three Privates; to be commanded by one Colonel, one Lieutenant-Colonel, and two Majors of the Militia of this State, appointed for that Purpose by the Governor or Commander in Chief of the State, for the Time being, and Privy Council: That the said Troops be stationed in just Proportion on the exposed Parts of the Frontiers, so as to afford the most beneficial and equal Protection to every Part thereof, according as Circumstances may require, under the Direction of the Governor or Commander in Chief, for the Time being, and Privy Council: That they act in Conjunction with such of the Continental Forces as may from Time to Time be detached on the said Frontiers, and on every Occasion when they can be spared from the Stations; and that they be not called out of the State unless in such Cases, and by the same Authority in and by which the Militia are liable to be called out.

3. AND BE IT ENACTED *by the Authority aforesaid*, That the Colonel or Commanding Officer of each Regiment of Militia in this State shall, immediately after the Passing and Publication of this Act, issue Orders to the Captain or Commanding Officer of each Company in his Regiment, directing him to call a Meeting of the commissioned Officers of such Company, and with their Assistance to make out full, particular, and exact Lists or Returns of all Male Free Inhabitants of twenty-one Years old and upwards, to which shall be separately subjoined the Names of the Owners or Possessors of such Estates as have not Male Representatives of that Age. PROVIDED ALWAYS, That the Delegates appointed to represent this State in Congress, the President and Members of the Legislative-Council and General Assembly, the Justices of the Supreme Court, the Ministers of the Gospel, and the Clerks of the Council and Assembly, be not borne on any List or Return. PROVIDED ALSO, That Persons exempted by a certain Law of this State, intitled, *An Act to encourage the making of Salt at the Pennsylvania Salt-Works, in the State of* New-Jersey, passed the seventh Day of *October*, One Thousand Seven Hundred and Seventy-seven, and such as are exempted by one other Law, intitled, *An Act for compleating the four Battalions of this State, in the Continental Service*, passed the twenty-eighth Day of May, One Thousand Seven Hundred and Seventy-seven, be not included in such Returns. AND PROVIDED ALSO, That the Enrolments or Returns so made shall extend to the Purposes of this Act only. AND PROVIDED ALSO, That nothing herein contained shall be construed to prevent employing Officers, and enlisting non-commissioned Officers and Privates between the Age of sixteen and twenty-one Years.

4. AND BE IT FURTHER ENACTED, That the Lists or Returns so made out shall be signed and authenticated on Oath or Affirmation by any two or more of the said commissioned Officers, and the said Captain or Commanding Officer of the Company shall, without Delay, transmit the same to the Colonel or Commanding Officer of the Regiment, and the Field Officers of each Regiment shall meet at the usual Place of holding the annual Election in the County to which they belong, on the fifteenth Day of *June* Instant, and then and there shall compute the whole Number of Persons borne upon the Lists or Returns of all the Male Free Inhabitants of twenty-one Years old and upwards within the Bounds of the respective Companies in the County, and in Proportion to such Number shall divide the Quota of Officers and Men, above-directed to be raised in such County between the Regiments, as equitably as may be, and appoint such Captain or Captains and Subaltern Officers as are by this Act directed to be drawn from such County, and transmit the Names of such Officers, after acquainting them with such their Appointment, to the Colonel, who, pursuant to the Directions of this Act, may be appointed to command the said Troops; and the Field

*Side notes:*
Returns to be made.
Who are to be exempted.
Mode of dividing the Quota of Officers and Men, agreeably to the Returns.

Q                              Officers

Officers of each Regiment fhall appoint an early Day to meet at fome convenient Place in their refpective Diftricts, together with the Captain or Commanding Officer of each Company, who fhall by them be notified of the Time and Place of fuch Meeting, and when met, the faid Field and other Officers who fhall attend fhall divide the Regiment into as many Claffes as is the Proportion of that Regiment to furnifh of non-commiffioned Officers and Privates, which Claffes fhall be marked from One upwards, numerically, having Regard in the faid Divifion to the Abilities and local Situation of the Individuals compofing each Clafs, that they may be as contiguous to each other as Circumftances, with Regard to their Abilities, will admit, and at the Foot of each Clafs fhall fet down the Names of the taxable Owners or Poffeffors of fuch Eftates as have not Male Reprefentatives of full Age, if any fuch there be.

**Commanding Officer to order a regimental Review.**

5. AND BE IT FURTHER ENACTED, That immediately after fuch Divifion is made, the Colonel or Commanding Officer of the Regiment fhall iffue Orders for a regimental Mufter or Review, and the faid Divifion of Male Free Inhabitants borne on the Lifts or Returns aforefaid, fhall be particularly declared and publifhed to the Regiment when met; and alfo that the Bounty herein after mentioned will be given for one Volunteer for each Clafs who will then, or within four Days from that Time, offer himfelf to ferve as a Soldier for the Term

**Provifo.**

and Purpofe in this Act fet forth. PROVIDED ALWAYS, That the Field Officers of any Regiment be at Liberty to affemble the whole Regiment in Review at the fame Time, or by Parts and at different Times, as they fhall judge moft

**Who are not to be claffed.**

proper. AND PROVIDED ALSO, That the Officers appointed to ferve in the faid Levy, if they accept of their Appointment, fhall not be claffed.

**Bounty.**

6. AND, for the Encouragement of fit, able, and effective Perfons to enter voluntarily into the Service of their Country, BE IT ENACTED *by the Authority aforefaid,* That every fuch Perfon who fhall, within the Time limited as above, fo enter himfelf with any one of the Officers appointed by the Directions of this Act, for the Service aforefaid, to ferve until the faid fifteenth Day of *December* next, fhall receive, on his being muftered and approved as herein after is directed, *Fifty Dollars* as a Bounty.

**Claffes not furnifhing Volunteers to hire Subftitutes.**

7. AND, that the End of this Act may not be difappointed, or the Burthen of the publick Service become unequal, BE IT ENACTED, That if any Clafs in any Regiment fhall not have furnifhed a Volunteer within the Time limited for that Purpofe as aforefaid, then the Colonel or Commanding Officer of the Regiment, together with a Majority of the commiffioned Officers of the Company from which fuch Clafs is compofed, fhall hire and procure a fit Perfon to ferve as a Subftitute for the faid Clafs, which Subftitute fhall be one of the Clafs hireing the fame, or hired out of any other Clafs who have furnifhed their Quota by voluntary Enliftment, or by hireing a Subftitute ; but that no Subftitute be hired or received by any one Clafs out of another Clafs, until fuch Clafs fhall have furnifhed its Quota : And the faid Officers fhall appoint a Time and Place for the faid Clafs to meet, and give, or caufe to be given, Notice to each Perfon belonging to fuch Clafs, or leave fuch Notice at his Place of Abode at leaft two Days before the Time prefixed to meet as aforefaid, and the Captain or Commanding Officer of the Company fhall acquaint fuch of the faid Claffes as fhall meet of the Sum paid or agreed to be paid to the Subftitute hired for the faid Clafs, at the fame Time requiring of them to repay or furnifh the Money fo paid or agreed to be paid; and if they fhall neglect or refufe to pay the fame, then and in that Cafe each and every Perfon belonging to the faid Clafs fhall be

**Who to affefs and levy the Subftitute-Money.**

deemed delinquent ; and the faid commiffioned Officers of the Company, or a Majority of them, in Conjunction with two of the Juftices of the Peace for the County, fhall affefs and levy the Sum fo required of the faid Clafs on the refpective Perfons compofing the fame and contained in the Lifts herein before mentioned, at the Difcretion of the faid Juftices and Officers, or a Majority of them, having Regard to their feveral Eftates and Circumftances, fo that the whole exceed not the Sum given to procure a Subftitute as aforefaid, and on Refufal

fufal of fuch Payment, to have the fame levied with full Cofts by Diftrefs and Sale of the Delinquent's Goods and Chattels, and if Goods and Chattels cannot be found whereon to levy as aforefaid, then to commit the Body of the faid Delinquent or Delinquents to the Gaol of the County, there to remain till the faid Affeffment and Cofts be fully paid and difcharged : And all Sheriffs, Gaolers, Conftables, and other Officers and Minifters of Juftice are hereby ftrictly required and commanded to render Obedience to the Orders and Directions of fuch Juftices and Officers in the Execution of the Premifes. PROVIDED AL- *Provifo.* WAYS, That if in any Cafe the Officers aforefaid fhall not be able to procure a Subftitute for a particular Clafs, the faid Clafs fhall be affeffed as nearly as may be to the Average-Sum given for Subftitutes in the County to which it may belong, in the Manner as if a Subftitute had been hired for the fame ; and the Money, when received or recovered, fhall be tranfmitted to the Treafurer by the Juftices who fhall affift in affeffing the fame, and the Treafurer's Receipt fent to the Legiflature at their next fubfequent Sitting.

8. AND IT IS HEREBY DECLARED AND ENACTED, That the Pay of every *Pay, when to* Perfon enlifted or procured as aforefaid, fhall commence from the Day of En- *commence.* liftment inclufively, and he fhall receive *Two Thirds of a Dollar* by the Day, as Subfiftence-Money, until he fhall be muftered and marched to his Station on the Frontiers ; and that every Perfon fo enlifted, fhall, from the Time of his En- *Perfons en-* liftment, become amenable to the Rules and Difcipline of War, and fhall fur- *lifted to be* nifh and equip himfelf with a good Mufket well fitted with a Bayonet, Steel or *the Rules of* Iron Ramrod and Worm, a Cartridge-Box, a Priming-Wire and Brufh, alfo a *War—to find* Canteen and Knapfack ; which, if loft in the Service without Fault of the Own- *Arms, &c.* er, fhall be paid for agreeable to the Refolution of Congrefs of the twenty-fixth of *February,* One Thoufand Seven Hundred and Seventy-eight. And no Perfon enlifted purfuant to the Directions of this Act fhall be liable to be taken out of the Service by any Procefs other than for fome criminal Matter.

9. AND BE IT FURTHER ENACTED, That no Prifoner of War or Deferter *Perfons who* from the Enemy, being a Native of any Part of the *Britifh* Dominions, and not *are not be en-* heretofore an Inhabitant of the United States, fhall be enlifted or received as a *lifted.* Subftitute in the Enliftment or Levy to be made under this Act.

10. AND BE IT FURTHER ENACTED, That any two of the Field Officers of *Who to muf-* the Regiment fhall, from Time to Time as Occafion may require, mufter the Re- *ter the Re-* cruits raifed in fuch Regiment, and give Orders on the Paymafter of the Coun- *cruits, &c.* ty herein after mentioned for the Payment of the Bounty and Subfiftence-Money to fuch as are approved and paffed ; and the Colonel or Commanding Officer of each Regiment fhall, on every Occafion of muftering Recruits, make out Duplicate Lifts containing the Name of each Recruit, with that of his Place of A- bode, the Company to which he belonged, and alfo defcriptive of his Perfon, Age, and Stature, one of which figned by one of the commiffioned Officers appointed by Direction of this Act, and who are hereby directed to receive fuch Recruits in the refpective Counties, he fhall keep himfelf, the other figned with his own Name, he fhall tranfmit to the Colonel or Commanding Officer of the faid Levy ; and the faid Officer to whom the Recruits are fo delivered, and who figned the Lift as aforefaid, fhall march them immediately to *Elizabeth-Town,* in the County of *Effex,* unlefs the Commanding Officer of the faid Levy fhall otherwife direct.

11. AND BE IT ENACTED, That each and every Recruit fhall be allowed, *Mileage.* while on March to his refpective Station on the Frontiers, *One Sixth* Part of a *Dollar* by the Mile, as Subfiftence-Money, to be paid by the Paymafters herein after appointed for the feveral Counties, on Orders from the Officers who mufter fuch Recruits refpectively.

12. AND BE IT FURTHER ENACTED, That there fhall be allowed and paid *Wages.* to each of the faid Officers and Privates during the Time they fhall ferve agree- ably

ably to the Directions of this Act, as an Equivalent or in Lieu of certain Necef-
faries fupplied to the Continental Troops, by a late Refolution of the Legiflature
of this State, over and above the prefent Continental Pay, as follows, by the
Month, *that is to fay*, To a Colonel, *Sixty-five Dollars*; to a Lieutenant-Colonel,
*Fifty-five*; to a Major, *Forty-five*; to a Captain, *Thirty-five*; to a Lieutenant,
*Thirty*; to an Enfign, *Twenty-five*; and to each non-commiffioned Officer and
Private, *Twenty*, including the Bounty allowed to the Militia when on Duty,
which the Paymafters for the Time being appointed to pay the Militia of this
State in the refpective Counties where fuch Troops may ferve, fhall pay on fe-
parate Payrols being exhibited, properly certified and authenticated.

Lighthorfe-
Men to be en-
gaged, their
Pay and
Bounty.

13. AND BE IT FURTHER ENACTED, That the Colonel or Commanding
Officer of the faid Levy be authorized and empowered to engage, during the
Term aforefaid, any Number of proper Perfons not exceeding twelve, to ferve
as Lighthorfe-Men under the Command of the faid Colonel or other Officer of
the faid Levy, as the Cafe may require; and that each Horfeman fo employed,
being well equipped and accoutred, fhall be entitled to receive for the Hire of
his Horfe, over and above the Bounty and Pay allowed to a Private by this
Act, *Twenty Dollars* by the Month, and when on fuch Duty as neceffarily pre-
vents his drawing Rations for himfelf and Forage for his Horfe, he fhall be
entitled to receive in Lieu thereof *Six Dollars* by the Day; and the faid Horfe-
men fhall be paid under the fame Reftrictions and by the fame Perfons as this
Act directs for paying the faid Troops.

Surgeons,
when to be
employed.

14. AND BE IT FURTHER ENACTED, That it fhall and may be lawful for
the Colonel or Commanding Officer of the faid Levy, or the Officer command-
ing a Detachment of the fame at a feparate Poft, and they and each of them are
hereby authorized and empowered, as often as may be neceffary, to employ a
Surgeon or Surgeons to attend fuch Officers, Non-commiffion Officers and Pri-
vates belonging to the faid Levy as may be fick or wounded, and where it may
be impracticable or inconvenient to fend fuch fick or wounded Perfons to a
Continental Hofpital, and to tranfmit Accounts of the Expences incurred in this
Behalf, properly authenticated by the Oath or Affirmation of fuch Surgeon or
Surgeons, to the Legiflature at their next Sitting, for their Allowance and
Settlement.

Perfons to
pay the
Bounty, &c.

15. AND BE IT ENACTED, That the following Perfons be appointed in their
refpective Counties to pay the Bounty, Subfiftence-Money and Mileage, as a-
forefaid, *that is to fay*, For the County of *Bergen*, *David Board*; for the County
of *Effex*, *Ifaac Halfey*; for the County of *Middlefex*, Colonel *John Neilfon*; for
the County of *Monmouth*, *John Craig*, Merchant; for the County of *Somerfet*,
*Edward Bunn*; for the County of *Burlington*, Colonel *William Shreve*; for the
County of *Gloucefter*, *Samuel Kaighn*; for the County of *Salem*, *Thomas Carpenter*;
for the County of *Cape-May*, *Henry-Young Townfend*; for the County of *Hunter-
don*, *Gerfhom Lee*; for the County of *Morris*, *Jofeph Lewis*; for the County of
*Cumberland*, *Ephraim Seeley*; and for the County of *Suffex*, *Charles Rhodes*.

Treafurer to
pay the Pay-
mafters.

16. AND BE IT FURTHER ENACTED, That the Treafurer pay out of the pub-
lick Money in his Care to the faid Paymafters, any Sum or Sums not exceeding
fuch as are affixed to their refpective Names, as follows:

To *David Board*, Nine Hundred and Twenty Pounds.
To *Ifaac Halfey*, One Thoufand Nine Hundred and Twenty-four Pounds.
To Colonel *John Neilfon*, One Thoufand Six Hundred and Sixty Pounds.
To *John Craig*, One Thoufand Nine Hundred and Eighty-fix Pounds.
To *Edward Bunn*, One Thoufand Eight Hundred and Seventy Pounds.
To Colonel *William Shreve*, Two Thoufand Three Hundred and Eighty-five Pounds.
To *Samuel Kaighn*, One Thoufand Six Hundred and Eighty Pounds.
To *Thomas Carpenter*, One Thoufand Six Hundred Pounds.
To *Henry-Young Townfend*, Six Hundred Pounds.

To

To *Gerfhom Lee, Three Thoufand Three Hundred and Fifteen Pounds.*
To *Jofeph Lewis, One Thoufand Eight Hundred and Forty-five Pounds.*
To *Ephraim Seeley, One Thoufand Two Hundred and Forty-five Pounds.* And,
To *Charles Rhodes, One Thoufand Five Hundred and Eighty Pounds;* taking
their refpective Receipts for the Sum or Sums fo paid, which fhall be his fufficient
Voucher for fo much of the publick Money in the Settlement of his Accounts.

17. AND BE IT ENACTED, That the faid Paymafters fhall, on receiving *Paymafters to*
Orders from the Colonel or Commanding Officer of each Regiment as aforefaid, *pay the Boun-*
pay to each and every Recruit enlifted, muftered, and equipped as aforefaid, or *ty, &c.*
to his Order in Writing, the Bounty, Subfiftence-Money, and Mileage allowed
and fpecified in this Act, taking the Receipt of fuch Recruit, or if paid by Or-
der, that of the Perfon bearing the fame. And the faid Paymafters refpectively
are hereby enjoined and directed to lay their Accounts, duly ftated, with their
Receipts and Vouchers as foon as may be, after paying the faid Recruits, before
the Committee appointed by Law to fettle and adjuft the publick Accounts of this
State, if the fame fhall at that Time be fitting, and if not, then before the Le-
giflature at their next Sitting thereafter, retaining *Two per Cent.* on the Money
they may have paid out, and *Three Shillings and Nine-pence* by the Mile for go-
ing to the Treafury to draw the fame, as a Compenfation for their Trouble.

18. AND BE IT ENACTED, That if any of the Paymafters appointed by this *Paymafters*
Act fhall refufe to accept, or by Death or Difability be prevented from doing *refufing to*
the Duties required of them, it fhall and may be lawful for any two Juftices of *act, how to be*
the Peace for the County where fuch Vacancy fhall happen, to appoint another, *fupplied.*
who fhall be vefted with the Powers, and entitled to the Rewards herein given
and allowed to thofe in this Act named.

19. AND BE IT ENACTED, That each and every Officer of the Militia, while *Wages, &c.*
employed in difcharging the Duties required by this Act, fhall receive Wages *of Officers*
as if in actual military Service, to be paid by the Paymafters of the refpective *while dif-*
Counties on Rolls duly made out and authenticated; and if any Field Officer, *charging the*
Captain or other Officer fhall wilfully neglect or refufe to do any Matter or Thing *Act.*
required of him by this Act, he fhall, for fuch his Neglect or Refufal, forfeit the
Sum of *One Hundred Pounds;* and if through any fuch Neglect or Refufal the
good Purpofes of this Act fhall be delayed, and the Quota of Men of any County
or Regiment not procured, that then the Officer next in Command fhall proceed
to do the Duties, and purfue in every Inftance the Directions of this Act to his
fuperior Officer fo neglecting or refuring, in order to procure the Quota of Men
required. And fuch Officer next in Command, on Neglect or Refufal as aforefaid,
fhall, for fuch Neglect or Refufal, forfeit the Sum of *One Hundred Pounds;* and
in either Cafe the Forfeiture fhall be recovered by Action of Debt at the Suit of
the Collector of the County, who is hereby enjoined to profecute the fame, and
pay the Money when recovered into the Treafury.

*Paffed at* Trenton, June 2, 1779.

## C H A P.  XXV.

*An* A C T *to amend an Act, intitled, An* Act *to erect and
establish Courts in the feveral Counties in this Colony for the
Trial of fmall Caufes, and to repeal the former Act for that
Purpofe; and to fufpend the Operation of one other Act there-
in mentioned.*

WHEREAS by the Act, intitled, *An Act to erect and establish Preamble.
Courts in the feveral Counties in this Colony for the Trial of fmall*
R                                         *Caufes,*

# EXHIBIT 173

therefrom arising shall be appropriated towards paying for the lands to be purchased and the new court house and prison to be built in the said place so as aforesaid to be provided.

[Section IV.] (Section V, P. L.) And be it further enacted by the authority aforesaid, That for the defraying the remainder of the expenses and charge of purchasing the land, building and erecting the said court house and prison, it shall and may be lawful for the commissioners and assessors of said county, or a majority of them, to assess and levy so much money as the said trustees, or any four of them, shall judge necessary for paying the remainder aforesaid, of purchasing the land and finishing the said court house and prison, and they are hereby required so to do.

Passed March 20, 1780. See the Acts of Assembly passed March 22, 1784, Chapter 1081; March 30, 1785, Chapter 1152; March 18, 1786, Chapter 1215; September 25, 1786, Chapter 1247; September 26, 1789, Chapter 1443; March 12, 1800, Chapter 2125. Recorded L. B. No. 1, p. 373, &c.

## CHAPTER CMII.

AN ACT FOR THE REGULATION OF THE MILITIA OF THE COMMON-WEALTH OF PENNSYLVANIA.

(Section I, P. L.) Whereas a militia law founded upon just and equitable principles hath been ever regarded as the best security of liberty, and the most effectual means of drawing forth and exerting the natural strength of a state:

(Section II, P. L.) And whereas a well regulated militia is the only safe and constitutional method of defending a free state, as the necessity of keeping up a standing army, especially in times of peace, is thereby superceded:

(Section III, P. L.) And whereas the militia law of this commonwealth enacted by the general assembly the seventeenth day of March, one thousand seven hundred and seventy-seven,

from a change of circumstances and other causes, hath become insufficient to answer the purposes aforesaid, which renders it highly necessary that a new law should be enacted:

Therefore:

[Section I.] (Section IV, P. L.) Be it enacted and it is hereby enacted by the Representatives of the Freemen of the Common- wealth of Pennsylvania in General Assembly met, and by the authority of the same, That the president in council or, in his absence, the vice-president in council, of this commonwealth shall appoint and commissionate one reputable freeholder in the city of Philadelphia, and one in each county within this state to serve as lieutenants of the militia for the said city and counties respectively; and, also, any number of persons not exceeding two for the said city, and in the several counties any number not exceeding the number of battalions now or to be hereafter formed, to serve as sub-lieutenants in the said city and counties respectively, who, besides the powers which are given him and them by this act, shall have the title and rank which the president in council or, in his absence, the vice- president in council shall confer, which said lieutenant or, in his absence or incapacity, two or more sub-lieutenants shall have full power and authority to do and perform all and singular the duties required of the said lieutenants by this act.

[Section II.] (Section V, P. L.) And be it enacted by the authority aforesaid, That the lieutenants and sub-lieuten- ants, before they enter upon the execution of their offices, respectively, shall give bond to the treasurer of the county in which they severally reside, in the name of the president or commander-in-chief of the state, with one sufficient surety in the sum of twenty thousand pounds, conditioned for the faith- ful accounting for and paying all the moneys which shall come to their hands by virtue of this act when thereunto lawfully re- quired. And that the public bonds given or to be given by the treasurer of the state or county treasurers for the due discharge of their respective offices shall be deemed to extend to the faithful performance of the trust hereby committed to them respectively.

[Section III.] (Section VI, P. L.) And be it further enacted

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12138   Page 15 of 247

by the authority aforesaid, That the said lieutenant or sub-
lieutenants (once in every year) shall issue his or their war-
rants to the captain or commanding officer for the time being
of each company of the several battalions in the said city and
counties respectively, or to some other suitable person, com-
manding him, in the name of the commonwealth, to deliver
to him or them, the said lieutenant or sub-lieutenants, within
ten days from and after the date of the said warrants (unless
the lieutenant or sub-lieutenants shall judge a longer time to
be necessary, which he or they are hereby empowered to grant)
on oath or affirmation, which any of them is hereby empowered
to administer, a true and exact list of the names and surnames
of each and every male white person inhabiting or residing
within his township, borough, ward or district, between the
ages of eighteen and fifty-three (delegates in Congress, mem-
bers of the supreme executive council, members of the general
assembly, judges of the supreme court, attorney-general for
the state, the judges of the admiralty, treasurer of the state,
sheriffs, gaolers and keepers of workhouses, ministers of the
gospel of every denomination, professors and teachers in the
university, postmasters and postriders belonging to the general
post-office, menial servants of ambassadors or ministers and
consuls from foreign courts and of delegates in Congress from
other states registered with the secretary of the supreme execu-
tive council of this state and servants purchased bona fide and
for a valuable consideration only excepted).

[Section IV.] (Section VII, P. L.) And be it further enacted
by the authority aforesaid, That the lieutenant and sub-lieu-
tenants aforesaid shall, within five days after they shall receive
the lists aforesaid, if they see cause, alter the present divisions
of the city and counties respectively and divide them into new
districts, each district to contain not less than four hundred
and forty nor more than one thousand, officers and privates in-
cluded, at the discretion of the said lieutenants and sub-lieu-
tenants, and then sub-divide the said districts into eight parts
as nearly equal as may be, paying due regard in each division
to the convenience of the inhabitants:   Provided always, That

two-thirds of the lieutenants met for the above purpose agree to such division, and that each person be annexed to the numerical class to which he formerly belonged.

[Section V.] (Section VIII, P. L.) And be it further enacted by the authority aforesaid, That the militia of the Northern Liberties of the city of Philadelphia, the district of Southwark and the township of Moyamensing and Passyunk be and they hereby are united to the city of Philadelphia, to act in conjunction with the militia of the said city, and distinct from the rest of the county of Philadelphia, that they draw lots for rank in battalion and be joined in brigade and act in every other matter that respects the militia law as if they were inhabitants of the said city, and to be under the direction of the lieutenant and sub-lieutenants of the city.

[Section VI.] (Section IX, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant and sub-lieutenants of the city of Philadelphia and districts annexed, shall, out of the several battalions of the said city and districts annexed, take such a number as will compose eight companies to form one battalion of artillery, to be officered and arrayed as follows, that is to say, one lieutenant-colonel, one major, eight captains, eight captain lieutenants, eight first lieutenants, sixteen second lieutenants, the senior to bear the standard and the junior to do the duty of conductor; paymaster, adjutant and quartermaster to be taken from the line; one surgeon, one sergeant major, fife major, drum major, eight clerks, thirty-two sergeants, forty-eight bombadiers, forty-eight gunners, eight drummers, eight fifers and four hundred matrosses, and both the officers and privates of the said battalion shall be subject to the same fines and penalties for any omission of duty as the infantry: Provided, nevertheless, That the persons composing the artillery heretofore formed may be permitted to continue as a part of the said battalion of artillery and the officers shall be elected in the same manner as is directed by this act for the election of officers of the infantry.

[Section VII.] (Section X, P. L.) And be it further enacted by the authority aforesaid, That the several captains of the artillery battalion shall determine their rank by lot, and be

numbered from one to eight in numerical order, and be subject
to be drawn forth into actual service in rotation by companies,
according to their number in rank, number one in rank with
the first class of the militia and so on, until all shall take their
tour, or otherwise as the commander-in-chief of the militia shall
direct.

(Section XI, P. L.) And whereas it is expedient to embody
such a number of light horse as will be useful when the militia
is called into actual service:

Therefore:

[Section VIII.] (Section XII, P. L.) Be it further enacted
by the authority aforesaid, That each of the lieutenants of the
several counties of this state may form a corps of light horse
not to exceed six privates for each battalion of infantry in each
county, to be taken distributively out of each, in case volunteers
offer; otherwise, at large throughout the county. And the light
horse shall be officered as light horse usually are, and shall
be subject to appear upon muster days, and shall turn out
in classes as other militia; and in case any person who shall
be admitted into the said light horse shall fail of providing
himself with a suitable horse, weapons and furniture, such
person shall be liable to be called out and serve in the foot
militia.

[Section IX.] (Section XIII, P. L.) And be it further enacted
by the authority aforesaid, That the troop of light horse in
the city of Philadelphia shall be limited to the number of fifty,
exclusive of officers, the vacancies thereof to be filled in the
manner heretofore practiced; and the said troops shall be liable
to appear on muster days, and to be called out into service as
other militia, and the light horse of this state, when in actual
service, shall be subject to the same rules and regulations as
the foot militia and to like fines and penalties for neglect of
meeting on muster days or turning out on their tour when
thereunto called, such fines and penalties to be appropriated
as the fines and penalties for like offenses in other cases.

[Section X.] (Section XIV, P. L.) And be it further enacted
by the authority aforesaid, That if any light horseman shall
be elected or appointed a commissioned officer in any battalion

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12141   Page 18 of 247

of infantry of his proper city or county, and on notice given
him in writing by the lieutenant shall accept thereof, his place
in the said light horse shall be vacated and any light horseman
who shall be absent more than four months from his city or
county shall vacate his place in the troop to which he belonged.

[Section XI.] (Section XV, P. L.) And be it further enacted
by the authority aforesaid, That the lieutenant or sub-lieuten-
ant shall appraise the horse of each person serving as a light
horseman, immediately before every time of going into actual
service, and enter the same in a book, and in case such horse
shall be killed or die in actual service or be taken by the
enemy, otherwise than by neglect he shall be paid the value of
such appraisement by an order to be drawn by the lieutenant
or any two sub-lieutenants on the militia fund in the hands
of the treasurer for that purpose.

[Section XII.] (Section XVI, P. L.) And be it further en-
acted by the authority aforesaid, That the said lieutenants
shall give public notice by advertisements at ten or more of
the most public places in the said districts respectively, of the
said divisions being made, and appointing a certain day for
each district, not less that [sic] [than] ten days after the said
notice, and requiring the male white inhabitants between the
ages aforesaid residing in the said divisions respectively to
meet at a certain place as near the centre of the said division
as may be, and then and there, between the hours of ten in
the morning and six in the afternoon of the said day, to elect,
by ballot, two field officers, That is to say, one lieutenant,
colonel and one major, and the inhabitants of the said sub-
divisions respectively shall elect by ballot, as aforesaid, on
the same or some other day as soon as convenient, one captain,
one lieutenant and one ensign, previous to which said election
the said inhabitants shall elect two freeholders to preside as
judges thereof, and all and each of these officers respectively
shall be such persons as have taken the oath of allegiance and
abjuration agreeable to the laws of this state; and each cap-
tain shall appoint a suitable person for clerk in his company;
and the said lieutenant or sub-lieutenant shall attend and
superintend each and every of the said battalion elections, and

shall cause the lieutenant-colonels so elected in the city and counties respectively to meet together as soon as may be, and cast lots for rank of the battalions and the rank of the officers in each battalion shall be determined by the lot drawn by their respective lieutenant-colonels, and the captains so elected in the sub-divisions shall meet and cast lots for their rank in the battalion to which they belong, and the rank of the sub-altern officers in each company shall be determined by the lot drawn by their respective captains. And the said lieutenants shall, within ten days, or as soon as may be, having regard to their local situation, transmit proper certificates to the president of the supreme executive council of the names of the persons so as aforesaid elected, and their rank, both of battalion and companies in the several battalions, in order that commissions may be forthwith granted to them agreeable to the said certificates, and elections for officers in the light horse shall be made in like manner as elections for officers in the infantry.

[Section XIII.] (Section XVII, P. L.) And be it further enacted by the authority aforesaid, That if any battalion, troop or company shall neglect or refuse to elect their officers as aforesaid, then, in such case, it shall and may be lawful for the lieutenant, with the advice and consent of two or more of the sub-lieutenants of the city of Philadelphia, and of such county where such neglect or refusal shall be, to nominate one reputable person to the supreme executive council in the room of each officer so neglected to be chosen, and the said council, approving thereof, shall commission the said person, which shall be as effectual to all intents and purposes as if the said officers had been elected as before directed, and the said lieutenant shall, as soon as may be, acquaint the parties so neglecting or refusing with the appointments so as aforesaid made. And the said several and respective officers elected or appointed as aforesaid shall serve respectively as officers of the militia for the space of three years, at the end of which time the lieutenant of the city and counties respectively, in the manner hereinbefore directed, shall cause a new election to be held in

the said city and counties respectively, but nothing herein contained shall be construed to render any of the former officers incapable of being re-elected.

[Section XIV.] (Section XVIII, P. L.) And be it further enacted by the authority aforesaid, That the commissioned officers of each company shall appoint three sergeants, three corporals, one drummer and fifer for their respective companies, and all persons who have heretofore been officers in the militia under the late law, if not re-elected, shall deliver up their arms, accoutrements, drums, fifes and colors if paid for by the public, to the lieutenant or sub-lieutenant of the city or county aforesaid; and the lieutenant of the city of Philadelphia and the lieutenant of the counties respectively are hereby authorized to purchase such drums, fifes and colors as may be afterwards wanted to supply the companies in the city and counties respectively.

[Section XV.] (Section XIX, P. L.) And be it further enacted by the authority aforesaid, That the field officers of each battalion in this state shall constitute and appoint, in their respective battalion, one chaplain, one quartermaster, one surgeon, one adjutant, one quartermaster sergeant, one sergeant major, one drum and fife major; and the lieutenants and sub-lieutenants of the city and counties respectively shall, at their discretion, furnish and procure proper carriages for the battalion or drafts of the militia when it shall be necessary.

[Section XVI.] (Section XX, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant or sub-lieutenants of the city and counties respectively shall pay such wages as shall be necessary to one adjutant, one quartermaster sergeant and one drummer and fifer for every day that the service may require them, out of the moneys arising from fines, on the said adjutant, quartermaster sergeant, drummer and fifer producing a certificate of the service so performed from the commanding officer of the said battalion or company.

(Section XXI, P. L.) And whereas the sums allowed by the late militia law for a drummer and fifer have been insufficient and many officers have been obliged to pay considerably more:

[Section XVII.] (Section XXII, P. L.) Be it therefore en-

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12144   Page 21 of 247

acted by the authority aforesaid, That the lieutenants shall and
hereby are required to pay unto such captains or commanding
officers of companies such reasonable sums as they have ex-
pended for drummers and fifers on their producing an account
of such costs properly certified.

[Section XVIII.] (Section XXIII, P. L.) And be it further
enacted by the authority aforesaid, That the commissioned
officers of each company of militia shall nominate and appoint
one discreet person who shall be called the almoner, residing
in the district or sub-division out of which their company is
formed, provided such almoner is above the age of fifty-three
years, to take proper care of the families of such poor militia-
men, within their respective districts, as are in actual service
in their own turn and to grant them such support as their ne-
cessities may require, provided such support do not exceed
half the price of daily labor as the same shall be ascertained
as hereinafter is directed, and the said officers of the company,
or any two of them, shall make out a certificate of their nomina-
tion and appointment, directed to the lieutenant of the city or
lieutenant or sub-lieutenants of the county to which the com-
pany belongeth; which certificates shall enable the said
almoner thereby appointed to draw from time to time on the
said lieutenant or sub-lieutenant for such sum or sums of money
as shall be necessary for the purpose aforesaid, and he shall
render an account of the moneys by him drawn to the said
lieutenants.

[Section XIX.] (Section XXIV, P. L.) And be it further en-
acted by the authority aforesaid, That every sub-lieutenant
of the said city and several counties shall, once in every three
months, render an account to his proper lieutenant of all
moneys received by him and of his expenditures by virtue of
this act, and settle and pay to him the balance of the same,
and the lieutenant of the said city and each county respec-
tively shall make out complete accounts of all the moneys
received by him and of his expenditures and return the same
to the supreme executive council once in every six months,
and each lieutenant and sub-lieutenant is hereby empowered
to employ one clerk the better to complete the same, and on

failure of accounting as aforesaid each lieutenant and sub-lieutenant shall forfeit and pay for every such neglect the sum of ten thousand pounds, to be applied as other fines are directed to be applied by this act.

[Section XX.] (Section XXV, P. L.) And be it further enacted by the authority aforesaid, That the precedence of the officers of the city of Philadelphia and of the several counties in this commonwealth shall be determined as follows, That is to say, when the commissions are of equal rank and date the officers of the city of Philadelphia and districts annexed shall take rank or precedence of all other officers of equal rank in this state and next to them the officers of the county of Philadelphia and so on, according to the seniority of the counties respectively.

[Section XXI.] (Section XXVI, P. L.) And be it further enacted by the authority aforesaid, That the whole of the militia so enrolled as aforesaid shall be subject to be exercised in companies under their respective officers as followeth, That is to say, in the city of Philadelphia and districts annexed in companies on the two last Mondays in the month of April and in battalion on the two first Mondays in the month of May; and the first battalion shall muster in battalion on the third Monday in May, the second battalion on the Tuesday following, the third battalion on the Wednesday, and so on till the whole number of battalions shall have mustered according to their numerical rank on any or every day of the week (Saturday and Sunday excepted) until the whole number of battalions shall have mustered in the aforesaid manner; and on the day following, should it not happen to be Saturday or Sunday, the whole number of battalions belonging to the city of Philadelphia and districts annexed shall meet in brigade and the militia of the city of Philadelphia and districts annexed shall meet to exercise in companies the two last Mondays in the month of August and in battalion on the two first Mondays in the month of September, and the first battalion on the second Monday in the month of October, the second battalion on the Tuesday following, and the third battalion on the Wednesday and so on until the whole number of battalions according to their

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12146   Page 23 of 247

rank have mustered, except as before excepted. And then, on
the day following (with the foregoing exceptions) the whole
battalions shall meet in brigade. And in each and every
county in the following manner, That is to say, in companies
the two last Mondays in the month of April, and the two first
Mondays in the month of May, and shall begin their muster-
ing in battalion in the following manner to wit, the first bat-
talion shall meet in battalion on the third Monday of the said
month, the second battalion on the Tuesday following, the third
battalion on the Wednesday, and so on according to the rank
of battalions in the aforesaid manner mustering each day
in the week (Saturday and Sunday excepted) and until
the whole number of battalions belonging to each county shall
have mustered in this manner; and in companies the two first
Mondays in the month of October, and the two first Mondays
in the month of November; and the first battalion in battalion
on the third Monday in the month of November, the second
battalion on the Tuesday following, the third battalion on the
Wednesday and in this manner until the whole number of bat-
talions belonging to each county according to their ranks sev-
erally shall have mustered on any day it may happen (except
on a Saturday or Sunday as before excepted). And on each
of the said days every militiaman so enrolled shall duly attend
with his arms and accoutrements in good order; and a sergeant,
or the clerk of each company, shall, at the end of one hour after
the time appointed for the meeting of the company or battalion,
call over the muster roll of the company, noting those who
are absent and on that day shall make return in writing to the
captain or commanding officer then present of such absentees,
and all persons so absent at the time of calling over the roll
or who shall depart from the parade before duly discharged
shall be liable to the fines hereafter mentioned.

[Section XXII.] (Section XXVII, P. L.) And be it further
enacted by the authority aforesaid, That if any commissioned
officer shall neglect or refuse to attend on any of the days ap-
pointed for exercise in companies as aforesaid (unless pre-
vented by sickness or some other unavoidable accident) such
commissioned officer shall forfeit and pay the price of three

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12147   Page 24 of 247

days' labor; and any non-commissioned officer or private and all enrolled persons so refusing or neglecting (except as before excepted) shall forfeit and pay the price of one and a half days' labor, and on a brigade or battalion day a field officer shall forfeit and pay the price of six days' labor, and a commissioned officer under that rank the price of four days' labor, and a non-commissioned officer or private and all enrolled persons refusing to meet and exercise the price of two days' labor (excepting as before excepted), the said prices to be ascertained as hereafter directed. The names and surnames of all which person so incurring the said fines and penalties (except such as may have paid the same into the hands of the captain or commanding officer of the company) shall be duly returned by the captain or commanding officer of each company under his hand, together with such fines as he has received to the lieutenant-colonels or commanding officers of the battalions respectively on each field day, which said lieutenant-colonel or commanding officer of battalion shall, on receipt of such fines and returns, forthwith transmit the same to the lieutenant or one of the sub-lieutenants of the county; and also a duplicate thereof to the treasurer of the county, and the said lieutenant or sub-lieutenant shall immediately after the said returns are respectively made to him cause the same to be recovered by issuing his warrant to the sheriff, constable or other fit person that he can procure to levy the aforesaid fines by distress and sale of the offender's goods and chattels, together with five per centum for collecting where no distress is necessary to be made, and seven and a half per centum in case of distress and sale, in full for his trouble for levying, selling and collecting (unless the offender show cause of absence by sickness or otherwise, and can produce a certificate from the captain or commanding officer of the company, who may give such certificate if he verily believes the offender ought to be excused from paying the said fines), but if no such goods and chattels can be found, then to seize and take the body of such offender, and commit him to the common gaol or some other place of close confinement for the space of ten days for each fine, unless he sooner pay the same. And the lieutenant shall twice in

each year transmit the said fines, when collected, into the hands of the county treasurer, who shall pay the same into the hands of the state treasurer, to be kept as a fund, subject to such drafts as may be made upon him from time to time by the lieutenant or at least two sub-lieutenants for the use of the militia of that county. But if the funds of any county, by the generality of their turning out, should be insufficient to answer the drafts for the support of persons serving or suffering in the militia, in that case the executive council shall be empowered to draw on the funds of such other counties whose surplus may be most enabled to bear it.

[Section XXIII.] (Section XXVIII, P. L.) And be it further enacted by the authority aforesaid, That the treasurer of each county and the state treasurer shall keep all the moneys arising from fines by the militia law separate from all other moneys, and keep separate books to enter the same for the purposes hereinafter mentioned.

[Section XXIV.] (Section XXIX, P. L.) And be it enacted by the authority aforesaid, That whenever it may be necessary to call into actual service any part of the militia, in case of a rebellion or invasion of this or any of the adjoining states, then it shall and may be lawful for the president or vice-president in council to order into actual service such part of the militia, by classes, of the city of Philadelphia or any of the county or counties as the exigency may require: Provided, That the part so called doth not exceed four classes of the militia of the county or counties so called out: And provided also, That such counties shall not be again called upon to furnish any more militia until an equal number of classes of the militia of the other counties respectively be first called, unless the danger of an invasion from Indians or others should make it necessary to keep in reserve the militia of such county or counties for their own immediate defense.

(Section XXX, P. L.) And to the end that the militia, when called by classes, shall be properly officered, the following order is hereby directed and enjoined, That is to say:

For the first draft, the captain of the first company, the lieutenant of the second and the ensign of the fourth.

Second draft, the captain of the second company, the lieutenant of the first and the ensign of the third.

Third draft, the captain of the third company, the lieutenant of the fourth and the ensign of the second.

Fourth draft, the fourth captain, the lieutenant of the third company and the ensign of the first.

Fifth draft, the fifth captain, the lieutenant of the sixth company and the ensign of the eighth.

Sixth draft, the sixth captain, the lieutenant of the fifth company and the ensign of the seventh.

Seventh draft, the captain of the seventh company, the lieutenant of the eighth and the ensign of the sixth.

Eighth draft, the captain of the eighth company, the lieutenant of the seventh and the ensign of the fifth.

Non-commissioned officers to take tour of duty with the commissioned officers.

And the field officers of battalions in the city of Philadelphia and in each county of this state shall be divided in like manner, and each class to be considered as a detachment from different corps liable to serve two months and no longer, and to be relieved by the class next in numerical order, the relief to arrive at least two days before the expiration of the term of the class to be relieved, but nothing herein contained shall prevent the supreme executive council from employing or calling out part of any class or any company or companies, battalion or battalions without respect to this rule whenever the exigency is too sudden to allow the assembling of the scattered militia which compose the particular classes and the service of the persons so called out, shall be accounted as part of their tour of duty and the militia in actual service shall receive the same pay and rations as continental troops, their pay to commence two days before marching, and receive pay and rations at the rate of fifteen miles per day on their return home.

(Section XXXI, P. L.) And whereas the militia, when called into actual service, are not entitled to any bounty, such as clothing at the public expense and, therefore, their reward is not equal to that of the regular troops:

[Section XXV.] (Section XXXII, P. L.) Be it therefore en-

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12150   Page 27 of 247

acted by the authority aforesaid, That when the militia, or any detachment thereof, are called out on duty each non-commissioned officer and private shall receive such a sum as, including the continental pay, will amount to the price of common labor for the time of service given, to be drawn from the treasury by the paymasters of the militia from time to time appointed; and the officers, whose duty it may be are hereby required to make out separate pay rolls of the said bounty and that all commissioned officers shall, over and above the pay established from time [to time] by the honorable Congress, receive the same bounty which a private shall receive.

[Section XXVI.] (Section XXXIII, P. L.) And be it further enacted by the authority aforesaid, That at each quarter sessions of the peace of the city and in the several counties throughout the state the price of common labor then current in the said city and counties respectively shall be inquired into and ascertained, and the justices, or a majority of them, attending the said courts are hereby required to fix and determine what is the average price of common labor at that time by the day, which price so determined by the said justices shall be considered as a rate by which all fines shall be determined for neglects or omissions of militia duty during and from that time to the end of the next quarter sessions of the peace, and the said justices are hereby required to make out a certificate of the price so determined for the lieutenants of the said city and counties respectively under their hands and seals.

[Section XXVII.] (Section XXXIV, P. L.) And be it further enacted by the authority aforesaid, That when any class or classes of the militia shall be called to perform any tour of duty, the lieutenant or sub-lieutenants shall cause each and every person so called to be notified of such call at least three days before the time of assembling the said militia by a written or printed notice being delivered to him personally or left at his house or usual place of abode by some officer or other fit person employed for that purpose by the commanding officer of said company, and any person refusing or neglecting to perform such tour of duty shall pay, for each and every day he shall so neglect or refuse the price of one day's labor, and in case

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12151   Page 28 of 247

he shall be possessed of such estate as is hereinafter mentioned, shall pay such additional sum as by this act is further directed.

[Section XXVIII.] (Section XXXV, P. L.) And be it further enacted by the authority aforesaid, That the master or mistress of any apprentice and the father or mother of any minor liable to serve in the militia who shall refuse or neglect to attend as aforesaid, such minor being in the service of his father or mother, master or mistress, they shall be respectively accountable for the fine or fines so incurred by such minor or apprentice.

[Section XXIX.] (Section XXXVI, P. L.) And be it further enacted by the authority aforesaid, That no mariner or seaman shall be subject to the fines and penalties of this act for not performing militia duties if such mariner or seaman is in actual employ by being shipped for a voyage or absent at sea.

[Section XXX.] (Section XXXVII, P. L.) And be it further enacted by the authority aforesaid, That the militia of this state whilst in the actual service of the United States shall be subject to the same rules and regulations as the federal army: Provided, That upon any transgression or offense of a militiaman, whether officer or private, against the rules and regulations of the federal army the cause shall be tried and determined by a court martial of the militia of this state, and that it shall be in the power of the president of the supreme executive council, or in case of his absence, of the commanding officer of the militia to mitigate, suspend or pardon any punishment to which any militiaman may be sentenced by a general court-martial.

[Section XXXI.] (Section XXXVIII, P. L.) And be it further enacted by the authority aforesaid, That if any delinquent shall neglect or refuse to pay the fine for an omission of performing his tour of militia duty, within five days after the appeal [hereinafter mentioned] it shall and may be lawful for the lieutenant or any sub-lieutenant to issue his warrant to the sheriff, or any constable or other fit person that he can procure, to levy the said fine, by distress and sale of the offender's goods and chattels, lands and tenements, together with

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12152   Page 29 of 247

seven and a half per centum and the charges of keeping the
distress, in full for his trouble for levying, selling and collect-
ting; which said distress and sale shall be made according to
the directions of the law for levying and selling goods and
chattels distrained for rent; but if no such goods and chattels,
lands and tenements can be found, then to seize and take
the body of such offender and commit him to the common gaol
or some other place of close confinement for the space of four
months, unless he sooner pays the said fine, and no process
shall issue to stay the execution of such warrant unless in
case of the seizure of real estates.

(Section XXXIX, P. L.) Provided always, That if any person
shall think himself aggrieved in the seizure of his lands and
tenements he may enter an appeal before the justices to the
next court of common pleas for said county, and on the party
giving sufficient security within six days next after any lands
and tenements shall be seized or distrained as aforesaid to
prosecute such appeal with effect, the justices shall receive the
same and stay further process, and the said justices shall re-
turn every such appeal on the first day of the next term, and
the court shall direct a trial by a jury of the country as in
cases of debt, whose verdict shall be final and conclusive; and,
except in extraordinary cases, of which the court shall judge,
all such appeals shall be tried at the term to which such returns
shall be made.

(Section XL, P. L.) Provided also, That in case real estate
be sold as aforesaid, such sale shall be made by the sheriff of
the county, who shall make a sufficient deed for the same and
put the purchaser into possession thereof.

[Section XXXII.] (Section XLI, P. L.) And be it further
enacted by the authority aforesaid, That no militiaman shall
withdraw himself from the company to which he belongs under
the penalty of the value of twenty days' labor, to be sued for
and recovered by the commanding officer of the company from
which he shall so withdraw himself before any justice of the
peace by action of debt: Provided nevertheless, That persons
removing out of the bounds of one battalion or company to
another, shall apply to the commanding officer of the company

to which he did belong who shall give him a discharge, certifying the class to which he belongs, and whether he hath served his tour of duty or not, which certificate the said militiaman shall produce to the captain or commanding officer of the company in whose bounds he next settles within ten days after his settlement under penalty of the value of thirty days' labor to be recovered and applied as aforesaid; and the captain or commanding officer is hereby required to enroll him in the class specified in the said certificate.

[Section XXXIII.] (Section XLII, P. L.) And be it enacted by the authority aforesaid, That in all cases of doubt respecting the age of any person enrolled or intended to be enrolled in the militia, the party questioned shall prove his age to the satisfaction of the officers of the company within the bounds of which he may reside, or a majority of them.

(Section XLIII, P. L.) And whereas it is just and reasonable that those who have considerable property should pay for the protection of that property when they do not give their service in facing danger in the field or bearing any of the necessary fatigues attending a military life; and to compel all persons to give their personal service or some equivalent therefore in some proportion to such property:

[Section XXXIV.] (Section XLIV, P. L.) Be it therefore enacted by the authority aforesaid, That all and every person and persons who are in and by this act required to perform a tour of duty, and have an estate shall pay for neglecting to perform the said tour of duty, in addition to the fine of the price of one day's labor as aforesaid the sum of fifteen shillings in every hundred pounds on all his rateable property and occupation in the manner directed to be ascertained by an act of assembly passed the third day of April, one thousand seven hundred and seventy-nine, entitled "An act to raise the supplies for the year one thousand seven hundred and seventy-nine,"[1] and as may be directed to be taken by every yearly or other state tax in future.

(Section XLV, P. L.) And in order that the lieutenant of each county may have the amount of the whole estate of each person

---

[1] Chapter 840.

11—X

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12154   Page 31 of 247

residing in said county, although the said estate or estates may
be situate in some other county or counties, that he, the said
lieutenant, may be able, where the case requires it, to levy for
the interest on the whole wheresoever lying within this state:

[Section XXXV.] (Section XLVI, P. L.) Be it further en-
acted by the authority aforesaid, That the assessors of each
and every county finding any kind of taxable estate within
said county belonging to persons resident in some other county
within the state shall and are hereby required to make out a
list of the amount of the valuation of such estate or estates,
placing the same opposite the name of such proprietor, and
once in every year send such lists to the lieutenant of the county
where the owner of such estate may reside.

[Section XXXVI.] (Section XLVII, P. L.) And be it further
enacted by the authority aforesaid, That the lieutenant of the
city of Philadelphia and of the several counties of this state
shall have and receive the value of one and an half bushels of
wheat per day, and the sub-lieutenants for the said city and
counties shall have and receive the value of one and a quarter
bushels of wheat per day each, as the same shall be declared
from time to time by the general assembly, for their trouble,
and for every day in which they shall be employed in doing
and performing the respective duties required by this act,
which said sum or sums shall be respectively paid unto them
out of the fines incurred by this act.

[Section XXXVII.] (Section XLVIII, P. L.) And be it fur-
ther enacted by the authority aforesaid, That it shall and may
be lawful for any person called to do a tour of militia duty
to find a sufficient substitute, having been previously classed
at least six months in the company or battalion to which the
person belongs who hires such substitute: Provided always,
That persons serving by substitute as aforesaid, if said substi-
tute shall be called in his own turn into actual service before
the term expires which he was to serve for his employer, that
then the person procuring such substitute shall march in the
said substitute's turn or be liable to pay his fine for neglect,
which fine is to be recovered as other fines for neglect of serv-
ing are by this act directed to be recovered and that sons who

are not subject to the militia law may be admitted as substitutes for their fathers, and that each substitute be approved of by the lieutenant or sub-lieutenant.

[Section XXXVIII.] (Section XLIX, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant or one of the sub-lieutenants shall, within ten and not less than five days after the marching of any part of the militia, call to his assistance two freeholders, one of whom shall be a justice of the peace, to sit at the most convenient place for the inhabitants of their respective districts (notice having been given of such place in the written or printed summons of every militiaman), and shall there hear and determine all appeals that may be made by the persons thinking themselves aggrieved by anything done in pursuance of this act, and they are hereby authorized and required to grant such relief to such appellant as to them shall appear just and reasonable in consideration of such inability of body as in the opinion of the court renders him incapable of performing military duty, and each of the said freeholders, before they shall sit on the said appeal, shall take the following oath or affirmation, viz.: "That he will hear and impartially determine on the cases of appeal that may be laid before him agreeable to law and according to the best of his knowledge," which oath or affirmation the said justice, lieutenant or sub-lieutenant is hereby empowered and required to administer, and the said justice and freeholder shall have and receive from the said lieutenant the value of one bushel of wheat each for every day they sit on the said appeals, and the said lieutenant and justice of the peace shall each keep a separate record of the proceedings of such court of appeals.

[Section XXXIX.] (Section L, P. L.) And be it further enacted by the authority aforesaid, That if any person or persons shall knowingly sell, buy, take or exchange, conceal or otherwise receive any arms, accoutrements, colors or drums belonging to this state or the United States on any account or pretense whatsoever, the person so offending, being convicted thereof before one or more justice or justices of the peace of the city or county where such offense shall be committed, shall forfeit and pay for every such offense treble the value of such arms

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12156   Page 33 of 247

or accoutrements, to be ascertained by the said justice or jus-
tices and levied by distress and sale of the offender's goods
and chattels by the justice or justices before whom such of-
fender shall be convicted, returning the overplus, if any, on
demand, to such offender, and for want of such distress shall
commit such offender to the common gaol of the county, there
to remain without bail or mainprise for any term not exceeding
three months, unless such money shall be sooner paid; and in
every case the proof of the property shall be made by the
possessor of such arms or accoutrements.

[Section XL.] (Section LI, P. L.) And be it further enacted
by the authority aforesaid, That no person, not being a subject
of this state or any of the United States, who already has de-
serted or shall hereafter desert from the enemy in the course
of the present war, shall be enrolled in any company of militia
of this state during the present contest or be subject to any
fine or penalty for not serving as by this act is required of
others.

[Section XLI.] (Section LII, P. L.) And be it enacted by
the authority aforesaid, That no civil process shall be served
on any commissioned, non-commissioned officer or private at
any regimental review or training of any company, or while
going to or returning from the place of such review or training.

[Section XLII.] (Section LIII, P. L.) And be it enacted by
the authority aforesaid, That all moneys passing into the
treasury by virtue of the directions of this act shall be appro-
priated as a fund for the benefit and relief of such officers
and privates of the militia of this state as are or shall be
wounded and disabled in service, and of the widows and child-
ren of such as have or shall fall in battle or otherwise loose
their lives in the service of the state, and shall not be con-
sidered as a revenue for any other purpose than that of sup-
porting the necessary officers for carrying this law into effect,
equipping and furnishing the militia with every necessary ap-
paratus for the defense and security of the state, the surplus,
if any, to be appropriated in such manner and to such uses as
the assembly shall from time to time direct and appoint.

[Section XLIII.] (Section LIV, P. L.) And be it further en-

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12157   Page 34 of 247

acted by the authority aforesaid, That if any commissioned
officer, non-commissioned officer or private militiaman of this
state who has lost or may hereafter lose a limb in any engage-
ment in the service of the state, or in the service of the United
States of America, or be so disabled as to render him incapable
of getting a livelihood, he shall receive during life or the con-
tinuance of such disability a pension adequate to the neces-
sity of such disabled officer or private militiaman by the judg-
ment of the orphans' court of the county where such disabled
officer or private militiaman shall dwell or reside.  And every
officer or private disabled as aforesaid shall, before he be legally
entitled to the pension above mentioned, produce a certificate,
upon oath, from the commanding officer who was in the same
engagement in which he was wounded, or from the officer next
in command, or the surgeon that attended him, and upon such
disabled officer, non-commissioned officer or private militia-
man's producing such certificate as aforesaid to the orphans'
court of the county where such disabled officer, non-commis-
sioned officer or private militiaman shall dwell or reside, the
said court is hereby enjoined and required, if they are satisfied
of the truth thereof, to give every such officer or private an
order on the lieutenant of the said city or county for such
sums of money from time to time as to them shall appear just
and necessary, provided such sums of money do not exceed
the half pay and rations of such officer or private.  And the
said lieutenant is hereby enjoined and required to accept and
pay the said order to such officer or private.  And the said lieu-
tenant shall draw on the state treasurer as often as he shall
have occasion for such sum or sums of money as he shall make
appear to the president and council to be necessary for carrying
this proviso into execution.

[Section XLIV.] (Section LV, P. L.) And be it enacted by
the authority aforesaid, That if any officer, non-commissioned
officer or private militiaman residing in this state, having a
family, has been killed, shall be killed or shall die of his wounds
received in the service of this or the United States, a certificate
from the commanding or other officer next in rank who was in
the same engagement in which he was killed or wounded and

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12158   Page 35 of 247

died of his wounds, being produced to the orphans' court, and
also a certificate from the overseers of the poor and two other
reputable freeholders of the township, borough, ward or dis-
trict where the family of such deceased officer or private militia-
man shall dwell or reside at that time, setting forth the par-
ticular circumstances of such family, the age or ages of the
child or children and the necessity of granting them some
support, the said orphans' court, when possessed of the certifi-
cates aforesaid, is hereby authorized to give orders upon the
lieutenant of the city or county for such sum of money as they
may think just and necessary for the support of such family
from time to time.

(Section LVI, P. L.) Provided always, That the sum of money
aforesaid does not exceed the half pay and rations that such
officer, non-commissioned officer or private was entitled to at
the time of his death.

[Section XLV.] (Section LVII, P. L.) And be it further
enacted by the authority aforesaid, That if any field or other
commissioned officer, at any regimental review or on any other
occasion when the battalion or company to which he may be-
long, or in which he holds a command is paraded in arms, shall
appear, misbehave or demean himself in an unofficerlike
manner, he shall, for such offense, be cashiered or punished
by fine at he discretion of a general court martial as the
case may require in any sum not exceeding the price of six
days' labor; and if any non-commissioned officer or private
shall, on any occasion of parading the company to which he
belongs, appear with his arms and accoutrements in an unfit
condition, or be found drunk or shall disobey orders or use
any reproachful or abusive language to his officers, or any of
them, or shall quarrel himself or promote any quarrel among
his fellow soldiers he shall be disarmed and put under guard by
order of the commanding officer present until the company is
dismissed, and shall be fined in any sum not exceeding the
price of ten days' labor nor less than one day's labor.

[Section XLVI.] (Section LVIII, P. L.) And be it further
enacted by the authority aforesaid, That if the lieutenant-
colonel or commanding officer of any battalion shall neglect

or refuse to give orders for assembling his battalion at the times appointed by this law or at the direction of the lieutenant or sub-lieutenant of the city or any county when the said lieutenant or sub-lieutenant is thereto commanded by the president or vice-president in council, or in case of an invasion of the city or county to which such battalion belongs, he shall be cashiered and punished by fine at the discretion of a general court-martial; and if a commissioned officer of any company shall, on any occasion neglect or refuse to give orders for assembling the company to which he belongs, or any part thereof, at the direction of the lieutenant-colonel or commanding officer of the battalion to which such company belongs he shall be cashiered and punished by fine at the discretion of a regimental court-martial and a non-commissioned officer offending in such case shall be fined in any sum not exceeding the price of ten days' labor.

[Section XLVII.] (Section LIX, P. L.) And be it further enacted by the authority aforesaid, That if any captain or commanding officer of a company shall refuse or neglect to make out a list of the persons noticed to perform any tour of duty and send or convey the same to the lieutenant-colonel or commanding officer of the battalion to which such company may belong for such neglect or refusal he shall be cashiered or fined at the discretion of a regimental court-martial.

[Section XLVIII.] (Section LX, P. L.) And be it further enacted by the authority aforesaid, That the following rules and regulations shall be those by which the militia shall be governed.

1st. Every general court-martial shall consist of thirteen members, all of whom shall be commissioned officers and of such rank as the case may require, and these thirteen shall choose a president out of their number, who shall be a field officer.

2d. Every regimental court-martial shall be composed of five members, all commissioned officers, who are to choose one of their members as president not under the rank of a captain.

3d. In any court-martial not less than two-thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted.

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12160   Page 37 of 247

4th. The president of each and every court-martial, whether general or regimental, shall require all witnesses in order to the trial of offenders to declare on oath or affirmation that the evidence they shall give is the truth, the whole truth and nothing but the truth, and the members of all such courts shall take an oath or affirmation, which the president is required to administer to the other members and the next in rank is required to administer to him that they will give judgment with impartiality.

5th. All members of any militia called as witnesses in any case before a court-martial who shall refuse to attend and give evidence shall be censured or fined at the discretion of the court.

6th. No officer or private man being charged with transgressing these rules shall be suffered to do duty in the battalion, company or troop to which he belongs until he has had his trial by a court-martial, and every person so charged shall be tried as soon as a court-martial can be conveniently assembled.

7th. If any officer or private man shall think himself injured by his lieutenant-colonel or the commanding officer of the battalion and shall, upon due application made to him, be refused redress, he may complain to the lieutenant of the county, who shall summon a general court-martial that justice may [be] done.

8th. If an inferior officer or private man shall think himself injured by his captain or other superior officer in the battalion, troop or company to which he belongs, he may complain to the commanding officer of the battalion who shall summon a regimental court-martial for the doing justice according to the nature of the case.

9th. No penalty shall be inflicted at the discretion of the court-martial other than degrading, cashiering or fining.

10th. The commanding officer of the militia for the time being shall have full power of pardoning or mitigating any censures or penalties ordered to be inflicted on any private or non-commissioned officer for the breach of any of these articles by a general court-martial, and every offender convicted as

aforesaid by any regimental court-martial, may be pardoned, or have the penalty mitigated by the lieutenant-colonel or commanding officer of the battalion, excepting only where such censures or penalties are directed as satisfaction for injuries received by one officer or private man from another, but in case of officers such sentence to be approved by the commander-in-chief or the nearest general officer of the militia, who are respectively empowered to pardon or mitigate such sentence or disapprove the same.

11th. The militia, on the days of exercise, may be detained under arms on duty in the field any time not exceeding six hours, provided they are not kept above three hours under arms at any one time without allowing them a proper time to refresh themselves.

12th. No company or battalion shall meet at a tavern on any of the days of exercise, nor shall march to any tavern before they are discharged; and any person who shall bring any kind of spiritous liquor to such place of training shall forfeit such liquors so brought for the use of the poor belonging to the township where such offender lives.

13th. All fines that shall be incurred by any breach of these rules shall be paid into the hands of the clerk of the company to which the offenders belong, but if a field officer, to the clerk of that company whose captain has the first rank in the battalion, within three weeks after they become due; but in case of neglect or refusal to pay any of the said fines, then in such case, upon application made by the clerk to whom such fine or fines ought to have been paid, it shall and may be lawful for any one justice of the peace of the county, if the fine does not exceed fifty pounds, or two justices if above that sum, by warrant under his or their hands and seals to levy such fine or fines respectively on the offender's goods and chattels, and otherwise proceed in recovering the same as is by law directed, and when recovered the said justice or justices are required to pay such fines into the hands of the clerk who applied for recovery and shall be applied as other fines before directed.

[Section XLIX.] (Section LXI, P. L.) And be it further enacted by the authority aforesaid, That in any case wherein any

person is by this act called to do or perform anything in
execution thereof, or otherwise, and no special recompense is
herein provided for such service, such person shall be satisfied
for the same at the discretion of the lieutenant, taking to his
assistance two sub-lieutenants of the city or county respec-
tively.

[Section L.] (Section LXII, P. L.) And be it further enacted
by the authority aforesaid, That in any case wherein the person
who shall be authorized to collect any fine due by virtue of this
act shall need assistance in levying the same, such collector,
on application to any captain or inferior officer of the militia
of the place where such fine shall be due, shall be assisted
therein by a sufficient party of militia of the neighborhood
ordered on such duty by such captain or other officer, and if
such captain or other officer or any of the party by such cap-
tain or other officer ordered on such duty refuse or neglect
to perform the said duty, such captain or other officer shall
forfeit and pay the sum of fifty pounds, and if any non-com-
missioned officer or private be delinquent therein he shall for-
feit and pay the sum of twenty-five pounds, to be recovered with
costs of suit as demands for fifty pounds are by law recoverable,
to be applied as other fines levied by virtue of this act.

[Section LI.] (Section LXIII, P. L.) And be it further en-
acted by the authority aforesaid, That in case any militiaman
shall desert when he is out on a tour of duty the commanding
officer of the battalion or detachment from which he deserts
shall, as soon as possible, give notice thereof to the lieutenant
of the city or county or sub-lieutenant of the district from which
he came who, if he does not see proper to send him back shall
subject him to the payment of such fine as he would have paid
if he had not gone out on such tour.

[Section LII.] (Section LXIV, P. L.) And be it further en-
acted by the authority aforesaid, That if any suit or suits shall
be brought or commenced against any person or persons for
anything done in pursuance of this act, the action shall be laid
in the county where the causes of such action did arise and
not elsewhere, and the defendant or defendants in such action
or actions to be brought may plead the general issue, and

give this act and the special matter in evidence; and if the jury shall find for the defendants in such action or actions, or if the plaintiff or plaintiffs shall be non-suited or discontinue his or their action or actions after the defendant or defendants shall have appeared, or if upon demurrer judgment shall be given against the plaintiff or plaintiffs the defendant or defendants shall have treble costs and have the like remedy for the same as any defendant or defendants had or have in other cases to recover costs by law.

[Section LIII.] (Section LXV, P. L.) And be it further enacted by the authority aforesaid, That all and every the fines and forfeitures by this act made payable and the mode of recovery not hereinbefore particularly pointed out shall be recovered by the lieutenant of each county and of the city of Philadelphia by summons or warrant and execution from under the hand and seal of a justice of the peace in the neighborhood where the person charged resides, directed to any constable of the city or county, requiring him to levy the same on the goods and chattels of the delinquent, and the same cause to be appraised by two freeholders, and after being publicly advertised seven days make sale thereof, and after payment of the fine or forfeiture to the lieutenant, together with costs and charges, pay the overplus, if any, to the owner, and if goods and chattels sufficient to discharge the same cannot be found, that then the justice granting such precept shall certify the proceedings had thereon to the prothonotary of the county court of common pleas, who is thereupon required to issue a fieri facias directed to the sheriff of said county for levying the fines and forfeitures aforesaid, together with the costs on the lands or tenements of such delinquent.

[Section LIV.] (Section LXVI, P. L.) Provided always, and be it enacted by the authority aforesaid, That if any person or persons shall think him or themselves aggrieved by the judgment of the justice aforesaid in any suit of fifty pounds or upwards, he or they may appeal before the justice aforesaid, and on the party's giving security within six days next after any such judgment to prosecute such appeal in the court of

common pleas of the county with effect, the justice shall receive the same and stay further process, and the said justice shall return every such appeal on the first day of the next term, and the court shall direct a trial by jury, as in other cases of debt, whose verdict shall be final and conclusive; and all such appeals shall be tried at the term to which such returns shall be made, any law, custom or usage to the contrary notwithstanding.

[Section LV.] (Section LXVII, P. L.) And be it further enacted and declared, That the act entitled "An act to regulate the militia of the commonwealth of Pennsylvania," [1] passed on the seventeenth day of March, Anno Domini one thousand seven hundred and seventy-seven; also, the supplement to the said act passed the nineteenth day of June, Anno Domini one thousand seven hundred and seventy-seven; [2] also, a further supplement to the said act passed on the thirtieth day of December, Anno Domini one thousand seven hundred and seventy-three; [3] also, a further supplement to the said act passed on the fifth day of April, Anno Domini one thousand seven hundred and seventy-nine; [4] also, such parts of an act, entitled "An act to empower the supreme executive council and justices of the supreme court to apprehend suspected persons and to increase the fine to which persons are liable for neglecting to do their tour of militia duty," [5] as relates to the fining the militia for not performing a tour of duty and the pay of the lieutenants are hereby repealed and made void.

[Section LVI.] (Section LXVIII, P. L.) Provided always, That nothing in this act contained shall be deemed to repeal, alter or dispense with the powers, authorities or duties of th present lieutenants and sub-lieutenants of the city and counties aforesaid, or of any other officer or person under the militia laws that have been in force in this state immediately before the passing of this act until their respective offices are supplied and filled by new appointments in virtue of this act which

---

1 Chapter 750.
2 Chapter 760.
3 Chapter 781.
4 Chapter 843.
5 Chapter 865.

said present lieutenants and sub-lieutenants or other proper officers are hereby authorized required and enjoined to collect or cause to be collected all [such] fines and forfeitures as have been or shall be incurred during the continuance of their respective commissions and pay in the same agreeable to this law, or the late laws aforesaid on or before the first day of July next. But in case the president or vice-president and council shall approve of the discontinuing to act or resignation of the said present lieutenants and sub-lieutenants or any of them and not otherwise it shall be lawful for such officer and he is hereby required to deliver to his successor in office an account on oath of all the moneys uncollected and outstanding on account of fines and forfeitures aforesaid, who is in such case empowered and required to collect the same.

Passed March 20, 1780. See the Acts of Assembly passed May 26, 1780, Chapter 908; September 22, 1780, Chapter 916; March 21, 1783, Chapter 1022; September 22, 1783, Chapter 1038; December 9, 1783, Chapter 1061; September 29, 1787, Chapter 1319; March 22, 1788, Chapter 1339; November 19, 1788, Chapter 1383; March 27, 1789; Chapter 1416; March 3, 1790, Chapter 1483; March 27, 1790, Chapter 1493; April 5, 1790, Chapter 1513 (repealed by the Act of Assembly passed) April 11, 1793, Chapter 1696. Recorded L. B. No. 1, p. 374, &c.

---

## CHAPTER CMIII.

AN ACT TO DISCONTINUE A ROAD CALLED PALMER'S LANE IN THE TOWNSHIP OF THE NORTHERN LIBERTIES IN THE COUNTY OF PHILADELPHIA AND NEAR TO THE LOWER FALLS OF SCHUYLKILL.

(Section I, P. L.) Whereas it has been represented to us on the petition of John Redman of the city of Philadelphia, practitioner in physic, and Nathaniel Falconer, of the same place, mariner, that in the year one thousand seven hundred and twenty-three, four, a road was laid out from the market place in Germantown, in the county of Philadelphia, to Robert Roberts' ferry, on the river Schuylkill, which entered the lands then owned by William Palmer, and since by the said John Redman and Nathaniel Falconer, at the northwest end of the same, and

# EXHIBIT 174

Sect. 6. *And be it enacted*, That every company shall be duly exercised and instructed in the months of April and September annually, at such time and place as the captain or commanding officer shall direct, he giving notice thereof by advertisement at three of the most public places in his district, at least five days before the day of muster; and every regiment shall be reviewed on the first Wednesday in June and the second Wednesday in October in every year, and be properly trained and disciplined at such place as the colonel or commanding officer shall direct, and at such other times and places as the president or commander in chief shall think necessary, and shall order.

*Militia how often to be exercised.*

Sect. 7. *And be it enacted*, That every person between the ages of eighteen and fifty, or who may hereafter attain to the age of eighteen years, except as before excepted, whose public taxes may amount to twenty shillings a year, shall at his own expence, provide himself; and every apprentice, or other person of the age of eighteen and under twenty-one years, who hath an estate of the value of eighty pounds, or whose parent shall pay six pounds annually towards the public taxes, shall by his parent or guardian respectively be provided with a musket or firelock, with a bayonet, a cartouch box to contain twenty three cartridges, a priming wire, a brush and fix flints, all in good order, on or before the first day of April next, under the penalty of forty shillings, and shall keep the same by him at all times, ready and fit for service, under the penalty of two shillings and fix pence for each neglect or default thereof on every muster day, to be paid by such person if of full age, or by the parent or guardian of such as are under twenty-one years, the same arms and accoutrements to be charged by the guardian to his ward, and allowed at settling the accounts of his guardianship.

*What persons shall provide arms, &c.*

*Penalty for neglecting to keep them in repair.*

Sect. 8. *And be it enacted*, That every male white person within this state, between the ages of eighteen and fifty, or who shall hereafter attain to the age of eighteen years, except as before excepted, shall attend at the times and places appointed in pursuance of this act for the appearance of the company or regiment to which he belongs, and if any non-commissioned officer or private, so as aforesaid required to be armed and accoutred with his firelock and accoutrements aforesaid in good order, or if any male white person between the ages aforesaid although not required to be so armed and accoutred, shall neglect or refuse to appear on the parade and answer to his name when the roll is called over, which the commanding officer is hereby directed to cause to be done at the distance of one hour after the time appointed for meeting, not having a reasonable excuse, to be adjudged of by a court-martial to be appointed by the commanding officer of the company, which shall consist of a subaltern and four privates, the subaltern to be president thereof, every such person shall forfeit and pay the sum of four shillings for every such neglect or refusal; and if the said court-martial shall adjudge, that such person had not a reasonable excuse for such neglect or refusal, the justice to whom the captain or commanding officer of the company shall make return of the proceedings of such court martial shall enter judgment and issue execution thereupon, unless it shall appear to him, that the defendant was fick, or out of the county on some necessary business, and had not an opportunity of being heard before the court-martial.

*Penalty on privates for non-attendance, &c.*

*How to be adjudged.*

Sect. 9. *And be it enacted*, That every person required to attend as aforesaid at the time and place of exercise in company, or in regiment, who shall then and there appear, and shall neglect or refuse to answer to his name when the roll is called over, or to obey the lawful commands of his commanding officer or to perform his exercise with the care and attention requisite

*For neglect of duty, the penalty.*

D                                                    site


Digitized by Google

Original from
UNIVERSITY OF MINNESOTA

# EXHIBIT 175

458                    DIGEST OF THE

A. D. 1792.   *An Act to revise and amend the militia law of this State, and to adapt*
No. 468.        *the same to the act of the congress of the United States, passed the*
               *eighth day of May, one thousand seven hundred and ninety-two,*
               *entitled " An act more effectually to provide for the national*
               *defence by establishing an uniform militia throughout the United*
               *States."*

in conformity    I. **B**E *it enacted by the senate and house of representatives of the State of Georgia, in*
to act of con-      *general assembly met,* That in order to comply as nearly as may be convenient
grefs, the mili-
tia laid off into   with the act of congress of the United States, passed at Philadelphia, on the eighth
divifions, &c.      day of May, in the year of our Lord, one thousand seven hundred and ninety-two,
                 entitled " An act more effectually to provide for the national defence, by establish-
                 ing an uniform militia throughout the United States ;"—the militia of this State shall
                 be laid off and apportioned into divisions, brigades, regiments, battalions and compa-
                 nies, in the manner herein after particularly expressed.

Brigades and di-   II. *And be it further enacted,* That the counties of Camden, Glynn, Liberty and
vifions defined.
                 Chatham* shall compose a brigade, to be known as the first brigade of the first di-
                 vision ; and the counties of Effingham and Burke† as the second brigade of the said
                 division ; and the said two several brigades shall compose the first division of the
                 militia of this State ; and the counties of Richmond and Columbia shall compose a
                 brigade, to be known as the first brigade of the second division ; and the counties of
                 Washington and Greene as the second brigade of the said division ; and the said two
                 several brigades shall compose the second division of the said militia ; and the county
                 of Wilkes‡ shall compose a brigade, to be known as the first brigade of the third
                 division ; and the counties of Franklin and Elbert§ as the second brigade of the third
                 division, and the said two several brigades shall compose the third division of the said
                 militia.

A major general    III. *And be it further enacted,* That each division of the said militia shall be under
to command
each divifion.      the direction of, and be commanded by a major general, and each brigade shall be
A brigadier ge-     under the direction of, and be commanded by a brigadier general ; and there likewise
neral, each bri-
gade.               shall be appointed an adjutant general, to have the rank of lieutenant-colonel : All
Adjutant gene-      which said officers shall be appointed and commissioned by the commander in chief of
ral, rank of
lieut. col.         this State, under the regulations and restrictions herein after pointed out.

Brigades to be     IV. *And be it further enacted,* That within two months after the passing of this act
fubdivided in
regiments, bat-     the said several brigades shall be sub-divided into regiments, battalions and companies
talions and com-    as nearly as may be, in conformity to the aforementioned act of the congress of the
panies.
Provifo.            United States, by the executive department of this State.   *Provided,* That the respec-
                 tive counties be kept distinct from, and unblended with any other county in such
                 sub-division, unless alterations in such counties should hereafter by law take place.

                                                                                V.

        * Effingham, M'Intosh, and Bryan, added.
        † Montgomery, Scriven, Bullock, and Jefferson, added.   } See acts of 1795, No. 534, and 1796, No. 562.
        ‡ Warren and Lincoln, added.
        § Oglethorpe and Jackson, added.

## LAWS OF GEORGIA.

V. *And be it further enacted,* That the officers of companies shall be nominated by election of the citizens liable to bear arms in each company district, and be appointed agreeably to the constitution by the governor of this State, under the following rules and restrictions, that is to say, the free white inhabitants so liable to do militia duty shall, within ten days after such company district shall have been defined by the executive, assemble at a place to be appointed therein by any two or more magistrates within such company district, or if there should not be two residing magistrates within such district, by any two or more magistrates of the county such company may be in, ten days public notice being first given by such magistrates of such meeting and the intention thereof; and the free white inhabitants liable to do duty therein, and so convened, shall proceed to nominate, by ballot, one fit and proper person to fill each respective commission of captain, lieutenant and ensign of such company; the election so held, and the names of the persons so nominated for each commission as aforesaid, shall be certified* under the hands and seals of the said magistrates, and be by them sent, within fifteen days so certified, to his excellency the governor, who shall within five days after the receipt thereof, appoint and commission the persons so nominated for the respective commissions of captain, lieutenant or ensign, as the case may be, and in case of the neglect or refusal of the inhabitants of any company district to meet, and by ballot to nominate the persons aforesaid within the time herein before pointed out for such meeting; the executive department shall proceed to appoint the officers of such company district without any such nomination.

VI. *And be it further enacted,* That the captains and subalterns of companies so nominated and appointed shall, within twenty days after the notification of their appointments by his excellency the governor has taken place, meet and assemble at some convenient place within the battalion or regimental district, as the case may be, to which such officers belong, under the direction of any two or more of the captains so appointed, not being candidates, ten days notice being given of the meeting and its intention by them; and when so met, the said officers shall proceed to nominate, by ballot, one fit and proper person for each commission of lieutenant colonel of the regiment or major commandant of the battalion, as the case may be. *Provided,* That where the lieutenant colonel, when appointed, will command a regiment, consisting of two battalions, the officers of companies of both battalions shall assemble together in like manner at a convenient place for each battalion, under the direction of two or more captains, one of which at least belonging to each respective battalion; and the captains so assembling, the said officers shall, within ten days after such nomination, certify the same, and the names of the persons so nominated, and send such certificate to the executive department, which shall within five days thereafter, appoint and commission the persons so nominated to fill such appointments of lieutenant colonel or major, as the case may be.

VII. *And be it also enacted,* That where a country will not permit its being formed into two battalions, the same shall compose a regiment to be commanded by a lieutenant colonel commandant.†

VIII.

A. D. 1792.
No. 468.
Company officers, how appointed.

Lieut. cols and majors to be appointed by the company officers.

Proviso.

Counties not containing two battalions, how to be commanded.

* See act of 1793, No. 494, sect. 8, pointing out the manner of certifying and returning such elections.
† To be commanded by a major if a county has not more than 4 companies.  See act of 1795, No. 534.

A. D. 1792.
No. 468.
Officers, how to
take rank.

VIII. *And be it further enacted,* That where any officer now in commiſſion ſhall be nominated and appointed to fill the ſame commiſſion he before held, he ſhall take rank† from the date of the commiſſion he ſo before held, any thing herein contained to the contrary notwithſtanding, and the officers in commiſſion at the time of paſſing this act ſhall continue to act until the nomination or appointment of ſome other perſon to fill the ſame.

Enrolments, how
to be made.
Perſons liable to
duty.

IX. *And be it enacted,* That the commanding officer of each company of militia ſhall enroll the names of all the male inhabitants (ſlaves excepted) above the age of eighteen and under the age of forty-five years, who ſhall have reſided therein for the ſpace of ten days, and ſhall cauſe the perſons ſo enroled to be ſummoned and duly noticed by a proper non-commiſſioned officer, to appear at ſuch times and places as he ſhall appoint for company muſters ; and the perſons ſo enrolled, ſhall be from thenceforth deemed and held to belong to ſuch company, and liable to appear at all its muſters, whether battalion or company, and on all other neceſſary occaſions, and to perform the whole duty of a militia man without any further notice whatſoever.

Accoutrements.

X. *And be it further enacted,* That every perſon ſo enrolled ſhall provide himſelf, agreeably to the act of congreſs, with a muſket or firelock, a ſufficient bayonet and belt, two ſpare flints, and a knapſack, a pouch with a box therein, to contain not leſs than twenty-four cartridges, ſuited to the bore of his muſket or firelock, each cartridge to contain a proper quantity of powder and ball; or with a good rifle, knapſack, ſhot pouch and powder horn, twenty balls ſuited to the bore of his rifle, and a quarter of a pound of powder, and ſhall appear ſo armed, accoutred and provided, when called out to exerciſe or into ſervice ; except that when called out to exerciſe only on company days, he may appear without a knapſack. And if any perſon ſo enrolled ſhall neglect to provide himſelf, or ſhall appear at muſters not properly accoutred as before expreſſed, or ſhall neglect or refuſe to appear at ſuch battalion or company muſters, or on any other neceſſary occaſion, at any time within nine months after the paſſing of this act, ſhall be fined in a ſum not exceeding two dollars for every ſuch offence ; and for every ſuch neglect after that time, the ſum not exceeding ſix dollars if a battalion muſter, and four dollars if a company muſter.

Fines of privates
for deficiencies
and non-attend-
ance.

Field and com-
pany officers
uniform, ſubject
to fine for defi-
ciencies & non-
attendance.

XI. *And be it further enacted,* That every commiſſioned officer of the rank of captain and under, ſhall provide himſelf with a ſword or hanger, an eſpontoon, and a complete ſuit of uniform, to be determined on by the officer commanding the brigade he belongs to, and in caſe of any ſuch officer appearing at muſters, or on other neceſſary occaſions, not ſo provided, at any time within nine months after his appointment, every ſuch officer ſo offending, or who ſhall neglect or refuſe to appear at ſuch muſters ſhall be fined, if a captain, in a ſum not exceeding thirty dollars ; if a lieutenant, not exceeding twenty dollars ; and if an enſign, not exceeding fifteen dollars. And every general and field officer ſhall in like manner appear, when on duty, in a complete uniform, and armed with a ſword or hanger ;—the uniform of the general officers to be determined by the commander in chief, and the uniform of

† See act of 1793, No. 494, ſect. 6, reſpecting the rank of lieutenant-colonels.

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12172   Page 49 of 247

of the field officers, by the officer commanding the brigade; and in cafe of their *A. D. 1792.* appearing at mufter, or on other neceffary occafions, not fo provided, every fuch *No. 468.* officer fhall forfeit and pay, if a major-general, a fum not exceeding two hundred and fifty dollars; if a brigadier, a fum not exceeding two hundred dollars; and if a field officer, a fum not exceeding one hundred dollars.

XII. *And be it further enacted,* That the faid militia fhall exercife in battalion Battalion or re- twice in each year; and in companies four times in every year; and in cafe of neg- gimental muf- lect thereof, if a battalion or regimental mufter, the commanding officer of fuch ters. regiment or battalion fhall be fined in a fum not exceeding one hundred dollars, to be impofed by a court martial, to be ordered by the officer commanding the brigade; and if a company mufter, the officer commanding and fo neglecting fhall be fined for every fuch neglect in a fum not exceeding thirty dollars, to be impofed by a court martial, to be ordered by the officer commanding the regiment or battalion to which fuch company fhall belong, and due notice fhall be given of fuch regimental, battalion or company mufters, by the officers commanding the fame.

XIII. *And be it further enacted,* That every officer commanding a company fhall, Company muf- on the days appointed to exercife his men by company, have the fame formed under ters. arms by eleven o'clock in the forenoon, by which hour every perfon liable to militia duty in fuch company fhall attend, and the faid officer fhall then have his roll called over, and mark all defaulters, and fhall proceed to inftruct and exercife his men in the evolutions and manual exercife pointed out and required by the before mentioned act of congrefs, and in cafe of neglect of fuch inftructing and exercifing, the officer fo commanding fhall be liable to a penalty not exceeding thirty dollars for every fuch neglect.

XIV. *And be it further enacted,* That if any perfon liable to bear arms, at any Officers and pri- exercife or training, hereby appointed, fhall behave in a contemptuous or unfoldier- vates to be fined like manner, at either battalion or company mufters whilft under arms, or fhall infult or cafhiered by or threaten his field, company or other officer commanding, after his difcharge, for court martial, or on account of fuch officer's performing the duty hereby required of him whilft or difobedience fuch perfon was under arms, every fuch perfon fhall for every fuch offence forfeit and of orders. pay a fum not exceeding four dollars: And if fuch offender fhall be a commiffioned officer, and fhall be guilty of contemptuous or unfoldierlike behavior whilft on duty, or fhall, after his difcharge from fuch duty, threaten or infult his fuperior officer for or on account of the duty required of fuch officer by this act, every fuch commiffioned officer fo offending fhall for every fuch offence forfeit and pay a fum not exceeding twenty dollars or be cafhiered, at the option of a court martial.

XV. *And be it further enacted,* That any perfon interrupting the military exercifes Perfons inter- required by this act, may be committed by the officer commanding the body of militia rupting military fo interrupted, to the neareft common gaol, for a fpace of time not exceeding five committed to days for every fuch offence. gaol.

XVI. *And be it further enacted,* That every mafter or other perfon who hath the Mafters of in- command, government or power over any indented man fervant, liable to do militia dented fervants duty by this act, fhall, at his or her own proper cofts and charge furnifh and provide &c. and fubject every to fine for neg- lect.

462                         DIGEST OF THE

A. D. 1792.
No. 468.
every fuch indented man fervant during his fervitude, with the arms, ammunition and accoutrements directed by this act, and every fuch mafter or other perfon fhall fend fuch indented fervant completely armed and furnifhed as is herein required, to all battalion, regimental or company mufters, and on all other neceffary occafions, which fuch indented fervant would have been liable to attend were he not a bondfman; and in cafe fuch indented fervant fhall not appear thereat, or on appearance fhall be defective in arms or accoutrements hereby required, fuch mafter or other perfon fhall be liable to all the fines, penalties and forfeitures impofed in like cafes on other perfons liable to bear arms by this act.

Fines and for-
feitures, how to
be impofed by
courts martial.
XVII. *And be it further enacted,* That the feveral fines, penalties and forfeitures to be inflicted by this act on perfons liable to attend at company mufters, may be impofed by a court confifting of a majority of the commiffioned officers of fuch company; or in cafe of vacancies of two commiffioned officers of the regiment or battalion fuch companies belong to. *Provided,* one of the faid officers be an officer of fuch company. And the feveral fines, penalties and forfeitures to be inflicted on perfons liable to attend battalion or regimental mufters, fhall be impofed by a court, to confift of at leaft feven commiffioned officers of fuch battalion or regiment; and it is hereby made the duty of the officers appointed members of fuch courts martial, on being duly notified thereof, to attend the fame; and in cafe of neglect or refufal of any fuch commiffioned officer to attend, he fhall be liable to the penalties herein pointed out for non-appearance at regimental or battalion orders; and ten days notice at leaft, in writing, fhall be given defaulters and offenders to be tried at fuch company, battalion or regimental courts martial, under the hand of the commanding officer of the company fuch offender or defaulter belongs to, who fhall be ferved with the fame perfonally, or be otherwife notified by a non-commiffioned officer thereof, by fuch non-commiffioned officer's leaving the fame at fuch defaulter's or offender's ufual place of abode, and proof of fuch fervice fhall be made to fuch court, on oath, previous to its proceeding to the trial of fuch offender or defaulter.

Warrants there-
for, how to be
drawn & ferved
XVIII. *And be it further enacted,* That all warrants for fines, penalties or forfeitures inflicted by this act fhall, if in confequence of the fentence of a company court martial, be under the hand and feal of the commanding officer of the company; and if in confequence of the fentence of a regimental or battalion court martial, under the hand and feal of the commanding officer of fuch regiment or battalion; and every fuch warrant fhall clearly exprefs the offence, and recite the fentence of the court, and fhall be directed to, and executed by a ferjeant of the company the offender belongs to, or be directed to, and executed by any lawful conftable of fuch diftrict; and fuch non-commiffioned officer or conftable fhall make return of fuch warrant within thirty days after his receiving the fame; and if on fuch return it fhall happen that fuch offender or defaulter has not wherewithal to be levied to fatisfy the forfeiture or fine impofed by fuch court, it fhall be the duty of fuch officer commanding, to renew the warrant, and thereby to commit the offender or defaulter to the common gaol of the county, or the neareft gaol thereto, if there fhall be no fuch county gaol, for the fpace of one day for each dollar contained in
                                                                    fuch

LAWS OF GEORGIA.

fuch fine or forfeiture; and it is hereby made the duty of the keeper of fuch gaol to receive fuch offender or defaulter, and to keep him in clofe cuftody for the term in fuch warrant expreffed, without bail or mainprize, and until fuch offender or defaulter fhall have fatisfied fuch keeper for his fees on fuch confinement. *Provided*, That no gaoler fhall detain fuch perfon or perfons more than three days for his fees: *And provided*, That where this act admits of perfons being committed to gaol in the firft inftance, no return or renewal of fuch warrant fhall be neceffary.

XIX. *And be it further enacted*, That the non-commiffioned officers of the refpective companies fhall be appointed in the following manner, that is to fay, the names of all perfons liable to bear arms in each company diftrict fhall be placed in a box to be kept in the cuftody of the commanding officer of fuch company and have two partitions, to be known by the numbers one and two, and the names in the firft inftance fhall be put in the petition number one, and within one month after the refpective companies fhall be organized, it fhall be the duty of the commiffioned officers thereof to affemble and draw from the faid partition number one, the names of eight perfons which fhall be thrown into the partition number two, and the eight perfons fo drawn fhall be the non-commiffioned officers of the company and are hereby declared liable to execute and perform all the duties of fuch ftation, and they fhall ferve as fuch for the fpace of twelve months, and fhall not be liable to ferve again in that capacity until all the names fhall be drawn from the partition number one; and in cafe of refufal to act in fuch appointment, or to procure fome fit and proper perfon, to be approved of by the officer commanding the company, to do the duty of a non-commiffioned officer in his ftead, fuch perfon fo drawn and refufing to act or to procure fuch fit and proper perfon, fhall forfeit and pay the fum of ten dollars, to be recovered by warrant of the officer commanding the company fuch perfon fhall belong to, and the faid commiffioned officers fhall proceed to draw another perfon to fill the office of fuch perfon fo refufing until the number of non-commiffioned officers fhall be completed; and the four firft perfons fo drawn as aforefaid, fhall be the ferjeants, and the laft four fo drawn, the corporals of fuch company. *Provided neverthelefs*, That if fit and proper perfons for non-commiffioned officers fhould be procured by the commiffioned officers of fuch company, the mode of drawing in this claufe contained may be difpenfed with; but after fuch fit and proper perfons have accepted fuch offices, they fhall be liable to ferve in fuch ftation, at leaft for the term of twelve months as is herein before expreffed for perfons drawn to ferve in the fame; and in confideration of the duties in this act affigned to them, one half of the fines of fuch company fhall be fet apart as a fund for defraying the expence of executing fuch duty, and be divided to and among fuch non-commiffioned officers; but if any non-commiffioned officer after accepting fuch office, fhall neglect or refufe to do the duty required by this act, he fhall for every fuch offence, forfeit and pay a fum not exceeding five dollars.

XX. *And be it further enacted*, That it fhall be the particular duty of the officers commanding companies, to pay a due attention that the law for eftablifhing and regulating patrols in force in this State, paffed the eighteenth day of November, in the year.

A. D. 1792. No. 468.

Non-commiffioned officers, in what manner to be appointed—to act twelve months.

Subject to fine in cafe of refufal to act.

Provifo.

The patrol law, how to be enforced by the militia.

464                    DIGEST OF THE

A. D. 1792.
No. 468.

year of our Lord, one thousand seven hundred and sixty five, under the then province of Georgia, be strictly executed, and in case of neglect or default of such execution, every officer commanding the company defaulting, and not punishing the defaulters agreeable to the said act, shall be subject to a fine not exceeding fifty dollars or be cashiered, at the option of a court martial.

*Returns, to whom and when to be made.*

XXI. *And be it further enacted,* That the officers commanding regiments or battalions, shall once in every year, make proper and complete returns of their regiment or battalion as the case may be, to the officer commanding the brigade to which they respectively belong, and the officers commanding brigades, shall in like manner, make proper and complete returns of their brigades, to the officers commanding the division

*Orders how to be distributed by the officers.*

to which they respectively belong, and the officers commanding divisions, shall receive and distribute all such orders to the brigades of their divisions as may from time to time be issued from the commander in chief, or by his direction, from the adjutant general; and the officers commanding brigades, shall in like manner, receive and distribute to and among the respective regiments and battalions of their respective brigades, all such orders as may from time to time be issued to them by the officers commanding divisions, by the commander in chief, or from his directions by the adjutant general, and the officers commanding regiments or battalions shall cause to be distributed to, and executed by the respective companies under their command all such orders as they may from time to time receive from officers commanding divisions

*Subject to fine or may be cashiered, at discretion of court martial.*

and brigades, or from the commander in chief, or the adjutant general; and in case of neglect or refusal to perform such duty, every officer so offending shall, if a major general, be fined in a sum not exceeding five hundred dollars, if a brigadier, in a sum not exceeding three hundred dollars, and if a field officer, in a sum not exceeding two hundred dollars or be cashiered at the option of a court martial to be ordered, if on a major general by the commander in chief, if on a brigadier by the officer commanding the division, and if a field officer by the officer commanding the brigade. *Provided,* That nothing in this clause contained, shall be construed to debar the commander in chief from arresting and ordering courts martial for the trial of any officer of the militia of this State, or to debar any officer commanding a division, brigade, regiment or battalion from arresting and ordering courts martial for the trial of any officer belonging to his division, brigade, regiment or battalion.

*Courts martial for the trial of officers, how constituted.*

XXII. *And be it further enacted,* That a court* martial for the trial of a major-general shall consist of at least one major-general, three brigadier generals and five field officers; and for the trial of a brigadier general the court shall consist of at least two brigadier generals and seven field officers; and for the trial of a field officer it shall consist of at least one brigadier, three field officers, and five captains, or of four field officers, and five captains; and a court martial for the trial of a captain or subaltern shall consist of at least seven commissioned officers, the president

*Their sentence subject to the pleasure of the commander in chief.*

thereof to be of superior rank to the officer tried; and every sentence of a court martial, where the officer shall be cashiered, shall be transmitted by the president of the court through the adjutant-general to the commander in chief, who may approve of, mitigate the sentence or pardon the offender as he may see fit: and in case of sentences

tences

* See act of 1793, No. 494, sect. 3, prescribing the manner of appointing courts martial.

LAWS OF GEORGIA. 465

tences merely pecuniary, the officer ordering the court may approve, disapprove or mitigate the fame.

XXIII. *And be it further enacted,* That from and after the organization of the militia as before pointed out, whenever any vacancy shall happen in any captain's district, battalion, regiment, brigade or division, by death, resignation or otherwise, the vacancies shall be filled up by nominating a person or persons to fill such vacancy or vacancies in the same manner as before pointed out by this act.

*Vacancies, how to be filled.*

XXIV. *And be it further enacted,* That his excellency the governor be, and he is hereby empowered to assemble and embody such part of the militia of the State as he may from time to time think necessary, to repel any invasion, insurrection or rebellion which may happen within the same, and to order such officers to command the said militia as he shall see fit. *Provided,* That the officers of one company shall not be placed to command another company, unless where the death, resignation or inability of such officer shall make it necessary. *And provided,* That nothing in this clause contained shall prevent part of such company from being detached, or piquet or otherwise under any officer.

*The governor may embody the militia.*

XXV. *And be it further enacted,* That where volunteer corps of artillery, horse or infantry shall be formed in pursuance of the aforementioned act of congress; the volunteers composing the same shall not be permitted to leave such corps until he or they shall have given two weeks notice of such intention, and shall have produced a certificate from under the hand of the commanding officer of the company district he belongs to, that his name is enrolled therein; and until the expiration of such notice such person shall be liable to continue to do duty in such volunteer corps; and in case of removal of residence of any person liable to do militia duty from one district to another, five days notice shall be given to the officer of the company such person intends to remove from, and shall produce a certificate from the officer of the company he intends to remove to, that his name is therein enrolled, and until such notice and certificate, such person shall be liable to do militia duty in such company from which he so intends to remove.

*Members of volunteer corps of artillery, horse & infantry, not to leave the same without notice and certificate.*

*Militia men not to remove out of any district without notice and like certificate.*

XXVI. *And be it further enacted,* That any officer acting in an infamous or scandalous manner unbecoming the officer, and which is likely to bring the militia service into disrepute, may be arrested by order of the commander in chief, or the commanding officer of a division or brigade, on sufficient grounds appearing to them of such conduct, and on conviction thereof by a court martial, such officer may be cashiered: And all disorders and neglects whilst on duty, or under orders which officers or privates may be guilty of to the prejudice of good order and discipline, though not herein particularly provided for, may be noticed by a general, regimental or battalion court martial, and be punished by fine or forfeiture, not exceeding the penalties herein apportioned for other offences according to the rank of the offender.

*All improper conduct of officers, disorders and neglect of duty, to be noticed by courts martial.*

XXVII. *And be it further enacted,* That all fines* and forfeitures accruing by virtue of this act shall, if arising from default at regimental or battalion musters, be paid into the hands of the major of such regiment or battalion for the express purpose of

*Fines and forfeitures, how applied.*

N n n

procuring;

* See act of 1793, No. 494, sect. 2, respecting other fines.

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12177   Page 54 of 247

A. D. 1792.
No. 448.

procuring regimental and company colours : and all fines and forfeitures arifing from defaults at company mufters (except as herein excepted) fhall be lodged in the hands of the captain thereof, to be applied in the purchafe of drums and fifes ; and fuch captain, after fuch purpofe is attained, fhall yearly account with, and pay to the major of fuch regiment or battalion, the overplus of fuch fines and forfeitures, who fhall, after the expence of colours is deducted therefrom, pay the overplus of fuch regimental, battalion or company forfeitures into the public treafury, where all fines on general officers fhall alfo be paid.

Commanding officers of regiments have the fole appointment of the regimental ftaff.

XXVIII. *And be it further enacted*, That the commanding officer of regiments fhall have the fole appointment of the regimental ftaff as pointed out by the aforefaid act of congrefs, and that for the better underftanding of this law as it has reference to the faid act, the executive be empowered to direct a fufficient number of copies of that act to be ftruck off with this law, to be diftributed one to each company of mi-

The militia laws to be publicly read to companies, regiments or battalions.

litia within this State, and one to each field and general officer within the fame : And it is declared to be the duty of each company officer to have the faid act, together with this law, publicly read over at leaft twice in each year to his company whilft un-der arms ; and it fhall be the duty of the field officers to have the fame once in every year, read to the refpective regiments or battalions whilft under arms, to which they may refpectively belong : And the executive department is alfo further empowered and required to have a like number of copies of the rules and articles of war, in force with the troops of the United States, to be diftributed in like manner, that the militia be not ignorant thereof when called into actual fervice.

Major generals, brigadiers and adjutant general, how ap-pointed.

XXIX. *And be it further enacted*, That the major generals, brigadier generals, and adjutant general created by this act, fhall be nominated in the following manner : The fenate and houfe of representatives fhall concur in the nomination of one perfon as major general for the firft divifion ; one other perfon as major general for the fecond divifion ; and one other perfon for the major general for the third divifion of the militia of this State ; and fhall alfo concur in the nomination of one other perfon for the brigadier general of the firft brigade of the firft divifion ; one other perfon for the brigadier general for the fecond brigade of the faid divifion ; one other perfon for the brigadier general of the firft brigade of the fecond divifion ; one other perfon for the brigadier general for the fecond brigade of the faid laft mentioned divifion ; one other perfon for the brigadier general for the firft brigade of the third divifion ; and one other perfon as a brigadier general for the fecond brigade for the third and laft divifion ; and fhall alfo concur in the nomination of one other fit and proper perfon as adjutant general ; and a lift of the names of fuch perfons as fhall be nominated as aforefaid, fhall be figned by the prefident of the fenate and fpeaker of the houfe of representatives, and tranfmitted to the governor within two days after fuch nomina-tion, for the purpofe of appointing and commiffioning each and every of fuch nomi-nated perfons within ten days after he fhall receive fuch lifts of names as aforefaid.

Vacancies by re-moval.

XXX. *And be it further enacted*, That in cafe any officer fhall remove out of the diftrict, battalion or regiment for which he fhall be appointed, then and in that cafe his commiffion fhall be void ; and all officers of divifions, brigades, regiments, bat-talions and companies fhall be refidents of the divifions, brigades, regiments, battalions and companies to which they feverally belong.                                    XXXI.

## LAWS OF GEORGIA.

XXXI. *And be it further enacted,* That the people called quakers, on producing a certificate from a quaker meeting of their being *bona fide* quakers, shall be exempt from all militia duty required by this act, and shall pay an extra tax of twenty-five *per centum* in addition to their general tax.    *Provided,* That this act shall not extend to affect persons nor their estates who are herein exempt either from years, appointments or imbecility.

XXXII. *\*And be it further enacted,* That the members of the legislature for the time being, and their officers, all judicial and executive officers, all ministers in orders, practitioners of physic, all public printers, all ferrymen, millers, all tutors and students, all justices of the peace, registers of probates, the treasurers, the surveyor general and county surveyors, the secretary of the State, invalids, post riders, madmen and ideots,† shall be and they are exempted from any of the duties required by this act, in addition to those exempted therefrom by the act of the United States.

WILLIAM GIBBONS, *Speaker of the House of Representatives.*
BENJAMIN TALIAFERRO, *President of the Senate.*
EDWARD TELFAIR, Governor.
*December 14, 1792.*

\* So much of this sect. as exempts the "several officers" named, and all militia laws prior to this act, repealed by act of 1793, No. 494, sect. 15.

† See other exemptions by acts of 1794, No. 522, and 1795, No. 534.

---

*An Act for the more effectually preventing and punishing forgery.*

No. 469.

I. BE *it enacted by the senate and house of representatives of the State of Georgia in general assembly met,* That from and after the passing of this act, if any person or persons shall falsely make, forge, alter or counterfeit, or cause or procure to be falsely made, forged, altered or counterfeited, or willingly act or assist in the falsely making, forging, altering or counterfeiting any audited certificate, issued by the auditor general, or any order or warrant issued by his excellency the governor, or the honorable the president of the senate, or speaker of the house of representatives of this State, on the treasurer thereof, for any money or other thing, or any warrant for land issued by the justices of any land court within this State, or any certificate, draft, warrant or order from any of the public officers of this State, issued under or by virtue of any act or resolve of the general assembly, any deed, will, testament, bond, writing obligatory, bill of exchange, promissory note, or order for money or goods, or acquittance, or receipt for money or goods, or any endorsement or assignment of any bond, writing obligatory, bill of exchange, promissory note, or order for money or goods, with intent to defraud any person or persons whatsoever, or shall utter or publish as true, any false, forged, altered or counterfeited audited certificate, governors, presidents, speakers or other public officer's certificate, draft, warrant or order, so as aforesaid issued under or by virtue of any act, or resolve of the general assembly of this State, or any deed, will, testament bond, writing obligatory, bill of exchange,

A D. 1792.
No. 468.
Quakers exempt from militia duty, on payment of additional tax.
Proviso.

Certain other exemptions in addition to those mentioned in the act of the United States.

To forge audited certificates, governors, presidents or speakers warrants, &c. &c.

Or to utter or publish the same as true.

# EXHIBIT 176

THE

# L A W S .

OF THE

# STATE OF NEW-HAMPSHIRE,

THE

# CONSTITUTION

OF THE

## *STATE* OF *NEW-HAMPSHIRE,*

AND THE

## CONSTITUTION OF THE UNITED STATES,

WITH ITS PROPOSED AMENDMENTS.

PRINTED BY ORDER OF THE HONORABLE THE GENERAL-COURT.

*STATE* OF *NEW-HAMPSHIRE:*

PORTSMOUTH :—Printed by JOHN MELCHER,
PRINTER TO THE STATE.

1797.

eighth, eleventh, seventeenth and eighteenth regi- 3d Brigade.
ments shall compose the third brigade.

The fifth, ninth, twenty-first, twenty-second and 4th Brigade.
twenty-sixth regiments shall compose the fourth bri- 5th Brigade.
gade ; the sixth, fifteenth, sixteenth, twelfth and
twentieth regiments shall compose the fifth brigade ; 6th Brigade.
the thirteenth, fourteenth, twenty-third and twenty-
fourth regiments, shall compose the sixth brigade ; and
that the first and third brigades shall form the first
division ; the second and sixth brigades shall form the
second division, and the fourth and fifth brigades shall
form the third division.

*And be it further enacted,* That all laws heretofore Repealing
made for arranging the militia, be, and hereby are clause.
repealed.

*This act passed December 27, 1792.*

---

An ACT in addition to an act, entitled, "An act for Approved
ranging the militia of this State into divisions." Dec. 15,
1796.
BE *it enacted by the Senate and House of Representa-*
*tives in General Court convened,* That the com-
panies in the towns of Charlestown and Langdon,
shall form a first battalion, the companies in the towns 16th Reg.
of Ackworth and Unity, shall form a second battalion,
which shall constitute the sixteenth regiment.

And the companies in the towns of Alstead, Mar- 28th Reg.
low and Lempster, shall form a first battalion—the
companies in the towns of Stoddard, Washington and
Goshen, shall form a second battalion, which shall
constitute the twenty-eighth regiment.

*Approved December 15, 1796.*

---

An ACT for forming and regulating the militia with-
in this State, and for repealing all the laws hereto- Passed Dec.
fore made for that purpose. 28th, 1792.
BE *it enacted by the Senate and House of Representa-* Repealing
*tives in General Court convened,* That the several clause.
laws heretofore made for regulating the militia, be,
and hereby are repealed.

*And be it further enacted,* That each and every free
Digitized by Google able-

**Militia how & by whom to be enrolled:**

able-bodied white male citizen of this State, refident therein, who is, or fhall be of the age of eighteen years, and under the age of forty years, except as herein after excepted, fhall feverally and refpectively be enrolled in the militia by the captain or commanding officer of the company, within whofe bounds fuch citizen fhall refide, within fix months after the paffing this act. And it fhall, at all times hereafter, be the duty of fuch captain or commanding officer of the company to enrol every fuch citizen, as aforefaid.; and alfo thofe who fhall from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty years (except as hereafter excepted) fhall come to refide within his bounds; and fhall without delay, notify fuch citizen of faid enrolment by a proper non-commiffioned officer of the company, by whom fuch notice may be proved.

*And be it further enacted,* That the vice-prefident of the United States ; the officers, judicial and executive of the government of the United States ; the members of both houfes of congrefs, and their refpective officers ; all cuftom houfe officers, with their clerks ; all poft officers, and ftage drivers, who are employed in the care and conveyance of the mail of the poft office of the United States, and of this State; all ferrymen employed at any ferry on the poft road ; all infpectors of exports ; all pilots ; all mariners actually employed in the fea-fervice of any citizen or merchant within the United States ; members of the fenate and houfe of reprefentatives for the time being ; fecretary and deputy-fecretary of the State ; ftate and county treafurers ; recorders of deeds ; all civil officers, ftudents of colleges and academies ; minifters of the gofpel ; elders and deacons of churches ; church wardens ; grammar fchool-mafters for the time being ; mafters of arts ; people denominated quakers ; felectmen for the time being ; tutors or preceptors of any college or academy ; all perfons who may have fuftained commiffions of the peace ; all who have, either under the commiffion of the State, or the United States, or any particular State, held the office of a fubaltern or officer of higher rank ; all phyficians and furgeons, who have certificates from the medical fociety or felectmen of the town or place wherein they refide ;

**Executive officers, &c. exempted.**

one

Digitized by Google

one miller to each corn-mill, and one toll-gather to each toll-bridge, shall be, and they are hereby excused from militia duty, and also one ferryman to each ferry.

*And be it further enacted,* That it shall be the duty of the captain or commanding officer of each company, twice in every year, exclusively of the battalion meeting, to call forth his company for inspection of arms, and instruction in military discipline; viz.—in the months of June and September, annually, and at such other times as he shall think best; and that each commanding officer of a battalion, shall call his battalion together once in every year.

*Each company exclusively, to be mustered twice, and each battalion once a year.*

*And be it further enacted,* That each division within this State, shall be commanded by one major-general, who shall have two aids-de-camp, with the rank of major; each brigade by one brigadier-general, who shall have one brigade-inspector, who is also to perform the duty of brigade-major, with the rank of major. To each regiment, one lieutenant colonel commandant; and to each battalion one major; to each company one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer and one fifer. That the regimental staff, shall consist of one adjutant, one quarter-master, to rank as lieutenants; one paymaster; one surgeon; one surgeon's mate; one sergeant-major; one drum-major and one fife-major.

*Each division, brigade & regiment by whom commanded.*

*And be it further enacted,* That there shall be provided at the expense of this State for each regiment, one standard and one suit of regimental colours—the standard to bear the device, "the arms of the United States;" the regimental colours, "the arms of this State;" that the drums and fifes be furnished by the commanding officers of the companies, at the expense of the State.

*What colours and at whose expence to be furnished.*

*And be it further enacted,* That the several commanding officers of companies, shall cause accurate returns to be made of their companies to the commanding officer of the regiment to which they belong, before the first day of February annually; and the commanding officer of each regiment, shall cause to be made to the brigade-major, a proper return of his regiment, before the first day of March annually; and the respective brigade-majors, shall make out to the adjutant general, returns of their respective brigades,

*By whom returns are to be made.*

C c c　before

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12184   Page 61 of 247

before the first day of April annually, agreeable to
the forms that may be established by the adjutant-
general, which the adjutant-general shall cause attest-
ed copies of, to be lodged in the secretary's office,
by the first day of May annually.

**Penalty for not calling companies or battalions together.**

*And be it further enacted,* That each commanding
officer of a company, who shall neglect to call his com-
pany together, as before provided, shall forfeit and
pay for each neglect the sum of six pounds; and each
commanding officer of a battalion who shall neglect
to call his battalion, as before directed, shall pay a
fine of nine pounds.

**Notice.**

*And be it further enacted,* That it shall be accounted
sufficient notice to any non-commissioned officer or
privates, for appearance on muster days, to be notified
of such muster by a non-commissioned officer in per-
son, or by a writing by him signed, to be left at his
last, and usual place of abode, four days prior to
such day of muster; and if any non-commissioned offi-
cer or private, after such notification, shall unneces-
sarily neglect to appear equipped, as the law directs,
he shall pay a fine of nine shillings, which shall be le-
vied by distress, and sale of the offenders goods and
chattels, by warrant under the hand and seal of the
captain, or commanding officer of said company, to
be directed to the first sergeant of the company, who
is to levy the same, by the same rules and regula-
tions, as the laws have pointed out for collecting
rates and taxes, and shall have one quarter part there-
of for his trouble, and the same fees that are allowed
to collectors, on distraining for taxes—and if no goods
and chattels of the delinquent are to be found, then to
levy the same on the body of such delinquent : *Pro-
ded nevertheless,* That no such warrant shall be issued
until fifteen days after said muster days, that the de-
linquent may have time to make excuse (if any he has)
for his non-appearance, which is to be made to the
commanding officer of the company.

**Disobedi-ence punish-ed.**

*And be it further enacted,* That if any non-commis-
sioned officer or soldier, shall prove refractory or diso-
bedient on a muster day, or shall insult or abuse his
officers, or either of them, or treat them with disres-
pect or contempt, the commanding officer present,
may order the offender to be immediately tried by five
commissioned

Digitized by Google

## Militia formed and regulated.

commiſſioned officers, if ſo many ſhould be preſent ; and if not ſo many preſent, as many as there are in the field, who are empowered to puniſh the offender, by ordering him to pay a fine not exceeding forty ſhillings, at the diſcretion of the officers, or ride a wooden horſe.

*And be it further enacted,* That on all muſter days, **Officers to** every officer ſhall yield due obedience to his ſuperior **yield obedi-** officer and every non-commiſſioned officer and ſoldier **ence.** ſhall yield entire and due obedience to the commands of their ſuperior officers. And if any officer ſhall, on ſuch days (or at any other time) refuſe and neglect to obey the orders he may receive from his ſuperior officers reſpecting any matter relating to the government of militia, he ſhall be tried by a court-martial, and if **Superior of-** convicted thereof ſhall be caſhiered. And the ſuperior **ficer to arreſt** officer may immediately put ſuch offender in arreſt, **and a report** and report him and his offence to the officer commanding the brigade (if the offender is under the rank of a field officer) and the commanding officer of the brigade is hereby empowered to appoint a court-martial for ſuch trial, and to approve the ſentence ; and if ſaid offender ſhall by ſaid court be caſhiered, and the ſentence thereof approved, the ſaid officer ſhall be deemed incapable of holding any military office again in this State ; and in caſe the offender is of the rank of a field officer, or of higher rank, his offence ſhall be reported to the major-general, or officer commanding the diviſion, who is hereby empowered to appoint a court martial for the trial of ſuch offender, to approve the ſentence of ſaid court ; and if the offender be found guilty and the ſentence ſhall be approved, he ſhall be diſqualified as aforeſaid.

The commander in chief ſhall at all times have the **Commander** right of appointing courts-martial, when he ſhall think **in chief may** it neceſſary. **appoint a courts mar-** **tial.**

All courts-martial, when appointed by the com **Number of** mander in chief, ſhall conſiſt of thirteen members, the **members.** preſident of which ſhall be of the rank of major-general.

All courts-martial, when appointed by a major-general, ſhall conſiſt of thirteen members, and the preſident ſhall be a lieutenant-colonel or officer of higher rank.

All Google

430

All courts-martial appointed by a brigadier, shall consist of thirteen members, the president of which shall at least, be of the rank of a field officer.

**Members, by whom to be sworn.**

The members of the courts-martial are to be sworn by the president, and the president shall be sworn by the next highest in rank of the members composing the same, and the president of every court-martial, shall have power to administer the oath to every witness.

In order to the trial of offenders, the oath of the president and members, shall be in the words following, viz.

**Oath.**

*YOU swear, that you will well and truly try, and impartially determine the charge against the person now to be tried, according to the rules for regulating the militia of this State.*

So help you GOD.

The oath to be administered to witnesses in courts-martial, shall be in the form following, viz,

**Oath of witnesses.**

*YOU swear, the evidence you shall give relative to the charge now in hearing, shall be the truth, the whole truth, and nothing but the truth.*

So help you GOD.

*And be it further enacted,* That all military officers shall be amenable to a court-martial for any un-officer, or un-gentleman-like conduct or behaviour while on duty, and at all other times, and to be tried, and sentence approved in the same way and manner as before provided for disobedience of orders.

**Officers amenable for illiberal behaviour.**

*And be it further enacted,* That all persons called by summons from the president of any court-martial to give evidence, who shall unreasonably refuse or neglect to appear, or appearing, shall refuse to give evidence, shall be committed to the common gaol of the county where such court is sitting, there to remain three months, unless sooner discharged therefrom by the justices of the superior court : And the president of the court is to lodge the accusation against him with the prison-keeper.

**Witnesses refusing, &c. to be committed to gaol.**

*And be it further enacted,* That every person appointing a court-martial, shall appoint some suitable person to act as judge advocate; who shall make a fair record of the whole proceedings and deliver them to the officer appointing said court-martial, who shall cause

**Judge advocate to be appointed.**

Digitized by Google

cause the same, or a copy thereof, to be lodged in the secretary's office, within three months after such trial.

*And be it further enacted,* That out of the militia enrolled as herein directed, there shall be formed for each battalion, at least one company of grenadiers or light infantry ; and to each division there shall be at least one company of artillery, and one troop of horse. There shall be to each company of artillery, one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one fifer. The officers to be armed with a sword or hanger, a fusee, bayonet and belt, with a cartouch box, to contain twelve cartridges ; and each private matross shall be furnished with the same equipments as privates in the infantry. There shall be to each troop of horse, one captain, two lieutenants, one cornet, four sergeants, four corporals, one sadler, one farrier and one trumpeter. The commissioned officers to furnish themselves with good horses of at least fourteen hands and an half high, and to be armed with a sword, and pair of pistols, the holsters of which to be covered with bear-skin caps. Each dragoon to furnish himself with a serviceable horse of at least fourteen hands and an half high, a good saddle, bridle, mail-pillion and valise, holsters, a breast-plate and crupper, a pair of boots and spurs, a pair of pistols, a sabre, and cartouch box, to contain twelve cartridges for pistols. That each company of artillery and troop of horse, shall be formed of volunteers from the brigade, at the discretion of the commander in chief of the State, not exceeding one company of each to a regiment, and shall uniformly be cloathed in regimentals, to be furnished at their own expence ; the colour and fashion to be determined by the brigadier commanding the brigade to which they belong.

*And be it further enacted,* That each non-commissioned officer and soldier belonging to the regiments of foot, shall within one year from and after the passing this act, furnish himself with a good fire-lock bayonet and belt, a cartouch box that will contain twenty-four cartridges, two good flints, a knapsack and canteen— and that the commissioned officers belonging to companies of foot, shall be severally armed with a sword or hanger and an espontoon, and that the field officers be armed with a sword or hanger. *And*

**Margin notes:**
Each battalion to have one company of grenadiers, &c. and one company of artillery.

Officers how to be armed.

Troops of horse how officered, &c.

Artillery and horse of whom to be formed, and

uniformly clad.

How to be armed and accoutred.

Google

*And be it further enacted,* That such of the infantry as are under the care of parents, masters or guardians, shall be furnished by them with such arms and accoutrements. And such as are unable to furnish themselves, shall make application to the selectmen of the town, who are to certify to their captain or commanding officer, that they are unable to equip themselves, and the said selectmen shall, at the expence of the town, provide for, and furnish such persons with arms and equipments; which arms and equipments shall be the property of the town, at whose expence they were provided: And if any person so furnished, shall embezzle or wilfully destroy the same, he shall be punished by any court proper to try the same, upon complaint made by the selectmen of said town, by being publicly whipped not exceeding twenty stripes, or fined not exceeding forty shillings. And that all fines recovered for embezzling or destroying of arms and accoutrements as provided in this act, shall be paid into the hands of the selectmen to be appropriated in purchasing arms and accoutrements for such soldiers as are unable to purchase for themselves.

**Those unable, &c. to be equipped at the expence of the town.**

**Fines how to be appropriated.**

*And be it further enacted,* That parents, masters and guardians shall be liable for the neglect and non-appearance of such persons as are under their care (and are liable by law to train) and are to be proceeded against for the penalty in the same manner, as by this act is provided against other delinquents.

**Parents, &c. liable to a penalty.**

*And be it further enacted,* That the commander in chief, the officers commanding divisions, brigades or regiments, may appoint military watches or guards when an invasion of the State is apprehended, in such place and under such regulations as they may judge necessary: and all officers and soldiers under their command are to yield strict obedience to their orders and directions.

**Military watches, by whom to be appointed.**

*And be it further enacted,* That the signals for an alarm are to be fixed by the captain general, and may by him be altered, from time to time, and proper notice thereof is to be by him given to the several officers; and if any non-commissioned officer or soldier, shall upon the alarm being given, unnecessarily neglect to appear properly armed and equipped, at such time and place as the commanding officer shall appoint,

**Signals to be fixed.**

Digitized by Google

point, he shall pay a fine of twenty shillings; and all persons serving on any military guards, or watches, shall be punishable for misconduct while in such service, by a court-martial to be appointed by the commanding officer of such guard or watch, provided he be a field officer, and in case he is not, then by the commanding officer of the regiment to which the offender belongs.

*And be it further enacted,* That when any non-commissioned officer shall refuse or neglect to notify or warn any of the non-commissioned officers or private soldiers of the company to which he belongs (being thereto ordered by his superior officer) he shall pay a fine of twelve shillings, for each non-commissioned officer or soldier he shall neglect to warn, to be recovered in the same way and manner as is before provided.

Penalty for refusing to warn, &c.

*And be it further enacted,* That every fine arising by any breach of this act, for which no special mode of recovery has been pointed out, may be recovered by action, bill, plaint or information, in any court proper to try the same.

Mode of recovering fines, and

*And be it further enacted,* That all fines recovered of any non-commissioned officer or soldier for neglect of duty, shall be paid into the hands of the commanding officer of the company, to which such non-commissioned officer or soldier may belong, to be expended in defraying the necessary expences of such company, as the commissioned officers of the same may direct. That all fines recovered of the commanding officer of any company, shall be paid into the hands of the commanding officer of the battalion, to which such commanding officer of a company may belong; to be appropriated in instructing the music in such battalion.

how to be appropriated

That all fines recovered of the commanding officer of any battalion, shall be paid into the hands of the commanding officer of the regiment to which such battalion may belong, to be disposed of in defraying the necessary expences in forming and arranging the companies in such regiment, as the field officers of the same may direct.

*And be it further enacted,* That all commissioned officers shall take rank according to the date of their commissions; and when two of the same grade bear equal

Officers, how to rank.

equal date, then the rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

**Rules of discipline.** *And be it further enacted,* That the rules of discipline approved and established by Congress, in their resolution of the twenty-ninth of March, one thousand, seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia in this State.

**Brigade inspector's duty.** *And be it further enacted,* That it shall be the duty of the brigade inspector, to attend the regimental and battalion meetings of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition and accoutrements ; superintend their exercise and manoeuvres, and introduce the system of military discipline before described.

**Cavalry and artillery liable to the same fines.** *And be it further enacted,* That the cavalry and artillery be subject to fine or punishment in the same manner as those who belong to the infantry.

**Courts martial of whom to consist.** *And be it further enacted,* That all courts-martial may consist of officers of any corps within the limits of the brigade where the person accused may reside.

**Legal notice, what considered as such.** *And be it further enacted,* That a captain or commanding officer at the head of his company, may direct his non-commissioned officers and soldiers to meet at any future day, which shall be legal notice.

**Non-comm. officers liable to be reduced, &c.** *And be it further enacted,* That non-commissioned officers be reduced to the ranks, for any misdemeanor, which in the opinion of all the commissioned officers of the company shall deserve such punishment.

**Commissioned officers to reside.** *And be it further enacted,* That all commissioned officers belonging to any company of infantry shall reside within the limits of such company.

**Different corps—first in rank to command.** *And be it further enacted,* That when it shall so happen, that officers of the different corps, shall be on duty together, the first officer in rank shall command, whether of the infantry, cavalry or artillery.

**Arms, &c. free from distress, &c.** *And be it further enacted,* That every citizen enrolled as directed in this act, and provided with arms and accoutrements, shall hold the same exempted from all suits, distresses, executions, or sales for debt, or for the payment of taxes.

*And*

Digitized by Google

*Militia formed and regulated.*

*And be it further enacted,* That the militia of this State, shall be divided into three divisions, and if convenient, each division shall consist of two brigades, each brigade of four regiments, each regiment of two battalions, each battalion of five companies, and each company of sixty-four privates. **Militia to be divided.**

*And be it further enacted,* That in forming the cavalry and artillery, not more than one eleventh part shall inlist out of any one company of infantry into such corps. **Cavalry and artillery of whom to be formed.**

*And be it further enacted,* That the field officers of each and every regiment, shall form and arrange the companies in their several regiments, from time to time, as they shall think the public good may require. **Field Officers to arrange companies.**

*And be it further enacted,* That there shall be an adjutant-general, whose duty it shall be to distribute all orders from the commander in chief of this State, to the several corps; to attend all public reviews, when the commander in chief of this State shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the system of military discipline established by law; to furnish blank forms of different returns that may be required, and to explain the principles on which they shall be made; to receive from the several officers of the different corps throughout the State, returns of the militia, under their command, reporting the actual situation of their arms, accoutrements and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline. **Adjutant-General, his duty.**

*And be it further enacted,* That compensation shall be made to the adjutant-general, and the brigade inspectors for their services, from time to time, by the legislature, as they shall think just. **Compensation to Adj. and Brigade inspectors.**

*And be it further enacted,* That the colour of the uniform of the infantry be determined on by the commander in chief. **Colour of uniform, by whom determined.**

*And be it further enacted,* That each and every noncommissioned officer or soldier, who shall inlist into any corps of horse or artillery, shall within six months from and after such inlistment, equip himself as the law directs, and at the expiration of the said six months, should he not be equipped as aforesaid, then **Cavalry and artillery, if not equipp'd within six months to be returned.**

to

Digitized by Google

to return to the company from which he inlisted, and the commanding officer thereof, is hereby directed to enrol him accordingly.

*And be it further enacted,* That the several compa-nies, which compose the regiments of cavalry, be an-nexed to the regiments of infantry in manner follow-ing :

**Cavalry to be annexed to infantry.**

To each regiment of infantry there shall be, as far as the number of companies of cavalry will admit of it, one troop of horse, or company of cavalry, with the present officers (if they see fit) and men of said companies, who are now uniformly cloathed and e-quipped, or shall be within four months ; said troops of horse shall be under the command of the field offi-cers of the regiments of infantry, and shall be joined to such regiments as shall be the most contiguous and con-venient to said companies. Privilege shall be allowed to the non-commissioned officers and privates of cav-alry at any time hereafter, of being enrolled as infan-try, provided they decline serving as cavalry, and said companies of cavalry may be completed by in-listments, from time to time, from the infantry, as vacancies may be in said companies.

**Cavalry to be under command of field officers of infantry.**

*And be it further enacted,* That this act shall be read at the head of each company in the several regiments in this State, at least once every year.

**Act to be read, &c.**

*This act passed December* 28, 1792.

---

AN ACT in addition to an act, entitled "An act for arranging the militia into divisions ;" and in addi-tion to an act, entitled "An act for forming and regulating the militia within this State, and for re-pealing all the laws heretofore made for that pur-pose."

**Passed June 19, 1793.**

*WHEREAS in the aforesaid act "for arranging the militia into divisions," sundry towns were omitted ; and Whereas in the said act "for forming and re-gulating the militia within this State," no particular person was authorized or directed to provide stand-ards and regimental colours for the several battalions and regiments in the same :*

**Preamble.**

Therefore,

Digitized by Google

Therefore,

BE it enacted by the Senate and House of Representa- *Enacting*
tives in General Court convened, That the com- *clause.*
pany or companies in the town of Orford, shall be
considered as belonging to the first battalion in the
thirteenth regiment; and the company or companies
in the town of Trecothick shall be considered as be-
longing to the first battalion in the fourteenth regi-
ment; and the company or companies in the town
of Keene shall be considered as belonging to the se-
cond battalion in the twentieth regiment.

And the inhabitants on lands adjoining the towns
of Franconia and Lincoln shall be considered as be-
longing to the first battalion in the twenty-fourth re-
giment.

*And be it further enacted,* That his excellency the *Governor to*
governor cause to be provided, at the expence of the *provide*
State, one standard for each regiment, and one suit of *standards.*
regimental colours for each battalion.

*This act passed June 19, 1793.*

---

AN ACT in addition to an act, entitled, "an act for
regulating the militia within this State," passed *Approved*
December 28, 1792. *June 18,*
*1795.*

BE it enacted by the Senate and House of Representa-
tives in General Court convened, That every
free, able bodied, white male citizen of this state, re-
sident therein; who is, or shall be of the age of sixteen *From the*
years, and under forty years of age, under such excep- *age of six-*
tions as are made in said act, shall be enrolled in the *teen to forty*
*liable to be.*
militia, and shall in all other respects be considered as *enrolled.*
liable to do the duties of the militia in the same way
and manner, as those of the age of eighteen years and
upwards, and every citizen enrolled and liable as a-
foresaid, shall while under the age of twenty-one
years be exempt from a poll tax.

*And be it further enacted,* That no non-commission- *No gun to*
ed officer or private soldier, shall upon any muster *be fired off.*
day, or the evening of the same day, discharge and
fire off a musquet or gun in any public road, or near
thereto, or in, or near to any house, or on, or near
to the place of parade, unless leave therefor be first
had from a commissioned officer, on penalty of forfeit-
ing

Digitized by Google

*Regulating militia.*

**Penalty for firing.**

ing for each offence so committed, the sum of one dollar, to be recovered by action before any Justice of the Peace within the county where such offence shall be committed, by any person who will sue therefor with costs of prosecution.

*And be it further enacted,* That the warrant of distress to be issued in case of unnecessary neglect to appear equipped on muster days, shall be in the following form, the blanks therein to be filled up as the circumstances of the case may require.

### STATE OF NEW-HAMPSHIRE.

(L.S.)  To  first serjeant of company in the  regiment of the militia of said state.

**Form of warrant.**

GREETING.

WHEREAS  of  in the county of  a private soldier entolled according to law and liable to do duty in said company, was duly notified and ordered to appear on the parade near to  in  on the  day of  Anno Domini, one thousand seven hundred and ninety  at the hour of  of the clock in the  noon, equipped with arms, ammunition and accoutrements according to law, for inspection and military exercises, and there to attend until further order, being the time and place for mustering said company ; but the said  did unnecessarily neglect to attend equipped as aforesaid, agreeably to said orders and notice, and whereas, more than fifteen days have elapsed from said day of muster, and the said  hath neglected to make excuse to the commanding officer of said company for non-appearance as aforesaid, whereby the said  hath incurred the penalty and become liable by law, to pay a fine of one dollar and fifty cents, to be disposed of according to the law in said case made and provided.

You are therefore in the name of the State of New-Hampshire hereby required by distress and sale of the goods and chattels of the said  to levy and collect the aforesaid sum of one dollar and fifty cents, together with forty cents for this precept, and thereof also to satisfy yourself for your own fees ; and for want of such goods and chattels whereon to make distress, you are hereby commanded to take the body of

Digitized by Google

of the said            and him commit unto the gaol in
in said county, and the keeper of said gaol
is accordingly commanded to receive the said
and him detain in his custody, within said gaol, until
he pay the aforesaid sums, with all lawful fees, or o-
therwise be discharged by due course of law; and you
are in all respects to observe and follow the rules and
directions of the laws respecting the premises.—And
you are hereby directed to make return of this pre-
cept, with your doings thereon, unto me the under-
signed, or the commanding officer of said company for
the time being, within forty days from the date hereof.

Given under my hand and seal at            in said
county, this       day of       Anno Domini,
one thousand seven hundred and ninety

}  *Commanding Officer*
}  *of said Company.*

*Approved June 18, 1795.*

---

Approved
Dec. 26,
1795.

AN ACT in addition to an act, entitled, "An act for
regulating the militia within this State," passed
December 28, 1792.

Rank deter-
mined.

BE it enacted by the Senate and House of Representa-
*tives in General Court convened,* That at all
times, when officers of the same grade, whose com-
missions are of the same date, shall be on duty in the
same corps or detachment, and whose prior preten-
sions to seniority cannot be ascertained by their
former military commissions, the rank of such officers
shall be determined agreeably to the laws already in
force, and not otherwise.

*And be it further enacted,* That at all musters of
the militia, when more than one company shall be
on the parade at the same time, the officers shall be
posted with their several companies, and the compa-
nies shall take rank according to seniority.

How officers
are to be
posted.

*And be it further enacted,* That whenever any
commissioned officer shall be found guilty of disobe-
dience of orders, or ungentleman-like conduct, he
shall be cashiered and disqualified as the law provides,
or be reprimanded in orders by the officer appoint-
ing

Punishment
of disobedi-
ence.

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12196   Page 73 of 247

ing the court-martial, as the members of said court shall determine.

*In case of disability.*

*And be it further enacted,* That whenever any non-commissioned officer or soldier shall think himself unable to perform military duty, and shall procure a certificate certifying his disability from the surgeon or surgeon's mate of the regiment to which he belongs, to the commanding officer of said company, then said non-commissioned officer or soldier shall be considered as excused from military duty until it shall be thought by the commanding officer of said company, and the surgeon or surgeon's mate for the time being, that such disability is removed.

*Who excused.*

*And be it further enacted,* That in all towns where there may be fire engines, eighteen persons for each engine shall be excused from doing duty on training or muster days, upon certificate of the selectmen to any field officer of the regiment.

*Proviso.*

*Provided nevertheless,* They shall constantly be armed and equipped according to law, and shall be liable to do duty in the militia at all times when they do not belong to said engines.

*Approved Dec.* 26, 1795.

---

*Approved Jan. 8, 1795*

AN ACT granting to each company of cavalry, seventeen dollars, to furnish instruments of music and colours.

BE *it enacted by the Senate and House of Representatives in General Court convened,* That the captain of

*Enacting clause.*

each company of cavalry in this State, organized according to law, be entitled to receive out of the treasury seventeen dollars, in addition to the sum heretofore allowed, for the purpose of furnishing his company with instruments of music and colours; and the Governor being certified by the commanding officer of a regiment, that a company of cavalry belonging to the same, is organized as aforesaid, shall give the captain of such company an order on the treasurer for the aforesaid sum.

*Approved January 8, 1795.*

AN

Digitized by Google

# EXHIBIT 177

States, and for appropriating the same, took effect: *And provided also,* That such allowance shall not exceed the annual amount of seventy thousand dollars, until the same shall be further ascertained by law.

not to exceed $70,000.

Sec. 17. *And be it further enacted,* That the act, intituled "An act repealing after the last day of June next, the duties heretofore laid upon distilled spirits imported from abroad and laying others in their stead, and also upon spirits distilled within the United States, and for appropriating the same," shall extend to and be in full force for the collection of the several duties herein before mentioned and for the recovery and distribution of the penalties and forfeitures herein contained and generally for the execution of this act, as fully and effectually as if every regulation, restriction, penalty, provision, clause, matter, and thing therein contained were inserted in and re-enacted by this present act, subject only to the alterations hereby made.

Certain act in force for collection of the duties, &c. herein.

1791, ch. 15.

Approved, May 8, 1792.

Statute I.

May 8, 1792.

Chap XXXIII.—*An Act more effectually to provide for the National Defence by establishing an Uniform Militia throughout the United States.(a)*

Section 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled* That each and every free able-bodied white male citizen of the respective states, resident therein, who is or shall be of the age of eighteen years, and under the age of forty-five years (except as is herein after excepted) shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company, within whose bounds such citizen shall reside, and that within twelve months after the passing of this act. And it shall at all times hereafter be the duty of every such captain or commanding officer of a company to enrol every such citizen, as aforesaid, and also those who shall, from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years (except as before excepted) shall come to reside within his bounds; and shall without delay notify such citizen of the said enrolment, by a proper non-commissioned officer of the company, by whom such notice may be proved. That every citizen so enrolled and notified, shall, within six months thereafter, provide himself with a good musket or firelock, a sufficient bayonet and belt, two spare flints, and a knapsack, a pouch with a box therein to contain not less than twenty-four cartridges, suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball: or with a good rifle, knapsack, shot-pouch and powder-horn, twenty balls suited to the bore of his rifle and a quarter of a pound of powder; and shall appear, so armed, accoutred and provided, when called out to exercise, or into service, except, that when called out on company days to exercise only, he may appear without a knapsack. That the commissioned officers shall severally be armed with a sword or hanger and espontoon, and that from and after five years from the passing of this act, all muskets for arming the militia as herein required, shall be of bores sufficient for

Militia how and by whom to be enrolled.

How to be armed and accoutred.

1803, ch. 15.

(a) The acts for the establishment of an uniform system for the government of the militia, are: An act more effectually to provide for the national defence by establishing an uniform militia throughout the United States, May 8, 1792, chap. 33; an act providing arms for the militia throughout the United States, July 6, 1798, chap. 65; an act in addition to an act entitled, "An act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States," March 2, 1803, chap. 15; an act more effectually to provide for the organizing of the militia of the District of Columbia, March 3, 1803, chap. 20; an act establishing rules and articles for the government of the armies of the United States, April 10, 1806, chap. 20; an act in addition to the act entitled, "An act to provide for calling forth the militia to execute the laws of the Union, suppress insurrections, and to repeal the act now in force for those purposes," April 18, 1814, chap. 82; an act concerning field officers of the militia, April 20, 1816, chap. 64; an act to establish an uniform mode of discipline and field exercise for the militia of the United States, May 12, 1820, chap. 97; an act to reduce and fix the military peace establishment of the United States, March 2, 1821, chap. 13, sec. 14.

# EXHIBIT 178

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12200   Page 77 of 247

THE

# Perpetual Laws,

OF THE

## COMMONWEALTH

OF

# MASSACHUSETTS,

FROM THE

## ESTABLISHMENT OF ITS CONSTITUTION

TO THE

SECOND SESSION of the GENERAL COURT, in 1798.

*IN TWO VOLUMES.*

VOL. II.

Containing the LAWS from MAY, 1788, to JANUARY, 1799.

*IGNORANTIA LEGIS NEMINEM EXCUSAT.*
THE IGNORANCE OF LAW IS AN EXCUSE FOR NO ONE,

THE LAW IS THE SUBJECT'S BEST BIRTHRIGHT.

STANFORD LIBRARY

PRINTED AT Worcester BY Isaiah Thomas,

1799.

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12201   Page 78 of 247

# Anno 1793.

## C H A P. I.

**An Act for regulating and governing the Militia of the Commonwealth of Massachusetts, and for repealing all Laws heretofore made for that Purpose; excepting an Act entitled " An Act for establishing Rules and Articles for governing the Troops stationed in Forts and Garrisons, within this Commonwealth, and also the Militia, when called into actual Service."**

*Ch. 41. Anno 1794.*

*Preamble.*  WHEREAS the Laws for regulating and governing the Militia of this Commonwealth, have become too complicated for practical use, by reason of the several alterations which have from time to time been made therein : Therefore,

1. *Be it enacted by the Senate and House of Representatives in General Court assembled, and by the authority of the same*, That the several Laws heretofore made for

*Laws repealed.*  governing and regulating the Militia, be, and hereby are repealed, except an Act, entitled " An Act for establishing Rules and Articles for governing the Troops stationed in Forts and Garrisons within this Commonwealth, and also the Militia when called into actual service."

*Proviso.*  2. *Provided nevertheless,* That all officers actually in commission, agreeebly to the laws which are hereby repealed, and in grades which are established by this Act, shall continue in commission in the same manner, and in the same authority they would, in case the said laws were still in force ; and all actions depending in any Court, by force of said laws, shall and may be prosecuted to final judgment and execution.

*Persons to be enrolled in the Militia.*  3. *And be it further enacted by the authority aforesaid,* That each and every free able bodied white male citizen, of this, or any other of the United States, residing within this Commonwealth, who is, or shall be of the age

of

Digitized by Google

of eighteen years, and under the age of forty five years, (except as is herein after excepted) shall severally and respectively be subject to the requisitions of this Act, and shall be enrolled in the Militia, by the Captain or Commanding Officer of the company, within whose bounds such citizens shall reside, within three months from and after the passing this Act : And it shall be at all times hereafter the duty of the Commanding Officer of every such company, to enrol every such citizen as aforesaid ; and also those, who shall from time to time arrive at the age of eighteen years, or being of the age of eighteen years, and under the age of forty five years, and not herein after excepted, shall come to reside within his bounds ; and shall without delay notify such cit- izen of the enrolment, by a noncommissioned officer or other person, duly authorised for that purpose, by whom such notice may be proved ; and in all cases of doubt respecting the age of any person enrolled, or intended to be enrolled, the party questioned shall prove his age, to the satisfaction of the Commanding Officer of the com- pany within whose bounds he may reside.

*To be notified.*

4. *And be it further enacted by the authority aforesaid,* That the Vice President of the United States ; Members of Congress, of both Houses, with their respective offi- cers ; Lieutenant Governour ; Members of the Council, Senate and House of Representatives, with their officers ; Secretary and Treasurer of the Commonwealth ; Offi- cers, Judicial and Executive, of the Government of the United States ; Justices of the Supreme Judicial Court ; Justices of the Courts of Common Pleas ; Judges of Probate ; Registers of Probate ; County Registers ; Justices of the Peace; Sheriffs ; Deputy Sheriffs ; Cor- oners ; Constables ; Selectmen ; Ministers of the Gos- pel ; Elders and Deacons of Churches ; Church War- dens, and those of the religious denominations of Quak- ers and Shakers ; Masters of Arts ; Officers and Stu- dents at any College ; also such Physicians, Surgeons, stated Schoolmasters, Ferrymen and Millers, as the Se- lectmen of the towns to which they shall severally belong, shall by a writing under their hands, signify the expe- diency of exempting ; persons who have by commission under any government or Congress, or by election in pur- suance of the orders of any Congress of the United States, or either of them, held the office of Subaltern or office of higher rank ; and all Mariners actually employed in any sea service of any citizen within the United States in any vessel of more than thirty tons burthen ; Custom

*Persons ex- empted from training.*

M 3    House



House Officers ; all Post Officers, Stage Drivers, actually employed in the care and conveyance of the Mail ; and such persons as did attain to the age of forty five years before the eighth day of *May*, one thousand seven hundred and ninety three ; and also all such Manufacturers as are by any special law of the Commonwealth now exempted, shall be, and hereby are exempted from the said enrolment.

*Arrangement of the Militia.* 5. *And be it further enacted by the authority aforesaid*, That the Governour, by and with the advice of the Council, be, and hereby is authorised and empowered to form and arrange the Militia into divisions, brigades, regiments and companies ; and from time to time to make such alterations therein as shall be necessary ; and if the same be convenient, each brigade shall consist of four regiments, each regiment of ten companies, and each company of sixty four effective privates : *Provid-*

*Proviso.* *ed notwithstanding*, That the present arrangement of the Militia shall continue as it now is, until the Governour, with the advice of Council, shall otherwise order ; and each new division, brigade and regiment, shall be numbered at the formation thereof, and a record made of such number in the Adjutant General's office ; and when in the field or in service, each division, brigade and regiment shall respectively take rank according to its number.

*Manner of officering the Militia.* 6. *And be it further enacted by the authority aforesaid*, That the Militia shall be officered, as follows : To each division, one Major General, and two Aids de Camp, with the rank of Major : To each brigade, one Brigadier General, with one Brigade Inspector, to serve also as Brigade Major, with the rank of Major : To each regiment, one Colonel, one Lieutenant Colonel, one Major. *Provided nevertheless*, where any vacancy of Colonel now is, or shall hereafter happen, then the field officers of each regiment to consist of a Lieutenant Colonel Commandant, and two Majors : To each company of infantry, one Captain, one Lieutenant, and one Ensign, four Sergeants, four Corporals, one Drummer, one Fifer or Bugler : That there shall be a Regimental Staff, to consist of one Adjutant, one Quarter Master to rank as Lieutenants, one Surgeon, and one Surgeon's Mate, to be appointed by the Commanding Officer of the regiment, and commissioned by the Governour, one Sergeant Major, one Quarter Master Sergeant, one Drum Major and one Fife Major : That each company of artillery shall consist of one Captain, two Lieutenants, four Sergeants, four Corporals,

six

Digitized by Google

fix Gunners, fix Bombardiers, one Drummer, one Fifer, and thirty two Privates or Matroffes : And each troop of cavalry fhall confift of one Captain, two Lieutenants, and one Cornet, four Sergeants, four Corporals, one Saddler, one Farrier, one Trumpeter, and thirty two Privates : And there fhall be one Adjutant General, and one Quarter Mafter General for the whole Militia, to be appointed by the Governour.

7. *And be it further enacted by the authority aforefaid,* That each and every Major General be, and hereby is empowered, and it fhall be his duty, to give all fuch orders, as fhall from time to time be neceffary, confiftent with the law for electing Brigadier Generals, Field Officers, Captains and Subalterns, in brigades, regiments and companies, within his refpective divifion, which have not been already commiffioned, and for filling up vacancies of fuch officers, or any of them, where they now are or may hereafter happen. *Provided always,* That whenever a time fhall be appointed for the election of any Officer or Officers, the electors fhall have ten days' notice thereof, at leaft ; and all returns of elections, and neglects, or refufals to make choice of officers fhall be made to the Governour, by the Major General, in whofe divifion the election fhall be ordered ; and all commiffions fhall pafs through the hands of the Major Generals to the officers in their refpective divifions, for whom they fhall be made out ; and every perfon who fhall be elected to any office in the faid Militia, and fhall not within ten days after he fhall have been notified of his election, (excepting a Major General, who fhall be allowed thirty days after he fhall be notified by the Secretary of the Commonwealth) fignify his acceptance thereof, fhall be confidered as declining to ferve in fuch office ; and orders fhall be forthwith iffued for a new choice.

8. *And be it further enacted by the authority aforefaid,* That every perfon who fhall be lawfully entitled to be commiffioned to any office in the Militia of this Commonwealth, fhall at the time of receiving his commiffion, take and fubfcribe the oaths and declaration required by the Conftitution, before fome Juftice of the Peace, or fome General or Field Officer, who fhall have previoufly taken and fubfcribed them himfelf, and who are hereby authorifed to adminifter the fame ; and a certificate thereof fhall be made on the back of every commiffion, by the Juftice of the Peace, or General, or Field Officer,

M 4                               cer,

Major General empowered in election of Officers.

Provifo.

All Officers to fubfcribe the oaths.

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12205   Page 82 of 247

cer, before whom the said oaths and declaration shall have been taken and subscribed.

*Noncommissioned Officers by whom appointed.*

9  *And be it further enacted by the authority aforesaid,* That the Commanding Officer of regiments, shall appoint the noncommissioned Staff Officers of their respective regiments: The Commanding Officers of Companies shall appoint the noncommissioned Officers, including the Clerks, of the respective companies: All noncommissioned Staff Officers and Sergeants shall receive warrants under the hand of the Commanding Officer of their respective regiments or corps: And the Adjutant shall keep a record in a suitable book, to be kept for that purpose, of all warrants which shall be issued: And no noncommissioned Officer shall be deemed to have resigned his office, until he shall have done it in writing to the Commanding Officer of the regiment or corps to which he belonged; and shall have obtained his discharge also in writing, from such Commanding Officer: And no noncommissioned Officer or Private shall be disenrolled from the Militia for disability, without certificate from the regimental Surgeon and Mate.

*Resignations to be given in writing.*

10.  *And be it further enacted by the authority aforesaid,* That every company shall have a Clerk, who shall be also one of the Sergeants, and he shall be sworn to the faithful discharge of his trust; and it shall be his duty always to keep a fair and exact roll of the company, together with the state of the arms and equipments belonging to each man, which roll he shall annually revise and correct in the month of *May*, as is herein after directed; to register all orders and proceedings of the company, in an orderly book, which shall never be alienated from the company; to keep exact details of all detachments; to call the roll whenever the company is assembled; to examine the equipments when thereto required, and to note all delinquencies; to sue for, recover and receive all fines and forfeitures which are required by this Act to be recovered, one half to his own use for his trouble, and the other half to be paid to the Commanding Officer of the company, in trust, for the use of the company to which he belongs, excepting such cases wherein other provision is made by this Act, for the recovery and appropriation of fines and forfeitures. *Provided nevertheless,* That all commissioned Officers now in command in the Militia, in any grade not established by this Act, shall be continued in their command; and the Clerks of companies, now in office, shall be continued in such office,

*Clerks to be appointed.*

*Their duty.*

*—empowered to sue.*

*Appropriations.*

*Proviso.*

11. *And*

11. *And be it further enacted by the authority afore-*
*said,* That whenever a company shall have neither com-
missioned Officers nor noncommissioned Officers, the
Commanding officer of the regiment or battalion to
which such company belongs, shall appoint suitable per-
sons within said company to be noncommissioned Offi-
cers and Clerk of the same ; and such noncommissioned
officers and Clerk, so appointed, shall be authorised in
the same manner, and have the same power and authori-
ty, as if they had been appointed by a Captain duly
qualified to command said company.

*Noncommis-*
*sioned Officers*
*appointed in*
*cale.*

12. *And be it further enacted by the authority aforesaid,*
That no Officer of the Militia shall be discharged, ex-
cepting by the Commander in Chief, on the request of
such Officer, in writing, or by the Commander in Chief
on the address of both Houses of the Legislature ; or
by being disbanded by a law of the Commonwealth, or
by a judgment of a Court Martial, or by actual removal,
(the Major General to be judge whether the dif-
tance is so great that he cannot conveniently dif-
charge the duties of his office) or by twelve months
absence, without leave of such Officer, from the
district of his command : And no Officer shall consider
himself exempted from the duties of his station, until
he shall have been discharged in one or other of the
methods aforesaid : And if by the Commander in Chief,
not until he shall have received a certificate of such dif-
charge : No Officer shall be allowed to resign his com-
mission when under arrest ; and no General or Field
Officer shall approve the resignation of any other Offi-
cer, until such Officer shall have lodged in his hands all
such Militia laws and orderly books as he shall have been
furnished with by the Government ; and such General
or Field Officer shall deliver the laws and orderly books
which he shall thus have received, to the next succeed-
ing Officer who shall be commissioned in the place of
him who shall have resigned.

*Prohibitions,*

13. *And be it further enacted by the authority aforesaid,*
That the Governour, with the advice of Council, be and
hereby is authorised to complete the cavalry in each
brigade of the Militia, to two full companies or troops ;
and the cavalry in each brigade, when completed, shall
be formed into battalions or squadrons ; in those brigades
where there are or may be two or three troops, they shall
form squadrons, and each squadron shall be commanded
by a Major ; in those brigades where there are already
more than three troops, they shall form battalions, and

*Cavalry       or-*
*ganised.*

each

**Provifos.**

each battalion fhall be entitled to a Lieutenant Colonel, Major, Adjutant and Quarter Mafter : *Provided always,* That in thofe brigades where there are already two troops raifed, they fhall not be augmented ; and in thofe brigades where there are already more than two troops, they fhall not be reduced.  *Provided alfo,* That the companies of cavalry which are, by any former Act, annexed to any regiment, fhall continue to be fo attached to fuch regiment in which it is raifed.  The Officers of cavalry fhall furnifh themfelves with good horfes, at leaft fourteen hands and an half high ; and fhall be armed with a pair of piftols, and a good fword, the holfters of which fhall be covered with bearfkin caps : Each horfeman

**Officers and men to furnifh themfelves complete with horfes and every other equipment.**

fhall furnifh himfelf with a ferviceable horfe, of at leaft fourteen hands and a half high ; a good faddle, bridle, mailpillion and valife ; holfters, a breaftplate, and crupper ; a pair of boots and fpurs ; a pair of piftols ; a fabre, and cartridge box, to contain twelve cartridges for piftols.  No man fhall be enlifted into any troop of cavalry, unlefs he fhall own and conftantly keep a fuitable horfe, and furniture, for that fervice ; and if any man, who fhall belong to any troop of cavalry, fhall be deftitute of a fuitable horfe and furniture, for more than three months at one time, he fhall be difcharged from fuch corps, and enrolled in the ftanding company in which he refides.  And whenever any draft or detachment fhall be made from a troop of cavalry, for actual fervice, the men thus drafted or detached, fhall march with their own horfes ; and before they march, the horfes fhall be appraifed by three indifferent men, to be appointed by the Brigadier of the brigade, from which fuch detachment fhall be made.

14. *And be it further enacted by the authority aforefaid,* That the Governour with the advice of Council, be,

**Artillery organifed.**

and hereby is authorifed to complete the artillery in each brigade of the Militia, to two full companies ; and when thus completed, fhall form a battalion in each brigade, and be entitled to a Major, Adjutant and Quarter Mafter.  *Provided neverthelefs,* That in thofe brigades,

**Provifo.**

where there are already two companies raifed, they fhall not be augmented ; and in thofe brigades where there are already more than two companies, they fhall not be reduced.  And each company of artillery fhall be provided

**—to be provided with complete apparatus.**

with two good field pieces, with carriages and apparatus complete ; an ammunition cart ; forty round fhot, and forty rounds of canifter fhot.  The Governour fhall order to be iffued to each company of artillery, annually,

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12208   Page 85 of 247

nually, a quantity of powder, not exceeding one hundred pounds, which ſhall be expended on general muſter days, and in experimental gunnery.   And the Quarter Maſter General ſhall provide for, and ſupply the artillery companies with all the carriages, tumbrils., harneſs apparatus, implements, laboratory and ordnance ſtores, which may, from time to time, be neceſſary for their equipment.   The Officers of artillery ſhall be armed with a ſword or hanger ; a fuſee, bayonet and belt, with a cartridge box to contain twelve cartridges : And each noncommiſſioned Officer and Private or Matroſs, of thoſe companies which are unprovided with field pieces, ſhall furniſh himſelf with all the equipments of a Private in the infantry, until proper ordnance and field artillery is provided.   And the Commanding Officer of each company of artillery, ſhall be accountable for the careful preſervation of the pieces and apparatus, and the proper expenditure of the ammunition ſupplied by government.   Each company of artillery, and troop of cavalry, ſhall be formed of volunteers from the brigade ; and together, they ſhall not exceed in number one eleventh part of the infantry of ſuch brigade ; and they ſhall be uniformly clothed in regimentals, to be furniſhed at their own expenſe.

*Quarter Maſter to furniſh.*

*Commanding Officer to be accountable.*

*Artillery and cavalry to be formed of volunteers.*

15. *And be it further enacted by the authority aforeſaid,* That at all regimental muſters, the companies commanded by the two eldeſt Captains, ſhall act as light infantry companies, except where light infantry companies have already been raiſed by voluntary enliſtment, and one or more ſhall be attached to ſuch regiment.

*Light infantry companies.*

16. *And be it further enacted by the authority aforeſaid,* That if any noncommiſſioned Officer or Private of cavalry, artillery, light infantry, or other corps raiſed at large, ſhall neglect for the term of three months, to keep himſelf provided with an uniform of the company to which he belongs, as is directed by this Act, he ſhall be diſcharged from ſuch corps, by the brigadier commanding the brigade, and enrolled in the ſtanding company in which he reſides.   And no company of cavalry, artillery, light infantry, or other corps which it may be lawful to raiſe at large, ſhall be raiſed within this Commonwealth, when any of the ſtanding companies ſhall be reduced thereby, to a leſs number than ſixty four effective Privates ; and no Officer of any ſuch corps, ſhall enliſt any men belonging to a ſtanding company, for the purpoſe of forming or recruiting ſuch corps raiſed at large, when, by means thereof, ſuch ſtanding company would

*Penalty.*

*No corps to be raiſed at large which will reduce ſtanding companies to a limited number.*

be

Digitized by Google

—to be deem-ed difbanded in cafe. be reduced to a lefs number than fixty four effective Privates. And if any fuch corps, raifed at large, fhall at any time be deftitute of commiffioned Officers, and fhall neglect to fill up fuch vacancies, for one whole year after being ordered to elect them, or if any fuch corps fhall be reduced under twenty privates, and re-main in that fituation for one whole year without doing duty as the law directs; then, in either cafe as aforefaid, fuch corps raifed at large fhall be deemed difbanded, and the men which belonged to fuch delinquent corps, fhall be enrolled in the ftanding company in which the indi-

—not to con-fift of a great-er number than legal. viduals thereof fhall refpectively refide : And no fuch corps raifed at large, fhall at any time bear a greater number of men on their rolls, than the law allows ne-ceffary to conftitute them ; and the Commanding Offi-cer of every fuch corps fhall, annually, in the month of *April*, make out a lift of all the men's names belonging to his corps, and deliver the fame to the Commanding Officer of the regiment or battalion, in whofe diftrict fuch corps is or may be raifed ; and all fuch corps raif-ed at large, not annexed to any particular regiment, fhall be fubject to the orders of the Commanding Officer of the brigade in which they fhall refpectively be raifed, and fhall make their elections and returns in the fame manner as other corps of the Militia.

Ancient and Honourable Artillery Company. And whereas the military company in *Bofton*, com-monly called the " *Ancient and Honourable Artillery Company*," being by ancient charter, cuftom and ufage, exempted from the general regulations of the Militia : Therefore,

—to retain privileges. 17. *Be it further enacted by the authority aforefaid*, That the faid company, called the " *Ancient and Hon-ourable Artillery Company*," fhall retain its accuftomed privileges, not being incompatible with the Conftitution, but fhall be fubject to all other duties required by this Act, in like manner as other companies of Militia.

Officers how to be armed and uniform-ed. 18. *And be it further enacted by the authority afore-faid*, That every commiffioned Officer of infantry, whofe duty fhall require him to ferve on foot, fhall be armed with a fword and an efpontoon ; and every Officer, whofe duty requires him to be mounted, fhall be armed with a fword and pair of piftols : And the uniform in every inftance required by this Act, fhall be a dark blue cloth coat, of fuch fafhion, and with fuch facings, and under clothes, as the Major Generals, or Brigadiers fhall direct within their feveral commands.

19. *And*

Digitized by Google

19. *And be it further enacted by the authority afore-said,* That every noncommissioned Officer and Private of the infantry shall constantly keep himself provided with a good musket, with an iron or steel rod, a sufficient bayonet and belt, two spare flints, a priming wire and brush, and a knapsack ; a cartridge box, or pouch with a box therein, to contain not less than twenty four cartridges, suited to the bore of his musket ; each cartridge to contain a proper quantity of powder and ball ; or with a good rifle, knapsack, shot pouch, powder horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder : And shall appear so armed, accoutred and provided, whenever called out, except that when called out to exercise only, he may appear without a knapsack, and without cartridges loaded with balls. *Provided always,* that whenever a man appears armed with a musket, all his equipments shall be suited to his musket ; and whenever a man appears armed with a rifle, all his equipments shall be suited to his rifle : And that from and after five years from the passing of this Act, all muskets for arming the Militia, as herein required, shall be of bores sufficient for balls of the eighteenth part of a pound : And every citizen enrolled and providing himself with arms, ammunition and accoutrements, required as aforesaid, shall hold the same exempted from all suits, distresses, executions, or sales for debt, or for payment of taxes.

*Necessary articles of equipment.*

*Proviso.*

*Arms, &c. to be exempted from suits.*

20. *And be it further enacted by the authority afore-said,* That every noncommissioned Officer or Private of the infantry, who shall neglect to keep himself armed and equipped as aforesaid, or who shall on a muster day, or at any other time of examination, be destitute of, or appear unprovided with the arms and equipments herein directed (except as before excepted) shall pay a fine not exceeding *twenty shillings,* in proportion to the articles of which he shall be deficient, at the discretion of the Justice of the Peace, before whom trial shall be had : And all parents, masters and guardians shall furnish those of the said Militia, who shall be under their care and command, with the arms and equipments aforementioned, under the like penalties for any neglect : And whenever the Selectmen of any town shall judge any inhabitant thereof, belonging to the Militia, unable to arm and equip himself in manner as aforesaid, they shall at the expense of the town provide for and furnish such inhabitant with the aforesaid arms and equipments, which shall remain the property of the town at the expense of which they shall

*Fine for neglect.*

*Parents and Masters to equip their children and servants.*

*Persons unable to be furnished by the town.*

Digitized by Google

shall be provided; and if any soldier shall embezzle or destroy the arms and equipments with which he shall be furnished, he shall, upon conviction before some Justice of the Peace, be adjudged to replace the article or articles, which shall by him be so embezzled or destroyed, and to pay the cost arising from the procefs against him: **Penalty, in** And if he shall not perform the same within fourteen **case,** days after such adjudication, it shall be in the power of the Selectmen of the town to which he shall belong, to bind him out to service or labour, for such term of time as shall, at the discretion of the said Justice, be sufficient to procure a sum of money equal to the value of the article or articles fo embezzled or destroyed, and pay cost arising as aforesaid.

21. *And be it further enacted by the authority afore-* **Penalty for** *said,* That every perfon liable to do military duty, who be- **not appearing** ing duly warned shall refufe or neglect to appear at the **on mufter days.** time and place appointed, armed and equipped as by this act is directed, for any mufter, training, view of arms, or other military duty, shall pay as a fine for such default, the fum of *ten shillings*: And every perfon who shall appear at any mufter with his arms in an unfit condition, shall pay a fine of *three shillings* for each and every fuch default: *Provided neverthelefs,* It shall be law- **Provifo:** ful for the commanding Officer of a company, at any time within eight days after any mufter, training, view of arms or other duty, to excufe any perfon for nonappearance, on the delinquent's producing to him satisfactory evidence of his inability to appear as aforefaid; and the Commanding Officer of the company shall certify the fame to the Clerk within the time above mentioned, and the Clerk shall not thereafter commence any profecution against fuch delinquent for his fine for nonappearance, as aforefaid.

22. *And be it further enacted by the authority afore-* **Clerk to noti-** *said,* That whenever the commanding Officer shall think **fy.** proper to call his company together, or shall be ordered by his fuperior Officer to do it, he shall iffue his orders therefor, to one or more of the noncommiffioned Officers, if there be any, if not to one or more of the privates belonging to his company, directing him or them to notify and warn the faid company to appear at fuch time and place as shall be appointed; and every fuch perfon or perfons, who shall receive fuch orders, shall give notice, of the time and place appointed for affembling faid company, to each and every perfon he or they shall be fo ordered to warn, either by verbal informa-
tion,

Digitized by Google

Case 3:19-cv-01226-L-AHG    Document 133-4    Filed 03/15/24    PageID.12212    Page 89 of 247

tion, or by leaving a written or printed notification thereof at the usual place of abode of the person thus to be notified and warned ; and no notice shall be deemed legal for musters for the purpose of common and ordinary trainings, unless it shall be given four days at least previous to the time appointed therefor ; but in case of invasion, insurrection, or other emergency, any time specified in the orders shall be considered as legal ; and every noncommissioned Officer or other person, who shall neglect to give the said notice and warning, when ordered thereto by the commanding Officer of the company to which he belongs, shall for such offence forfeit and pay as a fine, a sum not exceeding *forty shillings*, nor less than *twelve shillings*, at the discretion of the Justice of the Peace before whom trial shall be had ; and the testimony of any person under oath, who shall have received orders agreeable to law, for notifying and warning any company, or part thereof, to appear at a time and place appointed for any muster, view of arms, or other military duty, shall be sufficient to prove due notice was given to the party against whom complaint may be made, unless such testimony shall be invalidated by other sufficient evidence : And whenever a company shall be destitute of commissioned Officers, and the Commanding Officer of the regiment or battalion to which such company belongs, shall think proper to call out such company, he shall direct his orders to one or more of the noncommissioned Officers of said company, who shall have full power and authority to warn, assemble, lead, order, exercise and govern said company, conformably to the orders which he or they shall thus receive from their superior Officers for that purpose : *Provided always,* When in regiment or battalion, it shall be lawful for the Commanding Officer present, to order a commissioned Officer to command such company, while acting in conjunction with other corps.

23. *And be it further enacted by the authority aforesaid,* That every noncommissioned Officer and Private of the Militia, who shall be disorderly or disobedient, or guilty of unmilitary conduct on a muster or training day, or at any other time when on duty, shall be confined during the time of the said muster or training, at the discretion of his officers, and shall pay a fine not exceeding *forty shillings*, nor less than *twelve shillings*, at the discretion of the Justice of the Peace to whom complaint shall be made.

24. *And be it further enacted by the authority aforesaid,* That whenever any noncommissioned Officer or

Private

*Marginal notes:*
Manner of notification.
Penalty.
Companies destitute of commissioned Officers, how warned.
Proviso.
Penalty for disorderly behaviour.

Digitized by Google

*Fines how recovered.*

Private in the Militia, fhall forfeit any fum of money, fet and affixed to any default, or offence, by this Act, of the fum of *four pounds,* or under, the fame fhall be recovered in the manner following ; that is to fay : The Clerk of the company to which the offender belongs, fhall, after the expiration of eight days, and within fixty days after the offence fhall have been committed, make complaint thereof, and of all matters of fubftance, and material circumftance, attending the fame, to fome Juftice of the Peace, in the county where fuch offender fhall live, who fhall make record thereof, and fhall iffue a fummons to the party complained of, to be ferved feven days at leaft, before the time appointed for the trial, in the form following, *mutatis mutandis.*

------*ff.*

( Seal. ) *To the Sheriff of the faid county, or his Deputy, or either of the Conftables of the town of within the fame county,*

GREETING.

*Form of the fummons.*

IN the name of the Commonwealth of Maffachufetts, you are hereby required to fummon C. D. of        in the county of      to appear before me E. F. one of the Juftices of the Peace for the county aforefaid, at        in        on the        day of        at        of the clock, in the        noon, then and there to fhew caufe, if any he has, why a warrant of diftrefs fhall not iffue againft him. [*Here infert the complaint.*] Hereof fail not, and make due return of this writ, and of your doings therein, unto myfelf, at, or before the faid        day of        Dated at        aforefaid, the        day of        in the year of our Lord        E. F. Juftice of the Peace.

And when the faid party fhall by himfelf, or his Attorney, appear accordingly, he may plead the general iffue and give any fpecial matter in evidence ; and if the faid party fhall make default, or if judgment fhall be given againft him, and he fhall neglect for four days thereafter, to fatisfy the fame with legal cofts, then the Juftice of the Peace, before whom trial fhall be had, fhall iffue his warrant of diftrefs, under his hand and feal, in the form following :

------*ff.*

( Seal. ) *To the Sheriff of the faid county, or his Deputy, or any or either of the Conftables of the town of within the fame county,*

GREETING.

WHEREAS C. D. of      . upon the      day of      being a private Soldier in the Train Band, (as the cafe may

may be) of the company of foot, commanded by
in the regiment of Militia, in the said county of
commanded by .          was duly notified to appear up-
on the          day of          in the town of          in
the county aforesaid, with his arms and equipments, as
the law of this Commonwealth directs; and the said
C. D. in violation of the said Law, did unneces-
sarily neglect to appear, (or did not appear armed
and equipped, as the case may be) whereby he hath
forfeited, and ought to pay the sum of          shillings,
to the uses directed by law; and the said C. D. having
been duly summoned to appear before me E. F. one of
the Justices of the Peace, for the county aforesaid, to
shew cause, if any he had, why a warrant of distress
should not be issued for the same sum, did not appear,
(or appearing, did not shew sufficient cause, why the
same warrant should not be issued, as the case may be.:)
In the name of the Commonwealth of Massachusetts,
you are therefore commanded forthwith, of the goods or
chattels of the said C. D. within your precinct, to levy
by distress and sale thereof, the aforesaid sum of
shillings, with          for charges of suit, being in the whole
the sum of          and to pay the same to          Clerk of the
aforesaid company; and also of the goods or chattels of the
said C. D. to levy          for this writ, together with your
own fees; and for want of such goods or chattels of the
said C. D. to be by him shewn to you, or found within your
precinct, you are commanded to take the body of the said
C. D. and him commit to the common Gaol in
in the county aforesaid; and the Keeper thereof is
hereby commanded to receive the said C. D. into the said
Gaol, and him safely keep, until he shall pay the sum
aforesaid, together with legal fees and costs, or until he
shall be otherwise discharged by order of law; and you
are to make return of this warrant with your doings
thereon, unto myself, within twenty days next coming,
for which this shall be your sufficient warrant; hereof
fail not.

Given under my hand and seal, the          day of
in the year of our Lord,

E. F. Justice of the Peace.

25. And be it further enacted by the authority afore-
said, That every Captain or Commanding Officer of a
company, shall call his company together three days
in each year for company discipline; and once on the
first Tuesday of May, annually, for the express purpose
of examining and taking an exact account of every man's

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12215   Page 92 of 247

arms and equipments ; at which time every article required by this act, shall be brought to the place of examination ; and it shall be the duty of the Clerk, or, in his absence, of some other person to be appointed on the occasion, for the time only, by the Commanding Officer, for that purpose, to make out an exact roll of the company, and set against every man's name, the arms and equipments which shall belong to him : And every

*Commanding Officers to keep a roll.*

Commanding Officer of a company, shall constantly keep by him a roll, with the arms and equipments of every man annexed to his name as aforesaid, from which all detachments shall be regularly detailed, and the annual return of the company made : And the said roll shall be aunually revised, corrected, and completed, on the

*Fines in case of neglect.*

first Tuesday in *May* as aforesaid : And every person liable to do duty in the Militia, who shall be absent at the examination or review of arms in the month of May as aforesaid, and shall not send his arms and equipments to be examined, at the time and place appointed, shall be fined for every article required in this act, not so brought or sent to be examined, as is herein before directed, besides the sum of *ten shillings*, for nonappearance, as aforesaid.

26. *And be it further enacted by the authority afore-*

*Commanding Officer to make regular returns annually.*

*said,* That every Captain or commanding Officer of a company shall make a return of the state of his company, comprehending every man belonging to said company, with all the arms and equipments belonging to them, to the Commanding Officer of the regiment, in the month of *May,* annually : Every Commanding Officer of a regiment shall make a return of the state of his regiment, to the Brigadier, in the month of *June,* annually : And every Commanding Officer of a brigade shall make out duplicate returns of his brigade, one of which he shall transmit to the Major General of the division to which he belongs, and the other to the Adjutant General of the Commonwealth, in the month of *July,* annually.

27. *And be it further enacted by the authority afore-*

*Rank and duty of Adjutant General.*

*said,* That the Adjutant General shall be commissioned with the rank of Brigadier General ; and it shall be his duty to distribute all orders from the Commander in Chief of the Militia, to the several corps, to attend all public reviews when the Commander in Chief shall review the Militia, or any part thereof ; to obey all orders from him relative to carrying into execution and perfecting the system of Military Discipline, established by this Act ; to superintend the annual inspection of the Militia ; to furnish blank forms of the different returns that

Digitized by Google

that may be required, and to explain the principles on which they should be made; to keep such rosters and records as are proper to be kept in his office; to receive from the several officers of the different corps throughout the State returns of the Militia under their command, reporting the actual situation of their corps, their arms, ammunition and accoutrements, their delinquencies, and every other thing which relates to the general advancement of good order and discipline: All which the several Officers of the divisions, brigades, regiments, battalions and companies are hereby required to make in the usual manner, or as the Commander in Chief shall direct, so that the Adjutant General may be duly furnished therewith: From all which returns, he shall make proper abstracts, and a general return of the whole Militia of the Commonwealth, and lay the same before the Governour or Commander in Chief, and forward a duplicate thereof to the President of the United States.

28. *And be it further enacted by the authority aforesaid,* That it shall be the duty of the Brigade Inspector to attend the regimental and battalion meetings of the Militia, composing the several Brigades, to which they belong, during the time of their being under arms; to inspect their arms and equipments; to superintend their exercise and manœuvres, and introduce the system of discipline, established by this Act; to obey all orders they may from time to time receive from the Commander in Chief, or others, their superior Officers; to make returns to the Adjutant General, at least, once in a year, and at such other times as shall be required, of the Militia of the brigades to which they severally belong, reporting therein the actual situation of the corps, their arms, ammunition and accoutrements, and every other thing which they may be required to report; or which in their judgment may relate to their government, and the general advancement of good order and military discipline.

*Duty of the Brigade Inspector.*

29. *And be it further enacted by the authority aforesaid,* That the rules of discipline approved and established by Congress, in the resolutions, of the twenty ninth day of *March,* one thousand seven hundred and seventy nine, shall be the rules and regulations of discipline, to be observed by the Militia of this Commonwealth; except such deviations from said rules, as may be necessary by the requisitions of this Act, or some other unavoidable circumstances; and every Officer receiving a commission

*Rules and regulations of discipline for the Militia.*

N 2                                        in

Google

in the Militia, shall immediately provide himself with a book containing those rules.

30. *And be it further enacted by the authority aforesaid,* That every regiment of Militia of this Commonwealth, shall be assembled in regiment, once in two years, for review, inspection and discipline, on such days as the Commanding Officers of the several divisions or brigades shall order; (the Commanding Officers of regiments to point out the place.) And the Militia of every town shall be assembled together once in two years, (the year it is not mustered in regiment) at such time and place as the Commanding Officer shall order, and shall be instructed and disciplined under the direction of a Field Officer. *Provided nevertheless,* in new settlements, where the dispersed situation of a regiment may oblige men to march twenty miles or more, to the place of parade, it shall be at the discretion of the Commanding Officer of the regiment, to muster the Militia in such settlements, either by regiment, by towns, or other convenient bodies. And every noncommissioned Officer and Private shall come to the place of parade, with necessary refreshment for said day, at his own expense. The cavalry and artillery, and other corps raised at large, shall also be reviewed and inspected, once in every year, either with the regiments and battalions, or by themselves, as the Major Generals, or the Brigadiers shall order, and at such times and places as they shall direct. And each commanding Officer of a Corps, when on duty, shall have full power and authority, to ascertain and fix certain necessary limits and bounds, to their respective parades, (no road in which people usually travel, to be included) within which no spectator shall have right to enter without liberty from said Commanding Officer; and in case any person shall so intrude within the lines of the parade, after being once forbidden, he shall be subject to be confined under guard, during the time of exercise, at the discretion of the Commanding Officer. And whenever different corps shall be assembled together, the senior Officer present shall command, without any regard to corps whatever. And all Officers when on duty, shall take rank according to the dates of their commissions; and when two of the same grade bear an equal date, and former pretensions of some commission do not decide, then their rank shall be determined by lot, to be drawn by them, before the Commanding Officer present; and when on Court Martial before the President thereof,

31. *And*

31. *And be it further enacted by the authority afore-said,* That every Captain or Commanding Officer of a company, who shall neglect or refuse to call out his company, as often as the law requires, for discipline, and on the first Tuesday of *May*, for a view of arms, as directed by this Act, or at any other time, when thereto required, by his superior Officer; or who shall at any time excuse his men for unnecessary absence, or deficiency, shall be tried by a Court Martial, and if thereof convicted, he shall be reprimanded in orders, or removed from office, at the discretion of said Court.

32. *And be it further enacted by the authority afore-said,* That at any regimental muster, the several companies shall form in regiments, according to the rank of the Officers, commanding them; and the same rule shall apply whenever different corps are assembled together; excepting so far as by custom, usage and necessity, cavalry, artillery and light troops, may be detached from the battalions.

*Companies how to rank.*

33. *And be it further enacted by the authority afore-said,* That whenever in case of threatened or actual invasion, insurrection, or other public danger or emergency, the Militia, or any part thereof, shall be ordered out or detached, if any person who shall be ordered out or detached, in obedience to such orders, being duly notified thereof, and ordered to march to the place of rendezvous, shall neglect or refuse to obey such orders, or shall not, within twenty four hours after he shall have been notified as aforesaid, pay a fine of *ten pounds*, to the Commanding Officer of the company to which he belongs, or procure an able bodied man, in his stead, such person shall be considered as a soldier in such detachment, and be dealt with accordingly. *Provided always,* That whenever a detachment is made, the Officers, noncommissioned Officers and Privates, being able of body, shall be detailed from the rosters or rolls which shall be kept for that purpose: And any person who by absconding after being detached, as aforesaid, or by deserting from such detachment, shall attempt to evade the punishment by law provided for desertion, he shall pay a fine of *twelve pounds*, to be sued for and recovered by the Clerk of the company, to which such person belongs, any time within twelve months after the discharge of such detachment; said fine to be disposed of for the purpose of paying such men as shall be hired or drafted into service: And any officer holding a commission in the Militia, who shall neglect or refuse to execute any orders

*Penalty for not marching with detachments, when ordered.*

*Proviso.*

*Punishment for absconding.*

Digitized by Google

Delinquent
Officers how
Punished.

he may receive from his superior officer, to make a detachment of the corps under his command, it shall be the duty of the Officer who issued such orders immediately to arrest such delinquent Officer, bring him to trial therefor, before a Court Martial, and forthwith give information thereof to the Commander in Chief ; and the Officer who issued the order which shall not have been executed, as aforesaid, shall immediately after arresting the delinquent Officer, proceed by himself or some other Officer, under his command, to make and complete the detachment, ordered as aforesaid. And when any regiment or company shall not be organised, the Officer issuing the orders for such detachment, shall by himself, or some other Officer under him, proceed to make and complete the detachment from any part of the Militia, of such unorganised corps.

Militia to provide provisions when called out.

34. *And be it further enacted by the authority aforesaid,* That whenever the Militia, or any part thereof, of any town, shall be ordered to march for the immediate defence of this State, each Officer and Soldier shall provide and take with him three days' provision, unless otherwise ordered ; and the Selectmen of such town shall

Selectmen to furnish carriages, &c.

cause carriages to attend them with farther supplies of provision and camp utensils, until notice shall be given them to desist, by the Commanding Officer of the Militia detached : And the Selectmen shall prefer their accounts for such supplies to the General Court, for allowance and payment : And whenever the Selectmen of any town or district, from which a detachment shall be ordered, shall be notified by any Officer duly authorised thereto, and shall neglect or refuse to furnish such supplies and utensils, the town or district to which such Selectmen belong, shall pay a fine not exceeding *fifty*

Penalty in case—

*pounds,* to be sued for and recovered by any person who shall prosecute for the same ; one moiety to the prosecutor, and the other to the use of the Commonwealth ; and the Officer to whom such camp utensils shall be delivered, shall be accountable for the same, unless broken or lost by some unavoidable accident, not in his power to prevent.

Widows and children of persons who may be killed or wounded in actual service to receive a pension.

35. *Be it further enacted by the authority aforesaid,* That if any Officer, noncommissioned Officer or Private of the Militia, shall be killed or die of his wounds received in the service of this Commonwealth, his widow, child or children shall be entitled to similar relief, and under the same regulations and restrictions, as is provided by law in such cases for the relief of widows and orphans

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12220   Page 97 of 247

phans of perfons killed or dying of wounds received in the fervice of the United States : And if any Officer, noncommiffioned Officer or Private of the Militia, fhall be wounded or otherwife difabled in the fervice of this Commonwealth, he fhall be entitled to fimilar relief, and under the fame regulations and reftrictions, as is provided by law in fuch cafes for the relief of perfons wounded or difabled in the fervice of the United States.

36. *And be it further enacted by the authority afore-faid,* That the Governour or Commander in Chief, fhall appoint Courts Martial for the trial of all Officers above the rank of Captain : That the Major Generals or Commanding officers of divifions, each within his own divifion, fhall appoint Courts Martial for the trial of Captains and all officers under that rank : And it fhall be the duty of every Officer who fhall appoint a Court Martial, as aforefaid, to approve or difapprove of every fentence of fuch Court Martial by them appointed : And no officer who fhall appoint a Court Martial, fhall be Prefident thereof, nor fhall any fentence be put in execution until it fhall have been approved of as aforefaid : No Court Martial fhall confift of a lefs number than thirteen Commiffioned Officers, the Prefident of which fhall not be under the rank of a Field Officer ; and no Field Officer fhall be tried by any perfon under the degree of a Captain ; and all officers fhall take rank by feniority of commiffion, without regard to corps : And the Officer who fhall appoint a Court Martial fhall at the fame time appoint a fuitable perfon for a Judge Advocate, whofe duty it fhall be impartially to ftate the evidence both for and againft the Officer under trial ; to take accurate minutes of the evidence, and all the proceedings of the Court ; all of which he fhall tranfmit, with the judgment of the Court thereon, under feal, to the Officer whofe duty it is to approve or difapprove of fuch judgment. Every Officer to be tried fhall have ten days' notice given him of the time and place appointed for trial : And every Officer to be tried fhall be put in arreft, fo as to be fufpended from the exercife of his office, and fhall have a copy of the charges exhibited againft him ten days before the fitting of faid Court ; and in cafe any officer, for the trial of whom a Court Martial fhall be appointed, fhall neglect to appear and make defence, he fhall be deemed by faid Court guilty of the charge, and fhall be fentenced accordingly. In every Court Martial held for the trial of an officer, not lefs than two thirds of the members muft agree in the

*Marginal notes:*
Court Martial how appointed, and by whom.

Judge Advocate to be appointed—his duty.

Officers to be tried, to have due notice.

—to be arrefted.

Judgment of CourtMartial, —how determined.

Google

fentence or judgment of faid Court, otherwife the per-
fon charged fhall be acquitted : All proceedings and
trials by Court Martial fhall be carried on in the day
time ; and when the members fhall be required to give
their votes on a queftion or decifion, they fhall begin
with the youngeft in commiffion, firft : All perfons

*Perfons to give evidence under penalties.*
fhall be holden to appear and give evidence before any
Court Martial, under the fame penalties for neglect, as
are by law provided for witneffes in other cafes, when
thereunto fummoned by a Juftice of the Peace for fuch
fervice : And all witneffes fhall be fworn by the Judge
Advocate before they give their evidence to the Court.
Before any Court Martial fhall proceed to the trial of

*Judge Advocate to adminifter.*
any Officer, the Judge Advocate fhall adminifter to the
Prefident and each of the members, the following oath,
viz.

*the Oath.*
YOU A. B. do fwear, that you will well and truly
try the caufe now before you, between this Common-
wealth, and the perfon to be tried ; and you do further
fwear, that you will not divulge the fentence of this
Court Martial until it fhall be approved or difapproved
of ; and that you will not on any account, at any time
whatever, difcover the vote or opinion of any Member,
unlefs required to give evidence thereof, as a witnefs,
by a Court of Juftice, in a due courfe of law. *So help
you* GOD !

And the Prefident fhall adminifter to the Judge Ad-
vocate, the following oath, viz.

*Oath adminiftered to the Judge Advocate.*
YOU A. B. do fwear, that you will not on any ac-
count, at any time whatever, divulge the vote or opinion
of any Member of this Court Martial, unlefs required
to give evidence thereof, as a witnefs, by a Court of
Juftice, in a due courfe of law. *So help you* GOD !

37. *And be it further enacted by the authority afore-
faid*, That every Officer holding a commiffion in the
Militia, who fhall be accufed of any unmilitary conduct,

*Officers guilty of unmilitary conduct, to be tried by a Court Martial.*
neglect of duty, or difobedience of orders ; or who fhall,
when on duty, appear or behave himfelf in an unofficer-
like manner, or fhall wilfully injure thofe who are un-
der his command, he fhall be liable to be tried by a
Court Martial, and if found guilty, to be fentenced by
faid Court to be reprimanded in orders, or to be remov-
ed from office : And whenever a Court Martial fhall
fentence any Officer to be removed from office, the
Court fhall therein adjudge fuch Officer, incapable of
holding any military commiffion under this Common-
wealth for life, or for years, according to the nature and
                                                aggravation

Digitized by Google

aggravation of his offence ; and fuch fentence, being duly approved of by the Officer appointing fuch Court Martial, fhall be publifhed and remain in full force, unlefs reverfed, fo far as refpects difqualification, by the General Court.

*and remov-
ed from office.*

38. *And be it further enacted by the authority afore-faid*, That every town within this Commonwealth fhall be conftantly provided with fixty four pounds of good gunpowder, one hundred pounds of mufket balls, one hundred flints, and three tin or iron camp kettles, for every fixty four foldiers in the Militia of fuch town, en-rolled as aforefaid ; and the fame proportion of each of the aforefaid articles for a greater or leffer number : And every town which fhall neglect to keep conftantly pro-vided with the faid articles, fhall forfeit and pay, for the ufe of the Commonwealth, for every fixty four men in fuch town which fhall be unprovided with the faid ar-ticles, the fum of *fix pounds*, to be recovered by prefent-ment in the Court of General Seffions of the Peace, in the county to which fuch town fhall belong.  And it fhall be the duty of the Brigade Infpector annually to infpect the magazines of each town, within the brigade to which he belongs, and to make complaint to the Grand Jury of the county, againft all towns which fhall neglect to keep conftantly provided as aforefaid.

*Towns to be provided with military ar-ticles.*

*Penalty in cafe of neg-lect.*

*Brigade In-fpector to in-fpect, &c.*

And whereas the good citizens of this Commonwealth are often injured by the difcharge of fingle guns on a mufter day.  Therefore,

39. *Be it further enacted by the authority aforefaid*, That no noncommiffioned Officer or Private, fhall un-neceffarily fire a mufket or fingle gun, in any public road, or near any houfe, or near the place of parade, on any day, or evening fucceeding the fame, on which any troop or company fhall be ordered to affemble for military duty, unlefs embodied under the command of fome Officer ; and if any noncommiffioned Officer or Private fhall fire a mufket or gun, except as aforefaid, on the faid day or evening fucceeding, without being em-bodied as aforefaid, he fhall forfeit and pay a fine of *five fhillings*, for each and every offence aforefaid, to be fu-ed for, recovered and difpofed of in the fame manner as fines for nonappearance on a mufter day are recovered and difpofed of.

*Penalty for firing on a mufter day without or-ders;*

*how recovered and difpofed of.*

40. *And be it further enacted by the authority afore-faid*, That the Adjutant General, the Quarter Mafter General, Brigade Infpectors, and Adjutants of regi-ments, fhall receive a reafonable confideration for their

*Certain offi-cers to receive pay.*

fervices ;

Digitized by Google

services; to be allowed by the General Court.   And all Officers serving on Military Boards, Courts of Inquiry, and Courts Martial, shall receive pay, while necessarily employed therein, at the same rate as when in actual service: And the Adjutant General, or Brigade Majors, as the **Pay rolls to be laid before the General Court.** case may be, shall make up pay rolls, of such Military Courts of Inquiry, and Courts Martial, and lay the same before the General Court, for allowance; and they shall receive payment at the Treasury, of the sums so allowed, and pay the same over to the Officers who performed the service.

[Passed *June* 22, 1793.]

### C H A P.  II.

An Act for repealing one Clause, and altering a Dividing Line, described in an Act, entitled " An Act for Dividing the Town of Salisbury, in the County of Essex, into two Parishes. Passed *June* 6, 1793.

[*S P E C I A L.*]

### C H A P.  III.

An Act authorising Lewis Ansart de Maresquelle, to omit the addition of De Maresquelle, and to be called and known by the names of Lewis Ansart. Passed *June* 6, 1793.

[*S P E C I A L.*]

### C H A P.  IV.

An Act for the encouragement of the Glass Manufactory within this Commonwealth. Passed *June* 15, 1793.

[*S P E C I A L.*]

### C H A P.  V.

An Act for establishing an Academy in the Town of Westfield, in the County of Hampshire, by the name of Westfield Academy. Passed *June* 17, 1793.

[*S P E C I A L.*]

CHAP.

Digitized by Google

# EXHIBIT 179

*The Statutes at Large of Pennsylvania.*

of their capital expended in the prosecution of the said work, and of the income and profits arising from the said toll, for and during the said respective periods, together with an exact account of the costs and charges of keeping the said bridge in repair, and all other contingent costs and charges, to the end that the clear annual income and profits thereof may be ascertained and known, and if at the end of two years after the said bridge shall be completed, it shall appear from the average profits of the said two years, that the said clear income and profits thereof will not bear a dividend of six per centum per annum on the whole capital stock of the said company so expended, then it shall and may be lawful for the president, managers and company to increase the tolls hereinabove allowed, so much upon each and every allowance thereof as will raise the dividends to six per centum per annum, and at the end of every ten years after the said bridge shall be completed, they shall render to the general assembly a like abstract of their accounts for three preceding years, and if at the end of any such decennial period, it shall appear from such abstract that the clear profits and income of the said company will bear a dividend of more than twenty-five per centum per annum, then the said tolls shall be so reduced, as will reduce the said dividend to twenty-five per centum per annum.

Passed April 11, 1793. Recorded L. B. —, p. —. (not given.)

---

## CHAPTER MDCXCVI.

---

### AN ACT FOR THE REGULATION OF THE MILITIA OF THE COMMON-WEALTH OF PENNSYLVANIA.

Whereas a well regulated militia is the only safe and constitutional method of defending a free state, and whereas, the

several laws enacted by the legislature of this commonwealth for the regulation of the militia thereof, have been found to require material alterations, in order to which it has been thought more advisable to revise the whole system, than to amend it by supplementary statutes: Therefore:

[Section I.] (Section I, P. L.) Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania, in General Assembly met, and it is hereby enacted by the authority of the same, That each and every free, able-bodied, white, male citizen of this or any other of the United States, residing in this commonwealth, who is or shall be of the age of eighteen years and under the age of forty-five years, except as hereinafter excepted, shall severally and respectively be enrolled in the militia, by the captain or commanding officer of the company within whose bounds such citizen shall reside, within three months after the passing of this act, and that it shall be at all times hereafter the duty of every such captain or commanding officer of a company, to enroll every such citizen as aforesaid, and also those who shall from time to time arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years, and not excepted by this act, shall come to reside within his bounds, and shall without delay notify such citizen of the said enrollment by a proper non-commissioned officer of the company, by whom such notice may be proved; and all cases of doubt respecting the age of any person enrolled or intended to be enrolled, the party questioned shall prove his age to the satisfaction of the officers of the company within whose bounds he may reside, or a majority of them.

[Section II.] (Section II, P. L.) And be it further enacted by the authority aforesaid, That the vice president of the United States, officers, judicial and executive, of the government of the United States, the members of both houses of congress and their respective officers, judges of the supreme court, judges of the court of common pleas, attorney general, secretary and treasurer of the state, sheriffs, gaolers and keepers of workhouses, all post-officers and stage-drivers who are employed in the care and conveyance of the mail of the post

office of the United States, all ferrymen employed at any ferry on the post roads, all inspectors of exports, all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States, ministers of religion of every denomination, professors and teachers in the university, colleges, academies and schools, the librarian of the library company of Philadelphia and of the Loganian library, and menial servants of ambassadors or ministers and consuls from foreign states, and no other person or persons, shall be, and are hereby, excepted from military duty, notwithstanding their being above the age of eighteen and under the age of forty-five years. And also all young men under the age of twenty-one years, and all servants purchased bona fide and for a valuable consideration, though enrolled agreeably to the first section of this law, shall be exempted from furnishing the necessary arms, ammunition and accoutrements, as are required by the fifth section thereof, and shall be excepted from militia duties and fines during such minority or servitude, except in cases of rebellion, or an actual or threatened invasion of this or any of the neighboring states.

[Section III.] (Section III, P. L.) And be it further enacted by the authority aforesaid, That the militia of this commonwealth shall, within the respective bounds hereinafter mentioned, be arranged into divisions, brigades, regiments, battalions and companies; that each brigade so to be formed shall consist of not less than two nor more than eight regiments; each regiment into two battalions; and each battalion into four companies, in such manner that no company shall consist of more than eighty or less than forty individuals, or as near as may be, having regard to their local situations; there shall be to each battalion at least one company of grenadiers, light infantry or riflemen, and to each division there shall be at least one company of artillery and one troop of horse, which shall be formed of volunteers from the respective brigades at the discretion of the governor, not exceeding one company of each to a regiment, nor more in number than one-eleventh part of the infantry.

Provided always, That the several volunteer corps of artillery, cavalry and infantry, which have hitherto existed in this commonwealth and have not been included in the general formation of the militia, shall continue to exist as heretofore, and retain the privileges which they have hitherto enjoyed.

[Section IV.] (Section IV, P. L.) And be it further enacted by the authority aforesaid, That the territory of this commonwealth, for the purpose of making the arrangement in the preceding section mentioned, be and is hereby divided into division bounds as follows, to wit.: The city and county of Philadelphia shall form one division; the counties of Bucks and Montgomery one other division; the counties of Chester and Delaware one other division; the counties of Lancaster and York one other division; the counties of Berks and Dauphin one other division; the counties of Cumberland and Franklin one other division; the counties of Northampton, Northumberland and Luzerne one other division; the counties of Bedford, Huntingdon and Mifflin one other division, and the counties of Westmoreland, Washington, Fayette and Allegheny one other division. The city of Philadelphia shall form a brigade, and each county shall form a brigade; provided that it shall be lawful for the governor to divide any county into two brigades, when the number of men enrolled in the militia of such county shall exceed four thousand.

[Section V.] (Section V, P. L.) And be it further enacted by the authority aforesaid, That in order that the militia may be properly armed, equipped and accoutred, every citizen enrolled and notified of this enrollment in manner aforesaid, except as is hereinbefore excepted, shall, within six months after receiving such notice, provide himself with the arms, ammunition and accoutrement hereinafter mentioned, viz.: Every non-commissioned officer and private of the infantry (including grenadiers and light infantry and of the artillery) shall have a good musket or firelock, a sufficient bayonet and belt, two spare flints and a knapsack, a pouch with a box therein, to contain not less than twenty-four cartridges suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball, or with a good rifle, knapsack,

shot-pouch and powder horn, twenty balls suited to the bore of his rifle and a quarter of a pound of powder; the commissioned officers of infantry shall be armed with a sword or hanger and an espontoon, and those of artillery with a sword or hanger, a fuzee, bayonet and belt, and a cartridge box to contain twelve cartridges. The commissioned officers of the several troops of horse shall furnish themselves with good horses, of at least fourteen hands and an half high, and shall be armed with a sword and a pair of pistols, the holsters of which shall be covered with bearskin caps; each light-horseman or dragoon shall furnish himself with a serviceable horse, of at least fourteen hands and an half high, a good saddle, bridle, mail pillion and valise holsters, and a breast plate and cupper, a pair of boots and spurs, a pair of pistols, a sabre and a cartouch box, to contain twelve cartridges for pistols; the artillery and horse shall be uniformly clothed in regimentals, to be furnished at their own expense, the color and fashion to be determined by the brigadier commanding the brigade to which they belong; every militiaman shall appear so armed, accoutred and provided when called out to exercise or into service (except that when called out on company days to exercise only he may appear without a knapsack) and every man so enrolled as aforesaid, and providing himself with the arms, ammunition and accoutrements required as aforesaid, shall hold the same exempted from all suits, distresses, executions, or sales for debt or the payment of taxes. Each battalion and regiment shall be provided with the state and regimental colors by the field officers, and each company with a drum and fife or bugle horn by the commissioned officers of the company; the expenses of such colors, drums, fifes or bugle horns to be repaid to the officers out of the fines incurred by this act.

Provided always, That whenever the field officers of any regiment shall judge any person enrolled therein, unable to arm and equip himself as aforesaid, such person shall not be subject to any fine for not arming, anything herein contained to the contrary notwithstanding.

[Section VI.] (Section VI, P. L.) And be it further enacted by the authority aforesaid, That the militia shall be officered as follows: To each division one major-general and two aides-de-camp, with rank of major; to each brigade one brigadier general, with one brigade inspector to serve also as brigade-major, with rank of major; to each regiment one lieutenant-colonel commandant; and to each battalion one major; to each company of infantry, (including light infantry and grenadiers) one captain, one lieutenant, one ensign, four sergeants, four corporals, one clerk, one drummer and one fifer or bugler; that their shall be a regimental staff, to consist of one adjutant and one quarter-master, to rank as lieutenants; one paymaster, one surgeon and one surgeon's mate, one sergeant major, one drum major and one fife major; there shall be to each company of artillery one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one fifer; and to each troop of horse there shall be one captain, two lieutenants, one cornet, four sergeants, four corporals, one saddler, one farrier and one trumpeter; there shall be an adjutant-general appointed for the whole militia.

[Section VII.] (Section VII, P. L.) And be it further enacted by the authority aforesaid, That the adjutant-general, major-general, brigadier-general and brigade inspectors, shall be appointed and commissioned by the governor; the division and brigade officers to be residing within their respective divisions and brigade bounds; that the majors-general shall apoint their own aides-de-camp out of the line of captains or subalterns; that the field officers of each regiment shall appoint their respective regimental staffs; that the lieutenant-colonels, majors, captains, lieutenants and ensigns, shall be elected in form and manner hereinafter mentioned and provided for; that all commissioned officers shall be commissioned for seven years, and shall take rank according to the date of their commissions, and when two of the same grade bear an equal date, then their rank shall be determined by lot to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

*The Statutes at Large of Pennsylvania.*

[Section VIII.] (Section VIII, P. L.) And be it further enacted by the authority aforesaid, That the duty of the adjutant-general shall be to distribute all orders from the governor, as commander-in-chief of the militia of the state, to the several corps; to attend all public reviews when the governor shall review the militia; to obey all orders from him relating to the carrying into execution and perfecting the system of military discipline established by this act; to furnish blank forms of the different returns that may be required, and to explain the principles on which they should be made; to receive may be furnished therewith; from all which returns he shall make a general return of all the militia of the state, and lay the same before the governor and a duplicate thereof before the president of the United States; that the said adjutant-general, before he enters upon the exercise of the duties of his office, shall give bond with two or more sufficient sureties in the penalty of five thousand dollars, conditioned for the due and faithful performance of the said duties, and shall in full compensation for his services receive a yearly salary of eight hundred dollars.

[Section IX.] (Section IX, P. L.) And be it further enacted by the authority aforesaid, That it shall be the duty of the brigade inspectors to attend the regimental and battalion meetings of the militia composing their several brigades during the time of their being under arms; to inspect their arms, ammunition and accoutrements, superintend their exercise and manoeuvres, and introduce throughout the state the system of military discipline established by this act, as well as such orders as they shall from time to time receive from the governor, as commander-in-chief of the militia, to make returns to the adjutant-general at least once in every year, and at such stated time or times as the governor shall direct, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements and ammunition of the several corps and every other thing which in his judgment may relate to their government and the general advancement of good order and military discipline; that it shall

moreover be the duty of the said brigade inspectors to super-
intend the elections of the field officers, to procure and furnish
arms, accoutrements, ammunition, drums, fifes, bugle horns,
carriages for the transportation of baggage and other articles
that may be wanted for the use of their respective brigades,
and to do all and every such other duties as are enjoined upon
them by this act, in form and manner therein prescribed; and
in full compensation for all their services each of the said
brigade inspectors shall receive the yearly salary of two hun-
dred dollars; and each of the said inspectors before he enters
upon the duties of his office shall give bond with one or more
sufficient sureties in the penal sum of one thousand dollars,
conditioned for the due and faithful performance of the said
duties and for the faithful accounting for, according to law,
and paying of all the moneys which shall come to his hands
by virtue of this act, when thereunto lawfully required; and
each of the said inspectors shall, once in every twelve months,
make out complete accounts of all the moneys received by him,
and of his expenditures, and return the same to the adjutant-
general, and on failure of accounting as aforesaid, each in-
spector shall forfeit and pay for every such neglect the sum
of fifty dollars, to be applied as other fines are directed to be
applied by this act; and on the death, removal, or resignation
of any of the said inspectors, such inspector, his executors or ad-
ministrators, shall, on the reasonable demand in writing of his
successor in office, or of any other person who shall be ap-
pointed by the governor to receive the same, deliver up to the
said successor, or other person as aforesaid, all and singular the
books, duplicates, returns and other papers belonging to or in
use in the said office, and on refusal thereof, he or they so
offending, shall forfeit the sum of one thousand dollars and the
necessary cost of prosecution, to be recovered by the said suc-
cessor in office, or other person duly authorized as aforesaid,
upon indictment, bill, plaint or information, or by action of
debt, in any court of record within this state, to be applied as
other militia fines are directed to be applied by this act, and in
case of a second refusal, such person or persons so refusing

shall suffer as well the said penalty as the further punishment
of six months' imprisonment, without bail or mainprise, and
the judges of the court where such penalty shall be recovered
shall order the said commitment accordingly.

[Section X.] (Section X, P. L.) And be it further enacted
by the authority aforesaid, That each of the said inspectors
shall, on or before the first Monday in May next, and some time
between the first day and last day of March in every succeed-
ing year, issue his warrant, directed to the captain or com-
manding officer for the time being of each company of the sev-
eral battalions, or some other fit person in his brigade, com-
manding him in the name of the commonwealth to deliver to
him, the said inspector, within ten days from and after the
date of the said warrant (on oath or affirmation, which the said
inspectors are hereby severally empowered to administer), a
true and exact list of the names and surnames of each and
every free, able-bodied, white, male citizen of this or any other
of the United States, residing within the bounds of his
company, between the ages of eighteen and forty-five years, not
being such as are above declared excepted from militia duty,
and lay such lists, within three days after he shall have re-
ceived the same, before the brigadier general of his brigade,
who shall thereupon divide his said brigade into regimental
battalions and companies, in manner hereinbefore directed, to
each of which he shall appoint proper districts or local sub-
divisions, paying due regard to the conveniency of the inhabi-
tants, and taking care that each person be annexed to the
numercial class to which he formerly belonged.

[Section XI.] (Section XI, P. L.) And be it further enacted
by the authority aforesaid, That the elections of such officers
as are by this act declared to be elective, shall be made as fol-
lows: The several brigade inspectors shall, on or before the first
Tuesday of June next, give notice, by advertisement at eight or
more of the most public places of each regiment bounds or dis-
trict, appointing a certain day for each district, not less than
ten days after the said notice, and requiring all the citizens
enrolled in the said regiment and residing within the bounds
thereof, except as is hereinbefore excepted, to meet at a cer-

tain place as near the centre of the said district as may be, and then and there, between the hours of ten in the morning and six in the afternoon of the said day, to elect by ballot one lieutenant colonel; and the enrolled inhabitants of each battalion bounds, respectively, shall elect by ballot as aforesaid, on the same or some other day and at such place or places as shall be most convenient, but with the least possible delay, one major; and the enrolled inhabitants of each company bounds, respectively, shall elect by ballot as aforesaid, on the same or some other day and at such place or places as shall be most convenient, but with the least possible delay, one captain, one lieutenant and one ensign; previous to which said election or elections, respectively, the said enrolled inhabitants shall elect two respectable citizens to preside as judges thereof, who shall certify to the inspector the names of the persons so elected, and each captain shall appoint a suitable person for a clerk in his company, and the said inspector shall attend and superintend each and every of the said battalion elections, and after the officers are elected shall give notice thereof to the brigadier, who shall cause the lieutenant colonels of his brigade to assemble together, as soon as may be, to cast lots for rank of the regiments, and the said lieutenant colonels shall afterwards call together the majors and captains of their respective regiments, to cast lots in like manner for their respective ranks, and the ranks of the lieutenants and ensigns shall be determined by the ranks of the captains, respectively, and the said inspectors shall, as soon as may be after the officers shall have been elected and their ranks ascertained, transmit proper certificates to the governor, of the names of the persons so as aforesaid elected and their ranks, in order that commissions may be granted to them according to the said certificates; and elections for officers in the light-horse shall be made in like manner as elections for officers in the infantry and artillery, and in every case of future vacancy, whether by death, resignation or absence, as hereinafter provided, the brigadier, in whose brigade such vacancy or vacancies shall happen, shall immediately, upon receiving notice thereof, cause one or more regiment, battalion or com-

pany elections to be held in manner and form aforesaid, in order to supply the same, and shall, when there shall be occasion, cause the ranks to be ascertained, and make return to the governor in manner hereinbefore provided; and whenever any vacancy or vacancies shall happen, as aforesaid, in any regiment, battalion or company, the commanding officer of such regiment, battalion or company, for the time being, shall give immediate notice thereof to the inspector of his brigade, that the same may be filled up without loss of time; and if any regiment, battalion, troop or company, being duly noticed and required as aforesaid, shall neglect or refuse to elect their officers as aforesaid, then it shall and may be lawful for the inspector of the brigade to which such regiment, battalion, troop or company shall belong, to nominate, with the approbation of the brigadier-general, one suitable person to the governor, in the room of each officer so neglected to be chosen, and the said governor, approving thereof, shall commission the said person, which shall be as effectual to all intents and purposes as if the said officers had been elected as before directed; and the said inspector shall, as soon as may be, acquaint the parties so neglecting or refusing with the appointments that shall have been made as aforesaid.

[Section XII.] (Section XII, P. L.) And be it further enacted by the authority aforesaid, That if any commissioned officer shall remove out of the bounds of his proper division, brigade, battalion or company, except within the city of Philadelphia (as the case may be), or shall be absent therefrom (otherwise than on militia duty) for more than six months, his office shall be thereby vacated; and if a light-horseman shall remove or be absent in like manner from the bounds of his troop, or be appointed or elected a commissioned officer in any other part of the militia, his place in the said light-horse shall likewise be vacated.

[Section XIII.] (Section XIII, P. L.) And be it further enacted by the authority aforesaid, That every militia-man migrating or removing out of the bounds of one battalion or company to another, shall apply to the commanding officer of the company to which he did belong, who shall give him a

discharge, certifying the class to which he belongs, and whether he has served his tour of duty or not, and the time and date of said service, which certificate the said militia-man shall produce to the captain or commanding officer of the company in whose bounds he next settles, within ten days after his settlement, and the said captain or commanding officer is hereby required to enroll him in the class specified in the said certificate.

[Section XIV.] (Section XIV, P. L.) And be it further enacted by the authority aforesaid, That the whole of the militia of this state shall be subject to be mustered and exercised in regiments and in companies, by their respective officers, in the autumn or fall season of every year, on the days hereinafter stated, to wit: In regiments, as follow: the first regiments of each and every brigade in the commonwealth, shall be exercised on the third Monday in the month of October; the second regiments, on the Tuesday following; the third regiments, on the Wednesday; and so on, according to their numerical rank, on every day in the week (Saturdays and Sundays excepted) until the whole number of regiments shall have mustered and exercised in the aforesaid manner; and the several regiments shall meet and exercise in companies on the first Monday in the month of October; and the militia shall be and is hereby indemnified and excused from mustering and exercising on any other days than those enumerated in this act.

[Section XV.] (Section XV, P. L.) And be it further enacted by the authority aforesaid, That if any commissioned officer shall, without a lawful excuse, neglect or refuse to attend on any of the days hereinbefore appointed for exercise, if a field officer, he shall forfeit and pay the sum of four dollars; and every other commissioned officer shall forfeit and pay the sum of two dollars; and every non-commissioned officer or private, so neglecting or refusing to attend, shall forfeit and pay the sum of one dollar for every such neglect or refusal; except such commissioned officer, non-commissioned officer and privates, who shall be summoned and actually attending, on any of the days of exercise, aforesaid, as a juror or witness in

30—XIV

any court within this commonwealth, and the same fines shall
be respectively paid by every officer, non-commissioned officer
or private who shall leave the parade on a day of exercise before
the regiment or company is discharged, without leave first had
and obtained of the officer commanding.

[Section XVI.] (Section XVI, P. L.) And be it further
enacted by the authority aforesaid, In order to ascertain those
persons who by their absence on the days of exercise shall have
incurred the fines above mentioned, a sergeant or the clerk of
each company shall, on every such day, in the presence of the
captain or commanding officer of the company, at the end of
one hour after the time appointed for the meeting of the com-
pany or regiment, and also after the exercise is over and be-
fore the men are discharged, call over a muster-roll of the com-
pany, noting those who are absent, and a return shall be made
on the same or following day of such absentees, which shall
be signed by the sergeant or clerk and by the captain or com-
manding officer of the company, and shall, within ten days
thereafter if a regimental meeting, or if a company meeting,
within ten days after the next regimental meeting, be returned
by the said captain or commanding officer of the company,
upon his oath or affirmation, to the inspector of the brigade,
under the penalty of fifty dollars for every time he shall refuse
or neglect to make such return, and if any of the said ab-
sentees shall have been unable to attend from sickness or un-
avoidable necessity, and shall within the space of eight days
next after the day of exercise, state his case by himself or his
friend to the said captain or commanding officer of the com
pany, and satisfy him of the truth thereof, then the said captain
or commanding officer of the company, shall mention in his said
return the particular reasons of excuse which each absentee
shall have made appear to his satisfaction, and the inspector, on
sight of the said return, shall admit every such excuse as shall
appear to him reasonable, without favor or partiality, and re-
mit the fines accordingly, but no excuse shall be received at
any other time or in any other manner, than as is above pre-
scribed.

[Section XVII.] (Section XVII, P. L.) And be it further
enacted by the authority aforesaid, That whenever it may be
necessary to call into actual service any part of the militia in
case of rebellion, or of an actual or threatened invasion of this
or any of the neighboring states, then it shall and may be law-
ful for the governor to order into actual service, such part of
the militia, by classes, as the exigency may require;

Provided, That the part so called doth not exceed four
classes of the militia of the brigade or brigades so called out.

And provided also, That such brigade or brigades shall not
be again called out to furnish any more militia, until an equal
number of classes of the militia of the other brigade or
brigades, respectively, be first called, unless the danger of an
invasion from Indians or others should make it necessary to
keep in reserve the militia of such brigade or brigades for their
own immediate defence.

[Section XVIII.] (Section XVIII, P. L.) And be it further
enacted by the authority aforesaid, That to the end that the
militia, when called by classes, shall be properly officered, the
following order is hereby directed and enjoined; that is to say,
for the first draft, the captain of the first company, the lieu-
tenant of the second and the ensign of the fourth; second draft,
the captain of the second company, the lieutenant of the first
and the ensign of the third; third draft, the captain of the third
company, the lieutenant of the fourth and the ensign of the
second; fourth draft, the fourth captain, the lieutenant of the
third company and the ensign of the first; fifth draft, the fifth
captain, the lieutenant of the sixth company and the ensign of
the eighth; sixth draft, the sixth captain, the lieutenant of the
fifth company and the ensign of the seventh; seventh draft, the
captain of the seventh company, the lieutenant of the eighth
and the ensign of the sixth; eighth draft, the captain of the
eighth company, the lieutenant of the seventh and the ensign
of the fifth; non-commissioned officers to take tour of duty with
the commissioned officers, and the field officers of regiments, in
every division and brigade in the state, shall be divided in like
manner, and each class to be considered as a detachment from
different corps liable to serve two months and no longer, and to

be relieved by the class next in numerical order, the relief to arrive at least two days before the expiration of the term of the class to be relieved, but nothing herein contained shall prevent the governor from employing and calling out part of any class, or any company or companies, regiment or regiments, without respect to this rule, whenever the exigency is too sudden to allow the assemblying of the scattered militia which compose the particular classes, and the services of the persons so called out shall be accounted as part of their tour of duty, and the pay of the militia in actual service shall commence two days before marching, and they shall receive pay and rations at the rate of fifteen miles per day on their return home.

[Section XIX.] (Section XIX, P. L.) And be it further enacted by the authority aforesaid, That it shall and may be lawful for any person called to do a tour of duty to find a sufficient substitute, such substitute being approved of by the captain or commanding officer of the company which he shall be offered to serve in.

Provided always, That persons serving by substitute as aforesaid, if said substitute shall be called in his own turn into actual service before the term expires which he was to serve for his employer, that then the person procuring such substitute shall march in his said substitutes' turn, or be liable to pay his fine for neglect, which fine is to be recovered as other fines for neglect of serving are by this act directed to be recovered, and that sons who are not subject to the militia law may be admitted as substitutes for their fathers.

[Section XX.] (Section XX, P. L.) And be it further enacted by the authority aforesaid, That when the militia, or any detachment thereof, are called out on duty, the pay of each major-general shall be sixty dollars per month; of each brigadier general, fifty dollars per month; of each lieutenant-colonel, forty dollars per month; of each major, thirty dollars per month; of each captain, twenty-five dollars per month; of each lieutenant, twenty dollars per month; of each ensign, fifteen dollars per month; of each sergeant, eight dollars per month; of each corporal, seven dollars per month; and of each private and musician, six dollars per month; and that every person

refusing or neglecting to perform his tour of duty, in person or by substitute, shall pay the sum of twelve dollars for every such neglect or refusal, if the tour was to be for a term not exceeding one month and in proportion if the tour was to be for any longer term.

[Section XXI.] (Section XXI, P. L.) And be it further enacted by the authority aforesaid, That when any class or classes of the militia shall be called to perform any tour of duty, the brigade inspector shall cause each and every person so called to be notified of such call, by a written or printed notice being delivered to him personally, or left at his house or usual place of abode, by some officer or other fit person employed for that purpose by the commanding officer of said company, at least three days before the time of assemblying the said militia, unless the governor, on a sudden exigency, shall think proper to order any part of the militia into immediate and actual service, and then the notice mentioning such special order shall be given for immediate attendance; and any person refusing or neglecting to perform such tour of duty, shall pay a fine of sixteen dollars per month for every such offence.

[Section XXII.] (Section XXII, P. L.) And be it further enacted by the authority aforesaid, That the inspector shall, forthwith after the marching of any part of the militia, call to his assistance two reputable citizens, one of whom shall be a justice of the peace, to sit at the most convenient place for the inhabitants of their respective districts, notice having been given of such place in the written or printed summons of every militia-man so called out, and shall there hear and determine all appeals that may be made by the persons thinking themselves aggrieved by anything done in pursuance of this act; and they are hereby authorized and required to grant such relief to such appellant as to them shall appear just and reasonable (in consideration of such inability of body as in the opinion of the court renders him incapable of performing military duty) or of unavoidable absence from the brigade in which he shall reside; and each of the said reputable citizens, before they shall sit on the said appeal, shall take the following oath or affirmation, viz.: That he will hear and impartially deter-

Case 3:19-cv-01226-L-AHG  Document 133-4  Filed 03/15/24  PageID.12241  Page 118 of
247

mine on the cases of appeal that may be laid before him, agreeably to law and according to the best of his knowledge; which oath or affirmation the inspector is hereby empowered to administer, and the said justice and citizen shall have and receive from the said inspector the sum of one dollar each, for every day they sit on the appeals; and the said inspector and justice of the peace shall keep a separate record of the proceedings of such court of appeals, and if any delinquent, whose appeal shall have been determined against him, shall not pay his fine within five days after such determination, the inspector shall and may proceed to levy the said fine in manner hereinafter mentioned.

[Section XXIII.] (Section XXIII, P. L.) And be it further enacted by the authority aforesaid, That the commanding officers of the several regiments shall attend at the place of rendezvous of the marching class or classes, and the commanding officers of the marching class or classes are hereby required, then and there to deliver, to the commanding officer of the regiment, a muster-role of all those who attend and proceed to perform their then required tour of duty, under the penalty of fifty dollars, which return or muster-roll shall be transmitted by the said commanding officer of the regiment, within five days after marching, under the penalty of fifty dollars, to the inspector of the brigade to which they respectively belong.

[Section XXIV.] (Section XXIV, P. L.) And be it further enacted by the authority aforesaid, That the following articles, rules and regulations shall be those by which the militia shall be governed.

Article 1. If any field or other commissioned officer at any regimental review, or on any other occasion when the regiment or company to which he may belong, or in which he holds a command, is paraded in arms, shall appear, misbehave or demean himself in an unofficerlike manner, he shall, for such offence, be cashiered or punished by fine at the discretion of a general court martial, as the case may require, in any sum not exceeding sixty dollars, and if any non-commissioned

officer or private shall, on any ocasion of parading the company to which he belongs, appear with his arms and accoutrements in an unfit condition, or be drunk, or shall disobey orders, or use any reproachful or abusive language to his officers, or any of them, or shall quarrel himself or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard, by order of the commanding officer present, until the company is dismissed, and shall be fined, at the discretion of a regimental court martial, in any sum not exceeding four dollars, nor less than one dollar.

Article 2. If the lieutenant colonel or commanding officer of any regiment shall neglect or refuse to give orders for assembling his regiment at the times appointed by this law, or at the direction of the inspector of the brigade to which he belongs, when the said inspector is thereto commanded by the governor, or in case of an invasion of the city or county to which such regiment belongs, he shall be cashiered and punished by fine not exceeding two hundred dollars, at the discretion of a general court martial; and if a commissioned officer of any company shall, on any occasion, neglect or refuse to give orders for assemblying the company to which he belongs, or any part thereof, at the direction of the lieutenant colonel or commanding officer of the regiment to which such company belongs, he shall be cashiered and punished by fine not exceeding sixty dollars, at the discretion of a regimental court martial, and a non-commissioned officer offending in such case shall be fined, at the discretion of a regimental court martial, in any sum not exceeding twenty dollars.

Article 3. If any captain or commanding officer of a company shall refuse or neglect to make out a list of the persons noticed to perform any tour of duty, and send or convey the same to the lieutenant-colonel or commanding officer of the regiment to which such company may belong, for such neglect or refusal he shall be cashiered or fined, at the discretion of a regimental court martial, in any sum not exceeding forty dollars.

Article 4. If any militia-man shall desert while he is on a tour of duty, he shall be fined twenty-four dollars for every such

offence; if a non-commissioned officer, he shall be degraded and placed in the ranks.

Article 5. Every general court martial shall consist of thirteen members, all of whom shall be commissioned officers and of such rank as the case may require, and these thirteen shall choose a president out of their number, who shall be a field officer.

Article 6. Every regimental court martial shall be composed of five members, all commissioned officers, who are to choose one of their members a president, not under the rank of captain.

Article 7. In any court martial, not less than two-thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted.

Article 8. The president of each and every court martial, whether general or regimental, shall require all witnesses, in order to the trial of offenders, to declare on oath or affirmation that the evidence they shall give is the truth, the whole truth and nothing but the truth, and the members of all such courts shall take an oath or affirmation, which the president is required to administer to them, that they will give judgment with impartiality.

Article 9. All members of any militia called as witnesses in any case before a court martial, who shall refuse to attend and give evidence, shall be censured or fined, at the discretion of the court.

Article 10. No officer or private man being charged with transgressing these rules, shall be suffered to do duty in the regiment, company or troop to which he belongs, until he has his trial by a court martial, and every person so charged shall be tried as soon as a court martial can conveniently be assembled.

Article 11. If any officer or private man shall think himself injured by his lieutenant colonel or the commanding officer of the regiment, and shall, upon due application made to him, be refused redress, he may complain to the brigadier general, who shall direct the inspector of the brigade to summon a general court martial, that justice may be done.

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12244   Page 121 of 247

Article 12. If any inferior officer or private man shall think himself injured by his captain or other superior in the regiment, troop or company to which he belongs, he may complain to the commanding officer of the regiment, who shall summon a regimental court martial, for doing justice, according to the nature of the case.

Article 13. No penalty shall be inflicted at the discretion of court martial other than degrading, cashiering or fining.

Article 15.* The commanding officer of the militia, for the time being, shall have full power of pardoning or mitigating anycensures or penalties ordered to be inflicted on any private or non-commissioned officer, for the breach of any of these articles, by a general court martial; and every offender convicted, as aforesaid, by any regimental court martial, may be pardoned, or have the penalty mitigated by the lieutenant colonel or commanding officer of the regiment, excepting only where such censures or penalties are directed as satisfaction for injuries received by one officer or private man from another; but in case of officers, such sentence to be approved by the commander-in-chief, or the nearest general officer of the militia, who are respectively empowered to pardon or mitigate such sentence, or disapprove of the same.

Article 16. The militia, on the days of exercise, may be detained under arms on duty in the field, any time not exceeding six hours, provided they are not kept above three hours under arms at any one time, without allowing them a proper time to refresh themselves.

Article 17. No company or regiment shall meet at a tavern on any of the days of exercise, nor shall march to any tavern before they are discharged, and any person who shall bring any kind of spirituous liquors to such place of training, shall forfeit such liquors, so brought, for the use of the poor belonging to the ward, district or township where such offender lives.

Article 18. All fines that shall be incurred by any breach of these rules, shall be paid into the hands of the inspectors of the brigades to which the offenders belong, or to such person

*This mistake in numbering occurs in the original.

or persons as he shall appoint and make known in general or brigade orders as his agents or attorneys to receive the same, within three weeks after they become due, but in case of neglect or refusal to pay any of the said fines, the said inspector shall cause the same to be collected and levied in manner hereinafter mentioned.

Article 19. The rules of discipline approved and established by congress in their resolution of the 29th of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout this state, except such deviations from said rules as may be rendered necessary by the requisitions of this act or some other unavoidable circumstances. It shall be the duty of the commanding officer at every muster, whether by regiment or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline.

Article 20. The militia of this state, whilst in the actual service of the United States, shall be subject to the same rules and regulations as the federal army; provided that upon any transgression or offence of a militia-man, whether officer or private, against the rules and regulations of the federal army, the cause shall be tried and determined by a court martial of the militia of this state, and that it shall be in the power of the governor, or in case of his absence, of the commanding officer of the militia, to mitigate, suspend, or pardon any punishment to which any militia-man may be sentenced by a general court martial.

[Section XXV.] (Section XXV, P. L.) And be it further enacted by the authority aforesaid, That no civil process shall be served on any commissioned, non-commissioned officer or private, at any regimental review or training of any company, or while going to or returning from the place of such review or training.

[Section XXVI.] (Section XXVI, P. L.) And be it further enacted by the authority aforesaid, That for the purpose of collecting and levying the fines that shall be incurred, as well for non-attendance on days of exercise as for neglect of performing tours of duty, and also all such fines as shall be im-

Case 3:19-cv-01226-L-AHG  Document 133-4  Filed 03/15/24  PageID.12246  Page 123 of 247

posed by court martial on persons belonging to their respective
brigades, it shall and may be lawful for the several brigade
inspectors to appoint one or more proper persons, by warrant
under their respective hands and seals, to be collectors of the
said fines; and the said collectors, by virtue of the said war-
rants, shall be authorized and empowered to call on every de-
linquent that shall be named in the lists to be furnished to
them by the said inspectors, and demand payment of the said
fines, and of five per centum on the amount thereof for their
trouble in collecting the same, and on neglect or refusal of such
payment, then the said collectors shall proceed to levy the said
fines, with costs equal to those received by constables or
sheriffs in similar cases, by distress, irreplevisable and sale of
the offender's goods and chattels, lands and tenements, in like
manner and with like effect as the collectors of taxes may or
can do by virtue of any law or laws of this commonwealth.

Provided, That in the case of seizure of lands or tenements,
the same notice shall be given previous to the sale thereof as is
required in case of land sold by a sheriff, by virtue of a writ
of venditioni exponas, and no process shall issue to stay the
execution of such warrant, unless in the case of the seizure of
real estate.

Provided always, That if any person shall think himself
aggrieved in the seizure of his lands and tenements, he may
enter an appeal before the judges of the next court of common
pleas for the proper county, and on the parties giving sufficient
security, within fifteen days next after any lands or tenements
shall be seized or distrained, as aforesaid, to prosecute such
appeal with effect, the judges shall receive the same and stay
further process, and the said judges shall return every such
appeal on the first day of the next term, and the court shall
direct a trial by jury of the county, as in cases of debt, whose
verdict shall be final and conclusive, and except in extra-
ordinary cases, of which the court shall judge, all such appeals
shall be tried at the term to which such returns shall be made.

Provided also, That in case real estates be sold as aforesaid,
such sale shall be made by the sheriff of the county, who shall
make a sufficient deed for the same, and if any collector, ap-

pointed by any brigade inspector, as aforesaid, and having accepted of his appointment, shall refuse or neglect to perform his duty, he shall, for every such offence, forfeit and pay, at the discretion of the courts of quarter sessions of the peace within this commonwealth, any sum not exceeding forty dollars.

[Section XXVII.] (Section XXVII, P. L.) And be it further enacted by the authority aforesaid, That any person who shall or may be appointed by any brigade inspector within this state to collect the militia fines, shall be bound to account with and pay over to the inspector of the brigade, by whom he shall have been so appointed, all the moneys received by him for fines, within ten days after demand thereof shall be made; and all and every such persons refusing to render or settle his account in manner aforesaid, shall be liable to have his goods, chattels, lands and tenements within this state seized and secured by warrant, under the hand and seal of the inspector of the brigade in which such delinquent collector hath or may have acted, directed to the sheriff or coroner of the proper county, who shall make report of his proceedings to the said inspectors, and if there are no such goods, chattels, lands or tenements, or they being seized, he shall continue to withhold or refuse to settle his account of fines received, then, and in that case, the said inspector shall issue his warrant, under his hand and seal, directing the sheriff or the coroner of the county in which the delinquent may be, to seize and take his body and commit the same to the common gaol of the county, there to continue without bail or mainprise until he shall exhibit and settle his account, as aforesaid, and discharge the costs of prosecution, and all and every collector appointed as aforesaid, who hath or shall upon settlement of his account, be found to have a balance due by him of the fines collected, and shall not, within ten days after demand made by the inspector, discharge and pay the full amount thereof, then and in such case it shall and may be lawful for the said inspector immediately to issue his warrant to the sheriff or coroner, to levy the sum due by such delinquent collector, by distress and sale of the offender's goods and chattels, lands and tenements, together with costs and charges, which distress and sale shall be made in manner be-

fore directed for tour and muster fines and fines imposed by
courts martial, but if no such goods and chattels, lands or tene-
ments can be found, then to seize and take the body of such
offender and commit him to the common gaol, there to remain
for the space of six months, unless he shall sooner discharge
the debt, or procure such security that the same shall be dis-
charged within a reasonable time, as may secure and satisfy the
said inspector.

[Section XXVIII.]   (Section XXVIII, P. L.)   And be it
further enacted by the authority aforesaid, That all and every
of the fines and forfeitures by this act made payable, and the
mode of recovery not hereinbefore particularly pointed out,
shall be recovered by the inspectors of the several brigades in
the name and for the use of the commonwealth, by action of
debt before a justice of the peace, or in any court of record
within this commonwealth, as from the amount thereof they
shall be more properly cognizable, and the said inspector shall
account for and pay yearly to the treasurer of the common-
wealth all such fines as he shall receive by virtue of this act.

[Section XXIX.]   (Section XXIX, P. L.)   And be it further
enacted by the authority aforesaid, That all moneys passing
into the treasury by virtue of the directions of this act, shall
be appropriated as a fund for the purpose of supporting the
necessary officers for carrying this law into effect, and of
equipping and furnishing the militia with every necessary
apparatus for the defence and security of the state, the sur-
plus, if any, to be appropriated in such manner and to such
uses as the general assembly shall from time to time direct and
appoint; and the treasurer of the commonwealth shall keep
all the moneys arising from fines by the militia law separate
from all other moneys, and keep separate books of the same, and
the expenditures thereof, pursuant to the directions of this act.

[Section XXX.]   (Section XXX, P. L.)   And be it enacted
by the authority aforesaid, That the brigade inspector and two
reputable citizens, shall appraise the horse of each person serv-
ing as a light-horseman, immediately before every time of going
into actual service, and enter the same in a book, and in case
such horse shall be killed or die in actual service, or be taken

by the enemy otherwise than by neglect, he shall be paid the
full value of his horse, according to the said appraisement, by
an order to be drawn by the inspector on the militia fund in the
hands of the treasurer for that purpose.

[Section XXXI]. (Section XXXI, P. L.) And be it further
enacted by the authority aforesaid, That if any officer, non-
commissioned officer, or private militia-man, or volunteer acting
with the militia, residing in this state, having a family, shall
be killed or shall die of his wounds received in the service of
this state, his widow, child or children shall be entitled to sim-
ilar relief, and under the same regulations and restrictions as
were provided by the act, entitled "An act to provide for the
more effectual relief of the widows and children of the officers
and privates of the militia who have lost their lives in the ser-
vice of their country,"[1] passed on the twenty-seventh day of
March, one thousand seven hundred and ninety, and if any
officer, non-commissioned officer, or private militia-man, or
volunteer acting with the militia, residing in this state, shall
be wounded or otherwise disabled in the service of this state,
he shall be entitled to similar relief, and under the same regu-
lations and restrictions as had been provided by an act, en-
titled "An act to alter and amend the act, entitled 'An act for
the relief of officers, soldiers and seamen, who in the course
of the late war have been wounded or otherwise disabled in
the service of this state or of the United States,' "[2] passed the
tenth day of March, one thousand seven hundred and eighty-
seven.

[Section XXXII.] (Section XXXII, P. L.) And be it further
enacted by the authority aforesaid, That if any person or per-
sons shall knowingly sell, buy, take or exchange, conceal or
otherwise fraudulently receive any arms, accoutrements, colors
or drums belonging to this state or the United States, or on
any account or pretence whatsoever, the person so offending,
being convicted thereof before one or more justice or justices
of the peace of the city or county where such offence shall be
committed, shall forfeit and pay for every such offence treble

----

[1] Chapter 1493.

[2] Chapter 1271.

the value of such arms or accoutrements, to be ascertained by the said justice or justices, and levied by distress and sale of the offenders' goods and chattels, by the justice or justices before whom such offender shall be convicted, returning the overplus, if any, on demand, to such offender, and for want of such distress, shall commit such offender to the common gaol of the county, there to remain without bail or mainprise, for any term not exceeding three months, unless such money shall be sooner paid, and in every such case the proof of the [property] shall be made by the possessor of such arms and accoutrements.

[Section XXXIII.] (Section XXXIII, P. L.) And be it further enacted by the authority aforesaid, That if any suit or suits shall be brought or commenced against any person or persons for anything done in pursuance of this act, the action shall be laid in the county where the cause of such action did arise, and not elsewhere, and the defendant or defendants in such action or actions to be brought, may plead the general issue, and give this act and the special matter in evidence, and if the jury shall find for the defendant or defendants in such action or actions, or if the plaintiff or plaintiffs shall be nonsuited or discontinue his or her action or actions after the defendant or defendants shall have appeared, or if upon demurrer judgment shall be given against the plaintiff or plaintiffs, the defendants shall have treble costs, and have the like remedy for the same, as any defendant or defendants hath or have in other cases to recover costs by law.

[Section XXXIV.] (Section XXXIV, P. L.) And be it further enacted by the authority aforesaid, That an act, entitled "An act for the regulation of the militia of the commonwealth of Pennsylvania,"[3] passed on the twentieth day of March, in the year of our Lord one thousand seven hundred and eighty, also a supplement to the said act passed the twenty-second day of September one thousand seven hundred and eighty,[4] also the supplement to the said act passed on the twenty-first day of March, in the year of our Lord one thousand

---

[3] Chapter 902.

[4] Chapter 916.

seven hundred and eighty-three,[5] also a further supplement thereto passed on the twenty-second day of September, in the year of our Lord one thousand seven hundred and eighty-three,[6] also so much of an act passed on the ninth day of December, in the year of our Lord one thousand seven hundred and eighty-three, entitled "An act for the more effectually securing and recovering for the uses of the commonwealth the moneys due for excise and militia fines and for other purposes therein mentioned"[7] as comes within the intent, meaning and purview of this act, also a further supplement to the said recited acts passed on the twenty-second day of March, in the year of our Lord one thousand seven hundred and eighty-eight,[8] be, and the same are hereby, repealed and made null and void.

Provided always, That nothing herein contained shall be construed so as to revive any former law or part of a law which in and by any of the said recited acts is repealed and made void.

Provided also, That nothing in this act contained shall be deemed to repeal, alter and dispense with the powers, authorities or duties of the [present] lieutenants of the city of Philadelphia and of the several counties in this commonwealth, or of any other officer or person under the militia laws that have been enforced in this state immediately before the passing of this act, until by new appointments under this act their respective functions and duties shall have devolved on other persons, and that the said present lieutenants and other proper officers are hereby authorized, required and enjoined to collect, or cause to be collected, all such fines and forfeitures as have been or shall be incurred during the continuance of their respective commissions, and pay in the same agreeably to this law, or the late laws aforesaid, on or before the first day of January next.

[Section XXXV.] (Section XXXV, P. L.) And be it further enacted by the authority aforesaid, That the governor shall

---

[5] Chapter 1022.
[6] Chapter 1038.
[7] Chapter 1061.
[8] Chapter 1339.

cause a sufficient number of copies of this law, and of the rules of discipline approved and established by congress in their resolution of the twenty-ninth day of March, one thousand seven hundred and seventy-nine, to be printed in the English and German languages and distributed throughout the state, so that every general and field officer, every brigade inspector and every captain be furnished with one copy, and it shall be the duty of every captain at every company meeting to read, or cause to be read, to the company, the same, or such part thereof as he may think necessary.

Passed April 11, 1793.  Recorded L. B. No. —, p. —.  (not given).
Repealed by act of April 9, 1799; Chapter 2068.

## CHAPTER MDCXCVII.

AN ACT FOR ERECTING A LOAN-OFFICE FOR THE SUM OF FIVE HUN-
DRED THOUSAND DOLLARS.

Whereas the institution of a loan office, upon just and proper principles, will be greatly beneficial to agriculture and promote in general the welfare of the people of this commonwealth. And whereas the legislature in and by the act, entitled "An act to incorporate the subscribers to the Bank of Pennsylvania,"[1] did reserve, for the purpose of instituting such loan office, a power to borrow from the said bank an adequate sum of money.  In order, therefore, to carry the same into effect:

[Section I.] (Section I, P. L.) Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania, in General Assembly met, and it is hereby enacted by the authority of the same, That a sum not exceeding five hundred thousand dollars, shall be borrowed of the Bank of Pennsylvania, and appropriated for the sole and exclusive purpose of being lent to the citizens of this state, upon mortgages upon real estate, under restrictions, limitations and regulations, and in the respective proportions hereinafter directed.

[1] Passed March 30, 1793;  Chapter 1667.
31—XIV

# EXHIBIT 180

# A C T S

## A N D

# L A W S

### O F   T H E

## S T A T E

### O F

# C O N N E C T I C U T,

### I N

# A M E R I C A.



## H A R T F O R D :

**PRINTED BY HUDSON AND GOODWIN.**

## M,DCC,XCVI.

Digitized by Google

## ACTS AND LAWS.

*576*

An Act for preserving due Order in Town-Meetings, Society-Meetings, and in the Meetings of other Communities; and for preventing Tumults therein.

**Preamble.**

*WHEREAS the Peace and good Order of Towns, Societies and other Communities do very much depend on their peaceably and orderly carrying on and managing their Affairs in their Meetings, and their regularly proceeding therein.* Therefore,

PAR. 1. **B**E it enacted by the Governor and Council, and House of Representatives, in General Court assembled, That when any Town, Society or Proprietors Meeting, or the Meeting of any other Community is lawfully assembled, if any Person **Penalty for** or Persons whatsoever, shall in such Meeting or Assembly, by tu-**disturbing any** multuous Noise, Quarrelling, or by any unlawful Act, disturb **meeting, &c.** such Meeting, or hinder the Members thereof from proceeding in an orderly and peaceable Manner to the Choice of their Moderator, or after the Choice of such Moderator, shall vilify or abuse him, or interrupt him in the Discharge of his Trust; or after he hath commanded Silence in such Meeting, shall speak in the Meeting to the Disturbance of the Business of the Meeting, without the Moderator's Leave first had and obtained, (unless it be to ask reasonable Liberty to speak) such Person or Persons so offending in any of the Particulars above-mentioned, contrary to the Intent of this Act, shall for every such Offence forfeit and pay a Fine of *Eighty Four Cents* to the Treasurer of the Town where the Offence is committed.

2. All Offences against this Act to be heard and determined by **Triable by an** any one Assistant or Justice of the Peace; unless the Offence be **assistant or jus-** aggravated by some notorious Breach of Peace: in which Case **tice.** the Offenders shall be bound over by such Assistant or Justice, to the next County Court, to answer for such Offence: Which Court may impose such Fine as the Aggravations of the Offence, in their Judgment deserves; not exceeding *Thirty Four Dollars.*

**Adjournments** 3. And that no such Meeting shall be adjourned, but by the **to be by major** major Part of the Members present. **part.**

*New Act* **605.**
**312. 313.**
**448.**
**464.**
**476.**
**485.**
**509.**
**511.**

An Act for forming and conducting the Military Force of this State, conformable to the Act of Congress, passed the eighth Day of *May,* A. D. 1792, which is as follows :—" An Act more effectually to provide for the National Defence, by establishing an uniform Militia throughout the United States."

[ENACTED IN OCTOBER 1792.]

SECTION I. " **B**e it enacted by the Senate, and House of Representatives, of the United States of America, in Congress assembled,* That each and every free able bodied white

Digitized by Google

*ACTS AND LAWS.*

## Militia.

Male Citizen, of the respective States, resident therein, who is or shall be of the Age of eighteen Years, and under the Age of forty-five Years (except as is herein after excepted) shall severally and respectively be inrolled in the Militia, by the Captain or Commanding Officer of the Company, within whose Bounds such Citizen shall reside; and that within twelve Months after the passing of this Act, it shall at all Times hereafter be the Duty of every such Captain, or Commanding Officer of a Company, to enroll every such Citizen, as aforesaid; and also those who shall, from Time to Time, arrive at the Age of eighteen Years, and under the Age of forty-five Years (except as before excepted) shall come to reside within his Bounds; and shall without delay notify each Citizen of the said Enrolment, by a proper Non-commissioned Officer of the Company, by whom such Notice may be proved—That every such Citizen so enrolled and notified, shall, within six Months thereafter provide himself with a good Musket or Firelock, a sufficient Bayonet and Belt, two spare Flints and Knapsack, a Pouch with a Box therein to contain twenty-four Cartridges, suited to the bore of his Musket or Firelock, each Cartridge to contain a proper quantity of Powder, and Ball; or with a good Rifle, Knapsack, Shot-pouch, and Powder-Horn, twenty Balls suited to the bore of his Rifle, and a quarter of a Pound of Powder, and shall appear so armed, accoutred and provided, when called out to Exercise, or into Service, except that when called out on Company Days to Exercise only, he may appear without a Knapsack. That the Commission Officers shall severally be armed with a Sword or Hanger, and Espontoon; and that from and after five Years from the passing this Act, all Muskets for arming the Militia, as herein required, shall be of bores sufficient for Balls of the eighteenth part a Pound; and every Citizen so enrolled and providing himself with the Arms, Ammunition and Accoutrements, required as aforesaid, shall hold the same exempt from all Suits, Distresses, Executions, or Sales for Debt, or for the payment of Taxes."

*Militia how & by whom to be enrolled.*

*How to be armed and accoutered.*

SEC. II. *"And be it further enacted,* That the Vice-President of the United States; the Officers, Judicial and Executive, of the United States; the Members of both Houses of Congress, and their respective Officers; all Custom-House Officers, with their Clerks; all Post-Officers, and Stage-drivers, who are employed in the Care and Conveyance of the Mail of the Post-Office of the United States; all Ferrymen employed at any Ferry on the Post Road; all Inspectors of Exports; all Pilots; all Mariners actually employed in the Sea Service of any Citizen or Merchant within the United States; and all Persons who are, or may hereafter be exempted by the Laws of the respective States, shall be, and are hereby exempted from Military Duty; notwithstanding their being above eighteen, and under the Age of forty-five Years."

*Executive officers, &c. exempted.*

SEC. III. *"And be it further enacted,* That within one Year after the passing this Act, the Militia of the respective States shall be arranged into Divisions, Brigades, Regiments, and Companies,

*Militia how to be arranged,*

Digitized by Google

as the Legiflature of each State fhall direct; and each Divifion, Brigade, and Regiment, fhall be numbered at the formation thereof, and a Record made of fuch Numbers in the Adjutant-General's Office in the State; and when in the Field, or in Service of the State, each Divifion, Brigade. and Regiment, fhall refpectively take Rank according to their Numbers, reckoning the firft or loweft Number higheft in Rank. That if the fame be convenient, each Brigade fhall confift of four Regiments, each Regiment of two Battalions, each Battalion of five Companies each Company of fixty-four Privates. That the faid Militia fhall be officered by the refpective States, as follows: To each Divifion one

**by whom officered.** Major-General, and two Aids-de-camp, with the Rank of Major; to each Brigade, one Brigadier-General, with one Brigade-Infpector, to ferve alfo as Brigade-Major, with the Rank of Major; to each Regiment, one Lieutenant-Colonel-Commandant; and to each Battalion one Major; to each Company one Captain, one Lieutenant, one Enfign, four Sergeants, four Corporals, one Drummer, one Fifer or Bugler. That there fhall be a Regimental Staff, to confift of one Adjutant, one Quarter-Mafter to Rank as Lieutenant, one Pay-Mafter, one Surgeon and Surgeon's Mate, one Sergeant-Major, one Drum-Major, and one Fife-Major."

**Each battalion to have one company of grenadiers, &c and one company of artillery.** SEC. IV. "*And be it further enacted*, That out of the Militia enrolled as is herein directed, there fhall be formed for each Battalion, at leaft one Company of Grenadiers, Light Infantry, or Riflemen; and that to each Divifion, there fhall be at leaft one Company of Artillery, and one Troop of Horfe. There fhall be to each Company of Artillery, one Captain, two Lieutenants, four Sergeants, four Corporals, fix Gunners, fix Bombardiers, one Drummer, and one Fifer; the Officers to be armed with a Sword

**Officers how to be armed.** or Hanger, Fufee, Bayonet and Belt, with a Cartridge-Box, to contain twelve Cartridges; and each Private or Matrofs, fhall furnifh himfelf with all Equipments of a Private in the Infantry, until proper Ordnance and Field Artillery is provided. There fhall be to each Troop of Horfe, one Captain, two Lieutenants,

**Troops of horfe how officered &c.** one Cornet, four Sergeants, four Corporals, one Sadler, one Farrier, and one Trumpeter. The commiffioned Officers to furnifh themfelves with good Horfes, of at leaft fourteen Hands and a half high, and to be armed with a Sword and pair of Piftols, the Holfters of which to be covered with Bearfkin Caps; each Dragoon to furnifh himfelf with a ferviceable Horfe, at leaft fourteen Hands and a half high, a good Saddle, Bridle, Mail Pillion and Valeife, Holfters, and a Breaftplate and Crupper, a pair of Boots and Spurs, a pair of Piftols, a Sabre, and Cartridge-Box to con-

**Artillery and horfe of whom to be formed;** tain twelve Cartridges for Piftols. That each Company of Artillery and Troop of Horfe, fhall be formed of Volunteers from the Brigade, at the Difcretion of the Commander in Chief of the State, not exceeding one Company of each to a Regiment, nor

**to be uniformly clad at their own expence.** more in Number than one eleventh Part of the Infantry; and fhall be uniformly cloathed in Regimentals, to be furnifhed at their own Expence, the colour and fafhion to be determined by

Digitized by Google

# *ACTS AND LAWS.*

## Militia. 301

the Brigadier commanding the Brigade to which they belong."

SEC. V. "*And be it further enacted*, That each Battalion and Regiment, shall be provided with a State and Regimental Colours by the Field Officers ; and each Company with a Drum and Fife, or Bugle Horn, by the commissioned Officers of the Company, in such Manner as the Legislature of the State shall direct." — *What colours &c. and by whom to be furnished.*

SEC. VI. "*And be it further enacted*, That there shall be an Adjutant-General appointed in each State, whose Duty it shall be to distribute all Orders from the Commander in Chief of the State, to the several Corps ; to attend all public Reviews when the Commander in Chief of the State shall review the Militia, or any Part thereof ; to obey all Orders from him relative to carrying into execution, and perfecting the System of Military Discipline established by this Act ; to furnish blank Forms of different returns that may be required, and to explain the principles on which they shall be made ; to receive from the several Officers of the different Corps throughout the State, returns of the Militia under their command, respecting the actual situation of their Arms, Accoutrements and Ammunition, their Delinquences, and every other Thing which relates to the general advancement of good Order and Discipline : All which the several Officers of the Division, of the Brigades, Regiments, and Battalions, are hereby required to make in the usual Manner, so that the said Adjutant-General may be duly furnished therewith ; from all which Returns he shall make proper Abstracts, and lay the same annually before the Commander in Chief of the State." — *Adjutant general in each state his duty.*

SEC. VII. "*And be it further enacted*, That the Rules of Discipline approved and established by Congress in their Resolutions of the 29th of *March*, 1779, shall be the Rules of Discipline, to be observed by the Militia throughout the United States, except such deviations from the said Rules as may be rendered necessary by the requisitions of this Act, or by some other unavoidable Circumstances. It shall be the Duty of the Commanding Officer, at every muster, whether by Battalion, Regiment, or single Company, to cause the Militia to be exercised and trained, agreeably to the said Rules of Discipline." — *Rules of discipline.*

SEC. VIII. "*And be it further enacted*, That all the Commissioned Officers shall take rank according to the Date of their Commissions ; and when two of the same grade bear an equal Date, then their rank to be determined by lot, to be drawn by them, before the Commanding Officer of the Brigade, Regiment, Battalion, Company, or Detachment." — *Officers how to take rank.*

SEC. IX. "*And be it further enacted*, That if any Person whether Officer or Soldier, belonging to the Militia of any State, and called out into Service of the United States, be wounded, or disabled while in actual Service, he shall be taken care of and provided for at the public Expence." — *Provision in case of wounds &c.*

SEC. X. "*And be it further enacted*, That it shall be the Duty of the Brigade-Inspector, to attend the Regimental and Battalion Meeting of the Militia, composing the several Brigades during the Time of their being under Arms, to inspect their Arms, — *Brigade inspector's duty.*

Digitized by Google

Ammunition, and Accoutrements ; fuperintend their Exercife and Manouvres, and introduce the Syftem of Military Difcipline before defcribed, throughout the Brigade, agreeable to Law   and fuch Orders as they fhall from Time to Time receive from the Commander in Chief of the State ; to make Returns to the Adjutant-General of the State, at leaft once in every Year, of the Militia of the Brigade, to which he belongs ; reporting therein the actual fituation of the Arms, Accoutrements, and Ammunition, of the feveral Corps ; and in every other Thing which in his judgment relates to their Government, and the general advancement of good Order and Military Difcipline. And the Adjutant-General fhall make a Return of all the Militia in the State, to the Commander in Chief of the faid State, and a duplicate of the fame to the Prefident of the United States.''

" And whereas fundry Corps of Artillery, Cavalry, and Infantry, now exift in feveral of the faid States, which by the Laws, Cuftoms and Ufages thereof, have not been incorporated with, or fubject to the general Regulations of the Militia.''

*Artillery, &c. now exifting.*

Sec. XI. " *Be it further enacted,* That fuch Corps retain their accuftomed Privileges, fubject neverthelefs to all other Duties required by this Act, in like Manner with the other Militia.''

*To retain their privileges.*

JONATHAN TRUMBULL, *Speaker*
*of the Houfe of Reprefentatives.*
RICHARD HENRY LEE, *Prefident*
*pro tempore of the Senate.*

APPROVED MAY THE EIGHTH, 1792.

GEORGE WASHINGTON, *Prefident*
*of the United States.*

*IN purfuance of which Act, and to carry the fame into execution agreeably to the requirements thereof,*

Par. 1.  BE it enacted by the Governor and Council, and Houfe of Reprefentatives, in General Court affembled, That the Governor of this State, for the Time being, fhall be Captain-General and Commander in Chief, of all the Military Force in this State ; and that the Lieutenant Governor fhall be Lieutenant-General of the fame.

*Captain General and Lieutenant General.*

2. And that all Citizens in this State, required by faid Act of Congrefs, except Members of the Council of the Houfe of Reprefentatives, for the Time being ; the State Treafurer, and Secretary ; Juftices of the Peace ; Field, Commiffioned, and Staff Officers, honorably difcharged ; Minifters of the Gofpel ; the Prefident, Profeffors, and Tutors of College, and Students, till the Time of taking their fecond Degrees ; Phyficians and Surgeons ; Selectmen ; conftant School Mafters ; one Miller to each Grift-Mill, being approved by the Select-men, and having a certificate thereof ; Sheriffs and Conftables ; conftant Ferrymen ; non-commiffioned Officers who have removed out of the Limits of their command and are not re-appointed, or fuch as have been honorably difcharged ; and fuch non-commiffioned Officers and Soldiers, as

*Perfons exempted from military duty.*

Digitized by Google

## ACTS AND LAWS.

---

### Militia.                                    303

---

inlifted during the War, in the late War, and were honorably
difcharged ; and all fuch as are exempt by fpecial Act or Refolve
of this Affembly ; fhall be enrolled in Companies as therein di-
rected, and formed into Regiments, Brigades, and Divifions, in
the following manner, viz.

3. Thofe in the Town of Hartford, (the Governor's Company
of Horfe Guards, and Company of Cadets excepted, which fhall **1ft. Regt.**
be under the immediate command of the Captain General) thofe
in the Town of Windfor (exclufive of what lies in the Society of
Turkey-Hills, in faid Windfor,) and thofe in that part of Far-
mington lying in the Society of Wintonbury fhall conftitute the
firft Regiment.

4. Thofe in the Town of New-Haven, Eaft-Haven, North- **2d. Regt.**
Haven, and Hamden, (except the Governor's Guard in New-
Haven, who are under the immediate command of the Captain-
General) fhall conftitute the fecond Regiment.

5. Thofe in the Towns of New-London and Montville, fhall **3d. Regt.**
conftitute the third Regiment.

6. Thofe in the Towns of Fairfield, Wefton, and Redding, fhall **4th Regt.**
conftitute the fourth Regiment.

7. Thofe in the Towns of Windham, Hampton, (excepting **5th Regt.**
the former bounds of Canterbury) Mansfield and Afhford, fhall
conftitute the fifth Regiment.

8. Thofe in the Towns of Wethersfield and Glaftenbury, and **6th Regt.**
that part of Berlin formerly Wethersfield, fhall conftitue the
fixth Regiment.

9. Thofe in the Towns of Saybrook. Killingworth, and Had- **7th. Regt.**
dam, fhall conftitute the feventh Regiment.

10. Thofe in the Towns of Groton and Prefton, (except thofe **8th. Regt.**
in that Part of Prefton that was formerly Part of Norwich) fhall
conftitute the eighth Regiment.

11. Thofe in the Towns of Greenwich and Stamford, (except **9th Regt.**
thofe in the Societies in Canaan, and Middlefex in Stamford) fhall
conftitute the ninth Regiment.

12. Thofe in the Towns of Wallingford, Chefhire, and Dur- **10th Regt.**
ham, fhall conftitute the tenth Regiment.

13. Thofe in the Towns of Pomfret, Woodftock, Killingly,
Thompfon, and Brooklyn, (excepting the fouth Company and **11th Regt.**
Artillery men) fhall conftitute the eleventh Regiment.

14. Thofe in the Towns of Lebanon, Hebron, and the Com- **12th Regt.**
pany in the Society of Marlborough in Colchefter, and thofe in
the Society of Andover, in Coventry, fhall conftitute the twelfth
Regiment.

15. Thofe in the Towns of Woodbury, Southbury, and Beth- **13th Regt.**
lem, (except that Part of Southbury included in Oxford Compa-
ny) fhall conftitute the thirteenth Regiment.

16. Thofe in the Towns of Salifbury, Canaan, and Norfolk, **14th Regt.**
fhall conftitute the fourteenth Regiment.

17. Thofe in the Towns of Farmington, Berlin, Briftol, and
Southington (except the former Bounds of Wethersfield and **15th Regt.**
Middletown, in Berlin) fhall conftitute the fifteenth Regiment.


Digitized by Google

*A C T S A N D L A W S.*

| | |
|---|---|
| 304 | Militia. |

**16th Regt.**
18. Thofe in the Towns of Danbury, Brookfield, Newtown, New-Fairfield, (except that Part which now forms the North Company) and Ridgefield, (except that Part which now forms the South Company) fhall conftitute the fixteenth Regiment.

**17th Regt.**
19. Thofe in the Towns of Litchfield, Harwinton, and Torrington, fhall conftitute the feventeenth Regiment.

**18th Regt.**
20. Thofe in the Towns of Symfbury and Granby, and that Part of the Town of Windfor lying in the Society of Turkey-Hills, and Part of Suffield lying Weft of the Mountain, fhall conftitute the eighteenth Regiment.

**19th Regt.**
21. Thofe in the Towns of Eaft-Hartford, Bolton, Eaft-Windfor, and that Part of Ellington lying Weft of a line running North from the North-weft corner of Tolland to Somers, fhall conftitute the nineteenth Regiment.

**20th Regt.**
22. Thofe in the Towns of Norwich, Bozrah, Franklin, Lifbon, and that Part of Prefton that was formerly Part of Norwich, and that Part of Canterbury in Hanover Society, fhall conftitute the twentieth Regiment.

**21ft. Regt.**
23. Thofe in the Towns of Plainfield, Canterbury, Voluntown, and South Company, with the Artillery Men in Brooklyn, and that Part of Hampton formerly in Canterbury, and the South Company in Killingly, (except that Part of Canterbury in Hanover Society) fhall conftitute the twenty-firft Regiment.

**22d. Regt.**
24. Thofe in the Towns of Tolland, Stafford, Willington, Union, and Part of Ellington lying Eaft of a line running North from the North-Weft corner of Tolland to Somers, and Coventry (except Andover Society) fhall conftitute the twenty-fecond Regiment.

**23d. Regt.**
25. Thofe in the Towns of Middletown and Chatham, and Part of Berlin, formerly Middletown, fhall conftitute the twenty-third Regiment.

**24th Regt.**
26. Thofe in the Towns of Colchefter and Eaft-Haddam, (except the Society of Malborough in Colchefter) fhall conftitute the twenty-fourth Regiment.

**25th Regt.**
27. Thofe in the Towns of New-Hartford, Hartland, Winchefter, Barkhempftead and Colebrook, fhall conftitute the twenty-fifth Regiment.

**26th Regt.**
28. Thofe in the Towns of Watertown and Waterbury (except that Part of Waterbury included in Oxford Company) fhall conftitute the twenty-fixth Regiment.

**27th Regt.**
29. Thofe in the Towns of Guilford and Branford, fhall conftitute the twenty-feventh Regiment.

**28th Regt.**
30. Thofe in the Towns of Stratford and Huntington, fhall conftitute the twenty-eighth Regiment.

**29th Regt.**
31. Thofe in the Towns of Wafhington, New-Milford, Warren, Kent, and New-Fairfield North Society, fhall conftitute the twenty-ninth Regiment.

**30th Regt.**
32. Thofe in the Town of Stonington, fhall conftitute the thirtieth Regiment.

**31ft. Regt.**
33. Thofe in the Towns of Suffield, Enfield and Somers, (ex-


Digitized by Google

# *A C T S  A N D  L A W S.*

cept that Part of Suffield lying West of the Mountain) shall con-
stitute the thirty-first Regiment.

34. Those in the Towns of Milford, Derby and Woodbridge, **32d. Regt.**
and that Part of Southbury and Waterbury, in Oxford Compa-
ny, shall constitute the thirty-second Regiment.

35. Those in the Town of Lyme, shall constitute the thirty- **33d. Regt.**
third Regiment.                                                *500.*

36. Those in the Towns of Norwalk, and that Part of Ridge- **34th Regt.**
field that now includes the South Company, and those in the So-
cieties of Canaan, and Middlesex, in Stamford, shall constitute the
thirty-fourth Regiment.

37. Those in the Towns of Sharon, Cornwall, Goshen, and **35th Regt.**
Part of Litchfield, and Kent, now forming a Company with Go-
shen and Cornwall, shall constitute the thirty-fifth Regiment.

38. And when by the division of Companies into Regiments,
which hath or shall be made, it shall so happen that a Company **Where compa-**
shall be divided, and Part put into one Regiment and Part into **nies are divi-**
another ; in such Case the Minor Part of such Company, shall be- **ded.**
long to the Regiment, to which the major Part belongs ; Any dis-
criptions or division herein before contained notwithstanding.

39. That the first, eighteenth, nineteenth, twenty-second, and **1st. Brigade.**
thirty-first Regiments, shall constitute the first Brigade.

40. That the second, seventh, tenth, twenty-seventh, and thir- **2d. Brigade.**
ty-second Regiments, shall constitute the second Brigade.

41. That the third, eighth, twentieth, thirtieth, and thirty- **3d. Brigade.**
third Regiments, shall constitute the third Brigade.

42. That the fourth, ninth, twenty-eighth, and thirty-fourth **4th Brigade.**
Regiments, shall constitute the fourth Brigade.

43. That the fifth, eleventh, twelfth, and twenty-first Regi- **5th Brigade.**
ments, shall constitute the fifth Brigade.

44. That the fourteenth, seventeenth, twenty-fifth, and thirty- **6th Brigade.**
fifth Regiments, shall constitute the sixth Brigade.

45. That the sixth, fifteenth, twenty-third, and twenty-fourth **7th Brigade.**
Regiments, shall constitute the seventh Brigade.

46. That the thirteenth, sixteenth, twenty-sixth, and twenty- **8th Brigade.**
ninth Regiments, shall constitute the eighth Brigade.

47. That the first Division shall be composed of the first and **1st. Division.**
seventh Brigades.

48. That the second Division shall be composed of the second **2d. Division.**
and fourth Brigades.

49. That the third Division shall be composed of the third and **3d. Division.**
fifth Brigades.

50. That the fourth Division shall be composed of the sixth and **4th Division.**
eighth Brigades.

51. And that all Companies of Artillery, Grenadiers, and Light **Artillery, Gre-**
Infantry, that now are or shall hereafter be raised, and Troops of **nadiers, Light**
Horse hereafter to be raised, shall be attached and annexed to the **Infantry, and**
Regiments, Brigades and Divisions, from which they were raised. **to be annexed**
And that the establishment of the Companies of Light Dragoons, **to the Regi-**
shall be forty, exclusive of Commission Officers ; and that no Of- **ments, &c.**

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12263   Page 140 of 247

*from which they were raised.*

ficer of such Company shall recruit his Company of Dragoons from any Company of Artillery, or Troop of Horse—nor from any Company of Infantry, unless the same consist of more than sixty-four rank and file; but may enlist any exempts from military duty.

*Company of Artillery to consist of 30 Matrosses. Company of Horse to consist of forty.*

*Arms and Accoutrements.*

52. *And be it further enacted,* That each Company of Artillery shall consist of thirty Matrosses, exclusive of Commissioned and Non-Commissioned Officers: that each Troop of Horse shall consist of forty, exclusive of Commission Officers; that each Barrel of the Firelock, of the Infantry, shall be at least three feet and a half long, and furnished with a priming wire and brush; and each Sergeant and Corporal of the Infantry, shall furnish himself with a screw driver and worm, more than is required by said Act; and the Sabres of the Horsemen shall be four feet long.

*Officers by whom appointed and commissioned.*

53. *And be it further enacted,* That the General, and Field Officers, shall be appointed by the Legislature, and commissioned by the Governor—That the Captains and Subalterns, shall be nominated by their several Companies, the Commanding Officer first giving three days notice to the individuals of their Companies, that they are about to lead them to the choice of such commissioned Officers; and if approved of by the Legislature, shall be commissioned in like manner:—That the non-commissioned Officers shall be nominated by their several Companies, and shall have a warrant from the commanding Officer of the Regiment; which commanding Officer of the Regiment, has power to reduce to the ranks any non-commissioned Officer, upon complaint made, and due notice given, if he finds him guilty of misconduct, or neglect of duty:—That all commissions granted by the Governor, or appointments made by the Legislature, of Officers at one session of the Legislature, bear date the same day, (except where two Majors are appointed to one Regiment) in which case the dates of their commissions shall be according to the priority of their appointments.

*Commissions granted, and appointments made at one session to bear date the same day, &c. except, &c.*

54. *And be it further enacted,* That the Captain-General of the State, shall appoint the Adjutant-General of the State, who shall have the rank of Brigadier-General, and be commissioned accordingly:—That the Captain-General shall appoint for himself two Aids-de-camp, who shall have the rank of Lieutenant-Colonels; the Lieutenant-General shall appoint for himself two Aids-de-camp, who shall have the rank of Major; each Major-General shall appoint his two Aids-de-camp; each Brigadier-General shall appoint his Brigade-Inspector, and to serve as Brigade-Major; all which Appointments, from Time to Time, as may be necessary of Aids-de-camp, and Brigade-Majors and Inspectors, shall be published in general orders:—That each commanding Officer of a Regiment, shall appoint his Regimental Staff, and a Chaplain, whose Appointment shall be published in Brigade orders; and non-commission Staff, whose Appointments shall be made in Regimental orders.

*Captain general to appoint Adjutant-general and Aids.*

*Lieutenant-general to appoint Aids.*

*Major-general to appoint Aids their rank.*

*Commanders of Regts. to appoint their Regimental Staff.*

55. *And whereas, some Regiments now constituted, have more Companies than the formation directed by the Act of Congress:*

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12264   Page 141 of 247

*Be it further enacted*, That the commanding Officer of each Regiment, conſtituted by this Act, ſhall form the Companies in their Regiments as near as may be to an Act of Congreſs, for numbers of Men and Companies; and that where the Field Officers of any Regiment ſhall judge beſt, they may take a Company already formed, to ſerve as a Light Infantry or Grenadier Company, to each Battalion of their Regiment; or enliſt ſuch Companies from exempts, or others, not reducing any Company, by ſuch enliſtment, under the number of ſixty-four.

*Officers commanding Regiments to form the companies agreeably to act of Congreſs.*

56. *And be it further enacted*, That each non-commiſſioned Officer, Horſeman, Matroſs, and Private of the ſeveral Companies of Horſe, Artillery, and Infantry of the Militia of this State, ſhall furniſh himſelf with the Arms, Ammunition and Accoutrements, required by the Act of Congreſs, and by this Act, upon the Penalty of forfeiting and paying a Fine of *Two Dollars*, and the like Penalty for every four weeks he ſhall be unprovided; to be levied and collected by Warrant of Diſtreſs, as hereafter directed; and that a Horſe-man, or Dragoon, who ſhall not furniſh and provide himſelf with a Horſe and furniture, as required by the ſaid Act, ſhall be returned to, enrolled, and do Duty in the Infantry Company in the limits of which he reſides:—That the Field and commiſſioned Officers in each Regiment, ſhall be uniformly cloathed in Regimentals, at their own expence, and to be agreed upon by ſuch Officers; that the Field Officers of each Regiment ſhall furniſh State and Regimental Colours for their Regiment and Battalions, at the State expence, not exceeding the ſum of *Fifteen Dollars*, to each Regiment.

*Each non-commiſſioned officer and private to furniſh himſelf with arms ammunition and accoutrements.*

*Officers to be uniformly cloathed in regimentals.*

*Field officers to furniſh colours.*

57. *And be it further enacted*, That every Commanding Officer of a Company of Militia, ſhall order out his Company or Troop, three Days in each Year, and Inſtruct them in the Uſe of Arms and Diſcipline of War; and the Days appointed, ſhall be in the Month of March, April, May, September, October or November, and that on the firſt Monday of May and October annually, ſuch Commanding Officer ſhall cauſe the Arms, Ammunition and Accoutrements, of all under his Command, to be reviewed and inſpected:—That the Commanding Officer of each Regiment, ſhall order out his Regiment by Battalion or Regiment, once in each Year for Regimental exerciſe, Inſpection and Review. And if any of the Privates belonging to any Company of Horſe, Artillery or Infantry, ſhall Neglect to appear completely armed and equiped on the Place of Parade, appointed by the Commanding Officer of his Company; being duly warned, he ſhall forfeit and pay a Fine of *One Dollar and Fifty Cents*, for each Day: and if any non-commiſſioned Officer, Drummer, Fifer, or Trumpeter, ſhall Neglect to appear as aforeſaid, he ſhall forfeit and pay the Fine of *Two Dollars* for each Day:—unleſs any ſuch Perſon ſhall appear before the Commanding Officer of ſuch Company, within twelve Days after ſuch Day of exerciſe or Review, and make ſatisfactory excuſe for his non appearance on ſaid Day; and the Commanding Officer of each Company, Battalion or Regiment, ſhall order the correcting and puniſhing Diſorders and Contempts, on Days

*Companies to be out three days in each year, to be inſtructed, &c.*

*Arms to be inſpected.*

*Regiments to be reviewed once in each year.*

*Privates who do not appear equipt to pay a fine of 1 dol. and 50 cents.*

*Drummers &c. to pay a fine of 2 dol.*

*Puniſhment inflicted.*

Digitized by Google

*ACTS AND LAWS.*

of Company, Battalion, or Regimental exercise, Inspection or Review; the punishment not being greater than Riding a Wooden Horse, for a Time not exceeding one Hour, or a Fine not exceeding *Seven Dollars* :—That each Commanding Officer of a Company, Battalion, Regiment, Brigade or Division, shall have Power and Authority, and full Power is hereby given to ascertain and fix certain necessary Limits and Bounds to their respective Parades, within which no spectator shall have right to enter, without liberty from said Commanding Officer; and in Case any Person shall so intrude or offend, he shall be subjected to be confined in such way and Manner as the Commanding Officer shall direct, during the continuance of the exercise.

**Officers to fix limits and bounds to their parades.**

58. *And be it further enacted,* That all Warrants granted by the Commanding Officer of any Company, Battalion or Regiment, for any Time or Times incurred by virtue of this Act, or any Breach thereof, shall be directed by the Officer commanding a Company, to the orderly Sergeant of his Company; which orderly Sergeant he shall from Time to Time appoint, from the Sergeants of his Company; and the Officer commanding a Battalion or Regiment, to the Adjutant or Sergeant-Major; and to be by them levied on the Goods or Chattels of the respective Delinquents, if upwards of twenty-one Years of Age—And for the want of such Goods or Chattels against the Body of such Delinquent, and against the Goods and Chattels of the Parents, Master or Guardians, of such Delinquents as have not arrived to the Age of twenty-one Years; and for want of such Goods and Chattels, against the Body of such Parent, Master or Guardian, and them commit and hold in Gaol, until such Fine or Fines shall be paid and satisfied, together with lawful Fees for Service, as in Cases of Execution for Debt; which Fines and Forfeitures shall be appropriated for the Use of the Companies to which such Delinquents respectively belong, for purchasing and maintaining Colours, Trumpets, Drums and Fifes; and should there be any overplus of Fines remaining in the Hands of the Commanding Officers of Companies, they shall pay it over to the Commanding Officer of their Regiment to which they belong; which together with the Fines collected by virtue of Warrants issued by the Field-Officers, shall be applied to keeping Colours in repair, and for Band-Music for the Regiment. That whenever any Commanding Officer of a Company shall impose any Fine in any of the Cases before mentioned in this Act, he shall give Notice to the Person fined, who shall have Liberty within ten Days to apply to the Commanding Officer of the Regiment, who on giving Notice, and hearing the Parties, may abate such Fines, or any Part thereof; and if such Commanding Officer of the Regiment, thinks not proper to abate such Fine, the Officer imposing the same may proceed to a collection thereof.

**Warrants by whom granted and to whom directed.**

**554.**

**Warrants on whom and on what levied.**

**Fines how appropriated.**

**Officers imposing fines to give notice to the person fined who shall have liberty within 10 days to apply to the commanding officer of the regiment for abatement.**

59. *Provided nevertheless,* That if any Soldier shall in the judgment of the Select-men of the Town to which he belongs, be unable to arm and accoutre himself agreeable to the directions of this Act, it shall be the Duty of such Select-men to certify the

**Soldiers unable to furnish**

Digitized by Google

fame to the commiffioned Officers of the Company to which fuch Soldier belongs, in order that Execution may not iffue againft him for deficiency in fuch Arms and Accoutrements; and alfo, at the Expence of fuch Town to provide fuch Soldier with Arms, and the Whole or any Part of fuch Accoutrements as may be neceffary, within forty Days from the Time of granting fuch Certificate, under Penalty of the value of fuch Arms and Accoutrements, to be recovered of any, or all of faid Select-men, by Warrant from an Affiftant or Juftice of the Peace, upon proper information, and proof of fuch Neglect, by faid Commiffioned Officers; which Warrant fhall be directed to any Sheriff or Conftable proper to ferve the fame, returnable in fixty Days and the Fine payable into the Treafury of fuch Town; and all Arms and Accoutrements thus provided, fhall be the Property of fuch Town, and fhall by the commanding Officer of the Company, be depofited in fuch Places as he fhall think proper, to be ready for fuch Soldier, as occafion fhall require; and fuch Officer fhall ftand accountable for fuch Arms and Accoutrements, and fhall be liable to pay for the fame, if loft through his Neglect or Default.

*[margin: themfelves with arms and accoutrements to be fupplied by the town.]*

*[margin: Warrant to whom directed.]*

*[margin: Fines to be paid into the Treafury of the town.]*

*[margin: Arms &c. to be depofited in fuch places as the commanding officer fhall think proper.]*

60. *Provided alfo,* That any of the People called *Quakers,* who fhall produce to the commanding Officer of the Company in which he refides, a Certificate from the Clerk of the Society of Quakers to which he belongs, certifying that fuch Perfon is a Quaker, he fhall be exempt from equiping himfelf or doing Military Duty as required by this Act, on his paying the Sum of *Three Dollars and Thirty-four Cents* to fuch Officer, at the expiration of each Year during fuch exemption; and in cafe fuch Quaker refufe to pay faid Sum of *Three Dollars and Thirty-four Cents,* the fame fhall be collected and difpofed of in the fame Manner as is heretofore provided for Fines incurred by a Breach of this Act.

*[margin: Quakers to be exempt by paying the fum of 3 dls. 34 cts.]*

61. *And be it further enacted,* That each Rank and Grade of Officers, fhall furnifh themfelves with the Rules of Difcipline approved and eftablifhed by Congrefs, in their Refolution of the 29th of *March,* 1779, and fhall fubmit themfelves to the Orders and Directions of their fuperior Officers, or their fenior Officers, of the fame grade; and all Officers in the ftaff and orderly Departments, fhall be vigilant and active in executing and difpatching Orders in their refpective ftations.

*[margin: Officers to furnifh themfelves with the rules of difcipline.]*

62. That General, Field, Commiffioned, and Staff Officers, of all Grades and Ranks, fhall be amenable to, and fubject to Trial by Courts Martial, according to the Ufage and Practice of War, for all Neglects of Duty, for contempts or difrefpects to a Superior Officer, for difobedience of Orders, and for all un-officer like Conduct; which Court-Martial fhall confift of not lefs than nine, or more than thirteen Members—the Senior Officer of the higheft grade to prefide—that another Officer of the Line or Staff, to do the Duty of Judge Advocate to the Court—that the Members compofing the Court, fhall take the following Oath, before they proceed on the Trial of an Officer, viz.

*[margin: Officers to be tried by courts martial.]*

*[margin: Who to prefide.]*

*[margin: Judge Advocate to be of the line or ftaff]*

*You fwear that you will well and truly try and determine according to Evidence, the Matter depending between the State of Connecticut and*

Digitized by Google

# *A C T S   A N D   L A W S.*

**Oaths of the members of courtsmartial.** the Prisoner, or Prisoners, now to be tried, that you will not divulge the Sentence of the Court until the same shall be approved, or disapproved, pursuant to Law ; neither will you upon any account at any Time whatsoever, disclose or discover, the Vote or Opinion of any particular Member of the Court-Martial, unless required by a due Course of Law—So help you GOD.

**President of courts martial to administer an oath to the judge advocate**  63. The President of the said Court-Martial, is hereby authorised and required to administer an Oath to the Officer acting as Judge Advocate, who is hereby required to take the same before he proceeds further on Business, viz.—You do swear that you will not on any account, at any Time whatsoever, disclose or discover the Vote or Opinion of any particular Member of the Court-Martial, unless required in a due Course of Law ; and that you will not divulge

**Oath of the judge advocate**  the sentence of this Court, till the same shall be approved or disapproved according to Law ; and that you will well and truly do the Duty of Judge Advocate, in this Court, impartially and uprightly, according to the best of your abilities.—So help you GOD.

**No person admitted to solicit, &c. the officer arrested.**  64. And no other Person whatever, shall be admitted to solicit, prosecute or defend the Officer arrested ; which Officer arrested, if under the Grade or Rank of a Field Officer, shall have twelve Days Notice of the Articles of Charge made against him,

**Officers under the grade of field officers to have 12 days notice, to have a copy of the articles of arrest & names of witnesses.**  by leaving a true and attested Copy of the original Articles of arrest, under the Hand of a Superior Officer arresting him, and the Names of the Witnesses to be used against him minuted thereon, lodged with him at his usual Place of Abode, by the Officer arresting, or the proper orderly Officer ; and of the Grade and

**Field officer to have 20 days notice--general officer 30 days.**  Rank of a Field Officer, twenty Days Notice ; and of the Rank of a General Officer, thirty Days Notice in like Manner ; which Court-Martial, for the trial of an Officer under the Rank and Grade of a Field Officer, shall be appointed by the Commanding

**Courts martial by whom appointed.**  Officer of the Brigade to which he belongs, and the Sentence approved or disapproved by the Captain-General of the State—For the trial of an Officer of the Rank and Grade of a Field Officer, by the Commanding Officer of the Division to which he belongs ; and of a General Officer by the Captain-General of the State, and their Sentence approved or disapproved by the Legislature of the

**What punishment inflicted by courts martial.**  State. That no Sentence of a Court-Martial shall inflict other Punishment than a reprimand, suspension from Office for a certain Term or Time, cashiering, and cashiering with a disability of holding any military Office in this State ; two thirds of the Members of any such Court agreeing in such Sentence.

**The captain general to order out if he judges necessary, the whole or part of the military force.**  65. And be it further enacted, That the Captain-General, or in his absence, the next Commanding Officer of the State, is hereby authorized and empowered, as he may judge necessary upon the Occasion, on an Alarm, Invasion, or Notice of the appearance of an Enemy, either by Sea or Land, to order the Whole or any Part of the Military Force of this State, to assemble and put the same in Warlike Order ; and the same to lead, order, or employ for the assistance, or relieving any of the Inhabitants of this State, attacked by an Enemy or in Danger thereof ; and generally to issue and publish by proper Staff or Orderly Officer, such Orders

Digitized by Google

*A C T S  A N D  L A W S.*

as he fhall judge expedient to carry into Execution the Intent and Defign of this Act. And all fubordinate Officers are hereby required to yield entire Obedience thereto ; and the Officers feverally commanding Divifions, Brigades, Regiments, Battalions, and Companies, are hereby vefted with the fame Power and Authority within the Limits of their refpective Commands, provided that when they or any of them find it neceffary to order out the Force under their Command, they fhall forthwith difpatch Intelligence, and the Occafion thereof, together with their Movements and Operations, to the Captain-General of the State, or any other their fuperior Officer, as may be judged moft conducive to the public fafety ; and the Officer receiving fuch Intelligence, fhall obferve the fame Line of Conduct, in order that it may in the moft expeditious way, arrive to the Captain-General.

*Officers commanding divifions,&c. vefted with power to order out the force under their command.*

*Intelligence to be given to the captain-general, &c.*

66. *And be it further enacted,* That the Divifions, Brigades, and Regiments, may be ordered out for infpection or review, by their Commanding Officers, at fuch Times as fhall be thought expedient and neceffary ; and whenever a Divifion is out they fhall be reviewed by the Captain-General, when a Brigade, by a Major-General ; and when a Regiment, by a Brigadier-General. And the Captain-General fhall direct a Uniform and Badges of Office, for the General Officers, their Aids-de-Camp, and Brigade-Major and Infpectors.

*Divifions, brigades, & regiments to be or dered out for infpection or review. By whom to be reviewed. Captain general to direct uniform, &c.*

67. *And be it further enacted,* That no private Soldier, Matrofs or Horfeman, or non-commiffioned Officer, of either of the Companies of Horfe, Artillery or Infantry, fhall be difcharged from his Company and Regiment, for inability, after his Enliftment or Enrollment in one of the Companies, without a Certificate from his Surgeon ; and for any other Caufe by applying to his Captain, and the Confent of the Commanding Officer of his Regiment. And that no Captain or Subaltern Officer, fhall refign his Commiffion without permiffion of the Captain-General, or fuch general Officers as he may empower for that Purpofe. And that no Field, or General Officer, fhall refign his Commiffion without the acceptance of the Legiflature ; and no Officer fhall be allowed to refign his Commiffion when under an arreft.

*No private to be difcharged for inability without a certificate from his furgeon. No captain or fubaltern to refign without permiffion from the captain general. No general or field officer without the acceptance of the legiflature, & no officer when under an arreft.*

68. *And be it further enacted,* That any Perfon now holding and fuftaining any Commiffion by virtue of any Act heretofore made within any of the Brigades, Regiments and Companies, heretofore, and by this Act formed and eftablifhed, fhall continue to hold and exercife the fame, with all the Powers and Authorities vefted in fuch Office, by virtue of this Act, excepting the Officers of fuch Companies as fhall be reduced by virtue of this Act.

*Officers now holding commiffions, to continue to hold the fame*

69. *Be it further enacted,* That the Laws eftablifhing the Cavalry in this State, be, and continue in Force until they fhall be annexed to the Infantry ; and that his Excellency the Governor, be requefted and empowered to annex them in fuch Proportion force &c. as he fhall judge proper, to the feveral Brigades within this State, fubject to the Orders and Command of the Brigadier of that Brigade to which they fhall feverally be annexed ; and thereafter to be fubjected to the Acts and Regulations of Congrefs.

*Laws eftablifhing cavalry to continue in force &c. To be annexed to the feveral brigades, &c.*

Digitized by Google

*ACTS AND LAWS.*

An Act in addition to the Law of this State, entitled; An Act for forming and conducting the Military Force of this State, conformable to the Act of Congress passed the 8th Day of May, Anno Domini 1792.

[ENACTED IN OCTOBER 1793.]

**Cavalry to be formed into 8 Regiments, each commanded by a Major-commandant.**

PAR. 1. BE it enacted by the Governor and Council; and House of Representatives, in General Court assembled, That the Cavalry of this State shall be formed into eight Regiments, consisting of four Troops in each Regiment, and be commanded by a Major Commandant : That his Excellency the Captain-General be requested to form the same accordingly, and annex one Regiment to each Brigade of Infantry, to be under the command of the Officer commanding the Brigade, or any General-Officer of superior Rank.

**Regiments now formed to retain their ranks.**

*Always provided,* That the Regiments now formed retain their Rank, and the Officers their command ; and that future Recruits shall be inlisted from the Brigade only, to which the Regiment of Horse is annexed ; and that the Captain-General will Order the raising any new Troop of Horse that shall be necessary to compleat this Establishment.

**Court-Martial. How to be conducted.**

2. *And be it further enacted,* That whenever any Court-Martial shall be ordered for the Trial of any Officer arrested, the Officer ordering such Court, shall in his Orders name the Officer to act as Judge Advocate, the Number, and Rank of Officers to be detailed, and notified to compose the Court, and shall also notify the Officer arrested, of the Time and Place of his Trial, as soon as may be, after the articles of Charge are lodged ; the detail and Notice to be given by the Adjutant-General for the Trial of a General Officer, by an Aid-de-Camp for the Trial of a Field-Officer, and by the Brigade-Major for the Trial of an Officer under the Rank of a Field-Officer, and the Senior-Officer of the highest Rank shall

**Judge Advocate to summon witnesses.**

be President of such Court-Martial, and shall be of a Rank superior to the Officer on Trial ; that it shall be the Duty of the Judge-Advocate to Summon such Witnesses on the Part of the State which he finds necessary to support the Charges in arrest, and such others as the Officer arrested requests for his Defence, at such Officers expence by Order of the Officer ordering such

**Witnesses refusing or neglecting to attend, subject to be committed to prison.**

Court. And if any Witness summoned as aforesaid, shall refuse or neglect to obey such Summons, he shall be subject to be committed to Gaol, in the County where he lives, by Warrant from the Officer ordering the Court, and there to be held and confined at his own Expence, until he will conform and give Evidence in said Case, or until he be discharged by due course of Law. And

**Officers under arrest not attending to make their defence to be cashiered.**

in case any Officer under arrest shall refuse or neglect to attend a Court-Martial, according to Orders and Notice given him to make his Defence, he shall by said Court be cashiered with disability of ever after holding a Military Commission in this State, unless reasonably prevented by Sickness or some other Misfortune ; in

Digitized by Google

*   *A C T S   A N D   L A W S.*

## Militia.

313

which cafe faid Court-fhall have Powers to adjourn to fome fu-
ture Time, and Notice thereof fhall be given to faid arrefted Offi-
cer, at leaft ten Days before the Time to which faid Court is ad-
journed.   That all Witneffes fummoned on the Part of the State
fhall be allowed for their Travel, and Attendance the fame Fees **Witneffes al-**
as Witneffes in Civil Caufes are, and the Judge Advocate for **lowed for their**
fummoning the Witneffes the fame Fees as in Civil Cafes, to be **travel.**
allowed and taxed by the Prefident of faid Court, and collected by
Warrant of Diftrefs to be granted by the Officer ordering fuch **Officers arreft-**
Court, by the proper orderly Officer, from the Officer arrefted, in **ed to pay ex-**
cafe of his neglect to appear, or his being cenfured by the Court, **pence in cafe**
and fuch Sentence being approved of ; but in cafe the Officer ar- **of cenfure,&c.**
refted be acquitted with Honor, or not cenfured, then the Ex-
pence arifing as above fhall be taxed as aforefaid, and the Bill be- **Expence to be**
ing approved of by the Officer ordering the Court, fhall by his **paid by the**
Certificate and Order, be paid out of the Treafury of this State, **ftate in cafe.**
for the feveral Purpofes for which it was taxed, and to be diftribu- **the officer is**
ted and paid by the Judge-Advocate accordingly. **acquitted.**

3. *And be it further enacted,* That a Soldier once inrolled in any
Company in this State, and having had fix Months Notice to e- **Soldier fubject**
quip himfelf, and afterwards moves into the Limits of any other **to do duty, &c.**
Company, he fhall be fubjected to do Military Duty in the Com-
pany in which he refides, immediately after warning given him
by the proper Officer. **No private fol-**
4. *Be it further enacted,* That no private Soldier, Matrofs or **dier to be dif-**
Horfeman, fhall be difcharged from Military Duty for any caufe **charged unlefs**
except Inability, in which cafe he fhall obtain a Certificate from **difabled.**
the Surgeon of the Regiment to which he belongs ; and then if **Certificate**
fuch Certificate be approved of by the Officer commanding the **from whom**
Company, and Regiment to which fuch Soldier belongs, the **obtained.**
commanding Officer may difcharge him from Military Duty, du-
ring the continuance of fuch Difability. **Officers of**
5. *Be it further enacted,* That the commanding Officers of the Go- **governor's**
vernor's Guards, may difcharge any Soldier from their refpective **guard may dif-**
Companies, by reafon of difability, during the continuance thereof. **charge fol-**
**diers.**
6. *Be it further enacted,* That no General, or Field-Officer, fhall **Officers to re-**
have, or receive any reward for giving a Difcharge, or Surgeon **ceive no re-**
for giving a Certificate. **ward for dif-**
**charge, &c.**

An Act in addition to An Act, entitled, " An   Act for
forming and conducting the Military Force of this
State, conformable to the Act of Congrefs, paffed the
8th day of May 1792.

[ENACTED IN OCTOBER 1795.]

PAR. 1. $\mathbf{B}$ *E it enacted by the Governor and Council, and Houfe of*
*Reprefentatives, in General Court affembled,* That
S s

Digitized by Google

*Appeal from militia fines in certain cases.*

whenever the Commanding Officer of any Company or Troop, shall impose a Fine in any of the Cases mentioned in said Act, and the Person so fined is claimed as a Member of another Company not of the same Regiment, he shall have Liberty to Appeal to the Officer Commanding the Brigade to which said Companies belong; and if the Person so fined is claimed as belonging to different Brigades, he shall have a right of Appeal to the commanding Officer of the Division to which said Companies belong.

*Time of appeal limited.*

*Provided always,* That the Person so fined shall make his Appeal, if to the commanding Officer of the Brigade, within fifteen Days after being notified of such Fine ; and if to the commanding Officer of the Division, within twenty Days after such Notice ;

*Notice.*

and in every Case of an Appeal by a Soldier or non-commissioned Officer to a superior Officer, it shall be the Duty of the Officer to whom such Appeal is made to cause Notice to be given to the Officer imposing the Fine, who shall stay the Collection thereof, until the Officer to whom said Appeal is made, shall determine respecting the same ; and if said Officer determine that said Fine shall not be abated, then the Officer imposing the Fine shall proceed to the Collection thereof.  And when Fines are imposed, or contending Claims happen, in either of the Governor's guards, the

*Governor's guards appeal.*

Appeal shall be made to the Captain General, and shall be made in twenty days after Notice.

*Regimental review to be directed by Brigadier general.*

2. *And be it further enacted,* That the commanding Officer of each Regiment shall take the direction of the Brigadier General, for the Time of the regimental Reviews, and Inspections, according to the Rules of Military Discipline.

*Militia Companies to meet on the first Monday in September.*

3. *And be it further enacted,* That instead of the first Monday in October, the commanding Officer of each Company or Troop, shall Order the Company under his Command to meet for exercise, and shall cause their Arms, Ammunition and Accoutrements, to be reviewed and inspected on the first Monday of September, annually.

*Quarter-Master General's duty.*

4. *And be it further enacted,* That a Quarter-Master General shall be appointed by the General Assembly, whose Duty, it shall be, to procure and take care of all Military Stores, Camp Equipage, and Utensils that shall or do belong to this State, according to Law and the Orders of the Captain General, and return make of the same when required thereto, to the Captain General and to the General Assembly : and do, and perform all the Duties that are necessary and proper for a Quarter-Master General.

## An Act concerning Mills and Millers.

*Millers allowance for grinding.*

PAR. 1. BE it enacted by the Governor and Council, and House of Representatives, in General Court assembled, That each Miller in this State, or the Owners of Grist-Mills, shall be allowed three Quarts out of each Bushel of Indian Corn he grinds, and of other Grain two Quarts out of each Bushel he grinds ;

# EXHIBIT 181

# L A W S

O. F   T H E

# S T A T E

O   F

# DELAWARE,

FROM THE FOURTEENTH DAY OF OCTOBER, ONE THOUSAND SEVEN
HUNDRED, TO THE EIGHTEENTH DAY OF AUGUST, ONE
THOUSAND SEVEN HUNDRED AND NINETY-SEVEN.

## IN TWO VOLUMES.

VOLUME II.

*Publifhed by Authority.*

*N E W - C A S T L E:*
PRINTED BY SAMUEL AND JOHN ADAMS,

M,DCC,XCVII,

1134

LAWS OF THE STATE

1793.

Preambl·.

## C · H  A  P.   XXXVI. c.

### An ACT for eſtabliſhing the militia in this ſtate. (a)

WHEREAS a well regulated militia is the proper and natural defence of every free ſtate : And as the ſeveral laws enacted by the Legiſlature of this ſtate for the regulation of the militia thereof have been found to require material alterations ; in order to which it has been thought more adviſeable to reviſe the whole ſyſtem, than to amend it by ſupplementary ſtatutes ; therefore,

SECTION 1. *BE it enacted by the Senate and Houſe of Repreſentatives of the ſtate of Delaware in General Aſſembly met, and it is hereby enacted by the authority of the*

Who ſhall be enrolled, and by whom,

*ſame,* That each and every free able bodied white male citizen of this ſtate, who is or ſhall be of the age of eighteen years, and under the age of forty-five years, except as herein after excepted, ſhall ſeverally and reſpectively be enrolled in the militia, by the Captain or Commanding Officer of the company within whoſe bounds ſuch citizens ſhall reſide, ſuch bounds to be limited and fixed agreeable to the ſubdiviſions which have been made by the Lieutenants and Sub-lieutenants of the different counties, and that within four months after the paſſing of this act ; *(b)* and that it ſhall be at all times hereafter the duty of every ſuch Captain or Commanding Officer of a company to enrol every ſuch citizen as aforeſaid, and alſo thoſe who ſhall from time to time arrive at the age of eighteen years, or being of the age of eighteen years, and under the age of forty-five years, and not excepted by this act, ſhall come to reſide within his bounds, and

Notification of the enrolment.

ſhall without delay notify ſuch citizen of the ſaid enrolment, by a proper non-commiſſioned officer of the company by whom ſuch notice may be proved ; and in all caſes of doubt reſpecting the age of any perſon enrolled, or intended to be enrolled, the party queſtioned

*(a)* See a ſupplement hereto, chap. 95. c. Anno, 1796.

*(b)* See chap. 95. c. ſect. 1, proviſion made for dividing the counties into regimental and battalion diſtricts, and theſe into company diſtricts.

# EXHIBIT 182

# THE

# L A W S

### OF THE

## STATE OF NEW-HAMPSHIRE,

### THE

# CONSTITUTION

### OF THE

## *STATE* OF *NEW-HAMPSHIRE,*

### AND THE

## CONSTITUTION OF THE UNITED STATES,

### WITH ITS PROPOSED AMENDMENTS.

### PRINTED BY ORDER OF THE HONORABLE THE GENERAL-COURT.

## *STATE* OF *NEW-HAMPSHIRE:*

### PORTSMOUTH :—Printed by JOHN MELCHER, PRINTER TO THE STATE.

### 1797.

Digitized by Google

eighth, eleventh, feventeenth and eighteenth regi- 3d Brigade.
ments fhall compofe the third brigade.

The fifth, ninth, twenty-firft, twenty-fecond and 4th Brigade.
twenty-fixth regiments fhall compofe the fourth bri- 5th Brigade.
gade ; the fixth, fifteenth, fixteenth, twelfth and
twentieth regiments fhall compofe the fifth brigade ; 6th Brigade.
the thirteenth, fourteenth, twenty-third and twenty-
fourth regiments, fhall compofe the fixth brigade ; and
that the firft and third brigades fhall form the firft
divifion ; the fecond and fixth brigades fhall form the
fecond divifion, and the fourth and fifth brigades fhall
form the third divifion.

*And be it further enacted,* That all laws heretofore Repealing
made for arranging the militia, be, and hereby are claufe.
repealed.

*This act paffed December* 27, 1792.

---

An ACT in addition to an act, entitled, "An act for Approved
ranging the militia of this State into divifions." Dec. 15,
1796.

BE *it enacted by the Senate and Houfe of Reprefenta-*
*tives in General Court convened,* That the com-
panies in the towns of Charleftown and Langdon,
fhall form a firft battalion, the companies in the towns 16th Reg.
of Ackworth and Unity, fhall form a fecond battalion,
which fhall conftitute the fixteenth regiment.

And the companies in the towns of Alftead, Mar- 28th Reg.
low and Lempfter, fhall form a firft battalion—the
companies in the towns of Stoddard, Wafhington and
Gofhen, fhall form a fecond battalion, which fhall
conftitute the twenty-eighth regiment.

*Approved December* 15, 1796.

---

An ACT for forming and regulating the militia with- Paffed Dec.
in this State, and for repealing all the laws hereto- 28th, 1792.
fore made for that purpofe.

BE *it enacted by the Senate and Houfe of Reprefenta-* Repealing
*tives in General Court convened,* That the feveral claufe.
laws heretofore made for regulating the militia, be,
and hereby are repealed.

*And be it further enacted,* That each and every free
able-

Digitized by Google

**Militia how & by whom to be enrolled.**

able-bodied white male citizen of this State, resident therein, who is, or shall be of the age of eighteen years, and under the age of forty years, except as herein after excepted, shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company, within whose bounds such citizen shall reside, within six months after the passing this act. And it shall, at all times hereafter, be the duty of such captain or commanding officer of the company to enrol every such citizen, as aforesaid; and also those who shall from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty years (except as hereafter excepted) shall come to reside within his bounds; and shall without delay, notify such citizen of said enrolment by a proper non-commissioned officer of the company, by whom such notice may be proved.

*And be it further enacted,* That the vice-president of the United States; the officers, judicial and executive of the government of the United States; the mem-

**Executive officers, &c. exempted.**

bers of both houses of congress, and their respective officers; all custom house officers, with their clerks; all post officers, and stage drivers, who are employed in the care and conveyance of the mail of the post office of the United States, and of this State; all ferrymen employed at any ferry on the post road; all inspectors of exports; all pilots; all mariners actually employed in the sea-service of any citizen or merchant within the United States; members of the senate and house of representatives for the time being; secretary and deputy-secretary of the State; state and county treasurers; recorders of deeds; all civil officers, students of colleges and academies; ministers of the gospel; elders and deacons of churches; church wardens; grammar school-masters for the time being; masters of arts; people denominated quakers; selectmen for the time being; tutors or preceptors of any college or academy; all persons who may have sustained commissions of the peace; all who have, either under the commission of the State, or the United States, or any particular State, held the office of a subaltern or officer of higher rank; all physicians and surgeons, who have certificates from the medical society or selectmen of the town or place wherein they reside;

one

Digitized by Google

one miller to each corn-mill, and one toll-gather to each toll-bridge, ſhall be, and they are hereby excuſed from militia duty, and alſo one ferryman to each ferry.

*And be it further enacted,* That it ſhall be the duty of the captain or commanding officer of each company, twice in every year, excluſively of the battalion meeting, to call forth his company for inſpection of arms, and inſtruction in military diſcipline, viz.—in the months of June and September, annually, and at ſuch other times as he ſhall think beſt ; and that each commanding officer of a battalion, ſhall call his battalion together once in every year. *(Each company excluſively, to be muſtered twice, and each battalion once a year.)*

*And be it further enacted,* That each diviſion within this State, ſhall be commanded by one major-general, who ſhall have two aids-de-camp, with the rank of major ; each brigade by one brigadier-general, who ſhall have one brigade-inſpector, who is alſo to perform the duty of brigade-major, with the rank of major. To each regiment, one lieutenant colonel commandant ; and to each battalion one major ; to each company one captain, one lieutenant, one enſign, four ſergeants, four corporals, one drummer and one fifer. That the regimental ſtaff, ſhall conſiſt of one adjutant, one quarter-maſter, to rank as lieutenants ; one paymaſter ; one ſurgeon ; one ſurgeon's mate ; one ſergeant-major ; one drum-major and one fife-major. *(Each diviſion, brigade & regiment by whom commanded.)*

*And be it further enacted,* That there ſhall be provided at the expenſe of this State for each regiment, one ſtandard and one ſuit of regimental colours—the ſtandard to bear the device, "the arms of the United States ;" the regimental colours, "the arms of this State ;" that the drums and fifes be furniſhed by the commanding officers of the companies, at the expenſe of the State. *(What colours and at whoſe expence to be furniſhed.)*

*And be it further enacted,* That the ſeveral commanding officers of companies, ſhall cauſe accurate returns to be made of their companies to the commanding officer of the regiment to which they belong, before the firſt day of February annually; and the commanding officer of each regiment, ſhall cauſe to be made to the brigade-major, a proper return of his regiment, before the firſt day of March annually ; and the reſpective brigade-majors, ſhall make out to the adjutant general, returns of their reſpective brigades, *(By whom returns are to be made.)*

C c c before

*Militia formed and regulated.*

before the first day of April annually, agreeable to the forms that may be established by the adjutant-general, which the adjutant-general shall cause attested copies of, to be lodged in the secretary's office, by the first day of May annually.

**Penalty for not calling companies or battalions together.**

*And be it further enacted,* That each commanding officer of a company, who shall neglect to call his company together, as before provided, shall forfeit and pay for each neglect the sum of six pounds ; and each commanding officer of a battalion who shall neglect to call his battalion, as before directed, shall pay a fine of nine pounds.

**Notice.**

*And be it further enacted,* That it shall be accounted sufficient notice to any non-commissioned officer or privates, for appearance on muster days, to be notified of such muster by a non-commissioned officer in person, or by a writing by him signed, to be left at his last, and usual place of abode, four days prior to such day of muster ; and if any non-commissioned officer or private, after such notification, shall unnecessarily neglect to appear equipped, as the law directs, he shall pay a fine of nine shillings, which shall be levied by distress, and sale of the offenders goods and chattels, by warrant under the hand and seal of the captain, or commanding officer of said company, to be directed to the first sergeant of the company, who is to levy the same, by the same rules and regulations, as the laws have pointed out for collecting rates and taxes, and shall have one quarter part thereof for his trouble, and the same fees that are allowed to collectors, on distraining for taxes—and if no goods and chattels of the delinquent are to be found, then to levy the same on the body of such delinquent : *Proded nevertheless,* That no such warrant shall be issued until fifteen days after said muster days, that the delinquent may have time to make excuse (if any he has) for his non-appearance, which is to be made to the commanding officer of the company.

**Disobedience punished.**

*And be it further enacted,* That if any non-commissioned officer or soldier, shall prove refractory or disobedient on a muster day, or shall insult or abuse his officers, or either of them, or treat them with disrespect or contempt, the commanding officer present, may order the offender to be immediately tried by five
commissioned

Digitized by Google

*Militia formed and regulated.*

419

commissioned officers, if so many should be present; and if not so many present, as many as there are in the field, who are empowered to punish the offender, by ordering him to pay a fine not exceeding forty shillings, at the discretion of the officers, or ride a wooden horse.

*And be it further enacted,* That on all muster days, every officer shall yield due obedience to his superior officer and every non-commissioned officer and soldier shall yield entire and due obedience to the commands of their superior officers. And if any officer shall, on such days (or at any other time) refuse and neglect to obey the orders he may receive from his superior officers respecting any matter relating to the government of militia, he shall be tried by a court-martial, and if convicted thereof shall be cashiered. And the superior officer may immediately put such offender in arrest, and report him and his offence to the officer commanding the brigade (if the offender is under the rank of a field officer) and the commanding officer of the brigade is hereby empowered to appoint a court-martial for such trial, and to approve the sentence; and if said offender shall by said court be cashiered, and the sentence thereof approved, the said officer shall be deemed incapable of holding any military office again in this State; and in case the offender is of the rank of a field officer, or of higher rank, his offence shall be reported to the major-general, or officer commanding the division, who is hereby empowered to appoint a court martial for the trial of such offender, to approve the sentence of said court; and if the offender be found guilty and the sentence shall be approved, he shall be disqualified as aforesaid.

The commander in chief shall at all times have the right of appointing courts-martial, when he shall think it necessary.

All courts-martial, when appointed by the commander in chief, shall consist of thirteen members, the president of which shall be of the rank of major-general.

All courts-martial, when appointed by a major-general, shall consist of thirteen members, and the president shall be a lieutenant-colonel or officer of higher rank.

*Side notes:* Officers to yield obedience. Superior officer to arrest and a report. Commander in chief may appoint courts martial. Number of members.

Digitized by Google All

430

All courts-martial appointed by a brigadier, shall consist of thirteen members, the president of which shall at least, be of the rank of a field officer.

**Members, by whom to be sworn.**

The members of the courts-martial are to be sworn by the president, and the president shall be sworn by the next highest in rank of the members composing the same, and the president of every court-martial, shall have power to administer the oath to every witness.

In order to the trial of offenders, the oath of the president and members, shall be in the words following, viz.

**Oath.**

*YOU swear, that you will well and truly try, and impartially determine the charge against the person now to be tried, according to the rules for regulating the militia of this State.*

So help you GOD.

The oath to be administered to witnesses in courts-martial, shall be in the form following, viz,

*YOU swear, the evidence you shall give relative to the charge now in hearing, shall be the truth, the whole truth, and nothing but the truth.*

**Oath of witnesses.**

So help you GOD.

*And be it further enacted,* That all military officers shall be amenable to a court-martial for any un-officer, or un-gentleman-like conduct or behaviour while on duty, and at all other times, and to be tried, and sentence approved in the same way and manner as before provided for disobedience of orders.

**Officers amenable for illiberal behaviour.**

*And be it further enacted,* That all persons called by summons from the president of any court-martial to give evidence, who shall unreasonably refuse or neglect to appear, or appearing, shall refuse to give evidence, shall be committed to the common gaol of the county where such court is sitting, there to remain three months, unless sooner discharged therefrom by the justices of the superior court : And the president of the court is to lodge the accusation against him with the prison-keeper.

**Witnesses refusing, &c. to be committed to gaol.**

*And be it further enacted,* That every person appointing a court-martial, shall appoint some suitable person to act as judge advocate; who shall make a fair record of the whole proceedings and deliver them to the officer appointing said court-martial, who shall

**Judge advocate to be appointed.**

cause

Digitized by Google

cause the same, or a copy thereof, to be lodged in the secretary's office, within three months after such trial.

*And be it further enacted,* That out of the militia enrolled as herein directed, there shall be formed for each battalion, at least one company of grenadiers or light infantry; and to each division there shall be at least one company of artillery, and one troop of horse. There shall be to each company of artillery, one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one fifer. The officers to be armed with a sword or hanger, a fusee, bayonet and belt, with a cartouch box, to contain twelve cartridges; and each private matross shall be furnished with the same equipments as privates in the infantry. There shall be to each troop of horse, one captain, two lieutenants, one cornet, four sergeants, four corporals, one sadler, one farrier and one trumpeter. The commissioned officers to furnish themselves with good horses of at least fourteen hands and an half high, and to be armed with a sword, and pair of pistols, the holsters of which to be covered with bearskin caps. Each dragoon to furnish himself with a serviceable horse of at least fourteen hands and an half high, a good saddle, bridle, mail-pillion and valise, holsters, a breast-plate and crupper, a pair of boots and spurs, a pair of pistols, a sabre, and cartouch box, to contain twelve cartridges for pistols. That each company of artillery and troop of horse, shall be formed of volunteers from the brigade, at the discretion of the commander in chief of the State, not exceeding one company of each to a regiment, and shall uniformly be cloathed in regimentals, to be furnished at their own expence; the colour and fashion to be determined by the brigadier commanding the brigade to which they belong.

*And be it further enacted,* That each non-commissioned officer and soldier belonging to the regiments of foot, shall within one year from and after the passing this act, furnish himself with a good fire-lock bayonet and belt, a cartouch box that will contain twenty-four cartridges, two good flints, a knapsack and canteen—and that the commissioned officers belonging to companies of foot, shall be severally armed with a sword or hanger and an espontoon, and that the field officers be armed with a sword or hanger. *And*

*Marginal notes:*

Each battalion to have one company of grenadiers, &c. and one company of artillery.

Officers how to be armed.

Troops of horse how officered, &c.

Artillery and horse of whom to be formed, and

uniformly clad.

How to be armed and accoutred.

Digitized by Google

*And be it further enacted,* That such of the infantry as are under the care of parents, masters or guardians, shall be furnished by them with such arms and accoutrements.

**Those unable, &c. to be equipped at the expence of the town.** And such as are unable to furnish themselves, shall make application to the selectmen of the town, who are to certify to their captain or commanding officer, that they are unable to equip themselves, and the said selectmen shall, at the expence of the town, provide for, and furnish such persons with arms and equipments; which arms and equipments shall be the property of the town, at whose expence they were provided: And if any person so furnished, shall embezzle or wilfully destroy the same, he shall be punished by any court proper to try the same, upon complaint made by the selectmen of said town, by being publicly whipped not exceeding twenty stripes, or fined not exceeding forty shillings. And that all

**Fines how to be appropriated.** fines recovered for embezzling or destroying of arms and accoutrements as provided in this act, shall be paid into the hands of the selectmen to be appropriated in purchasing arms and accoutrements for such soldiers as are unable to purchase for themselves.

**Parents, &c. liable to a penalty.** *And be it further enacted,* That parents, masters and guardians shall be liable for the neglect and non-appearance of such persons as are under their care (and are liable by law to train) and are to be proceeded against for the penalty in the same manner, as by this act is provided against other delinquents.

**Military watches, by whom to be appointed.** *And be it further enacted,* That the commander in chief, the officers commanding divisions, brigades or regiments, may appoint military watches or guards when an invasion of the State is apprehended, in such place and under such regulations as they may judge necessary: and all officers and soldiers under their command are to yield strict obedience to their orders and directions.

**Signals to be fixed.** *And be it further enacted,* That the signals for an alarm are to be fixed by the captain general, and may by him be altered, from time to time, and proper notice thereof is to be by him given to the several officers; and if any non-commissioned officer or soldier, shall upon the alarm being given, unnecessarily neglect to appear properly armed and equipped, at such time and place as the commanding officer shall appoint,

point, he shall pay a fine of twenty shillings; and all persons serving on any military guards, or watches, shall be punishable for misconduct while in such service, by a court-martial to be appointed by the commanding officer of such guard or watch, provided he be a field officer, and in case he is not, then by the commanding officer of the regiment to which the offender belongs.

*And be it further enacted,* That when any non-commissioned officer shall refuse or neglect to notify or warn any of the non-commissioned officers or private soldiers of the company to which he belongs (being thereto ordered by his superior officer) he shall pay a fine of twelve shillings, for each non-commissioned officer or soldier he shall neglect to warn, to be recovered in the same way and manner as is before provided.

*Penalty for refusing to warn, &c.*

*And be it further enacted,* That every fine arising by any breach of this act, for which no special mode of recovery has been pointed out, may be recovered by action, bill, plaint or information, in any court proper to try the same.

*Mode of recovering fines, and*

*And be it further enacted,* That all fines recovered of any non-commissioned officer or soldier for neglect of duty, shall be paid into the hands of the commanding officer of the company, to which such non-commissioned officer or soldier may belong, to be expended in defraying the necessary expences of such company, as the commissioned officers of the same may direct. That all fines recovered of the commanding officer of any company, shall be paid into the hands of the commanding officer of the battalion, to which such commanding officer of a company may belong; to be appropriated in instructing the music in such battalion.

*how to be appropriated*

That all fines recovered of the commanding officer of any battalion, shall be paid into the hands of the commanding officer of the regiment to which such battalion may belong, to be disposed of in defraying the necessary expences in forming and arranging the companies in such regiment, as the field officers of the same may direct.

*And be it further enacted,* That all commissioned officers shall take rank according to the date of their commissions; and when two of the same grade bear

*Officers, how to rank.*

equal


Digitized by Google

equal date, then the rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

**Rules of discipline.** *And be it further enacted,* That the rules of discipline approved and established by Congress, in their resolution of the twenty-ninth of March, one thousand, seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia in this State.

**Brigade inspector's duty.** *And be it further enacted,* That it shall be the duty of the brigade inspector, to attend the regimental and battalion meetings of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition and accoutrements ; superintend their exercise and manœuvres, and introduce the system of military discipline before described.

**Cavalry and artillery liable to the same fines.** *And be it further enacted,* That the cavalry and artillery be subject to fine or punishment in the same manner as those who belong to the infantry.

**Courts martial of whom to consist.** *And be it further enacted,* That all courts-martial may consist of officers of any corps within the limits of the brigade where the person accused may reside.

**Legal notice, what considered as such.** *And be it further enacted,* That a captain or commanding officer at the head of his company, may direct his non-commissioned officers and soldiers to meet at any future day, which shall be legal notice.

**Non-comm. officers liable to be reduced, &c.** *And be it further enacted,* That non-commissioned officers be reduced to the ranks, for any misdemeanor, which in the opinion of all the commissioned officers of the company shall deserve such punishment.

**Commissioned officers to reside.** *And be it further enacted,* That all commissioned officers belonging to any company of infantry shall reside within the limits of such company.

**Different corps—first in rank to command.** *And be it further enacted,* That when it shall so happen, that officers of the different corps, shall be on duty together, the first officer in rank shall command, whether of the infantry, cavalry or artillery.

**Arms, &c. free from distress, &c.** *And be it further enacted,* That every citizen enrolled as directed in this act, and provided with arms and accoutrements, shall hold the same exempted from all suits, distresses, executions, or sales for debt, or for the payment of taxes.

*And*

Digitized by Google

*And be it further enacted,* That the militia of this State, shall be divided into three divisions, and if convenient, each division shall consist of two brigades, each brigade of four regiments, each regiment of two battalions, each battalion of five companies, and each company of sixty-four privates.

*Militia to be divided.*

*And be it further enacted,* That in forming the cavalry and artillery, not more than one eleventh part shall inlist out of any one company of infantry into such corps.

*Cavalry and artillery of whom to be formed.*

*And be it further enacted,* That the field officers of each and every regiment, shall form and arrange the companies in their several regiments, from time to time, as they shall think the public good may require.

*Field Officers to arrange companies.*

*And be it further enacted,* That there shall be an adjutant-general, whose duty it shall be to distribute all orders from the commander in chief of this State, to the several corps; to attend all public reviews, when the commander in chief of this State shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the system of military discipline established by law; to furnish blank forms of different returns that may be required, and to explain the principles on which they shall be made; to receive from the several officers of the different corps throughout the State, returns of the militia, under their command, reporting the actual situation of their arms, accoutrements and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline.

*Adjutant-General, his duty.*

*And be it further enacted,* That compensation shall be made to the adjutant-general, and the brigade inspectors for their services, from time to time, by the legislature, as they shall think just.

*Compensation to Adjutant and Brigade inspectors.*

*And be it further enacted,* That the colour of the uniform of the infantry be determined on by the commander in chief.

*Colour of uniform, by whom determined.*

*And be it further enacted,* That each and every non-commissioned officer or soldier, who shall inlist into any corps of horse or artillery, shall within six months from and after such inlistment, equip himself as the law directs, and at the expiration of the said six months, should he not be equipped as aforesaid, then

*Cavalry and artillery, if not equipp'd within six months to be returned.*

D d 2                                                    to

Digitized by Google

426    *An additional act—Militia.*

to return to the company from which he inlifted, and the commanding officer thereof, is hereby directed to enrol him accordingly.

**Cavalry to be annexed to infantry.**

*And be it further enacted,* That the feveral companies, which compofe the regiments of cavalry, be annexed to the regiments of infantry in manner following :

**Cavalry to be under command of field officers of infantry.**

To each regiment of infantry there fhall be, as far as the number of companies of cavalry will admit of it, one troop of horfe, or company of cavalry, with the prefent officers (if they fee fit) and men of faid companies, who are now uniformly cloathed and e-quipped, or fhall be within four months ; faid troops of horfe fhall be under the command of the field officers of the regiments of infantry, and fhall be joined to fuch regiments as fhall be the moft contiguous and convenient to faid companies. Privilege fhall be allowed to the non-commiffioned officers and privates of cavalry at any time hereafter, of being enrolled as infantry, provided they decline ferving as cavalry, and faid companies of cavalry may be completed by inliftments, from time to time, from the infantry, as vacancies may be in faid companies.

**Act to be read, &c.**

*And be it further enacted,* That this act fhall be read at the head of each company in the feveral regiments in this State, at leaft once every year.

*This act paffed December 28, 1792.*

---

**Paffed June 19, 1793.**

AN ACT in addition to an act, entitled " An act for arranging the militia into divifions ;" and in addition to an act, entitled " An act for forming and regulating the militia within this State, and for repealing all the laws heretofore made for that purpofe."

**Preamble:**

*WHEREAS in the aforefaid act " for arranging the militia into divifions," fundry towns were omitted ; and Whereas in the faid act " for forming and regulating the militia within this State," no particular perfon was authorized or directed to provide ftandards and regimental colours for the feveral battalions and regiments in the fame :*

Therefore,

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12289   Page 166 of

Therefore,

BE it enacted by the Senate and House of Representatives in General Court convened, That the company or companies in the town of Orford, shall be considered as belonging to the first battalion in the thirteenth regiment ; and the company or companies in the town of Trecothick shall be considered as belonging to the first battalion in the fourteenth regiment ; and the company or companies in the town of Keene shall be considered as belonging to the second battalion in the twentieth regiment. *Enacting clause.*

And the inhabitants on lands adjoining the towns of Franconia and Lincoln shall be considered as belonging to the first battalion in the twenty-fourth regiment.

*And be it further enacted,* That his excellency the governor cause to be provided, at the expence of the State, one standard for each regiment, and one suit of regimental colours for each battalion. *Governor to provide standards.*

*This act passed June* 19, 1793.

---

AN ACT in addition to an act, entitled, "an act for regulating the militia within this State," passed December 28, 1792. *Approved June 18, 1795.*

BE it enacted by the Senate and House of Representatives in General Court convened, That every free, able bodied, white male citizen of this state, resident therein, who is, or shall be of the age of sixteen years, and under forty years of age, under such exceptions as are made in said act, shall be enrolled in the militia, and shall in all other respects be considered as liable to do the duties of the militia in the same way and manner, as those of the age of eighteen years and upwards, and every citizen enrolled and liable as aforesaid, shall while under the age of twenty-one years be exempt from a poll tax. *From the age of sixteen to forty liable to be enrolled.*

*And be it further enacted,* That no non-commissioned officer or private soldier, shall upon any muster day, or the evening of the same day, discharge and fire off a musquet or gun in any public road, or near thereto, or in, or near to any house, or on, or near to the place of parade, unless leave therefor be first had from a commissioned officer, on penalty of forfeiting *No gun to be fired off.*

**428** *Regulating militia.*

Penalty for firing.

ing for each offence so committed, the sum of one dollar, to be recovered by action before any Justice of the Peace within the county where such offence shall be committed, by any person who will sue therefor with costs of prosecution.

*And be it further enacted,* That the warrant of distress to be issued in case of unnecessary neglect to appear equipped on muster days, shall be in the following form, the blanks therein to be filled up as the circumstances of the case may require.

STATE OF NEW-HAMPSHIRE.

(L.S.)     *To        first serjeant of company in the     regiment of the militia of said state.*

**Form of warrant.**

                           GREETING.

WHEREAS      of      in the county of      a private soldier enrolled according to law and liable to do duty in said company, was duly notified and ordered to appear on the parade near to ; in     on the     day of     Anno Domini, one thousand seven hundred and ninety at the hour of     of the clock in the     noon, equipped with arms, ammunition and accoutrements according to law, for inspection and military exercises, and there to attend until further order, being the time and place for mustering said company ; but the said     did unnecessarily neglect to attend equipped as aforesaid, agreeably to said orders and notice, and whereas more than fifteen days have elapsed from said day of muster, and the said     hath neglected to make excuse to the commanding officer of said company for non-appearance as aforesaid, whereby the said     hath incurred the penalty and become liable by law, to pay a fine of one dollar and fifty cents, to be disposed of according to the law in said case made and provided.

You are therefore in the name of the State of New-Hampshire hereby required by distress and sale of the goods and chattels of the said     to levy and collect the aforesaid sum of one dollar and fifty cents, together with forty cents for this precept, and thereof also to satisfy yourself for your own fees ; and for want of such goods and chattels whereon to make distress, you are hereby commanded to take the body of

Digitized by Google

of the said          and him commit unto the gaol in
         in said county, and the keeper of said gaol
is accordingly commanded to receive the said
and him detain in his custody, within said gaol, until
he pay the aforesaid sums, with all lawful fees, or o-
therwise be discharged by due course of law; and you
are in all respects to observe and follow the rules and
directions of the laws respecting the premises.—And
you are hereby directed to make return of this pre-
cept, with your doings thereon, unto me the under-
signed, or the commanding officer of said company for
the time being, within forty days from the date hereof.

Given under my hand and seal at          in said
county, this          day of          Anno Domini,
one thousand seven hundred and ninety

                                        { Commanding Officer
                                        { of said Company.

*Approved June* 18, 1795.

---

An ACT in addition to an act, entitled, "An act for
regulating the militia within this State," passed
December 28, 1792.

Approved
Dec. 26,
1795.

BE it enacted by the Senate and House of Representa-
tives in General Court convened, That at all
times, when officers of the same grade, whose com-
missions are of the same date, shall be on duty in the
same corps or detachment, and whose prior preten-
sions to seniority cannot be ascertained by their
former military commissions, the rank of such officers
shall be determined agreeably to the laws already in
force, and not otherwise.

Rank deter-
mined.

And be it further enacted, That at all musters of
the militia, when more than one company shall be
on the parade at the same time, the officers shall be
posted with their several companies, and the compa-
nies shall take rank according to seniority.

How officers
are to be
posted.

And be it further enacted, That whenever any
commissioned officer shall be found guilty of disobe-
dience of orders, or ungentleman-like conduct, he
shall be cashiered and disqualified as the law provides,
or be reprimanded in orders by the officer appoint-
ing

Punishment
of disobedi-
ence.

430

*Supply bill for cavalry.*

ing the court-martial, as the members of faid court fhall determine.

**In cafe of difability.**

*And be it further enacted,* That whenever any non-commiffioned officer or foldier fhall think himfelf unable to perform military duty, and fhall procure a certificate certifying his difability from the furgeon or furgeon's mate of the regiment to which he belongs, to the commanding officer of faid company, then faid non-commiffioned officer or foldier fhall be confidered as excufed from military duty until it fhall be thought by the commanding officer of faid company, and the furgeon or furgeon's mate for the time being, that fuch difability is removed.

**Who ex-cufed.**

*And be it further enacted,* That in all towns where there may be fire engines, eighteen perfons for each engine fhall be excufed from doing duty on training or mufter days, upon certificate of the felectmen to any field officer of the regiment.

**Provifo.**

*Provided neverthelefs,* They fhall conftantly be armed and equipped according to law, and fhall be liable to do duty in the militia at all times when they do not belong to faid engines.

*Approved Dec. 26, 1795.*

---

**Approved Jan. 8, 1795**

AN ACT granting to each company of cavalry, feventeen dollars, to furnifh inftruments of mufic and colours.

**Enacting claufe.**

BE it enacted by the Senate and Houfe of Reprefentatives in General Court convened, That the captain of each company of cavalry in this State, organized according to law, be entitled to receive out of the treafury feventeen dollars, in addition to the fum heretofore allowed, for the purpofe of furnifhing his company with inftruments of mufick and colours; and the Governor being certified by the commanding officer of a regiment, that a company of cavalry belonging to the fame, is organized as aforefaid, fhall give the captain of fuch company an order on the treafurer for the aforefaid fum.

*Approved January 8, 1795.*

AN

Digitized by Google

# EXHIBIT 183

# CHAPTER LXXXI.

## OF THE MILITIA.

## N° 1.

**Paffed March 10, 1797.** *AN ACT, for regulating and governing the militia of this ftate.*

SECT. 1. IT is hereby enacted by the General Affembly of the State of Vermont, That each and every free, able-bodied white male citizen of this ftate, or of any other of the United States refiding within this ftate, who is or fhall be of the age of eighteen years, and under the age of forty-five years (excepting as is herein after excepted) fhall feverally and refpectively be fubject to the requifitions of this act, and fhall be enrolled in the militia, by the captain or commanding officer of the company, within whofe bounds fuch citizen fhall refide, within three months from and after the paffing of this act.  And it fhall be at all times hereafter the duty of the commanding officer of every fuch company, to enrol every fuch citizen as aforefaid, and alfo thofe who fhall from time to time arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years, and not herein after excepted, fhall come to refide within his bounds ; and fhall without delay notify fuch citizen of the enrolment, by a non-commiffioned officer or other perfon duly authorized for that purpofe, by whom fuch notice may be proved.  And in all cafes of doubt refpecting the age of any perfon enrolled or intended to be enrolled ; the party queftioned fhall prove his age, to the fatisfaction of the commanding officer of the company within whofe bounds he may refide.

*(margin note)* Militia, how and by whom to be enrolled.

act, shall be such as the brigadier generals, within their respective brigades, shall direct.

SECT. 14.——That every non-commissioned officer and private of the infantry, shall constantly keep himself provided with a good musket, with an iron or steel rod, a sufficient bayonet and belt, two spare flints, a priming wire and brush, and a knapsack, a cartridge box and pouch with a box therein sufficient to contain at least, twenty-four cartridges, suited to the bore of his musket ; and shall appear so armed, accoutred and provided, whenever called out : *excepting*, that when called out to exercise only, he may appear without a knapsack.

*Provided always*, That every citizen enrolled, and providing himself with arms, ammunition and accoutrements, required, as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales, for debt, or for payment of taxes.

SECT. 15.——That every non-commissioned officer or private of the infantry, who shall neglect to keep himself armed and equipped, as aforesaid, or who shall on a muster day, or at any other time of examination, be destitute of, or appear unprovided with, the arms and equipments herein directed (excepting as before excepted ;) shall pay a fine, not exceeding *seventeen cents* for a gun, and *eight cents* for every other article, in which he shall be deficient : at the discretion of the court, before whom trial shall be had.    And all parents, masters or guardians, shall furnish those of the said militia who shall be under their care and command, with the arms and equipments above mentioned, under the like penalties for any neglect. And when the selectmen of any town shall judge any inhabitant thereof belonging to the militia, unable to arm and equip himself, in manner aforesaid ; they shall, at the expense of the town, provide for and furnish such inhabitant with the aforesaid arms, and equipments : which shall remain the property of the town, at the expense of which they shall be provided.    And if any fol-

*[marginal notes:]*
Non-comm. and privates, how armed & accoutred.

Arms and accoutrements exempt from execution.

Non-commissioned officers and soldiers fined, for not being equip'd.

Parents and guardians to furnish arms.

Selectmen to furnish, for poor soldiers.

**Penalty for embezzlement.**

dier shall embezzle or destroy the arms, and equipments, with which he shall be furnished; he shall, upon conviction as aforesaid, be judged to replace the articles which shall be by him so embezzled or destroyed, and to pay the costs arising from the process against him. And if he shall not perform the same, within fourteen days after such adjudication, it shall be in the power of the selectmen of the town, to which he shall belong, to bind him out to service or labor, for such term of time, as, in the discretion of the said selectmen, shall be sufficient to procure a sum of money, equal to the value of the article or articles so embezzled or destroyed; and pay costs, arising as aforesaid.

**Fines for sundry delinquencies.**

SECT. 16.——That every person liable to do military duty, who being duly warned, shall refuse or neglect to appear, at the time and place appointed, armed and equipped as by this act is directed, for any muster, training, view of arms or other military duty; shall pay as a fine for such default, the sum of *two dollars.* And every person who shall appear at any muster, with his arms in an unfit condition, shall pay a fine of *twelve cents,* for each and every such default.

**Proviso.**

*Provided nevertheless,* That it shall be lawful for the commanding officer of a company, at any time, within eight days after any muster, training, view of arms, or other duty, to excuse any person for non-appearance, or for any deficiency of equipments, on the delinquent's producing to him satisfactory evidence of his inability to appear, or equip, as aforesaid.

**2d proviso.**

*Provided,* That if such delinquent had sufficient cause of absence, and should neglect to make his excuse within the eight days aforesaid; upon a prosecution, he shall be liable to pay costs, at the discretion of the court before whom the cause is tried.

[☞ *The two provisos of this section, repealed: See present chap.—Act N°. 3.]*

**Companies how warned.**

SECT. 17.——That when the commanding officer of a company shall think proper to call his

# EXHIBIT 184

432

## Militia.

Court proper to try the fame ; one moiety thereof to the ufe of the perfon who fhall fue for the fame, and the other moiety to and for the ufe of the State.

Officers to profe-
cute for the fame.

Sec. 2. *And be it further enacted*, That it fhall be the duty of the officers from whom any fines, forfeitures or penalties may be withholden or detained, to collect the fame in the due courfe of law; and to profe-  …reaches of this act in manner

…d *be it further enacted*, That …of the Peace and Warden fhall …e May feffion of the General …e return to the General-Trea- …he hath collected any fines …te during the laft year, and …, and the amount and circum- …fines, if any, by him collected, …ver the fame to the General- …d that if any Juftice of the …den fhall neglect to make re- …d, or fhall neglect to pay over …n collected, he fhall be ineligi- …office of Juftice of the Peace

THE

PUBLIC LAWS

OF THE STATE OF

RHODE-ISLAND

AND

PROVIDENCE PLANTATIONS,

As revifed by a Committee, and finally enacted by the Honourable GENERAL ASSEMBLY, at their Seffion in *January*, 1798.

TO WHICH ARE PREFIXED,

The CHARTER, DECLARATION OF INDEPENDENCE, ARTICLES OF CONFEDERATION, CONSTITUTION OF THE UNITED STATES, and PRESIDENT WASHINGTON'S ADDRESS OF *September*, 1796.

41259

Publifhed by Authority.

*IGNORANTIA LEGIS NEMINEM EXCUSAT.*
IGNORANCE OF THE LAW IS NO EXCUSE FOR ITS VIOLATION.

Printed at Providence, by CARTER and WILKINSON, and fold at their Book-Store. 1798.

---

1718.
1736.
1740.
1744.
1745.
1754.
1755.
1756.
1758.
1767.
1774.

Pre-
amble.

## An Act to organize the Militia of this State.

WHEREAS by the Conftitution of the United States, the Congrefs have power to provide for organizing, arming and difciplining the militia, and for govern- ing fuch part of them as may be employed in the fervice of the United States ; referv- ing to the States refpectively the appoint- ment of the officers, and the authority of training the militia according to the difci- pline

*Militia.*                                                          423

pline prefcribed by Congrefs : And whereas   1776.
the Congrefs did, on the eighth day of May,   1777.
A. D. 1792, pafs an act, entitled, " An act    1779.
more effectually to provide for the national  1794.
defence, by eftablifhing an uniform militia   1796.
throughout the United States ;" which act     1798.
is in the words following, to wit :

" An Act more effectually to provide for the
    national Defence, by eftablifhing an uni-    Act of Congrefs.
    form Militia throughout the United States.

   1. *BE it enacted by the Senate and Houfe
of Reprefentatives of the United States of
America, in Congrefs affembled,* That each
and every free able bodied white male citi-    Who fhall be en-
zen of the refpective States, refident therein,  rolled.
who is or fhall be of the age of eighteen
years, and under the age of forty-five years,
(except as is herein after excepted) fhall
feverally and refpectively be enrolled in the
militia, by the Captain or Commanding
Officer of the company within whofe bounds
fuch citizen fhall refide, and that within
twelve months after the paffing of this act.
And it fhall at all times hereafter be the duty
of every fuch Captain or Commanding
Officer of a company, to enrol every fuch
citizen as aforefaid, and alfo thofe who fhall,
from time to time, arrive at the age of eight-
een years, or being of the age of eighteen
years, and under the age of forty-five years,
(except as before excepted) fhall come to
refide within his bounds ; and fhall without
delay notify fuch citizen of the faid enrol-
ment, by a proper non-commiffioned officer
of the company, by whom fuch notice may
be proved ; that every citizen fo enrolled
and notified fhall, within fix months there-
                                                    after,

404        *Militia.*

**How to be equipped.** after, provide himself with a good musket or firelock, a sufficient bayonet and belt, two spare flints, and a knapsack, a pouch, with a box therein, to contain not less than twenty-four cartridges, suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball; or with a good rifle, knapsack, shot-pouch and powder-horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder; and shall appear, so armed, accoutred and provided, when called out to exercise, or into service, except that when called out on company days to exercise only, he may appear without a knapsack. That the commissioned officers shall severally be armed with a sword or hanger and espontoon, and that from and after five years from the passing of this act, all muskets for arming the militia, as herein required, shall be of bores sufficient for balls of the eighteenth part of a pound. And every citizen so enrolled, and providing himself with arms, ammunition and accoutrements, required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales, for debt, or for the payment of taxes.

**Exemptions.**   2. *And be it further enacted,* That the Vice-President of the United States; the officers, judicial and executive, of the government of the United States; the Members of both Houses of Congress, and their respective officers; all custom-house officers, with their clerks; all post-officers and stage-drivers, who are employed in the care and conveyance of the mail of the Post-Office of the United States; all ferry-men employed at any ferry on the post-road;

Digitized by Google

*Militia,*      **425**

road ; all infpectors of exports ; all pilots ; all mariners actually employed in the fea fervice of any citizen or merchant within the United States, and all perfons who now are or may hereafter be exempted by the laws of the refpective States, fhall be and are hereby exempted from militia duty, notwithftanding their being above the age of eighteen, and under the age of forty-five years.

3. *And be it further enacted*, That within one year after paffing of this act, the militia of the refpective States fhall be arranged into divifions, brigades, regiments, battalions and companies, as the Legiflature of each State fhall direct ; and each divifion, brigade and regiment, fhall be numbered at the formation thereof, and a record made of fuch numbers in the Adjutant-General's office in the State ; and when in the field, or in fervice in the State, each divifion, brigade and regiment, fhall refpectively take rank according to their numbers, reckoning the firft or loweft number higheft in rank. That if the fame be convenient, each brigade fhall confift of four regiments ; each regiment of two battalions ; each battalion of five companies ; and each company of fixty-four privates. That the faid militia fhall be officered by the refpective States as follows : To each divifion one Major-General, and two Aids-de-Camp, with the rank of Major ; to each brigade, one Brigadier-General, with one Brigade Infpector, to ferve alfo as Brigade Major, with the rank of a Major ; to each regiment, one Lieutenant-Colonel Commandant ; and to each battalion, one Major ; to each company, one Captain, one Lieutenant, one Enfign, four Serjeants,

*Militia, how to be divided;*

*and officered.*

H h h        four

Digitized by Google

four Corporals, one Drummer, and one Fifer or Bugler. That there shall be a regimental staff, to confist of one Adjutant, and one Quarter-Master, to rank as Lieutenants; one Paymaster, one Surgeon, and one Surgeon's Mate; one Serjeant-Major, one Drum-Major, and one Fife-Major.

*Companies of grenadiers, &c. to be formed, &c.*

4. *And be it further enacted,* That out of the militia enrolled, as is herein directed, there shall be formed for each battalion at leaft one company of grenadiers, light infantry or riflemen; and that to each divifion there shall be at leaft one company of artillery, and one troop of horse: There shall be to each company of artillery, one Captain, two Lieutenants, four Serjeants, four Corporals, fix Gunners, fix Bombardiers, one Drummer, and one Fifer. The officers to be armed with a fword or hanger, a fufee, bayonet and belt, with a cartridge-box, to contain twelve cartridges; and each private or matrofs shall furnish himfelf with all the equipments of a private in the infantry, until proper ordnance and field artillery is provided. There shall be to each troop of horse, one Captain, two Lieutenants, one Cornet, four Serjeants, four Corporals, one Saddler, one Farrier, and one Trumpeter. The commiffioned officers to furnish themfelves with good horfes of at leaft fourteen hands and an half high, and to be armed with a fword and pair of piftols, the holfters of which to be covered with bearfkin caps. Each dragoon to furnish himfelf with a ferviceable horse, at leaft fourteen hands and an half high, a good faddle, bridle, mail-pillion and valife, holfters, and a breaftplate and crupper, a pair of boots and fpurs, a pair of piftols, a fabre,

*Militia.* 427

fabre, and a cartouch-box, to contain twelve cartridges for piftols : That each company of artillery, and troop of horfe, fhall be formed of volunteers from the brigade, at the difcretion of the Commander in Chief of the State, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry, and fhall be uniformly clothed in regimentals, to be furnifhed at their own expence; the colour and fafhion to be determined by the Brigadier commanding the brigade to which they belong.

5. *And be it further enacted,* That each battalion and regiment fhall be provided with the State and regimental colours by the field officers, and each company with a drum and fife, or bugle-horn, by the commiffioned officers of the company, in fuch manner as the Legiflature of the refpective States fhall direct. Colours, &c. to be provided.

6. *And be it further enacted,* That there fhall be an Adjutant-General appointed in each State, whofe duty it fhall be to diftribute all orders from the Commander in Chief of the State to the feveral corps; to attend all public reviews, when the Commander in Chief of the State fhall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the fyftem of military difcipline eftablifhed by this act; to furnifh blank forms of different returns that may be required, and to explain the principles on which they fhould be made ; to receive from the feveral officers of the different corps throughout the State returns of the militia under their command, reporting the actual fituation of their arms, accoutrements Adjutant-General, his duty.

ments



ments and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline: All which the several officers of the divisions, brigades, regiments and battalions, are hereby required to make in the usual manner, so that the said Adjutant-General may be duly furnished therewith; from all which returns he shall make proper abstracts, and lay the same annually before the Commander in Chief of the State.

Rules of discipline.

7. *And be it further enacted,* That the rules of discipline, approved and established by Congress, in their resolutions of the twenty-ninth of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout the United States, except such deviations from the said rules as may be rendered necessary by the requisitions of this act, or some other unavoidable circumstances. It shall be the duty of the Commanding Officer, at every muster, whether by battalion, regiment or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline.

Rank.

8. *And be it further enacted,* That all commissioned officers shall take rank according to the date of their commissions; and when two of the same grade bear an equal date, then the rank to be determined by lot, to be drawn by them before the Commanding Officer of the brigade, regiment, battalion, company or detachment.

Disabled soldiers.

9. *And be it further enacted,* That if any person, whether officer or soldier, belonging to the militia of any State, and called out into the service of the United States, be

be wounded or disabled while in actual service, he shall be taken care of and provided for at the public expence.

10. *And be it further enacted,* That it shall be the duty of the Brigade Inspector to attend the regimental and battalion meetings of the militia compofing their several brigades, during the time of their being under arms; to infpect their arms, ammunition and accoutrements; fuperintend their exercife and manœuvres, and introduce the fyftem of military difcipline before defcribed throughout the brigade, agreeable to law, and fuch orders as they fhall, from time to time, receive from the Commander in Chief of the State; to make returns to the Adjutant-General of the State, at leaft once in every year, of the militia of the brigade to which he belongs, reporting therein the actual fituation of the arms, accoutrements and ammunition of the several corps, and every other thing which in his judgment may relate to their government, and the general advancement of good order, and military difcipline; and the Adjutant-General fhall make a return of all the militia of the State to the Commander in Chief of the faid State, and a duplicate of the fame to the Prefident of the United States.

*Margin note: Brigade Infpector, his duty.*

And whereas fundry corps of artillery, cavalry and infantry, now exift in feveral of the faid States, which by the laws, cuftoms or ufages thereof, have not been incorporated with, or fubject to, the general regulations of the militia:

*Margin note: Independent companies.*

11. *Be it further enacted,* That fuch corps retain their accuftomed privileges, fubject nevertheless to all other duties required
by

*Militia.*

by this act, in like manner with the other militia.

And whereas the reservations contained in the said Constitution, relative to the militia of the States respectively, render it necessary that provision should be made in the premises by the Legislature of this State:

Section 1. *Be it therefore enacted by this General Assembly, and by the authority thereof it is enacted,* That the whole militia of this State shall be arranged into one division; that the said division shall constitute four brigades; that the militia in the counties of Newport and Bristol shall form one brigade; the militia in the county of Providence, one brigade; the militia in the county of Washington, one brigade; and the militia in the county of Kent, one brigade: That the brigade in the counties of Newport and Bristol shall consist of three regiments; the brigade in the county of Providence, of six regiments; the brigade in the county of Washington, of three regiments; and the brigade in the county of Kent, of two regiments: And that each regiment, whose numbers, in the opinion of the field officers, will admit of it, shall be divided into two battalions.

Sec. 2. *And be it further enacted,* That the regiments aforesaid be constituted as follows, to wit: That the towns of Newport, Portsmouth, New-Shoreham, Jamestown and Middletown, constitute one regiment; and the towns of Tiverton and Little-Compton, one regiment: That the towns of Bristol, Warren and Barrington, constitute one regiment: That the towns of Providence and North-Providence constitute

ftitute one regiment; the towns of Smith-
field and Cumberland, one regiment; the
town of Scituate, one regiment; the town
of Glocester, one regiment; the towns of
Cranston and Johnston, one regiment; and
the town of Foster, one regiment: That the
towns of Westerly, Charlestown and Hop-
kinton, constitute one regiment; the towns
of North-Kingstown and Exeter, one regi-
ment; and the towns of South-Kingstown
and Richmond, one regiment: That the
towns of Warwick and East-Greenwich
constitute one regiment; and the towns of
West-Greenwich and Coventry, one regi-
ment.

Sec. 3. *And be it further enacted*, That there
be four companies of militia in the town of
Newport, five in the town of Providence,
two in the town of Portsmouth, three in
the town of Warwick, four in the town of
Westerly, one in the town of New-Shore-
ham, four in the town of North-Kingstown,
four in the town of South-Kingstown, two
in the town of East-Greenwich, one in the
town of Jamestown, four in the town of
Smithfield, four in the town of Scituate,
fix in the town of Glocester, two in the
town of Charlestown, three in the town of
West-Greenwich, four in the town of Co-
ventry, three in the town of Exeter, one in
the town of Middletown, one in the town of
Bristol, three in the town of Tiverton, two
in the town of Little-Compton, two in the
town of Warren, three in the town of Cum-
berland, two in the town of Richmond,
three in the town of Cranston, four in the
town of Hopkinton, two in the town of
Johnston, two in the town of North-Provi-
dence, one in the town of Barrington, and
four

Companies con-
stituted.

Digitized by Google

**432** *Militia.*

Militia, how of-
ficered.

four in the town of Foster: And that the aforesaid division, brigades, regiments, battalions and companies, be officered agreeably to the above recited act of Congress, and that the officers be engaged according to law.

Permanent ex-
emptions.

Sec. 4. *And be it further enacted*, That in addition to the persons exempted from military duty by the act of Congress herein before recited, there shall be, and hereby are, exempted from such duty, the following persons, to wit: All persons who have holden the offices of Governor or Lieutenant-Governor; all persons who sustained any military commission or commissions, previous to the last day of February, A. D. 1796, and took their engagement thereupon according to law; all persons who after the said last day of February, A. D. 1796, shall hold any military commission or commissions for the space of five years successively, and take their engagements thereupon according to law; and all persons, who after the said last day of February, A. D. 1796, shall hold any military commission or commissions, and shall take their engagements thereupon according to law, and shall be therefrom suspended or left out by any election of the General Assembly.

Temporary ex-
emptions.

Sec. 5. *And be it further enacted*, That persons of the following description, so long as they shall continue of said description, shall be, and hereby are, exempted from military duty, to wit: The members of both Houses of the Legislature, the Justices and Clerks of the Supreme Judicial Court, the Justices and Clerks of the Court of Common Pleas, the Secretary, the Attorney-

ney-General, the General-Treasurer, the High-Sheriff of each county, Justices of the Peace, one Ferryman at each stated ferry, who usually attends the same; one Miller at each grist-mill, who usually attends the same; every settled or ordained Minister of the gospel, the President, Professors, Tutors, Students and Steward of Rhode-Island College; Town-Council men, Town-Treasurers, Town-Clerks, Town-Sergeants, practising Physicians, Surgeons, Apothecaries, Preceptors and Ushers of Academies and schools, Enginemen, and every member of a chartered independent military body, who shall deliver, once for all, a certificate from the Commanding Officer of said body, that he is a member of such body, and completely equipped according to law, and the rules and regulations of said body.

Sec. 6. *And be it further enacted,* That whenever any member of any such chartered independent military body shall cease, otherwise than by death or removal out of the State, to be a member thereof, it shall be the duty of the Commanding Officer of such body forthwith to give notice thereof to the Commanding Officer of the militia company within the bounds of which the said member shall then reside.

*[marginal note: Notice to be given of leaving a chartered company.]*

Sec. 7. *And be it further enacted,* That every person liable by this act to do military duty, shall be deemed and adjudged to have notice of his being enrolled, by the Captain or Commanding Officer of the company of militia, within the bounds of which he shall reside; *provided* that such person shall have resided three months in the town in which such company shall be.

*[marginal note: Notice of enrolment.]*

Sec. 8. *And be it further enacted,* That

*[marginal note: Returns.]*

Digitized by Google

it fhall be the duty of the Commanding Of-
ficer of every company to make a return of
the fame to the Commandants of their re-
fpective regiments, who fhall make returns
of their refpective regiments to the Briga-
dier-Generals : And where faid companies
or regiments are not refpectively attached
to any regiment or brigade, returns fhall be
made to the Adjutant-General.    And it
fhall be the duty of the Brigade-Major of
fuch brigade, to form a brigade return, and
tranfmit the fame to the Adjutant-General,
who fhall, from the feveral returns thus
made, form a general return, and prefent
the fame to his Excellency the Commander
in Chief of the State, and a copy thereof to
the Major-General ; and tranfmit another
duplicate thereof to the Prefident of the
United States ; and that the general return
aforefaid, and the copies thereof, be made,
prefented and tranfmitted as aforefaid, on
or before the firft day of January, annually.

Times, &c. of
training.

Sec. 9. *And be it further enacted,* That
on the firft Wednefday in April, and on the
fecond Wednefday in September, in every
year, the militia of this State fhall meet by
companies (unlefs the weather on thofe
days fhall be foul, in which cafe they fhall
meet on the next fair day) for the pur-
pofe of training, difciplining and improving
them in martial exercife ; and in the month
of October, in every year, in regiment or
battalion ; and that the places of rendez-
vouzing by companies be appointed by the
Commanding Officers of the refpective com-
panies ; the places of regimental or bat-
talion rendezvous, by the Commandants of
the regiments refpectively ; and the days of
regimental

*Militia.* 435

regimental or battalion rendezvous, by the respective Brigadiers.

Sec. 10. *And be it further enacted,* That it shall be the duty of the Brigade-Major of each brigade, to furnish a copy of all orders for muster to the Commandants of regiments within each respective brigade ; and of the Adjutant of each regiment to furnish a copy of all orders for muster from the Commandants thereof, to the Commanding Officers of the respective companies. *Orders for mustering, by whom to be furnished.*

Sec. 11. *And be it further enacted,* That whenever the Commanding Officer of any company shall receive orders from his Brigadier, or the Commandant of his regiment, he shall issue his warrant for the assembling of his company, at least ten days before the time appointed for muster, directed to one or more non-commissioned officer or officers, private or privates, by him specially appointed, requiring him or them to warn the men of said company, either in general or in districts, to be by him assigned, to assemble, at the time and place appointed therein, equipped according to law. And the warning officer aforesaid shall warn the men as aforesaid, either by personal notice, or by leaving word at their usual places of abode, six days before, and shall return his warrant, with the name of every man so warned, to the said Commanding Officer, one day before the day of assembling, as aforesaid. *Companies, how to be warned.*

Sec. 12. *And be it further enacted,* That the Commanding Officers of the several companies of militia in this State shall take post according to the dates of their respective commissions, and that their companies *Post of captains and companies.*

shall

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12312   Page 189 of 247

shall take post with them in the same sta-
tion when on parade.

**Commanding Officer may punish for disorderly behaviour, &c.**

Sec. 13. *And be it further enacted,* That
when the militia, or any part of them, shall
be assembled together for review or train-
ing, it shall be in the power of the Com-
manding Officer present to punish all disor-
ders, or breaches of military order and
discipline, whether in non-commissioned of-
ficers or privates, by immediately putting
the offender under guard, for a space of
time not exceeding twelve hours, or by
fining him, not exceeding six dollars, at
the discretion of the said Commanding Of-
ficer; which fine shall be certified by the
officer inflicting the same, to some one Jus-
tice of the Peace, and collected, paid over
and appropriated, in the manner prescribed
by the fifteenth section of this act. And,
if any commissioned officer shall behave in
a disorderly or insolent manner, when the
militia, or any part of them, shall be assem-
bled as aforesaid, the said officer shall be
liable to be arrested and tried for such be-
haviour by a Court-Martial, and if found
guilty, shall be broken.

**Fines for non-appearance at the rendezvous.**

Sec. 14. *And be it further enacted,* That
every non-commissioned officer or private,
who shall neglect to appear (being first le-
gally warned) at the regimental or battalion
rendezvous, shall forfeit two dollars for
every day of such neglect; and every one
who shall neglect to appear (being first le-
gally warned) at the company parade, shall
forfeit one dollar and fifty cents for every
day of such neglect; and if he shall not be
armed and equipped according to the said
act of Congress, when so appearing, in case
he shall have resided in this State six months,
and

**For not being equipped.**

## Militia.

and fhall not, within ten days after fuch
rendezvous or parade, produce to the Com-
manding Officer of his company a certifi-
cate from the Clerk of the Town-Council
of the town, that he had been adjudged by
faid Town-Council unable to arm and equip
himfelf, he fhall, for appearing without a
gun, forfeit twenty-five cents; without a
bayonet and belt, eight cents; without a
cartouch-box and cartridges, eight cents;
without a knapfack, four cents; and with-
out flints, priming-wire, and brufh, four
cents.

Sec. 15. *And be it further enacted,* That Fines, how col-
at the expiration of ten days after fuch ren- lected.
dezvous or parade, the Commanding Offi-
cer of every company fhall deliver to fome
one Juftice of the Peace, refiding in the fame
town, a copy of his warrant, and of the re-
turn of the warning officer thereon, together
with a lift of the delinquents, in not appear-
ing at the rendezvous or parade as afore-
faid, and of the delinquents, in not being
equipped in the articles enumerated in the
preceding fection of this act, and of the ar-
ticles of equipment aforefaid in which they
fhall have been deficient, and of fuch offend-
ers as he fhall fine, or fhall incur a fine, by
virtue of the provifions of the thirteenth or
eighteenth fection of this act, who fhall
not have paid their fines to faid Commanding
Officer, or fhall not have rendered to him a
fatisfactory excufe for their delinquencies;
and the faid Juftice of the Peace fhall, within
ten days after he fhall have received fuch
copy and lift from fuch Commanding Officer,
iffue his warrant againft each of fuch delin-
quents or offenders, directed to the Town-
Sergeant or either of the Conftables of faid
town,

Digitized by Google

438                   *Militia.*

town, requiring them to levy, of the goods
and chattels of such delinquent or offender,
the fine or fines aforesaid, together with
twenty-five cents for said warrant, and all
the said Justice's proceedings thereon, and
such fees as are allowed by law for serving
the same; and for want of such goods or
chattels to be found, to commit the body
of such delinquent or offender to gaol, and
to return the said warrant in twenty days
from the date thereof. And in case such
delinquent or offender shall be within age,
and live with his father, mother or guardian,
or shall be an apprentice or indented ser-
vant, the said Town-Sergeant or Constable
shall be required by said warrant to levy
the same upon the goods and chattels of said
father, mother, guardian, master or mistress,
as the case may be; and the said Town-
Sergeant or Constable shall be allowed, for
serving said warrant, the same fees as are
allowed by law for serving an execution.
And if said warrant shall be returned *non est
inventus*, the said Justice is hereby authoriz-
ed to issue an *alias* warrant at any time after.

How appropriat-
ed.

And the money so levied, and the money
paid as a commutation hereafter mentioned,
shall be paid to the said Captain or Com-
manding Officer of the company, at the re-
turn of said warrants, to be appropriated
to pay the expence of warning said compa-
ny, and that of music *(provided* the expence
of music shall not exceed per day one dol-
lar to the drummer, and one dollar to the
fifer) and to purchase colours; and the re-
sidue thereof, if any, shall be paid to the
Town-Councils of the several towns, to be
by them appropriated to the arming and
equipping of those who are not able to arm
                                    and

and equip themfelves. And the Command- *Warning officer's fees.*
ing Officer of the company fhall allow a
fum not exceeding the rate of one dollar per
day, to the warning officer aforefaid, for
each and every day that he fhall or ought
to be employed in warning faid company, to
be judged of by the Commanding Officer
aforefaid.

Sec. 16. *Provided neverthelefs, and be it* *Delinquents ex-*
*further enacted,* That the faid Captain or *cufed by paying the commuta-*
Commanding Officer fhall excufe from the *tion.*
payment of his fine for one year any of the
delinquents aforefaid, *provided* fuch delin-
quent fhall annually produce to faid Captain
or Commanding Officer a certificate of his
belonging to the fociety of Friends, from
the Clerk of faid fociety, and pay three
dollars as an annual commutation, or annu-
ally produce a certificate from any Judge or
Juftice of the Peace, that fuch delinquent
hath made oath or affirmation before faid
Judge or Juftice, that he is confcientioufly
fcrupulous againft bearing arms, and fhall
pay three dollars as an annual commutation.

Sec. 17. *And be it further enacted,* That *Commanding Officer to make*
it fhall be the duty of the Commanding Of- *return of fines,*
ficer of every company of militia in this *&c.*
State, to make return of all the fines and
commutations by him collected, and how
difpofed of, to the Commandant of his regi-
ment, on or before the firft day of January,
in every year.

Sec. 18. *And be it further enacted,* That *Penalty for*
every non-commiffioned officer or private, *neglecting to*
who fhall neglect or refufe to warn the men *warn the com-*
of his company, when thereto required, as *pany.*
provided in the eleventh fection of this act,
without fufficient excufe, fhall forfeit the
fum of five dollars, to be levied and collect-
ed

Digitized by Google

**440** *Militia.*

ed after the day appointed for rendezvous or parade, in the manner prescribed for the collection of fines by the fifteenth section of this act.

Sec. 19. *And be it further enacted*, That every commissioned officer, who shall neglect or refuse to appear on parade with his company, when duly notified, and not having sufficient excuse, shall be tried by a Court-Martial; and if found guilty, shall be broken, and reduced to the ranks.

Officers neglecting to parade, to be tried.

Sec. 20. *And be it further enacted*, That every regimental Court-Martial shall consist of at least five commissioned officers, one whereof at least being a Captain, and shall be appointed by the Commanding Officer of the regiment, who is empowered to confirm, mitigate or disapprove, any sentence by them given. And that every General Court-Martial shall consist of at least thirteen commissioned officers, one whereof to be a General or Field Officer, and none under the grade of a Captain, to be appointed by the Major-General, or in his absence by the next officer present in command, who is empowered to confirm, mitigate or disapprove, any sentence by them given.

Regimental Court-Martial.

General Court-Martial.

Sec. 21. *And be it further enacted*, That the divisions of companies, as now existing in the several towns, be continued, subject however to such alterations as their present numbers or future increase or diminution may, in the judgment of the Field Officers of the regiments respectively to which they belong, from time to time render necessary or expedient.

Divisions of companies.

Sec. 22. *And be it further enacted*, That whenever the military force of this State, or any part thereof, shall be called into actual service,

Militia subject to the articles of war.

Digitized by Google

*Militia.*

fervice, it fhall be fubject to the articles of war, prefcribed by Congrefs, for the government of the troops of the United States.

Sec. 23. *And be it further enacted,* That in addition to the officers to be appointed pursuant to the afore recited act of Congrefs, there be also appointed for the militia of this State, one Director and Purveyor-General of the military hofpital, one Quartermafter-General, one Commiffary-General, with the power of fubftitution as occafion may require, and that the Adjutant-General fhall have the rank of Lieutenant-Colonel Commandant.

*Commiffary to General, &c. be appointed.*

Sec. 24. *And be it further enacted,* That all officers of the militia, deriving their appointments from the General Affembly, fhall hold their refpective appointments for and during the term of one year from the time of their refpective appointments, except in cafe of refignation, or being removed by the Legiflature for mifdemeanor, or broken by a fentence of a Court-Martial.

*Officers to be appointed annually.*

Sec. 25. *And be it further enacted,* That the militia of New-Shoreham and Jameftown fhall not be obliged to rendezvous in battalion or regiment, but in company only, and then the militia of New-Shoreham on the ifland of Block-Ifland, and the militia of Jameftown on the ifland of Connanicutt.

*Militia of Jameftown, &c. to rendezvous in company.*

Sec. 26. *And be it further enacted,* That whenever it fhall happen that any Surveyor of the highways fhall have warned the men of his diftrict to work on the highways, on the fame day that is or fhall be affigned for training, purfuant to this act,

*Warned to train and work on the highways, fame day, &c.*

K k k

the

Digitized by Google

*Senior Clafs.*

the faid warning to work upon the highways
fhall be confidered as fuperfeded.

*This act to be read once in every year.*

Sec. 27. *And be it further enacted*, That
this act fhall be read once in every year, at a
company training of every company of
militia in this State.

---

## An Act to eftablifh the Senior Clafs.

*Senior Clafs formed.*

Section 1. BE it enacted by the General
Affembly, and by the authority
thereof it is enacted, That all perfons exempt-
ed from military duty in the militia, by virtue
of the act entitled, "An act to organize the
militia of this State," be and they are
hereby formed into a feparate corps, to be
called and known by the name of the Senior
Clafs: That the feveral companies and regi-

*How to be offi- cered, &c.*

ments of fenior clafs be officered in the fame
manner as the militia, and be under the
command of the Brigadiers of the militia
in the diftricts refpectively wherein they
fhall be formed.

*Divided into companies, &c.*

Sec. 2. *And be it further enacted*, That
the fenior clafs of the town of Providence
conftitute one company; that of the town
of Cranfton, one company; that of the
town of Johnfton, one company; that of
the town of North-Providence, one com-
pany; that of the town of Smithfield, one
company; that of the town of Cumber-
land, one company; that of the town of
Scituate, one company; that of the town of
Glocefter, one company; that of the town
of Fofter, one company; which faid com-
panies fhall form one regiment: That the
fenior clafs of the town of Wefterly con-
ftitute one company; that of the town of
Charleftown, one company; that of the
town

Digitized by Google

# EXHIBIT 185

THE

# Perpetual Laws,

### OF THE

## COMMONWEALTH

#### OF

# MASSACHUSETTS,

#### FROM THE

## ESTABLISHMENT OF ITS CONSTITUTION

#### TO THE

### SECOND SESSION of the GENERAL COURT, in 1798.

### *IN TWO VOLUMES.*

## VOL. II.

### Containing the LAWS from MAY, 1788, to JANUARY, 1799.

*IGNORANTIA LEGIS NEMINEM EXCUSAT.*
THE IGNORANCE OF LAW IS AN EXCUSE FOR NO ONE,

THE LAW IS THE SUBJECT'S BEST BIRTHRIGHT.

STANFORD LIBRARY

### PRINTED AT Worcester BY Isaiah Thomas.

### 1799:

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12321   Page 198 of 247

# Anno 1793.

## CHAP. I.

An Act for regulating and governing the Militia of the Commonwealth of Massachusetts, and for repealing all Laws heretofore made for that Purpose ; excepting an Act entitled " An Act for establishing Rules and Articles for governing the Troops stationed in Forts and Garrisons, within this Commonwealth, and also the Militia, when called into actual Service."

Ch. 41. Anno 1794.

WHEREAS the Laws for regulating and governing the Militia of this Commonwealth, have become too complicated for practical use, by reason of the several alterations which have from time to time been made therein : Therefore,

Preamble.

1. *Be it enacted by the Senate and House of Representatives in General Court assembled, and by the authority of the same*, That the several Laws heretofore made for governing and regulating the Militia, be, and hereby are repealed, except an Act, entitled " An Act for establishing Rules and Articles for governing the Troops stationed in Forts and Garrisons within this Commonwealth, and also the Militia when called into actual service."

Laws repealed.

2. *Provided nevertheless*, That all officers actually in commission, agreeebly to the laws which are hereby repealed, and in grades which are established by this Act, shall continue in commission in the same manner, and in the same authority they would, in case the said laws were still in force ; and all actions depending in any Court, by force of said laws, shall and may be prosecuted to final judgment and execution.

Proviso.

3. *And be it further enacted by the authority aforesaid*, That each and every free able bodied white male citizen, of this, or any other of the United States, residing within this Commonwealth, who is, or shall be of the age of

Persons to be enrolled in the Militia.

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12322   Page 199 of 247

of eighteen years, and under the age of forty five years,
(except as is herein after excepted) shall severally and
respectively be subject to the requisitions of this Act,
and shall be enrolled in the Militia, by the Captain or
Commanding Officer of the company, within whose
bounds such citizens shall reside, within three months
from and after the passing this Act : And it shall be at
all times hereafter the duty of the Commanding Officer
of every such company, to enrol every such citizen as
aforesaid ; and also those, who shall from time to time
arrive at the age of eighteen years, or being of the age of
eighteen years, and under the age of forty five years,
and not herein after excepted, shall come to reside with-
in his bounds ; and shall without delay notify such cit-
izen of the enrolment, by a noncommissioned officer or
other person, duly authorised for that purpose, by whom
such notice may be proved ; and in all cases of doubt
respecting the age of any person enrolled, or intended to
be enrolled, the party questioned shall prove his age, to
the satisfaction of the Commanding Officer of the com-
pany within whose bounds he may reside.

*To be notified.*

4. *And be it further enacted by the authority aforesaid,*
That the Vice President of the United States; Members
of Congress, of both Houses, with their respective offi-
cers ; Lieutenant Governour ; Members of the Council,
Senate and House of Representatives, with their officers ;
Secretary and Treasurer of the Commonwealth ; Offi-
cers, Judicial and Executive, of the Government of the
United States ; Justices of the Supreme Judicial Court ;
Justices of the Courts of Common Pleas ; Judges of
Probate ; Registers of Probate ; County Registers ;
Justices of the Peace; Sheriffs ; Deputy Sheriffs ; Cor-
oners ; Constables ; Selectmen ; Ministers of the Gos-
pel ; Elders and Deacons of Churches ; Church War-
dens, and those of the religious denominations of Quak-
ers and Shakers ; Masters of Arts ; Officers and Stu-
dents at any College ; also such Physicians, Surgeons,
stated Schoolmasters, Ferrymen and Millers, as the Se-
lectmen of the towns to which they shall severally belong,
shall by a writing under their hands, signify the expe-
diency of exempting ; persons who have by commission
under any government or Congress, or by election in pur-
suance of the orders of any Congress of the United States,
or either of them, held the office of Subaltern or office of
higher rank ; and all Mariners actually employed in any
sea service of any citizen within the United States in
any vessel of more than thirty tons burthen ; Custom

*Persons ex-empted from training.*

M 8                                        House

House Officers ; all Post Officers, Stage Drivers, actually employed in the care and conveyance of the Mail ; and such persons as did attain to the age of forty five years before the eighth day of *May*, one thousand seven hundred and ninety three ; and also all such Manufacturers as are by any special law of the Commonwealth now exempted, shall be, and hereby are exempted from the said enrolment.

*Arrangement of the Militia.*

5. *And be it further enacted by the authority afore-said*, That the Governour, by and with the advice of the Council, be, and hereby is authorised and empowered to form and arrange the Militia into divisions, brigades, regiments and companies ; and from time to time to make such alterations therein as shall be necessary ; and if the same be convenient, each brigade shall consist of four regiments, each regiment of ten companies, and each company of sixty four effective privates : *Provid-ed notwithstanding*, That the present arrangement of the Militia shall continue as it now is, until the Governour, with the advice of Council, shall otherwise order ; and each new division, brigade and regiment, shall be numbered at the formation thereof, and a record made of such number in the Adjutant General's office ; and when in the field or in service, each division, brigade and regiment shall respectively take rank according to its number.

*Proviso.*

*Manner of officering the Militia.*

6. *And be it further enacted by the authority afore-said*, That the Militia shall be officered, as follows : To each division, one Major General, and two Aids de Camp, with the rank of Major : To each brigade, one Brigadier General, with one Brigade Inspector, to serve also as Brigade Major, with the rank of Major : To each regiment, one Colonel, one Lieutenant Colonel, one Major. *Provided nevertheless*, where any vacancy of Colonel now is, or shall hereafter happen, then the field officers of each regiment to consist of a Lieutenant Colonel Commandant, and two Majors : To each company of infantry, one Captain, one Lieutenant, and one Ensign, four Sergeants, four Corporals, one Drummer, one Fifer or Bugler : That there shall be a Regimental Staff, to consist of one Adjutant, one Quarter Master to rank as Lieutenants, one Surgeon, and one Surgeon's Mate, to be appointed by the Commanding Officer of the regiment, and commissioned by the Governour, one Sergeant Major, one Quarter Master Sergeant, one Drum Major and one Fife Major : That each company of artillery shall consist of one Captain, two Lieutenants, four Sergeants, four Corporals,

six

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12324   Page 201 of

fix Gunners, fix Bombardiers, one Drummer, one Fifer, and thirty two Privates or Matroffes : And each troop of cavalry fhall confift of one Captain, two Lieutenants, and one Cornet, four Sergeants, four Corporals, one Saddler, one Farrier, one Trumpeter, and thirty two Privates : And there fhall be one Adjutant General, and one Quarter Mafter General for the whole Militia, to be appointed by the Governour.

7. *And be it further enacted by the authority aforefaid*, That each and every Major General be, and hereby is empowered, and it fhall be his duty, to give all fuch orders, as fhall from time to time be neceffary, confiftent with the law for electing Brigadier Generals, Field Officers, Captains and Subalterns, in brigades, regiments and companies, within his refpective divifion, which have not been already commiffioned, and for filling up vacancies of fuch officers, or any of them, where they now are or may hereafter happen. *Provided always*, That whenever a time fhall be appointed for the election of any Officer or Officers, the electors fhall have ten days' notice thereof, at leaft ; and all returns of elections, and neglects, or refufals to make choice of officers fhall be made to the Governour, by the Major General, in whofe divifion the election fhall be ordered ; and all commiffions fhall pafs through the hands of the Major Generals to the officers in their refpective divifions, for whom they fhall be made out ; and every perfon who fhall be elected to any office in the faid Militia, and fhall not within ten days after he fhall have been notified of his election, (excepting a Major General, who fhall be allowed thirty days after he fhall be notified by the Secretary of the Commonwealth) fignify his acceptance thereof, fhall be confidered as declining to ferve in fuch office ; and orders fhall be forthwith iffued for a new choice.

8. *And be it further enacted by the authority aforefaid,* That every perfon who fhall be lawfully entitled to be commiffioned to any office in the Militia of this Commonwealth, fhall at the time of receiving his commiffion, take and fubfcribe the oaths and declaration required by the Conftitution, before fome Juftice of the Peace, or fome General or Field Officer, who fhall have previoufly taken and fubfcribed them himfelf, and who are hereby authorifed to adminifter the fame ; and a certificate thereof fhall be made on the back of every commiffion, by the Juftice of the Peace, or General, or Field Officer,

Major General empowered in election of Officers.

Provifo.

All Officers to fubfcribe the oaths.

M 4                                   cer,

Digitized by Google

cer, before whom the said oaths and declaration shall
have been taken and subscribed.

**Noncommis-**
**sioned Officers**
**by whom ap-**
**pointed.**

9 *And be it further enacted by the authority aforesaid,*
That the Commanding Officer of regiments, shall ap-
point the noncommissioned Staff Officers of their re-
spective regiments: The Commanding Officers of Com-
panies shall appoint the noncommissioned Officers, in-
cluding the Clerks, of the respective companies: All
noncommissioned Staff Officers and Sergeants shall re-
ceive warrants under the hand of the Commanding Of-
ficer of their respective regiments or corps: And the
Adjutant shall keep a record in a suitable book, to be
kept for that purpose, of all warrants which shall be is-
sued: And no noncommissioned Officer shall be deemed

**Resignations**
**to be given in**
**writing.**

to have resigned his office, until he shall have done it in
writing to the Commanding Officer of the regiment or
corps to which he belonged; and shall have obtained
his discharge also in writing, from such Commanding
Officer: And no noncommissioned Officer or Private
shall be disenrolled from the Militia for disability, with-
out certificate from the regimental Surgeon and Mate,

**Clerks to be**
**appointed.**

10. *And be it further enacted by the authority aforesaid,*
That every company shall have a Clerk, who shall be
also one of the Sergeants, and he shall be sworn to the
faithful discharge of his trust; and it shall be his duty

**Their duty.**

always to keep a fair and exact roll of the company, to-
gether with the state of the arms and equipments belong-
ing to each man, which roll he shall annually revise and
correct in the month of *May*, as is herein after directed;
to register all orders and proceedings of the company,
in an orderly book, which shall never be alienated from
the company; to keep exact details of all detachments;
to call the roll whenever the company is assembled; to
examine the equipments when thereto required, and to
note all delinquencies; to sue for, recover and receive

**—empowered**
**to sue.**

all fines and forfeitures which are required by this Act
to be recovered, one half to his own use for his trouble,
and the other half to be paid to the Commanding Officer

**Appropria-**
**tions.**

of the company, in trust, for the use of the company to
which he belongs, excepting such cases wherein other
provision is made by this Act, for the recovery and ap-
propriation of fines and forfeitures. *Provided neverthe-*
*less*, That all commissioned Officers now in command in

**Proviso.**

the Militia, in any grade not established by this Act,
shall be continued in their command; and the Clerks of
companies, now in office, shall be continued in such
office.

11. *And*

Digitized by Google

Case 3:19-cv-01226-L-AHG  Document 133-4  Filed 03/15/24  PageID.12326  Page 203 of 247

11. *And be it further enacted by the authority aforesaid,* That whenever a company shall have neither commissioned Officers nor noncommissioned Officers, the Commanding officer of the regiment or battalion to which such company belongs, shall appoint suitable persons within said company to be noncommissioned Officers and Clerk of the same ; and such noncommissioned officers and Clerk, so appointed, shall be authorised in the same manner, and have the same power and authority, as if they had been appointed by a Captain duly qualified to command said company. *[Noncommissioned Officers appointed in case.]*

12. *And be it further enacted by the authority aforesaid,* That no Officer of the Militia shall be discharged, excepting by the Commander in Chief, on the request of such Officer, in writing, or by the Commander in Chief on the address of both Houses of the Legislature ; or by being disbanded by a law of the Commonwealth, or by a judgment of a Court Martial, or by actual removal, (the Major General to be judge whether the distance is so great that he cannot conveniently discharge the duties of his office) or by twelve months absence, without leave of such Officer, from the district of his command : And no Officer shall consider himself exempted from the duties of his station, until he shall have been discharged in one or other of the methods aforesaid : And if by the Commander in Chief, not until he shall have received a certificate of such discharge : No Officer shall be allowed to resign his commission when under arrest ; and no General or Field Officer shall approve the resignation of any other Officer, until such Officer shall have lodged in his hands all such Militia laws and orderly books as he shall have been furnished with by the Government ; and such General or Field Officer shall deliver the laws and orderly books which he shall thus have received, to the next succeeding Officer who shall be commissioned in the place of him who shall have resigned. *[Prohibitions.]*

13. *And be it further enacted by the authority aforesaid,* That the Governour, with the advice of Council, be and hereby is authorised to complete the cavalry in each brigade of the Militia, to two full companies or troops ; and the cavalry in each brigade, when completed, shall be formed into battalions or squadrons ; in those brigades where there are or may be two or three troops, they shall form squadrons, and each squadron shall be commanded by a Major ; in those brigades where there are already more than three troops, they shall form battalions, and *[Cavalry completed.]*

each

**Provifos.**

each battalion fhall be entitled to a Lieutenant Colonel, Major, Adjutant and Quarter Mafter : *Provided always,* That in thofe brigades where there are already two troops raifed, they fhall not be augmented ; and in thofe brigades where there are already more than two troops, they fhall not be reduced. *Provided alfo,* That the companies of cavalry which are, by any former Act, annexed to any regiment, fhall continue to be fo attached to fuch regiment in which it is raifed. The Officers of cavalry fhall furnifh themfelves with good horfes, at leaft fourteen hands and an half high ; and fhall be armed with a pair of piftols, and a good fword, the holfters of which

**Officers and men to furnifh themfelves complete with horfes and every other equipment.**

fhall be covered with bearfkin caps : Each horfeman fhall furnifh himfelf with a ferviceable horfe, of at leaft fourteen hands and a half high ; a good faddle, bridle, mailpillion and valife ; holfters, a breaftplate, and crupper ; a pair of boots and fpurs ; a pair of piftols; a fabre, and cartridge box, to contain twelve cartridges for piftols. No man fhall be enlifted into any troop of cavalry, unlefs he fhall own and conftantly keep a fuitable horfe, and furniture, for that fervice ; and if any man, who fhall belong to any troop of cavalry, fhall be deftitute of a fuitable horfe and furniture, for more than three months at one time, he fhall be difcharged from fuch corps, and enrolled in the ftanding company in which he refides. And whenever any draft or detachment fhall be made from a troop of cavalry, for actual fervice, the men thus drafted or detached, fhall march with their own horfes ; and before they march, the horfes fhall be appraifed, by three indifferent men, to be appointed by the Brigadier of the brigade, from which fuch detachment fhall be made.

**Artillery organifed.**

14. *And be it further enacted by the authority aforefaid,* That the Governour with the advice of Council, be, and hereby is authorifed to complete the artillery in each brigade of the Militia, to two full companies ; and when thus completed, fhall form a battalion in each brigade, and be entitled to a Major, Adjutant and Quarter Maf-

**Provifo.**

ter. *Provided neverthelefs,* That in thofe brigades, where there are already two companies raifed, they fhall not be augmented ; and in thofe brigades where there are already more than two companies, they fhall not be reduced. And each company of artillery fhall be pro-

**—to be provided with complete apparatus.**

vided with two good field pieces, with carriages and apparatus complete ; an ammunition cart ; forty round fhot, and forty rounds of canifter fhot. The Governour fhall order to be iffued to each company of artillery, annually,

nually, a quantity of powder, not exceeding one hundred pounds, which shall be expended on general muster days, and in experimental gunnery. And the Quarter Master General shall provide for, and supply the artillery companies with all the carriages, tumbrils., harnefs apparatus, implements, laboratory and ordnance stores, which may, from time to time, be neceffary for their equipment. The Officers of artillery shall be armed with a fword or hanger ; a fufee, bayonet and belt, with a cartridge box to contain twelve cartridges : And each noncommiffioned Officer and Private or Matrofs, of thofe companies which are unprovided with field pieces, shall furnish himfelf with all the equipments of a Private in the infantry, until proper ordnance and field artillery is provided. And the Commanding Officer of each company of artillery, shall be accountable for the careful prefervation of the pieces and apparatus, and the proper expenditure of the ammunition fupplied by government. Each company of artillery, and troop of cavalry, shall be formed of volunteers from the brigade ; and together, they shall not exceed in number one eleventh part of the infantry of fuch brigade ; and they shall be uniformly clothed in regimentals, to be furnished at their own expenfe.

*Quarter Mafter to furnish.*

*Commanding Officer to be accountable.*

*Artillery and cavalry to be formed of volunteers.*

15. *And be it further enacted by the authority aforefaid,* That at all regimental mufters, the companies commanded by the two eldeft Captains, shall act as light infantry companies, except where light infantry companies have already been raifed by voluntary enliftment, and one or more shall be attached to fuch regiment.

*Light infantry companies.*

16. *And be it further enacted by the authority aforefaid,* That if any noncommiffioned Officer or Private of cavalry, artillery, light infantry, or other corps raifed at large, shall neglect for the term of three months, to keep himfelf provided with an uniform of the company to which he belongs, as is directed by this Act, he shall be difcharged from fuch corps, by the brigadier commanding the brigade, and enrolled in the ftanding company in which he refides. And no company of cavalry, artillery, light infantry, or other corps which it may be lawful to raife at large, shall be raifed within this Commonwealth, when any of the ftanding companies shall be reduced thereby, to a lefs number than fixty four effective Privates ; and no Officer of any fuch corps, shall enlift any men belonging to a ftanding company, for the purpofe of forming or recruiting fuch corps raifed at large, when, by means thereof, fuch ftanding company would be

*Penalty.*

*No corps to be raifed at large : will reduce ftanding companies to a limited number.*

be

Digitized by Google

—to be deemed disbanded in case.

be reduced to a lefs number than fixty four effective Privates. And if any fuch corps, raifed at large, fhall at any time be deftitute of commiffioned Officers, and fhall neglect to fill up fuch vacancies, for one whole year after being ordered to elect them, or if any fuch corps fhall be reduced under twenty privates, and remain in that fituation for one whole year without doing duty as the law directs; then, in either cafe as aforefaid, fuch corps raifed at large fhall be deemed difbanded, and the men which belonged to fuch delinquent corps, fhall be enrolled in the ftanding company in which the indi-

—not to confift of a greater number than legal.

viduals thereof fhall refpectively refide : And no fuch corps raifed at large, fhall at any time bear a greater number of men on their rolls, than the law allows neceffary to conftitute them ; and the Commanding Officer of every fuch corps fhall, annually, in the month of *April*, make out a lift of all the men's names belonging to his corps, and deliver the fame to the Commanding Officer of the regiment or battalion, in whofe diftrict fuch corps is or may be raifed ; and all fuch corps raifed at large, not annexed to any particular regiment, fhall be fubject to the orders of the Commanding Officer of the brigade in which they fhall refpectively be raifed, and fhall make their elections and returns in the fame manner as other corps of the Militia.

Ancient and Honourable Artillery Company.

And whereas the military company in *Bofton*, commonly called the " *Ancient and Honourable Artillery Company*," being by ancient charter, cuftom and ufage, exempted from the general regulations of the Militia ; Therefore,

—to retain privileges.

17. *Be it further enacted by the authority aforefaid,* That the faid company, called the " *Ancient and Honourable Artillery Company*," fhall retain its accuftomed privileges, not being incompatible with the Conftitution, but fhall be fubject to all other duties required by this Act, in like manner as other companies of Militia.

Officers how to be armed and uniformed.

18. *And be it further enacted by the authority aforefaid,* That every commiffioned Officer of infantry, whofe duty fhall require him to ferve on foot, fhall be armed with a fword and an efpontoon ; and every Officer, whofe duty requires him to be mounted, fhall be armed with a fword and pair of piftols : And the uniform in every inftance required by this Act, fhall be a dark blue cloth coat, of fuch fafhion, and with fuch facings, and under clothes, as the Major Generals, or Brigadiers fhall direct within their feveral commands.

19. *And*

Digitized by Google

19. *And be it further enacted by the authority afore-said,* That every noncommissioned Officer and Private of the infantry shall constantly keep himself provided with a good musket, with an iron or steel rod, a sufficient bayonet and belt, two spare flints, a priming wire and brush, and a knapsack ; a cartridge box, or pouch with a box therein, to contain not less than twenty four cartridges, suited to the bore of his musket ; each cartridge to contain a proper quantity of powder and ball ; or with a good rifle, knapsack, shot pouch, powder horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder : And shall appear so armed, accoutred and provided, whenever called out, except that when called out to exercise only, he may appear without a knapsack, and without cartridges loaded with balls. *Provided always,* that whenever a man appears armed with a musket, all his equipments shall be suited to his musket ; and whenever a man appears armed with a rifle, all his equipments shall be suited to his rifle : And that from and after five years from the passing of this Act, all muskets for arming the Militia, as herein required, shall be of bores sufficient for balls of the eighteenth part of a pound : And every citizen enrolled and providing himself with arms, ammunition and accoutrements, required as aforesaid, shall hold the same exempted from all suits, distresses, executions, or sales for debt, or for payment of taxes.

*Necessary articles of equipment.*

*Proviso.*

*Arms, &c. to be exempted from suits.*

20. *And be it further enacted by the authority afore-said,* That every noncommissioned Officer or Private of the infantry, who shall neglect to keep himself armed and equipped as aforesaid, or who shall on a muster day, or at any other time of examination, be destitute of, or appear unprovided with the arms and equipments herein directed (except as before excepted) shall pay a fine not exceeding *twenty shillings,* in proportion to the articles of which he shall be deficient, at the discretion of the Justice of the Peace, before whom trial shall be had : And all parents, masters and guardians shall furnish those of the said Militia, who shall be under their care and command, with the arms and equipments aforementioned, under the like penalties for any neglect : And whenever the Selectmen of any town shall judge any inhabitant thereof, belonging to the Militia, unable to arm and equip himself in manner as aforesaid, they shall at the expense of the town provide for and furnish such inhabitant with the aforesaid arms and equipments, which shall remain the property of the town at the expense of which they shall

*Fine for neglect.*

*Parents and Masters to equip their children and servants.*

*Persons unable to be furnished by the town.*

Digitized by Google

shall be provided ; and if any soldier shall embezzle or deftroy the arms and equipments with which he fhall be furnifhed, he fhall, upon conviction before fome Juftice of the Peace, be adjudged to replace the article or articles, which fhall by him be fo embezzled or deftroyed, and to pay the coft arifing from the procefs againft him :

<span style="float:left">Penalty, in cafe.</span> And if he fhall not perform the fame within fourteen days after fuch adjudication, it fhall be in the power of the Selectmen of the town to which he fhall belong, to bind him out to fervice or labour, for fuch term of time as fhall, at the difcretion of the faid Juftice, be fufficient to procure a fum of money equal to the value of the article or articles fo embezzled or deftroyed, and pay coft arifing as aforefaid.

21. *And be it further enacted by the authority afore-*
<span style="float:left">Penalty for not appearing on mufter days.</span>*faid,* That every perfon liable to do military duty, who being duly warned fhall refufe or neglect to appear at the time and place appointed, armed and equipped as by this act is directed, for any mufter, training, view of arms, or other military duty, fhall pay as a fine for fuch default, the fum of *ten fhillings* : And every perfon who fhall appear at any mufter with his arms in an unfit condition, fhall pay a fine of *three fhillings* for each and every fuch default : *Provided neverthelefs*, It fhall be law-
<span style="float:left">Provifo.</span>ful for the commanding Officer of a company, at any time within eight days after any mufter, training, view of arms or other duty, to excufe any perfon for nonappearance, on the delinquent's producing to him fatisfactory evidence of his inability to appear as aforefaid ; and the Commanding Officer of the company fhall certify the fame to the Clerk within the time above mentioned, and the Clerk fhall not thereafter commence any profecution againft fuch delinquent for his fine for nonappearance, as aforefaid.

22. *And be it further enacted by the authority afore-*
<span style="float:left">Clerk to notify.</span>*faid,* That whenever the commanding Officer fhall think proper to call his company together, or fhall be ordered by his fuperior Officer to do it, he fhall iffue his orders therefor, to one or more of the noncommiffioned Officers, if there be any, if not to one or more of the privates belonging to his company, directing him or them to notify and warn the faid company to appear at fuch time and place as fhall be appointed ; and every fuch perfon or perfons, who fhall receive fuch orders, fhall give notice, of the time and place appointed for affembling faid company, to each and every perfon he or they fhall be fo ordered to warn, either by verbal informa-
tion,

tion, or by leaving a written or printed notification thereof at the usual place of abode of the person thus to be notified and warned ; and no notice shall be deemed legal for musters for the purpose of common and ordinary trainings, unless it shall be given four days at least previous to the time appointed therefor ; but in case of invasion, insurrection, or other emergency, any time specified in the orders shall be considered as legal ; and every noncommissioned Officer or other person, who shall neglect to give the said notice and warning, when ordered thereto by the commanding Officer of the company to which he belongs, shall for such offence forfeit and pay as a fine, a sum not exceeding *forty shillings*, nor less than *twelve shillings*, at the discretion of the Justice of the Peace before whom trial shall be had ; and the testimony of any person under oath, who shall have received orders agreeable to law, for notifying and warning any company, or part thereof, to appear at a time and place appointed for any muster, view of arms, or other military duty, shall be sufficient to prove due notice was given to the party against whom complaint may be made, unless such testimony shall be invalidated by other sufficient evidence : And whenever a company shall be destitute of commissioned Officers, and the Commanding Officer of the regiment or battalion to which such company belongs, shall think proper to call out such company, he shall direct his orders to one or more of the noncommissioned Officers of said company, who shall have full power and authority to warn, assemble, lead, order, exercise and govern said company, conformably to the orders which he or they shall thus receive from their superior Officers for that purpose : *Provided always*, When in regiment or battalion, it shall be lawful for the Commanding Officer present, to order a commissioned Officer to command such company, while acting in conjunction with other corps.

*Manner of notification.*

*Penalty.*

*Companies destitute of commissioned Officers, how warned.*

*Proviso.*

23. *And be it further enacted by the authority aforesaid*, That every noncommissioned Officer and Private of the Militia, who shall be disorderly or disobedient, or guilty of unmilitary conduct on a muster or training day, or at any other time when on duty, shall be confined during the time of the said muster or training, at the discretion of his officers, and shall pay a fine not exceeding *forty shillings*, nor less than *twelve shillings*, at the discretion of the Justice of the Peace to whom complaint shall be made.

*Penalty for disorderly behaviour.*

24. *And be it further enacted by the authority aforesaid*, That whenever any noncommissioned Officer or

Private

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12333   Page 210 of 247

*Fines how re-
covered.*

Private in the Militia, shall forfeit any sum of money,
set and affixed to any default, or offence, by this Act,
of the sum of *four pounds*, or under, the same shall be
recovered in the manner following ; that is to say : The
Clerk of the company to which the offender belongs,
shall, after the expiration of eight days, and with-
in sixty days after the offence shall have been
committed, make complaint thereof, and of all mat-
ters of substance, and material circumstance, attending
the same, to some Justice of the Peace, in the county
where such offender shall live, who shall make record
thereof, and shall issue a summons to the party complained
of, to be served seven days at least, before the time appoint-
ed for the trial, in the form following, *mutatis mutandis.*

*ss.*

( Seal. )  *To the Sheriff of the said county, or his Deputy,*
*or either of the Constables of the town of*
*within the same county,*

GREETING.

·  IN the name of the Commonwealth of Massachusetts,
you are hereby required to summon C. D. of        in the
county of       to appear before me E. F. one of the Justi-

*Form of the
summons.*

ces of the Peace for the county aforesaid, at       in
on       the       day of       at       of the clock, in
the       noon, then and there to shew cause, if any he
has, why a warrant of distress shall not issue against him.
[*Here insert the complaint.*] Hereof fail not, and make
due return of this writ, and of your doings therein, unto
myself, at, or before the said       day of
Dated at       aforesaid, the       day of       in the year
of our Lord       E. F. Justice of the Peace.

And when the said party shall by himself, or his At-
torney, appear accordingly, he may plead the general is-
sue and give any special matter in evidence ; and if the
said party shall make default, or if judgment shall be
given against him, and he shall neglect for four days there-
after, to satisfy the same with legal costs, then the Jus-
tice of the Peace, before whom trial shall be had, shall
issue his warrant of distress, under his hand and seal, in
the form following :

*ss.*

( Seal. )  *To the Sheriff of the said county, or his Deputy,*
*or any or either of the Constables of the town of*
*within the same county,*

GREETING.

WHEREAS C. D. of       . upon the       day of
being a private Soldier in the Train Band, (as the case
                                                    may

Digitized by Google

Form of the
warrant of
diftrefs.

may be) of the company of foot, commanded by
in the regiment of Militia, in the faid county of
commanded by    .        was duly notified to appear up-
on the        day of        in the town of            in
the county aforefaid, with his arms and equipments, as
the law of this Commonwealth directs ; and the faid
C. D. in violation of the faid Law, did unnecef-
farily neglect to appear, (or did not appear armed
and equipped, as the cafe may be) whereby he hath
forfeited, and ought to pay the fum of        fhillings,
to the ufes directed by law ; and the faid C. D. having
been duly fummoned to appear before me E. F. one of
the Juftices of the Peace, for the county aforefaid, to
fhew caufe, if any he had, why a warrant of diftrefs
fhould not be iffued for the fame fum, did not appear,
(or appearing, did not fhew fufficient caufe, why the
fame warrant fhould not be iffued, as the cafe may be.:)
In the name of the Commonwealth of Maffachufetts,
you are therefore commanded forthwith, of the goods or
chattels of the faid C. D. within your precinct, to levy
by diftrefs and fale thereof, the aforefaid fum of
fhillings, with        for charges of fuit, being in the whole
the fum of        and to pay the fame to        Clerk of the
aforefaid company ; and alfo of the goods or chattels of the
faid C. D. to levy        for this writ, together with your
own fees ; and for want of fuch goods or chattels of the
faid C. D. to be by him fhewn to you, or found within your
precinct, you are commanded to take the body of the faid
C. D. and him commit to the common Gaol in
in the county aforefaid ; and the Keeper thereof is
hereby commanded to receive the faid C. D. into the faid
Gaol, and him fafely keep, until he fhall pay the fum
aforefaid, together with legal fees and cofts, or until he
fhall be otherwife difcharged by order of law ; and you
are to make return of this warrant with your doings
thereon, unto myfelf, within twenty days next coming,
for which this fhall be your fufficient warrant ; hereof
fail not.

Given under my hand and feal, the        day of
in the year of our Lord,

E. F. Juftice of the Peace.

§5. *And be it further enacted by the authority afore-
faid,* That every Captain or Commanding Officer of a
company, fhall call his company together three days
in each year for company difcipline ; and once on the
firft Tuefday of *May*, annually, for the exprefs purpofe
of examining and taking an exact account of every man's

Companies to
be muftered at
ftated times
for examina-
tion.

N                                           arms

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12335   Page 212 of 247

arms and equipments ; at which time every article required by this act, shall be brought to the place of examination ; and it shall be the duty of the Clerk, or, in his absence, of some other person to be appointed on the occasion, for the time only, by the Commanding Officer, for that purpose, to make out an exact roll of the company, and set against every man's name, the arms and equipments which shall belong to him : And every Commanding Officer of a company, shall constantly keep by him a roll, with the arms and equipments of every man annexed to his name as aforesaid, from which all detachments shall be regularly detailed, and the annual return of the company made : And the said roll shall be aunually revised, corrected, and completed, on the first Tuesday in *May* as aforesaid : And every person liable to do duty in the Militia, who shall be absent at the examination or review of arms in the month of May as aforesaid, and shall not send his arms and equipments to be examined, at the time and place appointed, shall be fined for every article required in this act, not so brought or sent to be examined, as is herein before directed, besides the sum of *ten shillings*, for nonappearance, as aforesaid.

*Commanding Officers to keep a roll.*

*Fines in case of neglect.*

26. *And be it further enacted by the authority aforesaid*, That every Captain or commanding Officer of a company shall make a return of the state of his company, comprehending every man belonging to said company, with all the arms and equipments belonging to them, to the Commanding Officer of the regiment, in the month of *May*, annually : Every Commanding Officer of a regiment shall make a return of the state of his regiment, to the Brigadier, in the month of *June*, annually : And every Commanding Officer of a brigade shall make out duplicate returns of his brigade, one of which he shall transmit to the Major General of the division to which he belongs, and the other to the Adjutant General of the Commonwealth, in the month of *July*, annually.

*Commanding Officer to make regular returns annually.*

27. *And be it further enacted by the authority aforesaid*, That the Adjutant General shall be commissioned with the rank of Brigadier General ; and it shall be his duty to distribute all orders from the Commander in Chief of the Militia, to the several corps, to attend all public reviews when the Commander in Chief shall review the Militia, or any part thereof ; to obey all orders from him relative to carrying into execution and perfecting the system of Military Discipline, established by this Act ; to superintend the annual inspection of the Militia ; to furnish blank forms of the different returns

*Rank and duty of Adjutant General.*

that

Digitized by Google

that may be required, and to explain the principles on which they fhould be made ; to keep fuch rofters and records as are proper to be kept in his office ; to receive from the feveral officers of the different corps throughout the State returns of the Militia under their command, reporting the actual fituation of their corps, their arms, ammunition and accoutrements, their delinquencies, and every other thing which relates to the general advancement of good order and difcipline : All which the feveral Officers of the divifions, brigades, regiments, battalions and companies are hereby required to make in the ufual manner, or as the Commander in Chief fhall direct, fo that the Adjutant General may be duly furnifhed therewith : From all which returns, he fhall make proper abftracts, and a general return of the whole Militia of the Commonwealth, and lay the fame before the Governour or Commander in Chief, and forward a duplicate thereof to the Prefident of the United States.

28. *And be it further enacted by the authority aforefaid,* That it fhall be the duty of the Brigade Infpector to attend the regimental and battalion meetings of the Militia, compofing the feveral Brigades, to which they belong, during the time of their being under arms ; to infpect their arms and equipments ; to fuperintend their exercife and manœuvres, and introduce the fyftem of difcipline, eftablifhed by this Act ; to obey all orders they may from time to time receive from the Commander in Chief, or others, their fuperior Officers ; to make returns to the Adjutant General, at leaft, once in a year, and at fuch other times as fhall be required, of the Militia of the brigades to which they feverally belong reporting therein the actual fituation of the corps, their arms, ammunition and accoutrements, and every other thing which they may be required to report ; or which in their judgment may relate to their government, and the general advancement of good order and military difcipline.

Duty of the Brigade Infpector.

29. *And be it further enacted by the authority aforefaid,* That the rules of difcipline approved and eftablifhed by Congrefs, in the refolutions, of the twenty ninth day of *March*, one thoufand feven hundred and feventy nine, fhall be the rules and regulations of difcipline, to be obferved by the Militia of this Commonwealth ; except fuch deviations from faid rules, as may be neceffary by the requifitions of this Act, or fome other unavoidable circumftances ; and every Officer receiving a commiffion

Rules and regulations of difcipline for the Militia.

N 2

in

Digitized by Google

in the Militia, shall immediately provide himself with a book containing those rules.

80. *And be it further enacted by the authority aforesaid,* That every regiment of Militia of this Commonwealth, shall be assembled in regiment, once in two years, for review, inspection and discipline, on such days as the Commanding Officers of the several divisions or brigades shall order ; (the Commanding Officers of regiments to point out the place.)   And the Militia of every town shall be assembled together once in two years, (the year it is not mustered in regiment) at such time and place as the Commanding Officer shall order, and shall be instructed and disciplined under the direction of a Field Officer. *Provided nevertheless*, in new settlements, where the dispersed situation of a regiment may oblige men to march twenty miles or more, to the place of parade, it shall be at the discretion of the Commanding Officer of the regiment, to muster the Militia in such settlements, either by regiment, by towns, or other convenient bodies. And every noncommissioned Officer and Private shall come to the place of parade, with necessary refreshment for said day, at his own expense.   The cavalry and artillery, and other corps raised at large, shall also be reviewed and inspected, once in every year, either with the regiments and battalions, or by themselves, as the Major Generals, or the Brigadiers shall order, and at such times and places as they shall direct. And each commanding Officer of a Corps, when on duty, shall have full power and authority, to ascertain and fix certain necessary limits and bounds, to their respective parades, (no road in which people usually travel, to be included) within which no spectator shall have right to enter without liberty from said Commanding Officer ; and in case any person shall so intrude within the lines of the parade, after being once forbidden, he shall be subject to be confined under guard, during the time of exercise, at the discretion of the Commanding Officer.   And whenever different corps shall be assembled together, the senior Officer present shall command, without any regard to corps whatever. And all Officers when on duty, shall take rank according to the dates of their commissions ; and when two of the same grade bear an equal date, and former pretensions of some commission do not decide, then their rank shall be determined by lot, to be drawn by them, before the Commanding Officer present ; and when on Court Martial before the President thereof,

31. *And*

Case 3:19-cv-01226-L-AHG   Document 133-4   Filed 03/15/24   PageID.12338   Page 215 of 247

31. *And be it further enacted by the authority afore-said,* That every Captain or Commanding Officer of a company, who shall neglect or refuse to call out his company, as often as the law requires, for discipline, and on the first Tuesday of *May,* for a view of arms, as directed by this Act, or at any other time, when thereto required, by his superior Officer; or who shall at any time excuse his men for unnecessary absence, or deficiency, shall be tried by a Court Martial, and if thereof convicted, he shall be reprimanded in orders, or removed from office, at the discretion of said Court.

32. *And be it further enacted by the authority afore-said,* That at any regimental muster, the several companies shall form in regiments, according to the rank of the Officers, commanding them; and the same rule shall apply whenever different corps are assembled together; excepting so far as by custom, usage and necessity, cavalry, artillery and light troops, may be detached from the battalions.

<span style="float:right">Companies how to rank.</span>

33. *And be it further enacted by the authority afore-said,* That whenever in case of threatened or actual invasion, insurrection, or other public danger or emergency, the Militia, or any part thereof, shall be ordered out or detached, if any person who shall be ordered out or detached, in obedience to such orders, being duly notified thereof, and ordered to march to the place of rendezvous, shall neglect or refuse to obey such orders, or shall not, within twenty four hours after he shall have been notified as aforesaid, pay a fine of *ten pounds,* to the Commanding Officer of the company to which he belongs, or procure an able bodied man, in his stead, such person shall be considered as a soldier in such detachment, and be dealt with accordingly. *Provided always,* That whenever a detachment is made, the Officers, noncommissioned Officers and Privates, being able of body, shall be detailed from the rosters or rolls which shall be kept for that purpose: And any person who by absconding after being detached, as aforesaid, or by deserting from such detachment, shall attempt to evade the punishment by law provided for desertion, he shall pay a fine of *twelve pounds,* to be sued for and recovered by the Clerk of the company, to which such person belongs, any time within twelve months after the discharge of such detachment; said fine to be disposed of for the purpose of paying such men as shall be hired or drafted into service: And any officer holding a commission in the Militia, who shall neglect or refuse to execute any orders he

<span style="float:right">Penalty for not marching with detachments, when ordered.</span>

<span style="float:right">Proviso.</span>

<span style="float:right">Punishment for absconding.</span>

Digitized by Google

he may receive from his superior officer, to make a detachment of the corps under his command, it shall be the duty of the Officer who issued such orders immediately to arrest such delinquent Officer, bring him to trial therefor, before a Court Martial, and forthwith give information thereof to the Commander in Chief ; and the Officer who issued the order which shall not have been executed, as aforesaid, shall immediately after arresting the delinquent Officer, proceed by himself or some other Officer, under his command, to make and complete the detachment, ordered as aforesaid. And when any regiment or company shall not be organised, the Officer issuing the orders for such detachment, shall by himself, or some other Officer under him, proceed to make and complete the detachment from any part of the Militia, of such unorganised corps.

*Delinquent Officers how punished.*

34. *And be it further enacted by the authority aforesaid,* That whenever the Militia, or any part thereof, of any town, shall be ordered to march for the immediate defence of this State, each Officer and Soldier shall provide and take with him three days' provision, unless otherwise ordered ; and the Selectmen of such town shall cause carriages to attend them with farther supplies of provision and camp utensils, until notice shall be given them to desist, by the Commanding Officer of the Militia detached : And the Selectmen shall prefer their accounts for such supplies to the General Court, for allowance and payment : And whenever the Selectmen of any town or district, from which a detachment shall be ordered, shall be notified by any Officer duly authorised thereto, and shall neglect or refuse to furnish such supplies and utensils, the town or district to which such Selectmen belong, shall pay a fine not exceeding *fifty pounds,* to be sued for and recovered by any person who shall prosecute for the same ; one moiety to the prosecutor, and the other to the use of the Commonwealth ; and the Officer to whom such camp utensils shall be delivered, shall be accountable for the same, unless broken or lost by some unavoidable accident, not in his power to prevent.

*Militia to provide provisions when called out.*

*Selectmen to furnish carriages, &c.*

*Penalty in case.—*

35. *Be it further enacted by the authority aforesaid,* That if any Officer, noncommissioned Officer or Private of the Militia, shall be killed or die of his wounds received in the service of this Commonwealth, his widow, child or children shall be entitled to similar relief, and under the same regulations and restrictions, as is provided by law in such cases for the relief of widows and orphans

*Widows and children of persons who may be killed or wounded in actual service to receive a pension.*

phans of perfons killed or dying of wounds received. in
the fervice of the United States : And if any Officer,
noncommiffioned Officer or Private of the Militia, fhall
be wounded or otherwife difabled in the fervice of this
Commonwealth, he fhall be entitled to fimilar relief,
and under the fame regulations and reftrictions, as is
provided by law in fuch cafes for the relief of perfons
wounded or difabled in the fervice of the United States.

36. *And be it further enacted by the authority afore-
faid,* That the Governour or Commander in Chief, fhall
appoint Courts Martial for the trial of all Officers above
the rank of Captain : That the Major Generals or Com-
manding officers of divifions, each within his own di-
vifion, fhall appoint Courts Martial for the trial of Cap-
tains and all officers under that rank : And it fhall be
the duty of every Officer who fhall appoint a Court Mar-
tial, as aforefaid, to approve or difapprove of every fen-
tence of fuch Court Martial by them appointed : And
no officer who fhall appoint a Court Martial, fhall be
Prefident thereof, nor fhall any fentence be put in exe-
cution until it fhall have been approved of as aforefaid :
No Court Martial fhall confift of a lefs number than
thirteen Commiffioned Officers, the Prefident of which
fhall not be under the rank of a Field Officer ; and no
Field Officer fhall be tried by any perfon under the de-
gree of a Captain ; and all officers fhall take rank by
feniority of commiffion, without regard to corps : And
the Officer who fhall appoint a Court Martial fhall at the
fame time appoint a fuitable perfon for a Judge Advocate,
whofe duty it fhall be impartially to ftate the evidence
both for and againft the Officer under trial ; to take ac-
curate minutes of the evidence, and all the proceedings
of the Court ; all of which he fhall tranfmit, with the
judgment of the Court thereon, under feal, to the Offi-
cer whofe duty it is to approve or difapprove of fuch
judgment. Every Officer to be tried fhall have ten days'
notice given him of the time and place appointed for
trial : And every Officer to be tried fhall be put in ar-
reft, fo as to be fufpended from the exercife of his of-
fice, and fhall have a copy of the charges exhibited
againft him ten days before the fitting of faid Court ;
and in cafe any officer, for the trial of whom a Court
Martial fhall be appointed, fhall neglect to appear and
make defence, he fhall be deemed by faid Court guilty
of the charge, and fhall be fentenced accordingly : In
every Court Martial held for the trial of an officer, not
lefs than two thirds of the members muft agree in the

*Marginal notes:* Court Martial how appoint- ed and by whom. Judge Advo- cate to be ap- pointed—his duty. Officers to be tried, to have due notice. —to be arrefted. Judgment of Court Martial, how deter- mined.

sentence or judgment of said Court, otherwise the per-
son charged shall be acquitted : All proceedings and
trials by Court Martial shall be carried on in the day
time ; and when the members shall be required to give
their votes on a question or decision, they shall begin
with the youngest in commission, first : All persons

*Person to give evidence under penalties.*

shall be holden to appear and give evidence before any
Court Martial, under the same penalties for neglect, as
are by law provided for witnesses in other cases, when
thereunto summoned by a Justice of the Peace for such
service : And all witnesses shall be sworn by the Judge
Advocate before they give their evidence to the Court.
Before any Court Martial shall proceed to the trial of

*Judge Advocate to administer.*

any Officer, the Judge Advocate shall administer to the
President and each of the members, the following oath,
viz.

*the Oath.*

YOU A. B. do swear, that you will well and truly
try the cause now before you, between this Common-
wealth, and the person to be tried ; and you do further
swear, that you will not divulge the sentence of this
Court Martial until it shall be approved or disapproved
of ; and that you will not on any account, at any time
whatever, discover the vote or opinion of any Member,
unless required to give evidence thereof, as a witness,
by a Court of Justice, in a due course of law.  *So help
you* GOD !

And the President shall administer to the Judge Ad-
vocate, the following oath, viz.

*Oath administered to the Judge Advocate.*

YOU A. B. do swear, that you will not on any ac-
count, at any time whatever, divulge the vote or opinion
of any Member of this Court Martial, unless required
to give evidence thereof, as a witness, by a Court of
Justice, in a due course of law.  *So help you* GOD !

37. *And be it further enacted by the authority afore-
said,* That every Officer holding a commission in the
Militia, who shall be accused of any unmilitary conduct,

*Officer guilty of unmilitary conduct, to be tried by a Court Martial.*

neglect of duty, or disobedience of orders ; or who shall,
when on duty, appear or behave himself in an unofficer-
like manner, or shall wilfully injure those who are un-
der his command, he shall be liable to be tried by a
Court Martial, and if found guilty, to be sentenced by
said Court to be reprimanded in orders, or to be remov-
ed from office : And whenever a Court Martial shall
sentence any Officer to be removed from office, the
Court shall therein adjudge such Officer incapable of
holding any military commission under this Common-
wealth for life, or for years, according to the nature and
aggravation

Case 3:19-cv-01226-L-AHG  Document 133-4  Filed 03/15/24  PageID.12342  Page 219 of 247

aggravation of his offence ; and such sentence, being du-
ly approved of by the Officer appointing such .Court
Martial, shall be published and remain in full force, un-
less reversed, so far as respects disqualification, by the
General Court. *margin: and remov-
ed from office.*

38. And be it further enacted by the authority afore-
said, That every town within this Commonwealth shall
be constantly provided with sixty four pounds of good
gunpowder, one hundred pounds of musket balls, one
hundred flints, and three tin or iron camp kettles, for
every sixty four soldiers in the Militia of such town, en-
rolled as aforesaid ; and the same proportion of each of
the aforesaid articles for a greater or lesser number : And
every town which shall neglect to keep constantly pro-
vided with the said articles, shall forfeit and pay, for the
use of the Commonwealth, for every sixty four men in
such town which shall be unprovided with the said ar-
ticles, the sum of *six pounds*, to be recovered by present-
ment in the Court of General Sessions of the Peace, in
the county to which such town shall belong. And it
shall be the duty of the Brigade Inspector annually to
inspect the magazines of each town, within the brigade
to which he belongs, and to make complaint to the
Grand Jury of the county, against all towns which shall
neglect to keep constantly provided as aforesaid. *margin: Towns to be provided with military ar-ticles. Penalty in case of neg-lect. Brigade In-spector to in-spect, &c.*

And whereas the good citizens of this Commonwealth
are often injured by the discharge of single guns on a
muster day. Therefore,

39. Be it further enacted by the authority aforesaid,
That no noncommissioned Officer or Private, shall un-
necessarily fire a musket or single gun, in any public
road, or near any house, or near the place of parade,
on any day, or evening succeeding the same, on which
any troop or company shall be ordered to assemble for
military duty, unless embodied under the command of
some Officer ; and if any noncommissioned Officer or
Private shall fire a musket or gun, except as aforesaid, on
the said day or evening succeeding, without being em-
bodied as aforesaid, he shall forfeit and pay a fine of *five
shillings*, for each and every offence aforesaid, to be su-
ed for, recovered and disposed of in the same manner as
fines for nonappearance on a muster day are recovered
and disposed of. *margin: Penalty for firing on a muster day without or-ders; how recovered and disposed of.*

40. And be it further enacted by the authority afore-
said, That the Adjutant General, the Quarter Master
General, Brigade Inspectors, and Adjutants of regi-
ments, shall receive a reasonable consideration for their *margin: Certain offi-cers to receive pay.*
services ;

Digitized by Google

194     **Salisbury,** &c. Anno 1793. [Ch. 2—5.

services ; to be allowed by the General Court. And all Officers serving on Military Boards, Courts of Inquiry, and Courts Martial, shall receive pay, while necessarily employed therein, at the same rate as when in actual service : And the Adjutant General, or Brigade Majors, as the case may be, shall make up pay rolls, of such Military Courts of Inquiry, and Courts Martial, and lay the same before the General Court, for allowance ; and they shall receive payment at the Treasury, of the sums so allowed, and pay the same over to the Officers who performed the service.

*Pay rolls to be laid before the General Court.*

[Passed *June* 22, 1793.]

---

### C H A P.  II.

An Act for repealing one Clause, and altering a dividing Line, described in an Act, entitled " An Act for dividing the Town of Salisbury, in the County of Essex, into two Parishes. Passed *June* 6, 1793.

*[S P E C I A L.]*

---

### C H A P.  III.

An Act authorising Lewis Ansart de Maresquelle, to omit the addition of De Maresquelle, and to be called and known by the names of Lewis Ansart. Passed *June* 6, 1793.

*[S P E C I A L.]*

---

### C H A P.  IV.

An Act for the encouragement of the Glass Manufactory within this Commonwealth. Passed *June* 15, 1793.

*[S P E C I A L.]*

---

### C H A P.  V.

An Act for establishing an Academy in the Town of Westfield, in the County of Hampshire, by the name of Westfield Academy. Passed *June* 17, 1793.

*[S P E C I A L.]*

CHAP.

# EXHIBIT 186

456

## LAWS OF NEW-JERSEY.

**Fees allowed on private bills.**

|  | Dols. | Cts. |
|---|---|---|
| Reading and entering a petition or other writing, | 0 | 25 |
| Reading a private bill, each time, | 0 | 30 |
| The perusal of a bill or each day's minutes, | 0 | 25 |
| Entering every order, | 0 | 25 |
| A copy thereof, | 0 | 25 |
| Entering a report on the minutes, | 0 | 30 |
| Every hearing, each party to pay, | 8 | 0 |
| Engrossing every private bill, for each sheet containing ninety words, | 0 | 12 |
| Recording the same, for each sheet as aforesaid, | 0 | 8 |

**Fees to be drawn up by the clerk, taxed by the speaker, and received by the treasurer.**

III. *And be it enacted,* That it shall be the duty of the clerk of the general assembly to draw up the fees on private bills and transactions, which shall be taxed by the speaker, and delivered to the treasurer of this state, who is hereby authorised and required to demand and receive them from the applicant, for the use of the state. But no bill, that relates to or affects a county or township, shall be considered as a private bill within the meaning of this act.

**Statutes of England not to be in force in this state.**

IV. *And be it enacted,* That from and after the passing of this act, no statute or act of the parliament of England or of Great Britain shall have force or authority within this state, or be considered as a law thereof.

**No decision, &c. of any court in Great Britain, since the 4th of July, 1776, to be read, or of any avail, in any court of this state.**

V. *And be it enacted,* That no adjudication, decision or opinion, made, had or given, in any court of law or equity in Great Britain, or any cause therein depending, nor any printed or written report or statement thereof, nor any compilation, commentary, digest, lecture, treatise or other explanation or exposition of the common law, made, had, given, written or composed, since the fourth day of July, in the year of our Lord, one thousand, seven hundred and seventy-six, in Great Britain, shall be received or read in any court of law or equity in this state, as law, or evidence of the law, or elucidation or explanation thereof, any practice, opinion or sentiment of the said courts of justice, used, entertained, or expressed to the contrary hereof notwithstanding.

**A certain act repealed.**

VI. *And be it enacted,* That the act, intitled, " An act to alter the appropriation of fees, on passing of private laws," passed the twentieth day of February, in the year of our Lord, one thousand, seven hundred and ninety-four, be, and the same is hereby repealed.

---

*An* ACT *for the regulation of the militia of New-Jersey.*

Passed the 13th of June, 1799.

WHEREAS the several laws heretofore enacted for the regulation of the militia, have been found to require material alterations, in order to which, it is deemed advisable to revise the whole system : *Therefore,*

**Who shall be enrolled in the militia.**

I. BE it enacted by the Council and General Assembly of this state, and it is hereby enacted by the authority of the same, That every free able bodied white male inhabitant of this state, who is or shall be of the age of eighteen years, and under the age of forty-five years, (except ministers of the gospel, the vice president of the United States, the officers, judicial and executive, of the government of the United States, the members of both houses of Congress, and their respective officers, all custom house officers, with their clerks, all post officers, and stage drivers, who are employed in the care and conveyance of the mail of the post office of the United States, all ferrymen usually employed at any ferry on the post road, all inspectors of exports, all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States) shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company, within whose bounds such citizens shall reside. *Provided always,* That in all cases of doubt respecting the age of any person enrolled, or intended

to be enrolled, the party questioned shall prove his age, to the satisfaction of the officers of the company within whose bounds he may reside, or a majority of them.

II. *And be it enacted*, That the militia shall continue their present arrangements in brigades and divisions, as follows: the militia in the counties of Gloucester and Burlington, shall form one brigade; and the militia in the counties of Cumberland, Salem and Cape May, shall form one brigade; which brigades shall form the first division: the militia in the counties of Bergen, Essex and Morris, shall each form a brigade; which brigades shall form the second division: the militia in the counties of Somerset, Middlesex and Monmouth, shall each form a brigade; which brigades shall form the third division: the militia in the counties of Hunterdon and Sussex, shall each form a brigade; which brigades shall form the fourth division. And the several regiments, independent battalions, battalions and companies of infantry, light infantry and grenadiers, shall also continue as at present arranged. The cavalry of this state shall be formed into one brigade, and squadrons and regiments as follows: the troops of horse in the county of Bergen shall form one squadron, and the troops of horse in the county of Essex shall form one squadron; which two squadrons shall form one regiment: the troops of horse in the county of Morris shall form one squadron, and the troops of horse in the county of Sussex shall form one squadron; which two squadrons shall form one regiment: the troops of horse in the county of Middlesex shall form one squadron, and the troops of horse in the county of Monmouth shall form one squadron; which two squadrons shall form one regiment: the troops of horse in the county of Hunterdon shall form one squadron, and the troops of horse in the county of Somerset shall form one squadron; which two squadrons shall form one regiment: the troops of horse in the counties of Burlington and Gloucester shall form one squadron, and the troops of horse in the counties of Salem, Cumberland and Cape May, shall form one squadron; which two squadrons shall form one regiment. The artillery of this state shall be formed into one regiment, as follows: the companies now formed, and that may hereafter be formed, in the counties of Bergen, Essex, Middlesex, Monmouth, Somerset and Morris, of the second and third division, shall form one battalion; and the companies of artillery now formed, or which hereafter may be formed, in the counties of Hunterdon, Sussex, Burlington, Gloucester, Cape May, Salem and Cumberland, of the first and fourth division, shall form one other battalion.

III. *And be it enacted*, That the present officers of the militia of this state, shall continue and exercise the several ranks and commissions which they now respectively hold. Vacancies by death, removal, resignation or otherwise, shall be filled up, so that the militia shall be officered as follows: to each division there shall be one major-general and two aids de camp, with the rank of major; to each brigade one brigadier-general, with one brigade inspector, to serve also as brigade major, with the rank of major; one brigade or senior surgeon, and one brigade quarter-master; one adjutant-general, with the rank of brigadier-general; to each regiment one lieutenant-colonel commandant; and to each battalion and squadron one major; to each company of infantry, light infantry, and grenadiers, one captain, one lieutenant, and one ensign, four serjeants, four corporals, one drummer, one fifer, and not more than sixty-four, nor less than forty private individuals, or as near as may be, having regard to their local situation; to each troop of horse there shall be one captain, two lieutenants, and one cornet, four serjeants, four corporals, one saddler, one farrier, and one trumpeter, and not more than forty-eight nor less than thirty-two troopers; to each company of artillery there shall be one captain and two lieutenants, four serjeants, four corporals, six gunners, six bombardiers, one drummer, one fifer, and not more than thirty-two nor less than twenty matrosses. There shall be a regimental staff, to consist of one adjutant and one quarter-master, to rank as lieutenants, one paymaster, one surgeon and one surgeon's mate, one serjeant-major, one drum-major, and one fife-major. All officers shall take rank according to the date of their commissions; and when two of the same grade bear an equal date, then their rank shall be determined by lot, to be drawn by them before the commanding officer of the division, brigade, regiment, battalion, company or detachment. The regimental staff shall be appointed by the field officers. The brigade and regimental

Militia divided into brigades and divisions.

The cavalry formed into squadrons and regiments, and shall compose one brigade.

The artillery formed into battalions, which shall compose one regiment.

Militia officers to hold their present rank.

Militia how to be officered.

Officers how to take rank.

A. D. 1799.

staff shall be commissioned by the commander in chief, on certificates of their appointment, under the hands and seals of the officers making the same : *And further,* There shall be one adjutant to each squadron of cavalry.

IV. *And be it enacted,* That the whole of the militia of this state shall be subject to be mustered and exercised in companies, battalions and regiments, by their respective officers, to wit : in companies, on the first Monday in October of every year, at such place within the bounds of the companies, as the respective captains or comanding officers of companies shall order : in battalions as follows : the first battalion of the first regiment on the third Monday in May ; the second battalion of the first regiment on the Tuesday following ; the first battalion of the second regiment on the Wednesday following ; the second battalion of the second regiment on the Thursday following ; the first battalion of the third regiment on the fourth Monday in May ; the second battalion of the third regiment on the Tuesday following ; the first battalion of the fourth regiment on the Wednesday following ; and the second battalion of the fourth regiment on the Thursday following : and in regiments as follows ; the first regiment in each and every brigade shall be exercised on the first Tuesday in June ; the second regiment on the Wednesday following ; the third regiment on the Thursday following, and so on, according to the numerical rank, on every day thereafter, (Saturday and Sunday excepted) until the whole number of regiments, in every brigade, shall have mustered in the order aforesaid : *Provided,* That the regimental training in the county of Cumberland shall begin on the second Tuesday in June, and continue on in the above order ; and where there shall be any battalions not annexed to any regiment, the said battalions shall exercise on the third and fourth Mondays of May, yearly, except the battalion in the county of Cape-May, which shall exercise on the second Tuesday in April : *Provided always,* That the militia of the townships of Little Egg-Harbour, in the county of Burlington, and of Great Egg-Harbour and Galloway, in the county of Gloucester, and of Stafford and Dover, in the county of Monmouth, and the Over-mountain battalion in the county of Sussex, and all such companies as may be formed at any manufactory or iron works, not within twenty miles of the places of their battalion or regimental trainings, may meet and exercise at the usual place or places of parade in the said townships or districts, or at the said manufactories or iron-works, on the days appointed for regimental and battalion trainings, which shall be considered instead of meeting in regiments and battalions : *And further,* That if the order aforesaid, in which the regiments and battalions are directed to exercise, shall be found inconvenient, it shall be lawful for the brigadier general and field officers of each brigade, or a majority of them, to change the order, in which the regiments and battalions aforesaid shall be exercised, not altering the days of training and exercise, but confining such discretion to naming the particular regiment or battalion, that shall train or exercise on a particular day, so that the inspection thereof may be rendered more convenient to the brigade inspector, who is hereby directed to give notice, by advertisements in three of the most public places within the limits of the brigade, at least thirty days previous to the day of meeting.

V. *And be it enacted,* That every troop of horse and company of artillery attached to any of the brigades of infantry of this state, shall be considered as being attached to the regiment or independent battalion, within the bounds of which the major part of the company was raised, and shall assemble for exercise and inspection with such regiment or independant battalion ; and it shall be the duty of the captain or commanding officer to make a return of all delinquents in their respective companies, in the same manner as the captains or commanding officers of the infantry are by law directed to make returns. And the cavalry shall assemble in squadron or troop, at such place as the commanding officer thereof may direct, on the same days as are directed by law for the infantry in the several counties of this state, and shall in all things be subject to the rules, regulations, and penalties, prescribed and imposed by this act on the militia of this state.

VI. *And be it enacted,* That the fines for non attendance on days of exercise shall be as follows ; on a field officer, the sum of six dollars per day ; on every other commissioned officer, three dollars per day, and on every non commit-

*Side notes:*

Time of company trainings.

Of battalion trainings.

Of regimental trainings.

Battalions not annexed to any regiments, when to train.

How far and by whom the order of regimental and battalion training may be changed.

Brigade inspector, when to advertise the day of meeting.

Of artillery and cavalry trainings.

Fines for non attendance on days of exercise.

A. D. 1799.

fioned officer and private, one dollar per day ; and the fame fines fhall be ref-
pectively paid by every officer, non-commiffioned officer and private, who fhall
leave the parade or abfent himfelf from his regiment, battalion, fquadron, troop
or company, without leave of the commanding officer, before the faid regiment,
battalion, fquadron, troop or company fhall be difcharged ; and if any militia-
man fhall appear on parade without a mufket or firelock, or if any trooper fhall
appear without his fword or piftols, he fhall forfeit and pay fifty cents, and for
want of other accoutrements, excepting knapfacks and ammunition, fhall forfeit
and pay fix cents for each and every article fo deficient. *Provided*, That no mi-
litia-man fhall be liable to fuch fines, who, in the opinion of a majority of the
commiffioned officers of the company, may be deemed unable to procure arms or
accoutrements, or either of them.

VII. *And be it enacted*, That in order to afcertain thofe perfons, who, by their
abfence on days of exercife, fhall be liable to the fines and forfeitures of this act,
a ferjeant of the troop or company fhall, on every fuch day, in the prefence of
the captain or commanding officer of the troop or company, one hour after the
time appointed for the meeting of the troop, company, battalion, fquadron or re-
giment, and alfo after the exercife is over, and before the men are difcharged, call
over the roll of the troop or company, noting thofe who are abfent.

*(margin)* Roll when to
be called. }

VIII. *And be it enacted*, That the commanding officer of each regiment fhall
hear and decide upon the reafons affigned by the other field officers thereof for the
non performance of duties, for which they are punifhable by fine, provided fuch
reafons be offered within ten days, and the field officers of each regiment, or com-
mandants of independent battalions, fhall meet at fome convenient time and place,
not exceeding twelve days after any regimental or battalion training, or after the
call of the whole or part thereof into actual fervice, if it may be neceffary, of the
time and place of which meeting, at leaft eight days notice fhall be given by the
commandants of regiments or independent battalions ; and the faid officers, when
fo met, fhall hear and decide upon the reafons affigned by the captains, fubalterns
and ftaff officers, for the non performance of duties, for which they are punifhable
by fine ; and the commiffioned officers of each troop or company, or a majority
of them, fhall meet at fome convenient time and place, not exceeding fifteen days
after any regimental, battalion, or troop or company training, or the call of a
part or the whole into actual fervice, of which time and place, due notice fhall be
given, by advertifements fet up in at leaft three of the moft public places in the
bounds of the troop or company, at leaft eight days previous thereto, and fhall
then hear and decide upon the reafons affigned by the non commiffioned officers
and privates, for the non performance of duties for which they are punifhable by
fine ; and the faid officers, refpectively fo appointed to hear and decide upon the
reafons offered by the commiffioned officers, non commiffioned officers and pri-
vates, for non performance of duties and deficiency of equipments, for which they
are punifhable by fine, fhall, at the expiration of twenty days, make out duplicate
lifts of fuch affeffment, noting the names of fuch delinquents as have not paid, one
whereof he or they fhall, without delay, deliver to the paymafter of the regiment,
who fhall deliver the fame to a juftice of the peace, within the bounds of the re-
giment or independent battalion, who is hereby required forthwith to iffue exe-
cution againft the perfons named in the faid lift, for the fums annexed to their
refpective names, with the fame cofts as are allowed them on the return of the
ftate taxes, directed to one of the conftables of the county, who is hereby required
to levy the fame of the goods and chattels of the refpective delinquents, and to pay
the feveral fums contained in the faid execution, within thirty days, to the pay-
mafter of the regiment or independent battalion, to whom the faid delinquents be-
long ; and the other of the faid lifts, he or they fhall deliver or fafely tranfmit to
the commanding officer of the regiment or independent battalion, to ferve as a
check on the faid paymafters, in the fettlement of their accounts.

*(margin)* Excufes for non
performance of
militia duties,
which are pun-
ifhable by fines,
when and by
whom to be
heard and de-
cided.

*(margin)* Duplicate lifts
of delinquents
to be made out,
and how to be
difpofed of.

*(margin)* Militia fines,
how to be re-
covered.

IX. *And be it enacted*, That if any money fhall remain in the hands of any
conftable, after making fale of the property of a delinquent, and paying the fines
of fuch delinquent, fuch money fhall be paid by the faid conftable to the faid de-
linquent ; but if he fhall refufe to receive the fame, then the conftable fhall pay
the faid money to the paymafter of the regiment or independent battalion, to
which fuch delinquent belongs, to and for the ufe of fuch delinquent.

*(margin)* Overplus mo-
ney of fines, to
whom to be
paid.

440                    L A W S  of  N E W - J E R S E Y.

**Fines on minors and apprentices by whom to be paid.**

X. *And be it enacted,* That the fines and forfeitures imposed by this act on minors, living with their parents, and others having the proper care or charge of them, and those of apprentices, shall be paid by their respective parents, guardians, masters or mistresses, or levied of their respective goods and chattels.

**Who shall compose the court of appeals, in cases of fines for non performance of military duty.**

XI. *And be it enacted,* That the commanding officer of each battalion or squadron shall call to his assistance the surgeon or surgeon's mate of the same, and a justice of the peace, or one of the chosen freeholders, residing within the limits thereof, who shall constitute a court for hearing and deciding on appeals, and shall meet for that purpose on the first Monday in November, yearly, at some convenient place, to be appointed by the said commanding officer, public notice whereof shall be given by advertisements, fixed up in at least three of the most public places within the limits of the said battalion or squadron, at least ten days previous to the day of meeting ; and all persons, supposing themselves aggrieved by any fines or forfeitures imposed on them for the non performance of military duty, may apply to the said court, who are hereby vested with full power and authority to hear and decide upon the excuses offered, and to remit any fines or forfeitures for just and equitable reasons, and a certificate from the said court, or any two of the members thereof, shall entitle the appellant to receive from the paymaster of the regiment or independent battalion any sum so remitted. *Provided always,* That no appeal shall be allowed, unless the fines and forfeitures be first paid.

**What fees shall be paid to particular officers for certain specified services.**

XII. *And be it enacted,* That the following fees shall be paid to the officers hereafter named, to wit : To the major, for advertising and attending every election of company officers, two dollars ; to the members composing the board of officers for settling the accounts of the paymasters, one dollar each, for every day they may be engaged in the settlement of the said accounts ; to the members of the court of appeals, one dollar each, for every day they may be engaged therein ; and to the adjutant, one dollar, for every day necessarily employed in summoning courts martial, or other extra service in the execution of his office : all which sums shall be paid by the respective paymasters, on a certificate under the hand of the commanding officer of the regiment or independent battalion, to which they respectively belong, and shall be allowed in the settlement of their accounts.

**Fines to be paid to the paymaster, and their appropriation.**

XIII. *And be it enacted,* That all fines and forfeitures that shall be incurred, as well for non attendance on days of exercise, and deficiency of equipments, as for neglect of performing tours of duty, and also such fines as shall be imposed by courts martial, or otherwise, on persons made liable by this act, shall be returned and paid into the hands of the paymaster of the regiment or independent battalion, from which such fines and forfeitures may be due, and shall be applied to the use of such regiment or independent battalion, in the manner by this act directed.— And it shall be the duty of the said paymasters, respectively, to pay all such draughts as shall from time to time be made on him, agreeably to this act, by the commanding officer of the regiment or independent battalion, to which they respectively belong.

**Accounts of paymasters, how to be kept, and by whom to be settled.**

XIV. *And be it enacted,* That the paymasters of the different regiments or independent battalions, for the time being, shall keep proper and distinct accounts of all monies received for fines and forfeitures, and enter the same separately in a book to be kept for that purpose ; and all draughts of the commanding officer of the regiment or independent battalion, for which proper vouchers shall be produced, shall be allowed to the said paymasters, respectively, in the settlement of their accounts ; and the field officers of each regiment, and commandants, and two senior captains of independent battalions, are hereby constituted a board for that purpose, and are authorized and empowered, every twelve months, to inspect, and if

**Their allowance.**

approved by them, finally to allow the same ; and the said paymasters are hereby allowed and authorized to retain in their hands five per cent. on all monies by them received and paid, which shall be allowed them in the settlement of their accounts ; and if it shall appear that any of the said paymasters have

**Penalty on paymasters for mal-practice.**

been guilty of mal-practice or embezzlement, the said board of officers of each regiment or independent battalion shall put such delinquent paymaster under arrest, and if upon trial by a court martial, he shall be found guilty, he shall be cashiered

## LAWS of NEW-JERSEY. 445

A. D. 1799.

and fined by the faid court, in any fum not exceeding fixty dollars ; and the fucceeding paymafter fhall profecute faid delinquent, for any fum or fums of money remaining in his hands belonging to the regiment or independent battalion, to which fuch delinquent did belong, in any court, where the fame may be cognizable, and recover the fame, with cofts.

XV. *And be it enacted*, That one drum and one fife major, and one trumpeter may be employed by the commanding officer of each regiment or independent battalion, whofe duty it fhall be to inftruct and exercife the drummers, fifers and trumpeters of each company or troop in the neceffary military mufic, at fuch times and under fuch regulations, as the commanding officer of the regiment or independent battalion may direct, not exceeding twelve days in the year, and fhall for fuch fervices be paid the fum of two dollars per day each, by the county collector of each county, out of the exempt monies, on the certificate of the commanding officer of the regiment or independent battalion, where he may fo practife or be employed ; and the faid drummers, fifers and trumpeters, fhall each be paid, as aforefaid, fifty cents per day, for the time they fhall attend to fuch inftructions.

*Perfons may be employed to inftruct drummers, &c. in military mufic.*

XVI. *And be it enacted*, That it fhall be lawful for the commanding officers of the refpective regiments, independent battalions and fquadrons, from time to time, to draw from the collectors of the refpective counties, fuch fums as may be neceffary for the purchafe or repair of drums, fifes, trumpets, or colours for their refpective regiments, battalions and fquadrons ; and the faid draughts fhall be allowed the faid county collectors, in the fettlement of their accounts with the treafurer, as fo much of the exempt fines hereby directed to be raifed in the faid county ; but if a fufficiency for that purpofe fhould not be in the treafury from faid county, the treafurer is hereby directed to pay the faid deficiency unto the faid county collector, out of the exempt money in the treafury.

*How monies may be procured for the purchafe or repair of drums, fifes, trumpets, and colours.*

XVII. *And be it enacted*, That the commander in chief of this ftate, for the time being, may, in cafe of invafion or other emergency, when he fhall judge it neceffary, order out any proportion of the milita of this ftate, to march to any part thereof, and continue as long as he may think it neceffary, not exceeding two months.

*Governor may order out militia, in cafe of invafion, or other emergency.*

XVIII. *And be it enacted*, That all able bodied white male inhabitants between the ages of eighteen and forty-five years, who have been or may be exempted from military duty, on paying annually the fum of three dollars for fuch exemption, fhall, notwithftanding, be liable to be draughted in the fame manner as the enrolled militia, when called into actual fervice ; for which purpofe the feveral captains of militia within this ftate fhall enter upon their lifts the names of all fuch exempts as may refide within the bounds of their refpective companies ; and the exempts, when fo draughted, fhall be under the fame regulations, and liable to the fame fines and penalties with the enrolled militia of this ftate.

*Exempts from military duty liable to be draughted for actual fervice.*

XIX. *And be it enacted*, That when a part of the militia fhall be called into actual fervice, it fhall be the duty of the captain or commanding officer to divide his troop or company (including the exempts referred to in the preceding fection) into as many claffes as there fhall be men required of him, and by lot, enliftment, or draught, to detach one man from each clafs ; and fuch draught or detachment, fhall be officered with fuch officer or officers, and of fuch grades as fhall be proper, agreeably to military difcipline ; the tour of duty of which commiffioned officers fhall be determined by a roafter to be kept by the adjutant for that purpofe : *And further*, That no non commiffioned officer or private fhall (after the making of the firft draught) be liable to perform actual fervice, until it fhall become his proper tour agreeably to a roafter of the company, to be kept by the commanding officer of the fame ; and that no draught or detachment fhall be continued in fervice more than two months at any one time, and if neceffary, they fhall be relieved by a detachment to be made in the manner aforefaid ; which relief fhall arrive at leaft two days before the expiration of the term of the detachment to be relieved ; but nothing herein contained fhall prevent the commander in chief

*Draughts for actual fervice, how to be made.*

*Roafters to be kept, and perfons to take their tower agreeable thereto. Detachments not to be in fervice more than two months at a time.*

3 K

442                         L A W S  of  N E W — J E R S E Y.

A. D. 1799.

Pay of militia, in actual fervice, when to commence.

from calling into fervice the whole or any part of the militia, when the exigencies of the ftate fhall, in his opinion, require it : *And further*, That the pay of the militia in actual fervice fhall commence two days before marching, and that they fhall receive pay and rations at the rate of fifteen miles per day, on their return home ; and in requifitions by the prefident or congrefs of the United States, the like mode fhall be purfued in draughting and turning out the quota of this ftate.

Perfons may find fubftitutes.

XX. *And be it enacted,* That it fhall and may be lawful for any perfon, called to do a tower of duty, to find a fubftitute, who, if approved of by the captain or commanding officer of the company, may ferve in the place of fuch perfon.

Notice of draughts how to be given.

XXI. *And be it enacted,* That when any draught or draughts of the militia fhall be called to perform any tour of duty, the majors of the battalions fhall caufe each and every perfon fo called, to be notified of fuch call, by a written or printed notice being delivered to him perfonally, or left at his houfe or ufual place of abode, by fome officer or other fuitable perfon employed for that purpofe by the commanding officer of the faid company, at leaft three days before the time of affembling faid militia, unlefs the commander in chief on a fudden exigency, fhall think proper to order any part of the militia into immediate and actual fervice, and then the notice mentioning fuch fpecial order, fhall be given for immediate attendance ; and any perfon refufing or neglecting to perform fuch tour of duty, or to

Penalty for not performing a tour of duty, and how to be appropriated.

procure a fubftitute, fhall pay a fine of twenty dollars for every fuch neglect or refufal ; which fines as aforefaid fhall be paid to the captain or commanding officer of the company, to which fuch delinquent belongs, and be by him appropriated, under the direction of the commander of the regiment or battalion, to which the faid company belongs, for the purpofe of hiring fubftitutes to fupply the place of the delinquents belonging to the faid company ; and in cafe of a furplufage of money arifing from fuch fines, it fhall be paid to the paymafter of the regiment, to be appropriated and accounted for as other fines are directed to be by law. And every non commiffioned officer, whilft engaged in warning the company, to which he belongs, under the orders of the commanding officer of the company, fhall receive one dollar per day, for the time he may be neceffarily engaged in fuch duty.

Rules for the government of the militia.

XXII. *And be it enacted,* That the militia of this ftate fhall be governed by the following articles, rules and regulations :

*Article* 1. If any field or other commiffioned officer, at any review, or on any other occafion, when the regiment, battalion or company, to which he may belong, or in which he holds a command, is paraded in arms, fhall mifbehave, or demean

Penalty for unofficer like behaviour.

himfelf in an unofficer like manner, he fhall, for fuch offence, be cafhiered, or punifhed by fine, at the difcretion of a general court martial, as the cafe may require, in any fum not exceeding thirty dollars ; and if any non commiffioned officer or

Penalty on privates for being drunk, difobeying orders, ufing abufive language, or quarrelling.

private fhall, on any occafion of parading the company, to which he belongs, appear drunk, or fhall difobey orders, or ufe any reproachful or abufive language to his officers, or any of them, or fhall quarrel himfelf, or promote any quarrel among his fellow foldiers, he fhall be difarmed and put under guard, by order of the commanding officer prefent, until the company is difmiffed, and fhall be fined, at the difcretion of a regimental court martial, in any fum not exceeding eight dollars.

Penalty on officers for not affembling militia at the time appointed, or agreeably to orders.

*Article* 2. If the commanding officer of any regiment, battalion or fquadron, fhall neglect or refufe to give orders for affembling his regiment, battalion, or fquadron, at the time appointed by this law, or at the direction of the infpector of the brigade, to which he belongs, when the faid infpector is thereto commanded by the commander in chief, or in cafe of an invafion of the city or county, to which fuch regiment, battalion, or fquadron belongs, he fhall be cafhiered, and punifhed by fine not exceeding one hundred dollars, at the difcretion of a general court martial ; and if a commiffioned officer of any company or troop, fhall, on any occafion, neglect or refufe to give orders for affembling the company, to which he belongs, or any part thereof, at the direction of the commanding officer of the regiment, battalion or fquadron, which fuch company or troop belongs, he fhall

## LAWS of NEW-JERSEY.

be cashiered or punished by fine not exceeding thirty dollars, at the discretion of a regimental court martial; and a non commissioned officer offending in such case, shall be fined at the discretion of a regimental court martial, in any sum not exceeding twenty dollars.

A. D. 1799.

*Article* 3. If any captain or commanding officer of a company or troop shall refuse or neglect to make out a list of the persons, noticed to perform any tour of duty, and send or convey the same to the commanding officer of the regiment, battalion, or squadron, to which such company or troop may belong; for such neglect or refusal, he shall be cashiered or fined, at the discretion of a regimental court martial, in any sum not exceeding thirty dollars.

Penalty on captain for not making and sending a list of the persons to perform a tour of duty.

*Article* 4. If any militia man shall desert, while he is on a tour of duty, he shall be fined in any sum not exceeding twenty dollars for every such offence, or may be imprisoned for any time not exceeding two months, at the discretion of a court martial; and if a non commissioned officer, he shall also be degraded, and placed in the ranks.

Desertion while on a tour of duty how to be punished.

*Article* 5. Every general court martial shall consist of thirteen members, all of whom shall be commissioned officers, and of such rank as the case may require; and the senior officer shall be president, and not under the rank of a field officer.

A general court martial, how to be composed.

*Article* 6. Every regimental court martial shall be composed of five members, all commissioned officers, the senior officer to be president, not under the rank of a captain.

A regimental court martial how to be composed.

*Article* 7. In any court martial, not less than two thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted.

Two thirds of the court martial must agree or the party be acquitted.

*Article* 8. The president of each and every court martial, whether general or regimental, shall require all witnesses, in order to the trial of offenders, to declare on oath or affirmation, that the evidence they shall give is the truth, the whole truth, and nothing but the truth; and the members of all such courts shall take an oath or affirmation, which the president is required to administer to them, that they will give judgment with impartiality; and the officer next in rank to the president, shall administer the like oath or affirmation to the president.

Witnesses before, and members of courts martial to be sworn.

*Article* 9. Every militia man, called as a witness in any case, before a general court martial, who shall neglect or refuse to attend and give evidence, shall be censured or fined at the discretion of the court, not exceeding one hundred dollars, and if before a regimental court martial, not exceeding twenty-five dollars, unless he shall render a satisfactory reason to the president of the court for his non attendance, in one month thereafter.

Penalty on witness for not attending, and giving evidence.

*Article* 10. No officer or private being charged with transgressing these rules, shall be suffered to do duty in the regiment, company or troop to which he belongs, until he has had his trial by a court martial; and every person, so charged, shall be tried as soon as a court martial can be conveniently assembled.

Transgressors against these rules not to do duty till tried.

*Article* 11. If any officer or private shall think himself injured by the commanding officer of the regiment, battalion or squadron, and shall, upon due application made to him, be refused redress, he may complain to the brigadier general, who shall direct the inspector of the brigade to summon a general court martial, that justice may be done.

Party injured by the commanding officer of the regiment, battalion, or squadron, how to be redressed.

*Article* 12. If any inferior officer or private shall think himself injured by his captain or other superior officer in the regiment, troop or company, to which he belongs, he may complain to the commanding officer of the regiment or independent battalion, who shall summon a regimental court martial, for doing justice according to the nature of the case.

Party injured by his captain, &c. how to be redressed.

444                    L A W S of N E W – J E R S E Y.

A. D. 1799.

Punifhment,
how far difcre-
tionary.

*Article* 13. No penalty fhall be inflicted at the difcretion of a court martial, other than degrading, cafhiering, fining or imprifoning agreeably to the fourth article.

How far and by
whom offend-
ers may be par-
doned, and
penalties miti-
gated.

*Article* 14. Every offender, convicted by any regimental court martial, may be pardoned, or have the penalty mitigated by the commanding officer of the regiment or independent battalion, excepting only where fuch cenfures or penalties are directed as a fatisfaction for injuries received by any officer or private from another : but in cafe of officers, every fentence of a court martial fhall be approved of by the commander in chief, or the major general of the divifion, who are refpectively empowered to pardon or mitigate fuch fentence.

Hours of exer-
cife not to ex-
ceed fix.

*Article* 15. The militia, on the days of exercife, may be detained under arms, on duty in the field, any time not exceeding fix hours, provided they are not kept above three hours under arms at any one time, without allowing them a proper time to refrefh themfelves.

Spirituous li-
quors at the
place of exer-
cife prohibited.

*Article* 16. Any perfon, who fhall bring any kind of fpirituous liquors to the place of exercife, fhall forfeit fuch liquors for the ufe of the poor belonging to the city or townfhip where fuch exercife is had ; and the commanding officer of the regiment, battalion or company, is charged with the execution of this article.

Rules of difci-
pline, what.

*Article* 17. The rules of difcipline, approved and eftablifhed by congrefs, in their refolution of the twenty-ninth day of March, one thoufand, feven hundred and feventy-nine, fhall be the rules of difcipline to be obferved by the militia throughout this ftate, except fuch deviations from faid rules, as may be rendered neceffary by the requifitions of the acts of congrefs, or fome other unavoidable circumftances. It fhall be the duty of the commanding officer, at every training, whether by regiment or fingle company, to caufe the militia to be exercifed and trained, agreeably to the faid rules of difcipline ; and the inftructions laid down by the Baron Steuben, and annexed to the faid rules of difcipline, pointing out the refpective duties of the officers, non commiffioned officers and privates, are recommended and enjoined upon the militia of this ftate, as particularly and fully as if the faid inftructions were repeated in this act at length.

Allowance to
officers attend-
ing court mar-
tial. and wit-
neffes.

XXIII. *And be it enacted,* That every officer who fhall attend on courts martial, or courts of enquiry, fhall be entitled to receive from the paymafter of the regiment or independent battalion, in which the offender refides, the fum of one dollar each, for every day he fhall attend ; and all perfons attending before faid courts, or either of them, as witneffes, fhall be entitled to receive from the faid paymafter, fifty cents each per day, provided that no more than two witneffes on the part of the ftate, and two witneffes on the part of the offender, fhall be entitled to pay ; all which fums fhall be paid by the faid paymafter, on certificates figned by the prefident of the court martial.

Salary of the ad-
jutant general
and brigade in-
fpectors.

XXIV. *And be it enacted,* That the adjutant general, for the time being, fhall be allowed, as a compenfation for his fervices, the fum of one hundred and fifty dollars, annually, on his producing a certificate from the governor of the ftate, certifying that he has performed the fervices required of him by law ; and the feveral brigade infpectors of infantry, fhall be entitled to receive of the treafurer, for the time being, out of the exempt money in the treafury, the fum of thirty dollars each, annually, after the paffing of this act, upon their producing to the faid treafurer a certificate from the brigadier general of the brigade, to which they belong, certifying that they have performed the fervices required of them by law.

Cavalry horfes
by whom to be
appraifed, and
how to be paid
for.

XXV. *And be it enacted,* That the brigade infpector fhall call to his affiftance two reputable freeholders, above forty-five years of age, who fhall appraife, on oath or affirmation, the horfe of each perfon ferving as a light horfeman, immediately before the time of going into actual fervice, and defcribe the age, fize, colour and marks of the faid horfe, and enter the fame in a book ; and in cafe fuch horfe fhall be killed or be taken by the enemy, he fhall be paid the full value of his horfe, according to the faid appraifement, by an order to be

## LAWS of NEW-JERSEY.

drawn, on the certificate of the inspector, by the brigadier general or command- A. D. 1799.
ing officer of the brigade, on the treasurer of this state, provided such claim be
made in one year after the loss so sustained.

XXVI. *And it be enacted,* That it shall and may be lawful for the captains  Uniform com-
or commanding officers of the several companies of cavalry, artillery, infantry and panies, how to
grenadiers, to enroll in their respective companies, from the several companies be completed.
composing the regiment or battalion, to which they may belong, such men as may,
from time to time, be necessary to complete their respective companies ; and a cer-
tificate from the said captain or commanding officer shall exonerate the bearer
from serving or paying any fine thereafter imposed on him by the officers of the
company to which he formerly belonged, any law, usage or custom to the con-
trary notwithstanding. *Provided always,* That it shall not be lawful for the
captain or commanding officer of the cavalry, artillery, or other uniform compa-
ny, to grant a certificate to any person prior to his appearing in uniform agreeably
to law.

XXVII. *And be it enacted,* That every captain, lieutenant, or ensign, who  The acceptance
shall from time to time be chosen by the several companies, shall report his accep- and resignation
tance of the office, within thirty days after having received notice thereof, to the of certain mili-
major or commanding officer of the regiment or battalion ; and in case such report tia officers, how
is not made as aforesaid, the said office shall be deemed as vacant. And the re- to be signified
signation of every captain, lieutenant and ensign, shall be delivered to the lieuten- and made.
ant colonel or commanding officer of the regiment, independent battalion, or
squadron, to which the said company or troop shall belong ; and where vacancies
shall happen in any company or troop, by the death, removal, or resignation of a
captain, lieutenant, ensign or cornet, it shall be lawful for the commanding officer  Vacancies, how
of the regiment or independent battalion, by warrant under his hand and seal, to be supplied.
directed, if by the commanding officer of the regiment, to the major or command-
ing officer of the battalion or squadron, to which such company or troop belongs ;
if by the commanding officer of an independent battalion, to the senior captain
thereof, to hold an election, within the limits of such company or troop, to sup-
ply the vacancy occasioned by the non acceptance, resignation, removal, death
or otherwise, of any such officer ; and thereupon the said major or commanding
officer of the said battalion or squadron, or senior captain, shall give fifteen days
notice, by advertisement in three of the most public places within the limits of
such company, of an election to supply the place of the officer or officers of the
company or troop, which may be vacant ; and the said company or troop, or such
of them as may attend, shall proceed, by plurality of votes, to choose such officer
or officers residing within the bounds of the said company or troop ; and the said
major or commanding officer of the said battalion or squadron, or senior captain,
shall certify under his hand and seal, annexed to, or endorsed on the warrant
aforesaid, the name and rank of each officer, so chosen or elected, to the com-
mander in chief of the state, who shall commission the said officer accordingly.

XXVIII. *And be it enacted,* That if any commissioned officer shall remove  Offices vacated
out of the bounds of his proper division, brigade, regiment, battalion, squadron, by removal or
troop or company, or shall be absent therefrom more than nine months, his office absence for nine
shall be thereby vacated. months.

XXIX. *And be it enacted,* That if the lieutenant colonel, major and cap-  Alteration in
tains of any regiment, or the majors and captains of any independent battalion in the bounds of
this state, shall think it necessary to make an alteration in the bounds of any a company, how
company, battalion or regiment, then the said lieutenant colonel, majors and cap- to be effected.
tains, or the said major and captains, as the case may be, shall, under their hands
in writing, apply to the brigadier general to make such alteration as they may
think necessary ; and the said brigadier general is hereby authorized to make such
alteration as he may think necessary in any regiments, battalions or companies
within his brigade, and shall inform the said officer or officers, commanding the
said regiments, battalions or companies, of such alteration, who are hereby re-
quired to give at least ten days notice, by advertisement, of such alteration, pre-
vious to the meeting of the said regiments, battalions or companies ; and all per-
sons, annexed to any regiments, battalions or companies as aforesaid, shall be

446  LAWS OF NEW-JERSEY.

subject to the command of the said officers respectively, and also to all fines and penalties for neglect of duty, which are inflicted by law on persons who originally belonged to the said regiments, battalions or companies.

New companies how to be formed.

XXX. *And be it enacted,* That if at any time hereafter, from the increase of the militia, or otherwise, it shall be deemed necessary, in the opinion of the field officers of any regiment, to form a new company or companies, it shall be lawful for the brigadier general, upon application of the field officers, to order such company or companies to be formed accordingly, and to attach them to their proper battalions; which companies shall choose their officers in the presence of the major; and the officers shall be commissioned by the commander in chief, upon a certificate signed by the said major.

Militia men exempt from paying toll, and to pay no more than one third ferriage.

XXXI. *And be it enacted,* That no officer or private shall, on the way to or from the place of any review, regimental or company training, to which he shall belong, pay more than one-third of the usual rate of ferriage, or be charged any toll for passing any toll bridge; and if any ferryman or keeper of any toll bridge, shall refuse a passage, or make a demand contrary to the directions of this act, he shall, for each offence, forfeit and pay the sum of eight dollars, to be recovered by any person who will sue for the same, one half to the prosecutor, and the other half to the pay-master, for the use of the regiment or independent battalion where such demand or refusal is made; any law, usage or custom to the contrary notwithstanding.

Candidates not to treat on days of election.

XXXII. *And be it enacted,* That no candidate shall give any spirituous liquors or treat, to any officers or privates on any day of election of officers, under the penalty of twenty dollars.

In suits for things done under this act, the general issue may be pleaded, &c.

XXXIII. *And be it enacted,* That if any suit shall be brought or commenced against any person, for any thing done in pursuance of this act, the venue shall be laid in the county where the cause of action arose; and the defendant in such action, may plead the general issue, and give this act and the special matter in evidence.

Captains yearly to deliver rolls of their companies to the assessors.

XXXIV. *And be it enacted,* That the captains or commanding officers of the different companies or troops of militia in this state, shall yearly, on or before the twentieth day of June, make and deliver a full and complete roll, on oath or affirmation, to the assessors of the respective townships in which they reside, of all persons duly enrolled in their respective companies, who perform military duty; for which service the said captains or commanding officers shall respectively be entitled to receive of the collector of the county, the sum of one dollar, on producing a receipt of his having delivered the said roll to the assessor as aforesaid; and the assessors of the several townships of this state, shall, yearly, between the twentieth day of June and the twentieth day of August, take an exact list of the names and surnames of all free white male inhabitants in their respective townships between the ages of eighteen and forty-five years, except such persons as are exempted from militia duty by the first section of this act, and all general, field and staff officers in actual commission, and excepting those who shall produce to the said assessor a certificate signed by the commanding officer, surgeon or surgeon's mate, and any one captain of said battalion to which they

Persons of bodily inability to be exempt from military duty, and to be assessed annually 3 dollars.

belong, or any two of them, of their inability of body to perform military duty; and the said assessors respectively, shall, after comparing the returns made by the respective captains or commanding officers, with the list of the names by them respectively taken, insert all the names not contained in the rolls or returns made by the said captains or commanding officers, in a separate list, to be annexed to their respective duplicates or tax lists, and they and every of them, shall be considered as exempts, and the several assessors shall fine them in their respective duplicates, the sum of three dollars each, over and above the amount of their taxes; and the said assessors shall, yearly and every year, make out a du-

A list of such exempts to be delivered to the collectors, and an abstract thereof to the treasurer.

plicate list of the names of every exempt contained in his or their respective duplicates or tax lists, and shall deliver or safely transmit the same to the collector of their respective counties; and also at their annual meeting in September, yearly, make out a general abstract of the same, which they shall deliver or safely transmit to the said county collector, who is hereby required and enjoined to

LAWS of NEW-JERSEY.

deliver or fafely tranfmit the fame to the treafurer of the ftate ; and the faid treafurer fhall thereupon charge the county, in which the faid townfhips are fituated, with the amount of the money due on the faid duplicate lifts for exempt fines, in the public books of his office ; and the feveral county collectors of this ftate, fhall pay forward to the treafurer thereof the fum due on the refpective lifts for exempt fines, over and above the quotas due from the feveral counties by law, on the fame day, on which the faid quotas become due, unlefs he or they fhall produce an account from the townfhip collector or conftable, certified on oath or affirmation, that the perfons named in the faid account for exempt fines are either dead, abfconded or infolvent, and that the money cannot be recovered ; and on neglect thereof, the faid treafurer fhall profecute the faid county collector for and recover the fame, or any part thereof, in any court where the fame may be cognizable ; and the faid treafurer is hereby directed to keep feparate and diftinct accounts of all monies received in purfuance of this act, and to lay an account thereof, annually, before the legiflature. And if any affeffor fhall neglect or refufe to infert the names of the perfons not contained in the company rolls as aforefaid, he fhall forfeit and pay the fum of fix dollars for every name by him omitted or neglected to be inferted in his duplicate, to be recovered by the collector of the townfhip, in an action of debt, in any court where the fame may be cognizable, with cofts of fuit, to and for the ufe of the ftate ; and the faid affeffors, refpectively, fhall be entitled to receive, in addition to their other fees, to which they are entitled by law, the fum of two cents for every name contained in their lifts, of all perfons between the ages of eighteen and forty-five years ; and the faid collectors, refpectively, fhall be entitled to receive, in addition to their other fees, the fum of two cents for the name of every exempt contained in their refpective duplicates ; all which fees fhall be paid by the county collector, out of the exempt fines, and a receipt of fuch payment, with two cents on a dollar, fhall be allowed fuch county collector in his fettlement with the treafurer.

*Penalty on affeffors for neglect of certain duties.*

*Allowance to them.*

*Allowance to the county collector.*

XXXV. *And be it enacted,* That the commanding officer of the regiment or independent battalion, the furgeon or furgeon's mate, and any one captain of the fame, fhall conftitute a court of appeal, and fhall meet for that purpofe on the fecond Monday in November, yearly, at fome convenient place to be appointed by the faid commanding officer, public notice whereof fhall be given by advertifements, fixed up in at leaft three of the moft public places within the limits of the faid battalion, or regiment, at leaft ten days previous to the day of meeting ; and any perfon, who may think himfelf aggrieved, may apply to the faid court, which is hereby invefted with full power and authority to hear and decide thereon ; and if he fhall make it appear to the fatisfaction of the faid court, that he is wholly unable to perform military duty, or not within the age prefcribed by law, and is enrolled as a militia man, to remit fuch exempt fine ; and a certificate from the officers, compofing the faid court, or any two of them, fhall be deemed good and valid, and the appellant fhall thereupon be difcharged from the payment thereof ; and the faid court fhall make out and tranfmit a duplicate certificate to the collector of the county, in which fuch applicant refides ; which certificate fhall be allowed as a fufficient voucher to the county collector, in his fettlement with the treafurer of this ftate, for fo much of the exempt fines.

*Who fhall conftitute a court of appeals in cafes of impro- per enrollments —when to meet, and power of the court.*

XXXVI. *And be it enacted,* That the refpective townfhip collectors fhall collect the faid exempt fines, at the fame time and in the fame manner, in which the townfhip quota of other taxes is directed by law to be collected ; and if the faid townfhip collectors, or any of them, fhall neglect or refufe to pay forward the amount of faid exempt fines as aforefaid, the collector of faid county fhall profecute for and recover the fame, in the manner the ftate taxes are recoverable.

*Exempt fines, how to be collected.*

XXXVII. *And be it enacted,* That if any affeffor fhall neglect or refufe to execute any of the duties enjoined on him by this act, he fhall forfeit and pay the fum of thirty dollars for each offence, to be recovered by action of debt, with cofts of fuit, by the collector of the county ; and if any county collector fhall neglect or refufe to execute any duty enjoined on him by this act, he fhall forfeit and pay the fum of one hundred dollars for each offence, to be recovered by action of debt, with cofts, by the treafurer of this ftate, and applied to the ufe of the ftate ; and all other officers, as well civil as military, who fhall neglect or re-

*Penalty on affeffors for neglect of duty ; On county col- lectors ; And on all o- ther officers.*

A. D. 1799.

fuſe to perform any of the duties required of them by this act, and not otherwiſe puniſhable by the ſame, or who ſhall neglect or refuſe to pay forward the monies by them received in purſuance of this act, to the paymaſter of the regiment or independent battalion to which they belong, or in which they reſide, they ſhall reſpectively forfeit and pay the ſum of thirty dollars for each offence, to be recovered by action of debt, by the paymaſter of the ſaid regiment or battalion, in any court where the ſame may be cognizable, with coſts of ſuit, to and for the uſe of the ſaid regiment or independent battalion ; and ſhall moreover be liable to an action at the ſuit of the ſaid paymaſter of the regiment or independent battalion, for the ſums which may be in his or their hands, to be recovered in any court where the ſame may be cognizable, with coſts of ſuit, to be applied as aforeſaid.

*Youths to be taught muſic, &c.*

XXXVIII. *And be it enacted,* That if any youth of the age of twelve years, and not exceeding the age of eighteen years, ſhall, with the conſent and approbation of his parents, attach himſelf to any company of militia, for the purpoſe of learning to beat the drum, play on the fife, or blow the trumpet, provided the number ſhall not exceed one perſon for the drum and one for the fife in each company, and one for the trumpet in each troop of horſe, every ſuch perſon or perſons ſhall be put under the inſtructions of the drum or fife major, or trumpeter, as the caſe may be, whoſe duty it ſhall be to teach ſuch perſon or perſons, in the beſt manner in his power ; and as ſoon as ſuch perſon or perſons ſhall be able to perform field duty, to the ſatisfaction of the commanding officer, he ſhall draw his warrant on the paymaſter of the regiment, in favor of the drum or fife major, or trumpeter, who may have taught ſuch perſon or perſons to beat the drum, play the fife, or blow the trumpet as aforeſaid, for the ſum of ten dollars for every perſon ſo taught ; and the perſon ſo taught ſhall be furniſhed with a ſuit of regimentals, to be paid for out of the funds of the regiment or battalion, as the caſe may be ; and the father of every youth who ſhall have been inſtructed as aforeſaid, ſhall be exempted and excuſed from every kind of military duty, ſo long as his ſon ſhall continue to perform the duties of a drummer, fifer or trumpeter, in any militia company or troop, and be under the age of eighteen years.

*Surplus money, in the hands of paymaſters, how to be appropriated.*

XXXIX. *And be it enacted,* That the ſurplus money which may be in the hands of any paymaſter of any regiment or independent battalion, on the ſettlement of his accounts, ſhall be appropriated to the purchaſe of arms and accoutrements for the uſe of the ſaid regiment or independent battalion, at the diſcretion of a majority of the commiſſioned officers thereof.

*Militia on parade days not to be arreſted, and arms not to be levied on.*

XL. *And be it enacted,* That no commiſſioned officer, non-commiſſioned officer, or private, ſhall be arreſted on any civil proceſs, in going to or returning from any place of exerciſe or training, nor ſhall any arms or accoutrements of a militia man be levied on or ſold by virtue of any execution.

*Former acts repealed.*

XLI. *And be it enacted,* That the act, intitled, "An act for organizing and training the militia of this ſtate," paſſed the thirtieth day of November, one thouſand, ſeven hundred and ninety-two, and the ſeveral ſupplements thereto, be, and the ſame are hereby repealed. *Provided always,* That nothing herein contained ſhall be deemed to repeal, alter, or diſpenſe with the powers, authorities, or duties of the ſeveral officers under the ſaid acts, in and concerning the fines, penalties, and forfeitures heretofore incurred under the ſame, and that the proper officers be, and they are hereby authorized and enjoined to collect or cauſe to be collected, all ſuch fines and forfeitures as have been incurred, and pay the ſame agreeably to the laws aforeſaid, on or before the firſt day of January next : *And provided,* That ſo much of this act as reſpects the time of trainings and exerciſes of the ſeveral regiments, battalions and independent battalions, ſhall not be in force until the firſt day of January next.

# EXHIBIT 187

ized, and each and every of them is hereby authorized to seize and distrain the same for the use aforesaid. *Provided nevertheless,* That nothing in this act contained shall be so construed as to prevent any person or persons from transporting or removing any of the liquors, as aforesaid, into or through the said towns, either by land or water, provided such person or persons shall not expose the same, or any part thereof, for sale, within the limits of the said towns or districts. [*Approved, December* 6, 1799.]

*Proviso in favor of persons transporting liquor, &c.*

---

CHAP. CIV.—An act regulating the firing of woods, prairies, and other lands.

Whereas there are persons in the habit of setting on fire the leaves and herbage in the woods, prairies, and other grounds, thereby producing a conflagration prejudicial to the soil, destructive to the timber and the improvements within this territory; therefore,

*Repealed, O.L. c. 88, § 2. Preamble.*

§ 1. *Be it enacted, &c.* That whosoever shall, at any time, except as is hereinafter excepted, wilfully or negligently set on fire, or cause to be set on fire, any woods, prairies, or other grounds, whatsoever, within this territory, and being thereof legally convicted, by the oath or affirmation of one or more credible witnesses, in any court having cognizance of the same, shall pay a fine not exceeding one hundred dollars, nor less than five dollars; the one-half of which to be paid to the person prosecuting for the same, and the other half to the use of the county wherein the offence shall have been committed.

*Penalty for firing woods, prairies, &c.*

§ 2. That when any person or persons, so offending, shall thereby occasion any loss, damage or injury to any other person or persons, every person, so offending, shall be and is hereby declared liable to make good all damages to the person or persons injured, with costs of suit, in any court having cognizance of the same.

*Offenders liable to make good all damages.*

§ 3. That when any servant or servants shall offend against the tenor of this law, and be duly convicted of the same, except his, her or their master or mistress shall pay the fine hereinabove provided, with damages and costs for said offence, then such servant or servants, so offending, shall be committed to the prison of his, her or their proper county, until all such debts, dues and demands are paid, or be whipped not exceeding thirty-nine stripes, at the discretion of the court, having cognizance thereof.

*Servants offending against this law how punished.*

§ 4. That nothing in this act contained shall be so construed as to prevent any person or persons from setting on fire any rubbish, leaves or brush on his, her or their farms or plantations, as often as occasion may require, if the same be done without damage to the property of any other person or persons. *Provided also,* That nothing in this act shall be so construed as to prevent any person or persons from setting on fire prairies, or cleared lands, between the first day of December and the tenth day of March, if the same be done without damage, as aforesaid. This act shall be in force from and after the passing of the same. [*Approved, December* 6, 1799.]

*Not prohibited to set fire to rubbish, &c. on their own lands.*

*When prairies may be burned. When to take effect.*

---

CHAP. CV.—An act establishing and regulating the militia.*

§ 1. *Be it enacted, &c.* That each and every free, able bodied, white male citizen, of the territory, who is or shall be of the age of eighteen years, and under the age of forty-five years, except as is hereinafter excepted, shall severally and respectively be enrolled in the militia, by the captain or commanding officer of the company within whose bounds such citizen shall reside, within twenty days next after such residence; and it shall, at all times hereafter, be the duty of such captain, or commanding officer of a company, to enrol every such citizen, as aforesaid; and also those who may, from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years, (except as is hereinafter excepted) shall come to reside within his bounds, and shall, without delay, notify such citizen of the said enrollment, by a proper non-commissioned officer of the company, by whom such notice may be proved; and every citizen, so enrolled and notified, shall, within six months thereafter, provide himself with a good musket, a sufficient bayonet and belt, or a fusee, two spare flints, a knapsack and a pouch, with a box therein, to contain not less than twenty-four cartridges, suited to the bore of his musket or fusee, each cartridge to contain a proper quantity of powder and ball, or a good rifle, knapsack, pouch and powder-horn, with twenty balls suited to the bore of his rifle, and a quarter of a pound of powder; and every enrolled person shall so appear armed, accoutred and provided when called out to muster, or into service, except when called

*Amended, T. L. c. 137, 155. Repealed, O.L. c. 25, § 54. Persons liable to do militia duty to be enrolled by the commanding officers of companies.*

*Militia, how to be armed.*

* See T. L. c. 1, 8, 23.

246                                    MILITIA.                        [Chap. 105.

**Commissioned officers, how to be armed.**
**Arms, &c. exempted from all seizures.**

out on company days, to exercise only, he may appear without a knapsack. The commissioned officers shall severally be armed with a sword or hanger, and espontoon ; and every citizen, so enrolled and providing himself with arms, ammunition and accoutrements, required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales for debt, damages, or the payment of taxes.

**What persons exempted from militia duty.**

§ 2.  That the judges of the supreme court, the attorney-general, the clerk of the supreme court of the territory, all ministers of the gospel, licensed to preach according to the rules of their sect, all keepers of jails, and such other persons as are exempted by the laws of the United States shall be, and hereby are exempted from militia duty.

**Militia, how to be divided.**

§ 3.  That the militia of the territory shall, as soon as may be after the passing of this law, be divided into divisions, brigades, regiments, battalions and companies.  Each division, brigade and regiment shall be numbered, and a record of such numbers made in the adjutant-general's office, and when in the field, or in service in the territory, each division, brigade, or regiment shall, respectively, take rank according to their numbers, reckoning the first or lowest number highest in rank.  Each division shall consist of two brigades ; each brigade of not less than two, nor more than four regiments ; each regiment of two battalions ; each battalion of four companies ; and each company shall consist of sixty-four privates.  *Provided always*, That if local circumstances should require it, a company may be formed of forty, or extended to eighty rank and file.

**Officers.**

§ 4.  That the militia of the territory shall be officered as follows, to wit ; to each division there shall be one major-general, who shall be allowed two aids-de-camp, with the rank of major ; to each brigade one brigadier-general, with one brigade inspector, to serve as brigade-major, with the rank of major, to be appointed by the brigadier-general from among the commissioned officers of his brigade ; to each regiment one lieutenant-colonel commandant ; to each battalion one major, and to each company one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer, and one fifer.  The regimental staff shall consist of one adjutant, one clerk, one quarter-master, and one pay-master, to be chosen from among the subaltern officers, if fit persons can be found ; one surgeon, one surgeon's mate, one sergeant-major, one quarter-master-sergeant, one drum-major, and one fife-major.

**One company of artillery, and one troop of horse, to each brigade.**
**How officered and armed.**

§ 5.  That there shall be attached to each brigade one company of artillery, and one troop of horse, when in the opinion of the brigadier-general the said companies, or either of them can, with convenience, be raised and equipped within his brigade.  To every company of artillery there shall be one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one fifer, and not less than twenty, nor more than thirty matrosses ; the non-commissioned officers shall be armed with a sword or hanger, and each private, or matross, shall be furnished with a fusee, bayonet and belt, with a cartridge-box to contain twelve cartridges.  And to each troop of horse there shall be one captain, two lieutenants, one cornet, four sergeants, four corporals, one sadler, one farrier, one trumpeter, and not less than thirty, nor more than sixty privates.  The commissioned officers shall furnish themselves with good horses, saddles and holsters, and be armed with a sword and pair of pistols ; and each dragoon shall provide himself with a serviceable horse, a good saddle and holsters, a bridle, mail pillion and vallise, a breast-plate and crupper, a pair of boots and spurs, and be armed with a sabre, a pistol or pair of pistols, and cartridge-box, to contain twelve cartridges

**To be formed by volunteer enlistments.**
**To dress in uniform.**

for pistols.  Each company of artillery and troop of horse shall be formed of volunteers from the brigade, and be enlisted by the officers commanding them, and shall be uniformly clothed in regimentals, furnished at their own expense, the color and fashion to be determined by the brigadier-general commanding the brigade to which they belong.

**Companies of light infantry, grenadiers, and riflemen, to be raised by voluntary enlistment.**

§ 6.  And whereas it will be of great utility and advantage, in establishing a well disciplined militia, to annex to each battalion a light company, to be formed of young men, from the age of eighteen to twenty-eight years, whose activity and domestic circumstances will admit of a frequency of training, and who will be in a state of readiness in all cases of emergency, not practicable or convenient for the militia in general, and their returning to the main body, on their arrival at the latter period, will be giving thereto a military pride and experience from which the best of consequences must result ; therefore, *Be it further enacted*, That the governor shall appoint and commission one captain, one lieutenant and one ensign to each battalion ; and the said com-

panies shall be distinguished by the denomination of grenadier, light infantry or riflemen, at the discretion of the commanding officer of the brigade. Every person belonging to the said light companies shall wear, while on duty, such caps and uniforms as the field officers of the regiment shall direct, to be purchased by such companies at their own expense. And the officers of such light companies shall, after qualifying in manner hereafter directed, proceed to raise their companies by voluntary enlistment anywhere within the bounds of the battalion to which they may be attached, of young men, as before directed; and as the men of such light companies shall, from time to time, arrive at the age of twenty-eight years, the captain shall make report thereof to the commanding officer of the battalion, who shall order them to be enrolled in the district company they may respectively live in, and the deficiency shall be supplied by a new enlistment. The said companies shall, in all respects, be subject to the same regulations and orders as the rest of the militia, except as hereinafter excepted. *At the age of 28, to be enrolled in the district companies.*

§ 7. That the commanding officers of regiments, battalions and companies, in each county, shall, on the first Monday in May next, meet at their respective court-houses, then and there to divide the counties into districts for the purpose of forming the regiments, battalions and companies, by this act established, which district, so laid off, shall be designated by certain lines and bounds, to be by them established, and which shall be recorded by the clerk of each regiment. *Provided always,* That if emigration into any of the company districts shall render it necessary to form new districts, so as to affix to each district its proper number of effective militia, it shall be the duty of the captain of each company, which shall have increased above the proper number, to notify the commandant of the battalion to which such company belongs thereof, who shall give the like information to the commandant of his regiment, whose duty it shall be to cause a meeting of the commanding officers of the companies of such battalion, or regiment (as the case may be) from which such new company is to be taken, at the most convenient place in the battalion or regiment, as soon as may be; and the officers, so met, shall proceed to divide such district, in case it contains a sufficient number of effective men so as to form two companies, or otherwise to take from the several adjoining districts such parts as they can spare, without reducing the original company or companies below their proper quota, and thereof form one new company. *Division of counties into districts.* *When and how shall be formed.*

§ 8. That no person shall be eligible to a command in the militia, who is not a citizen of the United States, and has not resided twelve months in this territory. *Requisites to a command.*

§ 9. That every officer, commissioned by virtue of this act, shall, previous to his entering on the execution of his respective office, take the oath of allegiance to the United States, and the following oath or affirmation, to wit: I, ———— do solemnly swear (or affirm as the case may be) that I will faithfully and justly execute the duties of a ———— in the militia of the territory, according to the best of my abilities; so help me God; which oath, or affirmation, shall be endorsed on the back of the commission by the person administering the same. *Oaths to be taken by commissioned officers before they act.*

§ 10. That all commissioned officers shall take rank according to the date of their commissions; and when two or more of the same grade be of equal date, then their rank shall be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment. *Rank of officers, how to be determined.*

§ 11. That each battalion and regiment shall be provided with regimental standards, with the number of the regiment inscribed on the same, by the field officers; and each company with the regimental colors, with the number of the company in such regiment inscribed thereon; a drum and fife, by the commissioned officers of the company, in such manner as shall hereinafter be directed. *Regimental standards to be provided.*

§ 12. That there shall be an adjutant-general appointed in the territory, whose duty it shall be to distribute all orders from the commander-in-chief of the territory to the several corps; to attend all public reviews, when the commander-in-chief shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the system of military discipline established by this act; to furnish blank forms of the different returns that may be required, and to explain the principles on which they should be made; to receive from the several officers of the different corps throughout the territory returns of the militia under their commands, reporting the actual situation of the arms, accoutrements, and ammunition, their *Adjutant-general, his duty.*

• delinquencies, and every other thing which relates to the general advancement of good order and discipline; all which the several officers of the divisions, brigades, regiments and battalions are hereby required to make in the usual manner, so that the said adjutant-general may be duly furnished therewith; from all of which returns he shall make proper abstracts, and lay the same, annually, before the commander-in-chief of the territory. *Provided always,* That the adjutant-general of the militia of this territory shall be, ex-officio, inspector-general of the same.

**Brigade-inspector, his duty.** § 13. That it shall be the duty of the brigade-inspector to attend all musters of officers within his brigade; to exercise and examine them; to note delinquencies, and return the same forthwith to the lieutenant-colonel of the regiment to which they belong; to attend the regimental and battalion meetings of the militia composing their several brigades, during the time of their being under arms; to inspect their arms, ammunition and accoutrements; superintend their exercise and manœuvres, and introduce the system of military discipline pointed out in the twenty-fifth article for the government of the militia, described throughout the brigade, agreeable to law, and such orders as they shall, from time to time receive from the commander-in-chief of the territory, or the commander of the brigade, for the time being; to make returns to the adjutant-general of the territory twice in every year, the first on or before the first day of August, and the second on or before the first day of December, of all the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements and ammunition of the several corps, and every other thing which, in his judgment, may relate to their government, and the general advancement of good order and military discipline.

**Officers to meet and exercise, &c.** § 14. And whereas it will be productive of very considerable advantages to the disciplining the militia to have frequent meetings of the commissioned and non-commissioned officers of each regiment or battalion, *Be it further enacted,* That the commissioned and non-commissioned officers of each battalion, or regiment, at the discretion of the brigadier-general, shall meet at some convenient place, as near as may be in the centre of each battalion or regiment, to be pointed out by the brigadier-general, as often as he may think expedient, not exceeding six days in every year, for the purpose of being trained and instructed, by the brigade-inspector, for the space of five hours each day.

**Captains to appoint sergeants, &c.** § 15. That it shall be the duty of each captain, after having enrolled his company, as directed by this law, to appoint four persons to his company as sergeants, giving to each his rank of first, second, third and fourth sergeant; and also four persons as corporals, giving to each his rank of first, second, third and fourth corporal, giving his company notice thereof, and shall report the said appointments to the commandant of the regiment, who shall thereupon make out his warrants to such non-commissioned officers, accordingly; and

**Persons refusing to serve, liable to a fine.** they are to be obeyed and respected as such; and if any person or persons, on receiving due notice of any such appointment, shall refuse to perform the duties of the office to which he or they are appointed, such person or persons shall be returned to the next court of inquiry by his or their captain, to be fined as this law directs.

**Captains to make divisions of their companies, &c.** § 16. That it shall be the duty of the commanding officer of each and every company, so enrolled, forthwith to divide his company into divisions by ballot, from one to eight, for the purpose of a regular routine of duty, when called into actual service, and shall return a roaster of such division, with the rotative number attached to each class, within fifteen days, to the commanding officer of his battalion, who shall forthwith transmit the same to the commandant of the regiment, who shall order the same to be recorded by the clerk thereof.

**Persons moving from one company to another, what necessary.** § 17. That every militia-man, removing out of the bounds of one company to another, shall apply to the commanding officer of the company he is removing from, who shall give him a discharge, certifying the class to which he belongs, which certificate the said militia-man shall produce to the captain, or commanding officer of the company, in the district in which he shall next settle, within ten days after his settlement; and the said captain, or commanding officer, is hereby required to enrol him in the class specified in said certificate. And on failure of any militia-man obtaining a certificate, in the manner aforesaid, and presenting the same, as before directed, the captain, or commanding officer of the company to which he shall remove is hereby required to enrol such delinquent the foremost in the first class for duty, notifying him thereof, and that he must hold himself in readiness to perform any duty by this act required.

§ 18. That there shall be private musters of each company of cavalry, ar- Company mus-
tillery, grenadiers, light infantry and riflemen, once in every two months, at ters, how often
such time and place as the commandant thereof shall appoint, except in the holden.
months of December, January, February and March in every year; and every
other company, formed by virtue of this act, once in every two months (except as
before excepted) to be appointed by the commanding officer thereof, at, or as
near as may be, the centre of the company district. There shall be a muster Battalion mus-
of each battalion in the month of April in every year, which shall be appointed ter.
by the commanding officers of the respective regiments, who shall fix on the
most suitable place, as near as may be to the centre of the battalion district,
and shall superintend the exercise and direct the evolutions that shall be per-
formed; and there shall be a muster of each regiment in the month of October, Regimental
in every year, which shall be appointed by the brigadier-general, or command- muster.
ing officer of the brigade to which such regiment belongs, at or as near as may
be to the centre of the regimental district, and shall be made under the super-
intendence and direction of the brigadier-general, or commander of the regi-
ment, which company, battalion and regimental muster shall continue one day
each, and no longer.

§ 19. That the brigadier-generals, or commanding officers of brigades, Notice of mus-
shall cause notices, in writing, of the times and places of the said musters, ters, when and
to be given to the commanding officers of regiments, at least twenty-five how given.
days; the commanding officers of regiments shall give notice of the regimen-
tal and battalion musters, to the commanding officers of battalions, at least
twenty days; the commanding officers of battalions shall give notice of the
regimental and battalion musters, to the commanding officers of companies,
at least fifteen days, and the captains, or commanding officers of companies,
shall give notice of the regimental, battalion and private musters, to the in-
dividuals of their respective companies, by themselves or sergeants, at least
five days before such regimental, battalion or company muster (as the case
may be) shall be holden. The notices to be given by the commanding offi-
cers of brigades, regiments and battalions shall be in writing, and delivered
to the person or persons, or left at the usual place of his or their abode, by
such commanding officers themselves, or such other officer or officers as they
may think fit to order. And the commanding officers of companies shall have
power to assign to each sergeant of their respective companies his due pro-
portion thereof, whose duty it shall be to give the notice before directed to
that portion of the company to him assigned, which may be done by personal
summons, or by leaving notices, in writing, at the usual places of abode of
the persons to be notified.

§ 20. That the militia of the territory shall be divided into divisions and Divisions and
brigades, in manner following, to wit; the counties of Jefferson and Wash- brigades, how
ington shall form one division and two brigades, with an appointment of one made and offi-
major-general to the division, and one brigadier-general to each county; the cered.
counties of Ross and Adams shall form a second division, and two brigades,
with the appointment of one major-general to the division, with one brigadier-
general to the county of Ross, and one brigadier-general to the county of
Adams; the county of Hamilton shall form a third division, and be command-
ed by one major-general and two brigadiers; the county of Knox shall form a
brigade, to be commanded by a brigadier-general; the counties of Randolph
and St. Clair shall compose a brigade, and be commanded by a brigadier-gen-
eral; and the county of Wayne shall form one brigade, to be commanded by
a brigadier-general. *Provided always,* That when any new county shall be
laid off, the same shall be retained in that division or brigade from which the
same was principally taken.

§ 21. That every officer and soldier shall appear at his respective muster- Hour of muster
field, on the day appointed, by eleven o'clock; and at every muster each and of roll-call.
captain, or commanding officer of a company, shall direct the first sergeant of
his company, in his presence, to call the roll at half past eleven o'clock, pre-
cisely, examine every person belonging thereto, and note down all delinquen- Returns to be
cies occurring therein, and make return thereof, as well as of the strength of made by com-
the company, number of rifles, muskets, bayonets, fusees, &c. on parade, to manding offi-
the commanding officer of his battalion, within ten days after any such regi- cer.
mental, battalion or company muster. And every commanding officer of a
battalion shall, at his regimental or battalion muster (as the case may be) at
the hour on which the battalion is to be formed, in like manner, proceed to call

250                                    MILITIA.                              [CHAP. 105.

**Roll of commissioned officers, when called.**
the names of the commissioned officers of his battalion, examine and note down all delinquencies, and make return thereof, together with those reported from commanding officers of companies, to the commanding officer of the regiment to which he belongs, within fifteen days next succeeding such battalion or regimental muster (as the case may be) who shall lay the whole before the court hereafter appointed to take cognizance and determine on them ; and to each of the said returns shall be annexed the following certifi-

**Certificates to accompany returns.**
cate, to wit ; I,                    do certify that the returns, hereunto annexed, contain all the delinquencies which have occurred in my company (or battalion, as the case may be) since my last return.  And to the battalion returns shall be added, and that the reports which accompany them, are all which have been made by the commanding officers of companies within my battalion.

**Adjutant to make returns.**
§ 22.  That the commanding officers of each regiment, within twenty days next after a muster of his regiment, or of the battalions of the same, shall cause the adjutant of his regiment to make out a complete return of the same (agreeably to such forms as shall be furnished by the adjutant general, noting particularly its strength and number of arms) to the inspector of the brigade.

**Court of inquiry and assessment of fines, how formed.**
§ 23.  That the commissioned officers of the first battalion, in each regiment, shall meet on the second Tuesday, and the commissioned officers of the second battalion of each regiment shall meet on the second Thursday, next after each regimental or battalion muster, as near as may be the centre of the battalion, to be pointed out by the lieutenant-colonel at the battalion or regimental muster, and public notice thereof given to the battalion or battalions, whilst on parade, a majority of whom shall form a court of inquiry and assessment of fines ; and it shall be the duty of the lieutenant-colonel commandant to preside at such board, and in case of his absence, by sickness or otherwise, the next officer in rank shall preside.  The said court shall take the following oath, to be administered by the senior officer present, and after-

**Form of oath.**
wards by any other officer of the said board to him, to wit ; I, do solemnly swear (or affirm as the case may be) that I will truly and faithfully inquire into all delinquencies which appear on the returns to be laid before me, and will assess the fines thereon as shall seem just, without partiality,

**Delinquencies, by whom laid before the court.**
favor or affection, so help me God.  The lieutenant-colonel commandant, or commanding officer of the regiment, shall then lay before the said court all delinquencies, as directed by this act, whereupon they shall proceed to hear and determine on them.

**Forfeitures for neglect of duty:**
§ 24.  And for enforcing obedience to this act, *Be it enacted,* That the following forfeitures and penalties shall be incurred for delinquencies, to wit ;

**By a colonel.**
by a lieutenant-colonel commandant, or commanding officer of a regiment, for failing to take any oath, to direct his adjutant to summons any court or board, to deliver any commission or commissions, to appoint a regimental or battalion muster, to give information of the places of holding courts of inquiries, to attend the same, to report delinquencies, to attend a battalion or regimental muster, or a muster of officers, to appoint the staff officers to his regi-

**By a major.**
ment, not less than ten, nor more than one hundred dollars ; by a major, or commanding officer of a battalion, for failing to take an oath, to attend any court or board, to give notice of any regimental or battalion muster, to examine and train his battalion, to report delinquencies, to make a return or to attend a muster of officers, he shall forfeit and pay any sum not less than

**By a captain.**
eight, nor more than eighty dollars ; by a captain, or commanding officer of a company, (as the case may be) for failing to take an oath, to attend any court or board, to enrol his company, to appoint private musters, to give notice of a regimental or battalion muster, to attend any muster armed, to examine and exercise his company, as is by the twenty-fifth article directed for the government of the militia, to call his roll and report delinquencies, to make any return or appoint non-commissioned officers, as directed by this act, he shall forfeit and pay any sum not exceeding fifty, nor less than five dollars,

**By a subaltern.**
for every such offence ; by a subaltern officer, for failing to take any oath, to attend any court or board, to attend any muster armed, as is by this act directed, for every such offence or neglect he shall forfeit and pay any sum not

**By a non-commissioned officer.**
exceeding forty, nor less than four dollars ; by a non-commissioned officer, for failing or neglecting to attend any muster of officers, to attend any muster of his company, to serve if appointed, as a non-commissioned officer for the term of one year, to take charge of any part of his company, or march them as directed, for every such offence or neglect he shall forfeit and pay

any sum not exceeding twenty, nor less than two dollars; by a private man, for failing or neglecting to attend a regimental or battalion muster armed and equipped as directed by law, shall forfeit and pay any sum not exceeding six dollars, nor less than one dollar and fifty cents; to attend a muster of his company at the time and place appointed, in manner aforesaid, during the whole time the same is on parade, any sum not exceeding three dollars, nor less than one dollar. *By a private.*

§ 25. That the fathers shall be bound for the payment of fines incurred by their sons, under the age of twenty-one, guardians for the payment of fines incurred by their wards, and masters for the payment of fines incurred by their apprentices, and be charged therewith by the collectors of fines accordingly. *Fines on persons under 21, by whom paid.*

§ 26. That any court of inquiry, for good cause shown, may remit fines assessed by the court preceding the same, and in such cases it shall be the the duty of the clerk, to certify the same to the collector of fines, who shall thereupon not collect such fine or fines, or refund the same if collected. *How fines may be remitted.*

§ 27. That all fines to be assessed by virtue of this act, shall be collected by the sheriff or collector, as the case may be, of the county or township in which the delinquent resides; and it shall be the duty of the clerk of each regiment to deliver to the sheriff or collector, as aforesaid, a certified list of all the delinquencies therein, on or before the first day of January in every year, and take his receipt therefor, which shall be lodged, by the said clerk, in the county treasurer's office, within twenty days after he received the same, taking his receipt therefor; and he shall deliver within ten days after receiving the treasurer's receipt, a duplicate thereof to the lieutenant-colonel of his regiment; and the sheriff or collector, as aforesaid, shall collect and account for all fines placed in his hands as aforesaid, on or before the first day of November in the same year, and on failure the treasurer of the county, on giving him twenty days previous notice, shall obtain judgment and execution for the same, with costs, and ten per centum interest on the amount from the time the same became due; and should any person so charged with fines, fail to make payment, on or before the fifteenth day of June, in any year, the sheriff or collector, as aforesaid, is hereby authorized and required to make distress and sale therefor, in the same manner as is directed in the collection of taxes. *Provided always,* That any sheriff or collector shall be credited by his list of delinquents and insolvents, to be first examined by the court or courts of inquiry within his county. *Fines, by whom, and in what manner collected.*

§ 28. That all moneys paid into the treasury, in manner aforesaid, shall be appropriated first, to the purpose of procuring the necessary number of drums, fifes and colors, and secondly, the remainder, if any, to pay the different officers directed to be paid by this law, subject to the orders of the courts of inquiry, countersigned by the lieutenant-colonel. *How fines shall be appropriated.*

§ 29. That the adjutant-general shall be allowed the sum of fifty dollars, and each brigade inspector the sum of forty dollars yearly for stationary, for the use of their respective offices; and the territorial treasurer is hereby authorized and directed to pay the same on the certificate of the auditor of public accounts; the adjutant, clerk, provost-martials, the fife and drum-majors, and other fifers and drummers of each regiment, shall receive such compensation for their services as the courts of inquiry think proper. *Stationary allowed the adjutant-general and brigade-inspectors. The adjutant, clerk, &c. to be compensated.*

§ 30. That if any militia-man shall make it appear to the satisfaction of the officers of the company to which he belongs, that he is unable to furnish or equip himself as by this law is directed, and the said officers satisfying the succeeding court of inquiry thereof, it shall be in the power of such court, to remit any fine that may have been imposed by virtue of this law, and to grant such militia-man exemption from all such fines until he shall be enabled, in the opinion of the officers of his company, to furnish and equip himself agreeably to this law. *Provision in favor of persons unable to equip according to law.*

§ 31. That if any bystander at a regimental, battalion or company muster, shall insult, or otherwise molest any officer or soldier whilst on parade, the commanding officer of the regiment, battalion, troop, or company (as the case may be) may order such person or persons to be put under guard, for any time not exceeding six hours, and to pay a fine not exceeding four dollars, which shall be collected as other militia fines are. *Punishment of bystanders on parade, insulting an officer or soldier.*

§ 32. That it shall be the duty of each clerk of the regiment to attend the courts of inquiry therein, to take the minutes of their proceedings, receive all returns from the commandants of battalions and companies, and *Clerk of the regiment, his duty.*

Failing therein.

record the whole in a proper book prepared for that purpose ; he shall also, record the class rolls of each company in his regiment, and shall furnish the sheriff or collector (as the case may be) with a list of the delinquents in his regiment, stating the number of fines due from each delinquent, and the muster at which they were delinquents, and on failure or neglect of any clerk to perform any of the duties imposed on him by this law, he shall be fined by any court of inquiry, in any sum, not exceeding fifty dollars.

Governor empowered to call forth the militia.

Not to exceed four classes, at one time.

§ 33.   That whenever it may be necessary to call into actual service any part of the militia, on an actual or threatened invasion of this territory, or of any of the neighboring states, that it shall and may be lawful for the governor to order into actual service, such part of the militia, by classes, as the exigency may require.   *Provided*, that the part, so called, doth not exceed four classes of the militia of the brigade or brigades so called out ; and *Provided also*, That such brigade or brigades shall not be again called into actual service, until an equal number of classes of the militia of the other brigade or brigades, respectively, be first called, unless the danger of an invasion from the Indians or others, should make it necessary to keep in reserve the militia of such brigade or brigades, for their immediate defence.

Governor to forward his orders to the brigadier-generals. Brigadier-general failing in his duty.

§ 34.   That all orders for the militia to be called forth as aforesaid, shall be sent to the commanding officers of brigades, with a notification of the place or places of rendezvous, who shall immediately take measures for detaching the same, with the necessary number and rank of officers ; and if any brigadier-general shall fail herein, or fail or neglect to comply with any of the duties of him required by virtue of this act, he shall forfeit and pay any sum not exceeding one thousand dollars, to be assessed by a general court martial.

Militia, how to be classed.

§ 35.   That each battalion or regiment of the territory, shall be divided into eight classes (preserving to each man his original class) all troops of horse and flank companies, whether grenadiers, light infantry or riflemen, shall be called into service by companies or detachments, and not by classes ; the first flank company making part of the first call, and the second flank company shall make part of the fifth call of the militia, and be commanded by their own proper officers.

The order of classing commissioned officers.

§ 36.   That to the end the militia, when called by classes, shall be properly officered, the following order is hereby directed and enjoined ; that is to say,

| For the 1st draft, the 1st capt. | 2d lt. | and 4th ensign | |
|---|---|---|---|
| 2d   do. | 2d   do. | 1st  do. | 3d   do. |
| 3d   do. | 3d   do. | 4th  do. | 2d   do. |
| 4th  do. | 4th  do. | 3d   do. | 1st  do. |
| 5th  do. | 5th  do. | 6th  do. | 8th  do. |
| 6th  do. | 6th  do. | 5th  do. | 7th  do. |
| 7th  do. | 7th  do. | 8th  do. | 6th  do. |
| 8th  do. | 8th  do. | 7th  do. | 5th  do. |

Field officers, routine of command, &c.

Term of service and how relieved.

When the militia may be called into service other than by classes.

Non-commissioned officers to take tour of duty with the commissioned officers, and the routine of the field officers shall be according to the date of their respective commissions.   The first colonel of the brigade shall command the first detachment, if it amounts to a colonel's command, if it does not, the command shall devolve on the first major, liable to serve three months and no longer, and to be relieved by the class next in numerical order ; the relief to arrive at least two days before the expiration of the term of the class to be relieved.   But nothing herein contained shall prevent the governor, or any commanding officer of a county, from employing or calling out a part or the whole of any class, or any companies, regiment or regiments, without respect to this rule, whenever the exigency is too sudden to allow the assembling of the militia, which compose the particular classes ; and the service of the persons, so called out, shall be accounted as a part of their tour of duty.

Captains, their duty when the militia are called into service. Adjutant, his duty.

§ 37.   That when any detachment of the militia shall be called into service, the captain of each company shall take care that his proportion of men are assembled, and marched to the proper place of parade or rendezvous, under the care of a commissioned officer or sergeant, with a list of the men, which list shall be delivered to the adjutant of the regiment, whose duty it shall be to attend at the place appointed to receive the detachment from the several companies of his regiment ; and he shall make out a roll of the whole, mentioning the rank of the officers, and names of the non-commissioned officers and privates, and when the detachment shall be completed and placed under

the proper officer, he shall attend them to the place appointed for the meeting of the detachment of the brigade, when the several adjutants shall deliver to the brigade-major or inspector, or officer appointed to command the whole detachment, a complete roll, containing the names of the commissioned and non-commissioned officers and privates composing the detachment from each regiment or battalion, noting such remarks as circumstances may require. *Officer com-* And it shall be the duty of the officer appointed to the command of said de- *manding a de-* tachment, to cause two complete rolls to be made out and certified under his *tachment, his* hand, one of which rolls he shall forthwith transmit to the adjutant general, *duty.* and the other to the brigade-inspector.

§ 38. That it shall and may be lawful for any person called to do a tour *When persons* of duty, to send a sufficient substitute, such substitute being approved of by *called out may* the captain or commanding officer of the company, which he shall be offered to *serve by substi-* serve in. *Provided always*, That persons serving by substitute as aforesaid, if *tutes.* said substitute be called in his own turn into actual service, before the time ex- *Condition* pires which he was to serve for his employer, that then the person procuring *thereof.* such substitute shall march, or find a person to march in his substitute's turn (to be accepted as aforesaid) or be liable to pay his fine for neglect, which fine is to be recovered in the same manner as is directed in the case of any militia-man neglecting or refusing to do a tour of duty ; and that sons who are not subject to the militia law, may be admitted as substitutes for their fathers, to be accepted as aforesaid.

§ 39. That the lieutenant-colonel of each regiment from which detach- *When impress-* ments are drawn, shall (if not otherwise to be obtained) cause to be procured *ment of certain* by impressment for each company, a wagon, team and driver, or a sufficient *articles may be* number of pack-horses, six axes, and six camp-kettles, or pots of convenient *made.* size, all which shall be delivered to the commanding officer of the company, who shall be accountable for returning the same when his tour is over ; and the articles aforesaid shall be returned to the owner, who shall be allowed for the use, damage and detention of the same, whatever shall be adjudged by a court of inquiry of the regiment. And to the end, that if any articles im- *When lost, &c,* pressed be lost, the owner may be paid for the same, the lieutenant-colonel *how indemnifi-* shall cause all property by him impressed by virtue of this act, to be valued *cation shall be* by three house-holders, or any two of them on oath, before the same shall be *made the own-* sent away, and shall give such owner a receipt for the same, stating the quan- *ers.* tity, quality and value of the property impressed, together with a certificate of the appraisers ; and upon proof being made of any article being lost, the valuation thereof shall be allowed, and the said allowance shall be certified to the auditor of public accounts. The said court shall make inquiry into the cause of such loss, and if it shall appear that such loss was occasioned by the misconduct or inattention of any officer, the brigade-inspector is hereby authorized and required to prosecute a suit against such officer to recover damages for the use of the territory.

§ 40. That if any sudden invasion shall be made, or threatened to be made, *Commanding* into any county or district within this territory by Indians, or any other power, *officer of a* the commanding officer of the militia of such county or district, is hereby *county, upon an* authorized and required to order out the whole, or such part of the militia of *actual or* his county or district, as he may think necessary, in such manner as he may *threatened in-* think best for the repelling such invasion, and shall call on the commanding *vasion thereof,* officers of the adjacent counties or districts for such aid as he may conceive *how to proceed.* necessary, who shall forthwith in like manner furnish the same. And for assembling the militia required upon such occasions, or by order of the executive, the same measures shall be taken to summon them as is directed in the case of musters ; and it shall be the duty of every commanding officer of a county or district, on receiving information of the intended invasion of his, or any neighboring county or district, forthwith to convey information of the same by special messenger or otherwise, to the governor of the territory for the time being, that he may make the necessary arrangements to repel the same.

§ 41. That if any suit or suits shall be brought or commenced against any *Persons prose-* person or persons for any thing done in pursuance of this act, the action shall *cuted under* be laid in the county where the cause of such action did arise, and not else- *this law how* where ; and the defendant or defendants in such action or actions to be *they may* brought may plead the general issue, and give this act and the special matter *plead.* in evidence. And in case the plaintiff or plaintiffs in any such action, shall *Plaintiffs fail-* fail in supporting the same, he, she or they so failing, shall pay to the defend- *ing, to pay dou-* ant or defendants in every such action, double costs. *ble costs.*

254                                MILITIA.                        [CHAP. 105.

Articles.

§ 42. That the following articles, rules and regulations shall govern the militia of this territory, to wit:

Commissioned officers misbehaving, how punished.

ARTICLE 1. If any field or other commissioned officer, at any regimental review, or on any other occasion, when the regiment, battalion or company to which he may belong, or in which he may hold a command, is paraded in arms, shall misbehave or demean himself in an unofficer like manner, he shall, for such offence, be cashiered or punished by fine, at the discretion of a general court martial, as the case may require, in any sum not exceeding sixty dollars; and if any con-commissioned officer or private shall, on any occasion of parading the company to which he belongs, be drunk, or shall disobey orders, or shall use any reproachful or abusive language to his officers, or any of them, or shall quarrel or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard by the commanding officer or officers present, until the company is dismissed, and shall be, by a regimental court-martial, fined not more than twenty dollars, nor less than one dollar.

Non-commissioned officers and privates misbehaving, &c.

Lieut. colonel refusing to give orders, how punished.

ART. 2. If the lieutenant-colonel or commanding officer of any regiment or battalion, shall neglect or refuse to give orders for assembling his regiment or battalion, at the direction of the commander of the brigade to which he belongs, or in case of an invasion of the county or district to which such regiment or battalion belongs, he shall be cashiered and punished by fine, not exceeding six hundred dollars, at the discretion of a general court-martial; and if a commissioned officer of any company shall, on any occasion, neglect or refuse to give orders for assembling the company to which he belongs, or any part thereof, at the direction of the lieutenant-colonel or commanding officer of the regiment to which such company belongs, he shall be cashiered and punished by fine, not exceeding two hundred dollars, at the discretion of a brigade or general court-martial; and a non-commissioned officer, offending in such case, shall be fined at the discretion of a regimental court-martial, in any sum not exceeding twenty dollars.

Captains refusing, how punished.

Non-commissioned officer, &c.

Penalty on captains failing to make out a list of persons noticed for a tour of duty.

ART. 3. If any captain or commanding officer of a company, shall refuse or neglect to make out a list of the persons noticed to perform any tour of duty, and send or convey the same to the lieutenant-colonel, or commanding officer of the regiment, to which such company may belong, or if he shall fail to call forth such officers and men as shall, from time to time, be legally called from his company, upon any call from the governor on an invasion or insurrection in the county or district, or requisition from an adjacent county or district, or failing on any such occasion to repair to the place of rendezvous, for such neglect or refusal he shall be cashiered or fined at the discretion of a general court-martial, in any sum not exceeding one hundred dollars, nor less than five dollars.

Desertion, how to be punished.

ART. 4. If any militia-man shall desert while he is on a tour of duty, he shall be fined not exceeding fifty dollars, and be obliged to march on the next tour of duty under the same penalties as the first. If a non-commissioned officer shall so desert, he shall be degraded and placed in the ranks, and shall pay a fine not exceeding seventy-five dollars, and be obliged to serve another tour as a private.

General court-martial.

ART. 5. Every general court-martial shall consist of thirteen members, exclusive of a judge-advocate, all of whom shall be commissioned officers not under the rank of captain, and the officer highest in rank shall preside.

Regimental court-martial.

ART. 6. Every regimental court-martial shall be composed of five members, all commissioned officers, one of their number a president, not under the rank of captain.

Members how to vote, &c.

ART. 7. All members of a court-martial are to behave with decency and calmness, and in giving their votes, are to begin with the youngest in commission.

Officers to be tried by a general court-martial.

ART. 8. No officer shall be tried but by a general court-martial, nor by officers of an inferior rank, if it can be avoided; nor shall any proceedings or trials be carried on except between the hours of eight o'clock in the morning and three o'clock in the afternoon, excepting in cases which in the opinion of the officer appointing the court, requires an immediate example.

Judge-advocate, how to prosecute, &c.

ART. 9. The judge-advocate shall prosecute in the name of the territory, but shall so far consider himself as counsel for the prisoner, as to object to any leading question to any witnesses, or any question to the prisoner, the answer to which might lead to criminate himself.

Of persons under guard.

ART. 10. When a non-commissioned officer or private is confined under guard, his crime shall be lodged with the officer of the guard within twelve

hours after the prisoner's confinement, otherwise the prisoner shall be set at liberty.

ART. 11. In every court martial not less than two-thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted.

*Court-martial, two-thirds must agree, &c.*

ART. 12. The president of each and every court-martial, whether general or regimental, shall require all witnesses in order to the trial of offenders, to declare on oath, or affirmation, that the evidence they shall give, is the truth, the whole truth and nothing but the truth. And the members of all such courts shall take an oath, or affirmation, as follows, to wit; I,

*Witnesses to declare on oath.*

do solemnly swear (or affirm as the case may be) that I will hear and determine, according to evidence, to the best of my understanding, and the custom of war in like cases, between the territory of the United States, northwest of the Ohio river, and          now to be tried ; and that I will not disclose the opinion of this court, until approved or disapproved by the commanding officer (or commander-in-chief as the case may be) and that I will not, at any time, discover or disclose the opinion of any particular member, unless called upon to give evidence thereof by a court of justice in due course of law ; which oath shall be administered by the judge-advocate to the president and members.

*Members of a court-martial, to take an oath, &c.*

*By whom administered.*

ART. 13. The judge-advocate shall be appointed by the officer ordering the court-martial, and shall take the following oath or affirmation, which shall be administered by the president, to wit ; I,          do swear (or affirm as the case may be) that I will faithfully execute the office of judge-advocate to this court, now met for the trial of          to the best of my abilities and understanding, and the custom of war in like cases ; and that I will not disclose nor discover the opinion of this court-martial, until approved or disapproved of by the commanding officer, and that I will not at any time disclose or discover the vote or opinion of any member, unless called upon by a court of justice to give evidence thereof in due course of law. It shall be the duty of the judge-advocate to prosecute for the territory, and to keep a record of the whole proceedings of the court, taking into view the depositions of all witnesses that may be introduced.

*Judge-advocate to take an oath.*

*His duty.*

ART. 14. Courts-martial shall appoint a provost-martial, whose duty it shall be to summon all witnesses, having received process for that purpose from the president of the court, to execute the orders of the court and keep bystanders from interrupting the court whilst sitting. And all persons, called as witnesses, in any case before a court-martial, who shall refuse to attend and give evidence, shall be censured or fined, at the discretion of the court, in any sum not exceeding fifty dollars.

*Provost-martial, his duty.*

*Witnesses refusing to attend, how punished.*

ART. 15. No officer or private, being charged with transgressing these rules, shall be suffered to do duty in the regiment, company or troop to which he belongs, until he has had his trial by a court-martial, and every person, so charged, shall be tried as soon as a court-martial can conveniently be assembled.

*Suspension and trial of officers and privates.*

ART. 16. If any non-commissioned officer or private shall think himself injured by his lieutenant-colonel, or the commanding officer of the regiment, and shall, upon due application made to him, be refused redress, he may complain to the brigadier, who shall direct three commissioned officers to inquire into the nature of the complaint ; and if they report that the person complaining, in their opinion, has been injured, the brigadier-general shall then direct the brigade-inspector, at a certain time and place, to summon a general court-martial, for the purpose of doing justice to the person complaining ; and shall also direct the brigade-inspector to give the person complained of at least eight days previous notice of the time and place of the meeting of any such court-martial.

*Colonel, injuring a non-commissioned officer or private, what proceedings thereon, &c.*

ART. 17. If any non-commissioned officer or private shall think himself injured by his captain, or other superior in the battalion, troop or company to which he belongs, he may complain to the commanding officer of the regiment, who shall cause his adjutant to summon a regimental court-martial, for doing justice according to the nature of the case.

*If injured by a captain, &c. how to proceed.*

ART. 18. The party tried by any general court-martial shall be entitled to a copy of the sentence and proceedings of such court-martial after the decision on the sentence, upon demand thereof made by himself, or by any person or persons in his behalf, whether such sentence be approved or not.

*When the person tried, entitled to a copy of sentence.*

ART. 19. No penalty shall be inflicted at the discretion of a court-martial, other than degrading, cashiering or fining.

*Court-martial, its power.*

Of pardons,
and mitigation
of fines, &c.

ART. 20. The commanding officer, for the time being, shall have full pow-
er of pardoning or mitigating any censures, or penalties so ordered to be
inflicted on any private or non-commissioned officer, for the breach of any of
these articles by a general court-martial; and every offender, convicted as
aforesaid, by any regimental court-martial, may be pardoned, or have the
penalty mitigated by the lieutenant-colonel or commanding officer of the regi-
ment, excepting only where such censures or penalties are directed as satis-
faction for injuries received by an officer or private from another; but in case
of officers, such sentence to be approved of by the commander-in-chief of the
militia, who is empowered to pardon or mitigate such sentence, or disapprove
of the same.

Commissioned
officers misbe-
having, &c.
how proceeded
against.

ART. 21. If any commissioned officer shall, at any time, or upon any
occasion, behave in an unofficerlike, ungentlemanly, or disgraceful manner,
the commander-in-chief, if the person accused be a major-general; the general
of division, if a brigadier-general; the brigadier-general, if a field officer, or
the lieutenant-colonel or commanding officer of a regiment, if an inferior
officer, as the case may be, upon the application of a commissioned officer,
may appoint a board of three officers to inquire into the matter of complaint,
and if upon their report it shall appear to him deserving of trial, then, and in
such case, he shall direct a court-martial, whose proceedings herein shall have
the same effect as if the offence had been committed when on actual duty.

Hours of pa-
rade.

ART. 22. The militia, on the days of training, may be detained under
arms, on duty in the field, any time not exceeding six hours; provided they
are not kept above three hours under arms at any one time without being
allowed to refresh themselves.

Fines, to whom
paid.

ART. 23. All fines that shall be incurred by any breach of these rules,
shall be paid to the treasurer of the county in which the offender resides
(whose receipt shall be a discharge for the same) within sixty days after they
become due; but in case of neglect or refusal to pay any of the said fines,
they shall be levied and collected in manner hereinbefore directed.

Regulations of
militia in ac-
tual service.

ART. 24. The militia of this territory, whilst in actual service, shall be
subject to the same rules and regulations as the federal army, and shall receive
the same pay and rations. as allowed by the United States to the militia
when in actual service; provided, that upon any transgression or offence of a
militia-man, whether officer or private, against the rules and regulations of
the federal army, the cause shall be tried and determined by a court-martial
of the militia of this territory, if the same can be convened.

Certain rules of
discipline es-
tablished by
congress to be
observed.

Baron Steu-
ben's instruc-
tions.

ART. 25. The rules of discipline approved and established by congress, in
their resolution of the twenty-ninth of March, one thousand seven hundred
and seventy-nine, shall be observed by the militia throughout this territory,
except such deviations from said rules as may be rendered necessary by the
requisitions of the acts of congress, or some other unavoidable circumstances.
It shall be the duty of the commanding officer, at every training, whether by
regimental, battalion or single company, to cause the militia to be exercised
and trained agreeably to the said rules of discipline and the instructions laid
down by the baron Steuben, and annexed to the said rules of discipline, point-
ing out the respective duties of the officers, non-commissioned officers and
privates, are recommended and enjoined upon the militia of this territory, as
particularly and fully as if the said instructions were repeated and expressed
in this act at length; and it shall be the duty of every captain to instruct his
non-commissioned officers accordingly.

Penalty for re-
fusing to march
on a tour of
duty.

Proviso as to
excuse.

ART. 26. If any militia-man, on receiving three days previous notice there-
of, shall neglect or refuse to be in readiness to march on any tour of duty,
armed and equipped, as required by this act, he shall forfeit and pay a sum
not more than one hundred dollars, nor less than eight dollars for every month
he is required by law to serve on such tour, to be assessed (on proper proof
thereof made) by a regimental court-martial. Provided always, That if any
militia-man shall be sick, or make any other just or satisfactory excuse to the
court-martial, such fine shall not be assessed, but such militia-man shall be
obliged to perform a tour of duty on the next call of the militia.

These articles,
when to be
read.
Laws repealed.
T. L. c. 1, 8,
23.

ART. 27. The foregoing articles shall be read at all regimental and bat-
talion musters, by order of the commanding officer.

§ 43. That all laws, and parts of laws, heretofore made for the regulation
of the militia of the territory, shall be, and the same are hereby repealed.
This act shall take effect and be in force from and after the first day of March
next. [Approved, December 13, 1799.]