# EXHIBIT 188



# MILITIA LAW

## OF THE

## STATE OF GEORGIA,

PASSED AT LOUISVILLE, THE 10th DECEMBER, 1803.



## AN ACT

To revise, amend and consolidate the seve-
ral Militia Laws of this State, and to adapt
the same to the Acts of Congress of the
United States.

WHEREAS the appointment of the officers, and
the power of training the militia of the several
States according to the discipline prescribed by Con-
gress, is secured to them respectively by the Constitu-
tion of the United States:—AND WHEREAS it is evi-
dent from the experience of ages, that to be prepared
for war is the greatest security of the peace of a nation,
and that a well organized and disciplined militia ought
to be considered among the first objects of a free people.

SEC. 1. *BE it therefore enacted by the Senate and House
of Representatives of the State of Georgia, in General
Assembly met,* That when it shall be found necessary to
create any new division or brigade district, or make al-
terations in any of those already laid off and defined,
such new definitions or alterations, shall be made by the
Legislature, and a record made of the same in the Ad-
jutant-General's Office, as well as of the organization
of the divisions and brigades heretofore created and de-
fined.

3

( 4 )

Sec. 2. *And be it further enacted*, That when it shall be necessary to create any new regimental, battalion, or company district, or make alterations in any such as have been heretofore laid off; the commanding officers of regiments, shall assemble the commanding officers of battalions and companies, at some fit and convenient place, and shall proceed to lay off, or alter any such regimental battalion, or company district or districts, which districts shall, in all cases, be designated by certain lines and bounds, and recorded by the clerk of the respective regimental courts of enquiry; but that in all creation or division of the aforesaid districts, a due regard shall be had to the number of effective men required for each corps by the Militia Law of the United States, and that in case of the creation of any new company district, any subaltern officer or officers, falling within the bounds thereof, shall hold his or their rank and grade, his or their respective commissions being made to bear the number of the said new district; and that in case of the organization of an additional acquisition of territory, the regimental battalion, and company districts therein, shall, in the first instance, be defined in such manner, and by such officers of the Militia, as the commander in chief may order and direct.

Sec. 3. *And be it further enacted*, That a regiment shall not contain less than two, or more than three battalions; and that in a regiment composed of two or more counties, regimental musters shall be held by battalions, and regimental courts of enquiry shall also be held in each of said counties, and that battalion districts shall be so arranged, as not to embrace parts of two or more counties, and that the Brigadier-General and Field Officers, shall determine which several counties shall form a regiment.

Sec. 4. *And be it further enacted*, That every division, brigade, regimental, battalion and company district, shall be numbered throughout the State, by order of the Commander in Chief, in such manner, that every corps of the same denomination, shall bear a different number—by which numbers every district shall be designated in the commissions of officers commanding therein—and that when in the field, for the purpose of exercise, officers of the same grades shall take rank agreeably to the date of their respective commissions, their respective commands following the same; regi. 4

ments being tolled into regular battalions—battalions in-
to divisions, companies, platoons and sections.

SEC. 5. *And be it further enacted,* That all vacan-
cies which may happen by death, resignation or other-
wise, of any Major-General, Brigadier-General, or
Quarter-master-General, shall be filled by the Gene-
ral Assembly, by joint ballot of both branches ; and
that conformably to an act of Congress, passed the
second day of March 1803, a Quarter-master-General
for this State shall be appointed in like manner, and a
list of the name or names, of the person or persons so
appointed, under the signature of the President of the
Senate, and Speaker of the House of Representatives,
shall be transmitted to his Excellency the Governor,
within two days thereafter, who is hereby required to
issue commissions, to each and every person so appoint-
ed, within ten days thereafter,

SEC. 6. *And be it further enacted,* That when vacan-
cies shall happen by death, resignation or otherwise, in
any company district, or where a new created district
shall require officers, such officers shall be elected by the
citizens liable to bear arms, within such company dis-
trict, under the following rules and restrictions. The
commanding officer of the regiment or battalion, shall
give at least ten days public notice of the time and place
of holding such election, and the election shall be held
under the presidency of two or more justices of the
county such company may be in, who shall receive the
ballots of all such citizens of the district as aforesaid,
and make report within thirty days under their hands and
seals, to the Commander in Chief for the time being,
of the persons having the highest number of votes, to-
gether with a state of the poll, for captain, lieutenant
and ensign, as the case may be, and the Commander in
Chief shall, within five days after the receipt thereof,
commission the persons so elected—and in the interim
between the time of such election, and receiving their
commissions, such officers shall be fully authorized to
act in all their functions, by brevet from the Lieutenant
Colonel, or Major Commandant ; provided such elec-
tion is not protested against, by any person having been
a candidate ; and in case the citizens of any company
district, shall neglect or refuse to elect the officers as
aforesaid, at the time and place appointed, then the
Commander in Chief shall proceed to appoint the ne-
cessary officers for such company district ; and in the in-

5

( 6 )

terim of, such refusal or neglect of the citizens of n'dis-
trict to elect proper officers, and the appointment by the
Commander-in-Chief, the major of the battalion to
which such company district belongs, shall order the
commanding officer of the next adjacent company, to
enroll such deranged company within his own, and they
shall be subject to the orders of such officer, until their
own company district is again completely organized.

SEC. 7. *And be it further enacted,* That when a
vacancy shall happen by death, resignation or otherwise,
of any commanding officer of a regiment or battalion,
such vacancy shall be filled by the election of all the com-
missioned or breveted officers, within such regimental
or battalion district, who will become subject to the com-
mand of such field officer when elected, under the fol-
lowing rules and restrictions ; that is to say :—Any two
or more captains, within such regimental or battalion
district, not being themselves candidates, shall give
twenty days public notice in every company district
within the same, of the time and place for holding such
elections ; and they, with any two or more Justices who
are not candidates, shall preside at the election, and the
said presiding captains and Justices shall, within thirty
days thereafter, certify under their hands and seals, the
person or persons having the highest number of votes,
and the state of the poll so taken, shall be transmitted
to the commander in chief, who shall, within ten days
after said transmission, commission the person or persons
so elected—and that in regimental districts, the Briga-
dier-General shall appoint the time and place at which
said elections shall be held.

SEC. 8. *And be it further enacted,* That each Ma-
jor-General, Brigadier-General, and Lieutenant-Colo-
nel, shall have the appointments of their own respective
aids-de-camp, brigade inspectors, brigade qua: ter-mas-
ters, and the regimental staff, as pointed out by the mi-
litia law of the United States, and that brigade inspec-
tors, and brigade quarter-masters shall be commissioned
by the commander in chief.

SEC. 9. *And be it further enacted,* That each and
every officer appointed, or who may hereafter be ap-
pointed, and commissioned or brevered, (not having
heretofore done the same) shall, previous to entering

( 7 )

on the duties of his office, take the following oath, (to be administered by a Justice of the Peace, or the court of the county in which such officer resides,) to wit:— " I                    do swear, that I will support the Constitution of this State, and of the United States, and faithfully discharge the duties                    in the                    of militia of the State of Georgia, to the best of my skill and judgment—So help me God." If the said oath be administered by a Justice of the Peace, it shall be his duty to certify the same, to the court of his county, there to be entered on record by the clerk.

SEC. 10. *And be it further enacted,* That the commanding officers of companies, shall enroll every able-bodied white male citizen, between the age of eighteen and forty-five years, except such as are exempt by the laws of the United States, and this present act, residing within his district; and that in all cases of doubt, respecting the age of any person enrolled, intended to be enrolled, or pleading incapacity, to serve in any company, the party questioned shall prove his age or inability to the regimental court of enquiry, within whose bounds he may reside; and it shall, at all times hereafter, be the duty of every such captain, or commanding officer of a company, to enroll every such white male as aforesaid, as shall from time to time arrive at the age of eighteen years, and under forty-five years, except as before excepted, shall come to reside within his bounds, and shall without delay notify such person of the said enrolment by a proper non commissioned officer, by whom such notice may be proven.

SEC. 11. *And be it further enacted,* That the captain or commanding officer of each company shall divide his company as nearly equal as possible into four squads, and annually in the month of March, shall nominate one fit and proper person in each squad as serjeant, and another fit and proper person as corporal; but in case of refusal of all or any such persons to act as serjeant or corporal, the commanding officer of such company shall deposit the names of the men in each squad in separate hats, and call on some disinterested person to draw two names from each hat, and the person whose name shall be first drawn shall be a serjeant, and the person whose name shall be next drawn shall be a corporal, and such

persons shall be responsible for the duties required of such non-commissioned officers by law, for the term of one year thereafter; but such persons shall not be compelled to serve again, until the names of all the other persons in the respective squads shall have been so drawn.

SEC. 12. *And be it further enacted,* That the respective regimental courts of enquiry shall have power to cause to be bound for a term of years, to the several commandants of companies, battalions and regiments, and their succesors in office, as the case may require, such a number of boys and young men, with the consent of their parents or other person authorized, as they in their discretion may deem proper, for the purpose of being instructed in the different branches of military music, and of serving as musicians when they may be competent thereto, to the several companies, battalions and regiments; and the father of any youth who may be bound, otherwise subject to be enrolled, shall be exempt from all duty in the militia, so long as his son so bound may continue to serve in the corps to which he would otherwise belong, as well during his apprenticeship as thereafter; and the several regimental courts of enquiry shall make provision from time to time for the cloathing, maintenance, and properly instructing all such youth, to be paid from the funds arising from the fines imposed by this act; and the commanding officers of regiments shall cause the drummers and fifers and other musicians of their respective regiments to meet at the same time and places that commissioned officers are required to meet, for the purpose of being trained by the Adjutant-General or Brigade-Inspector, there to be instructed in their respective branches of music, for which purpose the commanding officer of the regiment may employ such person or persons as he may think proper and capable, to instruct such drummers and fifers and other musicians: the person so to be employed by the commanding officer of the regiment, to be allowed such compensation as the regimental court of enquiry may authorize, and each drummer and fifer and other musician, unless an apprentice, shall be allowed during the time they are convened one dollar per day, to be paid out of the funds arising from fines.

SEC. 13. *And be it further enacted,* That until arms and equipments of the description required by the mili-

tia law of the United States, can be procured in this state, by any mode which the Legislature may hereafter point out, every non-commissioned officer or private in the militia of the line, shall stand bound to appear at all musters or on all other necessary occasions, armed, equipped and provided with a firelock in good order, and a cartridge box or shot pouch; but all volunteer companies of Light-Infantry, Grenadiers, or Riflemen, shall at all times be and appear at musters, or on other necessary occasions, armed, equipped and provided as the militia law of the United States prescribes, as well as any volunteer corps of Cavalry or Artillery.

SEC. 14. *And be it further enacted*, That three years after the passing of this act, the cloathing and apparel of all volunteer corps already raised, or to be raised in conformity to the law of Congress, shall be uniform for each service throughout the state, and shall be determined on by the Major Generals collectively; and no person belonging to the militia of the line, shall, under colour of enlisting into any company to be made up by volunteer enrolment, be excused from doing duty in the infantry of the line, until he shall have equipped himself for service in such volunteer company, according to law; and shall have produced a certificate thereof from the commanding officer of the volunteer company to the commanding officer of the district company to which he did properly belong; and no person having enlisted in any volunteer company, shall be permitted to withdraw himself from the same, under the penalty of ten dollars, unless in case of removal rom his regimental or battalion district, to be recovered as other fines imposed by this act, upon the evidence of the commanding officer of the company from which he shall so withdraw, without having given said commanding officer, thirty days previous notice of his intention so to withdraw; which commanding officer shall return all such cases to the first battalion court of enquiry that shall sit thereafter; and the commissions of such volunteer corps shall designate the number of the regiment or battalion to which they are attached, and the commanding officers of the regiment or battalion shall direct how they are to be posted on regimental or battalion parades, unless differently ordered by a superior officer; and the said companies shall perform the same rotine of

( 10 )

duty (under their respective officers) and be subject to the same rules, regulations, penalties and orders as the rest of the militia; and the Commander.in Chief may order them or any of them out on duty as occasion, in his opinion, may require, by entire companies; and when a district company shall not contain any greater number of effective men than what is required by the law of Congress, no volunteer corps shall enlist more than one eleventh man out of said district; and no greater number of volunteer corps shall be commissioned henceforward (unless it is in cases of emergency) than what the militia law of the United States prescribes to be attached to regiments and battalions; and the Major-Generals shall also determine the uniform and badges of the different grades in the militia of the line, until which time, and for three years afterwards, the uniform now prescribed to the different brigades shall be lawful, as well as the newly prescribed.

SEC. 15. *And be it further enacted*, That the commanding officers of companies of every description, shall muster their respective companies four times in every year, at such places within their company districts as may be most convenient to a majority of each company, and at such times as shall be prescribed by the regimental or battalion courts of enquiry, and such company musters shall be so arranged, that the commanding officer of the regiment or battalion may (when to him convenient) with the adjutant of the regiment, attend all or any of them; and it is hereby made the duty of the adjutants of regiments to attend all or as many of such company musters as the commanding officer of his regiment may direct, in order to assist the company officers in training their respective companies in the exercises and discipline prescribed by Congress; and it shall be the duty of all commanding officers of companies, at any and every of their respective company musters, to take an exact account of arms, accoutrements and ammunition in possession of each member of his company, and shall add to such account, the arms, accoutrements and ammunition in possession of any other person who may fall into his company from time to time, and shall make an exact return of his company to the commanding officer of the regiment or battalion at every regimental or battalion review, in the form which he shall receive from such commanding officer, or the adjutant, which returns shall be filed ready to be delivered to the inspector, 10

( 11 )

tor, as he shall commence the inspection of each company.

SEC. 16. *And be it further enacted,* That there shall be held in each regiment or county, once in every year, or as the Commander in Chief may order, a convention of the field, staff, company and non-commissioned officers of regiments, for the purpose of being trained and instructed by the Adjutant-General, in the exercises and discipline prescribed by Congress ; at which said conventions all field officers shall appear in their uniform, armed with swords and provided with their respective commissions : and all staff, company and non-commissioned officers, shall appear in their uniform, armed with firelocks and bayonets, accoutered with cartouch boxes, bayonet belts and scabbards, and provided with their commissions and six blank cartridges each ; and all such officers so convened shall form a company and be subject to such orders, regulations and restrictions as the Adjutant-General may deem necessary, to teach and enforce the discipline prescribed by Congress, for a term not exceeding two days at any one meeting. That there shall be held in each county or regiment once a year, or as often as the Commander in Chief may order, a regimental muster (or battalion muster in counties holding one battalion only) for the purpose of being trained and instructed by the Adjutant-General, in the exercises and evolutions prescribed by Congress. And that a like convention of field and company officers and musters by battalions shall be held once a year, by order of the Brigadier-General, for the purpose of being trained and instructed by the Brigade-Inspector, in the exercises and evolutions prescribed by Congress ; and that the Brigade-Inspectors shall attend all conventions of field and company officers, regimental and battalion musters within their respective brigades, and shall make such returns as are prescribed by the militia law of the United States.

SEC. 17. *And be it further enacted,* That when suttlers shall attend regimental or other musters, they shall be considered under the direction of the commanding officer present, with regard to the time and place of their selling liquors, or other refreshments ; and that it shall be lawful for said commanding officer, to grant exclusive privileges to such persons as may engage to furnish spacious and convenient places of parade.

11

B

( 12 )

Sec. 18. *And be it further enacted*, That if any by-stander shall interrupt, molest or insult any officer or soldier while on duty at any muster, or shall be guilty of like conduct before any court or board, the commanding officer at such muster, or such court or board, may cause him to be confined for the day; and the commanding officer at all musters shall have power to fix certain limits to their respective parades, within which no spectator or bystander shall enter without his permission; and if any person shall intrude or offend, he or they shall be liable to be confined for the day, by order of such commanding officer. And if any non-commissioned officer or soldier, shall behave himself disobediently or mutinously when on duty, or before any court or board, directed by this act to be held, or shall leave the ranks without permission, or refuse to fall therein when ordered at any muster whatever, or shall appear on parade drunk, or shall quarrel himself, or promote any quarrel among his fellow soldiers, such non-commissioned officer or soldier so offending, shall be disarmed and confined for the day, by order of the commanding officer present, and shall moreover be fined at the discretion of a court of enquiry, in a sum not exceeding ten dollars, or less than one dollar, to be appropriated as other fines imposed by this act.

Sec. 19. *And be it further enacted*, That the following forfeitures and penalties shall be incurred for delinquencies, to wit:—by a lieutenant colonel or commanding officer of a regiment, for failing to appear at musters or on any other necessary occasion, armed and uniformed as the law of the United States directs; for failing to take an oath, to summon any court or board, or failing to order a regimental or battalion muster: to report delinquent officers, to make return of his regiment, shall for each and every such offence or neglect, forfeit and pay a sum not exceeding seventy dollars; for failing to call into service any militia legally detailed to his regiment, three hundred dollars. By a major, for failing to appear at musters or on any other necessary occasion, armed and uniformed as above; for failing to take an oath or attend any court or board; to give notice of any regimental or battalion muster, to report delinquencies, or make any return, he shall forfeit and pay for each offence and neglect, a sum not exceeding thirty dollars; for failing to call forth his battalion with due dispatch,

12

( 13 )

or any detachment of men or officers that may be requir-
ed from time to time by the commanding officer of his
regiment, or the commander in chief of the state, one
hundred and fifty dollars. By a captain, for failing to
appear at muster, or on any other necessary occasion,
armed and uniformed as the law directs: for failing to
take an oath to attend any court or board: to enroll his
men and take an account of their arms, accoutrements,
and ammunition: to appoint or draft non-commissioned
officers as directed by this act: to give notice of regi-
mental, battalion and company musters: to cause his
roll to be called and his company to be exercised: to ex-
amine his company and report delinquencies and de-
faults, or to make any return as directed by this act:
shall forfeit and pay for each and every such offence and
neglect, a sum not exceeding twenty dollars: for failing
to call forth such officers and men as may from time to
time be legally called for from his company, or failing
on such occasions to repair to the place of rendezvous,
he shall forfeit and pay a sum not exceeding sixty dol-
lars. By a subaltern officer; for failing to appear at
muster or on any other necessary occasion, armed and
uniformed as the law directs; for failing to take an oath
or attend any court; for each and every such offence,
he shall forfeit and pay, at the discretion of the court of
enquiry, a sum not exceeding ten dollars; for failing to
repair to the place of rendezvous, when ordered upon
any call from the commander in chief; he shall forfeit
and pay a sum not exceeding fifty dollars. By a non-
commissioned officer or musician; for refusing or ne-
glecting to act as such after having been legally drafted
or taught; to give due notice to their respective squads
of all musters, and to such of them as they are ordered
to summon to courts of enquiry: for failing to attend
any muster or courts of enquiry when ordered: for fail-
ing to appear properly armed and accoutered as aforesaid
muster: he shall forfeit and pay a sum not exceeding
six dollars or less than one, for each and every such of-
fence, at the discretion of a court of enquiry, for failing
to repair to his rendezvous when legally drafted and or-
dered, upon any call from the commander in chief a sum
not exceeding fifty dollars. By a private soldier; for
failing to attend any muster, when legally warned there-
to, or failing to attend by the time appointed (which for
all musters to be held throughout the state shall be by
eleven o'clock in the morning) armed and accoutered

13

( 14 )

as this act directs, shall forfeit and pay for each offence, a sum not exceeding three dollars, or less than one dollar, at the discretion of a court of enquiry ; for failing to repair to his rendezvous, properly armed, accoutered and equipped when legally drafted and ordered upon any call from the commander in chief, a sum not exceeding fifty dollars, at the discretion of a court of enquiry ; provided, that no officer of the militia shall be fined for not appearing in uniform, until six months after he shall have been commissioned. And if any non-commissioned officer shall be returned as a delinquent, for not appearing armed and accoutered as the law directs ; the court of enquiry before whom the same shall be tried, may, if it appears reasonable, and the delinquent shall make it appear that he was unable to procure the legal equipment, remit the fine incurred by him : and that the fines and penalties incurred by minors and apprentices, for the breach and neglect of their duty in any particular service by law required of them, shall be paid by the parent, guardian or master.

SEC. 20. *And be it further enacted*, That all arms, ammunition and equipments, the troopers horses and furniture of the militia, shall be exempted from execution and distress at all times ; and their persons from arrest and process in civil cases, while going to, continuing at or returning from musters, and while in actual service.

SEC. 21. *And be it further enacted*, That the distribution of orders, requiring any muster to be held, shall take in such manner as that a lieutenant-colonel or commanding officer of a regiment, shall have notice in writing from the brigadier-general, at least thirty days before such intended muster ; a major or commanding officer of a battalion, from the lieutenant-colonel or commanding officer of the regiment, at least twenty days ; a captain or commanding officer of a company, from the major or commanding officer of the battalion, at least fifteen days ; who shall distribute all orders to their serjeants, at least ten days, and the serjeant to each person in his squad, at least three days before such musters respectively. Nevertheless, all notices publicly given by the commanding officers of companies, at their respective musters, of any subsequent muster, shall be held and deemed as legal notices, as to all persons present at each musters. And ten days previous notice shall be


( 16 )

ties, there shall be a court held in each of said counties by the field officers as aforesaid, and a majority of the commanding officers of companies in such regiment; such regimental courts when convened and qualified as above directed, shall have power to assess fines on all delinquent officers and soldiers within the regimental district, and to remit fines assessed by the preceding battalion courts, for good cause shewn; and may adjourn from day to day until they have completed all the duties required of them by this act.

SEC. 23. *And be it further enacted,* That the respective regimental courts of enquiry, shall annually appoint by ballot a clerk and provost marshal, who shall attend the courts herein before directed to be held; and it shall be the duty of such clerk to keep a fair record of all the proceedings of said courts, and within ten days after every battalion and regimental court of enquiry, to make out a fair list of all fines assessed by such battalion or regimental courts, designating therein the captain's district in which each delinquent resides, and transmit the same to the paymaster of the regiment, who is hereby authorized to receive the fines which any delinquent may voluntarily pay, and such delinquent, upon producing the paymaster's receipt to the clerk, shall be credited therefor without any farther costs or trouble; and the said clerk shall, within thirty days after every regimental court of enquiry, make out warrants of distress and sale against every delinquent on whom fines have been assessed, (and who have not produced the paymaster's receipt as aforesaid) signed by himself, and countersigned by the commanding officer of the regiment, and directed to the constable of the district in which the defaulters respectively reside, and take the constable's receipt therefor, who shall proceed to levy the same on the goods and chattels of such delinquent, and shall pay the monies so collected to the paymaster of the regiment, and make returns of such warrants to the clerk within one month after receiving the same; and shall be entitled to the same costs as are allowed by law in civil cases of equal dignity; and subject to the same rules, restrictions and penalties as if such warrants had been issued by any justice of the peace.

SEC. 24. *And be it further enacted,* That the paymaster of a regiment, previously to his entering on the duty

16

( 17 )

ties herein required, shall give bond and security to the court of enquiry, for the faithful discharge of his duty, under such pecuniary penalty as they may think proper. He shall keep fair accounts of the receipts and disbursements of all monies which may come into his hands by virtue of this act; which accounts shall at all times be subject to the inspection and examination of said court or of any member thereof. And all accounts passed by said court, (or appropriations made by them) and certified by the presiding officer, shall be sufficient to authorize the paymaster to pay the same; and should such paymaster fail to render a true and just account of all money by him received, at any time when required so to do, by the court of enquiry, he shall forfeit double the sum which he so fails to account for, to be recovered by motion in the name of the commanding officer of the regiment, in any court having jurisdiction of the same, in the county where he may reside, giving such paymaster ten days previous notice of such motion, and he shall moreover be dismissed from the office of paymaster of the regiment.

SEC. 25. *And be it further enacted*, That the monies arising from fines and forfeitures by virtue of this act, shall be considered as a fund to defray the expenses arising under the same; to provide standards and colours for the battalions and regiments, musical instruments for companies, ammunition for field days; and as the funds may increase, any or every kind of warlike arms, implements or equipage, which in the opinion of the court of enquiry may tend to the advancement of the militia service. And moreover the courts of enquiry shall, from time to time, appropriate such sums as they shall think just and right, as a compensation to their clerks and pay-masters, and any other person necessarily employed in carrying the militia law into effect, within the bounds of their respective regiments.

SEC. 26. *And be it further enacted*, That the Commander in Chief of the state, upon complaint for misconduct or neglect of duty, lodged in writing in the Executive Office, by any one or more commissioned officers, may, at his discretion, cause to be arrested, any Major-General, Brigadier-General, the Adjutant or Quarter-master-Generals, and order a court-martial of all the other generals, field officers and captains, or

17

( 18 )

so many of them, (having a regard to seniority) as shall amount to thirteen, which court-martial shall proceed in the same way, and under the same restrictions as is hereafter provided for the trial of field officers. And any Major-General, or Brigadier-General, for misconduct within their own knowledge, or upon complaint lodged in writing by any commissioned officer, shall have power to arrest any Lieutenant-Colonel, Major of Brigade or Inspector; and the commanding officer of of the division or brigade, shall order a court-martial, for the trial of such Lieutenant-Colonel, Major of Brigade or Inspector, to be composed of one Brigadier General, and as many Lieutenant-Colonels, Majors and Captains, as shall make up a number not less than thirteen, and such courts-martial, shall proceed to hear and determine on all offences against military order and decorum, and may censure, fine or cashier, such officer, which sentence shall be final, when approved by the Commander in Chief of the state. And any Brigadier General, Lieutenant-Colonel or Major, for misconduct in any captain, subaltern, or regimental staff-officer, within his own knowledge, or upon complaint lodged in writing, by any commissioned officer, may arrest such captain, subaltern, or regimental staff-officer; and the brigadier, or commanding officer of the brigade shall order a brigade court-martial, for the trial of any such officer, to be composed of one or more field officers, and as many captains and subalterns, as will make up a number not less than thirteen; and such courts-martial shall proceed to hear and determine on all offences against military order and decorum—and may censure, fine or cashier, any officer so tried, which sentence shall be final, when approved of by the Major-General, or commanding officer of the division. And before any court-martial shall proceed to hear and determine on any case, they shall take the following oath, to be administered by the presiding officer to every other member, and then by the officer next in rank to him, to wit:—
" I        do swear, that I will well and truly try the case now before me, according to the evidence and the opinion I entertain, of the spirit and intention of the militia law of this State, and of the United States; and that I will not divulge the vote or opinion of any member of this court, unless required to give evidence thereof in a court of justice in a due course of law, un-18 til the sentence shall be approved by the proper authority;

So

So help me God." And for obtaining the necessary evidences for the trials aforesaid, the Commander in Chief of the State, or the presiding officer of the court-martial, shall issue his summons, and every person so summoned, failing to attend and give evidence, shall be subject to be tried by a court-martial; and if an officer, may at the discretion of such court, be cashiered, or fined, not exceeding six month's pay, as by the law of the United States allowed to such officer when in service; and if a non-commissioned officer, or soldier, or person not enrolled, to be reported to the court of enquiry of the regimental district in whose bounds he shall reside, and be then subject to such fines and penalties, as they may think proper to inflict, not exceeding twenty dollars. And all persons summoned, or called to give evidence before any court-martial, shall take the following oath, to be administered by the president or judge advocate.—" I        do swear, that the evidence I will give in the case now in hearing, shall be the truth, the whole truth, and nothing but the truth—So help me God." And that when any militia officer shall be cashiered, he shall not be eligible to hold any commission for the term of three years thereafter.

SEC. 27. *And be it further enacted,* That his Excellency the Governor be authorized and empowered, on an invasion or insurrection, or probable prospect thereof, to call forth such a number of militia, and from such county or counties, and in such manner, either companies or by drafts, as he may deem proper; and for the accommodation, equipment and support of the militia, so called forth, the commander in chief of the state, may appoint such quarter-masters, commissaries, and other staff-officers as to him shall seem proper—and shall also take such measures for procuring, transporting and issuing all orders which may be necessary. Orders for the militia to be called forth as aforesaid, shall be sent to the commanding officer of the regiment, brigade or division, with a notification of the place or places of rendezvous; who shall immediately take measures for detaching the same, with the necessary number and rank of officers by regular detail, drafts or volunteer enlistments, as he may be ordered. Whenever any militia shall be called forth into actual service as aforesaid, they shall be governed by the articles of war which govern the troops and the militia in the service

( 20 )

of the United States—and courts-martial shall be held as therein directed, to be composed of militia officers only, for the trial of any person in the militia; but to the cashiering of any officer, or capital punishment of any person, the approbation of the commander in chief shall be necessary.—And when any militia shall be in actual service, they shall be allowed the same pay and rations, as are allowed by the law to the militia of the United States. If a sudden invasion should be made, or an insurrection should happen in any county in this state, the commanding officer of the militia in such county, is hereby authorized and required, to order out the whole, or such part of the militia as he may think necessary, and in such manner as he may think best, for repelling or suppressing such invasion or insurrection, and shall call on the commanding officer of the adjacent county, for such aid as he may think necessary; who shall forthwith, and in like manner furnish the same, and in the event of any militia ordered out by the commanding officer of a county, as aforesaid, such officer shall immediately give notice of the same, and the cause thereof, to the commanding officer of the brigade or division, who shall forthwith report the same to the commander in chief.

SEC. 23. *And be it further enacted,* That Major-Generals and Brigadier-Generals, be and they are hereby vested with power to employ such persons, and contract with the same at any reasonable rate not exceeding two dollars per day, to ride express for transmitting such orders as in their judgment may be for the good of the public service: provided that a day's riding of any express be not less than thirty-five miles, during the necessary time they may be actually engaged in performing such duty, to be paid by the Governor out of the contingent fund, upon their producing a certificate of the general officer so employing them.

SEC. 29. *And be it further enacted,* That the Adjutant-General, Brigade Inspectors and adjutants shall be allowed such pay, while in actual service, as shall be expressed in each annual appropriation law; and that in case of omission in any of said laws of such allowances, the Commander in Chief is hereby authorized to pay the same out of the contingent fund at the rate of the pay, subsistance and forage, which officers of their respective ranks are allowed when in the service of the United States. The accounts of the Adjutant-General for the same,

same, being first certified by a Major-General or the Commander in Chief; the accounts of the Brigade Inspectors by a Brigadier General; and those of the adjutants, by a Lieutenant Colonel.

SEC. 30, *And be it further enacted*, That his Excellency the Governor is hereby authorized to cause a sufficient number of copies of this law, together with the act of Congress, more effectually to provide for the national defence by establishing an uniform militia throughout the United States, and the act of Congress for calling forth the militia to execute the laws of the Union, suppress insurrections and repel invasions, and the articles of war, to be printed and distributed throughout the state, so that every general and field officer therein, and every brigade-inspector, adjutant and captain may be furnished with one copy each; and his Excellency the Governor is moreover required to contract for a sufficient number of copies of the rules of discipline prescribed by Congress for the troops of the United States, as will furnish the commanding officers of every company through the state with one copy—all which shall be the property of the company, and descend to them in the succession of captains as long as they may last.

SEC. 31. *And be it further enacted*, That it shall be the duty of every captain or commanding officer of a company to read or cause to be read, in the hearing of his company whilst on parade, at least such parts of the militia law of this state and of the United States, as relate to discipline and the preservation of good order, once in every year.

SEC. 32. *And be it further enacted*, That all militia laws heretofore passed in this state (except such as relate to patroling) be, and the same are hereby repealed.

ABRAHAM JACKSON, *Speaker of the House of Representatives.*

DAVID EMANUEL, *President of the Senate.*

Assented to December 10, 1803.

JOHN MILLEDGE, Governor,

# EXHIBIT 189

378                              MILITIA.                         [CHAP. 25.

Payments out
of general fund,
continued.

lars, twenty-five cents: to Nathaniel Willis, for printing the constitution, journals, and other printing, done for the convention, three hundred and forty-five dollars: to Parnish George, Adam Betz, Henry Johnson, Robert Steele, Robert and Nathan Gregg, and Thomas Scott, for sundry articles furnished the convention, twenty-nine dollars, seventy-five cents: to Thomas Worthington, five hundred and eighty-two dollars, for his services, while acting as special agent on behalf of this state, in the congress of the United States, by direction of the convention: to Nathaniel Willis, for forwarding the journals of the convention and the constitution, to the several counties in the state, one hundred dollars: to Thomas Gibson, auditor, for removing his office and papers of government from Cincinnati to Chillicothe, thirty-six dollars: for postage of letters, twenty-one dollars, fifty-nine cents: for printing extracts of the revenue law, for the information of non-residents, forty-five dollars: for printing certificates for the payment of the members and officers of the late convention, eight dollars: for money paid N. Willis, for printing done for the territorial legislature, for which there was no appropriation, one hundred and forty-nine dollars, seventy-five cents: to the governor, judges of the supreme court, presidents of the courts of common pleas, secretary of state, auditor of public accounts and treasurer, the amount of their respective salaries agreeable to law, amounting to seven thousand three hundred and fifty dollars.

§ 5.  That any surplus which may remain of the contingent fund, shall be added to, and made a part of the general fund.*  [*Passed, April 16, 1803.*]

---

## ACTS OF THE SECOND GENERAL ASSEMBLY OF THE STATE OF OHIO :

*Passed at the first session, which was held at Chillicothe and commenced on Monday, December 5, 1803.*

NATHANIEL MASSIE, speaker of the senate; ELIAS LANGHAM, speaker of the house of representatives.

Amended O.
L. c. 94.
Rep. O. L. c.
134, § 55.
Persons liable
to do militia
duty, to be en-
rolled by the
commanding
officers of com-
panies.

CHAP. XXV.—An act to provide for organizing and disciplining the militia.†

§ 1.  *Be it enacted, &c.*  That each and every free, able-bodied white male citizen of the state, who is or shall be of the age of eighteen, and under the age of forty-five years, except as hereinafter excepted, shall severally and respectively be enrolled in the militia, by the captain or commanding officer of the company within whose bounds such citizen shall reside, within twenty days next after such residence ; and it shall at all times hereafter, be the duty of such captain or commanding officer of such company to enrol every such citizen as aforesaid, and also those who may, from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years (except as hereinafter excepted), shall come to reside within his bounds, and shall, without delay, notify such citizen of the said enrolment, by a proper non-commissioned officer of the company, by

---

* During the session of 1803, several resolutions were adopted by the legislature. The first recommended an amendment of the federal constitution, authorizing the electors to designate on their ballots, the persons voted for as president and vice president of the United States respectively.  By the second, the mode of electing senators to represent the state in congress was prescribed.  The third appointed certain commissioners, according to the provisions of the act establishing seats of justice, (*O. L. c. 5.*)  By the fourth, Messrs. Carpenter, Wells, and Abrams, were appointed commissioners to appraise the land in the two college townships, in Washington county; to divide and value it in four different rates; to report the quantity and value to the next legislature; and also to value the land in its then condition, reporting the number of houses, and quantity of cleared land.  By the same resolution, the trustees appointed by the act establishing an university at Athens, were required to report to the next general assembly.  The fourth resolution approved the measures of the general government, in regard to the navigation of the Mississippi.  The fifth remitted to the sheriff of Adams county, a penalty by him incurred.  The sixth appointed Moses Thompson, a commissioner on the Lake Erie and Muskingum road, in place of Samuel Huntington, resigned, and provided for the conditional exoneration of Huntington, from his obligations as commissioner.  The seventh fixed a day for the election of the agent for the public salt-works.  The eighth directed the public printer to print and annex to each copy of the laws of the session, a copy of the constitution of the state.  By the ninth, the thanks of the legislature were presented to Thomas Worthington, for a map of the state, and sundry directions were given in relation to it.  The tenth had reference to the distribution of the laws.

† See T. L. c. 105, 137, 155.

whom such notice may be proved; and every citizen so enrolled and notified, shall within twelve months thereafter, provide himself with a good musket or fusee, a sufficient bayonet and belt, a knapsack and two spare flints, a pouch with a box therein, to contain not less than twenty-four cartridges suited to the bore of his musket or fusee, each cartridge to contain a proper quantity of powder and ball, or a good rifle, knapsack, pouch and powderhorn, with twenty balls suited to the bore of his rifle, and a quarter of a pound of powder; and every enrolled person shall so appear armed, accoutred and provided, when called into actual service, except when called out to exercise only, he may appear without a knapsack; the commissioned officers shall severally be armed with a sword or hanger and espontoon, and every citizen so enrolled and providing himself with arms, ammunition and accoutrements, required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sale for debt, damages, or the payment of taxes. *(margin: Militia how to be armed. Commissioned officers how to be armed. Arms, &c. exempt from all seizures.)*

§ 2. That all ministers of the gospel, licensed to preach according to the rules of their sect, all keepers of jails, and such other persons as are exempted by the laws of the United States, shall be and are hereby exempted from militia duty. *(margin: Exemption from militia duty.)*

§ 3. That the state shall be divided into four divisions, in the following manner, viz: The counties of Hamilton, Clermont, Warren, Green, Montgomery and Butler, shall compose one division, and be called the first division; the counties of Adams, Scioto, Ross and Franklin, shall compose one division, and be called the second division; the counties of Fairfield, Gallia, Washington and Belmont, shall compose one division, and be called the third division; and the counties of Jefferson, Columbianan and Trumbull, shall compose one division, and be called the fourth division. Each division shall be divided into brigades, in the following manner, to wit: The counties of Hamilton and Clermont shall form one brigade; the counties of Butler and Warren shall form one brigade; the counties of Green and Montgomery shall form one brigade; the counties of Adams and Scioto shall form one brigade; the counties of Ross and Franklin shall form one brigade; the counties of Fairfield and Gallia shall form one brigade; the counties of Washington and Belmont shall form one brigade; the counties of Jefferson and Columbiana shall form one brigade; and the county of Trumbull shall form one brigade. Each division, brigade and regiment, shall be numbered, and a record of such numbers made in the adjutant-general's office, and when in the field or in service in the state, each division, brigade or regiment, shall respectively take rank according to their numbers, reckoning the first or lowest number highest in rank. Each division shall consist of not less than two nor more than four brigades; each brigade of not less than two nor more than four regiments; each regiment of two battalions; each battalion of four companies, and each company shall consist of sixty-four privates: *Provided always,* That if local circumstances should require it, a company may be formed of forty, or extend to eighty, rank and file. *(margin: The state divided into 4 divisions. First. Second. Third. Fourth. Each division to be divided into brigades. Each division, brigade, and regiment, to be numbered, and to rank accordingly. Division, brigade, &c. what to consist of. Proviso.)*

§ 4. That the militia of the state shall be officered as follows, viz: To each division there shall be one major-general, who shall be allowed two aids-de-camp, with the rank of major; to each brigade one brigadier-general, with one brigade-inspector, to serve as brigade-major, with the rank of major, to be appointed by the brigadier-general; to each regiment one lieutenant-colonel commandant; to each battalion one major, and to each company one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer and one fifer; the regimental staff shall consist of one adjutant, one clerk, one quarter-master, one pay-master, one surgeon, one surgeon's-mate, one sergeant-major, one quarter-master sergeant, one drum-major and one fife-major. *(margin: The militia, how officered.)*

§ 5. That the majors-general of the respective divisions, so soon as they are commissioned and qualified agreeable to law, shall proceed to lay out the several counties within their respective divisions, into regimental, battalion and company districts, and shall cause notice of the lines of such districts to be given in two of the most public places therein, which notices shall state, that on a certain day, at the hour of eleven o'clock, and at a certain place within the company district, an election will commence and be held for the purpose of electing one captain, one lieutenant and one ensign, for such district, and the elections shall be held and conducted in the following manner, to wit: The qualified electors within such company district, shall meet at *(margin: The majors-general to lay out their divisions into districts. Notice of the time and place of holding elections to be given.)*

The manner of conducting the elections.

The manner of the time and place pointed out in such notice, and shall proceed, *viva voce*, to elect three judges and one clerk, by a plurality of the voters present, any one of the persons elected judges shall administer to the other two judges and clerk, and either of the other judges to him, the following oath or affirmation : 'I                do solemnly swear, (or affirm, as the case may be) that I will faithfully and impartially receive, count and make return, of the votes legally given for a captain, lieutenant and ensign, in militia, for the district in which I am appointed judge.' And the judges shall proceed to receive the ballots from the qualified electors of such district until three o'clock of the same day, and no longer. The clerk shall write down the name of each elector in a book prepared for that purpose, and at the close of the election, the judges and clerks shall compare the ballots with the poll-book, and declare to the people present, who is duly elected, and shall certify under their hands and seals, to the major-general forthwith, the names of the persons elected officers, to each their proper title of captain, lieutenant or ensign.

The majors-general to make out a list of the persons elected, and transmit Commissions to be issued by the governor.

§ 6. That the majors-general respectively, shall forthwith after receiving the returns as aforesaid, make out and return a fair list of all the persons thus elected, stating the rank, and the county and brigade, within which any such person is elected, and transmit the same to the governor of the state, who is hereby authorized and required to issue commissions to the persons thus elected and returned accordingly, and transmit the same to the majors-general respectively, whose duty it shall be to forward, as soon as the nature of the case will admit, to each officer his commission.

The majors-general to cause a meeting, &c. to be held, for the purpose of electing one major to each battalion. One lieutenant-colonel, commandant to each regimental district.

§ 7. That the majors-general respectively, be, and they are hereby authorized and required, to cause to be held in each battalion district, a meeting of the captains and subalterns thereof, as soon as they shall be qualified according to law, in such manner as they may think most proper, for the purpose of electing one major to each battalion ; and shall in the same manner as before directed, make return to the governor of the persons duly elected, for the purpose of receiving and transmitting to them their commissions, in manner aforesaid. And the majors-general, respectively, are in like manner authorized and required, to cause a meeting of the majors, captains, and subalterns of each regimental district, for the purpose of electing one lieutenant-colonel commandant within the same, and shall make the like return to the governor, of the persons elected within each district, and on receiving their commissions, forthwith transmit them in manner directed in the preceding section. *Provided always*, That no election for a major or lieutenant-colonel, shall take place, unless at least two-thirds of all of the officers having a right to vote at such election, be present.

Proviso.

One brigadier-general to each brigade.

§ 8. That the majors-general, respectively, so soon as the officers of their brigades have been commissioned and qualified according to law, shall cause to be held, a meeting of the officers of each brigade, either by regiments or brigades, as shall appear most convenient, at which meeting or meetings, they shall attend in person, for the purpose of electing one brigadier-general to each brigade, agreeably to the fourth section af the fifth article of the constitution, and shall, as before directed, return to the governor, the names of the persons thus elected, receive and transmit to them their commissions.

Rank of officers, how determined.

§ 9. That the governor shall, before he issues any commission, determine by lot, the rank of the officers elected, agreeably to the provisions of this act, and express the same in every commission accordingly.

When necessary, new districts to be created, and old altered.

§ 10. That whenever it shall become necessary, from an increase of population, or other circumstances, to create new, or alter old regimental, battalion, or company districts, the officers of the regiment or regiments, (or at least two-thirds of them) the bounds of which are to be altered, shall meet under the direction of the brigadier-general, who shall attend such meeting, and shall make such alterations, or create such new districts as shall be thought necessary. In like manner, the commissioned officers of any regiment shall have power to alter the old or create new battalion or company districts, within the regimental districts, and shall meet under the direction of the lieutenant-colonel, for that purpose, who shall attend such meeting in person. The regimental, battalion, and company districts, as established by the majors-general, and from time to time altered, shall be recorded by the clerks of the regiments, respectively.

Districts established, and from time to time altered, to be recorded.

§ 11. That vacancies in the militia, shall be filed in the following manner ; that is to say ; when any office below the rank of general of brigade is vacant, the lieutenant-colonel or commanding officer of the regiment, (as the case

may be) shall report the same to his brigadier-general, or commanding officer of brigade, who shall cause an election to be held, for the purpose of filling such vacancy, agreeable to the constitution and provisions of this act. When a major is to be elected, the lieutenant-colonel, or commanding officer of the regiment, shall attend such election in person, and when a lieutenant-colonel is to be elected, the brigadier-general, or commanding officer of brigade, shall attend such election in person, and in all cases, where elections are made agreeably to the provisions of this section, the returns of such elections, shall be made to the brigadier-general, or commanding officer of brigade, in the same manner as before directed, to be made to the major-general, whose duty in such cases, shall be the same as those assigned to the majors-general, in the first elections. *(margin: Vacancies in the militia, below the rank of general of brigade, how filled.)*

§ 12. That in case of the vacancy of the office of general of brigade, the major-general shall cause an election to be held to fill such vacancy, agreeably to the provisions of the eighth section of this act; and if any officer required to perform any duty, by the preceding sections of this act, shall fail to perform the same, or if he be guilty of any mal-conduct in the performance thereof, such officer shall be subject to arrest and trial by court-martial, and be cashiered or fined, in any sum not exceeding one hundred dollars, at the discretion of the court. *(margin: Vacancy in the office of general of brigade, how filled. Officers guilty of mal-conduct or neglect of duty, how punished.)*

§ 13. That when any election for two persons of the same grade in any division, brigade, or regiment, takes place on the same day, the governor shall determine their rank by lot; in all other cases after the first elections, the persons shall take rank from the date of their commissions. *(margin: Rank of officers, how determined.)*

§ 14. That the captains and subalterns of artillery and cavalry, shall be elected by the persons enrolled in their respective corps, under the direction of the commanding officer, to whose brigade they may be attached. *(margin: The manner of electing officers of artillery and cavalry.)*

§ 15. That there shall be attached to each brigade, one company of artillery, and one troop of horse, when, in the opinion of the brigadier-general, the said companies, or either of them, can with convenience, be raised and equipped within his brigade. To every company of artillery, there shall be one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer, and one fifer, and not less than twenty, nor more than thirty matrosses; the non-commissioned officers, shall be armed with a sword and hanger, and each private or matross, shall be furnished with a fusee, bayonet, and belt, with a cartridge-box to contain twelve cartridges; and to each troop of horse, there shall be one captain, two lieutenants, one cornet, four sergeants, four corporals, one saddler, one farrier, one trumpeter, and not less than thirty, nor more than sixty privates; the commissioned officers shall furnish themselves with good horses, saddles, and holsters, and be armed with a sword and pair of pistols, and each dragoon shall provide himself with a serviceable horse, a good saddle and holsters, a bridle, mail-pillion and valice, a breast-plate and crupper, a pair of boots and spurs, and be armed with a sabre, a pair of pistols, and cartridge-box to contain twelve cartridges for pistols. Each company of artillery and troop of horse, shall be formed of volunteers from the brigade, and to be enrolled by three persons, nominated for that purpose by the brigadier-general, and whenever there shall be thirty-five enrolled, they shall meet at a time and place designated by the brigadier-general, which shall by him be advertised in at least six of the most public places within his brigade, at which time and place he shall attend, and the persons enrolled shall then and there, proceed to elect, according to the provisions of the fifth section of this act, their captain and subalterns from the number enrolled, and shall be uniformly clothed in regimentals; the color and fashion to be determined by the persons enrolled; the officers, when commissioned and qualified, shall appoint their non-commissioned officers. *(margin: A company of artillery, and a troop of horse to be attached to each brigade. How officered and armed. Companies of artillery and horse, to be formed of volunteers, and enrolled by the persons nominated by the brigadier-general.)*

§ 16. That there shall be annexed to each battalion, one company of grenadiers, light infantry, or riflemen, to be raised by voluntary enrolment, in manner as shall be directed by the lieutenant-colonel or commanding officer of the regiment, when in the opinion of the lieutenant-colonel or commanding officer of the regiment, such company can be raised with convenience, without reducing the companies below the number of forty-five privates, (to be composed of young men, between the age of sixteen and forty years) to be raised and officered in such manner as shall be directed by the lieutenant-colonel or commanding officer of the regiment, who shall direct an election to be held, at which, he shall attend himself, and cause the same to be conducted agreeably to the constitution, and shall return the names of the officers *(margin: One company of grenadiers or riflemen, to be raised by voluntary enlistment. To be composed of young men, between the age of sixteen and forty.)*

How officered.
The uniform to be agreed on by a majority of the company.
The manner of filling vacancies.

so elected forthwith to the governor, who shall commission them accordingly. And the said companies when raised, shall wear, while on parade, such uniform as may be agreed on by a majority of the company, and approved of by the commanding officer of the regiment; the officers, when commissioned and qualified, shall proceed to appoint their non-commissioned officers, and from time to time, may fill any vacancies which may happen in their respective companies, providing it shall not reduce the companies in battalion, below the number aforesaid, and when any captain of grenadiers, light infantry, or riflemen, shall enrol any person, out of any company in his battalion, he shall forthwith, notify in writing the commanding officer of the company from which such person was enrolled, and if it should be made to appear that such company was reduced below the number aforesaid, he may be ordered back, to join the company from which he enrolled, and as the men of such light companies shall, from time to time, arrive at the age of forty years, the captain shall make report thereof, to the commanding officer of the battalion, who shall order them to be enrolled in the district company, they may respectively live in, and the deficiency shall be supplied by a new enrolment; the said companies shall, in all respects, be subject to the same regulations and orders as the rest of the militia, except as hereinafter excepted.

Members at the age of forty, to be enrolled in the district companies.

Qualifications necessary to a command.

§ 17.   That no person shall be eligible to a command in the militia, who is not a citizen of the United States, and has not resided in the proper county the time prescribed by the twenty-seventh section of the first article of the constitution of this state.

Commissioned officers to take oath to support the constitution of the United States, and of this state.

§ 18.   That every officer commissioned by virtue of this act, shall, previous to his entering on the execution of his respective office, take the oath to support the constitution of the United States, and of this state, viz: I                       do solemnly swear, (or affirm, as the case may be) that I will faithfully and justly execute the duties of a               in the militia of this state, according to the best of my abilities.   So help me God.   Which oath or affirmation, shall be endorsed on the back of the commission, by the person administering the same.

Regimental standards and colors, to be provided.

§ 19.   That each battalion and regiment shall be provided with regimental standards, with the number of the regiment inscribed on the same, by the field officers, and each company with the regimental colors, with the number of the company in such regiment endorsed thereon, a drum and fife, by the commissioned officers of the company, in such manner as shall hereinafter be directed.

Adjutant-general's duty.

§ 20.   That there shall be an adjutant-general appointed in this state, whose duty it shall be to distribute all orders from the commander-in-chief, to the several corps; to attend all public reviews, when the commander-in-chief shall review the militia or any part thereof; to obey any orders from him relative to carrying into execution, and perfecting the system of military discipline established by this act; to furnish blank forms of the different returns that may be required, and to explain the principles on which they should be made, to corps throughout the state; all which the several officers of the divisions, brigades, regiments, and battalions, are hereby required to make, in the usual manner, so that the said adjutant-general may be duly furnished therewith; from all of which returns, he shall make proper abstracts, and lay the same, annually, before the commander-in-chief of the state.—*Provided always,* That the adjutant-general shall be inspector-general.

Quarter-master-general, and of brigade, how appointed.

§ 21.   That there shall be appointed, agreeably to the fifth section of the fifth article of the constitution, one quarter-master-general in each division in the state, and in each brigade there shall be one quarter-master of brigade, to be appointed by the brigadier-general.

Brigade-inspectors' duty.

§ 22.   That it shall be the duty of the brigade-inspector to attend all musters of officers within his brigade, to exercise and examine them, to note delinquencies and return the same forthwith to the lieutenant-colonel or commanding officer of the regiment to which they belong, to attend the regimental and battalion meetings of the militia composing his brigade, during the time of their being under arms, to inspect their arms, ammunition, and accoutrements, superintend their exercise and manœuvres, and introduce the system of military discipline, pointed out in the twenty-fifth article for the government of the militia, agreeable to law, and such orders as he shall, from time to time, receive from the commander-in-chief of the state, or the commander of the brigade, for the time being, to make return to the adjutant-general of the state twice in every year, the first, on or before the first day of

July, and the second, on or before the first day of December, of all the militia of the brigade to which he belongs, reporting therein, the actual situation of the arms, accoutrements, and ammunition of the several corps, and every other thing, which, in his judgment, may relate to their government and the general advancement of good order and military discipline.

§ 23. That the commissioned and non-commissioned officers of each battalion or regiment, at the discretion of the brigadier-general, shall meet at some convenient place, as near as may be in the centre of each battalion or regiment, to be pointed out by the brigadier-general, as often as he may think expedient, not exceeding four days in every year, for the purpose of being trained and instructed by the brigade-inspector, for the space of four hours each day. *Officers to meet and exercise.*

§ 24. That it shall be the duty of each captain, after having enrolled his company as directed by this law, to appoint four persons of his company, as sergeants, giving to each his rank of first, second, third, and fourth sergeant, and also four persons as corporals, giving to each his rank of first, second, third, and fourth corporal, giving his company notice thereof, and to report the said appointments to the commandant of the regiment, who shall thereupon make out his warrants to such non-commissioned officers accordingly, and they are to be obeyed and respected as such. *Captains to appoint sergeants and corporals.*

§ 25. That it shall be the duty of the commanding officer of each and every company so enrolled, forthwith to divide his company into divisions, by lot, from one to eight, for the purpose of a regular routine of duty, when called into actual service, and shall return a roaster of such division with the rotative number attached to each class, within fifteen days, to the commanding officer of his battalion, who shall forthwith transmit the same to the commandant of the regiment, who shall order the same to be recorded by the clerk thereof. *Captains to make divisions of their companies.*

§ 26. That every militia-man removing out of the bounds of one company to another, shall apply to the commanding officer of the company he is removing from, who shall give him a discharge, certifying the class to which he belongs, which certificate the said militia-man shall produce to the captain or commanding officer of the company in the district in which he shall next settle, within twenty days after his settlement, and the said captain or commanding officer is hereby required to enrol him in the class specified in said certificate, and on failure of any militia-man obtaining a certificate in manner aforesaid, and presenting the same as before directed, the captain or commanding officer of the company to which he shall remove, is hereby required to enrol such delinquent the foremost in the first class for duty, notifying him thereof and that he must hold himself in readiness to perform any duty by this act required. *Militia-men moving from one company to another, to take a certificate, &c.*

§ 27. That there shall be private musters of each company of cavalry, artillery, grenadiers, light infantry, and rifle-men, at least once in every two months, at such time and place as the commandant thereof shall appoint, except in the months of December, January, February, and March, in every year; and every other company formed by virtue of this act, at least once in every three months, except as before excepted, to be appointed by the commanding officer thereof, at, or as near as may be, the centre of the company district. There shall be a muster of each battalion in the month of April or May in every year, which shall be appointed by the commanding officers of the respective regiments, who shall fix on the most suitable place as near as may be to the centre of the battalion district, and shall superintend the exercise and direct the evolutions that shall be performed; and there shall be a muster of each regiment in the month of October, in every year, which shall be appointed by the brigadier-general or commanding officer of the brigade to which such regiment belongs, at, or as near as may be, to the centre of the regimental district, and shall be under the superintendance and direction of the brigadier-general or commander of the regiment, which company, battalion, and regimental musters, shall continue one day each and no longer. *Provided,* That when, in the opinion of the commanding officer of any brigade, a regimental muster cannot be called without great inconvenience to such regiment, such commanding officer may dispense with such muster. *Company musters, how often holden. Battalion musters. Regimental musters.*

§ 28. That whenever any person of the society of friends, menonists, or tunkers, who may be conscientiously scrupulous of bearing arms, resides within the boundaries of any regimental or company district, and are desirous to be excused from attending and bearing arms in any muster of the militia, *Quakers, menonists, &c. excused from bearing arms.*

they may be entitled to receive a certificate, excusing such person from mili-
tia duty, in time of peace, for the term of one year, from the commanding offi-
**Proviso.** cer of the regiment: *Provided*, That the person or persons applying for such
certificate, shall produce to such commanding officer a receipt from the pay-
master of the regiment, purporting that the applicant hath paid, for the use of
the regiment, the sum of three dollars: *And provided further*, That such
applicant produced sufficient evidence to the said commanding officer, that he
is a member of such society of friends, menonists, or tunkers.

**Notice of mus-** § 29. That the brigadier-generals or commanding officers of brigades, shall
**ters.** cause notices, in writing, of the times and places of said musters to be given
to the commanding officers of regiments, at least twenty-five days; the com-
manding officers of regiments shall give notice of the regimental and battalion
musters to the commanding officers of battalions, at least twenty days; the
commanding officers of battalions shall give notice of the regimental and bat-
talion musters to the commanding officers of companies, at least fifteen days;
and the captains and commanding officers of companies shall give notice of
the regimental, battalion, and private musters, to the individuals of their re-
spective companies, by themselves or sergeants, at least five days before such
regimental, battalion, or company muster, (as the case may be), shall be
holden. The notices to be given by the commanding officers of brigades, reg-
iments, and battalions, shall be in writing and delivered to the person or per-
sons, or left at the usual place of his or their abode, by such commanding
officers themselves, or such other officer or officers as they may think fit to
order; and the commanding officers of companies shall have power to assign
to each sergeant of their respective companies his due proportion thereof,
whose duty it shall be to give the notice before directed, to that portion of the
company to him assigned, which may be done by personal summons, or by
leaving notices, in writing, at the usual places of abode of the persons to be
notified.

**Hour of muster.** § 30. That every officer and soldier shall appear at his respective muster-
**Hour of roll** field, on the day appointed, by ten o'clock, ante-meridian, and at every muster,
**call.** each captain or commanding officer of a company shall direct the first sergeant
**Delinquents** of his company, in his presence, to call the roll at half past ten o'clock, ante-
**noted and re-** meridian, examine every person belonging thereto, and note down all delin-
**turned.** quencies occurring therein, and make return thereof, as well as of the strength
of the company, number of rifles, muskets, bayonets, fusees, &c. on parade,
to the commanding officer of his battalion, within ten days after such regimen-
tal, battalion or company muster; and every commanding officer of a battalion
shall, at his regimental or battalion muster, (as the case may be), at the hour
on which the battalion is to be formed, in like manner proceed to call the
**Names of com-** names of the commissioned officers of his battalion, examine and note down
**missioned offi-** all delinquencies and make return thereof, together with those reported by the
**cers, when to be** commanding officers of companies, to the commanding officer of the regiment
**called.** to which he belongs, within thirty days next succeeding such battalion or reg
**Delinquencies** imental muster, (as the case may be), who shall lay the whole before the
**noted.** court hereafter appointed, to take cognizance and determine thereon; and to
**Form of certifi-** each of the said returns shall be annexed the following certificate, to wit: I
**cates to accom-**          do certify, that the returns hereunto annexed, contain all
**pany returns.** the delinquencies which have occurred in my company or battalion, (as the
case may be), since my last return; and to the battalion returns shall be ad-
ded, and that the reports which accompany them, are all which have been
made by the commanding officers of companies within my battalion.

**Adjutants to** § 31. That the commanding officer of each regiment, within twenty days
**make returns.** next after the muster of his regiment, or of a battalion of the same, shall
cause the adjutant of his regiment to make out a complete return of the same,
agreeably to such forms as shall be furnished by the adjutant-general, noting
particularly its strength and number of arms, to the inspector of the brigade.

**Court of enqui-** § 32. That the commissioned officers of the first battalion in each regiment,
**ry and assess-** shall meet on the second Tuesday, and the commissioned officers of the se-
**ment of fines,** cond battalion of each regiment shall meet on the second Thursday next after
**how formed.** each regimental or battalion muster, as near as may be the centre of the bat-
talion, to be pointed out by the commanding officer of the regiment, at the
battalion or regimental muster, and public notice thereof given to the battalion
or battalions whilst on parade, a majority of whom shall form a court of en-
quiry and assessment of fines; and it shall be the duty of the lieutenant-col-
onel commandant, to preside at such board, and in case of his absence by sick-

ness or otherwise, the next officer in rank shall preside. The said court shall **Members of the** take the following oath, to be administered by the senior officer present, and **court to be** afterwards by any other officer of the said board to him, to wit: I ——— **sworn.** do solemnly swear, or affirm, (as the case may be), that I will truly and faith- **Form of the** fully inquire into all delinquencies which appear on the returns to be laid be- **oath.** fore me, and will assess the fines thereon, as shall seem just, without partial- **Commanding** ity, favor or affection. So help me God. The lieutenant-colonel or comman- **officer of the** ding officer of the said regiment, shall then lay before the court all delinquen- **regiment to lay** cies as directed by this act, whereupon they shall proceed to hear and deter- **delinquencies** mine thereon. **before the court.**

§ 33. That the following forfeitures and penalties shall be incurred for de- **Forfeitures and** linquencies, to wit: By a lieutenant-colonel or commanding officer of a regi- **penalties for** ment, for failing to take any oath, to direct his adjutant to summon any **neglect of duty,** court or board, to deliver any commission or commissions, to appoint any regi- **by a colonel.** mental or battalion muster, to give information of the places of holding courts of inquiries, to attend the same, to report delinquencies, to attend a battalion or regimental muster, or a muster of officers, to appoint the staff officers to his regiment, not less than ten nor more than one hundred dollars; by a major or **Major.** commanding officer of a battalion, for failing to take an oath, to attend any court or board, to give notice of any regimental or battalion muster, to exam- ine and train his battalion, to report delinquencies, to make a return or to at- tend a muster of officers, any sum not less than eight, nor more than eighty dollars; by a captain or commanding officer of a company, (as the case may **Captain.** be), for failing to take an oath, to attend any court or board, to enrol his com- pany, to appoint private musters, or give notice of a regimental or battalion muster, to attend any muster armed, to examine and exercise his company as is by the twenty-fifth article directed for the government of the militia, to call his roll and report delinquencies, to make any return or appoint non-com- missioned officers as directed by this act, any sum not exceeding fifty nor less than five dollars, for every such offence; by a subaltern officer failing to take **Subaltern.** an oath, to attend any court or board, to attend any muster armed, as is by this act directed, for every such offence or neglect, any sum not exceeding forty nor less than four dollars; by a non-commissioned officer, for failing or neglect- **Non-commis-** ing to attend any muster of officers, to attend any muster of his company, to **sioned officer.** take charge of any part of his company, or them march as directed, for every such offence or neglect, any sum not exceeding twenty nor less than two dol- lars; by a private man, for failing or neglecting to attend a regimental or bat- **Private.** talion muster, armed and equipped as directed by this act, one dollar and fifty cents; to attend a muster of his company at the time and place appointed in **Delinquencies** manner aforesaid, during the whole time the same is on parade, the sum of **in company** one dollar; and that the delinquencies in company musters shall be inquired **musters, by** into and assessed by the officers of their company, subject to an appeal to the **whom inquired** field officers. **into.**

§ 34. That the fathers shall be bound for the payment of fines incurred by **Fines on per-** their sons, under the age of twenty-one; guardians for the payment of fines **sons under** incurred by their wards, and masters for the payment of fines incurred by their **twenty-one,** apprentices, and be charged therewith by the collectors of fines accordingly. **by whom in-quired into.**

§ 35. That any court of inquiry, for good cause shown, may remit fines as- **How fines may** sessed by the court preceding the same; and in such case, it shall be the **be remitted.** duty of the clerk to certify the same to the collector of fines, who shall there- upon not collect such fine or fines, or refund the same if collected.

§ 36. That all fines and penalties incurred by non-commissioned officers, **By whom and** musicians and privates; to be assessed by virtue of this act, shall be collected **in what manner** by one of the sergeants of the company in which the delinquents are enrolled; **fines shall be** and it shall be the duty of the clerk of each regiment to make out a warrant **collected from** and direct the same to one of the sergeants of each company, mentioning the **non-commis-** names and amount of the fines assessed on each delinquent, commanding him **sioned officers,** forthwith to collect the same, which warrant shall be signed by the president **musicians, &c.** of the court of inquiry and countersigned by the clerk. And it shall be the further duty of the clerk to deliver to the paymaster of the regiment, a certi- fied list of the warrants issued, taking his receipt for the same, a duplicate of which he shall deliver to the commanding officer of his regiment within twenty days; each sergeant shall be accountable for the fines put into his hands to collect, and shall make distress for the same if not paid within twenty days after receiving such warrant; in the same manner as is prescribed by law for regulating the duty of constables on a writ of *fieri facias*, each sergeant

shall pay into the hands of the pay-master all moneys he may have collected, on or before the first day of September in every year, whose duty it shall be to attend every court of inquiry and make a statement of all the money he may have on hand; the sergeant serving the warrant shall be entitled to demand twenty-five cents from each delinquent, in addition to the fine for every warrant he may serve; any sergeant who shall be guilty of a neglect of the duties enjoined on him by this section, shall be ordered to the ranks, and shall moreover be liable for all the fines put into his hands to collect.

By whom and in what manner fines shall be collected from commissioned officers.

§ 37. That all fines and penalties incurred by commissioned officers, by virtue of this act, shall be collected by the clerk of the regiment in which such delinquent shall reside, in the same manner as is provided by the thirty-sixth section of this act, for collecting fines from non-commissioned officers and privates, and the same, when collected, shall be paid over to the pay-master of the regiment; if any clerk shall neglect to perform his duty agreeably to this act, he shall be subject, at the discretion of the court of inquiry, to be sentenced to pay the whole or any part of the fines put into his hands for collection, together with six per cent. interest, and if the whole amount shall not be paid within twenty days of the sentence, the president of the court of inquiry shall cause the sergeant-major to make the same of the goods and chattels of such delinquent clerk.

How fines shall be appropriated.

§ 38. That all moneys paid to the pay-master as aforesaid, shall be appropriated, first to the purpose of procuring the necessary number of drums, fifes and colors, and secondly, the remainder, if any, shall be disposed of as the court of inquiry shall direct.

Adjutant general and brigade inspector's salary. Compensation of the adjutant, clerk, &c.

§ 39. That the adjutant-general shall be allowed the sum of one hundred dollars, and each brigade inspector the sum of fifty dollars, yearly, for their services and stationary, respectively; and the state treasurer is hereby authorized and directed to pay the same, on the certificate of the auditor of public accounts. The adjutant, clerks, provost-martials, the fife and drum majors, and other fifers and drummers of each regiment, shall receive such compensation for their services as the court of inquiry shall think proper.

Exemption of persons unable to equip agreeably to law, from fines.

§ 40. That if any militia-man shall make it appear to the satisfaction of the officers of the company to which he belongs, that he is unable to furnish or equip himself as by this law is directed, and the officers satisfying the succeeding court of inquiry thereof, it shall be in the power of such court to restrict any fine that may have been imposed by virtue of this law, and to grant such militia-man exemption from all such fines, until he shall be enabled, in the opinion of the officers of his company, to furnish and equip himself, agreeably to this law.

Bye-standers molesting officers or soldiers on parade, how punished.

§ 41. That if any bye-stander, at a regimental, battalion or company muster, shall insult or otherwise molest any officer or soldier, whilst on parade, the commanding officer of the regiment, battalion, troop or company, (as the case may be), may order such person or persons to be put under guard for any time not exceeding six hours, and to pay a fine not exceeding four dollars, which shall be collected as other militia fines are.

Duty of the clerk of the regiment.

§ 42. That it shall be the duty of the clerk of the regiment to attend the courts of inquiry therein, to take the minutes of the proceedings, receive all returns from the commandants of battalions and companies, and record the same in a proper book prepared for that purpose; he shall also record the class-rolls of each company in his regiment, and shall furnish the person appointed to collect the fines with a list of the delinquents in his regiment, stating the number of fines due from each delinquent and the muster at which they were delinquents; and on failure or neglect of any clerk to perform any of the duties imposed on him by this law, he shall be fined by any court of inquiry, in any sum not exceeding twenty-five dollars.

Penalty for neglect thereof.

Governor empowered to call forth the militia. Proviso.

§ 43. That whenever it may be necessary to call into actual service any part of the militia, on an actual or threatened invasion of this state or of any of the neighboring states or territories of the United States, that it shall and may be lawful for the governor to order into actual service such part of the militia, by classes, as the exigency may require: *Provided,* That the part so called doth not exceed four classes of the militia of the brigade or brigades so called out; *and provided also,* that such brigade or brigades shall not be again called into actual service until an equal number of classes of the militia of the other brigade or brigades, respectively, be first called, unless the danger of an invasion from the Indians or others, should make it necessary to keep in reserve the militia of such brigade or brigades for their immediate defence.

§ 44. That all orders for the militia to be called forth as aforesaid, shall be sent to the commanding officers of the brigades with the notification of the place or places of rendezvous, who shall immediately take measures for detaching the same with the necessary number and rank of officers; and if any brigadier-general shall fail or neglect to comply with any of the duties required of him by virtue of this act, he shall forfeit and pay any sum not exceeding one thousand dollars, to be assessed by a general court martial, collected by the brigade-major, in the mode pointed by the thirty-seventh section of this act and disposed of as the said court martial shall direct. <span class="margin">Orders to be sent to the commanding officers of brigades. Fine of brigadier-general for neglect of duty.</span>

§ 45. That each battalion or regiment of the state shall be divided into eight classes, preserving to each man his original class; all troops of horse and flank companies, whether grenadiers, light-infantry or rifle-men, shall be called into service by companies or detachments, and not by classes, the first flank company making part of the first call, and the second flank company shall make part of the fifth call of the militia, and be commanded by their own proper officers. <span class="margin">Classification of militia.</span>

§ 46. That for the purpose of having the militia when called by classes, properly officered, the following order is hereby directed and enjoined, that is to say, <span class="margin">The order of classing commissioned officers.</span>

| For the | 1st draft, | 1st·capt. | 2d lieut. | 4th ensign. |
|---------|-----------|-----------|-----------|-------------|
|         | 2d   do.  | 2d  do.   | 1st  do.  | 3d   do.    |
|         | 3d   do.  | 3d  do.   | 4th do.   | 2d   do.    |
|         | 4th  do.  | 4th do.   | 3d. do.   | 1st  do.    |
|         | 5th  do.  | 5th do.   | 6th do.   | 8th  do.    |
|         | 6th  do.  | 6th do.   | 5th do.   | 7th  do.    |
|         | 7th  do.  | 7th do.   | 8th do.   | 6th  do.    |
|         | 8th  do.  | 8th do.   | 7th do..  | 5th  do..   |

Non-commissioned officers to take tour of duty with the commissioned officers, and the routine of the field officers shall be according to the date of their respective commissions; the first lieutenant-colonel of the brigade shall command the first detachment, if it amounts to a lieutenant-colonel's command, if it does not, the command shall devolve on the first major, liable to serve three months and no longer, and to be relieved by the class next in numerical order, the relief to arrive at least two days before the expiration of the term of the class to be relieved; but nothing herein contained shall prevent the governor or any commanding officer of a county from employing or calling out a part or the whole of any class, or any companies or regiments, without respect to this rule, whenever the exigency is too sudden to allow the assembling of the militia which compose the particular classes, and the service of the persons so called out shall be accounted as a part of their tour of duty. <span class="margin">Field officers' routine of command. Term of service and how relieved. When the militia may be called into service other than by classes.</span>

§ 47. That when any detachment of the militia shall be called into service, the captain of each company shall take care that his proportion of men are assembled and marched to the proper place of parade or rendezvous, under the care of a commissioned officer or sergeant, with a list of the men, which list shall be delivered to the adjutant of the regiment, whose duty it shall be to attend at the place appointed to receive the detachment from the several companies of his regiment, and he shall make out a roll of the whole, mentioning the rank of the officers and names of the non-commissioned officers and privates, and when the detachment shall be completed and placed under the proper officer, he shall attend them to the place appointed for the meeting of the detachment of the brigade, when the several adjutants shall deliver to the brigade-major or inspector, or officer appointed to command the whole detachment, a complete roll, containing the names of the commissioned and non-commissioned officers and privates, composing the detachment from each regiment or battalion, noting such remarks as circumstances may require; and it shall be the duty of the officer appointed to the command of said detachment, to cause two complete rolls to be made out and certified under his hand, one of which rolls he shall forthwith transmit to the adjutant-general, and the other to the brigade inspector. <span class="margin">Duty of captains when the militia are called into service. Adjutant's duty. Officer commanding a detachment, his duty.</span>

§ 48. That it shall and may be lawful for any person called to do a tour of duty, to send a sufficient substitute, such substitute being approved of by the captain or commanding officer of the company, which he shall be offered to serve in: *Provided always,* That any person serving by substitute as aforesaid, if said substitute be called in his own turn into actual service, before the time expires which he was to serve for his employer, the person procuring <span class="margin">Persons called out, may serve by substitutes. Proviso.</span>

such substitute shall march, or find a person to march in his substitute's turn, to be accepted as aforesaid, or be liable to pay his fine for neglect, which fine is to be recovered in the same manner as is directed in the case of any militia-man neglecting or refusing to do a tour of duty, and that sons of the age of sixteen years or upwards, who are not subject to the militia law, may be admitted as substitutes for their fathers, to be accepted as aforesaid.

**Lieutenant-colonel or commanding officer, may impress for each company, a wagon, team, &c.**

§ 49. That the lieutenant-colonel, or commanding officer of each regiment, from which detachments are drawn, shall, if not otherwise to be obtained, cause to be procured by impressment for each company, a wagon, team and driver, or a sufficient number of pack-horses, six axes and six camp kettles or pots of convenient size, all which shall be delivered to the commanding officer of the company, who shall be accountable for returning the same, when his tour is over; and the articles aforesaid shall be returned to the owner, who shall be allowed for the use, damage or detention of the same, whatever shall be adjudged by a court of inquiry of the regiment, and the lieutenant-colonel

**Impressed articles to be valued.**

or commanding officer, shall cause all property by him impressed by virtue of this act, to be valued by three house-holders, on oath, before the same shall be sent away, and shall give such owner a receipt for the same, stating the quantity, quality and value of the property impressed, together with a certifi-

**When lost, the owner to be indemnified.**

cate of the appraisers, and on proof being made of any article being lost, the valuation thereof shall be allowed, and the said allowance shall be certified to the auditor of public accounts; the said court shall make inquiry into the cause of such loss, and if it shall appear that such loss was occasioned by the misconduct or inattention of any officer, the brigade-inspector is hereby authorized and required to prosecute a suit against such officer, to recover damages for the use of the state.

**Commanding officer of a county, upon an actual or threatened invasion thereof, how to proceed.**

§ 50. That if any sudden invasion shall be made or intended to be made, of any county or district within this state, by Indians or any other power, the commanding officer of the militia of such county or district, is hereby authorized and required, to order out the whole or such part of the militia of his county or district, as he may think necessary, in such manner as he may think best, for the repelling such invasion, and shall call on the commanding officers of the adjacent counties or districts, for such aid as he may conceive necessary, who shall forthwith, in like manner, furnish the same; and for assembling the militia required upon such occasions, or by order of the executive, the same measures shall be taken to summon them as is directed in the case of musters; and it shall be the duty of every commanding officer of a county or district, on receiving information of the intended invasion of his or any neighboring county or district, forthwith to convey information of the same by special message or otherwise, to the governor of the state, that he may make the necessary arrangements to repel the same.

**Persons prosecuted under this act may plead the general issue, &c.**

§ 51. That if any suit or suits shall be brought or commenced against any person or persons, for any thing done in pursuance of this act, the action shall be laid in the county where the cause of such action did arise, and not elsewhere, and the defendant or defendants in such action or actions to be brought, may plead the general issue and give this act and the special matter in evidence.

**Fines due under the former law, how collected. Duty of sheriffs and collectors.**

§ 52. That all fines heretofore duly assessed by any court of inquiry under the former law, and which have not been paid, shall be collected in the manner prescribed by this act, and the sheriffs and collectors of the several counties, shall make returns to the court of inquiry, at their first meeting, of the fines assessed on delinquents, in their several battalions, which have not been collected, together with the money they have collected, or the treasurer's receipt therefor, and all such fines not paid, shall be subject to the order of the court of inquiry, and collected in the same manner as other fines are collected by this law.

§ 53. That the following articles, rules and regulations, shall govern the militia of this state, to wit:

**Commissioned officers misbehaving, how punished.**

ARTICLE 1. If any field or other commissioned officer, at any regimental review, or on any other occasion when the regiment, battalion or company to which he may belong, or in which he may hold a command, is paraded in arms, shall misbehave or demean himself in an unofficer-like manner, he shall, for such offence, be cashiered or punished by fine, at the discretion of a general court-martial, as the case may require, in any sum not exceeding sixty dollars; and if any non-commissioned officer, musician or private, shall, on any parade of the company to which he belongs, misbehave, or disobey

Case 3:19-cv-01226-L-AHG   Document 133-5   Filed 03/15/24   PageID.12403   Page 33 of 143

orders, or use any reproachful or abusive language to his officers, or any of them, or shall quarrel, or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard, by the commanding officer or officers present, until the company is dismissed, and shall be, by a regimental court-martial, fined in any sum not exceeding twenty dollars nor less than one dollar. *(margin: Non-commissioned officers, musicians or privates misbehaving, &c.)*

ART. 2. If the lieutenant-colonel or commanding officer of any regiment or battalion, shall neglect or refuse to give orders for assembling his regiment or battalion, at the direction of the commander of the brigade to which he belongs, or in case of an invasion of the county or district to which such regiment or battalion belongs, he shall be cashiered or punished by fine, not exceeding six hundred dollars, at the discretion of a general court-martial; and if a commissioned officer of any company, shall, on any occasion, neglect or refuse to give orders for assembling the company to which he belongs or any part thereof, at the direction of the lieutenant-colonel or commanding officer of the regiment to which such company belongs, he shall be cashiered and punished by fine, not exceeding two hundred dollars, at the discretion of a regimental or general court-martial; and a non-commissioned officer offending in such case, shall be fined at the discretion of a regimental court-martial, in any sum not exceeding twenty dollars. *(margin: Lieutenant-colonel refusing to give orders, &c. how punished. Commissioned officers of a company and non-commissioned officers offending, how punished.)*

ART. 3. If any commanding officer of a company shall refuse or neglect to make out a list of the persons noticed to perform any tour of duty, and send or convey the same to the lieutenant-colonel or commanding officer of the regiment to which such company may belong, or if he shall fail to call forth such officers and men as shall from time to time be legally called from his company, upon any call from the governor, or on invasion or insurrection in the county or district, or requisition from an adjacent county or district, or failing on any such occasion to repair to the place of rendezvous, for such neglect or refusal he shall be cashiered or fined at the discretion of a general court-martial in any sum not exceeding one hundred dollars, nor less than five dollars. *(margin: Penalty on captains failing to make out a list of persons noticed for a tour of duty, &c.)*

ART. 4. If any militia-man shall desert while he is on a tour of duty, he shall be fined not exceeding one hundred dollars, and be obliged to march on the next tour of duty, under the same penalties as the first; if a non-commissioned officer shall so desert, he shall be degraded and placed in the ranks, and shall pay a fine not exceeding two hundred dollars, and be obliged to serve another tour as a private. *(margin: Desertion, how to be punished.)*

ART. 5. Every general court-martial shall consist of thirteen members, exclusive of the judge-advocate, all of whom shall be commissioned officers, not under the rank of captain, and the officer highest in rank, shall preside. *(margin: General court-martial.)*

ART. 6. Every regimental court-martial shall be composed of five members, all commissioned officers, one of their members president, not under the rank of captain. *(margin: Regimental court-martial.)*

ART. 7. All members of a court-martial are to behave with decency and calmness, and in giving their votes, are to begin with the youngest in commission. *(margin: Members how to vote.)*

ART. 8. No commissioned officer shall be tried but by a general court-martial, nor by officers of an inferior rank, if it can be avoided, nor shall any proceedings or trials be carried on, except between the hours of eight o'clock in the morning and three o'clock in the afternoon, but courts-martial may adjourn from day to day, excepting in cases where the militia shall be in actual service in time of war, and when in the opinion of the officer appointing the court, an immediate example is required. *(margin: Commissioned officers to be tried by a general court-martial.)*

ART. 9. The judge-advocate shall prosecute in the name of the state, but shall so far consider himself as counsel for the prisoner as to object to any leading question to any witnesses, or any question to the prisoner, the answer to which might lead to criminate himself. *(margin: Judge-advocate how to prosecute.)*

ART. 10. When a non-commissioned officer, musician or private, is confined under guard, his crime shall be lodged with the officer of the guard within twelve hours after the prisoner's confinement, otherwise the prisoner shall be set at liberty. *(margin: Proceedings when persons are put under guard.)*

ART. 11. In every court-martial, not less than two-thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted. *(margin: Court-martial, two-thirds must agree, &c.)*

ART. 12. The president of each and every court-martial, whether general or regimental, shall require all witnesses, in order to the trial of offenders, to declare on oath or affirmation, that the evidence they shall give is on oath. *(margin: Witnesses to give testimony on oath.)*

**Members of a court-martial to take an oath.**
**Form of oath.**

truth, the whole truth, and nothing but the truth. And the members of all such courts shall take an oath or affirmation as follows, to wit: I, do solemnly swear (or affirm as the case may be) that I will hear and determine according to evidence, to the best of my understanding and the custom of war in such like cases, between the state of Ohio and                    now to be tried; that I will not disclose the opinion of this court, until approved or disapproved by the commanding officer or commander-in-chief (as the case may be) and that I will not, at any time, discover or disclose the opinion of any particular member, unless called upon to give evidence thereof by a court of justice, in due course of law; which oath shall be administered by the judge-advocate to the president and members.

**By whom administered.**

**Judge-advocate, how appointed.**
**To take an oath.**
**Form of oath.**

ART. 13. The judge-advocate shall be appointed by the officer ordering the court-martial, and shall take the following oath or affirmation, which shall be administered by the president, to wit: I                    do swear, (or affirm, as the case may be), that I will faithfully execute the office of judge-advocate to this court, now met for the trial of                    to the best of my abilities and understanding and the custom of war in like cases, and that I will not disclose nor discover the opinion of this court-martial, until approved or disapproved of by the commanding officer, and that I will not at any time disclose or discover the vote or opinion of any member, unless called upon by a court of justice to give evidence thereof in due course of law. It shall be the duty of the judge-advocate to keep a record of the whole proceedings of the court, taking into view the depositions of all witnesses that may be introduced.

**His duty.**

**Provost-marshal's duty.**

ART. 14. Courts-martial shall appoint a provost-marshal, whose duty it shall be to summon all witnesses, having received process for that purpose from the president of the court, to execute the orders of the court and keep by-standers from interrupting the court whilst sitting; and all persons called, as witnesses in any case before a court-martial, who shall refuse to attend and give evidence, shall be censured or fined at the discretion of the court, in any sum not exceeding fifty dollars.

**Witnesses refusing to attend, how punished.**

**Officers, &c. transgressing, not suffered to do duty until tried.**

ART. 15. No officer or private being charged with transgressing these rules, shall be suffered to do duty in the regiment, company, or troop to which he belongs, until he has had his trial by a court-martial, and every person so charged shall be tried as soon as a court-martial can conveniently be assembled.

**Proceedings had when a non-commissioned officer or private is injured by his colonel.**

ART. 16. If any non-commissioned officer or private shall think himself injured by his lieutenant-colonel or commanding officer of the regiment, and shall, upon due application made to him, be refused redress, he may complain to the brigadier, who shall direct three commissioned officers to inquire into the nature of the complaint, and if they report that the person complaining, in their opinion, has been injured, the brigadier-general shall then direct the brigade-inspector, at a certain time and place, to summon a general court-martial, for the purpose of doing justice to the person complaining, and shall also direct the brigade-inspector to give the person complained of, at least eight days previous notice of the time and place of the meeting of any such court-martial, together with a copy of the charges exhibited against him.

**Proceedings on injury to privates, &c. by captain.**

ART. 17. If any non-commissioned officer or private shall think himself injured by his captain or other superior in the battalion, troop, or company, to which he belongs, he may complain to the commanding officer of the regiment, who shall cause his adjutant to summon a regimental court-martial, for doing justice according to the nature of the case.

**The person tried, entitled to a copy of the sentence.**

ART. 18. The party tried by a general court-martial, shall be entitled to a copy of the sentence and proceedings of such court-martial, after the decision on the sentence, upon demand thereof made by himself or any person or persons in his behalf, whether such sentence be approved or not.

**Power of court-martial.**

ART. 19. No penalty shall be inflicted at the discretion of a court-martial, other than degrading, cashiering, or fining.

**Of pardons, mitigation of fines, &c.**

ART. 20. The commanding officer for the time being, shall have full power of pardoning or mitigating any censures or penalties so ordered to be inflicted on any private or non-commissioned officer, for the breach of any of these articles, by a general court-martial, and every offender convicted as aforesaid, by any regimental court-martial, may be pardoned or have the penalty mitigated by the lieutenant-colonel or commanding officer of the regiment, excepting only where such censures or penalties are directed as satisfaction for injuries received by an officer or private from another; but in case of officers,

such sentence to be approved of by the commander-in-chief of the militia, who is empowered to pardon or mitigate such sentence, or disapprove of the same.

ART. 21. If any commissioned officer shall, at any time or upon any occasion, behave in an unofficer-like or ungentlemanly manner, the commander-in-chief, if the person accused be a major-general ; the general of division, if a brigadier-general ; the brigadier-general, if a field officer ; or the lieutenant-colonel or commanding officer of a regiment, if an inferior officer, as the case may be, upon the application of a commissioned officer, may appoint a board of the officers to inquire into the matter of complaint, and if upon their report it shall appear to him deserving of trial, then, and in such case, he shall direct a court-martial, whose proceedings herein shall have the same effect as if the offence had been committed when on actual duty. *Proceedings against commissioned officers misbehaving.*

ART. 22. The militia on the days of training, may be detained under arms, or on duty in the field, any time not exceeding six hours : *Provided,* they are not kept above three hours under arms at any one time, without being allowed to refresh themselves. *Hours of parade.*

ART. 23. All fines that shall be incurred by any breach of these rules, shall be paid to the pay-master of the regiment in which the offender resides, (whose receipt shall be a discharge for the same) within sixty days after they become due, but in case of neglect or refusal to pay any of the said fines, they shall be levied and collected in manner hereinbefore directed. *Fines to be paid to the pay-master of the regiment, &c.*

ART. 24. The militia of this state, whilst in actual service, shall be subject to the same rules and regulations as the federal army, and shall receive the same pay and rations as is allowed by the United States to the militia, when in actual service : *Provided,* That upon any transgression or offence of a militia-man, whether officer or private, against the rules and regulations of the federal army, the cause shall be tried and determined by a court-martial of the militia of this state, if the same can be convened. *Militia in actual service, subject to the rules, &c. of the federal army. Proviso.*

ART. 25. The rules of discipline approved and established by congress, in their resolution of the 29th of March, one thousand seven hundred and seventy-nine, shall be observed by the militia throughout this state, except such deviations from said rules as may be rendered necessary, by the requisitions of the acts of congress, or some other unavoidable circumstances : it shall be the duty of the commanding officer, at every training, whether by regimental, battalion, or single company, to cause the militia to be exercised and trained, agreeably to the said rules of discipline ; and the instructions laid down by the baron Steuben, and annexed to the said rules of discipline, pointing out the respective duties of the officers, non-commissioned officers, and privates, are recommended and enjoined upon the militia of this state, as particularly and fully as if the said instructions were repeated and expressed in this act at length ; and it shall be the duty of every captain to instruct his non-commissioned officers accordingly. *Rules of discipline established by congress, 29th March, 1779, to be observed. Militia to be exercised according to the rules of congress and baron Steuben's instructions.*

ART. 26. If any militia-man, on receiving three days' previous notice thereof, shall neglect or refuse to be in readiness to march on any tour of duty, armed and equipped as required by this act, he shall forfeit and pay a sum not more than one hundred dollars nor less than eight dollars, for every month he is required by law to serve en such tour, to be assessed, (on proper proof thereof made), by a regimental court-martial. *Provided always,* That if any militia-man shall be sick or make any other just or satisfactory excuse to the court-martial, such fine shall not be assessed, but such militia-man shall be obliged to perform a tour of duty on the next call of the militia. *Notice on a call for a tour of duty. Proviso.*

§ 54. That all laws and parts of laws, heretofore made for the regulation of the militia, shall be and the same are hereby repealed. [*Passed, December* 30, 1803.] *T. L. c. 105, 137, 155, repealed.*

CHAP. XXVI.—An act declaring the assent of the general assembly of the state of Ohio, to an amendment proposed by the congress of the United States, in lieu of the third paragraph of the first section of the second article of the constitution of the United States.

§ 1. *Be it enacted, &c.* That whereas it is provided by the fifth article of the constitution of the United States of America, that congress, whenever two-thirds of both houses shall deem it necessary, shall propose amendments to the said constitution, or on the application of the legislatures of two-thirds of the several states, shall call a convention for proposing amendments, which in either case shall be valid to all intents and purposes as part of the same constitution, when ratified by the legislatures of three-fourths of the several states, *Preamble.*

# EXHIBIT 190

Case 3:19-cv-01226-L-AHG   Document 133-5   Filed 03/15/24   PageID.12407   Page 37 of 143

I. **B**E *it enacted by the General Assembly of the state of North-Carolina, and it is hereby enacted by the authori-* CHAP. 28.
*ty of the same,* That all freemen and indented servants, citizens of this State or of the United Ante p. 23, 67.
States, resident in this State, who are or shall be of the age of eighteen years, and under forty-five years, 1801, 9, 33, 34.
shall, as soon as it is practicable, be severally and respectively enrolled in the militia by the Captain or 1801, 9, 33, 34.
Commanding Officer of the company within the bounds of whose district, (to be allotted him by the court- 1803, 11, 82.
martial) such citizen shall reside, and it shall at all times hereafter be the duty of every Captain or com-  What persons
manding officer of any company, to enrol every such citizen as aforesaid, and also those who shall from
time to time arrive at the age of eighteen years, except as herein after excepted, or shall come to reside
within his bounds, and remain therein thirty days, and shall without delay notify such citizen of said en-
rolment by a proper non-commissioned officer of the company, by whom such notice may be proved ; that
every citizen so enrolled and notified, shall, within six months thereafter, provide himself with a good
musquet or firelock, a sufficient bayonet and belt, two spare flints, a knapsack, and a pouch with a box  To be armed,
therein, to contain not less than twenty-four cartridges suited to the bore of his musket or firelock, each  &c.
cartridge to contain a proper quantity of powder and ball ; or with a good rifle, knapsack, shot-pouch and
powder-horn, and twenty balls suited to the bore of his rifle, and a quarter of a pound of powder and
lead ; and shall appear so armed, accoutred, and provided, when called out to exercise, or into actual
service ; except that when called out on company days to exercise only, he may appear without a knap-
sack.   That the commissioned officers shall severally be armed with a sword or hanger, and an espontoon.  Arms, &c. to
And every citizen so enrolled, and providing himself with the arms, ammunition, and accoutrements as  be exempt from
aforesaid shall hold the same exempted and free from all suits, distresses, executions, or sales for debt, or  all suits.
for the payment of taxes.

II. *And be it further enacted,* That the Vice-President of the United States, the Officers judicial and  Exempt,
executive of the United States, the Members of both houses of Congress and their respective officers, the
Judges of the Superior Courts of Law and Courts of Equity, and Justices of the Peace, Printer to the
State, Councillors of State, the Secretary, Treasurer, Comptroller, the Attorney-General, Solicitor-Gen-
eral, High Sheriffs of the several counties in this State, Ministers of the Gospel of every denomination,
that are properly and regularly ordained, and have the care of souls ; Quakers, Moravians, Dunkards or
Menonists, who may produce a certificate of their being regular members of either of the said societies ;
all custom-house officers, postmasters, and stage-drivers, who are employed under the care and convey-
ance of the mail to the post-offices of the United States ; all continental officers, who served with reputa-
tion three years, or until the end of the revolutionary war, unless sooner deranged by a reform of the ar-
my ; all ferrymen employed on any ferry of any public road, provided the same shall not exceed the Su-
perintendant and one other to each ferry ; all superintendants of public mills and inspectors of impost, all
branch pilots, all mariners actually employed in the sea-service of any citizen or merchant of the United
States ; all officers and students of the University and all other seminaries of learning within this State,
particularly established by law, shall be, and they are hereby exempted from militia duty : *Provided* al-  None in case of
ways, That nothing herein contained, shall be construed so as to exempt any person from performing du-  invasion or in-
ty in case of invasion or insurrection within this state.                                                     surrection,

III. *And be it further enacted,* That every person liable to do militia duty, who may by the commissi-  Penalty on ne-
oned officers of his company, be deemed in circumstances sufficient to equip himself, and who shall fail  glecting to arm
to do the same as herein required, shall forfeit and pay for each deficiency as follows, viz. for want of a  and equip.
good and serviceable musket, rifle, or firelock, the sum of five shillings ; a cartouch box of the capacity
described, or shot pouch and powder-horn, the sum of two shillings ; flints, cartridge-box or powder and  See 1801, 9.
ball, as required, the sum of two shillings ; And all parents, masters, or guardians, shall furnish those of the
militia, who shall be under their care or command, with their arms and equipments above-mentioned, under
the like penalties for any neglect.   That all commissioned officers shall take rank according to the date  Parents, &c.
of their commission ; and where two or more of the same grade bear an equal date, then their ranks shall  to furnish those
be determined by lot, to be drawn by them before the commanding officer of the division, brigade, regiment,  care.
battalion, company, or detachment.   And each Superior Court district shall form at least one brigade,
and each county at least one regiment : And when the same shall be convenient, each regiment shall con-
sist of at least two battalions ; each battalion of five companies, and each company of sixty-four privates.  Officer's rank,
That the militia shall be officered as follows : To each division one Major-General, and two Aids-de-camp
with the rank and pay of Major, to be appointed by the Major-General : To each brigade, one Briga-

Digitized by Google

# EXHIBIT 191

LAWS OF THE STATE, &c.    123

# C H A P.  XLIX.

*An ACT to establish an Uniform Militia throughout*
*this State.*

SECTION 1. **B**E *it enacted by the Senate and House of Representatives of the State of Delaware, in General Assembly met,* That each and every free able-bodied white male citizen of this State, or any of the United States, residing in this State, who is or shall be, of the age of eighteen years, and under the age of forty-five years, except as hereinafter excepted, shall severally and respectively be enroled in the militia by the captain or commanding officer of the company, within whose bounds such citizen shall reside, such bounds to be fixed and limited agreeably to the subdivisions which have been made by lieutenant-colonels, majors and captains of the different counties, by the directions of an act of the General assembly of this State, entitled, "A supplement to an act, entitled, An act for establishing the militia of this State," passed the ninth day of February, in the year of our Lord, one thousand seven hundred and ninety-six ; and it shall be the duty of every such captain or commanding officer of a company, at all times hereafter to enrol every such citizen as aforesaid, and also those who shall from time to time

*(margin)* Who shall be enroled, and by whom.

Case 3:19-cv-01226-L-AHG   Document 133-5   Filed 03/15/24   PageID.12410   Page 40 of 143

C H A P.
XLIX.
1807

Notification of
the enrolment.

arrive at the age of eighteen years, and not excepted
by this act, that have or shall come to reside within
the bounds of his company, and shall notify such
citizens by a proper non-commissioned officer of his
company, by whom such notice may be proved ; and
in all cases of doubt respecting the age of any person
enroled, or intended to be enroled, the party ques-
tioned, shall prove his age, to the satisfaction of the
commanding officer of the company within whose
bounds he may reside.

Persons exemp-
ted from milita-
ry duty.

SECT. 2. *And be it further enacted,* That the
vice-president of the United States, the officers judi-
cial and executive of the government of the United
States, the members of both houses of Congress, and
their respective officers, the members of both houses
of the General assembly of this State, all custom-
house officers and their clerks, judges of the Supreme
court, and court of Common pleas, chancellor, attor-
ney-general, auditor of accounts, secretary and trea-
surer of the State, sheriffs, gaolers and keepers of
work-houses, all post-officers and stage-drivers who
are employed in the care and conveyance of the mail
of the post-office of the United States, all ferry-men
employed at any ferry on the post roads, all inspec-
tors of exports, all pilots, all mariners actually em-
ployed in the sea-service of any citizen or merchant
within the United States, ministers of religion of eve-
ry denomination, professors and teachers in colleges,
academies, latin schools, and school-masters having
twenty scholars, shall be exempted from military
duty, and no other persons.

Arrangement of
the militia.

SECT. 3. *And be it further enacted,* That the
militia of this State, shall form one division, and
shall be arranged into brigades, regiments, battalions
and companies, in manner and form following ; the
State to make one division, and each county to con-
sist of one brigade, and each brigade to consist of
not less than two, or more than eight regiments,
each regiment to consist of two battalions, and each

  
## OF DELAWARE.

battalion to consist of five companies, one of which shall be light infantry, grenadiers or riflemen, to be formed of volunteers from their respective regiments, and each company to consist of not more than sixty-four privates, and not less than forty, or as near as may be, having regard to their local situation. There shall be to each brigade at least one company of artillery, and one or more troops of horse, as the brigadier may think proper, provided they do not exceed one company of each to a regiment, or more than an eleventh part of the infantry, which shall be formed of volunteers from their respective brigades.

SECT. 4. *And be it further enacted,* That in order that the militia may be well armed, equipped and accoutred, every citizen whose assessment shall amount to the sum of five hundred dollars, that has been, or hereafter shall be enroled and notified thereof, (except as herein before excepted, and all young men under the age of twenty-one years, enroled agreeably to the second section of this act, shall be exempted from furnishing the necessary arms and accoutrements, and from all militia duties and fines during such minority, except in cases of rebellion or any actual invasion of this State,) shall, within a year after the passing of this act, provide himself with a good musket, a sufficient bayonet and belt, two spare flints, and cartouch box, to contain twenty-four cartridges, suited to the bore of his gun, or with a good rifle and shot pouch, and in case of neglect, shall be considered and returned among the absentees. *Provided however,* That every non-commissioned officer and private, who now possesses, or who shall possess, before the expiration of the said year, a musket or firelock, shall be obliged to appear on duty with such musket or firelock, whether his assessment be under or above five hundred dollars, under the penalty for neglect of being considered and returned among the absentees; and after the expiration of the said year, every non-commissioned officer or private, who may

*How the militia shall be armed.*

*Who shall be exempted.*

*Proviso.*

126                    LAWS OF THE STATE

C H A P.
XLIX.
1807

How the officers
shall be armed.

not have received any public arms, and whose assessment shall not amount to five hundred dollars, but who shall possess a musket or firelock, shall be obliged to appear on duty with such musket or firelock or be considered and returned as an absentee; the commissioned officers of the infantry, shall be armed with a sword or hanger, and espontoon, and those of the artillery, with a sword or hanger, a fusee, bayonet and belt, and cartridge box to contain twelve cartridges; the commissioned officers of the troops of horse shall furnish themselves with good horses, of at least fourteen and an half hands high, and shall be armed with a sabre and pair of pistols, the holsters of which shall be covered with bear-skin caps; each light horseman or dragoon, shall furnish himself with a good horse at least fourteen hands and an half high, a good saddle, bridle, mail pillion, and valise holsters, and a breast plate and crupper, a pair of boots and spurs, a pair of pistols, a sabre, and cartouch box, to contain twelve cartridges for pistols.  The artillery, light infantry, grenadiers

Artillery, &c. to
be uniformly
clad at their
own expense,

and horse, shall be uniformly clothed in regimentals at their own expense, the colour and fashion to be recommended by the brigadier commanding the brigade to which they shall belong.  But the officers, and non-commissioned officers and privates of every troop or company of voluntary militia hereafter to be raised, shall be obliged to wear the uniform prescribed by the brigadier, or be considered as not belonging to such company; and all officers hereafter to be commissioned, shall likewise uniform themselves in the manner directed by the major-general; every militia-man shall

and appear arm-
ed on days of
exercise.

appear so armed and accoutred, when called out to exercise, or into service, (here it is considered that the public find knapsacks and ammunition) and every man so enroled as aforesaid, and providing himself with arms, accoutrements, &c. shall hold the same exempt from all suits, distress, executions, or sales for debt or payment of taxes: each

Colours, and by
whom furnished

battalion shall be provided with a stand of colours, by the commanding officer of the same, bearing the

# EXHIBIT 192

Case 3:19-cv-01226-L-AHG   Document 133-5   Filed 03/15/24   PageID.12414   Page 44 of 143

# THE CODE

OF

# NORTH CAROLINA,

ENACTED MARCH 2, 1883.

PREPARED UNDER CHAPTERS 145 AND 315 OF **THE**
LAWS OF 1881, AND UNDER CHAPTER 191
OF THE LAWS OF 1883.

BY

WILLIAM T. DORTCH, JOHN MANNING,
JOHN S. HENDERSON.

IN TWO VOLUMES.

## VOL. II.

NEW YORK:
BANKS & BROTHERS, LAW PUBLISHERS.
144 NASSAU STREET.
473 AND 475 BROADWAY, ALBANY.
1883.

Generated on 2024-02-25 22:36 GMT / https://hdl.handle.net/2027/nc01.ark:/13960/t9h42q341
Public Domain / http://www.hathitrust.org/access_use#pd

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF NORTH CAROLINA AT
CHAPEL HILL

which such service was rendered shall be sufficient to entitle the holder thereof to such exemption.

### Sec. 3167. Officers to enroll and make return of exempts. R. C., c. 70, s. 4.   1832, c. 7.

The captain or commandants of companies shall enroll and keep enrolled all within the limits of their respective districts who are exempt from performing militia duty except in time of invasion or insurrection, and shall return the number of exempts in their annual returns to the commandants of regiments, who shall make a like return of all exempts in their respective regiments in their annual returns to the brigadier and adjutant-generals, regulations for which annual reports are hereinafter prescribed.

### Sec. 3168. Persons enrolled to equip themselves; forfeitures for neglect to do so.   R. C., c. 70, s. 6.   1806, c. 708, ss. 1, 3, 9.

Every citizen enrolled and notified, as is directed in this chapter, shall, within six months thereafter, provide himself with a good musket, smooth-bored gun or good rifle, shot-pouch and powder-horn, and shall appear so armed and accoutered when called out to exercise or in actual service; the commissioned officers shall severally be armed with a sword, or hanger, or an espontoon; and every citizen so enrolled and providing himself with arms and accouterments as herein directed, shall hold the same exempt from all suits, executions or sales for debts, or for the payment of taxes; and if he shall fail to provide himself with arms and accouterments, as herein directed, and if the commissioned officers of his company shall deem him in sufficient circumstances to equip himself he shall forfeit and pay for the want of a good, serviceable musket, gun or rifle fifty cents. And all parents and masters shall furnish those of the militia, who shall be under their care or command, with the arms and equipments above mentioned, under the like penalty for each neglect. If the company court-martial, after examination on oath, shall adjudge any person enrolled to be incapable of providing himself with arms and accouterments, as herein required, they shall make report thereof to the next regimental or battalion court-martial, as the case may be, who may, if it shall appear necessary, exempt such person from the fines here imposed until such arms and accouterments shall be provided and delivered to him by the court-martial, who shall take

Generated on 2024-02-25 22:35 GMT  /  https://hdl.handle.net/2027/nc01.ark:/13960/t9h42q341
Public Domain  /  http://www.hathitrust.org/access_use#pd

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF NORTH CAROLINA AT
CHAPEL HILL

security for the safe keeping of such arms and accouterments to be returned when required.

### Sec. 3169. How infantry shall be divided.   R. C., c. 70, s. 7.  1806, c. 708, s. 3.  1848, c. 58, s. 12.

The infantry shall be divided into divisions, brigades, regiments, battalions and companies; each division shall consist of at least two brigades; each brigade of at least four regiments, each county forming at least one regiment; each regiment, when convenient, shall consist of at least two battalions, each battalion of five companies, and each company of forty-five privates.

### Sec. 3170. Regiments, brigades and divisions, how distinguished.   1866, c. 23, s. 1.

The following are declared to be the regiments, brigades and divisions of the infantry, to be known and distinguished as here designated, namely:

| Brigades. | Counties. | No. Regiment. | How Distinguished in Counties where more than one Regiment. |
|---|---|---|---|
| 1st........ | Currituck........... | 1 | |
| | Camden ............ | 2 | |
| | Perquimans ........ | 3 | |
| | Pasquotank......... | 4 | |
| 2nd....... | Chowan  .......... | 5 | |
| | Hertford........... | 6 | |
| | Gates ............. | 7 | |
| | Bertie ............. | 8 | |
| | "     ............. | 9 | |
| 3rd....... | Martin............. | 10 | |
| | Washington......... | 11 | |
| | Tyrrell............. | 12 | |
| | Hyde and Dare..... | 13 | |
| 4th........ | Beaufort........... | 14 | |
| | Craven............. | 15 | |
| | Pamlico............ | 16 | |
| | Pitt............... | 17 | |
| 5th........ | Carteret....... .... | 18 | |
| | Jones.............. | 19 | |
| | Lenoir............. | 20 | |
| | Onslow............ | 21 | |
| 6th........ | New Hanover....... | 22 | |
| | Pender ............ | 23 | |
| | Sampson........... | 24 | East of Big Coharrie. |
| | "     ............. | 25 | West of "      " |
| 7th........ | Duplin............. | 26 | |
| | Wayne............. | 27 | Upper. |
| | "     ......... .... | 28 | Lower. |
| | Greene....  ........ | 29 | |

Generated on 2024-02-25 22:36 GMT  /  https://hdl.handle.net/2027/ncd1.ark:/13960/19042a341
Public Domain  /  http://www.hathitrust.org/access_use#pd

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF NORTH CAROLINA AT
CHAPEL HILL

# EXHIBIT 193

THE

# LAWS

OF THE

## *Commonwealth of Massachusetts,*

FROM

FEBRUARY 28, 1807, TO FEBRUARY 28, 1814,

INCLUDING THE POLITICAL YEARS 1807, 1808, 1809, 1810, 1811, 1812, and 1813.

### VOL. I. NEW SERIES.

BEGINNING WHERE THE EDITION ENDS, WHICH WAS PRINTED BY
ORDER OF THE LEGISLATURE IN 1807.—THE LAWS OF EACH
POLITICAL YEAR, AT ITS TERMINATION, TO BE PRINTED
IN A CORRESPONDING MANNER, WITH PROPER IN-
DEX, &C. SO AS TO BIND UP WITH THIS VOLUME.

———

BOSTON :

PUBLISHED BY THOMAS AND ANDREWS.

SOLD AT THEIR BOOKSTORE, NO. 45, NEWBURY-STREET.

Joseph T. Buckingham, Printer.

*May,* 1814,

of regiments, battalions, and companies, for the above pur-
poses, that the several regiments, battalions, and companies,
may be supplied as aforesaid. And the commanding officers
of regiments and battalions shall be responsible for the safe
keeping of their colours ; and the commanding officers of
companies shall be responsible for the safe keeping of the
drums, fifes, bugle horns, and trumpets, delivered to them for
the use of their companies. And the adjutant-general shall
furnish blank orders for the commanding officers of companies
to order their non-commissioned officers and privates to notify
their men to attend all the inspections, trainings, and reviews,
and meetings for the choice of officers, which shall be ordered ;
also blank notifications or orders, to be left with the men by the
non-commissioned officers or privates, ordered to notify as
aforesaid, and it shall not be necessary that seals be affixed to
any orders whatever.

Parents and
masters to
equip minors.

    SECT. 28. *Be it further enacted,* That all parents, masters
or guardians, shall furnish all minors enrolled in the militia,
who shall be under their care respectively with the arms and
equipments, required by this act ; and if any parent, master,
or guardian, having any minor under his care, enrolled as
aforesaid, shall neglect to provide such minor with the arms
and equipments, required by this act, he is hereby subjected
and made liable to the same forfeitures, as such minor would
be liable to, for a like deficiency or neglect, if such minor
were of age : *Provided however,* That such parents, masters,
or guardians as shall produce, on or before the first Tuesday
of May, annually, certificates from the overseers of the poor
of the town or district in which they reside, of their inability
to provide arms and equipments as aforesaid, to the command-
ing officer of the company in which the minor under their care
is enrolled, shall be exempted from the forfeitures aforesaid.

No person ex-
empted for in-
firmity, without
a certificate.

    SECT. 29. *Be it further enacted,* That no non-commission-
ed officer or private of any company shall be exempted from
military duty on account of bodily infirmity, unless he shall
obtain from the surgeon or surgeon's mate of the regiment to
which he belongs, if either of those officers are commissioned
in such regiments : if not, from some respectable physician
living within the bounds of the same, that he is unable to per-
form military duty on account of bodily infirmity, the nature
of which infirmity is to be described in said certificate, and the

# EXHIBIT 194

UNIV. OF MICH. LAW LIBRARY.

THE

# L A W S

OF THE

## STATE OF NEW-HAMPSHIRE,

### ENACTED SINCE JUNE 1, 1815.

TO WHICH IS ADDED

## AN APPENDIX,

CONTAINING THE ARTICLES OF CONFEDERATION AND PERPETUAL UNION OF THE
STATES, ADOPTED BY CONGRESS, 1778; THE CONSTITUTION . OF NEW-
HAMPSHIRE OF 1783, AND SUCH OF THE REPEALED LAWS AS
ARE NECESSARY TO BE KNOWN.

31644

## VOL. II.

CONCORD:
PRINTED BY ISAAC HILL.

1824.

Digitized by Google

ments required as aforesaid, and they shall deposit the
same in some safe and convenient place, and shall permit
the commanding officer of the company to which such pri-
vate unable to provide himself as aforesaid belongs, to de-
liver such arms and equipments to such private whenever
his company shall be ordered out for any military duty;
and the said commanding officer shall be responsible for
the safe return of such arms and equipments to the place
of deposit.

SECT. 46. *And be it further enacted,* That all parents, mas-
ters, and guardians, shall furnish all minors enrolled in the
Parents, &c. to militia, who shall be under their care respectively, with the
furnish arms,
&c.         arms and equipments required by this act; and if any pa-
rent, master or guardian, having any minor under his care
enrolled as aforesaid, shall neglect to provide such minor
with the arms and equipments required as aforesaid, he is
hereby subjected and made liable to the same forfeitures
as such minor would be liable to for a like deficiency or
neglect, if such minor were of age: *Provided however,*
that such parents, masters or guardians, as shall produce on
or before the first Tuesday of May annually, certificates
Towns to pro- from the overseers of the poor of the town or district in
vide.       which they reside, of their inability to provide arms and
equipments as aforesaid to the commanding officer of the
company in which the minor under their care is enrolled,
shall be exempted from the forfeitures aforesaid.

SECT. 47. *And be it further enacted,* That parents, masters
Parents,&c. li- and guardians shall be liable for the non-appearance and
able.       neglect of such persons as are under their care (and are lia-
ble by law to train) and are to be proceeded against for the
penalty in the same manner as by this act is provided against
other delinquents.

SECT. 48. *And be it further enacted,* That each non-com-
Fines for defi- missioned officer or private who shall appear on parade not
ciency.     completely equipt according to law, shall for each article
with which he shall neglect to appear, pay the following
sums as fines for the equipments with which he shall not be
provided, to wit: a gun, eighty cents; steel or iron ram-
rod, twenty cents; bayonet, scabbard and belt, twenty-five
cents; for neglecting to have his musket and bayonet clean
and in good order, fifty cents; pistol, forty cents; sword,
forty cents; two spare flints, ten cents; priming wire and
brush, ten cents; cartridge box capable of containing twen-
ty-four rounds, twenty-five cents; knapsack, twenty cents;
and canteen, ten cents; to be recovered as hereinafter
pointed out.

SECT. 49. *And be it further enacted,* That no non-commis-
Penalty for fir- sioned officer or private soldier shall, upon any muster day,
ing a gun with-
out leave.   or evening of the same day, discharge or fire off a musket

Digitized by Google

# EXHIBIT 195

# AN ACT

### TO

## ORGANIZE, GOVERN, AND DISCIPLINE

# THE MILITIA,

### OF THE

## STATE OF MAINE.

### PASSED MARCH 21, 1821.

#### WITH THE

## SEVERAL ACTS IN ADDITION THERETO,

#### PASSED FEB. 11, 1823, AND FEB. 25, 1824.

*Published under the direction of the Adjutant General.*

PORTLAND:
PRINTED BY TODD AND SMITH.
1824.

## 37

to attend all the inspections, trainings and reviews, and meetings for the choice of officers, which shall be ordered ; also blank notifications or orders, to be left with the men by the non-commissioned officers or privates, ordered to notify as aforesaid ; and Clerk's complaints to Justices of the Peace ; and it shall not be necessary that seals be affixed to any orders whatever.

SECT. 34. *Be it further enacted*, That all parents, masters or guardians, shall furnish all minors enrolled in the militia, who shall be under their care respectively, with the arms, and equipments, required by this act ; and if any parent, master, or guardian, having any minor under his care, enrolled as aforesaid, shall neglect to provide such minor with the arms and equipments, required by this act ; or if said minor shall absent himself from any meeting of the company, to which he belongs, required by law, without sufficient excuse, the said parent, master or guardian is hereby subjected and made liable to the same forfeitures as such minor would be liable to, for a like deficiency, neglect or non-appearance, if such minor were of age ; and all persons liable by this act to do military duty, shall be allowed six months, immediately from and after their arrival at the age of eighteen years, and not afterwards, within which to furnish themselves with the arms and equipments required by law : *Provided however*, That such parents, masters, or guardians as shall produce, on or before the first Tuesday of May annually, certificates from the overseers of the poor of the town or district in which they reside, of their inability to provide arms and equipments as aforesaid, to the commanding officer of the company in which the minor under their care is enrolled, shall be exempted from the forfeitures aforesaid.

SECT. 35. *Be it further enacted*, That no non-commissioned officer or private of any company shall be exempted from military duty on account of

4

# EXHIBIT 196

1830.

ship, by the town collectors of said township, and how the same has been expended, and the number of children educated in each district, between the ages of four and sixteen years, with such further information as they may think useful, to be condensed by them into a single report, and to be laid before the legislature by the said trustees.

--------

## AN ACT to exempt minors from Militia Duty in time of peace.

Passed the 6th of November, 1829.

Minors
exempt in
time of
peace.

1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby enacted by the authority of the same,* That from and after the passing of this act, all persons under the age of twenty-one years be, and they are hereby, exempt from militia duty in time of peace.

Duty of
officers.
Rev. 575.

2. *And be it enacted,* That the enrolment of the militia of this state, shall be made agreeably to the first section of the act establishing a militia system, passed the eighteenth of February, one thousand eight hundred and fifteen; and it shall be the duty of the officer making such enrolment, to write opposite to the name of each minor, the words "*under age;*" *Provided,* that all persons under the age of twenty-one years as aforesaid, who are actually enrolled in, or shall, after the passing of this act, join any uniform corps, shall be entitled to the same privileges and subject to the same penalties as are prescribed in the above mentioned act.

--------

## AN ACT to authorize the President of the Council of Proprietors in West-Jersey, to administer oaths and affirmations to witnesses in certain cases.

Passed the 13th of January, 1830.

The President, &c. of the Council of Proprietors, may administer oaths, &c.

1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby enacted by the authority of the same,* That it shall and may be lawful for the President of the Council of Proprietors, or, in his absence, the Vice-President or President, pro tem., to administer oaths or affirmations to witnesses, touching any dispute or controversy, that may come before the said Council of Proprietors, for their adjudications.

Deputy surveyors authorized to

2. *And be it enacted,* That it shall and may be lawful for deputy surveyors, to take depositions or affirmations of citations being duly served, as also, in relation to corner lines

Digitized by Google

# EXHIBIT 197

1822.

son or persons so offending, shall for each and every such offence, forfeit and pay the sum of five dollars, which may be sued for and recovered in the same manner as debts of a like amount are by law recoverable, for the use of the poor of the city, district or township, in which the fine shall have been incurred: *Provided*, That the provisions of the third and fourth sections of this act shall not be so construed as to extend to such dry measures as shall be used by the proprietor thereof, only upon his or her farm or plantation.

Passed 2d April, 1822.—7 Sm. L. p. 571.

## CHAPTER CCLXXIV.

### AN ACT FOR THE REGULATION OF THE MILITIA OF THIS COMMONWEALTH.

16 divisions.

I. The commonwealth of Pennsylvania shall be divided and organized into military divisions, as follows, to wit:

*First Division*—city and county of Philadelphia.

*Second Division*—counties of Bucks and Montgomery.

*Third Division*—counties of Chester and Delaware.

*Fourth Division*—county of Lancaster.

*Fifth Division*—counties of York and Adams.

*Sixth Division*—counties of Dauphin, Lebanon, Berks and Schuylkill.

*Seventh Division*—counties of Northampton, Pike, and Lehigh.

*Eighth Division*—counties of Northumberland, Union, Columbia, Luzerne, Susquehanna and Wayne.

*Ninth Division*—counties of Lycoming, Potter, M'Kean, Bradford and Tioga.

*Tenth Division*—counties of Mifflin, Centre, Huntingdon and Clearfield.

*Eleventh Division*—counties of Cumberland, Perry and Franklin.

*Twelfth Division*—counties of Bedford, Somerset and Cambria.

*Thirteenth Division*—counties of Westmoreland and Fayette.

*Fourteenth Division*—counties of Washington and Greene.

*Fifteenth Division*—counties of Allegheny, Armstrong, Indiana, and Jefferson.

*Sixteenth Division*—counties of Beaver, Butler, Mercer, Crawford, Erie, Venango and Warren.

Of two brigades as organized.

II. Each division shall consist of two brigades, as at present organized; but when, in the opinion of the major general and the brigadier generals, of any division it may be deemed useful and necessary to form a third brigade, within the bounds of such division, they are hereby authorized to do so, making the said brigades as nearly equal in strength as circumstances will permit.

Each brigade of the number of regiments now belonging.

III. Each brigade shall consist of the number of regiments now belonging to the same; but when, in the opinion of the brigadier general and the colonels of the regiments of any brigade, it may be deemed useful and necessary to form an additional regiment or regiments within the bounds of such brigade, they are hereby authorized to do so: *Provided however*, That no brigade shall contain less than two thousand one hundred men, nor consist of less than three nor more than five regiments, and they shall be as equal in point of strength as circumstances will permit. And each regiment shall consist of two battalions, also as nearly equally divided in strength as conveniently may be; and each battalion shall have the same number of companies if practicable. The regiments of militia in this commonwealth shall retain their present numbers, and every new regiment formed shall be numbered by the adjutant general. And the said regiments and battalions shall take rank according to the number of the same, reckoning the lowest in number to be the highest in rank. But the adjutant general shall be authorized once in every seven years, to make any other general arrangement in the number of the regiments; and if any such arrangement is made by him, he is hereby required to give notice of the same to the several bri-

Each regiment of two battalions.

Old regiments to retain their numbers.

Adjutant general to make arrangements.

(1) Company officers may be now appointed by the 30 March, 1824, § 1.

gade inspectors, and the regiments shall thenceforth have and bear the num- 1822. bers made according to said arrangement, and a record of the same shall be filed by the adjutant general in his office, and also in the office of the secretary of the commonwealth. Each regiment of militia shall contain at least seven hundred men, and be entitled to a stand of colours at the expense of the state.

IV. Each regiment shall consist of the number of companies now attached Each regito the same; but when, in the opinion of a majority of the field officers of ment to any regiment, it may be deemed useful and necessary to create an additional consist of company or companies within the bounds of such regiment, they are hereby of com- authorized to do so: *Provided however,* That the number of companies in panies now each regiment shall not be less than eight, nor more than twelve, nor the attached. number of non-commissioned officers and privates in each company less than seventy, nor more than one hundred and fifty.

V. Whenever the major general and brigadier generals of any division Major ge- may be of opinion that a better organization of the brigades and regiments neral, &c. of said division may be made, by attaching one part of a brigade to another, to make they are hereby authorized to make such arrangement; of which they shall range- notify the brigade inspectors, who shall give notice to the commanding offi- ments, &c. cers of the regiments affected thereby.

VI. Whenever the brigadier general may be of opinion that a better or- New ar- ganization of the regiments or companies his brigade may be made, by range- attaching one part of a regiment to another, he is hereby authorized to ments. make such arrangement, with the assent of the commanding officer of said regiments; of which notice shall be given to the brigade inspector and to the captains of the companies to be affected thereby.

VII. Whenever a majority of the field officers of any regiment may be Field offi- of opinion that a better organization of the companies of said regiment may cers may be made, by transferring part of one company to another, they are hereby re-organize authorized to make such arrangement; of which the majors of the batta- companies. lions to which any such company may belong, shall give notice to the captain or commanding officer thereof; and shall also give notice thereof to the proper brigade inspector, stating particularly the alterations so made.

VIII. Every free able bodied white male person who has resided within Who to be this commonwealth for one month, and is between the ages of eighteen enrolled. and forty-five, except those hereinafter enumerated, shall be enrolled in the militia of this commonwealth, the vice president of the United States, the Who to be judicial and executive officers of the United States, members of congress, exempted. custom house officers, stage drivers employed conveying the mail of the United States, ferrymen employed on any post road while in the actual performance of that duty, post masters, inspectors of exports, pilots and mariners actually employed in the sea service, and ministers of religion, teachers in universities, academies and schools while so employed, and who have been so employed for at least one year before, members of the board of health, directors and controllers of the public schools of the first school district in this commonwealth, judges of the supreme and district courts, and courts of common pleas, the mayors and recorders of cities, and the menial servants of foreign ambassadors, ministers and consuls, sheriffs, jailers and keepers of workhouses shall be exempted from militia duty. And every person within the ages before mentioned shall be considered an able bodied man, unless he shall produce to the commanding officer of the proper regiment, a certificate from two practising surgeons or physicians residing within the bounds of the regiment, under oath or affirmation, that, in their opinion he is unable and unfit to perform military duty by reason of infirmity or disability, or shall produce such a certificate from the surgeon of the regiment, who shall take one general oath or affirmation to perform his duty with fidelity; and unless the commanding officer of the said regiment is further satisfied that any such person is not an able bodied man within the spirit and meaning of this act.

Captain to
IX. The captain or commanding officer of every company of militia, enrol.

**1822.**

shall between the first day of April and the first Monday of May, in the year eighteen hundred and twenty-two, and in every subsequent year enrol or cause to be enrolled every person subject to militia duty within the bounds of his company, by having entered the name, age, and place of residence of every such person in a book to be procured for that purpose, and if any doubt shall exist about his age or place of residence, the age shall be entered at twenty one years, and the place of residence shall be considered as being in the district, township or ward, and within the bounds of the company in which he is believed to reside, which shall be conclusive until he satisfies the captain or commanding officer of his proper age and place of residence; and if it is found that he ought to be enrolled in any other company, he shall only be released from performing duty in the company in which he is first enrolled, by producing a certificate that he is actually enrolled in such other company.  And the captain or commanding officer shall enrol, or cause to be enrolled, from time to time, every person arriving within the bounds of his company, or arriving to the age of eighteen years, and liable to perform militia duty, and shall enter his name, age and place of residence in manner aforesaid: *Provided however,* That no actual member of a duly organized volunteer corps shall be enrolled in manner aforesaid, if at the time thereof he is uniformed and equipped as a volunteer, which fact he must show if required, by a certificate from the commanding officer of his troop or company.

*How age and residence to be determined.*

*Persons arriving within the bounds of any company to be enrolled.*

X. If any person liable to perform militia duty, shall make a false representation of his name, age, or place of residence to the person authorized to enrol him, or shall wilfully conceal or refuse to give the same, or if any head of a family shall conceal the name of any person subject to militia duty, residing, boarding or lodging in the family, or occupying any part of the dwelling house, or make a false representation thereof, every person so offending shall forfeit and pay the sum of ten dollars, to be recovered before any alderman or justice of the peace, as debts of equal amount are by law recoverable by any person who shall sue for the same.

*Penalty, a false representation, or concealment of names.*

XI. The captain or commanding officer of every militia company, shall on or before the day of regimental or battalion training in each and every year, deliver, or cause to be delivered to the proper brigade inspector, a copy of the roll of the militia of his company under oath or affirmation; and the adjutant of the said regiment shall, on or before the said regimental or battalion training in every year, deliver or cause to be delivered to the proper brigade inspector, a roll of all the field, staff and company officers in his regiment; and each of the said officers failing to furnish the said rolls, and deliver the same as directed by this section, shall forfeit and pay the sum of thirty dollars.

*Enrollment of companies to be delivery annually to the brigade inspector.*

*Of the field, staff and company officers.*

XII. The adjutant general of the militia of this commonwealth now in commission, shall hold his office for the term of three years from the third day of August last, if he so long behaves himself well, and faithfully performs the duties of his office; but, whenever in the opinion of the governor the said adjutant general fails and neglects faithfully to perform the duties of his office, the governor shall remove him from office; and as often as a vacancy happens by such a removal, or by death, resignation, expiration of the term of office or otherwise, the governor shall appoint and commission another person in manner aforesaid; and the said adjutant general shall receive for his services the annual salary of three hundred dollars, to be paid out of the state treasury; and the said adjutant general shall receive and distribute all orders from the governor or commander-in-chief of the militia to the several officers of the said militia; whenever required, he shall furnish to the brigade inspectors one complete set of all forms and returns connected with a proper discharge of their duties, and of the duties of the several officers of the brigade to whom they shall be distributed by the said brigade inspector: for which forms and returns he shall be paid out of the state treasury upon the settlement of his accounts by the proper officers; and shall also be paid for all postage on letters or packages from or to him on

*Present adjutant general to continue in office for 3 years, &c.*

*May be removed.*

*Vacancy.*

*Salary.*

*Duties.*

MILITIA                                                             349

subjects connected with military duty; he shall give explanations and in-   1822.
formation on all matters connected with military duty to the major generals,
brigadier generals and brigade inspectors, whenever required by them; he
shall receive and file all returns made to him of the militia agreeably to law,
and shall annually make a detailed report thereof to the governor, to be sub-
mitted to the legislature; and shall also transmit a duplicate thereof to the
president of the United States, and shall instruct the proper officers in the
form in which these returns shall be made to him; and shall also in the
report to the governor particularly designate the number of militia in each
brigade and regiment, and the number and kind of volunteer corps attached
to the same respectively; he shall also procure or cause to be procured, any
arms, military stores, clothing, accoutrements and camp equipage, and shall
distribute the same to the proper officers when legally required. The adju-  To give
tant general shall, before he enters on his duties, give bond with one or more  bond.
sufficient sureties to be approved of by the governor, which bond shall be
taken in the name and for the use of the commonwealth of Pennsylvania,
(and filed in the office of the secretary of state,) in the sum of one thousand
dollars, conditioned for the true and faithful performance of his duties, and
the safe delivery to his successor of all books and papers belonging to his
office; and in case of the death of the adjutant general, his executors or ad-
ministrators shall, under the penalty of one thousand dollars, safely deliver
all books and papers belonging to the office of the said adjutant general, to
any person appointed by the governor to receive the same; which penalty
shall be recovered in the name and for the use of the commonwealth of
Pennsylvania.

XIII. The divisions, brigades, regiments and companies of militia shall  How the
be officered as follows:                                               militia to
                                                                       be officer-
To each division one major general and two aids-de-camp, to be appointed  ed.
by him with the rank of major; and one division inspector and one divi-
sion quarter master, to be appointed by a majority of the general officers of
the said division.

To each brigade, one brigadier general, one aid-de-camp, one brigade
major, and one brigade quarter master, to be appointed by him with the rank
of captains, and one brigade inspector.

To each regiment one colonel, one lieutenant colonel and two majors;
one surgeon and two surgeon's mates; one adjutant and one quarter master,
with the rank of first lieutenants; one sergeant major, one quarter master
sergeant, one drum major, and one fife major. The said commissioned and
non-commissioned staff officers to be appointed by the commanding officer
of the regiment.

To each company one captain, one first lieutenant, one second lieutenant,
five sergeants, six corporals, two musicians, and the number of privates di-
rected by the fourth section of this act.

XIV. On the first Monday of June, one thousand eight hundred and  Brigadier
twenty-eight, and on the first Monday of June in every seventh year there-  general and
after, an election shall be held within the several battalion bounds of the  field offi-
militia of this commonwealth, in the manner and for the several officers  cers to be
                                                                       elected.
hereinafter mentioned. The brigade inspector of each brigade then in
commission, shall advertise and give notice in the most public manner, by
printed or written advertisements, and by publication in two newspapers in
the city or county, if such papers are published therein, to all persons sub-
ject to militia duty within the bounds of every such battalion of the brigade,
that an election will be held on the said day, between the hours of ten in
the forenoon and six in the afternoon, except within the city and liberties
of Philadelphia, where the election shall be kept open until nine o'clock, at
such place within the bounds of the said battalion as near the centre as may
be, as shall be designated in such notice, for the election of one brigadier
general for the brigade, of one colonel and lieutenant colonel for each regi-
ment of said brigade, and one major for each battalion of said regiments.
And the said brigade inspectors shall order and direct the major of every  Elections.

1822.    battalion, or if he neglects or refuses, or in case there is no such officer, he
shall appoint one respectable citizen residing within the limits of the said
battalion to superintend and conduct the said election; and the said major
or citizen appointed as aforesaid, shall attend at the time and place fixed
on for the election, and shall prior to the opening thereof select another
respectable citizen, who with himself shall act as judges of said election;
and they shall take to their assistance two clerks; and the persons so ap-
pointed to act as judges and clerks shall be sworn or affirmed by any alder-
man or justice of the peace, or if there is no alderman or justice of the peace
present, then by any commissioned officer, to conduct the said election
fairly and impartially, and make a correct and true return thereof.   And

Who to   every militia man belonging to the said battalion, or any member of a volun-
vote.    teer corps residing within the bounds of the same, may vote by ballot at
such election in the manner now practised at the general elections: *Pro-
vided however*, That no volunteer of any troop or company which actually
belongs to a battalion or regiment of volunteers, shall vote for field or com-
pany officers of a militia regiment, but may vote for brigade inspector or
brigadier general of the brigade.   And if the said judges shall deem it
necessary, they may administer oaths or affirmations to voters and others,
and examine them about their right to vote, and shall decide thereon; and

Returns.    when the said election shall have been closed and the votes counted, the
said judges shall make out duplicate returns of the same, to be signed by
them as well as the clerks, particularly stating in the said returns the num-
ber of votes in words at length given for each person for the office before
mentioned, of brigadier general, brigade inspector, colonel, lieutenant
colonel and major separately and distinctly; and the superintendent of such
election, after sealing up the said returns in the presence of the other judges,
shall take charge of the same, and shall within ten days after the said elec-
tion, deliver, or cause to be delivered, the said returns to the proper brigade
inspector then in commission.   And the said superintendent shall receive
two dollars, and the said judge and clerks one dollar each for their services

Penalty   for performing the duties required of them.   And if any such superintend-
false re-  ent, judge or clerk shall act fraudulently in conducting said election, or
turns.    shall wilfully make a false return thereof, he shall, on conviction thereof
before the court of quarter sessions of the county in which he resides, for-
feit and pay any sum not less than fifty nor more than one hundred dollars,
to be paid to the proper brigade inspector.

How and   XV.  The brigade inspector after having received the returns of the elec-
by whom   tions held in manner aforesaid, and before he opens the same, shall call to
the returns  his assistance two respectable citizens residing within the bounds of the
to be re-  brigade, one of whom shall be an alderman or justice of the peace, and after
ceived, &c.  swearing or affirming the said citizens truly to examine and cast up said
returns, and make a fair and correct report thereof, the same oath or affir-
mation shall be administered by the said alderman or justice of the peace
to the brigade inspector, and they shall then open the returns of the said
elections and cast up the same, and shall make out one general return of
the election of brigadier general, one other return of the election of brigade
inspector, one other return of the election of each colonel and lieutenant
colonel, and one other return of the election of each major; and having
certified and signed the same, the said brigade inspector shall forthwith

Persons   transmit the same to the secretary of the commonwealth.   And the said
elected to  brigade inspector shall immediately cause a written certificate and notice
be notified.  to be given to each of the said persons of his election.   And the returns of
the battalion elections received by the brigade inspector shall be filed and
preserved in his office, and shall be subject to the inspection of any person
interested who may wish to examine the same; and if the said brigade
inspector, and either of the citizens aforesaid called by him to his assist-

Penalty   ance, shall be guilty of fraud in casting up the returns of the battalion elec-
false re-  tions aforesaid, or shall wilfully sign a false return thereof, or if the said
turns.    brigade inspector shall wilfully suppress any of the said returns, upon con-

viction thereof before the court of quarter sessions of the county in which they severally reside, they shall forfeit and pay any sum not less than one hundred nor more than five hundred dollars for the use of the brigade; and the said brigade inspector shall further be deprived of his office: *Provided,* That each of the persons called to the assistance of the brigade inspector shall receive one dollar for his services, to be paid by the said brigade inspector.

XVI. The proper brigade inspector shall notify the brigadier general, and the field officers of the several regiments and battalions of militia and volunteers of the brigade, elected according to this act, to meet on the first Monday of July then next ensuing, and on the first Monday in July in every seventh year thereafter, at a place as near the centre of the brigade as possible to be fixed by him, to elect a major general for the division. And the said brigade inspector shall attend at the time and place so fixed on, and together with the brigadier general or other senior officer present, shall superintend and conduct the said election. And the said officers of the brigade being assembled, shall ballot for a major general, and after counting the votes, duplicate returns of the said election shall be made out and signed by the said brigade inspector and brigadier general or other senior officer, stating particularly the number of votes given for each person for major general in words at length. And the said brigade inspector shall file one of the said returns in his office, and the brigade inspectors of the other brigade or brigades of the division shall, within ten days after the election, call upon the brigade inspector of the first brigade of the said division, and they shall examine and cast up their respective returns, and make out a division return, stating the election of the person having the highest number of votes for the office of major general, which being certified and signed by the said brigade inspectors, shall immediately be transmitted to the secretary of the commonwealth; and one of the said brigade inspectors shall also notify in writing the person so elected; but if no one should have a majority of the votes given, or if any person elected a major general as aforesaid shall refuse to accept, or whenever a vacancy shall happen by death, resignation or otherwise, of which immediate notice shall be given to the adjutant general of the commonwealth, by the proper brigade inspectors, the said adjutant general shall direct the brigade inspectors of the division to hold a new election on a day to be named by him, which election shall be held and conducted, and returns thereof made in all respects as is directed by the preceding part of this section. And when, in consequence of no one having a majority of votes, a second election shall have been held for major general in manner aforesaid, and it should again happen that no one has a majority of the votes given, then the governor shall appoint and commission one of those highest in vote.

*Major general, how and by whom to be elected.*

*Returns.*

*Vacancies.*

XVII. Before any commission shall issue to a brigade inspector, he shall give bond with sufficient sureties, to be approved of by two of the judges of the court of common pleas of the county in which he resides, in the sum of five thousand dollars, taken in the name of the commonwealth of Pennsylvania, conditioned for the faithful performance of his duties as brigade inspector, which bond shall be filed in the office for recording of deeds of the county, and a copy thereof sent to the secretary of the commonwealth. And whenever a vacancy shall happen, by death, resignation or removal of any brigade inspector, the brigadier general or senior officer of the brigade, shall cause an election to be held to supply such vacancy, on a convenient day to be named by him, which election shall be held and conducted in all respects similar to the mode prescribed by the fourteenth and fifteenth sections of this act, the said brigadier general or senior officer acting in lieu of the brigade inspector, and who shall be paid the necessary expenses for advertising said election, and two dollars for attending the same.

*Brigade inspectors to give bond, &c.*

*Vacancies.*

XVIII. If any brigadier general, colonel, lieutenant colonel, or major, elected, shall refuse to accept; or whenever, and as often as a vacancy shall occur by the resignation, removal, death or otherwise, of any such officer, a new election shall be immediately ordered by the proper brigade inspector,

*Vacancies in the offices of brigadiers general and*

1822.

field offi-
cer.

Returns.

at a time to be fixed on by him, which shall be held, conducted, and re-
turns thereof made in all respects, and under the like penalties as is pro-
vided and directed by the fourteenth and fifteenth sections of this act,
except that in the elections of majors, it shall not be necessary to advertise
in two city or county newspapers: nor shall it be necessary for the brigade
inspector to call to his aid two citizens to examine the returns of the elec-
tions of majors, nor to be sworn or affirmed; but he shall transmit a copy
of the return of any election of major, received by him, to the secretary of
the commonwealth.

When and
where com-
pany offi-
cers to be
elected.

XIX. On the third Monday of August, on thousand eight hundred and
twenty-eight, and on the same day in every seventh year thereafter, an elec-
tion shall be held within the bounds of every company of militia in this
commonwealth, for company officers for the same; and the major of every
battalion, or in case there is no major, the lieutenant colonel of the regi-
ment shall give at least ten days' public notice, by written or printed
advertisements, and by publication in one or more newspapers, if he thinks
it necessary, to the persons subject to militia duty within the bounds of
every company of the battalion, that an election will be held on said day be-
tween the hours of ten o'clock in the forenoon and six in the afternoon, at
such place within the bounds of every said company, as near the centre as
may be, as shall be designated in such notice, for the election of one cap-
tain, one first lieutenant, and one second lieutenant. And the said major,

How elec-
tions to be
conducted.

or lieutenant colonel, shall appoint one respectable citizen to superintend
and conduct each of said elections, who shall attend at the time and place
fixed on for the same; and shall prior to the opening thereof, select one
other person, who, with himself, shall act as judges; and they shall appoint
one other person to act as clerk thereof; but if any person appointed by
the major, or lieutenant colonel as aforesaid, shall fail to attend, then, and
in that case, the enrolled militia present at such election, may and shall
appoint two citizens as judges, and one citizen as clerk, and the said
judges and clerk shall be sworn or affirmed by any alderman or justice of
the peace, or by any commissioned officer, to conduct the said election
fairly and impartially, and to make correct and true returns thereof; and

Captain to
furnish a
list of the
enrolled
militia.

the captain or commanding officer of every company of militia within the
bounds of which any such election is held, is hereby required, under the
penalty of fifty dollars, to furnish the said judges on or before the opening
of the election, a correct list of the militia belonging to his company. And

Who may
vote.

every militia man (volunteers excepted), within the bounds of every said
company, shall and may vote at such elections in the manner practised at
the general elections. And the said judges may, if necessary, examine
persons offering to vote upon their right to do so, under oath or affirmation,
and shall decide thereon. And when the said elections shall have closed,

Returns.

duplicate returns thereof shall be made out, and signed by the said judges
and clerks respectively, stating the number of votes given for each person
for the offices aforesaid, separately and distinctly; and also stating in the
said returns the number of militia within the bounds of the company; and
one of the said judges shall take charge of the said returns, and within
five days thereafter deliver, or cause the same to be delivered to the afore-
said major or lieutenant colonel, who shall immediately transmit one of
each of said returns to the brigade inspector, who shall file the same in his
office; and the said brigade inspector shall make out one general return
for each regiment, of the officers elected in the several companies thereof,
in every case where it appears at least one third of the militia of the com-
pany voted for officers; which returns he shall certify and sign, and send

If one third
of the en-
rolled mili-
tia do not
vote, the
command-
ing officer

immediately to the secretary of the commonwealth. But when, by any
such returns, it appears that one third of the militia of any company did
not vote for company officers, the brigade inspector shall notify the colonel
or commanding officer of the regiment thereof, who shall appoint the pro-
per officers for every said company; but he may if he thinks proper, appoint
all or any of the persons voted for. And he shall also appoint the proper

1822.

officers for every company where no election shall be held; and in case any person shall be elected who shall refuse or decline to accept, or shall fail to perform the duties of his office, the commanding officer of the regiment is hereby authorized and directed to appoint proper officers in the place of every such person thus declining to accept, or failing to perform his duty. But the said commanding officer may, if he thinks proper, in any of the cases above mentioned, order new elections to be held; and he shall make out duplicate returns of all appointments made by him, and shall deliver or cause the same to be delivered to the brigade inspector without delay; one of which returns he shall file in his office, and the other transmit to the secretary of the commonwealth. And as often as a vacancy occurs of a commissioned officer in any company, such vacancy shall be filled by a new election or appointment in manner aforesaid, only that the superintendent appointed for each election, shall hold and conduct the same himself, without selecting another person to act with him as a judge thereof; and shall have the like powers, and do and perform every act and thing required to be done by the two judges in the preceding part of this section. *Provided however*, That the company officers shall reside within the bounds of their company, unless proper persons cannot, in the opinion of the commander of the regiment, be found therein, to accept of such appointments, in which case they may be taken from the bounds of other companies. And the judges and clerks of the aforesaid elections shall be entitled to one dollar each for their services, and be subject to the like penalties as are directed and prescribed by the fourteenth section of this act. And the said brigade inspector shall also be subject to the same penalties for misconduct, as are prescribed by the fifteenth section of this act.

*may appoint.*

*Where no election to be held.*

*And may order new elections held.*

*Vacancies.*

*Proviso as to the residence of the officers.*

*Compensation to judges and clerks.*

The field officers or a majority of them, the commandant being one, shall and may number the companies, and arrange them to the battalions of the regiment, giving notice thereof to the proper brigade inspector. And all field and company officers of militia shall take rank according to the number of their respective regiments, battalions, or companies, reckoning the lowest in number to be highest in rank, when their commissions are of the same date. And the commanding officer of every company, is authorized to appoint the proper non-commissioned officers for the same.

*How companies are to be numbered, &c.*

*How to rank.*

XX. When elections, held under this act, are contested, the following proceedings shall be had: when at least four of the officers, who voted at any election for major general, shall complain to the adjutant general of the commonwealth, that illegal votes were taken, or that the same was otherwise unlawfully held and conducted, it shall be the duty of the said adjutant general, to select at least three officers, who do not belong to the division in which the election was held, one of whom shall not be under the rank of a general officer, and the others not under the rank of colonel. If the election of a brigadier general, or brigade inspector shall be contested, by at least one hundred of the volunteers or militia who voted at any such election, application may be made by them, to the major general, or the next senior officer in rank in the division, if there is no major general, who shall direct and notify two other officers of said division, not belonging to the brigade in which the election was held, who shall not be under the rank of lieutenant colonel. If the election of any field officer shall be contested, by at least fifty of those who voted at such election, application may be made by them to the brigadier general, or if there should be no brigadier general, then the next senior officer in rank, in the brigade, not belonging to the regiment in which the election was held, who shall direct and notify two other officers not under rank of the field officers, and not belonging to the said regiment, which officers shall compose boards for the trial of the contested elections in the cases before mentioned, for which they were selected and appointed; and may belong to the volunteers or militia, or either thereof, at the discretion of the authority making

*Contested elections.*

*Of Major general.*

*Brigadier general or brigade inspector.*

*Field officers.*

1822.

Company
officers.

the selection. And if the election of an officer of any company of militia, or of independent volunteers, shall be contested by at least twenty of those who voted at any such election, application may be made by them, to the colonel or commanding officer of the regiment to which said militia company belongs, or said volunteer company is attached, who, with two other field officers of said regiment to be notified by him, shall compose a board for the trial of said election. And if the election of an officer of any company of volunteers belonging to a battalion or regiment, shall be contested by at least twenty of the volunteers who voted at any such election, application may be made by them to the commanding officer of their proper battalion, or regiment, who, with the other field officers of the battalion or regiment, if any there are, not, however, exceeding two besides himself, to be notified by him, shall be a board for the trial of such election. And

Time and
place for
determin-
ing, &c.

the senior officer of any such board, shall fix on a convenient time and place for determining the said contested election, with power to adjourn if necessary; and shall direct not less than ten days notice to be given to at least one of the complainants, and to the other parties concerned, and may issue process, to compel the attendance of necessary witnesses, who shall

Duties of
the board.

be paid by the party who requires them to be summoned. And the said board shall proceed to hear the allegations and proofs offered; and they, or a majority of them, shall either confirm or set aside any such election, as the justice of the case may require, and shall immediately make report thereof to the proper authority. But the said board, in deciding upon any contested election, shall reject and deduct all illegal votes given to any candidate, and if there is not other sufficient cause of complaint, shall confirm the election in favor of the person having the highest number of lawful votes given. But if the election shall be set aside, then any commission which may have issued in consequence of the same, shall be void, and the office declared vacant, and a new election shall be held in the manner prescribed in other cases by this act.

Term of
commis-
sions to be
until the
3d of Au-
gust, 1828.

XXI. All officers of volunteers or militia, elected or appointed in pursuance of the act for the regulation of the militia, passed the second day of April, one thousand eight hundred and twenty-one, or that may hereafter be elected or appointed, prior to the next septennial elections, shall hold their commissions until the third day of August, one thousand eight hundred and twenty-eight; and all officers elected or appointed at the next, and all subsequent septennial elections and appointments, shall hold their commissions until the third of August, in every seventh year thereafter, if they so long behave themselves well, and perform the duties required by

Except for
staff offi-
cers.

law; except, however, the staff officers appointed by the major generals and brigadier generals, and of the regiments and battalions of volunteers and militia, who shall hold their commissions for the periods before mentioned, unless sooner removed by the general officers, or by the commanding officers of the said regiments or battalions respectively. But the appointment and commission of every staff officer, of a major or brigadier general, shall become void, whenever the person making such appointment shall cease to be an officer himself, from any cause whatever. And when-

When com-
missions to
issue.

ever the secretary of the commonwealth shall have received the returns of any elections or appointments, made in pursuance of this act, commissions shall immediately be issued to the said officers respectively, to be sent to the proper brigade inspector, unless he shall have received notice that the election of any such officer is contested, in which case the commission shall be withheld until the contest is decided, and then shall only issue to the officer lawfully elected. And all commissions for officers elected or appointed at the next, and all subsequent septennial elections or appoint-

When to
take effect.

ments, shall bear date and take effect from the third of August. And all commissions for officers elected or appointed at any other time, shall bear date and take effect from the day of election or appointment of every such officer. But every officer elected or appointed in pursuance of this act,

shall have all the rights and authorities of an officer, from the time of 1822.
receiving notice of his election or appointment, (when his election is not At what
contested) although not commissioned, except the brigade inspector, who time offi-
shall have no authority until regularly commissioned.   No officer shall be cere to ex-
permitted to resign, until he shall have accounted and settled for all money, duties.
arms and property of the commonwealth, which may have come into his
hands.   Nor shall any person be a commissioned officer who is not a citi- No person
zen of the United States.   And the commission of every such officer shall to be com-
be null and void, unless he is actually resident within the bounds of his missioned
proper command.   And whenever it happens, from any cause whatever, zen.
that he is not so resident, his office is hereby declared vacant: excepting, Officers to
however, the case of company officers, who may reside without the bounds reside
of their company, agreeably to the nineteenth section of this act: *And* within the
*provided*, That within the first division of militia, the officers may reside in their com-
any part of their respective brigades. mands.

XXII.  The militia of this commonwealth shall be paraded and trained When and
in companies and battalions, as follows, viz: In companies on the first where com-
Monday of May in every year: and the battalion parades and trainings, battalion
shall commence on the second Monday in May, in every year; and shall trainings.
continue in such order as the brigade inspector shall direct, on every day
of the week, except Sunday, until all the battalions of the brigade shall
have paraded: of which trainings one month's notice shall be given by the
brigade inspector, in as public a manner as possible, by printed advertise-
ments or otherwise, as he may deem best.   The place for the company
trainings shall be fixed by the commanding officer thereof, and of which
he shall give at least ten days public notice, by printed advertisements or
otherwise.   And the place for battalion trainings, shall be fixed by the
commanding officer of the regiment, with the approbation of the major of
the battalion.   And the commanding officer of the regiment shall give at
least fifteen days public notice of the place of said battalion trainings, by Public no-
printed advertisements or otherwise.   And the colonel of the regiment tice to be
shall attend, and command the training of one battalion of the regiment; given.
and the lieutenant colonel shall attend and command the training of the Who to
other battalion of the said regiment, to be determined by said colonel: but command
in case of the absence of those officers, the command shall devolve upon the train-
the next senior officer.   And at every regimental and battalion training, battalions,
the commanding officer shall cause the roll of the field and staff officers to Roll of
be called, and the absentees noted, and a return thereof made to the pro- field and
per court of appeal for the first battalion: *Provided however*, That the staff offi-
militia shall parade and train in regiment instead of battalion, when the called, &c.
commanding officer may require it, of which he shall give notice to the
brigade inspector, before he is directed to advertise in manner aforesaid.
And the said commanding officer shall give the same notice of the place
of regimental training, that is required in the case of battalion training:
*And provided*, That each of the brigade inspectors within the bounds of
the first division, shall publish the said notice required of him by this sec-
tion, three times in two of the daily newspapers printed in the city of Phi-
ladelphia, and shall describe therein the bounds of his brigade, and of each
regiment therein, together with the names of their respective commanding
officers: *And provided also*, That no enrolled militia man, under the age
of twenty-one years, shall be required to parade or train, or shall be fined
for not having so paraded or trained.

XXIII.  Every commissioned and staff officer, and every non-commis- Penalty for
sioned officer and private, enrolled in the militia, and between the ages not attend-
of twenty-one and forty-five years, who, without a lawful excuse, shall ing.
neglect or refuse to attend, on any day of parade and training, herein before
appointed, (without good and sufficient arms) shall be fined as follows, to
wit: Every field officer, five dollars; every staff officer, and captain of a
company, three dollars; every subaltern officer, two dollars; and every

1822.

**Leaving the ranks and parade.**
non-commissioned officer and private, one dollar; and every such officer, non-commissioned officer and private, shall pay the same fine if he leaves the ranks and parade on any day of training, without the leave of his commanding officer, before the regiment, battalion, or company is dismissed: *Provided however*, That if the officers of the company shall be of opinion that any militia man could not procure arms, he shall not be fined for appearing without them; and all officers, who shall appear on parade, without being in uniform, shall be subject to the same fines, as if they had not attended, and they shall be returned as absentees, in the cases before mentioned.

**Roll to be called.**
XXIV. It shall be the duty of every captain, or commanding officer, on the days of training aforesaid, to call the roll of his company, or cause the same to be called, and note down those who are absent at any time during the hours of parade, as often as he shall think most proper, to ascertain the **Absentees.** absentees. And the said captain or commanding officer, shall make out a return of all such absentees, who are required to parade, under oath or affirmation, with the amount of fine incurred, set opposite each name; and shall deliver the said return to the proper court of appeal, on the day of their meeting, under the penalty of fifty dollars.

**3 officers to be a court of appeal.**
XXV.[1] The colonel or commanding officer of each regiment, shall, on or before the day of regimental or battalion training, in every year, appoint three commissioned officers for each battalion of his regiment, to compose a court of appeal for the said battalion for the current year, and shall fix on the place where the said officers shall assemble; and shall give public notice of such appointment, and of the time and place of meeting, fifteen **When to meet.** days at least before each meeting, by printed advertisements or otherwise. And the said officers, so appointed as a court of appeal for the battalion, shall meet on the second Monday of June, in said year, and shall, before **To be on oath.** they enter on their duties, be sworn or affirmed, justly and impartially to decide on all cases that may come before them, and shall continue to sit as long as business absolutely requires it. The senior officer shall be pre**Vacancies.** sident of the said court, and if a vacancy should happen, the colonel or commanding officer shall immediately appoint another officer to fill such **Persons fined may appeal.** vacancy, and give him notice thereof. And all officers and enrolled militia men of the proper battalion, who shall have neglected to attend on any day of training, may appear in person or by agent before the said court, to assign their excuse for such non-attendance, and the said court shall and **When fines may be remitted.** may examine all persons under oath or affirmation; and if it shall be satisfactorily proved or shown, that any officer or militia man was prevented from attending, by reason of being a juror, arbitrator or witness, before any court or other legal tribunal, or of illness, or unavoidable cause which rendered his attendance impracticable on any day for which he is fined for non-attendance, the said court or a majority thereof, shall remit the fine or fines incurred. But no remission shall be made, or redress given at any other time or by any other authority, or in any other manner, than is before **Two lists to be made.** mentioned. And as soon as the said court of appeals shall have decided upon all cases before them, they shall make out two lists of the officers and enrolled militia of each company, returned by the captain or commanding officer thereof, as are fined for non-attendance on any day of training, and whose fines were not remitted by the said court of appeal; which lists shall be signed by the president of the said court, with a certificate attached thereto, that the officers of the said court of appeal had been sworn or affirmed according to law. They shall also mark on the return of each captain, furnished to the said court, opposite to the name of each individual, the remission of any fine; which return, so marked, shall also be signed by the president of the said court. And the said court of appeal shall also make out two lists of all field and staff officers returned to them,

---

(1) This is not to affect the right of exoneration by the field officers under the 26 §. See 30 March, 1824, § 4.

as fined for non-attendance, and whose fines are not remitted by the said court, signed and certified as aforesaid. And the president of the said court of appeal, within ten days after the sitting of the said court, shall, under the penalty of fifty dollars, deliver or cause to be delivered to the proper brigade inspector, one of each of the lists aforesaid, of the fines not remitted, and also the company returns, marked as before directed, and shall transmit the other lists of the said delinquents, to the auditor-general of the commonwealth, who shall charge the amount of the fines not remitted by the said court, to the proper brigade inspector, and file the said lists in his office.

XXVI. The brigade inspector shall, as soon as conveniently may be after receiving from the presidents of the several courts of appeal in his brigade, the returns of fines not remitted by the said courts, issue warrants under his hand and seal, for all the fines not remitted, to wit: One warrant for all fines not remitted of field and staff officers; and one other warrant for all fines not remitted in each and every company, and which shall be in the following form:

" The commonwealth of Pennsylvania to A. B. greeting:

" Whereas the persons named in the schedule or list hitherto annexed, have incurred the fine or fines set opposite to their respective names, for non-attendance and neglect of duty on the day or days of training appointed by law, for the militia of this commonwealth, and which have not been remitted by the court of appeal of the proper battalion. This warrant therefore authorizes and requires you to demand and collect of each and every person named in the said list or schedule the sum set opposite to his name. And in case of neglect or refusal to pay the same, you are to levy and collect the same, with costs, of the goods and chattels of each and every such person by distress and sale thereof, returning the overplus, if any, to the owner. Witness my hand and seal this         day of         eighteen hundred and

Brigade Inspector.     { L. S. }

Brigade,         Division of Pennsylvania Militia."

And the said brigade inspector shall deliver, or cause to be delivered, each of the said warrants to a constable, who is hereby required to execute the same, or to some other fit person, at his discretion, from whom he shall require security, if he thinks it necessary. And any person to whom any such warrant is delivered, shall, under the penalty of twenty dollars, call on each and every person named in the list or schedule to the said warrant, if within the bounds of the brigade, within twenty days after he has received the same, and demand payment of the fine or fines due. And in case any such fine or fines is not paid within ten days after demand, he shall proceed to levy and collect the same according to the command of the warrant, with costs; and in the levy and sale of the delinquent's property, he shall proceed in the same manner that constables are, or shall be, by law required to proceed under executions; and the said collector shall have the same fees as are allowed to constables for similar services; and for want of sufficient goods and chattels to pay the fine or fines against him, every such delinquent shall be committed by the proper collector to the custody of the sheriff or jailer of the proper county, to be held and detained until he pays the said fine or fines, or is discharged agreeably to the insolvent laws of the commonwealth, and a copy of the warrant certified by the said collector, shall be sufficient authority to the sheriff or jailer, to receive and hold such delinquent in custody, and which he is hereby required to do until legally discharged. And the constable, or other person to whom any warrant shall be delivered, shall, within forty days after he has received the same, pay to the brigade inspector the amount of fines contained in the schedule to said warrant, unless the said brigade inspector shall allow him further time to

1822.

collect the same; but if the said person after the expiration of the forty days, shall fail, on the demand of the said brigade inspector, to pay the amount of the said fines to him, he shall forfeit and pay double the amount thereof, to be recovered by the said brigade inspector in the name of the commonwealth of Pennsylvania, as debts of equal amount are by law recoverable. And if the said constable or other person, shall report to the brigade inspector, which he is hereby required to do within the said forty days, that it is impracticable to collect some of the fines contained in the said schedule, each of the persons to whom any warrant is delivered, shall make such report. The brigade inspector shall order the field officers of the regiment to be assembled, and persons having warrants shall appear before the said field officers, or a majority of them, who are authorized to act at the time and place to be fixed on by the brigade inspector, of which they shall have notice. And the said field officers having been first sworn or affirmed, they, or a majority of them, shall determine whether it was and is impracticable to collect any such fines or not. And if they find any of the fines contained in the warrants could not have been, nor cannot be collected, they shall make out two lists thereof and deliver the same to the brigade inspector, signed by the senior officer present; and the said field officers, when so assembled, or a majority of them, are hereby further authorized to exonerate any person or persons against whom warrants have issued, from any fine or fines against them which ought not to be levied and collected agreeably to this act, and lists thereof shall be made out and delivered to the brigade inspector in manner aforesaid; and the brigade inspector shall, after having received said lists, exonerate any person having a warrant or warrants from the amount of any fine or fines contained in the schedule to the same, which by the lists aforesaid, it appears cannot be collected. And the bail required by law to be given by constables, shall be answerable for the amount of any military fines and forfeitures which may come into the hands of said constable, in the same manner as they are liable in all other cases, on the default of the constable. And the persons appointed to collect the fines as aforesaid, shall receive for their services, any sum not exceeding ten per cent. on the amount collected by them. And each field officer shall receive one dollar per day while employed in the performance of the duties required by this section.

*Proceedings if fines cannot be collected.*

*Field officers may exonerate persons from the payment of fines in certain cases.*

*Bail of constables liable for fines collected.*

*Compensation to constables and field officers.*

XXVII. [Repealed by 30 March, 1824, § 9.]

*Proceedings on neglecting to elect, or failure to perform duties required.*

*Duty of brigade inspector.*

XXVIII.[f] If it shall happen that the proper officers shall not be elected in any regiment or battalion of militia, or in any company or companies thereof, or who being elected shall fail to perform the duties required, in causing the militia to be enrolled and trained, and returns made according to law, it shall be the duty of the brigade inspector of the proper brigade, as soon after the first Monday in June in every year, as conveniently may be, to employ one or more proper persons to enrol all and every person residing within the bounds of every such regiment or battalion, or of any such company or companies thereof, and liable to perform duty in the militia, who shall proceed in the same manner, and have the like authorities as are given to captains or commanding officers of militia companies by the ninth section of this act; and every person so employed to enrol as aforesaid, shall make a return of the persons enrolled within the bounds assigned to him by the brigade inspector; and he shall be sworn or affirmed that the enrollment so made, contains a correct list of all persons liable to perform duty in the militia within the bounds so assigned to him, as far as he could ascertain the same; which oath or affirmation may be administered by any alderman or justice of the peace, or the said brigade inspector: and which return of enrollment shall be conclusive evidence that the persons therein named are liable to perform militia duty; and each and every person so enrolled between the ages of twenty-one and forty-five, shall pay the sum

*Of the person employed to enrol, &c.*

(1) If the officers are not elected, or fail to perform the duty, the brigade inspector appoints some one.  17 S. & R. 148.

of two dollars; and it shall be the duty of the proper brigade inspector as **1822.** soon as he has received any of, or all of the enrolments aforesaid, to transmit copies thereof to the auditor-general, and to issue one or more warrants, as he may think necessary for the collection of the said sum of two dollars from each of said persons; which warrants shall be in the form following, to wit.

"The Commonwealth of Pennsylvania to A. B. greeting:

"Whereas the persons named in the schedule or list hereto annexed, *Warrant.* have each become liable to pay the sum of two dollars, according to the militia law of this commonwealth, this warrant, therefore, authorizes and requires you to demand and collect of each and every such person the sum of two dollars. And in case of neglect or refusal to pay the same, you are to levy and collect the same with costs, of the goods and chattels of each and every such person by distress and sale thereof, returning the overplus if any, to the owner. Witness my hand and seal this                         day of eighteen hundred and

Brigade Inspector,      {L. S.}

Brigade                         Division of
Pennsylvania Militia."

And the brigade inspector shall deliver the said warrant or warrants to a *Duties of* constable or other fit person, who shall execute the same, and from whom *constable.* he shall require security, if he thinks it necessary; and the said constable *Of field* or other person, as well as the field officers of the regiment, shall perform *officers.* the same duties, have the same authority, be subject to the like penalties, and proceed in all respects, as is directed and provided by the twenty-sixth section of this act, for the collection of fines for non-attendance on days of training. But in case there should not be at least three field officers of *Powers of* the regiment, then the brigade inspector is hereby required to order the *the brigade* *inspector.* proper number of field officers from any other regiment, who shall perform all the duties required by the said twenty-sixth section. And the said brigade inspectors shall have the same powers and authority, and perform the same duties as are required by said section, and shall account for any money received by virtue of this section, in the same manner as is provided for in other cases. And the said brigade inspectors shall pay to the persons employed by them to enrol as aforesaid, as well as to the constables or other persons authorized to collect as aforesaid, such compensation as shall be reasonable and just.

XXIX. The compensation for services performed by direction of this *Compensa-* act, except for serving as members of courts martial, and which is not *tion to offi-* herein otherwise provided for, shall be as follows: *cers, to* *wit.*

To each commanding officer of a militia company.      *Command-*
Taking the annual enrolment, each person lawfully enrolled, three cents. *ing officer*
Furnishing copy of roll to brigade inspector, one dollar. *of a com-*
Giving notice of annual training, fifty cents. *pany.*
Making return of absentees, one dollar.
Furnishing copy of company roll to judges of election, fifty cents.

To each major or lieutenant colonel of militia.      *Major or*
Advertising company elections, and appointing superintendants therefor, *lieutenant* each company, fifty cents. *colonel.*

To each commanding officer of a regiment of militia.      *Command-*
Advertising the regimental or battalion trainings, one dollar. *ing officer*
To each officer sitting to try contested elections per day, one dollar. *of a regi-* *ment.*
To each member of a court of appeal for the militia, every day necessarily *Member of* and actually employed, one dollar. *court of*
To each president of a court of appeal, making return to brigade inspec- *appeal.* tor, fifty cents.
To each field officer assembled to exonerate fines per day, one dollar.

**1822.**

**Oath, &c. to be administered without fee.**

XXX. All oaths or affirmations required to be taken by this act, and not otherwise provided for, may be administered by any judge, alderman or justice of the peace, or any commissioned officer, who shall perform such service without any fee therefor.

**Volunteers organized.**

**Number of officers and men in each troop of cavalry.**

XXXI. Troops and companies of volunteers, except within the bounds of the first brigade, first division, shall be organized as follows: There shall be in each troop of cavalry one captain, one first lieutenant, one second lieutenant, one coronet, one quarter master sergeant, four sergeants, four corporals, one trumpeter, one saddler, one farrier, one blacksmith, and not less than thirty privates.

**Company of artillery.**

There shall be in each company of artillery one captain, one first lieutenant, one second lieutenant, one quarter master sergeant, four sergeants, four corporals, two musicians, and not less than thirty-five artificers and privates.

**Infantry.**

There shall be in each company of infantry one captain, one first lieutenant, one second lieutenant, four sergeants, four corporals, two musicians, and not less than forty-five privates.

**Riflemen.**

There shall be in each company of riflemen, one captain, one first lieutenant, one second lieutenant, four sergeants, four corporals, one bugler, and not less than forty privates.

*Provided however,* That volunteer troops and companies now organized may have the number of officers at present authorized: but whenever a vacancy shall occur, said troops and companies shall only have the number of officers above authorized: *And provided further,* That there shall not be more than four companies of artillery in any division of militia, except in the first division.

**When troop or company is within the bounds of different brigades, how attached.**

And when the members of any such troop or company, are within the bounds of different brigades, such troop or company shall be attached to, and belong to the brigade in which a majority of the members reside; and the said troop or company shall be inspected, and under the order of the proper officers of the said brigade, in the same manner as if all the members had resided therein.

**Electors of officers of volunteers.**

XXXII. The officers of volunteer corps, shall be elected by the members thereof; and whenever a vacancy happens by the death, resignation or removal of any officer of a volunteer corps, his place shall be supplied by a new election, to be ordered by the brigade inspector, to be held and conducted in the same manner as elections to supply vacancies of captains in the militia.

**Vacancies.**

**Brigade inspector to inspect volunteer companies.**

And whenever the number of volunteers required by this act for any troop or company, shall have uniformed and equipped themselves according to law, upon notice thereof, given to the brigade inspector, he shall, on a day and at a place to be fixed on by him, of which the members of the said troop or company shall be notified, proceed to inspect the said troop or company, and if he finds the same to contain the number of men required, who are properly uniformed and equipped, he shall on the said day of inspection, direct an election to be held for the officers thereof; which election he shall superintend and conduct in person, and shall make out and sign duplicate returns of the same, one of which said returns he shall file in his office, and the other transmit to the secretary of the commonwealth, together with a certificate of the fact, that the said troop or company has the number of men required, properly uniformed, and equipped; and the non-commissioned officers of every troop and company of volunteers, shall be appointed according to the by-laws of the same; and it shall not be lawful for any member of any troop or company of volunteers, to withdraw from, or leave the same, without the consent of a majority of the commissioned officers thereof first obtained, nor without first delivering up in good order any arms or accoutrements which he may have received; and whenever a volunteer shall have leave to withdraw from his troop or company, the captain or commanding officer shall furnish him with a certificate or discharge if required, and shall also give notice thereof

**To hold elections.**

**How conducted, returned, and certified.**

**Non-commissioned officers.**

**Members of volunteer corps not to withdraw without consent of officers.**

to the commanding officer of the militia company, in which the said volun- 1822.
teer may reside, or if there is no such company officer, then to the com-
manding officer of the proper battalion or regiment.

XXXIII. Any volunteer troops or companies, except within the bounds *Formation*
of the first brigade of the first division, may be formed into battalions or *of batta-*
regiments, in the following manner although not of the same descriptions *lions or*
*regiments*
of troops or force. *of volun-*

Any number of troops or companies not less than three, to compose a *teers.*
battalion, and have one major, one adjutant, one quarter master, and one *Number of*
*companies*
assistant surgeon. *to form a*

Any number not less than five to compose a battalion, and have one *battalion,*
lieutenant colonel, one major, one adjutant, one quarter master and one *and officers*
*to be elect-*
surgeon. *ed.*

Any number not less than six to compose a battalion, and have one lieu-
tenant colonel, two majors, one adjutant, one quarter master, one surgeon
and one assistant surgeon.

And any number not less than eight, to compose a regiment, and have *What num-*
one colonel, one lieutenant colonel, two majors, one adjutant, one quarter *ber to com-*
master, one surgeon and two assisting surgeons. *pose a regi-*
*ment.*

And troops of cavalry may be organized as follows: *Battalions*

Any number not less than three to compose a battalion, to have the same *and regi-*
officers as is before provided for the same number of companies. *ments of*
*cavalry,*

Any number not less than four to compose a battalion, and have one *how form-*
lieutenant colonel, one major, one adjutant, one quarter master and one *ed, and*
*officers*
surgeon. *elected.*

Any number not less than five to compose a battalion, and to have one
lieutenant colonel, two majors, one adjutant, one quarter master, one sur-
geon and one assistant surgeon.

Any number not less than six to compose a regiment, and have the same
officers as is before provided for a regiment.

And each regiment and independent　　　　　shall have one ser-
geant major, one quarter master sergeant, and two principal musicians.

And the members of any said battalion or regiment, shall elect the field *Field offi-*
officers, and the commanding officer thereof shall appoint the commis- *cers by*
*whom*
sioned and non-commissioned staff officers for the same, and supply vacan- *elected,*
cies as often as they occur. *and staff*
*appointed.*

And whenever any number of troops or companies have agreed to as-
sociate in manner aforesaid, upon notice being given to the proper brigade *Election*
inspector, or in case the said troops and companies are in different brigades, *for field*
then to the brigade inspector in whose brigade the election is proposed to *officers.*
be held; who shall order the said troops and companies to meet in some
central place, and on a day to be fixed by him, of which fifteen days public
notice shall be given by him. And at the same time and place, the mem-
bers of the said troops and companies shall proceed to the election of the
field officers authorized by this act. And the said election shall be held *How con-*
and conducted by the said brigade inspector in person, in the same manner *ducted.*
that the battalion elections are directed to be held, and duplicate returns
thereof made out and signed, one of which shall be filed in his office and
the other transmitted to the secretary of the commonwealth. And as often
as a vacancy occurs by the death, resignation or otherwise of any such *Vacancies.*
field officer, an election shall be held to supply the vacancy, which shall be
conducted and returned in all respects, as is directed and prescribed by
this act, in the case of militia battalion elections, only, that instead of the
major of the militia battalion, the brigade inspector shall appoint one of *Who to su-*
the officers of the said volunteer regiment or battalion, who shall alone and *perintend*
without the aid of a judge therein provided for, superintend and conduct said *election.*
election and make return thereof: *Provided,* That unless required to be held
sooner, the said election shall be held on one of the days fixed on for the
meeting of the said battalion or regiment of volunteers. And no troop or

1822.

Troop or company not to withdraw.

company shall be permitted to withdraw from the battalion or regiment of volunteers to which the same is attached, without the consent of a majority of the field officers thereof.

Regiments and battalion of volunteers entitled to colours.

Commissioned officers may be ordered to drill.

And each regiment of volunteers shall be entitled to a pair of colours, and each battalion of volunteers to a battalion colour, to be properly and appropriately marked, to be procured and purchased by the proper brigade inspector, at the expense of the state. And the commanding officer of every such regiment or independent battalion, may once in every year, order all the commissioned officers thereof, to meet at a time and place to be fixed on by him, for the purpose of drill. And every officer failing to attend, shall be subject to a fine of three dollars, to be collected by virtue of a warrant from the adjutant, in the same manner as other fines are collected under this act.

How regiments of volunteers in 1st brigade, 1st division to be formed.

XXXIV. Within the bounds of the first brigade of the first division, regiments of volunteers shall be formed of troops and companies of the same description of arms in the manner following, that is to say:

Officers of a regiment.

Each regiment of cavalry, artillery, infantry, and riflemen shall have one colonel, one lieutenant colonel, two majors, one adjutant, one quarter-master, one pay-master, one surgeon, two surgeons' mates, one sergeant major, one quarter-master sergeant, and two principal musicians.

A regiment of cavalry to consist of six troops.

Each regiment of cavalry, shall consist of at least six troops, each troop shall consist of one captain, one first lieutenant, one second lieutenant, one coronet, one quarter master sergeant, four sergeants, four corporals, one musician, one saddler, one farrier, and at least thirty privates.

Of artillery, six companies.

Each regiment of artillery shall consist of at least six companies, each company shall consist of one captain, one first lieutenant, two second lieutenants, one third lieutenant, one quarter master sergeant, four sergeants, four corporals, two musicians, and at least sixty-four privates. The commanding officer of the regiment, to designate one of the second lieutenants of each company, as conductor of artillery for said company. But if there

Battalions to be formed.

shall not be a sufficient number of companies to form the said regiment, then any number of companies not less than three nor more than five, may be formed into a battalion, and have one lieutenant colonel, one major, one adjutant, one quarter master, one pay-master, one surgeon, one sergeant-major, and two principal musicians.

Regiments of infantry and riflemen to consist of 8 companies.

Each regiment of infantry and riflemen, shall consist of at least eight companies, each company shall consist of one captain, one first lieutenant, one second lieutenant, one third lieutenant, four sergeants, four corporals, two musicians, and at least sixty-four privates.

Field officers how elected.

Staff, by whom appointed.

And the said field officers shall be elected in the same manner, and at the same time, as is provided for the field officers of other volunteer regiments. And the said commissioned and non-commissioned staff officers, shall be appointed by the commanding officers of the said regiments or battalion of artillery.

Regiments and independent battalion of volunteers to meet for inspection.

To be subject to fines for non-attendance.

XXXV. Every regiment and independent battalion of volunteers, shall meet once in every year, if required by the proper brigade inspector, for inspection, at a time and place to be fixed on by the commanding officer of said regiment or battalion, and as much oftener for training, as shall be determined on by the companies or troops composing the same, and at such times and places as the said companies and troops may agree and fix on. And the members of the said troops and companies, shall be subject to the like fines for non-attendance, as in the case of company or troop trainings, and to be collected in the same manner; for the use of the said troops or companies respectively.

May make by-laws.

And every regiment, battalion, troop, and company of volunteers, shall have power to make all necessary by-laws, rules and regulations, not inconsistent with the constitution and laws of this state, or of the United States, to promote the interest, good order, and dicipline of the same, and for fixing on, and giving notice of the times and places for parades and trainings

Volunteer corps shall be ranked in the following order, *to wit:* First, cavalry; second, artillery; third, infantry; and fourth, riflemen. And all troops and companies of the same description of force, shall take rank according to their priority of organization. All officers of the same grade, without regard to the corps to which they belong, shall take rank according to the dates of their commissions respectively. And whenever officers have commissions of the same date, their rank shall be established by lot, in the presence of the commanding officer; but officers of the volunteers of the same grade with officers of the militia, and when their commissions are of the same date, shall take rank of such officers of the militia, but not otherwise, *Provided*, That all officers, who at any election or appointment, shall be elected or appointed to offices of the same grade, shall rank according to the dates of their preceding commissions.

XXXVI. The captain or commanding officer of every volunteer troop or company shall, on or before the third Monday in May, in every year, deliver or cause to be delivered to the proper brigade inspector, a complete roll of his troop or company, under oath or affirmation, and if the same is attached to any battalion or regiment of volunteers, the fact thereof shall be stated, and the said captain or commanding officer of any last mentioned troop or company, shall also furnish to the adjutant thereof, on or before the said third Monday of May, in every year, a roll of the same. And the adjutant of every volunteer battalion or regiment, shall, on or before the said third Monday in May, in every year, deliver, or cause to be delivered to the proper brigade inspector, or where the troops or companies belong to the different brigades, to the brigade inspector of the brigade in which the election for field officers was originally held, a roll of the field officers and staff officers thereof. And each of the officers failing to perform the duty required by this section, shall forfeit and pay the sum of twenty dollars; and the said officers shall have the like compensation as is given to officers of militia for similar services.

XXXVII. The several volunteer troops and companies in this commonwealth, shall meet at least three times in every year for training, one of which days shall be at the time and place, when the said troop or company is to be inspected by the brigade inspectors, and the other days of training, at such time and place as shall be determined on by a majority of the members of the said troops or companies, of which public notice shall be given, by the captain or commanding officer thereof, at least ten days before any such meeting. But all volunteer troops or companies, not belonging to any regiment or battalion of volunteers shall be attached by the brigade inspector to the most convenient regiment of militia, and shall parade and train with the said regiment, or such battalion thereof as shall be directed by the commanding officer at the annual trainings, provided for by this act, and shall be under the orders of the commanding officer of the same, which day of training shall be accounted one of the three days required by this section. All volunteer troops or companies belonging to any regiment or battalion of volunteers, shall not be obliged to parade or train with the militia. And the officers, non-commissioned officers, musicians and privates of said troops or companies, shall incur the like fines for non-attendance, on said days of training, as is directed to be paid by the militia of this commonwealth. And the members of the said troops and companies, or a majority of them, shall at their first meeting in every year, determine whether they will meet on any other days than those required by law, and how often, and when, and where. And the said officers, non-commissioned officers, musicians and privates, shall incur such fines for non-attendance on any of the said days, as may be determined on by the by-laws of the troop or company, not being less than half the amount of fines for non-attendance on the days of training required by law.

XXXVIII. On every day of parade and training, directed and authorized by this act, for volunteer troops and companies, the rolls of the said troops

1822.

Rank of volunteer corps.

How rank of officers to be determined.

Roll of volunteer corps to be delivered annually to brigade inspector.

To be furnished with a roll of field and staff officers.

Penalty for neglect.

Volunteer troops and companies to meet three times a year for training.

When to attach to regiments.

Subject to like fines.

May meet on other days than those required by law.

Rolls to be called.

1822.

and companies shall be called under the direction of the captain or commanding officer thereof, by the first or other sergeant, and all absentees noted, and lists thereof kept, to be presented to the officers of the said troops and companies, when acting as a court of appeal, as hereinafter directed. And all members of said troops or companies who shall leave the ranks during the hours of parade without permission, or shall not be properly uniformed and equipped, shall be considered and marked as absentees, and incur the like fines. And the said sergeant shall, on or before the first Monday in November, in each and every year, make out a complete list of all absentees, on any of the appointed days of training, for the preceding year, stating particularly, the days on which said member was marked as an absentee, and being sworn or affirmed to the said list, shall deliver the same to the said officers acting as a court of appeal on the said first Monday of November in every year. And the captain or the commanding officer shall give public notice to the members of his troop or company, of the place where the said officers will sit as a court of appeal; and on the day, and at the place aforesaid, the officers of every troop and company shall be assembled and compose a court of appeal for their respective troops and companies, and shall take the same oath or affirmation, and they or a majority of them, have the same authority, proceed in the same manner, and remit fines for the same cause as is directed, given and prescribed in the case of battalion courts of appeal for the militia. But no fines shall be remitted, or redress given by any other authority, at any other time or in any other manner. And as soon as the said courts shall have decided upon all cases before them, they shall make out lists of the members of the said troops, or companies, whose fines were not remitted, stating opposite the name of each member, the amount of fines not remitted: to be signed by the officers composing the said court, with a certificate attached thereto, that they had been sworn or affirmed according to law, and shall deliver the same to the captain or commanding officer of the said troop or company. And the said captain or commanding officer shall, within ten days thereafter issue a warrant under his hand and seal in the following form:

Fines incurred for leaving ranks.

List of absentees to be delivered to court of appeal.

Notice of its sitting.

May remit fines in certain cases.

A list of fines not remitted to be certified.

"The commonwealth of Pennsylvania to A. B. greeting:

"Whereas the persons named in the list or schedule hereto annexed, have incurred the amount of fines set opposite to their respective names as members of the volunteer corps of (designating it by its proper title), as absentees on the days appointed for training, which have not been remitted by the proper court of appeal. This warrant therefore authorizes and requires you to demand and collect of each and every person named in the said list or schedule, the sum set opposite to his name. And in case of neglect or refusal to pay the same, you are to levy and collect the same with costs, of the goods and chattels of each and every such person by distress and sale thereof, returning the overplus if any, to the owner. Witness my hand and seal this day of eighteen hundred and

Form of the warrants.

Captain." {L. S.}

[or commanding officer of the volunteer corps, naming it.]

And the said captain or commanding officer shall immediately deliver the said warrant to a constable or other fit person to be executed, and who is hereby required, under the penalty of twenty dollars, to be recovered by the said captain for the use of the company, to execute the same, who shall perform the same duties, have the same authority and compensation, be subject to the like penalties, and proceed in all respects, as is provided and directed by the twenty-sixth section of this act, only, that the said captain or commanding officer, shall be in the place and situation of the brigade inspector mentioned in the said section, and shall have all the rights and

To be delivered to a constable.

His duties.

powers therein given to the said brigade inspector; as well in proceeding against the said constable or other fit person in recovering the amount of fines collected by him as otherwise: *Provided however*, That every troop and company of volunteers may authorize courts of appeal to be held by any of its members, and at such time and times as may be fixed on by the by-laws thereof, and the fine and fines for non-attendance and neglect of duty, may be collected as often as shall be determined on by the said by-laws; and which courts of appeal shall be conducted, and the fines collected under the provisions of this section; and all fines collected from the members of any volunteer troop or company, shall be for the use of the said troop or company. And the captain or commanding officer of any troop of cavalry or company of artillery, when he has received from the collector any such fines, shall pay the same to the quarter master sergeant thereof. And the captains or commanding officers of any companies of infantry or rifle-men, upon the receipt of any such fines, shall pay the same to the junior lieutenant or other person appointed by the company, to be appropriated and applied by them in defraying the necessary expenses of the said troops and companies under the direction of a majority of the commissioned officers thereof, and they shall render an account thereof to the said officers, under the penalty of fifty dollars at the first meeting of the troop or company in every year. <span style="float:right">Appropriation of fines.</span>

XXXIX. It shall be lawful for any member of a volunteer corps, to be at the same time an officer of the militia, with the consent of his company; nor shall the commission of any officer of a volunteer corps, be vacated by his election or appointment as a field or staff officer, of a battalion or regiment of volunteers; but he may continue to hold the same if requested by the company. <span style="float:right">Members of volunteer corps may be officers of the militia.</span>

XL. The uniform and equipments for the militia officers of this commonwealth, shall be the same as that prescribed for the officers of the United States army; and it shall be the duty of the adjutant general to obtain a description thereof, and furnish each brigade inspector with a sufficient number of copies for himself, and each major and brigadier general, and each field officer and captain of volunteers and militia, the expense whereof shall be paid out of the state treasury. But the governor is hereby authorized to alter the dress for the company officers, so as to render the same less expensive, if he shall deem it proper and advisable; and which uniform so prescribed by him, shall be established for that class of officers, and descriptions thereof furnished to the brigade inspectors immediately, for the use of said officers; the expense of furnishing which to be paid in manner aforesaid. And every officer shall be armed and equipped at his own expense; and if any officer shall fail to uniform and equip himself within six months after his election or appointment, if he accepted of the office, he shall be liable to a fine of twenty dollars, to be recovered by the brigade inspector; and every officer so elected or appointed more than six months, shall appear on every day of parade uniformed and equipped as aforesaid. <span style="float:right">Commissions not vacated, &c. Uniform and equipments. Description thereof to be furnished by adjutant general. Governor may alter. Officers to be formed and equipped at their own expense.</span>

XLI. Volunteer troops and companies may uniform and equip in such military manner as they may think proper, conforming as nearly as may be to the same kind of force in the army of the United States; *Provided however*, That companies having a uniform dress, and acting as infantry, may be supplied with muskets and bayonets, cartridge boxes and belts, if there be sufficient, after supplying the companies properly uniformed and equipped, upon sufficient security being given therefor, in the manner hereinafter directed; but such company shall not be entitled to the sum allowed by the forty-sixth section, nor shall the members thereof be entitled to the exemption provided for in the forty-seventh section of this act. <span style="float:right">How volunteer troops and companies are to be uniformed.</span>

XLII. Every artillery and infantry volunteer company, uniformed and equipped, and the officers thereof commissioned agreeably to this act, shall be entitled to the following arms, viz. To every such artillery company, the <span style="float:right">Volunteer corps entitled to arms.</span>

1822.
Artillery.

proper number of muskets and bayonets, cartridge boxes and belts, and if required, and they can be supplied out of the arsenals, twelve pikes, together with one piece of artillery of the proper calibre, with all the apparatus and equipments complete. And the governor is hereby authorized to cause to be issued to the first lawfully organized artillery company properly uniformed, in each brigade who have a field piece, the proper number of swords and belts in lieu of muskets, for the non-commissioned officers, musicians and privates thereof, upon the order of the proper brigade inspector.

Infantry.

And to every such infantry company, the proper number of muskets and bayonets, cartridge boxes and belts for the non-commissioned officers and

How to be drawn for.

privates of the same. And the proper brigade inspector shall make a requisition upon the adjutant general for the arms aforesaid, who shall give him an order therefor to the keeper of the nearest or most convenient arsenal;

Expense how paid.

and the said brigade inspector shall thereupon draw the said arms and deliver the same to the company aforesaid, and the expense thereof shall be defrayed out of the state treasury, to be paid to the said brigade inspector upon the settlement of his accounts.

Security to be given for return in good order of arms, &c.

XLIII. Before any arms and accoutrements are delivered to any volunteer company, sufficient security shall be given for the return and delivery of the same in good order and condition, upon the dissolution of the company or whenever lawfully required. And all volunteer companies that have already received arms or accoutrements shall give the like security; on failure whereof, it shall be the duty of the brigade inspector, and he is hereby required to take possession of the said arms, to be disposed of in the manner hereinafter directed; and it shall be the duty of every commanding officer of a company, to take duplicate receipts from the non-commissioned officers and privates of his company for the arms delivered to them respectively, one of which receipts shall be given to the brigade inspector to be filed in his office.

Duty of brigade inspector to collect arms, &c. and to furnish a list thereof to adjutant general.

XLIV. It shall be the duty of every brigade inspector, and he is hereby required to collect or cause to be collected from time to time, all military arms and other military property of this commonwealth, in the hands or possession of any person or persons not entitled by law to hold the same, for which he shall receive a reasonable compensation; and to furnish a list of the said arms and property when required by the adjutant general, as of all arms and public property in the possession of any volunteer company, who have not given the security required by this act, or are not lawfully

Duty of adjutant general.

entitled to the same; and the said adjutant general may order all such arms and public property to be conveyed at the expense of the state to the nearest arsenal; and the said adjutant general is hereby required to make such regulations relative to the amount and kind of security to be given for arms and accoutrements delivered to volunteer companies, as well as all such other regulations for the disposition, security, and preservation of the arms and military property of this commonwealth, as he may from time to time find necessary and proper to promote the public interest, and which the several brigade inspectors are hereby required to obey and carry into effect under the penalty prescribed in the fifty-second section of this act, besides being amenable to a court martial for neglect of duty.

Volunteers to keep their arms in good order at their own expense.

XLV. Every volunteer who may have received public arms and accoutrements, shall keep the same in good order and repair at his own expense. And if any volunteer shall loan his arms to any person whatever, except to a volunteer to parade or drill, or shall knowingly suffer any other person to use the same, except for drill or training, he shall be subject to a penalty of five dollars. And if any volunteer shall sell or dispose of his arms, or shall

Penalty for loaning or selling them in certain cases.

quit his company by removal out of the neighbourhood or otherwise, without delivering up the same in good order to his commanding officer, he shall forfeit and pay the sum of fifteen dollars, to be recovered by the said commanding officer, as debts of equal amount are recoverable; and for want of sufficient property to pay the same, he shall be committed to the

jail of the county for fifteen days.  And if upon the death of any volunteer, his heirs, executors, or administrators, or any of them, shall neglect or refuse to deliver up to the commanding officer of the troop or company to which he belonged, any arms, accoutrements, or instruments of music, which he may have received, they shall forfeit and pay the aforesaid sum, to be recovered from any one of them, in the manner aforementioned.  And it shall be the duty of the proper brigade inspector, to pay the expense necessary, for the repairs of any field piece, and the apparatus, and equipments thereof, in the possession of any volunteer artillery company, or of any drums or other instruments of music, authorized to be furnished by law, to the volunteers or militia.

*[margin: 1822. Arms to be delivered up in certain cases under penalty. Brigade inspector to pay for repairs of pairs of field pieces, &c.]*

XLVI. [Repealed by 10 April, 1826, § 9.]

XLVII. Every person who shall have been uniformed and equipped agreeably to this act, and faithfully served as a member of any organized volunteer corps, for seven successive years, since the first of January eighteen hundred and eighteen, and shall produce a certificate of such service, from the captain or commanding officer of the corps in which he has so served, he shall for ever thereafter be exempted from militia duty, except in time of an invasion, insurrection, or actual war: *Provided,* The persons exempt from duty in pursuance of this section, shall be enrolled in the same manner as if they were not exempt: *Provided however,* That if the fact of such service shall be disputed, the certificates aforesaid shall be sworn or affirmed to by the officer giving the same, or proof of such service made in some other satisfactory manner.  And it shall be the duty of the captain or commanding officer of every troop or company of volunteers, to procure an orderly book, in which he shall cause to be entered the name and place of residence of every member thereof, and the time (being properly uniformed and equipped) he may have joined the troop or company; and on every day of parade or training, when the roll is called, a record shall be kept in said book, of both those present and those absent; and if any volunteer shall not have attended on at least three-fourths of the days of parade or training of his troop or company, for seven successive years, unless absent for some of the causes which would authorize him to be excused agreeably to this act, he shall not be considered as having faithfully served agreeably to the preceding part of this section.

*[margin: Volunteers having served 7 years from 1st of Jan. 1818, to be exempt. Officers commanding volunteers to procure orderly books, &c. What a service for 7 successive years.]*

XLVIII. Every person who shall have been properly uniformed and equipped, and have faithfully served as a commissioned officer for seven successive years, in the volunteers or militia of this commonwealth, since the first day of January, eighteen hundred and eighteen, shall for ever thereafter be exempted from military duty, except in time of an invasion, insurrection, or actual war.

*[margin: Officers, &c. serving 7 years, to be exempt.]*

XLIX. Each brigade inspector heretofore elected, or who may hereafter be elected in pursuance of this act, shall take an oath or affirmation, to perform his duties with fidelity, and transmit a certificate thereof to the adjutant general, and shall execute all orders relative to duty, received by him from the adjutant general.  He shall attend each regimental or battalion parade, and shall annually inspect the said regiments and battalions; and shall also, once in every year, inspect each volunteer troop of cavalry, and company of artillery, infantry, and riflemen, within the bounds of the brigade.  But when any such troop of cavalry, or company of artillery, infantry or riflemen, shall be part of a regiment or battalion of volunteers, he may inspect the said troops and companies separately, or in battalion or regiment, as he may think proper.  And the said brigade inspector shall direct the time and place, when and where any such troop, company, battalion, or regiment, shall assemble to be inspected as aforesaid; and shall give at least twenty days public notice thereof.  He shall annually furnish to the adjutant general, a detailed statement of the militia and volunteers within his brigade, at such time and in such manner, as the said adjutant general shall direct.  He shall keep a record of all alterations in the bounds of the brigade, regi-

*[margin: Brigade inspector to be on oath. His duties. To appoint places of inspection. To furnish annually statements of the militia. Keep a]*

MILITIA.

1822.

*record of the alterations of brigades, &c.*

ments or battalions, or of the formation of any new one, and shall give information thereof to the adjutant general, and shall generally furnish him with information upon all subjects connected with military duty in his brigade, whenever required to do so; and shall also furnish like statements to the major general of the division, and brigadier general of the brigade, once in every year when required.  The brigade inspectors shall transmit all returns of elections and appointments of officers under this act, as soon as practicable, to the secretary of the commonwealth, and shall distribute to the proper officers, all commissions received by them.  They shall take charge of, and be answerable for all military articles which may be delivered to them.  They shall make an annual return to the adjutant general, of all arms and other military property in their possession, and of the condition of the same, and of the arms and other military property, distributed in the brigade, in such form and manner as shall be directed by him.  The said brigade inspectors shall sue for, and collect in the name of the commonwealth all fines, forfeitures, and other sums, for which no mode of collection is prescribed by this act, and recover the same as debts of equal amount are by law recoverable.  They shall procure and purchase all the necessary colours, drums, fifes, trumpets and bugles.  They shall pay all expenses and sums of money directed to be paid in their several brigades, to the persons entitled by law to receive the same.  They shall keep an accurate account of all monies received and expended by them.  They shall account for all fines not remitted by the proper courts of appeal, or imposed by courts martial, and directed to be collected by them, and shall only be released from their accountability for any such fines, by producing a certificate of a board of field officers, to be signed by the president thereof, that it was impracticable to collect the same.  They shall annually, in the month of January, settle with the auditor general, who is hereby required to settle and adjust their accounts, and shall pay into the state treasury, any surplus arising from fines and forfeitures, which may remain after payment of the sums and expenses, directed to be paid by them by this act, in their several brigades, first deducting five per cent. on the amount so to be paid into the state treasury.  And on the removal or resignation of any brigade inspector, all the books, vouchers, papers, and public property, which may be in his possession, shall be delivered to his successor.  And if any brigade inspector as aforesaid, shall fail to settle his accounts annually, with the auditor general, during the time prescribed, or shall neglect or fail to pay into the state treasury, the balance due upon such settlement, upon demand made by the state treasurer, and of which settlement the auditor general shall furnish the state treasurer with an account, or shall neglect or refuse to deliver over to his successor, the books, vouchers, papers, and public property, in his possession, on notice given to the auditor general thereof, the said auditor general, or the state treasurer, as the case may be, shall, and it is hereby made their duty respectively, to cause the bond given by the said brigade inspector and his sureties, lodged in the recorder's office of the county, to be sued out and recovered for the use of the commonwealth, as well as in all other cases of neglect of duty; but any such suit may be stayed, upon the said brigade inspector's performing the duties above required of him.  And on the death of any brigade inspector, all the books, vouchers, papers, and public property, which he had in his possession, shall be delivered over to his successor, by the executors or administrators of such deceased brigade inspector, under the penalty of one thousand dollars, to be recovered from them, or either of them, by the said successor, in the name of the commonwealth, as debts of like amount are recoverable.  And each brigade inspector shall annually receive as a full compensation for his services, including blanks and stationary, seventy-five dollars per regiment for the three first regiments, and fifty dollars per regiment for every additional regiment of militia and volunteers of his brigade, and for volunteer battalions in proportion, to be paid out of the state treasury.

*To furnish statements to major and brigadier generals.*

*Transmit returns,&c.*

*To be answerable for all military articles, &c.*

*and make return of arms, sue for and collect fines, &c.*

*Purchase colours, drums, &c.*

*Pay expenses, &c.*

*Account for moneys.*

*Annually to settle their accounts.*

*Books, &c. to be delivered to their successors.*

*On failure to settle accounts, &c. bond to be sued.*

*In the case of death, books, &c. to be delivered.*

*Compensation.*

**1822.**

L. It shall be the duty of each brigade inspector, at the time when he is annually required to settle his accounts, to exhibit to the auditor-general, a statement of the expenses incurred in his brigade, for the preceding year; which statement the said auditor-general is required to examine and adjust, making the allowances intended by the law; and if, upon the settlement of the accounts of the said brigade inspector, it shall be found that the fines and forfeitures have been insufficient to pay the said expenses so adjusted and allowed, *then the said auditor general shall draw his warrant on the state treasurer, for the amount of such deficiency, which the brigade inspector shall immediately thereafter pay to the officers or persons entitled to receive the same:* [1] *Provided however,* That the sums allowed to volunteer corps, by the forty-sixth section of this act, shall form no part of the expenses to be drawn from the state treasury in manner aforesaid.

*[margin: Brigade inspector to furnish a statement of expenses to auditor general.]*

*[margin: Who to draw his warrant in case of deficiency.]*

LI. If any brigade inspector shall neglect or fail to make the returns to the adjutant-general, or perform any other duty according to this act, it shall be the duty of the said adjutant-general to give notice thereof to the state treasurer, when the compensation of the said brigade inspector shall be forfeited from the time of such notice, until he performs his duty according to law; and he shall only be entitled to the same for the residue of the year; and the said brigade inspectors shall also be amenable to courts martial for neglect of duty, in the same manner as all other offences.

*[margin: Brigade inspector neglecting to perform his duty not to receive compensation.]*

*[margin: Amenable to courts martial.]*

LII. The discipline of the volunteers and militia of this commonwealth, shall be the same as that prescribed for the army of the United States; and it shall be the duty of the adjutant general, to select the best abridged system for the instruction and discipline of cavalry, artillery, infantry and riflemen, making such alterations as may be deemed necessary for the use of the militia and volunteers of this commonwealth, and shall submit the same to the governor, and if approved of by him, a sufficient number of copies to furnish each general and brigade inspector with a copy thereof, and each field officer and captain of a company, with a copy of the system applicable to his particular corps, shall be procured at the expense of the state, and transmitted to the several brigade inspectors, to be delivered to the said officers respectively, who shall receipt for and deliver the same to their successors in office, under the penalty of ten dollars, to be recovered by the person suing for the same.

*[margin: Discipline. System, &c. to be selected by adjutant general.]*

*[margin: Approved of by the governor.]*

*[margin: Who shall receive copies.]*

LIII. On each of the days of training authorized and required by law, the commanding officer of every troop of cavalry, may employ one trumpeter; the commanding officer of every rifle company, one bugler; and the commanding officer of every company of artillery, infantry and of militia, one drummer and one fifer, who shall be severally entitled to receive the sum of one dollar per day, for each of said days of training, to be paid by the proper brigade inspector, upon the certificate of the commanding officer of the troop or company.

*[margin: Music to be procured and paid.]*

LIV. If any youth of the age of twelve years and not exceeding the age of twenty one years, shall, with the consent and approbation of his parents or guardians, attach himself to any company of volunteers or militia for the purpose of learning to beat the drum, play on the fife, blow the bugle or trumpet, provided the number shall not exceed one person for the drum and one for the fife, or one for the bugle in each company, and one for the trumpet in each troop of horse. Every such person or persons shall be put under the instruction of the drum and fife major, the bugler or trumpeter as the case may be, whose duty it shall be to teach such person or persons, in the best manner in his power. And as soon as such person or persons shall be able to perform field duty to the satisfaction of the commanding officer of the regiment, or of the volunteer troop or company, to which he is attached, he shall draw his warrant in favour of the drum or fife major, the bugler or trumpeter, who may have taught such person or

*[margin: Persons to be taught music.]*

*[margin: When paid for.]*

---

(1) The part in italic repealed by 29 Sep. 1843, § 1.

1822.

persons as aforesaid, for the sum of ten dollars for every person so taught, to be paid by the proper brigade inspector; and the person so taught shall be furnished with a suit of uniform, to be paid for out of the funds of the brigade; and the father of every youth who shall have been instructed as aforesaid, shall be exempted and excused from training in the militia, so long as his son being a minor, shall continue to perform the duties of a drummer, fifer, bugler or trumpeter in any militia or volunteer company.

*The father of every youth instructed, to be exempt.*

LV. The following articles, rules and regulations, shall be those by which the militia of this commonwealth shall be governed, including volunteers.

*Articles of regulation.*

ART. I. All officers now in commission, or who may be elected or appointed under this act, shall be subject to be tried and punished by a court martial, in the manner herein mentioned; and general courts martial, or courts of inquiry may be composed of officers of either volunteers or militia, at the discretion of the officers ordering the same.

*Officers may be tried by courts martial.*

ART. II. If any field, or other commissioned, or staff officer, when the regiment, battalion, troop or company to which he may belong, or in which he holds a command, shall be paraded, shall misbehave or demean himself in a manner unbecoming an officer, or shall on any such occasion neglect or refuse to obey the orders of his superior officer; he shall for every such offence be cashiered or punished by fine, at the discretion of a general court martial, as the case may require in any sum not exceeding fifty dollars. And if any non-commissioned officer or private, shall on any parade of the troop or company to which he belongs, appear with his arms and accoutrements in an unfit condition, or be intoxicated, or shall disobey orders, or shall use any reproachful or abusive language to any of his officers, or shall quarrel, or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard by order of the commanding officer present, until the troop or company is dismissed, and shall be fined at the discretion of a regimental court martial, in any sum not exceeding twenty dollars, nor less than five.

*Punishment of commissioned officers.*

*Non-commissioned officer or private.*

ART. III. If any general officer, field officer or brigade inspector, shall neglect or refuse to assemble his command when required to do so by the competent authority, or at any time or times authorized and required by law, or if any such officer shall neglect or refuse to perform any duty when directed by the proper authority, or which is required by this act, he shall be cashiered and punished by a fine not exceeding one hundred dollars, or either of them, at the discretion of a general court martial. And if any company officer shall neglect or refuse to assemble his command when required by law, or the competent authority, or if any such officer, or any staff officer of a general officer, or of any regiment or battalion, shall neglect or refuse to perform any duty when directed by the proper authority, or which is required by this act, he shall be cashiered and punished by a fine of thirty dollars, or either of them, at the discretion of the court martial; and any such court martial is further authorized to declare any officer cashiered, incapable of holding a commission in the militia or volunteers, for any term not exceeding seven years.

*Punishment of field officers for neglecting to assemble their commands.*

ART. IV. Every general court martial for the trial of offences against this act, and not assembled to try delinquents, for neglecting to perform tours of duty, shall consist of not less than five nor more than nine members, and of such rank as the case may require, and shall choose a president who shall be the senior officer, and not under the rank of a field officer. And every regimental court martial shall consist of three members, and shall choose a president who shall be the senior officer, and not under the rank of captain; and every court martial shall appoint a commissioned officer or other fit person to officiate as judge advocate. But no member of said courts shall be entitled to any pay or compensation, but the reasonable expenses incurred by the sitting of the said courts shall be paid by the proper brigade inspector.

*General courts martial.*

*Regimental courts martial.*

*Expenses of courts martial.*

ART. V. In every court martial two-thirds of the members must agree in every sentence, or the person charged be acquitted.

*1822.*

*Two-thirds*

ART. VI. The members of such courts martial shall take an oath or affirmation, which the president is required to administer to them, that they will decide and give judgment with impartiality; and one of the members so sworn or affirmed, shall swear or affirm the president in like manner; and the president of the said court shall require all witnesses to be sworn or affirmed that the evidence they shall give shall be the truth, the whole truth, and nothing but the truth; to be administered by him or the judge advocate.

*necessary to condemn. Members and witnesses to be on oath.*

ART. VII. Every court martial shall have power and authority to issue compulsory process against any persons, who shall neglect or refuse to attend to give evidence in any case therein depending after being duly summoned; which precept, as well for summoning as for enforcing obedience thereto, shall be signed by the president of the said court, and executed by a proper person, to be appointed by him.

*Courts martial to issue compulsory process.*

ART. VIII. No officer or other person charged with any offence, shall be suffered to do duty in the brigade, regiment, battalion, troop or company to which he shall belong, until he shall have had his trial by a court martial: and every person shall be tried as soon as a court martial can be conveniently assembled; and every officer under arrest shall be furnished by the adjutant general, brigade inspector, adjutant or other person, as the case may require, with a copy of the charge or charges exhibited against him, at least ten days before his trial, that he may have an opportunity to prepare for his defence.

*Persons arrested to do no duty. To be furnished with a copy of the charges.*

ART. IX. If any officer, non-commissioned officer or private shall think himself injured by his superior or commanding officer, and shall, on due application made to him, be refused redress, he may complain to the brigadier general, who may, if he thinks it proper, direct the brigade inspector to summon a general court martial that justice may be done.

*Redress for grievances.*

ART. X. No penalty shall be inflicted by a court martial for any offence committed by an officer, non-commissioned officer, or private, whilst acting merely under the jurisdiction of this state, and not for neglect or refusal to perform a tour of military duty in actual service, other than cashiering rendering incapable of holding a commission, for any term not exceeding seven years, and fining, or either of them. And all fines imposed by any such offences, shall be collected and paid into the hands of the proper brigade inspector.

*Punishment.*

ART. XI. All persons charged with any offence, who may be tried and acquitted by a court martial, shall be notified thereof and immediately discharged from arrest.

*Persons to receive notice of acquittal of.*

ART. XII. General courts martial may be ordered in the following manner, to wit: For the trial of a major general, by the governor of the commonwealth; for the trial of a brigadier general, by the major general of the division; and for the trial of any colonel, brigade inspector, or other commissioned officer of the brigade, by the proper brigadier general. But in all cases where charges are preferred against an officer, the officer authorized to order a general court martial, may, if he thinks proper, direct a court of inquiry to examine and report the facts and circumstances; and if upon such report, the said officer shall deem a court martial necessary he shall order the same; and every court of inquiry shall consist of three members to be selected by the officer ordering the said court, who shall be sworn or affirmed diligently to inquire into, and truly report the facts and circumstances of the case referred to them; and courts of inquiry may, in like manner, be ordered by the proper officer, upon the request of any commissioned officer, and the junior officer shall act as recorder of every such court of inquiry.

*Manner of ordering general courts. Courts of inquiry.*

Regimental courts martial may be ordered by the colonel or commanding officer of any regiment of volunteers or militia, or by the commanding

*Of regimental*

**1822.**

**courts martial.**

officer of any battalion of volunteers, not part of a regiment; and the officers authorised to order courts martial, or courts of inquiry, may refuse to order the same if they think the complaint or circumstances of such a nature as not to require it.

**Sentence to be approved of by the proper officer.**

The sentence of every court martial must be approved of by the officer ordering the same, before it is carried into effect: and every said officer may disapprove of any such sentence, or, if having approved of the same, may remit the whole or any part thereof, and pardon the offender.

**Proceedings of the court to be transmitted to brigade inspector.**

ART. XIII. As soon as the sentence of any court martial shall be approved by the proper officer, the proceedings of such court, shall be transmitted to the proper brigade inspector, who shall thereupon issue a warrant under his hand and seal, for any fine or fines imposed by the said court martial, to be levied and collected in the same manner as is prescribed and directed for fines for non-attendance on days of training. But if the said court martial was for the trial of a brigade inspector, then the brigadier general shall issue his warrant to any person he may appoint for the amount of the fine imposed, to be levied and collected in manner aforesaid.

**Militia, when subject to U. S. rules.**

ART. XIV. The militia and volunteers of this state, while in the actual service of the state or of the United States, shall be subject to the same rules and regulations as the army of the United States.

**Penalty for neglect of duty.**

LVI.[1] Every officer or other person, who shall fail or neglect to perform any duty enjoined and required by this act, and for which no penalty is fixed, shall forfeit and pay the sum of twenty dollars, to be recovered by the proper brigade inspector, as directed in other cases.

**Penalty for selling liquor on days of parade within prescribed limits.**

LVII. It shall be unlawful for any person or persons, within half a mile of the limits, prescribed by any commanding officer, for the parade of his regiment, battalion, or company of volunteers or militia, to set up or have any booth, or stand, to dispose of any kind of liquor, or to dispose of the same by gift, sale, or in any manner whatever, without the consent of such commanding officer, except at stores or licensed inns. And if any person shall so set up or have any booth, or stand as aforesaid, the commanding officer is hereby authorized to cause the same to be prostrated and removed. And every person offending against the provisions of this section, shall further forfeit and pay the sum of twenty dollars, to any person who will sue for the same.

**Commanding officer to fix limits.**

LVIII. The commanding officer of any regiment, battalion, or company, when his command is on parade or duty, is hereby authorized to fix certain limits to his place of parade, not to include any public highway, within which no spectator or by-stander shall enter without permission from the said commanding officer: and if any person shall intrude therein, or if any

**Penalty for intruding within.**

spectator or by-stander shall abuse, molest, strike, or otherwise ill treat any officer, non-commissioned officer, or private, when on parade, or in the performance of military duty, every person so offending, may be put under guard for any time not exceeding six hours, and shall moreover forfeit and pay the sum of ten dollars, to be recovered by any commissioned officer who will sue for the same, as debts of like amount are by law recoverable.

**Punishment for concealing or fraudulently withholding public property.**

LIX. If any person or persons shall have knowingly sold, bought, taken, exchanged, concealed, or otherwise fraudulently or unlawfully received, held, or detained, or shall unlawfully hold, or detain, on shall refuse to deliver up to the proper brigade inspector, any arms, accoutrements, colours, drums, or other military property of this commonwealth, on any account or pretence whatsoever; the person so offending shall forfeit and pay for every such offence, treble the value of such property, to be recovered by the said brigade inspector in the name of the commonwealth of Pennsylvania, before any alderman or justice of the peace, of the proper city or county; and the amount so recovered shall be levied and collected of the

---

(1) For cases under this section.  2 S. & R. 75; 3 id. 169, n., 176, 590; 5 Whart. 1; 5 Am. Law Jour. 536; 4 S. & R. 83.

offender's goods and chattels, by distress and sale thereof, in the usual  1822.
manner; but for want of sufficient goods and chattels, the offender shall be
committed to the jail of the county, there to remain at the expense of the
said county, for any term not exceeding one month, at the discretion of the
alderman or justice, unless the amount recovered, with the costs, shall be
sooner paid.

LX. When any doubts shall exist, as to the true construction of any part The act to
of this act, on a military subject, it shall be the duty of the adjutant general, be con-
to take to his assistance two general officers, and they or a majority of them, strued by
shall decide thereon; and which decision shall be conclusive as to the con- general
struction of the said act, and shall be recorded by the adjutant general in and 2 ge-
a book to be kept by him for that purpose; and a copy thereof certified neral offi-
by the adjutant general, shall always be legal evidence of the same.

LXI. As soon as any portion of the militia of this commonwealth shall Proceed-
be required for the service of this state, or of the United States, and upon ings when
notice thereof by the adjutant general to any brigade inspector, the said quired for
brigade inspector shall immediately order the major and captains, or com- service of
manding officers of companies, of every battalion of militia, to assemble the U. S.
at a time and place to be fixed on by him, within the bounds of every such
battalion, for the purpose of having the enrolled militia in the said compa-
nies, justly and fairly classed; and shall further order the said captains, or
commanding officers of companies to produce full and complete rolls of all Rolls to be
the persons subject to militia duty, in their said companies, to be sworn or made out.
affirmed to by them respectively: And the colonel of the regiment shall
attend the meeting aforesaid for the first battalion; and the lieutenant colo-
nel the meeting aforesaid, for the second battalion; and the said officers
being so assembled, with the rolls aforesaid, the men composing said com-
panies, shall be divided into ten parts, and the name of each and every Companies
person enrolled in said companies, shall be written on a small slip of paper, to be divi-
and carefully rolled up; and then shall be deposited by companies, begin- ded into 10
ning with the first company, in a box to be procured for that purpose, and parts.
the senior officer then present, shall draw from the said box, the names
therein contained; and a person to be appointed by the senior officers pre- Formation
sent shall take down the names as drawn out; and the persons first drawn, of classes.
making one tenth of the said company, shall form the first class. And the
persons next drawn, making one tenth of said company, shall compose
the second class; and so on in the same manner, until all the names in the
said box shall be drawn and classed. And as soon as the said drawing for
all the companies, in manner aforesaid, shall be completed, two lists of the Two lists
said companies, thus classed, shall be made out to be signed by the proper of classes
commanding officer of the company and countersigned by the senior officer out, &c.
of the regiment present; one of which lists of each company, shall be de-
livered to the proper brigade inspector, by the said senior officer, as soon
after as possible: and the other list shall be kept by the commanding officer Officers
of the company. And the officers engaged in drawing and taking down the classing to
names as aforesaid shall be first severally sworn or affirmed to perform the be on oath.
duty required of them, with fairness, impartiality, and fidelity. And the
men of the several companies shall be liable to perform tours of duty in the How men
order in which they are classed, beginning with the first class, and proceed- liable to
ing in numerical order; but no class shall be called on to perform any second tours of
tour of duty, until every other class in the company shall have first per- duty.
formed a tour of duty; nor shall any militia-man or volunteer, who per-
formed a tour of duty by himself or substitute, or paid an equivalent therefor,
during the late war, be compelled to perform any tour of duty, until all who
have not served in the late war, shall have performed a tour of duty, or
paid an equivalent therefor. And if any officer shall fail promptly to obey Penalty for
the order of the brigade inspector, requiring his attendance, or in producing disobedi-
the rolls of his company, as aforesaid, he shall forfeit and pay the sum of ence of
three hundred dollars. And if any officer shall have acted unfairly, and fraudulent

**1822.**

*conduct in classing.*

fraudulently in classing the militia as aforesaid, he shall forfeit and pay the sum of one hundred dollars, to be recovered by the party aggrieved as debts of equal amount are or shall be by law recoverable: and his commission shall be vacated.  And it shall be the duty of the adjutant general, under the direction of the governor, to prescribe the manner in which commissioned officers shall be selected and assigned to any portion of the militia, to be called into service, to be announced in general orders, paying due regard to the rank of such officers, and which the several brigade inspectors, and all other officers shall execute, observe and be governed by, under the penalties before mentioned.  And each of the said officers shall be entitled to one dollar per day, for his services in classing the militia as aforesaid.

*Duty of adjutant general, brigade inspector and other officers.*

*When the governor may call the militia into service.*

LXII.  The militia of this commonwealth may be called into actual service by the governor thereof, in case of a rebellion, or of an actual or threatened invasion of this or any neighbouring state; but no part thereof shall be detained in service, at any one time, longer than three months, under the mere requisitions of the governor, without the direction or assent of the president of the United States.

*Detachments for the service of the U. S.*

Whenever any part of the militia of this commonwealth shall be required for public service, by the president of the United States, if no particular description of troops shall have been required, the governor shall detach the number of men demanded in such proportions of the several description of troops, as he may think proper.

*Of vacancies.*

*Of detaching of volunteers.*

The commanding officer of any detachment, when called into actual service, shall have the power of supplying all vacancies which may occur in his detachment, and the persons nominated by him shall be commissioned by the governor.  Troops of cavalry and companies of artillery, infantry and riflemen, shall be detached at the discretion of the commander-in-chief.  If either or any of them shall be necessary as a part of the force required for public service, those companies nearest the rendezvous, that may be specified, shall in each instance, be the first detached; but no company shall be called to perform a second tour, until every other company, in its proper brigade, shall have performed its tour of service, unless in the opinion of the commander-in-chief, the urgency of any particular case may require it.

*Time, manner, etc. of marching militia.*

The time, manner, and regulations necessary for marching militia called into actual service, to the place of general rendezvous, unless defined in this act, shall be prescribed and published in general orders, by the commander-in-chief of the militia of this state.

*Duty of the adjutant general on a call by the U. S.*

When the president of the United States shall have made a requisition of a part of the militia of this state, for public service, the adjutant general shall take the most prompt and efficacious measure, for detaching and supplying with all necessary arms, equipments, ammunition and provisions, the number of men required, and for having them marched to the place or places of rendezvous.  The general of division, or of brigade, to whom orders may be issued, shall take immediate measures, for having the number of militia required, called out and inspected by the proper brigade inspector: *Provided*, That volunteer troops and companies, shall be the first detached, and may be kept in service any time not exceeding six months.

*Of major and brigadier general.*

*Of brigade inspector in similar calls.*

Whenever any portion of the militia of this state, shall have been ordered into actual service, under a requisition from the president of the United States, or otherwise, the proper brigade inspector shall notify the commissioned officers, whose tour of duty it may be to serve in the detachment required, and all captains, or commanding officers of companies of the militia, within the bounds of such draft, whether required to serve in the detachment or otherwise, shall furnish to the proper brigade inspector, on or before the day appointed for inspection, an authenticated roll of the non-commissioned officers, musicians and privates, selected or drafted out

*Of captain or commanding officers.*

of his company, and it shall be the duty of the said captains, or command- 1822.
ing officers of companies to cause a written or printed notice to be served
upon or left at the usual place of residence of each and every officer, non-
commissioned officer, musician, and private, liable to serve, requiring every
such person to attend at a time and place, to be in the said notice specified,
and every such notice shall be served at least three days prior to the day
fixed for marching to the place of rendezvous, unless upon any sudden
emergency, when the said notice shall require immediate attendance for
service. The form of the notice for non-commissioned officers and pri-
vates, shall be as follows:

"Take notice that you are hereby required personally, or by a sufficient Form of
substitute, to appear properly armed and equipped for service, at        on notice.
the        day of        to march when required. Given under my
hand, &c.

<div align="center">A. B. captain or commanding officer."</div>

The governor shall select such general officer or officers as the nature of General of-
each case shall require, to proceed to the place of rendezvous, and take the ficers to be
command of the troops called into actual service. The officer who shall by the
be selected for the chief command, shall immediately proceed to organize governor.
the detachment; whenever any detachment of the militia shall have been Brigade in-
called into actual service, it shall be the duty of the proper brigade inspec- spector to
tors, to organize within their respective brigades, the militia detached there- organize.
from, in such a manner as that the requisite number of company officers
for the militia detached, shall march therewith to the place of general
rendezvous.

The pay, rations and forage of the officers, non-commissioned officers Pay and
and privates of the volunteers and militia called into the service of the rations.
United States or of this state, shall commence two days prior to their
marching to the place or places of rendezvous, and each of the said officers,
non-commissioned officers and privates, shall receive pay, rations and forage
at the rate of sixteen miles per day, on their return home. For the service
of the horse of each officer and member of a troop of cavalry, there shall
be paid to the owner thereof, twenty-five cents per day; and for the service
of each horse used by a company of artillery, there shall be paid twenty-five
cents per day.

The governor of this commonwealth may, if he shall think proper, direct Volunteers
the cavalry, artillery, infantry or riflemen who may be called into actual may be
service, to be formed into battalions or regiments. formed into
battalions

Whenever any portion of the militia shall be ordered into actual service, and regi-
it shall be the duty of the governor, through the adjutant general, to notify ments.
the brigade inspector, from whose brigade any such detachment may be When calls
required, whether the call of militia so made, is by order or requisition are made
from the general government, or by the authority of the governor of this tant gene-
state, and also the time of service for which the said detachment may be ral to give
required. notice to
brigade

When any part of the militia shall have been called into actual service, inspector.
the officer who may have the command of the detachment, about to march Paymaster
to the place of rendezvous, shall nominate to the proper brigade inspector, and quarter
one of his staff or subaltern officers to act as paymaster, and also a subal- master.
tern to act as quarter master for the detachment, until it shall have arrived
at the place of rendezvous, (if the detachment consist of but one company,
a sergeant thereof shall act as quarter master) to whom, if he shall approve
the choice, the brigade inspector shall advance such sum or sums as may
be necessary for the pay and subsistence of the troops upon their march,
taking duplicate receipts therefor from the pay master or quarter master,
which shall also be endorsed by the commanding officer of the detachment.
The officer so appointed pay master, or quarter master, shall keep exact To keep
accounts of the mode of expenditure, and when he shall have arrived at the accounts.
place of rendezvous, shall transmit a statement thereof to the proper brigade

1822.   inspector, charging two and one half per centum for the services thus rendered; and if any balance shall remain in his hands, he shall pay it over to such person, or in such manner as the proper brigade inspector shall have instructed him.

How and by whom horses to be appraised.   The brigade inspector, and two reputable and disinterested citizens to be nominated by him, shall appraise the horse of each officer, who is entitled by the rules of war to keep a horse: and the horse of each member of a troop of cavalry, and each horse belonging to the artillery, immediately before every time of going into actual service, and enter such appraisement in a book; and in case such horse shall be killed or die in actual service, or be taken by the enemy, otherwise than by neglect of the owner; on his producing to the officers of the department of accounts, a certificate of the loss of said horse, signed by the commanding officer of the detachment to which he belonged whilst in actual service, together with a certificate of the valuation so as aforesaid directed to be made; he shall thereupon be paid the full amount of such appraisement, by an order to be drawn in the usual manner on the state treasurer, out of any money not otherwise appropriated.

If killed, &c. in service the owner shall be paid.

Pay and rations.   LXIII. The officers, non-commissioned officers and privates, when called into actual service, either on a requisition from the president of the United States, or under the orders of the governor of this state, shall receive the like pay and rations, and other emoluments as are or shall be allowed and granted by the said United States, to the officers, non-commissioned officers and privates of the regular army at the time they shall be in service, and the non-commissioned officers and privates shall be armed and equipped at the expense of the state, during said service.

Period of service for which to receive clothing.   Whenever the militia of this state shall be called into actual service for the term of three months or more, they shall severally receive one uniform coat, one pair of overalls, and one pair of shoes. When called for the term of one year, they shall severally receive a full suit of uniform, consisting of one cap or hat, one stock and clasp, one vest, one uniform coat, two shirts, one pair of woolen overalls, one pair of linen overalls, one pair of stockings, one pair of socks, one frock, and one pair of shoes; which articles of clothing shall be distributed by orders of the adjutant general when the several corps shall have arrived at their respective places of rendezvous.

The governor to draw for money, &c.   That in all cases of emergency where money may be wanted to organize, furnish or supply the militia of this commonwealth, who may be called into actual service, the governor is hereby authorized to draw his warrant on the state treasurer for the sum or sums of money, and to dispose of it in such manner as the exigency of the case may require.

LXIV. It shall and may be lawful for any person called to perform a tour of duty to find a sufficient substitute, such substitute being approved of by the captain or commanding officer of the company in which he shall have offered to serve: *Provided always*, That if any substitute shall be called in his own turn, into actual service before the term expires, which he was to serve for his employer, then the person procuring such substitute shall march, or find a sufficient person to march in his said substitute's turn, or be liable to pay his fine for neglect; which fine is to be recovered as other fines for neglect of serving are by this act recoverable; and sons who are not subject to the militia law, may be admitted as substitutes for their fathers if approved of by the commanding officer of the company in which they shall be offered to serve.

Of substitutes.

Penalties for officers neglecting, &c.   LXV. If any commissioned officer of the militia, shall have neglected or refused to serve when called into actual service, in pursuance of any order or requisition of the president of the United States, he shall be liable to the penalties defined in the act of congress of the United States, passed on the twenty-eighth day of February, one thousand seven hundred and ninety-five, that is to say, each and every officer having so offended, shall

forfeit a sum not exceeding one year's pay nor less than one month's pay, **1822.**
to be determined and adjudged by a court martial, and shall moreover be
liable to be cashiered by sentence of a court martial, and to be incapaci-
tated from holding a commission in the militia for a term not exceeding
twelve months, at the discretion of the said court, or shall be liable to any
penalty prescribed by the acts of the congress of the United States now in
force, or that hereafter may be passed for the government of the militia
thereof.

Each and every non-commissioned officer, *musician* and private of the Non-com-
militia, who shall have neglected or refused to serve, when called into ac- missioned
tual service in pursuance of an order or requisition of the president of the officers and
United States, shall be liable to the penalties defined in said acts of con- privates.
gress, or any acts that may be hereafter passed.

Within one month after the expiration of the time for which any de- When and
tachment of the militia shall have been called into the service of the United by whom
States, *or after such detachment shall have been discharged by the proper* courts mar-
*authority*, the proper brigade inspector shall summon a general court mar- tial to be
tial for the trial of such person or persons belonging to the detachment summoned.
called out, who shall have refused or neglected to march therewith, or to
furnish a sufficient substitute, of which delinquents, the proper brigade in-
spector shall furnish to the said court martial an accurate list. And as To whom
soon as the said court martial shall have decided in each of the cases which lists of de-
shall have been submitted to their consideration, the president thereof shall linquents
furnish to the *proper brigade inspector, and also to the accountant depart-* furnished.
*ment*, a list of the delinquents fined, in order that the further proceedings
directed to be had thereon, by the laws of this state or of the United
States, may be completed.

LXVI. Each and every commissioned officer, who shall have neglected Penalty re-
to perform his tour of duty, when called into the service of this state, by fusing to
the governor thereof, shall pay a fine of thirty dollars for each and every military
month which he was called on to serve, and every private and non-com- duty on
missioned officer who shall so neglect, shall pay the sum of sixteen dollars, call of the
for every month which he shall have been called on to serve: and it shall governor.
be the duty of the proper brigade inspector, immediately after the march-
ing of any detachment, in the service of the state, to order a court martial, Courts
to consist of not less than five commissioned officers of the brigade, one of martial
whom shall be a field officer, to meet at a time and place to be fixed on by ordered.
the said brigade inspector; and of which public notice shall be given.
And the court martial being assembled, shall be sworn or affirmed, to hear Members
and determine all cases that may be submitted to them with justice and to be on
impartiality and according to law: And the said court shall be organized oath.
as courts martial in the United States' service. And the said brigade in- How or-
spector shall furnish to the said court a list of all persons who neglected to Duty of bri-
perform their tour of duty in the state service, according to law. And the gade in-
said court martial shall decide upon all cases brought before it, and having spector.
so decided the said court shall make out two lists of all such delinquents
whose fines were not remitted, to be signed by the president of the said
court, with a certificate, that the members of the said court were sworn
and affirmed according to law: One of which lists shall be transmitted to List of de-
the auditor-general, and the other delivered to the said brigade inspector: linquents
and the said brigade inspector shall, thereupon, issue one or more war- to be made
rants, under his hand and seal for the collection of the said fines, to a out, &c.
constable or other fit person, which fines shall be collected and recovered, Proceed-
and all proceedings had on the said warrant or warrants in the same man- ings for
ner in all respects as is prescribed and directed in the case of fines for non- collecting
attendance on days of training. But if any person or persons against fines.
whom any such warrant shall issue as aforesaid, shall not have sufficient
goods and chattels to pay and satisfy the amount of the fine incurred;
every such person for want of the same, shall be committed to the jail of

MILITIA

1822.

Additional punishment where officers refuse to perform, &c.

Pay of.

the proper county, for the term of twenty days for every month he was called on to serve in the militia, unless the said fines and costs are sooner paid, there to be supported by the said county. And every commissioned officer, who shall neglect or refuse to perform his tour of duty, when called into the service of this state, shall, in addition to the fine prescribed by this section, be cashiered and rendered incapable of holding a commission for any term not exceeding seven years, at the discretion of the court martial. And each member of the court martial, and the judge advocate, shall be entitled to one dollar per day, for every day necessarily employed on said court.

Pay-masters to be appointed by the governor.

Duties.

To be furnished with complete rolls, &c.

LXVII. Whenever the militia of this commonwealth shall be ordered into the service of the state, it shall be the duty of the governor to appoint one or more pay masters, who shall, before he enters upon the duties of his appointment, give bonds to the governor with sufficient sureties in such amount as the governor shall think proper and necessary, conditioned for the faithful disposition of all money placed in his hands, and for the true performance of his duty. And every said paymaster shall receive from the state treasury, upon warrants to be drawn by the governor, such sums as will be necessary to pay the militia in the service of the state; and he shall attend the camp of the said militia, before they are discharged, if practicable to pay them. And it shall be the duty of the several commanding officers of regiments, battalions, detachments, or companies in service, to furnish the pay-master with complete rolls, duly certified, of all officers, non-commissioned officers, musicians, and privates, stating the time they have respectively served, and for which they are entitled to pay, in order to make payment to them; and the said rolls shall be countersigned by the commanding officer.

Penalty on persons who shall persuade to desertion, &c.

How recovered.

LXVIII. If any male person shall attempt to persuade any non-commissioned officer or private, when called into actual service, to desert, or shall attempt in any manner whatever, to dissuade or hinder any officer, non-commissioned officer or private, from marching with his proper detachment, when called into actual service; every person so offending, shall forfeit and pay the sum of one hundred dollars, to be sued for in the name of the commonwealth of Pennsylvania; to be recovered as debts of equal amount are by law recoverable by the proper brigade inspector, to be accounted for by him, in the settlement of his accounts. But for want of sufficient property to pay the same, such offender shall be committed to the jail of the proper county, there to remain for the term of thirty days, unless the said sum, with costs, shall be sooner paid.

No judge, &c. to interfere with decisions.

Penalty.

LXIX. No *certiorari* or other writ, shall in any case issue from any court of law in this commonwealth, to remove any proceedings that shall be had in any court of appeal, or court martial, held under, and by virtue of the laws of this commonwealth, or under and by virtue of any law of the United States; and no court of law of this commonwealth or alderman or justice of the peace within the same, shall in any case hear or determine, or in any matter, take cognizance of appeals that may be offered or attempted from any sentence or decree, passed or made by any such court of appeal, or court martial; any law, usage or practice, or any construction of any clause of this act to the contrary in any wise notwithstanding. And if any justice of the peace, alderman, or judge of any of the courts of this commonwealth, shall issue, or cause to be issued, any writ or process, with a view to, or shall re-hear, examine, or obstruct the decision of any court of appeal, or court martial; any and every such justice of the peace, alderman, or judge, so having offended, shall be deemed, and held to be guilty of a misdemeanor in office; *Provided,* That nothing herein contained shall impair or affect the provisions of an act for the better securing personal liberty and preventing wrongful imprisonments, passed the eighteenth of February, one thousand seven hundred and eighty-five.

MILITIA.                                          349

All suits that may be brought against any person or persons, for any thing done in pursuance of this act, shall be commenced and tried in the county where the cause of action shall have arisen, and not elsewhere; and the defendant or defendants, may plead the general issue, and give this act, and the special matter in evidence; and if the jury shall find for the defendant or defendants, or if the plaintiff or plaintiffs shall be non-suited, or shall discontinue his or their action or actions, after the defendant or defendants shall have appeared, or if upon demurrer, judgment shall be given against the plaintiff or plaintiffs, the defendant or defendants, shall have treble costs,[1] and shall have the like remedy for the same, as any defendant or defendants hath or have in other cases, to recover costs by law, and the proceedings of courts of appeal and courts martial, shall, in no case whatever, be set aside or declared void by any judge or court of law, on the ground of informality, in such proceedings; and every judge who shall declare any such proceedings void, on the grounds before mentioned, shall be deemed guilty of a misdemeanor in office: *Provided*, Such courts of appeal, or courts martial, shall be constituted under the authority of the United States, or of this state. And it shall be the duty of the prosecuting attorney of the commonwealth, in the county in which any suit may be brought against an officer, for any thing done in pursuance of this act, to appear to, and defend the said suit on behalf of the commonwealth.

LXX. No civil process shall be served upon any officer, non-commissioned officer or private, when going to, whilst attending at, or when returning from any parade, for disciplining any part of the volunteers or militia.

No execution or other process shall issue against any officer, non-commissioned officer, or private of the militia, when called into actual service, under a requisition from the president of the United States, or in pursuance of the orders of the governor of this commonwealth: nor shall any such process issue against him, until thirty days after he shall have returned from duty, to his usual place of residence, or until forty days after he shall have been discharged; and the court, alderman, or justice of the peace, from which or from whom any such process shall have issued, shall quash the same, as soon as the fact of any such person being ordered on public duty, shall have been proven, and all the costs which shall have accrued in commencing or conducting any such process, shall be paid by the person or persons, who shall have applied for the said execution or other process.

The uniform, arms, and accoutrements of every volunteer or any person enrolled in the militia of this commonwealth, and the horse furniture of every person entitled to use a horse in the militia or volunteers of this state, shall be exempt from all suits, distress, executions, or sales for debt, or for the payment of taxes.

LXXI. If any person subject to be enrolled as is provided for in the ninth section of this act, shall, on or before the first day of April, in any year, pay to the county treasurer for the use of the commonwealth, the sum of two dollars, and produce a receipt therefor, to the captain or commanding officer of the company to which he belongs, on or before the day of company training, but not otherwise, such captain or commanding officer, shall set down in his roll, such person as exempt from military duty for one year, from said first day of April, and shall in his return to the proper court of appeal, designate such person as exempt from duty, and said court of appeal shall return each exempt as such to the brigade inspector; who shall transmit the same to the auditor general: *Provided*, That nothing in this act contained, shall exempt such person from being enrolled as a militia man, or from being called into actual service in time of war, as others who are not exempted as herein provided: *Provided also*, That the

---

*Margin notes:*

1822.

How, &c. suits to be tried.

Proceedings not to be set aside for informality.

Officers, &c. when exempt from process and execution.

Exempt.

---

(1) The costs are to be trebled, and not counted according to the English rule.  2 Rawle, 201.

1822.

Form of receipt.

person so exempted shall not be entitled to vote at any election for military officers during the time he shall be so exempted.   And said receipt shall be in the following form, to wit: "                                         has paid me two dollars for the use of the commonwealth, and is exempt from military duty for one year,                                         Treasurer

Treasurer to account.

of                   county."   And the treasurer of the county, shall account for the monies received in pursuance of this section, at the same time, in the same manner, and under the same penalty as he shall account for monies received from tavern licenses, and shall be entitled to the same commission.

Brigade inspector to take charge of the state arsenals.

Additional compensation.

Repeal.

LXXII.   It shall be the duty of the brigade inspectors to take charge of the state arsenals or depot of arms and military stores, the property of this commonwealth, established within their respective brigades; and the brigade inspectors who shall have charge of the arsenals at Philadelphia, Harrisburg, and Meadville, shall each receive the sum of one hundred dollars, in addition to their other compensation allowed by this act, and their duties shall be the same as that directed to be performed by the fourth section of the act, entitled "An act to provide for the erection of two arsenals," so much of the said act as provides for the appointment and compensation of state armourers, being repealed.

Duty of the adjutant general to visit the arsenals.

To make report to the legislature.

Compensation.

LXXIII.   It shall be the duty of the adjutant general, as soon after the passage of this act, as conveniently may be, and as much oftener as he may deem it advisable, to visit the arsenals[1] of this commonwealth, and examine and inspect the arms and public property therein deposited; and he shall establish such regulations for the preservation and safe keeping of the same, as he may find necessary and proper; and which the brigade inspectors having the same in charge, are hereby required to strictly observe and attend to, under the same penalty as in other cases for neglect of duty; and the said adjutant general in his annual report to the legislature shall return the state and condition of the said arms and public property, and shall make such other representations as he may deem necessary for the information of the legislature.   And the said adjutant general shall receive as a compensation, in addition to his annual salary for his services and expenses in performing the duty herein required for the ensuing year, two hundred and fifty dollars, to be paid out of the state treasury.

LXXIV., LXXV., LXXVI., LXXVII., LXXVIII. [Are temporary, except the part of the 75th section which is retained.]

Adjutant general to designate the kind of arms to be received from the U. States.

LXXV.   And it shall be the duty of the adjutant general, under the direction of the governor, to designate and receive such kind of arms from the United States, as shall be deemed necessary and proper for the military service of the commonwealth, and cause the same to be deposited in the most convenient arsenals, to be disposed of agreeably to the provisions of this act.

Officers to deliver to their successors, records, &c.

LXXIX.   All officers of the volunteers or militia elected or appointed under any former law, or who may hereafter be elected or appointed, or in case of their death, their executors and administrators are hereby required under the penalty of one hundred dollars, to deliver over to the successors of such officers, all books, records, documents and papers in anywise appertaining to their said offices; which penalty shall be recovered for the use and in the name of the commonwealth of Pennsylvania, by any person who may sue for the same: *Provided, however*, That the provisions and penalties contained in the twelfth and fiftieth sections of this act, relative to adjutant general and brigade inspectors, shall not be altered, affected or impaired hereby.

LXXX. [Obsolete.]

LXXXI. and LXXXII. [Repeal former laws.]

Passed 2d April, 1822.—7 Sm. L. p. 607.

(1) The Meadville arsenal once in three years.   14 April, 1827, § 6; 9 Sm, 398.

# EXHIBIT 198

# LAWS

OF

## A PUBLIC AND GENERAL NATURE

OF THE

# STATE OF MISSOURI,

PASSED BETWEEN THE YEARS

1824 & 1836,

NOT PUBLISHED IN THE DIGEST OF

1825,

NOR IN THE DIGEST OF

1835.

———————

Published under the authority of the State of Missouri, by virtue of an
act entitled "An act to provide for the publication of certain
laws," Approved, February 13, 1839.

———————

IN TWO VOLUMES.

## VOL. II.

JEFFERSON CITY.

PRINTED BY W. LUSK & SON.

1842.

Digitized by Google

pany, and bound to perform the duties of engine or hose men therein; shall be and they are hereby exempted from the militia duty, except that of being enrolled as other persons, and being detached or called forth to execute the laws of the United States or of this state, to suppress insurrections or repel invasions, to perform actual service in case of war, and of keeping themselves constantly furnished with the arms and equipments required by the laws of the United States, and the duty of appearing annually with them at the place of inspection or review of arms of the company in which they are enrolled, and the duty of attending the election of company and field officers.*

3. Every person conscientiously scrupulous of bearing arms, who shall on or before the first Monday of April annually, pay to the paymaster of the regiment or extra battalion within the bounds of which he resides, the sum of two dollars, and deliver to the captain or commanding officer of the company within whose bounds he resides, the receipt of the paymaster therefor; and shall also produce to the officer commanding the company to which he may be attached, a certificate signed by two or more members of the religious society to which he belongs, in substance as follows:

"We the subscribers, members of the society of people called      , in the county of      , do hereby certify that      is a member of our society, and that he conforms to the usages of the same, and we believe is conscientiously scrupulous of bearing arms;"

Shall be and they are hereby exempted from military duty, except that they shall be enrolled as other persons, and shall be subject to be called forth to execute the laws of the United States or of this state, to suppress insurrections, or repel invasions, or perform actual service in case of war, or provide an able-bodied substitute, or in lieu thereof to pay the sum of sixty dollars, in the manner herein after provided. And in all cases of payment and production of certificate as aforesaid by any such person, the captain or commanding officer of the company shall grant a certificate of exemption for one year; and shall keep an account of all moneys so paid to the paymaster, and transmit a copy thereof to the commandant of the regiment, accompanied by the paymaster's receipts, in the month of May, annually.

4. No person shall be exempted from military duty on account of bodily infirmity, unless he shall obtain, from the surgeon or surgeon's mate of the regiment to which he belongs, or from some respectable physician living within the bounds of the same, a certificate, that he is unable to perform military duty, on account of bodily infirmity, the nature of which infirmity shall be described in the certificate, and the commanding officer of the company may, on the back of such certificate, discharge the person named therein from military duty, for such term of time as he shall judge reasonable,—which shall entitle such person to exemption from military duty for the time therein specified. And any person who may have obtained a certificate as aforesaid, and who may be refused a discharge, may apply to the commanding officer of the regiment or extra battalion for further examination, of

*See chap. 75, sec. 2.

his case; and if upon such examination, the commanding officer of the regiment or battalion shall be satisfied that the applicant ought to be discharged on account of bodily infirmity, he shall grant a discharge, in like manner, for like length of time, and with the like effect, as the commanding officer of the company might have done in the first instance.

5. All tavern keepers, keepers [of] boarding houses, or persons who keep boarders and householders, upon their being thereto required by the commander of the militia within the bounds of which they reside, shall give to such commander, a true account of all persons boarding, or lodging with him, her or them, or at their houses, who are liable to be enrolled,—under the penalty of twenty dollars, for every neglect or refusal so to do, to be recovered by action of debt, with costs, before any justice of the peace, in the name of the State. And in all cases of doubt respecting the age of any person intended to be enrolled, the party questioned as to his age, shall prove the same to the satisfaction of the enrolling officer; and if any such person, upon application to him personally by the commanding officer of the company within the bounds of which such person resides, or upon application of any person acting under the authority of such commanding officer, shall either refuse to give his name or not give it truly, he shall forfeit and pay, the sum of ten dollars, to be recovered by action of debt, with costs, before any justice of the peace, in the name of the State. And it shall be the duty of all militia officers to give information and institute and prosecute suits, and make report of all recoveries had, to the commandant of the regiment or extra battalion, in the month of August, annually, for all breaches of this section coming within their knowledge; and the execuion upon all judgments rendered for the recovery of any of the penalties aforesaid, shall be directed to and executed by the sheriff of the county in which the defendant resides, and the moneys accruing thereon shall be accounted for and paid by such sheriff to the paymaster of the regiment or extra battalion within the boundaries of which the said breach occurred, to be appropriated as other moneys.

6. The commander in chief shall be and is hereby authorised to arrange and enrol the militia of this State into regiments, brigades and divisions, and establish the boundaries thereof, and make such alterations therein, and establish such new regiments, brigades and divisions, as he may from time to time, deem necessary.— And the field officers of the respective regiments, shall be, and they are hereby authorised to arrange their regiments into companies and battalions, and establish the boundaries thereof, and make such alterations therein, and establish such new companies and battalions, as to him, from time to time, shall seem necessary: *provided*, that the arrangements aforesaid shall in all cases be, as near as practicable, conformably to the laws of the United States; and the present organization and arrangement shall continue until altered as aforesaid.

7. The companies of grenadiers, light infantry and riflemen, shall be formed by voluntary enlistments of exempts and persons subject to militia duty within the bounds of the respective regiments or extra battalion: and volunteer companies of infantry may in like manner be formed, at the discretion of the commanding officer



# EXHIBIT 199

# ACTS

OF THE

# FIFTY-FOURTH

# GENERAL ASSEMBLY

OF THE

## State of New-Jersey,

AT A SESSION BEGUN AT TRENTON, ON THE TWENTY-SEVENTH DAY OF OCTO-

BER, ONE THOUSAND EIGHT HUNDRED AND TWENTY-NINE.

## BEING THE FIRST SITTING.

33001



## TRENTON:

PRINTED BY JOSEPH JUSTICE.

1829.

# ACTS

## OF THE

## FIFTY-FOURTH

## GENERAL ASSEMBLY

### OF THE

## State of New-Jersey.

---

AN ACT to build a Bridge over West Creek, in the counties of Cumberland and Cape-May.

BE IT ENACTED *by the Council and General Assembly of this state, and it is hereby enacted by the authority of the same,* That from and after the passing of this act, it shall and may be lawful for the chosen freeholders of the counties of Cumberland and Cape-May, to direct and cause a bridge to be built over West Creek, in the road leading from Leesburg to Dennis Creek, between Daniel Robinson's and William Goff's; and that the said Bridge be built with a draw, or of sufficient height from the water to admit of scows loaded with wood or hay, to pass under or through said Bridge.

*The chosen freeholders, &c. authorized to build a bridge, &c.*

C. Passed November 4, 1829.

---

AN ACT to exempt minors from Militia Duty in time of peace.

SEC. 1. BE IT ENACTED *by the Council and General Assembly of this state, and is hereby enacted by the authority of the same,* That from and after the passing of this act, all persons under the age of twenty-one years be, and they are hereby, exempt from militia duty in time of peace.

*Minors exempted from certain military duty.*

SEC. 2. *And be it enacted,* That the enrolment of the militia of this state, shall be made agreeably to the first section

New Jersey State Library

4

of the act establishing a militia system, passed the eighteenth **Duty of officers prescribed.** of February, one thousand eight hundred and fifteen; and it shall be the duty of the officer making such enrolment, to write opposite to the name of each minor, the words "*under age;*" *Provided,* That all persons under the age of twenty-one years as aforesaid, who are actually enrolled in, or shall, after the passing of this act, join any uniform corps, shall be entitled to the same privileges and subject to the same penalties as are prescribed in the above mentioned act.

C. Passed November 6, 1829.

---

## AN ACT for the support of the Government of this State.

SEC. 1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby enacted by the authority of the same,* That there shall be paid to the officers appointed for the administration of the government of this **Fees of the several officers of the government prescribed.** state, the several sums following, viz:

To the governor of this state, for the time being, at the rate of two thousand dollars by the year.

To the chief justice of the supreme court of this state, for the time being, at the rate of twelve hundred dollars by the year.

To each of the associate justices of the supreme court, for the time being, at the rate of eleven hundred dollars by the year.

To the treasurer of this state, for the time being, at the rate of eleven hundred dollars by the year.

To the law reporter of this state, for the time being, at the rate of two hundred dollars by the year.

To the attorney general of this state, for the time being, at the rate of eighty dollars by the year.

To the quartermaster general of this state, for the time being, at the rate of one hundred dollars by the year.

To the adjutant general of this state, for the time being, at the rate of one hundred dollars by the year.

All of which salaries shall be paid to the several officers before mentioned, their executors, administrators, or assigns, on warrants produced to the treasurer, signed by the governor or vice-president of Council; and in case any of the said officers shall be removed from office, by death or otherwise, the salary of such officer shall cease and determine on such removal; and the salary of his successor, shall commence from the time he shall be sworn or affirmed into office,

# EXHIBIT 200

CHAP. XLIV.—An act for organizing and disciplining the militia.                    [IN FORCE:]

§ 1.  *Be it enacted, &c.* That each and every able-bodied white male citi-  as amended,
zen of the United States, who now resides, or hereafter shall reside in this  32 O. L. local,
state, who now is, or hereafter shall be, of the age of eighteen years, and   251, etc.
under forty-five years of age, while resident herein, (excepting as hereinafter  What persons
excepted,) shall severally and respectively be enrolled in the militia of this  ed in the mi-
state, for the purpose of performing military duty ; and shall be organized,  litia.
officered and equipped, as is hereinafter provided.

§ 2.  That it is hereby made the duty of the captain or commandant of  Duty of cap-
each company, within the bounds of whose company each person may reside,  tain or com-
within ten days next after he shall be informed of such residence, and at all  mandants of
times hereafter, such commanding officer shall enrol such person as aforesaid,  companies to
and also all those who may, from time to time, arrive at the age of eighteen  enrol certain
years, and under the age of forty-five years, excepting as hereinafter except-  persons.
ed, who shall come to reside within the bounds of his company.

§ 3.  That the militia of this state shall be organized into divisions, viz:  The state divi-
the counties of Hamilton, Warren and Butler, shall form the first division ;  ded into six-
the counties of Gallia, Meigs, Scioto, Lawrence, Jackson and Pike, shall form  teen divisions.
the second division ; the counties of Washington, Athens, Muskingum, Co-
shocton and Morgan, shall form the third division ; the counties of Trumbull,
Portage and Medina, shall form the fourth division ; the counties of Green,
Clinton, Fayette and Clark, shall form the fifth division ; the counties of Co-
lumbiana, Stark and Wayne, shall form the sixth division ; the counties of
Fairfield, Hocking, Licking, Perry and Knox, shall form the seventh divi-
sion ; the counties of Adams, Highland, Clermont and Brown, shall form the
eighth division ; the counties of Ashtabula, Geauga, Cuyahoga and Lorain,
shall form the ninth division ; the counties of Montgomery, Miami, Preble,
Dark, Mercer, Vanwert, Paulding and Williams, shall form the tenth divi-
sion ; the counties of Richland, Huron, Sandusky, Seneca, Crawford, Wood
and Hancock, shall form the eleventh division ; the counties of Champaign,
Logan, Shelby, Hardin, Allen, Putnam and Henry, shall form the twelfth
division ; the counties of Madison, Union, Delaware and Marion, shall form
the thirteenth division ; the counties of Jefferson, Harrison, Tuscarawas and
Holmes, shall form the fourteenth division ; the counties of Belmont, Guern-
sey and Monroe, shall form the fifteenth division ; and the counties of Ross,
Pickaway and Franklin, shall form the sixteenth division.

§ 4.  That the divisions aforesaid shall be divided into brigades, as follows,  Brigades enu-
to wit : in the first division, the county of Hamilton, the townships of Cole-  merated.
rain, Springfield, Sycamore, Symmes, Anderson, Columbia and Fulton,
together with one tier of sections situate on the north side of the townships of
Millcreek, Green and Miami, of the county aforesaid, and the city of Cincin-
nati, excepted, shall form the first brigade ; the county of Warren, shall form
the second brigade ; the county of Butler, shall form the third brigade ; the
townships of Colerain, Springfield, Sycamore, Symmes, Anderson, Columbia
and Fulton, together with one tier of sections situate on the north side of the
townships of Millcreek, Green and Miami, of the aforesaid county of Hamil-
ton, shall form the fourth brigade ; and the city of Cincinnati shall form the
fifth brigade : in the second division the counties of Gallia and Meigs, shall
form the first brigade ; the counties of Scioto and Lawrence, shall form the
second brigade ; and the counties of Jackson and Pike, shall form the third
brigade : in the third division, the counties of Washington and Athens, shall
form the first brigade ; the county of Coshocton, shall form the second brig-
ade ; the county of Muskingum, shall form the third brigade ; and the county
of Morgan, shall form the fourth brigade : in the fourth division, the county of
Trumbull, shall form the first brigade ; the county of Portage shall form the
second brigade ; and the county of Medina shall form the third brigade : in
the fifth division, the county of Green, shall form the first brigade ; and the
counties of Clinton and Fayette, shall form the second brigade ; and the coun-
ty of Clark, shall form the third brigade : in the sixth division, the county of
Columbiana, shall form the first brigade ; the county of Stark, shall form the
second brigade ; and the county of Wayne, shall form the third brigade : in
the seventh division, the counties of Fairfield and Hocking, shall form the first
brigade ; the county of Licking, shall form the second brigade ; the county of
Perry, shall form the third brigade ; and the county of Knox shall form the

fourth brigade: in the eighth division, the county of Adams, shall form the first brigade; the county of Highland, shall form the second brigade; the county of Clermont, shall form the third brigade; and the county of Brown, shall form the fourth brigade: in the ninth division, the county of Geauga, shall form the first brigade; and the counties of Cuyahoga and Lorain, shall form the second brigade; and the county of Ashtabula, shall form the third brigade: in the tenth division, the county of Montgomery, shall form the first brigade; the county of Miami, shall form the second brigade; the county of Preble, shall form the third brigade; and the counties of Dark, Mercer, Vanwert, Paulding and Williams, shall form the fourth brigade: in the eleventh division, the county of Richland, shall form the first brigade; the county of Huron, shall form the second brigade; and the counties of Sandusky, Seneca, Crawford, Wood and Hancock, shall form the third brigade: in the twelfth division, the county of Champaign, shall form the first brigade; the counties of Logan, Shelby, Hardin, Allen, Putnam and Henry, shall form the second brigade: in the thirteenth division, the counties of Madison and Union, shall form the first brigade; and the counties of Delaware and Marion, shall form the second brigade: in the fourteenth division, the county of Jefferson, shall form the first brigade; the county of Harrison, shall form the second brigade; the county of Tuscarawas, shall form the third brigade; and the county of Holmes, shall form the fourth brigade: in the fifteenth division, the county of Belmont, shall form the first brigade: the county of Guernsey, shall form the second brigade; and the county of Monroe, shall form the third brigade: in the sixteenth division, the county of Ross, shall form the first brigade; the county of Pickaway, shall form the second brigade; and the county of Franklin, shall form the third brigade.

**Subdivisions of divisions, brigades, etc.; proviso.** § 5. That each division of the militia of this state shall consist of not less than two, nor more than eight brigades; each brigade shall consist of not less than two, nor more than eight regiments: and each regiment of not less than eight, nor more than fifteen companies, exclusive of independent companies: each company, other than independent companies, shall consist of not less than fifty privates, exclusive of those on the roll, who now are, or shall hereafter be, exempted from performing militia duty in time of peace: *Provided, however,* that the present organization of regiments shall not be affected by the foregoing provisions.

§ 6. That when there is a sufficient number of men in any organized county in this state, to form three companies, but not sufficient for four entire companies, agreeably to the second section of this act, such county shall, by order of the brigadier general or commandant of brigade, be organized as a battalion, under the command of a major; and where the number of men in an organized county, shall be sufficient to form four entire companies, but not sufficient to form a regiment, such county shall, by order as aforesaid, be organized as a regiment, under the command of a lieutenant-colonel and major.

### INDEPENDENT CORPS.

**Each cavalry company to consist of not less than fifty, nor more than one hundred; two or more companies shall form a squadron, etc.** § 7. That within each brigade there may be one or more companies of cavalry, each to consist of not less than fifty, nor more than one hundred rank and file, including noncommissioned officers: two such companies shall form a squadron; two squadrons shall form a regiment; and when the number of such companies is sufficient, shall be formed, by order of the brigadier-general, into squadrons and regiments; and whenever there shall be two regiments in any division, they shall be organized, by order of the major-general of the division, into a brigade; and such squadrons, regiments, and brigades, shall be officered as hereinafter provided.

**One or more companies of artillery, riflemen, and light infantry, may be attached to each brigade; may be formed into battalions,** § 8. That to each brigade there may be one or more companies of artillery, one or more companies of riflemen, and one or more companies of light-infantry; each to consist of not less than fifty, nor more than one hundred rank and file, including noncommissioned officers: and whenever there are four companies of riflemen or light-infantry, or two companies of artillery, within the brigade, they shall, by order of the brigadier-general, be organized into a battalion; and whenever there shall be six companies, of either description of said corps, within a brigade, they shall be, in like manner, organized into a regiment, and be officered as herein provided: *Provided,* that in all cases where

there is not a sufficient number of light companies, of any one description, to *regiments, etc.;*
form a squadron or battalion, agreeably to the provisions of this act, such *proviso.*
company or companies shall be considered as belonging to such regiment as
the brigadier-general or commandant of brigade, shall direct or order: and
in all cases, the brigadier-general or commandant of brigade shall issue all
orders for elections in all companies of light troops, until they shall be organi-
zed into regiments, squadrons, or battalions; and the colonels or commandants
of regiments, squadrons, or battalions, of light troops, shall issue all orders for
the election of officers under their respective commands, which elections
shall, in all respects, be conducted in the same manner, and under the same
regulations, as is pointed out in this act for the election of officers of the same
rank, in the infantry: and he shall order and direct such companies to be
organized into squadrons or battalions, and such squadrons and battalions into
regiments, whenever he shall be satisfied that they are entitled to such organi-
zation, agreeably to the provisions of this act.

### OFFICERS OF THE LINE AND NON-COMMISSIONED OFFICERS.

§ 9.  That to each division there shall be one major-general; to each brig- *Officers enu-*
ade, one brigadier-general; to each regiment, one colonel, one lieutenant- *merated.*
colonel, and one major; to each squadron of cavalry, to each battalion of
artillery, riflemen, and light infantry, there shall be one lieutenant-colonel
and one major; to each company of infantry and light-infantry, there shall be
one captain, one lieutenant, one ensign, four sergeants, four corporals, one
drummer, and one fifer; to each company of cavalry, one captain, one first
lieutenant, one second lieutenant, one cornet, four sergeants, four corporals,
one saddler and farrier, and two trumpeters; to each company of artillery,
there shall be one captain, one first lieutenant, one second lieutenant, four
sergeants, four corporals, one drummer, and one fifer; to each company of
riflemen, there shall be one captain, one first lieutenant, one second lieuten-
ant, four sergeants, four corporals, and two buglemen.

### STAFF OFFICERS.

§ 10.  That there shall be attached to the commander-in-chief, and to the *Staff officers of*
several divisions, brigades, regiments, squadrons, and battalions, the following *the commander*
staff officers, to wit: the staff of the commander-in-chief, shall consist of one *in-chief; of di-*
adjutant-general, who shall discharge the duties of inspector-general, one *vision; of bri-*
quartermaster-general, one paymaster-general, and two aids-de-camp, who *gades; of regi-*
(except the quartermaster-general) shall be appointed by the commander-in- *ments; duty of*
chief: to each division, there shall be one division inspector, who shall dis- *drum and fife-*
charge the duties of assistant-adjutant-general, one assistant quartermaster- *ments or squad-*
general; and to each major-general, two aids-de-camp, to be appointed by the *rons of caval-*
major-general: to each brigade, there shall be one brigade-inspector, to serve *ry; of regi-*
as brigade-major, one brigade-quartermaster, and one aid-de-camp, to the *ments or bat-*
brigadier-general; which brigade staff, shall be appointed by the brigadier- *talions of rifle-*
general: to each regiment or battalion of infantry, or light-infantry, there *men; vacan-*
shall be one chaplain, one adjutant, one quartermaster, one paymaster, one *cies, how fill-*
surgeon, one surgeon's mate, one quartermaster-sergeant, one sergeant-major, *ed; proviso.*
one drum-major, and one fife-major; to be appointed by the commandant of
such regiment or battalion: and it shall be the duty of the drum-major and
fife-major, to examine and report to the commandants, upon all instruments of
music, which shall be purchased for the use of the regiment or battalion, and
no such instruments of music shall be paid for out of the funds of the regi-
ment, until approved by them: to each regiment or squadron of cavalry, there
shall be one chaplain, one adjutant, one quartermaster, one paymaster, one
surgeon, one surgeon's mate, one quartermaster-sergeant, one sergeant-major,
and one regimental or squadron trumpeter: to each regiment or battalion of
riflemen, there shall be one chaplain, one adjutant, one quartermaster, one
paymaster, one surgeon, one surgeon's mate, one quartermaster-sergeant, one
sergeant-major, and one regimental or battalion bugler; and all vacancies in
the staff or non-commissioned officers, shall be filled by the officer having the
power of appointing them agreeably to this act: *Provided*, that nothing herein
contained, shall be so construed, as to require in time of peace, the chaplain,
surgeon, surgeon's mate, or paymaster, of any regiment or squadron of cav-
alry, to appear in uniform; nor shall they be required to attend the officer
musters, unless particularly ordered by the commanding officer.

**Rank of staff officers.**

§ 11. That the staff officers herein enumerated, shall rank as follows: the quartermaster-general, as brigadier-general; the adjutant-general, the paymaster-general, and the aids-de-camp to the commander-in-chief, as colonels; the division-inspector, as lieutenant-colonel; the division-quartermaster and aid-de-camp to major-generals, as majors; the brigade inspectors, as majors; the brigade-quartermaster, the aid-de-camp to brigadier-generals, chaplains, and surgeons, as captains; adjutants, quartermasters, paymasters, surgeon's mates of regiments, squadrons, or battalions, as lieutenants; and all other regimental, squadron, or battalion staff, as non-commissioned officers.

**What staff officers to be commissioned, and to attend musters; proviso.**

§ 12. That all staff officers, of the rank of lieutenant and upwards, shall be commissioned as other officers, and (except chaplains) shall attend musters of the division, brigade, regiment, squadron, or battalion; and shall obey all other orders legally given, by the proper officer commanding the corps to which they belong: and the division-inspector and quartermaster, the brigade-inspector and quartermaster, and regimental, battalion, and squadron staff officers, ranking as commissioned officers, shall not be removed from their office in any other manner than is, or may be, provided in the case of officers of the line: *Provided*, that nothing herein contained, shall be so construed, as to continue in office any staff officer, ranking as a commissioned officer, after the death, resignation, removal of the officer appointing him, or after such staff officer shall have arrived at the age of forty-five years.

### ELECTION OF OFFICERS.

**Brigadier-general, how elected.**

§ 13. That when the office of brigadier-general shall become vacant, or a new brigade be set off, the commandant of division shall cause public notice to be given, at least twenty days previous to the day of holding the election, by advertisement, to be set up in at least three public places within the bounds of each regiment, squadron, or battalion, within such brigade, or published in some newspaper in general circulation therein, notifying the commissioned officers of the several regiments, squadrons, or battalions, to meet within the bounds of their respective regiments, squadrons, or battalions, for the purpose of electing a brigadier-general: at which time and place, it shall be the duty of the officer present, highest in rank, who is not a candidate, to preside at such election; who shall take to his assistance, two of the electors present, who are not candidates, as judges of the election, and also, one other elector to act as clerk of the election: and the said officer who presides at the election, as well as the judges and clerk, shall each take an oath or affirmation, faithfully and impartially, to receive, count, and make return of the votes legally given at such election; which oath, the officers acting herein, shall have power to administer to each other: after which, the judges shall, between the hours of ten o'clock A. M., and three o'clock P. M., of said day, receive the ballots from the legal electors of such regiment, squadron, or battalion; and the clerk shall enter the name of each elector in a book to be provided for that purpose; and at the close of the election, the judges and clerk shall count the ballots, and compare the same with the poll-books, and forthwith declare to the electors present, the state of the poll; and shall forthwith make out two certified statements of the votes legally given at said election; one of which shall be lodged with the adjutant of such regiment, squadron, or battalion, and the other statement shall be transmitted under seal to the officer ordering the election, who shall receive the same and canvass the votes: and if no notice of contest is left with him within ten days thereafter, he shall certify to the adjutant-general, the name of the person who has been elected; and the adjutant-general shall forthwith certify the same to the secretary of state, that commissions may issue accordingly: and the adjutant-general shall forthwith, after the commission issues, enclose them franked, to the commandant of brigade.

**Colonel, how elected.**

§ 14. That when the office of colonel shall become vacant, or a new regiment be set off, the commanding officer of the brigade, shall cause notice to be given to the commissioned officers of such regiment, at least ten days previous to the day of holding such election, of the time and place of holding the same; at which time and place, the electors present shall proceed in all respects, as is pointed out in the thirteenth section of this act.

**Lieutenant-colonel or major**

§ 15. That when the office of lieutenant-colonel or major becomes vacant, the colonel or commandant of the regiment, squadron or battalion, shall cause

ten days' notice to be given, of the time and place when the commissioned *for, how elect-* officers shall meet, to fill the same; and when so met, the election shall be *ed.* conducted in all respects, as is provided in the thirteenth section of this act.

§ 16. That whenever a vacancy happens in the office of captain, lieuten- *Company offi-* ant, or ensign, by the setting off a new company district or otherwise, the *cers, how elect-* colonel or commanding officer of the regiment, squadron or battalion in which *ed.* the vacancy may happen, shall cause public notice to be given, by advertise- ment set up in at least three of the most public places within the bounds of the company, at least ten days before the holding of the election, directing them to meet at a certain time and place, within the bounds of said company district, as near the centre of the district as may appear most convenient, stating the officer to be elected; and the electors when met, shall choose three judges and one clerk of the election, who shall be legal electors at such elec- tion, and who shall be duly sworn or affirmed, faithfully and impartially to receive, count, and make return of all votes legally given for captain, lieu- tenant or ensign, as the case may be, at said election : after which the judges shall, between the hours of nine o'clock, A. M., and four o'clock, P. M., of said day, receive the ballots from the legal electors of such company; and the clerk shall write the name of each elector, in a book to be provided for that purpose : and at the close of the election, the judges shall open the ballots, and, together with the clerk, shall count the same, and compare them with the poll-book, and forthwith declare to the electors present, the person or per- sons having the highest number of votes, to be duly elected : and if at such company election, or at any election held within any regiment, squadron or battalion, a vacancy shall have been created by promotion, the judges shall immediately proclaim it, and the electors present shall forthwith proceed to fill such vacancy without further notice ; and all company elections shall be certified by the judges to the officer ordering the election, who shall certify the same to the adjutant-general, agreeably to the thirteenth section of this act : *Provided,* that if in any case, two or more persons shall have the highest and an equal number of votes, then, and in that case, the judges and clerk of the election shall determine the same by lot ; except that if in the election of brigadier-general, two or more persons shall have an equal and the highest number of votes, the commandant of division shall take to his assistance, two commissioned officers, and shall, in their presence, determine the same by lot : and all non-commissioned officers and musicians of each company, shall be appointed by the captain or commandant of such company : and all non- commissioned officers shall be entitled to a warrant from the officer appoint- ing them, setting forth the office to which such non-commissioned officer has been appointed.

§ 17. That if the members of any company within this state, shall fail to *Companies* elect their company officers, after proper notice, or shall elect such as refuse *failing to elect,* to serve and perform the duties required of them by this act, and such com- *or officers elect* pany remain without any commissioned officer for the space of six months, it *refusing to* shall be the duty of the commandant of the regiment, squadron or battalion, *serve, shall be* to which such company may belong, to order the members of such company to *attached to* be attached to the adjoining company or companies, lying contiguous to the *contiguous companies.* said company, and within the same regiment, squadron, or battalion, and no- tify the members of such company so attached to an adjoining company or companies, to perform duty in the company to which they may be transferred ; which notice to the members of such company, shall be set up in the bounds of such company, in at least three public places : and the members so attached shall be liable to perform military duty in the company to which they are thus attached, from and after the date of the notice, in the same manner as if they had originally belonged to said company.

#### CONTESTED ELECTIONS.

§ 18. That if any candidate or elector chooses to contest the validity of *Elections, how* any election held under the provisions of this act, as to the right of any per- *contested;* son proclaimed duly elected an officer, he shall give notice thereof in writing, *witnesses, how* to the officer who holds the election return, within ten days from the time of *paid.* holding such election ; and within said time, and in like manner, he shall notify the person whose election he means to contest, expressing the point or points on which he means to rely ; and the officer holding the election return, shall

summon the parties to appear at a certain time and place, which shall not exceed twenty days after the day of election, before a court over which he shall preside, of three or more commissioned officers, whom he shall summon for that purpose; and the officer holding such return, shall issue any summons that may be applied for by either of the parties, to procure the attendance of witnesses; and the parties so applying shall serve the same, and endorse the time of service thereon, which shall be at least two days previous to the sitting of such court, and shall make a return thereof to the president of said court, at the time and place therein mentioned: and each witness thus summoned, shall be paid fifty cents for each day's attendance as such, out of the funds of the proper regiment, squadron or battalion, on the certificate of the presiding officer of the court: and every person giving evidence before such court, shall be examined on oath or affirmation, to be administered by the president of such court; which court, when met, shall hear and determine the same, and report their decision in writing, to the officer who holds such return; which decision shall be final and conclusive.

Officers elect, entitled to receive certificates; proviso; further proviso.

§ 19. That any officer declared elected may, after the expiration of ten days, be entitled to receive a certificate from the officer ordering such election; which certificate, and taking the necessary oath, shall entitle such officer to command, and to vote at elections, and to perform such other duties as may pertain to the office to which he is elected, until his commission can be procured: and in all cases, the officer giving such certificate, shall administer to such officer, the necessary oath of office, and endorse the same on the back of his certificate, with the day and date on which such oath was administered: *Provided*, that whenever it may be necessary to administer any oaths, to carry into effect any of the provisions of this act, any civil officer authorized to administer oaths, or any officer in the militia, duly elected and sworn, shall be authorized to administer such oath or affirmation: *And be it further provided*, that nothing in this act shall be so construed, as to admit any staff-officer to vote at any election for officers.

Brigade districts, how made or altered; regimental districts, how made or altered; company districts, how made or altered; proviso; further proviso.

§ 20. That whenever it becomes necessary, from an increase of population or other circumstances, to erect new, or alter old brigade districts, the generals and field officers of the division to which such brigade belongs, or a majority of them, in which the bounds are to be altered, shall meet by order of the commanding officer of the division, who shall attend such meeting, and make such alterations, or create such new districts, as may be thought necessary, and transmit a copy of such alterations forthwith to the division-inspector, who shall record the same, and also transmit a copy thereof to the adjutant-general: in like manner, the field-officers of the infantry of any brigade, or a majority of them, shall have power to alter an old, or create a new regimental district: and said field-officers shall meet for the purpose aforesaid, by order of the brigadier-general or commandant of brigade, who shall attend such meeting; and all alterations thus made, shall be recorded by the adjutants of the respective regiments thus altered: and in like manner the field-officers of the several regiments of infantry may alter an old, or create new company districts: said field-officers shall meet for that purpose, by order of the colonel or commandant of such regiment, who shall attend such meeting; and all alterations thus made, shall be recorded by the adjutant of said regiment, in a book to be by him kept for that purpose: *Provided*, that the alterations thus made shall not reduce the companies, squadrons, battalions, regiments or brigades, below the organized number specified by this act: *Provided, also*, that the field officers of any brigade, when convened for the purpose of altering old, or creating new regiments, shall determine in what manner the funds of any regiment, out of which a new regiment or part of regiment may be taken, shall be divided, and in what proportion each shall contribute to the payment of the debts of such regiment: *And provided, also*, that all orders heretofore granted, and recorded in the regimental book by the authority of any regiment, shall be redeemed: and in all cases where a division or alteration of any regiment has heretofore taken place, or may hereafter take place, and the debts owing by such regiments at the time of such division or alteration, remain unpaid, it shall be the duty of the brigadier-general or commandant of brigade, at the request of the commandant of such regiment, or any other person, to order a board of officers, to consist of a majority of the field-officers of such regiment, to convene for the purpose of determining in what proportion the

regiments concerned shall contribute to the payment of such debts ; the decision of which board shall be final and conclusive.

§ 21. That when any entire division, brigade, regiment or company, have been, or may hereafter be set off, the officers in such division, brigade, regiment, or company, shall retain their respective commands: and if the number of such division, brigade, regiment or company shall be changed, so that the commission or commissions of the officers therein do not properly designate their commands, it shall be, and is hereby, made the duty of the commander-in-chief to make an endorsement on the commissions of major-generals ; and the major-general shall, in like manner, make an endorsement on the commissions of brigadier-generals ; and the brigadier-general shall, in like manner, make an endorsement on the commissions of the colonels, and lieutenant-colonels commanding squadrons or battalions of light troops, and brigade staff-officers in the brigade ; and the colonels or commandants of regiments, squadrons or battalions shall, in like manner, endorse the commissions of all officers in their respective regiments, squadrons or battalions ; which endorsement, so as aforesaid, shall vest the officer or officers holding such commissions, with the same authority as the commission would have done if the same had been expressed on the face of such commission.

*Officers to re-tain their command in new divisions, etc.*

### MUSTERS.

§ 22. That there shall be a muster of each company in the militia of this state, on the first Friday in September, in each and every year ; and that each and every independent company may have two or more additional musters in each and every year, at such time as the commandant of said company may direct : and there shall also be, once in each and every year, a regimental, squadron or battalion muster, of each regiment, squadron or battalion of light troops within this state ; which muster shall be held at such times as the commandant of brigade may order, for the purpose of having said regiment, squadron or battalion, inspected : *Provided,* that no private shall be compelled to attend any company muster beyond the limits of the county in which he resides, in time of peace.

*Company musters, when holden ; independent companies may hold two additional musters.*

§ 23. That the first regiment of infantry in each brigade, shall muster on the second Monday of September in each and every year ; the second regiment of said brigade shall muster on the succeeding Wednesday ; and if there should be more than two regiments of infantry in any brigade, such regiment or regiments shall muster according to their number, in succession, as aforesaid, having one day only between each muster, Sundays excepted : *Provided,* that the commandant of brigade shall have power, when in his opinion it may be necessary, so to arrange said musters, that it will be most convenient for the brigade inspector to visit them in rotation, on such day as said brigadier general may direct ; and shall notify the commandants of regiments of any change he may make at the officer muster : and the commandants of regiments shall, at the same time, give notice of any change so made, to the commandants of companies ; and the companies, regiments, squadrons and battalions, when met, shall continue to perform military evolutions and exercises, agreeably to the military discipline of the armies of the United States, and such other evolutions as the commandant thereof may direct, from ten oclock, A. M. of the day of meeting, until four o'clock, P. M. of said day : *and provided also,* that when in the field, each division, brigade, regiment or company, shall take rank agreeably to the date of the commission of the officers commanding the same : and in forming regiments, squadrons or battalions, the companies shall be formed, as far as practicable, agreeably to the rules and regulations for the field exercises and manœuvres of infantry, compiled and adapted to the organization of the army of the United States, agreeably to a resolution of congress, dated December, one thousand eight hundred and twenty-four : *Provided,* that where a company of infantry is so situated that the centre thereof is more than fifteen miles from the place of holding regimental or battalion musters, such company shall not be required to attend the regimental or battalion muster, but shall meet at their usual place for holding company musters, and perform duty under the command of the officers of such company ; and the members of such company shall be subject to the same fines for non-attendance, or any other delinquency, as if such company had performed duty with the proper regiment or battalion ; and the commanding officer of such

*Regimental musters of infantry, when holden ; proviso ; hours of parade ; further proviso as to rank ; proviso.*

company shall, forthwith, after such muster, make a complete return of the
strength of said company, to the commandant of the regiment or battalion.

**Commandants of brigade to appoint officer musters; hour of meeting; proviso.**
§ 24. That the brigadier-general or commandant of brigade, shall call an
officer muster, to consist of the commissioned and staff officers of the brigade,
in each and every year, between the months of May and September, to con-
tinue two days, by giving thirty days previous notice of the time and place of
holding such muster, to the commandants of regiments, squadrons and battal-
ions; who shall give sufficient and timely notice thereof to the commis-
sioned and staff officers of their respective regiments, squadrons and battalions,
to meet at ten o'clock on the day appointed, and continue, under the command
of the commandant of brigade, until three o'clock, P. M. of the succeeding
day : *Provided*, that the commandant of brigade shall, when there is more
than one county in any brigade, divide such brigade for officer muster, so that
the same may be held in their respective counties.

**Commandant of companies, regiments, etc. shall appoint place of muster**
§ 25. That the commandants of companies shall each appoint the place of
holding his company muster; the commandants of regiments, squadrons or
battalions, shall each appoint a place of holding his regimental, squadron or
battalion musters; and the commandants of brigades shall each appoint the
time and place of holding the officer muster in his brigade.

**Light companies to uniform in six months; fine for not uniforming.**
§ 26. That all light and independent companies that are now organized,
or may hereafter be organized, shall equip and uniform themselves within six
months from the time of their organization : and each independent company
raised and organized under the provisions of this act, or such as have hereto-
fore been raised and organized, shall be uniformed in such manner as a ma-
jority of the members thereof shall think fit to agree upon; which uniform
shall be by each non-commissioned officer and private worn, while on duty ;
and every non-commissioned officer, musician or private, belonging to any
light or independent company, and appearing at any regimental, squadron, or
battalion muster, of his or their company, regiment, squadron or battalion, not
equipped and uniformed as aforesaid, shall be fined in any sum not less than
twenty-five cents, nor more than two dollars ; to be assessed and collected in
the same manner as other fines are, and in like manner paid into the hands of
the proper paymaster.

**Independent companies, how raised; proviso; further proviso.**
§ 27. That all independent companies shall be raised hereafter by volun-
tary enrolment, in such manner as shall be directed by the commandant of
brigade ; such companies to be composed of men between the ages of eighteen
and forty-five : *Provided*, that no minor shall be enroled by any officer of any
such light company, without the consent of the parent, guardian, or master of
such minor : every person who has received, or may hereafter receive, from
the brigadier-general or commandant of brigade, orders to enlist, by voluntary
enrolment, an independent company of any description, may enrol the mem-
bers of the same from any company within the bounds of said brigade : *Pro-
vided*, that it shall not be lawful for a member of any infantry company to en-
list into an independent company, so as to reduce such infantry company below
the number of fifty, exclusive of those of the roll who are exempted from per-
forming military duty in time of peace, including non-commissioned officers,
without permission from the commandant of the company ; nor shall a mem-
ber of any-independent company, without permission from the captain, enlist
into any other independent company, so as to reduce the company to which he
belonged below the number of fifty rank and file, including non-commissioned
officers: *and provided, also*, that whenever it shall happen that *so* many of
the members of any infantry company shall have enlisted, with the permission
of the commandant, into any light or independent company or companies, so
as to reduce such infantry company below the number of twenty-five rank and
file, it shall be the duty of the colonel or commandant of the regiment to
which such company belongs, to attach the residue of such company to the
adjoining infantry company or companies, as he shall think proper, by causing
written notice thereof to be set up in three of the most public places within
the bounds of such reduced company, and notifying the commanding officer of
the company or companies, to which he proposes to attach such reduced com-
pany : and each and every member of said company, so reduced and thus noti-
fied, shall, in ten days thereafter, be liable to do duty as privates, in the com-
pany or companies to which they are attached.

**Field officers,**
§ 28. That in each regiment, squadron, or battalion, the field officers shall

**APPENDIX.**

each arm himself with a good and sufficient sword and pair of pistols, and *how armed;* furnish himself with a good, active, well made horse, mare or gelding, with *cavalry offi-* saddle, bridle, martingal, and holsters: and in each company of cavalry, or *cers, how arm-* troop of horse, the commissioned officers shall each be armed with a good and *ed; members* sufficient sword and pair of pistols, and shall each furnish himself with a good, *of cavalry com-* active, well made horse, mare or gelding, not less than fifteen hands high, *pany, how* with saddle, bridle, martingal, holsters, and valise; and each non-commis- *equipped; offi-* sioned officer, musician, and private, shall in like manner, furnish himself *cers of the in-* with a good, active, well made horse, mare or gelding, not less than fifteen *fantry, etc.* hands high, with a good and sufficient saddle, bridle, martingal, valise, and *how armed;* holsters, and in like manner shall be armed with a good and sufficient sword, *privates of light* a pair of pistols, and a cartridge box, to contain twelve cartridges suitable to *infantry com-* the bore of his pistols; and all persons belonging to a company of cavalry, *panies, how* or troop of horse, as aforesaid, shall wear as a part of their uniform and equip- *armed and* age, a pair of short boots and plated spurs: and in each company of infantry, *equipped.* artillery, riflemen, or light-infantry, the commissioned officers shall arm them- selves with a good and sufficient sword; and in the artillery, each private or matross shall be armed with a good and sufficient: musket, bayonet, and belt or fusee, with a cartridge box, to contain twenty-four cartridges, suitable to the bore of his gun: in all rifle companies, the non-commissioned officers and privates shall arm themselves with good and sufficient rifles, powder-horns, and bullet pouches: in all light infantry companies, the non-commissioned officers and privates shall be armed with muskets, bayonets, and belts, with a cartridge box sufficient to contain twenty-four cartridges, suitable to the bore of his gun; and all infantry companies, each non-commissioned officer and private, shall arm himself with a good and sufficient musket, rifle, or fusee.

§ 29. That all delinquencies accruing in any volunteer or independent *Delinquencies* company for nonattendance, want of uniform, or for any other cause, at all *of independent* musters of such company, shall be returned by the captain or commanding offi- *companies, to* cer of such company, to the next court of inquiry, for the assessment of fines; *be returned to* and such court shall examine and adjudge of such delinquents as in other cases: *next court of* *Provided,* the captain and subaltern officers of any volunteer or independent *inquiry; provi-* company shall have authority, at their option, to strike from the roll of their *so; further pro-* company, any non-commissioned officer or private, who shall not have equip- *viso; exempt-* ped and uniformed himself within six months from the organization of said *ing certain per-* company, who shall have behaved improperly or disorderly, while on duty; *sons in time of* and the commandant shall notify the captain of the infantry company, within *peace.* whose bounds such person or persons may reside, in order that they may be enroled and liable to do duty in such company of infantry: *and provided also,* that every militia man who has been a member of a light company, from the first of January, eighteen hundred and twenty-six, who now is, or hereafter shall become, a member of a light company, and shall have served as such, completely armed, equipped, and uniformed agreeably to law, and the rules of such company, for the period of seven years, shall be exempt from military duty in time of peace, any thing in this act to the contrary notwithstanding; and each person having so served, shall be entitled to a certificate from the commandant or commandants, of his own proper company, or companies; which certificate or certificates shall entitle him or them to exemption from military duty in time of peace.

§ 30. That from and after the taking effect of this act, all commissioned, *Arms, etc. held* non-commissioned officers and privates, in the militia of this state, shall hold *free from exe-* their arms and accountrements, while liable to do military duty under the *cution; persons* provisions of this act, free from any execution or sale for debt, damages, and *free from arrest* taxes: and each and every person liable to do military duty, shall be free from *while attending* arrest while attending such duty, and on his way going to, and returning *military duty.* from, any muster, in all civil actions whatsoever.

§ 31. That every commissioned, non-commissioned officer, musician, and *Hour of pa-* private, shall appear at their respective muster grounds on the day appointed, *rade; roll to be* at ten o'clock in the forenoon: and at every muster, each commandant of a *called at half* company shall direct a sergeant of his company to call the roll at one-half *past ten o'-* past ten o'clock in the forenoon, and shall note down every person belonging *clock; absen-* thereto, who fails to attend: and he shall examine all those who do attend, *tees noted; list* and note down all who are not uniformed, armed, and equipped, as is required *to be made out* by this act: and he shall cause a list of such delinquents to be made out, set- *and set up at*

places of hold-ing muster.
ting forth in such list whether the delinquency is for nonattendance, want of arms, or for want of the proper uniform and equipment; and shall forthwith, after the regimental, squadron, or battalion muster, cause such delinquent list to be set up at the place of holding company muster, within such company, and make return thereof to the next court of inquiry for the assessment of fines, to be holden for such regiment, squadron, or battalion; which list, so returned, shall be certified by a commissioned officer, or sworn to by a non-commissioned officer or private of such company.

Brigadier-general, &c. to constitute a court to assess fines on field officers, etc.; proviso.
§ 32. That the brigadier-general or commandant of brigade, with two or more such officers as he shall select, shall constitute a brigade court of inquiry, for the assessment of fines on delinquent field officers, and brigade staff officers; which court shall convene at such time and place as he shall direct, whenever the same may be necessary: and the brigade inspector shall attend and keep a record of the proceedings of said court, and shall make out two separate lists of the persons fined in each regiment, squadron, or battalion, with the amount of fines assessed on each person; which list shall be signed by the presiding officer of said court, and attested by the brigade inspector; one of which lists the brigade inspector shall retain, and forthwith transmit the other to the adjutant of the regiment, squadron, or battalion, to which any such delinquent officer may belong: and it shall be the duty of the adjutant, within ten days after receiving such list, to transmit a certified copy thereof, to the paymaster of his regiment, squadron, or battalion, and charge the paymaster with the amount of fines contained therein: and the paymaster shall, within ten days after receiving such certified copy, deliver a written notice to each delinquent contained thereon, or leave the same at his residence, or usual place of abode, notifying such delinquent to call at a place to be named in said notice, within twenty days, and pay his fine; and if such delinquents do not attend and pay their fines agreeably to such notice, it shall be the duty of the paymaster, to lodge such list with a justice of the peace within the bounds of the township, who shall collect the same in the manner pointed out in the thirty-ninth section of this act: and all fines assessed and collected by virtue of the provisions of this section, shall be applied as other fines are directed to be applied by the provisions of this act: *Provided*, that for the purpose of collecting fines assessed on delinquent brigade staff officers, they shall be considered as belonging to the township within the bounds of which they respectively reside.

Fines of delinquents.
§ 33. That the following fines shall be incurred for delinquency, to wit: the major-general of a division, for neglect of any duty enjoined on him by law, not less than twenty, nor more than two hundred dollars; the brigadier-general of a brigade, or any staff officer who ranks as brigadier-general, for neglect of any order of his superior officer, or any of the duties enjoined on him by law, not less than fifteen, nor more than one hundred and fifty dollars; by the colonel of a regiment, or commandant of a squadron or battalion, for neglect of any order of his superior officer, or any of the duties enjoined on him by law, not less than ten, nor more than one hundred dollars: by a lieutenant-colonel or major, who is not commandant of a regiment, squadron, or battalion, or any staff officer ranking as lieutenant-colonel or major, for neglect of any order of his superior officer, or any of the duties enjoined on him by law, not less than eight, nor more than eighty dollars; by the captain of a company or troop of horse, and any staff officer ranking as captain, for neglect of any order of his superior officer, or of any of the duties enjoined on him by law, not less than five, nor more than fifty dollars; by a lieutenant or ensign, or any staff officer ranking as lieutenant, for neglect of any order of his superior officer, or any of the duties enjoined on him by law, not less than four, nor more than forty dollars; by every regimental, squadron, or battalion non-commissioned staff officer, for neglect of any order of his superior officer, or any of the duties enjoined on him by law, not less than three dollars, nor more than twenty dollars: by every non-commissioned company officer, musician, or private, of light troops, for refusing to attend a muster of his company, one dollar and fifty cents; for refusing to attend a regimental, squadron, or battalion muster, two dollars: by a non-commissioned company officer, musician, or private of infantry, for refusing to attend a muster of his company, seventy-five cents, for refusing to attend a regimental or battalion muster, one dollar; for attending any muster without the proper arms and

accoutrements, twenty-five cents: for shooting or discharging a gun or pistol within any town on days of muster, without order of a superior officer, the person so offending, shall be fined for such offence, fifty cents.

§ 34. That for fines assessed against minors, under the provisions of this act, the father shall be bound for his son, and the guardian for his ward, to the amount of funds of the ward in the hands of the guardian; masters for apprentices: and all property held in common by any association or associations of people, whose tenets or rules require a community of property, shall be liable and bound for any and all fines assessed by the provisions of this act, against any member or members of such associations, for the non-performance of military duty. *Fathers and guardians liable for fines of sons and wards.*

§ 35. That if any private in the militia of this state shall make it appear to the satisfaction of the commissioned officers of the company to which he belongs, that he is unable to furnish or equip himself, as by this act required, the said officers shall not return such private delinquent, for want of such equipage or arms, until in the opinion of the officers of the company to which he belongs, he is able to furnish and equip himself agreeably to this act. *Privates unable to equip, excused.*

§ 36. That the major, together with the commandants of companies in each regiment, shall meet at eleven o'clock, A. M., on that day week next after their respective regimental muster, at or near the place where such muster was holden, notice of which meeting shall be given by the commandants of regiments, at their regimental musters; at which meeting the major, or in his absence the officer next highest in command, shall proceed to organize a court of inquiry for the assessment of fines, at which the officer highest in rank, present, shall preside: at which time and place, the adjutant of the regiment, squadron, or battalion, shall attend, and keep a record of the proceedings of said court; and shall make out a list of the names of the persons fined at such court, in each company, with the amount of the fine assessed on each, annexed to his name; which list shall be signed by the officer presiding at such court, and attested by the adjutant, and preserved by him, and laid before the next court of appeals for said regiment or battalion, as hereinafter provided: *Provided*, the members of such court of inquiry shall not charge the regiment, squadron, or battalion, more than one dollar per day each, for their services. *Major and commandants of companies to constitute a court of inquiry and assessment of fines.*

§ 37. That the field officers of each regiment, squadron, or battalion, with the senior captain, or any two of them, shall constitute a court of appeals, to which any person feeling aggrieved by the decision of the court of inquiry, may appeal: and the officers composing such court of appeals, shall meet, at eleven o'clock in the forenoon, on that day two weeks next succeeding the court of inquiry, at the place where such court of inquiry was holden; and when met, such commandant, or in his absence, the officer next highest in command, shall preside; to which court any person feeling himself aggrieved may appeal: and the adjutant of such regiment, squadron, or battalion, shall attend and keep a record of their proceedings; and shall make out two separate lists of the names of the persons in each company, whose fines may not be remitted by said court of appeals, with the amount of fines assessed on each person; which list shall be signed by the presiding officer of said court, which the adjutant shall attest: one of which lists the adjutant shall retain, and record the same with the proceedings of such court; the other list he shall transmit to the paymaster of such regiment, squadron, or battalion, within ten days after the sitting of such court of appeals, and shall charge the paymaster with the amount of fines contained therein: *Provided*, the members of such court of appeals shall not charge the regiment, squadron, or battalion, more than one dollar per day each, for their services. *Court of appeals, by whom constituted, and when holden.*

§ 38. That the paymaster of each regiment, squadron, or battalion, upon receiving the list of fines from the adjutant, shall make out three copies of such list of each company as aforesaid, and set up the same in three public places within the bounds of the company, notifying the delinquents to call at a place to be named in said notice, within thirty days after the time of setting up said notice, and pay their respective fines. *Duty of paymaster upon receiving list of fines from the adjutant.*

§ 39. That if delinquents do not attend and pay their several fines, agreeably to such notice, it shall be the duty of the paymaster, after the expiration of thirty days as aforesaid, to lodge the list, certified by the court of appeals, with a justice of the peace within the bounds of the township where such delinquents may reside: and when the company bounds exceed the limits of *Paymaster to lodge list of fines with a justice of the peace*

peace; duty of any one township, the paymaster shall give a certified copy of the list, certi-
justice. fied by the court of appeals, to each justice within whose township the delin-
quent may reside, and also a list of the names thereon, whose fines remain
unpaid, except such as are insolvent; and such justice of the peace shall
forthwith issue his summons, making such paymaster plaintiff, for each and
every delinquent, for the amount of such fine which remains unpaid, as in
other actions of debt, and shall render judgment for the amount against each
delinquent whose fine remains unpaid, which is contained in said certified list
from the court of appeals, with costs of suit, and issue execution thereon as
in other cases, unless such delinquent can satisfy the justice that he was not
liable to be fined, or that the fine against him ought to have been remitted by
the court of appeals; and if the justice shall be satisfied, that the delinquent
was not prevented by absence or sickness from attending and making his ex-
cuse before the court of inquiry or appeals, he shall render judgment against
the defendant for costs: and each and every justice who shall refuse to receive
such list of delinquents, or shall neglect to issue his summons and proceed as
herein provided, shall be held responsible for the amount not collected; and
any constable who shall neglect or refuse to serve any summons or execution
for the collection of any fine as assessed, shall be liable as in other cases of
neglect: and in every case where no property can be found, whereon to levy
and make the fine and costs, the paymaster shall pay the costs accruing in
such case, out of the fines collected.

Fees of justices § 40. That the justices of the peace and constables shall receive the same
and constables. fees for their services herein required, as are allowed by law in other cases.

Compensation § 41. That the paymaster and musicians shall receive for their several ser-
of paymaster vices under the provisions of this act, such compensation as the court of appeals
and musicians. may think proper to allow.

§ 42. That all fines heretofore assessed and remaining unpaid, shall be
collected under the provisions of the law by the authority of which they were
assessed: and every constable who shall refuse to receive a list of fines, and
collect and pay over the same, as provided in the act, entitled 'an act for the
organizing and disciplining the militia,' passed February eighth, eighteen
hundred and twenty-six, shall forfeit and pay the sum of ten dollars; to be
recovered before any justice of the peace of the proper county, by suit in the
name of the paymaster of the regiment, upon complaint of any officer, non-
commissioned officer or private of the proper regiment, squadron or battalion,
by action of debt: and when collected, shall be paid to the paymaster of the
regiment, squadron, or battalion, in which such list of fines, so refused by such
constable was assessed: *Provided*, that if the suit be instituted on complaint
made by any person other than the paymaster, and the defendant be acquitted,
the paymaster shall not be liable for the cost of such suit; but judgment for
the same may be rendered against the person making such complaint.

Fines how dis- § 43. That in all cases, the fines of commissioned and noncommissioned
posed of. officers, musicians and privates belonging to any regiment, squadron or bat-
talion, after defraying the expenses of collection, and all other expenses herein
provided for, the surplus in the hands of the paymaster shall be appropriated
for the use and benefit of the respective companies from which they were col-
lected, in proportion to the amount collected from each, and shall be expended
as the commissioned officers, or a majority of them, of such company, shall
direct: and the paymaster shall keep an account with each company of his
regiment, squadron, or battalion, and pay over the surplus, after the ex-
penses of collection, and other expenses as aforesaid, upon the order of the
captain or commandant of such company, and shall take a receipt for the
amount paid, and file the same with the adjutant, who shall give him credit
therefor.

Resignations, § 44. That for good cause shown, the commander-in-chief may accept the
to whom made, resignation of major-generals; major-generals may accept the resignation of
and by whom brigadier-generals within their respective divisions; brigadier-generals may
accepted. accept the resignation of colonels or commandants of regiments, squadrons or
battalions within their respective brigades: and colonels, or commandants of
regiments, squadrons or battalions, may accept the resignation of any officer
under their command: and in all cases where a resignation is accepted, the cause
of such resignation shall be endorsed, by the officer accepting the same, on the
back of the commission resigned; but the command of the officer tendering his
resignation shall not cease, until the officer accepting such resignation shall

**APPENDIX.**

have caused his acceptance, and the date thereof, to be noted by the adjutant
of his regiment, squadron or battalion : and the commander-in-chief, commandants of division, and commandants of brigades, may, in like manner, accept
the resignation of any of their staff-officers.

§ 45. That the adjutant of each regiment, squadron or battalion, shall
keep a fair and accurate rank-roll of the commissioned officers of the regiment, squadron or battalion to which such adjutant may belong; the resignation, removal, or death, of any officer of his rank-roll, shall be noted, and
notice of new commissions inserted : and the commanding officer of each regiment, squadron or battalion, when he makes his regimental, squadron or battalion return to the commandant of brigade, shall accompany the same with a
fair copy of the rank-roll taken from the records of the adjutant, and shall,
moreover, each and every year thereafter, when he forwards his regimental,
squadron or battalion return to the commandant of brigade, accompany the
same with a report of any change in his rank-roll since his last report, with
such remarks as he may think proper to make, with the names, rank and date,
of commissions since issued: the brigadier-general shall cause his brigade-
major to keep a fair record of the rank-roll so returned, and afterwards, each
and every year, enter thereon such alterations as may be reported to him by
the commandants of regiments, squadrons, or battalions ; and he shall accompany his next brigade return to the major-general, with a fair rank-roll of all
field officers of the brigade under his command, to be recorded by the division
inspector ; and it is moreover made the duty of the brigadier-general, in each
and every succeeding year, to accompany his annual return with a report of
any change that may have taken place as to field-officers in the brigade under
his command, since his last report: the major-general shall, with his next
division return, cause his division-inspector to make out and forward to the
adjutant-general a fair and complete rank-roll of the field-officers of his division, to be by the adjutant-general recorded in a book prepared for that purpose ; and the major-general shall afterwards, annually, accompany his division return with a report of all changes and alterations that may have taken
place in the rank-roll of the field-officers in the division under his command
since his last report ; which report shall be filed by the adjutant-general, and
the proper entries and remarks made in his rank-roll.

*Rank-roll to be
kept by adjutant; duty of
commandants
of regiments,
etc. to return
rank roll to
commandants
of brigade; brigadier-generals
to report rank-
roll of field officers in their
brigade to major-generals;
major-generals
to report rank-
roll of field officers in their division to adjutant-general.*

§ 46. That the commandant of each company, at each regimental, squadron or battalion muster, shall make to the commandant of the proper regiment, squadron, or battalion, complete returns of the full strength of his company : and the commandants of regiments, squadrons or battalions, shall cause
to be made out under their inspection complete returns of their respective
regiments, squadrons, or battalions, and a copy thereof forwarded to the brigadier-general, on or before the tenth day of October, annually : and the brigadier-generals shall, in like manner, cause complete returns of their respective
brigades to be made out under their inspection, and a certified copy thereof
forwarded to the major-general, on or before the first day of November, annually : and the major-generals shall cause complete returns of their divisions
to be forwarded to the adjutant-general, on or before the first Monday of December, annually : and the adjutant-general shall make proper abstracts from
such returns, and lay the same annually before the commander-in-chief of the
state, and forward a duplicate of the same to the president of the United
States : *Provided*, that the commander-in-chief, commandants of divisions, of
brigades, of regiments, squadrons and battalions, may call on the subordinate
officers under their respective commands for returns, at any time they may
think expedient, or when ordered so to do by their superior officers ; and all
officers, when so called upon, shall be bound to furnish the same, under the
penalties prescribed by this act for disobedience of orders, or neglect of duty ;
which returns shall be made agreeably to such forms as the commander-in-
chief may, from time to time, prescribe.

*Commandants
of companies
to make return
of strength of
companies to
commandants
of regiments;
commandants
of regiments to
brigadier-general; brigadier-
general to major-general;
major-general
to the adjutant-
general; adju-
tant-general to
the commander-in-chief;
proviso.*

§ 47. That if any officer shall fail to make accurate returns of his respective command, at the time required in the preceding section of this act, or
shall at any time make a false return of delinquents under his command, the
officer to whom such return is, or was to have been made, shall have power
to arrest such delinquent officer, and have him tried by a court-martial : *Provided, always*, that when an officer is cashiered by the sentence of a court-

*Making false
return, or failing to return,
how tried; proviso.*

martial, such officer shall be rendered incapable of holding any office, in the militia of this state, for a period not exceeding two years.

**Officers without sword, etc. deprived of command; liable to fines; duty of brigade-inspector to examine arms, call rolls, note delinquents, etc.; lay same before court of appeals; proviso.**

§ 48. That if any commissioned or staff-officer shall appear at any muster without a sword or hanger, uniform and badge of office, such officer shall not be permitted to take command on that day ; and at all regimental, squadron or battalion musters, and officers' musters, the commandants of regiments, squadrons and battalions, shall deprive every officer of his command, who shall not appear armed and equipped as is required by this act; and all officers who may have lost their command at any muster for the causes aforesaid, shall be proceeded against, and liable to the same amount of fines as though they had failed to attend such muster: and at all officer, regimental, squadron, or battalion musters, it shall be, and is hereby, made the duty of the brigade-inspector, and in his absence, the adjutant, to examine the arms of the officers, and call the roll of officers, whose duty it was to attend such muster, note delinquencies, and make return thereof to the commandant of the proper regiment, squadron or battalion : who shall lay the same before the next court of appeals, to be holden in said regiment, squadron or battalion ; which court shall hear and determine such delinquencies as in other cases, before a court of inquiry and assessment of fines : *Provided*, that no officer shall come within the provisions of this section, until six months from the time of his being elected and accepting the office.

**How armed at officer musters; fines for failure; proviso.**

§ 49. That at the officer musters, all excepting the general officers and their staff, cavalry officers and field officers, of regiments, squadrons, or battalions, shall be armed with a good and sufficient musket, rifle or fusee ; and every officer appearing at such muster with. at his proper arms, shall be fined in the sum of three dollars, to be collected as other fines : *Provided*, that cavalry officers shall be armed as is provided for in the twenty-eighth section of this act, and may parade on horseback, separate and apart from the officers above specified.

**What persons are exempt from military duty; proviso.**

§ 50. That the following persons shall be exempt from military duty to wit : the vice-president of the United States ; the officers, judicial and executive, of the government of the United States ; the members of both houses of congress, and their respective officers ; all custom-house officers ; all postmasters and persons employed in carrying the mail of the United States ; all ferrymen having charge of a ferry, and actually attending the same ; the judges of the supreme court and of the courts of common pleas ; the keeper of the penitentiary, his assistant and guards ; canal commissioners and engineers ; the presidents, professors, tutors and students of all colleges, universities and academies, and the teachers of common schools, during the time of their actual employment as such teachers ; also, ministers of the gospel, regularly licensed agreeably to the rules and regulations of their respective churches, during the exercise of their duties as such ; every commissioned officer in the militia, who heretofore has been, now is, and shall hereafter become, completely equipped and uniformed, and served as such, according to law, for five years ; every militiaman who has arrived at the age of thirty-five years, and being between the age of thirty-five and forty-five years shall be exempt from military duty in time of peace : *Provided*, that the name of every such person so exempted as aforesaid, shall remain on the muster-roll, and be returned by the commandants of companies, in the aggregate strength of the militia ; and shall previous to their being exempt from duty, make it appear to the satisfaction of the board of officers composing the court of appeals, of the regiment, squadron, or battalion, in which they may reside, that they are entitled to be exempt ; in which cases the president of the board, shall give every such officer or militiaman, a certificate, which shall be received as evidence of his being exempt from duty, as aforesaid.

**Persons wishing to be exempt from military duty on account of bodily infirmity, how to proceed; proviso retaining the**

§ 51. That if any person who wishes to be exempt from military duty on account of bodily infirmity or disability, he shall appear before the regimental squadron, or battalion court of inquiry to which he belongs, where he shall be examined on oath or affirmation, if required by the surgeon or surgeon's mate of the regiment, squadron, or battalion, in the presence of the court of inqury, relative to his indisposition or disability to perform military duty: and, if on such examination, it shall appear to the surgeon or surgeon's mate, and the court of inquiry, that such man or men are unable to perform military duty, the president of the court shall give to such man found disabled, a cer-

tificate of exemption, until his complaint shall be removed, which certificate name on mus-
shall be countersigned by the adjutant : *Provided*, that the name of every such ter-roll.
person shall remain on the muster-roll, and be returned by the commandants of
companies, in the aggregate strength of their respective companies; and such
person shall be bound thereafter to perform military duty, when in the opinion
of the commandant of the company his complaint or disability is removed ;
and the commandants of companies shall notify such person or persons that
he is enroled, and liable to do duty.

§ 52.  That the drum and fife majors of each regiment, squadron, or battal- Drum and fife
ion, shall attend all brigade officer musters within their respective brigades, majors to at-
and all regimental, squadron or battalion musters in their regiments, squad- tend musters.
rons, or battalions, in each and every year.

§ 53.  That if any non-commissioned officer, private, or by-stander, or at any Persons inter-
officer, regimental, squadron, battalion, or company muster, or at any meeting rupting mus-
of officers authorized or required by this act, shall insult or otherwise molest ters, how pun-
any officer or soldier when on duty, the commanding officer may order such ished.
person or persons to be put under guard for any time not exceeding six hours:
and such non-commissioned officer, musician, private, or by-stander, may,
moreover, be returned by such commanding officer to the next court of inquiry,
for the assessment of fines, and may be fined in any sum not less than one, nor
more than ten dollars ; which fine shall be collected and applied as other fines,
under the provisions of this act.

§ 54.  That no person shall be eligible to a command in the militia of this Eligibility to
state, who is not a citizen of the United States, and of this state, and has not offices, what;
resided within the proper county the time prescribe . by the twenty-seventh officers to take
section of the first article of the constitution of this state : and every officer an oath in ten
commissioned by virtue of this act, shall, within ten days after receiving a days after re-
commission, and previous to entering on the further execution of his office, ceiving com-
take an oath to support the constitution of the United States, and of this state, mission; pro-
and also an oath of office ; a certificate of which shall be indorsed on his com- ceeding on neg-
mission by the person administering the same : and if any person receiving lect.
any such commission shall fail to take the oath aforesaid, within the time here-
in provided, and give notice thereof within twenty days thereafter, to the pro-
per officer, whose duty it shall be to direct such vacancy to be filled, and for-
ward the date of his commission to the adjutant of the regiment, squadron,
or battalion, to which he may belong, he shall be considered as refusing to ac-
cept such office, and the same shall be filled as in other cases.

§ 55.  That the brigade inspectors, and adjutants of regiments, squadrons, Compensation
and battalions, shall be paid for their services required of them by this act, allowed to bri-
to wit: the brigade inspector shall receive for each regiment, squadron, or gade-inspect-
battalion, in the brigade to which he belongs, the sum of eight dollars, annu- ors and adju-
ally, to be paid on the certificate of the brigadier-general of the brigade to tants annually;
which such brigade inspector belongs, yearly, out of the state treasury ; the proviso.
adjutants of regiments, squadrons, or battalions, shall receive each, ten dollars
annually, to be paid on the certificate of the colonel or commanding officer of
the regiment, squadron, or battalion, to which such adjutant belongs, out of
the regimental, squadron, or battalion funds; *Provided*, that nothing herein
contained shall be so construed, as to prevent the regimental, squadron, or
battalion court of appeals, from allowing the adjutant such additional compen-
sation as they may think fit, to be paid out of the regimental, squadron, or
battalion funds : *Provided*, that where a brigade is composed of two or more
counties, then, and in that case, the brigade inspector shall receive for each
regiment, squadron, or battalion in said brigade, the sum of twelve dollars.

§ 56.  That the quartermaster-general shall receive an annual salary of one Salaries of
hundred dollars ; the adjutant-general shall receive an annual salary of two quartermas-
hundred dollars: both to be paid semi-annually out of the state treasury, on ters and adju-
the order of the auditor of state.                                            tant generals.

§ 57.  That the quartermaster-general of this state, shall enter into bond Quartermaster
with two or more securities, to be approved by the governor, in the sum of to give bond to
thirty thousand dollars : which bond shall be made payable to the governor, governor.
and his successors in office, for the use of the state, conditioned for the faith-
ful discharge of the duties of his office; which bond shall be filed in the adju-
tant-general's office ; and said penalty may be recovered at the suit of the
governor, for failure in the conditions thereof.

**APPENDIX.**

Duty of Quartermaster-general.

§ 58.   That the quartermaster-general shall take charge of the department throughout the state; and shall have power to issue orders to all quartermasters, requiring of them such returns and reports, and giving them such instructions, as he may deem proper and necessary, for the security of the public property.

His further duty.

§ 59.   That the quartermaster-general shall keep a record of all orders he may issue to, and of his correspondence with, any officer as aforesaid, and of all orders he may, from time to time, receive from the commander-in-chief, and he shall likewise obey all orders from him relating to the duties of his office; and the postage of all packages and letters sent to, and from him, as relating to the duties of his office, shall be paid for by the state.

His advances to be refunded by the state.

§ 60.   That the actual advances of the quartermaster-general, for the stationary of his office, including forms and blanks furnished division quartermasters and others, shall be paid out of the treasury of this state, on his exhibiting an account thereof, approved by the governor.

His duty in purchasing stores, etc.

§ 61.   That it shall be the duty of the quartermaster-general, when directed by the commander-in-chief to procure military stores, camp equipage, and other articles requisite for the troops, and to procure and provide means of transportation for the same.

To keep office at seat of government, and report annually

§ 62.   That the quartermaster-general shall keep his office at the seat of government; and it shall be his duty to make an annual report of the state of his office, to the commander-in-chief, who shall lay the same before the legislature annually.

Duty of adjutants in attending courts of inquiry; proviso; further proviso.

§ 63.   That the adjutants of regiments, squadrons, and battalions, shall attend all courts of inquiry and courts of appeals held in their respective regiments, squadrons, or battalions, take minutes of their proceedings, receive all returns from the commandants of regiments, squadrons, or battalions, and record the same in a book, by him provided for that purpose, and shall perform such other duties as he may, from time to time, be required to perform by the commandant of his regiment, squadron, or battalion: *Provided*, that when any adjutant shall be absent on command, the commanding officer shall appoint a suitable person to act as adjutant: *Provided also*, that in the case of sickness, or any other cause, the adjutant of the regiment, squadron, or battalion, shall not attend the court of inquiry or court of appeals, the officer presiding at such court shall appoint some person to do and perform the duties required of such adjutant; and the person thus appointed, shall receive such compensation as the court of appeals of regiment, squadron, or battalion, shall think proper to allow, to be paid out of the regimental, squadron, or battalion funds.

Duty of adjutant-general; of brigade-inspectors; proviso; duty of adjutants of regiments, etc.; paymaster's duty; to give bond; further duty of paymaster; proviso.

§ 64.   That the adjutant-general shall discharge the duties of inspector-general, and distribute all orders from the commander-in-chief to the several divisions, or other corps of the militia; attend all public reviews, when the commander-in-chief shall review the militia, or any part thereof; obey all orders to him relative to carrying into execution, and perfecting the system of military discipline established by law: each division inspector shall act as assistant adjutant-general, who shall distribute all orders from the commandants of divisions; attend all public reviews, when the commandant of division shall review the militia; keep a record of the rank rolls of the field officers of his division; and keep a correct detail of all detachments marched into service from his division; to make returns of his division under the inspection of the commandant thereof; and such other duties as may, from time to time, be required of him, by order of the commander-in-chief, or commandant of his division: the brigade inspectors shall attend all brigade courts of inquiry; all musters of officers within their respective brigades, exercise and examine them: to attend all regimental, squadron, or battalion musters, of militia composing their brigades inspect their arms, ammunition and accoutrements: to note delinquents, and return the same to the commanding officer of the brigade, regiment, squadron, or battalion, to which they belong; and obey such orders as they shall, from time to time, receive from the commander-in chief, or commandants of division or brigade to which they belong; and shall, in all respects, attend to delivering general orders; to keeping a rank roll of the commissioned officers of the brigades; and a correct detail of all detachments marched from their brigades into service; and to making all returns that may be required from their brigades; *Provided*, that in case of the absence or disability of the brigade inspector at any brigade court of inquiry, the officer

presiding at such court, shall appoint some person to perform the duties required of such brigade inspector and adjutants of regiments, squadrons, and battalions, shall in like manner, attend all musters of their respective regiments, squadrons, or battalions; deliver all general, regimental, squadron, or battalion orders; and obey such orders as they may, from time to time, receive from their superior officers: the paymaster of each regiment, squadron, or battalion, shall attend his regimental, squadron, or battalion court of inquiry; and shall lay before the board, an accurate account of the finances of the regiment, squadron or battalion, stating particularly, all moneys received and paid out, with his several proceedings relative to the duties of his office, which shall be compared with the books of the regiment; and said paymaster shall give bond with sufficient security, to the commandant of the regiment, squadron, or battalion, to which he belongs, in the sum of one thousand dollars, conditioned for the faithful discharge of his duty; which bond shall remain on file in the adjutant's office, and may be prosecuted for a failure of the conditions thereof, at the suit of the adjutant, before any court having competent jurisdiction thereof: the paymaster of each regiment, squadron, or battalion, shall make out annually, on or before the first Monday in December, a correct statement of the finances of the regiment, squadron, or battalion to which he belongs, the amount of fines collected, and the amount expended, by order of the regiment, squadron, or battalion court of inquiry, and assessment of fines; and shall transmit a duplicate thereof to the paymaster-general of the militia of this state, who shall report the same to the legislature annually, on or before the first day of January: *Provided*, that this section shall not be so construed, as to require the paymaster to make the report herein before required, to the paymaster-general, in time of peace.

§ 65.  That the books heretofore purchased, or which may hereafter be *Books to re-* purchased, by the governor, for the use of the militia of this state, shall be, *main the prop-* and remain, the property of this state; and on the death, resignation or re- *erty of the* moval from office, of any officer, the books so furnished shall be delivered to *state.* his successor in office: and any officer destroying such book or books, or failing or neglecting to deliver the same over to his successor in office, shall be fined in any sum not exceeding five dollars, nor less than three dollars; to be assessed, and collected, and paid over as other fines, agreeably to this act.

§ 66.  That the militia of this state, when called into actual service, shall serve six months, unless sooner discharged, from the time they arrive at the place where they may be ordered to rendezvous, within the brigade from which they are detached, which place shall be designated by the commandant of brigade; and shall, in all cases, be commanded by militia officers, regularly elected under the provisions of this act, except as provided by the laws of the United States: and if discharged by orders of the commander-in-chief, previous to the expiration of six months, they shall be entitled to receive pay for such time as they may be in service, allowing them a reasonable time to return to their places of residence: and shall be entitled to a discharge for a full tour of duty.

§ 67.  That when any detachment of militia of this state shall be ordered *Terms of duty* into actual service, to perform a tour of duty under the law of this state, the com- *regulated;* manding officer of brigade, on receiving the proper orders from any superior *proviso.* officer, shall issue his orders to the commanding officers of regiments composing his brigade, detailing to them the number of men required from their respective commands, ordering them to cause the captains or commanding officers of the companies, together with the subalterns or commissioned officers of their several companies composing their regiments, to furnish the number of men required: and on the receipt of such orders, the commanding officer of each and every company so ordered, shall forthwith assemble his company at their usual place of muster; and, at such meeting, he shall divide those who are not minors, subject to do military duty, by ballot, into as many classes as there are men required of him: and in case of the absence of any of the members of the company, of full age, the commanding officer shall draw for him or them, and forthwith notify such absentee or absentees, either himself or by a non-commissioned officer; and when such absentee or absentees cannot be found, a written notice shall be left at their last and most usual place of abode, signed by a commissioned or non-commissioned officer, by whom such notice may be proven, which warning shall be deemed sufficient: and each class so

Case 3:19-cv-01226-L-AHG Document 133-5 Filed 03/15/24 PageID.12490 Page 120 of 143

formed, shall furnish one able-bodied man, by draft or contract, as such class may agree, within five days thereafter, to the acceptance of the commanding officer of such company, who shall immediately enrol such man or men, and cause them to be marched agreeably to the order he may have received for that purpose : *Provided*, that in all cases, any person so drawn may serve by a substitute, to be approved of by the captain or commanding officer of the company in which he may be offered to serve : *Provided, also*, that minors shall not be drafted to perform a tour of militia duty, until all the other members of the company to which such minor belongs shall have served a tour of duty.

**Parents and guardians bound for sons and wards.** § 68. That when it may become necessary for minors to perform tours of duty, parents shall be bound for their sons, guardians for their wards, to the extent of the funds of such wards in the hands of the guardians, and masters for their apprentices.

**No militiaman called a second time until, etc.** § 69. That no militiaman who has served a tour of duty, either by himself or substitute ; no militiaman who has paid the whole penalty for neglecting or refusing to perform a tour of duty ; and no militiaman who has been fined for not performing a tour of duty, who has paid a part of such fine, and before he shall be called upon to be classed, according to the provisions of this act, shall pay the residue thereof ; shall be classed under the provisions of this act, until every militiaman remaining in the company, and who was a member thereof at the time such duty was performed, or fine assessed, shall perform a tour of duty, or until a number of substitutes shall be furnished under this act, equal to the number of militiamen remaining in such class, in manner aforesaid.

**Routine of duty for officers; rank how determined when commissions are of same grade and same date; staff officers to be called into service with their generals, colonels, etc.; non-commissioned officers with their captains; proviso.** § 70. That for the purpose of having the militia, when called into service, properly officered, the following order is hereby enjoined, that is to say : all major-generals shall serve on tours of duty, agreeably to the dates of their respective commissions, if the whole detachment amounts to a major-general's command ; and the brigadier-generals shall also serve, agreeably to the dates of their commissions, successively, if the whole detachment from the state amounts to a brigadier-general's command ; if more than one brigadier-general's command is called, the next senior brigadier-general shall be called to take command, subordinate, and so on in succession ; and all other officers throughout the state shall serve according to the date of their respective commissions, as follows, to wit : when any one or more divisions furnish a regiment, the senior colonel, within the bounds of which such regiment shall be formed, shall command the detachment ; when any one or more regiments or brigades furnish to the number of six companies, and less than a regiment, the senior-lieutenant colonel within the same, shall command ; and when the same shall furnish three, and not exceeding five companies, the senior major within the regiment, brigade or brigades, furnishing the detachment, shall command : when any regiment, brigade, or division, furnishes a company, the company officers shall be taken from within the bounds furnishing the same —the senior captain, lieutenant and ensign, not having performed a tour of duty, shall always be the first for duty, and shall be so called into service : where a controversy concerning rank shall arise, from the sameness of date in the commissions, it shall be determined by reference to former commissions, in the service of this state, and when no former commissions are held, the rank shall be determined in the following manner : the colonel or commanding officer of such regiment shall, in the presence of at least two disinterested officers, determine the same by lot, which shall ever after govern such officers as to their rank : in like manner shall the brigadier-general determine the rank of colonels in his brigade, when such commission shall be of the same date ; in like manner shall the major-generals determine, by lot, the rank of brigadier-generals within their several divisions, when two or more commissions are of the same date ; in like manner shall the adjutant-general determine, by lot, the rank of any major-general, when any two or more commissions are of the same date : and it shall be the duty of any commandant of regiment who has determined the rank of any officer, to certify the same to the brigadier-general, who shall cause the same to be noted on his rank-roll ; in like manner shall the brigadier-general certify to the rank of any field-officer under his command, so determined, to the major-general, to be by him noted on his rank-roll ; and in like manner shall the major-general certify to the adjutant-

general the rank of field officers, so established within the division under his command, to be noted by the adjutant-general: the division staff-officers shall perform tours of duty with their major-generals: brigade staff-officers shall perform tours of duty with their brigadier-generals; regimental staff-officers shall perform tours of duty with their colonels; the non-commissioned officers shall perform tours of duty with the officers of their companies as follows: the first sergeant, first corporal and musicians, shall march with the captain; the second and third sergeants, and second and third corporals, shall march with the lieutenant; the fourth sergeant and fourth corporal, shall march with the ensign: *Provided*, that when the adjutant shall be called to perform a tour of duty with his colonel, he shall, previous to his departure from the regiment to which he belongs, deliver over all papers and records in his possession belonging to the regiment, to the senior officer remaining in such regiment; who is hereby authorized and required, without delay, to appoint an adjutant, pro tempore.

§ 71. That if any detachment of militia shall be drafted, or shall volunteer their services, under a call of this state, when they arrive at the place of rendezvous, the commandant shall appoint three disinterested persons, who shall, on oath or affirmation, appraise the private arms, accoutrements, horses and equipage which may belong to such detachment; and said appraisers shall give each person a certificate of the property for him appraised, with the amount of the appraisement; and the said commandant shall transmit a certified copy of such appraisement to the office of quartermaster-general: if any such property be lost, the owner using due diligence to preserve the same, the amount of such appraisement shall be paid such person, his heirs or assigns, out of the state treasury. *Private arms and other property to be appraised.*

§ 72. That when a detachment of militia shall be required to go into actual service under a call of this state, the commandants of brigades or regiments from which a detachment may be required, shall, if to be procured on reasonable terms, employ for the use of each company of not less than fifty privates, so required to march from their respective commands, a wagon, team and driver, or six pack-horses, or in that proportion for any less number of men; and the commander aforesaid shall stipulate with the owner or owners for a certain sum per day to be paid him or them for services to be rendered by such wagon, team and driver or drivers, and pack-horses, during the time they may remain in service; and give to the owner or owners aforesaid, a certified copy of the agreement so entered into, therein specifying the property so received, and the sum or sums per day promised to be paid for such services: and the officer commanding the detachment, while in service, shall, at the time of discharging the same, give or transmit to the owner or owners of such wagon, or team, or pack-horses, a certificate of the services rendered by such wagon and team or pack-horses, stating the price of hire per day, and the sum total such persons may be entitled to receive for such services, directed to the auditor of state; who shall, on the receipt of such certificate, issue bills as in other cases, in favor of the person or persons entitled to the same: and the treasurer of state shall pay the amount of such bills, out of any money in the treasury not otherwise appropriated. *Each company when in actual service to be furnished with a wagon and team, or six pack-horses; the cost thereof, and how paid.*

§ 73. That the commandants of brigades or regiments, from which detachments are drawn, if not otherwise obtained, shall cause to be procured by impressment, for each full company, a wagon and team, or six pack-horses, ten axes, and ten camp-kettles or pots, of a convenient size, all of which shall be delivered to the commandant of the company, for the use of such company; and the commandant of such company shall receipt for such articles to the officer impressing the same, who shall cause all property by him impressed, to be appraised by three respectable persons, on oath or affirmation, before the same shall be sent away, and shall give the person from whom any article may have been impressed, a receipt therefor, together with a certificate of the appraised value, signed by the appraisers, and the amount thereof shall be allowed by the auditor, on the certificate of the appraisers and commandant of the detachment, and paid out of the treasury of state, as all other moneys due therefrom; and when the public shall have no further necessity for said property, the governor shall cause the same to be disposed of, and shall cause all moneys arising from the sale thereof, to be paid into the state treasury, and the state treasurer's receipt to be taken therefor; which receipt shall be *Teams, wagon and horses may be impressed, if the same cannot be hired; proceedings on impressment; impressed property to be sold when out of use.*

filed in the auditor's office : whenever public property shall be placed in the care of an officer, such officer shall be accountable for all losses sustained by his misconduct or neglect ; and the adjutant-general shall prosecute such offender, and recover damages for the use of the state, unless such damages are paid on demand ; and all moneys thus received, shall be paid into the state treasury as above directed.

**The commandant of detachments may appoint a purchasing commissary in certain cases, who shall take oath, etc.; his duty.** § 74.  That when detachments of militia are called into actual service, and cannot otherwise be provided with rations, forage, and camp equipage, the commandants thereof shall appoint a purchasing commissary, to purchase such articles, and furnish such quantities of provisions and forage, as may be directed by such commandant; and the commissary thus appointed, shall before he enters on the duties of his appointment, take and subscribe an oath or affirmation to perform the duties of his office, to the best advantage for the state, until they can be furnished by a regular contractor or purchasing commissary ; and shall give a receipt to all persons from whom he may procure such provisions, forage, or other articles as aforesaid, stating therein the quantity, quality, and price of the articles thus purchased, together with a designation of the detachment for whose use such purchase may have been made : and such purchasing commissary, on the close of the tour of duty of the detachment for which he may be appointed, or when his appointment shall or may cease, shall forthwith transmit to the auditor of state, a correct account of his purchases, and the number and amount of receipts given by him ; and the person receiving such voucher shall apply to the auditor of state, for an order on the treasurer of state, for the amount thereof, which shall be paid out of any money in the treasury not otherwise appropriated : and the commandants of detachments, as aforesaid, shall also appoint an issuing commissary, who shall likewise serve until he is superseded by the rules and regulations of the armies of the United States, in such cases made and provided ; and the aforesaid purchasing commissary, when superseded by a regular contractor or purchasing commissary, shall deliver over to such contractor or commissary, all supplies he may have on hand: and the said contractors and commissaries shall be bound to receive the same, and receipt therefor, to such special commissary, at the prices given for such articles, with the additional expense incurred thereon at the time of delivery ; which receipt shall be deposited with the auditor of state, and the amount thereof charged to such regular contractor or commissary.

**Proceeding on suits under this act.** § 75.  That if any suit or suits shall be brought or commenced against any person or persons, for any thing done in pursuance of this act, the defendant may plead the general issue, and give this act and the special matter in evidence.

**Arms, etc. belonging to a division, to be under the care of the quartermaster thereof.** § 76.  That all the public arms, ammunition, accoutrements, camp equipage, and military stores, belonging to any division of militia of this state, shall be under the superintendence of the assistant quartermaster-general of such division, who shall have power to employ suitable persons to clean and repair any arms or articles which may require it, and certify any reasonable and just account which may be rendered, for cleaning and repairing, and for transporting such arms and military stores to any place where they may be ordered by the commander-in-chief, or commandants of divisions ; which accounts, thus certified, shall be allowed by the auditor of state, and paid as other accounts against the state are paid ; and such assistant quartermaster-general shall receipt for all articles delivered to his charge, and account for the same at any time when called on so to do, by the commandant of division, or quartermaster-general of this state.

**Persons selling public arms, etc. how punished.** § 77.  That if any person shall sell or dispose of any of the public arms, or any other camp equipage, or other property belonging to the state ; every person so offending, shall forfeit and pay for every musket, sabre, or pistol or other article, double the value of the cost of such arms or other property, to be recovered by action of debt, before any justice of the peace, or other court having jurisdiction of the amount, in the name of the quartermaster of the proper regiment, squadron, or battalion, on complaint of any person who may prosecute for the same: and all fines and forfeitures collected by virtue of the provisions of this section, shall be paid by the justice to the proper quartermaster, and be by him transmitted to the paymaster-general of the militia of this state.

§ 78. That when a part of the militia of this state shall be called into actual service, and arms shall be wanted for their use, the commander-in-chief of division or brigade, may call from any volunteer company which does not volunteer their service, any or all the public arms in possession of such company, and place, or cause the same to be placed, in the hands of those who volunteer or are drafted for actual service. *Militia wanting arms, how supplied.*

§ 79. That the militia of this state, when in actual service, shall be subject to the same rules and regulations, as the armies of the United States, and shall receive the same pay, rations, and forage, as are allowed to the troops of the United States: *Provided*, that upon a transgression of either officer or private, against such rules and regulations, the cause shall be tried and determined by a court martial composed entirely of militia officers. *Militia, how governed, and how paid; proviso.*

§ 80. That the persons of all officers, noncommissioned officers and privates, who actually perform a tour of duty, shall be exempt from arrest, and their property from distress and sale under any civil process, from the time they are legally notified to march on a tour of duty, and during the time they may serve on the same, and until they shall have a reasonable time to return to their respective homes, and thirty days thereafter. *Persons on duty, free from arrest, and their property free from distress, etc.*

§ 81. That when any commissioned officer of militia in this state, shall hereafter accept of any military commission in the service of the United States, and shall serve therein as a commissioned officer, or any officer absenting himself for more than nine months, unless such officer shall be absent on duty, the commission of such officer, held under the authority of this state, shall be vacated ; and the proper officer whose duty it is to fill vacancies in such cases, shall proceed to fill the same as in other cases. *Commission of officers vacated in certain cases.*

§ 82. That on the complaint of a commissioned officer, made in writing to a superior officer, touching the conduct of any officer, such superior officer shall, if he think the complaint a sufficient one for an arrest, cause the officer against whom such complaint is made, to be arrested ; and when any officer is arrested as aforesaid, the officer whose duty it is to arrest, shall notify the officer arrested, in writing, that he is suspended from command until acquitted from such arrest, stating the grounds of arrest and place of trial. *Officers arrested on complaints, etc.*

§ 83. That in all cases where an officer is arrested, the officer who orders the arrest, shall issue any summons that may be applied for by either of the parties; and the parties so applying, or any person whom the officer granting such summons may appoint, may serve the same, and endorse the time and service thereon, which shall be at least three days previous to the sitting of the court martial, and shall make return thereof: and any person who neglects or refuses to attend a court martial after being duly summoned, shall be fined in any sum not exceeding fifty dollars ; which fines shall be collected and applied as other fines under the provisions of this act: and any court martial shall have power to issue compulsory process to compel the attendance of witnesses, who neglect or refuse to attend when legally summoned. *Proceeding upon arrest.*

§ 84. That the major-generals shall be tried by courts martial appointed by the commander-in-chief, where a major-general shall preside; brigadier-generals shall be tried by courts martial, appointed by a major-general, where a brigadier-general shall preside ; colonels, lieutenant-colonels, majors, and captains, or any staff officer ranking as colonel, lieutenant colonel, major, or captain, shall be tried be a court martial appointed by a brigadier-general, where a colonel shall preside ; and subalterns, or any staff officer ranking as such, shall be tried by a court martial appointed by a colonel, where a major shall preside: each court martial shall consist of not less than five, nor more than fourteen members, and to be of rank, as near as may be, to the rank of the officer to be tried: all courts martial shall have power to punish any officer for neglect of duty, by suspension, fining, cashiering, or disqualification to hold any office in the militia of this state ; and in all cases, the president of such court martial shall cause two certified copies of the sentence to be made out, which shall be signed by the president and attested by the judge advocate, one of which the president shall forward to the officer who ordered such court martial, and the other shall be delivered to the adjutant of the regiment, squadron, or battalion, to which the accused person belongs, which shall be recorded in the book of records of such regiment, squadron, or battalion, by the adjutant thereof: and in cases where fines may be assessed against any person by the sentence of a court martial, and the sentence has *Officers, how tried; power of courts martial; fines, how collected.*

APPENDIX.

been approved of by the officer ordering such court martial, he shall certify the same to the proper paymaster, who shall cause the same to be collected as is provided by this act.

**Oath of judge-advocate, and members of court; duty of judge-advocate and members of court; duty of judge-advocate.**

§ 85. That when any court martial has met agreeably to the provisions of this act, the president of such court shall administer to the judge advocate the following oath ; and after being sworn, the judge advocate shall administer to the president, and other members of the court, the same oath, viz : 'You, A. B., do swear (or affirm, as the case may be) that you will truly try and determine according to evidence, the matter now before you, between the United States or the state of Ohio, (as the case may be) and the person to be tried ; and that you will truly administer justice according to law, without partiality, favor, or affection, according to your conscience, and the best of your understanding, and the custom of war in like cases : and you do further swear or affirm, (as the case may be) that you will not divulge the sentence of the court, until it shall be published by the proper authority ; neither will you discover the vote or opinion of any particular member of the court, unless required to give evidence thereof, in a court of justice, in due course of law.' The judge advocate shall prosecute in the name of the United States, or the state of Ohio, (as the case may be) but shall so far consider himself as counsel for the person accused, as to object to any leading questions put to the prisoner or person accused, or any witness, the answer of which might tend to criminate himself ; he shall also see right and justice done to the defendant: on all questions which may arise in a court martial, the youngest in commission and lowest in rank, shall vote first, and so in succession, to the oldest and highest in rank ; and every person giving evidence before a court martial, shall be examined on oath or affirmation.

**Party tried entitled to copy of sentence.**

§ 86. That the party tried by a court martial shall be entitled to a copy of the sentence and proceedings of such court martial, after the decision, when demand is made therefor by him, or any person or persons in his behalf: that the commanding officer for the time being, shall have full power of pardoning or mitigating any penalty ordered to be inflicted on any noncommissioned officer or private, for a breach of the provisions of this act, by court martial ; and every officer convicted as aforesaid by any court martial, may be pardoned, or have the penalty mitigated, by the colonel or commanding officer of the regiment.

**Courts martial, how governed.**

§ 87. That the rules and articles of war established by the United States, shall be recognized by all courts martial held under the provisions of this act; and the commander-in-chief, major-generals, brigadier-generals, and colonels, shall have power to order courts martial, to be held at such time and place as they may think proper, when the same may be necessary to carry into effect any of the provisions of this act, not herein expressly provided for : and in all cases, the officer ordering the court martial, may confirm or disapprove the sentence thereof.

**Officer ordering court martial may confirm or disapprove sentence; compensation of members of court martial, witnesses, etc.**

§ 88. That there shall be allowed to the officers composing any division or brigade court martial, and to the judge advocate thereof, one dollar and fifty cents for each day they may be necessarily engaged in travelling to and from, and attending at, such court martial ; the provost-marshal, such compensation as is allowed to sheriffs for similar services in civil cases ; and to each witness, seventy-five cents for each day he may attend under a summons ; which compensation shall be paid on the order of the auditor of state, out of the state treasury, upon the certificate of the officer ordering such court martial, or his successor in office: and there shall be allowed to the officers and judge advocate composing any regimental court martial, one dollar for each day they may be necessarily engaged as aforesaid ; to the provost-marshal, such compensation as is allowed to sheriffs for similar services in civil cases ; and to each witness, the sum of fifty cents per day ; to be paid out of the regimental funds, upon the order of the commandant of the regiment.

**Commissary department may be organized when necessary.**

§ 89. That the commander-in-chief, whenever in his opinion it becomes necessary, may organize a commissary department, by appointing a commissary-general of purchase, with the rank of brigadier-general, and such other assistant commissaries as he may think necessary, or the good of the service may require, with such rank as is conferred on officers in the same station in the army of the United States ; and may also appoint such number of store-keepers and other officers, as the good of the service may require ; and may

order any and all such officers into actual service, when their services become necessary.

§ 90. That the commander-in-chief, when in his opinion it becomes neces- *Medical de-* sary, may complete the organization of the medical department, by appoint- *partment may* ing a surgeon-general, with the rank of colonel ; and for each division a hospi- *be organized,* tal surgeon, with the rank of lieutenant-colonel ; and for each brigade a hospi- *etc.* tal surgeon, with the rank of major; and may call any, or all of said officers, into actual service, when their services may be found necessary.

§ 91. That the uniform heretofore, or which may hereafter be prescribed, *Uniform.* by the governor, shall be worn by the militia officers of this state.

§ 92. That the act, entitled ' an act for organizing and disciplining the *App. O. L. c.* militia,' passed February the eighth, eighteen hundred and twenty-six, and *29, repealed.* all other acts and parts of acts coming within the purview of this act, be, and the same are hereby repealed : *Provided, always,* that all districts heretofore established, and all districts established by this act, shall remain as hereto- fore established, and as established by this act, until altered agreeably to the provisions of this act : and all commissions now held by the officers of the militia now in office, shall remain in full force; and all bonds, due-bills, or orders heretofore given, under the provisions of said act, or any previous act regulating the militia, shall be, and remain in full force ; and all suits now pending and undetermined, on any such bond, or for any breach or infraction of any law relating to the military establishment, and all offences committed under such law or laws, within this state, shall be prosecuted to final judg- ment and execution, in the same manner as if said acts had not been repealed. This act to take effect and be in force from and after the first day of May next.  [*Passed, February* 22, 1831.]

CHAP. XLV.—An act for the preservation and repair of the United States' road.*

§ 1.  *Be it enacted, &c.*  That whenever the consent of the congress of the  [IN FORCE:] United States  to this act shall be obtained, the governor of this state shall *but amended,* be, and he is hereby, authorized to take under his care, on behalf of this state, *O. L. c. 919.* so much of the road commonly called the national road, within the limits of *Governor au-* this state, as shall then be finished, and also such other sections or parts *thorized to take* thereof as may thereafter be progressively finished within the limits aforesaid, *charge of the* whenever the same shall be completed ; and he shall be, and he is hereby, *national road* authorized to cause gates and toll-houses to be erected on said road, at such *erect toll-gates,* finished parts thereof as he shall think proper, for the purpose of collecting *etc.; proviso.* tolls, as provided by the fourth section of this act : *Provided,* the number of gates aforesaid shall not exceed one on any space or distance of twenty miles.

§ 2.  That a superintendent shall be appointed by the governor, whose duty *Superintendent* shall be to exercise all reasonable vigilance and diligence in the care of the *to be appoint-* road committed to his charge, and to contract for and direct the application of *ed; his duties.* the labor, materials, and other things necessary for the preservation, repair, and improvement thereof : he shall pay for the same out of such funds as the · governor shall furnish him for that purpose, subject to such responsibility and accountability as the said governor shall dictate, and shall conform to such instructions as the governor shall prescribe for his conduct in all particulars, relative to his said trust : he may be empowered to suspend the functions of any toll-collector for alleged misconduct, till the pleasure of the governor shall be known, and to fill the vacancy thereby occasioned, during such inter- val ; and it shall be his duty to give information of the facts in such case to the governor, without any unnecessary delay : the said superintendent shall hold his office during the pleasure of the governor, who shall allow him a rea- sonable compensation for his services.

§ 3.  That the governor be, and he is hereby, authorized to appoint the *Toll-collectors* necessary collectors of tolls, and to remove any of them at his pleasure, and *to be appoint-* also to allow them respectively such stipulated compensation as he may deem *ed; their du-* reasonable : it shall be the duty of each and every toll-collector, to demand *ties, etc.* and receive, at the gate or station assigned to him by the governor, the tolls prescribed and directed by the fourth section of this act, and to pay monthly into the treasury, according to the directions they may receive from the trea- urer of state, all the moneys so collected by said collectors, that shall remain

* See O. L. c. 755, and App. O. L. 21.

# EXHIBIT 201

## 99

AN ACT

To amend the act entitled "An act to organize and discipline the Militia."

Sec. 1. *Be it enacted by the General Assembly of the State of Ohio,* That so much of the second section of the act, to which this is an amendment, as requires personal service of notice of enrollment, and of the time and place of muster, be and the same is hereby repealed; and that, hereafter, it shall be the duty of the commandants of companies, at least twenty days before the time of company muster, either by publication in some newspaper of general circulation in the county, or, by notice posted up at three public places within the bounds of such company, to give notice to all such persons subject to perform militia duty in such company, of the time and place of muster. *[margin note: Personal notice of enrolment dispensed with; —hereafter to be given by publication.]*

Sec. 2. That it shall be the duty of the commandant of each company, in this State, to make out a list of delinquents, particularly noting therein the fines he has assessed on each member of his company, and for what cause; which list, duly certified and signed by him, he shall, within one week after each regimental, squadron, or battalion muster, deliver to the commandant of his regiment, squadron, or battalion; and it shall be the duty of the commandant of said regiment, squadron, or battalion, to give notice that he will attend, at eleven o'clock, A. M., on that day week, next succeeding the regimental, squadron, or battalion muster, and at the place where the regimental, squadron, or battalion muster was held, to whom any person, returned as delinquent as aforesaid, may appeal; and the commandant of said regiment, squadron, or battalion, may strike from said delinquent list the name of any person he deems to have been improperly fined. *[margin note: List of delinquents to be made out]* *[margin note: Delinquent may appeal.]*

Sec. 3. That it shall be the duty of commandants of companies, upon making his list of delinquents, as provided for in the preceding section, to cause personal notice to be given, at least three days before the day appointed for that purpose, to each person named on said list, that he appear before the commandant of the proper regiment, squadron, or battalion, at the time and place for hearing appeals, as specified in the foregoing section, and show cause, if any he have, why a fine shall not be assessed against him for such delinquency; and upon its being made to appear that notice had been given, as aforesaid, and no cause being shown why such fine shall not be assessed, it shall be the duty of such commandant of such regiment, squadron, or battalion, as aforesaid, to assess the proper fine (whose decision shall be final,) against each delinquent notified as aforesaid, and, not showing cause, to issue his warrant, in the nature of an execution, against each of said delinquents, severally, for the collection of such fine; which warrant shall be put into the hands of any constable of the proper township *[margin note: Notice to be served on delinquents, &c.]* *[margin note: Commandant to assess fine, and issue warrant.]*

100

for collection, who, in the performance of his duties under this act, shall be governed by, and subject to the liabilities of, the laws pointing out and defining the duties of constables; and he shall be entitled to the same fees as are allowed by law for like services, upon executions from justices of the peace; and the moneys collected upon such warrants shall be paid over to the paymaster of the proper regiment, squadron, or battalion; the commandant, issuing such warrant as aforesaid, shall have power to issue new warrants in all cases in which it shall appear, by the constable's return, aforesaid, that the said fines, or any part thereof, remain unpaid. The commandants, and adjutants of regiments, squadrons, and battalions, and commandants of companies, shall be allowed and paid, out of the funds of the regiment, squadron, or battalion, the sum of one dollar per day, for every day they may be engaged in carrying into effect the provisions of this act.

**Fines collected from independent companies to be paid to treasurers.**

SEC. 4. That all fines, collected from members of independent companies, shall be paid over to the treasurers of such companies, to be appropriated in such manner as a majority of any such company shall direct.

**What property exempt from execution.**

SEC. 5. That each officer of a regiment or squadron of cavalry, and every member of a company or troop of horse within this State, in addition to the arms and accoutrements exempt from execution, shall, while liable to do military duty under the act to which this is an amendment, be entitled to hold a horse, saddle, martingal, bridle and valise, free from any execution or sale for debt, damages or taxes.

**Minors exempt from militia duty in time of peace; but to be enrolled and returned.**

SEC. 6. That all persons, under the age of twenty one years, be and they are hereby exempt from the performance of militia duty in time of peace; provided, however, that the commandant of every company shall keep all such persons enrolled, and return them in the aggregate strength of his company.

**All commissions heretofore issued to expire in seven years.**

SEC. 7. That all military commissions, heretofore issued, shall expire in seven years from the passage of this act; and all military commissions hereafter to be issued, except that of quartermaster general, shall expire in seven years from and after the day they shall respectively bear date.

FORM OF A WARRANT TO COLLECT FINES.

The State of Ohio,            County, ss.
To any Constable of the township of            greeting:

**Form of a warrant.**

Whereas, before me, A. B., commandant of the            regiment, brigade,            division, of the Ohio militia, a fine of            was assessed against C. D., on the            day of            A. D., for delinquency, in not performing military duty; you are, therefore, commanded that, of the goods and chattels of the said C. D., you cause to be made the fine aforesaid, and costs that may accrue; and of this writ make legal service and due return. Given under my hand and seal, this            day of

A. B., [SEAL.]

**101**

Sec. 8.   That so much of the act to which this is an amendment, as conflicts with the provisions of this act, be and the same is hereby repealed. *Repealing clause.*

Sec. 9.   That the quartermaster general shall hold his office for the term of three years; and the first election of quartermaster general, under the provisions of this section, shall take place at the present session of the general assembly, and his term of service shall commence on the first Monday in April, one thousand eight hundred and forty three. *Quartermaster General.*

<div align="center">

JOHN CHANEY,
*Speaker of the House of Representatives.*
JAMES J. FARAN,
*Speaker of the Senate.*

</div>

March 13, 1843.

---

<div align="center">

AN ACT

To encourage the organization of Fire Companies.

</div>

Sec. 1.   *Be it enacted by the General Assembly of the State of Ohio,* That any person who is now, or shall hereafter become, an acting member of any fire engine, hook and ladder, hose, or other company, for the extinguishment of fire, or the protection of property at fires, now existing, and under the control of the corporate authorities of any city or incorporated town within this state, or of any such company which shall, hereafter, be organized under, and subject to, the authorities of any city or town, as aforesaid, shall, during the time he may continue an acting member of such company, be exempted from the performance of any military duty, and from serving as a juror; and any person who shall have been an acting member of any such company, in any city or town, as aforesaid, and shall have faithfully discharged his duties as such, for the term of five years, shall be forever, thereafter, exempted from the performance of military duty in the time of peace, from serving as a juror, and from the performance of labor on the highways. *Members exempt from military duty.* *Additional exemption.*

Sec. 2.   That any person who has served in any company for the term of five years, as provided in the preceding section, shall be entitled to receive from the foreman of the company, of which he shall have been a member, a certificate to that effect; and, on the presentation of such certificate to the clerk or recorder of the proper city or town, it shall be the duty of such clerk or recorder, to file the same in his office, and to give his certificate, under the corporate seal, to the person entitled thereto, setting forth the name of the company of which such person shall have been a member, and the duration of such *Member to procure certificate from foreman.*

# EXHIBIT 202

53

## AN ACT

### To regulate the Militia.

Sec. 1. *Be it enacted by the General Assembly of the State of Ohio,* That the training of the rank and file of the militia shall hereafter be dispensed with, in time of peace, except as provided for in this act. <span style="float:right">*Training of militia, in time of peace, dispensed with.*</span>

Sec. 2. That every able bodied white male inhabitant, resident within this state, who is or shall be of the age of twenty one years, and under the age of forty five years, excepting persons who may be members of volunteer companies, persons absolutely exempted by law, idiots and lunatics, shall be enrolled in the militia. <span style="float:right">*Who liable to do military duty;—exemptions.*</span>

Sec. 3. That it shall be the duty of the township assessors, annually, to prepare a list of all persons liable to be enrolled, as aforesaid, in their respective townships, and every keeper of any tavern or boarding house, and every master of any dwelling house, shall, upon application of the assessor, within whose township such house may be situated, or of any person acting under them, give information of the names of all persons residing in such house and liable to enrollment, as aforesaid; and every such person, so liable, shall, upon like application, give his name and age, and if any such keeper, master, or person, liable as aforesaid, shall refuse to give such information or shall give false information, he or they shall be fined in any sum not less than five dollars for each offence, to be collected in an action of debt before any justice of the peace for the proper township, and it is hereby made the duty of the assessor, forthwith, after the occurrence of any such offence, to commence such action, in his official capacity, in the name of the state of Ohio, against any person or persons so offending, and prosecute the same to final judgment and collection, if possible; and all moneys so collected shall be by such [assessor] immediately paid over to the treasurer of the proper township; and it is hereby made the duty of such treasurer to appropriate the same for the use of common schools in the proper township, in like manner as other school funds are now, by law, appropriated; and it shall be the duty of the township trustees to require and accept such additional security as will, in the opinion of such trustees, be sufficient to insure the faithful performance of the duties enjoined upon said assessors by this act. <span style="float:right">*Township assessors, annually, to prepare a list of all persons liable to be enrolled.*</span> <span style="float:right">*Keepers of taverns, boarding houses, &c., to give information.*</span> <span style="float:right">*Penalty for refusing.*</span> <span style="float:right">*Fines—when collected, how disposed of.*</span>

Sec. 4. That the township assessor shall, annually, at the time of assessing taxable property, make out a roll or list of all names of persons, liable to be enrolled as aforesaid, and shall place it in the hands of the clerk of the proper township, who shall record the same in the book of record of such township, and it shall be the duty of such clerk to return, annually, in the month of May or June, an accurate copy of such record of enrollment to the commandant of the proper brigade, said commandant of brigade shall make return to the com- <span style="float:right">*Assessor to make roll list of those liable to enrollment, and place the same in the hands of the township clerk, who shall record, &c.*</span>

54

mandant of division, and the commandant of division to the adjutant general of the state, as now required by law.

Optional to train in volunteer company, or pay fifty cents.

Sec. 5.  That it shall be optional with every person, enrolled as aforesaid, either to become an active enrolled member of a volunteer company or pay, annually, as a commutation for military duty, the sum of fifty cents, as hereinafter provided, or perform two days extra labor on some public highway in the road district in which he may reside.

Assessor to demand commutation money when making the enrollment, and if not paid before the first day of August, may distrain property.

Sec. 6.  That it shall be the duty of the township assessor, in their respective townships, annually, at the time of making the enrollment aforesaid, to demand, either personally or by written requirement, from each person so enrolled, the aforesaid sum of fifty cents, and if the said sum shall not then or thereafter be paid, on or before the first day of August then next ensuing, said assessor shall forthwith proceed to collect the same by distraining the property of such person, in like manner as county treasurers are now, by law, authorized to sell property for the collection of delinquent taxes; provided that said sum of fifty cents shall not be collected from any person who shall exhibit to said assessor a certficate of membership as a uniform member, at the time being, of a volunteer company, signed by the commandant thereof, or from any person who shall exhibit a certificate as an active duty member of any regular organized fire, hose, or hook and ladder company, or from any person who shall exhibit a certificate from the supervisor of the road district in which he may reside, that he has performed two days' extra labor on some public highway in said district.

Who shall be exempt.

Money when collected to be paid over to the treasurer, and credited, &c.;

Sec. 7.  All moneys collected by township assessors, under the provisions of the preceding section of this act, shall be by them immediately paid over to the treasurer of the proper county who shall place the same to the credit of the brigade in which said moneys may have been collected, in whose hands it shall constitute a military fund for the use of said brigade, to be disbursed as hereinafter provided.

—And take duplicate receipts therefor; and deposit one with county auditor.

Sec. 8.  That the township assessors shall take duplicate receipts for all moneys by them paid over to the county treasurers under the provisions of this act, one of which they shall deposit with the auditor of the proper county; and said township assessors shall be paid the same rate of compensation as is allowed by law for the performance of their duties in assessing property for taxation, provided that they shall be entitled to receive pay only for such time as they shall be actually employed in the discharge of the duties enjoined upon them by this act; said compensation to be paid out of the military fund by the county treasurer, on the certificate of the trustees of the proper township.

Fees—to be paid out of the military fund.

Military fund to be paid upon the order of the commandant of brigade.

Sec. 9.  That the military fund in the hands of the county treasurer, provided for by this act, shall be paid out by said treasurer upon the order of the commandant of brigade; and the county commissioners, in their annual settlement with the

55

county auditor and treasurer, shall examine and compare the receipts and disbursements by the county treasurer of the military fund in his hands, and shall allow said treasurer two per centum on the moneys so received and disbursed, and include and publish a statement of the same in the annual exhibit of county receipts and expenditures. *Fees of county treasurer.*

SEC. 10.   That whenever the militia are ordered for actual service, they shall forthwith be organized into companies, battalions, and regiments, and officered as now required by law, provided that the present boundaries of brigades and divisions shall continue to be recognized under this act; and the generals of brigades, whenever a vacancy occurs, shall be elected by the commissioned officers of the volunteer troops thereof, upon the order of the proper general of division as now required by law, and the general of division shall be elected as heretofore. *Militia when ordered into service, how to be organized.* *Manner of electing officers.*

SEC. 11.   That all persons having heretofore served as commissioned officers in the militia of this state, and having legally thereby become exempt from military duty in time of peace, and all former members of volunteer companies who shall in like manner have become exempt, shall continue exonerated from military duty in time of peace, and shall also be exempt from the payment of the commutation money required by this act. *Who shall be exempt from military duty in time of peace,* *—and payment of commutation money.*

SEC. 12.   That the quartermaster general and the adjutant general shall continue to perform their duties as heretofore required by law, so far as the same may be practicable without conflicting with the provisions of this act. *Quartermaster and adjutant generals to perform duties as heretofore, &c.*

SEC. 13.   All civil officers named in this act, who shall neglect or refuse at any time to obey the provisions thereof, shall forfeit and pay not more than one hundred nor less than twenty dollars, to be recovered in an action of debt before any court having competent jurisdiction, at the suit of any person complaining, for the use of the state of Ohio. *Officers neglecting to obey the provisions of this act;* *—Penalty therefor.*

### VOLUNTEER MILITIA.

SEC. 14.   That the acting militia of this state shall consist of volunteer companies, raised at large, by order of the commandant of brigade or of division; if there be no commandant of brigade, such companies to be composed of men between the ages of eighteen and forty five years, provided that no minor shall be enrolled by any officer of such light company without the consent of the parent, guardian, or master of such minor; and in all cases said volunteer militia shall first be ordered into service, in case of war, invasion, or to prevent invasion, to suppress riots, or to aid the civil authorities in the execution of the laws; and all volunteer companies, squadrons, battalions, and regiments, formed according to law, now raised and organized, shall be retained. *Volunteer companies to constitute the acting militia, raised by commandant of brigade; how composed.*

56

Volunteer companies to be numbered by commandant of brigade, and a record made.

SEC. 15.  The several volunteer companies of cavalry, artillery, light infantry, and riflemen, in each brigade, shall be numbered by the proper commandant of brigade, and a record made of such numbers, in the adjutant general's office; and when they exist in sufficient numbers, and are conveniently located for the purpose, shall be organized into battalions and regiments, and officered, as now provided by law.

Who to make returns, and to whom.

SEC. 16.  The commandants of companies, when formed into battalions or regiments, shall make returns to the commanding officer of the same, and if not formed into battalions or regiments, shall make returns to the commandant of brigade; and commandants of squadrons, battalions, or regiments, shall make returns to the commandant of brigade, and the commandant of brigade to the commandant of division, as now required by law.

How noncommissioned officers, soldiers and commission'd officers may obtain a discharge and certificate.

SEC. 17.  Every noncommissioned officer, and soldier of any volunteer company, shall be held to duty therein for the term of five years, unless some absolute disability shall occur after joining such company, or he shall be discharged by the proper officer; and every such person, after the expiration of said term, and every commissioned officer, after serving a similar term, in conformity with the provisions of this act, shall be entitled to a certificate of such service; and such certificates shall be given to all such persons, under the rank of brigadier generals, by generals of brigade, and to all other officers by commandants of division; and the holders of such certificates shall be exempt from military duty in time of peace, and shall, also, be exempt from the commutation payments hereinbefore provided for.

Number of men requisite for full company;

SEC. 18.  Whenever forty men shall have been enrolled as members of any volunteer company, under the provisions of this act, such company shall be officered as now provided by law for officering similar companies, and no such company shall be increased to more than eighty members; and whenever a company becomes reduced, from any cause, below the number of thirty, they may be attached to any other company, by order of the brigadier general.

—and when reduced below thirty to be attached.

Duty of quartermaster general in the distribution of public arms.

SEC. 19.  That it shall be the duty of the quartermaster general, in the distribution of the public arms, to apportion the same to the several divisions, according to the number of volunteer troops therein; and the commandants of division having, within their respective commands, a greater quantity of public arms than are necessary to supply the volunteer militia therein, are hereby required to return the same to the quartermaster general, within one year after the passage of this act.

Officers and soldiers shall equip themselves.

SEC. 20.  Every officer of the line and staff, and every officer and soldier of any volunteer company, shall provide himself with a uniform complete, as now required by law; and each commissioned officer shall, also, provide himself with a suitable sword; and the arms and equipments of the officers and soldiers shall be held by them free from levy by any execution issued in any civil case, as is now provided by law.

Equipments exempt from execution

SEC. 21. There shall be two company musters in each year, as follows:—on the first Friday in June and on the first Friday in August, annually, from nine o'clock, A. M., until four, P. M., of each day, and said companies may parade at other times, provided three fourths of the members thereof consent thereto; and the commandants of brigades, battalions, or companies shall have power, and are hereby required to call out their respective commands for the suppression of riots, or to assist civil officers in the execution of the laws, when called upon to do so by the proper authorities.

*Company musters—when held.*

*Duty of commandants in case of riots.*

SEC. 22. Every noncommissioned officer, musician, and private, who shall refuse to appear fully armed and equipped on any day of muster required by this act, shall, for every such refusal or neglect, pay the sum of two dollars for each company muster, and three dollars for brigade muster.

*Fine of noncommissioned officers, musicians and privates for not equipping.*

SEC. 23. That it shall be the duty of the commandant of each volunteer company, within ten days after the brigade muster and encampment, required by this act, to make out a list of the delinquents, particularly noting therein the fines assessed on each member of his company, and for what cause, a copy of which list, in the form of a notice, shall be forthwith posted up at the places of holding company muster, stating, also, the time and place appointed for holding the court of appeals; at which court every delinquent, feeling himself aggrieved by the decision of the commandant aforesaid, may appear and apply for redress; and it shall also be the duty of the commandant to deliver said delinquent list, duly certified, to the brigade inspector, on or before the day appointed for holding the brigade court of appeals required by this act.

*Commandant of volunteer company to make out list of delinquents, &c.;*

*—and state the time for holding court of appeals.*

*Copy of list to be delivered to brigade inspector.*

SEC. 24. There shall be held, once in each year, a brigade muster and encampment of all the volunteer militia in each brigade, commencing at ten o'clock, A. M., on the third Tuesday of August, annually, and continuing not more than five, nor less than three days; said muster and encampment shall be held at the most suitable place within the limits of said brigade, to be selected by the brigade quartermaster, under the direction of the commandant thereof; and the officers and soldiers, forming such encampment, shall be drilled in accordance with the requirements of the thirty first section of this act; provided that the muster and encampment of the third brigade, in the first division, may be held at the most convenient place within said division.

*Brigade musters—when to be held, and length of time.*

*Officers and soldiers to be drilled.*

*Provision for third brigade.*

SEC. 25. It shall be the duty of the commandant of division, during the encampment aforesaid, to review and cause to be inspected, each brigade of volunteer militia within his division, provided that he shall not be compelled to visit more than three brigades, in any one year; and he shall also appoint a brigade board of inspection, consisting of three competent officers, who shall hold a session at each brigade encampment, for the purpose of examining and determining the degree of proficiency, in military tactics, of such officers as may come

*Commandant of division to review and inspect each brigade.*

*To appoint a brigade board;—duty of said board.*

8—G. L.

58

before them for examination, to every such officer who may be found, upon thorough examination, to be fully proficient in military tactics, and qualified for actual service in time of war, they shall give a certificate thereof, and to each holder of such certificate, the general of division, or, in his absence, the general of brigade shall, on the first succeeding muster and encampment, present, in the name of the state of Ohio, a good and substantial sword of well finished workmanship, of a value not exceeding twelve dollars, which shall be provided under the direction of the commandant of brigade, and paid for, upon his order, out of the military fund.

**Brigade court of appeals;**

SEC. 26. That a brigade court of appeals, consisting of the commandant of brigade, and the commandant of regiments, squadrons, and battalions, and such other officers as the commandant of brigade may designate, shall be holden on the second Tuesday succeeding the muster and encampment, held as aforesaid, notice of the time and place of holding said

**—Its duty.**

court of appeals shall be given by the commandant of brigade, on the last day of said muster and encampment; and said court of appeals shall hear and determine the complaints of all delinquents returned by the commandants of companies, who may appeal to them, and strike from the delinquent list any person whom they may deem improperly fined.

**Court of appeals to assess fines;**

SEC. 27. The officers constituting said court of appeals shall also sit as a court to assess fines upon all brigade, commissioned, and staff officers, returned to said court by the brigade inspectors; said officers shall also, acting as a board of appropriation, distribute and apply the military fund as they

**—And appropriate military fund.**

shall deem best calculated to promote the efficiency and thorough discipline of the volunteer militia, provided that all appropriations of the military fund shall be in accordance with the requirements of this act.

**Duty of brigade inspectors.**

SEC. 28. The brigade inspector shall attend the brigade court of appeals and court of assessment, required by the preceding section of this act, and shall keep an accurate record of the proceedings, and also of the appropriation of the military fund, and shall make a list of all fines not remitted by the court of appeals, including also the fines assessed upon delinquent brigade, commissioned, and staff officers, a copy of which list, signed by the commandant of brigade, as president of said courts, and attested by himself as inspector of brigade, he shall forthwith transmit to the paymasters of regiments, squadrons, and battalions in said brigade, and to the orderly

**Fines—how collected;**

sergeants of detached companies, if any; and the list of fines so placed in the hands of the officers aforesaid, shall be deemed and taken to have the legal effect and authority of an execution, and the paymasters and orderly sergeants aforesaid shall forthwith proceed to collect the amount of fines assessed upon such delinquent, whose name is upon the list delivered to him as aforesaid, by a levy upon, and sale of, any property which said delinquents may hold, without reservation, in the same

59

manner and with the same costs for collection as are now allowed by law to constables in civil and criminal cases.

SEC. 29. All fines collected under the requirements of the preceding section of this act shall be by the paymasters and orderly sergeants immediately paid over to the county treasurer within the proper brigade, and by him shall be received, disbursed, and accounted for in the same manner as he is required to do with the military fund hereinbefore provided for. —To be paid into the county treasury.

SEC. 30. All property held in common by any association or associations of persons, whose tenets or rules require a community of property, shall be holden for the payment of any and all fines assessed under the provisions of this act, against any member or members of such association for the nonperformance of military duty. Property held in common, liable for fines.

SEC. 31. Every volunteer company and every field officer shall be furnished with camp equipage, and every volunteer company, regiment, squadron, and battalion, shall be furnished with suitable colors to be paid out of the military fund, as in other cases. To whom camp equipage and colors to be furnished.

SEC. 32. All drafts upon the military fund, provided for in this act, shall be made by direction of the board of appropriation upon the order of the commandant of brigade. Drafts on military fund, how made.

SEC. 33. Brigade inspectors and other staff officers shall be allowed such compensation by the board of appropriation as they shall deem just and reasonable, and members of courts martial at the rate of one dollar per day for their services for the period aforesaid. Compensation of brigade inspectors and other staff officers.

SEC. 34. Enrolled musicians in volunteer companies, not exceeding four to each company, may be paid one dollar per day for their services, out of the military fund, as in other cases. Enrolled musicians; their pay.

SEC. 35. If, after paying all drafts upon the military fund, hereinbefore specified, there shall remain a surplus in any brigade, it shall be appropriated to procure or build a suitable armory in which to preserve and safely keep the arms and equipments of the State, under the [direction of] commandant of brigade, and paid for, upon his order, out of the fund aforesaid. Surplus funds, how appropriated.

SEC. 36. That all parades, musters, and encampments, held under the provisions of this act, shall be governed by the rules and regulations adopted for the government of the army of the United States. How parades, musters and encampments governed.

SEC. 37. That the commissioned officers of all companies, or regiments, exempted from military duty by the provisions of this act, who are now uniformed and equipped, as required by law, may hold their commissions for the term of five years from the date thereof, and may, at their option, attend the brigade musters, required by this act, and shall, thereafter, be exempt from the performance of military duty in time of peace, and from the payment of commutation money, required by this act. Commissioned officers exempt from military duty by this act, to hold commissions five years, &c.

60

**Repeal of former acts.**

Sec. 38. That an act to amend "an act to organize and discipline the militia," passed March tenth, one thousand eight hundred and thirty eight, and an act to amend "an act to organize and discipline the militia," passed March thirteen, one thousand eight hundred and forty three, together with so much of the "act to organize and discipline the militia," passed March four, one thousand eight hundred and thirty seven, as is inconsistent with the provisions of this act, be and the same are hereby repealed.

**Commissions heretofore issued —when they shall expire.**

Sec. 39. That all military commissions heretofore issued, except the quartermaster general, shall expire in six years from the passage of this act, and all military commissions heretofore [hereafter] issued, except as aforesaid, shall expire in six years from the date thereof; provided, that any officer holding a commission under the provisions of this act, who may be re-

**Staff officer may hold commission after he shall arrive at the age of forty five.**

elected to the same office, shall retain the same rank that he was entitled to under his former commission, provided, also, that nothing in this act, or the act to which this is an amendment, shall be construed as to disqualify any staff officer to hold a commission after he may arrive at the age of forty five years.

**Adjutant and quartermaster generals—their pay.**

Sec. 40. That the adjutant general and the quartermaster general, of this state, shall each receive the sum of two dollars per day, for each day actually employed in the discharge of the duties of their respective offices; provided that the quartermaster general shall not receive pay for more than one hundred days, nor the adjutant general for more than one hundred and fifty days employed in any one year.

**This act not to prevent enrollment of persons, between 18 and 21 years of age.**

Sec. 41. Nothing in this act shall be construed as to prevent all able bodied white male citizens of this state, between the age of eighteen and twenty one years, from being enrolled and returned by the proper officers, in the aggregate strength of the militia in the state, in the same manner as provided for in this act in relation to those over twenty one years.

Sec. 42. This act to take effect from and after its passage.

JOHN M. GALLAGHER,
*Speaker of the House of Representatives.*
THOMAS W. BARTLEY,
*Speaker of the Senate.*

March 12, 1844.

# EXHIBIT 203

**12**                    CONSTITUTION OF KANSAS.

agricultural department.  All funds arising from the sale or rents of lands granted by the United States to the State for the support of a State university, and all other grants, donations or bequests, either by the State or by individuals, for such purpose, shall remain a perpetual fund, to be called the "university fund;" the interest of which shall be appropriated to the support of the State university.

SEC. 8.  No religious sect or sects shall ever control any part of the common school or university funds of the State.

SEC. 9.  The State superintendent of public instruction, secretary of state, and attorney general, shall constitute a board of commissioners, for the management and investment of the school funds.  Any two of said commissioners shall be a quorum.

### ARTICLE VII.

#### PUBLIC INSTITUTIONS.

SECTION 1.  Institutions for the benefit of the insane, blind, and deaf and dumb, and such other benevolent institutions as the public good may require, shall be fostered and supported by the State, subject to such regulations as may be prescribed by law.  Trustees of such benevolent institutions as may be hereafter created shall be appointed by the governor, by and with the advice and consent of the senate; and upon all nominations made by the governor the question shall be taken by yeas and nays, and entered upon the journal.

SEC. 2.  A penitentiary shall be established, the directors of which shall be appointed or elected, as prescribed by law.

SEC. 3.  The governor shall fill any vacancy that may occur in the offices aforesaid, until the next session of the legislature, and until a successor to his appointee shall be confirmed and qualified.

SEC. 4.  The respective counties of the State shall provide, as may be prescribed by law, for those inhabitants who, by reason of age, infirmity, or other misfortune, may have claims upon the sympathy and aid of society.

### ARTICLE VIII.

#### MILITIA.

SECTION 1.  The militia shall be composed of all able-bodied white male citizens between the ages of twenty-one and forty-five years, except such as are exempted by the laws of the United States, or of this State; but all citizens, of any religious denomination whatever, who, from scruples of conscience, may be averse to bearing arms, shall be exempted therefrom, upon such conditions as may be prescribed by law.

SEC. 2.  The legislature shall provide for organizing, equipping and disciplining the militia in such manner as it shall deem expedient, not incompatible with the laws of the United States.

SEC. 3.  Officers of the militia shall be elected or appointed, and commissioned in such manner as may be provided by law.

SEC. 4.  The governor shall be commander-in-chief, and shall have power to call out the militia to execute the laws, to suppress insurrection, and to repel invasion.

Generated on 2024-03-04 05:09 GMT  /  https://hdl.handle.net/2027/mdp.35112104841848
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google                    Original from
                                       UNIVERSITY OF MICHIGAN

# EXHIBIT 204

26. Division of volunteers into divisions, brigades, &c.
27. When to be attached to other organisations.
28. When companies may be disbanded.

### E. OF THE OFFICERS OF THE MILITIA.

29. Grand staff. Division officers. Brigade officers. Regimental officers. Infantry. Cavalry. Artillery. Non-commissioned staff officers.
30. Appointment of non-commissioned officers.
31. Detail of commanding officers.
32. How military officers to be chosen.
33. Appointment of staff officers.
34. Bonds of quartermaster-general, &c.
35. Assistant adjutant-general.
36. Assistant quartermaster and commissary generals.
37. Salaries.
38. Surgeon-general.
39. Clerks. Their compensation.
40. Commissions. Warrants.
41. Appointment of major-generals.
42. Notice of holding elections.
43. Election officers.
44. Candidates not to act as election officers. Record to be kept.
45. Notice of election. Election on refusal to accept. Elections may be adjourned.
46. Vacation of prior office.
47. Delivery of commissions.
48. Refusal to accept to be indorsed on commission.
49. Penalty for treating.
50. Exemption from arrest.
51. Commissioned officers to be sworn.
52. Resignations.
53. Reasons to be approved.
54. Dismissal of officers.
55. Commissions of staff officers.
56. Suspension of officers under arrest.
57. Paymaster.
58. Selection of non-commissioned officers.

### F. OF THE ADJUTANT-GENERAL.

59. Term of office.
60. To distribute orders, &c.
61. To furnish blank forms, &c.
62. To make abstracts of returns.
63. To make annual reports.
64. To account annually.

### G. OF ARMS AND EQUIPMENTS.

65. Volunteers to provide uniforms.
66. To be exempt from execution, &c.
67. Camp equipage. Responsibility therefor.
68. Distribution of arms, &c.
69. Applications for arms, &c.
70. Musical instruments.
71. Batteries, &c., for artillery companies. Target practice.
72. Horses for artillery.
73. Tactics.
74. Sale of military stores.
75. Armories to be provided.
76. Penalty for neglecting to provide uniforms.
77. Allowance for uniforms.

### H. OF MILITARY ORDERS.

78. Distribution of orders.
79. Company notices.
80. How notices to be served. Orders to be read on parade.
81. How notice to be given when there is no officer in commission.
82. Clerks to record orders.

### I. OF THE DISCIPLINE OF THE MILITIA.

83. System of discipline.
84. Drill.
85. Encampments.
86. Reviews and inspections.
87. Company roll-call.
88. Parades.
89. Military duty not to be required on election day. Penalty for violation.
90. Company meetings.
91. Penalty for appearing on parade not duly equipped.
92. Penalty for appearing on parade with loaded arms.
93. Penalty for quitting guard.
94. Additional punishments regulated.
95. Penalty for neglecting to appear on parade, inspection, &c. Collection of fines.

96. Parades for inspection and drill, by regiments and companies.

### K. OF MUSTER-ROLLS AND RETURNS.

97. Rosters and order-books.
98. Muster-rolls.
99. Company order-books.
100. Returns after encampments.
101. Rolls to be certified.
102. Penalty for neglect.
103. Rolls of field and staff officers.
104. Brigade returns.
105. Duty of commanders of brigades.
106. Duty of commanders of divisions.

### L. OF CALLING OUT THE MILITIA.

107. When militia to be called out.

### M. OF THE COMPENSATION OF THE MILITIA.

108. Relief in case of disability or death.
109. Pay and rations.
110. Military accounts.

### N. GENERAL PROVISIONS.

111. Excuses of delinquents.
112. Courts-martial, &c.
113. Collection of fines, &c.
114. Claims on brigade funds.
115. Disbursement of brigade fund.
116. Repeal.
117. Existing military organizations preserved.
118. Penalty on district attorneys for neglect to prosecute offenders.
119. Penalty on assessors, &c., for neglect of duty.

### O. PAYMENT OF BOUNTIES.

120. Municipal bonds issued in payment of bounties validated. Individual advance therefor to be valid claims against the municipality. Tax to be levied therefor.
121. Payment of bounties legalized.
122. Contracts for the payment of bounties to be binding. Loans authorized therefor. Taxes to be levied. How collected. When election officers to act.
123. Prior assessments to be valid. Exemptions. Limitation.
124. Relief of families of drafted men. Provisions therefor legalized. Loans may be contracted.
125. Loans may be contracted for payment of bounties. By whom bonds to be issued. Sections that have filled their quotas to be exempt from the tax. Contracts for more than $300 validated. Powers of borough authorities.
126. Power to issue bonds. Assessment of taxes. Subscriptions may be collected.
127. Poll-taxes levied, to be valid.
128. Duty of county commissioners where part of the bounty has been paid.
129. Duty of county treasurers.
130. Disbursement of loans. Compensation.
131. Bounties to re-enlisted men.
132. Bounties due deceased soldiers, how paid.
133. Accounts to be audited.
134. Bonds to be exempt from taxation.
135. Powers of school directors.
136. Cities, townships, wards and boroughs may contract loans. And assess taxes therefor.
137. Authorities to assess taxes to repay money borrowed by citizens for bounties.
138. Persons furnishing substitutes to receive bounty.
139. Limitation of power to tax.
140. Per capita tax may be levied. Exceptions.
141. Penalty for defrauding volunteers.

### P. PENNSYLVANIA STATE GUARD.

142. State guard to be organized. How composed. Enlistments. Liability to service. Appointment and election of officers. Supplies.
143. Governor to provide supplies. Horses may be impressed. And railroads, &c.
144. Enrolment. Who may be enlisted.
145. How enrolment to be made. Board of exemptions. Compensation.
146. Major-general. Brigadier-generals.
147. Duties of adjutant-general, quartermaster-general and commissary-general. Proposals for supplies. Inspectors. When direct purchases may be made.
148. Selection of officers.

## A. OF THE PERSONS LIABLE TO MILITARY DUTY.

**Who to be subject to military duty.**  1. Every able-bodied white male citizen resident within this state, of the age of twenty-one years, and under the age of forty-five years, excepting persons enlisted into volunteer companies, persons exempted by the following sections, idiots, lunatics, common drunkards, vagabonds, paupers and persons convicted of any infamous crime, shall be enrolled in the militia; persons so convicted, after enrolment, shall forthwith be disenrolled; and in all cases of doubt respecting the age of a person enrolled, the burden of proof shall be upon him.

2. In addition to the persons absolutely exempted from enrolment in the militia, by the laws of the United States,(a) the following persons shall be exempted from military duty, namely: <span style="float:right">Exempts.</span>

The members of the legislature and the officers thereof, the secretary of the commonwealth, attorney-general, state treasurer, surveyor-general, auditor-general, state librarian, superintendent of common schools, and all the judges of the several courts of this commonwealth, sheriff, recorder of deeds, register of wills, prothonotary, district attorney, and clerks of the courts of this commonwealth.

Every non-commissioned officer, musician and private of every uniformed troop raised, who has or shall hereafter uniform himself, according to the provisions of any law of this state, and who shall have performed service in such company or troop for the space of seven consecutive years, or three years in active service from the time of his enrolment therein, shall be exempt from military duty, except in case of war, insurrection or invasion.

### B. OF ENROLMENTS.

3. I. Assessors shall annually, and at the same time they are engaged in taking the assessment, or valuation of real and personal property, in their respective cities, wards, boroughs or townships, make a list of persons living within their respective limits, liable to enrolment, and place a certified copy in the office of the county commissioners of each county in the state, whose duty it shall be to record said roll or list of names, in a book to be provided for that purpose, in the same manner as other books of record are provided; and such record shall be deemed a sufficient notification to all persons whose names are thus recorded, that they have been enrolled in the militia. <span style="float:right">Assessors to prepare a military roll.</span> <span style="float:right">Record to be notice of enrolment.</span>

4. II. As soon as the roll is completed, the assessors shall forthwith cause notices thereof to be put up in three of the most public places in the city, ward, borough or township, which notices shall set forth that the assessors have made their roll of all persons liable to enrolment, according to law, and that a copy thereof has been left for record in the office of the county commissioners, where the same may be seen or examined by any person interested therein, until some day and place, to be specified in such notice, when and where the said assessors and commissioners of the county will meet to review such enrolment; such review shall be made at the same time and place the said assessors and commissioners meet to review the assessment of real and personal property, or for appeals. <span style="float:right">Public notice to be given.</span> <span style="float:right">Review of enrolments.</span>

5. III. Any person claiming that he is not liable to military duty on account of some physical defect or bodily infirmity, or that he is exempt from the performance of military duty by any law of this state or of the United States, may, on or before the day specified in such notice, and not after, deliver to said assessors an affidavit stating such facts, on which he claims to be exempt or not liable to do military duty;(b) such affidavit may be made before any person authorized to administer oaths; and the assessors shall cause all such affidavits to be filed in the office of the county commissioners; and if any person shall swear falsely in such affidavit, he shall be guilty of perjury. <span style="float:right">Persons claiming to be exempt to make affidavit of facts.</span> <span style="float:right">False swearing to be perjury.</span>

6. IV. On the day the county or city commissioners meet to review the assessment of real and personal property, or for holding appeals, they shall also determine who are exempt or not liable to do military duty; and in a column prepared for that purpose, in such roll, opposite the name of each person not liable to do duty, shall insert "exempt," or "not liable," as the case may be; and opposite the names of all members of uniformed companies on such roll, shall insert "U. C;" and against the name of any military officer in commission, and liable to do duty, the title of his office; and shall also insert against the names of persons between the age of eighteen and twenty-one years, "minor;" but if such person will have arrived at the age of twenty-one years on or before the fifteenth day of October following such enrolment, then the designation last above provided need not be made. <span style="float:right">Commissioners to determine on exemptions.</span> <span style="float:right">To make entries on the roll.</span>

7. V. The said commissioners shall, at the time they shall meet to review their enrolment, and for appeals, make a certified list of the names of all persons whom they shall determine to be exempt, or not liable to do military duty, and shall file the same in their office, for the future examination of the assessors and commissioners. <span style="float:right">List of exempts to be filed.</span>

8. VI. The commissioners in each city and county shall each year carefully ascertain, from the corrected assessment and military rolls, the whole number of persons enrolled as liable to perform military duty, including all members of military companies, and shall report the same to the adjutant-general on or before the first day of November in each year. <span style="float:right">Commissioners to report to the adjutant-general.</span>

9. VII. When the assessors shall have completed their assessment roll, they shall

2. Act 4 May 1864 § 2. P. L. 222.
3. Ibid. § 3.
4. Ibid.
5. Ibid.
6. Ibid.
7. Ibid.
8. Ibid.
9. Ibid.

(a) The following persons are exempted from militia duty by the act of congress of 8 May 1792, viz.: " the vice-president of the United States; the officers judicial and executive of the government of the United States; the members of both houses of congress and their respective officers; all custom-house officers with their clerks; all post-officers and stage-drivers who are employed in the care and conveyance of the mail of the post office of the United States; all ferrymen employed at any ferry on the post-road; all inspectors of exports; all pilots; all mariners actually employed in the sea service of any citizen or merchant within the United States; and all persons who now are or may hereafter be exempted by the laws of the respective states." Brightly's U. S. Dig. 619. Also by act 3 March 1835, " postmasters, post-riders and drivers of the mail stages." Ibid. 760. And by act 2 July 1836, " assistant postmasters and clerks regularly employed and engaged in post offices." Ibid. 761. And see 3 Cr. 336. 2 Cr. C. C. 78, 693. 2 Wh. Dig. 324, pl. 4.

(b) If a person not liable to militia duty be enrolled, and do not claim his exemption until mustered into the service, it is a waiver of the exemption. 3 Leg. Obs. 20. And see Ibid. 28-30