ROB BONTA
Attorney General of California
ANYA BINSACCA
Supervising Deputy Attorney General
STEPHANIE ALBRECHT
Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
CAROLYN DOWNS
Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6617
 Fax:  (916) 731-2124
 E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ, *et al.*,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,**<br><br>Defendants. | 3:19-cv-01226-L-AHG<br><br>**DECLARATION OF DEPUTY ATTORNEY GENERAL JENNIFER E. ROSENBERG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  The Honorable M. James Lorenz<br>Action Filed:  July 1, 2019 |

1

Rosenberg Decl. (3:19-cv-01226-L-AHG)

I, Jennifer E. Rosenberg, hereby declare as follows:

1. I am a Deputy Attorney General with the California Department of Justice and serve as counsel in this action for Defendants Attorney General Rob Bonta, in his official capacity, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms. I make this declaration in support of Defendants' Motion for Summary Judgment. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto are true and accurate copies of the following expert witness materials disclosed to Plaintiffs on September 15, 2023 pursuant to Federal Rule of Civil Procedure 26(a)(2):

**Exhibit 1:** Defendants' Disclosure of Expert Witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)

**Exhibit 2:** Expert Report and Declaration of Professor Saul Cornell

**Exhibit 3:** Expert Report and Declaration of Professor Randolph Roth

**Exhibit 4:** Expert Report and Declaration of Dr. Brennan Rivas

**Exhibit 5:** Expert Report and Declaration of Professor Robert J. Spitzer

**Exhibit 6:** Expert Report and Declaration of Professor Holly Brewer

**Exhibit 7:** Expert Report and Declaration of Professor John J. Donohue

**Exhibit 8:** Expert Report and Declaration of Professor Louis Klarevas

**Exhibit 9:** Expert Report and Declaration of Professor Elizabeth E. Cauffman

//
//
//
//
//
//

2

Rosenberg Decl. (3:19-cv-01226-L-AHG)

1  I declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct and that this declaration was executed on March
3  15, 2024, in Los Angeles, California.

*/s/ Jennifer E. Rosenberg*
Jennifer E. Rosenberg

3

Rosenberg Decl. (3:19-cv-01226-L-AHG)