# EXHIBIT 1

**Defendants' Disclosure of Expert Witnesses [Fed. R. Civ. P. 26(a)(2)]**

ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
STEPHANIE ALBRECHT
Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6617
  Fax:  (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ, *et al.*,** | 3:19-cv-01226-L-AHG |
| Plaintiffs, | **DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES** |
| v. | **[Fed. R. Civ. P. 26(a)(2)]** |
| **ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,** | Dept:       5B<br>Judge:     The Honorable  M. James Lorenz and Magistrate Judge Alison H. Goddard |
| Defendants. | Action Filed:      July 1, 2019 |

In accordance with Federal Rule of Civil Procedure 26(a)(2) and this Court's January 18, 2023 Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (ECF No. 105), Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms, hereby disclose the following expert witnesses upon whose testimony they intend to rely at trial:

**Saul Cornell, Professor and Paul and Diane Guenther Chair in American History, Fordham University.** Professor Cornell will provide expert opinion regarding the history of firearms regulation in the Anglo-American legal tradition, with a particular emphasis on the regulation of sales of and access to firearms of those below the age of 21. A true and correct copy of Professor Cornell's expert report and declaration in this matter accompanies this disclosure. Professor Cornell's rates for services performed in this matter include an hourly rate of $500 per hour for reviewing materials, participating in meetings, and preparing reports, $750 per hour for depositions and court appearances, and an additional $100 per hour for travel time.

**Randolph Roth, College of Arts and Sciences Distinguished Professor of History and Sociology, The Ohio State University.** Professor Roth will provide expert opinion regarding the history of homicides and mass murders in the United States, with special attention to the role that technologies have played in shaping the character and incidence of homicides and mass murders over time, and the historical restrictions that local and federal authorities have imposed in response to new technologies that they deemed particularly lethal, prone to misuse, and a danger to the public because of the ways in which they reshaped the character and incidence of homicides and mass murders. A true and correct copy of Professor

Roth's expert report and declaration in this matter accompanies this disclosure. Professor Roth's rate for services performed in this matter is $250 per hour.

**Brennan Rivas, Ph.D., Historian.** Dr. Rivas will provide expert opinion regarding the history of firearms regulation in the Anglo-American legal tradition, with a particular emphasis on the regulation of sales and transfers of, and access to, firearms for those below the age of 21, including those old enough to participate in the militias, as well as related historical context, including the changing economic and social conditions within the nineteenth-century United States. A true and correct copy of Dr. Rivas's expert report and declaration in this matter accompanies this disclosure. Dr. Rivas's rates for services performed include a rate of $200 per hour for record review and consultation, $250 per hour for document preparation, and $350 per hour for deposition and testimony. She will also be compensated for travel expenses.

**Robert J. Spitzer**, **Distinguished Service Professor of Political Science Emeritus at the State University of New York at Cortland and Adjunct Professor at the College of William and Mary School of Law.** Professor Spitzer will provide expert opinion regarding the history of firearms restrictions and related historical context, including restrictions pertaining to minors (individuals under the age of 21), those enacted in the early twentieth century and earlier pertaining to fully automatic and semiautomatic firearms, and tracing those regulations back to earlier hardware and use restrictions on other types of weapons enacted in the nineteenth century and earlier. A true and correct copy of Professor Spitzer's expert report and declaration in this matter accompanies this disclosure. Professor Spitzer's rates for services in this matter include a rate of $500 per hour for record review and consultation, document preparation, and other non-testimony services,

and $750 per hour for deposition and trial testimony. He will also be compensated for travel time and expenses.

**Holly Brewer, Burke Chair of American Cultural and Intellectual History and Associate Professor, University of Maryland.** Professor Brewer will provide expert opinion regarding the legal and political status and authority of minors under the age of 21, including with respect to the right to contract, the ability to procure, own, and bear weapons, and the ability to participate in the political community in the eighteenth century (particularly in the years surrounding the writing and the adoption of the United States Constitution). A true and correct copy of Professor Brewer's expert report and declaration in this matter accompanies this disclosure. Professor Brewer's rates for services in this matter include a rate of $300 per hour for record review and consultation, document preparation, and deposition and trial testimony, and $150 per hour for travel time. She will also be compensated for travel expenses.

**John J. Donohue, C. Wendell and Edith M. Carlsmith Professor of Law, Stanford Law School.** Professor Donohue will provide expert opinion regarding the public-safety risks of firearm possession and use by 18-20 year olds and the effectiveness of California's gun-safety laws in restricting firearm possession and use by at-risk individuals. A true and correct copy of Professor Donohue's expert report and declaration in this matter accompanies this disclosure. Professor Donohue's rates for services performed in the above-entitled case include an hourly rate of $850 per hour for his services in this matter.

**Louis Klarevas, Research Professor, Teachers College, Columbia University.** Professor Klarevas will provide expert opinion regarding the relationship between mass shooting violence and the age of mass shooters. A true

3

and correct copy of Professor Klarevas's expert report and declaration in this matter accompanies this disclosure. Professor Klarevas's rates for services performed in this matter are $480 per hour this report, $600 per hour for testimony (including deposition and trial testimony), and $120 per hour for travel required to provide testimony.

**Elizabeth E. Cauffman, Professor of Psychological Science, University of California, Irvine, School of Social Ecology.** Professor Cauffman will provide expert opinion regarding the neurobiological and psychological development during late adolescence (i.e., among individuals between the ages of 18-20), the ways in which neurobiological immaturity impacts behavior and psychosocial development during this period, and the basis for and evolution of the understanding of ongoing behavioral development during these late adolescent years. She will also provide expert opinion about the implications these scientific facts have for the potential success of recently enacted regulations in California that limit the sale and transfer by federally licensed firearms dealers of certain firearms to individuals under age 21 to reduce gun violence. A true and correct copy of Professor Cauffman's expert report and declaration in this matter accompanies this disclosure. Professor Cauffman's rates for services performed in the above-entitled case include at a rate of $350 per hour for record review and consultation, document preparation, and deposition and testimony. She will also be compensated for travel time and expenses.

The information required under Federal Rule of Civil Procedure 26(a)(2)(B) is provided in each expert witness's respective expert report and declaration, including the exhibits annexed thereto. Defendants reserve the right to designate additional expert witnesses for rebuttal as provided in the Court's Scheduling Order and pursuant to the Federal Rules of Civil Procedure.

The expert witnesses disclosed herein shall be contacted only through Defendants' counsel.

Dated: September 15, 2023

Respectfully Submitted,

ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
STEPHANIE ALBRECHT
Deputy Attorney General

*/s/ Jennifer E. Rosenberg*
JENNIFER E. ROSENBERG
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

# DECLARATION OF SERVICE BY E-MAIL

Case Name: *Jose Chavez, et al. v Rob Bonta, et al.*
Case No.:    3:19-cv-01226-L-AHG

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On September 15, 2023, I served the documents listed below by transmitting a true copy via electronic mail addressed as follows:

John W. Dillon, Esq.
Dillon Law Group APC
2647 Gateway Road, Suite 105
Carlsbad, CA  92009

E-mail Address:  JDillon@Dillonlawgp.com

- **DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES**
- **EXPERT REPORT AND DECLARATION OF PROFESSOR SAUL CORNELL**
- **EXPERT REPORT AND DECLARATION OF PROFESSOR RANDOLPH ROTH**
- **EXPERT REPORT AND DECLARATION OF DR. BRENNAN RIVAS**
- **EXPERT REPORT AND DECLARATION OF PROFESSOR ROBERT J. SPITZER**
- **EXPERT REPORT AND DECLARATION OF PROFESSOR HOLLY BREWER**
- **EXPERT REPORT AND DECLARATION OF PROFESSOR JOHN J. DONOHUE**
- **EXPERT REPORT AND DECLARATION OF PROFESSOR LOUIS KLAREVAS**
- **EXPERT REPORT AND DECLARATION OF PROFESSOR ELIZABETH E. CAUFFMAN**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 15, 2023, at Los Angeles, California.

    Jennifer E. Rosenberg
          Declarant                              Signature