# EXHIBIT 4

**Expert Report and Declaration of Dr. Brennan Rivas**

1   ROB BONTA
    Attorney General of California
2   MARK BECKINGTON
    Supervising Deputy Attorney General
3   TODD GRABARSKY
    Deputy Attorney General
4   STEPHANIE ALBRECHT
    Deputy Attorney General
5   JENNIFER E. ROSENBERG
    Deputy Attorney General
6   State Bar No. 275496
      300 South Spring Street, Suite 1702
7     Los Angeles, CA  90013
      Telephone: (213) 269-6617
8     Fax: (916) 731-2124
      E-mail:  Jennifer.Rosenberg@doj.ca.gov
9   *Attorneys for Defendants Rob Bonta, in his*
    *official capacity as Attorney General of the*
10  *State of California, and Allison Mendoza, in*
    *her official capacity as Director of the*
11  *Department of Justice Bureau of Firearms*

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15

16

17  **JOSE CHAVEZ, *et al.*,**                    3:19-cv-01226-L-AHG

                                     Plaintiffs,   **EXPERT REPORT AND**
18                                                 **DECLARATION OF DR.**
                                                   **BRENNAN RIVAS**
19          **v.**
                                                   Dept:        5B
20  **ROB BONTA, in his official capacity**        Judge:       The Honorable  M. James
    **as Attorney General of the State of**                     Lorenz and Magistrate
21  **California, *et al.*,**                                    Judge Alison H. Goddard
                                                   Action Filed:     July 1, 2019
22                                   Defendants.

23

24

25

26

27

28

                              1

**EXPERT REPORT AND DECLARATION OF DR. BRENNAN RIVAS**

I, Brennan Rivas, declare that the following is true and correct:

The State of California has asked me to provide an expert opinion on the history of firearms regulation in the Anglo-American legal tradition, with a particular emphasis on the regulation of sales and transfers of, and access to, firearms for those below the age of 21, including those old enough to participate in the militias. My report below explores these issues in detail.

This declaration is based on my own personal knowledge and experience, and if I am called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

## BACKGROUND AND QUALIFICATIONS

1.      I hold a Ph.D. in history from Texas Christian University, awarded in 2019. My expertise includes historical weapon regulations in the United States. I have several publications on this topic, including peer-reviewed articles in the *Southwestern Historical Quarterly*, and a chapter in an edited collection forthcoming by Oxford University Press; last year, my article, "Enforcement of Public Carry Restrictions: Texas as a Case Study" (June 2022), was published in the *UC Davis Law Review*. A copy of my complete curriculum vitae (CV) is attached to this declaration as **Exhibit 1**.

2.      I am currently completing a book manuscript, based upon my dissertation research, which traces the development and implementation of weapon and firearm policies in Texas across a century-long period. This manuscript has undergone the first round of peer-review and is currently under contract with an academic press.

3.      In addition to having provided an expert declaration in connection with Defendants' opposition to the motion for preliminary injunction earlier in this matter, I have provided expert analysis and expert witness testimony in *Miller v. Bonta*, No. 3:19-cv-01537-BEN-JLB (S.D. Cal.); *Duncan v. Bonta*, No. 17-1017-

2

BEN-JLB (S.D. Cal.); *Angelo v. District of Columbia*, No. 1:22-cv-02256-RC (D. D.C.); *Christian v. Nigrelli*, No. 22-cv-00695 (JLS) (W.D. N.Y.); *Frey v. Nigrelli*, No. 21 Civ. 5334 (NSR) (S.D. N.Y.); *Brumback v. Ferguson*, No. 1:22-cv-03093-MKD (E.D. Wash.); *Sullivan v. Ferguson*, No. 3:22-cv-5403 (W.D. Wash.); *Siegel v. Platkin*, No. 22-CV-7463 (RMB) (AMD) (D. N.J.); *NAGR v. Campbell*, No. 1:22-cv-11431-FDS (D. Mass.); *Oregon Firearms Federation, Inc. v. Kotek*, No. 2:22-cv-01815-IM (D. Ore.); *NSSF v. Jennings*, No. 22-cv-01499-RGA (D. Del.); *Chavez v. Bonta*, No. 3:19-cv-01226-L-AHG (S.D. Cal.) (f/k/a *Jones v. Bonta*); *Nguyen v. Bonta*, No. 3:20-cv-02470-WQH-BGS (S.D. Cal.); *Baird v. Bonta*, No. 2:19-cv-00617-KJM-AC (E.D. Cal.); *Nichols v. Bonta*, No. 3:11-cv-09916-SJO-SS (C.D. Cal.); *Wiese v. Bonta*, No. 2:17-cv-00903-WBS-KJN (E.D. Cal.); *Rocky Mountain Gun Owners v. Polis*, No. 23-cv-01077-JLK (D. Colo.); *Wolford v. Lopez*, No. 1:23-cv-00265-LEK-WRP (D. Haw.); *Novotny v. Moore*, No. 1:23-cv-01295-GRL (D. Md.); *Kipke v. Moore*, No. 1:23-cv-01293-GRL (D. Md.); *Ohio v. Columbus*, No. 2022-cv-00657 (Fairfield Cty. Ct. C.P.). I am currently working on potential expert witness reports and declarations that may be provided in other jurisdictions. I have been deposed and testified at trial in one matter, *Oregon Firearms Federation, Inc. v. Kotek*, No. 2:22-cv-01815-IM (D. Or.).

4.      A list of my publications and other cases in which I have testified as an expert witness is also included in the CV I attach as **Exhibit 1** to this declaration.

### RETENTION AND COMPENSATION

5.      I am being compensated for services performed in the above-entitled case I am being compensated at a rate of $200/hour for record review and consultation, $250/hour for document preparation, and $350/hour for deposition and testimony.  I will also be compensated for travel expenses.  My compensation is not in any way dependent on the outcome of this or any related proceeding, or on the substance of my opinion.

## BASIS FOR OPINION AND MATERIALS CONSIDERED

6.     Counsel for Defendants provided me with the operative complaint in this matter, the briefs the parties filed in support of and in opposition to Plaintiffs' motion for preliminary injunction, and the 2019 declaration of David Hardy and associated exhibits filed with Plaintiffs' 2019 motion for preliminary injunction, and the expert report of David Hardy that Plaintiffs disclosed to Defendants in 2021.[1]  Counsel also provided me with the briefs and record in the Ninth Circuit appeal of this Court's denial of Plaintiffs' motion for preliminary injunction. Otherwise, my report is based on my independent research.

7.     In my report, I cite to a variety of scholarly articles, laws, cases, popular and learned constitutional commentaries, and various other related materials on which I based my opinions. The materials cited in this report are a subset of the relevant materials I have consulted to understand the contours of American constitutional history that are relevant to understanding the historical issues posed by this case. For ease of reference,  I include as exhibits many of these materials, specifically historic newspaper articles and statutes (**Exhibits 2-98**).

8.     In my research for this report, I have evaluated laws restricting the carrying, use, and sale of certain weapons, particularly those associated with urgent societal problems of the nineteenth century; I have also studied the purposes and justifications of these laws, and the ways in which their authors and enforcers understood them to coexist with a right to bear arms as elaborated in the Second Amendment and state analogues. This includes the reading and consultation of numerous scholarly monographs, journal articles, and law review articles. I have also consulted several digitized newspaper databases, including: Chronicling America, America's Historical Newspapers, Newspapers.com, Newsbank

---

[1] Declaration of David Hardy and related exhibits submitted in support of Plaintiffs' motion for preliminary injunction (ECF Nos. 21-11, 21-12, 21-13, & 21-14) (hereinafter "Hardy Decl."),

Newspapers, Newspaper Archive, and Nineteenth Century U.S. Newspapers. I have also accessed various primary sources—such as books, news articles, statutes, and case law—through digital databases like Hein Online, HathiTrust, Archive.org, and ProQuest databases. I have also consulted the Duke Repository of Historical Gun Laws, hosted by the Center for Firearms Law at Duke University Law School. This database is an exceedingly important resource for researchers working on topics pertaining to gun regulation.

## SUMMARY OF OPINIONS

9.      This report discusses the changing economic and social conditions within the nineteenth-century United States which led to Americans' first gun crisis. The nineteenth century was a much more violent era in American history than the eighteenth, and it was also a time in which technological developments rendered firearms more lethal and more widely available to consumers than they had been previously. The popularization of the bowie knife and the invention and proliferation of the revolver during the nineteenth century made concealable deadly weapons a problem of serious concern during that period, while they had not been a significant source of social tension previously. This critical context explains why Americans of the nineteenth century perceived deadly weapons to pose a grave societal danger within their families and communities. Listening to their constituents, lawmakers responded by enacting restrictions that promised to reduce the number of needless deaths attributable to the habitual carrying and easy availability of concealable weapons. Importantly, these restrictions did not flatly ban the carry or possession of all arms, and instead targeted only those groups of people and weapons that posed significant risk to public safety at that time. This included laws penalizing the sale of firearms or other deadly weapons to persons below a specified minimum age.

10. By the turn of the twentieth century, at least twenty states prohibited the sale, gift, or transfer of certain types of weapons to persons under a state-specified minimum age (which was usually twenty-one years, the age of majority from before the Founding and through the latter half of the twentieth century). These deadly weapons were often defined by law in state penal/criminal codes and were pooled together in a category specifically because they were not considered to be militia weapons, and were therefore subject to strict state regulation in the name of public safety. In fact, Americans of the nineteenth century associated deadly weapons and the carrying of them with crime, recklessness, and an insufficient regard for the value of human life. The response of Americans to gun violence and needless shooting deaths today in the form of weapon regulations, including age-based restrictions, is similar to the national response to a comparable problem in the nineteenth century.

11. The eighteenth-century sources that Plaintiff's declarant David Hardy discusses in his declaration supporting Plaintiffs' motion for preliminary injunction present a more nuanced picture of minors' relationship to firearms and governments' prerogative to regulate weapons than his account provides. Mr. Hardy declines to discuss gunpowder storage laws, which were undergirded by nuisance law. This deep wellspring of local governmental regulatory power since the Medieval era extended far beyond just gunpowder to embrace all manner of police measures related to the protection of public peace, maintenance of public health, and promotion of the public good. Nuisance law and gunpowder storage are important factors in understanding eighteenth-century weapon regulation.

12. As the nineteenth century wore on and developments in firearm technology and production placed concealable pistols within easy reach of persons under twenty-one, that local regulatory power justified ordinances against selling concealable weapons to such minors. They reflected a trend that was on the rise among American states to establish minimum age laws for the sale/purchase of

deadly weapons that (despite some outliers mentioned by Mr. Hardy) generally set that age at twenty-one. Prior to approximately the mid-nineteenth century, legal minors—like most Americans—had limited access to concealable pistols and fighting knives; when access to those weapons became a social problem in the post-Civil War period, state and local governments responded with regulations.

13.     Mr. Hardy's discussion of colonial and state militia laws focuses upon the minimum age of mandated service without taking into account additional information about the legal and social status of legal minors. A closer look at eighteenth-century and early nineteenth-century militia laws shows that persons under twenty-one occupied an ambiguous status in that their participation within the militia was mediated by parents, guardians, or masters whose actions and behaviors in relation to their dependents' service were also regulated by militia laws. Due to the length, complexity, and frequency of amendment to militia laws, my research for this report employed a case study method of looking closely at late-eighteenth- and early nineteenth-century militia laws and amendments enacted in Pennsylvania, Georgia, the Northwest Territory, and Ohio.

## I.    HISTORICAL CONTEXT OF NINETEENTH-CENTURY WEAPON REGULATIONS

14.     In order to make sense of the types of weapon regulations enacted between 1800 and 1900—including age-based sales restrictions—it is crucial to have an understanding of the socio-political context of the time. Nineteenth-century Americans did not debate, pass, and enforce weapon laws in a vacuum any more than we do today—just as for us, their views on how and to what degree they should regulate weapons were formed in response to the violence and loss of life they saw around them. Nineteenth-century weapon laws accorded with their understanding of the right to bear arms as enshrined within the Second Amendment and state analogues, which left ample room for safety-based regulations designed to protect innocent people from gun violence.

7

### A.   Violence in Antebellum America

15.    Rates of homicide and interpersonal violence have fluctuated throughout American history, in large part as a result of socio-political factors. Scholarship on the subject shows that when Americans feel a stronger sense of confidence in their governing institutions and a deeper commitment to one another as fellow Americans, rates of violence tend to be lower. On the other hand, when people lack faith in their institutions and view their fellow Americans with suspicion, rates of violence generally rise.[2] The United States has always been a diverse place, which means that regional (and sometimes local) factors have shaped people's perceptions of their political leaders, their governing institutions, and their neighbors. This process was complicated in the nineteenth century by the dramatic growth of the United States in terms of its geographic size and population.

16.    Violence and homicide in the United States have historically been varied according to region (North, South, and West) over time. As a general rule, the South was a more violent place than the North between 1800 and 1900, though northern areas experienced increases in violence and homicide around midcentury and near the turn of the twentieth century.[3] Violence in the West was also significant, particularly in the Southwest where so many new Anglo-American residents came from southern roots.[4] Still, the violence was to some degree location-specific, with boomtowns and mining camps experiencing much more

---

[2] Historian Randolph Roth has shown that four correlates contribute to rates of homicide: stability of government; confidence in government and officials; a sense of patriotism or kinship; and a legitimate social hierarchy. See Randolph Roth, *American Homicide* (Cambridge: Belknap Press of Harvard University Press, 2009), 17-26.

[3] Roth *American Homicide*, 183-198, 297-326, 386-388, 411-434.

[4] Roth, *American Homicide*, 354-356, 374-384.

1  bloodshed than the newly established market towns attracting middle class residents

2  and featuring more balanced gender ratios.[5]

3       17.    One pattern that emerged was for states and municipalities to enact

4  new weapon-related statutes at times when the regional homicide levels were on the

5  rise. These were not necessarily states' first forays into weapon regulation.

6  Common law had largely prohibited carrying weapons in public spaces, and some

7  jurisdictions even as early as the eighteenth-century included that law in their

8  statute books. For instance the older public carry laws from the nineteenth century

9  were enacted in southern areas, especially along what had been the southwestern

10 border between the United States and Spanish-controlled territories (along the Ohio

11 and Mississippi Rivers).[6] Taxes upon the ownership of bowie knives also appear to

12 have originated in the southern states.[7] But as violence and homicide increased in

13 northern areas beginning in the 1840s, new enactments came from northern

14

---

15      [5] The extent and severity of violence in the trans-Mississippi West is a
   subject of much debate among historians. But scholarship has shown that towns
16 with middle-class residents, more balanced gender ratios, and a greater confidence
   in local institutions were less likely to experience the kind of severe violence
17 stereotypically associated with the American West. See Robert R. Dykstra, *The
   Cattle Towns* (New York: Knopf, 1968); Mark R. Ellis, *Law and Order in Buffalo
18 Bill's Country: Legal Culture and Community on the Great Plains, 1867-1910*
   (Lincoln: University of Nebraska Press, 2007).

19      [6] For example, see 1813 La. Acts 172, An Act Against Carrying Concealed
   Weapons, and Going Armed in Public Places in an Unnecessary Manner, § 1
20 (**Exhibit 2**) ("That from and after the passage of this act, any person who shall be
   found with any concealed weapon, such as a dirk, dagger, knife, pistol, or any other
21 deadly weapon concealed in his bosom, coat, or in any other place about him that
   do not appear in full open view, any person so offending, shall on conviction
22 thereof before any justice of the peace, be subject to pay a fine…"); 1813 Ky. Acts
   100, An Act to Prevent Persons in this Commonwealth from Wearing Concealed
23 Arms, Except in Certain Cases, ch. 89, § 1 (**Exhibit 3**) ("any person in this
   Commonwealth, who shall hereafter wear a pocket pistol, dirk, large knife, or
24 sword in a cane, concealed as a weapon, unless when travelling on a journey… .").

25      [7] For example, see 1850 NC, ch. 121 (**Exhibit 4**); 1856 NC, ch. 34, § 23 (4)
   (**Exhibit 5**); 1866 NC ch. 21 (**Exhibit 6**); Anderson Hutchinson, *Code of
26 Mississippi: Being an Analytical Compilation of the Public and General Statutes of
   the Territory and State* (Jackson: Price and Fall, 1848), 182. This is not an
27 exhaustive list. Mississippi repealed its tax upon "Bowie-knives, Sword-canes and
   Dirk-knifes" during the first year of fighting the Civil War. 1861 Miss. Ch. 125
28 (**Exhibit 7**).

9

1 jurisdictions as well.[8] Western and Plains communities that had enacted weapon

2 regulations tended to experience a greater degree of peace and consequently lower

3 levels of violence and homicide.[9] In other words, nineteenth-century Americans

4 from across the country responded to rising levels of violence and crime by

5 regulating weapons.

6       18.    The kinds of violence that American communities confronted explain

7 why weapon regulations took the approaches they did. Communities situated along

8 the riverside towns of the Mississippi River and its tributaries were particularly

9 beset by transient boatmen transporting goods to and from New Orleans. The

10 boatmen who operated and staffed these vessels tended to be illiterate, hard-

11 drinking, and rowdy, and it was not uncommon for them to settle disputes violently.

12 It is likely that large knives were a favorite among boatmen because they

13 functioned in both dry and wet conditions and (unlike the single-shot pistols of the

14 day) did not need to be reloaded.[10] Fights and fatalities occurred frequently, and

[8] New enactments during the 1840s regarding public carry and taxation (some of which are municipal ordinances) came from the states: *public carry*, Maine, Alabama, Louisiana, Michigan, Virginia, Wisconsin, California, and Florida; *registration/taxation*, Iowa (Burlington) and Mississippi. In the 1850s: *public carry*, Massachusetts, Pennsylvania, Minnesota, Delaware, New Mexico, Oregon, Wisconsin, Kansas, Ohio, Indiana, Kentucky, New York (Central Park) and Washington, D.C.; *registration/taxation*, Rhode Island (Newport), California (San Francisco), North Carolina, Alabama, Louisiana. See Duke Repository of Historical Gun Laws, https://firearmslaw.duke.edu/repository/search-the-repository/. In searching the Duke Repository, I selected "carry" and "registration/taxation" categories and listed the states with new enactments during each decade of the antebellum nineteenth century. The number of such enactments grew over the decades, and ceased to be exclusively southern beginning in the 1820s (2 of 3 total states); by the 1850s, northern/midwestern states accounted for 9 of 15 jurisdictions, western ones accounting for 4, and southern ones (including Washington, D. C.) accounting for 4.

[9] Richard White, *It's Your Misfortune and None of My Own: A New History of the American West* (Norman: University of Oklahoma Press, 1991), 332. ("Those towns such as the cattle towns that disarmed young men lowered rates of personal violence considerably. Those towns…that not disarm men tended to bury significantly more of them. Society as a whole was able to control personal violence when the community desired to do so.").

[10] Depictions of flatboat and keelboat operators reprinted in secondary sources sometimes show them with firearms such as rifles and muskets. See

(continued…)

1    boatmen often escaped justice by returning to the river. This coming and going of

2    rough men had negative effects upon riverside communities, and even infiltrated

3    beyond the rivers themselves.[11] The negative influence of boatmen and river life

4    more generally has been noted by historians, and the significant socio-economic

5    importance of riverside cities like St. Louis, Memphis, Natchez, New Orleans, and

6    others made events in even their surrounding areas significant to a state more

7    broadly.[12] For this reason, states deeply engaged in western riverboat traffic were

8    some of the first to enact public carry regulations in the nineteenth century.[13]

9         19.    Even in settlements well-insulated from riverside violence, the limited

10   access to government institutions could be problematic. County seats were not only

11   the location of county and district courts, but the sites of electoral activity and the

12   only place where official business involving debts and land conveyances could be

---

Michael Allen, *Western Rivermen, 1763-1861: Ohio and Mississippi Boatmen and the Myth of the Alligator Horse* (Baton Rouge: Louisiana State University Press, 1990), illustrations following p. 113. Revolvers were neither common nor affordable in the pre-steamboat era. Accounts of boatmen's violence refer to their using fists, clubs, and weapons such as knives and pistols. See Allen, *Western Rivermen*, 123–26; Bonnie Stepenhoff, *Working the Mississippi: Two Centuries of Life on the River* (Columbia: University of Missouri Press, 2015), 54–57.

[11] "The Murder Case, *The Democratic Sentinel* (Cadiz, Ohio), February 23, 1853, 4; reprinted from *Steubenville Union*, February 21, 1853 ("But he followed the river, and associated with men who drank, until he became a hard drinker, then followed the carrying of deadly weapons, and the conversations about trials of strength between fancy men in which deadly weapons were used and displayed, until he imbibed the idea that an insult or injury had to be atoned for alone by an appeal to physical force or the use of weapons."). https://chroniclingamerica.loc.gov/lccn/sn85025647/1853-02-23/ed-1/seq-3/. *See also* "Manners of the West," *Logansport Canal Telegraph* (Logansport, Indiana) February 18, 1837, 4, reprinted from the *Boston Atlas* (Boston, Massachusetts) (**Exhibit 78**) ("I am sorry to find that the habit of carrying concealed weapons is very prevalent here and in other places on the river.").

[12] Other scholars who note the influence of boatmen include: Swanne Bennett and William B. Worthen, *Arkansas Made: A Survey of the Decorative, Mechanical, and Fine Arts Produced in Arkansas through 1950*, 2 vols. (Fayetteville: University of Arkansas Press, 2021), 267. Roth, *American Homicide*, 219; On the tendency among easterners to perceive Americans as becoming increasingly uncivilized as they moved west, see Gordon S. Wood, *Empire of Liberty: A History of the Early Republic, 1789-1815* (New York: Oxford University Press, 2009), 395–96.

[13] These included: Tennessee (1801), Kentucky (1813), Louisiana (1813), and Indiana (1820). Tenn. 1801 ch. 22 § 6; 1813 Ky. Acts 100, ch. 89 § 1; 1813 La. Acts 172 § 1; Ind. 1819 ch. 39.  (**Exhibits 2, 3, 8, 9**.)

1    transacted. A visit to the county seat for such purposes often required overnight

2    travel. District judges, who heard the most important civil and criminal cases,

3    generally rode a circuit and visited the seats of the several counties within their

4    jurisdiction only a few times per year. Relative isolation from county and state

5    governments meant that precinct-level officials, like constables, deputies,

6    magistrates, or justices of the peace wielded significant power and influence by

7    being the first point of contact between the people and the representative

8    governments which they relied upon to protect the peace and ensure order.

9          20.    This weak reach of rural government combined with a seemingly

10   unshakeable honor culture to make deadly brawls an all-too-common occurrence.

11   The "ruffian," a man bent on imposing his will through force or intimidation,

12   engaged in unforgivably brutal behavior with a knife or pistol concealed in his

13   pocket.[14] Men feeling empowered by their secret weapons could risk violent

14   aggression. As a result, southern and southwestern governments became some of

15   the first to enact new statutes in the early 1800s that discouraged the carrying,

16   possession, or use of deadly weapons posing significant risks to safety.[15]

17   _____

18   [14] For example, *see* "The 'Science of Defence,'" *Public Ledger* (Philadelphia, Pennsylvania) August 5, 1840 (carrying swords as "refined ruffianism.") (**Exhibit 81**); "The Ruffian Foote," *Barre Patriot* (Boston, Massachusetts) April 26, 1850 (**Exhibit 79**) (Sen. Henry S. Foote of Mississippi as a "ruffian" for being armed in the Senate chamber, bullying an enemy, and pulling a knife on him in the presence of the full Senate); "Shocking Outrage," *The Miners' Express* (Dubuque, Iowa) September 24, 1851, 2 ("some ruffian or ruffians unknown" stabbed a pair of stabled horses, killing one). *See* https://chroniclingamerica.loc.gov/lccn/sn86083363/1851-09-24/ed-1/seq-2/.

22   [15] New enactments during the 1840s regarding public carry and taxation (some of which are municipal ordinances) came from the states: *public carry*, Maine, Alabama, Louisiana, Michigan, Virginia, Wisconsin, California, and Florida; *registration/taxation*, Iowa (Burlington) and Mississippi. In the 1850s: *public carry*, Massachusetts, Pennsylvania, Minnesota, Delaware, New Mexico, Oregon, Wisconsin, Kansas, Ohio, Indiana, Kentucky, New York (Central Park) and Washington, D.C.; *registration/taxation*, Rhode Island (Newport), California (San Francisco), North Carolina, Alabama, Louisiana. See Duke Repository of Historical Gun Laws, https://firearmslaw.duke.edu/repository/search-the-repository/. In searching the Duke repository, I selected "carry" and "registration/taxation" categories and listed the states with new enactments during

(continued...)

21. The greater degree of violence and danger to the public in the South and frontier areas had a direct impact upon weapon regulation. Americans living there responded to the problem by enacting regulations, not advocating a state of perpetual armed preparedness. Some gun-related statutes prohibited anyone from furnishing weapons to enslaved persons[16] and Native Americans.[17] White Americans viewed members of these racial groups with suspicion, if not outright

each decade of the antebellum nineteenth century. The number of such enactments grew over the decades, and ceased to be exclusively southern beginning in the 1820s (2 of 3 total states), and by the 1850s, northern/midwestern states accounted for 9 of 15 jurisdictions, western ones accounting for 4, and southern ones (including Washington, D. C.) accounting for 4.

[16] Slave Code provisions in the American colonies and Founding era tended to penalize the possession of weapons by enslaved men and women, but over time statutes penalized the furnishing of weapons to them by free persons without the consent of a master. See 1835 Tenn. Ch. 58 (**Exhibit 10**) ("Any free person who, without the consent of the owner, shall sell, loan or give to any slave, any gun, pistol, sword, or dirk, shall be guilty of a misdemeanor, and shall, on conviction by presentment or indictment, be fined not less than fifty dollars, and imprisoned not less than ten days,"). In Texas, the 1840 Slave Code and its amendments in 1850 and 1856 prohibited possession by slaves, but another amendment in 1863 specifically penalized providing or selling weapons to them. See Tex. 1863 ch. 15, § 3 (**Exhibits 11-13, 68**) ("If any person shall sell, give, or loan, to a slave or slaves, a gun, pistol, sword, bowie knife or dagger, or any gun-powder or percussion caps, without the written consent of his or her master, mistress or overseer, he or she shall be confined at hard labor in the Penitentiary not less than two nor more than five years,").

[17] Colonial and later state and federal governments across what is now the United States heavily regulated the Indian trade because it was one of the most lucrative and important economic enterprises in the colonial, revolutionary, and early republic periods. Native groups certainly acquired firearms, usually through regulated trade encounters overseen by government officials and undertaken by licensed traders. Laws prohibiting the sale of firearms, ammunition, or gunpowder to American Indians were designed to penalize the smugglers who engaged in unlicensed trade outside the regulatory guidelines put in place by colonial, state, and the federal government. See Angela Riley, "Indians and Guns," *Georgetown Law Journal* 100, no. 5 (June 2012); David J. Silverman, *Thundersticks: Firearms and the Violent Transformation of Native America* (Cambridge: Harvard University Press, 2016). Colonial statutes from the seventeenth and eighteenth centuries on this subject were ubiquitous; see Duke Repository of Historical Gun Laws, "Felons, Foreigners and Others Deemed Dangerous By the State, see https://firearmslaw.duke.edu/repository/search-results/?_sft_subjects=felons-foreigners-and-others-deemed-dangerous-by-the-state. For a nineteenth-century example, see Mo. 1844 ch. 80 § 4 (**Exhibit 14**) ("No person shall sell, exchange or give, to any Indian, any horse, mule, gun, blanket, or any other article or commodity whatever, unless such Indian shall be traveling through the state, and leave a written permit from the proper agent, or under the direction of such agent in proper person,").

13

1    disgust, and did not consider them to be members of the body politic included

2    within the phrase "we, the people." The idea is repugnant to us today and its

3    inclusion within this declaration by no means excuses race-based discrimination or

4    minimizes the problematic relationship between race and guns in American history;

5    but these laws do show a history of governments addressing the perceived dangers

6    posed by the trade in firearms, and a willingness to take action to prevent dealers

7    from selling firearms and other weapons to people whose interests threatened the

8    safety of white (albeit racist) communities.

9        22.    Moreover, race-based sales regulations were not the only regulatory

10    approaches in use in the nineteenth century. Public carry laws and taxation

11    requirements, designed as they were to be enforced upon white Americans, also

12    grew in number.

13        23.    Age-based restrictions formed yet another strategy that was on the rise

14    during this period, and by the early nineteenth century, it was not uncommon for

15    colleges to prohibit students from carrying deadly weapons on their persons or

16    keeping them within their residences.[18] By the Civil War era, when revolvers and

17    bowie knives were much more readily available, southern states were also the first

18    to enact age-based sales restrictions.

19        24.    Even though frontier areas and the slaveholding South were more

20    violent places than the North and Midwest, a rising level of violence and crime

21    proved to be a problem of national proportions. Northern states were relatively *less*

22    violent than southern ones, but they were not free of all violence and crime. The

23

24    _____
        [18] For example, see The Minutes of the Senatus Academicus of the State of
25    Georgia, 1799–1842, at 86 (1810), *see*
        https://dlg.usg.edu/record/guan_ua0148_ua0148-002-004-001#text; University of
26    Virginia Board of Visitors Minutes, 6-7 (October 4–5, 1824), *see*
        https://encyclopediavirginia.org/entries/university-of-virginia-board-of-visitors-
27    minutes-october-4-5-1824/; Acts of the General Assembly and Ordinances of the
        Trustees, for the Organization and Government of the University of North Carolina,
28    Laws for the Government of the University, at 15 Chapter V (1838), *see*
        https://docsouth.unc.edu/true/ncga/ncga.html. This is not an exhaustive list.

1   turning point there came in the 1840s, when the effects of burgeoning

2   industrialization led to conflict along ethnic, class, and political lines. Ruffianism

3   was present in northern life as well, and in the 1850s became associated with the

4   gang-like activities of nativist political factions.[19] Urban violence associated with

5   nativist unrest was attributed to devotees of anti-Catholicism, each one of which

6   was expected "to arm himself with bowie knife, and revolver or other deadly

7   weapons, and follow their leaders even to the shedding of blood."[20] When rates of

8   violence rose in northern communities after 1840, residents reacted in much the

9   same way as their southern counterparts had—by enacting regulations designed to

10  discourage the possession, carrying, and use of deadly weapons.

11      25.    Northern and midwestern states also pursued college rules and age-

12  based sales restrictions. Harvard College had declared in 1655 that "noe students

13  shall be suffered to have a gun in his or theire champers or studies, or keeping for

14  theire use any where else in the town."[21] Dickinson College in Pennsylvania put a

15  similar measure in place in 1830, as did Illinois College in 1850.[22] And by the

16

17

_____

18      [19] Mark E. Neely, "Apotheosis of a Ruffian: The Murder of Bill Pool and American Political Culture," in *A Political Nation: New Directions in Mid-*
19  *Nineteenth-Century American Political History*, eds. Gary W. Gallagher and Rachel A. Shelden (Charlottesville: University of Virginia Press, 2012), 36–63.

20      [20] "An Exposition of the Principles and Power of the Know Nothing Order of Connecticut," *Cadiz Democratic Sentinel* (Cadiz, Ohio) July 11, 1855, 1; reprinted
21  from the *Hartford Times* (Hartford, Connecticut). https://chroniclingamerica.loc.gov/lccn/sn84028794/1855-07-11/ed-1/seq-1/.

22      [21] Harvard University, *A Copy of the Laws of Harvard College, 1655* (Cambridge: Press of J. Wilson and Son, 1876 1655), 10, § 8, *see*
23  https://quod.lib.umich.edu/m/moa/ABJ6548.0001.001/12?rgn=full+text;view=image.

24      [22] Dickinson College, *The statutes of Dickinson College* (Carlisle: Geo.
25  Fleming, 1830), 22-23, § 12, *see* https://archive.org/details/statutesdickins00collgoog/page/n26/mode/1up; *Laws of*
26  *Illinois College* (Jacksonville: E. R. Roe, 1850), reprinted in *Transactions of the Illinois State Historical Society for the Year 1906* (Springfield: Illinois State
27  Journal Co., 1906), 254, § 5; 252, § 5, *see* https://libsysdigi.library.uiuc.edu/oca/Books2008-
28  04/papersinillinois/papersinillinois111906illi/papersinillinois111906illi.pdf.

1880s, age-based restrictions had become a regulatory strategy with nationwide appeal.

### B.   Colt Revolvers and the Civil War Era

26.    Prior to the mid-nineteenth century, revolvers were not widely available in the United States. Pistols that were available were muzzle-loading, single shot firearms that ranged in size from heavy, high-caliber "horse" pistols designed for cavalry use to small "pocket" pistols designed to be concealed in everyday clothing.[23] A type of multi-shot revolver that existed prior to the advent of the revolver is now known as a "pepperbox" pistol and featured multiple rotating barrels rather than a single barrel attached to a rotating cylinder. These types of firearms were treated as curiosities during the early nineteenth century and were not widely available in the United States until after the development of the revolver.[24]

27.    The year 1836 proved to be a turning point in the history of firearm development and a major catalyst for both a proliferation of interpersonal violence and intensification of firearm regulation in the nineteenth century. That was the year that Samuel Colt patented his first revolver design. It took a number of years, but eventually the revolver overtook dirks and bowie knives as the weapon considered most problematic in American communities.

28.    The Colt revolver diverged from pistols then widely available in two critical ways.  First, it was breech-loading, meaning that ammunition did not need to be inserted through the end of the barrel (muzzle-loading).  Second, it provided multiple shots without reloading; the standard design eventually settled at six

---

[23] Blair, *Pollard's History*, 104, 116-119; ("These [pocket pistols] were intended to be carried in the pocket of a person wearing normal civilian attire," pp.117).

[24] On the development and availability of pepperbox pistols in the nineteenth-century United States, see Lewis Winant, *Pepperbox Firearms* (New York: Greenberg, 1952).

rounds.[25]  The earliest revolvers (those manufactured prior to and during the Civil War) were of the "cap and ball" type, which required a delicate and time-consuming reloading process. By about the 1870s, technological developments in the design and functionality of ammunition meant that later-model revolvers could use individual cartridges; these could be inserted fairly quickly into the cylinder, which made the reloading process much more efficient—a boon on the battlefield, but a new danger in other contexts.

29.    Colt's patent was in force from 1836 to 1857, and during that twenty-year timeframe he tried to win government contracts that would make his invention profitable. His first company, Patent Arms Manufacturing Company, was not a financial success and ceased production in 1842. The US-Mexican War gave Colt his first military contract, breathing life back into his invention. He subsequently established Colt's Patent Fire Arms Manufacturing Company, which became a highly successful enterprise for more than a century. Colt lobbied Congress for a patent extension, citing his inability to capitalize on the initial twenty-year term; but the effort failed, and in 1857 other manufacturers rushed into the market. Even though Colt had a working revolver by the mid-1830s, it took decades for his invention to become commercially successful.

30.    Even though Samuel Colt's company had received a government contract in the 1840s to deliver "horse" pistols, the turning point for the company in terms of government patronage came with the outbreak of the Civil War. Southern states ordered as many revolvers as they could in the lead-up to Fort Sumter, and Colt's Patent Fire Arms Manufacturing Company was more than willing to deliver. But the far more important contracts came from the United States military, whose orders for pistols like Colt's revolver skyrocketed during the course of the Civil

---

[25] Revolvers' firing capacity could range anywhere from four to seven shots depending on the manufacturer and design of the firearm in question.

17

Expert Report and Declaration of Dr. Brennan Rivas (3:19-cv-01226-L-AHG)

1    War.[26]  Wartime production by Colt, in addition to the new entrants into the market

2    (like Smith & Wesson), created an unprecedented infrastructure to manufacture

3    staggeringly large quantities of pistols. As production capacity increased and the

4    U.S. military demobilized, more of these weapons became available to and

5    affordable for American consumers; by the 1870s, the net result was more and

6    cheaper pistols spread throughout the country[27], introducing the United States to its

7    first experience with rampant gun violence.

8        31.     Colt (and subsequent manufacturers after 1857) produced pistols that

9    fell into the historical categories that ran the gamut from large "horse" pistols to

10   concealable "pocket" pistols. The first pocket pistol produced by Colt was released

11   in 1848 and was a 0.31-caliber, five-shot revolver.[28] After the Civil War, military

12   purchases slowed, which led gun manufacturers to pivot toward civilian sales. They

13   marketed pocket pistols heavily. The explosion in production of pocket pistols was

14   all the more pronounced by the entry of imitation brands that used lower quality

15   metals with less sophisticated workmanship to sell pocket pistols at much lower

16   prices than the competition.[29] These cheap revolvers could be had for a few dollars,

17   with used ones selling for even less.

---

[26] On the life of Samuel Colt and the history of his firearm manufacturing companies, see Jim Rasenberger, *Revolver: Sam Colt and the Six-Shooter that Changed America* (New York: Scribner, 2020).

[27] Colt's Army revolvers cost about $20 at the time of the Civil War, but subsequent entrants into the market sold small pocket pistols for as little as a couple of dollars. For example, see digitized Sears and Roebuck catalog (1898), pp. 365-367.  Regardless of caliber, the pistols from Colt's ran about $12 to $13 in the catalog but retailed elsewhere for something closer to $18 (see pp. 367). Meanwhile, the smaller caliber pocket pistols from other brands could be ordered for as little as $1.40 (see pp. 365).  For the 1898 Sears & Roebuck catalog online, see https://bit.ly/3VeUhHo.

[28] Haven and Belden, *Colt Revolver*, 63-73.

[29] On size, variability, and manufacture of Colt pistols, see Jim Rasenberger, *Revolver: Sam Colt and the Six-Shooter that Changed America* (New York: Simon and Schuster, 2021); Martin Rywell, *Colt Guns* 66–67, 84–93 (Harriman, TN: Pioneer Press, 1953); R. L. Wilson, *The Colt Heritage: The Official History of Colt Firearms from 1836 to the Present* 173 (New York: Simon & Schuster, 1979).

32.     The technological improvement and proliferation of revolvers in the mid-nineteenth century had a dramatic impact upon the United States. This was a time period in which Americans were diverging from other Western countries in regard to rates of violence and homicide, as described above in this report. The flood of revolvers into American shops, homes, and communities exacerbated this larger problem of violence by rendering armed encounters even more deadly than they had been before. To kill someone with a revolver, an assailant had the benefit of six tries and only had to make a slight motion with the pointer finger—unlike bowie knives and dirks that required attackers to come close to their victims and physically get blood on their hands.

## II.   DEADLY WEAPONS DISTINGUISHED FROM MILITIA AND HUNTING FIREARMS

33.     As Americans faced rising rates of violence and crime, they (through their lawmakers and judges) defined a series of so-called "deadly weapons" that were subject to stringent regulation. "Deadly weapons" were those carried and used by ruffians, burglars, and assassins, by those ready to settle personal difficulties with blood rather than by reason and law. Another feature of deadly weapons was their suitability for concealment.[30] Deadly weapons were often referred to as "concealed weapons" for the straightforward reason that they were designed to be carried concealed.[31] As a result, Americans deemed these weapons a threat to public safety and therefore subject to strict regulation.

---

[30] "Concealed Weapons," *Criminal Law Magazine and Reporter* 8, no. 4 (October 1886), 410 (**Exhibit 80**) (quoting *State v. Erwin*, 91 N. C. 545 (1884)).

[31] Americans appear to have conflated the phrases "concealed weapons" and "deadly weapons" in reference to pistols, knives, slung-shots, etc. See "That Hip Pocket Nerve," *The Pascagoula Democrat-Star* (Pascagoula, Mississippi) November 2, 1888, 1 (The author conflates going armed as an everyday matter of course with carrying concealed, and contrasts that behavior with going unarmed about one's daily life.), available at : https://chroniclingamerica.loc.gov/lccn/sn87065532/1888-11-02/ed-1/seq-1/ ; "What They Think of It: The State Press on the Carrying of Concealed Weapons," *Daily Constitution* (Atlanta, Georgia), April 11, 1879, 4 (**Exhibit 69**); and

(continued…)

1    34.    Deadly weapons primarily consisted of large fighting knives

2    (especially bowie knives) and pocket revolvers, but other items such as metal

3    knuckles, sword canes, and slung shots were also included.[32] Bowie knives were

4    associated with ruffianism and brutality, and the moniker came from a man named

5    Jim Bowie who used a large knife of unique design during a duel-turned-brawl in

6    1827. When Bowie died at the Alamo, his name and his knife returned to the public

7    eye. News articles about the history of the knife and its use in needless killings

8    started appearing, and the phrase quickly made its way into regulatory measures

9    pertaining to deadly weapons.[33] The term "pistol" was a useful catch-all word to

10   include hand-held firearms whether they were muzzle-loading or revolvers of either

11   the large "army" and "horse" variety or a "pocket" size. At times, lawmakers

12   specifically restricted the presence of smaller-model pistols, especially pocket

13   "Concealed Weapons: What Is Thought of the Practice by the Press of the State,"
14   *Daily Constitution* (Atlanta, Georgia), March 27, 1879, 1 (**Exhibit 70**). (The latter
     two articles quote numerous other newspapers from Georgia which condemn
15   carrying deadly weapons in terms that associate going armed and carrying deadly
     weapons with the habit of carrying concealed weapons.)

16       [32] Slung shots were not like slingshots as we understand the term today. The
17   *Oxford English Dictionary* identifies this as a nineteenth-century American phrase
     referring to "a shot, piece of metal, stone, etc., fastened to a strap or thong, and used
18   as a weapon."

19       [33] Laws of this nature existed in numerous states during the antebellum
     nineteenth century, including Florida, which clearly distinguished between fighting
20   knives and pocket knives, criminalizing carry of the former but not the latter. See
     1846 Fla., ch. 75 (**Exhibit 15**) ("any dirk, pistol or other arm or weapon, except a
21   common pocket knife…."). *See also* 1838 Vir., ch. 101 (criminalizing carry of "any
     pistol, dirk, bowie knife, or any other weapon of the like kind, from the use of
22   which the death of any person might probably ensue…"); 1840 Ala., ch. 7 ("a
     bowie knife, or knife or instrument of the like kind or description, by whatever
     name called, dirk or any other deadly weapon, pistol or any species of fire arms, or
23   air gun…"); 1819 Ind., ch. 23 ("any dirk pistol, sword in cane, or any other
     unlawful weapon…"); 1821 Miss., ch. 49 ("any pistols, dirk or other such offensive
24   weapons…"); 1812 Ken., ch. 89 ("a pocket pistol, dirk, large knife, or sword in a
     cane…"); 1813 La., ch. 5 ("any concealed weapon, such as a dirk, dagger, knife,
25   pistol, or any other deadly weapon,"); Revised Statutes, Wisconsin, 1849, Title
     XXXI, Ch. 142, "Of Proceedings to Prevent the Commission of Crime," Sec. 18 ("a
26   dirk, dagger, sword, pistol or pistols, or other offensive and dangerous weapon…");
     Revised Statutes, Michigan, 1846, Title XXXI, Ch. 162, "Of Proceedings to
27   Prevent the Commission of Crime," Sec. 16 ("a dirk, dagger, sword, pistol, or other
     offensive and dangerous weapon…") (**Exhibits 2, 9, 16-21**). This is not an
28   exhaustive list.

20

1    pistols.[34] Pocket pistols (whether revolvers or single-shot models) were almost

2    universally condemned by Americans because they were weapons associated with

3    crime, assassinations, and a reckless disregard for human life. Between 1865 and

4    1912, three presidents were assassinated by men concealing pistols, and one more

5    survived an attempt.[35]

6        35.    Many states identified within a statute or code which deadly weapons

7    fell under various kinds of regulation (public carry, taxation, sales restrictions, etc.).

8    In Tennessee (1801), state lawmakers identified a list of weapons subject to public

9    carry restrictions: "any dirk, large knife, pistol or any other dangerous weapon."[36]

10   By the late 1830s when the phrase "bowie knife" came into common use in

11   conjunction with increased violence, state descriptions of deadly weapons tended to

12   absorb it as well.[37] Nineteenth-century regulations frequently employed the phrase

13   "deadly weapons" in relation to knives, pistols, and concealable weapons.[38]

---

14       [34] For example, see Ark. 1881 ch. 96 § 3 (**Exhibit 22**) (a misdemeanor to

15   "sell, barter or exchange, or otherwise dispose of, or in any manner furnish to any
     person…any dirk or bowie knife, or a sword or a spear in a cane, brass or metal

16   knucks, or any pistol, of any kind whatever, except such as are used in the army or
     navy of the United States, and known as the navy pistol, or any kind of cartridge,
     for any pistol, or any person who shall keep any such arms or cartridges for

17   sale…"). The mid-sized "belt" or "navy" pistols were sometimes also restricted.

18       [35] Presidents assassinated by gunfire from pistols were: Abraham Lincoln
     (1865); James A. Garfield (1881); and William McKinley (1901). In 1912,

19   Theodore Roosevelt survived being shot by a pistol in an attempted assassination.

20       [36] Tenn. 1801 ch. 22 § 6 (**Exhibit 8**).

21       [37] Tenn. 1838 ch. 137 (**Exhibit 23**) (statute updated to prohibit wearing "any
     Bowie knife, Arkansas tooth pick, or other knife or weapon that shall in form,
     shape or size resemble a Bowie knife or Arkansas tooth pick.").

22       [38] 1813 Louisiana ("…with any concealed weapon, such as a dirk, dagger,
     knife, pistol or any other deadly weapon concealed…"); 1837 Georgia ("An Act to

23   guard and protect the citizens of this State against the unwarrantable and too
     prevalent use of deadly weapons" subsequently enumerated as: "Bowie, or any

24   other kind of knives, manufactured and sold for the purpose of wearing, or carrying
     the same as arms of offence or defence, pistols, dirks, sword canes, spears, &c.");

25   1838 Alabama (penalizing the concealment of "any species of fire arms, or any
     bowie knife, Arkansaw tooth-pick, or any other knife of the like kind, dirk, or any

26   other deadly weapon…"); 1859 New Mexico (unlawful to "carry concealed
     weapons on their persons, of any class of pistols whatever, bowie knife (cuchillo de

27   cinto), Arkansas toothpick, Spanish dagger, slung-shot, or any other deadly

28   (continued…)

---

21

36.     Unlike the deadly weapons described above, muskets, fowling pieces, shotguns, and rifles were firearms designed for hunting, militia service, and communal policing. These weapons were ubiquitous in the rural, agricultural settings that Americans called home from the colonial period to the turn of the twentieth century. Men used these firearms for militia service and for the occasions when they were required to participate in local policing efforts through the *posse comitatus*; they would have much more frequently used such weapons for hunting—be it killing predatory animals, driving birds away from their crops, or hunting for meat. As will be discussed in greater detail later in this report, for men under the age of legal majority, training in firearms for such purposes was a domestic matter learned at the feet of older men, particularly fathers, male relatives, or legal guardians. The custom of male heads of households acting as a buffer between their dependents and the law, a fundamental feature of patriarchalism, did not disappear at the Founding or even at the turn of the nineteenth century. Farm workers, ranch hands, and other adult men had their access to weapons and role in communal policing efforts mediated by heads of households (who were typically their employers and landlords as well). For instance, the cattlemen who owned

---

weapon, of whatever class or description they may be, no matter by what name they may be known or called…"); 1862 Colorado Territory ("An Act to prevent the carrying of concealed deadly weapons in the cities and towns of this Territory," subsequently enumerated as: "any pistol, bowie knife, dagger, or other deadly weapon…"); repeated in Montana Territory 1864; 1863 California ("…any dirk, pistol, sword in a cane, slung-shot, or other dangerous or deadly weapon, concealed,…"); 1871 Texas ("An Act to regulate the keeping and bearing of deadly weapons," subsequently enumerated as: "any pistol, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured or sold for the purposes of offense or defense…"); 1874 Illinois (unlawful to "carry concealed weapons, or in a threatening manner display any pistol, knife, slungshot, brass, steel or iron knuckles, or other deadly weapon…"); 1878 Mississippi ("…concealed, in whole or in part, any bowie knife, pistol, brass knuckles, slung shot or other deadly weapon of like kind or description…"); 1883 Missouri ("…carry concealed, upon or about his person, any deadly or dangerous weapon…"); Idaho Territory 1889 ("An Act regulating the use and carrying of deadly weapons in Idaho Territory," subsequently enumerated as: "any dirk, dirk-knife, sword, sword-cane, pistol, gun or other deadly weapons…") (**Exhibits 2, 24-31, 82, 83, 84**).

Expert Report and Declaration of Dr. Brennan Rivas (3:19-cv-01226-L-AHG)

1  ranches and employed cowboys could prohibit them from keeping and carrying

2  pistols while working for the ranch or living within its confines.[39]

3        37.     Judges deciding appellate cases that considered the constitutionality of

4  weapon regulations hinged their decisions upon this crucial distinction between

5  deadly weapons and militia arms. A judge in Arkansas stated that "It is manifest

6  from the language of the [Second Amendment], and from the expressions of these

7  learned commentators, that the arms which it guarantees American citizens the right

8  to keep and to bear, are such as are needful to, and ordinarily used by a well

9  regulated militia, and such as are necessary and suitable to a free people, to enable

10  them to resist oppression, prevent usurpation, repel invasion, etc."[40] A Tennessee

11  judge, in deciding that a state public carry law was overly broad, reasoned that:

12  "We know there is a pistol of that name [revolver] which is not adapted to the

13  equipment of the soldier, yet we also know that the pistol known as the repeater is a

14  soldier's weapon—skill in the use of which will add to the efficiency of the soldier.

15  If such is the character of the weapon here designated, then the prohibition of the

16  statute is too broad to be allowed to stand, consistently with the views herein

17  expressed."[41]

18  **III.  AGE-BASED RESTRICTIONS UPON THE SALE OF DEADLY WEAPONS IN THE NINETEENTH CENTURY**

19

20        38.     As deadly weapons, especially small pistols, became more readily

21  available after approximately 1850, public sentiment became increasingly vocal in

22  its support for accompanying safety-based regulations. This included public support

23

24      [39] Jaqueline M. Moore, *Cow Boys and Cattle Men: Class and Masculinities on the Texas Frontier, 1865-1900* (New York: NYU Press, 2010), 84-85, 187-188. Such a living and working environment did not prohibit cowboys and ranchhands from *purchasing* pistols, but recognition of the extent of patriarchal social relations in the United States through at least the turn of the twentieth century adds an important layer of nuance to any discussion of the access of legal minors and others "disabled" by law to deadly weapons.

25

26

27      [40] *Fife v. State*, 31 Ark. 455 (1876).

28      [41] *Andrews v. State*, 50 Tenn. 165 (1871).

23

1  for limiting the access of young people to deadly weapons. Accidental shootings

2  that involved children made news, as did reports that unlawful carrying was

3  widespread among young people.[42] A shooting involving two siblings (aged seven

4  and twelve) was described as "a distressing accident" and a "careless shooting."[43]

5  In 1880, a newspaper in Holt County, Missouri reported that "the wretched practice

6  of carrying concealed weapons has lately become the rule rather than the exception

7  among boys from twelve to eighteen years old." The author called on parents to

8  "examine the trousers of the young bucks and promptly confiscate the weapons

9  wherever found."[44]

10      39.    Shootings involving children at times resulted in criminal charges

11  against the underage shooter as well as the adult providing the weapon. For

12  instance, in 1892 a ten-year-old Minnesotan boy was charged "for shooting a

13

14

15

16  [42] For examples of news coverage of shootings involving children, see "Little
    Brother Shot Her," *New York Times* (New York, New York), July 3, 1897, 7; "The
17  Pistol Was Loaded," *Atlanta Constitution* (Atlanta, Georgia), July 15, 1891, 2; "A
    Child Shoots Herself," *Atlanta Constitution* (Atlanta, Georgia), October 11, 1895,
18  3; "A Child with a Pistol," *Atlanta Constitution* (Atlanta, Georgia), January 16,
    1894, 1 (**Exhibits 71-74**). For an example of a report of rampant weapon-carrying
19  by youths, see "Indianapolis," *Cincinnati Enquirer* (Cincinnati, Ohio), August 12,
    1881, 2 (**Exhibit 75**).

20  [43] "Another Victim of Careless Shooting," *Cincinnati Daily Gazette*
21  (Cincinnati, Ohio) January 9, 1874, 1 (**Exhibit 76**) ("A distressing accident
    occurred here this morning, by the careless and reckless use of a pocket pistol,
22  which resulted in the shooting and death of a daughter of Wm. Richter. Mr.
    Ricther's son, a boy about twelve years old, has been in the habit of carrying a
23  small single barreled pocket pistol, and this morning, while he was yet in bed, his
    brother, a lad nine years old, took it from his vest and snapped it three times at the
24  head of his sister, a little girl seven years of age. The fourth time he snapped the
    pistol the cartridge exploded and lodged the ball in the his sister's temple, from the
25  effects of which she died in about four hours.") See also "Playing with a Pistol,"
    *Atlanta Constitution* (Atlanta, Georgia), April 6, 1887, 4 (**Exhibit 77**) (describing
26  the "sad accident" of a five-year-old boy accidentally shooting two other children,
    killing one).

27  [44] Untitled, *Holt County Sentinel* (Oregon, Missouri), February 27, 1880, 1.
28  HYPERLINK: The Holt County sentinel. [volume] (Oregon, Missouri.) 1865-1880,
    February 27, 1880, Image 1 « Chronicling America « Library of Congress (loc.gov)

companion," as was the man who sold him two revolvers in violation of the law prohibiting "selling weapons to minors."[45]

40.    Between 1850 and 1900, at least twenty-four states and territories enacted age-based weapon restrictions. Two of those criminalized the carrying of deadly weapons by minors.[46] But the standard approach was for states to assess fines and other penalties upon the dealers who provided weapons to underage buyers.[47] Unlawful sales, gifts, or transfers of deadly weapons to minors were misdemeanors punishable by a fine (most of them ranging from $25 to $200). Some jurisdictions provided for jail time in lieu of or in addition to the fine.

41.    These age-based restrictions generally established twenty-one as the threshold for the legal sale/purchase of a deadly weapon. Still, some states set that age lower. For example, Ohio's 1880 law on the subject criminalized the selling of

---

[45] "Twinklers in St. Paul," *St. Paul Daily Globe* (St. Paul, Minnesota), June 9, 1892, 4. HYPERLINK: St. Paul daily globe. [volume] (Saint Paul, Minn.) 1884-1896, June 09, 1892, Page 4, Image 4 « Chronicling America « Library of Congress (loc.gov)

[46] Ariz. 1883 ch. 36 §3 p. 66 "An Act Supplemental to and amendatory of an Act entitled 'An Act to prevent the improper use of deadly weapons, and the indiscriminate use of firearms in the towns and villages of the Territory," (**Exhibit 32**) (Sec. 3: "Any person in this Territory over the age of ten and under the age of seventeen years, having or carrying, concealed or unconcealed,…shall, upon conviction thereof…be fined in any sum not more than fifty dollars, or be imprisoned in the County Jail not more than one month, or be punished by both such fine and imprisonment, in the discretion of the Court trying the case."); Nev. 1885 ch. 51 p. 51 (**Exhibit 33**) ("Every person under the age of twenty-one (21) years who shall wear or carry…concealed upon his person, shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, be fined not less than twenty nor more than two hundred ($200) dollars, or by imprisonment in the county jail not less than thirty days nor more than six months, or by both such fine and imprisonment.").

[47] Alab. 1856 ch. 26 p. 17; Tenn. 1856 ch. 81 p. 92 §2; Ind. 1875 ch. 40 p. 59; Geo. 1876 ch. 128 p. 112; Miss. 1878 ch. 46 p. 175; Ohio 1880 S.B. 80 p. 79; Penn. 1881 ch. 124 p. 111; Dela. 1881 ch. 548 p. 716; Flor. 1881 ch. 3285 p. 87; Ill. 1881 "Criminal Code" §2 p. 73; Mary. 1882 ch. 424 p. 656; W. V. 1882 ch. 135 §7 p. 421; Kan. 1883 ch. 105 p. 159; MO 1883 p. 76 "An Act to amend section 1274, article 2, chapter 24 of the Revised Statutes of Missouri, entitled 'Of Crimes and Criminal Procedure,' "; Wisc. 1883 ch. 329 p. 290; Iowa 1884 ch. 78 p. 86; Okla. 1890 ch. 25 art. 47 §3 p. 496; Lou. 1890 ch. 46 p. 39; Va. 1890 ch. 152 p. 118; Wyo. 1890 ch. 73 §97 p. 140; N. C. 1893 ch. 514 p. 468; Tex. 1897 ch. 154 p. 221. (**Exhibits 34-53**.)

any firearms (not just pistols) or their ammunition to persons under the age of fourteen.[48] This minimum age threshold of fourteen was an outlier at the time, because most states established legal majority (twenty-one) or eighteen for the legal sale/purchase of deadly weapons. But in a predominantly agricultural society in which children were expected to earn their keep, so to speak, by contributing to the family economy, the level of maturity expected of a fourteen-year-old was quite different from today. The late nineteenth and early twentieth centuries were a time in which American families outside of urban environments began adopting more "modern" child-rearing practices that deemphasized the responsibilities of children in favor of education.[49] It is therefore unsurprising that some states whose family economies continued to be oriented primarily around farming might find fourteen to be an acceptable age to use a firearm on and around the homestead under adult supervision or with appropriate training. Smaller rifles were used to hunt vermin and scare away birds—tasks that farm families at that time might have reasonably assigned to boys aged fourteen and up.

42.     Some states provided exceptions for minors subject to supervision or control by more senior figures. Illinois, Texas, and Missouri, for instance, barred selling or giving a whole host of deadly weapons to minors without the permission

---

[48] 1880 Ohio 79, "An Act supplementary to chapter eight(8), title one (1), part four (4), of the revised statutes of Ohio," (**Exhibit 39**) (referring to § 6986a). The law penalized anyone who "sells, barters, or gives away to any minor…any air-gun, musket, rifle-gun, shot-gun, revolver, pistol, or other fire arm, of any kind or description whatever." It also penalized "whoever being the owner, or having charge or control of any such air-gun, musket, rifle-gun, shot-gun, revolver, pistol or other fire-arm knowingly permits the same to be used by such minor." The maximum fine was $100 (nearly $3,000 today) or imprisonment in the county jail for up to thirty days, or both. $100 in 1880 would have the equivalent purchasing power in 2023 of approximately $2,981.64. See https://www.officialdata.org/us/inflation/1880?amount=100

[49] On modern childrearing practices, see Peter N. Stearns, *Childhood in World History* (New York: Routledge, 2006), 47-49, 54-64.

1  of a parent or guardian.[50] This entailed the presence of such a guardian or his agent
2  at the place of purchase, or his written consent.[51]

3       43.    There were some additional exceptions to states' age-based
4  restrictions. Maryland excepted hunting firearms from its age restriction, stating
5  that no one, "be he or she licensed dealer or not," was permitted to "sell, barter or
6  give away any firearm whatsoever or other deadly weapons, except shot gun,
7  fowling pieces, and rifles, to any person who is a minor under the age of twenty-one
8  years."[52] Tennessee lawmakers added a proviso saying "this act shall not be
9  construed so as to prevent the sale, loan, or gift to any minor of a gun for
10  hunting."[53] In Georgia, the prohibition against selling, giving, lending, or furnishing
11  deadly weapons to minors contained a proviso asserting that "nothing herein
12  contained shall be construed as forbidding the furnishing of such weapons under
13  circumstances justifying their use in defending life, limb or property."[54]

14

15

---

[50] Ill. 1881 "Criminal Code" §2 p. 73 (**Exhibit 43**) ("Whoever, not being the father, guardian or employer of the minor herein named, by himself or agent, shall sell, give, loan, hire or barter, or shall offer to sell, give, loan, hire or barter to any minor within this state, any pistol, revolver, derringer, bowie knife, dirk or other deadly weapon of like character, capable of being secreted upon the person…"); Tex. 1897 ch. 154 p. 221 (**Exhibit 53**) ("…if any person in this State shall knowingly sell, give, or barter, or cause to be sold, given or bartered to any minor, any pistol, dirk, dagger, slung shot, sword-cane, spear, or knuckles made of any metal or hard substance, bowie knife or any other knife manufactured or sold for the purpose of offense or defense, without the written consent of the parent or guardian of such minor, or of some one standing in lieu thereof…") (of note, this regulation was one chapter away from a law preventing billiard owners from allowing minors inside without parental consent, indicating these laws were part of a broader effort to protect public safety by regulating the behavior of minors); MO 1883 p. 76 "An Act to amend section 1274, article 2, chapter 24 of the Revised Statutes of Missouri, entitled 'Of Crimes and Criminal Procedure,' " (**Exhibit 45**) ("If any person…shall directly or indirectly sell or deliver, loan or barter to any minor any such weapon [any kind of fire arms, bowie knife, dirk, dagger, slung-shot or other deadly weapon], without the consent of the parent or guardian of such minor…").

[51] *Ibid.*

[52] Mary. 1882 ch. 424 p. 656 (**Exhibit 54**).

[53] Tenn. 1856 ch. 81 p. 92 §2 (**Exhibit 35**).

[54] Geo. 1876 ch. 128 p. 112 (**Exhibit 37**).

44.     These nineteenth century requirements placed upon dealers could be substantial. As they do in many states today, lawmakers expected dealers to use their personal knowledge to refuse to sell to minors, and to carry out sales based upon their own evaluation of the prospective customer. West Virginia prohibited the sale of deadly weapons to minors, and in doing so charged dealers with not selling to "a person whom he knows, or has reason, from his appearance or otherwise, to believe to be under the age of twenty-one years."[55] Virginia's statute prohibited selling, bartering, giving, or furnishing cigarettes and deadly weapons when "having good cause to believe him or her to be a minor under sixteen years of age."[56] Illinois required a registration of all weapon sales in the state and even provided data categories that had to be reported, including the "Age of purchaser."[57] The flip-side to this coin was that the statutes provided some protection to dealers who chose not to go through with a sale based upon their evaluations of would-be gun-buyers.

45.     Some states prohibited the sale of weapons to minors in conjunction with other groups deemed untrustworthy at the time. In Kentucky, for example, the age restriction enacted in 1859 for the town of Harrodsburg went hand-in-hand with restrictions in place against enslaved persons and free Blacks.[58] And in Kansas, age restrictions imposed in 1883 coincided with restrictions against persons "of notoriously unsound mind"; this Kansas statute criminalized such sales by vendors and also imposed fines upon minors found to be in possession of concealable arms.[59]

---

[55] W. V. 1882 ch. 135 §7 p. 421 (**Exhibit 55**).

[56] Va. 1890 ch. 152 p. 118 (**Exhibit 50**).

[57] Ill. 1881 "Criminal Code" §3 p. 73 (**Exhibit 43**). Other headings were "No. of weapon.," "To whom sold or given," "Kind and description of weapon," "For what purpose purchased or obtained," and "Price of weapon."

[58] Kent. 1859 ch. 33 p. 241 (**Exhibit 56**).

[59] Kan. 1883 ch. 105 p. 159 (**Exhibit 44**) ("§ 1. Any person who shall sell,

(continued…)

46.     Nineteenth-century regulations related to the sale of deadly weapons were generally upheld by state appellate courts as appropriate exercises of police power. Statutes barring the sale of pocket pistols in Tennessee and Arkansas were upheld by their respective courts.[60]

47.     The fact that few other such cases can be found in the appellate record until the twentieth century supports the notion that Americans living in the mid and late nineteenth century accepted age-based sales restrictions as reasonable and beneficial regulations consistent with their view of the Second Amendment right.

48.     Sales restrictions like these should be evaluated in light of the relative availability of deadly weapons to prospective buyers under the specified age. Industrialization was rapidly increasing the manufacturing capacity of companies that produced weapons. Railroads were rapidly decreasing the cost of transporting these mass-produced weapons to customers across the country. The advertising, sales, and distribution networks taking shape were effectively making these products more easily accessible to customers than they had ever been before. The catalog companies advertised pistols and knives, and they could deliver them nationwide at very low prices. Firearm companies distributed catalogs, advertisement books, and other literature to their network of affiliated dealers, which broadened the shopping options of Americans looking to buy new pistols— in other words, they were no longer confined to what a local dealer had in stock or was able to acquire in the nearest city.

_____

trade, give, loan or otherwise furnish any pistol, revolver or toy pistol, by which cartridges or caps may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot, or other dangerous weapons to any minor, or to any person of notoriously unsound mind, shall be deemed guilty of a misdemeanor, and shall, upon conviction before any court of competent jurisdiction, be fined not less than five nor more than one hundred dollars. § 2. Any minor who shall have in his possession any pistol, revolver or toy pistol, by which cartridges may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot or other dangerous weapon, shall be deemed guilty of a misdemeanor, and upon conviction before any court of competent jurisdiction shall be fined not less than one nore more than ten dollars.").

[60] *Dabbs v. State*, 39 Ark. 353 (1882); *State v. Burgoyne*, 75 Tenn. 173 (1881).

49.     Age-based sales restrictions (as well as other regulatory approaches) increased in number as the nineteenth century wore on because these systemic economic conditions were making deadly weapons an increasingly serious problem for American communities. When the situation called for regulatory intervention to satisfy voters and promote public safety, lawmakers and judges responded accordingly.

**IV.  A PRELIMINARY RESPONSE TO THE DECLARATION OF DAVID HARDY**

50.     Mr. Hardy's declaration in support of Plaintiffs' motion for preliminary injunction makes several assertions, one being that only two age-based sales restrictions were enacted prior to 1875. He cites a Kentucky law from 1860 (which actually applied to the Town of Harrodsburg rather than the entire state) and an 1856 Alabama statute.[61] Mr. Hardy's statement omits a pertinent 1856 statute from Tennessee, indicating that his research was not exhaustive. Moreover, the omitted statute, which made it "unlawful for any person to sell, loan, or give, to any minor a pistol, bowie-knife, dirk, or Arkansas tooth-pick, or hunter's knife," was upheld by an appellate court.[62] It is possible that yet more state and local age restrictions were in place prior to 1875 but have not been digitized or captured in searchable databases such as Hein Online.

**A.   Gun Powder Storage Laws**

51.     Mr. Hardy's declaration briefly mentioned gunpowder storage laws, describing them as "other regulations" that "only applied when that volatile explosive exceeded a safe amount." (Paragraph 10). A closer look at these laws is worthwhile, because the regulation of gunpowder served purposes beyond strictly fire prevention.

---

[61] 1859 Kentucky 33, "An Act to amend an act, entitled 'An act to reduce into one the several acts in relation to the town of Harrodsburg," § 23 (passed January 12, 1860) (**Exhibit 56**); 1855 Ala. 26, "An Act to amend the criminal law," (approved February 2, 1856) (**Exhibit 34**).

[62] 1856 Tenn. 92 (**Exhibit 35**); *State v. Callicutt*, 69 Tenn. 714 (1878).

52.      Throughout American history, rules and requirements have been put in place regarding the storage of gunpowder. As early as the seventeenth century, American colonists had specified how much gunpowder could be kept within a particular establishment or home, and directed that any amount beyond that must be stored in public magazine. These regulations were about fire prevention, but they were also about public safety more generally.  Indigenous groups wanted and expected to trade for guns and ammunition, or receive them as gifts from friendly colonial powers. Keeping gunpowder in a specific, defensible spot, and regulating how much of it an individual could take at a given time, was a matter of community defense. Withholding access to gunpowder was at times a more effective way of exerting influence over Native groups than attempting to restrict their access to firearms. Regulations pertaining to the storage, sale, and transportation of gunpowder were therefore also bound up with matters of public safety and firearm regulation.[63]

53.      Gunpowder storage regulations became increasingly important in the post-Revolutionary period because manufacture of the substance evolved to become a critically important component of the burgeoning American economy. Gunpowder was a necessary component for security and defense, but it was also a valuable commodity in its own right. Regulating the storage and transportation of this substance was an important endeavor of colonial and early American governments, and such regulation took place within the umbrella of nuisance law— using one's property (gunpowder or its manufacturing process) in a way that endangered others was a nuisance.[64]

---

[63] On Native Americans and gunpowder, see David L. Silverman, *Thundersticks: Firearms and the Volatile Transformation of Native America* (Cambridge: Belknap Press of Harvard University Press, 2016), 15, 123-128.

[64] On gunpowder regulation, particularly within the realm of nuisance law, see William J. Novak, *The People's Welfare: Law and Regulation in Nineteenth-Century America* (Chapel Hill: University of North Carolina Press, 1996), 62-66.

(continued…)

1

## B.   Legal Minors and Militia Service

2    54.    In his declaration supporting Plaintiff's motion for preliminary

3  injunction, David Hardy identifies numerous colonial and early American militia

4  laws that required the enrollment of males under twenty-one years in the militia.

5  Mr. Hardy's methodological approach appears to involve examining the sections

6  within certain militia laws that identify persons subject to service, and taking note

7  of the minimum required enrollment age. This approach produces a superficial

8  nationwide snapshot circa 1791 that does not include information about how legal

9  minors and dependent persons within the militia system were treated. Mr. Hardy's

10 argument therefore fails to present a full picture of the ambiguous status of persons

11 under twenty-one years within the militia system.

12    55.    In order to provide a fuller, more accurate perspective, I employed a

13 case study method of closely reading not only militia laws but their subsequent

14 amendments and revisions within several states and territories. Pennsylvania

15 enacted a militia law in 1777 and passed revised laws in 1780, 1793, and 1822,

16 along with numerous amendments.[65] Georgia's 1793 militia law was amended three

17 times before being revised in its entirety in 1803.[66] The 1799 militia law of the

18 Northwest Territory preceded the militia laws of Ohio, enacted in 1803 and 1831.[67]

19

20 See also Saul Cornell and Nathan DeNino, "A Well-Regulated Right: The Early American Origins of Gun Control," *Fordham Law Review* 73 (November 2004), 510-512.

21 [65] 1777 Penn. Ch. 750; 1777 Penn. Ch. 760; 1777 Penn. Ch. 781; 1779 Penn. Ch. 843; 1780 Penn. Ch. 902; 1793 Penn. Ch. 1696; 1822 Penn. Ch. 274 (**Exhibits 57-60, 62, 63, 66**).

22

23 [66] 1792 Ga. Ch. 468, reprinted in Robert Watkins, et al, eds., *Digest of the Laws of the State of Georgia* (Philadelphia: R. Aitken, 1800), 458-467; 1793 Ga. 32, "An Act Supplementary to an Act entitled 'An Act to revise and amend the Militia Law of this State…'"; 1796 Ga. 16, "An Act to organize the Militia in the several New Counties of this State"; 1798 Ga. 21, "An Act to provide more effectually for training the Militia of this State"; 1799 Ga. 76, "An Act to alter and amend the Militia Law of this State, and to provide for arming the militia thereof"; 1803 Ga. 3 "Militia Law of the State of Georgia" (**Exhibits 85-90**).

24

25

26

27 [67] Salmon P. Chase, *Statutes of Ohio and of the Northwestern Territory*

28                                                          (continued…)

32

1  Following policy changes within militia laws in sample states provides a much
2  deeper analysis of the status of legal minors within the militia rather than relying on
3  a superficial reading of enrollment requirements.

4      56.    The laws cited by Mr. Hardy, most of which call for enrollment of
5  persons under twenty-one years within the militia, certainly demonstrate that early
6  American communities were often willing to put firearms in the hands of legal
7  minors within the specific militia context, which was governed by an identifiable
8  male hierarchy. But historical lawmakers' choice to enroll men aged eighteen to
9  twenty within the militia does not equate to a right of those persons to own and use
10 firearms outside of the patriarchal social and family structures within which they
11 lived.

12     57.    Until the mid-twentieth century, American societies have been
13 exceedingly patriarchal, and a feature of such societies is the organization of
14 households under a solitary male head. Dependents of the *master* of the
15 household—wife, children under twenty-one, unmarried women, servants,
16 apprentices, slaves—were subject to his discipline, and their legal standing was
17 subsumed within his.[68] Thus, young men under the age of twenty-one were
18 accountable to a parent, guardian, or master and did not have individual legal
19 standing on their own. The choice made by some governments to call upon males
20 aged eighteen to twenty for militia service does not equate to a right to bear arms
21 among that class of children, or even indicate their independence from the masters
22 of the households within which they lived.

23

24
_____
25 (Cincinnati: Corey & Fairbank, 1833), "An act establishing and regulating the
   militia," 245-256 (**Exhibit 64**); Ibid., "An act to provide for organizing and
   disciplining the militia," 378-391 (**Exhibit 65**); Ibid., "An act for organizing and
26 disciplining the militia," 1983-2005 (**Exhibit 67**).

27    [68] On patriarchy in American law and history, see Markus Dirk Dubber, *The*
   *Police Power: Patriarchy and the Foundations of American Government* (New
28 York: Columbia University Press, 2005).

58.     Militia laws spelled out in minute detail how an armed force was to be organized, drilled, and called into service. The laws also provided rules for addressing the misbehavior of militiamen and officers through courts-martial. They could also mandate governments to purchase arms, ammunition, and accoutrements for use by the militiamen. Early Americans may have been lackadaisical in their militia drills at times, but the laws as written provided for *well-regulated* state militias.[69]

59.     Militia laws often began with a section delineating who was required to enroll in the militia. The minimum and maximum ages varied based upon different factors, including exigencies and emergencies. For example, the maximum age for service in Pennsylvania was set at fifty-three[70] during the Revolutionary War, but was subsequently lowered to forty-five in 1793.[71] Similarly, different American colonies and later states established varying minimum ages that could range anywhere from sixteen to twenty-one years. Exemptions were granted to pacifists, ministers, and others whose employments were critical (such as mail-carriers).

60.     The updated Pennsylvania militia law of 1793 required the enrollment of males aged eighteen to twenty, but excused them from provisioning themselves with the required arms, ammunition, and accoutrements, and even excused them from service "except in cases of rebellion, or an actual or threatened invasion of this or any of the neighboring states."[72] So legal minors could be called upon in an emergency, but were otherwise excused from militia duties as a result of their

---

[69] On militias in early American history, see Kevin M. Sweeney, "Firearms, Militias, and the Second Amendment," in *The Second Amendment on Trial: Critical Essays on* District of Columbia v. Heller, Saul Cornell and Nathan Kozuskanich, eds. (Boston: University of Massachusetts Press, 2013), 310-382.

[70] 1777 Penn. Ch. 750, "An Act to regulate the militia of the Commonwealth of Pennsylvania," 77, § 2 (**Exhibits 57-59**).

[71] 1793 Penn. Ch. 1696, "An Act for the regulation of the Militia of the Commonwealth of Pennsylvania," 455, § 2 (**Exhibit 60**).

[72] 1793 Penn. Ch. 1696, § 2 (**Exhibit 60**).

34

1  status. Pennsylvania was not alone in adopting policies along these lines. Ohio did

2  much the same in its 1843 law, which stated that "all persons, under the age of

3  twenty one years, be and they are hereby exempt from the performance of militia

4  duty in time of peace; provided, however, that the commandant of every company

5  shall keep all such persons enrolled, and return them in the aggregate strength of his

6  company."[73] The following year, state lawmakers dispensed with the enrollment of

7  minors entirely.[74]

8      61.    Mr. Hardy refers to a similar policy put in place by New Jersey during

9  the eighteenth century.[75] The legislature in 1779 called out a thousand militiamen to

10  defend the colonial frontier, whose "Inhabitants . . . are exposed to the Depredations

11  and Incursions of the Enemy."[76] This calling out of militia for frontier defense

12  overlapped and coexisted with the general militia law and its numerous

13  supplements. It mandated returns for all free males above twenty-one years, but

14  ultimately provided that "nothing herein contained shall be construed to prevent

15  employing Officers, and enlisting non-commissioned Officers and Privates between

16  the Age of sixteen and twenty-one Years."[77] The *obligation* to defend New Jersey

17  homesteads fell upon adult men, though males as young as sixteen could *volunteer*.

18  We can only speculate as to why the measure exempted younger males. Perhaps

19  lawmakers expected to fill the thousand places without dipping into the ranks of

20  legal minors; perhaps the placement of additional wartime responsibilities upon

---

[73] 1842 Ohio 99 "An Act to amend the act entitled 'An act to organize and discipline the Militia'," § 6 (**Exhibit 91**).

[74] 1843 Ohio 53, "An Act to regulate the Militia," § 1 (**Exhibit 92**).

[75] 1778 N. J. Ch. 24. Related New Jersey militia laws from the period also include: 1778 N. J. Ch. 40; 1779 N. J. Ch. 44; 1780 N. J. Ch. 27; 1781 N. J. Ch. 13 (**Exhibits 93-97**).

[76] 1778 N. J. Ch. 24 (the law was passed during the 3rd General Assembly, indexed as 1778, but was enacted in June 1779). Quotation from preamble. This law was referred to in Mr. Hardy's declaration but was not cited correctly. See Paragraph 20.

[77] 1778 N. J. Ch. 24, § 3.

1    their sons was unappealing to New Jersey residents. Either way, the contours of the
2    policy reflected the patriarchal society which Revolutionary-era New Jerseyites
3    inhabited. The responsibilities of citizenship and civic participation fell upon adult
4    men—particularly *independent* adult men who provided not only for themselves,
5    but their households as well—while the option to show one's courage or virtue fell
6    upon male youths.

7        62.    Outside of age specifications, militia laws often addressed (directly or
8    indirectly) some of the problems posed by having dependents enrolled within the
9    ranks. For example, failure to participate in militia musters or other activities was a
10   punishable offense, as was misbehavior while in service. When legal minors or
11   servants committed these misdeeds, fines were assessed upon their guardians rather
12   than upon the minors themselves.[78] This practice underscores the existence of a
13   legal "buffer" in the form of a household head between minors and the community
14   more broadly, and suggests that minors likely did not have access to the funds
15   required to pay these fines.

16       63.    In addition, masters, guardians, and parents were sometimes reticent
17   about releasing their male dependents for militia service. For example,
18   Pennsylvania's 1777 militia law penalized guardians who prevented their
19   dependents from fulfilling their militia duties.[79]

20       64.    Militia laws can also highlight the stark differences in how Americans
21   today understand childhood as compared to those living in the colonial and early

22       [78] See, e.g., Salmon P. Chase, *Statutes of Ohio and of the Northwestern
     Territory* (Cincinnati: Corey & Fairbank, 1833), Ch. 105, "An act establishing and
23   regulating the militia," 251, § 25 ("That the fathers shall be bound for the payment
     of fines incurred by their sons, under the age of twenty-one, guardians for the
24   payment of fines incurred by their wards, and masters for the payment of fines
     incurred by their apprentices, and be charged therewith by the collectors of fines
25   accordingly.").

26       [79] 1777 Penn. Ch. 750, § 9 (**Exhibits 57-59**) ("That the master or mistress of
     any apprentice and the father or mother of any minor who shall refuse or neglect to
27   attend as aforesaid, being in the service of his father or mother, master or mistress,
     shall be accountable for the fine or fines so incurred by such minor or apprentice.").
28   See also Ibid., 87, § 28, 24-25.

republic periods.[80] During the Revolutionary War, Pennsylvania families were asked to surrender men and boys aged eighteen to fifty-three for compulsory tours, and eventually allowed boys even younger to serve as substitutes for their fathers.[81] This was certainly an indication of desperation to fill ranks, but a policy choice that is far afield from what would be considered acceptable today. These societal differences are important to bear in mind when evaluating historical laws. Regulations are never adopted in a vacuum and are always best understood in light of their historical context.

## CONCLUSIONS

65.     This report has presented evidence showing that there are nineteenth-century laws analogous to California's challenged statute. No fewer than twenty jurisdictions restricted the sale of deadly weapons to persons under a state-specified minimum age, which was often established at twenty-one years. Additional research would likely uncover more municipal ordinances on the subject, though time constraints have not allowed for a systematic investigation to be included within this report.[82] Historical regulations frequently provided reasonable exceptions based upon social norms of the time, like use for militia and hunting purposes, or access with a parent's consent.

66.     The justifications for these statutes were wrapped up with the country's first encounter with widespread gun violence during the post-Civil War period. A series of factors converged during the Civil War Era to make Americans more violent toward one another, make revolvers more easily concealable and more readily available than they had been before, which in turn rendered interpersonal

---

[80] For more on "modern" notions of childhood, see below at Paragraph 42 and related notes.

[81] 1777 Penn. Ch. 750, § 2; 1777 Penn. Ch. 781, "A further supplement to the act entitled 'An Act to regulate the militia of the Commonwealth of Pennsylvania'," 186, § 3.

[82] Lincoln, Nebraska prohibited the sale of all firearms to minors within the city limits. See 1895 Neb. 206, § 2 (**Exhibit 61**).

1   conflicts more likely to result in grave injury or death. Within this broader context

2   of identifying and addressing a nationwide problem of weapon-carrying was a

3   parallel concern about minors. Reports of their carrying concealed weapons and

4   being involved in accidental shootings (whether as a shooter or a victim) were

5   causes of concern then just as they are now. This problem emerged as a result of

6   technological developments during the mid and late nineteenth century and was

7   addressed by lawmakers at the state and local level at that time.

8         67.    The argument mounted by David Hardy—that the enrollment of males

9   under age twenty-one in colonial and state militias proves a right of such persons to

10  buy, keep, and carry firearms—is incorrect and takes historical militia laws out of

11  their proper context. The early modern, rural societies that enacted colonial and

12  early American militia laws were characterized by patriarchal social structures that

13  placed male heads of families in the position of mediator between their dependents

14  (including sons under age twenty-one) and the community. Militia laws themselves

15  illustrate this fact by holding guardians accountable for the misdeeds of their

16  underage enrollees and for allowing them to participate in obligatory activities.

17  Underage militia members may have been acquainted with and even used firearms

18  on a regular basis, but they did so in the context of supervised militia service, or

19  when using muzzle-loading, single shot firearms on a family farm for purposes that

20  contributed to the family economy.  These uses do not establish any recognized

21  individual, unfettered right for those under the age of twenty-one to acquire, keep,

22  and bear arms.

23        68.    The question of what eighteenth- and nineteenth-century Americans

24  thought about minors' access to firearms and deadly weapons is not answered

25  satisfactorily by a perfunctory quotation of Founding Era political speech. Rather, it

26  is addressed by an exploration of the sources from social history. My research has

27  shown that when minors' access to deadly weapons became a problem of

28  widespread social concern after the mid-nineteenth century, American governments

1   (state and local) responded by enacting age-based sales restrictions that enjoyed

2   broad popular support. These enactments accorded with nineteenth-century

3   Americans' understanding of the right to bear arms as enshrined in Second

4   Amendment and state analogues.

5

6        I declare under penalty of perjury under the laws of the United States of

7   America that the foregoing is true and correct.

8        Executed on September  14 , 2023, at Fort Worth, Texas, USA.

9

10

11                                              *Brennan Rivas*

12                                              Brennan Rivas

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Expert Report and Declaration of Dr. Brennan Rivas (3:19-cv-01226-L-AHG)

**TABLE OF EXHIBITS**

| Exhibit | Description |
|---|---|
| **1** | Dr. Brennan Rivas curriculum vitae |
| **2** | 1813 Louisiana Acts 172 |
| **3** | 1813 Kentucky Acts 100 |
| **4** | 1850 North Carolina Session Laws, ch. 121 |
| **5** | 1856 North Carolina Session Laws, ch. 34 |
| **6** | 1856 North Carolina Session Laws, ch. 21 |
| **7** | 1861 Mississippi Session Laws, ch. 125 |
| **8** | 1801 Tennessee General Assembly Laws, ch. 22 |
| **9** | 1819 Indiana Session Laws, ch. 39 |
| **10** | 1835 Tennessee General Assembly Laws, ch. 58 |
| **11** | 1840 Texas Laws, An Act Concerning Slaves |
| **12** | 1853 Texas General Laws, ch. 8 |
| **13** | 1863 Texas General Laws, ch. 15 |
| **14** | 1844 Missouri Revised Statutes, ch. 80 § 4 |
| **15** | 1846 Florida Session Laws, ch. 75 |
| **16** | 1838 Virginia Session Laws, ch. 101 |
| **17** | 1840 Alabama Session Laws, ch. 7 |
| **18** | 1821 Mississippi Session Laws, ch. 49 |
| **19** | 1812 Kentucky Session Laws, ch. 89 |
| **20** | 1849 Wisconsin Revised Statutes, tit. XXXI, ch. 142 |

Expert Report and Declaration of Dr. Brennan Rivas (3:19-cv-01226-L-AHG)

| 21 | 1846 Michigan Revised Statutes, tit. XXXI, ch. 162 |
| 22 | 1881 Arkansas Session Laws, ch. 96 |
| 23 | 1838 Tennessee General Assembly Laws, ch. 137 |
| 24 | 1837 Georgia Session Laws 90 |
| 25 | 1859 New Mexico Session Laws 94 |
| 26 | 1862 Colorado Territory Session Laws 56 |
| 27 | 1864 Montana Territory Session Laws 355 |
| 28 | 1874 Illinois Revised Statutes 360 |
| 29 | 1878 Mississippi Session Laws, ch. 46 |
| 30 | 1880 Missouri Session Laws 76 |
| 31 | 1889 Idaho Territory Session Laws 23 |
| 32 | 1883 Arizona Territory Legislative Assembly, ch. 36 |
| 33 | 1885 Nevada Territory Session Laws, ch. 51 |
| 34 | 1856 Alabama Session Laws, ch 26 |
| 35 | 1856 Tennessee Alabama Session Laws, ch. 81 |
| 36 | 1875 Indiana Session Laws, ch. 40 |
| 37 | 1876 Georgia Session Laws, ch. 128 |
| 38 | 1878 Mississippi Session Laws, ch. 46 |
| 39 | 1880 Ohio Session Laws 79 |
| 40 | 1881 Pennsylvania Session Laws, ch. 124 |
| 41 | 1881 Delaware Session Laws, ch. 548 |
| 42 | 1881 Florida Session Laws, ch. 3285 |

Expert Report and Declaration of Dr. Brennan Rivas (3:19-cv-01226-L-AHG)

| 43 | 1881 Illinois Criminal Code 73 |
|---|---|
| 44 | 1883 Kansas Session Laws, ch. 105 |
| 45 | 1883 Missouri Session Laws 76 |
| 46 | 1883 Wisconsin Session Laws, ch. 329 |
| 47 | 1884 Iowa Session Laws, ch. 78 |
| 48 | 1890 Oklahoma Session Laws, ch. 25 |
| 49 | 1890 Louisiana Session Laws, ch. 46 |
| 50 | 1890 Virginia Session Laws, ch. 152 |
| 51 | 1890 Wyoming Session Laws, ch. 73 |
| 52 | 1893 North Carolina Session Laws, ch. 514 |
| 53 | 1897 Texas Session Laws, ch. 154 |
| 54 | 1882 Maryland Session Laws, ch. 424 |
| 55 | 1882 West Virginia Session Laws, ch. 135 |
| 56 | 1859 Kentucky Session Laws, ch. 33 |
| 57 | 1777 Statutes at Large of Pennsylvania, ch. 750 |
| 58 | 1777 Statutes at Large of Pennsylvania, ch. 760 |
| 59 | 1777 Statutes at Large of Pennsylvania, ch. 781 |
| 60 | 1793 Statutes at Large of Pennsylvania, ch. 1696 |
| 61 | 1895 Lincoln, Nebraska Revised Ordinance, art. 26 |
| 62 | 1779 Statutes at Large of Pennsylvania, ch. 843 |
| 63 | 1780 Statutes at Large of Pennsylvania, ch. 902 |
| 64 | 1799 Ohio Northwest Territory 245 |

42

| 65 | 1803 Ohio Session Laws 378 |
|----|---------------------------|
| 66 | 1882 Pennsylvania General Laws, ch. 274 |
| 67 | 1831 Ohio Session Laws, ch. 44 |
| 68 | 1856 Texas General Laws, ch. 152 |
| 69 | "What They Think of It: The State Press on the Carrying of Concealed Weapons," *Daily Constitution* (Atlanta, Georgia), April 11, 1879 |
| 70 | "Concealed Weapons: What Is Thought of the Practice by the Press of the State," *Daily Constitution* (Atlanta, Georgia), March 27, 1879 |
| 71 | "Little Brother Shot Her," *New York Times* (New York, New York), July 3, 1897 |
| 72 | "The Pistol Was Loaded," *Atlanta Constitution* (Atlanta, Georgia), July 15, 1891 |
| 73 | "A Child Shoots Herself," *Atlanta Constitution* (Atlanta, Georgia), October 11, 1895 |
| 74 | "A Child with a Pistol," *Atlanta Constitution* (Atlanta, Georgia), January 16, 1894 |
| 75 | "Indianapolis," *Cincinnati Enquirer* (Cincinnati, Ohio), August 12, 1881 |
| 76 | "Another Victim of Careless Shooting," *Cincinnati Daily Gazette* (Cincinnati, Ohio) January 9, 1874 |
| 77 | "Playing with a Pistol," *Atlanta Constitution* (Atlanta, Georgia), April 6, 1887, |
| 78 | "Manners of the West," *Logansport Canal Telegraph* (Logansport, Indiana) February 18, 1837 |
| 79 | "The Ruffian Foote," *Barre Patriot* (Boston, Massachusetts) April 26, 1850 |

43

| 80 | "Concealed Weapons," *Criminal Law Magazine and Reporter* 8, no. 4 (October 1886) |
|---|---|
| 81 | "The 'Science of Defence,'" *Public Ledger* (Philadelphia, Pennsylvania), August 5, 1840 |
| 82 | 1839 Alabama Session Laws 67 |
| 83 | 1871 Texas General Laws, ch 34 |
| 84 | 1863 California Statutes, ch. 485 |
| 85 | 1792 Digest of the Laws of Georgia, ch. 469 |
| 86 | 1793 Georgia Session Laws 32 |
| 87 | 1796 Georgia Session Laws 16 |
| 88 | 1798 Georgia Session Laws 21 |
| 89 | 1799 Georgia Session Laws 76 |
| 90 | 1803 Georgia Session Laws 3 |
| 91 | 1842 Ohio Session Laws 99 |
| 92 | 1843 Ohio Session Laws 53 |
| 93 | 1778 New Jersey General Assembly, ch. 24 |
| 94 | 1778 New Jersey General Assembly, ch. 40 |
| 95 | 1779 New Jersey General Assembly, ch. 44 |
| 96 | 1780 New Jersey General Assembly, ch. 27 |
| 97 | 1781 New Jersey General Assembly, ch. 13 |
| 98 | 1844 Mississippi Code, ch. 8 |

# EXHIBIT 1

# Brennan Gardner Rivas
## Curriculum Vitae · Aug 2023

## Employment
Lloyd Lewis Fellow in American History, The Newberry Library, 2021-2022
Bill & Rita Clements Fellow for the Study of Southwestern America, Southern Methodist
    University, Clements Center for Southwest Studies, 2020-2021
Lecturer in American History (full-time), Texas Christian University, Department of History,
    2019-2020

## Education
Ph.D., History, Texas Christian University, 2019
    Thesis: "The Deadly Weapon Laws of Texas: Regulating Guns, Knives, & Knuckles in
    the Lone Star State, 1836-1930"
    Advisor: Gregg Cantrell
M.A., History, Texas Christian University, 2013
    Thesis: "Texas Antitrust Law: Formulation and Enforcement, 1889-1903"
B.A. with Honors, History, Oklahoma State University, 2010

## Publications
*Refereed Journal Articles*
"An Unequal Right to Bear Arms: State Weapons Laws and White Supremacy in Texas, 1836-
    1900," *Southwestern Historical Quarterly* 121 (Jan 2018): 284-303.

*Law Articles*
"Strange Bedfellows: Racism and Gun Rights in American History and Current Scholarship"
in Joseph Blocher and Jake Charles, eds., *New Histories of Gun Rights and Regulation: Essays
    on the Place of Guns in American Law and Society* (New York: Oxford University Press,
    forthcoming)
"Enforcement of Public Carry Restrictions: Texas as a Case Study," *U.C. Davis Law Review*
    (May 2022)
"The Problem with Assumptions: Reassessing the Historical Gun Policies of Arkansas and
    Tennessee," *Second Thoughts*, Duke Center for Firearms Law (Jan 2022)

*Short Pieces*
"Reflections on the American Gun Control Culture," *The Panorama: Expansive Views from the
    Journal of the Early Republic*, forthcoming, 2023.
"Charles F. Cooley," in *Wanted in America: Posters Collected by the Fort Worth Police
    Department, 1898-1903*, edited by LeAnna Schooley and Tom Kellam. Fort Worth: TCU
    Press, 2019.
Review of David R. Berman, *George Hunt: Arizona's Crusading Seven-Term Governor*, in
    *Southwestern Historical Quarterly* 114, no. 3 (January 2016): 327-329.

## Public History

1

"In the Past, Americans Confronted Gun Violence by Taking Action," *Washington Post: Made by History Blog* (Jun 2022)
> ~ Op-ed showcasing open-mindedness of 19th century Americans about experimenting with new gun control measures

"The Origin of Public Carry Laws in Texas," *Texas Gun Sense Blog* (Feb 2021)

"Texas Gun Laws," Online Primary Source Collection, hosted by Omeka
> ~ Online collection featuring primary sources from my research; feature exhibit titled "Crafting a Public Carry Law"

"The Deadly Weapon Laws of Texas," Preserving Our Past: Community History Workshop, Center for Texas Studies at TCU (Nov 2020)
> ~ Public lecture featuring special insights for genealogical researchers

"The Deadly Weapon Laws of Texas," Graduate/Undergraduate Public History Seminar, Tarleton State University (Sept 2020)
> ~ Research presentation focusing on interpretation of county court records

"When Texas Was the National Leader in Gun Control: How the Land of Gunslinger Mythology Regulated Weapons to Reduce Violence," *Washington Post: Made by History Blog* (Sept 2019)
> ~ Op-ed highlighting long history of weapon regulation in Texas

## Fellowships and Awards

Firearm Issues Research Grant, 2023-2024
> ~ Awarded by the Harvard Injury Control Research Center, from grant funding from the Robert Wood Johnson Foundation, for research related to firearm issues

Lloyd Lewis Fellowship in American History, 2021-2022
> ~ Awarded by the Newberry Library to scholars using its collection to research topics in American history

Bill & Rita Clements Fellowship for the Study of Southwestern America, 2020-2021
> ~ Awarded by the SMU Clements Center for Southwest Studies to two scholars of Texas, the Southwest, or the U.S.-Mexico borderlands who are developing first books

The Benjamin W. Schmidt Memorial Scholarship, 2018-2019
> ~ Awarded by the TCU Department of History to a PhD candidate who shows exceptional professional promise; highest departmental prize for graduate students

Texas Christian University Department of History, Shinko and Thomas McDonald Research Prize in Texas History, 2019, 2017
> ~ Awarded by the TCU Department of History to a graduate student with the best research on antebellum Texas history

## Works in Progress

*The Revolver Must Go: The Rise and Fall of a Gun Control Movement in Texas*
Aim: Scholarly monograph exploring the rise of a gun control movement in nineteenth-century Texas and the regulatory strategies which it embraced. Widespread acceptance of strict, ambitious gun control laws in the "Wild West" belies current assumptions about Texas and challenges the reigning interpretation of the Second Amendment as a guarantor of expansive gun rights.
Status: Editing manuscript

"Going Armed: The Law and Culture of Carrying Deadly Weapons in the Nineteenth Century"

2

Aim: Scholarly article uncovering the ways in which nineteenth-century gun-toters carried their deadly weapons, and why they generally did so concealed.
Status: Writing in progress

## University Teaching Experience

*Instructor of Record*
Lecturer in American History, Texas Christian University                    2019-2020
    "American History to 1877: Social Movements & the Politics of Slavery" (HIST 10603)
    "American History since 1877: The Quest for Equality" (HIST 10613)
    "History of Texas: A Transnational Look at the American Southwest" (HIST 40743)

*Graduate Student Instructor*
Teaching Assistant, Texas Christian University                    2017-2018
    American History to 1877 (HIST 10603)
    American History since 1877 (HIST 10613)

*Teaching Interests*
American History, Legal History, Southwestern Borderlands, Civil War Era, American West, Gilded Age & Progressive Era, Women's History

## Conference Presentations & Invited Talks

"Masculinity, Honor-Violence, and Gun Reform in the Early U.S.," Race, Gender, and Firearms in the Early Republic, Society for Historians of the Early American Republic Annual Meeting, Philadelphia, Pennsylvania, July 2023

"Second Amendment Panel—Issues in Cases Post-*Bruen*," Strategic Litigation Convening: Anti-Democracy Efforts and Political Violence Post-*Bruen*, Institute for Constitutional Advocacy and Protection, Georgetown Law, Washington, D. C., June 2023

"A Case for More Case Studies," Originalism, the Supreme Court, Gun Laws, and History, Late-Breaking Roundtable, American Historical Association Annual Meeting, Philadelphia, Pennsylvania, January 2023

"Military Disarmament Orders and the Role of Reconstruction Historiography after *Bruen*," Current Perspectives on the History of Guns and Society Symposium, Wesleyan University, Middletown, Connecticut, October 2022

"Reassessing Assumptions about Historical Arkansas and Tennessee Handgun Regulations," Race and Guns Roundtable, Duke Center for Firearms Law, Durham, North Carolina, November 2021

"Enforcement of Public Carry Restrictions: Texas as a Case Study," The Second Amendment at the Supreme Court: 700 Years of History and the Modern Effects of Guns in Public, Davis, California, October 2021

"Race & Guns," Newberry Library Colloquium, Chicago, Illinois, October 2021

"Unlawful Carrying: Enforcing the Pistol Law in Texas, 1870-1920," Texas State Historical Association Annual Meeting, Corpus Christi, Texas, February 2019

"Regulating Deadly Weapons in Nineteenth-Century Texas," Invited Lecturer, Los Bexareños Hispanic Genealogical and Historical Conference, San Antonio, Texas, September 2018

"Impregnable Citadels of Capital: American Monopolies in the British Radical Press," Southern Conference on British Studies Annual Meeting, St. Pete Beach, Florida, November 2016

3

"Dating Violence in Texas: Why the State Family Code Obstructs Accurate Reporting about Sexual Assault," TCU Women & Gender Studies Research Symposium, 2015

## Service

Invited Guest, "How to Make the Most of Your Time in Graduate School," Dept. of History Orientation Day, 2020
> ~ Advise incoming graduate students on strategies for success in the PhD program, emphasizing importance of intellectual development

Panelist, "Everything You Wanted to Know about TCU but Were Too Afraid to Ask," Dept. of History Orientation Day, 2016
> ~ Provide honest and confidential information to prospective graduate students

Graduate Student Mentor, 2015
> ~ Informal departmental program designed to ease the transition for incoming graduate students

## Second Amendment Subject Matter Expert

*Duncan et al v. Bonta*, California, Case No. 17-1017-BEN-JLB, S.D. Cal.
*Miller et al v. Bonta*, California, Case No. 3:19-cv-01537-BEN-JLB, S.D. Cal.
*Angelo et al v. District of Columbia et al*, Washington, D.C., Civ. Act. No. 1:22-cv-01878-RDM, D. D.C.
*Hanson et al v. District of Columbia et al*, Washington, D.C., Civ. Act. No. 1:22-cv-02256-RC, D. D.C.
*Christian et al v. Nigrelli et al*, New York, No. 22-cv-00695 (JLS), W.D. N.Y.
*Frey et al v. Nigrelli et al*, New York, Case No. 21 Civ. 5334 (NSR), S.D. N.Y.
*Brumback et al v. Ferguson et al*, Washington, No. 1:22-cv-03093-MKD, E.D. Wash.
*Sullivan et al v. Ferguson et al*, Washington, Case No. 3:22-cv-5403, W.D. Wash.
*Siegel v. Platkin,* New Jersey, No. 22-CV-7463 (RMB) (AMD), D. N.J.
*NAGR v. Campbell*, Massachusetts, No. 1:22-cv-11431-FDS, D. Mass.
*Oregon Firearms Federation, Inc. v. Kotek*, Oregon, No. 2:22-cv-01815-IM, D. Ore.
*NSSF v. Jennings*, Delaware, No. 22-cv-01499-RGA, D. Del.
*Chavez v. Bonta*, California, No. 3:19-cv-01226-L-AHG, S.D. Cal. (f/k/a *Jones v. Bonta*)
*Nguyen v. Bonta*, California, No. 3:20-cv-02470-WQH-BGS, S.D. Cal.
*Baird v. Bonta*, California, No. 2:19-cv-00617-KJM-AC, E.D. Cal.
*Nichols v. Bonta*, California, No. 3:11-cv-09916-SJO-SS, C.D. Cal.
*Wiese v. Bonta*, California, No. 2:17-cv-00903-WBS-KJN, E.D. Cal.
*Rocky Mountain Gun Owners v. Polis*, Colorado, No. 23-cv-01077-JLK, D. Col.
*Wolford v. Lopez*, Hawaii, No. 1:23-cv-00265-LEK-WRP, D. Haw.
*Novotny v. Moore*, Maryland, No. 1:23-cv-01295-GRL, D. Mary.
*Kipke v. Moore*, Maryland, No. 1:23-cv-01293-GRL, D. Mary.
*Ohio v. Columbus*, Ohio, No. 2022-cv-00657, Ct. Com. Pleas, Fairfield Cty, Ohio

## Professional Memberships

Society for Historians of the Gilded Age and Progressive Era

4

Texas State Historical Association
Southern Historical Association
American Historical Association

**Languages**
Spanish (Proficient)
Latin (Proficient)

5

# EXHIBIT 2



DATE DOWNLOADED: Mon Apr 10 11:02:34 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1812 2 .

ALWD 7th ed.
, , 1812 2 .

Chicago 17th ed.
"," Louisiana - 1st Legislature, 2nd Session : 2-266

AGLC 4th ed.
'' Louisiana - 1st Legislature, 2nd Session 2

OSCOLA 4th ed.
'' 1812 2          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Rivas Exs., Page 008

greeable to the assessment; and the said trustees shall at the end of the time for which they were elected, render an account of the same to the parish judge, and should any sums be unappropriated, the same shall be paid into the hands of the parish judge in trust for the succeeding trustees, and in case of default of the trustees whose term of time is thus expired, it shall be the duty of the parish judge to summon them to a settlement, enter judgment and issue execution for arrearages if necessary.

*Render account*

*Penalty for default.*

SECT. 3. *And be it further enacted,* That the trustees shall appoint one clerk and one collector, whose term of service shall expire at the same time with that of the trustees, which said officers shall be entitled to such fees as the said trustees may deem proper to allow them.

*Clerk and collector.*

*Fees.*

STEPHEN A. HOPKINS,
*Speaker of the house of representatives.*
J. POYDRAS,
*President of the senate.*
APPROVED, March 25th, 1813.
WILLIAM C. C. CLAIBORNE,
*Governor of the state of Louisiana.*

AN ACT

*Against carrying concealed weapons, and going armed in public places in an unnecessary manner.*

*Preamble*

Whereas assassination and attempts to commit the same, have of late been of such frequent occurrence as to become a subject of serious alarm to the peaceable and well disposed inhabitants of this state; and whereas the same is in a great measure to be attributed to the dangerous and wicked practice of carrying about in public places concealed and deadly weapons, or going to the same armed in an unnecessary manner, therefore;

SECT. 1. *Be it enacted by the senate and house of representatives of the state of Louisiana, in general assembly convened,* That from and after the passage of this act, any person who shall be found with any concealed weapon, such as a dirk, dagger, knife, pistol or any other deadly weapon concealed in his bosom, coat or in any other place about him that do not appear in full open view, any person so offending, shall on conviction thereof before any justice of the peace, be subject to pay a fine not to exceed fifty dol-

*Penalty for carrying concealed weapons.*

## 173

esclaves) et pour son usage, d'une piastre sur chaque mille piastres, suivant le tableau des taxes; et lesdits administrateurs, à l'expiration du terme pour lequel ils auront été élus, en rendront compte au juge de la paroisse, et, s'il restait en caisse des fonds disponibles, ils seront versés entre les mains du juge de paroisse qui les gardera jusqu'à la nomination d'autres administrateurs, et si lesdits administrateurs, à l'expiration du terme pour lequel ils auront été élus, négligeaient de rendre le compte susdit, il sera du devoir du juge de paroisse de les sommer de rendre leurs comptes et de les poursuivre en justice et de lancer contre eux des mandats d'exécution pour les sommes arriérées, s'il le juge nécessaire.

*Redition de compte.*

*Peines pour défaut.*

SECT. 3. *Et il est de plus decreté,* Que lesdits administrateurs nommeront un commis et un collecteur de taxe, dont le tems de service finira en même tems que celui des administrateurs et qui auront droit à la compensation que les administrateurs jugeront à propos de leur accorder.

*Commis et collecteur.*

*Compensation.*

<div align="center">

STEPHEN A. HOPKINS,
*Orateur de la Chambre des Représentans,*
J. POYDRAS,
*Président du Senat.*

</div>

Approuvé le 25 Mars 1813.

<div align="center">

WM. C. C. CLAIBORNE,
*Gouverneur de l'Etat de la Louisiane.*

</div>

<div align="center">

ACTE

</div>

*Pour défendre de porter des armes cachées et de se présenter armé d'une manière inutile dans les endroits publics.*

Vu qu'il s'est commis dernièrement des assassinats et qu'il a été essayé d'en commettre d'autres de manière à causer de sérieuses allarmes aux habitans paisibles et bien disposes de cet etat, et vu qu'on doit en grande partie attribuer la cause de ces assassinats à la coûtume pernicieuse et condamnable de porter dans des endroits publics, des armes cachées et dangereuses, ou de s'y rendre armé d'une manière inutile,

*Preambule.*

SECT. 1ère. *Il est décrété par le sénat et la chambre des Représentans de l'Etat de la Louisiane réunis en Assemblée Générale,* Qu'à dater de la passation de cet acte, toute personne qui sera trouvée armée d'aucune arme cachée, tels que poignard, dague, couteau, pistolet ou toute autre arme meurtrière dans son habit ou ailleurs sur lui et qui ne seront point ostensibles, toute personne coupable de cette contravention, sera, sur conviction du fait, devant un juge de paix, condamné à une amende qui n'excédera pas

*Peines contre ceux qui portent des chees. cachées armes*

## 174

How distributed.

lars nor less than twenty dellars, one half to the use of the state, and the balance to the informer; and should any person be convicted of being guilty of a second offence before any court of competent jurisdiction, shall pay a fine not less than one hundred dollars to be applied as aforesaid, and be imprisoned for a time not exceeding six months.

For the second offence.

SECT. 2. *And be it further enacted*, That should any person stab or shoot, or in any way disable another by such concealed weapons, or should take the life of any person, shall on conviction before any competent court suffer death, or such other punishment as in the opinion of a jury shall be just.

Penalty for stabbing &c.

SECT. 3. *And be it further enacted*, That when any officer has good reason to believe that any person or persons have weapons concealed about them, for the purpose of committing murder, or in any other way armed in such a concealed manner, on proof thereof being made to any justice of the peace, by the oath of one or more credible witnesses, it shall be the duty of such judge and justice to issue a warrant against such offender and have him searched, and should he be found with such weapons, to fine him in any sum not exceeding fifty dollars nor less than twenty dollars, and to bind over to keep the peace of the state, with such security as may appear necessary for one year; and on such offender failing to give good and sufficient security as aforesaid; the said justice of the peace shall be authorised to commit said offender to prison for any time not exceeding twenty days.

Suspected persons may be searched.

Fine.

Sureties of the peace.

STEPHEN A. HOPKINS,
*Speaker of the house of representatives.*
J. POYDRAS,
*President of the senate.*
APPROVED, March 25th, 1813.
WILLIAM C. C. CLAIBORNE,
*Governor of the state of Louisiana.*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## AN ACT

*To establish a permanent seat of justice in and for
the parish of St. Tammany.*

SECT. 1. *Be it enacted by the senate and house of
representatives of the state of Louisiana, in general
assembly convened*, That Thomas Spell, Robert Badony, Benjamin Howard, Joseph Hertraire and Ben-

Commissioners.

Rivas Exs., Page 011

cinquante piastres et qui ne sera pas moindre de vingt piastres, dont moitié au profit de l'état, et le reste au profit du dénonciateur; et toute personne convaincue de récidive devant toute cour de juridiction compétente, sera condamnée à une amende qui ne pourra être moindre de cent piastres dont il sera disposé comme ci-dessus et à un emprisonnement qui ne pourra excéder six mois. — Distribution. Recidive.

SECT. 2. *Et il est de plus décrété,* Que toute personne qui poignardera, blessera ou tirera en aucune manière sur toute autre personne ou personnes avec des armes ainsi cachées, ou qui leur ôtera la vie, sur conviction du fait devant toute cour de juridiction compétente, sera condamnée à mort ou à toute autre peine que le jury pourra trouver juste dans son opinion. — Peine de mort.

SECT. 3. *Et il est de plus décrété,* Que lorsque tout officier public à des raisons suffisantes de croire qu'une ou plusieurs personnes portent des armes cachées dans l'intention de commettre un meurtre, ou que d'aucune manière cette personne ou personnes portent des armes cachées, sur preuve authentique du fait et sur le témoignage d'une ou plusieurs personnes dignes de foi, devant un juge-de-paix, il sera du devoir dudit juge-de-paix de faire conduire pardevant lui le coupable, le faire fouiller, et en cas qu'il soit trouvé sur lui des armes cachées, il aura le pouvoir de le condamner à une amende qui ne pourra excéder cinquante piastres, ni être moindre de vingt piastres et de lui faire donner telle caution qu'il pourra trouver convenable pour conserver la tranquillité de l'état pendant une année, et si ledit coupable ne fournit pas bonne et suffisante caution, ledit juge-de-paix est autorisé de le faire emprisonner pour un tems qui ne pourra excéder vingt jours. — Pouvoir de fouiller. Amende. Caution.

STEPHEN A. HOPKINS,
*Orateur de la Chambre des Représentans,*
J. POYDRAS,
*Président du Sénat,*

Approuvé 25 Mars 1813.
WM. C. C. CLAIBORNE,
*Gouverneur de l'Etat de la Louisiane.*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

### ACTE

*Pour fixer d'une manière permanente le lieu des séances de la cour de paroisse de St.-Tammany.*

SECT. 1ère. *Il est décrété par le sénat et la chambre des représentans de l'état de la Louisiane réunis en assemblée générale,* Que Thomas Spell, Robert Badony, Benjamin Howard, Joseph Kertraire et — Commissaires.

# EXHIBIT 3



DATE DOWNLOADED: Mon Apr 10 10:56:13 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1812 100 .

ALWD 7th ed.
, , 1812 100 .

Chicago 17th ed.
"," Kentucky - 21st General Assembly, 1st Session : 100-101


AGLC 4th ed.
'' Kentucky - 21st General Assembly, 1st Session  100

OSCOLA 4th ed.
'' 1812 100          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

[ 100 ]

*Governor to accept of the services of volunteer companies & to commission officers*

accept of the services of any volunteer company or compaies (not exceeding three thousand as aforesaid) who shall tender their services within such time, and for such term, not exceeding six months, as the Governor in his discretion, shall proclaim and appoint. And the Governor shall designate and commission for that purpose, all officers necessary for the command of such volunteers.

Sec. 3. *Be it further enacted,* That all volunteer officers, non-commissioned officers, musicians and privates, whose service may be tendered and accepted under the provisions of this act, shall, at such place or places of redezvous as the Governor shall appoint within this state, be entitled to receive in advance, the sum of ten dollars, to be taken and considered as a part of their pay.

*Volunteers to to receive mo neyin advance*

Sec. 4. *Be it further enacted,* That the forces to be raised and organized, as provided by this act, shall be disposed of according to the discretion of their Governor (that discretion subject only to the requisitions of the general government) and shall be liable to be marched to any place, and engaged in the service of the U. States, as the exigencies of the present war may, in the opinion of the executive, require.

*Forces when raised how to be diposed of*

Sec. 5. *Be it further enacted,* That the governor of this commonwealth, for the purpose of carrying into effect the third section of this act, shall be authorized to draw from the Treasury of this state, any sums of money that may be necessary therefor; or in case of deficiency in the public funds, to borrow from any Bank or individuals, upon the best terms he can obtain such additional sums as may be necessary for the purpose aforesaid.

*TheGovernor authorized to draw money from the treasury or borrow from banks*

Sec. 6. *Be it further enacted,* That the powers vested in the Governor by the first and second sections of this act, shall be exercised and carried into effect by him to such extent, and in such a manner and time, as his own discretion and the emergency of public affairs may dictate.

---

## CHAP. LXXXIX.

*AN ACT to prevent persons in this Commonwealth from wearing concealed Arms, except in certain cases.*
Approved, February 3, 1813.

Sec. 1. $B$E it enacted by the general assembly of the commonwealth of Kentucky, That any person in this commonwealth, who shall hereafter wear a pocket pistol, dirk, large knife, or sword in a cane, concealed as a weapon, unless when travelling on a journey, shall be fined in any sum, not less than one hundred dollars ; which

[ 101 ]

may be recovered in any court having jurisdiction of like sums, by action of debt, or on the presentment of a grand jury—and a prosecutor in such presentment shall not be neceffary.   One half of such fine shall be to the use of the informer, and the other to the use of this commonwealth.

This act shall commence and be in force, from and after the first day of June.

---

## CHAP. XC.
### AN ACT to amend the Militia Law.
Approved February 3, 1813.

Sec. 1.   BE it enacted by the General Assembly of the Commonwealth of Kentucky, That if any non-commiffioned officer, musician or private, failing to march, or furnishing an able bodied subftitute in his place, when ordered and lawfully called on, or leaving the service without a discharge from the proper officer, shall be confidered as a deserter, & treated as followeth, to wit: Any person may apprehend such deserter, and deliver him to the officer commanding such detachment, or any recruiting officer within this commonwealth, and take his receipt for the same ; which receipt shall describe the name or such deserter, and the length of time he was to serve, and by whom he was delivered—which receipt shall be affignable ; and the reward for taking and so delivering such deserter, as aforesaid, shall be a credit for a tour or tours of duty for the length of time such deserter was bound to serve ; and said deserter shall serve out the term of time aforesaid before he shall be discharged, in addition to the time he was to serve, if such term of time is then required ; otherwise shall serve said tour or tours, when required so to do.   And any person holding such receipt, when he is called on to perform a tour a tour or tours of duty, and producing the same to the captain calling on him, it shall be the duty of said captain to receive the same, and give the owner thereof a credit for as many tours as is therein contained. *(margin: Persons failing to perform tour of duty considered a deserter)*

Sec. 2.   And where any delinquent militia-man shall belong to any society who hold a community of property, the sheriff shall call on the agent or superintender of the common ftock, or firm of said society, or compact, for the same ; and if he fails to pay the same as before described, the sheriff shall make diftress, and sell so much of the property belonging to said ftock, as will satisfy the fine, coft, &c. as is before directed.

Sec. 3.   And be it further enacted, That brigade inspectors and brigade quarter masters, when not taken from the line, shall each be entitled to the rank, pay, and emoluments *(margin: Brigade inspectors quarter masters, adjutants and pay-masters)*

# EXHIBIT 4



DATE DOWNLOADED: Tue Jan 10 19:20:52 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1850-1851 241 .

ALWD 7th ed.
, , 1850-1851 241 .

Chicago 17th ed.
"," North Carolina - Regular Session : 241-248

AGLC 4th ed.
'' North Carolina - Regular Session 241

OSCOLA 4th ed.
'' 1850-1851 241

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

## REVENUE.

---

## CHAPTER CXXI.

AN ACT to provide for the increase of the Public Revenue, and for other purposes.

Sec. 1. *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same,* That hereafter there shall be levied annually the sum of three cents upon every dollar of interest secured or actually due from or by any solvent debtor or debtors, whether from individuals, companies, corporations, or in any other way; upon all sums of money at interest, whether in this State or out of it, at any time during the year next preceding the time the owner or owners thereof shall give in his, or her or their tax list: *Provided,* that guardians shall give in the money of each of their wards as a distinct and separate fund, and not as a fund held in common. *(margin: Tax on interest.)*

Sec. 2. *Be it further enacted,* That hereafter there shall be levied annually the sum of twenty cents upon every hundred dollars employed in buying and selling slaves, and that there there shall be levied annually the sum of ten cents upon every hundred dollars vested in every other species of trade; and the sum of three cents upon every dollar of dividend or profit actually due or received upon sums of money vested in steam vessels (excepting the profits of such vessels as are under the burden of twenty tons,) or vested in stocks of any kind, or on shares of any incorporated or trading company, whether in this State or out of it, at any time during the year immediately preceding the time when the owner or owners thereof shall give in his, her or their tax list: *Provided,* that this act shall only authorize the taxing of such profits as the banks of this State shall make from trading in *(margin: On capital in trading for slaves, and other species of trade, vessels, and trading companies.)* *(margin: Proviso.)*

stocks and bonds as distinguished from " bills receivable,"
*and provided further*, that every person shall have thirty
dollars of interest, dividend or profit, and an amount equal
to the sum of interest, which he, she or they owe, or pay, or
secure to be paid on his, her or their own debt or debts,
which shall not be subject to the tax imposed by this act;
*and provided further*, that this act shall not extend to the in-
terest or dividends accruing to any literary institution, or to
funds appropriated for public or private charities, devoted to
the purposes of education, or to the maintenance of the poor
or afflicted.

Sec. 3.  Be *it further enacted*, That so much of the
capital stock in trade of any merchant or jeweler, wholesale
or commission merchant, as is now taxed by the 14th section

On mer-
chants &
jewellers.

of the 102 chapter of the Revised Statutes, shall be exempt
from the provisions of this act: *Provided*, that the interest
on all bonds, or notes, which any such merchant, jeweler,
wholesale or commission merchant may own over and above
the amount of the interest upon his own indebtedness and
thirty dollars, shall not be considered as a part of his capi-
tal stock in trade, but shall be subject to the tax imposed by
the first section of this act.

Sec. 4.  Be *it further enacted*, That hereafter, there

On Den-
tists,
Physici-
ans and
Lawyers.

shall be imposed and levied annually the following taxes, to
wit : On all Surgeon Dentists, all practicing Physicians, all
practicing Lawyers and on all other persons, (except Ministers
of the Gospel of every denomination, Governor of the State
and Judges of the Supreme and Superior Courts) whose prac-
tice, salaries or fees, or all together, shall yield an annual
income of five hundred dollars, the sum of three dollars for
the first five hundred, and two dollars for every additional
five hundred dollars.

Sec. 5.    Be *it further enacted*, That there shall be
imposed and levied annually an *ad valorem* tax of one per
centum on all gold and silver plate, and ornamental jewelry,

in use by the owner or owners thereof, of the value of fifty On plate, dollars or upwards; on all sulkies, gigs, buggies, barouches, jewelry, carriages, and all other pleasure vehicles whatsoever, in use vehicles, by the owner or owners thereof, of the value of seventy-five &c. dollars and under one hundred dollars, fifty cents; on all of the value of one hundred dollars, and under two hundred dollars, one dollar; on all of the value of two hundred dollars and under three hundred dollars, two dollars; on all of the value of three hundred dollars and under four hundred dollars, three dollars; and on all of the value of four hundred dollars and upwards, four dollars; on all gold watches, one dollar, and on all silver watches twenty-five cents, in use, (except such of each as are kept in shops and stores for sale;) on all harps in use by the owner or owners thereof, two dollars; on all piano fortes in use by the owner or owners thereof, one dollar; on all pistols (except such as shall be used exclusively for mustering, and also those kept in shops and stores for sale,) one dollar each; on all bowie knives, one dollar each; and dirks and sword canes, fifty cents each; (except such as shall be kept in shops and stores for sale:) *Provided, however,* that only such pistols, bowie knives, dirks, and sword canes, as are used, worn or carried about the person of the owner, shall be subject to the above named taxes; on all retailers of wines, cordials, or spirituous liquors, *ten dollars*; on all billiard tables, *one hundred dollars*; on all bowling allies, whether called "nine pin," or "ten pin" allies, or by any other name, *twenty five dollars;* on every pack of playing cards, *twenty five cents;* and every merchant, shop keeper and public dealer, in goods, wares, merchandise, or other thing, shall be liable for the same, and shall state on oath how many packs he or she has sold within the year preceding the time he or she shall give in his or her tax list; on all mortgages and deeds of trust, which shall be registered, the sum of one dollar; and the register in each and every county shall be liable for the same, and

he is hereby required to give in to the justice taking the list of taxable property, the number of mortgages and deeds of trust by him registered in the preceding year, under a penalty of one hundred dollars, to be collected by the sheriff, and to pay the amount of taxes thereon, after deducting six per centum for his commissions; and the said register shall not be required to register any mortgage or deed of trust, until the person or persons presenting the same, shall have paid the tax hereby imposed, in addition to the fees now by law established.

**Toll bridges, ferries.** Sec. 6. *Be it further enacted,* That the owner or owners of every toll-bridge or ferry in this State, shall hereafter pay annually a tax equal to five times the sum of the largest toll by him or them demanded and received.

**Insurance companies.** Sec. 7. *Be it further enacted,* That the agent or agents of all insurance companies, not incorporated in this State, shall hereafter pay an annual tax of fifty dollars in every county where such agency shall be established, to be collected and accounted for by the sheriffs of the several counties as other taxes; and in case the said agent or agents shall fail to pay the tax hereby imposed, he or they shall be individually liable for a tax of one hundred dollars, to be collected by the sheriff of the county where such failure takes place, by distress and sale of the property of the said agent or agents, to be applied three-fourths to the use of the State and one-fourth to the use of the sheriff collecting the same.

**Circus riders and the like.** Sec. 8. Each and every company of circus riders or equestrian performers, and each and every person or company who shall exhibit any collection of animals, commonly known as a menagerie, for reward, shall, previously to exhibiting or performing in any county in this State, pay to the sheriff thereof fifty dollars; and all Ethiopian serenaders, comic singers, and performers on musical instruments, who exhibit or perform for reward, five dollars, as a tax to the State, to be accounted for by the sheriff as other State taxes: and on paying such tax, the sheriff who receives the same shall give

a license to exhibit or perform in his county, which license
shall contain a list of such animals, or personal performers,
or other articles to be exhibited, and in that case, such com-
pany or person shall be authorized and permitted to perform
and exhibit, as aforesaid, in such county, and no other, for
the space of one year thereafter; and each and every com-
pany of circus riders or equestrian performers, or Ethiopian
serenaders, comic singers and performers on musical instru-
ments, or exhibiter of any collection of animals, commonly
known as a menagerie, who shall perform or exhibit in any
county in this State, without previously having paid the tax
herein directed, shall be liable to a forfeiture of one hundred
dollars, to be collected by the sheriff, by distress and sale of
the property of such delinquent, and to be applied one half
to the use of the State and the other half to the use of the
sheriff.

Sec. 9. *Be it further enacted*, That the taxes, by this act re- How re-
act imposed, shall be returned on oath to the justices of the turned
and col-
several counties in this State, appointed to take the list of lected.
taxables and taxable property; and shall be collected by the
sheriffs of the several counties at the same time, and in the
same manner in which they now collect other State taxes,
and shall by them be paid into the treasury of the State at
the same time and under the same penalties which are now
prescribed by law, for the collection and payment of other
State taxes.

Sec. 10. Each and every person shall annually render to Oath.
the justice of the peace appointed to take the list of taxa-
bles and taxable property, the amount of tax which he,
either in his own right, or in the right of any other person
or persons whomsoever, either as guardian, attorney, agent
or trustee, or in any other manner whatsoever is liable for,
under the revised[?] laws of this State; and it shall be the duty
of the said justice to administer the following oath to each
and every person giving a list of taxables and taxable prop-

erty: You, A. B., do solemnly swear, (or affirm, as the case may be,) that you, either in your own right or the right of any other person, or persons whomsoever, either as guardian, attorney, agent or trustee, or in any other manner whatsoever, are not liable for more taxes, under the laws of this State, than the amount which you have now listed, and that in all other respects, the list by you now delivered, contains a just and true account of all the property which by law you are bound to list for taxation, to the best of your knowledge and belief: so help you God.

Sec. 11. *Be it further enacted,* That it shall be the duty of every justice of the peace who shall take a list of taxable property, before administering the oath aforesaid, to call over to each person giving in his taxables, all the articles and subjects of taxation which he may be bound to list.

Justice to read over taxables.

Sec. 12. Each and every person liable to pay taxes by and under the provisions of this act, who shall fail to list their taxable property, or any part thereof, or refuse to take the oath herein prescribed, shall, in addition to the payment of a double tax, forfeit and pay into the public treasury the sum of one hundred dollars for each year's failure or refusal; and it shall be the duty of the several sheriffs aforesaid, to levy, collect and account for the same, as in case of double tax, unless the county court shall, within nine months thereafter, on satisfactory cause shown by such delinquent, order said forfeiture to be released and remitted.

Penalty for failing to list taxables.

Sec. 13. It shall be the duty of the several sheriffs to furnish the Attorney General and the Solicitors of their respective circuits, at the first superior court which shall happen after the tax lists are placed in their hands for collection, with a list of all the persons liable for taxes under this act, and who have failed to give in their taxable property or any part thereof; and, upon such information, or any other information, or upon good reason to believe that any person

Duty of Sheriffs, Attorney General and Solicitors.

has failed to list his taxable property, the Attorney General and Solicitors of the several circuits, shall have power and authority to file bills in the several courts of equity in this State, against each and every person failing to render a list of taxables and taxable property as by this act required, and compel a discovery upon oath, which discovery shall not be held and deemed evidence to convict such person for any penalty by this act annexed to such failure.

Sec. 14. It shall be the duty of the Public Treasurer to have prepared and printed, on suitable paper, forms of tax-lists, with all the articles subject to taxation and to be listed under this act and all other laws now in force, mentioned *seriatim* over the heads of parallel columns, in which the amount or quantity of each article to be listed is to be set down; and shall furnish to each county court clerk in this State two copies of the same for each tax collection district in said county; and the cost of preparing and printing the same shall be paid out of the public treasury. *Forms, Treasurer to prepare*

Sec. 15. It shall be the duty of the justice appointed to take the list of taxable property, to list the articles herein required to be listed in separate columns. And the clerks of the several county courts shall record, advertise and return the same to the Comptroller's office, in the same manner, and in case of failure, under the same penalties, forfeitures and liabilities as are now prescribed by law in relation to other taxes. *Duty of justices and clerks.*

Sec. 16. It shall be the duty of the register in each and every county, on or before the first day of September in each and every year, to furnish the Comptroller with a certificate of the name of the clerk of the county court, and the sureties to his bond for the faithful discharge of his duties in office; which certificate, when certified by the Comptroller, shall, on motion of the Treasurer, for judgment against any such clerk, and his sureties, be deemed equally valid in law, with the bond of such clerk, and the court shall give judgment and award execution thereon accordingly. *Certificate, register to furnish.*

Rivas Exs., Page 025

Penalty.

Sec. 17. If any register shall fail to furnish the Comptroller with such certificate as directed in the last section, he shall forfeit and pay the sum of one thousand dollars, in each case, to be recovered by the Treasurer for the use of the State.

Court shall not tax.

Sec. 18. *Be it further enacted,* That all the persons and property herein taxed, shall not be liable to be taxed by the several county courts.

Repealing clause.

Sec. 19. *And be it further enacted,* That an act, entitled "An Act to increase the Revenue of the State " and ratified on the 29th day of January, 1849, and all other laws and clauses of laws coming within the meaning and purview of this act, be, and the same are hereby repealed: *provided,* that this repealing clause shall not affect the collection of any taxes now due under the revenue laws of this State.

[Ratified 28th January, 1851.]

REVISAL OF PUBLIC LAWS.

## CHAPTER CXXII.

### AN ACT for revising and digesting the Public Statute Laws of this State.

Sec. 1. *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same,* That three commissioners be appointed by the Governor, to collate, digest and revise, all the public statute laws of this State now in force, and including those which

# EXHIBIT 5

 

DATE DOWNLOADED: Mon Aug 28 17:03:55 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1856-1857 28 .

ALWD 7th ed.
, , 1856-1857 28 .

Chicago 17th ed.
"," North Carolina - Public Laws, Regular Session : 28-61

AGLC 4th ed.
'' North Carolina - Public Laws, Regular Session 28

OSCOLA 4th ed.
'' 1856-1857 28            Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**President to make return.**

offer to take them on the most favorable terms to the company.

SEC. 5. *Be it further enacted,* That it shall become the further duty of the said president to make a full and fair return of the sale of said bonds to the next annual meeting of the stockholders of the company, in which return shall be stated the amount of bonds sold, the name of each purchaser and the rate of interest at which he purchased the bonds he holds on the company.

SEC. 6. *Be it further enacted,* That the bonds hereby authorized to be issued shall not be sold under par.

SEC. 7. *Be it further enacted,* That this act shall take effect from and after its ratification. [*Ratified the 2d day of February,* 1857.]

*Chap.* 33.  AN ACT TO EXTEND THE TIME OF PAYMENT OT THE BONDS DUE FROM THE SEABOARD AND ROANOKE RAILROAD COMPANY TO THE STATE.

**Extends the time of payment five years.**

SEC. 1. *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same,* That the time of payment of the bonds held by the State against the Seaboard and Roanoke Company, be extended five years from the first day of January, 1857: *Provided,* Said company pays semi-annually the interest thereon, at the rate of six per cent. per annum. [*Ratified the 2d day of February,* 1857.]

## REVENUE.

*Chap.* 34.              AN ACT ENTITLED "REVENUE."

SEC. 1. *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same:*

The following taxes shall be annually collected and paid by the citizens and other persons, and by owners of property situate in the State, besides the taxes which by any other

law may be imposed on them: unless the property in this chapter described shall be expressly exempt from taxation by this or some other law: the property and estate hereby **Exemptions.** exempted from taxation, are all such and their profits, as may belong to the State, or may belong to or be set apart for the University and colleges, institutes, academies and schools for the education of youth, or the support of the poor or afflicted, or specially set apart for and appropriated to divine worship.

2. There shall be annually levied upon all real property, **Land tax.** with the improvements thereon, including entries of land, fifteen cents on every hundred dollars value thereof.

3. If any person shall sell his real property and shall have **Land bound.** no estate within reach of the sheriff to satisfy the taxes imposed thereon at the time when they become demandable, the land shall be bound for the same, and the land shall be bound in like manner for all the taxes, both real and personal, due from the original owner.

4. Upon every free male, between twenty-one and forty- **Poll tax.** five years of age, a tax of fifty cents; and upon every slave of either sex, between twelve and fifty years of age, a tax of fifty cents shall be paid by the owner, unless when the owner may be a non-resident, then the hirer shall list and pay the tax: *Provided, however*, That the county court may exempt from a poll tax such poor and infirm persons, and disabled and insane slaves as they may declare and record, to be fit objects for exemption: *Provided further*, That the **Proviso.** tax imposed by law for the insane asylum of North-Carolina of one and three-fourth cents on every one hundred dollars worth of land, and five and one-fourth cents on every taxable poll, is hereby discontinued.

5. Upon each toll gate of a turnpike road, a tax of fifteen **Toll gat s.** dollars shall be paid by every owner, and a tax of five dollars per gate by every person who may be permitted to erect gates across a highway; and a tax equal to seven times the largest toll by the owner demanded upon every public ferry, and a tax of fifteen dollars on every toll bridge.

6. Upon every studhorse or jackass let to mares for a **Studs and** price, a tax of six dollars, unless the value of the highest **Jacks.** season for one mare shall exceed that sum, in which case a

tax of the highest price shall be paid, and they shall be listed by resident owners. Owners residing out of the State, of such as are kept within the same to be let to mares, shall pay the tax forthwith to the sheriff of any county in which the animal may stand, and in case of failure to do so the sheriff shall forthwith distrain and sell it for the tax.

**On collateral descents.** 7. Upon the value of all real and personal estate which shall descend upon, be devised or bequeathed to, or shall become distributable among other persons than lineal descendants, or to or for the benefit of the father or mother, or any lineal ancestor of the deceased, where the real estate descended or devised, or both descended and devised, on or to any heir or devisee, shall be of the value of three hundred dollars, or the personal estate bequeathed to any legatee, or distributive share, or both legacy and distributive share, shall be of the value of two hundred dollars; the following taxes shall be paid:

(1) When such collateral relation shall be a brother or sister of the deceased, or any descendant of a brother or sister, a tax of one per cent.

(2) When such collateral relation shall be a brother or sister of the father or mother of the deceased, or any descendant of a brother or sister of the father or mother of the deceased, a tax of two per cent.

(3) When such collateral relation shall be in any other degree of consanguinity to the deceased than is above described, or the legatee or devisee shall be a stranger in blood **Proviso.** to the deceased, a tax of three per cent: *Provided however,* That no devise or bequest, or distributive share to the widow of the deceased, nor any devise or bequest to the wife or widow of a son of the deceased, nor to the husband of a daughter of the deceased, whether she be living or dead, shall be taxed; nor shall the husband of any deceased wife receiving her estate after her death, be subject to any tax therefor, unless the same would have been taxable had she been living.

**Executor or administrator to retain.** 8. The executor or administrator of every such deceased person, on his settlement of the estate, shall retain out of the legacy or distributive share of every such legatee, or next of kin, the tax properly chargeable thereon; and, in case he

may have sold any real estate and there shall be a surplus in his hands not needed to pay debts and charges, he shall retain the proper tax of each person entitled to such surplus; which taxes he shall pay to the clerk of the court of pleas and quarter sessions of the county wherein the will was proved or administration granted.

9. If the executor or administrator shall fail to retain and pay the tax to the clerk, it shall be deemed a breach of his bond, if one shall have been executed, and the same shall be put in suit, on behalf of the State, by the county solicitor; or such executor, or administrator, with his sureties may be sued in equity at the cost of the State, in case of failure. *On failure to retain may be sued.*

10. Whenever the personal property in the hands of such executor or administrator (the same not being needed to be converted into money in the course of administration) shall be of an uncertain value, he shall apply to the county court, to appoint three impartial persons of probity to assess the value thereof; and such assessment being returned to the court and confirmed, shall be conclusive of the value. *How to act when the value is uncertain.*

11. The executor or administrator, as soon as he may ascertain that the land of the deceased will not be needed to pay his debts, shall report to the clerk of the court who receives the tax on personalty, an account of such real estate, and the tax thereon shall be paid by the heirs and devisees thereof respectively, to the said clerk; the value of the real estate to be ascertained as provided in the preceding section in relation to personality, and the heir and devisee being duly notified of the motion to appoint commissioners. *Executor or administrator to report.*

12. If they, or any of them, fail to pay said tax within twelve months after the report of the executor or administrator, the clerk shall report such default to the commissioner for the judicial circuit; who, thereupon, shall cause a *scire facias* to issue to the defaulting person, to show cause why judgment shall not be rendered against him for the tax, and the real estate be sold to pay the same; and the court shall render judgment and cause the tax to be collected and paid to the clerk. *Scire facias in certain cases.*

13. The clerk shall keep a record of the taxes on the real and personal estate received by him in virtue of the six pre- *Clerk to keep a record.*

ceding sections, and shall return to the comptroller a correct account of the same with his annual statement of other taxable property; and he shall annually return upon oath to the court of pleas and quarter sessions of his county, at the term next preceding the time at which the sheriff may settle with the comptroller, a correct account of the same, and immediately pay the money to the sheriff of the county, retaining three per cent. thereof for his services.

**Commissioners.** 14. The governor shall appoint in each judicial circuit, one or more commissioners, whose duty it shall be to institute and attend to all suits brought to enforce the collection of the tax laid in section *seven* of this chapter; and to bring suits and take such other steps as may be necessary to enforce the collection of all taxes due and unpaid, which have heretofore been laid on property real and personal, descended or devised to collateral relations'; and the commissioners shall receive such compensation for their services as the governor may allow.

**Intermeddlers in estates.** 15. In all cases where estates descend, or are devised to collateral relations, or strangers in blood, and the same shall be divided or settled, or an attempt be made to divide or settle them, without any lawful administration being had upon such estates, any person intermeddling in said estates, shall forfeit and pay the sum of five hundred dollars; to be sued for in the name of the State, in the superior court of the county wherein the testator or intestate had his domicil at the time of his death, and accounted for, when collected, as public tax.

**Administration.** 16. Whenever any person shall die, leaving no lineal descendants, and leaving property liable to the tax imposed by the *seventh* section of this chapter, and no administration shall be had on the estate, within three months thereafter, it shall be the duty of the county court, upon being informed of the fact, to grant administration thereof to the clerk of the county court, who shall retain and account for the tax according to the preceding sections of this chapter.

**Duty of commissioners.** 17. It shall be the duty of the commissioners to institute suit for all penalties incurred by clerks for failing to collect and account for the tax on collateral descents; which penalties shall be accounted for as public tax.

18. Every conveyance made by such deceased person **Fraudulent conveyance void.** with intent fraudently to evade the collection of said taxes, or any of them, shall, as against the State, be void ; and the same shall be chargeable at the suit of the State, on the property conveyed, in the hands of such vendee or donee, and his assignee.

19. Upon every dollar, more than six dollars, of net in- **Tax on interest.** terest, not previously listed, either received during the year, next preceding the first day of April, or during that time, accrued, or converted into principal so as to become an in- terest-bearing subject, (whether demandable or not) on mon- ey owed, by solvent debtors, wherever they may reside, a tax of four cents.

20. Upon every dollar, more than six dollars, of net div- **On dividends, profits, &c.** idend or profit, not previously listed, actually due or receiv- ed during the year, ending on the said first day of April : upon money invested in steam vessels of twenty tons bur- den or upward, or in *stocks* of any *kind*, or in *shares* of any *incorporated* or *trading* company, whether in or out of the State, and herein shall be included all *bank* dividends, *bonds* and *certificates* of debt, of any other State, a tax of four cents.

21. Such net interest, dividend, or profit, shall be ascer- **How ascertained.** tained by deducting from the whole amount thereof, such interest as during that time had accrued against the payor of the tax.

22. Upon every hundred dollars employed in buying **Tax on capital.** and selling slaves, upon speculation, a tax of thirty-three and one-third cents : upon all sums of one hundred dollars and upward, employed in any other species of trade, for profit, by buying and selling, not in this chapter specially taxed, a tax of twenty cents ; whether these trades be car- ried on with cash or upon credit.

23. Upon each sulky, gig, buggy, barouche, carriage, **Pleasure ve- hicles.** and other pleasure vehicles in use by the owner, or by his consent, of the value of fifty dollars, and upwards, there shall be paid a tax of one per cent. upon the value thereof.

(2) Upon all gold and silver plate and ornamental jewel- **Plate, &c.** ry in use, except ornamental jewelry worn by females, of as great a value as twenty-five dollars, one and one-fourth

3

por cent. on the value: on each gold watch in use, one dollar and twenty-five cents; on each silver or other watch in use, thirty cents.

**Harps and pianos.**
(3) On each harp in use, two dollars and fifty cents; on each piano forte in use, one dollar and fifty cents.

**Pistols, &c.**
(4) On every pistol, except such as are used exclusively for mustering, and on every bowie-knife, one dollar and twenty-five cents; on dirks and sword canes, sixty-five cents: *Provided, however,* That said arms, only such shall be taxable, as at some time within the year have been used, worn or carried about the person of the owner, or of some other, by his consent.

**Retailers and canes.**
(5) On all licensed retailers of wines, cordials, or spirituous liquors, thirty dollars; on all gold-headed walking canes, in use by the owner, fifty cents; on all silver-headed walking canes, in use by the owner, twenty-five cents.

**Tavern keepers.**
(6) All keepers of houses of public entertainment, whether in town or country, whose annual receipts amount to three hundred dollars or more, shall pay a tax of one-fourth of one per cent.: *Provided,* That nothing herein contained shall authorize the keepers of such houses to retail spirituous liquors, without taking a license to sell the same from the county courts, and paying tax for the same.

**Billiard tables.**
(7) On each public billiard table, one hundred and twenty-five dollars, except when there are more than one kept by the same individual in the same room; in that case, a tax of one hundred and twenty-five dollars, shall be paid on the first, and sixty-five dollars on each additional table; on each private billiard table, twenty-five dollars.

**Bowling alleys.**
(8) On each public bowling alley, commonly called nine pin or ten pin, or by what other name called, fifty dollars, and for each additional bowling alley, fifteen dollars.

**Livery stables.**
(9) On each livery stable, twenty-five dollars.

**Cards.**
(10) On each pack of playing cards, thirty-five cents, to be paid by the seller; and every merchant, shop-keeper, retailer, inn or ordinary or tavern-keeper, or public dealer in goods, wares and merchandise, or other thing, shall list the number of packs he may have sold during the year.

**Peddlers of patent medicines, &c.**
(11) On all peddlers of patent soap, medicines for killing crows, chinches and other vermin, for the curing of head-

ache, tooth-ache, or corns, and all patent medicines, razors, razor strops, a tax of ten dollars in every county in which they may so peddle. On every person engaged in putting up conductors for lightning, commonly called lightning rods or Franklins, thirty dollars per annum in every county in which he may be so engaged: and that daguerrotypists, ambrotypists, photographists, portrait and minature painters, be taxed ten dollars in every county in which they may take likenesses.

(12) On each mortgage deed, marriage contract, and deed *Mortgage deeds, &c.* in trust, made to secure debts and liabilities, which shall be registered, one dollar, which the register shall pay; the register shall not be obliged to record any such deed, unless the tax thereon is paid to him; and he shall endorse thereon the payment of the tax, and shall render on oath to the sheriff at the same time other taxables are listed, the number of such deeds by him registered in the preceding year, and pay over to the sheriff at the time of listing other property, all such moneys by him received, under the penalty of one hundred dollars; and the sheriff shall account for the same as other public taxes.

(13) There shall be levied upon every marriage license a *Marriage li-* tax to the State of one dollar, to be paid to the clerk at the *censes.* time of issuing the same; which shall be accounted for as other taxes in his hands now are: *Provided,* He shall retain five per cent. for collecting the same.

(14) The taxes herein imposed on retailers, ordinaries and *To be paid in* inns, and tavern-keepers, peddlers, billiard-tables, bowling- *advance.* alleys and livery stables, shall annually be paid in advance to the sheriff of the county, who shall grant a license for the same. The applicant for license to retail spirituous liquors or to keep an ordinary or inn, having first obtained an order therefor, as provided in the chapter of the Revised Code, entitled "Ordinaries and Inns;" and any person offending against this provision shall pay a double tax, to be collected by distress.

24. On every merchant, merchant tailor, or jeweller, who *Merchants,* shall sell goods, wares and merchandise, (other than ready *druggists,* made clothing,) one third of one per cent., and upon the *&c.* amount of purchase of ready-made clothing of every kind,

(whether for male or female,) one per cent. upon his capital. On every merchant, apothecary, druggist, or other dealer, consignee or agent, selling at wholesale or retail, spirituous liquors, wines, or cordials, five per cent. upon the capital so employed to be paid by the seller. On every merchant or apothecary, selling drugs, medicines or nostrums as agent for the owner, if a non-resident, thirty-three and one-third per cent. of the value, to be paid by the seller. On every commission merchant, two per cent. on the commissions received by him, when such goods belong to and are brought into the State by non-residents; but the provisions of this act shall not apply to our own merchants auctioneering off their own goods, at their usual place of business. On every auctioneer, five per cent. upon the value of goods sold by him: *Proviso,* That no tax shall be levied upon sales made under an execution or order issuing from any court, or from a justice of the peace, nor by an executor, administrator or trustee. The capital aforesaid shall be the aggregate sum of the purchases of goods, wares and merchandise, made within the year preceding the first day of July, and herein shall be included the amount of the purchase of goods, wares and merchandise, and spirituous liquors, or other things not herein particularly enumerated, whether of this or any other State. The commissions received by each commission merchant shall be computed by the same time, and also the amount of such articles, not the manufacture of this State, as are sent here to be sold by the consignees or agents of the owners. All the tax contained in this section shall be listed on oath with the sheriff, and paid as merchant's tax.

Proviso.

25. The bonds and notes payable to any merchant, merchant tailor, or jeweller, shall not be deemed part of his capital stock, but the interest on the same shall be taxed as other money at interest.

Bonds and notes not capital, but interest on them taxable.

26. Every such merchant, merchant tailor, jeweller, or dealer in spirituous liquors, engaged in business in any county on the first day of July, shall apply to the sheriff of such county, and on paying the tax on his capital estimated as aforesaid, (the amount of which he shall swear to in an af-

To be paid to sheriff in advance.

fidavit, subscribed and made before the sheriff) shall take a receipt therefor and be allowed to carry on his business.

27. Every person opening such store after the first day of July, shall pay the tax, or shall execute and deposit with the sheriff a bond with good security, payable to the State of North-Carolina, to pay the tax on the amount of all his purchases, including the present stock, also including amount of purchase of spirituous liquors, to the first day of July next succeeding, and therefor shall take from the sheriff a receipt for such tax or bond, and be allowed to carry on his business.

*To give bond.*

28. Every wholesale, retail or commission merchant, merchant tailor, jeweller, or dealer in spirituous liquors, who shall sell any goods, wares, merchandise, or spirituous liquors, without first taking the receipt of the sheriff, as in any of the forgoing sections of this chapter is provided, shall pay an additional tax of one hundred dollars, which the sheriff shall collect forthwith by distress, with the other tax imposed on such merchant.

*Additional tax in certain cases*

29. There shall be paid in advance to the sheriff of each county, a tax of forty dollars, by every person who shall offer for sale, or peddle in that county, any riding vehicle, not of the manufacture of this State; and on all horses and mules brought into this State for sale, whether by citizens of the State or others, there shall be paid to the sheriff a tax of twelve dollars and fifty cents, for each county in which any sale of such horses or mules may be made: *Provided*, That when any person shall offer for sale any vehicle purchased for his own use, he shall not be subject to the above tax.

*Peddlers of vehicles, &c.*

30. Every person, whether by agency, or otherwise, engaged in buying and selling riding vehicles, not of the manufacture of this State, shall pay an annual tax of one per cent., on the sums of their purchases of such riding vehicles for the year preceding the first day of July, in like manner as merchants and merchant tailors; and every manufacturer of such riding vehicles, shall pay in like manner as merchants and merchant tailors, a tax of one-third of one per cent. on the sums of their purchases, of any pieces or parts of such riding vehicles, bought out of the State; and all

*Persons selling vehicles.*

other manufacturers of whatsoever calling, shall pay a tax of one-third of one per cent. upon the sums of their purchases made out of the State.

*Selling by sample.*

31. There shall be paid in advance to the sheriff of each county, a tax of fifty dollars, by every person exhibiting, selling or offering to sell by sample any goods, wares or merchandise, not of the manufacture of this State.

*Sheriff to give receipt.*

32. On payment of the tax mentioned in the three preceding sections, the person paying the same, shall take the sheriff's receipt, specifying the county and purpose for which it is paid, and thereupon he may exercise such employment for one year, and sell at any places in the county for which the tax is paid: *Provided, always,* That such receipt shall not be construed to permit two or more persons to peddle under the same license, under the pretence of being partners in trade.

*Double tax.*

33. If any person shall offend against any of the four preceding sections, he shall pay to the sheriff double the tax due from him, which the sheriff shall forthwith collect by distress.

*Peddlers.*

34. Every peddler, except as hereinafter provided, of any other article, part of machinery, or thing whatsoever, than aforesaid, the whole or principal part whereof, in value, shall be not of the growth or manufacture of this State, who shall exercise such employment, without first having obtained an order, allowing him to peddle, from the court of pleas and quarter sessions of the county in which he proposes to peddle, and pay the tax in the following section imposed, shall pay a tax of one hundred dollars a year for each county in which he may so peddle, which the sheriff shall forthwith collect by distress.

*Who may peddle.*

35. Every person who shall prove to the court that he is of good moral character, and that he is a native or naturalized citizen of the United States, may be entitled to such order at the discretion of the county court, and on paying to the sheriff of the county for which the order was granted a tax of forty dollars, and taking a receipt therefor specifying the purpose and county, may peddle in that county for one year, either on land or water, articles, parts of machin-

ery or other things of the kind mentioned in the preceding section.

36. *Provided,* (1) That when such licensed peddler shall peddle altogether on the waters on the South side of Albemarle sound, and tributaries entering that side of the sound, (Roanoke and Cashie excepted,) he shall pay a tax of six dollars only. <sub>Proviso.</sub>

(2) That any person may freely peddle live stock, (except horses and mules,) vegetables, fruits, oysters, or fish and salt fish, the growth or produce of the United States.

(3) That any person a citizen, and for twelve months a resident of the State, may freely peddle books, charts, maps, philosophical apparatus and music prints.

(4) That two persons shall not peddle under one license, under any pretence of being partners.

(5) That no licensed peddler shall sell any goods or other things at auction without incurring the duties on auction sales.

(6) That any person who shall procure houses for carrying on a temporary sale of goods at one or more public places in this State shall be deemed a peddler.

37. Upon all persons commonly known as brokers, who, for the purpose of gain, shall be engaged in buying or selling bills of exchange, or the bills of any bank incorporated in this State, shall be levied a tax of three hundred dollars. <sub>Brokers.</sub>

38. The tax shall be paid in advance to the sheriff of the county in which the calling is used, whose receipt therefor shall allow the person to act as broker aforesaid for one year, and if any without such authority shall act as such he shall pay a tax of three hundred dollars, which the sheriff shall forthwith collect by distress.

39 On surgeon dentists, practising physicians, practising lawyers, State and county officers, persons in the employment of incorporated or private companies, or of other individuals, and all other persons, (except ministers of the gospel,) whose practice, salaries, or fees, or all of them together, shall yield an annual gross income of five hundred dollars, whether payable annually, quarterly, monthly or otherwise, there shall be levied a tax of five dollars, and for all sums so received over five hundred dollars, there <sub>Dentists, physicians, lawyers, &c.</sub>

shall be levied one per cent.; on every surgeon dentist, non-resident of this State, ten dollars for each county in which he practices.

Attorney's li-
cense.

40. Upon each license to attorneys to practice law in the county or superior court, fifteen dollars, to be paid at the time of obtaining license to the clerk of the supreme court; so much thereof as may be paid to the clerk at Raleigh, shall be paid by him into the public treasury, and so much as shall be received by the clerk at Morganton, shall be expended by him under the direction of the court, in the purchase of books for the library at that place, and the clerk shall be entitled to six per cent. for receiving and accounting for said money.

Insurance and
express com-
panies, &c.

41. Upon all insurance companies in this State an annual tax of one hundred dollars, and upon all insurance companies incorporated out of the State an annual tax of one hundred dollars for each county in which an agency may be established; the tax shall be paid in advance to the sheriff of the county where the company may transact its business; and if the tax be not paid in advance, the same shall be two hundred dollars, which the sheriff shall forthwith collect; each express company shall pay a tax of ten dollars for every county in which articles or packages may be delivered, and in case of failure to pay the sheriff in advance, a forfeiture of a double tax shall be imposed by the sheriff; and on all agencies of banks incorporated out of the State, a tax of five hundred dollars; the tax shall be paid in advance to the sheriff, and in case of failure a double tax shall be paid.

Circuses.

42. Upon every company of circus riders or equestrian performers, and upon every company or persons who, for reward, shall exhibit any collection of animals commonly known as a menagerie, an annual tax for each county wherein they may exhibit of seventy-five dollars.

Stage play-
ers, &c.

43. Upon every company of stage or theatrical players, sleight of hand performers, rope dancers, tumblers, wire-dancers, or company exhibiting for reward, artificial curiosities of any kind, (models of useful inventions excepted,) and on each one of such persons, where they perform or exhibit alone, an annual tax for each county wherein they may ex-

hibit of forty dollars; and where two or more companies join together, fifty dollars for each company thus connected, and upon every person or company exhibiting any other natural curiosity, not already mentioned, an annual tax for each county wherein it may be exhibited, of twenty dollars.

44. Upon every person, or company of singers, dancers, ethiopian serenaders, or performers on musical instruments, who, for the public amusement, shall sing, dance, serenade, or play on musical instruments for reward; and upon every other public exhibition for amusement exhibited for reward, and upon every one who lectures for reward, an annual tax of ten dollars in every county where such exhibition is made or lecture delivered; unless the reward be devoted to some literary or charitable use in the State. *Singers, dancers, &c.*

45. The tax imposed in the three next preceding sections shall be paid in advance to the sheriff of the county in which the exhibition is to be made, who shall thereupon give a receipt for the same, specifying the county for which the tax is paid, and a list of the performances, animals or articles to be exhibited; and if such tax is not paid in advance, the sheriff shall forthwith collect a double tax. *To be paid in advance.*

46. Every peddler, stage player, sleight of hand performer, rope-dancer, tumbler, wire-dancer, company of circus-riders, or equestrian performers, exhibitor of natural or artificial curiosities, company of singers, serenaders or musical performers, dancers, and every other public exhibitor for reward, shall show his receipt for the tax to any justice of the peace or constable who may demand a view thereof; and it shall be the especial duty of constables to demand such view. *To show receipts.*

47. If the justice or constable shall be denied a view of the receipt, the offender shall forfeit and pay one hundred dollars, one-half for the State, and the other half for the constable or any other who will sue for the same; and the justice, if the denial be to him, shall forthwith issue his warrant for the recovery thereof, and if to a constable, he shall arrest the party, and carry him before some justice of the peace, who shall issue his warrant for the penalty, and determine the cause. *Forfeit for not showing.*

**Free negroes.**
48. All free persons, living with and constituting a part of the family, and all colored persons living by consent on the lands of another, shall be listed by the head of the family, or owner of the land, as the case may be.

**When to be listed.**
49. Every kind of property, person, employment, profession, privilege or subject, on which a tax is imposed by this chapter, other than such whereon the tax imposed is demandable at the time it is laid, shall be listed for taxation—within the last twenty working days in July in every year.

**What and who to list.**
50. The real and personal estate, and other taxable subjects, unless otherwise provided, required to be listed for taxation, shall be such as were the property or in the possession of the owner, or were subjects of taxation on the first day of July preceding, and the polls shall be such as were of the required age on that day, and any freeman arriving at age after that day, and before an election, may list himself before the sheriff or his deputy, and pay down to the sheriff the poll tax of the year.

51. Lists of the taxables of testators, intestates, minors, lunatics, insane persons, absentees, and estates held in trust, shall be rendered by the executor, administrator, guardian, agent, trustee, or *cestui que* trust, as the case may be.

**When lands have been divided.**
52. When tracts of land or town lots have been divided after valuation by the board, the taker of tax lists shall affix and return the separate value of each part, making the sum of all the values equal to the valuation returned by the board; and the justice may swear and examine witnesses to aid him in the enquiry.

**Justices to take list.**
53. At the first court of pleas and quarter sessions of each county, held after the first day of April, the court shall annually appoint for each captain's district, a justice of the peace, to take the list of taxable property; whose names, with their respective districts, shall, during the term, be advertised at the court house by the clerk.

54. If the court should fail to make such appointment, any three justices of the peace of the county may meet at the office of the county court, on or before the first day of July, and appoint the takers of tax lists for the county, and the clerk shall record the same.

55. Notices of all appointments of the takers of tax lists

r

as soon as they are made shall be issued and delivered by the clerk to the sheriff, who shall serve them within ten days notice on each justice, and he shall advertise, at three several places within the district, at least ten days before the time of listing, the places and times, where and when he will attend for receiving the list of taxables. *To have notices.*

56. The notice to be issued as aforesaid to the justice shall contain a copy of sections fifty-nine and sixty-six of this chapter; and at the same time, the clerk shall deliver to the sheriff, to be handed to each justice, a fair copy of the returns, made by the last preceding board of valuation of the assessment of real estate in his district, which copy the justice shall return, with his return of taxables to the clerk. *Copy of returns, &c.*

57. If any such justice should die, remove, or become incapable before his duties are performed, another shall be appointed by any three justices of the county, to be notified by the sheriff, for that purpose, and such justice shall take the list. *Vacancy, how filled.*

58. At the times and places appointed by the justice, the inhabitants of the district shall attend, and the justice shall read over to each one giving in his list all the articles and subjects of taxation; and thereupon, he shall render to the justice his list of taxables, and at the same time shall take the following oath: "You, A. B., do solemnly swear that you, either in your own right, or the right of any other person or persons whomsoever, either as guardian, attorney, agent, or trustee, or in any other manner whatsoever, are not liable for more taxes, under the laws of the State, than the amount which you have now listed; and that the list by you now delivered, contains at least as large an amount of interest, dividends, profits, practice, salaries and fees, as you are bound to list for taxation; and in all other respects contains a just and true account of all the property which by law you are bound to list for taxation, to the best of your knowledge and belief, so help you God." *Oath.*

59. No justice shall take the tax list of any one, but on administering the foregoing oath, on pain of paying one hundred dollars to any one who will sue for it: *Provided, however,* That females, aged and infirm persons, and persons absent from the county during the days of listing tax- *Proviso.*

ables, may on oath, before any other justice, render a list of his taxables; and the same being certified by such justice, shall be entered on the tax lists.

**Property where listed.**

60. Real estate shall always be listed in the county wherein it is situate. Personal property, and other subjects of taxation, shall be listed in the county where the owner or lister resides; but if the owner reside out of the State, they shall be listed in the county where his agent, or the person liable for the tax may reside: *Provided, however*, That when real estate shall lie in one or more counties, a list of such estate lying out of the county of the owner's residence, sworn before a justice of the county wherein the owners may reside, may be transmitted to the proper taker of the lists: *Provided, further*, That such slaves, or other taxable personal estate as are employed on the land of the owner, shall be listed where the land is listed.

**Double taxes.**

61. If any person bound to list taxables, in his own right, or in the right of another, shall fail to list the same, or any part thereof, the sheriff shall collect from him, and of his own proper estate, double the tax imposed on the property or subject not listed.

**Land not assessed.**

62. If the sheriff, or other person, shall discover that any land has not been assessed, he shall make it known to the county court; whereupon, a board shall be appointed to assess the same, who shall proceed in the manner herein provided; and the court shall ascertain the amount of tax which, within the ten preceding years the land has been liable for, but not paid; and the sheriff shall be ordered forthwith to collect treble the amount with interest, of all such tax, by distress or otherwise.

**Penalty for not refusing to take oath.**

63. If any person shall refuse to take the oath prescribed in the fifty-eighth section of this chapter, he shall be deemed guilty of a misdemeanor; and the justice shall forthwith commit him to the common jail, unless he will be recognised with sureties to appear at the next term of the superior court of the county to answer the charge; and on conviction or submission, he shall be fined one hundred dollars at least, more than the amount of his taxes.

**Duties of sheriff.**

94. It shall be the duty of the sheriffs to inform the attorney-general and solicitors of the State, for the circuits

and counties, concerning all omissions by tax payers, done
in their respective counties to defraud the State of its rev-
enue; and the attorney-general and solicitors of the State,
for circuits and counties, upon information, or good cause
for suspicion, that any person has omitted to render his tax
list, or has failed to render an accurate and fair list of all
the property, estate and subjects, upon and for which he is
liable to be taxed, shall file a bill in equity against the per-
son so defaulting; and the answer of the defendant shall
not be competent evidence against him in any criminal or
penal prosecution whatever.

65. The comptroller, at the public cost, shall have pre-
pared and printed forms of tax lists, with all the articles
and subjects of taxation, to be listed under this chapter, or
any future law, mentioned separately over the heads of par-
allel columns, in which the amount or quantity or descrip-
tion of each article or subject to be listed is to be set down;
and he shall annually furnish to each county court clerk,
two or more copies thereof, for each collection district, as in
the opinion of said comptroller may be deemed necessary.

66. The justice appointed to take the list of taxables
shall set down each article or subject in its proper column,
against the names of the persons listing, arranged in alpha-
betical order, and return the same to the clerk of the
county court, at the term next after the time prescribed for
taking the list; and as a part of his return, which he shall
always subscribe, he shall state that the list of each person
listing was rendered on oath, in the manner prescribed and
enjoined by law.

67. If any justice appointed to take the list of taxables,
or any freeholder appointed to assess the value of land, shall
wilfully refuse to discharge the duties of his appointment,
he shall be deemed guilty of a misdemeanor.

68. The clerk on receiving the returns, shall record them
at length, in alphabetical order, keeping the return of each
district separate from the other; and at the next county
court, after they are directed to be made, shall set up in
some conspicuous part of the court-house, a copy of the
whole, adding to the taxables of each person, the amount
of tax for which he is liable; and any clerk offending against

*Marginal notes:* Printed forms to be furnished by Comptroller. Duty of justices. Duty of clerks.

any of the duties prescribed in this section, shall forfeit and pay one hundred dollars.

Clerk to return to comptroller.

69. The clerk, on or before the first day of June next, after the lists are returned, shall return to the comptroller an abstract of the same, showing the number of acres of land, and their value, the valuation of town lots, and the number of white and black polls, and specify every other subject of taxation, and the aggregate tax on the whole; at the same time, the clerk shall return to the comptroller an abstract of the lists of the county and poor taxes paid in his county, setting forth separately, the number of taxable white and black polls, the amount paid on each hundred dollars value of land, and also the gross amount of taxes of every kind levied for county purposes; and the comptroller, at the public cost, shall furnish the clerks with blank forms, and also make out a general statement of each subject of taxation paid in the State.

Default of clerk—forfeit.

70. And if any clerk shall offend against any of the duties prescribed in the preceding section, he shall forfeit and pay to the State one thousand dollars, to be recovered against him and the sureties of his bond in the superior court of Wake county, at the term next after the default, on motion of the attorney-general; and it shall be the duty of the comptroller to inform the attorney-general of such default.

71. The county court on the prescribed oath, may take the tax list of any person applying to list his taxables, at any time of such court, before the first day of March, upon his paying to the clerk one dollar for recording the same.

Board of valuation.

72. The several county courts, at the time when they shall appoint justices to take the tax lists for the year eighteen hundred and fifty-five, and at the same term, every five years thereafter, shall appoint two respectable freeholders, men of skill and probity, to be associated with each justice, and these three shall be styled a board of valuation. They shall be notified of their appointment by the clerk, and as such board shall ascertain, either by viewing the premises, or otherwise, as accurately as may be practicable, the cash value of the lands, or other real estate with the improvements thereon, situate within the districts for which they are appointed, and return the same to their respective

county courts, in the manner herein prescribed; and for the
town of Wilmington, such a board shall be appointed every
two years, after the time of their appointment in the said
year eighteen hundred and fifty-five.

73. In estimating the value, the board may call and swear **Duty of board. Oath.**
witnesses to testify thereto; and they shall take into the es-
timate any fishery appurtenant thereto or used with the
land; also, all mines of metal, stone or coal, or other mat-
ter, discovered or supposed to exist, whereby the price of
the land is enhanced; also in ascertaining the value of im-
provements on real property, all machinery and fixtures for
manufacturing purposes, shall be taken into the estimate;
and when the same tract or body of land shall be in one or
more districts, the board where the owner resides shall as-
certain the value of the whole tract; and if the owner re-
sides in neither of the districts, the board where the greater
part may lie shall value the whole; and the board shall an-
nex to their return of their valuation the following affidavit,
subscribed by them, and sworn before and certified by some
justice of the peace:—" We solemnly swear that the fore-
going valuation of land, with the improvements thereon,
and privileges thereto attached, made by us, is, in our judg-
ments and belief, the actual value thereof in cash; and
that in making the same we have endeavored to do equal
justice to the public and to the individuals concerned; so
help us God."

74. The owner of land, or his agent, (if he be a non-resi- **Land, town lots, &c.**
dent) shall on oath furnish the board with a list, including
land entries, setting forth the separate tracts, and also the
several contiguous bodies or tracts of land owned by him in
the district, together with the names of the water-courses
or other remarkable places on or nearest to which they may
be situate, and the number of acres in each separate tract
or contiguous bodies of land; town lots shall be listed sepa-
rately, and each lot be numbered according to the plan of
the town; and each separate body of land and town lot,
shall be separately and distinctly valued and returned.

75. If the owner or his agent will not, on oath, state the **May order sur-vey.**
number of acres, or if the statement is so vague that the
board cannot, with reasonable certainty, determine the num-

ber of acres, they shall procure the county or other surveyor to survey the land, at the cost of the owner, who be may warranted for his fees and other expenses, by the surveyor.

*Remedy for too high a valuation.* 76. If any one deem that too high a valuation has been put on his land, the county court, at the ensuing term, may reduce the same, on motion and satisfactory proof; or they may enquire into the complaint, by commissioners appointed for that purpose—and in all cases where land, after valuation, shall increase in value by reason of mines of metal, coal, stone, or other valuable thing being discovered or worked; or, if the same shall decrease in value by reason of fire or extraordinary causes, the justice taking the list shall appoint and swear two respectable and disinterested freeholders, who, with himself, shall reassess said land; and the justice shall affix their valuation to the land.

*Remedy, &c.* 77. That in like manner, if any one shall be charged with more poll or other subject of taxation than he is liable for, the court shall direct the clerk to render a true account thereof; a statement of all which certificates so given shall be returned to the comptroller, who shall credit the sheriff with the amount of the same.

*Pay of Board.* 78. The members of every board engaged in assessing the value of land, shall receive each, one dollar a day for the time engaged, to be paid by the county court.

*Pay of clerk.* 79. For all services of the clerks in relation to the taxes not in this chapter specially provided for, they shall be paid by the county such sum as the court may allow.

*Release from double taxes.* 80. The county courts may release any person from the payment of a double tax, for failing to list his taxables, in cases where it shall appear to the court by satisfactory proof that such failure occurred by reason of the sickness of the party, at the very time when the tax list was taken; or where it may appear that he rendered a list, and his name was omitted to be entered, or has been omitted in the duplicate prepared by the justice to be returned to the clerk, or other sufficient cause, to be judged of by the court; and the court shall have no power to remit a double tax in any other case, and they are expressly forbidden to do so.

*Duty of clerk.* 81. The clerk of the county court shall, on or before the

first day of April, in the year ensuing the taking the lists, deliver to the sheriff of the county a fair and accurate copy, in alphabetical order, of the tax list, which shall contain the public tax, or tax payable to the public treasurer, and the taxes imposed by the justices of the county court; it shall likewise designate the separate amount due from each subject of taxation, and extend the aggregate amounts due from each person in columns; and if any clerk shall fail to furnish the sheriff at the time provided with a copy of this description, he shall be deemed guilty of a misdemeanor, and the sheriff shall inform the grand jury thereof.

82. The sheriff shall forthwith proceed to collect said taxes, and when he shall collect, by his deputies, who are not sworn, or others, such persons shall, in open court, or before a justice of the peace of the county, take an oath, faithfully and honestly to account for the same, with the sheriff, or other person, authorized to receive them. *Duty of sheriff.*

83. If any sheriff shall die during the time appointed for collecting the taxes, his sureties may collect them, and for that purpose shall have all the powers and means of collecting the same of the collectors and tax payers, as the sheriff would have had; and shall be subject to all the remedies for collection and settlement of the taxes on their bond or otherwise, as might have been had against the sheriff if he had lived. *Sheriff's sureties may collect.*

84. The sheriff, and (in case of his death) his sureties shall have one year, and no longer, from the day prescribed for his settlement and payment of the State taxes, to finish the collection of all taxes; but this extension of time for collection shall not extend the time of his settlement of the taxes. *To have one year.*

85. The sheriff shall collect the taxes as they are set down in the list, and, moreover, shall collect of all persons whose taxables are not listed, double the taxes imposed on the same subjects; and as to any land not listed, which may not have been assessed at the last assessment, the same, in estimating the double tax, shall be deemed to be of the value, by acre, of the highest valued tract adjoining thereto. *Duty of sheriff.*

86. Immediately on receiving the tax lists, the sheriff shall advertise the fact, and that he holds them ready for *Sheriff to advertise.*

4

inspection. He shall also request therein all persons to inform him of any taxables which may not be listed.

**Sheriff may distrain.**

87. For the more efficient collection of the taxes the sheriff, at any time from the delivery to him of the lists 'til the first day of October in the next year, may, and if there be need, shall distrain and sell the property of the tax payer to satisfy the same, selling first his personal, and then his real estate.

**Persons about to remove.**

88. If any person liable for taxes on other subjects than land, shall be about to remove from the county, after listing time, and before the period for collection, the sheriff shall make affidavit thereof before the clerk, and obtain from him a certificate of the amount of such person's tax, and forthwith collect the same.

**Duty of sheriff.**

89. If any person be liable for taxes in any county wherein he shall have no property, but shall be supposed to have property in some other county, and will not pay his tax, the sheriff shall report the fact to the county court, held next after the first day of October, and thereupon the court shall direct the clerk to issue a *fieri facias* to the sheriff of that county, returnable to the court whence it issued, for such tax, and the costs of process and executing the same, which the sheriff shall execute in the manner of writs of execution in other cases, and the tax collected thereon shall be paid to the clerk of the court, and by him paid to the sheriff, to be accounted for as other taxes.

**Sale to be advertised.**

90. The sale under distress of personal estate for taxes shall be advertised ten days previous thereto, at three public places in the district wherein the delinquent tax payer shall reside, and if he reside not in the county, then in the district where the taxables were, or ought to have been listed; and the amount of tax due shall be stated in the advertisement.

91. The sale of land for taxes due thereon, shall be made under the following rules:

**Sales of land for taxes.**

(1.) The sheriff shall return to the court of pleas and quarter sessions of his county, held next after the first day of January, a list of the tracts of land which he proposes to sell for taxes, therein mentioning the owner or the supposed owner of each tract, and if such owner be unknown,

the name of the last known or reputed owner, the situation of the tracts, and the amount of taxes for which they are respectively to be sold, which list shall be read aloud in open court, recorded by the clerk upon the minutes of the court, and a copy thereof shall be put up in some public part of the court-house.

(2) The county court shall order the clerk of the court to issue notice to every person whose land is returned as aforesaid; and a copy of the notice shall be served by the sheriff on the owner, or his agent, and returned to the next county court; and if the owner be a non-resident, the clerk shall publish the same in some newspaper printed in the State, in which advertisement shall be mentioned the situation of the land, the streams on or near which it lies, the estimated quantity, the names of the owners, where they are known, and the names of the tenants or occupiers of the same. *Sales for taxes.*

(3) The sales shall be made within the two terms next succeeding the term when the returns are made of lands to be sold, and at such place in the county as is directed for sale of land under execution; and the whole expense attendant on the advertising and sale, shall be chargeable on the lands and raised at the sale. *Sales for taxes.*

(4) The whole tract or contiguous body of land, belonging to one delinquent person or company, shall be set up for sale at the same time, and the bid shall be struck off to him who will pay the amount of taxes, with all the expenses aforesaid, for the smallest part of the land.

(5) At the second term next succeeding the term when the returns are made of lands to be sold, the sheriff shall return a list of the tracts actually sold for taxes, the quantity of the tract bought and to be laid off, the name of the purchaser, and the sum paid to the sheriff for taxes and charges, which list shall be read aloud by the clerk in open court, shall be recorded in the minutes of the court, and a copy thereof shall be put up by the clerk, during the term, in some public part of the court-house.

92. The land of an infant, lunatic, or person *non compos mentis*, shall not be sold for taxes: *Provided, however,* That where land may be owned by such persons in common *Infants, lunatics, &c.*

with another or others, free of such disability, the share or interest of the persons so free, shall be subject to be sold for the taxes due on the whole tract; but before setting apart the quantity bid off, the purchaser by petition shall cause the tract to be divided among the tenants in common, and the share or interest of the defaulting tax-payer being set apart, the purchaser may proceed to lay off on such share the quantity by him bid off and secure the title as is before provided; and the time necessarily employed in procuring such division shall not be reckoned against the purchaser.

May redeem.   93. The owner of land sold for taxes under section ninety-one of this chapter, his heirs, executors or administrators, or any other person for them, may redeem the same from the purchaser, at any time within one year after the sale, by paying or tendering in payment to the purchaser or to the county court clerk of the court where the land lies, the full amount of the price paid to the sheriff, and twenty-five per cent. thereon.

If not redeemed, to be laid off.   94. If the land so sold shall not be redeemed within the period aforesaid, the purchaser may at the end of that time select the quantity of land struck off to him, out of any part of the tract or body of which the same was bid off; the said quantity to be laid off in one compact body, as nearly in a square as may be, and adjoining to some of the outlines of the whole tract or body of land.

Surveyor to make plat.   95. Within one year after the time of redemption shall have passed, the purchaser, at his own cost, his heirs, executors or administrators, or any other for them, may procure the quantity bid off to be surveyed by the county surveyor, who shall make out and certify, under his hand, a fair plat of the survey with the courses and distances fairly and truly set forth; and if the county surveyor, on request, shall fail to make such survey and plat, then any other surveyor may make and certify the same.

Sheriff to convey.   96. The sheriff on being presented with such certified plat, within the year after the time of redemption is passed, shall convey to the purchaser the land therein contained.

97. Where by any proviso of the law, any sheriff or officer, other than the person who sold for the taxes, shall be

authorised to execute a conveyance for the land, the purchaser shall apply to the county court, and on showing to the court that such purchase had been made, and the price paid to the sheriff, who sold, and that he has paid the other taxes since accruing thereon, the court shall direct the present sheriff to execute a deed on the purchaser's producing to him a certified plat and survey, as is provided for in section ninety-five and ninety-six of this chapter. *May apply to court.*

98. The purchaser of land sold for taxes, under section ninety-one of this chapter, shall be considered as taking and holding the same subject to all the taxes accrued from the first day of April in the year preceding the purchase.

99. If any sheriff or clerk shall fail to perform any of the duties prescribed in sections ninety and ninety-one of this chapter, he shall forfeit and pay to the person aggrieved one hundred dollars, and shall moreover be liable, he and his sureties, on his bond for all such damages as any one may sustain by reason of such default. *Penalty on sheriff and clerk.*

100. If any county surveyor, being required within two months after the survey may be lawfully made, to survey the land bid off at sale for taxes, shall wilfully fail to do so within four months after such request, he shall forfeit and pay to the purchaser, or his executor, or administrator, one hundred dollars. *Forfeit by surveyor.*

101. If no person will bid a less quantity than the whole land, for the taxes, the bid shall be deemed the bid of the State, and the land shall be struck off to the State as the purchaser; and the sheriff shall report in writing to the county court, at the time he returns the list of lands sold for taxes, what and whose lands are thus struck off to the State, describing them particularly; which report shall be recorded on the minutes of the court, and thereupon the title of said lands shall be deemed to have been vested in the State from the time of purchase. *Bid off to State in certain cases.*

102. The clerk shall within twenty days after the return of the sheriff's report of the land sold to the State, make and certify two copies thereof; one of which he shall transmit to the comptroller, and the other deliver to the sheriff, (or to his sureties, when they act) who shall deposit the same with the secretary of state, to be by him recorded; *Clerk to report.*

and the secretary shall grant to the sheriff a certificate, setting forth what and whose lands, and the quantity and value thereof, have been sold for taxes and struck off to the State.

**Failure of sheriff to report.**
103. If any sheriff or other person authorized thereto, shall sell for taxes and strike off any land to the State, and shall fail duly to report the same to the county court, or to duly obtain and deposit a copy thereof with the secretary of state, the comptroller shall, in his report to the treasurer, charge such sheriff (or other person acting in his stead) with the sum of two thousand dollars, and the treasurer shall recover the same as unpaid tax.

**May be redeemed.**
104. Lands bid off for the State may be redeemed in like time, and under the same rules and regulations as those purchased by individuals, except the payment, (which shall be double in amount of all the taxes for which they were sold) shall be made to the treasurer; and on his certificate thereof, the secretary of state shall, on being paid his fees, issue a grant to the original proprietor, his heirs or assigns, and at the same time shall certify the payment to the comptroller.

105. Lands bid off for the State shall, as to the person for whose tax the same is sold, his heirs or assigns, be liable to be entered as vacant lands; subject nevertheless, to the right of redemption within the time prescribed.

**Sheriff's sureties.**
106. When land shall be sold for its tax, and the sheriff shall die, or otherwise become unable to report his sales, his sureties may report the same within the time prescribed; and shall proceed as to the land bid off by the State, in the same manner as the sheriff might.

**When sheriff shall settle.**
107. The sheriff, and all receivers of public moneys, shall yearly settle their accounts with the comptroller, between the last day of June and the first day of October, (unless where the settlement of such persons may be specially directed to be made in another manner, or at another time,) so that it may be known what sum each one ought to pay into the treasury, and the comptroller shall forthwith report to the public treasurer the amount due from each accountant, setting forth therein (if a sheriff's account) the nett amount due from the sheriff to each fund; and therefor the

treasurer shall raise an account against such person, and debit him accordingly.

108. The sheriff, in making his settlement as aforesaid, shall designate in a list by him rendered at the time, the different sources from which were raised the taxes accounted for by him, and the particular amount of tax received from each source; and the comptroller shall give to each sheriff a certified copy of such list, which the sheriff shall deposit with the clerk of the county court of his county, for public inspection; in such settlement, the sheriff shall be charged with the amount of public tax, as the same appears by the tax lists transmitted to the comptroller; also, with all double taxes, and taxes on unlisted property by him received, and with all other tax which he may have collected, or for which he is chargeable. *Sheriff's settlement.*

109. And he shall be credited (1) with the amount of State tax on land bid off by the State, with the costs attendant on the sale and procuring the title, and with commissions on the whole, including the county revenue, on producing the certificate of the secretary of state, as is provided in section one hundred and two of this chapter. (2) With all insolvent taxables allowed by the court, as hereinafter provided; and when the sheriff shall be required to settle before such taxables are allowed, he shall be credited with them in the next year's settlement; or the sheriff may at any time thereafter, on producing a certificate of such taxables allowed, procure an order from the comptroller on the treasurer for the amount thereof. *Sheriff's credits.*

110. The sheriff shall return upon oath to the court of pleas and quarter sessions of his county at the term next preceding the time at which he may settle with the comptroller, a list of all moneys which he may have received from the clerks of court, or as double taxes, from the taxes imposed on unlisted property, or on merchants, merchant tailors, jewellers, licensed retailers by small measure, houses of public entertainment, ordinary or inn keepers, billiard tables, bowling alleys, stage players, sleight of hand performers, rope dancers, tumblers, wire dancers, circus riders, equestrian performers, exhibitors of natural or artificial curiosities, apothecaries, druggists, non-resident owners of *Sheriff to make return to court.*

studhorses and jackasses, horses and mules brought into the
State for sale, sellers of carriages, buggies and other riding
vehicles, manufacturers of riding vehicles on the sums of
the purchases bought out of the State of any pieces or parts
of such riding vehicles, and on all other manufacturers, up-
on the sums or amount of their purchases made out of the
State, peddlers, brokers, insurance companies, agencies of
banks incorporated out of the State, exhibitors of menege-
ries, dancers, ethiopian serenaders, performers for reward
on musical instruments, and other exhibitions for public
amusement, for reward, dealers in spirituous liquors, livery
stables, county registers, auctioneers, commission merchants,
and on any and all other subjects for which he ought to ac-
count.

Lists.   111. The list shall set forth the name of each person who
may have paid any such tax, its amount, and for what it was
paid, which shall be read aloud in open court, and shall be
recorded on the minutes of the court by the clerk, who,
during the space of six months after its return, shall keep a
copy thereof set up in some public place in the court house
and shall lay before each grand jury, during that time, a
copy of the same.

112. If the term aforesaid of the county court shall be
held before the sheriff can complete and return the collec-
tion of the taxes last aforesaid, or if from any other cause
the sheriff have failed to make his return at that court, then
the list of said taxes may be returned, and filed with the
clerk of the court during vacation, and sworn and subscrib-
ed in the presence of the clerk before two justices of the
county, and the same shall be recorded on the minutes of
the court, and a copy set up and laid before the grand jury
as aforesaid.

Duty of   113. The clerk, on application of the sheriff, shall deliver
clerk.   to him a true abstract of such return, which the sheriff shall
deliver to the comptroller when he settles his account; and
if any sheriff shall fail to deliver such abstract to the comp-
troller, the comptroller shall add to the taxes for which such
sheriff is liable, one thousand dollars, and so report his ac-
count to the treasurer.

114. If any clerk shall fail to perform any duties requir-

ed in sections one hundred and eleven, one hundred and *Failure of clerk.*
twelve, and one hundred and thirteen of this chapter, or
shall falsely certify any such return of the sheriff, he shall
be deemed guilty of a misdemeanor, and, on conviction,
shall be removed from office.

115. If any register or clerk shall fail to pay to the sher- *Register.*
iff any tax which he ought to pay, the county solicitor, at
the instance of the sheriff, shall bring suit on his bond, and
shall recover in addition to the taxes withheld, or not ac-
counted for, one hundred dollars; and the whole recovery
shall be paid into the treasury by the sheriff.

116. No insolvent taxables shall be credited to the sheriff *Insolvents.*
in his settlement with the comptroller, but such as shall be
allowed by the county court; a list whereof containing the
names and amounts, and subscribed by the sheriff, he shall
return to the court at some term preceding said settlement;
and the same shall be allowed only on his making oath that
he has been at the dwelling house or usual place of abode,
of each of the tax payers, and could not there or elsewhere
in the county, find property wherewith to discharge his
taxes, or such part thereof as is returned unpaid; and that
the persons contained in the list were insolvent, at and du-
ring the time, when, by law, he ought to have endeavored
to collect their taxes; such list shall be recorded on the
minutes of the court, and a copy thereof, within ten days
after its return, shall be set up by the clerk, in some public
part of the court house: *Provided*, That when any sheriff
may be desirous of obtaining his allowance for insolvent
poll tax, that instead of swearing to his list, as the law now
directs, the same may be submitted to the county court, a
majority of justices being present, who shall consider and
examine said sheriff's list, and make him such allowance as
they may think just and proper.

117. If any sheriff shall return to court as insolvent, the *Sheriff.*
name of a person who is not listed, or has paid his taxes for
the year, or shall by himself or his deputy, collect from any
person his tax for the year, for which he has been returned
an insolvent, without accounting for the same; or if any
clerk shall fail to record or set up the return as required in
the preceding section, the person so offending shall forfeit

58                     1856-'57.——Chap. 34.

Sheriff's oath. and pay to the State, one hundred dollars, and the county
solicitor shall prosecute a suit for the same.

118. Every sheriff (or other person allowed by law to
collect and account in his stead) on settling his accounts
with the comptroller, shall take and subscribe he following
oath: "I, A. B., sheriff of the county of ——, do on this
the —— day of ——, one thousand eight hundred and ——,
make oath that the list now given in by me, is to the best
of my knowledge and belief, complete, perfect and entire,
and doth contain the full amount of all moneys, by me, or
for me received, or which ought to have been received, on
account of the public taxes for the year one thousand eight
hundred and ——, on listed and unlisted property; and all
double taxes, and all taxes received from clerks of courts,
and from insolvents not heretofore accounted for, and all
taxes received, or which ought to have been received, from
any other and all other sources whatsoever. And I do fur-
ther make oath, that if I, or any person for me, shall here-
after collect any unpaid tax now due, and not rendered in
said list, I will render a true account thereof, within one
year after collecting the same."

False return.      119. If the comptroller at any time shall have just cause
to suspect that any sheriff, or other person accounting in
his stead, may have made a false return, or sworn falsely in
any matter relative to the collecting or accounting for any
tax, he shall thereof inform the officer prosecuting in the
superior court of the county wherein the offence was com-
mitted, who shall take such steps as public justice may de-
mand.

Sheriff's com-     120. The sheriff for his services in collecting and paying
missions.          the public taxes into the treasury, shall receive a commis-
sion of three per cent. on the net amount received by him
from the clerk, for taxes imposed by the seventh section,
and five per cent. on the net amount of taxes collected from
every other source, to be deducted in the settlement of his
account with the comptroller.

For settlement     121. And for his settlement with the treasurer, he shall
with treasurer.    be paid by the treasurer three dollars for each day he may
be necessarily engaged therein, and two dollars for every
thirty miles of twice the estimated distance from his home

to the seat of government, by the most usual common high-way.

122. In every case of failure by a sheriff or other account- *Failure to ac-count.*
ing officer, to settle his accounts within due time, or to take
the oath required on his settlement, the comptroller shall
forthwith report to the treasurer the account of such sheriff
or officer, deducting therefrom nothing for commissions, or
insolvents, but adding thereto, one thousand dollars, for the
amount of taxes supposed not to appear in the lists trans-
mitted by the clerk; and if the whole amount be not paid,
the treasurer, on motion of the attorney general in the su-
perior court of Wake county, at the first court after the
default shall have occurred, shall recover judgment against
such defaulting officer and his sureties, for the amount re-
ported against him, without other notice than is given by
the delinquency of the officer.

123. And to the end that their obligation and names may *Clerk's duties.*
be known, the clerk of the county court, at the same time
when he transmits to the comp'roller the tax lists, shall
transmit to him also a copy certified under the seal of the
court, of the bond of the sheriff, upon pain for his default, of
forfeiting to the State one thousand dollars; which the trea-
surer shall and is hereby specially charged to collect in like
manner and at such time as is provided in the preceding
section.

124. The register of every county yearly, on or before *Duty of regis-ter.*
the first day of September, shall transmit to the comptroller
a certified copy of the bond of the clerk of the county court,
as the same is registered, upon pain of forfeiting for his de-
fault to the State, one thousand dollars; which the treasurer
is hereby specially charged to collect in like manner and
time, as is provided in section one hundred and twenty-two
of this chapter.

125. In all suits directed by any law to be instituted on *Evidece of default.*
motion of the attorney general at the instance of the trea-
surer or comptroller, against any sheriff or clerk and his
sureties, a copy of the bond of such officer, certified as afore-
said, and sent to the comptroller, and by the comptroller
certified together with the default under his hand, shall be
deemed sufficient evidence of the execution of such bond

60            1856-'57.——Chap. 34.

and the default of the officer, to allow the judgment to be entered.

**Default of register.** 126. And in case of the default by the register to duly certify and transmit the bond of the clerk in proper time, the comptroller shall forthwith proceed to procure such certified, and also a copy of the bond of the register certified by the keeper thereof, and shall proceed in the manner hereinbefore provided, against them and their sureties, at the first superior court in Wake after said copies shall be procured.

**Penalties.** 127. In every case of default by any clerk, sheriff, or justice of the peace in the discharge of any of the duties by this chapter imposed on any of them, where no penalty is provided, the defaulting officer shall forfeit and pay to the State, for each default, one hundred dollars. And all the penalties by this chapter imposed on such officers for the sole use of the State, may, when there is no special mode provided for recovering the same, be recovered in the name of the State, at the instance of the treasurer, on motion of the attorney general, or any of the solicitors of the State.

128. The certificate of the treasurer or comptroller of any matter of default in any of said officers, occurring at the office of the comptroller or treasurer, and copies of any papers in said offices duly certified by the proper keeper thereof, shall be admitted as evidence in any suit or prosecution whatsoever against them or others, and about any other matter whatsoever.

**Treasurer may obtain judgment.** 129. The treasurer may, on motion, obtain judgment in any court of record, against any person indebted to the State, in the same manner, and under the same rules and regulations which are prescribed in case of delinquent sheriffs, and the court shall award execution, though the amount of the claim be within the jurisdiction of a justice of the peace.

130. The sheriff shall specify in his receipts to tax-payers the amount of State tax and the amount of county tax separately.

**Tax on Cape Fear and Deep River works.** 131. The president and directors of the Cape Fear and Deep River Navigation Company, shall pay to the public treasurer, on the first Monday of January, eighteen hun-

dred and fifty-six, and annually thereafter, until the bonds
issued under the authority of the act of eighteen hundred
and fifty-four, chapter five, entitled "*An act to authorize
the Cape Fear and Deep River Navigation Company to is-
sue bonds, and for other purposes*," shall have been paid,
one *per centum* of the nett profits of said company, to be
by him invested in State securities, which, with the interest
annually accruing thereon reinvested, shall constitute a sink-
ing fund, which shall be applied to the payment of the prin-
cipal of said bonds, as they severally fall due.

132. A tax of two cents per ton, on all coal that shall be [Tax on coal
shipped.] shipped and conveyed from the mines on Deep River, shall
be annually levied, and paid as other taxes of the State are
paid, and shall be collected by the sheriff of the county of
Chatham, for the time being, and paid to the public treas-
urer; and when received, shall be invested and re-invested
as prescribed in the preceding section, and shall constitute
a sinking fund for the payment of the principal of said
bonds, and shall be applied by the treasurer, as prescribed
in said section; and when the debts and liabilities of the
company shall have been discharged, the said tax shall con-
stitute a part of the revenue of the State.

133. The president and cashier of the several banks in [Tax on banks.]
this State, except the Bank of the State of North-Carolina,
shall annually pay three-fourths of one per cent. into the
treasury of the State, on the stock owned by individuals or
corporations in the said banks, on or before the first day of
October, in each and every year: *Provided*, The same does
not reduce the annual profits of the owners thereof below
six per cent.; and in case any one or more of them shall
refuse or neglect to pay the tax as herein required, he or
they shall forfeit and pay double the amount of said tax,
and the same shall be sued for and recovered in the supe-
rior court of Wake county, by the attorney-general, for and
in behalf of the State.   [*Ratified the 2d day of February,*
1857.]

# EXHIBIT 6



DATE DOWNLOADED: Mon Aug 28 17:06:44 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1866 30 .

ALWD 7th ed.
, , 1866 30 .

Chicago 17th ed.
"," North Carolina - Public Laws, Special Session : 30-44


AGLC 4th ed.
'' North Carolina - Public Laws, Special Session 30

OSCOLA 4th ed.
'' 1866 30            Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**30**                     1866.—Chapter 20—21.

1866, to collect under provisions of said ordinance, all
sums due thereunder, which have not been paid and to
return the same, at the next regular return of taxes.

**Further pro-**   SEC. 3. *Be it further enacted,* That any person who may
**ceedings may** have entered into recognizance, under section 21st of said
**be stopped in**
**certain cases.** ordinance, may, before the return of the bond to the
Superior Court, stop further proceedings, by answering
freely as to his taxes, and paying the same to the Sheriff,
together with a fee of one dollar to the Sheriff, and after
such return to the Court, the prosecuting officer on such
answer and payment shall enter a *nolle prosequi* in the case
of the payment of costs by the defendant.

**Sheriffs com-**   SEC. 4. *Be it further enacted,* That where such addtional
**missions.** returns of the sheriffs or collectors shall be less than one
thousand dollars, they shall be allowed six per cent. com-
missions, when equal to one thousand dollars, and not
exceeding two thousand dollars, five per cent., and when
two thousand dollars and upwards, four per cent. com-
missions. [*Ratified the 10th day of March, A. D.,* 1866.]

---

## REVENUE.

*Chap.* 21.                     AN ACT ENTITLED REVENUE.

SECTION 1. *Be it enacted by the General Assembly of the
State of North Carolina, and it is hereby enacted by the
authority of the same,* That for the support of the State
Government, and to meet appropriations made by law, a
tax shall be levied upon the subjects embraced in the
following schedule, to be listed and paid as shall be di-
rected by law.

### SCHEDULE A.

**Upon real**   1. Real property, with the improvements thereon, in-
**estate.** cluding entries of land, ten cents on every one hundred
dollars of its value.

Digitized from Best Copy Available

## 1866. – CHAPTER 21.

2. Every taxable poll one dollar; *Provided*, That persons maimed or permanently disabled, shall be exempt, also, such poor and infirm persons, as the County Court may declare and record fit subjects of exemption. Every person who, on the first day of April, shall have any person subject to poll tax as a member of his family, or in his employment, or living on his land or in his house, by consent of the owner of said lands, shall list such person and pay the tax, and may retain the same out of any moneys due him. *Poll tax.*

3. Every toll gate on a turnpike road, and every toll bridge, five per cent. on the gross receipts, and every gate across a highway, licensed by law, twenty dollars. *Turnpike toll bridges. etc.*

4. Every ferry, the gross receipts of w ich amount to one hundred dollars and upwards, one per cent., amounting to five hundred dollars and upwards, five per cent., and one thousand dollars and upwards, ten per cent. *Ferries.*

Every studhorse and jackass owned in the State, let to mares for a price, six dollars, to be listed in the county of the owner, unless the price demanded for the season for one mare, shall exceed that sum, in which case the amount thus demanded shall be paid as tax. *Studhorses and jackasses.*

5. Every dollar of dividend or profit, not previously listed, declared, received or due, on or before the first day of April, in each year, upon money or capital invested in shares in the Bank of Washington, the Merchants' Bank of Newbern, the Bank of Wadesboro', the Bank of Fayetteville, the Commercial Bank of Wilmington, the Farmers' Bank of North Carolina, the Bank of Charlotte and the Bank of Yanceyville, nine cents; and in shares in all other banks or corporation and trading companies, and in steam vessels of twenty tons burden and upwards, four cents; and any persons listing any dividends or profit of the Banks herein specially named, shall be required to list the same separately from any other dividend or profit, for which he is liable to a tax, and also to specify the name of the bank from which said dividend is due or has been received. *Dividends*

Digitized from Best Copy Available

32                          1866.—CHAPTER 21.

**Moneys due from solvent debtors.** 6. One-tenth of one per cent. on moneys, if exceeding one hundred dollars, due from solvent debtors, including States and governments, (except bonds of the United States) or on hand, or on deposit with individuals or corporations within this State or elsewhere, the term "money" to include notes of the United States, or of any State or corporation, according to their value : *Pro-* **Proviso.** *vided,* That bonds of this State, issued after the 23d February, 1861, and the balance after deducting the money due and on hand, debts owing by the tax-payer as principal, and as surety where the principal is insolvent, shall only be liable. Persons holding such subjects of taxation, as guardian, clerk of any court, executor or administrator, trustee or agent of whatever kind, shall list and be liable to pay said tax.

**Salaries.** 7. Every State and county officer, every President and Cashier, or Treasurer, or other officer of any bank, railroad or other incorporated company, and all other salaried persons, except ministers of the gospel, whose annual salaries or fees amount to, or are worth five hundred dollars or upwards, one per cent. on such total salary and fees.

**Net incomes profits.** 8. On the nett income and profits derived by each person, joint stock company and corporation, from any occupation, employment or business in which they may have been engaged, and from every investment of labor, skill, property or money, and the nett income and profit from any source whatever (except the salaries and fees named in the preceding section,) during the year preceding the first day of April in each and every year, to be listed under the head of "Income," as follows : If said income amounts to five hundred dollars, and is less than one thousand dollars, one per cent. ; if amounting to one thousand dollars and below two thousand dollars, one and one-half per cent., if amounting to two thousand dollars, and below three thousand dollars, two per cent. ; if amounting to three thousand and below four thousand

Digitized from Best Copy Available

·dollars, two and a half per cent.; if amounting to four thousand dollars and below five thousand dollars, three per cent.; if amounting to five thousand dollars and upwards, three and one-half per cent.   The tax imposed in this section shall be in addition to other taxes in this ·act imposed, except where laid on gross receipts and dividends and profits elsewhere taxed under this act, and shall include interest on securities of the United States, of this State, or other State or government: *Provided,* That in estimating the income for the year preceding the first day of April, 1866, those subjects on which taxes ·have actually been paid, under the revenue ordinance of the Convention, shall not be included.

<span style="float:right">Proviso.</span>

In estimating the nett income, the only deduction by way of expenses shall be first, taxes other than the income tax due the State.

<span style="float:right">Nett income, how estimated</span>

Second.  Rent for use of buildings or other property, or ·interest on actual incumbrance.

Third.  Usual or ordinary repairs, but not for new buildings or permanent improvements.

Fourth.  Cost or value of the labor, (except that of the tax-payer himself,) raw material, food, and all other ·necessary expenses incidental to the business, from which the income is derived.

9.  Every carriage or other vehicle for the conveyance of persons, in use, worth at least fifty dollars, one per cent. on its value.

<span style="float:right">Carriages, etc.</span>

10.  All gold and silver plate, gold and silver plated ware and jewelry worn by males, including, watch, watch-chains, seals and keys, when collectively of greater value than twenty-five dollars, one per cent. on their ·entire value.

<span style="float:right">Gold and silver ware and jewelry.</span>

11.  Every harp and piano in use one dollar, every dirk, bowie-knife, pistol, sword-cane, dirk-cane and rifle-cane, ·(except arms used for mustering and police duty) used or worn about the person of any one at any time during the ·year, one dollar: *Provided,* That this tax shall not

<span style="float:right">Harps and pianos, deadly weapons.</span>

<span style="float:right">Proviso.</span>

Digitized from Best Copy Available

**34**                                      **1866.—Chapter 21.**

apply to arms used or worn previous to the ratification of this act, and any person who shall wear said weapons, and fail to list the same, and pay the tax, shall be guilty of a misdemeanor.

Spirituous and malt liquors.

12. Every resident of the State who brings into the State or buys from a non-resident, whether by sample or otherwise, spirituous liquors, wines or cordials, ale, porter, lager-beer, or other malt liquors, for the purpose of sale, fifteen per cent. on the amount of his purchases; every person who buys to sell again, spirituous liquors, wines or cordials, or malt liquors, from the maker, in this State, his agent, factor or commission merchant, ten per cent. on the amount of his purchases.

Real and personal estate of certain heirs.

13. Upon all real and personal estate, whether legal or equitable, situate within the State, which shall descend or be devised or bequeathed to any collateral relation or person, other than a lineal descendant or ancestor of the husband or wife of the deceased, or husband or wife of such ancestor or descendant, or to which such collateral relation may become entitled, under the law, for the distribution of intestate estates, and which real and personal estate may not be required in payment of debts and other liabilities, the following per centum tax upon the value thereof shall be paid:

Class 1.

CLASS. If such collateral relation be a brother or sister of the father or mother of the deceased, or issue of such brother or sister, a tax of two per cent.

Class 2.

CLASS 2. If such collateral relation be a more remote relation, or the devisee or legatee be a stranger, a tax of three per cent.

The real estate liable to taxation shall be listed by the devisee or heir in a separate column, designating its proper per cent. tax.

Estate reduced to assets.

The personal estate or real estate reduced to assets shall be liable to tax in the hands of the executor or administrator, and shall be paid by him, before his administration account is audited or the estate is settled, to the

Digitized from Best Copy Available

sheriff of the county. If the real estate descended or devised shall not be the entire inheritance, the heir or devisee shall pay a *pro rata* part of the tax, corresponding with the relative value of the estate or interest.

If the legacy or distributive share to be received shall not be the entire property, such legatee or distributee shall, in like manner, pay a *pro rata* part of the tax, according to the value of his interest. **Pro rata tax.**

Whenever the personal property in the hands of such administrator or executor, (the same not being needed to be converted into money in the course of the administration,) shall be of uncertain value, he shall apply to the County Court to appoint three impartial men of probity, to assess the value thereof; and such assessment being returned to Court and being confirmed, shall be conclusive of the value. **Estate of uncertain value, how ascertained.**

To facilitate the collection of the tax on collaterals, every executor or administrator shall return in his inventory, whether the estate of the deceased goes to the lineal or collateral relations, or to a stranger, and if to collaterals, the degree of relationship of such collaterals to the deceased, under a penalty of one hundred dollars, to be recovered in the name and for the use of the State, and it shall be the duty of the clerk of the Court of Pleas and Quarter Sessions, to furnish the sheriff with the names of the executors and administrators, who make such returns, after each and every term of his Court. **Duty of administrator of collaterals. Penalty for violation.**

## Schedule B.

The sheriff shall collect the taxes as set forth in this schedule annually, unless otherwise directed, and grant to each party paying the tax, a license to carry on his business to the first day of July next ensuing, except in cases where the tax is on non-resident horse and mule drovers, in which case no license shall be required. **Duties of Sheriffs.**

1. Every company of circus riders, or exhibitors of col-

Digitized from Best Copy Available

Circuses and menageries. lections of animals, seventy-five dollars for each county in which they shall perform or exhibit for reward. Every separate exhibition, (commonly known as side shows,) accompanying such performers, or which cannot be seen without the payment of a separate charge, fifteen dollars for each county in which it is exhibited for a reward.

Side shows.

Theatricals and shows. 2. Every company of itinerant, stage or theatrical performers, or persons performing feats of strength or agility, or exhibiting natural or artificial objects, (except amateur performers,) twenty dollars for each county in which they exhibit for a reward, and two hundred dollars when such company performs for a longer time than two months in any county.

Itinerant singers and performers. 3. Every company of itinerant singers or performers on musical instruments, or dancers or itinerant companies, who otherwise exhibit for the public amusement, ten dollars for each county in which they exhibit for reward.

Insurance companies. 4. Every insurance company, incorporated by this State, except companies for mutual assurance, who take no policy out of the State, one hundred dollars.

Hotels and eating houses. 5. Every hotel, restaurant or eating house one-half of one per cent. on the gross receipts, if exceeding three hundred dollars, and every gas company, and every telegraph company, one per cent. on gross receipts.

Insurance agency. 6. Every agency of an insurance company, incorporated out of the State, five per cent. on gross receipts, and ten dollars for every county in which such company may have an agency.

Bank agency. 7. Every agency of a bank incorporated out of the State, five hundred dollars.

Brokers and bankers. 8. Every money or exchange, bond or note broker, private banker, or agent of a foreign broker or banker, shall pay the sum of one hundred dollars for each county in which he has an office or place of business ; and every person acting for such broker, whether with or without compensation, shall be held and deemed a broker to all

Digitized from Best Copy Available

intents and purposes, in the place or county in which he shall so act, and shall be liable for the above tax.

9. Every per-on who is not a resident of this State, and who shall come in this State in the capacity of, or as agent for a broker, and with the intention of exercising any of the functions of a money or exchange broker, shall pay the sum of one hundred dollars in each and every county in which he shall act as a broker, which tax shall be collected by the sheriff of the county and be accounted for as other taxes. *Brokers' agency.*

10. Every person who shall propose to act as broker, according to the foregoing section, shall pay the tax to the sheriff of the county in the county in which said broker's business is to be transacted, and take a license for the same, which shall authorize him to act as broker for one year; and any person who shall act without such license, shall forfeit the sum of fifteen hundred dollars, to be recovered by the sheriff of the county where such tax may be due, one-third of which shall go to the sheriff and the remainder shall be accounted for as other taxes, and such persons so offending, shall be guilty of a misdemeanor. *Brokers' license.*  *Penalty for violation.*

11. Every money or exchange, bond or note broker, and other persons mentioned in sections 8, 9 and 10, shall pay in addition to the tax therein named, five per cent. on the profits of their business. *Additional tax.*

12. Every express company, four per cent. on gross receipts. *Express companies.*

13. Every public billiard table, one hundred and fifty dollars, every private billiard table, twenty-five dollars, and every bagatelle table, twenty dollars. *Billiard tables*

14. Every pub'c bowling alley, whether called ninepin or tenpin alley, or by any other name, fifty dollars, every private bowling alley, ten dollars. *Bowling alleys.*

15. Any person whose occupation or business is to keep horses or vehicles for hire, or to let, shall pay a tax of twenty-five dollars. *Livery stable keepers.*

Digitized from Best Copy Available

**38**                         1866.—Chapter 21.

Retailers of
liquors.
16. Every licensed retailer of spirituous liquors, wines or cordials, or retailer of malt liquors, fifty dollars for one year. In addition to this, such retailer shall list the amount of liquors, wines and cordials, as required in schedule A. of this act, and pay the tax there imposed.

Itinerant dentists and daguerreotypists

Proviso
17. Every itinerant dentist, portrait or miniature painter, daguerrean artist and other persons taking likenesses of the human face, ten dollars for each county in which he carries on his business: *Provided*, That such person as shall furnish satisfactory evidence to the sheriff of the county in which he proposes to practice, that he is a resident of the State, and has listed the receipts of his profession for the previous year, shall be exempt from the tax imposed in this paragraph.

Playing cards.
18. Every person who purchases in or out of the State for sale or gift, or brings into the State for sale or gift, playing cards, fifty cents for each separate deck or pack, so bought or brought into the State, during the year.

Penalty.
Every person failing to list and pay the tax mentioned in this section, shall, in addition, forfeit and pay five hundred dollars, to be recovered by the sheriff, by distress or otherwise, two hundred and fifty dollars of which is to be paid to the State as taxes.

Agencies.
19. Every person that, for himself or as agent for another, at his regular place of business, sells riding vehicles manufactured out of the State, two per cent. on his sales.

Auctioneers.
20. Every auctioneer, on all goods, wares or merchandize, whether the growth or manufacture of this country or imported from foreign countries, placed in his hands by a merchant resident in the State, whether owner or not, or by a commission merchant, one per cent. on the gross amount of sales; and if by itinerant traders, or such as are not residents of the State, five per cent, on the gross amount of sales, subject to all the regulations and exemptions set forth in the tenth chapter of the Revised Code, entitled "Auctions and Auctioneers."

Digitized from Best Copy Available

21. Every merchant, merchant tailor, jeweller, grocer, **Merchants, grocers, etc.** druggist, apothecary, produce-dealer, commission-merchant, factor, produce-broker, and every other trader, who as principal or as agent for another, carries on the business of buying or selling goods, wares or merchandize of whatever name or description, and who is not taxed on his purchases in some other paragraph in this schedule, one-half of one per cent. on the total amount of his purchases, whether made in or out of the State, for cash or on credit.

Articles, the growth or manufacture of this State, if **Certain articles.** bought in the State, and other articles, the growth or manufacture of adjoining States, if brought into this State for sale, by the grower or manufacturer, shall pay a tax of one-tenth of one per cent.

22. Every non-resident merchant, drummer or agent, **Non-resident merchants, drovers, etc.** who shall come into this State and sell any goods, wares or merchandize, by sample or otherwise, whether delivered or to be delivered, shall pay a tax of one-half of one per cent., on the gross amount of such sale, made in any one year, and shall, before making such sale, obtain a written license from the sheriff of the county in which he proposes to do business, which the sheriff is authorized to issue whenever such person shall give bond, with security in the sum of five hundred dollars for the payment of the tax hereby imposed, at the time and under the same rules and regulations as are prescribed for the payment of merchant's tax ; and any person violating the provisions of this paragraph, shall be liable to a penalty of five hundred dollars, to be collected by the sheriff, four hundred dollars of which shall be accounted for and paid as other State taxes, and he shall be further liable to indictment as for a misdemeanor.

23. Every dealer in ready made clothing for males, **Dealers in ready made clothing.** one and one-half per cent. on the total amount of purchases.

24. Every person, who for himself or as agent for **Patent medicines.**

Digitized from Best Copy Available

**40**                    1866.—CHAPTER 21.

another, sells patent medicines, or nostrums, ten per cent.. on the amount of his sales.

**Non-resident horse & mule drovers.** 25. Every non-resident horse or mule drover, or person who receives horses or mules to sell for a non-resident, one per cent. on the amount of each sale, due as soon as the sale is effected, and upon his neglect or failure to pay such tax, in every county in which he sells, he shall forfeit and pay the sum of one hundred dollars, which shall be collected by the sheriff by distress or otherwise, one-half to his own use and one-half to the use of the State. Every horse or mule drover shall be considered a non-resident, unless the sheriff has satisfactory evidence that he is a resident of the State; and the sheriff shall have power and authority to examine on oath at any time, any horse or mule drover or person who receives horses or mules to sell for another, as to whether he has made any sale or exchange, and as to whether he is a non-resident, or agent of a non-resident, and on his failure to answer he shall be subject to the same penalty as for failure or neglect to pay such tax.

**Non-resident Stud-horse or jack.** 26. Every stud-horse or jackass let to mares for a price, belonging to a non-resident of the State, ten dollars, unless the highest price demanded for the season for one mare, exceed that sum, in which case the amount thus demanded shall be paid for the license. The payment to one sheriff and the license under his hand, shall protect the subject in this paragraph taxed in any county of this State. Every such stud-horse or jackass shall be considered as belonging to a non-resident, unless the sheriff is furnished with satisfactory evidence that the owner is a resident of the State.

**Peddlers.** 27. Every person that peddles good, wares or merchandize, either by land or water, not the growth or manufacture of this State, or any drugs, nostrums or medicines, whether such person travel on foot or with a conveyance or otherwise, shall first have proved to the County Court that he is a citizen of the United States, and is of good

Digitized from Best Copy Available

moral character, and shall have obtained from the court (who may, in its discretion, make or refuse,) an order to the sheriff to grant him peddler's license, to expire on the first of July next ensuing. And the sheriff, on pro- duction of a copy of such order, certified by the clerk of such court, shall grant such license for his county on the receipt of forty dollars tax: *Provided*, (1.) That not more **Proviso.** than one person shall peddle under one license. (2.) That any person who temporarily carries on a business as merchant in any public place, and then removes his goods, shall be deemed a peddler. (3.) That nothing in this act contained shall prevent any person from freely selling live stock, vegetables, fruit, oysters, fish, books, charts, maps, printed music, or the articles of his own growth or manufacture. (4.) That nothing herein contained shall release peddlers from paying the tax imposed in this act, on persons who deal in the same species of mer- chandize, which tax shall be collected or secured in the same manner as in the case of other merchants and traders.

28. Every itinerant who deals in or puts up lightning **Lightning rod** rods, ten dollars for each county in which he carries on **men.** his business.

29. Every itinerant who sells spirituous liquors, wines **Itinerant li-** or cordials, not the product of his own farm, in quanti- **quor dealers.** ties from one quart to one barrel, shall pay fifty dollars for every county, and be under the same rules and restric- tions as peddlers, except that an order from court shall not be required for a license.

30. On every gallon of whiskey, brandy, or other spirit- **Spirituous li-** uous liquors, made for his own use or for sale, by the person **quors.** using any distillery, twenty-five cents, and a like sum on every gallon distilled for other persons, to be paid by the person distilling the same : *Provided*, That any person **Proviso.** who shall distil without having previously obtained a li- cense therefor from the county court, shall pay a tax of ten dollars for every day or part of a day in which he

5

Digitized from Best Copy Available

**42**                          **1866.—CHAPTER 21.**

may so distil; and it shall be the duty of the sheriff to distrain the still and fixtures for the payment of such tax:

*Proviso.* *Provided further,* That the foregoing proviso concerning license shall not be in force until thirty days from the ratification of this act: *And provided further,* That the foregoing proviso concerning license shall only apply to persons distilling spirituous liquors from grain: *Provided further,* That in any county in which there is no court in session at the time when this act shall go in force, the license may be obtained from any seven justices of the peace for said county.

Said tax shall take effect from the first day of January, 1866, and the sheriff shall collect the same quarterly on the first days of April, July, October and January.

*Gypsies.* 31. Every company of Gypsies, or strolling company of persons who make a support by pretending to tell fortunes, horse-trading, tinkering or begging, one hundred dollars in each county in which they offer to practice any of their crafts, recoverable out of any property belonging to any one of the company. But nothing herein contained shall be so construed as to exempt them from indictment, or penalties imposed by law.

32. Every license granted under the provisions of this act, shall be for twelve months from the issuing of the same.

## SCHEDULE C.

*Schedule C.* The subjects embraced in this schedule shall be taxed the amount specified and the taxes collected and accounted for as follows:

*On acts of incorporation or amendments thereto.* 1. Every corporation that might become incorporated by letters patent under the provisions of chapter 26, Revised Code, entitled "Corporations," but shall fail to do so, and apply to the General Assembly and obtain a special act of incorporation, or shall obtain an act to amend their charter, whether it had been secured by letters patent under said law or by a special act, one

Digitized from Best Copy Available

hundred dollars for each act to incorporate or to amend, which tax shall be paid to the Treasurer of the State.

2. No corporation shall organize under such special act of incorporation, obtained as set forth in the preceding section, or derive any benefit under such act to amend their charter, until it first shall have obtained a certified copy of such act from the Secretary of State, and the Secretary shall in no case furnish such copy until the company applying shall have delivered to him the Treasurer's receipt for the tax assessed in the preceding section, which receipt the Secretary shall file in his office. *Secretary of State to furnish certified copies of acts of incorporation.*

3. The president and cashier of each of the banks in this State, on or before the first day of October, in each year, shall pay into the Public Treasury the following tax, to wit: If the profits divided among the stockholders of the banks under their charge during the year, amounted to not less than six and not more than seven per cent., one-half of one per cent. on the stock owned by individuals or corporations, if over seven and not more than eight per cent., three-fourths of one per cent. on the stock thus owned, if more than eight per cent. one per cent. In case the said officers of any bank shall neglect or fail to pay the tax as herein required, said bank shall pay double the amount of such tax, and the same shall be sued for and recovered by the Attorney General in the name of the State, in the superior court of the county of Wake. *Bank stock tax.* *Penalty for refusal to pay.*

3. Every license for an attorney to practice law in the county or superior courts, fifteen dollars, to be paid at the time of obtaining the same, to the clerk of the supreme court, who shall before the first day of October in each year, render to the Treasurer of the State, a list setting forth the names of the persons from whom received, and the amounts received, and pay into the Public Treasury the total amounts, less five per cent. commission for receiving and accounting for the same. *Attorney's license.*

4. Every marriage license one dollar ; every mortgage deed, marriage contract and deed in trust, made to secure *Marriage licenses, deeds, etc.*

Digitized from Best Copy Available

44                             1866.—Chapter 21.

debts or liabilities, one dollar, and every other deed con-
veying title to real estate, when the consideration is three
hundred dollars or upwards, fifty cents, payable to the
**Duty of clerk.** clerk of the county court. No clerk shall grant such
license or admit to probate such instrument, until the
tax shall have been paid and the receipt shall be endorsed
on such license or instrument, and be registered with
the same.

**Property ex-
empted from
taxation.** 5. All the property and other subjects of taxation, shall
be annually taxed as by this act enacted, unless such
property be expressly exempted from taxation by this or
some other act; and the property and estate hereby ex-
empted from taxation, are all such, and their profits as
may belong to the United States, or to this State, or may
belong to or be set apart and exclusively used for the
University, colleges, institutes, academies, and schools
for the education of youth, or the support of the poor or
afflicted, or especially set apart for and appropriated to
the exercises of divine worship, or the propagation of the
gospel, or such as may be set apart and kept for grave-
yards and burial lots; all such property and estates, and
their profits, as may belong to the State and county agri-
cultural societies, and be set apart and used by them for
agricultural fairs, and all such and their profits as may
belong to any church or religious society, and be set apart
and used by them for parsonages.

**Former laws
repealed.**

**Proviso.**
Sec. 2. *Be it further enacted,* That all laws imposing
taxes, the subjects of which are revised in this act are
hereby repealed: *Provided,* That this repeal shall not be
construed to extend to the provisions of any law, so far
as they relate to the taxes listed, or which ought to have
been listed, or may be due for the year one thousand eight
hundred and sixty-five, or for any year previous thereto.
[*Ratified the 12th day of March, A. D.,* 1866.]

Digitized from Best Copy Available

# EXHIBIT 7

 

DATE DOWNLOADED: Mon Feb 27 09:00:54 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1861-1862 134 .

ALWD 7th ed.
, , 1861-1862 134 .

Chicago 17th ed.
"," Mississippi - Regular Session : 134-135

AGLC 4th ed.
'' Mississippi - Regular Session 134

OSCOLA 4th ed.
'' 1861-1862 134

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

LAWS OF MISSISSIPPI.

## CHAPTER CXXV.

AN ACT to prohibit the assessment and collection of taxes on Bowie-knives, Sword-canes and Dirk-knives.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi*, That it shall not be lawful for any Sheriff or Tax-Collector to collect from any tax payer the tax heretofore or hereafter assessed upon any bowie-knife, sword-cane, or dirk-knife, and that hereafter the owner of any bowie-knife, sword-cane or dirk-knife, shall not be required to give in to the tax assessors either of the aforesaid articles as taxable property, any law to the contrary notwithstanding.

SEC. 2. *Be it further enacted*, That this act be in force and take effect from and after its passage.

Approved, December 10, 1861.

## CHAPTER CXXVI.

AN ACT to amend the laws in relation to the State University.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi*, That the State University at Oxford shall hereafter be under the control and management of a Board of Trustees—thirteen in number, of whom the Governor of the State for the time being shall be one, and shall be the President of said Board; in the absence of the Governor a President *pro tem*. shall be elected by the Trustees from among their number present. The remaining twelve Trustees shall be chosen by a joint convention of the two Houses of the Legislature during its present session.

*Of trustees.*

SEC. 2. *Be it further enacted*, That the said Trustees when elected shall be notified by the Governor to assemble at the University at an early day, to be fixed upon by him, and when so assembled they shall proceed to devide the twelve Trustees so elected by lot, into three equal classes and the members of the first class shall hold their

*Tenure of office of trustees.*

office for the term of two years from the day of
their election, those of the second class four years
and those of the third class six years, and four
Trustees shall be chosen by the Legislature in joint
convention at every regular session to supply the
places of the class whose term is about to expire.

SEC. 3. *Be it further enacted,* That vacancies
in said Board, happening in the recess of the
Legislature by non-acceptance, death, resignation,
removal from the State or otherwise, shall be filled
by the remaining Trustees, by election to continue
until the end of the next regular session of the
Legislature, the vacancy or vacancies shall be
filled by the Legislature in the mode above direc-
ted, at the session succeeding the same.

*Of vacan-cies.*

SEC. 4. *Be it further enacted,* That the Board
of Trustees created in pursuance of this act, shall
possess all the powers vested in the present Board
of Trustees of said University, and it shall be
their duty to present to the Legislature at the
commencement of each regular session a full report
of the operation and condition of the University
and a detailed statement, of all expenditures of
money on account thereof, and also to recommend
such measures as they may think necessary for
the interest, improvement and efficiency thereof.

*Powers of trustees.*

SEC. 5. *Be it further enacted,* That all laws in
conflict with the provisions herein contained are
hereby repealed, and that this act shall take effect
from its passage.

Approved, December 19, 1861.

## CHAPTER CXXVII.

AN ACT for the relief of the Register and Receiver of the
Land Office at Washington, Mississippi.

WHEREAS, By an ordinance, passed by the Con-
vention of the State of Mississippi, dated the 26th
day of January, 1861, entitled an ordinance sup-
plemental to an ordinance entitled an ordinance
concerning the jurisdiction and property of the
United States of America in the State of Missis-

# EXHIBIT 8



**HEINONLINE**

DATE DOWNLOADED: Sat Mar  4 15:20:11 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1801 259 .

ALWD 7th ed.
, , 1801 259 .

Chicago 17th ed.
"," Tennessee - 4th General Assembly, 1st Session : 259-261

AGLC 4th ed.
'' Tennessee - 4th General Assembly, 1st Session 259

OSCOLA 4th ed.
'' 1801 259

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

( 259 )

grants, deeds, or mesne conveyances not being proved and registered within this state, it shall and may be lawful for such person or persons to prove and register his, her, or their grants, deeds or mesne conveyances.

Sec. 2. Be it enacted, That this act shall be in force until the end of the next stated session of the general assembly.

### C H A P.   XXI.

An ACT to amend an act, entitled, " An act to ascertain the boundaries of land, and for perpetuating testimony.—PASSED NOVEMBER 6, 1801.

BE it enacted by the General Assembly of the State of Tennessee, That all the privileges, benefits, and advantages arising under or accruing to others, by virtue of an act, entitled, " An act to ascertain the boundaries of land, and for perpetuating testimony, passed at Knoxville in the year 1799, shall extend to the citizens resident south of French Broad and Holston, and between the rivers Big Pigeon and Tennessee, holding or claiming, or that may hold or claim land by right of occupancy, so far as may respect their rights to, or the conditional or boundary lines of their respective claims or rights of occupancy and pre-emption in that tract of country, any thing in the proviso to the fourth section of said recited act to the contrary notwithstanding.

### C H A P.   XXII.

An ACT for the restraint of idle and disorderly persons.—PASSED NOVEMBER 13, 1801.

WHEREAS it becomes necessary for the welfare of the community, to suppress wandering, disorderly and idle persons:

Section 1. BE it enacted by the General Assembly of the State of Tennessee, That any person or persons who have no apparent means of subsistence, or neglect applying themselves to some honest calling for the support of themselves and families, every person so offending, who shall be found sauntering about neglecting his business, and endeavoring to maintain himself by gaming or other undue means, it shall and may be lawful for any justice of the peace of the county wherein such person may be found, on due proof made, to issue his warrant for such offending person, and cause him to be brought before said justice, who is hereby empowered, on conviction, to demand security for his good behaviour, and in case of refusal or neglect, to commit him to the goal of the county, for any term not exceeding five days, at the expiration of which time he shall be set at liberty if nothing criminal appears against him, the said offender paying all charges arising from such imprisonment; and if such person shall be guilty of the like offence from and after the space of thirty days, he, so offending, shall be deemed a vagrant, and be subject to one month's imprisonment, with all costs accruing thereon, which if he neglects or refuses to pay, he may be continued in prison until the next court of the county, who may proceed to try the said offender, and if found guilty by a verdict of a jury of good and lawful men, said court may proceed to hire the offender for any space of time not exceeding six months, to make satisfaction for all costs, but if such person or persons so offending, be of ill fame, so that he or they cannot be hired for the costs, nor give sufficient security for the same and his future good behaviour, in that case it shall and may be lawful for the said court to cause the offender to receive not exceeding thirty nine lashes, on his bare back, after which he shall be set at liberty, and the costs arising thereon shall become a county charge ; which punishment may

---

( 261 )

own view, or upon the information of any other person on oath, to
bind such person or persons to their good behaviour, and if he or they
fail to find securities, commit him or them to goal: and if such person or
persons shall continue so to offend, he or they shall not only forfeit
their recognizance, but be liable to an indictment, and be punished as
for a breach of the peace, or riot at common law.

Sec. 7. Be it enacted, That if any person or persons shall unlawfully
cut out or disable the tongue, put out an eye, slit a nose, bite or cut off
a nose, ear or lip, or cut off or disable any limb or member, or stab any
person whatsoever, in doing so, to maim, wound or disfigure in any of
the manner before mentioned, such person or persons so offending,
their counsellors, aiders and abettors, knowing of, and privy to the of-
fence, shall be and are hereby declared to be felons, and shall suffer as
in case of felony: Provided nevertheless, he or they shall be entitled to
benefit of clergy, and be further liable to an action of damages to the
party injured.

Sec. 8. Be it enacted, That all fines inflicted by this act, shall be one
half to him that will sue for the same, and the other half to the use of
the county.

Sec. 9. Be it enacted. That all laws and parts of laws, which come
within the meaning and purview of this act, are hereby repealed.

CHAP. XXIII.

An ACT to authorise the several county courts of pleas and quarter sessions
to remit and mitigate fines and forfeitures on recognizances as therein
mentioned.—(PASSED OCTOBER 12, 1801.)

Section 1. BE it enacted by the General Assembly of the State of Tennessee,
That the several courts of pleas and quarter sessions in this
state, shall have power to remit or mitigate all fines by them inflicted,
and all forfeitures on recognizances, previous to entering final judgment
thereon: Provided, a majority, or any number no less than nine of the
justices of said county be present when such remittance or mitigation
shall be made.

Sec. 2. Be it enacted, That so much of any other act as comes within
the purview and meaning of this act is hereby repealed.

CHAP. XXV.

An ACT concerning administrations granted on the estates of persons
dying intestate, therein mentioned.—(PASSED NOVEMBER 10, 1801.)

WHEREAS heretofore the courts of pleas and quarter sessions, dur-
ing the being of the temporary government called Franklin, grant-
ed administrations on the estates of persons who died intestate, and have
issued letters of administration accordingly, in virtue and by authority
of which, the persons so administering, have proceeded to administer
upon the goods and chattels, rights and credits of their intestates res-
pectively: And whereas it will contribute to the peace and quiet of fa-
milies, that administrations on such estates, so as aforesaid granted, be
deemed and declared valid,

Sec. 1. BE it enacted by the General Assembly of the State of Tennessee,
That all administrations granted by any of the said courts of pleas and
quarter sessions, and letters of administration by any of the aforesaid
courts issued, on the estate or estates of any person who died intestate,
and all proceedings in virtue of such letters of administration had and
done, of, and concerning any such estate, agreeably to, and in conformi-

Rivas Exs., Page 088
Digitized from Best Copy Available

# EXHIBIT 9

 

DATE DOWNLOADED: Mon Jan 23 20:21:28 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1819 39 .

ALWD 7th ed.
, , 1819 39 .

Chicago 17th ed.
"," Indiana - 4th Session : 39-40

AGLC 4th ed.
'' Indiana - 4th Session 39.

OSCOLA 4th ed.
'' 1819 39

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

[ 39 ]

## CHAPTER XXIII.

*AN ACT to prohibit the wearing of conceal-*
*ed weapons.*

### APPROVED, January 14, 1820.

SEC. 1. *BE it enacted by the General*
*Assembly of the State of Indiana,* That
any person wearing any dirk, pistol, **Persons**
sword in cane, or any other unlawful **wearing con-**
weapon, concealed, shall be deemed **cealed weapo-**
**ns indicta-**
guilty of a misdemeanor, and on convic- **ble**
tion thereof, by presentment or indict-
ment, shall be fined n any sum not ex-
ceeding one hundred dollars, for the use
of county seminaries: *Provided however,* **Proviso**
that this act shall not be so construed as
to affect travellers.

-----------------

## CHAPTER XXIV.

*AN ACT supplemental to "an act for the*
*appointment of County Surveyors.*

### APPROVED, January 14, 1820.

SEC. 1. *BE it enacted by the General*
*Assembly of the State of Indiana,* That **County sur-**
whenever hereafter any dispute may **veyor inter-**
arise about the division of any land **ested in par-**
within this state, wherein the county **tition Circuit**
surveyor of the county, where the lands **court to ap-**
**point survey-**
lie, may be a party, or in any manner **or**
interested, it shall be lawful for the Cir-
cuit Court on application of either par-

Digitized from Best Copy Available

[ 40 ]

ty, to appoint some suitable person in said county, whose duty it shall be to proceed to divide the same, for which service, the person so appointed, shall be entitled to the same fees as county surveyors are entitled to, for similar services.

---

## CHAPTER XXV.

### AN ACT authorizing the arrest and securing fugitives from Justice.

#### APPROVED, January 14, 1820.

**Fugitives from justice to be apprehended**

SEC. 1.   *BE it enacted by the General Assembly of the State of Indiana,* That if any person shall commit any crime in any of the United States, or the territories thereof, and shall flee into this state, it shall be lawful for any Judge of the Supreme or Circuit Court, or justice of the peace, within this state, on the oath or affirmation of any person charging such fugitive with a crime, to issue

**Justice to issue his warrant and proceedings thereon**

his warrant, and cause such fugitive to be arrested, and brought before him, and after hearing the proofs and allegations for and against such fugitive, if in the opinion of such Judge or justice, the proof is evident, or presumption strong, as to the guilt of the person charged, it shall be the duty of such Judge or Justice, to commit such fugitive from jus-

**Fugitive to be committed**

tice, to the common jail of the county, where such arrest may be made, for any length of time, not exceeding one month,

Rivas Exs., Page 092

Digitized from Best Copy Available

# EXHIBIT 10



DATE DOWNLOADED: Mon Aug 28 16:59:46 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1835-1836 168 .

ALWD 7th ed.
, , 1835-1836 168 .

Chicago 17th ed.
"," Tennessee - 21st General Assembly, 1st Session, Public Acts : 168-169

AGLC 4th ed.
" Tennessee - 21st General Assembly, 1st Session, Public Acts 168

OSCOLA 4th ed.
" 1835-1836 168          Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
 Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

168

## CHAPTER LVIII.

An Act to amend the penal laws of the State.

Tempting slave to leave owner made felony

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That if any person or persons, whatsoever, shall directly or indirectly tempt or persuade any slave or slaves, to leave his, her or their master or mistress' service, with an intent or design to carry him, her or them out of this State, or with the intent or design to deprive the true owner thereof, or shall harbour or conceal such slave or slaves for that intent or purpose, such person or persons shall, upon conviction thereof before any tribunal in this State having jurisdiction thereof, be adjudged guilty of felony, and shall, for every such offence, be confined in the public jail and penitentiary for a term not less than three nor more than ten years.

Of furnishing slave with arms

Any free person who, without the consent of the owner, shall sell, loan or give to any slave, any gun, pistol, sword, or dirk, shall be guilty of a misdemeanor, and shall, on conviction by presentment or indictment, be fined not less than fifty dollars, and imprisoned not less than ten days.

EPHRAIM H. FOSTER,
*Speaker of the House of Representatives.*
JONATHAN WEBSTER,
*Speaker of the Senate.*

Passed February 19, 1836.

## CHAPTER LIX.

An Act to authorize the taxation of costs in cases wherein persons have been bound to keep the peace.

Person bound over liable for cost

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That in all cases wherein any person or persons shall hereafter be arrested on a warrant to keep the peace, and shall be bound over for his appearance at court, or shall be committed to jail on such warrant, being unable or unwilling to give security for his or her appearance, it shall be the duty of the court to which such person is by law bound to appear, in all cases wherein it shall appear to the court that there was sufficient cause for binding such person over to court and to keep the peace, to render judgment against such person for all the costs that may have accrued in such cause; and if it shall appear to the court that there was not sufficient cause for an arrest and binding over,

Not liable if discharged

# EXHIBIT 11



# HEINONLINE

DATE DOWNLOADED: Mon Aug 28 16:58:40 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
H. P. N. Gammel, Compiler. Laws of Texas 1822-1897 .

ALWD 7th ed.
Gammel, H. P. N., Compiler. Ls of Texas 1822-1897 .

APA 7th ed.
Gammel, H. Laws of Texas 1822-1897. .

Chicago 17th ed.
Gammel H. P. N., Compiler. Laws of Texas 1822-1897. , .

McGill Guide 9th ed.
H. P. N. Gammel, Compiler, Ls of Texas 1822-1897 (: ., )

AGLC 4th ed.
H. P. N. Gammel, Compiler, Laws of Texas 1822-1897 (.,

MLA 9th ed.
Gammel, H. P. N., Compiler. Laws of Texas 1822-1897. , . HeinOnline.

OSCOLA 4th ed.
Gammel, H. P. N., Compiler. Laws of Texas 1822-1897. , .          Please note:
citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

*Laws of the Republic of Texas.* **171**

agement and control of said estate, the profit of which after deducting expenses of said management, shall be paid over to the child or children entitled to the same for his, her or their maintainance and support, and it shall be lawful at any time, for the court of probate in the county where such estate may be situated or where such trustee or trustees may reside, to take cognizance of the same, and to remove such trustee or trustees from the management of the same; Provided, it shall be made to appear that such estate is wasted or improperly managed, and to appoint other trustees for the management thereof, taking bond and security from such trustees, in a sum at least equal to the value of such estate, for the faithful performance of the trust; and if the child or children entitled to such estate, or any part thereof, shall at any time make it appear to the satisfaction of said court that the causes for leaving said estate in trust no longer exist, and that there is no danger of its being squandered by idleness, dissipation or extravagance, it shall be the duty of said court to dissolve said trust, and place the said estate in the hands of the person or persons who would have been entitled to the same, had such trust not been created.

DAVID S. KAUFMAN,
Speaker of the House of Representatives.
DAVID G. BURNET,
President of the Senate.

Approved January 28th, 1840.

MIRABEAU B. LAMAR.

---

## AN ACT

### Concerning Slaves.

Sec. 1. Be it enacted by the Senate and House of Representatives of the Republic of Texas, in Congress assembled, That if any person shall hereafter sell to any slave, without the written consent of his or her master, mistress or overseer, any ardent spirits or intoxicating liquors, he or she so offending, shall forfeit and pay on conviction thereof, any sum not less than twenty nor more than two hundred dollars.

Sec. 2. Be it further enacted, That if any person shall buy from any slave, any cotton, corn, meat or other valuable produce or article whatever, without the written consent of his or her master, or mistress, or overseer, he or she so offending, shall

( 345 )

**172**              *Laws of the Republic of Texas.*

on conviction thereof, be fined in any sum not less than twenty
nor more than two hundred dollars, with the value to the owner
of any property so sold.

Sec. 3.   Be it further enacted, That if any person shall unrea-
sonably or cruelly treat, or otherwise abuse any slave, he or she
shall be liable to be sued in any court of competent jurisdiction,
and on conviction thereof shall be fined in a sum, not less than
two hundred and fifty dollars nor more than two thousand dol-
lars.

Sec. 4.   Be it further enacted, That if any person or persons
shall murder any slave, or so cruelly treat the same as to cause
death, the same shall be felony, and punished as in other cases of
murder.

Sec. 5.   Be it further enacted, That it shall be the duty of the
District Judges, within said Republic, to carry into effect the fore-
going provisions of this act.

Sec. 6.   Be it further enacted, That no slave in this Republic
shall carry a gun or other deadly weapon without the written con-
sent of his master, mistress or overseer; such arms or other weapons
shall be liable to be taken by any person from any such negro, and
all such property forfeited, if it does not exceed ten dollars in value;
but any such property may be reclaimed by the owner on paying
ten dollars to the person who may have so taken the same.

DAVID S. KAUFMAN,
Speaker of the House of Representatives.
DAVID G. BURNET,
President of the Senate

Approved February 5th, 1840.

MIRABEAU B. LAMAR.

---

## AN ACT

### To Repeal certain Acts therein named.

Sec. 1.   Be it enacted by the Senate and House of Repre-
sentatives of the Republic of Texas in Congress assembled,
That from and after the passage of this act, the following named
acts and joint resolutions, to wit:—a "Joint Resolution, authori-
zing the President to receive forty thousand volunteers, approv-
ed December 22d, 1836; — a Joint Resolution, authorizing the
President to draw funds for transporting arms, munitions, troops,

( 346 )

# EXHIBIT 12



DATE DOWNLOADED: Mon Aug 28 16:53:36 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1853 14 .

ALWD 7th ed.
, , 1853 14 .

Chicago 17th ed.
"," Texas - 4th Legislature, Extraordinary Session, General Laws : 14-17

AGLC 4th ed.
" Texas - 4th Legislature, Extraordinary Session, General Laws 14

OSCOLA 4th ed.
" 1853 14          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

14

county, contained in book "A," and when the same shall have been examined and approved by the County Court of said county, the same shall have all the force and effect in law and equity that the original could or should have; and all certified copies taken from the same shall be as valid, and have the same force and effect as if taken from the original.

Sec. 2. That the said Clerk shall receive such compensation for his services as shall be allowed by said Court, not to exceed fifteen cents for each hundred words so transcribed.

Sec. 3. That this act take effect and be of force from its passage.

Approved, January 31, 1853.

_____

## CHAPTER VIII.

### An Act concerning offences committed by Negroes.

Section 1. *Be it enacted by the Legislature of the State of Texas*, That if a free negro plot or conspire the murder of a white person, or maliciously shoot, stab, cut or wound, or by any means cause bodily injury to a white person with intent to kill, he shall be punished at the discretion of the jury, either with death, or by confinement in the Penitentiary, not less than three nor more than ten years.

Sec. 2. That if a free negro carnally know a white female of the age of twelve years or more, by force or fraud, or carnally know a white female child under that age, or attempt by force or fraud to have carnal knowledge of a white female, he shall be punished with death.

Sec. 3. That if a free negro take away or detain against her will a white female, with intent to marry or defile her, or cause her to be married or defiled by another person, or take from any person having lawful charge of her, a white female child under twelve years of age, for the purpose of prostitution or concubinage, he shall be punished with death.

Sec. 4. That if a free negro commit any other offence not specified in this act, he shall be punished as a free white person.

Sec. 5. That if a slave plot or conspire to rebel or make insurrection, or commit an offence for the commission of which a free negro is punishable with death, or by confinement in the

15

penitentiary for not less than three years, he shall be punished with death.

Sec. 6. That if a slave commit an offence for which a free negro, if he had committed it, might be punished by confinement in the penitentiary for a period less than three years, such slave shall be punished by stripes, not exceeding fifty, at the discretion of the jury.

Sec. 7. That if a slave commit an offence, the commission of which, by a free person, is punishable as a misdemeanor, he shall be punished by stripes not exceeding thirty-nine.

Sec. 8. That a negro shall be punished with not exceeding thirty-nine stripes, for the commission of the following offences: first, if he use provoking language or menacing gestures to a white person; if he furnish a slave, without the consent of his owner or manager, any pass, permit or token of his being from home with authority; if he keep or carry fire-arms, sword, or other weapon, or balls, or ammunition, besides forfeiting to the county any such articles in his possession; fourth, if he be guilty of being in a riot, rout, unlawful assembly, or of making seditious speeches; fifth, if he sell or attempt to sell, or prepare, or administer any medicine, except where a slave administers medicine by his master's order, in his family, or in the family of another with the consent of such other, and except also, when a free negro administers medicine in his own family, or in the family of another person with the consent of such other.

Sec. 9. That the word negro, in this or any other statute of this State, shall also be construed to mean mulatto, and every person who has one-fourth part or more of negro blood, shall be deemed a mulatto.

Sec. 10. That the punishment of a negro by stripes, when assessed by a jury, shall be at their discretion, so as not to affect life; and when assessed by a justice, shall not exceed fifty lashes.

*Of criminal proceedings against Negroes and Slaves.*

Sec. 11. That the trial of negroes charged with felonious homicide, or any offence punishable with death, shall be in the District Courts, where the proceedings shall be as in the case of white persons.

Sec. 12. That on any indictment of a negro in the District Court, the accused may be found not guilty of the offence charged, but guilty of any offence of which a free white person

16

might be found guilty on such indictment, and the jury may find and assess such punishment against him as the offence would justify, if the negro had been charged therewith in the county court as is hereinafter provided.

SEC. 13.   That the county courts of each county, to consist of the Chief-Justice and two Commissioners, at least, or of three Commissioners at least, in case of disability or absence of the Chief-Justice, or vacancy in that office, shall be a criminal tribunal for the trial of negroes and slaves charged with felony, except in the cases provided for in the two preceding sections.

SEC. 14.   That such trials in the county courts shall be on sworn information, or charge in writing entered of record, stating the offence and verified by affidavit, but without a grand jury, or a presentment or indictment.

SEC. 15.   That free negroes charged with any offence in the county courts, and slaves charged with offences punishable by death, shall be entitled to trial by a jury of twelve good and lawful men, freeholders of the county, summoned for the purpose, and shall have the same right of challenge allowed by law to white persons.

SEC. 16.   That no one interested in a slave charged with crime shall sit on his trial as a member of the court, or as a juror.

SEC. 17.   That in all criminal cases before the county court, if no counsel be employed to prosecute by private persons, the court may employ some competent attorney to perform that duty, who shall be entitled to such compensation as may be agreed on, to be paid out of the county treasury.

SEC. 18.   That on trial of slaves for felony, the court shall assign counsel to defend, if none be employed, and allow him such fee, not to exceed one hundred dollars, which shall be paid by the owner of the slave.

SEC. 19.   That a regular term of the county court for the trial of negroes, may be had on the first Monday in every month, when the court shall deem it necessary, and any such term may continue until all business of the court be disposed of.

SEC. 20.   That the clerk of the county court shall be the clerk of the tribunal established by this act, shall issue all process ordered to enforce the jurisdiction conferred, and keep a correct record of all the proceedings of the court in a separate book provided for that purpose, and shall be entitled to receive the same fees and compensation that the clerk of the district court would be entitled to receive for similar services.

**17**

SEC. 21.   That for good and satisfactory cause shown and verified by affidavit in open court, the trial of negroes may be continued from term to term not exceeding two continuances.

SEC. 22.   That on a charge against a negro for felony, the court or jury may find the accused not guilty of the offence charged, but guilty of any offence for which a free white person might be found guilty on an indictment for such felony, and may assess the punishment therefor where it is not fixed by law, and give judgment accordingly.

SEC. 23.   That if a slave or negro condemned to death escape before his or her execution, and be retaken, the jailor or sheriff of the court by which the slave was condemned, shall promptly inform the said court of the fact, and the court on being satisfied of his or her identity, shall cause the sentence to be carried into effect on a day appointed by it.

SEC. 24.   That a slave shall be tried for a misdemeanor by a justice of the county in which the offence is committed.

SEC. 25.   That a free negro shall be tried by such justice for a misdemeanor punishable by stripes.   For any other misdemeanor he or she may be tried in the county court, but a justice before whom a free negro is charged with a misdemeanor punishable by fine and imprisonment, or either, may try him or her and inflict such punishment as he would inflict on a slave for the same offence, or commit or recognise him for trial at the next court of the county.

SEC. 26.   That in the case of a negro convicted of a misdemeanor by a justice, the decision may be removed by certiorari to the county court by the negro, if free, or if he be a slave, by his owner; such negro shall, unless let to bail, be committed by the justice to jail, until the next term of such court, and the witnesses shall also be recognized to appear at the same time.

SEC. 27.   That every such certiorari shall be tried in the county court without pleadings in writing, and without a continuance, except for good cause shown, and the court shall hear all the evidence on either side, and give such judgment as seems to it proper, and enforce the execution thereof.

SEC. 28.   That the chief justices of the several counties shall have power to issue writs of certiorari in any case arising under this act.

Approved, February 3, 1853.

B

# EXHIBIT 13



DATE DOWNLOADED: Mon Aug 28 16:51:17 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1863 12 .

ALWD 7th ed.
, , 1863 12 .

Chicago 17th ed.
"," Texas - 9th Legislature, Extraordinary Session, General Laws : 12-13

AGLC 4th ed.
'' Texas - 9th Legislature, Extraordinary Session, General Laws 12

OSCOLA 4th ed.
'' 1863 12          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

121

Sec. 2. That any part of the appropriation made in this act, may be drawn from the Treasury by warrants of the Comptroller in such sums and denominations as may be directed by the Governor.

Sec. 3.   That this act, shall be in force from and after its passage.

Approved March 5th, 1863.

## CHAPTER XV.

*"An Act to amend an Act to amend An Act to establish a Penal Code," approved August 26th, 1856; approved February 12th, 1858.*

Section 1. *Be it enacted by the Legislature of the State of Texas,* That Article 34 of "An Act to amend An Act to establish a Penal Code," approved August 26th, 1856, approved February 12th, 1858, be amended so as hereafter to read as follows:—Article 34.  "All free white persons who have less than one-eighth African blood come within the meaning of the term *"free white persons;"* and all free white persons who have that, or a quarter proportion of African blood come within the meaning of the terms *"free persons of color."  Slaves* are all such person of African descent as are held in slavery by the laws of this State, or of any of the States or Territories of the Confederate States, or of any foreign country.

Sec. 2.   That Article 349 of said Act be amended so as hereafter to read as follows: Article 349.   Wherever, in the Penal Code or Code of Criminal Procedure, it is declared, that an officer is guilty of an offence, on account of any particular act or omission, and there is not, in the Penal Code, any punishment assigned for the same, such officer shall be deemed guilty of a misdemeanor and shall be fined not exceeding two hundred dollars.

Sec. 3.   That said act be so amended by adding the following article thereto, which shall read as follows:—Article 669*a*.   If any person shall sell, give, or loan, to a slave or slaves, a gun, pistol, sword, bowie knife or dagger, or any gun-powder or percussion caps, without the written consent of his or her master, mistress or overseer, he or she shall be confined at hard labor in the Penitentiary not less than two nor more than five years.

Sec. 4.   That Article 745*a*, of said act, be amended so as hereafter to read as follows:

Article 745*a*.   If any person shall receive or conceal property which has been acquired by another, in such manner as that the acquisition comes within the meaning of the term theft, knowing the same to have been so acquired, he shall be punished in the same manner as, by law, the person stealing the same would be liable to be punished: *Provided,* That if a free white person shall receive or conceal such property stolen by a slave or free person of color he shall be punished in the same manner as, by law, a free white person stealing the same would be liable to be punished.

Approved March 5th, 1863.

## CHAPTER XVI.

*AN ACT to exclude from office, serving on juries, taking or holding property, and from the rights of suffrage, all persons who take the alien oath, leave our country, to avoid the service, or who join the enemy, or in anywise give them aid and comfort.*

Section 1.  *Be it enacted by the Legislature of the State of Texas,* That no person, being a resident of the State, or of any one of the Confederate States, who may, during the existing war between the Confederate States and the

# EXHIBIT 14




DATE DOWNLOADED: Mon Aug 28 16:49:28 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1844-1845 576 .

ALWD 7th ed.
, , 1844-1845 576 .

Chicago 17th ed.
"," Missouri - 12th General Assembly, Revised Statutes : 576-578

AGLC 4th ed.
'' Missouri - 12th General Assembly, Revised Statutes 576

OSCOLA 4th ed.
'' 1844-1845 576          Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

CHAP. 80.
On complaint
made to justice
of the peace,
view to be had.

SEC. 5. Upon the complaint of the party injured, to any justice of the peace of the township, such justice shall issue his order, without delay, to three disinterested householders of the neighborhood, no ways related to the party injured, reciting the complaint, and requiring them to view the fence where the trespass is complained of, and take memorandum of the same; and their testimony in such case shall be good evidence on the trial touching the lawfulness of the fence.

Persons injur-
ing or killing
animals, if
fence insuffi-
cient, to pay
double dama-
ges.

SEC. 6. If any person damnified for want of such sufficient fence, shall hurt, wound, lame, kill or destroy, or cause the same to be done by shooting, worrying with dogs, or otherwise, any of the animals in this act mentioned, such person shall satisfy the owner of such animals in double damages with costs.

Approved February 10, 1845.

~~~~~~~~~~~~~~~~~

# CHAPTER 80.

### INDIANS.

#### AN ACT to restrain intercourse with the Indians.

SEC. 1. No person to reside as a trader in Indian hunting camp, &c.
2. Permits to Indians to come or remain in this state prohibited.
3. To sell, exchange, or give liquor to Indians, prohibited.
4. Traffic with Indians prohibited, unless in certain cases.
5. Not to receive certain articles from Indians, &c.
6. Penalty for violating first section of this act.
7. Penalty for violating second, third, fourth and fifth sections.
8. Person giving permit or furnishing Indians with liquor, liable for all damages occasioned thereby.

SEC. 9. All contracts made in violation of this act, declared void. Indian may recover property sold, &c.
10. Indians found hunting, &c., without permit, how punished.
11. Duty of governor under this act.
12. Duty of officers to give information of a violation of this act.
13. Judges to give this act in charge to grand jury.
14. General, or field officer, may order Indians to be removed, when.
15. Militia to be placed under commissioned officer. His powers and duties.

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

No person to
reside as a tra-
der in Indian
camp, &c.
1835, p. 312.

SECTION 1. No person shall reside, or attempt to reside, as a trader in any hunting camp of any Indian tribe, not permanently settled within this state.

SEC. 2. No person shall give to any Indian a permit to

INDIANS. **577**

come or remain within this state, nor a permit, or other <span style="font-size:small">Permits to Indians to come or stay in this state, prohibited.<br>1838-9, p. 66.</span> instrument of writing, with intent to induce any Indian to come or remain within this state, except the proper agent under the authority of the United States.

SEC. 3. No person shall sell, exchange or give, to any <span style="font-size:small">Selling, exchanging, or giving liquor to Indians, prohibited.<br>1835, sec. 3.</span> Indian, any spirituous or vinous liquor, under any circumstances whatever, unless directed by a physician for medical purposes.

SEC. 4. No person shall sell, exchange or give, to any <span style="font-size:small">Traffic with Indians prohibited, unless in certain cases.—1838-9, p. 66.</span> Indian, any horse, mule, gun, blanket, or any other article or commodity whatever, unless such Indian shall be traveling through the state, and leave a written permit from the proper agent, or under the direction of such agent in proper person.

SEC. 5. No person shall receive from any Indian, by way <span style="font-size:small">Not to receive certain articles from Indians, &c.<br>Ib., sec. 1.</span> of purchase, gift, exchange or barter, any horse, mule, gun, blanket, fur, peltry, or any other article or commodity whatever.

SEC. 6. Any person convicted of a violation of the first <span style="font-size:small">Penalty on person for violating first section of this act.—1835, sec. 1.</span> section of this act, shall forfeit the merchandise found in his possession and offered for sale to the Indian, and shall be fined not less than one hundred dollars, or be imprisoned in the county jail not less than thirty days.

SEC. 7. Any person convicted of a violation of the second, <span style="font-size:small">Penalty for violating 2d, 3d, 4th and 5th sections.</span> third, fourth or fifth sections of this act, shall be fined not less than one hundred dollars, or be imprisoned in the county jail not less than thirty days.

SEC. 8. If any Indian, who shall have received a permit to <span style="font-size:small">Person giving permit, or furnishing Indians with liquor, shall be liable for all damage occasioned thereby.<br>1838-9. sec. 4.</span> come or remain within this state, in violation of this act, or who may have been furnished with spirituous or vinous liquor by any person, in violation of this act, shall, whilst thus unlawfully within this state, or in a state of intoxication, commit any injury or damage to the person or property of any inhabitant of this state, the person giving such unlawful permit, or who shall have unlawfully furnished such Indian with spirituous or vinous liquor, shall be liable for all injury and damage thus done, to be recovered by suit in any court of competent jurisdiction.

SEC. 9. All contracts made in violation of this act shall be <span style="font-size:small">All contracts made in violation of this act, void.<br>Indian may recover property sold, &c.<br>1839, sec. 8.</span> void, and any Indian may recover, from any person, any peltry or other property sold or exchanged by him, in violation of this act, or the full value thereof; or the proper agent of the tribe to which such Indian belongs may sue for and recover

**37**

578                                INJUNCTIONS.

CHAP. 81.
———————— such property, or the full value thereof, in his own name to
the use of such Indian.

Indians found      SEC. 10. If any Indian shall be found hunting, or roaming
hunting, &c.,
without per-   within the limits of this state, without a written permit from
mit, how pun-  the proper agent, such Indian shall, on conviction, be fined
ished.
Ib., sec. 5.   ten dollars, or imprisoned in the county jail ten days.

Duty of gover-     SEC. 11. It shall be the duty of the governor to transmit a
nor, under this
act.           copy of this act to the agents of all the Indian tribes on the
Ib., sec. 7.   borders of this state, with a request to such agents not to grant
a permit to any Indian to come into this state for the purpose
of hunting, or without necessary business, or who is not of a
peaceful character.

Duty of offi-      SEC. 12. It shall be the duty of all the civil and military
cers to give
information of  officers of this state to give immediate information of every
a violation of violation of this law that may come to their knowledge.
this act.

Judges to give     SEC. 13. The judges of the circuit courts shall give this
this act in
charge to      act in special charge to the grand jury, in every county on the
grand jury.    frontier of this state, at each term of the court.

General or         SEC. 14. Whenever any general or field-officer of the mili-
field officer,
may order In-  tia, shall receive satisfactory information that any Indians are
dians to be re-hunting or roaming within the limits of such officer's command,
moved, when.
1835, sec. 5.  he may order out a sufficient portion of his command to remove
such Indians out of the white settlement.

And militia to     SEC. 15. When any portion of the militia shall be so order-
be placed un-
der commis-    ed into the service, it shall be placed under the command of
sioned officer;some competent commissioned officer, who shall have power,
his powers and
duties.        and it shall be his duty, to remove such Indians according to
Ib., sec. 6.   the order, without delay.

Approved February 27, 1845.

~~~~~~~~~~~~~~~~

# CHAPTER 81.

## INJUNCTIONS.

### AN ACT regulating injunctions.

SEC. 1. Circuit courts or any judge in va-
        cation, may grant injunctions.
     2. When county court or any two
        justices in vacation may grant
        injunctions.
     3. What proof necessary under the
        second subdivision of prece-
        ding section.
     4. Injunctions, where returnable.

SEC. 5. To stay proceedings at law,
        where to be had.  Subpœna,
        where directed.
     6. Notice of application to be giv-
        en, to whom.
     7. How served when adverse party
        is a non-resident.
     8. What the notice shall contain.
        Service, how proved.

Rivas Exs., Page 113

# EXHIBIT 15

 

DATE DOWNLOADED: Mon Jan 23 20:01:12 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1846 20 .

ALWD 7th ed.
, , 1846 20 .

Chicago 17th ed.
"," Florida - 2nd Session : 20-21

AGLC 4th ed.
'' Florida - 2nd Session 20

OSCOLA 4th ed.
'' 1846 20

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**1846.**

*Proviso.*

lowing manner, and not otherwise, that is to say—In all criminal prosecutions, the Solicitor's fee shall be taxed in the bill of costs and collected by the Sheriff with the other costs of the case, and be by him paid over to the Solicitor : *Provided,* That in all instances where said fee or any part thereof cannot be so collected, and it shall so appear by the return of the Sheriff, then the same shall be a charge upon the Treasury of the State.

*Repeal.*

SEC. 2. *Be it further enacted,* That all acts or parts of acts conflicting with the provisions of this act, be, and the same are hereby repealed.

[Passed the Senate, December 22, 1846. Passed the House of Representatives, December 26, 1846. Approved, December 29, 1846.]

---

## CHAPTER 75.—[No. 5.]

### AN ACT amendatory of the Criminal Laws now in force in this State.

*Punishment of certain offences.*

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Florida in General Assembly convened,* That hereafter, if any person shall be convicted, whether upon indictment now pending or hereafter to be presented, of any of the offences, the punishment of which under the provisions of an act approved, February 27th, 1839, entitled, an act to amend an act entitled, an act relating to crimes and misdemeanors, approved, February 10th, 1832, is prescribed to be a fine not exceeding fifteen hundred dollars nor less than two hundred dollars, and imprisonment not exceeding six months, nor less than thirty days, at the discretion of the court, he shall be fined in any sum not exceeding fifteen hundred dollars and not less than ten dollars, and imprisoned for any time not exceeding six months and not less than one month, at the discretion of the court.

*Selling liquor to slaves.*

*Trading with slaves.*

SEC. 2. *Be it further enacted,* That if any person or persons shall either himself or by his servant, or agent, sell or barter to any slave or slaves, any vinous or spirituous liquors of any description, without an express license in writing from the person having control of said slave or slaves authorising said slave to purchase the same, or buy or barter with any slave or slaves any article whatever, without license as aforesaid, he, she, or they so offending, on conviction thereof before the Circuit court, shall be fined in a sum not less than twenty-five dollars nor more than two hundred dollars, or imprisoned not exceeding three months, at the discretion of the Judge.

*Carrying arms secretly.*

SEC. 3. *Be it further enacted,* That hereafter it shall not be lawful for any person in this State to carry arms of any kind whatsoever secretly, on or about their person, and if any dirk, pistol or other arm or weapon, except a common pocket knife, shall be seen or known to be secreted upon the person of any one in this State, such person so offending, shall on conviction, be fined not exceeding five hundred dollars and not less than five dollars, or imprisoned not exceeding six months and not less than ten days, at the discretion of

*Criminal Laws. Criminal Cases. Chancery.*   CHAP. 75—76—77.   **21**

1846.

the court: *Provided, however,* That this law shall not be so construed as to prevent any person from carrying arms openly, outside of all their clothes; and it shall be the duty of the Judges of the Circuit courts in this State to give the matter contained in this act in special charge to the Grand Juries in the several counties in this State, at every session of the courts.

SEC. 4. *Be it further enacted,* That all laws or parts of laws, so far as the same conflict with the foregoing section, be and the same are hereby repealed: *Provided, however,* That no conviction or sentence already rendered or pronounced under the acts referred to in the preceding sections, shall be in anywise affected by this act.

*Repeal.*

[Passed the House of Representatives, January 5, 1847. Passed the Senate, January 6, 1847. Approved, January 6, 1847.]

---

### CHAPTER 76.—[No. 6.]

#### AN ACT relative to Costs in Criminal cases.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Florida in General Assembly convened,* That in all cases of a conviction for crimes or misdemeanors under the laws of this State, the costs of prosecution shall be included and entered up in the judgment rendered against the convicted person, unless the jury trying the cause expressly find otherwise.

*Costs of prosecution.*

SEC. 2. *Be it further enacted,* That in all cases not capital, when it shall be made to appear from due proof made in open court, that the person convicted is wholly unable to pay costs, and that the judgment has in other respects been complied with, the court before which such person was convicted shall have power to discharge him or her without the payment of costs.

*When party unable to pay costs.*

SEC. 3. *Be it further enacted,* That no defendant in a criminal prosecution who shall be acquitted or discharged therefrom, shall be liable for any costs or fees of the court, or of any Justice of the Peace, or any ministerial officer, or for any charge of subsistence while detained in custody.

*When defendant not liable for costs.*

[Passed the House of Representatives, December 19, 1846. Passed the Senate, December 26, 1846. Approved, December 29, 1846.]

---

### CHAPTER 77.—[No. 7.]

#### AN ACT to amend the several acts relative to proceedings in Chancery.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Florida in General Assembly convened,* That it shall be the duty of the defendant, unless the time shall be otherwise enlarged for cause shown by a Judge of the court, upon motion for that purpose, to file his plea, demurrer or answer to the bill in the Clerk's office, on the rule day next succeeding that of entering his

*Plea, demurrer, answer when filed.*

# EXHIBIT 16



DATE DOWNLOADED: Mon Jan 23 20:11:47 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1838 76 .

ALWD 7th ed.
, , 1838 76 .

Chicago 17th ed.
"," Virginia - 1838 Session : 76-77


AGLC 4th ed.
'' Virginia - 1838 Session 76

OSCOLA 4th ed.
'' 1838 76

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

CHAP. 99.—An ACT to prevent free persons of colour who leave the state from returning to it in certain cases.

( Passed April 7, 1838. )

**Free negroes leaving state to be educated not permitted to return.**

1. *Be it enacted by the general assembly,* That if any free person of colour, whether infant or adult, shall go or be sent or carried beyond the limits of this commonwealth for the purpose of being educated, he or she shall be deemed to have emigrated from the state, and it shall not be lawful for him or her to return to the same;

**Infants so returning how dealt with.**

and if any such person shall return within the limits of the state contrary to the provisions of this act, he or she being an infant, shall be bound out as an apprentice until the age of twenty-one years, by the overseers of the poor of the county or corporation where he or she may be, and at the expiration of that period, shall be sent out of the state agreeably to the provisions of the laws now in force, or which may hereafter be enacted to prohibit the migration of free

**Adults how punished.**

persons of colour to this state; and if such person be an adult, he or she shall be sent in like manner out of the commonwealth; and if any person having been so sent off, shall thereafter return within the state, he or she so offending shall be dealt with and punished in the same manner as is or may be prescribed by law in relation to other persons of colour returning to the state after having been sent therefrom.

**Commencement.**

2. This act shall be in force from and after the first day of August next.

CHAP. 100.—An ACT abolishing the punishment of burning in the hand in all cases.

(Passed February 8, 1838.)

**Burning in hand abolished.**

1. *Be it enacted by the general assembly,* That so much of any law of this commonwealth as authorizes or inflicts the punishment of burning in the hand in any case whatever, shall be, and the same is hereby repealed. And every person who may be hereafter convicted of any offence within the benefit of clergy, shall be punished in the mode now prescribed by law, except only the burning in the hand.

**Commencement.**

2. This act shall be in force from the passing thereof.

CHAP. 101.—An ACT to prevent the carrying of concealed weapons.

[Passed February 2, 1838.]

**Penalty for carrying concealed weapons.**

1. *Be it enacted by the general assembly,* That if any person shall hereafter habitually or generally keep or carry about his person any pistol, dirk, bowie knife, or any other weapon of the like kind, from the use of which the death of any person might probably ensue, and the same be hidden or concealed from common observation, and he be thereof convicted, he shall for every such offence forfeit and pay the sum of not less than fifty dollars nor more than five hundred dollars, or be imprisoned in the common jail for a term not less than one month nor more than six months, and in each instance at the discretion of the jury; and a moiety of the penalty recovered in any prosecution under this act, shall be given to any person who may voluntarily institute the same.

**Courts to ascertain if murders or felonies be perpetrated by concealed weapons.**

2. *And be it further enacted,* That if any person shall hereafter be examined in any county or corporation court upon a charge of murder or felony, perpetrated by shooting, stabbing, maiming, cutting or wounding, and it shall appear that the offence charged was

in fact committed by any such weapon as is above mentioned, and
that the same was hidden or concealed from or kept out of the view
of the person against whom it was used, until within the space of
one half hour next preceding the commission of the act, or the in-
fliction of the wound, which shall be charged to have caused the
death, or constituted the felony, it shall be the duty of the examin-
ing court to state that the fact did so appear from the evidence; and
if the court shall discharge or acquit the accused, such dis- *Acquittal no bar to indictment in superior court.*
charge or acquittal shall be no bar to an indictment for the same
offence in the superior court having jurisdiction thereof, provided
the same be found within one year thereafter.  And whether the *Offence how charged in indictment.*
accused shall be by such court sent on for further trial or dis-
charged, it shall be lawful to charge in the indictment that the of-
fence was committed in any of the modes herein before described;
and upon the trial it shall be the duty of the jury (if they find the *Verdict of jury what to contain.*
accused not guilty of the murder or felony) to find also whether the
act charged was in fact committed by the accused, though not felo-
niously, and whether the same was committed or done with or by
means of any pistol, dirk, bowie knife, or other dangerous wea-
pon, which was concealed from or kept out of the view of the per-
son on or against whom it was used, for the space before mentioned,
next preceding such use thereof; and if the jury find that the act *Penalty.*
was so committed, they shall assess a fine against the accused, and
it shall be lawful for the court to pronounce judgment as in cases of
misdemeanor.

3. This act shall be in force from and after the first day of June *Commencement.*
next.

------

CHAP. 102.—An ACT to extend the act for the temporary relief of the banks
of this commonwealth.

(Passed February 20, 1838.)

1. *Be it enacted by the general assembly,* That the first, second *Laws for tempo-rary relief of banks*
and seventh sections of the act passed on the twenty-fourth day of *extended.*
June, eighteen hundred and thirty-seven, entitled, "an act for the *See post. ch. 102. Acts extra session*
temporary relief of the banks of this commonwealth, and for other *1837, pp. 3, 4,*
purposes," shall be, and the same are hereby continued in force till *§ 1, 2, 7.*
the twentieth day of March next.

2. *Be it further enacted,* That so much of the provisions of the *Part of act in-creasing banking*
act, entitled, "an act increasing the banking capital of the com- *capital suspended.*
monwealth," passed March the twenty-fifth, eighteen hundred and *Acts 1836-7, pp. 63-74.*
thirty-seven, as relates to the Bank of Virginia, the Farmers bank
of Virginia, and the Bank of the Valley of Virginia, shall be and
the same is hereby suspended until the first day of April next.

3. This act shall commence and be in force from the passage *Commencement.*
thereof.

------

CHAP. 103.—An ACT further to extend the act for the temporary relief of the
banks of this commonwealth.

[Passed March 16, 1838.]

1. *Be it enacted by the general assembly,* That the first, second *Laws for tempo-rary relief of banks*
and seventh sections of the act passed on the twenty-fourth day of *further extended.*
June, eighteen hundred and thirty-seven, entitled, "an act for the
temporary relief of the banks of this commonwealth," be and the
same is hereby continued in force till the expiration of the present
session of the legislature, any law to the contrary notwithstanding.

2. This act shall be in force from its passage.              *Commencement.*

# EXHIBIT 17



DATE DOWNLOADED: Mon Jan 23 20:15:49 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1840 148 .

ALWD 7th ed.
, , 1840 148 .

Chicago 17th ed.
"," Alabama - General Assembly, Annual Session : 148-150

AGLC 4th ed.
'' Alabama - General Assembly, Annual Session 148

OSCOLA 4th ed.
'' 1840 148

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

148

## CHAPTER SEVENTH.

### *Of Miscellaneous Offences.*

Section 1. It shall be unlawful for any person or persons, or any
company, corporation, or unchartered banking association, to make,
emit, issue, or put in circulation, any note, bill, bond, draft, check,
or post note, or paper of any name or description whatsoever, to
answer the purpose of money, or for general circulation, and for
every such note, bill, bond, draft, check, post note, or other paper
so made, emitted, issued, or put in circulation, such person or per-
sons, and each and every individual of said company, corporation,
or unchartered banking association, so making, issuing, emitting,
or putting in circulation, such note, bill, bond, draft, check, post
note, or other paper, shall be held to be guilty of a misdemeanor,
and shall be liable to be indicted therefor, and, upon conviction,
shall be fined for every such offence at the discretion of the jury
trying the same, not less than one hundred, nor more than five
hundred dollars, and that upon failure to pay the fine, shall be im-
prisoned in the county jail for a term not exceeding twelve months.

Signing notes or bills.

Section 2. If any person or persons shall sign any note, bill,
bond, draft, check, post note, or any paper of other name or descrip-
tion whatsoever, as cashier or president, or under any other name,
or in the name of any company, incorporation, or unchartered
banking association, to be put in circulation to answer the purpo-
ses of money, such president, or cashier, or other person, under
any other name, so signing said note, bill, bond, draft, check, post
note, or paper as aforesaid, shall be deemed guilty of a misde-
meanor, and shall be liable to be indicted, and, upon conviction,
shall be fined for every such offence, in a sum not less than one
hundred, nor more than five hundred dollars, at the discretion of
the jury trying the same, and the signatures of the person or per-
sons so charged, to the note, bond, bill, draft, check, post note, or
paper aforesaid, shall be taken and held to be proof of such sign-
ing, unless the fact of signing be denied on oath by the defendant.

Passing off or circulating notes or bills.

Section 3. It shall be unlawful for any person or persons, with-
in the limits of this State, to pass off, issue, emit, or put in circula-
tion, any note, bill, bond, check, draft, or post note, of any incor-
poration, company, or unchartered banking association ; and any
person or persons violating the provisions of this section, shall be
deemed guilty of a misdemeanor, and shall be liable to be indicted,
and upon conviction, shall be fined for every such note, bill, bond,
check, draft, post note, or other paper so issued, emitted, passed off,
or put in circulation, not less than twenty, nor more than one hun-
dred dollars, at the discretion of the jury trying said offence.

Section 4. Every one who shall hereafter carry concealed about
his person, a bowie knife, or knife or instrument of the like kind
or description, by whatever name called, dirk or any other deadly

149                                           1841.

weapon, pistol or any species of fire arms, or air gun, unless such **Carrying con-cealed wea-pons.** person shall be threatened with, or have good cause to apprehend an attack, or be travelling, or setting out on a journey, shall on conviction, be fined not less than fifty nor more than three hundred dollars: It shall devolve on the person setting up the excuse here allowed for carrying concealed weapons, to make it out by proof, to the satisfaction of the jury; but no excuse shall be sufficient to authorize the carrying of an air gun, bowie knife, or knife of the like kind or description.

Section 5. If any person shall at the same election vote more than once for the same candidate for the same office, or for differ- **Illegal voting.** ent candidates for the same office, either in the same or in different precincts, or vote when he is not legally authorized so to do, he shall upon conviction, be adjudged guilty of a misdemeanor, and fined in the sum of two hundred dollars, and be imprisoned in the county jail not exceeding one year.

Section 6. Every apothecary, druggist, or other person, who shall sell and deliver any arsenic, corrosive sublimate, prussic **Apothecaries selling pois-onous drugs** acid, or other substance, either solid or liquid, usually denomina- **onous drugs** ted poisonous, without having the word 'poison,' written or prin- **without label.** ted on a label attached to the vial, box or parcel, in which the same is sold, or shall sell and deliver any tartar emetic, without having the true or common name thereof written or printed upon a label attached to the vial, box or parcel containing the same, shall upon conviction, be adjudged guilty of a misdemeanor, and punished by a fine not exceeding one hundred dollars.

Section 7. Every apothecary, druggist, or other person, who shall give, sell or deliver, any of the drugs described in the prece- **Selling to slaves.** ding section, or any other drug or medicine, poisonous in its nature, to any slave, without an order in writing from the owner or manager of such slave, designating the drug or medicine, either by name, or the effect to be produced by it, he or she so offending, shall on conviction, be held guilty of a misdemeanor, and punished by a fine not exceeding two hundred dollars, and may also be imprisoned not exceeding three months.

Section 8. Every person who shall buy, sell or receive from any **Trading with slaves.** slave, any commodity of any kind or description, without the **slaves.** leave or consent of the master, owner, or overseer of such slave, verbally or in writing, expressing the articles permitted to be sold or bartered, first obtained, shall on conviction, be fined in a sum not less than ten, nor more than one hundred dollars, and may be imprisoned not more than three months.

Section 9. Every sheriff, coroner, constable, clerk, or justice of the peace, who shall within three days after demand made, fail or **Officers fail-ing to pay mo-** refuse to pay over any money received or collected by him in his **ney collected.** official capacity, shall be deemed guilty of a misdemeanor, and on conviction, shall be fined in a sum not less than one half, and not exceeding the entire amount received or collected: *Provided,* that **Proviso.** the party entitled to such money, shall remain in the county, or

150

have an agent there, up to the expiration of three days after demand as aforesaid; and nothing in this section contained shall be construed to affect the private remedy of the party injured, either by motion or otherwise.

## CHAPTER EIGHTH.

### Of General Provisions.

*Duty of court in capital cases.* Section 1. Whenever any person shall be sentenced to the punishment of death, the court before whom he was tried, shall direct that he be hanged by the neck till he is dead; and such sentence shall be executed by the proper executive officer of the law, on such day as the court shall appoint, not less than four weeks and not more than eight weeks from the time of the sentence, unless the court trying such convict, shall suspend the execution by a reference to the supreme court, of novel and difficult questions of law, arising in the case.

*Sentence.* Section 2. The sentences of courts directing the execution of a person as aforesaid, shall be executed by the sheriff or by his regularly appointed deputy, unless there be no sheriff in the county, in which event, the coroner shall be authorized to do execution.

*Execution.* Section 3. The punishment of death shall be inflicted either in the prison where the convict shall be confined, or within an inclosed yard of such prison, if there be one, or if the arrangement of the prison and its precincts be such as execution cannot there be done, then the punishment shall be inflicted as heretofore; and *Regulations.* it shall be the duty of the sheriff, or if there be no sheriff, the coroner, to give at least three day's previous notice, to the judge of the county court, the clerks of the circuit and county court, at least five justices of the peace, if there be so many in the county, and the physicians of the neighborhood, who may be present and witness the execution; and the persons thus attending the execution, shall make out and sign a certificate in writing, declaring that the convict was executed pursuant to his sentence; and the officer doing execution, shall permit the counsel of the convict, such ministers of the gospel as the convict shall desire, and his relations to be present, and also, such officers of the prison, deputies and constables, military guard, or other assistants, as he shall see fit.

*Female convicts—when pregnant.* Section 4. If a female convict sentenced to the punishment of death, shall be pregnant, it shall be the duty of the sheriff of the county, with the concurrence of the judge of the circuit court, or if he be absent, with the concurrence of any other circuit judge of the State, to summon a jury who are free from all interest, occasioned either by relationship or otherwise, which jury shall consist of the number of six, all of whom shall be physicians, if it be practicable; and if it be not practicable to obtain so many physicians in the county, then the jury shall be made up by associating a

# EXHIBIT 18



DATE DOWNLOADED: Mon Jan 23 20:22:54 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1821 132 .

ALWD 7th ed.
, , 1821 132 .

Chicago 17th ed.
"," Mississippi - General Assembly, 5th Session : 132-132

AGLC 4th ed.
'' Mississippi - General Assembly, 5th Session 132

OSCOLA 4th ed.
'' 1821 132

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
 Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

132    LAWS OF THE STATE OF MISSISSIPPI.

1821    ## CHAP. XLIX.

An Act, to prohibit the carrying or wearing of concealed weapons.

SEC. 1. *Be it enacted by the Senate and House of Representa-*
*tives of the State of Mississippi, in General Assembly convened,*
That from and after the passage of this act, any person or
persons convicted before any magistrate of his or their wear-
ing or carrying any pistols, dirk or other such offensive wea-
pons, concealed about his or their persons, shall forfeit and
pay the sum of fifty dollars for every such offence, to be ap-
plied to the use of the literary fund : *Provided,* That in all
cases of persons travelling, they shall not be bound by the pro-
visions of this act.

       COWLES MEAD,
     *Speaker of the House of Representatives.*
        JAMES PATTON,
    *Lieutenant-Governor and President of the Senate.*
APPROVED, NOVEMBER 28, 1821.
     GEO. POINDEXTER.

---

# CHAP. L.

An Act, to regulate the salaries of the district attorneys of the third
and fourth Judicial Districts.

**Salaries**
**fixed.**
SEC. 1. *Be it enacted by the Senate and House of Representa-*
*tives of the State of Mississippi, in General Assembly convened,*
That the district attorneys of the third and fourth judicial dis-
tricts of this State, shall hereafter receive for their services the
sum of six hundred dollars per annum, payable quarter year-
ly, out of any money in the treasury, not otherwise appropria-
ted.

**Repealing**
**clause.**
SEC. 2. *And be it further enacted,* That so much of the acts
as allows the district attorney of the third judical district,
the sum of four hundred dollars, and the district attorney of
the fourth judicial district, the sum of eight hundred dollars,
be, and the same is hereby repealed.

       COWLES MEAD,
     *Speaker of the House of Representatives.*
        JAMES PATTON,
    *Lieut. Gov. and President of the Senate,*
APPROVED, NOVEMBER 28, 1821.
     GEO. POINDEXTER.

# EXHIBIT 19

 

DATE DOWNLOADED: Mon Jan 23 20:25:18 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1812 100 .

ALWD 7th ed.
, , 1812 100 .

Chicago 17th ed.
"," Kentucky - 21st General Assembly, 1st Session : 100-101

AGLC 4th ed.
'' Kentucky - 21st General Assembly, 1st Session  100

OSCOLA 4th ed.
'' 1812 100

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

[  100  ]

Governor to accept of the services of volunteer companies & to commission officers

accept of the services of any volunteer  company or compaies  (not exceeding three thousand  as aforesaid) who shall  tender  their  services within such time, and for  such term,  not exceeding six months, as the Governor in his  discretion, shall  proclaim and appoint.   And the Governor  shall  designate and commission for that purpose, all officers  necessary and proper for the  command of such  volunteers.

Sec. 3.  *Be it further enacted,*  That all volunteer officers,  non-commissioned officers, musicians and privates,  whose  service may be tendered and accepted under  the provisions  of this act,  shall, at such place or places of redezvous as the

Volunteers to to receive mo neyin advance

Governor shall  appoint within this state,  be  entitled  to receive  in  advance, the sum of ten dollars, to be taken and  considered as a part of their pay.

Sec. 4.  *Be it further enacted,*  That the forces to be raised  and organized, as provided  by this act, shall  be disposed of  according to the discretion of their Governor (that discretion

Forces when raised how to be disposed of

subject only to the  requisitions of the general government)  and shall be liable to be marched to any  place, and engaged  in the service of the U. States, as the exigencies of the pres-  ent war may, in the opinion of the executive, require.

Sec. 5.  *Be it further enacted,*  That the governor of this

TheGovernor authorized to draw money from the treasury or borrow from banks

commonwealth, for the  purpose of carrying into effect  the  third section of this act, shall  be authorized to draw from the  Treasury  of this state, any  sums  of money that may be  necessary therefor; or in case of deficiency in the public  funds, to borrow from any  Bank or individuals, upon the  best terms he can  obtain  such additional sums as  may be  necessary for the purpose aforesaid.

Sec. 6.  *Be it further enacted,*  That the powers vested in  the Governor by the first and second  sections of this act,  shall be exercised and carried into  effect by him to such ex-  tent, and in such a manner and time, as his own discretion  and the emergency of public affairs may dictate.

## CHAP. LXXXIX.

*AN ACT to prevent persons  in this  Commonwealth from  wearing concealed Arms, except in certain cases.*

Approved, February 3, 1813.

Sec. 1.  *B*E it enacted by  the general assembly of the com-  monwealth of Kentucky,  That  any  person in  this commonwealth, who  shall  hereafter  wear a pocket  pistol, dirk, large knife,  or sword in a cane,  concealed  as a weapon, unless when travelling on a journey, shall  be  fined in any sum, not less than one hundred dollars ; which

[ 101 ]

may be recovered in any court having jurisdiction of like sums, by action of debt, or on the presentment of a grand jury—and a prosecutor in such presentment shall not be neceffary. One half of such fine shall be to the use of the informer, and the other to the use of this commonwealth.

This act shall commence and be in force, from and after the first day of June.

---

## CHAP. XC.

### AN ACT to amend the Militia Law.
Approved February 3, 1813.

Sec. 1. BE it enacted by the General Assembly of the Commonwealth of Kentucky, That if any non-commiffioned officer, musician or private, failing to march, or furnifhing an able bodied subftitute in his place, when ordered and lawfully called on, or leaving the service without a difcharge from the proper officer, shall be confidered as a deserter, & treated as followeth, to wit: Any person may apprehend such deserter, and deliver him to the officer commanding such detachment, or any recruiting officer within this commonwealth, and take his receipt for the same ; which receipt shall defcribe the name or such deserter, and the length of time he was to serve, and by whom he was delivered—which receipt shall be affignable ; and the reward for taking and so delivering such deserter, as aforesaid, shall be a credit for a tour or tours of duty for the length of time such deserter was bound to serve ; and said deserter shall serve out the term of time aforesaid before he shall be discharged, in addition to the time he was to serve, if such term of time is then required ; otherwise shall serve said tour or tours, when required so to do. And any person holding such receipt, when he is called on to perform a tour or tours of duty, and producing the same to the captain calling on him, it shall be the duty of said captain to receive the same, and give the owner thereof a credit for as many tours as is therein contained.

Sec. 2. And where any delinquent militia-man shall belong to any society who hold a community of property, the sheriff shall call on the agent or superintender of the common ftock, or firm of said society, or compact, for the same ; and if he fails to pay the same as before described, the sheriff shall make diftress, and sell so much of the property belonging to said ftock, as will satisfy the fine, coft, &c. as is before directed.

Sec. 3. And be it further enacted, That brigade infpectors and brigade quarter masters, when not taken from the line, shall each be entitled to the rank, pay, and emoluments

*Persons failing to perform tour of duty considered a deserter*

*Brigade infpectors quarter masters, adjutants and pay-masters*

# EXHIBIT 20



**HEINONLINE**

DATE DOWNLOADED: Mon Jan 23 20:32:13 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Revised Statutes of the State of Wisconsin, Passed at the Second Session of the
Legislature, Commencing January 10, 1849 (1849).

ALWD 7th ed.
. Revised Statutes of the State of Wisconsin, Passed at the Second Session of the
Legislature, Commencing January 10, 1849 (1849).

APA 7th ed.
(1849). Revised Statutes of the State of Wisconsin, Passed at the Second Session of
the Legislature, Commencing January 10, 1849. Southport, C. Latham Sholes.

Chicago 17th ed.
Revised Statutes of the State of Wisconsin, Passed at the Second Session of the
Legislature, Commencing January 10, 1849. Southport, C. Latham Sholes.

McGill Guide 9th ed.
Revised Statutes of the State of Wisconsin, Passed at the Second Session of the
Legislature, Commencing January 10, 1849 (Southport: C. Latham Sholes., 1849)

AGLC 4th ed.
Revised Statutes of the State of Wisconsin, Passed at the Second Session of the
Legislature, Commencing January 10, 1849 (C. Latham Sholes., 1849

MLA 9th ed.
Revised Statutes of the State of Wisconsin, Passed at the Second Session of the
Legislature, Commencing January 10, 1849. Southport, C. Latham Sholes. HeinOnline.

OSCOLA 4th ed.
Revised Statutes of the State of Wisconsin, Passed at the Second Session of the
Legislature, Commencing January 10, 1849. Southport, C. Latham Sholes.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

# TITLE XXXI.

### Of Proceedings in Criminal Cases.

Chapter 142 Of search warrants and proceedings thereon.
143 Of demanding fugitives from justice and proceedings thereon.
144 Of proceedings to prevent the commission of crimes.
145 Of the arrest and examination of offenders, commitment for trial and taking bail.
146 Of indictments and proceedings before trial.
147 Of the change of venue in criminal cases.
148 Of trials in criminal cases.
149 Of appeals, new trials and exceptions in criminal cases.
150 Of judgments in criminal cases, and the execution thereof.
151 Of pardons.
152 Of inquests of the dead.

## CHAPTER 142.

### OF SEARCH WARRANTS AND PROCEEDINGS THEREON.

Search warrants, when and by whom issued.

Section 1. When complaint shall be made, on oath, to any magistrate authorized to issue warrants in criminal cases, that personal property has been stolen or embezzled, or obtained by false tokens or pretences, and that the complainant believes that it is concealed in any particular house or place, the magistrate, if he be satisfied that there is reasonable cause for such belief, shall issue his warrant to search for such property.

Ib.

Sec. 2. Any such magistrate when satisfied that there is reasonable cause, may also, upon like complaint made on oath, issue search warrants in the following cases, to wit :

1. To search for and seize any counterfeit or spurious coin, forged bank notes, and other forged instruments, or tools, machines, or materials, prepared or provided for making either of them :

2. To search for and seize any books, pamphlets, ballads, printed papers, or other things, containing obscene language, or obscene prints, pictures, figures, or descriptions, manifestly tending to corrupt the morals of youth, and intended to be sold, loaned, circulated, or to be distributed, introduced into any family, school, or place of education :

3. To search for and seize lottery tickets, or materials for a lottery, made, provided, or procured for the purpose of drawing a lottery :

4. To search for and seize any gaming apparatus, or implements used, or kept and to be used in unlawful gaming, in any gaming house, or in any building, apartment or place, resorted to for the purpose of unlawful gaming.

Sec. 3. All such warrants shall be directed to the sheriff of the county, or his deputy, or to any constable of the county, commanding such officer to search the house, or place where the stolen property or other things, for which he is required to search, are believed to be concealed, which place and property, or things to be searched for, shall be designated and described in the warrant, and to bring such stolen property, or other things, when found, and the person in whose possession the same shall be found, before the magistrate who issued the warrant, or before some other magistrate, or court, having cognizance of the case.

<div align="right"><strong>CHAPTER 143.</strong><br>To whom issued<br>and what to contain.</div>

Sec. 4. When any officer, in the execution of a search warrant, shall find any stolen or embezzled property, or shall seize any other things, for which a search is allowed by this chapter, all the property and things, so seized, shall be safely kept by the direction of the court or magistrate, so long as shall be necessary for the purpose of being produced as evidence on any trial, and as soon as may be, afterwards, all such stolen and embezzled property shall be restored to the owner thereof, and all other things seized by virtue of such warrant shall be destroyed, under the direction of the court or magistrate.

<div align="right">Property seized,<br>how kept and<br>disposed of.</div>

---

# CHAPTER 143.

OF DEMANDING FUGITIVES FROM JUSTICE AND PROCEEDINGS THEREON.

Section 1. The governor of this state may, in any case authorized by the constitution and laws of the United States, appoint agents to demand of the executive authority of any other state or territory, any fugitive from justice, or any person charged with felony or any other crime, in this state ; and whenever an application shall be made to the governor for that purpose, the district attorney, or any other prosecuting officer of the state, when required by the governor, shall forthwith investigate the grounds of such application, and report to the governor all material circumstances which may come to his knowledge, with an abstract of the evidence, and his opinion as to the expediency of the demand ; but the governor may, in any case, appoint such agents without requiring the opinion of, or any report from, the district attorney, and the accounts of the agents, appointed for such purpose, shall in all cases, be audited by the governor and paid from the state treasury.

<div align="right">Governor may<br>appoint agents to<br>demand fugitives<br>from justice, &c.</div>

<div align="right">Expenses, how<br>paid.</div>

Sec. 2. When a demand shall be made upon the governor of this state by the executive of any other state or territory, in any case authorized by the constitution and laws of the United States, for the delivery over of any person charged in such state or territory, with treason, felony or any other crime, the district attorney, or any other prosecuting officer of the state, when required by the governor, shall forthwith investigate the ground of such demand, and report to the governor all material facts which may come to his knowledge, as to the situation and circumstances of the person

<div align="right">Proceedings on<br>demand of fugitives charged<br>with crime from<br>other states.</div>

716              DEMANDING FUGITIVES FROM JUSTICE.

CHAPTER 143. so demanded, especially whether he is held in custody, or is under recognizance to answer for any offence against the laws of this state or of the United States, or by force of any civil process, and also whether such demand is made according to law, so that such person ought to be delivered up, and if the governor is satisfied that such demand is conformable to law, and ought to be complied with, he shall issue his warrant, under the seal of the state, authorizing the agents who make such demand either forthwith, or at such time as shall be designated by the warrant, to take and transport such person to the line of the state, at the expense of such agents, and shall also, by such warrant, require the civil officers within this state to afford all needful assistance, in the execution thereof.

*When and how court or magistrate to issue warrant, and what to contain.*

SEC. 3. Whenever any person shall be found within this state, charged with any offence, committed in any other state or territory, and liable by the constitution and laws of the United States, to be delivered over upon the demand of the executive of such other state or territory, any court or magistrate, authorized to issue warrants in criminal cases, may, upon complaint under oath, setting forth the offence, and such other matters, as are necessary to bring the case within the provisions of law, issue a warrant to bring the person so charged before the same, or some other court or magistrate, within the state, to answer to such complaint as in other cases.

*When and how person charged to give recognizance.*

SEC. 4. If upon examination of the person charged, it shall appear to the court or magistrate, that there is reasonable cause to believe that the complaint is true, and that such person may be lawfully demanded of the governor, he shall, if not charged with a capital crime, be required to recognize with sufficient sureties, in a reasonable sum, to appear before such court or magistrate at a future day, allowing a reasonable time to obtain the warrant of the executive, and to abide the order of the court or magistrate;

*When committed.*

and if such person shall not so recognize, he shall be committed to prison, and be there detained until such day, in like manner, as if

*Forfeiture of recognizance.*

the offence charged had been committed within this state; and if the person so recognizing shall fail to appear, according to the condition of his recognizance, he shall be defaulted, and the like proceedings shall be had as in the case of other recognizances en-

*If charged with capital offence, to be committed*

tered into before such court or magistrate; but if such person be charged with a capital crime, he shall be committed to prison, and there detained until the day so appointed for his appearance before the court or magistrate.

*When discharged.*

SEC. 5. If the person so recognized or committed, shall appear before the court or magistrate, upon the day ordered, he shall be discharged, unless he be demanded by some person authorized by the warrant of the executive to receive him, or unless the court or magistrate shall see cause to commit him, or to require him to recognize anew, for his appearance at some other day, and if, when ordered, he shall not so recognize, he shall be committed and de-

*May be delivered on warrant of executive, &c.*

tained, as before provided; whether the person so charged shall be recognized, committed or discharged, any person, authorized by the warrant of the executive, may, at all times, take him into custody, and the same shall be a discharge of the recognizance, if any, and shall not be deemed an escape.

Sec. 6. The complainant, in such case, shall be answerable for all the actual costs and charges, and for the support in prison, of any person so committed, and shall advance to the jailer one week's board, at the time of commitment, and so from week to week, as long as such person shall remain in jail, and if he fail so to do, the jailer may forthwith discharge such person from his custody.

*CHAPTER 144. Complainant answerable for costs and support of prisoner, &c.*

---

## CHAPTER 144.

### OF PROCEEDINGS TO PREVENT THE COMMISSION OF CRIMES.

SECTION 1. The judges of the several courts of record, in vacation, as well as in open court, and all justices of the peace, shall have power to cause all laws made for the preservation of the public peace, to be kept; and in the execution of that power may require persons to give security to keep the peace, or for their good behavior, or both, in the manner provided in this chapter.

*Officers authorized to keep the peace, &c.*

SEC. 2. Whenever complaint shall be made to any such magistrate, that any person has threatened to commit an offence against the person or property of another, the magistrate shall examine the complainant, and any witness who may be produced, on oath, and reduce such complaint to writing, and cause the same to be subscribed by the complainant.

*Complaint how made.*

SEC. 3. If, upon examination, it shall appear that there is just cause to fear that any such offence may be committed, the magistrate shall issue a warrant under his hand, reciting the substance of the complaint, and requiring the officer to whom it may be directed, forthwith to apprehend the person complained of, and bring him before such magistrate, or some other magistrate or court having jurisdiction of the cause.

*Warrant and arrest.*

SEC. 4. The magistrate before whom any person is brought upon a charge of having made threats as aforesaid, shall, as soon as may be, examine the complainant and the witnesses to support the prosecution, on oath, in the presence of the party charged, in relation to any matters connected with such charge which may be deemed pertinent.

*Examination of complainant, &c.*

SEC. 5. After the testimony to support the prosecution, the witnesses for the prisoner, if he have any, shall be sworn and examined, and he may be assisted by counsel in such examination, and also in the cross examination, of the witnesses in support of the prosecution.

*Ib., of witnesses for prisoner; to have counsel.*

SEC. 6. If, upon examination, it shall appear that there is just cause to fear that any such offence will be committed by the party complained of, he shall be required to enter into a recognizance, and with sufficient sureties, in such sum as the magistrate shall direct, to keep the peace towards all the people of this state, and especially towards the person requiring such security, for such term as the magistrate shall order, not exceeding six months; but he shall not be ordered to recognize for his appearance at the

*When prisoner required to give recognizance, &c.*

718                    PREVENTION OF CRIME.

CHAPTER 144. circuit court, unless he is also charged with some offence for which
he ought to be held to answer at said court.

*When discharged.*  SEC. 7. Upon complying with the order of the magistrate, the
party complained of shall be discharged.

*If he refuse to recognize to be committed.*  SEC. 8. If the person so ordered to recognize shall refuse or ne-
glect to comply with such order, the magistrate shall commit him
to the county jail during the period for which he was required to
give security, or until he shall so recognize, stating in the warrant
the cause of commitment, with the sum and time for which secu-
rity was required.

*When discharged, and when complainant to pay costs.*  SEC. 9. If, upon examination, it shall not appear that there is
just cause to fear that any such offence will be committed by the
party complained of, he shall be forthwith discharged; and if the
magistrate shall deem the complaint unfounded, frivolous, or ma-
licious, he shall order the complainant to pay the costs of prosecu-
tion, who shall thereupon be answerable to the magistrate and the
officer for their fees as for his own debt.

*Payment of costs in other cases.*  SEC. 10. When no order respecting the costs is made by the
magistrate, they shall be allowed and paid in the same manner as
costs before justices in criminal prosecutions; but in all cases
where a person is required to give security for the peace, or for
his good behavior, the magistrate may further order the costs of
prosecution, or any part thereof, to be paid by such person, who
shall stand committed until such costs are paid, or he is otherwise
legally discharged.

*Appeal allowed.*  SEC. 11. Any person aggrieved by the order of any justice of
the peace, requiring him to recognize as aforesaid, may, on giving
the security required, appeal to the circuit court next to be holden
in the same county, or that county to which said county is attach-
ed for judicial purposes.

*Witnesses to re-cognize on ap-peal.*  SEC. 12. The magistrate from whose order an appeal is so taken,
shall require such witnesses as he may think necessary to support
the complaint, to recognize for their appearance at the court to
which appeal is made.

*Proceedings on appeal.*  SEC. 13. The court before which such appeal is prosecuted may
affirm the order of the justice or discharge the appellant, or may
require the appellant to enter into a new recognizance, with suffi-
cient sureties, in such sum and for such time as the court shall
think proper, and may also make such order in relation to the costs
of prosecution as he may deem just and reasonable.

*Recognizance when to remain in force.*  SEC. 14. If any party appealing shall fail to prosecute his ap-
peal, his recognizance shall remain in full force and effect as to
any breach of the condition, without an affirmation of the judg-
ment or order of the magistrate, and shall also stand as a security
for any costs which shall be ordered by the court appealed to, to
be paid by the appellant.

*Not recognizing, how afterwards discharged.*  SEC. 15. Any person committed for not finding sureties, or re-
fusing to recognize as required by the court or magistrate, may be
discharged by any judge or justice of the peace, on giving such se-
curity as was required.

*Recognizances transmitted to court*  SEC. 16. Every recognizance taken in pursuance of the forego-
ing provisions shall be transmitted by the magistrate to the circuit

court for the county, on or before the first day of the next term, CHAPTER 145· and shall be there filed of record by the clerk.

SEC. 17. Any person who shall, in the presence of any magis- *When required on view of court, &c.* trate mentioned in the first section of this chapter, or before any court of record, make an affray, or threaten to kill or beat another, or to commit any violence or outrage against his person or property, and every person who in the presence of such court or magistrate shall contend, with hot and angry words, to the disturbance of the peace, may be ordered, without process or any other proof, to recognize for keeping the peace and being of good behavior, for a term not exceeding six months, and in case of a refusal, may be committed as before directed.

SEC. 18. If any person shall go armed with a dirk, dagger, *Persons going armed to give security, &c.* sword, pistol or pistols, or other offensive and dangerous weapon, without reasonable cause to fear an assault or other injury, or violence to his person, or to his family, or property, he may, on complaint of any other person having reasonable cause to fear an injury or breach of the peace, be required to find sureties for keeping the peace for a term not exceeding six months, with the right of appealing as before provided.

SEC. 19. Whenever, upon a suit brought on any such recogni- *Court may remit penalty.* zance, the penalty thereof shall be adjudged forfeited, the court may remit such portion of the penalty on the petition of any defendant, as the circumstances of the case shall render just and reasonable.

SEC. 20. Any surety in a recognizance to keep the peace, or for *Surety may surrender principal, &c.* good behavior, or both, shall have the same authority and right to take and surrender his principal as if he had been bail for him in a civil cause, and upon such surrender shall be discharged and exempt from all liability for any act of the principal subsequent to such surrender, which would be a breach of the condition of the recognizance; and the person so surrendered may recognize anew, with sufficient sureties, before any justice of the peace, for the residue of the term, and thereupon shall be discharged.

---

## CHAPTER 145.

### OF THE ARREST AND EXAMINATION OF OFFENDERS, COMMITMENT FOR TRIAL AND TAKING BAIL.

SECTION 1. For the apprehension of persons charged with offen- *Officers empowered to enforce this chapter.* ces, the judges of the several courts of record, in vacation as well as in term time, and all justices of the peace are authorized to issue process to carry into effect the provisions of this statute.

SEC. 2. Upon complaint made to any such magistrate that a *Complaint how made; warrant to issue and what to contain.* criminal offence has been committed, he shall examine on oath the complainant and any witnesses produced by him, and shall reduce the complaint to writing, and shall cause the same to be subscribed by the complainant; and if it shall appear that any such offence has been committed, the court or justice shall issue a warrant re-

720                    ARREST AND EXAMINATION, &c.

CHAPTER 145. citing the substance of the accusation, and requiring the officer to whom it shall be directed, forthwith to take the person accused and bring him before the said court or justice, or before some other court or magistrate of the county, to be dealt with according to law; and in the same warrant may require the officer to summon such witnesses as shall be therein named, to appear and give evidence on the examination.

In what counties warrants to be executed, &c.

SEC. 3. If any person against whom a warrant may be issued for an alleged offence committed in any county, shall either before or after the issuing of such warrant, escape from or be out of the county, the sheriff or other officer to whom such warrant may be directed, may pursue and apprehend the party charged in any county in this state, and for that purpose may command aid, and exercise the same authority as in his own county.

When prisoner brought before magistrate of county, where arrest made, &c.

SEC. 4. In all cases where the offence charged in the warrant is not punishable by death or imprisonment in the state prison, if the person arrested request that he may be brought before a magistrate of the county in which the arrest was made, for the purpose of entering into a recognizance without a trial or examination, the officer making the arrest shall carry him before a magistrate of that county, who may take from the person arrested a recognizance with sufficient sureties, for his appearance at the court having cognizance of the offence, and next to be holden in the county where it shall be alleged to have been committed, and the party arrested shall thereupon be liberated.

Proceedings if magistrate take bail.

SEC. 5. The magistrate who shall so let the person arrested to bail, shall certify that fact upon the warrant, and shall deliver the same, with the recognizance by him taken, to the person who made the arrest, who shall cause the same to be delivered without unnecessary delay to the clerk of the court before which the accused was recognized to appear; and on application of the complainant, the magistrate who issued the warrant, or the district attorney, shall cause such witnesses to be summoned to the same court as he shall think necessary.

When prisoner taken before magistrate who issued warrant, &c.

SEC. 6. If the magistrate in the county where the arrest was made shall refuse to bail the person so arrested and brought before him, or if no sufficient bail shall be offered, the person having him in charge shall take him before the magistrate who issued the warrant, or in his absence before some other magistrate of the county in which the warrant was issued, to be proceeded with as hereafter directed.

Ib.

SEC. 7. When the offence charged in any warrant is punishable with death, or by imprisonment in the state prison, the officer making the arrest in some other county, shall convey the prisoner to the county where the warrant issued, and he shall be proceeded with in the manner directed in the following section.

Ib.

SEC. 8. Every person arrested by warrant for any offence where no other provision is made for his examination thereon, shall be brought before the magistrate who issued the warrant, or if he be absent or unable to attend, before some other magistrate of the same county, and the warrant with the proper return thereon, signed by the person who made the arrest, shall be delivered to the magistrate.

SEC. 9. Any magistrate may adjourn an examination or trial <span style="float:right">CHAPTER 145.</span> pending before himself, from time to time, as occasion shall re- Examination quire, not exceeding ten days at one time, without the consent of may be adjourned, &c. the defendant or person charged, and to the same or a different place in the county, as he shall think proper; and in such case, if the party is charged with a capital offence, he shall be committed in the mean time; otherwise he may be recognized in a sum, and with sureties, to the satisfaction of the magistrate, for his appearance for such further examination, and for want of such recognizance he shall be committed to prison.

SEC. 10. If the person so recognized shall not appear before the Duty of magistrate at the time appointed for such further examination, ac- trate in case of default. cording to the condition of such recognizance, the magistrate shall record the default, and shall certify the recognizance, with the record of such default to the circuit court, and like proceedings shall be had thereon as upon the breach of the condition of a recognizance for appearance before that court.

SEC. 11. When such person shall fail to recognize, he shall be When party fails committed to prison, by an order under the hand of the magistrate, to recognize, to be committed, stating concisely that he is committed for further examination on a &c. future day to be named in the order; and on the day appointed, he may be brought before the magistrate by his verbal order to the same officer by whom he was committed, or by an order in writing to a different person.

SEC. 12. The magistrate before whom any person is brought Examination upon a charge of having committed an offence, shall, as soon as how conducted. may be, examine the complainant and the witnesses to support the prosecution, on oath, in the presence of the party charged, in relation to any matters connected with such charge which may be deemed pertinent.

SEC. 13. After the testimony to support the prosecution, the wit- Ib. nesses for the prisoner, if he have any, shall be sworn and examined, and he may be assisted by counsel in such examination, and also in the cross examination of the witnesses in support of the prosecution.

SEC. 14. The magistrate, while examining any witness, may at Ib. his discretion exclude from the place of examination all the other witnesses; he may also, if requested, or if he see cause, direct the witnesses for or against the prisoner to be kept separate, so that they cannot converse with each other, until they shall have been examined.

SEC. 15. The testimony of the witnesses examined, shall be re- Testimony reduced to writing by the magistrate, or under his direction, when ing, &c. he shall think it necessary, and shall be signed by the witnesses if required by the magistrate.

SEC. 16. If it shall appear to the magistrate upon the whole ex- Prisoner when amination that no offence has been committed, or that there is not discharged. probable cause for charging the prisoner with the offence, he shall be discharged.

SEC. 17. Persons charged with an offence punishable with death What offences shall not be admitted to bail, when the proof is evident or the pre- bailable. sumption great, but for all other offences, bail may be taken in such sum as, in the opinion of the magistrate, will secure the ap-

<div style="text-align:center">46</div>

722                    ARREST AND EXAMINATION, &c.

<div style="float:left">CHAPTER 145.</div> pearance of the person charged with the offence, at the court, where such person is to be tried.

**When prisoner to be bailed or committed.** SEC. 18. If it shall appear that an offence has been committed, and that there is probable cause to believe the prisoner guilty, and if the offence be bailable by the magistrate, and the prisoner offer sufficient bail, it shall be taken and the prisoner discharged; but if no sufficient bail be offered, or the offence be not bailable by the magistrate, the prisoner shall be committed for trial.

**Witnesses to recognize.** SEC. 19. When the prisoner is admitted to bail, or committed by the magistrate, he shall also bind by recognizance such witnesses against the prisoner as he shall deem material, to appear and testify at the next court having cognizance of the offence, and in which the prisoner shall be held to answer.

**Sureties may be required.** SEC. 20. If the magistrate shall be satisfied that there is good cause to believe that any such witness will not perform the condition of his recognizance unless other security be given, such magistrate may order the witness to enter into a recognizance, with such sureties as may be deemed necessary, for his appearance at court.

**Recognizances of married women, &c.** SEC. 21. When any married woman or minor is a material witness, any other person may be allowed to recognize for the appearance of such witness, or the magistrate may in his discretion take the recognizance of such married woman or minor in a sum not exceeding fifty dollars, which shall be valid and binding in law, notwithstanding the disability of coverture or minority.

**Witnesses refusing to recognize, to be committed.** SEC. 22. All witnesses required to recognize either with or without sureties, shall, if they refuse, be committed to prison by the magistrate, there to remain until they comply with such order, or be otherwise discharged according to law.

**Who to let prisoners to bail.** SEC. 23. Any judge of a court of record, on application of any prisoner committed for a bailable offence, may inquire into the case and admit such prisoner to bail; and any person committed for not finding sufficient sureties to recognize for him, may be admitted to bail by either of said judges.

**Magistrates may have associates.** SEC. 24. Any magistrate to whom complaint is made, or before whom any prisoner is brought, may associate with himself one or more magistrates of the same county, and they may together execute the powers and duties before mentioned, but no fees shall be taxed for such associates.

**Examinations, &c., to be returned, &c.** SEC. 25. All examinations and recognizances taken by any magistrate, in pursuance of the provisions of this chapter, shall be certified and returned by him to the district attorney, or the clerk of the court before which the party charged is bound to appear, on or before the first day of the sitting thereof; and if such magistrate shall neglect or refuse to return the same, he may be compelled forthwith by rule of court, and in case of disobedience, may be proceeded against by attachment as for contempt.

**Commitments superseded and recognizances discharged on acknowledgment of satisfaction, &c.** SEC. 26. When any person shall be committed to prison, or shall be under recognizance to any charge of assault and battery or other misdemeanor, for which the party injured may have a remedy by civil action, except when the offence was committed by or upon any sheriff or other officer of justice, or riotously or with intent to commit a felony, if the party injured shall appear before

## ARREST AND EXAMINATION, &c.                            723

the magistrate who made the commitment or took the recogni- CHAPTER 145.
zance, and acknowledge in writing that he has received satisfac-
tion for the injury, the magistrate may at his discretion on pay-
ment of all the costs which have accrued, discharge the recogni-
zance or supercede the commitment by an order under his hand ;
and may also discharge all recognizances and supercede the com-
mitment of all witnesses in the case.

SEC. 27. Every such order of the magistrate, discharging the Orders therefor
recognizance of the party or witnesses, shall be filed in the office to be filed, and effect thereof.
of the clerk before the sitting of the court before which they are
bound to appear ; and every order superceding the commitment of
the party charged, or any witnesses, shall be delivered to the keep-
er of the jail in which he is confined, who shall forthwith dis-
charge him ; and every such order, if so filed and delivered, and
not otherwise, shall forever bar all remedy by civil action for such
injury.

SEC. 28. When any person under recognizance in any criminal Proceedings on
prosecution, either to appear and answer or to prosecute an appeal, forfeited recog- nizances.
or to testify in any court, shall fail to perform the condition of
such recognizance, his default shall be recorded, and process shall
be issued against the persons bound by the recognizance, or such
of them as the prosecuting officer shall direct.

SEC. 29. Any surety in such recognizance may by leave of the How surety may
court, after default, and either before or after the process has been be discharged.
issued against him, pay to the county treasurer or to the clerk of
the court, the amount for which he was bound as surety, with
such costs as the court shall direct, and be thereupon forever dis-
charged.

SEC. 30. When any action is brought in the name of the State Court may re-
of Wisconsin, against a principal or surety in any recognizance mit whole or part of penalty, &c.
entered into, either by a party or a witness in any criminal prose-
cution, and the penalty of such recognizance shall be adjudged
forfeited, the court may, on application of any party defendant,
remit any part or the whole of such penalty, and may render
judgment thereon for the state, according to the circumstances of
the case and the situation of the party, and upon such terms and
conditions as to such court shall seem just and reasonable.

SEC. 31. No such action brought on a recognizance as mention- When action on
ed in the preceding section, shall be barred or defeated, nor shall recognizance not to be barred
judgment thereon be arrested by reason of any neglect or omission by reason of omissions or de-
to note or record the default of any principal or surety, at the fects.
term when such default shall happen, nor by reason of any such
defect in the form of the recognizance, if it sufficiently appear
from the tenor thereof at what time the party or witness was
bound to appear, and that the court or magistrate before whom
it was taken, was authorized by law to require and take such re-
cognizance.

724                       PROCEEDINGS BEFORE TRIAL.

CHAPTER 146.

# CHAPTER 146.

### OF INDICTMENTS AND PROCEEDINGS BEFORE TRIAL.

**When person accused of crime to be discharged.**  SECTION 1. Any person held in prison on any charge of having committed a crime, shall be discharged if he be not indicted before the end of the second term of the court at which he is held to answer, unless it shall appear to the satisfaction of the court, that the witnesses on the part of the state have been enticed or kept away, or are detained and prevented from attending the court by sickness or some inevitable accident.

**Limitation of criminal prosecutions.**  SEC. 2. An indictment for a capital crime may be found at any period ; all other indictments, for other crimes, shall be found, and filed within six years after the commission of the offence ; but any period during which the party charged was not usually and publicly resident within the state shall not be reckoned as part of the six years.

**When person taken into custody.**  SEC. 3. If the grand jury shall find, and return to the court, an indictment for any crime against a person or persons who are not already in custody, process shall forthwith be issued to arrest the party charged with such offence.

**When copy of indictment to be served.**  SEC. 4. As soon as may be, after the finding of such indictment for a capital crime, the party charged shall be served with a copy thereof, by the sheriff or his deputy, at least twenty-four hours before trial.

**Indictments where tried; prisoner to have list of jurors, &c.**  SEC. 5. All persons indicted shall be tried before the circuit court, and any prisoner indicted for a crime punishable with death, shall, on demand upon the clerk, by himself or his counsel, have a list of the jurors returned delivered to him, at least twenty-four hours before trial, and shall also have process to summon such witnesses as are necessary to his defence, at the expense of the state.

**When to have copy of indictment, &c.**  SEC. 6. Every person indicted for an offence for which he may be imprisoned in the state prison, shall, if he be under recognizance or in custody to answer for such offence, be entitled to a copy of the indictment and of all endorsements thereon, without paying any fees therefor.

**Prosecuting officers to issue subpœnas.**  SEC. 7. The district attorney and all other prosecuting officers may, in all cases, issue subpœnas for witnesses to appear and testify on behalf of the state ; and the subpœnas, under the hand of such officer, shall have the same force, and be obeyed in the same manner and under the same penalties in case of default, as if issued by the clerk.

**When fees need not be tendered.**  SEC. 8. It shall not be necessary to pay or tender any fees to any witness who is subpœnaed in any criminal prosecution, but every such witness shall be bound to attend, and be punishable for non-attendance in the same manner as if the fees allowed by law had been paid to him.

**When criminal prosecutions on indictment may be stayed.**  SEC. 9. Whenever an indictment is found against any person for an assault and battery, or other misdemeanor for which the party injured may have a remedy by civil action, except where the offence was committed by or upon any sheriff, or other officer of

CHANGE OF VENUE.                    725

justice, or riotously or with intent to commit a felony, if the party
injured shall appear in court where such indictment is pending and
acknowledge satisfaction for the injuries sustained, the court may,
on payment of the costs accrued, order all further proceedings to
be stayed, and discharge the defendant from the indictment, which
shall forever bar all remedy for such injury by civil action.

SEC. 10. When any person is arraigned upon an indictment, it *Prisoner need not be asked, &c.*
shall not be necessary, in any case, to ask him how he will be
tried.

SEC. 11. If, on the arraignment of any person who is indicted, *If prisoner refuse to plead, plea of not guilty to be entered, &c.*
he shall refuse to plead or answer, or shall not confess the indict-
ment to be true, the court shall order a plea of not guilty to be
entered, and thereupon the proceedings shall be the same as if he
had pleaded not guilty to the indictment.

SEC. 12. Every person held in prison upon an indictment shall, *Person in prison upon indictment, when to be tried.*
if he require it, be tried as soon as the next term of the court af-
ter the expiration of six months from the time when he was im-
prisoned, or shall be bailed upon his own recognizance, unless it
shall appear, to the satisfaction of the court, that the witnesses on
behalf of the state have been enticed or kept away, or are detain-
ed and prevented from attending the court by sickness, or some in-
evitable accident.

SEC. 13. When a plea in abatement, or other dilatory plea, to an *Proof of truth of plea in abatement.*
indictment shall be offered, the court may refuse to receive it, un-
til the truth thereof shall be proved by affidavit, or other evidence.

---

## CHAPTER 147.

### OF THE CHANGE OF VENUE IN CRIMINAL CASES.

SECTION 1. All criminal causes shall be tried in the county *Where criminal causes to be tried.*
where the offence was committed, except where otherwise provided
by law, unless it shall appear to the satisfaction of the court, by
affidavit, that a fair and impartial trial cannot be had in such coun-
ty, in which case, the court before whom the cause is pending, if *When venue may be changed, &c.*
the offence charged in the indictment be punishable with death or
imprisonment in the state prison, may direct the person accused to
be tried in some adjoining county, where a fair and impartial trial
can be had, but the party accused shall be entitled to a change of
venue but once and no more.

SEC. 2. When the venue is changed to an adjoining county, in a *When venue changed how trial conducted; what county to pay costs.*
criminal case, the trial shall be conducted in all respects as if the
indictment had been found in the county to which the venue is
changed, and the costs accruing from a change of venue shall be
paid by the county in which the offence was committed.

SEC. 3. When the court has ordered a change of venue, they *When accused to give bail; on failure, where to be imprisoned.*
shall require the accused, if the offence be bailable, to enter into a
recognizance with good and sufficient sureties, to be approved by
the court or judge, in such sum as the court or judge may direct,
conditioned for his appearance in the court to which the venue is

726 TRIALS IN CRIMINAL CASES.

CHAPTER 148. changed, at the first day of the next term thereof, and to abide the order of such court; and in default of such recognizance, a warrant shall be issued, directed to the sheriff, commanding him safely to convey the prisoner to the jail of the county where he or she is to be tried, there to be safely kept by the jailer thereof until discharged by due course of law.

When witnesses to recognize. SEC. 4. When a change of venue is allowed, the court shall recognize the witnesses on the part of the state, to appear before the court in which the prisoner is to be tried.

District attorney may apply for change of venue; how granted. SEC. 5. The attorney on behalf of the state, may also apply for a change of venue, and the court being satisfied that it will promote the ends of justice, may award a change of venue upon the same terms, and to the same extent, that are provided in this chapter, and the proceedings on such change of venue, shall be in all respects as above provided.

## CHAPTER 148.

### OF TRIALS IN CRIMINAL CASES.

Issues of fact, how tried. SECTION 1. Issues of fact, joined upon any indictment, shall be tried by a jury drawn and returned in the manner prescribed by law for the trial of issues of fact in civil causes.

Grand juror when not to be petit juror. SEC. 2. No member of the grand jury, which has found an indictment, shall be put upon the jury for the trial of such indictment if challenged for that cause by the defendant.

How many challenges allowed. SEC. 3. Every person indicted for any offence, shall, when the jury is impannelled for his trial, be entitled to the same challenges that are allowed by law to defendants in civil causes.

Ib. SEC. 4. The district attorney, and any other officer prosecuting an indictment, shall be entitled to the same challenges that are by law allowed to parties in civil causes.

Peremptory challenges. SEC. 5. Any person who is put on trial for an offence punishable with death, shall be allowed to challenge peremptorily twenty-four of the persons returned as jurors and no more.

What to disqualify juror, in capital cases. SEC. 6. No person whose opinions are such as to preclude him from finding any defendant guilty of an offence punishable with death, shall be compelled or allowed to serve as a juror on the trial of an indictment for such an offence.

Oaths of juror. SEC. 7. The following oath shall be administered to all jurors for the trial of all criminal cases not capital: "You shall well and truly try the issue between the state of Wisconsin and the defendant, (or the defendants, as the case may be,) according to evidence, so help you God." In capital cases the following oath shall be administered to the jurors: "You shall well and truly try, and true deliverance make, between the state of Wisconsin and the prisoner at the bar whom you shall have in charge, according to evidence, so help you God."

Affirmation of jurors. SEC. 8. Any juror who is consciencously scrupulous of taking either of the oaths above prescribed, shall be allowed to make af-

## TRIALS IN CRIMINAL CASES. 727

firmation, substituting the words, "this you do under the pains and penalties of perjury," instead of the words "so help you God."

SEC. 9. No person indicted for a felony shall be tried unless personally present during the trial; persons indicted for smaller offences may, at their own request, by leave of the court be put on trial in their absence by an attorney duly authorized for that purpose.

CHAPTER 148

When defendant to be present and when may be absent from trial.

SEC. 10. The court may order a view by any jury impannelled to try a criminal case.

View may be ordered.

SEC. 11. Whenever any person indicted for a felony, shall on trial be acquitted by verdict of part of the offence charged in the indictment, and convicted of the residue thereof, such verdict may be received and recorded by the court, and thereupon the person charged shall be adjudged guilty of the offence, if any, which shall appear to the court to be substantially charged by the residue of such indictment, and shall be sentenced and punished accordingly.

When convicted on part of offence charged.

SEC. 12. In all cases of indictment in the circuit court, for assault with intent to commit any felony, it may be lawful for the jury, in case they do not find the felonious intent charged, to convict of the assault; and the court shall have power to sentence the person so convicted, to be punished by imprisonment in the jail of the county, for a term not exceeding one year, or by fine not exceeding five hundred dollars.

When jury may acquit of felonious intent and convict of assault, &c.

SEC. 13. When any person, indicted for an offence, shall on trial be acquitted by the jury by reason of insanity, the jury, in giving their verdict of not guilty, shall state that it was given for such cause; and thereupon, if the discharge or going at large of such insane person shall be considered by the court manifestly dangerous to the peace and safety of the community, the court may order him to be committed to prison, or may give him into the care of his friends, if they shall give bonds with surety to the satisfaction of the court, conditioned that he shall be well and securely kept, otherwise he shall be discharged.

When acquitted by reason of insanity.

SEC. 14. No prisoner or person under recognizance, who shall be acquitted by verdict or discharged because no indictment has been found against him, or for want of prosecution shall be liable for any costs or fees of office, or for any charge for subsistence while he was in custody.

Person acquitted not liable for fees, &c.

SEC. 15. No indictment shall be quashed or deemed invalid, nor shall the judgment or proceedings thereon be arrested or affected by reason of the omission or misstatement of the title, occupation, or estate or degree of the defendant, or of the name of the city, town, county or place of his residence, nor by reason of the omission of the words, "force and arms," nor by reason of omitting to charge any offence to have been committed contrary to the form of the statute or statutes, provided that such omission or misstatement do not tend to the prejudice of the defendant.

What defects of form not to vitiate indictment, &c.

728                  APPEALS, NEW TRIALS AND EXCEPTIONS.

CHAPTER 149.

## CHAPTER 149.

### OF APPEALS, NEW TRIALS AND EXCEPTIONS IN CRIMINAL CASES.

Appeals from justices to circuit court.

SECTION. 1. Every person convicted before a justice of the peace of any offence, may appeal from the sentence to the circuit court then next to be held in the same county, and such appellant shall be committed to abide the sentence of said justice until he shall recognize to the state of Wisconsin in such reasonable sum with such sureties as said justice shall require, with condition to appear at the court appealed to, and there to prosecute his appeal and to abide the sentence of the court thereon, and in the mean time to keep the peace and be of good behavior.

Duty of justice on appeal, &c.

SEC. 2. The justice, on such appeal, shall make a copy of the conviction and other proceedings in the case, and transmit the same, together with the recognizance, if any shall be taken, to the clerk of the court appealed to; and the fees of the justice therefor shall be paid from the county treasury in like manner as other costs in criminal prosecutions are paid.

Appellant not to advance fees.

SEC. 3. The appellant shall not be required to advance any fees in claiming his appeal, nor in prosecuting the same; but if convicted in the circuit court, or if sentenced for failing to prosecute his appeal, he may be required, as part of his sentence, to pay the whole or any part of the costs of prosecution.

Proceedings if appeal is not prosecuted.

SEC. 4. If the appellant shall fail to enter and prosecute his appeal, he shall be defaulted on his recognizance, if any was taken, and the circuit court may award sentence against him for the offence whereof he was convicted, in like manner as if he had been convicted thereof in that court.   And if he is not then in custody, process may be issued to bring him into court to receive sentence.

Forfeiture accruing court to award it out of penalty paid.

SEC. 5. Whenever, upon suit brought upon any recognizance to prosecute an appeal, the penalty thereof shall be adjudged to be forfeited, or when by leave of the court such penalty shall have been paid to the county treasurer or to the clerk of the court, without a suit or before judgment shall be given in manner by law provided, if by law any forfeiture shall accrue to any person by reason of the offence of which the appellant was convicted, the court may award to him such sum as he may be entitled to out of such forfeiture.

New trials, when granted.

SEC. 6. The circuit court may, at the term in which the trial of any indictment shall be had, or within one year thereafter, or the supreme court within one year thereafter, on the petition or motion in writing of the defendant, grant a new trial for any cause for which by law a new trial may be granted, or when it shall appear to the court that justice has not been done, and on such terms or conditions as the court may direct.

When exceptions to be allowed, &c.

SEC. 7. Any person who shall be convicted of an offence before the circuit court, being aggrieved by any opinion, direction or judgment of the court in any matter of law, may allege exceptions to such opinion, direction or judgment, which exceptions being reduced to writing in a summary mode, and presented to the court any time before the end of the term, and found conformable to the

EXECUTION OF JUDGMENTS, &c.                    729

truth of the case, shall be allowed and signed by the judge, and thereupon all further proceedings in that court shall be stayed, unless it shall clearly appear to the judge that such exceptions are frivolous, immaterial or intended only for delay ; and in that case judgment may be entered and sentence awarded in such manner as the judge may deem reasonable, notwithstanding the allowance of such exceptions.

SEC. 8. If upon the trial of any person who shall be convicted in said circuit court, any question of law shall arise, which in the opinion of the judge shall be so important or so doubtful as to require the decision of the supreme court, he shall, if the defendant desire it or consent thereto, report the case so far as may be necessary to present the question of law arising therein, and thereupon all proceeding in that court shall be stayed. *Judge when to make report of case to supreme court.*

SEC. 9. Any person not being accused with an offence punishable with death, who shall file exceptions, or for whose benefit a report shall be made by the judge, as is provided in the two preceding sections, may recognize to the State of Wisconsin in such sum as the judge shall order, with sufficient sureties for his personal appearance at the supreme court at the then next term thereof, and to enter and prosecute his exceptions with effect, and abide the sentence thereon, and in the mean time keep the peace and be of good behavior. *When and how accused may recognize in case of exceptions or report.*

SEC. 10. If any person, so filing exceptions, or desiring a report to be made by the judge, shall not so recognize, he shall be committed to prison to await the decision of the supreme court ; and in that case, the clerk of the court, in which the conviction was had, shall file a certified copy of the record and proceedings in the case in the supreme court, and the court shall have cognizance thereof and consider and decide the questions of law, and shall render such judgment, and award such sentence, or make such order thereon as law and justice shall require ; and if a new trial is ordered, the cause shall be remanded to said circuit court for such new trial, but the proceedings here prescribed shall not deprive any party of his writ of error for any error or defect appearing of record. *Party refusing to recognize, to be committed, &c.* *Party not deprived of his writ of error.*

─────────────

# CHAPTER 150.

## OF JUDGMENTS IN CRIMINAL CASES, AND THE EXECUTION THEREOF.

SECTION 1. In any case of legal conviction where no punishment is provided by statute, the court shall award such sentence as is according to the degree and aggravation of the offence not cruel or unusual, nor repugnant to the constitutional rights of the party. *Sentence where no punishment provided by statute.*

SEC. 2. Every court before whom any person shall be convicted upon an indictment for any offence not punishable with death, or by imprisonment in the state prison or county jail, may, in addition to the punishment prescribed by law, require such person to recognize with sufficient sureties, in a reasonable sum, to keep the peace or *Sureties to keep the peace, &c., when required.*

Case 3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.12938   Page 197 of 718

CHAPTER 150. to be of good behavior, or both, for any term not exceeding two years, and to stand committed until he shall so recognize.

**Forfeiture of recognizance.** SEC. 3. In case of the breach of the condition of any such recognizance, the same proceedings shall be had that are by law prescribed in relation to recognizances to keep the peace.

**Duty of clerk on conviction; sheriff to execute sentence.** SEC. 4. Whenever any person convicted of an offence shall be sentenced to pay a fine or costs, or to be imprisoned in the county jail or state prison, the clerk of the court shall, as soon as may be, make out and deliver to the sheriff of the county, or his deputy, a transcript from the minutes of the court of such conviction and sentence, duly certified by such clerk, which shall be a sufficient authority for such sheriff to execute such sentence, and he shall execute the same accordingly.

**Form of sentence to state prison; solitary imprisonment to precede hard labor.** SEC. 5. In every case in which the punishment of imprisonment in the state prison is awarded against any convict, the form of the sentence shall be, that he be punished by confinement at hard labor ; and he shall also be sentenced to solitary imprisonment for such term as the court shall direct, not exceeding twenty days at one time ; and in the execution of such punishment the solitary imprisonment shall precede the punishment by hard labor unless the court shall otherwise order.

**When no jail in county where offence committed.** SEC. 6. Whenever it shall appear to the court, at the time of passing sentence upon any convict who is to be punished by confinement in the state prison or county jail, that there is no jail in the county in which the offence was committed, suitable for the confinement of such convict, the court may order the sentence to be executed in any county in this state in which there may be a **What county to pay expenses.** jail suited to that purpose ; and the expenses of supporting such convict shall be borne, if such convict was sentenced to imprisonment in the county jail, by the county in which the offence was committed.

**Proceedings on conviction for capital offence.** SEC. 7. When any person shall be convicted of any crime for which sentence of death shall be awarded against him, the clerk of the court, as soon as may be, shall make out and deliver to the sheriff of the county a certified copy of the whole record of the conviction and sentence, and the sheriff shall forthwith transmit the same to the governor; and the sentence of death shall not be executed upon such convict until a warrant be issued by the **Warrant to be issued by governor.** governor, under the seal of the state, with a copy of the record thereto annexed, commanding the sheriff to cause execution to be done, and the sheriff shall thereupon cause to be executed the judgment and sentence of the law upon such convict.

**Proceedings when convict insane or quick with child.** SEC. 8. If it shall appear to the satisfaction of the governor that any convict who is under sentence of death has become insane, the warrant for his execution may be delayed, or if such warrant has been issued, the execution thereof may be respited from time to time, so long as the governor shall think proper; and if any female convict who is under the sentence of death shall be quick with child, the governor shall forbear to issue a warrant for her execution, or if such warrant has been issued, the execution thereof shall be respited until it shall appear to the satisfaction of the governor that such female is no longer quick with child.

**Sentence of** SEC. 9. The punishment of death shall in all cases be inflicted

## INQUESTS OF THE DEAD. 731

by hanging the convict by the neck until he be dead; and the sentence shall, at the time directed by the warrant, be executed at such place within said county as the sheriff shall select. <span>CHAPTER 152.<br>death how executed.</span>

SEC. 10. Whenever the punishment of death shall be inflicted upon any convict, in obedience to a warrant from the governor, the sheriff of the county shall be present at the execution, unless he shall be prevented by sickness or other casualty, and he may have such military guard as he may think proper; he shall return the warrant with a statement under his hand of his doings therein, as soon as may be after the said execution, to the governor, and shall also file in the clerk's office of the court where the conviction was had, an attested copy of the warrant and statement aforesaid; and the clerk shall subjoin a brief abstract of such statement to the record of conviction and sentence. <span>Sheriff present at execution,&c.</span> <span>To return warrant, &c.</span>

---

# CHAPTER 151.

### OF PARDONS.

SECTION 1. In all cases in which the governor is authorized to grant pardons, he may, upon the petition of the person convicted, grant a pardon upon such conditions, and with such restrictions, and under such limitations as he may think proper, and he may issue his warrant to all proper officers, to carry into effect such conditional pardon, which warrant shall be obeyed and executed instead of the sentence, if any, which was originally awarded. <span>How governor may grant pardons, &c.</span>

SEC. 2. Whenever any convict is pardoned by the governor, or his punishment is commuted, the officer to whom the warrant for that purpose is issued, after executing the same, shall make return thereof, under his hand, with his doings therein, to the governor, as soon as may be, and he shall also file with the clerk of the court, in which the offender was convicted, an attested copy of the warrant and return, a brief abstract, whereof the clerk shall subjoin to the record of his conviction and sentence. <span>Duty of officer when convict is pardoned or sentence commuted.</span>

---

# CHAPTER 152.

### OF INQUESTS OF THE DEAD.

SECTION 1. Justices of the peace shall take inquests upon the view of the dead bodies of such persons as shall be supposed to have come to their death by violence; but no such inquest shall be taken when the death is believed to have been, and was evidently, occasioned by casualty. <span>Justices to take inquests.</span>

SEC. 2. Whenever any justice of the peace shall have notice that the dead body of any person, supposed to have come to his <span>When to issue precept for jury.</span>

732                          INQUESTS OF THE DEAD.

CHAPTER 152. death by violence, has been found within his county, he shall issue
a precept to any constable of the county where such dead body is,
requiring such constable forthwith to summon a jury of six good
and lawful men of the county, to appear before him at the time
and place specified in the precept, which precept shall be in sub-
stance as follows:

Form of same.          "The State or Wisconsin.
"To any constable of the county of ————.
"You are hereby required immediately to summon six good and
lawful men of the county of ———— to appear forthwith before
me at ————, in the town of ————, to inquire upon the
view of the body of ————, there being dead, how and by what
means he came to his death.
Given under my hand this ———— day of ————, 18—.
                                                A. B.,
                                        *Justice of the Peace.*"

Duty of consta-    SEC. 3. Every constable to whom such precept shall be direct-
ble.            ed and delivered, shall forthwith execute the same, and make re-
turn of the precept, with his proceeding thereon, to the justice who
issued the same.

Penalty on con     SEC. 4. If any constable shall refuse or neglect to execute such
stable and jurors  precept, or to return the same as aforesaid, he shall forfeit and
for neglect, &c.   pay the sum of five dollars; and every person summoned as a
juror as aforesaid, who shall fail to appear without having a rea-
sonable excuse, shall forfeit and pay a sum not exceeding five dol-
lars; such forfeiture may be recovered in the name of the state on
the complaint of any person.

If jurors do not     SEC. 5. If six jurors shall not appear at the time and place ap-
appear, others to  pointed, the justice may require the constable to summon such
be summoned     number of jurors as shall make up the number of six; and when
the requisite number so summoned shall appear, the justice shall
there, in view of the dead body, administer to them on oath or
affirmation in substance as follows:

Oath of jurors.     "You do solemnly swear that you will diligently inquire in be-
half of the people of this state, when, in what manner, and by
what means. the person whose body lies here dead, came to his
death, and that you will return a true inquest thereof, according to
your knowledge and such evidence as shall be laid before you."

Witnesses how      SEC. 6. The justice may issue subpœnas for witnesses, returna-
subpœnaed, &c.   ble forthwith, or at such time and place as he shall therein direct;
and the attendance of the persons so served with such subpœna
may be enforced in the same manner, and they shall be subject to
the same penalties as if they had been served with a subpœna in
behalf of the people of this state to attend a justice's court; and
it shall be lawful for the justice, taking such inquest in all such
cases, to require by subpœna the attendance of one or more com-
petent physicians or surgeons, for the purpose of making an exam-
ination of the body, and of testifying as to the result of the same.

Oath to witnes-     SEC. 7. An oath or affirmation to the following effect, shall be
ses.            administered to each witness by the justice of the peace: "You

INQUESTS OF THE DEAD. 733

do solemnly swear that the evidence you shall give to this inquest, **CHAPTER 152**. concerning the death of the person here dead, shall be the truth, the whole truth, and nothing but the truth."

SEC. 8. In all cases where any murder or manslaughter is sup- *When testimony reduced to writing, &c.* posed to have been committed, the testimony of all witnesses ex- amined before the inquest shall be reduced to writing by the jus- tice of the peace, or some other person by his direction, and sub- scribed by the witnesses.

SEC. 9. The jury, upon the inspection of the body, and after *Jury to draw up inquisition, and what to contain.* hearing the testimony of the witnesses, and making all needful in- quiries, shall draw up and deliver to the justice of the peace, their inquisition under their hands, in which they shall find and certify, when, and in what manner, and by what means the deceased came to his death, and his name, if known, and if it shall appear that he came to his death by unlawful means, the jurors shall further state who was guilty, either as principal or accessory, or were in any manner the cause of his death, if known.

SEC. 10. Such inquisition may be in substance in the following *Form of inquisition.* form :

" An inquisition taken at ——— in the county of ——— on the —— day of ————, 18—, before ————, one of the justices of the peace of the said county, upon the view of the body of ——— (or a person unknown,) there dead, by the jurors whose names are hereunto subscribed, who being duly sworn to in- quire on behalf of the people of this state, when, in what man- ner, and by what means, the said ————, (or person un- known,) came to his death ; upon their oaths do say," (here in- sert when, where, and in what manner, and by what means, per- sons, weapons, or instruments he was killed, or came to his death.)

" In testimony whereof the said justice of the peace, and the jurors of this inquest have hereunto set their hands, the day and year aforesaid."

SEC. 11. If the jury find that any murder, manslaughter, or as- *Proceedings, when jury find murder, &c. committed.* sault has been committed upon the deceased, the justice of the peace shall bind over by recognizance, such witnesses as he shall think necessary, to appear and testify at the next court to be held in the same county at which an indictment for such offence may be found ; and he shall also return to the same court the inquisition, written evidence and all recognizances and examinations by him taken, and may commit to the jail of the county, any witness who shall refuse to recognize in such manner as he shall direct.

SEC. 12. If any person, charged by the inquest with having *When justice to issue warrant.* committed any such offence, shall not be in custody, the justice of the peace shall issue a warrant for his apprehension, and such war- rant shall be made returnable before him, or any other magistrate, or court having cognizance of the case, who shall proceed thereon in the manner that is required of magistrates in like cases.

SEC. 13. When any justice of the peace shall take an inquest *To bury dead body of stranger, &c.* upon the view of the dead body of a stranger, or, being called for that purpose, shall not think it necessary, on view of such body, that an inquest should be taken, he shall cause the body to be de-

734                    INQUESTS OF THE DEAD.

CHAPTER 152 cently buried; and the said justice shall certify to all the charges
incurred in taking any inquest by him, and to the expenses of bu-
rial of such dead body; and the same shall be audited by the
board of supervisors of the proper county, and paid out of the
county treasury.

# EXHIBIT 21



# HEINONLINE

DATE DOWNLOADED: Mon Apr 10 12:21:00 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Revised Statutes of the State of Michigan, Passed and Approved May 18, 1846 (1846).

ALWD 7th ed.
. Revised Statutes of the State of Michigan, Passed & Approved May 18, 1846 (1846).

APA 7th ed.
(1846). Revised Statutes of the State of Michigan, Passed and Approved May 18, 1846.
Detroit, Bagg & Harmon, printers to the state.

Chicago 17th ed.
Revised Statutes of the State of Michigan, Passed and Approved May 18, 1846. Detroit,
Bagg & Harmon, printers to the state.

McGill Guide 9th ed.
Revised Statutes of the State of Michigan, Passed & Approved May 18, 1846 (Detroit:
Bagg & Harmon, printers to the state., 1846)

AGLC 4th ed.
Revised Statutes of the State of Michigan, Passed and Approved May 18, 1846 (Bagg &
Harmon, printers to the state., 1846

MLA 9th ed.
Revised Statutes of the State of Michigan, Passed and Approved May 18, 1846. Detroit,
Bagg & Harmon, printers to the state. HeinOnline.

OSCOLA 4th ed.
Revised Statutes of the State of Michigan, Passed and Approved May 18, 1846. Detroit,
Bagg & Harmon, printers to the state.          Please note: citations are
provided as a general guideline. Users should consult their preferred citation
format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

690          PREVENTION OF CRIME.

TITLE XXXI.
CHAPTER 162.

# TITLE XXXI.

## Of Proceedings in Criminal Cases.

---

Chapter 162. Of Proceedings to prevent the Commission of Crime.

Chapter 163. Of the Arrest and Examination of Offenders, commitment for Trial and taking Bail.

Chapter 164. Of Indictments and Proceedings before Trial.

Chapter 165. Of Trials in Criminal Cases.

Chapter 166. Of new Trials and Exceptions in Criminal Cases.

Chapter 167. Of Coroners' Inquests.

Chapter 168. Of Judgments in Criminal Cases and the Execution thereof.

Chapter 169. Of Fees of Officers and Ministers of Justice in Criminal Cases.

Chapter 170. Miscellaneous Provisions concerning Proceedings in Criminal Cases.

---

## CHAPTER 162.

### OF PROCEEDINGS TO PREVENT THE COMMISSION OF CRIME.

*Officers authorized to keep the peace.*

SECTION 1. The justices of the supreme court, judges of county courts, circuit court commissioners, all mayors and recorders of cities, and all justices of the peace, shall have power to cause all laws made for the preservation of the public peace, to be kept, and in the execution of that power, may require persons to give security to keep the peace, in the manner provided in this chapter.

*Complaint, how made.*

SEC. 2. Whenever complaint shall be made in writing and on oath, to any such magistrate, that any person has threatened to commit any offence against the person or property of another, it shall be the duty of such magistrate to examine such complainant, and any witnesses who may be produced, on oath, to reduce such examination to writing, and to cause the same to be subscribed by the parties so examined.

*Arrest.*

SEC. 3. If it shall appear from such examination, that there is just reason to fear the commission of any such offence, such magistrate shall issue a warrant under his hand, directed to the sheriff or any constable of the county, reciting the substance of the complaint, and commanding him forthwith to apprehend the person so complained of, and bring him before such magistrate.

*Trial, recognizance.*
*4 Mass., 497.*
*8 do., 73.*
*2 B. & A., 278.*

SEC. 4. When the party complained of is brought before the magistrate, he shall be heard in his defence, and he may be required to enter into a recognizance with sufficient sureties, in such sum as the magistrate shall direct, to keep the peace towards all the people of

## PREVENTION OF CRIME.

691

this state, and especially towards the person requiring such security, for such term as the magistrate may order, not exceeding one year, but shall not be bound over to the next court, unless he is also charged with some other offence, for which he ought by law to be held to answer at such court.

SEC. 5. Upon complying with the order of the magistrate, the party complained of shall be discharged.

*Party, when discharged.*

SEC. 6. If the person so ordered to recognize, shall refuse or neglect to comply with such order, the magistrate shall commit him to the county jail, during the period for which he was required to give security, or until he shall so recognize; stating in the warrant the cause of commitment, with the sum and the time for which such security was required.

*Refusing to recognize, to be committed.*

SEC. 7. If, upon examination, it shall not appear that there is just cause to fear that any such offence will be committed by the party complained of, he shall be forthwith discharged; and if the magistrate shall deem the complaint unfounded, frivolous or malicious, he shall order the complainant to pay the costs of the prosecution, who shall thereupon be answerable to the magistrate and the officer *(officers)* for their fees, as for his own debt.

*Complainant, when to pay costs.*

SEC. 8. When no order respecting the costs is made by the magistrate, they shall be allowed and paid in the same manner as costs before justices in criminal prosecutions; but in all cases where a person is required to give security to keep the peace, the court or magistrate may further order that the costs of prosecution, or any part thereof, shall be paid by such person, who shall stand committed, until such costs are paid, or he is otherwise legally discharged.

*Payment of cost in other cases.*

SEC. 9. Any person aggrieved by the order of any justice of the peace, requiring him to recognize as aforesaid, may, on giving the recognizance to keep the peace required by such order, appeal to the circuit court for the same county.

*Appeal allowed.*

SEC. 10. The justice from whose order an appeal is taken, shall require such witnesses as he may think necessary to support the complaint, to recognize for their appearance at the court to which the appeal is made.

*Witnesses to recognize.*

SEC. 11. The court before which such appeal is prosecuted, may affirm the order of the justice, or discharge the appellant, or may require the appellant to enter into a new recognizance, with sufficient sureties, in such sum, and for such time, not exceeding one year, as the court shall think proper, and may also make such order in relation to the costs of prosecution, as may be deemed just.

*Court may affirm order of justice, or discharge appellant, &c.*

SEC. 12. If any party appealing shall fail to prosecute his appeal, his recognizance shall remain in full force and effect, as to any breach of the condition, without an affirmation of the judgment or order of the justice, and shall also stand as a security for any costs which shall be ordered by the court appealed to, to be paid by the appellant.

*Recognizance, when to remain in force.*

SEC. 13. Any person committed for not finding sureties, or refusing to recognize, as required by the court or magistrate, may be discharged by any judge, circuit court commissioner or justice of the peace, on giving such security as was required.

*Person committed how discharged.*

SEC. 14. Every recognizance, taken pursuant to the foregoing provisions, shall be transmitted by the magistrate to the clerk of the circuit court for the county, within twenty days after the taking thereof, and on or before the next term of such court, and shall be filed by such clerk.

*Recognizance to be transmitted to clerk of court.*

692                              ARREST &c. OF OFFENDERS.

Breach of peace
in presence of
magistrate, &c.

SEC. 15. Every person who shall, in the presence of any magis-trate mentioned in the first section of this chapter, or before any court of record, make an affray, or threaten to kill or beat another, or to commit any violence or outrage against his person or property, and every person who, in the presence of such court or magistrate, shall contend with hot and angry words, to the disturbance of the peace, may be ordered, without process or any other proof, to recognize for keeping the peace, for a term not exceeding six months, and in case of refusal, may be committed as before directed.

Person going
armed to find su-
reties for the
peace.

SEC. 16. If any person shall go armed with a dirk, dagger, sword, pistol, or other offensive and dangerous weapon, without reasonable cause to fear an assault or other injury, or violence to his person, or to his family or property, he may, on complaint of any person having reasonable cause to fear an injury or breach of the peace, be required to find sureties for keeping the peace, for a term not exceeding six months, with the right of appealing as before provided.

Court may remit
part of penalty.
7 Mass., 397.

SEC. 17. Whenever upon a suit brought on any recognizance en-tered into in pursuance of this chapter, the penalty thereof shall be adjudged forfeited, the court may remit such portion of the penalty, on the petition of any defendant, as the circumstances of the case shall render just and reasonable.

Surety may sur-
render his prin-
cipal, effect of
surrender.

SEC. 18. Any surety in a recognizance to keep the peace, shall have the same authority and right to take and surrender his principal as in other criminal cases, and upon such surrender shall be discharg-ed and exempt from all liability for any act of the principal subse-quent to such surrender, which would be a breach of the condition of the recognizance; and the person so surrendered may recognize anew, with sufficient sureties, before any justice of the peace or cir-cuit court commissioner for the residue of the term, and shall there-upon be discharged.

---

## CHAPTER 163.

#### OF THE ARREST AND EXAMINATION OF OFFENDERS, COMMITMENT FOR TRIAL AND TAKING BAIL.

What officers
may issue pro-
cess for the arrest
of offenders, &c.

SECTION 1. For the apprehension of persons charged with offences, excepting such offences as are cognizable by justices of the peace, the justices of the supreme court, judges of the county courts, circuit court commissioners, mayors and recorders of cities, and all justices of the peace, shall have power to issue process and to carry into effect the provisions of this chapter.

Complainant, &c.
to be examined.

SEC. 2. Whenever complaint shall be made to any such magistrate, that a criminal offence, not cognizable by a justice of the peace, has been committed, he shall examine on oath the complainant, and any witnesses who may be produced by him.

Proceedings if it
appear that an
offence has been
committed.

SEC. 3. If it shall appear from such examination, that any criminal offence, not cognizable by a justice of the peace, has been committed, the magistrate shall issue a warrant, directed to the sheriff or any constable of the county, reciting the substance of the accusation, and

# EXHIBIT 22



DATE DOWNLOADED: Mon Feb 27 09:35:14 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1881 191 .

ALWD 7th ed.
, , 1881 191 .

Chicago 17th ed.
"," Arkansas - 23rd General Assembly, Regular Session : 191-192

AGLC 4th ed.
'' Arkansas - 23rd General Assembly, Regular Session 191

OSCOLA 4th ed.
'' 1881 191

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

ACTS OF ARKANSAS. *191*

'buildings and grounds shall hereafter be used exclusively for State purposes, the title to the same being in the State.

SEC. 2.   That this act take effect and be in force thirty days after its passage, allowing that time for said county to vacate said rooms, &c.

Approved, April 1st, 1881.

---

## No.  XCVI.

'AN ACT To Preserve the Public Peace and Prevent Crime.

SECTION

1   Carrying of certain weapons constituted a misdemeanor; *proviso*, excepting officers, and persons journeying.
2   Carrying such weapons otherwise than in the hand, a misdemeanor.
3   Selling or disposing of such weapons, a misdemeanor.
4   Violation of act punishable by fine from $50 to $200.
5   Justices of the Peace knowing of violations of provisions of act and refusing to proceed, to be fined and removed.
6   Same penalty denounced any other officer knowing of such offense.
7   Violators of act how proceeded against.
8   Conflicting laws repealed; act in force 90 days after passage.

*Be it enacted by the General Assembly of the State of Arkansas:*

SECTION 1.   That any person who shall  wear or  carry, in any manner whatever, as a weapon, any dirk or bowie knife, or a sword, or a spear in a cane, brass or metal knucks, razor, or any pistol of any kind whatever, except such pistols as are used in the army or navy of the United States, shall be guilty of a misdemeanor ; *Provided,* That officers, whose duties require them to make arrests, or to keep and guard prisoners, together with the persons summoned by such officers, to aid them in the  discharge of such duties,  while actually engaged in such duties, are exempted from the provisions of this act. *Provided, further,* That nothing in this act be so construed as to prohibit any person from carrying any weapon when upon a journey, or upon his own premises.

SEC. 2.   Any person, excepting such officers, or persons on a journey, and on his premises, as are mentioned in section one of this act, who shall wear or carry any such pistol as in [is] used in the army or navy of the United States, in any manner except uncovered, and in his hand, shall be deemed guilty of a misdemeanor.

SEC. 3.   Any person who shall sell, barter or exchange, or otherwise dispose of, or in any manner furnish to  any person *any person* any dirk or bowie knife, or a sword or a spear in a cane, brass or metal knucks, or any pistol, of any kind whatever, except  such  as  are used in  the army or  navy of the  United States, and known as the navy pistol, or any kind of cartridge, for any pistol, or any person who shall keep any such arms or cartridges for sale, shall be guilty of a misdemeanor.

SEC. 4.   Any person convicted of a violation of any of the provisions of this act, shall be punished by a fine of not less than fifty nor more than two hundred dollars.

SEC. 5.   Any justice of  the peace in this State, who, from his own knowledge, or from legal information, knows, or has reasonable grounds to believe, any person guilty of the violation of the  provisions of this  act, and  shall fail or refuse to proceed against such person, shall  be deemed guilty of a nonfeasance in office, and upon conviction thereof, shall be punished by the same fines and penalties as provided in  section four of this act, and shall be removed from office.

SEC. 6.   Any officer in this State, whose duty it is to make arrests, who may have personal knowledge of any person carrying arms contrary to the provisions of this act, and shall fail or refuse to arrest such person and bring him to trial, shall be punished, as provided in section four of this act.

SEC. 7.   All persons violating any of the provisions of this act may be prosecuted in any of the courts of this State, having jurisdiction to try the same.

SEC. 8.   All laws or parts of laws, in conflict with the provisions of this act are hereby repealed, and this act to take effect and be in force ninety days after its passage.

Approved, April 1st, 1881.

# EXHIBIT 23



DATE DOWNLOADED: Mon Apr 10 11:49:07 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837-1838 200 .

ALWD 7th ed.
, , 1837-1838 200 .

Chicago 17th ed.
"," Tennessee - 22nd General Assembly, 1st Session : 200-201


AGLC 4th ed.
'' Tennessee - 22nd General Assembly, 1st Session 200

OSCOLA 4th ed.
'' 1837-1838 200                Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

to perform the duties enjoined on them by the second section of an act, passed at Nashville, the 19th of February, 1836, chapter XLVIII, that it shall be the duty of the several county surveyors to do and perform said services within their respective counties, and that said county surveyors shall be allowed the same fees, and be subject to the same penalties that said principal surveyors were entitled to, and liable for, in processioning said lands, and that said county surveyors shall return a plat and certificate of each tract so processioned by them to the entry taker of the county, who shall forthwith record the same in his survey book, for which services the said entry taker shall be allowed the same fees as for other services of the same kind, and that said several tracts of land shall be liable to attachment and final judgment for all expenses in processioning and recording the same.

JOHN COCKE,
*Speaker of the House of Representatives.*
TERRY H. CAHAL,
*Speaker of the Senate.*

Passed January 18th, 1838.

---

## CHAPTER CXXXVII.

An Act to suppress the sale and use of Bowie Knives and Arkansas Tooth Picks in this State.

Knives not to be sold or given away

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That if any merchant, pedlar, jeweller, confectioner, grocery keeper, or other person or persons whatsoever, shall sell or offer to sell, or shall bring into this State, for the purpose of selling, giving or disposing of in any other manner whatsoever, any Bowie knife or knives, or Arkansas tooth picks, or any knife or weapon that shall in form, shape or size resemble a Bowie knife or any Arkansaw tooth pick, such merchant, pedlar, jeweller, confectioner, grocery keeper, or other person or persons for every such Bowie knife or knives, or weapon that shall in form, shape or size resemble a Bowie knife or Arkansas tooth pick so sold, given or otherwise disposed of, or offered to be sold, given or otherwise disposed of, shall be guilty of a misdemeanor, and upon conviction thereof upon indictment or presentment, shall be fined in a sum not less than one hundred dollars, nor more than five hundred dollars, and shall be imprisoned in the county jail for a period not less than one month nor more than six months.

Not to be worn

SEC. 2. That if any person shall wear any Bowie knife, Arkansas tooth pick, or other knife or weapon that shall in

form, shape or size resemble a Bowie knife or Arkansas tooth pick under his clothes, or keep the same concealed about his person, such person shall be guilty of a misdemeanor, and upon conviction thereof shall be fined in a sum not less than two hundred dollars, nor more than five hundred dollars, and shall be imprisoned in the county jail not less than three months and not more than six months.

Sec. 3. That if any person shall maliciously draw or attempt to draw any Bowie knife, Arkansas tooth pick, or any knife or weapon that shall in form, shape or size resemble a Bowie knife or Arkansas tooth pick, from under his clothes or from any place of concealment about his person, for the purpose of sticking, cutting, awing, or intimidating any other person, such person so drawing or attempting to draw, shall be guilty of a felony, and upon conviction thereof shall be confined in the jail and penitentiary house of this State for a period of time not less than three years, nor more than five years. *Penalty of drawing a knife*

Sec. 4. That if any person carrying any knife or weapon known as a Bowie knife, Arkansas tooth pick, or any knife or weapon that shall in form, shape or size resemble a Bowie knife, on a sudden rencounter, shall cut or stab another person with such knife or weapon, whether death ensues or not, such person so stabbing or cutting shall be guilty of a felony, and upon conviction thereof shall be confined in the jail and penitentiary house of this State, for a period of time not less than three years, nor more than fifteen years. *Penalty for using knife*

Sec. 5. That this act shall be in force from and after the first day of March next. And it shall be the duty of the several judges of the circuit courts in this State to give the same in charge to the grand jury every term of the respective courts, and any civil officer who shall arrest and prosecute to conviction and punishment any person guilty of any of the offences enumerated in this act, shall be entitled to the sum of fifty dollars, to be taxed in the bill of costs, and the attorney general shall be entitled to a tax fee of twenty dollars in each case, when a defendant shall be convicted, and no prosecutor required on any presentment or indictment for any of the offences enumerated in this act. *Of prosecutions*

JOHN COCKE,
*Speaker of the House of Representatives.*
TERRY H. CAHAL,
*Speaker of the Senate.*

Passed January 27th, 1838.

26

# EXHIBIT 24



DATE DOWNLOADED: Mon Apr 10 11:36:49 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837 3 .

ALWD 7th ed.
, , 1837 3 .

Chicago 17th ed.
"," Georgia - Annual Session : 3-288


AGLC 4th ed.
'' Georgia - Annual Session 3

OSCOLA 4th ed.
'' 1837 3          Please note: citations are provided as a general guideline. Users
should consult their preferred citation format's style manual for proper citation
formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

## DEADLY WEAPONS.

**AN ACT** to guard and protect the citizens of this State, against the unwarrantable and too prevalent use of deadly weapons.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Georgia, in General Assembly met, and it is hereby enacted by the authority of the same,* That from and after the passage of this act, it shall not be lawful for any merchant, or vender of wares or merchandize in this State, or any other person or persons whatsoever, to sell, or offer to sell, or to keep, or have about their person or elsewhere, any of the hereinafter described weapons, to wit: Bowie, or any other kind of knives, manufactured and sold for the purpose of wearing, or carrying the same as arms of offence or defence, pistols, dirks, sword canes, spears, &c., shall also be contemplated in this act, save such pistols as are known and used, as horseman's pistols, &c.

SEC. 2. *And be it further enacted by the authority aforesaid,* That any person or persons within the limits of this State, violating the provisions of this act, except as hereafter excepted, shall, for each and every such offence, be deemed guilty of a high misdemeanor, and upon trial and conviction thereof, shall be fined, in a sum not exceeding five hundred dollars for the first offence, nor less than one hundred dollars at the direction of the Court; and upon a second conviction, and every after conviction of a like offence, in a sum not to exceed one thousand dollars, nor less than five hundred dollars, at the discretion of the Court.

SEC. 3. *And be it further enacted by the authority aforesaid,* That it shall be the duty of all civil officers, to be vigilent in carrying the provisions of this act into full effect, as well also as Grand Jurors, to make presentments of each and every offence under this act, which shall come under their knowledge.

SEC. 4. *And be it further enacted by the authority aforesaid,* That all fines and forfeitures arising under this act, shall be paid into the county Treasury, to be appropriated to county purposes: *Provided, nevertheless,* that the provisions of this act shall not extend to Sheriffs, Deputy Sheriffs, Marshals, Constables, Overseers or Patrols, in actual discharge of their respective duties, but not otherwise: *Provided, also,* that no person or persons, shall be found guilty of violating the before recited act, who shall openly wear, externally, Bowie Knives, Dirks, Tooth Picks, Spears, and which shall be exposed plainly to view: *And provided, nevertheless,* that the provisions of this act shall not extend to prevent venders, or any oth-

DEEDS.                    91

er persons who now own and have for sale, any of the aforesaid weapons, before the first day of March next.

Sec. 5. *And be it further enacted by the authority aforesaid,* That all laws and parts of laws militating against this act, be, and the same are, hereby repealed.

JOSEPH DAY,
Speaker of the House of Representatives,

ROBERT M. ECHOLS,
President of the Senate.

Assented to, 25th December, 1837.
GEORGE R. GILMER, Governor.

———

## DEEDS.

AN ACT to admit certain Deeds to be recorded and read in evidence ; and also, to prescribe the effect of certain other Deeds.

Section 1. *Be it enacted by the Senate and House of Representatives of the State of Georgia, in General Assembly met, and it is hereby enacted by the authority of the same,* That from and after the passing of this act, all Deeds for lands which may have been recorded upon the usual proof of execution, but not recorded within the time prescribed by the laws of this State, shall be admitted in evidence, without further proof; and when the originals are lost or destroyed, and that being made judicially known to the Court, copies of the same may be introduced and read in evidence, on any trial before any Court of law or equity, in this State.

Sec. 2. *And be it further enacted by the authority aforesaid,* That all Deeds executed, according to the laws of this State, but not yet recorded, may nevertheless be recorded within twelve months from the passage of this act, upon the usual proof of their execution ; and when so recorded, the same or copies thereof, when the originals are shown to be lost or destroyed, may be read in evidence without further proof.

Sec. 3. *And be it further enacted by the authority aforesaid,* That all Deeds conveying lands hereafter executed upon being attested or proved in the manner required by the laws of this State, shall be admitted to record, at any time, and after being recorded, shall be received in evidence in any Court of Law or Equity, without further proof of the execution thereof.

Sec. 4. *And be it further enacted by the authority aforesaid,* That in all cases where two or more Deeds shall hereafter be executed by the same person or persons, conveying the same

# EXHIBIT 25




DATE DOWNLOADED: Mon Apr 10 12:41:51 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1859-1860 6 .

ALWD 7th ed.
, , 1859-1860 6 .

Chicago 17th ed.
"," New Mexico - 9th Legislative Assembly, December Session : 6-137

AGLC 4th ed.
'' New Mexico - 9th Legislative Assembly, December Session 6

OSCOLA 4th ed.
'' 1859-1860 6          Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

94                          LAWS OF NEW MEXICO.

**Challenges.**      SEC. 9.  That in the trial of all causes under the provisions
of this act, each party shall have the right to challenge per-
emptorily three jurors and no more.

**Panel how**       SEC. 10.  When, from any cause whatever, the panel shall
**completed.**   not be completed, or the jurors are not present, it shall be the
duty of the sheriff, by order of the court, to complete said
panel by summoning such members.

SEC. 11.  That all laws or parts of laws in conflict herewith
are hereby repealed, and this act shall be in force from and
after its passage.

[Translation.]

_____

### An Act prohibiting the carrying of Weapons, concealed or other-wise.

Be it enacted by the Legislative Assembly of the Territory
of New Mexico:

**Carrying wea-**      SECTION 1.  That, from and after the passage of this act, it shall
**pons prohibit-**   be unlawful for any person to carry concealed weapons on their
**ed.**   persons, of any class of pistols whatever, bowie knife (cuchillo
de cinto), Arkansas toothpick, Spanish dagger, slung-shot, or
any other deadly weapon, of whatever class or description they
may be, no matter by what name they may be known or called,
under the penalties and punishment which shall hereinafter be
described.

**First conviction**      SEC. 2.  Be it further enacted: That if any person shall car-
**fine.**   ry about his person, either concealed or otherwise, any deadly
weapon of the class and description mentioned in the preceding
section, the person or persons who shall so offend, on conviction,
which shall be by indictment in the district court, shall be
fined in any sum not less than fifty dollars, nor more than one
hundred dollars, at the discretion of the court trying the cause,
on the first conviction under this act; and for the second con-
**Second convic-**   viction, the party convicted shall be imprisoned in the county
**tion. imprison-**   jail for a term of not less than three months, nor for more
**ment.**   than one year, also at the discretion of the court trying the
cause.

son dispuestos ántes. En los condados de San Miguel, Rio Arriba, y Bernalillo, el primer lúnes de Marzo y Setiembre, y continuará una semana si los negocios no están dispuestos ántes. En los condados de Santa Ana, Socorro, y Doña Ana, el primer lúnes de Mayo, Setiembre y Noviembre, y continuará una semana si los negocios no están dispuestos ántes.

SEC. 9. Que en el juicio de todas las causas bajo las provisiones de este acto, cada una de las pártes tendrán derecho de desechar perentoriamente tres jurados y no mas. <span>Recusas.</span>

SEC. 10. Cuando, por cualquiera causa que sea, un jurado no está completo, ó no están presentes, será el deber del alguacil mayor, por órden de la corte, de llenar dicho jurado citando tales miembros. <span>Lista, como se completa.</span>

SEC. 11. Que todas las leyes, ó partes de leyes, en conflicto [con esto,] son por este abrogadas, y este acto tendrá efecto desde y despues de su pasaje.

Aprobado Febrero 2 de 1860.

_____

### Un Acto prohibiendo el porte de Armas ocultas ó de otra manera.

Decrétese por la Asamblea Legislativa del Territorio de Nuevo Méjico:

SECCION 1ª. Que desde y despues del pasaje de este acto no será legal para que ninguna persona porte armas sobre sus personas, ninguna pistola de cualesquiera clase que sea, ni bowie knife (cuchillo de cinto) Arkansas toothpick, daga española, huracana, ó cualesquiera otra arma mortífera de cualesquiera clase ó descripcion que sea, no importa el nombre que tuviere con que fuere conocida ó llamada, bajo las penas y castigos que sean en este acto despues descritas. <span>Porte de armas prohibido.</span>

SEC. 2. Decrétese ademas: Que si cualesquiera persona portare sobre su persona, ya sea oculta ó de otra manera, cualesquiera arma mortífera de la clase y descripcion mencionada en la seccion anterior, la persona ó personas que así ofendan, sobre conviccion, la cual será por querella legal en la corte de distrito, será multada en cualesquiera suma que no bajé de cincuenta pesos, ni pase de cien pesos, á la discrecion de la corte <span>Primera conviccion, multa.</span>

96                                    LAWS OF NEW MEXICO.

**Penalty for discharging or drawing weapons.**

SEC. 3.  Be it further enacted: That if any person shall discharge or draw any deadly weapon, of the class or description set forth in the first section of this act, in any baile or fandango, or in any other public assembly whatever, the person who shall so offend, on conviction thereof,  which shall be by indictment in the district court, shall be fined in any sum not less than one hundred dollars, nor more than three hundred, at the discretion of the court trying the cause, or imprisoned in the county jail for a term not less than three months nor more than one year.

**Penalty for cutting or wounding in assemblies.**

SEC. 4.  Be it further enacted : That if any person in any baile or fandango, or in any public assembly of whatever class or description it may be, shall fire off or discharge any firearm of the class mentioned in the first section of this act, or shall cut or wound any person with any description of deadly weapon mentioned in the first section of this act, in any baile or fandango, or in any other public assembly, and any death shall re-

**In case of death, to be deemed murder**

sult from said cut or wound so given, the person who shall so wound or cut, on conviction, shall be considered guilty of murder in the first degree, and shall suffer the penalty of death in the said first degree.

**Duty of sheriffs and constables to arrest.**

SEC. 5.  Be it further enacted : That it shall be the duty of the sheriffs, their deputies, or constables, to arrest and take all persons who shall be found with deadly weapons of the class and description mentioned in the first section of this act, and present them to some justice of the peace, or other authority, to be examined ; and it shall also be the duty of the judges of the district courts to cause, at the first term to be held in each

**Sheriffs and constables to take oath.**

county, the sheriffs and their deputies to take an oath that they will truly and faithfully comply with the provisions of this act, and that they will arrest at all times every person who shall violate any of the provisions of this act.

**Officers excused.**

SEC. 6.  Be it further enacted : That none of the provisions of this act shall be applied to the sheriffs, their deputies, or constables, in the execution of any process of the courts, or to conductors of the mail, or to persons when actually on trips from

**Travellers excused.**

one town to another in this Territory ; *provided*, that nothing in this act shall be so construed as to permit the conductors of mails, or travellers, to carry any deadly weapons, as mentioned

LEYES DE NUEVO MÉJICO.                                        97

que conozca la causa en la primera conviccion bajo esta ley;
y por la segunda conviccion, la parte convicta será encarcelada
en la cárcel del condado por un término que no baje de tres — *Segunda con-viccion, encar-celamiento.*
meses ni pase de un año, tambien á la discrecion de la corte
que conozca en la causa.

SEC. 3. Decrétese ademas: Que si cualesquiera persona — *Disparando armas, pena de.*
disparare ó sacare cualquier arma mortífera, de la clase ó de-
scripcion citada en la primera seccion de este acto, en cuales-
quiera baile ó fandango, ó en cualesquiera otra reunion pública,
de la clase que sea, la persona que así ofenda, sobre conviccion
de lo mismo, la causa será por querella legal en la corte de
distrito, será multada en una suma que no baje de cien pesos,
ni pase de trescientos, á la discrecion de la corte que conozca
en la causa, ó será encarcelada en la cárcel del condado por
un término que no baje de tres meses, ni pase de un año.

SEC. 4. Decrétese ademas: Que si cualesquiera persona en — *Hiriendo en re-uniones públi-cas, pena de.*
algun baile ó fandango, ó en otra concurrencia pública de la
clase y descripcion que sea, disparare ó descargare alguna
arma de fuego de la clase mencionada en la seccion primera de
este acto, ó que cortare ó hiriere á alguna persona con cuales-
quiera descripcion de armas mortíferas mencionadas en la
primera seccion de este acto, en algun baile ó fandango, ú otra
concurrencia pública, y resultare alguna muerte de la tal heri-
da ó cortada así dada, la persona que así hiriere ó cortare, sobre
conviccion, será considerada culpada de muerte en el primer — *Muerte en pri-mer grado.*
grado, y sufrirá la pena de muerte en dicho primer grado.

SEC. 5. Decrétese ademas: Que será el deber de los algua- — *Deberes de los alguaciles, y ofensores de dar fianzas.*
ciles mayores, sus diputados, ó condestables, de arrestar y
tomar toda persona que sea hallada con armas mortíferas, de
la clase y descripcion mencionadas en la primera seccion de
este acto, y presentar lasá algun juez de paz, ú otra autoridad,
para su examinacion; y tambien será el deber de los jueces de
distrito de causar, en la primera corte que sea tenida en cada
condado, que los alguaciles mayores y sus diputados presten
juramento que ellos bien y fielmente cumplirán con las provi-
siones de este acto, y arrestarán en todo tiempo á todas las per-
sonas que violaren cualesquiera de las provisiones de este acto.

SEC. 6. Decrétese ademas: Que ninguno de los provisos de — *Viajeros, &a., eceptuados.*
este acto serán aplicables al alguacil mayor, sus diputados, ó
        7

98                          LAWS OF NEW MEXICO.

in the first section of this act, on their persons, after they shall have arrived at the town or settlement.

**Judges to give this act in charge.** SEC. 7.  Be it further enacted : That it shall be the duty of the several judges of the district court to give this act specially in their charges to the grand juries at each term of the court ; and further, it shall be the duty of the grand juries, at each term of the court, to make a special report whether there has been any violation of the provisions of this act in their counties since the last term of the court.

**Repealing clause.** SEC. 8.  That all laws or parts of laws in conflict with this act are hereby repealed, and this act shall be in force and take effect from and after its passage.

**To be published.** SEC. 9.  That the Secretary of the Territory of New Mexico be required to have this law published in the Santa Fé Gazette, as soon as possible, for six successive weeks, for the information of the people.

[Translation.]

———

*An Act regulating Mercantile Copartnerships.*

Be it enacted by the Legislative Assembly of the Territory of New Mexico :

**Who may enter into.** SECTION 1.  That any two or more persons in this Territory may, and when they shall think proper, bind themselves mutually, for a certain time and under certain conditions, to do and follow at the same time various negotiations on their own common account and risk, or at that of each one of the partners respectively, as well in the losses as in the profits that may arise from said copartnership.

**Good faith to be observed.** SEC. 2.  The copartners or associates shall act in good faith, placing punctually in the concern the capital or services as stipulated, under the penalty of indemnifying the others for the damages which may arise.

**Articles what to contain and before whom made.** SEC. 3.  The contract of copartnership should be made before any court of record, or the clerk thereof, of the several counties by means of an indenture, authorized by any court of record or the clerk thereof, which shall contain the chris-

condestables, en la ejecucion de un proceso de las cortes, ó conductores de correos, ó á personas cuando están en el actual tránsito de una villa á otro en este Territorio : Proveido, que ninguna cosa en este acto será construida de manera de permitir á los conductores de correos, ó pasajeros, de portar ninguna arma mortífera, citada en la primera seccion de este acto, sobre su persona, despues de su llegada á la villa ó poblacion.

SEC. 7. Y decrétese ademas : Que será el deber de los varios jueces de la corte de distrito de dar este acto especialmente en sus instrucciones á los gran jurados en cada término de la corte; y ademas, será el deber de los gran jurados, en cada término de la corte, de presentar un informe especial, si ha habido alguna violacion de cualesquiera de los provisos de este acto dentro de su condado desde el último término de la corte. <span style="float:right">*Jueces de dar esto acto en sus instrucciones.*<br>*Grando jurado de dar informe.*</span>

SEC. 8. Que todas las leyes ó partes de leyes en conflicto con este acto son por este abrogadas, y este acto estará en fuerza y será vigente desde el tiempo de su pasaje. <span style="float:right">*Abrogando lo contrario.*</span>

SEC. 9. Que el Secretario del Territorio de Nuevo Méjico sea requerido de hacer publicar esta ley en la Gaceta de Santa Fé por seis semanas sucesivas, para conocimiento del pueblo lo ántes posible. <span style="float:right">*Publicacion.*</span>

Aprobado Febrero 2 de 1860.

———

*Un Acto arreglando la Compañía entre Comerciantes.*

Decrétese por la Asamblea Legislativa del Territorio de Nuevo Méjico :

SECCION 1ª. Que cualesquiera dos ó mas personas en este Territorio podrán, y cuando á bien lo tuvieren se obligarán recíprocamente por cierto tiempo, y bajo ciertas condiciones, á hacer y proseguir junta y simultaneamente varios negocios por cuenta y riesgo comun y de cada uno de los compañeros respectivamente, así en las pérdidas como en las ganancias que de tal compañía resultaren. <span style="float:right">*Compañías, modo de hacerlas.*</span>

SEC. 2. Los compañeros ó socios deben proceder de buena fé poniendo con puntualidad en la compañía el caudal ó industria que hayan estipulado, bajo la pena de indemnizar á los demas de los perjuicios que causaren. <span style="float:right">*Compañeros de obrar de buena fé.*</span>

# EXHIBIT 26



DATE DOWNLOADED: Wed Apr 19 18:22:43 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1862 41 .

ALWD 7th ed.
, , 1862 41 .

Chicago 17th ed.
"," Colorado - 2nd Session : 41-158


AGLC 4th ed.
'' Colorado - 2nd Session 41

OSCOLA 4th ed.
'' 1862 41          Please note: citations are provided as a general guideline. Users
should consult their preferred citation format's style manual for proper citation
formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
 Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

o'clock, in the forenoon of that day; and the causes now upon the docket of the July term, shall be continued thereto without further notice.

Approved July 31st, 1862.

———

# AN ACT

### To Amend an Act Entitled "An Act Concerning Criminal Jurisprudence, Approved Nov. 5, 1861.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

**Death penalty abolished in certain cases.** SECTION 1. That the words "twenty years, or by death," in the last line of section sixty, of an act entitled "An act concerning criminal jurisprudence," upon page three hundred (300) of the printed laws, be and the same are hereby stricken out, and the words "not more than twenty years," be and the same are hereby inserted in lieu thereof.

Approved August 15th, 1862.

———

# AN ACT

### To Prevent the Carrying of Concealed Deadly Weapons in the Cities and Towns of this Territory.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

**Concealed deadly weapons; carrying of prohibited.** SECTION 1. If any person or persons shall, within any city, town, or village in this Territory, whether the same is incorporated or not, carry concealed upon his or her person any pistol, bowie knife, dagger, or other deadly weapon, shall, on conviction thereof before any justice of the peace of the proper county, be fined in any sum not less than five, nor more than thirty-five dollars.

**Sheriffs, etc., excepted.** SEC. 2. The provisions of this act shall not be construed to apply to sheriffs, constables, or police officers when executing their official duties.

Approved August 14th, 1862.

Digitized From Best Copy Available

# EXHIBIT 27



DATE DOWNLOADED: Wed Apr 19 18:28:55 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1864 43 .

ALWD 7th ed.
, , 1864 43 .

Chicago 17th ed.
"," Montana - 1st Legislative Assembly : 43-721

AGLC 4th ed.
'' Montana - 1st Legislative Assembly  43

OSCOLA 4th ed.
'' 1864 43          Please note: citations are provided as a general guideline. Users
should consult their preferred citation format's style manual for proper citation
formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

TERRITORY OF MONTANA.                   355

AN ACT relating to fords.

———

*Be it enacted by the Legislative Assembly of the Territory of Montana:*

SEC. 1.   That no charter for ferry or bridge company granted by the legislature of this Territory shall be so construed as to authorize such company to exclude or prevent the public from the free use of any ford that may cross any stream at or near the ferry or bridge of said company.

SEC. 2.   The owner or keeper of such bridge or ferry shall not in any way obstruct the passage to or from any ford across any stream; and any person, upon conviction of thus obstructing any fording or ford in any manner whatsoever, shall be liable to a fine of not less than fifty dollars nor more than one hundred dollars.

SEC. 3.   This act to take effect and be in force from and after its passage.

[Approved January 11, 1865.]

———

AN ACT to prevent the carrying of concealed deadly weapons in the cities and towns of this Territory.

———

*Be it enacted by the Legislative Assembly of the Territory of Montana:*

SEC. 1.   If any person shall within any city, town, or village in this Territory, whether the same is incorporated or not, carry concealed upon his or her person any pistol, bowie-knife, dagger, or other deadly weapon, shall, on conviction thereof before any justice of the peace of the proper county, be fined in any sum not less than twenty-five dollars nor more than one hundred dollars.

SEC. 2.   The provisions of this act shall not be construed to apply to sheriffs, constables, or police officers.

SEC. 3.   This act shall be in force from and after its passage.

[Approved January 11, 1865.]

# EXHIBIT 28



HEINONLINE

DATE DOWNLOADED: Wed Apr 19 18:01:06 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Harvey B. Hurd, Compiler %26 Editor. Revised Statutes of the State of Illinois A.D.
1874 Comprising the Revised Acts of 1871-2 and 1873-4, Together with All Other
General Statutes of the State, in Force on the First Day of July, 1874 (1874).

ALWD 7th ed.
Hurd, Harvey B., Compiler & Editor. Revised Statutes of the State of Illinois A.D.
1874 Comprising the Revised Acts of 1871-2 & 1873-4, Together with All Other General
Statutes of the State, in Force on the First Day of July, 1874 (1874).

APA 7th ed.
Hurd, H. (1874). Revised Statutes of the State of Illinois A.D. 1874 Comprising the
Revised Acts of 1871-2 and 1873-4, Together with All Other General Statutes of the
State, in Force on the First Day of July, 1874. Springfield, Illinois journal Co.

Chicago 17th ed.
Hurd Harvey B., Compiler %26 Editor. Revised Statutes of the State of Illinois A.D.
1874 Comprising the Revised Acts of 1871-2 and 1873-4, Together with All Other
General Statutes of the State, in Force on the First Day of July, 1874. Springfield,
Illinois journal Co.

McGill Guide 9th ed.
Harvey B. Hurd, Compiler %26 Editor, Revised Statutes of the State of Illinois A.D.
1874 Comprising the Revised Acts of 1871-2 & 1873-4, Together with All Other General
Statutes of the State, in Force on the First Day of July, 1874 (Springfield: Illinois
journal Co., 1874)

AGLC 4th ed.
Harvey B. Hurd, Compiler %26 Editor, Revised Statutes of the State of Illinois A.D.
1874 Comprising the Revised Acts of 1871-2 and 1873-4, Together with All Other
General Statutes of the State, in Force on the First Day of July, 1874 (Illinois
journal Co., 1874

MLA 9th ed.
Hurd, Harvey B., Compiler & Editor. Revised Statutes of the State of Illinois A.D.
1874 Comprising the Revised Acts of 1871-2 and 1873-4, Together with All Other
General Statutes of the State, in Force on the First Day of July, 1874. Springfield,
Illinois journal Co. HeinOnline.

OSCOLA 4th ed.
Hurd, Harvey B., Compiler & Editor. Revised Statutes of the State of Illinois A.D.
1874 Comprising the Revised Acts of 1871-2 and 1873-4, Together with All Other
General Statutes of the State, in Force on the First Day of July, 1874. Springfield,
Illinois journal Co.          Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for

### CURRENCY UNAUTHORIZED.

**54.** ISSUING OR UTTERING.   § 54.   Whoever issues or passes any note, bill, order or check, other than foreign bills of exchange, the notes or bills of the United States, or of some bank incorporated by the laws of this state, or of the United States, or of some one of the United States, or by the laws of either of the British provinces in North America, with intent that the same shall be circulated as currency, shall be fined not less than 100 nor more than $1,000 for each offense, and shall not be permitted to collect any demand arising therefrom.   [R. S. 1845, p. 175, § 136 ; L. 1867, p. 49, § 1.

### DISORDERLY CONDUCT.

**55.** PUNISHMENT.   § 55.   Whoever shall be guilty of open lewdness, disorderly conduct, or other notorious act of public indecency, tending to debauch the public morals, shall be fined not exceeding $200.   [R. S. 1845, p. 174, § 127.

**56.** DISTURBING THE PEACE.]   § 56.   Whoever, at a late and unusual hour of the night time, willfully and maliciously disturbs the peace and quiet of any neighborhood or family, by loud or unusual noises, or by tumultuous or offensive carriage, threatening, traducing, quarreling, challenging to fight or fighting, or who ever shall carry concealed weapons, or in a threatening manner display any pistol, knife, slungshot, brass, steel or iron knuckles, or other deadly weapon, day or night, shall be fined not exceeding $100.   [R. S. 1845, p. 171, § 112.

**57.** DISORDERLY HOUSE—ILL FAME.]   § 57.   Whoever keeps or maintains a house of ill fame or place for the practice of prostitution or lewdness, or whoever patronizes the same, or lets any house, room or other premises for any such purpose, or shall keep a common, ill governed and disorderly house, to the encouragement of idleness, gaming, drinking, fornication or other misbehavior, shall be fined not exceeding $200.   When the lessee or keeper of a dwelling house or other building is convicted under this section, the lease or contract for letting the premises shall, at the option of the lessor, become void, and the lessor may have the like remedy to recover the possession as against a tenant holding over after the expiration of his term.   And whoever shall lease to another any house, room or other premises, in whole or in part, for any of the uses or purposes finable under this section, or knowingly permits the same to be so used or occupied, shall be fined not exceeding $200, and the house or premises so leased, occupied or used shall be held liable for and may be sold for any judgment obtained under this section, but if such building or premises belongs to a minor or other person under guardianship, then the guardian or conservator and his property shall be liable instead of such ward, and his property shall be subject to be sold for the payment of said judgment.   [R. S. 1845, p. 174, § 127.

**58.** DISTURBING RELIGIOUS MEETING.]   § 58.   Whoever, by menace, profane swearing, vulgar language, or any disorderly or unusual conduct, interrupts or disturbs any assembly of people met for the worship of God, shall be fined not exceeding $100.   [R. S. 1845, p. 177, § 147.

**59.** DISTURBING CAMP AND FIELD MEETING.]   § 59.   Whoever, during the time of holding any camp or field meeting for religious purposes, and within one mile of the place of holding such meeting, hawks or peddles goods, wares or merchandise, or, without the permission of the authorities having charge of such meeting, establishes any tent, booth or other place for vending provisions or refreshments, or sells or gives away, or offers to sell or give away, any spirituous liquor, wine, cider or beer, or practices or engages in gaming or horse-racing, or exhibits or offers to exhibit any show or play, shall be fined not exceeding $100 for each offense : *Provided*, that whoever has his regular place of business within such limits is not hereby required to suspend his business.   [R. S. 1845, p. 177, § 147.

**60.** DISTURBING ANY SCHOOL, ETC.]   § 60.   Whoever willfully interrupts or disturbs any school or other assembly of people, met for a lawful purpose, shall be fined not exceeding $100.

# EXHIBIT 29



DATE DOWNLOADED: Wed Apr 19 17:50:03 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1878 175 .

ALWD 7th ed.
, , 1878 175 .

Chicago 17th ed.
"," Mississippi - Regular Session : 175-176


AGLC 4th ed.
'' Mississippi - Regular Session 175

OSCOLA 4th ed.
'' 1878 175          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

STATE OF MISSISSIPPI.                    175

## CHAPTER XLVI.

AN ACT to prevent the carrying of concealed weapons,
and for other purposes.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi,* That any person, not being threatened with, or having good and sufficient reason to apprehend an attack, or traveling (not being a tramp) or setting out on a journey, or peace officers, or deputies in discharge of their duties, who carries concealed, in whole or in part, any bowie knife, pistol, brass knuckles, slung shot or other deadly weapon of like kind or description, shall be deemed guilty of a misdemeanor, and on conviction, shall be punished for the first offence by a fine of not less than five dollars nor more than one hundred dollars, and in the event the fine and cost are not paid shall be required to work at hard labor under the direction of the board of supervisors or of the court, not exceeding two months, and for the second or any subsequent offence, shall, on conviction, be fined not less than fifty nor more than two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor not exceeding six months under the direction of the board of supervisors, or of the court. That in any proceeding under this section, it shall not be necessary for the State to allege or prove any of the exceptions herein contained, but the burden of proving such exception shall be on the accused.

*When concealed weapons may be carried.*

*Penalty for carrying weapons.*

*Burden of proof on accused.*

SEC. 2. *Be it further enacted,* That it shall not be lawful for any person to sell to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any weapon of the kind or description in the first section of this Act described, or any pistol cartridge, and on conviction shall be punished by a fine not exceeding two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors or of the court, not exceeding six months.

*Minors, or persons intoxicated.*

176                          LAWS OF THE

SEC. 3. *Be it further enacted,* That any father, who shall knowingly suffer or permit any minor son under the age of sixteen years to carry concealed, in whole or in part, any weapon of the kind or description in the first section of this Act described, shall be deemed guilty of a misdemeanor, and on conviction, shall be fined not less than twenty dollars, nor more than two hundred dollars, and if the fine and costs are not paid, shall be condemned to hard labor under the direction of the board of supervisors or of the court.

*Minor under 16 years.*

SEC. 4. *Be it further enacted,* That any student of any university, college or school, who shall carry concealed, in whole or in part, any weapon of the kind or description in the first section of this Act described, or any teacher, instructor, or professor who shall, knowingly, suffer or permit any such weapon to be carried by any student or pupil, shall be deemed guilty of a misdemeanor, and, on conviction, be fined not exceeding three hundred dollars, and if the fine and costs are not paid, condemned to hard labor under the direction of the board of supervisors or of the court.

*Students.*

SEC. 5. *Be it further enacted,* That each justice of the peace before whom a conviction is had, shall, in addition to the costs now allowed by law, be entitled to a tax fee of two dollars and a half.

*Tax fee of justice.*

SEC. 6. *Be it further enacted,* That immediately after the passage of this Act, the Secretary of State shall transmit a copy to each circuit judge in the State, who shall cause the same to be read in open court on the day for the calling of the State docket of the court.

*Act to be read in courts*

SEC. 7. *Be it further enacted,* That this Act take effect from and after its passage.

APPROVED, February 28, 1878.

# EXHIBIT 30



DATE DOWNLOADED: Wed Apr 19 18:05:51 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1883 3 .

ALWD 7th ed.
, , 1883 3 .

Chicago 17th ed.
"," Missouri - 32nd General Assembly, Regular Session : 3-226

AGLC 4th ed.
" Missouri - 32nd General Assembly, Regular Session 3

OSCOLA 4th ed.
" 1883 3        Please note: citations are provided as a general guideline. Users
should consult their preferred citation format's style manual for proper citation
formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

76                              CRIMES AND CRIMINAL PROCEDURE.

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

SECTION 1.   Any person or persons doing a commission business in this state who shall receive cattle, hogs, sheep, grain, cotton or other commodities consigned or shipped to him or them for sale on commission, and who shall wilfully make a false return to his or their consignor or shipper, in an account of sale or sales of any such cattle, hogs, sheep, grain, cotton or other commodities made and rendered by such person or persons for and to such consignor or shipper, either as to weights or prices, shall be guilty of a misdemeanor and shall, on conviction, be punished by imprisonment in the county jail not exceeding one year, or by a fine not exceeding five hundred dollars nor less than two hundred dollars, or by fine not less than one hundred dollars and imprisonment in the county jail not less than three months.

Approved April 2, 1883.

------------------

CRIMES AND CRIMINAL PROCEDURE: CONCEALED WEAPONS.

AN ACT to amend section 1274, article 2, chapter 24 of the Revised Statutes of Missouri, entitled "Of Crimes and Criminal Procedure."

SECTION 1.   Carrying concealed weapon, etc., penalty for increased.

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

SECTION 1.   That section 1274 of the Revised Statutes of Missouri be and the same is hereby amended by inserting the word "twenty" before the word "five" in the sixteenth line of said section, and by striking out the word "one" in the same line and inserting in lieu thereof the word "two," and by striking out the word "three" in the seventeenth line of said section and inserting in lieu thereof the word "six," so that said section, as amended, shall read as follows: Section 1274. If any person shall carry concealed, upon or about his person, any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill or meetings called under the militia law of this state, having upon or about his person any kind of fire arms, bowie knife, dirk, dagger, slung-shot or other deadly weapon, or shall in the presence of one or more persons exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, or shall directly or indirectly sell or deliver, loan or barter to any minor any such weapon, without the consent of the parent or guardian of such minor, he shall, upon conviction, be punished by a fine of not less than twenty-five nor more than two hundred dollars, or by imprisonment in the county jail not exceeding six months, or by both such fine and imprisonment.

Approved March 5, 1883.

# EXHIBIT 31



DATE DOWNLOADED: Wed Apr 19 18:37:04 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1888 1 .

ALWD 7th ed.
, , 1888 1 .

Chicago 17th ed.
"," Idaho - 15th Session : 1-78


AGLC 4th ed.
'' Idaho - 15th Session 1

OSCOLA 4th ed.
'' 1888 1          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

around the head of Panther Creek, to the divide between Hat Creek and Ellis Creek, thence on the divide between Hat and Ellis Creeks in an easterly direction to the Salmon River, thence up the main channel of said Salmon River to the place of beginning.

Sec. 2.   This act to take effect and be in force, from and after its passage.

Approved February 4, 1889.

---

# CARRYING DEADLY WEAPONS.

## AN ACT

REGULATING THE USE AND CARRYING OF DEADLY WEAPONS IN IDAHO TERRITORY.

*Be it enacted by the Legislative Assembly of the Territory of Idaho, as follows:*

Section 1.   That it is unlawful for any person, except United States officials, officials of Idaho Territory, County officials, Peace officers, Guards of any jail, and officers or employees of any Express Company on duty, to carry, exhibit or flourish any dirk, dirk-knife, sword, sword-cane, pistol, gun or other deadly weapons, within the limits or confines of any city, town or village or in any public assembly of Idaho Territory.   Every person so doing is guilty of a misdemeanor and is punishable by fine not less than fifty dollars nor more than one hundred dollars, or by imprisonment in the county jail for a period of not less than twenty days nor more than fifty days, or by both such fine and imprisonment.

Sec. 2.   One half of all fines collected under the provisions of this act shall be paid to the officer making the arrest, which amount shall be payment in full for his services.   The other one half shall be paid into the Common School Fund of the county, after deducting the necessary costs of the prosecution of the case.

Sec. 3.   All acts or parts of acts in conflict with this act are hereby repealed.

Sec. 4.   This act shall take effect and be in force from and after its passage.

Approved February 4, 1889.

# EXHIBIT 32




DATE DOWNLOADED: Mon Feb 27 09:32:28 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1883 65 .

ALWD 7th ed.
, , 1883 65 .

Chicago 17th ed.
"," Arizona - 12th Legislative Assembly : 65-66

AGLC 4th ed.
'' Arizona - 12th Legislative Assembly 65

OSCOLA 4th ed.
'' 1883 65

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Rivas Exs., Page 202

LAWS OF ARIZONA.                    65

SEC. 9.   A copy of the articles of association, certified by the Secretary of the Territory of Arizona, of the Arizona Narrow Gauge Railroad Company, and endorsed as filed by said Secretary on the 23d day of November, A. D. 1882, shall be sufficient proof to the Board of Supervisors of Pima County or officers herein named of the identification of said Arizona Narrow Gauge Railroad Company herein mentioned.   The route of said road shall in all respects, so far as practicable, conform substantially to the route set forth in the articles of incorporation of said company now on file in the office of the Secretary of this Territory.

SEC. 10.   This Act shall take effect and be in force from and after its passage.

Approved February 21st, 1883.

———

No. 36.                    AN ACT

Supplemental to and amendatory of an Act entitled "An Act to prevent the improper use of deadly weapons, and the indiscriminate use of firearms in the towns and villages of the Territory."

*Be it enacted by the Legislative Assembly of the Territory of Arizona:*

SECTION 1.   Any person in this Territory having, carrying or procuring from another person, any dirk, bowie-knife, pistol, gun, or other deadly weapon, who shall in the presence of two or more persons draw or exhibit any of said deadly weapons in a rude, angry or threatening manner, not in necessary self-defense, or who shall unlawfully use the same in any fight or quarrel, or who shall handle the same in a careless manner, thereby endangering the life or person of another, shall, upon conviction thereof in any Court of competent jurisdiction, be fined in any sum not exceeding three hundred dollars, or shall be imprisoned in the County Jail not more than six months, or shall be punished by both such fine and imprisonment, in the discretion of the Court trying the cause.

SEC. 2.   Any person who shall purposely or carelessly discharge any gun, pistol, or other firearm in any saloon,

5–b

66                    LAWS OF ARIZONA.

dance-house, store, or other public house or business house in
this Territory, thereby endangering the life or person of
another, or thereby disturbing any of the inmates thereof,
or who shall thereby injure, destroy or damage any property
therein, or who shall discharge the same in any city, village or
town of this Territory, except in necessary self-defense, shall,
upon conviction thereof in any Court of competent jurisdic-
tion, be fined in any sum not exceeding three hundred dollars,
or be imprisoned in the County Jail for a period not exceeding
six months, or shall be punished by both such fine and impris-
onment, in the discretion of the Court trying the cause.

SEC. 3.   Any person in this Territory over the age of ten
and under the age of seventeen years, having or carrying,
concealed or unconcealed, any dirk, dirk-knife, bowie-knife,
slung-shot, brass-knuckles, or pistol within any city, village or
town in this Territory shall, upon conviction thereof in any
Court of competent jurisdiction, be fined in any sum not more
than fifty dollars, or be imprisoned in the County Jail not
more than one month, or be punished by both such fine and
imprisonment, in the discretion of the Court trying the case.

SEC. 4.   All Acts and parts of Acts in conflict with this Act
are hereby repealed.

SEC. 5.   This Act shall take effect and be in force from and
after its passage.

Approved February 24th, 1883.

———

No. 37.                    AN ACT

To incorporate the City of Prescott, to define its limits and
      rights, to specify its privileges and powers, and provide
      for an efficient government for the same.

*Be it enacted by the Legislative Assembly of the Territory of
      Arizona:*

ARTICLE I.—INCORPORATION AND CITY BOUNDARIES.

SECTION 1.   The village of Prescott, in the Territory of
Arizona, is hereby constituted and formed into a body politic
and corporate, with the name and style of "The City of
Prescott."

# EXHIBIT 33

 

DATE DOWNLOADED: Mon Mar  6 15:25:20 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1885 11 .

ALWD 7th ed.
, , 1885 11 .

Chicago 17th ed.
"," Nevada - 12th Session : 11-2

AGLC 4th ed.
'' Nevada - 12th Session 11

OSCOLA 4th ed.
'' 1885 11

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

not, such person or persons, owner or owners, shall be subject to such damages as shall be equal to twice the value of the property broken into, eaten up or destroyed.

SEC. 3.   All actions for damages arising under the provisions of this Act shall be tried and determined in the court having jurisdiction thereof, as in other cases made and provided. <span style="float:right">Damages.</span>

SEC. 4.   All Acts and parts of Acts, in conflict with the provisions of this Act, are hereby repealed.

SEC. 5.   This Act shall take effect and be in force from and after thirty days after its approval.

————

CHAP. LI.—*An Act to amend an Act entitled "An Act to prohibit the carrying of concealed weapons by minors," approved March 4, 1881.*

[Approved March 2, 1885.]

*The People of the State of Nevada, represented in Senate and Assembly, do enact as follows :*

SECTION 1.   Section one of said Act is hereby amended so as to read as follows :

Section one.   Every person under the age of twenty-one (21) years who shall wear or carry any dirk, pistol, sword in case, slung shot, or other dangerous or deadly weapon concealed upon his person, shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, be fined not less than twenty nor more than two hundred ($200) dollars, or by imprisonment in the county jail not less than thirty days nor more than six months, or by both such fine and imprisonment. <span style="float:right">Minors not to carry concealed weapons.</span> <span style="float:right">Penalty.</span>

————

CHAP. LII.—*An Act for the relief of William C. Ross.*

[Approved March 2, 1885.]

*The People of the State of Nevada, represented in Senate and Assembly, do enact as follows :*

SECTION 1.   The State Land Register is hereby authorized to enter into contract with William C. Ross, on land applied for by said William C. Ross, February twenty-eighth, eighteen hundred and eighty-one, and described as follows : Lots one, two and three, and the southwest quarter of the northeast quarter of section five, in township number eleven, north of range number twenty-six east. <span style="float:right">State Land Register to contract.</span>

# EXHIBIT 34



DATE DOWNLOADED: Mon Mar  6 13:34:38 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1855 17 .

ALWD 7th ed.
, , 1855 17 .

Chicago 17th ed.
"," Alabama - General Assembly, 5th Biennial Session : 17-17

AGLC 4th ed.
'' Alabama - General Assembly, 5th Biennial Session 17

OSCOLA 4th ed.
'' 1855 17

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

17                          **1855–'56.**

manner of apportioning the road hands in the
county of St. Clair," be, and the same is hereby
repealed.                                        Repealed.

SEC. 2. *Be it further enacted,* That from and
after the passage of this act, the Judge of Probate
and Sheriff of St. Clair county, for services re-
quired of them in Article 1. Part 1. Title 13, Chap-
ter 14, Code of Alabama, shall each receive annu-
ally fifty dollars, instead of ninety dollars as au-
thorized by Section 1186, Code of Alabama.

APPROVED, Feb. 2, 1856.

------

[No. 26.]            AN ACT

To amend the criminal law.

SECTION 1. *Be it enacted by the Senate and House
of Representatives of the State of Alabama in Gene-
ral Assembly convened,* That any one who shall
sell or give or lend, to any male minor, a bowie
knife, or knife or instument of the like kind or
description, by whatever name called, or air gun      Penalty.
or pistol, shall, on conviction be fined not less than
three hundred, nor more than one thousand dol-
lars.

APPROVED, Feb. 2, 1856.

------

[No. 27.]            AN ACT

To declare Luxapalila Creek in Fayette county a
public highway.

SECTION 1. *Be it enacted by the Senate and House
of Representatives of the State of Alabama in Gene-
ral Assembly convened,* That from and after the
passage of this act, Luxapalila Creek in Fayette
county, from the State line up to Wood's Mill on
said stream, be, and the same is hereby, declared a
public highway.

APPROVED, February 15, 1856.

# EXHIBIT 35



DATE DOWNLOADED: Mon Feb 27 09:35:56 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1855-1856 92 .

ALWD 7th ed.
, , 1855-1856 92 .

Chicago 17th ed.
"," Tennessee - 31st General Assembly, 1st Session : 92-93


AGLC 4th ed.
'' Tennessee - 31st General Assembly, 1st Session 92

OSCOLA 4th ed.
'' 1855-1856 92

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

92

## CHAPTER 81.

AN ACT to amend the Criminal Laws of this State.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That when any person shall be indicted in the Circuit Courts, or any other court having criminal jurisdiction, for malicious shooting, and the jury trying the cause, after having all the evidence, shall be of the opinion that the defendant is not guilty of the malice, they shall have the power to find the defendant guilty of an assault, or an assault and battery, and judgment shall be given accordingly.

SEC. 2. *Be it enacted,* That, hereafter, it shall be unlawful for any person to sell, loan, or give, to any minor a pistol, bowie-knife, dirk, or Arkansas tooth-pick, or hunter's knife ; and whoever shall so sell, loan, or give, to any minor any such weapon, on conviction thereof, upon indictment or presentment, shall be fined not less than twenty-five dollars, and be liable to imprisonment, at the discretion of the Court : *Provided,* that this act shall not be construed so as to prevent the sale, loan, or gift, to any minor of a gun for hunting.

SEC. 3. *Be it enacted,* That it shall be the duty of the Circuit Judges and the Judges of the Criminal Courts to give this act in charge to the Grand Juries : *Provided,* said minor be travelling on a journey, he shall be exempted.

SEC. 3. *Be it enacted,* That this act shall be in force from and after its passage.

<div align="center">

NEILL S. BROWN,
*Speaker of the House of Representatives.*
EDWARD S. CHEATHAM,
*Speaker of the Senate.*
</div>

Passed February 26, 1856.

---

## CHAPTER 82.

AN ACT to amend the Internal Improvement acts of 1852 and 1854.

*Be it enacted by the General Assembly of the State of Tennessee,* That, hereafter, it shall not be necessary for the Engineer in Chief to swear to the subscription list, solvency, and condition of any Railroad Company applying for State aid, but the oath required of the Engineer shall be taken by the President and Treasurer of the Com-

# EXHIBIT 36



DATE DOWNLOADED: Mon Feb 27 09:39:11 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1875 59 .

ALWD 7th ed.
, , 1875 59 .

Chicago 17th ed.
"," Indiana - 49th Regular Session : 59-60


AGLC 4th ed.
'' Indiana - 49th Regular Session 59

OSCOLA 4th ed.
'' 1875 59

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

DECEDENTS' ESTATES. 59

# CHAPTER XL.

AN ACT to prohibit the sale, gift, or bartering of deadly weapons or ammunition therefor, to minors.

## [APPROVED FEBRUARY 27, 1875.]

SECTION 1. *Be it enacted by the General Assembly of the State of Indiana,* That it shall be unlawful for any person to sell, barter, or give to any other person, under the age of twenty-one years, any pistol, dirk, or bowie-knife, slung-shot, knucks, or other deadly weapon that can be worn, or carried, concealed upon or about the person, or to sell, barter, or give to any person, under the age of twenty-one years, any cartridges manufactured and designed for use in a pistol.

*Unlawful to sell, barter or give to minors deadly weapons or cartridges for pistol.*

SEC. 2. *Be it further enacted,* That any person who shall violate any of the provisions of the foregoing section shall be deemed guilty of a misdemeanor, and, upon conviction thereof, shall be fined in any sum not less than five dollars, nor more than fifty dollars.

*Penalty.*

---

# CHAPTER XLI.

AN ACT in relation to the settlement of claims against decedents' estates.

## [APPROVED MARCH 11, 1875.]

SEC. 1. *Be it enacted by the General Assembly of the State of Indiana,* That whenever a claim shall exist in favor of an executor or administrator against the estate he represents, which accrued before the death of such decedent, the same shall be filed against said estate, with the affidavit of the claimant attached, to the effect that the same is justly due and wholly unpaid, and placed upon the dockets of the court having jurisdiction of the estate against which said claim is filed, thirty days before the commencement of the term of said court, during which said claim is to be presented for allowance. And the Judge of said court shall represent said estate, and shall examine into the nature of

*Claims against decedent's estate, filing examination, allowance, and payment of same.*

*Judge shall represent estate.*

60                                    GENERAL LAWS.

said claim, and if the same be by said court deemed just and right, said court shall allow said claim and order the same paid out of said estate, as other claims of the same class, and said court may, in its discretion, examine under oath such executor or administrator, or any other person touching such claim ; and if such court shall be of the opinion that the interests of said estate will be promoted by active opposition to such claim, it shall be the duty of such court to appoint a practising attorney of said court to represent said estate, and the same pleadings, issues and trial may be had as in other civil cases, which shall be governed by the same rules and regulations that prevail in pleading and practice in the Circuit Court of the county where such trial is had ; and such court shall allow to such attorney, to be paid out of said estate, such fees for his services as may be deemed by said court just and right, and no attorney shall be allowed compensation for representing the estate of a decedent, except when appointed in pursuance of this act.

*When Court shall appoint attorney to oppose allowance of claims.*

*Pleadings, &c., in such cases.*

*Allowance for service of such attorney.*

*On petition, heir, legatee, et. al., shall be allowed to defend such claim, &c.*

SEC. 2.   In all cases where a claim is filed against the estate of a decedent, any one or more of the heirs, legatees, or devisees of such decedent, or creditors of his estate, upon written petition to the court, shall be allowed, at his or their own expense, to defend such claim, notwithstanding the executor or administrator of the decedent may prefer to allow, or shall have allowed such claim, but such petition must be filed with the clerk of the proper court within six months after such claim shall be filed against such estate,

*Payment of cost in such cases, by whom to be paid.*

and not afterwards.   And if in any such case, such claim shall be reduced twenty-five per cent., or more, below the amount claimed, the court shall order the costs and all expenses, incurred in contesting said claim, paid out of such estate, but in case of failure to so reduce said claim, said person or persons, so contesting said claim, shall pay all costs occasioned thereby.

*Laws repealed.*

SEC. 3.   All laws and parts of laws coming in conflict with any of the provisions of this act are hereby repealed.

# EXHIBIT 37

 

DATE DOWNLOADED: Mon Feb 27 09:38:36 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1876 112 .

ALWD 7th ed.
, , 1876 112 .

Chicago 17th ed.
"," Georgia - Regular Session : 112-113

AGLC 4th ed.
'' Georgia - Regular Session 112

OSCOLA 4th ed.
'' 1876 112

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

### No. CXXVII.—(O. No. 230.)

Section 1. Punishment for cruelty to animals.

*An Act to alter and amend an Act entitled an Act for the prevention of cruelty to animals, approved March 1, 1875.*

**Punishment for cruelty to animals**

SECTION I.   *Be it enacted, etc.,* That from and after the passage of this Act, that the Act entitled an Act for the prevention of cruelty to animals be altered and amended by striking out the words, in the last line of said Act, "be fined in a sum not to exceed fifty dollars," and insert in lieu thereof the words "be punished as prescribed in section 4310 of the Code of 1873."

SEC. II.   Repeals conflicting laws.

Approved February 23, 1876.

### No. CXXVIII.—(O. No. 63.)

Section 1. Furnishing deadly weapons to minors prohibited.

*An Act to punish any person or persons who shall sell, give, lend or furnish any minor or minors with deadly weapons herein mentioned, and for other purposes.*

**Furnishing deadly weapons to minors prohibited**

**Penalty for violation**

**Proviso**

SECTION I.   *Be it enacted, etc.,* That from and after the passage of this Act it shall not be lawful for any person or persons knowingly to sell, give, lend or furnish any minor or minors any pistol, dirk, bowie knife or sword cane.   Any person found guilty of a violation of this Act shall be guilty of a misdemeanor, and punished as prescribed in section 4310 of the Code of 1873 : *Provided,* that nothing herein contained shall be construed as forbidding the furnishing of such weapons under circumstances justifying their use in defending life, limb or property.

SEC. II.   Repeals conflicting laws.

Approved February 17, 1876.

### No. CXXIX.—(O. No. 184.)

| Section. | Section. |
|---|---|
| 1. Penalty for escapes. | 2. *Particeps criminis.* |

*An Act to provide a penalty for escapes from the "chain gang," and for other purposes.*

**Penalty for escapes**

SECTION I.   *Be it enacted, etc.,* That from and after the passage of this Act, if any person or persons shall be convicted of any offense below the grade of felony, and such person or persons shall escape from the "chain gang," or from any other place of

PART I.—TIT. 12.—PENAL CODE.                    113

confinement or imprisonment, for the violation of any municipal, county or State laws, and be thereafter retaken, such person or persons shall be indicted as for a misdemeanor, and on conviction thereof shall be punished in the "chain gang" by a re-sentence, at least double the term for which such person or persons was so originally sentenced.

SEC. II.   *Be it further enacted,* That if any person or persons Particeps shall aid or assist, or attempt to aid or assist, a prisoner to escape criminis so confined or imprisoned as aforesaid, shall be deemed guilty of a misdemeanor, and on conviction shall receive a like punishment as is provided in the above recited Act as for escape from the "chain gang."

SEC. II.   Repeals conflicting laws.

Approved February 23, 1876.

———

### No. CXXX.—(O. No. 264.)

| SECTION. | SECTION. |
|---|---|
| 1. Fœticide—how punished. | 3. Abortion—punishment of. |
| 2. Use of medicine, etc , assault with intent to murder. | |

*An Act to prevent and punish fœticide or criminal abortion in the State of Georgia.*

SECTION I.   *Be it enacted, etc.,* That from and after the passage Fœticide— of this Act, the wilful killing of an unborn child, so far devel- punishm't oped as to be ordinarily called "quick," by any injury to the mother of such child, which would be murder if it resulted in the death of such mother, shall be guilty of a felony, and punishable by death or imprisonment for life, as the jury trying the case may recommend.

SEC. II.   *Be it further enacted,* That every person who shall Use of med- administer to any woman pregnant with a child, any medicine, icine or instrument drug, or substance whatever, or shall use or employ any instru- made ment or other means, with intent thereby to destroy such child, assault with unless the same shall have been necessary to preserve the life of intent to murder such mother, or shall have been advised by two physicians to be necessary for such purpose, shall, in case the death of such child or mother be thereby produced, be declared guilty of an assault with intent to murder.

SEC. III.   *Be it further enacted,* That any person who shall wil- Abortion— fully administer to any pregnant woman any medicine, drug or punishm't substance, or anything whatever, or shall employ any instrument or means whatever, with intent thereby to procure the miscarriage or abortion of any such woman, unless the same shall have been necessary to preserve the life of such woman, or shall have been advised by two physicians to be necessary for that purpose, shall, upon conviction, be punished as prescribed in section 4310 of the Revised Code of Georgia.

SEC. IV.   Repeals conflicting laws.

Approved February 25, 1876.

# EXHIBIT 38

 

DATE DOWNLOADED: Mon Mar  6 13:41:54 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1878 175 .

ALWD 7th ed.
, , 1878 175 .

Chicago 17th ed.
"," Mississippi - Regular Session : 175-176

AGLC 4th ed.
'' Mississippi - Regular Session 175

OSCOLA 4th ed.
'' 1878 175

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

STATE OF MISSISSIPPI.                    175

## CHAPTER XLVI.

AN ACT to prevent the carrying of concealed weapons,
and for other purposes.

SECTION 1. *Be it enacted by the Legislature
of the State of Mississippi*, That any person,
not being threatened with, or having good and
sufficient reason to apprehend an attack, or
traveling (not being a tramp) or setting out
on a journey, or peace officers, or deputies in
discharge of their duties, who carries concealed,
in whole or in part, any bowie knife, pistol,
brass knuckles, slung shot or other deadly
weapon of like kind or description, shall be
deemed guilty of a misdemeanor, and on con-
viction, shall be punished for the first offence
by a fine of not less than five dollars nor more
than one hundred dollars, and in the event the
fine and cost are not paid shall be required to
work at hard labor under the direction of the
board of supervisors or of the court, not
exceeding two months, and for the second or
any subsequent offence, shall, on conviction,
be fined not less than fifty nor more than two
hundred dollars, and if the fine and costs are
not paid, be condemned to hard labor not
exceeding six months under the direction of
the board of supervisors, or of the court.
That in any proceeding under this section, it
shall not be necessary for the State to allege
or prove any of the exceptions herein contain-
ed, but the burden of proving such exception
shall be on the accused.

SEC. 2. *Be it further enacted*, That it shall
not be lawful for any person to sell to any
minor or person intoxicated, knowing him to
be a minor or in a state of intoxication, any
weapon of the kind or description in the first
section of this Act described, or any pistol
cartridge, and on conviction shall be punished
by a fine not exceeding two hundred dollars,
and if the fine and costs are not paid, be con-
demned to hard labor under the direction of
the board of supervisors or of the court, not
exceeding six months.

*[marginal notes:]*
When con-
cealed wea-
pons may be
carried.

Penalty for
carrying
weapons.

Burden of
proof on ac-
cused.

Minors, or
persons in-
toxicated.

176                              LAWS OF THE

SEC. 3. *Be it further enacted*, That any
father, who shall knowingly suffer or permit
**Minor under** any minor son under the age of sixteen years
**16 years.** to carry concealed, in whole or in part, any
weapon of the kind or description in the first
section of this Act described, shall be deemed
guilty of a misdemeanor, and on conviction,
shall be fined not less than twenty dollars, nor
more than two hundred dollars, and if the fine
and costs are not paid, shall be condemned to
hard labor under the direction of the board of
supervisors or of the court.

SEC. 4. *Be it further enacted*, That any
student of any university, college or school,
who shall carry concealed, in whole or in part,
**Students.** any weapon of the kind or description in the
first section of this Act described, or any
teacher, instructor, or professor who shall,
knowingly, suffer or permit any such weapon
to be carried by any student or pupil, shall
be deemed guilty of a misdemeanor, and, on
conviction, be fined not exceeding three hun-
dred dollars, and if the fine and costs are not
paid, condemned to hard labor under the
direction of the board of supervisors or of the
court.

SEC. 5. *Be it further enacted*, That each
**Tax fee of** justice of the peace before whom a conviction
**justice.** is had, shall, in addition to the costs now
allowed by law, be entitled to a tax fee of two
dollars and a half.

SEC. 6. *Be it further enacted*, That imme-
diately after the passage of this Act, the Sec-
**Act to be** retary of State shall transmit a copy to each
**read in courts** circuit judge in the State, who shall cause the
same to be read in open court on the day for
the calling of the State docket of the court.

SEC. 7. *Be it further enacted*, That this Act
take effect from and after its passage.

APPROVED, February 28, 1878.

# EXHIBIT 39



DATE DOWNLOADED: Mon Mar  6 13:54:55 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1880 vol. 77 79 .

ALWD 7th ed.
, , 1880 vol. 77 79 .

Chicago 17th ed.
"," Ohio - 64th General Assembly, 1st Regular Session : 79-80

AGLC 4th ed.
'' Ohio - 64th General Assembly, 1st Regular Session 79

OSCOLA 4th ed.
'' 1880 vol 77 79

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

79

conformity to law; or, with the consent and approbation of the probate court, in productive real estate within this state, the title to which shall be taken in the name of the guardian as such; and to manage such investments, and when deemed proper, change the same into any other investment of the above classes; but no real estate so purchased shall be sold by the guardian, except with the consent and approbation of the probate court; and if said guardian fail to loan or invest the money of his ward within such reasonable time, he shall account on settlement for such money and interest thereon, calculated with annual rests; and also to settle and adjust, when necessary or desirable, the assets which he may receive, in kind, from an executor or administrator, as may be most advantageous to his wards, but before such settlement and adjustment shall be valid and binding, it shall be approved by the probate court, and such approval entered on its journal; and with the like approval, to hold the assets as received from the executor or administrator, or what may be received in the settlement and adjustment of said assets.

Eighth—To obey and perform all orders and judgments of the proper courts touching the guardianship.

SEC. 3.   That sections six thousand one hundred and eighty-nine and six thousand two hundred and sixty-nine be and the same are hereby repealed.   **Repeals.**

SEC. 4.   This act shall take effect and be in force from and after its passage.

THOS. A. COWGILL,
*Speaker of the House of Representatives.*
R. G. RICHARDS,
*President pro tem. of the Senate.*

Passed March 25, 1880.

———————

[Senate Bill No. 1.]

AN ACT

Supplementary to chapter eight (8), title one (1), part four (4), of the revised statutes of Ohio.

SECTION 1.   *Be it enacted by the General Assembly of the State of Ohio,* That the following section be enacted as supplementary to chapter 8, title 1, part 4, of the revised statutes with sectional number as herein provided:

Section 6986a.   That whoever sells, barters, or gives away to any minor under the age of fourteen years, any air-gun, musket, rifle-gun, shot-gun, revolver, pistol, or other fire-arm, of any kind or description whatever, or ammunition for the same, or whoever being the owner, or having charge or control of any such air-gun, musket, rifle-gun, shot-gun, revolver, pistol or other fire-arm knowingly permits the same to be used by such minor, shall be deemed guilty of a misdemeanor, and   **Penalty for selling or giving, etc., fire-arms to minors.**

60

upon conviction thereof shall be fined in any sum not exceeding one hundred dollars, or be imprisoned in jail not exceeding thirty days or both.

Sec. 2.   This act shall take effect and be in force from and after its passage.

<div align="center">
THOS. A. COWGILL,<br>
*Speaker of the House of Representatives.*<br>
R. G. RICHARDS,<br>
*President pro tem. of the Senate.*
</div>

Passed March 25, 1880.

---

<div align="center">

[Substitute for House Bill No. 72.]

AN ACT

To amend section 3897 of the revised statutes.

</div>

SECTION 1.   *Be it enacted by the General Assembly of the State of Ohio,* That section three thousand eight hundred and ninety-seven of the revised statutes be so amended to read as follows:

Section 3897.   In city districts of the first class, the board of education shall consist of two members for each ward, except in districts organized under a law providing for one member only for each ward, in which districts the board may at any time, by a vote of a majority of its members, provide that thereafter each ward shall be represented by two members, and thereupon proceed to choose one additional member for each ward, to serve until the next annual election for city officers, and until the election and qualification of his successor; and each member of the board shall be an elector of the ward for which he is elected or appointed: provided, that in city districts of the first class, having a population, according to the last federal census, of one hundred and fifty thousand and over, the board of education shall consist of thirty-seven members, twelve of whom shall be elected at the April election of the current year, to hold office as follows:   The four members who receive the highest number of votes for three years, the four who receive the next highest number of votes for two years, the four who receive the next highest number of votes for one year: and thereafter there shall be elected, annually, four members to serve for three years.   In case of a tie vote the choice of terms shall be determined by lot.   And the remaining twenty-five members shall consist of those members of the board of education elected at the April election in 1879, and whose terms of office do not expire until April, 1881; that, beginning with the April election of 1881, one member shall be elected from each ward of said cities; and such of said members as shall have been elected by wards having an odd numerical

*(margin note:)* Board of education in city districts of the first class; how constituted.

# EXHIBIT 40



DATE DOWNLOADED: Mon Mar  6 13:57:58 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1881 111 .

ALWD 7th ed.
, , 1881 111 .

Chicago 17th ed.
"," Pennsylvania - General Assembly, Regular Session : 111-112

AGLC 4th ed.
'' Pennsylvania - General Assembly, Regular Session 111.

OSCOLA 4th ed.
'' 1881 111

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

drawing the casing, till up the well with sand or rock sediment to the depth of at least twenty feet above the third sand or oil-bearing rock, and drive a round, seasoned, wooden plug at least two feet in length, equal in diameter to the diameter of the well below the casing, to a point at least five feet below the bottom of the casing, and, immediately after the drawing of the casing, shall drive a round wooden plug into the well at the point just below where the lower end of the casing shall have rested, which plug shall be at least three feet in length, tapering in form and to be of the same diameter at the distance of eighteen inches from the smaller end as the diameter of the well below the point at which it is to be driven; after it has been properly driven shall fill in on top of same with sand or rock sediment to the depth of at least five feet.

SECTION 2. Any person who shall violate the provisions of this act shall be liable to a penalty of two hundred dollars, one half to be for the use of the informer and one half to the use of the school district in which such well may be situated, to be recovered as debts of like amount are by law recoverable. `Penalty.`

SECTION 3. Whenever any owner or operator shall neglect or refuse to comply with the provisions of this section one of this act, the owner of, or operator upon any land adjoining that upon which such abandoned well may be, may enter, take possession of said abandoned well and plug the same as provided by this act, at the expense of the owner or operator whose duty it may be to plug the same. `Adjoining owner may plug abandoned well.`

SECTION 4. All acts or parts of acts inconsistent herewith are hereby repealed.

APPROVED—The 10th day of June, A. D. 1881.

HENRY M. HOYT.

———

No. 124.

AN ACT

To prohibit the sale to any person under sixteen years of age of deadly weapons, gunpowder and explosive substances, in the commonwealth of Pennsylvania.

SECTION 1. *Be it enacted, &c.,* That any person, who shall knowingly and willfully sell or cause to be sold, to any person under sixteen years of age, any cannon, revolver, pistol or other such deadly weapon, or who shall knowingly and willfully sell or cause to be sold to any such minor, any imitation or toy cannon, revolver or pistol so made, constructed or arranged as to be capable of being loaded with gunpowder or other explosive substance, cartridges, shot, slugs or balls, and being exploded, fired off and discharged, and thereby become a dangerous or deadly weapon, or who shall knowingly and willfully sell or cause to be sold to any such minor any cartridge, gunpowder or other dangerous and explosive substance, shall, in every such case, be guilty of a misdemeanor, `Sale of deadly weapons and explosives to minors prohibited.`

**Punishment.**

and upon conviction thereof shall be sentenced to pay a fine not exceeding three hundred dollars.

APPROVED—The 10th day of June, A. D. 1881.

HENRY M. HOYT.

---

## No. 125.

## AN ACT

Providing for taxing owners and harborers of dogs in cities of the commonwealth, and for the destroying of dogs.

**Cities may tax owners of dogs, &c.**

SECTION 1. *Be it enacted, &c.,* That every city of the commonwealth shall have power to pass ordinances taxing the owners and harborers of dogs and providing for the destroying of all dogs found at large, contrary to any ordinance.

**Repeal.**

SECTION 2. All acts or parts of acts inconsistent with this act be and the same are hereby repealed.

APPROVED—The 10th day of June, A. D. 1881.

HENRY M. HOYT.

---

## No. 126.

## A FURTHER SUPPLEMENT

To an act approved April twenty-ninth, Anno Domini one thousand eight hundred and seventy-four, entitled "An act to provide for the incorporation and regulation of certain corporations."

**Courts may hear and determine complaints of impurity, &c., of gas and water.**

SECTION 1. *Be it enacted, &c.,* That the provisions of the third clause of section thirty-four of the act, approved April twenty-ninth, Anno Domini one thousand eight hundred and seventy-four, entitled "An act to provide for the incorporation and regulation of certain corporations," which reads as follows: *Provided,* That the said corporations shall at all times furnish pure gas and water, and any citizen using the same may make complaint of impurity or deficiency in quantity, or both, to the court of common pleas of the proper county, by bill filed, and after hearing the parties touching the same, the said court shall have power to make such order in the premises as may seem just and equitable, and may dismiss the complaints or compel the corporation to correct the evil complained of," be and the same is hereby extended and made applicable to all gas and water companies incorporated under any of the laws of this commonwealth.

**Practice in such cases.**

**Costs.**

SECTION 2. That all proceedings authorized by said proviso shall be in accordance with the rules of equity practice now existing: *Provided,* That all lawful fees and costs accruing in such proceeding shall be taxed and allowed as provided by the equity fee bill in the respective court and paid by the unsuccessful party.

# EXHIBIT 41



**HEINONLINE**

DATE DOWNLOADED: Mon Mar 6 13:43:52 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1881 716 .

ALWD 7th ed.
, , 1881 716 .

Chicago 17th ed.
"," Delaware - General Assembly, Regular Session : 716-717

AGLC 4th ed.
'' Delaware - General Assembly, Regular Session 716.

OSCOLA 4th ed.
'' 1881 716

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

OF CRIMES AND PUNISHMENTS.

Penalty.    be found the court shall impose a fine on the person so found
guilty of the breaking and entering. not exceeding three hun-
dred dollars, or shall imprison him for a term not exceeding
three years, or both, at the discretion of the court.

*Passed at Dover, February* 24, 1881.

———

# CHAPTER 548.

## OF OFFENSES AGAINST PUBLIC JUSTICE.

Title.    AN ACT providing for the punishment of persons carrying concealed
deadly weapons.

*Be it enacted by the Senate and House of Representatives of the
State of Delaware, in General Assembly met:*

Unlawful to carry concealed deadly weapons.

Punishment.

SECTION 1. That if any person shall carry concealed a deadly
weapon upon or about his person other than an ordinary pocket
knife, or shall knowingly sell a deadly weapon to a minor other
than an ordinary pocket knife, such person shall, upon convic-
tion thereof, be fined not less than twenty-five nor more than one
hundred dollars or imprisoned in the county jail for not less than
ten nor more than thirty days, or both at the discretion of the
court: *Provided,* that the provisions of this section shall not
apply to the carrying of the usual weapons by policemen and
other peace officers.

Discharging fire-arms in any public road, a misdemeanor.

Penalty.

SECTION 2. That if any person shall, except in lawful self-
defence discharge any fire-arm in any public road in this State,
shall be deemed guilty of a misdemeanor and upon conviction
thereof shall be punished by fine not exceeding fifty dollars or
by imprisonment not exceeding one month, or both at the
discretion of the court.

Unlawful to point a gun or pistol at another.

SECTION 3. That it shall be unlawful for any person, either
in jest or otherwise, intentionally to point a gun, pistol or other
fire-arms at or towards any other person at any time or place. Any
person violating any provision of this section shall, upon convic-
tion thereof, pay a fine of not less than ten dollars nor more
than one hundred dollars and the cost of prosecution, and should

OF CRIMES AND PUNISHMENTS.

death result to any person by the discharge of such gun, pistol or other fire-arm while so pointed, the person pointing the same Penalty. shall be guilty of manslaughter when such killing shall not amount to murder, and shall be punished accordingly.

*Passed at Dover, April 8, 1881.*

---

## CHAPTER 549.

GENERAL PROVISIONS CONCERNING CRIMES AND PUNISHMENTS.

AN ACT to amend Chapter 133 of the Revised Code, (General Provisions Title. Concerning Crimes, &c.)

*Be it enacted by the Senate and House of Representatives of the State of Delaware, in General Assembly met:*

SECTION 1.   That Section 10 of Chapter 133 of the Revised Section 10, Chap. 133, Code, be amended by adding thereto as follows:  If no order R. Code, has been made by the court at the term when the sentence was amended. made, or at a succeeding term, the resident judge of the county, shall have power to make such order upon petition and proof of inability; and the said order when made and filed with the Clerk of the Peace, shall be sufficient authority for the discharge of the prisoner.   It shall be the duty of the Clerk of the Peace to furnish the sheriff at once with a certified copy of said order.

*Passed at Dover, January 26, 1881.*

# EXHIBIT 42




DATE DOWNLOADED: Mon Mar  6 13:46:27 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1881 87 .

ALWD 7th ed.
, , 1881 87 .

Chicago 17th ed.
"," Florida - 11th Session : 87-88

AGLC 4th ed.
'' Florida - 11th Session 87

OSCOLA 4th ed.
'' 1881 87

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

LAWS OF FLORIDA.

87
1881.

CHAPTER 3284—[No. 66.]

AN ACT to Make the Public Use of Indecent or Obscene Language a
Misdemeanor, and Provide for the Punishment thereof.

*The People of the State of Florida, represented in Senate
and Assembly, do enact as follows:* SECTION 1. Any person
who shall publicly use or utter any indecent or obscene lan-
guage shall be deemed guilty of a misdemeanor, and upon con-
viction thereof shall be fined in a sum not to exceed twenty-five
dollars, or be imprisoned in the county jail not exceeding thirty
days, in the discretion of the court.

Public use of
obscene lan-
guage.

Approved January 24, 1881.

———

CHAPTER 3285—[No. 67.]

AN ACT to Prevent the Selling, Hiring, Bartering, Lending or Giving
to Minors under Sixteen Years of Age, or to any Person of Unsound
Mind, Certain Fire-arms or other Dangerous Weapons.

*The People of the State of Florida, represented in Senate
and Assembly, do enact as follows:* SECTION 1. It shall be un-
lawful for any person or persons to sell, hire, barter, lend or
give to any minor under sixteen years of age any pistol, dirk
or other arm or weapon, other than an ordinary pocket-knife,
or a gun or rifle used for hunting, without the permission of
the parent of such minor, or the person having charge of such
minor, and it shall be unlawful for any person or persons to
sell, hire, barter, lend or give to any person or persons of un-
sound mind any dangerous weapon, other than an ordinary
pocket-knife.

Selling, lend-
ing, &c., wea-
pons to minors
under 16 years
without permis-
sion of parent,
unlawful.

SEC. 2. Any person or persons so offending shall be deemed
guilty of a misdemeanor, and upon conviction thereof shall
be fined not less than twenty nor more than fifty dollars, or
imprisoned in the county jail not more than three months.

Penalty.

Approved February 4, 1881.

———

CHAPTER 3286—[No. 68.]

AN ACT to Enforce a Distinctive Wrapping and Proper Labeling of
Preparations of Morphine.

WHEREAS, Numerous deaths have occurred in this State by
mistakes having been made in giving sulphate and other prep-
arations of morphine as quinine; *and whereas,* such mistakes

Preamble.

# EXHIBIT 43

 

DATE DOWNLOADED: Mon Mar  6 13:48:22 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1881 1 .

ALWD 7th ed.
, , 1881 1 .

Chicago 17th ed.
"," Illinois - 32nd General Assembly, 1st Session : 1-158

AGLC 4th ed.
'' Illinois - 32nd General Assembly, 1st Session 1

OSCOLA 4th ed.
'' 1881 1

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# CRIMINAL CODE.

### DEADLY WEAPONS.

#### REGULATES TRAFFIC AND PREVENTS SALE TO MINORS.

§ 1. Forbids possession or sale of slung-
shots or knuckles—penalty.

§ 2. Forbids sale, loan or gift to minors,
of fire-arms or other deadly weap-
ons—penalty.

§ 3. Provides for registry of sales by
dealers in deadly weapons—Form
of register—penalty for failure to
keep ame.

§ 4. Penalty for carrying deadly weap-
ons or display of same.

§ 5. Fines and penalties—how recovered
— Increased penalty for second of-
fense.

§ 6. Exempts sheriffs, coroners, consta-
bles, policemen or peace officers
from provisions of thi act.

§ 7. Repealing clause for acts in con-
flict.

In force July 1, 1881.

AN ACT *to regulate the traffic in deadly weapons, and to prevent the
sale of them to minors.*

SECTION 1. *Be it enacted by the People of the State of Illinois, rep-
resented in the General Assembly,* That whoever shall have in his
possession, or sell, give or loan, hire or barter, or whoever shall
offer to sell, give, loan, hire or barter, to any person within this
state, any slung-shot or metallic knuckles, or other deadly weapon
of like character, or any person in whose possession such weapons
shall be found, shall be guilty of a misdemeanor, and upon convic-
tion shall be fined in any sum not less than ten dollars ($10) nor
more than two hundred dollars ($200).

§ 2. Whoever, not being the father, guardian or employer of the
minor herein named, by himself or agent, shall sell, give, loan,
hire or barter, or shall offer to sell, give, loan, hire or barter to
any minor within this state, any pistol, revolver, derringer, bowie
knife, dirk or other deadly weapon of like character, capable of
being sec ted upon the person, shall be guilty of a misdemeanor,
and shall be fined in any sum not less than twenty-five dollars
($25) nor more than two hundred dollars ($200).

§ 3. All persons dealing in deadly weapons, hereinbefore men-
tioned, at retail within this state shall keep a register of all such
weapons sold or given away by them.   Such register shall contain
the date of the sale or gift, the name and age of the person to
whom the weapon is sold or given, the price of the said weapon, and
the purpose for which it is purchased or obtained.   The said
register shall be in the following form:

| No. of weapon. | To whom sold or given. | Age of purchaser. | Kind and description of weapon. | For what pur- pose purchased or obtained. | Price of weapon. |
|---|---|---|---|---|---|
| | | | | | |

Said register shall be kept open for the inspection of the public,
and all persons who may wish to examine the same may do so at
all reasonable times during business hours.   A failure to keep such
register, or to allow an examination of the same, or to record

**74**                         CRIMINAL CODE.

therein any sale or gift of a deadly weapon, or the keeping of a
false register, shall be a misdemeanor, and shall subject the offender
to a fine of not less than twenty-five dollars ($25) nor more than
two hundred dollars ($200).

§ 4.   Whoever shall carry a concealed weapon upon or about his
person of the character in this act specified, or razor as a weapon,
or whoever, in a threatening or boisterous manner, shall display or
flourish any deadly weapon, shall be guilty of a misdemeanor, and
shall be fined in any sum not less than twenty-five dollars ($25) nor
more than two hundred dollars ($200).

§ 5.   All fines and penalties specified in this act may be recov-
ered by information, complaint or indictment, or other appropriate
remedy, in any court of competent jurisdiction; and, when recovered,
shall be paid into the county treasury of the county where the con-
viction is had, and become a part of the current revenue of the
county; or the said fines and penalties may be recovered by *qui
tam* action, one-half to be paid to the informer, and the other half
to be paid into the county treasury, as aforesaid.   For a second
violation of any of the provisions of this act the offender shall be
fined in double the amount herein specified, or may be committed
to the county jail for any term not exceeding twenty days, in the
discretion of the court.

§ 6.   Section four (4) of this act shall not apply to sheriffs, coro-
ners, constables, policemen or other peace officers, while engaged in
the discharge of their official duties, or to any person summoned by
any of such officers to assist in making arrest, or preserving the
peace, while such person so summoned is engaged in assisting such
officer.

§ 7.   All acts and parts of acts in conflict with this act are here-
by repealed.

APPROVED April 16, 1881.

---

PENALTY FOR ADULTERATION OF BUTTER AND CHEESE.

| § 1. Manufacture of imitations or adul-<br>teration of butter and cheese pro-<br>hibited—Penalty. | § 2. Repealing clause.<br>In force July 1, 1881. |
|---|---|

AN ACT *to prevent the adulteration of butter and cheese, or the sale or
disposal of the same, or the manufacture or sale of any article as a
substitute for butter or cheese, or any article to be used as butter
and cheese.*

SECTION 1.   *Be it enacted by the People of the State of Illinois, rep-
resented in the General Assembly,* That whoever manufactures out of
any oleaginous substances, or any compound of the same other than
that produced from unadulterated milk, or cream from the same,

any article designed to take the place of butter or cheese produced
from pure, unadulterated milk, or cream of the same, and shall sell,
or offer for sale, the same as butter or cheese, or give to any person
the same as an article of food, as butter or cheese, shall, on con-
viction thereof, be fined not less than twenty-five dollars ($25) nor
more than two hundred dollars ($200).

§ 2.   All acts or parts of acts inconsistent with this act are hereby
repealed.

APPROVED June 1, 1881.

---

### ADULTERATION OF ARTICLES OF FOOD, DRINK OR MEDICINE.

§ 1.   Prohibits adulteration of food, and
       forbids sale of.
§ 2.   Prohibits mixing drugs and medi-
       cine.
§ 3.   Requires notice of adulterated arti-
       cles, and stamping of same when
       offered for sale.
§ 4.   Prohibits adulteration of butter and
       cheese with oleomargarine, unless
       stamped.

§ 5.   Prescribes penalty for violation of
       this act.
§ 6.   Convictions not to be had if persons
       can show a lack of knowledge of
       the law.
§ 7.   State's attorney's charged with the
       execution of law.
§ 8.   Repeals conflicting acts.
       In force July 1, 1881.

AN ACT *to prevent and punish the adulteration of articles of food,
drink and medicine, and the sale thereof when adulterated.*

SECTION 1.   *Be it enacted by the People of the State of Illinois,
represented in the General Assembly,* That no person shall mix, color,
stain or powder, or order or permit any other person in his or her
employ to mix, color, stain or powder any article of food with any
ingredient or material, so as to render the article injurious to
health, or depreciate the value thereof, with intent that the same
may be sold; and no person shall sell or offer for sale any such
article so mixed, colored, stained or powdered.

§ 2.   No person shall, except for the purpose of compounding in
the necessary preparation of medicine, mix, color, stain or powder,
or order or permit any other person to mix, color, stain or powder,
any drug or medicine with any ingredient or material, so as to
affect injuriously the quality or potency of such drug or medicine,
with intent to sell the same, or shall sell or offer for sale any such
drug or medicine so mixed, colored, stained or powdered.

§ 3.   No person shall mix, color, stain or powder any article of
food, drink or medicine, or any article which enters into the com-
position of food, drink or medicine, with any other ingredient or
material, whether injurious to health or not, for the purpose of
gain or profit, or sell, or offer the same for sale, or order or per-
mit any other person to sell or offer for sale any article so mixed,
colored, stained or powdered, unless the same be so manufactured,
used or sold, or offered for sale under its true and appropriate

# EXHIBIT 44



HEINONLINE

DATE DOWNLOADED: Mon Mar 6 15:14:54 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1883 1 .

ALWD 7th ed.
, , 1883 1 .

Chicago 17th ed.
"," Kansas - 20th Legislature, Regular Session : 1-268

AGLC 4th ed.
'' Kansas - 20th Legislature, Regular Session 1

OSCOLA 4th ed.
'' 1883 1

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

within thirty days after the said misdemeanor is alleged to have been committed.

SEC. 3. This act shall take effect and be in force from and after its publication in the official state paper.

Approved March 5, 1883.

I hereby certify that the foregoing is a true and correct copy of the original enrolled bill now on file in my office, and that the same was published in the official state paper, March 6, 1883.                JAMES SMITH, *Secretary of State.*

———  -  -    --- --   -- ---

# CHAPTER CV.

## CRIMES AND PUNISHMENTS — RELATING TO MINORS AND DEADLY WEAPONS OR TOY PISTOLS.

[House Bill No. 99.]

AN ACT to prevent selling, trading or giving deadly weapons or toy pistols to minors, and to provide punishment therefor.

*Be it enacted by the Legislature of the State of Kansas:*

SECTION 1. Any person who shall sell, trade, give, loan or otherwise furnish any pistol, revolver or toy pistol, by which cartridges or caps may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot, or other dangerous weapons to any minor, or to any person of notoriously unsound mind, shall be deemed guilty of a misdemeanor, and shall, upon conviction before any court of competent jurisdiction, be fined not less than five nor more than one hundred dollars.

SEC. 2. Any minor who shall have in his possession any pistol, revolver or toy pistol, by which cartridges may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot or other dangerous weapon, shall be deemed guilty of a misdemeanor, and upon conviction before any court of competent jurisdiction shall be fined not less than one nor more than ten dollars.

SEC. 3. This act to take effect and be in force from and after its publication in the official state paper.

Approved March 5, 1883.

# EXHIBIT 45



DATE DOWNLOADED: Mon Mar  6 15:16:55 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1883 3 .

ALWD 7th ed.
, , 1883 3 .

Chicago 17th ed.
"," Missouri - 32nd General Assembly, Regular Session : 3-226

AGLC 4th ed.
'' Missouri - 32nd General Assembly, Regular Session 3.

OSCOLA 4th ed.
'' 1883 3

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

76                              CRIMES AND CRIMINAL PROCEDURE.

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

SECTION 1.   Any person or persons doing a commission business in this
state who shall receive cattle, hogs, sheep, grain, cotton or other commodi-
ties consigned or shipped to him or them for sale on commission, and who
shall wilfully make a false return to his or their consignor or shipper, in an
account of sale or sales of any such cattle, hogs, sheep, grain, cotton or
other commodities made and rendered by such person or persons for and to
such consignor or shipper, either as to weights or prices, shall be guilty of a
misdemeanor and shall, on conviction, be punished by imprisonment in the
county jail not exceeding one year, or by a fine not exceeding five hundred
dollars nor less than two hundred dollars, or by fine not less than one hun-
dred dollars and imprisonment in the county jail not less than three months.

Approved April 2, 1883.

-------------

## CRIMES AND CRIMINAL PROCEDURE: CONCEALED WEAPONS.

AN ACT to amend section 1274, article 2, chapter 24 of the Revised Statutes of
Missouri, entitled ''Of Crimes and Criminal Procedure.''

SECTION 1.   Carrying concealed weapon. etc., penalty for increased.

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

SECTION 1.   That section 1274 of the Revised Statutes of Missouri be
and the same is hereby amended by inserting the word '' twenty '' before the
word '' five '' in the sixteenth line of said section, and by striking out the
word '' one '' in the same line and inserting in lieu thereof the word ''two,''
and by striking out the word '' three '' in the seventeenth line of said section
and inserting in lieu thereof the word ''six,'' so that said section, as
amended, shall read as follows:   Section 1274.   If any person shall carry
concealed, upon or about his person, any deadly or dangerous weapon, or
shall go into any church or place where people have assembled for religious
worship, or into any school room or place where people are assembled for
educational, literary or social purposes, or to any election precinct on any
election day, or into any court room during the sitting of court, or into any
other public assemblage of persons met for any lawful purpose other than
for militia drill or meetings called under the militia law of this state, having
upon or about his person any kind of fire arms, bowie knife, dirk, dagger,
slung-shot or other deadly weapon, or shall in the presence of one or more
persons exhibit any such weapon in a rude, angry or threatening manner, or
shall have or carry any such weapon upon or about his person when intoxi-
cated or under the influence of intoxicating drinks, or shall directly or
indirectly sell or deliver, loan or barter to any minor any such weapon, with-
out the consent of the parent or guardian of such minor, he shall, upon con-
viction, be punished by a fine of not less than twenty-five nor more than two
hundred dollars, or by imprisonment in the county jail not exceeding six
months, or by both such fine and imprisonment.

Approved March 5, 1883.

# EXHIBIT 46




DATE DOWNLOADED: Mon Mar  6 15:20:47 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1883 vol. I 290 .

ALWD 7th ed.
, , 1883 vol. I 290 .

Chicago 17th ed.
"," Wisconsin - Biennial Session, Index 1879-1883 : 290-291

AGLC 4th ed.
'' Wisconsin - Biennial Session, Index 1879-1883 290

OSCOLA 4th ed.
'' 1883 vol I 290

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

290        LAWS OF WISCONSIN.—Ch. 329 -330.

[No. 5, S.]                    [Published April 7, 1883.]
### CHAPTER 329.
AN ACT to prohibit the use and sale of pistols and revolvers.

*The people of the state of Wisconsin, represented in senate and assembly, do enact as follows:*

Relating to the sale of pistols.

SECTION 1.   It shall be unlawful for any minor, within this state, to go armed with any pistol or revolver, and it shall be the duty of all sheriffs, constables, or other public police officers, to take from any minor, any pistol or revolver, found in his possession.

SECTION 2.   It shall be unlawful for any dealer in pistols or revolvers, or any other person, to sell, loan, or give any pistol or revolver to any minor in this state.

SECTION 3.   It shall be unlawful for any person in a state of intoxication, to go armed with any pistol or revolver.   Any person violating the provisions of this act, shall be punished by imprisonment in the county jail not exceeding six months, or by fine not exceeding one hundred dollars ($100).

SECTION 4.   This act shall take effect and be in force from and after its passage and publication.

Approved April 3, 1883.

---

[No. 38, S.]                    [Published April 13, 1883.]
### CHAPTER 330.
AN ACT to provide for the punishment of attempts to commit felonies or other crimes, and amendatory of section 4385, revised statutes.

*The people of the state of Wisconsin, represented in senate and assembly, do enact as follows:*

Relating to punishment for attempt to commit felonies and other crimes.

SECTION 1.   Section 4385 of the revised statutes, is hereby amended so as to read as follows;   Section 4385.   Any person who shall assault another with intent to commit any burglary, robbery, rape or mayhem, or who shall advise or attempt to commit any arson, or any other felony, that shall fail in being committed, the punishment for which such assault, advice or attempt is not herein prescribed, shall be punished by imprisonment in the state prison not more than three years nor less than one year, or by fine, not exceeding one

Rivas Exs., Page 254

Digitized from Best Copy Available

# EXHIBIT 47



HEINONLINE

DATE DOWNLOADED: Mon Mar  6 15:22:52 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1884 86 .

ALWD 7th ed.
, , 1884 86 .

Chicago 17th ed.
"," Iowa - 20th General Assembly, Regular Session : 86-86

AGLC 4th ed.
'' Iowa - 20th General Assembly, Regular Session 86

OSCOLA 4th ed.
'' 1884 86

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

## CHAPTER 78.

### RELATING TO SALE OF FIRE ARMS TO MINORS.

H. F. 104.        AN ACT to Prohibit the Selling or Giving of Fire Arms to Minors.

*Be it enacted by the General Assembly of the State of Iowa:*

Unlawful to sell or give to minors fire arms or toy pistols.        SECTION 1.    That it shall be unlawful for any person to knowingly sell, present or give any pistol, revolver or toy pistol to any minor.

Fine or imprisonment.        SEC. 2.    Any violation of this act shall be punishable by a fine of not less than twenty-five nor more than one hundred dollars or by imprisonment in the county jail of not less than ten nor more than thirty days.

Publication.        SEC. 3.    This act being deemed of immediate importance shall be in full force and take effect from and after its publication in the Iowa State Leader and Iowa State Register, newspapers published at Des Moines, Iowa.

Approved, March 29, 1884.

I hereby certify that the foregoing act was published in the *Iowa State Leader* April 2, and *Iowa State Register* April 3, 1884.
J. A. T. HULL, *Secretary of State.*

## CHAPTER 79.

### CITIES AND TOWNS.

S. F. 380.        AN ACT to Amend Chapter ninety-five (95) of Laws of Sixteenth General Assembly.

*Be it enacted by the General Assembly of the State of Iowa:*

Chap. 95, 16th G. A., amended.        SECTION 1.    That chapter ninety-five (95) of the laws of the sixteenth general assembly be amended by striking out the number "4,500" in the fifth line of section one of said chapter

Loans.        and inserting the number "3,500" in lieu thereof.

Publication.        SEC. 2.    This act being deemed of immediate importance the same shall take effect from and after its publication in the Iowa State Register and Iowa State Leader, newspapers published in Des Moines, Iowa.

Approved, March 29, 1884.

I hereby certify that the foregoing act was published in the *Iowa State Register* April 3, and in the *Iowa State Leader* April 2, 1884.
J. A. T. HULL, *Secretary of State.*

# EXHIBIT 48



DATE DOWNLOADED: Mon Mar  6 15:28:15 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1890 412 .

ALWD 7th ed.
, , 1890 412 .

Chicago 17th ed.
"," Oklahoma - 1st Regular Session : 412-522

AGLC 4th ed.
'' Oklahoma - 1st Regular Session 412.

OSCOLA 4th ed.
'' 1890 412

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

(2430) § **6.** Every person who, with intent to extort any money or other property from another, sends to any person any letter or other writing, whether subscribed or not, expressing or implying, or adapted to imply, any threat, such as is specified in the second section of this article, is punishable in the same manner as if such money or property were actually obtained by means of such threat.

*Chap. 25.*

*Sending threatening letter.*

(2431) § **7.** Every person who unsuccessfully attempts by means of any verbal threat such as is specified in the second section of this article, to extort money or other property from another is guilty of a misdemeanor.

*Attempting to extort money.*

ARTICLE 47.—CONCEALED WEAPONS.

| SECTION. | SECTION. |
|---|---|
| 1. Prohibited weapons enumerated. | 6. Degree of punishment. |
| 2. Same. | 7. Public buildings and gatherings. |
| 3. Minors. | 8. Intent of persons carrying weapons. |
| 4. Public officials, when privileged. | 9. Pointing weapon at another. |
| 5. Arms, when lawful to carry. | 10. Violation of certain sections. |

(2432) § **1.** It shall be unlawful for any person in the Territory of Oklahoma to carry concealed on or about his person, saddle, or saddle bags, any pistol, revolver, bowie knife, dirk, dagger, slung-shot, sword cane, spear, metal knuckles, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this article provided.

*Prohibited weapons enumerated.*

(2433) § **2.** It shall be unlawful for any person in the Territory of Oklahoma, to carry upon or about his person any pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided.

*Same.*

(2434) § **3.** It shall be unlawful for any person within this Territory, to sell or give to any minor any of the arms or weapons designated in sections one and two of this article.

*Minors.*

(2435) § **4.** Public officers while in the discharge of their duties or while going from their homes to their place of duty, or returning therefrom, shall be permitted to carry arms, but at no other time and under no other circumstances: *Provided, however,* That if any public officer be found carrying such arms while under the influence of intoxicating drinks, he shall be deemed guilty of a violation of this article as though he were a private person.

*Public officials, when privileged.*

(2436) § **5.** Persons shall be permitted to carry shot-guns or rifles for the purpose of hunting, having them repaired, or for killing animals, or for the purpose of using the same in public muster or military drills, or while travelling or removing from one place to another, and not otherwise.

*Arms, when lawful to carry.*

(2437) § **6.** Any person violating the provisions of any one of the foregoing sections, shall on the first conviction be adjudged guilty of a misdemeanor and be punished by a fine of not less than twenty-five dollars nor more than fifty dollars, or by imprisonment in the county jail not to exceed thirty days or both at the discretion of the court. On the second and every subsequent con-

*Degree of punishment.*

**Chap. 25.** viction, the party offending shall on conviction be fined not less than fifty dollars nor more than two hundred and fifty dollars or be imprisoned in the county jail not less than thirty days nor more than three months or both, at the discretion of the court.

**Public buildings and gatherings.** (2438) § **7.** It shall be unlawful for any person, except a peace officer, to carry into any church or religious assembly, any school room or other place where persons are assembled for public worship, for amusement, or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into any ball room, or to any social party or social gathering, or to any election, or to any place where intoxicating liquors are sold, or to any political convention, or to any other public assembly, any of the weapons designated in sections one and two of this article.

**Intent of persons carrying weapons.** (2439) § **8.** It shall be unlawful for any person in this Territory to carry or wear any deadly weapons or dangerous instrument whatsoever, openly or secretly, with the intent or for the avowed purpose of injuring his fellow man.

**Pointing weapons at another.** (2440) § **9.** It shall be unlawful for any person to point any pistol or any other deadly weapon whether loaded or not, at any other person or persons either in anger or otherwise.

**Violation of section seven.** (2441) § **10.** Any person violating the provisions of section seven, eight or nine of this article; shall on conviction, be punished by a fine of not less than fifty dollars, nor more than five hundred and shall be imprisoned in the county jail for not less than three not more than twelve months.

## ARTICLE 48.—FALSE PERSONATION AND CHEATS.

SECTION.
1. False impersonation, punishment for.
2. False impersonation and receiving money.
3. Personating officers and others.
4. Unlawful wearing of grand army badge.
5. Fines, how paid.
6. Obtaining property under false pretenses.

SECTION.
7. False representation of charitable purposes.
8. Falsely representing banking corporations.
9. Using false check.
10. Holding mock auction.

**Punishment for false impersonation.** (2442) § **1.** Every person who falsely personates another, and in such assumed character, either:

First. Marries or pretends to marry, or to sustain the marriage relation toward another, with or without the connivance of such other person; or,

Second. Becomes bail or surety for any party, in any proceeding whatever, before any court or officer authorized to take such bail or surety; or,

Third. Subscribes, verifies, publishes, acknowledges or proves, in the name of another person, any written instrument, with intent that the same may be delivered or used as true; or,

Fourth. Does any other act whereby, if it were done by the person falsely personated, he might in any event become liable to any suit or prosecution, or to pay any sum of money, or to incur any charge, forfeiture or penalty, or whereby any benefit might accrue to the party personating, or to any other person.

# EXHIBIT 49



DATE DOWNLOADED: Mon Feb 27 09:37:59 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1890 39 .

ALWD 7th ed.
, , 1890 39 .

Chicago 17th ed.
"," Louisiana - General Assembly, Regular Session : 39-39

AGLC 4th ed.
'' Louisiana - General Assembly, Regular Session 39

OSCOLA 4th ed.
'' 1890 39

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

## [ 39 ]

filed by the defendant, or by his counsel, the party cast in the suit, shall be considered duly notified of the judgment by the fact of its being signed by the judge;

*Provided*, that in the country parishes no execution shall issue in cases where an appeal lies, until ten days after the adjournment of the court by which the judgment was rendered, within which delay a party may take a suspensive appeal on filing petition and appeal bond as now provided by law.

*Relative to appeals in the country parishes.*

<div align="center">

S. P. HENRY,
Speaker of the House of Representatives.
JAMES JEFFRIES.
Lieut.-Governor and President of the Senate.

</div>

Approved July 1st, 1890.

<div align="center">

FRANCIS T. NICHOLLS,
Governor of the State of Louisiana.

</div>

A true copy from the original:

L. F. MASON
Secretary of State.

---

**No. 46.]**               **AN ACT**

Making it a misdemeanor for any person to sell, give or lease, to any minor, any pistol, bowie-knife, dirk or any weapon, intended to be carried or used as a concealed weapon.

SECTION 1. *Be it enacted by the General Assembly of the State of Louisiana*, That, hereafter, it shall be unlawful, for any person to sell, or lease or give through himself or any other person, any pistol, dirk, bowie-knife or any other dangerous weapon, which may be carried concealed to any person under the age of twenty-one years.

*Making it a misdemeanor to sell to any minor any pistol, bowie-knife, dirk or other weapon.*

SECTION 2. *Be it further enacted, etc*, That any person violating the provisions of this act shall be deemed guilty of a misdemeanor and upon conviction thereof, shall pay a fine of not less than twenty-five dollars nor more than one hundred dollars, and in default of the payment of said fine, by imprisonment not exceeding twenty days.

*Penalty.*

SEC. 3. *Be it further enacted, etc.,* That all laws or parts of laws in conflict with this act be and the same are hereby repealed, and that this act take effect from and after its passage.

*Repealing clause.*

<div align="center">

S. P. HENRY,
Speaker of the House of Representatives.
JAMES JEFFRIES,
Lieut.-Governor and President of the Senate.

</div>

Approved July 1, 1890.

<div align="center">

FRANCIS T. NICHOLLS,
Governor of the State of Louisiana.

</div>

A true copy from the original:

L. F. MASON,
Secretary of State.

# EXHIBIT 50




DATE DOWNLOADED: Mon Feb 27 09:43:42 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1889-1890 118 .

ALWD 7th ed.
, , 1889-1890 118 .

Chicago 17th ed.
"," Virginia - Public and Private Acts, Regular Session : 118-119

AGLC 4th ed.
" Virginia - Public and Private Acts, Regular Session 118

OSCOLA 4th ed.
" 1889-1890 118

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

118                              ACTS OF ASSEMBLY.

waiving the homestead," or "upon a claim against which the homestead cannot be demanded." This statement shall be endorsed upon the executions issued upon said judgments or decrees.

2. In any action or suit when it is not apparent from the face of the pleadings that the demand is not subject to the homestead exemption, the plaintiff shall not have the benefit of the foregoing section unless in his declaration he alleges that his demand is not subject to such homestead exemption.

3. But no presumption of non-waiver, or presumption that the judgment or decree was rendered upon a demand against which homestead could be claimed, is to be drawn from the silence of any judgment, execution, or decree on the matters provided for by this act.

Commencem't.   4. This act shall be in force from its passage.

---

CHAP. 152.—An ACT to prevent selling or furnishing cigarettes or tobacco in any form, or pistols, dirks, or bowie-knives to minors under sixteen years of age.

Approved February 28, 1890.

1. Be it enacted by the general assembly of Virginia, That if any person sell, barter, give or furnish or cause to be sold, bartered, given, or furnished to any minor under sixteen years of age cigarettes, or pistols, or dirks, or bowie-knives, having good cause to believe him or her to be a minor under sixteen years of age, said person shall be fined not less than ten nor more than one hundred dollars.

Commencem't.   2. This act shall be in force from its passage.

---

CHAP. 153.—An ACT for the relief of V. B. Gilmer, treasurer of Russell county.

Approved March 3, 1890.

1. Be it enacted by the general assembly of Virginia, That the county school board for the county of Russell be, and they are hereby, empowered to allow V. B. Gilmer, county treasurer of said county, in his annual settlement with them on account of school funds to be apportioned said county for the year eighteen hundred and ninety, a sum which shall be equal to not exceeding two per centum on school funds apportioned said county under act of March sixth, eighteen hundred and eighty-two, for the

years eighteen hundred and eighty-three, eighteen hundred and eighty-four, eighteen hundred and eighty-five, eighteen hundred and eighty-six, and eighteen hundred and eighty-seven, those being the years for which he did not receive compensation, as by law he was entitled, for disbursing said funds.

2. This act shall be in force from its passage.   *Commencem't.*

---

CHAP. 154.—An ACT to amend and re-enact section 2197 of the code of Virginia, in reference to burial of hogs that die from disease and accidental injury.

*Approved March 3, 1890.*

1. Be it enacted by the general assembly of Virginia, That section twenty-one hundred and ninety-seven of the code of Virginia, edition of eighteen hundred and eighty-seven, be amended and re-enacted so as to read as follows:

§2197. The owner of hogs that die from disease or accidental injury, knowing of such death, shall bury them not less than two feet below the surface of the ground as soon as practicable after their death, and if he fails to do so, any justice, after notice to the owner, if he can be ascertained, shall cause any such dead animal to be buried by a constable or other person to be designated for the purpose, and the constable or other person shall be entitled to recover of the owner of every hog so buried a fee of one dollar, to be recovered in the same manner as officer's fees are recovered, free from all exemptions in favor of such owner.

2. This act shall be in force from its passage.   *Commencem't.*

---

CHAP. 155.—An ACT to extend the time for making returns of assessment for the city of Norfolk and county of Norfolk.

*Approved March 3, 1890.*

1. Be it enacted by the general assembly of Virginia, That the judge of the corporation court of the city of Norfolk be, and he is hereby, authorized and empowered, in his discretion, to extend the time of making the returns of the assessment for the city of Norfolk until September first, eighteen hundred and ninety, of the assessment provided for under chapter twenty-three of the code of Virginia.   *Empowered to extend the time of making assessments.*

2. That the time for the application to said judge for

# EXHIBIT 51



**HEINONLINE**

DATE DOWNLOADED: Mon Mar  6 15:42:02 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1890 17 .

ALWD 7th ed.
, , 1890 17 .

Chicago 17th ed.
"," Wyoming - 11th Legislative Assembly : 17-220


AGLC 4th ed.
'' Wyoming - 11th Legislative Assembly 17

OSCOLA 4th ed.
'' 1890 17

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.




DATE DOWNLOADED: Mon Mar  6 15:41:04 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1890 17 .

ALWD 7th ed.
, , 1890 17 .

Chicago 17th ed.
"," Wyoming - 11th Legislative Assembly : 17-220

AGLC 4th ed.
'' Wyoming - 11th Legislative Assembly 17

OSCOLA 4th ed.
'' 1890 17

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

the territorial tax levy of the preceding year; and upon his refusal to make any of said settlements as required, such county treasurer shall be fined in any sum not less than one hundred dollars nor more than one thousand dollars for each offense, to be recovered by action in the district court, against the treasurer and his sureties by the board of county commissioners. Delinquencies on the part of any county in payment of territorial revenue shall bear interest at the rate of eight per centum per annum from the date said territorial revenue was payable to the territorial treasurer; and in case of any such delinquency on the part of any county, it shall be the duty of the attorney general to bring an action at law against such county in the name of the Territory of Wyoming to recover the amount of any such delinquency. In case any judgment is obtained in such action it shall be the duty of the board of the county commissioners of the county against which such judgment is obtained at the time of the next annual levy of taxes to cause a special levy to be made of a rate sufficient to pay said judgment and interest thereon at the rate of eight per centum per annum, which levy shall be in addition to the regular levies made in said county in said year. The board of the county commissioners of any county may without suit or action make the special levy necessary to raise the amount of any such delinquency." *Delinquent territorial revenue.* *Attorney general.* *Special levy.*

SEC. 12. This act shall take effect and be in force from and after January first, 1891. *In force.*

Approved March 14, 1890.

# CHAPTER 73.

## CRIMES AND CRIMINAL PROCEDURE.

AN ACT Defining Crimes, Regulating Criminal Procedure and for Other Purposes.

*Be it enacted by the Council and House of Representatives of the Territory of Wyoming:*

SECTION 1. In the interpretation of this act the term "anything of value" includes money, bank bills or notes, United States treasury notes and other bills, bonds or notes issued by lawful authority and intended to pass and circulate as money, goods and chattels, any promissory note, bill of exchange, order, draft, warrant, check, or bond, given for the payment of money; any receipt given for the payment of money, or other property, any right in action, things which savor of the realty, and are, at the time they are taken, a part of the freehold, whether they are of the substance or produce thereof, or affixed thereto, although there be no interval between the severing and the taking away, and every other thing of any value whatever; the words "person" and "another" *Interpretation of words.*

Digitized from Best Copy Available

LAWS OF WYOMING. 139

shall be fined not more than one hundred dollars, to which may be added imprisonment in the county jail not more than six months.

SEC. 83.   Whoever prints or publishes any advertisement of any secret drug or nostrum purporting to be for the exclusive use of females, or which cautions females against their use when in a condition of pregnancy; or in any way publishes any account or description of any drug, medicine, instrument, or apparatus for preventing conception, or for procuring abortion or miscarriage; or sells or gives away, or keeps for sale or gratuitous distribution, any newspaper, circular, pamphlet, or book containing such advertisement, account or description, or any secret drug or nostrum purporting to be exclusively for the use of females, or for preventing conception or procuring abortion or miscarriage, shall be fined not more than one hundred dollars, to which may be added imprisonment in the county jail not more than six months. *Advertising private medicines.*

SEC. 84.   Whoever, induces, decoys, procures or compels any female under eighteen years of age, or causes any female over eighteen years of age against her will, to have sexual intercourse with any person other than himself; or knowingly permits any other person to have sexual intercourse with any female of good repute for chastity, upon premises owned or controlled by him, shall be imprisoned in the penitentiary not more than five years, or may be imprisoned in the county jail not more than six months. *Procurer assignation.*

SEC. 85.   Whoever, being a male person, frequents houses of ill-fame or of assignation, or associates with females known or reputed as prostitutes, or frequents gambling houses with prostitutes, or is engaged in or about a house of prostitution, is a pimp, and shall be fined in any sum not more than one hundreds dollars, and be imprisoned in the county jail not more than sixty days. *Pimp.*

SEC. 86.   Any female who frequents or lives in houses of ill-fame, or associates with women of bad character for chastity, either in public or at a house which men of bad character frequent or visit; or who commits fornication for hire, shall be deemed a prostitute, and shall be fined not more than fifty dollars, to which may be added imprisonment in the county jail not more than thirty days. *Prostitute.*

SEC. 87.   Whoever commits the abominable and detestable crime against nature, by having carnal knowledge of a man or beast; or who being a male, carnally knows any man or woman through the anus, or in any other manner contrary to nature; and whoever entices, allures, instigates, or aids any person under the age of twenty-one years to commit masturbation or self-pollution, is guilty of sodomy and shall be imprisoned in the penitentiary not more than five years, or may be imprisoned in the county jail not more than twelve months. *Crime against nature.*

CRIMES AGAINST PUBLIC PEACE.

SEC. 88.   Whoever gives or accepts a challenge to fight a duel, or agrees to go out of the territory for the purpose of fighting a duel, or under pretense of fighting a duel, or who carries to any person a challenge to fight a duel, shall be fined in any sum not less than one hundred dollars, and be imprisoned not exceeding six months in the jail of the county. *Challenge to duel.*

SEC. 89.   Whoever fights a duel, if death do not ensue, shall be fined one hundred dollars, and be imprisoned in the jail of the county not exceeding one year. *Duelling.*

Digitized from Best Copy Available

140                                    LAWS OF WYOMING.

**Prize fight.**     SEC. 90.   Whoever engages as principal in any prize fight, or attends any such fight as a backer, trainer, second, umpire, assistant or reporter, shall be fined not more than one hundred dollars, to which may be added imprisonment in the county jail not exceeding six months.

**Affray.**     SEC. 91.   If two or more persons by agreement, fight in any public place, the persons so offending are guilty of an affray, and shall be fined not exceeding twenty dollars, or be imprisoned in the county jail not exceeding five days each.

**Riot.**     SEC. 92.   If three or more persons shall do an act in a violent or tumultous manner, they shall be deemed guilty of a riot, and shall be fined not exceeding one hundred dollars each, to which may be added imprisonment in the county jail not exceeding three months.

**Rout.**     SEC. 93.   If three or more persons shall meet together to do an unlawful act upon a common cause, and shall make advances towards the commission thereof, they shall be deemed guilty of a rout, and shall be fined not exceeding one hundred dollars each, or they may be imprisoned in the county jail not exceeding sixty days.

**Criminal provocation.**     SEC. 94.   Whoever by words, signs or gestures, provokes or attempts to provoke another, who has the present ability to do so, to commit an assault, or an assault and battery upon him, is guilty of criminal provocation, and shall be fined in any sum not exceeding twenty dollars.

**Drawing dangerous weapon.**     SEC. 95.   Whoever draws or threatens to use any pistol, dirk, knife, slung-shot or any other deadly or dangerous weapon, already drawn, upon any other person, shall be fined in any sum not more than one hundred dollars, to which may be added imprisonment in the county jail not exceeding six months; *Provided,* That the provisions of this section shall not apply to a person drawing or threatening to use such dangerous or deadly weapons in defense of his person or property, or in defense of those entitled to his protection by law.

**Carrying dangerous weapon.**     SEC. 96.   Every person, not being a traveler, who shall wear or carry any dirk, pistol, bowie-knife, dagger, sword-in-cane or any other dangerous or deadly weapon concealed, or who shall carry or wear any such weapon openly, with the intent or avowed purpose of injuring his fellow-man, shall be fined in any sum not exceeding one hundred dollars.

**Selling weapons to minors.**     SEC. 97.   It shall be unlawful for any person to sell, barter or give to any other person under the age of twenty-one years any pistol, dirk or bowie-knife, slung-shot, knucks or other deadly weapon that can be worn or carried concealed upon or about the person, or to sell, barter or give to any person under the age of sixteen years any cartridges manufactured and designed for use in a pistol; and any person who shall violate any of the provisions of this section shall be fined in any sum not more than fifty dollars.

**Disturbing meetings.**     SEC. 98.   Whoever by any loud or unnecessary talking, hallooing, or by any threatening, abusive, profane or obscene language, or violent actions, or by any other rude behavior, interrupts, molests or disturbs any collection of any inhabitants of this territory convened for the purpose of worship, or any agricultural fair or exhibition, or any person present thereat or going to or returning therefrom; or who, in like manner, interrupts, molests or disturbs any meeting

Digitized from Best Copy Available

LAWS OF WYOMING.                                        141

of inhabitants of this territory, met together for any lawful purpose, shall be fined in any sum not exceeding fifty dollars. Sextons of churches, and officers of fairs or other meetings contemplated in this section are hereby authorized to arrest any persons so disturbing such public meetings.

### CRIMES AGAINST PUBLIC JUSTICE.

SEC. 99.   Whoever, having taken a lawful oath or affirmation in any matter in which, by law, an oath or affirmation may be required, shall, upon such oath or affirmation, swear or affirm wilfully corruptly and falsely, touching a matter material to the point in question, shall be deemed guilty of perjury, and shall be imprisoned in the penitentiary not more than fourteen years.   *Perjury.*

SEC. 100.   Whoever wilfully, corruptly and falsely before any officer authorized to administer oaths, under oath or affirmation voluntarily makes any false certificate, affidavit or statement of any nature, for any purpose, in any matter where an oath is authorized to be taken, shall be deemed guilty of perjury, and shall be imprisoned in the penitentiary not more than five years.   *Voluntary perjury.*

SEC. 101.   Whoever suborns or procures any person to commit perjury is guilty of subornation of perjury, and shall be imprisoned in the penitentiary not more than fourteen years.   *Subornation of perjury.*

SEC. 102.   Whoever corruptly gives, promises or offers to any member, officer, clerk or employe of the legislature, or of either house thereof, or to any territorial or other officer, agent or employe of the territory, or person holding any office of trust or profit under the laws of this territory, or any officer intrusted with the administration of justice, or prosecuting attorney, either before or after his election, qualification, appointment or employment, any money or valuable thing; or corruptly offers or promises to do any act beneficial to any such person, to influence his action, vote, opinion or judgment in any matter pending or that might legally come before him; and whoever, being a member, officer, clerk, employe of the legislative assembly or territory, or other officer, agent or employe of the territory, or person holding any office of trust or profit under the laws of this territory, or any officer entrusted with the administration of justice, or prosecuting attorney, either before or after his election, qualification, appointment or employment, solicits or accepts any such money or valuable thing, to influence him with respect to his official duty or to influence his action, vote, opinion or judgment in any matter pending or that might legally come before him, shall be imprisoned in the penitentiary not more than fourteen years.   *Bribery of officer.*

SEC. 103.   Whoever, with intent to corrupt a grand or petit juror or a grand or petit jury, referee, master commissioner, court commissioner, arbitrator, appraiser of real or personal property, county commissioner, mayor of a city, or member of the council or board of trustees of any city or town; or, to influence him or them with respect to the discharge of his or their duty, either before or after he or they are summoned, elected, appointed, qualified or sworn, promises or offers him or them any money or valuable thing; and whoever, either before or after he is summoned, elected, appointed, qualified or sworn as a grand or petit juror, referee, master commissioner, court commissioner, arbitrator, appraiser of real or personal property, county commissioner, mayor of a city, or member of the council or board of trustees of any city or town, so-   *Bribery of juror, etc.*

Digitized from Best Copy Available

# EXHIBIT 52



DATE DOWNLOADED: Mon Feb 27 09:36:49 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1893 468 .

ALWD 7th ed.
, , 1893 468 .

Chicago 17th ed.
"," North Carolina - Public Laws and Resolutions, General Assembly : 468-468

AGLC 4th ed.
'' North Carolina - Public Laws and Resolutions, General Assembly 468

OSCOLA 4th ed.
'' 1893 468

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

## CHAPTER 512.

### An act to amend section thirteen, chapter three hundred and twenty, acts eighteen hundred and ninety-one.

*The General Assembly of North Carolina do enact:*

Chapter 320, laws 1891 (railroad commission act) amended. Telephone companies included.

SECTION 1. That chapter three hundred and twenty, section thirteen, laws eighteen hundred and ninety-one, be amended by adding after the word "telegraph" in line five, section thirteen, the words "and telephone."

To make rates for telephone lines.

SEC. 2. That section twenty-six be amended by inserting after the word "telegraph" in line seven the words "or telephone."

SEC. 3. That this act shall be in force from and after its ratification. Ratified the 6th day of March, A. D. 1893.

## CHAPTER 513.

### An act to amend chapter five hundred and thirty, laws of one thousand eight hundred and ninety-one.

*The General Assembly of North Carolina do enact:*

Chapter 530, laws 1891, amended. Appropriation for colored orphan asylum at Oxford, N. C.

SECTION 1. That chapter five hundred and thirty of the laws of one thousand eight hundred and ninety-one be and the same is hereby amended by striking out all after the word "asylum" in line two section one of said chapter down to and including the word "orphanage" in line three of said section and inserting in lieu thereof the words "located at Oxford, North Carolina," and by striking out "one thousand dollars" and inserting the words "fifteen hundred dollars," the latter sum being the entire amount of the annual appropriation to said orphanage.

SEC. 2. That this act shall be in force from and after its ratification. Ratified the 6th day of March, A. D. 1893.

## CHAPTER 514.

### An act to prevent the sale of deadly weapons to minors.

*The General Assembly of North Carolina do enact:*

Unlawful to knowingly sell, &c., to minor certain deadly weapons.

SECTION 1. That it shall be unlawful for any person, corporation or firm knowingly to sell or offer for sale, give or in any way dispose of to a minor any pistol or pistol cartridge, brass knucks, bowie-knife, dirk, loaded cane, or sling-shot.

Sec. 2. That any person, corporation or firm violating this act shall   Misdemeanor.
be guilty of a misdemeanor, and upon conviction for each and every
offence shall be fined or imprisoned, one or both, in the discretion of
the court.

Sec. 3. That this act shall be in force from and after its ratification.

Ratified the 6th day of March, A. D. 1893.

---

## CHAPTER 515.

### An act to amend chapter sixty, section three, of the laws of eighteen hundred and eighty-nine.

*The General Assembly of North Carolina do enact:*

SECTION 1. That section three, chapter sixty of the laws of one   Section 3, chapter
thousand eight hundred and eighty-nine be and the same is hereby   60, laws 1889,
(reducing school
repealed.   age of Croatan
Indians to ten
Sec. 2. That persons of the Croatan race of either sex who are not   years) repealed.
under thirteen years of age may attend the normal school for the   School age for
Croatan Indian
Croatans: *Provided,* that children not under eleven years of age may   children.
be admitted who can stand an approved examination in spelling,
reading, writing, primary geography and the fundamental rules of
arithmetic.

Sec. 3. That this act shall be in force from and after its ratification.

Ratified the 6th day of March, A. D. 1893.

---

## CHAPTER 516.

### An act to provide for the working of convicts on the public roads of Wayne county.

*The General Assembly of North Carolina do enact:*

SECTION 1. It shall be the duty of the county commissioners of   Commissioners of
Wayne county immediately after the passage of this act to provide   Wayne county
to provide means,
means and make all necessary arrangements and rules for the work-   &c., for working
ing on the public roads of said county of the convicts which shall   convicts on roads.
hereafter be sentenced to work thereon under the provisions of this
act; and to that end it shall be lawful for the said county commis-

# EXHIBIT 53



DATE DOWNLOADED: Mon Feb 27 09:41:47 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1897 221 .

ALWD 7th ed.
, , 1897 221 .

Chicago 17th ed.
"," Texas - 25th Legislature, Regular Session, General Laws : 221-222

AGLC 4th ed.
'' Texas - 25th Legislature, Regular Session, General Laws 221

OSCOLA 4th ed.
'' 1897 221

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.13068   Page 718

yeas 86, nays 1; and passed the Senate by a two-thirds vote, yeas 21, nays 6.]

[NOTE.—The foregoing act was presented to the Governor of Texas for his approval, on Friday, the twenty-first day of May, A. D. 1897, but was not signed by him nor returned to the house in which it originated with his objections thereto within the time prescribed by the Constitution, and thereupon became a law without his signature.—JNO. H. CULLOM, Acting Secretary of State.]

H. B. No. 263.]          CHAPTER 154.

An Act to prohibit persons, firms or corporations engaged in running pool or billiard tables in a public place, or for profit, knowingly permitting minors in their places of business without the written consent of their parents or guardians, and to provide a penalty therefor.

SECTION 1. *Be it enacted by the Legislature of the State of Texas:* That any person, firm, or corporation engaged in running any pool or billiard table or tables, in a public place, or for profit, or agent of such person, firm, or corporation, who shall knowingly permit any minor, without the written consent of such minor's parent or guardian, in such place of business, shall be fined not exceeding two hundred dollars.

[NOTE.—The foregoing act was presented to the Governor of Texas for his approval, on Friday, the fourteenth day of May, A. D. 1897, but was not signed by him nor returned to the house in which it originated with his objections thereto within the time prescribed by the Constitution, and thereupon became a law without his signature.—J. W. MADDEN, Secretary of State.]

Takes effect 90 days after adjournment.

H. B. No. 264.]          CHAPTER 155.

An Act to prevent the barter, sale and gift of any pistol, dirk, dagger, slung shot, sword-cane, spear, or knuckles made of any metal or hard substance to any minor without the written consent of the parent or guardian of such minor, or of some one standing in lieu thereof, and providing a penalty for the violation.

SECTION 1. *Be it enacted by the Legislature of the State of Texas:* That if any person in this State shall knowingly sell, give or barter, or cause to be sold, given or bartered to any minor, any pistol, dirk, dagger, slung shot, sword-cane, spear, or knuckles made of any metal or hard substance, bowie knife or any other knife manufactured or sold for the purpose of offense or defense, without the written consent of the parent or guardian of such minor, or of some one standing in lieu thereof, he shall be punished by fine of not less than twenty-five dollars nor more than two hundred dollars, or by imprisonment in the county jail not less than ten nor more than thirty days, or by both such fine and imprisonment. And during the time of such imprisonment such offender may be put to

3:19-cv-01226-L-AHG  Document 134-4  Filed 03/15/24  PageID.13069  Page 3
718

work upon any public work in the county in which such offense is committed.

[NOTE.—The foregoing act was presented to the Governor of Texas for his approval, on Friday, the fourteenth day of May, A. D. 1897, but was not signed by him nor returned to the house in which it originated with his objections thereto within the time prescribed by the Constitution, and thereupon became a law without his signature.—J. W. MADDEN, Secretary of State.]

Takes effect 90 days after adjournment.

---

H. B. No. 391.]        CHAPTER 156.

An Act to relinquish the title and confirm the patents to certain lands herein named.

SECTION 1. *Be it enacted by the Legislature of the State of Texas:* That the land patents numbered three hundred and eighty-eight (388), five hundred and eighty-three (583) and five hundred and eighty-four (584), Vol. No. Four (4) (of the records of the general land office of the State of Texas), and issued to Thomas M. Joseph and Henry M. Truehart on the 20th day of December, A. D. 1859, and the 23rd day of August, A. D. 1860, covering certain lands in Galveston County, State of Texas, be, and the same are hereby confirmed, and that all right and title of the State of Texas to the lands therein named, be, and the same are hereby relinquished to the parties to whom the said patents were issued, and sale made in accordance with an act approved on the 20th day of February, A. D. 1858, and an act amendatory of the same, approved on the 1st day of February, A. D. 1860, as also by a special act of the legislature of the State of Texas, approved July 29th, A. D. 1870.

[NOTE.—The foregoing act was presented to the Governor of Texas for his approval, on Wednesday, the twelfth day of May, A. D. 1897, but was not signed by him nor returned to the house in which it originated with his objections thereto within the time prescribed by the Constitution, and thereupon became a law without his signature.—J. W. MADDEN, Secretary of State.]

Takes effect 90 days after adjournment.

---

S. S. B. No. 320.]        CHAPTER 157.

An Act to amend Title XXIII, Chapter 4, of the Revised Civil Statutes of the State of Texas, relating to county lines, by adding thereto Article 808a.

SECTION 1. *Be it enacted by the Legislature of the State of Texas:* That Chapter 4, Title XXIII, of the Revised Civil Statutes of the State of Texas, be amended by adding thereto an Article to be known as 808a, which shall read as follows:

Article 808a. Notwithstanding the preceding articles of this chapter, any county in this State may bring suit against any adjoining coun-

# EXHIBIT 54



DATE DOWNLOADED: Mon Mar  6 13:59:54 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1882 656 .

ALWD 7th ed.
, , 1882 656 .

Chicago 17th ed.
"," Maryland - General Assembly, January Session : 656-657

AGLC 4th ed.
'' Maryland - General Assembly, January Session 656

OSCOLA 4th ed.
'' 1882 656

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

656                     LAWS OF MARYLAND

### Chapter 424.

AN ACT to prohibit the sale of " Deadly Weapons to Minors."

*Cartridge toy pistol.*

SECTION 1. *Be it enacted by the General Assembly of Maryland,* That it shall be unlawful for any person or persons within the State of Maryland to manufacture or to sell, barter or give away the cartridge toy pistol to any one whomsoever.

*Prohibiting selling to minors.*

SEC. 2. *Be it enacted,* That it shall be unlawful for any person, be he or she licensed dealer or not, to sell, barter or give away any firearm whatsoever or other deadly weapons, except shot gun, fowling pieces and rifles, to any person who is a minor under the age of twenty-one years. Any person or persons violating any of the provisions of this act shall, on conviction thereof, pay a fine of not less than fifty nor more than two hundred dollars, together with the cost of prosecution, and upon failure to pay said fine and cost, be committed to jail and confined therein until such fine and costs are paid, or for the period of sixty days, whichever shall first occur.

*Effective.*

SEC. 3. *And be it enacted,* That this act shall take effect from the date of its passage.

Approved May 3, 1882.

――――――•••――――――

### Chapter 425.

AN ACT to authorize the Commissioners of Talbot county to open water courses through private property in said county to secure the proper drainage of the public roads therein.

*Open water course.*

SECTION 1. *Be it enacted by the General Assembly of Maryland,* That whenever any supervisor or contractor of the public roads in Talbot county shall find it necessary to open a water course through private property in said county, to secure the proper drainage of any public road therein, he shall forthwith so inform the County Commissioners of Talbot county, and if the owner or owners of said

# EXHIBIT 55



DATE DOWNLOADED: Mon Mar  6 14:02:27 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1882 421 .

ALWD 7th ed.
, , 1882 421 .

Chicago 17th ed.
"," West Virginia - 15th Legislature, Adjourned Session : 421-424


AGLC 4th ed.
'' West Virginia - 15th Legislature, Adjourned Session 421.

OSCOLA 4th ed.
'' 1882 421

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

of his duty as such, or by any means obstruct or impede, or attempt to obstruct or impede the administration of justice in any court, he shall be guilty of a misdemeanor, and unless otherwise provided by law he shall be fined not *Punishment prescribed.* less than twenty-five nor more than two hundred dollars, and be imprisoned in the county jail not exceeding six months.

[Approved March 29, 1882.]

[NOTE BY THE CLERK OF THE HOUSE OF DELEGATES.]

The foregoing act takes effect at the expiration of ninety days after its passage.

———

## CHAPTER CXXXV.

AN ACT amending and re-enacting section seven of chapter one hundred and forty-eight of the code of West Virginia, and adding additional sections thereto for the punishment of unlawful combinations and conspiracies to injure persons or property.

[Passed March 24, 1882.]

Be it enacted by the Legislature of West Virginia:

1. That section seven of chapter one hundred and forty- *Code amended; section 7 of chapter 148 of.* eight of the code of West Virginia be, and the same is hereby, amended and re-enacted so as to read as follows:

7. If a person carry about his person any revolver or *Deadly weapons; penalty for carrying.* other pistol, dirk, bowie knife, razor, slung shot, billy, metalic or other false knuckles, or any other dangerous or deadly weapon of like kind or character, he shall be guilty of a misdemeanor, and fined not less than twenty-five nor more than two hundred dollars, and may, at the discretion of the court, be confined in jail not less than one, nor more than twelve months; and if any person shall sell or furnish any such weapon as is hereinbefore mentioned to a person whom he knows, or has reason, from his appearance or otherwise, to believe to be under the age of twenty- *Selling certain weapons to minors; penalty.* one years, he shall be punished as hereinbefore provided; but nothing herein contained shall be so construed as to *Acts of persons to which sections do not apply.* prevent any person from keeping or carrying about his dwelling house or premises any such revolver or other pistol, or from carrying the same from the place of purchase to his dwelling house, or from his dwelling house to any place where repairing is done, to have it repaired, and back again.  And if upon the trial of an indictment for *Upon trial of indictment for carrying deadly* carrying any such pistol, dirk, razor or bowie knife, the

Digitized from Best Copy Available

cealed weapons, when jury to find accused not guilty.

defendant shall prove to the satisfaction of the jury that he is a quiet and peaceable citizen, of good character and standing in the community in which he lives, and at the time he was found with such pistol, dirk, razor or bowie knife, as charged in the indictment, he had good cause to believe and did believe that he was in danger of death or great bodily harm at the hands of another person, and that he was, in good faith, carrying such weapon for self defense and for no other purpose, the jury shall find him not guilty. But nothing in this section contained shall be so construed as to prevent any officer charged with the execution of the laws of the state from carrying a revolver or other pistol, dirk or bowie knife.

Provisions of section not to apply to officers of the law.

2. That the said chapter be and the same is hereby amended by adding thereto the following additional sections, as parts thereof, to-wit:

Additional sections added.

9. If two or more persons under the name of "Red Men," "Regulators," "Vigilance Committee," or any other name or without a name, combine or conspire together for the purpose of inflicting any punishment, or bodily injury upon any other person, or persons, or for the purpose of destroying, injuring, or taking and carrying away any property, real or personal, not their own, every such person, whether he has done any act in pursuance of such combination or conspiracy or not, shall be guilty of a misdemeanor and fined not less than fifty, nor more than five hundred dollars, and may, at the discretion of the court, be confined in jail not less than one, nor more than twelve months.

Combinations or conspiracies to injure etc, persons and property, deemed a misdemeanor.

Penalty.

10. If any person, in pursuance of such combination or conspiracy as is mentioned in the next preceding section, shall inflict any punishment or bodily injury upon another person, or shall destroy, injure, or take and carry away, any property, real or personal, not his own, he shall be guilty of a felony, and confined in the penitentiary not less than two nor more than ten years. And if, on the trial of an indictment under this section it be proved that two or more persons, the defendant being one, were present, aiding and abetting in the commission of the offense charged therein, it shall be presumed that such offense was committed in pursuance of such combination or conspiracy, in the absence of satisfactory proof to the contrary. And all persons who shall be present, aiding and abetting, at the commission of any offense mentioned in this section shall be deemed conspirators within the meaning of this, and the next preceding section.

Injury, etc, inflicted by such combination, etc, upon any person or property, deemed a felony Punishment. When such combination or conspiracy to be presumed.

Aiders and abettors deemed conspirators.

11. No person called as a witness for the state on the trial of any person for an offense mentioned in either of the two next preceding sections, shall be excused from answering any question which may be asked him as such

No witness excused from answering, because such answers would,

Digitized from Best Copy Available

witness, and which would be otherwise legal and proper, *etc., degrade him or expose him to punishment.* on the ground that the answer to such question would or might degrade him, or expose him to punishment; but no such witness, who shall fully and truly answer all such questions as may be asked him touching his connection *Such witness answering truly and fully exempted from prosecution, etc, for same offense, etc.* with, or knowledge of such combination or conspiracy, or of the commission of the offense charged in the indictment, in pursuance of such combination or conspiracy, shall thereafter be prosecuted or punished for the same offense mentioned in the indictment upon which the accused is being tried,

12. Persons offending against any of the provisions of *May be indicted jointly or separately.* the ninth and tenth sections of this chapter, may be indicted therefor, either jointly or separately.

13. If the death of any person shall result from the *If person die conspirators guilty of murder of first degree.* commission of any offense mentioned in the tenth section of this chapter, every person engaged in the commission of such offense shall be guilty of murder of the first degree, and punished as in other cases of murder of the first degree.

14. If any person by force, or other unlawful means, *To release or rescue, or attempt to release, etc., person charged, etc., with an offense under sections 9 and 10 a felony. Punishment.* shall release or rescue, or attempt to release or rescue a person in prison or other custody, charged with, or convicted of an offense under the provisions of the ninth or tenth section of this chapter, he shall be guilty of felony and confined in the penitentiary as provided in said tenth section.

15. If any person shall, by threats, menaces, or otherwise, intimidate, or attempt to intimidate, a witness for *Intimidating, etc., witness, a felony.* the state in any prosecution under the ninth, or any succeeding section of this chapter, for the purpose of preventing the attendance of such witness at the trial of such case, or shall in any way or manner prevent, or attempt to prevent, the attendance of any such witness at such trial, he shall be guilty of felony and confined in the *Punishment.* penitentiary not less than one, nor more than ten years, or he may, at the discretion of the court, be confined in the jail of the county not less than three, nor more than twelve months, and fined not less than one hundred, nor more than five thousand dollars.

16. The governor is hereby authorized, whenever in *Governor to employ any and all means, etc., to secure arrest of persons belonging to such unlawful combinations, etc.* his opinion it is proper to do so, to offer rewards, and employ special policemen and detectives, and to employ any and all means in his power, including the employment of any portion of the military forces of the state, to secure the apprehension of any and all persons belonging to any such unlawful combination, or who shall be charged with the commission of any offense mentioned in the tenth, or any succeeding section of this chapter.

[Approved March 29, 1882.]

Digitized from Best Copy Available

[NOTE BY THE CLERK OF THE HOUSE OF DELEGATES.]

The foregoing act takes effect from its passage, two-thirds of the members elected to each House, by a vote taken by yeas and nays, having so directed.

---

## CHAPTER CXXXVI.

AN ACT amending and re-enacting chapter one hundred and fifty-four of the code of West Virginia, concerning inquests on dead bodies.

[Passed March 24, 1882.]

Be it enacted by the Legislature of West Virginia:

*Code amended; chapter 154 of.* 1. That chapter one hundred and fifty-four of the code of West Virginia, be and the same is hereby amended and re-enacted so as to read as follows:

### CHAPTER CLIV.

*Of Inquest Upon Dead Bodies—Coroner; When and by Whom Appointed, &c.*

*Coroner; when and how appointed. Term of office and oath. Duty of coroner or justice upon being notified of death by violence, etc.* 1. It shall be the duty of the county court of every county, from time to time, to appoint a coroner for such county, who shall hold his office during the pleasure of said court, and shall take the oath of office prescribed for other county officers. It shall be his duty, or if he be absent, or unable to act, or the office be vacant, the duty of any justice of the peace, upon being notified the dead body of a person, whose death is supposed to have been caused by violence or other unlawful act, and not by cas-

*Warrant to issue; to whom directed and what to command.* ualty, is within his county, to forthwith issue his warrant directed to a constable thereof who shall proceed to execute and make return of the same, commanding such constable to summon twelve suitable residents of the county to be in attendance on such coroner or justice, as jurors, at a place and on a day and hour to be designated in the warrant, to make inquisition, upon the view of the body of the person named therein, or of a person unknown, as the case may be, how such person came to his death; and may, by indorsement on such warrant, or by subpœna, command the officer to whom the same is delivered, to

*Witnesses to be summoned.* summon such witnesses as the coroner or justice may designate, or as the constable may be informed, or have reason to believe, have knowledge of the circumstances attending such death, to be in attendance upon the said inquest at such time as may be designated in such indorsement or subpœna. In case of the inability or failure of

Digitized from Best Copy Available

# EXHIBIT 56



HEINONLINE

DATE DOWNLOADED: Mon Mar  6 13:38:48 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1859 vol. I 241 .

ALWD 7th ed.
, , 1859 vol. I 241 .

Chicago 17th ed.
"," Kentucky - Public Acts, Regular Session : 241-246

AGLC 4th ed.
'' Kentucky - Public Acts, Regular Session 241

OSCOLA 4th ed.
'' 1859 vol I 241

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

LAWS OF KENTUCKY.                              241

CHAPTER 33.                          1860.

AN ACT to amend an act, entitled " An act to reduce into one the several acts
in relation to the town of Harrodsburg.

*Be it enacted by the General Assembly of the Commonwealth
of Kentucky:*

§ 1. That the judicial power of said town shall be vested    <span style="float:right">Judicial pow-<br>ers vest'd in po-<br>lice court.</span>
in and exercised by a court, to be styled the Police Court
of Harrodsburg, which shall be held by a single judge, to
be elected and qualified and hold office as prescribed in the    <span style="float:right">Judge to be<br>elected.</span>
constitution of this Commonwealth. The police court of
Harrodsburg shall be a court of record, and shall have the    <span style="float:right">Jurisdiction of<br>police court.</span>
power of a quarterly judge over slaves and free negroes,
and to require security of all persons for good behavior
and to keep the peace; and in all matters of penalties for
a violation of the laws of this Commonwealth shall have
concurrent jurisdiction, with the circuit courts and justices
of the peace, of prosecutions for misdemeanors committed
in the town where the punishment of a free person is a fine
not exceeding one hundred dollars and imprisonment for
fifty days, or of a slave in any number of stripes not
exceeding thirty-nine, and exclusive jurisdiction of all
prosecutions and actions for an infraction of the by-laws or
ordinances of the town. Said court shall exercise the
power and jurisdiction of an examining court, shall have
concurrent jurisdiction with the circuit court to try vagrants;
and shall have power to take recognizances and bail bonds
from persons charged with offenses cognizable before said
court to appear and answer, and a like power to enforce a
compliance with the same that circuit courts have; and all
recognizances and bail bonds entered into to appear before
said court, where the amount of the penalty does not
exceed one hundred dollars, may be forfeited, and other
proceedings had thereon in said court to forfeit and collect
the same, as are directed by-law in similar cases in the
circuit court. The jurisdiction of said court, and the judge
thereof, in civil cases, shall be the same as that of a quar-
terly court and the judge thereof.

§ 2. The police judge shall issue his process in criminal,    <span style="float:right">Police judge to<br>issue process in<br>the name of the<br>Commonw'h, &<br>to whom direct-<br>ed.</span>
penal, and civil cases in the name of the Commonwealth,
and make the same returnable before him as police judge
of Harrodsburg; and the same shall be directed to the
sheriff, marshal, jailer, coroner, constable, or policeman of
any town, city, or county of Kentucky, and shall be exe-
cuted and returned by any of said officers, under the same
penalties as other similar process from circuit and quar-
terly courts; and all proceedings in criminal, penal, and
civil cases in said court shall be the same as directed by
law in similar cases in the circuit and quarterly courts:
*Provided, however,* That it shall not be necessary that an
indictment be found by a grand jury for the trial of any

31

242                          LAWS OF KENTUCKY.

1860.

offense of which said police court ór judge shall have juris-
diction: *And provided further*, That all prosecutions for a
violation of town ordinances shall be in the name of the
board of trustees; and said town shall be entitled to all
fines and forfeitures recovered in such cases.

**Jury may be summoned.**

§ 3. The judge of said court may authorize any of the
officers aforesaid to summon a jury in any case cognizable
before him, where a jury would be required before the cir-
cuit court, quarterly court, or a justice of the peace.

**Judge to be cl'k of his court, and his fees.**

§ 4. The judge of said court shall be the clerk of his own
court, and shall receive for services therein rendered the
same fees as the clerks of circuit courts are by law entitled
to, where the amount in controversy in a civil case before
him is fifty dollars or more; in cases of less than fifty dol-
lars, he shall receive the same fees as by law are allowed
to justices of the peace. In penal and criminal cases, he
shall be entitled to charge the following fees, to-wit: For
a warrant for a violation of the penal and criminal laws,
or the by-laws and ordinances of the town, one dollar; for
swearing a jury and presiding over the trial in any such
case, fifty cents; for a recognizance or other bond, forty
cents; for a recognizance to keep the peace, to be paid for
by the applicant therefor, fifty cents; for an order of com-
mitment in any case, fifty cents; swearing witnesses, five
cents each. All other fees of said judge shall be the same
as are by law allowed to the quarterly judge.

**Trustees to elect attorney— his duties and fees.**

§ 5. The board of trustees of said town shall elect an
attorney for said board, whose duty it shall be to give legal
advice to the board when called upon, to prosecute all per-
sons in said court charged with a violation of the criminal
and penal laws, and of the by-laws and ordinances of said
town, and institute proceedings for the enforcement and
forfeiture of recognizances and bail bonds, and the enforce-
ment and collection of all judgments against offenders;
and for his services in every case he shall be entitled to, as
his fee, the same amount allowed by law to Commonwealth
attorneys for similar services: *Provided, however*, That in all
jury trials where the said attorney does not receive a part
of the fine, there shall be taxed a fee of five dollars against
the defendant, if convicted.

**Proceedings in cases of $50 and over.**

§ 6. In all civil cases where the amount in controversy is
fifty dollars or more, there shall be the same pleadings and
proceedings by the parties, plaintiff and defendant, that are
required by law in the circuit court; and upon the filing of
every petition there shall be a tax of fifty cents paid, which
the judge of said court shall pay over to the trustee of the
jury fund, and it shall be the duty of said judge to report
to the circuit court at each term the number of petitions
filed before him since his last report.

§ 7. The fees of the judge of said court in civil cases shall be collectable at the same time and in the same manner as fees of the clerk of the circuit court are collected.

§ 8. On all judgments in criminal, penal, and civil cases, in said court, and for a breach of the by-laws and ordinances of said town, the same writs of *fieri facias* and *capias profine* shall issue as are by law allowed for the collection and enforcement of similar judgments in circuit and quarterly courts.

§ 9. The fines and forfeitures recovered in the name of the Commonwealth in said court, except the part allowed to the town attorney, are hereby granted to the board of trustees of Harrodsburg, to be by them held and appropriated for the purpose of sustaining common schools in said town, and for no other purpose; and any fund arising therefrom, which may not be needed in sustaining said common schools, shall be, by said board, invested in some safe and sure manner for such uses.

§ 10. Any officer who may execute process, writs of *fieri facias*, or *capias profine*, issued by said court, shall be entitled to the same fees as are by law allowed to sheriffs for similar services.

§ 11. The regular terms of said court shall be as follows: For the trial of civil cases, on the first Tuesday in February, May, August, and November, and continue five days, if the business of said court require it; and for the trial of criminal and penal cases, and for violations of the town ordinances, at any time three days after the service of the warrant, process, or summons, on the defendant: *Provided,* That in any such case the defendant may demand and have a speedy trial, the parties thereto having reasonable time allowed to procure the attendance of witnesses.

§ 12. Any of the officers aforesaid who shall fail, neglect, or refuse, to execute any warrant, summons, or process, and make due return of the same, shall be fined not less than twenty dollars, upon the motion, in said court, of the town attorney, or of any party aggrieved—ten days' notice in writing having been given to the said officer.

§ 13. Any officer who shall fail to collect any writ of *fieri facias*, or execute any *capias profine*, issued from said court, and make due return thereof according to law, shall, with his securities, be subject to all the damages and penalties now imposed by law upon sheriffs for failing to collect, return, and pay over money when collected on writs of *fieri facias* and *capias profine*.

§ 14. A return of "not found" on a *capias profine*, or of "no property found" in whole or in part on a *fieri facias*, issued on any judgment in said police court, shall authorize an attachment out of chancery in favor of the Commonwealth or the board of trustees of Harrodsburg, or other

1860.

plaintiff, against the choses in action and other effects of the defendant or defendants, in the same manner that the return of "no property" authorizes an attachment in chancery on judgments rendered in the circuit courts.

*Penalty for drunkenness.*

§ 15. If any person shall be drunk in the limits of said town, and disorderly on the streets or alleys thereof, he shall be fined five dollars.

*Penalty for disturbing public assemblies, &c.*

§ 16. If any person shall willfully interrupt or disturb a congregation assembled on or at any place of and for religious worship, or misuse or maltreat any person being there, or shall disturb or interrupt any lawful assembly or school or school exhibition, he shall be fined in a sum not less than ten nor more than fifty dollars, or imprisoned not less than five nor more than twenty days, or both so fined and imprisoned, at the discretion of the jury.

*Penalty for permitting free negro or slave to remain upon premises.*

§ 17. If any person shall knowingly permit any slave or free negro, of which he is not the owner or has not the control, to remain in or upon his premises, or premises over which he has control, for more than two hours, without the written consent of the owner or controller of said slave, he shall be fined five dollars: *Provided,* This section shall not be construed to prevent husbands and wives of said free negroes and slaves visiting or remaining with each other during the night or on holidays.

*Penalty for selling or giving slave liq'or.*

§ 18. If any person, not the owner of the slave, shall sell, loan, or give ardent spirits to said slave, or shall suffer or permit the slave of another to have or drink ardent spirits upon his premises, or premises under his control, he shall be fined sixty dollars; and proof of any of the offenses enumerated in this section shall be a presumption of the guilt of the defendant, until the contrary is clearly proven.

*Penalty for giving or sell'g playing cards to a slave or free negro.*

§ 19. Any person who shall give, sell, or loan any deck, or part of a deck, of playing cards, or any arrangement or devise for gambling, to a slave or free negro, shall be fined twenty dollars.

*Penalty for permitti'g slave to go at large or hire time.*

§ 20. If the owner, hirer, or controller of any slave shall suffer or permit said slave to go at large, or to hire his or her own time, or to work for himself or herself, or any other, without the consent of said owner, hirer, or controller to do the specific act or work for which said slave is engaged, the said owner, hirer, or controller shall be fined five dollars; and any person who shall hire or employ any such slave shall be fined five dollars.

*No place for the assemblage of colored persons to be erected without consent of trustees, &c.*

§ 21. No place or house for the assembly of colored persons shall hereafter be located or erected within the limits of said town, for any use or purpose whatever, without the license and consent of the board of trustees of said town; and all such houses or places now existing in said town, and the assemblies of colored persons attending the same, and all such houses or places hereafter established and the

LAWS OF KENTUCKY.                              245

persons attending the same, shall be regulated by ordinance, and also the conduct of persons going to and returning from such places, both free colored persons and slaves; and for any violation of any such ordinance, a free colored person shall be fined not less than ten dollars nor more than fifty dollars, and a slave shall receive not less than ten, nor more than thirty lashes, to be enforced before the police court of said town. And for good cause, the board of trustees may provide for the closing up any house or place of assembling of colored persons within said town, and may provide for silencing any preacher or teacher of colored persons for misconduct. And all assemblies of colored persons within said town shall be under the visitation of the police, and especially under that of the night police and watchmen.

§ 22. If any person shall sell, loan, or give, any spirituous liquors, or mixture of the same, to any minors, without the previous written consent of the father, mother, or guardian, attested by two witnesses, or shall suffer or permit any minor to have or drink any spirituous liquors, or mixture of the same, on his premises, or premises under his control, he shall be fined the sum of thirty dollars; and if he be a vender of ardent spirits by license, he shall be fined sixty dollars. *Penalty for giving or selling liquor to minors.*

§ 23. If any person, other than the parent or guardian, shall sell, give, or loan, any pistol, dirk, bowie-knife, brass-knucks, slung-shot, colt, cane-gun, or other deadly weapon, which is carried concealed, to any minor, or slave, or free negro, he shall be fined fifty dollars. *Penalty for giving weapons to minors and slaves.*

§ 24. If any person, other than the parent or guardian, shall sell, give, or loan, to any minor a deck, or part of a deck, of playing cards, or shall knowingly permit any minor to play cards on his premises, or premises under his control, he shall be fined ten dollars; and any minor having in his possession a deck, or part of a deck, of cards, shall be fined five dollars. *Penalty for giv'g or selling minor cards.*

§ 25. The board of trustees shall have power to appoint not more than three policemen, who shall have the same power to execute process, arrest and apprehend violators of the penal and criminal law, and laws relating to the town of Harrodsburg, and town ordinances, that marshals have. *Trustees may appoint police.*

§ 26. Upon the trial and conviction of any person in the police court of any crime or offense, he shall be committed to jail until the fine and costs are paid or replevied: *Provided*, That the imprisonment shall not be longer than at the rate of twenty-four hours for each two dollars of said fine and costs: *And provided further*, That a writ of *fieri facias* may be issued, at any time thereafter, against the estate of the defendant or defendants, for the amount of the fine and costs until the same are satisfied. *Persons convicted in police court may be committed to jail until fine is paid.*

246                    LAWS OF KENTUCKY.

1860.           § 27. It shall be the duty of all peace officers and police-
Officers to ar-  men to arrest all disorderly or drunken persons and take
rest disorderly  them before the police court, to be dealt with according to
persons.         law : *Provided*, That when any drunken or disorderly per-
son is arrested in the night time, the officer making the
arrest may commit him to the county jail, or work-house,
or watch-house, until the next morning, when he shall be
carried before the police judge or court, to be dealt with
according to law ; and the jailer of Mercer county is hereby
directed to receive such persons, when arrested and in cus-
tody of such officer, in the night time, without an order of
commitment.

                § 28. The officer executing any process requiring bail,
Officers may    shall have authority to take the bail.
take bail.
                § 29. In the absence of the police judge from town, the
Chairman of     chairman of the board of trustees of said town shall have
trustees to act the same authority and power that said judge has.
in absence of
police judge.   § 30. In all cases, civil and penal, where the judgment,
Appeals.        exclusive of costs, is twenty dollars or more, either party
may appeal to the circuit court : *Provided*, Said appeal is
taken and a copy of the record filed in said court within
sixty days from the rendition of the judgment : *And pro-
vided further*, That the party, except where the Common-
wealth is appellant, files a bond, as now required by law.

                § 31. Section 8 of the act to which this is an amendment,
Sec. 8 of act to is hereby so amended as to insert after the words, " some
which this is   newspaper of the town for two months, by successive
an amendment
amended.        weekly publications," the words, " or by the service of a
written copy of the order, signed by the chairman of the
board of trustees and attested by the clerk, upon the par-
ties to be affected thereby."

                § 32. The board of trustees shall have power to assess a
Trustees may    tax, not exceeding twenty cents, on every one hundred dol-
assess  tax  to lars of the taxable property of said town.   They shall have
pay  debts  of
town.           power to allow the marshal, in addition to his regular fees,
such compensation as to them may be proper.

                § 33. Said board shall have power to sell and convey, or
Trustees may    lease or close up, any of the alleys or parts of alleys in said
sell, convey, & town, with the consent of a majority of the qualified voters
close up streets
in said town.   thereof.

                § 34. The present officers of said town shall continue in
office and perform all the duties required under this act
until their successors are elected and qualified, as provided
by law.

                § 35. This act shall not be construed to repeal any por-
tion of the act to which this is an amendment, except those
portions which conflict with this amendment.

                § 36. This act shall be in force from its passage.

                              Approved January 12, 1860.

# EXHIBIT 57



HEINONLINE

DATE DOWNLOADED: Wed Jul  5 14:07:32 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
James T.; et al. Mitchell, Compilers. Statutes at Large of Pennsylvania from 1682 to
1801 (1700-1809).

ALWD 7th ed.
Mitchell, James T.; et al., Compilers. The Statutes at Large of Pennsylvania from
1682 to 1801 (James T. Mitchell, et al., comps.) (1700-1809).

APA 7th ed.
Mitchell, J. (1700-1809). Statutes at Large of Pennsylvania from 1682 to 1801.
Harrisburg, Clarence M. Busch.

Chicago 17th ed.
Mitchell James T.; et al., Compilers. Statutes at Large of Pennsylvania from 1682 to
1801. Harrisburg, Clarence M. Busch.

McGill Guide 9th ed.
James T.; et al. Mitchell, Compilers, Statutes at Large of Pennsylvania from 1682 to
1801 (Harrisburg: Clarence M. Busch., 1700-1809)

AGLC 4th ed.
James T.; et al. Mitchell, Compilers, Statutes at Large of Pennsylvania from 1682 to
1801 (Clarence M. Busch., 1700-1809

MLA 9th ed.
Mitchell, James T., and Compilers et al. Statutes at Large of Pennsylvania from 1682
to 1801. Harrisburg, Clarence M. Busch. HeinOnline.

OSCOLA 4th ed.
Mitchell, James T.; et al., Compilers. Statutes at Large of Pennsylvania from 1682 to
1801. Harrisburg, Clarence M. Busch.          Please note: citations are provided
as a general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

and required to appoint a time and place for election of justices of the peace for such district and give notice thereof to the freeholders, who shall hold the said election and in all things relating thereto, act and do agreeable to the directions of the act to which this act is a supplement and when they shall have elected justices they shall be deemed and taken to be justices of the peace as in and by the said act declared.

(Section VII, P. L.) And whereas it has been represented to this assembly that the inhabitants of the borough of Chester express a dissatisfaction that they have but one justice of the peace allotted to them, inasmuch as other boroughs have more:

(Section VIII, P. L.) And whereas it may happen that some district or districts may yet neglect to elect justices notwithstanding this act:

[Section IV] (Section IX, P. L.) Be it therefore enacted by the authority aforesaid, That in any or either of the said cases on application being made in writing by twenty or more of the freeholders of the borough of Chester or of any such other district to the president of this state, it shall be lawful for the president in council to appoint and commissionate one or more justice or justices of the peace as the case may require for the said borough or district respectively, anything in this or the act to which this is a supplement to the contrary notwithstanding.

Passed March 15, 1777. See the note to the Act of Assembly passed February 5, 1777, Chapter 739. The act in the text was repealed by the Act of Assembly passed March 31, 1784, Chapter 1093.

---

# CHAPTER DCCL.

AN ACT TO REGULATE THE MILITIA OF THE COMMONWEALTH OF PENNSYLVANIA.

(Section I, P. L.) Whereas a militia law upon just and equitable principles hath ever been regarded as the best security of liberty and the most effectual means of drawing forth and exerting the natural strength of a state:

(Section II, P. L.) And whereas it is the indispensable duty of the freemen of this commonwealth to be at all times prepared to resist the hostile attemps of its enemies, and more especially now when America is invaded by a powerful army of British and foreign mercenaries and the freedom handed down by our virtuous ancestors may be in danger of being wrested from us unless the strongest and most immediate efforts are made for its support:

[Section I] (Section III, P. L.) Be it enacted, and it is hereby enacted by the Representatives of the Freemen of the Commonwealth of Pennsylvania in General Assembly met, and by the authority of the same, That the president or in his absence [the] vice-president of the supreme executive council of this commonwealth shall commissionate one reputable freeholder in the city of Philadelphia and one in each county within this state to serve as lieutenant of the militia for the said city and counties respectively, who besides the powers which are given him by this act shall have the title and rank which the president and council shall confer, and also any number of persons not exceeding five for the said city and each county, qualified as aforesaid, to serve as sub-lieutenants in the said city and counties respectively, which said lieutenant and sub-lieutenants shall be respectively nominated by this house, and which lieutenant or in his absence or incapacity two or more sub-lieutenants shall have full power and authority to do and perform all and singular the duties required of them by this act except in cases where a greater number is hereby directed to join together to perform any service.

[Section II] (Section IV, P. L.) And be it further enacted by the authority aforesaid, That the said lieutenant or sub-lieutenants as aforesaid shall issue his or their warrant to the constable of each township, borough, ward or district in the said city and counties respectively or to some other suitable person, commanding him in the name of this commonwealth to deliver to him or them the said lieutenant or sub-lieutenants within ten days from and after the date of the said warrants (unless the lieutenant or sub-lieutenants shall judge a longer time to be necessary, which he is hereby empowered to grant) on oath or

affirmation, which they are also hereby empowered to administer, a true and exact list of the names and surnames of each and every male white person usually inhabiting or residing within his township, borough, ward or district between the ages of eighteen and fifty-three years capable of bearing arms.   Delegates in Congress, members of the executive council, judges of the supreme court, masters and faculty of colleges, ministers of the gospel (or clergy) of every denomination and servants purchased bona fide and for a valuable consideration only excepted.

[Section III] (Section V, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant or sub-lieutenants as aforesaid within five days after they shall become possessed of the lists aforesaid shall divide the city and counties respectively into districts, each district to contain not less than four hundred and forty nor more than six hundred and eighty privates, at the discretion of the lieutenant, and subdivide the said districts into eight parts as nearly equal as may be, paying due regard in each division to the convenience of the inhabitants.

(Section VI, P. L.) Provided always, That nothing in this act contained shall be construed to include any of the artillery companies or troops of light horse, already formed within this state nor shall prevent or restrain the said lieutenants respectively from forming a suitable number of other companies of artillery and troops of light horse in convenient places throughout the same.   And the said lieutenants shall give public notice by advertisements at ten or more of the most public places in the said districts respectively of the said divisions being made and appointing a certain day for each district not less than five days after the said notice and requiring the male white inhabitants between the ages aforesaid residing in the said divisions respectively to meet at a certain place as near the center of the said division as may be, and then and there between the hours of ten in the morning and six in the afternoon of the said day to elect by ballot three field officers:   That is to say, one colonel, one lieutenant colonel and one major, each of whom shall be a freeholder, and the inhabitants of the said sub-divisions respectively shall elect by ballot as aforesaid on the same or some other convenient day as soon as possible afterward to be

appointed by the lieutenant one captain, two lieutenants, one
ensign and two persons to be styled court martial men, who
shall respectively be such persons as are entitled to vote for
members to serve in the general assembly and each of the said
captains shall appoint a suitable person for a clerk in his com-
pany. And the said lieutenant or in his absence two or more of
the said sub-lieutenants, shall attend and superintend each
and every of the said battalion elections and shall cause
the colonels so elected in the city and counties respectively,
to meet together as soon as may be and cast lots for
rank of their battalions; and the rank of the officers in
each battalion shall be determined by the lot drawn by
their respective colonels; and the captains so elected in
the sub-divisions shall meet and cast lots for their rank
in the battalion to which they belong and the rank of the
subaltern officers of each company shall be determined by the
lot drawn by their respective captains, and the said lieutenants
shall within ten days or as soon as may be, having regard to
their local situations, transmit proper cedtificates to the presi-
dent of the supreme executive council, of the names of the per-
sons so as aforesaid elected and their rank, both of battalion
and companies in the several battalions, in order that commis-
sions may forthwith be granted to them agreeable to the said
certificates. And no militia officer shall be required to take and
subscribe any oath or affirmation at this time to qualify him to
receive a commission to act in the character to which he shall be
elected.

[Section IV] (Section VII, P. L.) And be it further enacted
by the authority aforesaid, That if any battalion or battalions,
company or companies, shall neglect or refuse to elect their offi-
cers as aforesaid then and in such case it shall and may be law-
ful for the lieutenant with the advice and consent of two or
more of the sub-lieutenants of such county where such neglect
or refusal shall be, to appoint such officers so neglected to be
chosen and certify the same to the president of the council as
aforesaid, which shall be as effectual to all intents and purposes
as if the said officers had been elected as first before directed;
and the said lieutenant shall as soon as may be acquaint the par-

Case 3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.13093   Page 352 of 718

ties so neglecting or refusing with the appointments so as aforesaid made, and the said several and respective officers elected or appointed as aforesaid shall respectively serve as officers of [*sic*] [the] militia for the space of three years, at the end of which time the lieutenant of the city and counties respectively in the manner herein before directed shall cause a new election to be held in the said city and counties respectively.   But nothing herein contained shall be construed to render any of the former officer or officers incapable of being re-elected.

[Section V] (Section VIII, P. L.) And be it further enacted by the authority aforesaid, That the rank or precedence of the officers of the city of Philadelphia and of the several counties in this commonwealth shall be determined as follows: That is to say, officers of the city of Philadelphia, the district of Southwark, the townships of the Northern Liberties, Moyamensing and Passyunk, to take rank of precedence of all other officers of equal dignity in this state, and next to them the officers of the county of Philadelphia, and so on according to the seniority of the counties respectively.

[Section VI] (Section IX, P. L.) And be it further enacted by the authority aforesaid, That the several lieutenants aforesaid shall within three days after the respective elections aforesaid cause the several companies of militia in their respective precincts to be divided by lot into eight parts, to be called classes, as nearly equal as may be and numbered from one to eight in numerical order, and the said captains shall cause the names and surnames of the persons in the respective companies with the class to which each belongeth to be returned to the said lieutenants respectively at such time as they shall appoint within six days after such divisions are made.

[Section VII] (Section X, P. L.) And be it further enacted by the authority aforesaid, That the whole of the militia so enrolled as aforesaid shall be subject to be exercised in companies under their respective officers as follows: That is to say, on the two last Mondays in the month of April and the three first Mondays in the month of May and in battalion on the fourth Monday in May, and in companies on the two last Mondays in the month of August and the two last Mondays in the month of

September and the third Monday in the month of October, and in battalion on the fourth Monday in October and on each of which days every militia-man so enrolled shall duly attend with his arms and accoutrements in good order, and a sergeant or clerk of each company is required at the end of one hour after the time appointed for the meeting of the company or battalion to call over the muster-roll of the company, noting those who are absent and on that day shall make return in writing to the captain or commanding officer then present of such absentees, and all persons so absent at the time of calling over the roll or shall depart from the parade before duly discharged shall be liable to the fines hereafter mentioned.

[Section VIII] (Section XI, P. L.) And be it further enacted by the authority aforesaid, That if any commissioned officer shall neglect or refuse to attend on any of the days appointed for exercise in companies as aforesaid (unless prevented by sickness or some other unavoidable accident) such commissioned officer shall forfeit and pay the sum of ten shillings per day, and any non-commissioned officer or private and all enrolled persons so refusing or neglecting (except as before excepted) shall forfeit and pay the sum of five shillings per day, and if on a field day or meeting in battalion, then if a field officer he shall forfeit and pay the sum of five pounds per day, and a commissioned officer under that rank the sum of fifteen shillings per day; and if a non-commissioned officer or private and enrolled person refusing to meet and exercise the sum of seven shillings and six pence per day (excepting as before excepted), the names and surnames of all which persons so incurring the said fines and penalties (except such as may have paid the same into the hands of the captain or commanding officer of the company) shall be duly returned by the captain or commanding officer of each company under his hand, together with such fines as he has received to the colonels of the battalions respectively on each field day, which said colonels or commanding officers of battalions shall on receipt of such fines and returns forthwith transmit the same to the lieutenant of the county: and the said lieutenant shall immediately after the said returns are respectively made unto him cause the same to be respectively recovered be-

fore one justice of peace nearest to the place where the delin-
quents do respectively reside as debts under forty shillings are
by law directed to be recovered, and the said lieutenant shall
twice in each year transmit the said fines when collected into
the hands of the county treasurer, who shall pay the same into
the hands of the state treasurer for the use of the state.

[Section IX] (Section XI, P. L.) And be it further enacted by
the authority aforesaid, That the master or mistress of any ap-
prentice and the father or mother of any minor who shall refuse
or neglect to attend as aforesaid, being in the service of his
father or mother, master or mistress, shall be accountable for
the fine or fines so incurred by such minor or apprentice.

[Section X] (Section XII, P. L.) And be it further enacted by
the authority aforesaid, That it shall and may be lawful for the
executive council in case of invasion or rebellion within this
state or in case the assistance of the militia of this state shall
be requested by Congress to assist the continental army in this
or any of the adjoining states, to call into actual service such
part of the militia by classes as aforesaid as to them shall seem
necessary, the first draft to be composed of the class number one
of each company, and in case the first draft shall not be suffi-
cient for the exigency, then the class number two shall be
drawn and so on by classes from time to time as occasion may
require.   And to the end that each particular draft may be
suitably officered, the following order is hereby directed and
enjoined: That is to say, For the first draft, the captain of the
first company, the first lieutenant of the second company, the
second lieutenant of the third company and the ensign of the
fourth company; for the second draft, the captain of the second
company, the first lieutenant of the first company, the second
lieutenant of the fourth company and the ensign of the third
company; for the third draft, the captain of the third company,
the first lieutenant of the fourth company, the second lieuten-
ant of the first company and the ensign of the second company;
for the fourth draft, the fourth captain, the first lieutenant of
the third company, the second lieutenant of the second com-
pany, and the ensign of the first company; for the fifth draft,
the fifth captain, the first lieutenant of the sixth company, the

6—IX

second lieutenant of the seventh company and the ensign of the eighth company; for the sixth draft, the sixth captain, the first lieutenant of the fifth company, the second lieutenant of the eighth company and the ensign of the seventh company; for the seventh draft, the captain of the seventh company, the first lieutenant of the eighth company, the second lieutenant of the fifth company and the ensign of the sixth company; for the eighth draft, the captain of the eighth company, the first lieutenant [of the seventh company, the second lieutenant] of the sixth company and the ensign of the fifth company; non-commissioned officers to take their tour of duty with the commissioned officers.   And the field officers of battalions in the city of Philadelphia and in each county of the state shall be divided in like manner, and each class to be considered as detachments from different corps liable to serve two months and to be relieved by the class next in numerical order, the relief to arrive at least two days before the expiration of the term of the class to be relieved; but nothing herein contained shall prevent the supreme executive council from employing or calling out one-half of any battalion where it may be convenient, or one-half of any company without respect to this rule whenever the exigency is too sudden to allow the assembling the scattered militia which compose the particular classes; and the militia in actual service shall receive the same pay and rations as continental troops, their pay to commence two days before their marching, and receive pay and rations at the rate of twenty miles per day till they return home.

[Section XI] (Section XIII, P. L.) Provided always, and be it further enacted by the authority aforesaid, That if after the regulation aforesaid it should so happen that substitutes cannot be found for all the enrolled militia upon the said limited drafts, then and in such case each and every of the persons who cannot yield their personal service as aforesaid nor find substitutes shall pay such sum or sums of money as each of the substitutes included in the said drafts will amount unto upon an average within each respective battalion.

(Section XIV, P. L.) Provided also, That no militia-man hav-

ing personally or by substitute served in the militia shall be obliged to serve again until by rotation it comes to his turn.

[Section XII] (Section XV, P. L.) Provided always, and be it further enacted by the authority aforesaid, That no officer serving in the militia when called out into actual service shall sit in any court-martial upon the trial of any officer or soldier serving in any of the continental forces, nor shall any officer serving in any of the continental forces or other troops in any other of the United States sit in any court-martial upon the trial of any officer or private man serving in the militia of this state.

[Section XIII] (Section XVI, P. L.) And be it further enacted by the authority aforesaid, That when any part or parts of the militia shall be called into actual service every person enrolled as aforesaid who is not an officer shall have it in his choice either to serve in person or to find a sufficient person for a substitute, which said substitute shall be approved of by the lieutenant, sub-lieutenant or by one of the field officers of the battalion to which he belongs; and if an officer, he shall find as a substitute an officer of equal rank to be approved of by the lieutenant of the county; but if any person shall neglect or refuse to serve or find such sufficient substitute in his place within three days after notice given to him, the lieutenant or sub-lieutenant of the county nearest to where such delinquent resides shall and he is hereby required to provide, hire or procure on as reasonable terms as may be a substitute for such person so refusing or neglecting, and to charge such sum or sums, together with reasonable expenses for procuring the same, to such delinquent, to be recovered by distress and sale of his goods and chattels, lands and tenements by warrant under the hands and seals of any two justices of the peace of the county where such person resides: and if such delinquent be unmarried then the said money to be recovered against him in the same [manner] as is directed by the laws of this state in cases of debts under five pounds.

(Section XVII, P. L.) Provided always, That if any person or persons shall think him, her or themselves aggrieved in the seizure of his, her or their lands and tenements, he, she, or they

may enter an appeal before the justices to the next court of common pleas for the county, and on the party's giving sufficient security within six days next after any lands and tenements shall be seized or distrained as aforesaid to prosecute such appeal with effect, the justices shall receive the same and stay further process. And the said justices shall return every such appeal on the first day of the next term, and the court shall direct a trial by a jury of the country as in other cases of debt, whose verdict shall be final and conclusive; and (except in extraordinary cases, of which the court shall be judge) all such appeals shall be tried at the term to which such returns shall be made, any law, custom or usage to the contrary notwithstanding.

[Section XIV]   (Section XVIII, P. L.)   And be it further enacted by the authority aforesaid, That arms and accoutrements sufficient for two classes in each company shall be provided at the expense of the state as soon as convenient by the lieutenant of the city of Philadelphia and of the several counties of this state, and shall be in the care and under the direction of the said lieutenants respectively and marked with the name of the county and the number of the battalion to which they belong.

[Section XV] (Section XIX, P. L.) And be it further enacted by the authority aforesaid, That if any person or persons shall sell or knowingly buy, take in exchange, conceal or otherwise receive, contrary to the true intent and meaning of this act, any arms or accoutrements belonging to this state on any account or pretense whatsoever, the person so offending, being convicted thereof before one or more justice or justices of the peace of the city or county where such offense shall be committed shall forfeit and pay for every such offense treble the value of such arms or accoutrements, to be ascertained by the said justice or justices and levied by distress and sale of the offender's goods and chattels by the justice or justices before whom such offender shall be convicted returning the overplus if any on demand, to such offender, and for want of such distress shall commit such offender to the common gaol of the county, there to remain

without bail or mainprise for any term not exceeding three months, unless such money is sooner paid.

[Section XVI] (Section XX, P. L.) And be it further enacted by the authority aforesaid, That the commissioned officers of each company shall appoint four sergeants, four corporals, one drummer and [one] fifer for their respective companies.  And all persons who have heretofore been officers in the militia under the late association if not re-elected, shall deliver up their arms, accoutrements, drums, fifes and colors if paid for by the public to the lieutenant of the county aforesaid or unto the nearest sub-lieutenant; and the lieutenant of the city of Philadelphia and the lieutenants of the several counties respectively are hereby authorized to draw on the state treasury for the purchase of such drums, fifes and colors as may afterwards be wanting to supply the companies in the city and counties respectively.

[Section XVII]   (Section XXI, P. L.)   And be it further enacted by the authority aforesaid, That the field officers of each battalion in this state shall constitute and appoint to their respective battalions one quartermaster, one adjutant, one sergeant-major, and one drum and fife major, which sergeant major and drum and fife major shall be persons experienced in the duties of their respective offices.

[Section XVIII]   (Section XXII, P. L.)   And be it further enacted by the authority aforesaid, That no militia-man shall leave the company to which he belongs or join any other under the penalty of three pounds, to be recovered before a justice of the peace of the county, unless in case of removing to some other district within this or any other state, and in such case he shall apply to the commander of such company, who shall give him a certificate of his being discharged, and if the said militia-man had been in actual service shall also certify the time thereof and how long he had continued therein.

[Section XIX]   (Section XXIII, P. L.)   And be it further enacted by the authority aforesaid, That the lieutenant or in his absence the nearest two sub-lieutenants in the city and counties respectively shall cause the constable or some other suitable person of the several townships, boroughs, wards or districts

within their respective jurisdictions to make true lists annually of all male white persons between the ages aforesaid, usually residing in their respective townships, boroughs, wards or districts, in order that such as shall then be above the age of fifty-three years, or otherwise disqualified may be discharged, and that such as are arrived to proper age or may have within the said year become residenters may be enrolled, and the constable shall be allowed five shillings only for each day he shall be faithfully employed in obtaining and returning a list of the persons of his township to be paid by the county treasurer respectively out of the moneys in his hands belonging to the state.

[Section XX] (Section XXIV, P. L.) And be it further enacted by the authority aforesaid, That no person serving as a substitute for another shall thereby be excused from serving in his own turn.

[Section XXI] (Section XXV. P. L.) And be it further enacted by the authority aforesaid, That if any militia-man when called into actual service shall absent himself or desert from the company, battalion or troop to which he belongs, the person or persons so offending shall forfeit and pay a sum equal to two month's pay and if an officer shall be cashiered.

[Section XXII]  (Section XXVI, P. L.)  And be it further enacted by the authority aforesaid, That the lieutenant with one or more of the said sub-lieutenants, together with any one justice of the peace or any two or more sub-lieutenants, together with any two justices of the peace, shall meet in the city and several counties from time to time as often as they shall find necessary for the due execution of this act and one of the said meetings in every year shall be on the last Monday in the month of July, and one other of the said meetings shall be on the third Monday in the month of December.

[Section XXIII] (Section XXVII, P. L.) And be it further enacted by the authority aforesaid, That the said lieutenant of the city and the said lieutenants for the counties respectively shall have and receive the sum of fifteen shillings per day each for their trouble and the sub-lieutenants of the said city and counties respectively shall have and receive the sum of twelve

shillings per day each for their trouble for every day in which they shall be employed in doing and performing the respective duties required of them by this act, which said sum or sums of money shall be respectively paid unto them out of the state treasury.

[Section XXVIII, P. L.) And if upon any draft of part of the militia for actual service it should happen to fall to the lot of any minor or apprentice to be so drafted and the said minor or apprentice should neglect or refuse to go, and also the parent or master or mistress refuse or neglect to find a substitute in his stead, and a substitute or substitutes having been found agreeable to the directions of this act:

[Section XXIV.] It is hereby enacted and declared, That the father or mother of such minor and the master or mistress of such apprentice shall be liable to the payment of such sum or sums of money as it shall cost to procure such substitute or substitutes; and also in case such substitute or subtitutes cannot be obtained, then to pay all such fines or sums of money as are imposed by this act on such minor or apprentice.

[Section XXV] (Section XXIX, P. L.) And be it further enacted by the authority aforesaid, That if any parent, guardian, master or mistress of any person between the ages of eighteen and twenty-one years or of any other person made liable to serve in the militia by this act shall think him or herself aggrieved by any of the rates, fines or sum or sums of money agreed for in the procuring of substitutes (and for the redress of which no express provision is already made by this act he, she or they may appeal to the lieutenants and justices aforesaid on the days and times before mentioned, who are hereby required and enjoined to give attendance from day to day as long as may be necessary at such convenient place or places as they shall appoint, of which days and places of meeting they shall cause due notice to be given to the inhabitants, and then and there the said lieutenants and justices shall hear all such appeals as may be made to them and shall moderate or remit the said rates and fines as to them shall appear just and necessary, in consideration of inability of body or estate only.

[Section XXVI] (Section XXX, P. L.) And be it further

enacted by the authority aforesaid, That on the death, removal or other incapacity of any of the lieutenants of the city and counties respectively, the sub-lieutenants shall continue to act and exercise all the authorities by this act committed to them until the general assembly and the supreme executive council shall have appointed and commissioned another lieutenant or lieutenants in his or their room or stead.

[Section XXVII] (Section XXXI, P. L.) And be it further enacted by the authority aforesaid, That all the lieutenants and sub-lieutenants to be appointed by virtue of this act shall regularly once in every six months lay their accounts of the money received and expended by them before the general assembly or any committee appointed by them for that purpose.

[Section XXVIII] (Section XXXII, P. L.) And be it further enacted by the authority aforesaid, That if any commissioned officer, non-commissioned officer or private militia-man of this state who has or hereafter may lose a limb in any engagement in the service of this state or in the service of the United States of America, or be so disabled as to render him incapable of getting a livelihood, shall receive during life or the continuation of such disability a pension not more than one-half of the monthy pay, from and after the pay as an officer or private militia-man ceases, still subject to be lowered so as to be made adequate to the necessity of such disabled officer or private militia-man by the judgment of the orphans' court of the county where such disabled officer or private militia-man shall dwell or reside; and every officer or private disabled as aforesaid shall before he be legally entitled to the pension above mentioned produce a certificate from the commanding officer who was in the same engagement in which he was wounded or from some other officer of the same corps or the surgeon that attended him; and upon such disabled officer, non-commissioned officer or private militia-man's producing such certificate as aforesaid to the orphans' court of the county where such disabled officer or private militia -man shall dwell or reside, the said court is hereby enjoined and required to give every such officer or private an order on the lieutenant of the said county for such sum or sums of money from time to time as to them shall appear just and necessary,

and the said lieutenant is hereby enjoined and required to accept and pay the said order to such officer or private, and the said lieutenant shall draw on the state treasurer as often as he shall have occasion for such sum or sums of money as he shall make appear [to the president and council to be] necessary for carrying this law into execution.

[Section XXIX] (Section XXXIII, P. L.) And be it further enacted by the authority aforesaid, That if any officer, non-commissioned officer or private militia-man residing in this state, having a family shall be killed or die of his wounds received in the service of this or the United States, a certificate from some officer who was in the same engagement in which he was so killed or wounded and died of his wounds being produced to the orphans' court and also a certificate from the overseers of the poor and two other reputable freeholders of the township, borough, ward or district where the family of such deceased officer, non-commissioned officer or private militia-man shall dwell or reside at that time, setting forth the particular circumstances of such family, the age or ages of the child or children and the necessity of granting them some support, the said orphans' court when possessed of the certificates aforesaid are hereby authorized to give [an] order in favor of such family upon the lieutenant of the county for such sum of money as they may think just and necessary for the support of such family from time to time.

Provided always, That the support granted do not exceed half the pay that such officer, non-commissioned officer or private militia-man was entitled to at the time of such killing or wounding.

[Section XXX.] Be it enacted by the authority aforesaid, That if any lieutenant, sub-lieutenant, officer of the militia or constable shall be found guilty of any fraud or wilful partiality to any person in the carrying this act into execution, or shall refuse or neglect to do and perform all and singular the duties, other than military duties, required of him or them respectively by this act, and shall be duly convicted thereof by a jury of his country before any court of record in this state, such lieutenant, sub-lieutenant, militia officer or constable shall for every such

offense be fined at the discretion of such court in any sum not exceeding fifty pounds.

[Section XXXI.] And be it further enacted by the authority aforesaid, That if any suit, or suits shall be brought or commenced against any person or persons for anything done in pursuance of this act, the action shall be laid in the county where the causes of such action did arise and not elsewhere. And the defendant or defendants in such action or actions to be brought may plead the general issue and give this act and the special matter in evidence; and if the jury shall find for the defendant or defendants in such action or actions, or if the plaintiff or plaintiffs shall be non-suited or discontinue his or their action or actions after the defendant or defendants shall have appeared, or if upon demurrer judgment shall be given against the plaintiff or plaintiffs, the defendant or defendants shall have treble costs and the like remedy for the same as any defendant or defendants hath or have in other cases to recover costs by law.

[Section XXXII.] And be it further enacted by the authority aforesaid, That the following rules and regulations shall be the rules and regulations by which the militia shall be governed:

I. If any commissioned officer make use of any profane oath or execration when on duty, he shall forfeit and pay for each and every such offense the sum of five shillings; and if a non-commissioned officer or private man be thus guilty of cursing or swearing, he shall forfeit and pay for each and every such offense the sum of one shilling.

II. Every militia-man who on any of the days of exercise shall refuse to obey the lawful commands of his superior officer may be suspended from doing duty on that day and upon conviction before a court-martial shall be fined, if a commissioned officer in a sum not exceeding three pounds, and if a non-commissioned officer or private in any sum not exceeding twenty shillings.

III. Any officer or private man who shall begin, excite, cause, join in or promote any mutiny or disturbance in the battalion, troop or company to which he belongs, or in any other battalion troop or company, shall be fined or censured according to the nature of the offense by a general or regimental court-martial.

IV. Any officer or private man who shall strike his superior

officer or draw or offer to draw or shall lift up any weapon or offer any violence against him, being in the execution of his office, shall upon a conviction before a general or regimental court-martial [be fined] in a sum not exceeding five pounds.

V. Any commanding or other officer who shall strike any inferior officer or private man when on duty, upon conviction before a general court-martial shall be fined in any sum not less than five pounds and not exceeding ten pounds.

VI. Any officer or private man who shall make use of insolent, provoking or indecent language while on duty shall suffer such censure or fine as shall be inflicted by a general or regimental court-martial according to the nature of the offense.

VII. If any officer or private man shall think himself injured by his colonel or the commanding officer of the battalion, and shall upon due application made to him be refused redress, he may complain to the lieutenant of the county who shall summon a general court-martial that justice may be done.

VIII. If any inferior officer or private man shall think himself injured by his captain or other superior officer in the battalion, troop or company to which he belongs, he may complain to the commanding officer of the battalion, who shall summon a regimental court martial for the doing justice according to the nature of the case.

IX. Any officer or private man found drunk when under arms shall be suspended from doing duty in the battalion, company or troop on that day and be fined at the discretion of a general or regimental court-martial.

X. Whatever sentinel shall be found sleeping or drunk on his post, or shall leave it before he is regularly relieved, shall be fined at the discretion of a court-martial.

XI. Whatever commissioned officer shall be convicted before a general court-martial of behaving in a scandalous or infamous manner, unbecoming the character of an officer and a gentleman, shall be cashiered or fined at the discretion of a court-martial.

XII. All disorders and neglects which officers or privatemen may be guilty of, to the prejudice of the good order and military discipline of the militia of this state, are to be taken cognizance

*The Statutes at Large of Pennsylvania.* [1776-77

of by a general or regimental court-martial, according to the nature and degree of the offense, and such officers or private men shall be fined or censured at the discretion of a court-martial.

XIII. Every general court-martial shall consist of thirteen members, six of whom shall be commissioned officers under the rank of a field officer, and six court-martial men, who shall be drawn by lot out of the whole number of the battalion, and these twelve are to choose a president, who shall be a field officer.

XIV. Every regimental court-martial shall be composed of seven members—three officers, three court-martial men and a president, who is to be a captain and to be chosen by the six.

XV. In all courts-martial not less than two-thirds of the members must agree in every sentence for inflicting any punishment or otherwise he [the culprit] shall be acquitted.

XVI. The president of each and every court-martial whether general or regimental, shall require all witnesses, in order to the trial of offenders, to declare on oath or affirmation that the evidence they shall give is the truth, the whole truth and nothing but the truth, and the members of all such courts shall take an oath or affirmation which the president is required to administer to the other members and the next in rank is required to administer to him, that they will [give] judgment with impartiality.

XVII. All members of the militia called as witnesses in any case before a court-martial who shall refuse to attend and give evidence shall be censured or fined at the discretion of the court.

XVIII. No officer or private man being charged with transgressing these rules shall be suffered to do duty in the battalion, company or troop to which he belongs until he has had his trial by a court martial, and every person so charged shall be tried as soon as a court martial can be conveniently assembled.

XIX. The officers and private men of every company of artillery or other company, troop or party that is or shall be annexed to any battalion shall be subject to the command of the colonel or commanding officer of said battalion and the officers shall sit as members of courts-martial in the same manner as the officers of any other company.

XX. No penalty shall be inflicted at the discretion of a court-martial other than degrading, cashiering or fining, the fines to the officers not to exceed ten pounds, and the fines for a non-commissioned officer or private man not to exceed five pounds for one fault.

XXI. No company or battalion shall meet at a tavern on any of the days of exercise, nor shall march to any tavern before they are discharged.

XXII. The militia on days of exercise may be detained under arms on duty in the field any time not exceeding six hours, provided they are not kept above three hours under arms at any one time without allowing them a proper time to refresh themselves.

XXIII. Adjutants, drummers and fifers shall receive the following pay for every day of service they attend their respective battalions or companies by order of the commanding officer.

An adjutant, ten shillings, a drummer three shillings, a fifer three shillings. The drum-major and fife-major of every battalion shall receive each a sum not exceeding twenty shillings per week, and be continued in pay as long as the colonels of the several battalions shall think necessary; and it is required that such drum-majors and fife-majors when not in service on days of exercise shall be diligently employed in instructing a proper number of persons for drummers and fifers of the several battalions.

XXIV. The lieutenant of the county for the time being shall have full power of pardoning or mitigating any censures or penalties ordered to be inflicted for the breach of any of these articles by any general court-martial, and every offender convicted as aforesaid by any regimental court-martial may be pardoned or have his penalties mitigated by the colonel or commanding officer of the battalion, excepting only where such censures or penalties are directed as satisfaction for injuries received by one officer or private man from another.

XXV. Upon the determination of any point by a regimental court-martial, if the officer or private man concerned on either side thinks himself still aggrieved, he may appeal to a general court-martial, but if upon a second hearing the appeal appears

groundless and vexatious, the person so appealing shall be censured at the discretion of the said general court.

XXVI. Upon the death, resignation, promotion or other removal of a field officer or any other officer or court-martial man from a battalion troop, or company, such vacancy is to be filled by the person such battalion, troop or company shall elect.

XXVII. No officer or private man shall be tried a second time for the same offense except in case of appeal.

XXVIII. All fines that shall be collected according to this act by direction of any court-martial and not otherwise appropriated shall be paid into the hands of the clerk of the company to which the offenders belong, who shall account for the same to the captain, to be applied to the purchasing powder and ball to exercise the men at proper times at shooting at marks and for prizes to the best marksmen.

The fines that shall be incurred in consequence of the breach of any of the above regulations shall be paid (if incurred by a field officer) to the clerk of that company whose captain has the first rank in the battalion or (if incurred by any other officer or private) to the clerk of the company to which they respectively belong within three weeks after they become due, but in case of neglect or refusal to pay any of the said fines, then and in such case, upon application made by the clerk to whom such fine or fines ought to have been paid it shall and may be lawful for any one justice of the peace of the county (if the fine does not exceed five pounds) or two justices (if above five pounds) by warrant under his or their hands and seals to levy such fine or fines respectively on the offender's goods and chattels and otherwise proceed in recovering the same as is by law directed in case of debts not exceeding five pounds; and when recovered the said justice or justices are required to pay such fines into the hands of the clerk who applied for the recovery; the fines so recovered from the field officers to be disposed of as the officers of the battalion shall think proper, and those recovered from the other officers and privates to be disposed of as is herein before [directed].

Passed March 17, 1777. See the Acts of Assembly passed June 19, 1777, Chapter 760; December 30, 1777, Chapter 781; April 5, 1779, Chapter 843; (repealed by the Act of Assembly passed) March 20, 1780, Chapter 902.

# EXHIBIT 58



# HEINONLINE

DATE DOWNLOADED: Wed Jul  5 15:32:08 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
James T.; et al. Mitchell, Compilers. Statutes at Large of Pennsylvania from 1682 to
1801 (1700-1809).

ALWD 7th ed.
Mitchell, James T.; et al., Compilers. The Statutes at Large of Pennsylvania from
1682 to 1801 (James T. Mitchell, et al., comps.) (1700-1809).

APA 7th ed.
Mitchell, J. (1700-1809). Statutes at Large of Pennsylvania from 1682 to 1801.
Harrisburg, Clarence M. Busch.

Chicago 17th ed.
Mitchell James T.; et al., Compilers. Statutes at Large of Pennsylvania from 1682 to
1801. Harrisburg, Clarence M. Busch.

McGill Guide 9th ed.
James T.; et al. Mitchell, Compilers, Statutes at Large of Pennsylvania from 1682 to
1801 (Harrisburg: Clarence M. Busch., 1700-1809)

AGLC 4th ed.
James T.; et al. Mitchell, Compilers, Statutes at Large of Pennsylvania from 1682 to
1801 (Clarence M. Busch., 1700-1809

MLA 9th ed.
Mitchell, James T., and Compilers et al. Statutes at Large of Pennsylvania from 1682
to 1801. Harrisburg, Clarence M. Busch. HeinOnline.

OSCOLA 4th ed.
Mitchell, James T.; et al., Compilers. Statutes at Large of Pennsylvania from 1682 to
1801. Harrisburg, Clarence M. Busch.          Please note: citations are provided
as a general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

lution of Assembly passed) June 20, 1839, P. L. 651; (the two Acts of
Assembly passed) June 21, 1839, P. L. 373, 376; July 2, 1839, P. L. 581;
(the Resolution of Assembly passed) January 31, 1840, P. L. 703;
(the Resolution of Assembly passed) May 19, 1840, P. L. 747; March
12, 1841, P. L. 78; February 10, 1843, P. L. 18; May 6, 1844, P. L.
564; (the Resolution of Assembly passed) January 6, 1845, P. L. 545;
January 4, 1847, P. L. 27; March 15, 1847, P. L. 366; February 14, 1848,
P. L. 54; March 6, 1848, P. L. 104; March 8, 1848, P. L. 119; March 18,
1848, P. L. 209; March 24, 1848, P. L. 235; April 5, 1848, P. L. 337;
April 10, 1848, P. L. 443; February 6, 1849, P. L. 40; February 19, 1849,
P. L. 74; April 5, 1849, P. L. 424; January 22, 1850, P. L. 16; April 6,
1850, P. L. 400; May 8, 1850, P. L. 713; May 13, 1850, P. L. 749; April
12, 1551, P. L. 464; February 6, 1852, P. L. 37; March 30, 1852, P. L.
207; April 1, 1852, P. L. 219; April 6, 1852, P. L. 265; April 18, 1853,
P. L. 530, 565; April 13, 1854, P. L. 352; April 21, 1854, P. L. 446; May
5, 1854, P. L. 584; March 15, 1855, P. L. 81; March 16, 1855, P. L. 92;
May 25, 1855, P. L. 473; February 12, 1856, P. L. 40; April 21, 1856,
P. L. 485; January 31, 1857, P. L. 9; April 7, 1858, P. L. 220, March
26, 1860, P. L. 270; March 31, 1860; P. L. 475; April 2, 1860, P. L. 556,
569; March 16, 1861, P. L. 132; March 20, 1863, P. L. 173; March 16,
864, P. L. 16; February 27, 1865, P. L. 74; March 16, 1866, P. L. 237;
April 4, 1866, P. L. 469; January 24, 1867, P. L. 111; February 13, 1867,
P. L. 158; April 5, 1867, P. L. 783; April 8, 1867, P. L. 905; April 10,
1867, P. L. 995; February 21, 1868, P. L. 199; March 16, 1868, P. L.
327; April 13, 1868, P. L. 876; April 14, 1868, P. L. 1094; February 11,
1869, P. L. 141; February 26, 1869, P. L. 285; March 12, 1869, P. L. 322;
March 20, 1869, P. L. 462; April 17, 1869, P. L. 1144; January 25, 1870,
P. L. 89; March 14, 1870, P. L. 432; March 27, 1872, P. L. 595; March
28, 1872, P. L. 616; April 9, 1872, P. L. 1075; March 19, 1873, P. L. 315;
March 28, 1873, P. L. 449; April 10, 1873, P. L. 734; April 18, 1873, P.
L. 811.

## CHAPTER DCCLX.

### A SUPPLEMENT TO THE ACT. ENTITLED "AN ACT TO REGULATE THE MILITIA OF THE COMMONWEALTH OF PENNSYLVANIA." [1]

(Section I, P. L.) Whereas by the said act it is provided that
each of the field officers to be elected by the militia of this state
shall be a freeholder, and it may happen that in some of the
divisions or districts out of which the several battalions in the
city of Philadelphia and the several counties of this state are
or shall be formed the greater part of the electors do incline to
serve under the command of a man of superior merit, knowledge
of military affairs, prudence and courage who is no freeholder
and it is very suitable to the genius and the general maxims of a

Passed March 17, 1777, Chapter 750.

free state especially in the military department, to prefer its officers rather on the scale of their merits than of their estates:

[Section I] Be it therefore enacted, and it is hereby enacted by the Representatives of the Freemen of the Commonwealth of Pennsylvania in General Assembly met and by the authority of the same, That from and after the publication of this act it shall be lawful to and for the inhabitants of each division or district in the said city and counties respectively at their elections of one or more field officer or officers to elect any person being a freeman in whose abilities of commanding them they shall put the highest confidence and trust for a field-officer whether he be a freeholder or not.

[Section II] (Section II, P. L.) And be it further enacted by the authority aforesaid, That the colonel or commanding officer of every battalion which has not been in due time arranged and exercised shall in lieu of the several days which by the said act of assembly for exercising the militia of this state in battalions or companies have been fixed and not observed and kept, fix, observe and keep for the purposes aforesaid a number of days equal to those that have been so lost and are elapsed as aforesaid; and that all persons who shall accordingly meet and exercise shall be and they are hereby acquitted of the fines incurred by them for not meeting and exercising on the days appointed by the aforesaid act to which this is a supplement.

[Section III] (Section III, P. L.) And be it enacted by the authority aforesaid, That any militia-man who on the day of exercise of the battalion or company shall be from home in actual service as a substitute for another shall not be fined as an absentee.

[Section IV] (Section IV, P. L.) And be it further enacted, That the captains in the several districts and sub-divisions shall from time to time enter into their muster-roll such persons living in their districts as have not been already entered agreeable to the said act and put them into that class into which the lot will cast them.

[Section V] (Section V, P. L.) And be it further enacted, That every officer (under the rank of a field-officer), non-commissioned officer and private having in his possession arms or accoutre-

ments who shall neglect or refuse to bring such arms and accoutrements to the place of parade on the days of exercise shall be liable to pay the same fines which by the act to which this is a supplement are imposed on officers and privates not attending on the days of exercise.

[Section VI] (Section VI, P. L.) And be it further enacted by the authority aforesaid, That all and every the late officers in the militia of this state who have not been re-elected at the last election of officers and shall have in their possession any drums, colors, arms or accoutrements belonging to the battalion in which they have been officers shall deliver up the same on demand to the lieutenant or sub-lieutenant or to the commanding officer of the battalion of the district wherein he doth reside under the penalty of double the value of the articles so detained, to be recovered in a summary way as the charges for procuring substitutes in the militia are directed to be recovered in and by the act of general assembly to which this is a supplement.

[Section VII] (Section VII, P. L.) And be it further enacted by the authority aforesaid, That it shall and may be lawful to and for the field-officers of each battalion to nominate and appoint one surgeon and surgeon's mate and one chaplain to their respective battalions.   And that the lieutenant and sub-lieutenants of the ctiy and counties aforesaid shall at their discretion furnish and procure carriages for the battalions or drafts of the militia when it shall be necessary.

[Section VIII] (Section VIII, P. L.) And be it further enacted by the authority aforesaid, That the commissioned officers of each company of militia shall nominate and appoint one discreet person, who shall be called the almoner, residing in the district or sub-division out of which their company is formed to take proper care of the families of such poor militia men within their respective districts as are in actual service in their own turn and to grant them such support as their necessities may require, provided that such support do not exceed the sum of ten shillings per week for any one family.   And the said officers of the company or any two of them shall make out a certificate of their nomination and appointment directed to the lieutenant of the city or county to which the company belongeth, which

certificate shall enable the person thereby appointed to draw from time to time on the lieutenant for such sum and sums of money as shall be necessary for the purpose aforesaid and he shall be liable to render an account of the moneys by him drawn for to the said lieutenants and the several lieutenants of the city and counties in this state shall lay their accounts of such their expenditures before the general assembly or a committee by them appointed for that purpose once in every six months.

(Section IX, P. L.) And whereas the fines in the said act of assembly by the fourth and fifth articles of the rules and regulations by which the militia shall be governed (which said rules and regulations are to be construed and intended as rules and regulations for the government of the militia while in training at their places of exercise and parade and not when drawn out into actual service) imposed on any officer or private who shall strike his superior officer or draw or offer to draw, or shall lift up any weapon or offer any violence against him being in the execution of his office and on any commanding or other officer who shall strike his inferior officer or a private man when on duty are not adequate to the offenses in either cases which from particular circumstances to be given in evidence to a court-martial may be aggravated or alleviated:

For remedying whereof:

[Section IX.] Be it enacted, That the officers and privates offending against either of the said recited two articles, upon conviction thereof before a court-martial shall be fined by the said court at their discretion in any sum not exceeding fifteen pounds.

[Section X] (Section X, P. L.) And be it further enacted by the authority aforesaid, That the militia of this state whilst in actual continental service shall be subject to the same rules and regulations as the continental troops are.   Provided, That upon any breach, transgression or offense of a militia-man, whether officer or private, against the rules and regulations of the continental troops the cause shall be tried and determined by a court-martial of the militia of this state except for a charge of high treason upon which he shall or may be tried by such court-

martial as the commander in chief of the army or of the post or division where the offense shall be committed shall direct.

Provided always, That it shall be in the power of the president of the executive council (if he commands the said militia in person), or in case of his absence, of the commanding officer of the militia to alter, mitigate, suspend or pardon any punishment to which any militia man may be sentenced by a general court-martial, except in the said case of high treason.

[Section XI] (Section XI, P. L.) And be it further enacted by the authority aforesaid, That the militia of the Northern Liberties of the city of Philadelphia, the district of Southwark and the townships of Moyamensing and Passyunk be and are hereby united to the city of Philadelphia [to act in conjunction with the militia of the said city] and distinct from the county of Philadelphia, that they draw lots for rank in battalion and be joined in brigade, and to act in every other matter that respects the militia law as if they were inhabitants of the said city, and to be under the jurisdiction of the lieutenant and sub-lieutenants of the city.

[Section XII] (Section XII, P. L.) And be it further enacted by the authority aforesaid, That the lieutenants of the city of Philadelphia and of each county in this state respectively are hereby directed and empowered to employ a clerk or clerks as often as occasion may require and lay their accounts before the committee of public accounts appointed by the assembly, who are empowered to adjust and settle the same as other incidental charges are settled.

[Section XIII] (Section XIII, P. L.) And be it further enacted by the authority aforesaid, That all persons employed as post-masters, post-riders or in any other necessary business in the several post-offices within this state are hereby declared to be exempted from all militia duties directed to be performed by this act or the act to which this is a supplement anything in the said acts contained to the contrary notwithstanding.

[Section XIV] (Section XVI, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant of the city of Philadelphia, with the assistance of the sub-lieutenants and the colonels of the several battalions of the said city and liber-

ties, shall out of the several battalions of militia take such a number as including the artillery companies already raised and raising, shall be sufficient to compose six companies consisting of one captain, one captain lieutenant, two lieutenants and fifty privates, each of such militia-men as [may be] judged most fit for the artillery service and most inclinable thereto and as equally from the several battalions as conveniently may be consistent with the good of the service, and shall form the same into companies of the number aforesaid, which companies when formed by the lieutenants and colonels aforesaid shall elect for themselves one colonel, one lieutenant-colonel and one major and such company officers as may be wanting to complete the said companies, and shall be called the artillery battalion and be considered a corps separate from the other battalions of the militia.   And the several captains thereof shall by order of their colonel determine their rank by lot and be numbered from one to six in numerical order and subject to be drawn forth into actual service in rotation by companies, according to their number in rank, number first in rank with class first of the militia and so on until all take their tour, or otherwise as the president or in his absence the vice-president of the supreme executive council shall direct.

[Section XV] (Section XV, P. L.) And be it further enacted by the authority aforesaid, That so much of the aforesaid [act] of general assembly to which this is a supplement as is herein altered or otherwise provided for shall be and is hereby declared to be repealed and made null and void.

Passed June 19, 1777.  See the note to the Act of Assembly passed March 17, 1777, Chapter 750.  The act in the text was repealed by the Act of Assembly passed March 20, 1780, Chapter 902.

---

## CHAPTER DCCLXI.

AN ACT TO PROHIBIT THE SALE OF GOODS, WARES AND MERCHANDISES BY PUBLIC VENDUE AND TO REGULATE PEDDLERS AND HAWKERS IN THIS STATE.

(Section I, P. L.) Whereas the practice of selling goods, wares and merchandises by public vendue, as tending to raise the price

# EXHIBIT 59



# HEINONLINE

DATE DOWNLOADED: Wed Jul  5 17:14:46 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
James T.; et al. Mitchell, Compilers. Statutes at Large of Pennsylvania from 1682 to
1801 (1700-1809).

ALWD 7th ed.
Mitchell, James T.; et al., Compilers. The Statutes at Large of Pennsylvania from
1682 to 1801 (James T. Mitchell, et al., comps.) (1700-1809).

APA 7th ed.
Mitchell, J. (1700-1809). Statutes at Large of Pennsylvania from 1682 to 1801.
Harrisburg, Clarence M. Busch.

Chicago 17th ed.
Mitchell James T.; et al., Compilers. Statutes at Large of Pennsylvania from 1682 to
1801. Harrisburg, Clarence M. Busch.

McGill Guide 9th ed.
James T.; et al. Mitchell, Compilers, Statutes at Large of Pennsylvania from 1682 to
1801 (Harrisburg: Clarence M. Busch., 1700-1809)

AGLC 4th ed.
James T.; et al. Mitchell, Compilers, Statutes at Large of Pennsylvania from 1682 to
1801 (Clarence M. Busch., 1700-1809

MLA 9th ed.
Mitchell, James T., and Compilers et al. Statutes at Large of Pennsylvania from 1682
to 1801. Harrisburg, Clarence M. Busch. HeinOnline.

OSCOLA 4th ed.
Mitchell, James T.; et al., Compilers. Statutes at Large of Pennsylvania from 1682 to
1801. Harrisburg, Clarence M. Busch.          Please note: citations are provided
as a general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

force until the end of the first sitting of the next general assembly and no longer.

> Passed January 2, 1778. See the note to the Act of Assembly passed March 17, 1757, Chapter 421; and the Acts of Assembly passed March 12, 1778, Chapter 787; September 10, 1778, Chapter 814; November 30, 1778, Chapter 821; April 5, 1779, Chapter 844.

---

## CHAPTER DCCLXXXI.

A FURTHER SUPPLEMENT TO THE ACT, ENTITLED "AN ACT TO REGULATE THE MILITIA OF THE COMMONWEALTH OF PENNSYLVANIA." [1]

(Section I, P. L.) Whereas by an act of general assembly of this commonwealth the powers given to the supreme executive council for calling out the militia into actual service are not so clearly and distinctly expressed, but that some misconstructions may arise thereon. And the mode therein prescribed for the lieutenant and sub-lieutenants to notify the different classes of the militia is found tedious and difficult:

[Section I.] (Section II, P. L.) Be it enacted, and it is hereby enacted by the Representatives of the Freemen of the Commonwealth of Pennsylvania in General Assembly met, and by the authority of the same, That whenever it may be necessary to call into actual service any part of the militia in case of rebellion in or invasion of this or any of the adjoining states, then it shall and may be lawful for the president or vice-president and council to order into actual service such part of the militia by classes of any county or counties, as the exigency may require. Provided, That the part so called doth not exceed four classes of the militia of the county or counties so called out; and provided also that such counties shall not be again called upon to furnish any more militia until an equal number of classes of the militia of the other counties respectively be first called, unless the danger of an invasion from Indians or others should make

---

[1] Passed March 17, 1777, Chapter 750.

it necessary to keep in reserve the militia of such county or counties for their own immediate defense.

[Section II.] (Section III, P. L.) And be it further enacted by the authority aforesaid, That the commanding officer of each battalion is hereby required immediately to forward the orders of the lieutenant or sub-lieutenant to the commanding officer of each company respectively, requiring him to notify the class or classes of his company then ordered to march by written notices left at their usual places of abode, specifying the time and place of rendezvous, and that the lieutenant or sub-lieutenants will hold an appeal, as hereafter directed, at the time and place therein appointed; and that the several militia officers respectively who shall be employed in notifying the militia in manner aforesaid shall receive the sum of ten shillings per diem for their trouble, to be paid to them by the lieutenants or sub-lieutenants out of the fines recovered from delinquents.

(Section IV, P. L.) And whereas the hiring of substitutes by the lieutenants and others is by experience found to have obstructed the completion of the quota of this state to the continental army to the great damage of the common cause:

Therefore:

[Section III.] (Section V, P. L.) Be it further enacted by the authority aforesaid, That if any militia-man shall neglect or refuse to march in person on the day appointed as aforesaid, such delinquent shall forfeit and pay within five days the sum of forty pounds to the lieutenant or nearest sub-lieutenant, unless he produce a sufficient substitute of or belonging to his own family. Provided nevertheless, That every person serving by substitute as aforesaid, if said substitute shall be called in his own turn into actual service before the term expires which he was to serve for his employer, that then the person procuring such substitute shall either march in his the said substitute's turn or be liable to pay his fine for neglect; which fine is to be recovered as other fines for neglect of serving are by this act directed to be recovered. Provided also, That sons, apprentices or servants who are not subject to the militia law may be admitted as substitutes for their fathers or masters if of sufficient ability of body, of which the commanding officer of the

marching class together with the lieutenant or nearest sub-lieutenant shall be judges.

(Section VI, P. L.) And whereas the mode of appeal as directed in said act is found tedious, and by the length of time allowed for holding of the same delinquents may remove and defeat the intent and meaning of the said act by not paying their fines to the great injury of this commonwealth and to the dissatisfaction of those of the good people who personally step forth in defense of their country:

Therefore:

[Section IV.] (Section VII, P. L.) Be it further enacted by the authority aforesaid, That the lienutenant or one of the sub-lieutenants shall attend at the place appointed for the different classes to rendezvous and call to his assistance two freeholders, one of whom shall be a justice of the peace, to hear and deter-mine all appeals that may be laid before them by the persons thinking themselves aggrieved by anything done in pursuance of this act, or the act to which this is a supplement; and they are hereby authorized and required to grant such relief to such appellants as to them shall appear just and reasonable, in con-sideration of inability of body and estate only.

[Section V.] (Section VIII, P. L.) And be it further enacted by the authority aforesaid, That if any delinquent shall neglect or refuse to pay the fine aforesaid within five days after the ap-peal aforesaid, it shall and may be lawful for the lieutenant or any one sub-lieutenant to issue his warrant to the sheriff, con-stable or other fit person to levy the aforesaid fine by distress and sale of the offender's goods and chattels, lands and tene-ments, together with five per cent. in full for his trouble, for levying, selling and collecting.  But if no such goods and chat-tels, lands and tenements, can be found, then to seize and take the body of such offender and commit him to the common gaol or some other place of close confinement for the space of four months unless he sooner pays the said fine; and no [process] shall issue to stay the execution of such warrant unless in the case of the seizure of real estates.

[Section VI.] (Section IX, P. L.) And be it further enacted by the authority aforesaid, That before the lieutenant or sub-lieu-

tenant and justice of the peace sit to hear and determine upon any appeal of which they are hereby directed to judge shall have taken the respective oaths or affirmations of office prescribed by the constitution, and the said freeholder before he shall sit on the said appeal shall take the following oath or affirmation, viz.:

"That he will hear and impartially determine on the cases of appeal that may be laid before him, agreeable to law and according to the best of his knowledge:"

Which oath or affirmation the said justice, lieutenant or sub-lieutenant is hereby empowered and required to administer. And the said justice and freeholder shall have and receive from the said lieutenant or sub-lieutenant the sum of twenty shillings each for each day they shall sit on the said appeals.

(Section X, P. L.) And whereas many militia-men by removing from one battalion or company to another find means to escape their tour of duty, and thereby defeat the good intent of the militia law:

Therefore:

[Section VII.] (Section XI, P. L.) Be it enacted by the authority aforesaid, That no militia-man shall withdraw himself from the company to which he belongs under the penalty of five pounds to be sued for and recovered for the use of this state by the commanding officer of the company from which he shall so withdraw himself before any justice of the peace by action of debt. Provided nevertheless, That persons removing out of the bounds of one battalion or company to another shall apply to the commanding officer of the company to which he did belong, who shall give him a discharge, certifying the class to which he belongs and whether he has served his tour of duty or not, which certificate the said militia-man shall produce to the captain or commanding officer of the company in whose bounds he next settles within ten days after his settlement under penalty of five pounds, to be recovered and applied as the aforesaid fine is directed to be recovered and applied; and the captain or commanding officer is hereby required to enroll him in the class specified in said certificate.

(Section XII, P. L.) And whereas it is found upon experience that subjecting members of the general assembly to militia

duties has a tendency to retard the public business, many of them having been called to serve their tour in the militia when their attendance at the same time is absolutely necessary in the house of assembly:

Therefore:

[Section VIII.] (Section XIII, P. L.) Be it enacted by the authority aforesaid, That members of general assembly for the time being shall be and they are hereby exempted from performing militia duties, and from all fines for any neglect thereof during the time they continue members.

[Section IX.] (Section XIV, P. L.) And be it further enacted by the authority aforesaid, That so much of the act to which this is a further supplement, as also so much of the said supplement to the said militia act as is herein or hereby amended or altered, are hereby declared to be repealed.

> Passed December 30, 1777. See the note to the Act of Assembly passed March 17, 1777, Chapter 750. The act in the text was repealed by the Act of Assembly passed March 20, 1780, Chapter 902.

---

## CHAPTER DCCLXXXII.

AN ACT FOR THE BETTER SUPPLY OF THE ARMIES OF THE UNITED STATES OF AMERICA.

(Section I, P. L.) Whereas notwithstanding the large quantities of clothing which have been seasonably ordered from Europe for the armies of the United States of America, adequate supplies have not yet been imported:

And whereas a regular and fixed mode of collecting and providing such supplies as can be furnished in this state will enable the legislature thereof to administer on any emergency more expeditously and effectually to the necessities not only of their quota of troops, but also of the rest of the army:

[Section I.] (Section II, P. L.) Be it enacted, and it is hereby enacted by the Representatives of the Freemen of the Commonwealth of Pennsylvania in General Assembly met, and by the

# EXHIBIT 60



# HEINONLINE

DATE DOWNLOADED: Wed Jul  5 18:04:13 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
James T.; et al. Mitchell, Compilers. Statutes at Large of Pennsylvania from 1682 to
1801 (1700-1809).

ALWD 7th ed.
Mitchell, James T.; et al., Compilers. The Statutes at Large of Pennsylvania from
1682 to 1801 (James T. Mitchell, et al., comps.) (1700-1809).

APA 7th ed.
Mitchell, J. (1700-1809). Statutes at Large of Pennsylvania from 1682 to 1801.
Harrisburg, Clarence M. Busch.

Chicago 17th ed.
Mitchell James T.; et al., Compilers. Statutes at Large of Pennsylvania from 1682 to
1801. Harrisburg, Clarence M. Busch.

McGill Guide 9th ed.
James T.; et al. Mitchell, Compilers, Statutes at Large of Pennsylvania from 1682 to
1801 (Harrisburg: Clarence M. Busch., 1700-1809)

AGLC 4th ed.
James T.; et al. Mitchell, Compilers, Statutes at Large of Pennsylvania from 1682 to
1801 (Clarence M. Busch., 1700-1809

MLA 9th ed.
Mitchell, James T., and Compilers et al. Statutes at Large of Pennsylvania from 1682
to 1801. Harrisburg, Clarence M. Busch. HeinOnline.

OSCOLA 4th ed.
Mitchell, James T.; et al., Compilers. Statutes at Large of Pennsylvania from 1682 to
1801. Harrisburg, Clarence M. Busch.          Please note: citations are provided
as a general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**454**       *The Statutes at Large of Pennsylvania.*       **[1793**

of their capital expended in the prosecution of the said work, and of the income and profits arising from the said toll, for and during the said respective periods, together with an exact account of the costs and charges of keeping the said bridge in repair, and all other contingent costs and charges, to the end that the clear annual income and profits thereof may be ascertained and known, and if at the end of two years after the said bridge shall be completed, it shall appear from the average profits of the said two years, that the said clear income and profits thereof will not bear a dividend of six per centum per annum on the whole capital stock of the said company so expended, then it shall and may be lawful for the president, managers and company to increase the tolls hereinabove allowed, so much upon each and every allowance thereof as will raise the dividends to six per centum per annum, and at the end of every ten years after the said bridge shall be completed, they shall render to the general assembly a like abstract of their accounts for three preceding years, and if at the end of any such decennial period, it shall appear from such abstract that the clear profits and income of the said company will bear a dividend of more than twenty-five per centum per annum, then the said tolls shall be so reduced, as will reduce the said dividend to twenty-five per centum per annum.

      Passed April 11, 1793. Recorded L. B. —, p. —. (not given.)

---

## CHAPTER MDCXCVI.

---

**AN ACT FOR THE REGULATION OF THE MILITIA OF THE COMMONWEALTH OF PENNSYLVANIA.**

Whereas a well regulated militia is the only safe and constitutional method of defending a free state, and whereas, the

Case 3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.13127   Page 386 of 718

several laws enacted by the legislature of this commonwealth
for the regulation of the militia thereof, have been found to re-
quire material alterations, in order to which it has been
thought more advisable to revise the whole system, than to
amend it by supplementary statutes: Therefore:

[Section I.]   (Section I, P. L.)  Be it enacted by the Senate
and House of Representatives of the Commonwealth of Penn-
sylvania, in General Assembly met, and it is hereby enacted
by the authority of the same, That each and every free, able-
bodied, white, male citizen of this or any other of the United
States, residing in this commonwealth, who is or shall be of the
age of eighteen years and under the age of forty-five years, ex-
cept as hereinafter excepted, shall severally and respectively be
enrolled in the militia, by the captain or commanding officer of
the company within whose bounds such citizen shall reside,
within three months after the passing of this act, and that it
shall be at all times hereafter the duty of every such captain
or commanding officer of a company, to enroll every such citi-
zen as aforesaid, and also those who shall from time to time
arrive at the age of eighteen years, or being of the age of eigh-
teen years and under the age of forty-five years, and not ex-
cepted by this act, shall come to reside within his bounds, and
shall without delay notify such citizen of the said enroll-
ment by a proper non-commissioned officer of the company,
by whom such notice may be proved; and all cases of
doubt respecting the age of any person enrolled or intended
to be enrolled, the party questioned shall prove his age
to the satisfaction of the officers of the company within whose
bounds he may reside, or a majority of them.

[Section II.]  (Section II, P. L.)  And be it further enacted
by the authority aforesaid, That the vice president of the
United States, officers, judicial and executive, of the govern-
ment of the United States, the members of both houses of con-
gress and their respective officers, judges of the supreme court,
judges of the court of common pleas, attorney general, secre-
tary and treasurer of the state, sheriffs, gaolers and keepers
of workhouses, all post-officers and stage-drivers who are em-
ployed in the care and conveyance of the mail of the post

office of the United States, all ferrymen employed at any ferry on the post roads, all inspectors of exports, all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States, ministers of religion of every denomination, professors and teachers in the university, colleges, academies and schools, the librarian of the library company of Philadelphia and of the Loganian library, and menial servants of ambassadors or ministers and consuls from foreign states, and no other person or persons, shall be, and are hereby, excepted from military duty, notwithstanding their being above the age of eighteen and under the age of forty-five years. And also all young men under the age of twenty-one years, and all servants purchased bona fide and for a valuable consideration, though enrolled agreeably to the first section of this law, shall be exempted from furnishing the necessary arms, ammunition and accoutrements, as are required by the fifth section thereof, and shall be excepted from militia duties and fines during such minority or servitude, except in cases of rebellion, or an actual or threatened invasion of this or any of the neighboring states.

[Section III.] (Section III, P. L.) And be it further enacted by the authority aforesaid, That the militia of this commonwealth shall, within the respective bounds hereinafter mentioned, be arranged into divisions, brigades, regiments, battalions and companies; that each brigade so to be formed shall consist of not less than two nor more than eight regiments; each regiment into two battalions; and each battalion into four companies, in such manner that no company shall consist of more than eighty or less than forty individuals, or as near as may be, having regard to their local situations; there shall be to each battalion at least one company of grenadiers, light infantry or riflemen, and to each division there shall be at least one company of artillery and one troop of horse, which shall be formed of volunteers from the respective brigades at the discretion of the governor, not exceeding one company of each to a regiment, nor more in number than one-eleventh part of the infantry.

Provided always, That the several volunteer corps of artillery, cavalry and infantry, which have hitherto existed in this commonwealth and have not been included in the general formation of the militia, shall continue to exist as heretofore, and retain the privileges which they have hitherto enjoyed.

[Section IV.] (Section IV, P. L.) And be it further enacted by the authority aforesaid, That the territory of this commonwealth, for the purpose of making the arrangement in the preceding section mentioned, be and is hereby divided into division bounds as follows, to wit.: The city and county of Philadelphia shall form one division; the counties of Bucks and Montgomery one other division; the counties of Chester and Delaware one other division; the counties of Lancaster and York one other division; the counties of Berks and Dauphin one other division; the counties of Cumberland and Franklin one other division; the counties of Northampton, Northumberland and Luzerne one other division; the counties of Bedford, Huntingdon and Mifflin one other division, and the counties of Westmoreland, Washington, Fayette and Allegheny one other division. The city of Philadelphia shall form a brigade, and each county shall form a brigade; provided that it shall be lawful for the governor to divide any county into two brigades, when the number of men enrolled in the militia of such county shall exceed four thousand.

[Section V.] (Section V, P. L.) And be it further enacted by the authority aforesaid, That in order that the militia may be properly armed, equipped and accoutred, every citizen enrolled and notified of this enrollment in manner aforesaid, except as is hereinbefore excepted, shall, within six months after receiving such notice, provide himself with the arms, ammunition and accoutrement hereinafter mentioned, viz.: Every non-commissioned officer and private of the infantry (including grenadiers and light infantry and of the artillery) shall have a good musket or firelock, a sufficient bayonet and belt, two spare flints and a knapsack, a pouch with a box therein, to contain not less than twenty-four cartridges suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball, or with a good rifle, knapsack,

458       *The Statutes at Large of Pennsylvania.*      [1793

shot-pouch and powder horn, twenty balls suited to the bore of his rifle and a quarter of a pound of powder; the commissioned officers of infantry shall be armed with a sword or hanger and an espontoon, and those of artillery with a sword or hanger, a fuzee, bayonet and belt, and a cartridge box to contain twelve cartridges. The commissioned officers of the several troops of horse shall furnish themselves with good horses, of at least fourteen hands and an half high, and shall be armed with a sword and a pair of pistols, the holsters of which shall be covered with bearskin caps; each light-horseman or dragoon shall furnish himself with a serviceable horse, of at least fourteen hands and an half high, a good saddle, bridle, mail pillion and valise holsters, and a breast plate and cupper, a pair of boots and spurs, a pair of pistols, a sabre and a cartouch box, to contain twelve cartridges for pistols; the artillery and horse shall be uniformly clothed in regimentals, to be furnished at their own expense, the color and fashion to be determined by the brigadier commanding the brigade to which they belong; every militiaman shall appear so armed, accoutred and provided when called out to exercise or into service (except that when called out on company days to exercise only he may appear without a knapsack) and every man so enrolled as aforesaid, and providing himself with the arms, ammunition and accoutrements required as aforesaid, shall hold the same exempted from all suits, distresses, executions, or sales for debt or the payment of taxes. Each battalion and regiment shall be provided with the state and regimental colors by the field officers, and each company with a drum and fife or bugle horn by the commissioned officers of the company; the expenses of such colors, drums, fifes or bugle horns to be repaid to the officers out of the fines incurred by this act.

Provided always, That whenever the field officers of any regiment shall judge any person enrolled therein, unable to arm and equip himself as aforesaid, such person shall not be subject to any fine for not arming, anything herein contained to the contrary notwithstanding.

[Section VI.] (Section VI, P. L.) And be it further enacted by the authority aforesaid, That the militia shall be officered as follows: To each division one major-general and two aides-de-camp, with rank of major; to each brigade one brigadier general, with one brigade inspector to serve also as brigade-major, with rank of major; to each regiment one lieutenant-colonel commandant; and to each battalion one major; to each company of infantry, (including light infantry and grenadiers) one captain, one lieutenant, one ensign, four sergeants, four corporals, one clerk, one drummer and one fifer or bugler; that their shall be a regimental staff, to consist of one adjutant and one quarter-master, to rank as lieutenants; one paymaster, one surgeon and one surgeon's mate, one sergeant major, one drum major and one fife major; there shall be to each company of artillery one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one fifer; and to each troop of horse there shall be one captain, two lieutenants, one cornet, four sergeants, four corporals, one saddler, one farrier and one trumpeter; there shall be an adjutant-general appointed for the whole militia.

[Section VII.] (Section VII, P. L.) And be it further enacted by the authority aforesaid, That the adjutant-general, major-general, brigadier-general and brigade inspectors, shall be appointed and commissioned by the governor; the division and brigade officers to be residing within their respective divisions and brigade bounds; that the majors-general shall apoint their own aides-de-camp out of the line of captains or subalterns; that the field officers of each regiment shall appoint their respective regimental staffs; that the lieutenant-colonels, majors, captains, lieutenants and ensigns, shall be elected in form and manner hereinafter mentioned and provided for; that all commissioned officers shall be commissioned for seven years, and shall take rank according to the date of their commissions, and when two of the same grade bear an equal date, then their rank shall be determined by lot to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

[Section VIII.] (Section VIII, P. L.) And be it further enacted by the authority aforesaid, That the duty of the adjutant-general shall be to distribute all orders from the governor, as commander-in-chief of the militia of the state, to the several corps; to attend all public reviews when the governor shall review the militia; to obey all orders from him relating to the carrying into execution and perfecting the system of military discipline established by this act; to furnish blank forms of the different returns that may be required, and to explain the principles on which they should be made; to receive may be furnished therewith; from all which returns he shall make a general return of all the militia of the state, and lay the same before the governor and a duplicate thereof before the president of the United States; that the said adjutant-general, before he enters upon the exercise of the duties of his office, shall give bond with two or more sufficient sureties in the penalty of five thousand dollars, conditioned for the due and faithful performance of the said duties, and shall in full compensation for his services receive a yearly salary of eight hundred dollars.

[Section IX.] (Section IX, P. L.) And be it further enacted by the authority aforesaid, That it shall be the duty of the brigade inspectors to attend the regimental and battalion meetings of the militia composing their several brigades during the time of their being under arms; to inspect their arms, ammunition and accoutrements, superintend their exercise and manoeuvres, and introduce throughout the state the system of military discipline established by this act, as well as such orders as they shall from time to time receive from the governor, as commander-in-chief of the militia, to make returns to the adjutant-general at least once in every year, and at such stated time or times as the governor shall direct, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements and ammunition of the several corps and every other thing which in his judgment may relate to their government and the general advancement of good order and military discipline; that it shall

moreover be the duty of the said brigade inspectors to super-
intend the elections of the field officers, to procure and furnish
arms, accoutrements, ammunition, drums, fifes, bugle horns,
carriages for the transportation of baggage and other articles
that may be wanted for the use of their respective brigades,
and to do all and every such other duties as are enjoined upon
them by this act, in form and manner therein prescribed; and
in full compensation for all their services each of the said
brigade inspectors shall receive the yearly salary of two hun-
dred dollars; and each of the said inspectors before he enters
upon the duties of his office shall give bond with one or more
sufficient sureties in the penal sum of one thousand dollars,
conditioned for the due and faithful performance of the said
duties and for the faithful accounting for, according to law,
and paying of all the moneys which shall come to his hands
by virtue of this act, when thereunto lawfully required; and
each of the said inspectors shall, once in every twelve months,
make out complete accounts of all the moneys received by him,
and of his expenditures, and return the same to the adjutant-
general, and on failure of accounting as aforesaid, each in-
spector shall forfeit and pay for every such neglect the sum
of fifty dollars, to be applied as other fines are directed to be
applied by this act; and on the death, removal, or resignation
of any of the said inspectors, such inspector, his executors or ad-
ministrators, shall, on the reasonable demand in writing of his
successor in office, or of any other person who shall be ap-
pointed by the governor to receive the same, deliver up to the
said successor, or other person as aforesaid, all and singular the
books, duplicates, returns and other papers belonging to or in
use in the said office, and on refusal thereof, he or they so
offending, shall forfeit the sum of one thousand dollars and the
necessary cost of prosecution, to be recovered by the said suc-
cessor in office, or other person duly authorized as aforesaid,
upon indictment, bill, plaint or information, or by action of
debt, in any court of record within this state, to be applied as
other militia fines are directed to be applied by this act, and in
case of a second refusal, such person or persons so refusing

shall suffer as well the said penalty as the further punishment of six months' imprisonment, without bail or mainprise, and the judges of the court where such penalty shall be recovered shall order the said commitment accordingly.

[Section X.] (Section X, P. L.) And be it further enacted by the authority aforesaid, That each of the said inspectors shall, on or before the first Monday in May next, and some time between the first day and last day of March in every succeeding year, issue his warrant, directed to the captain or commanding officer for the time being of each company of the several battalions, or some other fit person in his brigade, commanding him in the name of the commonwealth to deliver to him, the said inspector, within ten days from and after the date of the said warrant (on oath or affirmation, which the said inspectors are hereby severally empowered to administer), a true and exact list of the names and surnames of each and every free, able-bodied, white, male citizen of this or any other of the United States, residing within the bounds of his company, between the ages of eighteen and forty-five years, not being such as are above declared excepted from militia duty, and lay such lists, within three days after he shall have received the same, before the brigadier general of his brigade, who shall thereupon divide his said brigade into regimental battalions and companies, in manner hereinbefore directed, to each of which he shall appoint proper districts or local subdivisions, paying due regard to the conveniency of the inhabitants, and taking care that each person be annexed to the numercial class to which he formerly belonged.

[Section XI.] (Section XI, P. L.) And be it further enacted by the authority aforesaid, That the elections of such officers as are by this act declared to be elective, shall be made as follows: The several brigade inspectors shall, on or before the first Tuesday of June next, give notice, by advertisement at eight or more of the most public places of each regiment bounds or district, appointing a certain day for each district, not less than ten days after the said notice, and requiring all the citizens enrolled in the said regiment and residing within the bounds thereof, except as is hereinbefore excepted, to meet at a cer-

tain place as near the centre of the said district as may be, and
then and there, between the hours of ten in the morning and
six in the afternoon of the said day, to elect by ballot one lieu-
tenant colonel; and the enrolled inhabitants of each battalion
bounds, respectively, shall elect by ballot as aforesaid, on the
same or some other day and at such place or places as
shall be most convenient, but with the least possible de-
lay, one major; and the enrolled inhabitants of each com-
pany bounds, respectively, shall elect by ballot as afore-
said, on the same or some other day and at such place
or places as shall be most convenient, but with the least
possible delay, one captain, one lieutenant and one ensign;
previous to which said election or elections, respectively,
the said enrolled inhabitants shall elect two respectable
citizens to preside as judges thereof, who shall certify to the
inspector the names of the persons so elected, and each cap-
tain shall appoint a suitable person for a clerk in his company,
and the said inspector shall attend and superintend each and
every of the said battalion elections, and after the officers are
elected shall give notice thereof to the brigadier, who shall
cause the lieutenant colonels of his brigade to assemble to-
gether, as soon as may be, to cast lots for rank of the regiments,
and the said lieutenant colonels shall afterwards call together
the majors and captains of their respective regiments, to cast
lots in like manner for their respective ranks, and the ranks
of the lieutenants and ensigns shall be determined by the ranks
of the captains, respectively, and the said inspectors shall, as
soon as may be after the officers shall have been elected and
their ranks ascertained, transmit proper certificates to the gov-
ernor, of the names of the persons so as aforesaid elected and
their ranks, in order that commissions may be granted to them
according to the said certificates; and elections for officers in
the light-horse shall be made in like manner as elections for
officers in the infantry and artillery, and in every case of future
vacancy, whether by death, resignation or absence, as herein-
after provided, the brigadier, in whose brigade such vacancy
or vacancies shall happen, shall immediately, upon receiving
notice thereof, cause one or more regiment, battalion or com-

pany elections to be held in manner and form aforesaid, in order to supply the same, and shall, when there shall be occasion, cause the ranks to be ascertained, and make return to the governor in manner hereinbefore provided; and whenever any vacancy or vacancies shall happen, as aforesaid, in any regiment, battalion or company, the commanding officer of such regiment, battalion or company, for the time being, shall give immediate notice thereof to the inspector of his brigade, that the same may be filled up without loss of time; and if any regiment, battalion, troop or company, being duly noticed and required as aforesaid, shall neglect or refuse to elect their officers as aforesaid, then it shall and may be lawful for the inspector of the brigade to which such regiment, battalion, troop or company shall belong, to nominate, with the approbation of the brigadier-general, one suitable person to the governor, in the room of each officer so neglected to be chosen, and the said governor, approving thereof, shall commission the said person, which shall be as effectual to all intents and purposes as if the said officers had been elected as before directed; and the said inspector shall, as soon as may be, acquaint the parties so neglecting or refusing with the appointments that shall have been made as aforesaid.

[Section XII.] (Section XII, P. L.) And be it further enacted by the authority aforesaid, That if any commissioned officer shall remove out of the bounds of his proper division, brigade, battalion or company, except within the city of Philadelphia (as the case may be), or shall be absent therefrom (otherwise than on militia duty) for more than six months, his office shall be thereby vacated; and if a light-horseman shall remove or be absent in like manner from the bounds of his troop, or be appointed or elected a commissioned officer in any other part of the militia, his place in the said light-horse shall likewise be vacated.

[Section XIII.] (Section XIII, P. L.) And be it further enacted by the authority aforesaid, That every militia-man migrating or removing out of the bounds of one battalion or company to another, shall apply to the commanding officer of the company to which he did belong, who shall give him a

discharge, certifying the class to which he belongs, and whether he has served his tour of duty or not, and the time and date of said service, which certificate the said militia-man shall produce to the captain or commanding officer of the company in whose bounds he next settles, within ten days after his settlement, and the said captain or commanding officer is hereby required to enroll him in the class specified in the said certificate.

[Section XIV.] (Section XIV, P. L.) And be it further enacted by the authority aforesaid, That the whole of the militia of this state shall be subject to be mustered and exercised in regiments and in companies, by their respective officers, in the autumn or fall season of every year, on the days hereinafter stated, to wit: In regiments, as follow: the first regiments of each and every brigade in the commonwealth, shall be exercised on the third Monday in the month of October; the second regiments, on the Tuesday following; the third regiments, on the Wednesday; and so on, according to their numerical rank, on every day in the week (Saturdays and Sundays excepted) until the whole number of regiments shall have mustered and exercised in the aforesaid manner; and the several regiments shall meet and exercise in companies on the first Monday in the month of October; and the militia shall be and is hereby indemnified and excused from mustering and exercising on any other days than those enumerated in this act.

[Section XV.] (Section XV, P. L.) And be it further enacted by the authority aforesaid, That if any commissioned officer shall, without a lawful excuse, neglect or refuse to attend on any of the days hereinbefore appointed for exercise, if a field officer, he shall forfeit and pay the sum of four dollars; and every other commissioned officer shall forfeit and pay the sum of two dollars; and every non-commissioned officer or private, so neglecting or refusing to attend, shall forfeit and pay the sum of one dollar for every such neglect or refusal; except such commissioned officer, non-commissioned officer and privates, who shall be summoned and actually attending, on any of the days of exercise, aforesaid, as a juror or witness in

30—XIV

any court within this commonwealth, and the same fines shall be respectively paid by every officer, non-commissioned officer or private who shall leave the parade on a day of exercise before the regiment or company is discharged, without leave first had and obtained of the officer commanding.

[Section XVI.] (Section XVI, P. L.) And be it further enacted by the authority aforesaid, In order to ascertain those persons who by their absence on the days of exercise shall have incurred the fines above mentioned, a sergeant or the clerk of each company shall, on every such day, in the presence of the captain or commanding officer of the company, at the end of one hour after the time appointed for the meeting of the company or regiment, and also after the exercise is over and before the men are discharged, call over a muster-roll of the company, noting those who are absent, and a return shall be made on the same or following day of such absentees, which shall be signed by the sergeant or clerk and by the captain or commanding officer of the company, and shall, within ten days thereafter if a regimental meeting, or if a company meeting, within ten days after the next regimental meeting, be returned by the said captain or commanding officer of the company, upon his oath or affirmation, to the inspector of the brigade, under the penalty of fifty dollars for every time he shall refuse or neglect to make such return, and if any of the said absentees shall have been unable to attend from sickness or unavoidable necessity, and shall within the space of eight days next after the day of exercise, state his case by himself or his friend to the said captain or commanding officer of the company, and satisfy him of the truth thereof, then the said captain or commanding officer of the company, shall mention in his said return the particular reasons of excuse which each absentee shall have made appear to his satisfaction, and the inspector, on sight of the said return, shall admit every such excuse as shall appear to him reasonable, without favor or partiality, and remit the fines accordingly, but no excuse shall be received at any other time or in any other manner, than as is above prescribed.

[Section XVII.] (Section XVII, P. L.) And be it further enacted by the authority aforesaid, That whenever it may be necessary to call into actual service any part of the militia in case of rebellion, or of an actual or threatened invasion of this or any of the neighboring states, then it shall and may be lawful for the governor to order into actual service, such part of the militia, by classes, as the exigency may require;

Provided, That the part so called doth not exceed four classes of the militia of the brigade or brigades so called out.

And provided also, That such brigade or brigades shall not be again called out to furnish any more militia, until an equal number of classes of the militia of the other brigade or brigades, respectively, be first called, unless the danger of an invasion from Indians or others should make it necessary to keep in reserve the militia of such brigade or brigades for their own immediate defence.

[Section XVIII.] (Section XVIII, P. L.) And be it further enacted by the authority aforesaid, That to the end that the militia, when called by classes, shall be properly officered, the following order is hereby directed and enjoined; that is to say, for the first draft, the captain of the first company, the lieutenant of the second and the ensign of the fourth; second draft, the captain of the second company, the lieutenant of the first and the ensign of the third; third draft, the captain of the third company, the lieutenant of the fourth and the ensign of the second; fourth draft, the fourth captain, the lieutenant of the third company and the ensign of the first; fifth draft, the fifth captain, the lieutenant of the sixth company and the ensign of the eighth; sixth draft, the sixth captain, the lieutenant of the fifth company and the ensign of the seventh; seventh draft, the captain of the seventh company, the lieutenant of the eighth and the ensign of the sixth; eighth draft, the captain of the eighth company, the lieutenant of the seventh and the ensign of the fifth; non-commissioned officers to take tour of duty with the commissioned officers, and the field officers of regiments, in every division and brigade in the state, shall be divided in like manner, and each class to be considered as a detachment from different corps liable to serve two months and no longer, and to

be relieved by the class next in numerical order, the relief to arrive at least two days before the expiration of the term of the class to be relieved, but nothing herein contained shall prevent the governor from employing and calling out part of any class, or any company or companies, regiment or regiments, without respect to this rule, whenever the exigency is too sudden to allow the assemblying of the scattered militia which compose the particular classes, and the services of the persons so called out shall be accounted as part of their tour of duty, and the pay of the militia in actual service shall commence two days before marching, and they shall receive pay and rations at the rate of fifteen miles per day on their return home.

[Section XIX.] (Section XIX, P. L.) And be it further enacted by the authority aforesaid, That it shall and may be lawful for any person called to do a tour of duty to find a sufficient substitute, such substitute being approved of by the captain or commanding officer of the company which he shall be offered to serve in.

Provided always, That persons serving by substitute as aforesaid, if said substitute shall be called in his own turn into actual service before the term expires which he was to serve for his employer, that then the person procuring such substitute shall march in his said substitutes' turn, or be liable to pay his fine for neglect, which fine is to be recovered as other fines for neglect of serving are by this act directed to be recovered, and that sons who are not subject to the militia law may be admitted as substitutes for their fathers.

[Section XX.] (Section XX, P. L.) And be it further enacted by the authority aforesaid, That when the militia, or any detachment thereof, are called out on duty, the pay of each major-general shall be sixty dollars per month; of each brigadier-general, fifty dollars per month; of each lieutenant-colonel, forty dollars per month; of each major, thirty dollars per month; of each captain, twenty-five dollars per month; of each lieutenant, twenty dollars per month; of each ensign, fifteen dollars per month; of each sergeant, eight dollars per month; of each corporal, seven dollars per month; and of each private and musician, six dollars per month; and that every person

refusing or neglecting to perform his tour of duty, in person or by substitute, shall pay the sum of twelve dollars for every such neglect or refusal, if the tour was to be for a term not exceeding one month and in proportion if the tour was to be for any longer term.

[Section XXI.] (Section XXI, P. L.) And be it further enacted by the authority aforesaid, That when any class or classes of the militia shall be called to perform any tour of duty, the brigade inspector shall cause each and every person so called to be notified of such call, by a written or printed notice being delivered to him personally, or left at his house or usual place of abode, by some officer or other fit person employed for that purpose by the commanding officer of said company, at least three days before the time of assemblying the said militia, unless the governor, on a sudden exigency, shall think proper to order any part of the militia into immediate and actual service, and then the notice mentioning such special order shall be given for immediate attendance; and any person refusing or neglecting to perform such tour of duty, shall pay a fine of sixteen dollars per month for every such offence.

[Section XXII.] (Section XXII, P. L.) And be it further enacted by the authority aforesaid, That the inspector shall, forthwith after the marching of any part of the militia, call to his assistance two reputable citizens, one of whom shall be a justice of the peace, to sit at the most convenient place for the inhabitants of their respective districts, notice having been given of such place in the written or printed summons of every militia-man so called out, and shall there hear and determine all appeals that may be made by the persons thinking themselves aggrieved by anything done in pursuance of this act; and they are hereby authorized and required to grant such relief to such appellant as to them shall appear just and reasonable (in consideration of such inability of body as in the opinion of the court renders him incapable of performing military duty) or of unavoidable absence from the brigade in which he shall reside; and each of the said reputable citizens, before they shall sit on the said appeal, shall take the following oath or affirmation, viz.: That he will hear and impartially deter-

mine on the cases of appeal that may be laid before him, agreeably to law and according to the best of his knowledge; which oath or affirmation the inspector is hereby empowered to administer, and the said justice and citizen shall have and receive from the said inspector the sum of one dollar each, for every day they sit on the appeals; and the said inspector and justice of the peace shall keep a separate record of the proceedings of such court of appeals, and if any delinquent, whose appeal shall have been determined against him, shall not pay his fine within five days after such determination, the inspector shall and may proceed to levy the said fine in manner hereinafter mentioned.

[Section XXIII.] (Section XXIII, P. L.) And be it further enacted by the authority aforesaid, That the commanding officers of the several regiments shall attend at the place of rendezvous of the marching class or classes, and the commanding officers of the marching class or classes are hereby required, then and there to deliver, to the commanding officer of the regiment, a muster-role of all those who attend and proceed to perform their then required tour of duty, under the penalty of fifty dollars, which return or muster-roll shall be transmitted by the said commanding officer of the regiment, within five days after marching, under the penalty of fifty dollars, to the inspector of the brigade to which they respectively belong.

[Section XXIV.] (Section XXIV, P. L.) And be it further enacted by the authority aforesaid, That the following articles, rules and regulations shall be those by which the militia shall be governed.

Article 1. If any field or other commissioned officer at any regimental review, or on any other occasion when the regiment or company to which he may belong, or in which he holds a command, is paraded in arms, shall appear, misbehave or demean himself in an unofficerlike manner, he shall, for such offence, be cashiered or punished by fine at the discretion of a general court martial, as the case may require, in any sum not exceeding sixty dollars, and if any non-commissioned

officer or private shall, on any ocasion of parading the company to which he belongs, appear with his arms and accoutrements in an unfit condition, or be drunk, or shall disobey orders, or use any reproachful or abusive language to his officers, or any of them, or shall quarrel himself or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard, by order of the commanding officer present, until the company is dismissed, and shall be fined, at the discretion of a regimental court martial, in any sum not exceeding four dollars, nor less than one dollar.

Article 2. If the lieutenant colonel or commanding officer of any regiment shall neglect or refuse to give orders for assemblying his regiment at the times appointed by this law, or at the direction of the inspector of the brigade to which he belongs, when the said inspector is thereto commanded by the governor, or in case of an invasion of the city or county to which such regiment belongs, he shall be cashiered and punished by fine not exceeding two hundred dollars, at the discretion of a general court martial; and if a commissioned officer of any company shall, on any occasion, neglect or refuse to give orders for assemblying the company to which he belongs, or any part thereof, at the direction of the lieutenant colonel or commanding officer of the regiment to which such company belongs, he shall be cashiered and punished by fine not exceeding sixty dollars, at the discretion of a regimental court martial, and a non-commissioned officer offending in such case shall be fined, at the discretion of a regimental court martial, in any sum not exceeding twenty dollars.

Article 3. If any captain or commanding officer of a company shall refuse or neglect to make out a list of the persons noticed to perform any tour of duty, and send or convey the same to the lieutenant-colonel or commanding officer of the regiment to which such company may belong, for such neglect or refusal he shall be cashiered or fined, at the discretion of a regimental court martial, in any sum not exceeding forty dollars.

Article 4. If any militia-man shall desert while he is on a tour of duty, he shall be fined twenty-four dollars for every such

offence; if a non-commissioned officer, he shall be degraded and placed in the ranks.

Article 5. Every general court martial shall consist of thirteen members, all of whom shall be commissioned officers and of such rank as the case may require, and these thirteen shall choose a president out of their number, who shall be a field officer.

Article 6. Every regimental court martial shall be composed of five members, all commissioned officers, who are to choose one of their members a president, not under the rank of captain.

Article 7. In any court martial, not less than two-thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted.

Article 8. The president of each and every court martial, whether general or regimental, shall require all witnesses, in order to the trial of offenders, to declare on oath or affirmation that the evidence they shall give is the truth, the whole truth and nothing but the truth, and the members of all such courts shall take an oath or affirmation, which the president is required to administer to them, that they will give judgment with impartiality.

Article 9. All members of any militia called as witnesses in any case before a court martial, who shall refuse to attend and give evidence, shall be censured or fined, at the discretion of the court.

Article 10. No officer or private man being charged with transgressing these rules, shall be suffered to do duty in the regiment, company or troop to which he belongs, until he has his trial by a court martial, and every person so charged shall be tried as soon as a court martial can conveniently be assembled.

Article 11. If any officer or private man shall think himself injured by his lieutenant colonel or the commanding officer of the regiment, and shall, upon due application made to him, be refused redress, he may complain to the brigadier general, who shall direct the inspector of the brigade to summon a general court martial, that justice may be done.

Article 12. If any inferior officer or private man shall think himself injured by his captain or other superior in the regiment, troop or company to which he belongs, he may complain to the commanding officer of the regiment, who shall summon a regimental court martial, for doing justice, according to the nature of the case.

Article 13. No penalty shall be inflicted at the discretion of court martial other than degrading, cashiering or fining.

Article 15.* The commanding officer of the militia, for the time being, shall have full power of pardoning or mitigating anycensures or penalties ordered to be inflicted on any private or non-commissioned officer, for the breach of any of these articles, by a general court martial; and every offender convicted, as aforesaid, by any regimental court martial, may be pardoned, or have the penalty mitigated by the lieutenant colonel or commanding officer of the regiment, excepting only where such censures or penalties are directed as satisfaction for injuries received by one officer or private man from another; but in case of officers, such sentence to be approved by the commander-in-chief, or the nearest general officer of the militia, who are respectively empowered to pardon or mitigate such sentence, or disapprove of the same.

Article 16. The militia, on the days of exercise, may be detained under arms on duty in the field, any time not exceeding six hours, provided they are not kept above three hours under arms at any one time, without allowing them a proper time to refresh themselves.

Article 17. No company or regiment shall meet at a tavern on any of the days of exercise, nor shall march to any tavern before they are discharged, and any person who shall bring any kind of spirituous liquors to such place of training, shall forfeit such liquors, so brought, for the use of the poor belonging to the ward, district or township where such offender lives.

Article 18. All fines that shall be incurred by any breach of these rules, shall be paid into the hands of the inspectors of the brigades to which the offenders belong, or to such person

*This mistake in numbering occurs in the original.

or persons as he shall appoint and make known in general or brigade orders as his agents or attorneys to receive the same, within three weeks after they become due, but in case of neglect or refusal to pay any of the said fines, the said inspector shall cause the same to be collected and levied in manner hereinafter mentioned.

Article 19. The rules of discipline approved and established by congress in their resolution of the 29th of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout this state, except such deviations from said rules as may be rendered necessary by the requisitions of this act or some other unavoidable circumstances. It shall be the duty of the commanding officer at every muster, whether by regiment or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline.

Article 20. The militia of this state, whilst in the actual service of the United States, shall be subject to the same rules and regulations as the federal army; provided that upon any transgression or offence of a militia-man, whether officer or private, against the rules and regulations of the federal army, the cause shall be tried and determined by a court martial of the militia of this state, and that it shall be in the power of the governor, or in case of his absence, of the commanding officer of the militia, to mitigate, suspend, or pardon any punishment to which any militia-man may be sentenced by a general court martial.

[Section XXV.] (Section XXV, P. L.) And be it further enacted by the authority aforesaid, That no civil process shall be served on any commissioned, non-commissioned officer or private, at any regimental review or training of any company, or while going to or returning from the place of such review or training.

[Section XXVI.] (Section XXVI, P. L.) And be it further enacted by the authority aforesaid, That for the purpose of collecting and levying the fines that shall be incurred, as well for non-attendance on days of exercise as for neglect of performing tours of duty, and also all such fines as shall be im-

posed by court martial on persons belonging to their respective brigades, it shall and may be lawful for the several brigade inspectors to appoint one or more proper persons, by warrant under their respective hands and seals, to be collectors of the said fines; and the said collectors, by virtue of the said warrants, shall be authorized and empowered to call on every delinquent that shall be named in the lists to be furnished to them by the said inspectors, and demand payment of the said fines, and of five per centum on the amount thereof for their trouble in collecting the same, and on neglect or refusal of such payment, then the said collectors shall proceed to levy the said fines, with costs equal to those received by constables or sheriffs in similar cases, by distress, irreplevisable and sale of the offender's goods and chattels, lands and tenements, in like manner and with like effect as the collectors of taxes may or can do by virtue of any law or laws of this commonwealth.

Provided, That in the case of seizure of lands or tenements, the same notice shall be given previous to the sale thereof as is required in case of land sold by a sheriff, by virtue of a writ of venditioni exponas, and no process shall issue to stay the execution of such warrant, unless in the case of the seizure of real estate.

Provided always, That if any person shall think himself aggrieved in the seizure of his lands and tenements, he may enter an appeal before the judges of the next court of common pleas for the proper county, and on the parties giving sufficient security, within fifteen days next after any lands or tenements shall be seized or distrained, as aforesaid, to prosecute such appeal with effect, the judges shall receive the same and stay further process, and the said judges shall return every such appeal on the first day of the next term, and the court shall direct a trial by jury of the county, as in cases of debt, whose verdict shall be final and conclusive, and except in extraordinary cases, of which the court shall judge, all such appeals shall be tried at the term to which such returns shall be made.

Provided also, That in case real estates be sold as aforesaid, such sale shall be made by the sheriff of the county, who shall make a sufficient deed for the same, and if any collector, ap-

pointed by any brigade inspector, as aforesaid, and having accepted of his appointment, shall refuse or neglect to perform his duty, he shall, for every such offence, forfeit and pay, at the discretion of the courts of quarter sessions of the peace within this commonwealth, any sum not exceeding forty dollars.

[Section XXVII.] (Section XXVII, P. L.) And be it further enacted by the authority aforesaid, That any person who shall or may be appointed by any brigade inspector within this state to collect the militia fines, shall be bound to account with and pay over to the inspector of the brigade, by whom he shall have been so appointed, all the moneys received by him for fines, within ten days after demand thereof shall be made; and all and every such persons refusing to render or settle his account in manner aforesaid, shall be liable to have his goods, chattels, lands and tenements within this state seized and secured by warrant, under the hand and seal of the inspector of the brigade in which such delinquent collector hath or may have acted, directed to the sheriff or coroner of the proper county, who shall make report of his proceedings to the said inspectors, and if there are no such goods, chattels, lands or tenements, or they being seized, he shall continue to withhold or refuse to settle his account of fines received, then, and in that case, the said inspector shall issue his warrant, under his hand and seal, directing the sheriff or the coroner of the county in which the delinquent may be, to seize and take his body and commit the same to the common gaol of the county, there to continue without bail or mainprise until he shall exhibit and settle his account, as aforesaid, and discharge the costs of prosecution, and all and every collector appointed as aforesaid, who hath or shall upon settlement of his account, be found to have a balance due by him of the fines collected, and shall not, within ten days after demand made by the inspector, discharge and pay the full amount thereof, then and in such case it shall and may be lawful for the said inspector immediately to issue his warrant to the sheriff or coroner, to levy the sum due by such delinquent collector, by distress and sale of the offender's goods and chattels, lands and tenements, together with costs and charges, which distress and sale shall be made in manner be-

fore directed for tour and muster fines and fines imposed by courts martial, but if no such goods and chattels, lands or tenements can be found, then to seize and take the body of such offender and commit him to the common gaol, there to remain for the space of six months, unless he shall sooner discharge the debt, or procure such security that the same shall be discharged within a reasonable time, as may secure and satisfy the said inspector.

[Section XXVIII.]   (Section XXVIII, P. L.)   And be it further enacted by the authority aforesaid, That all and every of the fines and forfeitures by this act made payable, and the mode of recovery not hereinbefore particularly pointed out, shall be recovered by the inspectors of the several brigades in the name and for the use of the commonwealth, by action of debt before a justice of the peace, or in any court of record within this commonwealth, as from the amount thereof they shall be more properly cognizable, and the said inspector shall account for and pay yearly to the treasurer of the commonwealth all such fines as he shall receive by virtue of this act.

[Section XXIX.]   (Section XXIX, P. L.)   And be it further enacted by the authority aforesaid, That all moneys passing into the treasury by virtue of the directions of this act, shall be appropriated as a fund for the purpose of supporting the necessary officers for carrying this law into effect, and of equipping and furnishing the militia with every necessary apparatus for the defence and security of the state, the surplus, if any, to be appropriated in such manner and to such uses as the general assembly shall from time to time direct and appoint; and the treasurer of the commonwealth shall keep all the moneys arising from fines by the militia law separate from all other moneys, and keep separate books of the same, and the expenditures thereof, pursuant to the directions of this act.

[Section XXX.]   (Section XXX, P. L.)   And be it enacted by the authority aforesaid, That the brigade inspector and two reputable citizens, shall appraise the horse of each person serving as a light-horseman, immediately before every time of going into actual service, and enter the same in a book, and in case such horse shall be killed or die in actual service, or be taken

by the enemy otherwise than by neglect, he shall be paid the full value of his horse, according to the said appraisement, by an order to be drawn by the inspector on the militia fund in the hands of the treasurer for that purpose.

[Section XXXI]. (Section XXXI, P. L.) And be it further enacted by the authority aforesaid, That if any officer, non-commissioned officer, or private militia-man, or volunteer acting with the militia, residing in this state, having a family, shall be killed or shall die of his wounds received in the service of this state, his widow, child or children shall be entitled to similar relief, and under the same regulations and restrictions as were provided by the act, entitled "An act to provide for the more effectual relief of the widows and children of the officers and privates of the militia who have lost their lives in the service of their country,"[1] passed on the twenty-seventh day of March, one thousand seven hundred and ninety, and if any officer, non-commissioned officer, or private militia-man, or volunteer acting with the militia, residing in this state, shall be wounded or otherwise disabled in the service of this state, he shall be entitled to similar relief, and under the same regulations and restrictions as had been provided by an act, entitled "An act to alter and amend the act, entitled 'An act for the relief of officers, soldiers and seamen, who in the course of the late war have been wounded or otherwise disabled in the service of this state or of the United States,' "[2] passed the tenth day of March, one thousand seven hundred and eighty-seven.

[Section XXXII.] (Section XXXII, P. L.) And be it further enacted by the authority aforesaid, That if any person or persons shall knowingly sell, buy, take or exchange, conceal or otherwise fraudulently receive any arms, accoutrements, colors or drums belonging to this state or the United States, or on any account or pretence whatsoever, the person so offending, being convicted thereof before one or more justice or justices of the peace of the city or county where such offence shall be committed, shall forfeit and pay for every such offence treble

---

[1] Chapter 1493.
[2] Chapter 1271.

the value of such arms or accoutrements, to be ascertained by the said justice or justices, and levied by distress and sale of the offenders' goods and chattels, by the justice or justices before whom such offender shall be convicted, returning the overplus, if any, on demand, to such offender, and for want of such distress, shall commit such offender to the common gaol of the county, there to remain without bail or mainprise, for any term not exceeding three months, unless such money shall be sooner paid, and in every such case the proof of the [property] shall be made by the possessor of such arms and accoutrements.

[Section XXXIII.] (Section XXXIII, P. L.) And be it further enacted by the authority aforesaid, That if any suit or suits shall be brought or commenced against any person or persons for anything done in pursuance of this act, the action shall be laid in the county where the cause of such action did arise, and not elsewhere, and the defendant or defendants in such action or actions to be brought, may plead the general issue, and give this act and the special matter in evidence, and if the jury shall find for the defendant or defendants in such action or actions, or if the plaintiff or plaintiffs shall be nonsuited or discontinue his or her action or actions after the defendant or defendants shall have appeared, or if upon demurrer judgment shall be given against the plaintiff or plaintiffs, the defendants shall have treble costs, and have the like remedy for the same, as any defendant or defendants hath or have in other cases to recover costs by law.

[Section XXXIV.] (Section XXXIV, P. L.) And be it further enacted by the authority aforesaid, That an act, entitled "An act for the regulation of the militia of the commonwealth of Pennsylvania,"[3] passed on the twentieth day of March, in the year of our Lord one thousand seven hundred and eighty, also a supplement to the said act passed the twenty-second day of September one thousand seven hundred and eighty,[4] also the supplement to the said act passed on the twenty-first day of March, in the year of our Lord one thousand

---

3 Chapter 902.
4 Chapter 916.

seven hundred and eighty-three,[5] also a further supplement
thereto passed on the twenty-second day of September, in the
year of our Lord one thousand seven hundred and eighty-three,[6]
also so much of an act passed on the ninth day of December, in
the year of our Lord one thousand seven hundred and eighty-
three, entitled "An act for the more effectually securing and re-
covering for the uses of the commonwealth the moneys due for
excise and militia fines and for other purposes therein men-
tioned"[7] as comes within the intent, meaning and purview of
this act, also a further supplement to the said recited acts
passed on the twenty-second day of March, in the year of our
Lord one thousand seven hundred and eighty-eight,[8] be, and the
same are hereby, repealed and made null and void.

Provided always, That nothing herein contained shall be
construed so as to revive any former law or part of a law which
in and by any of the said recited acts is repealed and made
void.

Provided also, That nothing in this act contained shall be
deemed to repeal, alter and dispense with the powers, authori-
ties or duties of the [present] lieutenants of the city of Phila-
delphia and of the several counties in this commonwealth, or of
any other officer or person under the militia laws that have
been enforced in this state immediately before the passing of
this act, until by new appointments under this act their re-
spective functions and duties shall have devolved on other per-
sons, and that the said present lieutenants and other proper
officers are hereby authorized, required and enjoined to col-
lect, or cause to be collected, all such fines and forfeitures as
have been or shall be incurred during the continuance of their
respective commissions, and pay in the same agreeably to this
law, or the late laws aforesaid, on or before the first day of
January next.

[Section XXXV.] (Section XXXV, P. L.) And be it further
enacted by the authority aforesaid, That the governor shall

---

[5] Chapter 1022.
[6] Chapter 1038.
[7] Chapter 1061.
[8] Chapter 1339.

Case 3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.13153   Page 412 of 718

cause a sufficient number of copies of this law, and of the rules of discipline approved and established by congress in their resolution of the twenty-ninth day of March, one thousand seven hundred and seventy-nine, to be printed in the English and German languages and distributed throughout the state, so that every general and field officer, every brigade inspector and every captain be furnished with one copy, and it shall be the duty of every captain at every company meeting to read, or cause to be read, to the company, the same, or such part thereof as he may think necessary.

Passed April 11, 1793.   Recorded L. B. No. —, p. —.   (not given).
Repealed by act of April 9, 1799; Chapter 2068.

---

## CHAPTER MDCXCVII.

### AN ACT FOR ERECTING A LOAN-OFFICE FOR THE SUM OF FIVE HUNDRED THOUSAND DOLLARS.

Whereas the institution of a loan office, upon just and proper principles, will be greatly beneficial to agriculture and promote in general the welfare of the people of this commonwealth. And whereas the legislature in and by the act, entitled "An act to incorporate the subscribers to the Bank of Pennsylvania,"[1] did reserve, for the purpose of instituting such loan office, a power to borrow from the said bank an adequate sum of money. In order, therefore, to carry the same into effect:

[Section I.] (Section I, P. L.) Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania, in General Assembly met, and it is hereby enacted by the authority of the same, That a sum not exceeding five hundred thousand dollars, shall be borrowed of the Bank of Pennsylvania, and appropriated for the sole and exclusive purpose of being lent to the citizens of this state, upon mortgages upon real estate, under restrictions, limitations and regulations, and in the respective proportions hereinafter directed.

[1] Passed March 30, 1793;  Chapter 1667.
31—XIV

# EXHIBIT 61



DATE DOWNLOADED: Mon Mar  6 15:46:49 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1895 95 .

ALWD 7th ed.
, , 1895 95 .

Chicago 17th ed.
"," Nebraska - Laws of Nebraska Relating to the City of Lincoln, Revised Ordinances :
95-408

AGLC 4th ed.
" Nebraska - Laws of Nebraska Relating to the City of Lincoln, Revised Ordinances
95.

OSCOLA 4th ed.
" 1895 95

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Rivas Exs., Page 369

THE CITY OF LINCOLN.                    237

AN ORDINANCE regulating and prohibiting the use of fire-arms, fire-works, and cannon in the city of Lincoln, prohibiting the sale of fire-arms to minors, prohibiting the discharging, the carrying, owning, or selling of toy pistols or sling shots, prohibiting the use of fire-works or fire-crackers in certain places, prohibiting the discharge of cannon without the written permission of the Mayor, prescribing penalties for violation of the provisions of this ordinance, and repealing ordinances in conflict herewith.

*Be it ordained by the Mayor and Council of the City of Lincoln:*

## ARTICLE XXVI.

### *Fire-arms, Fire-works, and Cannons.*

881.  § 1. No person, except an officer of the law in the discharge of his duty, shall fire or discharge any gun, pistol, fowling-piece, or other fire-arm, within the corporate limits of the city of Lincoln, under penalty of a fine of ten dollars for each offense.

882.  § 2. No person shall sell, loan, or furnish, to any minor, any gun, fowling-piece, or other fire-arm, within the limits of the city, under penalty of a fine of fifty dollars for each offense.

883.  § 3. It shall be unlawful for any person or persons to discharge or cause to be discharged any toy pistol, toy gun, or other toy arm or arms, or sling shot, loaded with leaden or other dangerous missiles, at any time or under any circumstances, within the limits of the said city of Lincoln.  Any person so offending shall, upon conviction thereof, be fined in any sum not exceeding fifty dollars for each offense, and stand committed until such fine and costs are paid or secured.

884.  § 4. It shall be unlawful for any person within the said city to carry about his or her person any toy pistol, toy gun, or other toy arm or arms, or sling shots, out of or by which any leaden or other dangerous missiles may be discharged.  Any person so offending shall, upon conviction thereof, be fined in any sum not exceeding twenty dollars, and stand committed until such fine and costs are paid or secured.

885.  § 5. It shall be unlawful for any parent, guardian, or other person having the care and custody of any minor, to purchase for or give to any such minor or knowingly to permit any such minor to have any toy pistol, toy gun, or other toy arm or

238                  GENERAL ORDINANCES OF

arms, or sling shot, out of which any leaden or other dangerous missiles may be discharged. Any such person so offending shall, upon conviction thereof, be fined in any amount not exceeding twenty dollars, and stand committed until such fine and costs are paid or secured.

886.   § 6. It shall be unlawful for any person or persons within said city to ignite or cause to be exploded any fire-crackers, Roman candles, torpedoes, rockets, or any kind of fire-works whatever, or any other combustible substance or thing, upon any sidewalk, bridge, building, or in or upon any building, shed, or outhouse, in said city, or in the vicinity of any such buildings, or in any place where the same may do damage to person or property.

887.   § 7. It shall be unlawful for any person in said city to ignite or cause to be exploded any fire-works or combustible substance mentioned in section 6 of this ordinance, upon any street or alley, or other public ground in said city, at or near any team or teams of horses or other animals, or sufficiently near to frighten the same.

888.   § 8. No cannon or piece of artillery shall be discharged or fired off in any street, avenue, alley, park, or place, within the corporate limits of the city, without a written permission from the Mayor, under penalty of a fine of twenty-five dollars for each offense.

889.   § 9. It shall be the duty of every member of the police force to see that the provisions of this article are strictly complied with and enforced.

§ 10. All ordinances or parts of ordinances in conflict with the provisions of this ordinance are hereby repealed.

§ 11. This ordinance shall take effect and be in force from and after the expiration of one week after its passage, approval, and publication according to law.

Passed August 26, A. D. 1895.

Approved August 26, A. D. 1895.                    F. A. GRAHAM, *Mayor.*

Attest: J. W. BOWEN, *City Clerk.*   [SEAL.]

# EXHIBIT 62



# HEINONLINE

DATE DOWNLOADED: Wed Jul  5 17:23:05 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
James T.; et al. Mitchell, Compilers. Statutes at Large of Pennsylvania from 1682 to
1801 (1700-1809).

ALWD 7th ed.
Mitchell, James T.; et al., Compilers. The Statutes at Large of Pennsylvania from
1682 to 1801 (James T. Mitchell, et al., comps.) (1700-1809).

APA 7th ed.
Mitchell, J. (1700-1809). Statutes at Large of Pennsylvania from 1682 to 1801.
Harrisburg, Clarence M. Busch.

Chicago 17th ed.
Mitchell James T.; et al., Compilers. Statutes at Large of Pennsylvania from 1682 to
1801. Harrisburg, Clarence M. Busch.

McGill Guide 9th ed.
James T.; et al. Mitchell, Compilers, Statutes at Large of Pennsylvania from 1682 to
1801 (Harrisburg: Clarence M. Busch., 1700-1809)

AGLC 4th ed.
James T.; et al. Mitchell, Compilers, Statutes at Large of Pennsylvania from 1682 to
1801 (Clarence M. Busch., 1700-1809

MLA 9th ed.
Mitchell, James T., and Compilers et al. Statutes at Large of Pennsylvania from 1682
to 1801. Harrisburg, Clarence M. Busch. HeinOnline.

OSCOLA 4th ed.
Mitchell, James T.; et al., Compilers. Statutes at Large of Pennsylvania from 1682 to
1801. Harrisburg, Clarence M. Busch.          Please note: citations are provided
as a general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

ed and recovered in the same manner, and the persons breaking such pounds or rescuing cattle lawfully impounded therein, punished as in the aforesaid act for erecting of pounds, and in the act entitled "An act concerning cattle, horses and sheep trespassing within this province," [1] is directed and provided.

[Section V.] (Section VIII, P. L.) And be it further enacted by the authority aforesaid, That this act shall be and continue in force from the publication thereof, until the first day of December next, and no longer.

> Passed April 5, 1779. See the note to the Acts of Assembly passed January 12, 1705-6, Chapter 158; May 10, 1729, Chapter 301; March 4, 1763, Chapter 490; and the Acts of Assembly passed March 13, 1780, Chapter 892; April 2, 1781, Chapter 934.

---

## CHAPTER DCCCXLIII.

A FURTHER SUPPLEMENT TO THE ACT, ENTITLED "AN ACT TO REGULATE THE MILITIA OF THE COMMONWEALTH OF PENNSYLVANIA." [2]

(Section I, P. L.) Whereas it has been found by experience, that the fines and penalties laid on persons neglecting to perform the military duties required by the act to which this is a supplement are insufficient for the good purposes intended:

For remedy whereof:

[Section I.] (Section II, P. L.) Be it enacted, and it is hereby enacted by the Representatives of the Freemen of the Commonwealth of Pennsylvania in General Assembly met, and by the authority of the same, That from and after the publication of this act, each and every person or persons within this state, who shall not do and perform his or their tour of militia duty as directed by law, shall forfeit and pay the sum of one hundred pounds, instead of forty pounds heretofore imposed by the former law, to be recovered in the same manner as fines for such neglects are directed to be recovered; and for all neglects in

---

[1] Passed March 4, 1763, Chapter 490.
[2] Passed March 17, 1777, Chapter 750.

performing the other military services required by the law to which this is a supplement, or any supplement to the same, shall pay six times what they were by law obliged to pay, except the inhabitants of the city of Philadelphia and the liberties thereof, who shall pay eight times the sum payable by the former laws for all neglects aforesaid. And the captain or commanding officer of each company within this state shall in one hour after the time appointed for meeting, order the roll or list of names to be called, and the next field day make a just return of each and every person absent at roll call on any of the muster days, to the commanding officer of the battalion to which he shall belong, so that the fines may be levied for his neglect, and if any captain or commanding officer shall refuse or neglect to make such return, he shall forfeit and pay for each neglect or refusal fifty pounds, which, with all other fines under this law shall be recovered in the same manner as fines for not performing their tour of militia duty. And the commanding officer shall as soon after such return as conveniently may be, make return to the lieutenant, or sub-lieutenant of the city or counties, so that the same may be recovered, and for such neglect or refusal he shall forfeit and pay the sum of one hundred pounds.

(Section III, P. L.) And whereas sufficient time, has not in some instances been allowed for appeals:

For remedy whereof:

[Section II.] (Section IV, P. L.) Be it enacted by the authority aforesaid, That from and after the publication hereof, it shall and may be lawful for the lieutenant or sub-lieutenants of the city of Philadelphia, or any of the counties of this state, to appoint any other day or days of appeal that he or they shall judge necessary for the doing of complete justice to the good people of this state.

(Section V, P. L.) And whereas by the laws heretofore in force, it is not in the power of the supreme executive council, even in the time of the greatest danger to draw into service more than a certain number of classes, or the one half of the battalions or companies of militia:

For remedy whereof:

[Section III.] (Section VI, P. L.) Be it enacted by the authority aforesaid, That in case of the actual invasion of this state or any part thereof, the supreme executive council, are hereby authorized and empowered to call into service any company or companies, battalion or battalions of militia as may be most convenient, or as the case may require, anything in the act for regulating the militia of this commonwealth or the several supplements thereunto, contained to the contrary in any wise notwithstanding.

(Section VII, P. L.) And for the encouragement of those brave men who shall turn out in defense of their country:

[Section IV.] (Section VIII, P. L.) Be it further enacted by the authority aforesaid, That every militia-man of this state, who shall turn out in his class or other ways according to law, and shall serve his full tour of two months, shall have and receive the sum of twenty pounds over and above the pay which such militia man is entitled to receive by the laws heretofore in force, and in that proportion for any lesser time if lawfully discharged; which said overplus shall be paid by the paymasters of the militia of the city and several counties of this state, out of the fines which shall be lieved and collected from delinquents by this act; which said paymasters respectively on producing an attested certificate from the commanding officer of any such draught of militia, to the supreme executive council, shall receive an order on the state treasurer for such sum or sums, as may appear to council to be due.

[Section V.] (Section IX, P. L.) And be it further enacted by the authority aforesaid, That from and after the publication of this act, the lieutenant of the city of Philadelphia, and of each county of this state shall be allowed for each day they are actually employed by virtue of this act, the sum of thirty-seven shillings and six pence, and every sub-lieutenant within this state shall be allowed for each day they are actually employed as aforesaid, the sum of thirty shillings, and no more.

[Section VI.] (Section X, P. L.) And be it further enacted by the authority aforesaid, That so much of the act to regulate the militia of this commonwealth and the several supplements there-

to as is hereby altered or supplied is hereby declared to be repealed and made void.

> Passed April 5, 1779.  See the note to the Act of Assembly passed March 17, 1777, Chapter 750.  The act in the text was repealed by the Act of Assembly passed March 20, 1780, Chapter 902.

---

## CHAPTER DCCCXLIV.

---

AN ACT TO AMEND AN ACT OF GENERAL ASSEMBLY OF THIS STATE, ENTITLED AN ACT FOR THE REGULATION OF WAGONS, AND THE SUPPLEMENT AND FURTHER SUPPLEMENT TO THE SAID ACT.

(Section I, P. L.) Whereas, in and by the act of general assembly, entitled 'An act for the regulation of wagons, carriages and pack horses, for the public service,'[1] passed at Lancaster, on the second day of January, one thousand seven hundred and seventy-eight, it is enacted that "upon application to the wagon master general of this state by the quarter master general, he shall issue his order to the county wagon master to furnish the number of wagons and teams that may be wanted; taking care, that, as far as circumstances will admit, they perform the said service in rotation, paying due regard to whose wagons have already been in the service."

(Section II, P. L.) And whereas the liberal construction that has been given to the authority vested in the quarter master general of the federal army has been such as to enable his deputies to call forth the wagons of this state in such numbers and for such lengthy and distant services, as to greatly overburden and oppress the husbandmen thereof, and to hinder the tillage of the country, and the supply of bread, as well for the use of the federal army as the sustentation of the inhabitants:

For remedy whereof:

[Section I.]  (Section III, P. L.)  Be it enacted, and it is hereby enacted by the Representatives of the Freemen of the Commonwealth of Pennsylvania in General Assembly met, and by the

---

[1] Passed January 2, 1778, Chapter 780.

# EXHIBIT 63



# HEINONLINE

DATE DOWNLOADED: Wed Jul  5 17:30:30 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
James T.; et al. Mitchell, Compilers. Statutes at Large of Pennsylvania from 1682 to
1801 (1700-1809).

ALWD 7th ed.
Mitchell, James T.; et al., Compilers. The Statutes at Large of Pennsylvania from
1682 to 1801 (James T. Mitchell, et al., comps.) (1700-1809).

APA 7th ed.
Mitchell, J. (1700-1809). Statutes at Large of Pennsylvania from 1682 to 1801.
Harrisburg, Clarence M. Busch.

Chicago 17th ed.
Mitchell James T.; et al., Compilers. Statutes at Large of Pennsylvania from 1682 to
1801. Harrisburg, Clarence M. Busch.

McGill Guide 9th ed.
James T.; et al. Mitchell, Compilers, Statutes at Large of Pennsylvania from 1682 to
1801 (Harrisburg: Clarence M. Busch., 1700-1809)

AGLC 4th ed.
James T.; et al. Mitchell, Compilers, Statutes at Large of Pennsylvania from 1682 to
1801 (Clarence M. Busch., 1700-1809

MLA 9th ed.
Mitchell, James T., and Compilers et al. Statutes at Large of Pennsylvania from 1682
to 1801. Harrisburg, Clarence M. Busch. HeinOnline.

OSCOLA 4th ed.
Mitchell, James T.; et al., Compilers. Statutes at Large of Pennsylvania from 1682 to
1801. Harrisburg, Clarence M. Busch.          Please note: citations are provided
as a general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

therefrom arising shall be appropriated towards paying for the lands to be purchased and the new court house and prison to be built in the said place so as aforesaid to be provided.

[Section IV.] (Section V, P. L.) And be it further enacted by the authority aforesaid, That for the defraying the remainder of the expenses and charge of purchasing the land, building and erecting the said court house and prison, it shall and may be lawful for the commissioners and assessors of said county, or a majority of them, to assess and levy so much money as the said trustees, or any four of them, shall judge necessary for paying the remainder aforesaid, of purchasing the land and finishing the said court house and prison, and they are hereby required so to do.

> Passed March 20, 1780. See the Acts of Assembly passed March 22, 1784, Chapter 1081; March 30, 1785, Chapter 1152; March 18, 1786, Chapter 1215; September 25, 1786, Chapter 1247; September 26, 1789, Chapter 1443; March 12, 1800, Chapter 2125. Recorded L. B. No. 1, p. 373, &c.

---

# CHAPTER CMII.

## AN ACT FOR THE REGULATION OF THE MILITIA OF THE COMMON-WEALTH OF PENNSYLVANIA.

(Section I, P. L.) Whereas a militia law founded upon just and equitable principles hath been ever regarded as the best security of liberty, and the most effectual means of drawing forth and exerting the natural strength of a state:

(Section II, P. L.) And whereas a well regulated militia is the only safe and constitutional method of defending a free state, as the necessity of keeping up a standing army, especially in times of peace, is thereby superceded:

(Section III, P. L.) And whereas the militia law of this commonwealth enacted by the general assembly the seventeenth day of March, one thousand seven hundred and seventy-seven,

from a change of circumstances and other causes, hath become insufficient to answer the purposes aforesaid, which renders it highly necessary that a new law should be enacted:

Therefore:

[Section I.] (Section IV, P. L.) Be it enacted and it is hereby enacted by the Representatives of the Freemen of the Commonwealth of Pennsylvania in General Assembly met, and by the authority of the same, That the president in council or, in his absence, the vice-president in council, of this commonwealth shall appoint and commissionate one reputable freeholder in the city of Philadelphia, and one in each county within this state to serve as lieutenants of the militia for the said city and counties respectively; and, also, any number of persons not exceeding two for the said city, and in the several counties any number not exceeding the number of battalions now or to be hereafter formed, to serve as sub-lieutenants in the said city and counties respectively, who, besides the powers which are given him and them by this act, shall have the title and rank which the president in council or, in his absence, the vice-president in council shall confer, which said lieutenant or, in his absence or incapacity, two or more sub-lieutenants shall have full power and authority to do and perform all and singular the duties required of the said lieutenants by this act.

[Section II.] (Section V, P. L.) And be it enacted by the authority aforesaid, That the lieutenants and sub-lieutenants, before they enter upon the execution of their offices, respectively, shall give bond to the treasurer of the county in which they severally reside, in the name of the president or commander-in-chief of the state, with one sufficient surety in the sum of twenty thousand pounds, conditioned for the faithful accounting for and paying all the moneys which shall come to their hands by virtue of this act when thereunto lawfully required. And that the public bonds given or to be given by the treasurer of the state or county treasurers for the due discharge of their respective offices shall be deemed to extend to the faithful performance of the trust hereby committed to them respectively.

[Section III.] (Section VI, P. L.) And be it further enacted

10—X

by the authority aforesaid, That the said lieutenant or sub-lieutenants (once in every year) shall issue his or their warrants to the captain or commanding officer for the time being of each company of the several battalions in the said city and counties respectively, or to some other suitable person, commanding him, in the name of the commonwealth, to deliver to him or them, the said lieutenant or sub-lieutenants, within ten days from and after the date of the said warrants (unless the lieutenant or sub-lieutenants shall judge a longer time to be necessary, which he or they are hereby empowered to grant) on oath or affirmation, which any of them is hereby empowered to administer, a true and exact list of the names and surnames of each and every male white person inhabiting or residing within his township, borough, ward or district, between the ages of eighteen and fifty-three (delegates in Congress, members of the supreme executive council, members of the general assembly, judges of the supreme court, attorney-general for the state, the judges of the admiralty, treasurer of the state, sheriffs, gaolers and keepers of workhouses, ministers of the gospel of every denomination, professors and teachers in the university, postmasters and postriders belonging to the general post-office, menial servants of ambassadors or ministers and consuls from foreign courts and of delegates in Congress from other states registered with the secretary of the supreme executive council of this state and servants purchased bona fide and for a valuable consideration only excepted).

[Section IV.] (Section VII, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant and sub-lieutenants aforesaid shall, within five days after they shall receive the lists aforesaid, if they see cause, alter the present divisions of the city and counties respectively and divide them into new districts, each district to contain not less than four hundred and forty nor more than one thousand, officers and privates included, at the discretion of the said lieutenants and sub-lieutenants, and then sub-divide the said districts into eight parts as nearly equal as may be, paying due regard in each division to the convenience of the inhabitants: Provided always, That

two-thirds of the lieutenants met for the above purpose agree
to such division, and that each person be annexed to the nu-
merical class to which he formerly belonged.

[Section V.] (Section VIII, P. L.) And be it further enacted
by the authority aforesaid, That the militia of the Northern
Liberties of the city of Philadelphia, the district of Southwark
and the township of Moyamensing and Passyunk be and they
hereby are united to the city of Philadelphia, to act in conjunc-
tion with the militia of the said city, and distinct from the rest
of the county of Philadelphia, that they draw lots for rank in
battalion and be joined in brigade and act in every other matter
that respects the militia law as if they were inhabitants of the
said city, and to be under the direction of the lieutenant and
sub-lieutenants of the city.

[Section VI.] (Section IX, P. L.) And be it further enacted
by the authority aforesaid, That the lieutenant and sub-lieu-
tenants of the city of Philadelphia and districts annexed, shall,
out of the several battalions of the said city and districts an-
nexed, take such a number as will compose eight companies
to form one battalion of artillery, to be officered and arrayed
as follows, that is to say, one lieutenant-colonel, one major,
eight captains, eight captain lieutenants, eight first lieuten-
ants, sixteen second lieutenants, the senior to bear the stand-
ard and the junior to do the duty of conductor; paymaster,
adjutant and quartermaster to be taken from the line; one
surgeon, one sergeant major, fife major, drum major, eight
clerks, thirty-two sergeants, forty-eight bombadiers, forty-
eight gunners, eight drummers, eight fifers and four hundred
matrosses, and both the officers and privates of the said bat-
talion shall be subject to the same fines and penalties for any
omission of duty as the infantry:  Provided, nevertheless, That
the persons composing the artillery heretofore formed may be
permitted to continue as a part of the said battalion of artil-
lery and the officers shall be elected in the same manner as is
directed by this act for the election of officers of the infantry.

[Section VII.] (Section X, P. L.) And be it further enacted
by the authority aforesaid, That the several captains of the
artillery battalion shall determine their rank by lot, and be

numbered from one to eight in numerical order, and be subject to be drawn forth into actual service in rotation by companies, according to their number in rank, number one in rank with the first class of the militia and so on, until all shall take their tour, or otherwise as the commander-in-chief of the militia shall direct.

(Section XI, P. L.) And whereas it is expedient to embody such a number of light horse as will be useful when the militia is called into actual service:

Therefore:

[Section VIII.] (Section XII, P. L.) Be it further enacted by the authority aforesaid, That each of the lieutenants of the several counties of this state may form a corps of light horse not to exceed six privates for each battalion of infantry in each county, to be taken distributively out of each, in case volunteers offer; otherwise, at large throughout the county. And the light horse shall be officered as light horse usually are, and shall be subject to appear upon muster days, and shall turn out in classes as other militia; and in case any person who shall be admitted into the said light horse shall fail of providing himself with a suitable horse, weapons and furniture, such person shall be liable to be called out and serve in the foot militia.

[Section IX.] (Section XIII, P. L.) And be it further enacted by the authority aforesaid, That the troop of light horse in the city of Philadelphia shall be limited to the number of fifty, exclusive of officers, the vacancies thereof to be filled in the manner heretofore practiced; and the said troops shall be liable to appear on muster days, and to be called out into service as other militia, and the light horse of this state, when in actual service, shall be subject to the same rules and regulations as the foot militia and to like fines and penalties for neglect of meeting on muster days or turning out on their tour when thereunto called, such fines and penalties to be appropriated as the fines and penalties for like offenses in other cases.

[Section X.] (Section XIV, P. L.) And be it further enacted by the authority aforesaid, That if any light horseman shall be elected or appointed a commissioned officer in any battalion

of infantry of his proper city or county, and on notice given
him in writing by the lieutenant shall accept thereof, his place
in the said light horse shall be vacated and any light horseman
who shall be absent more than four months from his city or
county shall vacate his place in the troop to which he belonged.

[Section XI.] (Section XV, P. L.) And be it further enacted
by the authority aforesaid, That the lieutenant or sub-lieuten-
ant shall appraise the horse of each person serving as a light
horseman, immediately before every time of going into actual
service, and enter the same in a book, and in case such horse
shall be killed or die in actual service or be taken by the
enemy, otherwise than by neglect he shall be paid the value of
such appraisement by an order to be drawn by the lieutenant
or any two sub-lieutenants on the militia fund in the hands
of the treasurer for that purpose.

[Section XII.] (Section XVI, P. L.) And be it further en-
acted by the authority aforesaid, That the said lieutenants
shall give public notice by advertisements at ten or more of
the most public places in the said districts respectively, of the
said divisions being made, and appointing a certain day for
each district, not less that [sic] [than] ten days after the said
notice, and requiring the male white inhabitants between the
ages aforesaid residing in the said divisions respectively to
meet at a certain place as near the centre of the said division
as may be, and then and there, between the hours of ten in
the morning and six in the afternoon of the said day, to elect,
by ballot, two field officers, That is to say, one lieutenant,
colonel and one major, and the inhabitants of the said sub-
divisions respectively shall elect by ballot, as aforesaid, on
the same or some other day as soon as convenient, one captain,
one lieutenant and one ensign, previous to which said election
the said inhabitants shall elect two freeholders to preside as
judges thereof, and all and each of these officers respectively
shall be such persons as have taken the oath of allegiance and
abjuration agreeable to the laws of this state; and each cap-
tain shall appoint a suitable person for clerk in his company;
and the said lieutenant or sub-lieutenant shall attend and
superintend each and every of the said battalion elections, and

shall cause the lieutenant-colonels so elected in the city and counties respectively to meet together as soon as may be, and cast lots for rank of the battalions and the rank of the officers in each battalion shall be determined by the lot drawn by their respective lieutenant-colonels, and the captains so elected in the sub-divisions shall meet and cast lots for their rank in the battalion to which they belong, and the rank of the sub-altern officers in each company shall be determined by the lot drawn by their respective captains. And the said lieutenants shall, within ten days, or as soon as may be, having regard to their local situation, transmit proper certificates to the president of the supreme executive council of the names of the persons so as aforesaid elected, and their rank, both of battalion and companies in the several battalions, in order that commissions may be forthwith granted to them agreeable to the said certificates, and elections for officers in the light horse shall be made in like manner as elections for officers in the infantry.

[Section XIII.] (Section XVII, P. L.) And be it further enacted by the authority aforesaid, That if any battalion, troop or company shall neglect or refuse to elect their officers as aforesaid, then, in such case, it shall and may be lawful for the lieutenant, with the advice and consent of two or more of the sub-lieutenants of the city of Philadelphia, and of such county where such neglect or refusal shall be, to nominate one reputable person to the supreme executive council in the room of each officer so neglected to be chosen, and the said council, approving thereof, shall commission the said person, which shall be as effectual to all intents and purposes as if the said officers had been elected as before directed, and the said lieutenant shall, as soon as may be, acquaint the parties so neglecting or refusing with the appointments so as aforesaid made. And the said several and respective officers elected or appointed as aforesaid shall serve respectively as officers of the militia for the space of three years, at the end of which time the lieutenant of the city and counties respectively, in the manner hereinbefore directed, shall cause a new election to be held in

the said city and counties respectively, but nothing herein con-
tained shall be construed to render any of the former officers
incapable of being re-elected.

[Section XIV.] (Section XVIII, P. L.) And be it further en-
acted by the authority aforesaid, That the commissioned offi-
cers of each company shall appoint three sergeants, three cor-
porals, one drummer and fifer for their respective companies,
and all persons who have heretofore been officers in the militia
under the late law, if not re-elected, shall deliver up their
arms, accoutrements, drums, fifes and colors if paid for by the
public, to the lieutenant or sub-lieutenant of the city or county
aforesaid; and the lieutenant of the city of Philadelphia and
the lieutenant of the counties respectively are hereby author-
ized to purchase such drums, fifes and colors as may be after-
wards wanted to supply the companies in the city and counties
respectively.

[Section XV.] (Section XIX, P. L.) And be it further en-
acted by the authority aforesaid, That the field officers of each
battalion in this state shall constitute and appoint, in their
respective battalion, one chaplain, one quartermaster, one sur-
geon, one adjutant, one quartermaster sergeant, one sergeant
major, one drum and fife major; and the lieutenants and
sub-lieutenants of the city and counties respectively shall, at
their discretion, furnish and procure proper carriages for the
battalion or drafts of the militia when it shall be necessary.

[Section XVI.] (Section XX, P. L.) And be it further en-
acted by the authority aforesaid, That the lieutenant or sub-
lieutenants of the city and counties respectively shall pay such
wages as shall be necessary to one adjutant, one quartermaster
sergeant and one drummer and fifer for every day that the ser-
vice may require them, out of the moneys arising from fines,
on the said adjutant, quartermaster sergeant, drummer and
fifer producing a certificate of the service so performed from
the commanding officer of the said battalion or company.

(Section XXI, P. L.) And whereas the sums allowed by the
late militia law for a drummer and fifer have been insufficient
and many officers have been obliged to pay considerably more:

[Section XVII.] (Section XXII, P. L.) Be it therefore en-

acted by the authority aforesaid, That the lieutenants shall and hereby are required to pay unto such captains or commanding officers of companies such reasonable sums as they have expended for drummers and fifers on their producing an account of such costs properly certified.

[Section XVIII.] (Section XXIII, P. L.) And be it further enacted by the authority aforesaid, That the commissioned officers of each company of militia shall nominate and appoint one discreet person who shall be called the almoner, residing in the district or sub-division out of which their company is formed, provided such almoner is above the age of fifty-three years, to take proper care of the families of such poor militiamen, within their respective districts, as are in actual service in their own turn and to grant them such support as their necessities may require, provided such support do not exceed half the price of daily labor as the same shall be ascertained as hereinafter is directed, and the said officers of the company, or any two of them, shall make out a certificate of their nomination and appointment, directed to the lieutenant of the city or lieutenant or sub-lieutenants of the county to which the company belongeth; which certificates shall enable the said almoner thereby appointed to draw from time to time on the said lieutenant or sub-lieutenant for such sum or sums of money as shall be necessary for the purpose aforesaid, and he shall render an account of the moneys by him drawn to the said lieutenants.

[Section XIX.] (Section XXIV, P. L.) And be it further enacted by the authority aforesaid, That every sub-lieutenant of the said city and several counties shall, once in every three months, render an account to his proper lieutenant of all moneys received by him and of his expenditures by virtue of this act, and settle and pay to him the balance of the same, and the lieutenant of the said city and each county respectively shall make out complete accounts of all the moneys received by him and of his expenditures and return the same to the supreme executive council once in every six months, and each lieutenant and sub-lieutenant is hereby empowered to employ one clerk the better to complete the same, and on

failure of accounting as aforesaid each lieutenant and sub-lieu-
tenant shall forfeit and pay for every such neglect the sum
of ten thousand pounds, to be applied as other fines are directed
to be applied by this act.

[Section XX.] (Section XXV, P. L.) And be it further en-
acted by the authority aforesaid, That the precedence of the
officers of the city of Philadelphia and of the several counties
in this commonwealth shall be determined as follows, That is
to say, when the commissions are of equal rank and date the
officers of the city of Philadelphia and districts annexed shall
take rank or precedence of all other officers of equal rank in
this state and next to them the officers of the county of Phila-
delphia and so on, according to the seniority of the counties re-
spectively.

[Section XXI.] (Section XXVI, P. L.) And be it further en-
acted by the authority aforesaid, That the whole of the militia
so enrolled as aforesaid shall be subject to be exercised in
companies under their respective officers as followeth, That is
to say, in the city of Philadelphia and districts annexed in
companies on the two last Mondays in the month of April and
in battalion on the two first Mondays in the month of May;
and the first battalion shall muster in battalion on the third
Monday in May, the second battalion on the Tuesday following,
the third battalion on the Wednesday, and so on till the whole
number of battalions shall have mustered according to their
numerical rank on any or every day of the week (Saturday and
Sunday excepted) until the whole number of battalions shall
have mustered in the aforesaid manner; and on the day fol-
lowing, should it not happen to be Saturday or Sunday, the
whole number of battalions belonging to the city of Philadel-
phia and districts annexed shall meet in brigade and the militia
of the city of Philadelphia and districts annexed shall meet to
exercise in companies the two last Mondays in the month of
August and in battalion on the two first Mondays in the month
of September, and the first battalion on the second Monday
in the month of October, the second battalion on the Tuesday
following, and the third battalion on the Wednesday and so
on until the whole number of battalions according to their

rank have mustered, except as before excepted.  And then, on the day following (with the foregoing exceptions) the whole battalions shall meet in brigade.  And in each and every county in the following manner, That is to say, in companies the two last Mondays in the month of April, and the two first Mondays in the month of May, and shall begin their mustering in battalion in the following manner to wit, the first battalion shall meet in battalion on the third Monday of the said month, the second battalion on the Tuesday following, the third battalion on the Wednesday, and so on according to the rank of battalions in the aforesaid manner mustering each day in the week (Saturday and Sunday excepted) and until the whole number of battalions belonging to each county shall have mustered in this manner; and in companies the two first Mondays in the month of October, and the two first Mondays in the month of November; and the first battalion in battalion on the third Monday in the month of November, the second battalion on the Tuesday following, the third battalion on the Wednesday and in this manner until the whole number of battalions belonging to each county according to their ranks severally shall have mustered on any day it may happen (except on a Saturday or Sunday as before excepted).  And on each of the said days every militiaman so enrolled shall duly attend with his arms and accoutrements in good order; and a sergeant, or the clerk of each company, shall, at the end of one hour **after** the time appointed for the meeting of the company or battalion, call over the muster roll of the company, noting those who are absent and on that day shall make return in writing to the captain or commanding officer then present of such absentees, and all persons so absent at the time of calling over the roll or who shall depart from the parade before duly discharged shall be liable to the fines hereafter mentioned.

[Section XXII.] (Section XXVII, P. L.) And be it further enacted by the authority aforesaid, That if any commissioned officer shall neglect or refuse to attend on any of the days appointed for exercise in companies as aforesaid (unless prevented by sickness or some other unavoidable accident) such commissioned officer shall forfeit and pay the price of three

days' labor; and any non-commissioned officer or private and all enrolled persons so refusing or neglecting (except as before excepted) shall forfeit and pay the price of one and a half days' labor, and on a brigade or battalion day a field officer shall forfeit and pay the price of six days' labor, and a commissioned officer under that rank the price of four days' labor, and a non-commissioned officer or private and all enrolled persons refusing to meet and exercise the price of two days' labor (excepting as before excepted), the said prices to be ascertained as hereafter directed. The names and surnames of all which person so incurring the said fines and penalties (except such as may have paid the same into the hands of the captain or commanding officer of the company) shall be duly returned by the captain or commanding officer of each company under his hand, together with such fines as he has received to the lieutenant-colonels or commanding officers of the battalions respectively on each field day, which said lieutenant-colonel or commanding officer of battalion shall, on receipt of such fines and returns, forthwith transmit the same to the lieutenant or one of the sub-lieutenants of the county; and also a duplicate thereof to the treasurer of the county, and the said lieutenant or sub-lieutenant shall immediately after the said returns are respectively made to him cause the same to be recovered by issuing his warrant to the sheriff, constable or other fit person that he can procure to levy the aforesaid fines by distress and sale of the offender's goods and chattels, together with five per centum for collecting where no distress is necessary to be made, and seven and a half per centum in case of distress and sale, in full for his trouble for levying, selling and collecting (unless the offender show cause of absence by sickness or otherwise, and can produce a certificate from the captain or commanding officer of the company, who may give such certificate if he verily believes the offender ought to be excused from paying the said fines), but if no such goods and chattels can be found, then to seize and take the body of such offender, and commit him to the common gaol or some other place of close confinement for the space of ten days for each fine, unless he sooner pay the same. And the lieutenant shall twice in

each year transmit the said fines, when collected, into the hands of the county treasurer, who shall pay the same into the hands of the state treasurer, to be kept as a fund, subject to such drafts as may be made upon him from time to time by the lieutenant or at least two sub-lieutenants for the use of the militia of that county. But if the funds of any county, by the generality of their turning out, should be insufficient to answer the drafts for the support of persons serving or suffering in the militia, in that case the executive council shall be empowered to draw on the funds of such other counties whose surplus may be most enabled to bear it.

[Section XXIII.] (Section XXVIII, P. L.) And be it further enacted by the authority aforesaid, That the treasurer of each county and the state treasurer shall keep all the moneys arising from fines by the militia law separate from all other moneys, and keep separate books to enter the same for the purposes hereinafter mentioned.

[Section XXIV.] (Section XXIX, P. L.) And be it enacted by the authority aforesaid, That whenever it may be necessary to call into actual service any part of the militia, in case of a rebellion or invasion of this or any of the adjoining states, then it shall and may be lawful for the president or vice-president in council to order into actual service such part of the militia, by classes, of the city of Philadelphia or any of the county or counties as the exigency may require: Provided, That the part so called doth not exceed four classes of the militia of the county or counties so called out: And provided also, That such counties shall not be again called upon to furnish any more militia until an equal number of classes of the militia of the other counties respectively be first called, unless the danger of an invasion from Indians or others should make it necessary to keep in reserve the militia of such county or counties for their own immediate defense.

(Section XXX, P. L.) And to the end that the militia, when called by classes, shall be properly officered, the following order is hereby directed and enjoined, That is to say:

For the first draft, the captain of the first company, the lieutenant of the second and the ensign of the fourth.

Second draft, the captain of the second company, the lieutenant of the first and the ensign of the third.

Third draft, the captain of the third company, the lieutenant of the fourth and the ensign of the second.

Fourth draft, the fourth captain, the lieutenant of the third company and the ensign of the first.

Fifth draft, the fifth captain, the lieutenant of the sixth company and the ensign of the eighth.

Sixth draft, the sixth captain, the lieutenant of the fifth company and the ensign of the seventh.

Seventh draft, the captain of the seventh company, the lieutenant of the eighth and the ensign of the sixth.

Eighth draft, the captain of the eighth company, the lieutenant of the seventh and the ensign of the fifth.

Non-commissioned officers to take tour of duty with the commissioned officers.

And the field officers of battalions in the city of Philadelphia and in each county of this state shall be divided in like manner, and each class to be considered as a detachment from different corps liable to serve two months and no longer, and to be relieved by the class next in numerical order, the relief to arrive at least two days before the expiration of the term of the class to be relieved, but nothing herein contained shall prevent the supreme executive council from employing or calling out part of any class or any company or companies, battalion or battalions without respect to this rule whenever the exigency is too sudden to allow the assembling of the scattered militia which compose the particular classes and the service of the persons so called out, shall be accounted as part of their tour of duty and the militia in actual service shall receive the same pay and rations as continental troops, their pay to commence two days before marching, and receive pay and rations at the rate of fifteen miles per day on their return home.

(Section XXXI, P. L.) And whereas the militia, when called into actual service, are not entitled to any bounty, such as clothing at the public expense and, therefore, their reward is not equal to that of the regular troops:

[Section XXV.] (Section XXXII, P. L.) Be it therefore en-

acted by the authority aforesaid, That when the militia, or any detachment thereof, are called out on duty each non-commissioned officer and private shall receive such a sum as, including the continental pay, will amount to the price of common labor for the time of service given, to be drawn from the treasury by the paymasters of the militia from time to time appointed; and the officers, whose duty it may be are hereby required to make out separate pay rolls of the said bounty and that all commissioned officers shall, over and above the pay established from time [to time] by the honorable Congress, receive the same bounty which a private shall receive.

[Section XXVI.] (Section XXXIII, P. L.) And be it further enacted by the authority aforesaid, That at each quarter sessions of the peace of the city and in the several counties throughout the state the price of common labor then current in the said city and counties respectively shall be inquired into and ascertained, and the justices, or a majority of them, attending the said courts are hereby required to fix and determine what is the average price of common labor at that time by the day, which price so determined by the said justices shall be considered as a rate by which all fines shall be determined for neglects or omissions of militia duty during and from that time to the end of the next quarter sessions of the peace, and the said justices are hereby required to make out a certificate of the price so determined for the lieutenants of the said city and counties respectively under their hands and seals.

[Section XXVII.] (Section XXXIV, P. L.) And be it further enacted by the authority aforesaid, That when any class or classes of the militia shall be called to perform any tour of duty, the lieutenant or sub-lieutenants shall cause each and every person so called to be notified of such call at least three days before the time of assembling the said militia by a written or printed notice being delivered to him personally or left at his house or usual place of abode by some officer or other fit person employed for that purpose by the commanding officer of said company, and any person refusing or neglecting to perform such tour of duty shall pay, for each and every day he shall so neglect or refuse the price of one day's labor, and in case

he shall be possessed of such estate as is hereinafter mentioned, shall pay such additional sum as by this act is further directed.

[Section XXVIII.] (Section XXXV, P. L.) And be it further enacted by the authority aforesaid, That the master or mistress of any apprentice and the father or mother of any minor liable to serve in the militia who shall refuse or neglect to attend as aforesaid, such minor being in the service of his father or mother, master or mistress, they shall be respectively accountable for the fine or fines so incurred by such minor or apprentice.

[Section XXIX.] (Section XXXVI, P. L.) And be it further enacted by the authority aforesaid, That no mariner or seaman shall be subject to the fines and penalties of this act for not performing militia duties if such mariner or seaman is in actual employ by being shipped for a voyage or absent at sea.

[Section XXX.] (Section XXXVII, P. L.) And be it further enacted by the authority aforesaid, That the militia of this state whilst in the actual service of the United States shall be subject to the same rules and regulations as the federal army: Provided, That upon any transgression or offense of a militiaman, whether officer or private, against the rules and regulations of the federal army the cause shall be tried and determined by a court martial of the militia of this state, and that it shall be in the power of the president of the supreme executive council, or in case of his absence, of the commanding officer of the militia to mitigate, suspend or pardon any punishment to which any militiaman may be sentenced by a general court-martial.

[Section XXXI.] (Section XXXVIII, P. L.) And be it further enacted by the authority aforesaid, That if any delinquent shall neglect or refuse to pay the fine for an omission of performing his tour of militia duty, within five days after the appeal [hereinafter mentioned] it shall and may be lawful for the lieutenant or any sub-lieutenant to issue his warrant to the sheriff, or any constable or other fit person that he can procure, to levy the said fine, by distress and sale of the offender's goods and chattels, lands and tenements, together with

seven and a half per centum and the charges of keeping the distress, in full for his trouble for levying, selling and collectting; which said distress and sale shall be made according to the directions of the law for levying and selling goods and chattels distrained for rent; but if no such goods and chattels, lands and tenements can be found, then to seize and take the body of such offender and commit him to the common gaol or some other place of close confinement for the space of four months, unless he sooner pays the said fine, and no process shall issue to stay the execution of such warrant unless in case of the seizure of real estates.

(Section XXXIX, P. L.) Provided always, That if any person shall think himself aggrieved in the seizure of his lands and tenements he may enter an appeal before the justices to the next court of common pleas for said county, and on the party giving sufficient security within six days next after any lands and tenements shall be seized or distrained as aforesaid to prosecute such appeal with effect, the justices shall receive the same and stay further process, and the said justices shall return every such appeal on the first day of the next term, and the court shall direct a trial by a jury of the country as in cases of debt, whose verdict shall be final and conclusive; and, except in extraordinary cases, of which the court shall judge, all such appeals shall be tried at the term to which such returns shall be made.

(Section XL, P. L.) Provided also, That in case real estate be sold as aforesaid, such sale shall be made by the sheriff of the county, who shall make a sufficient deed for the same and put the purchaser into possession thereof.

[Section XXXII.] (Section XLI, P. L.) And be it further enacted by the authority aforesaid, That no militiaman shall withdraw himself from the company to which he belongs under the penalty of the value of twenty days' labor, to be sued for and recovered by the commanding officer of the company from which he shall so withdraw himself before any justice of the peace by action of debt:  Provided nevertheless, That persons removing out of the bounds of one battalion or company to another, shall apply to the commanding officer of the company

to which he did belong who shall give him a discharge, certifying the class to which he belongs, and whether he hath served his tour of duty or not, which certificate the said militiaman shall produce to the captain or commanding officer of the company in whose bounds he next settles within ten days after his settlement under penalty of the value of thirty days' labor to be recovered and applied as aforesaid; and the captain or commanding officer is hereby required to enroll him in the class specified in the said certificate.

[Section XXXIII.] (Section XLII, P. L.) And be it enacted by the authority aforesaid, That in all cases of doubt respecting the age of any person enrolled or intended to be enrolled in the militia, the party questioned shall prove his age to the satisfaction of the officers of the company within the bounds of which he may reside, or a majority of them.

(Section XLIII, P. L.) And whereas it is just and reasonable that those who have considerable property should pay for the protection of that property when they do not give their service in facing danger in the field or bearing any of the necessary fatigues attending a military life; and to compel all persons to give their personal service or some equivalent therefore in some proportion to such property:

[Section XXXIV.] (Section XLIV, P. L.) Be it therefore enacted by the authority aforesaid, That all and every person and persons who are in and by this act required to perform a tour of duty, and have an estate shall pay for neglecting to perform the said tour of duty, in addition to the fine of the price of one day's labor as aforesaid the sum of fifteen shillings in every hundred pounds on all his rateable property and occupation in the manner directed to be ascertained by an act of assembly passed the third day of April, one thousand seven hundred and seventy-nine, entitled "An act to raise the supplies for the year one thousand seven hundred and seventy-nine," [1] and as may be directed to be taken by every yearly or other state tax in future.

(Section XLV, P. L.) And in order that the lieutenant of each county may have the amount of the whole estate of each person

---

[1] Chapter 840.

11—X

residing in said county, although the said estate or estates may
be situate in some other county or counties, that he, the said
lieutenant, may be able, where the case requires it, to levy for
the interest on the whole wheresoever lying within this state:

[Section XXXV.] (Section XLVI, P. L.) Be it further en-
acted by the authority aforesaid, That the assessors of each
and every county finding any kind of taxable estate within
said county belonging to persons resident in some other county
within the state shall and are hereby required to make out a
list of the amount of the valuation of such estate or estates,
placing the same opposite the name of such proprietor, and
once in every year send such lists to the lieutenant of the county
where the owner of such estate may reside.

[Section XXXVI.] (Section XLVII, P. L.) And be it further
enacted by the authority aforesaid, That the lieutenant of the
city of Philadelphia and of the several counties of this state
shall have and receive the value of one and an half bushels of
wheat per day, and the sub-lieutenants for the said city and
counties shall have and receive the value of one and a quarter
bushels of wheat per day each, as the same shall be declared
from time to time by the general assembly, for their trouble,
and for every day in which they shall be employed in doing
and performing the respective duties required by this act,
which said sum or sums shall be respectively paid unto them
out of the fines incurred by this act.

[Section XXXVII.] (Section XLVIII, P. L.) And be it fur-
ther enacted by the authority aforesaid, That it shall and may
be lawful for any person called to do a tour of militia duty
to find a sufficient substitute, having been previously classed
at least six months in the company or battalion to which the
person belongs who hires such substitute:  Provided always,
That persons serving by substitute as aforesaid, if said substi-
tute shall be called in his own turn into actual service before
the term expires which he was to serve for his employer, that
then the person procuring such substitute shall march in the
said substitute's turn or be liable to pay his fine for neglect,
which fine is to be recovered as other fines for neglect of serv-
ing are by this act directed to be recovered and that sons who

are not subject to the militia law may be admitted as substitutes for their fathers, and that each substitute be approved of by the lieutenant or sub-lieutenant.

[Section XXXVIII.] (Section XLIX, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant or one of the sub-lieutenants shall, within ten and not less than five days after the marching of any part of the militia, call to his assistance two freeholders, one of whom shall be a justice of the peace, to sit at the most convenient place for the inhabitants of their respective districts (notice having been given of such place in the written or printed summons of every militiaman), and shall there hear and determine all appeals that may be made by the persons thinking themselves aggrieved by anything done in pursuance of this act, and they are hereby authorized and required to grant such relief to such appellant as to them shall appear just and reasonable in consideration of such inability of body as in the opinion of the court renders him ·incapable of performing military duty, and each of the said freeholders, before they shall sit on the said appeal, shall take the following oath or affirmation, viz.: "That he will hear and impartially determine on the cases of appeal that may be laid before him agreeable to law and according to the best of his knowledge," which oath or affirmation the said justice, lieutenant or sub-lieutenant is hereby empowered and required to administer, and the said justice and freeholder shall have and receive from the said lieutenant the value of one bushel of wheat each for every day they sit on the said appeals, and the said lieutenant and justice of the peace shall each keep a separate record of the proceedings of such court of appeals.

[Section XXXIX.] (Section L, P. L.) And be it further enacted by the authority aforesaid, That if any person or persons shall knowingly sell, buy, take or exchange, conceal or otherwise receive any arms, accoutrements, colors or drums belonging to this state or the United States on any account or pretense whatsoever, the person so offending, being convicted thereof before one or more justice or justices of the peace of the city or county where such offense shall be committed, shall forfeit and pay for every such offense treble the value of such arms

or accoutrements, to be ascertained by the said justice or justices and levied by distress and sale of the offender's goods and chattels by the justice or justices before whom such offender shall be convicted, returning the overplus, if any, on demand, to such offender, and for want of such distress shall commit such offender to the common gaol of the county, there to remain without bail or mainprise for any term not exceeding three months, unless such money shall be sooner paid; and in every case the proof of the property shall be made by the possessor of such arms or accoutrements.

[Section XL.] (Section LI, P. L.) And be it further enacted by the authority aforesaid, That no person, not being a subject of this state or any of the United States, who already has deserted or shall hereafter desert from the enemy in the course of the present war, shall be enrolled in any company of militia of this state during the present contest or be subject to any fine or penalty for not serving as by this act is required of others.

[Section XLI.] (Section LII, P. L.) And be it enacted by the authority aforesaid, That no civil process shall be served on any commissioned, non-commissioned officer or private at any regimental review or training of any company, or while going to or returning from the place of such review or training.

[Section XLII.] (Section LIII, P. L.) And be it enacted by the authority aforesaid, That all moneys passing into the treasury by virtue of the directions of this act shall be appropriated as a fund for the benefit and relief of such officers and privates of the militia of this state as are or shall be wounded and disabled in service, and of the widows and children of such as have or shall fall in battle or otherwise loose their lives in the service of the state, and shall not be considered as a revenue for any other purpose than that of supporting the necessary officers for carrying this law into effect, equipping and furnishing the militia with every necessary apparatus for the defense and security of the state, the surplus, if any, to be appropriated in such manner and to such uses as the assembly shall from time to time direct and appoint.

[Section XLIII.] (Section LIV, P. L.) And be it further en-

acted by the authority aforesaid, That if any commissioned
officer, non-commissioned officer or private militiaman of this
state who has lost or may hereafter lose a limb in any engage-
ment in the service of the state, or in the service of the United
States of America, or be so disabled as to render him incapable
of getting a livelihood, he shall receive during life or the con-
tinuance of such disability a pension adequate to the neces-
sity of such disabled officer or private militiaman by the judg-
ment of the orphans' court of the county where such disabled
officer or private militiaman shall dwell or reside.   And every
officer or private disabled as aforesaid shall, before he be legally
entitled to the pension above mentioned, produce a certificate,
upon oath, from the commanding officer who was in the same
engagement in which he was wounded, or from the officer next
in command, or the surgeon that attended him, and upon such
disabled officer, non-commissioned officer or private militia-
man's producing such certificate as aforesaid to the orphans'
court of the county where such disabled officer, non-commis-
sioned officer or private militiaman shall dwell or reside, the
said court is hereby enjoined and required, if they are satisfied
of the truth thereof, to give every such officer or private an
order on the lieutenant of the said city or county for such
sums of money from time to time as to them shall appear just
and necessary, provided such sums of money do not exceed
the half pay and rations of such officer or private.   And the
said lieutenant is hereby enjoined and required to accept and
pay the said order to such officer or private.   And the said lieu-
tenant shall draw on the state treasurer as often as he shall
have occasion for such sum or sums of money as he shall make
appear to the president and council to be necessary for carrying
this proviso into execution.

[Section XLIV.] (Section LV, P. L.) And be it enacted by
the authority aforesaid, That if any officer, non-commissioned
officer or private militiaman residing in this state, having a
family, has been killed, shall be killed or shall die of his wounds
received in the service of this or the United States, a certificate
from the commanding or other officer next in rank who was in
the same engagement in which he was killed or wounded and

died of his wounds, being produced to the orphans' court, and also a certificate from the overseers of the poor and two other reputable freeholders of the township, borough, ward or district where the family of such deceased officer or private militiaman shall dwell or reside at that time, setting forth the particular circumstances of such family, the age or ages of the child or children and the necessity of granting them some support, the said orphans' court, when possessed of the certificates aforesaid, is hereby authorized to give orders upon the lieutenant of the city or county for such sum of money as they may think just and necessary for the support of such family from time to time.

(Section LVI, P. L.) Provided always, That the sum of money aforesaid does not exceed the half pay and rations that such officer, non-commissioned officer or private was entitled to at the time of his death.

[Section XLV.] (Section LVII, P. L.) And be it further enacted by the authority aforesaid, That if any field or other commissioned officer, at any regimental review or on any other occasion when the battalion or company to which he may belong, or in which he holds a command is paraded in arms, shall appear, misbehave or demean himself in an unofficerlike manner, he shall, for such offense, be cashiered or punished by fine at he discretion of a general court martial as the case may require in any sum not exceeding the price of six days' labor; and if any non-commissioned officer or private shall, on any occasion of parading the company to which he belongs, appear with his arms and accoutrements in an unfit condition, or be found drunk or shall disobey orders or use any reproachful or abusive language to his officers, or any of them, or shall quarrel himself or promote any quarrel among his fellow soldiers he shall be disarmed and put under guard by order of the commanding officer present until the company is dismissed, and shall be fined in any sum not exceeding the price of ten days' labor nor less than one day's labor.

[Section XLVI.] (Section LVIII, P. L.) And be it further enacted by the authority aforesaid, That if the lieutenant-colonel or commanding officer of any battalion shall neglect

or refuse to give orders for assembling his battalion at the
times appointed by this law or at the direction of the lieutenant
or sub-lieutenant of the city or any county when the said lieu-
tenant or sub-lieutenant is thereto commanded by the president
or vice-president in council, or in case of an invasion of the
city or county to which such battalion belongs, he shall be
cashiered and punished by fine at the discretion of a general
court-maritial; and if a commissioned officer of any company
shall, on any occasion neglect or refuse to give orders for as-
sembling the company to which he belongs, or any part thereof,
at the direction of the lieutenant-colonel or commanding officer
of the battalion to which such company belongs he shall be
cashiered and punished by fine at the discretion of a regimental
court-martial and a non-commissioned officer offending in such
case shall be fined in any sum not exceeding the price of ten
days' labor.

[Section XLVII.] (Section LIX, P. L.) And be it further
enacted by the authority aforesaid, That if any captain or com-
manding officer of a company shall refuse or neglect to make
out a list of the persons noticed to perform any tour of duty and
send or convey the same to the lieutenant-colonel or command-
ing officer of the battalion to which such company may belong
for such neglect or refusal he shall be cashiered or fined at the
discretion of a regimental court-martial.

[Section XLVIII.] (Section LX, P. L.) And be it further
enacted by the authority aforesaid, That the following rules
and regulations shall be those by which the militia shall be
governed.

1st. Every general court-martial shall consist of thirteen
members, all of whom shall be commissioned officers and of
such rank as the case may require, and these thirteen shall
choose a president out of their number, who shall be a field
officer.

2d. Every regimental court-martial shall be composed of five
members, all commissioned officers, who are to choose one of
their members as president not under the rank of a captain.

3d. In any court-martial not less than two-thirds of the
members must agree in every sentence for inflicting any punish-
ment, otherwise the person charged shall be acquitted.

4th. The president of each and every court-martial, whether general or regimental, shall require all witnesses in order to the trial of offenders to declare on oath or affirmation that the evidence they shall give is the truth, the whole truth and nothing but the truth, and the members of all such courts shall take an oath or affirmation, which the president is required to administer to the other members and the next in rank is required to administer to him that they will give judgment with impartiality.

5th. All members of any militia called as witnesses in any case before a court-martial who shall refuse to attend and give evidence shall be censured or fined at the discretion of the court.

6th. No officer or private man being charged with transgressing these rules shall be suffered to do duty in the battalion, company or troop to which he belongs until he has had his trial by a court-martial, and every person so charged shall be tried as soon as a court-martial can be conveniently assembled.

7th. If any officer or private man shall think himself injured by his lieutenant-colonel or the commanding officer of the battalion and shall, upon due application made to him, be refused redress, he may complain to the lieutenant of the county, who shall summon a general court-martial that justice may [be] done.

8th. If an inferior officer or private man shall think himself injured by his captain or other superior officer in the battalion, troop or company to which he belongs, he may complain to the commanding officer of the battalion who shall summon a regimental court-martial for the doing justice according to the nature of the case.

9th. No penalty shall be inflicted at the discretion of the court-martial other than degrading, cashiering or fining.

10th. The commanding officer of the militia for the time being shall have full power of pardoning or mitigating any censures or penalties ordered to be inflicted on any private or non-commissioned officer for the breach of any of these articles by a general court-martial, and every offender convicted as

aforesaid by any regimental court-martial, may be pardoned, or have the penalty mitigated by the lieutenant-colonel or commanding officer of the battalion, excepting only where such censures or penalties are directed as satisfaction for injuries received by one officer or private man from another, but in case of officers such sentence to be approved by the commander-in-chief or the nearest general officer of the militia, who are respectively empowered to pardon or mitigate such sentence or disapprove the same.

11th. The militia, on the days of exercise, may be detained under arms on duty in the field any time not exceeding six hours, provided they are not kept above three hours under arms at any one time without allowing them a proper time to refresh themselves.

12th. No company or battalion shall meet at a tavern on any of the days of exercise, nor shall march to any tavern before they are discharged; and any person who shall bring any kind of spiritous liquor to such place of training shall forfeit such liquors so brought for the use of the poor belonging to the township where such offender lives.

13th. All fines that shall be incurred by any breach of these rules shall be paid into the hands of the clerk of the company to which the offenders belong, but if a field officer, to the clerk of that company whose captain has the first rank in the battalion, within three weeks after they become due; but in case of neglect or refusal to pay any of the said fines, then in such case, upon application made by the clerk to whom such fine or fines ought to have been paid, it shall and may be lawful for any one justice of the peace of the county, if the fine does not exceed fifty pounds, or two justices if above that sum, by warrant under his or their hands and seals to levy such fine or fines respectively on the offender's goods and chattels, and otherwise proceed in recovering the same as is by law directed, and when recovered the said justice or justices are required to pay such fines into the hands of the clerk who applied for recovery and shall be applied as other fines before directed.

[Section XLIX.] (Section LXI, P. L.) And be it further enacted by the authority aforesaid, That in any case wherein any

person is by this act called to do or perform anything in execution thereof, or otherwise, and no special recompense is herein provided for such service, such person shall be satisfied for the same at the discretion of the lieutenant, taking to his assistance two sub-lieutenants of the city or county respectively.

[Section L.] (Section LXII, P. L.) And be it further enacted by the authority aforesaid, That in any case wherein the person who shall be authorized to collect any fine due by virtue of this act shall need assistance in levying the same, such collector, on application to any captain or inferior officer of the militia of the place where such fine shall be due, shall be assisted therein by a sufficient party of militia of the neighborhood ordered on such duty by such captain or other officer, and if such captain or other officer or any of the party by such captain or other officer ordered on such duty refuse or neglect to perform the said duty, such captain or other officer shall forfeit and pay the sum of fifty pounds, and if any non-commissioned officer or private be delinquent therein he shall forfeit and pay the sum of twenty-five pounds, to be recovered with costs of suit as demands for fifty pounds are by law recoverable, to be applied as other fines levied by virtue of this act.

[Section LI.] (Section LXIII, P. L.) And be it further enacted by the authority aforesaid, That in case any militiaman shall desert when he is out on a tour of duty the commanding officer of the battalion or detachment from which he deserts shall, as soon as possible, give notice thereof to the lieutenant of the city or county or sub-lieutenant of the district from which he came who, if he does not see proper to send him back shall subject him to the payment of such fine as he would have paid if he had not gone out on such tour.

[Section LII.] (Section LXIV, P. L.) And be it further enacted by the authority aforesaid, That if any suit or suits shall be brought or commenced against any person or persons for anything done in pursuance of this act, the action shall be laid in the county where the causes of such action did arise and not elsewhere, and the defendant or defendants in such action or actions to be brought may plead the general issue, and

give this act and the special matter in evidence; and if the jury shall find for the defendants in such action or actions, or if the plaintiff or plaintiffs shall be non-suited or discontinue his or their action or actions after the defendant or defendants shall have appeared, or if upon demurrer judgment shall be given against the plaintiff or plaintiffs the defendant or defendants shall have treble costs and have the like remedy for the same as any defendant or defendants had or have in other cases to recover costs by law.

[Section LIII.] (Section LXV, P. L.) And be it further enacted by the authority aforesaid, That all and every the fines and forfeitures by this act made payable and the mode of recovery not hereinbefore particularly pointed out shall be recovered by the lieutenant of each county and of the city of Philadelphia by summons or warrant and execution from under the hand and seal of a justice of the peace in the neighborhood where the person charged resides, directed to any constable of the city or county, requiring him to levy the same on the goods and chattels of the delinquent, and the same cause to be appraised by two freeholders, and after being publicly advertised seven days make sale thereof, and after payment of the fine or forfeiture to the lieutenant, together with costs and charges, pay the overplus, if any, to the owner, and if goods and chattels sufficient to discharge the same cannot be found, that then the justice granting such precept shall certify the proceedings had thereon to the prothonotary of the county court of common pleas, who is thereupon required to issue a fieri facias directed to the sheriff of said county for levying the fines and forfeitures aforesaid, together with the costs on the lands or tenements of such delinquent.

[Section LIV.] (Section LXVI, P. L.) Provided always, and be it enacted by the authority aforesaid, That if any person or persons shall think him or themselves aggrieved by the judgment of the justice aforesaid in any suit of fifty pounds or upwards, he or they may appeal before the justice aforesaid, and on the party's giving security within six days next after any such judgment to prosecute such appeal in the court of

common pleas of the county with effect, the justice shall re-
ceive the same and stay further process, and the said justice
shall return every such appeal on the first day of the next
term, and the court shall direct a trial by jury, as in other
cases of debt, whose verdict shall be final and conclusive; and
all such appeals shall be tried at the term to which such re-
turns shall be made, any law, custom or usage to the contrary
notwithstanding.

[Section LV.] (Section LXVII, P. L.) And be it further en-
acted and declared, That the act entitled "An act to regulate
the militia of the commonwealth of Pennsylvania," [1] passed on
the seventeenth day of March, Anno Domini one thousand seven
hundred and seventy-seven; also, the supplement to the said
act passed the nineteenth day of June, Anno Domini one thou-
sand seven hundred and seventy-seven; [2] also, a further supple-
ment to the said act passed on the thirtieth day of December,
Anno Domini one thousand seven hundred and seventy-three; [3]
also, a further supplement to the said act passed on the fifth
day of April, Anno Domini one thousand seven hundred and
seventy-nine; [4] also, such parts of an act, entitled "An act to
empower the supreme executive council and justices of the su-
preme court to apprehend suspected persons and to increase
the fine to which persons are liable for neglecting to do their
tour of militia duty," [5] as relates to the fining the militia for
not performing a tour of duty and the pay of the lieutenants
are hereby repealed and made void.

[Section LVI.] (Section LXVIII, P. L.) Provided always,
That nothing in this act contained shall be deemed to repeal,
alter or dispense with the powers, authorities or duties of the
present lieutenants and sub-lieutenants of the city and counties
aforesaid, or of any other officer or person under the militia
laws that have been in force in this state immediately before
the passing of this act until their respective offices are sup-
plied and filled by new appointments in virtue of this act which

---

[1] Chapter 750.
[2] Chapter 760.
[3] Chapter 781.
[4] Chapter 843.
[5] Chapter 865.

Rivas Exs., Page 408

said present lieutenants and sub-lieutenants or other proper officers are hereby authorized required and enjoined to collect or cause to be collected all [such] fines and forfeitures as have been or shall be incurred during the continuance of their respective commissions and pay in the same agreeable to this law, or the late laws aforesaid on or before the first day of July next. But in case the president or vice-president and council shall approve of the discontinuing to act or resignation of the said present lieutenants and sub-lieutenants or any of them and not otherwise it shall be lawful for such officer and he is hereby required to deliver to his successor in office an account on oath of all the moneys uncollected and outstanding on account of fines and forfeitures aforesaid, who is in such case empowered and required to collect the same.

> Passed March 20, 1780. See the Acts of Assembly passed May 26, 1780, Chapter 908; September 22, 1780, Chapter 916; March 21, 1783, Chapter 1022; September 22, 1783, Chapter 1038; December 9, 1783, Chapter 1061; September 29, 1787, Chapter 1319; March 22, 1788, Chapter 1339; November 19, 1788, Chapter 1383; March 27, 1789; Chapter 1416; March 3, 1790, Chapter 1483; March 27, 1790, Chapter 1493; April 5, 1790, Chapter 1513 (repealed by the Act of Assembly passed) April 11, 1793, Chapter 1696. Recorded L. B. No. 1, p. 374, &c.

---

## CHAPTER CMIII.

---

### AN ACT TO DISCONTINUE A ROAD CALLED PALMER'S LANE IN THE TOWNSHIP OF THE NORTHERN LIBERTIES IN THE COUNTY OF PHILADELPHIA AND NEAR TO THE LOWER FALLS OF SCHUYLKILL

(Section I, P. L.) Whereas it has been represented to us on the petition of John Redman of the city of Philadelphia, practitioner in physic, and Nathaniel Falconer, of the same place, mariner, that in the year one thousand seven hundred and twenty-three, four, a road was laid out from the market place in Germantown, in the county of Philadelphia, to Robert Roberts' ferry, on the river Schuylkill, which entered the lands then owned by William Palmer, and since by the said John Redman and Nathaniel Falconer, at the northwest end of the same, and

# EXHIBIT 64



HEINONLINE

DATE DOWNLOADED: Wed Jul  5 18:31:01 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Salmon P. Chase. Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress (1833).

ALWD 7th ed.
Chase, Salmon P. Statutes of Ohio & of the Northwestern Territory, Adopted or Enacted
from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the Constitutions
of Ohio & of the United States, & various Public Instruments & Acts of Congress
(1833).

APA 7th ed.
Chase, S. (1833). Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress. Cincinnati, Corey & Fairbank.

Chicago 17th ed.
Chase Salmon P. Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress. Cincinnati, Corey & Fairbank.

McGill Guide 9th ed.
Salmon P. Chase, Statutes of Ohio & of the Northwestern Territory, Adopted or Enacted
from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the Constitutions
of Ohio & of the United States, & various Public Instruments & Acts of Congress
(Cincinnati: Corey & Fairbank., 1833)

AGLC 4th ed.
Salmon P. Chase, Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress (Corey & Fairbank., 1833

MLA 9th ed.
Chase, Salmon P. Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress. Cincinnati, Corey & Fairbank. HeinOnline.

OSCOLA 4th ed.
Chase, Salmon P. Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the

Case 3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.13198   Page 457 of 718

ized, and each and every of them is hereby authorized to seize and distrain the same for the use aforesaid. *Provided nevertheless,* That nothing in this act contained shall be so construed as to prevent any person or persons from transporting or removing any of the liquors, as aforesaid, into or through the said towns, either by land or water, provided such person or persons shall not expose the same, or any part thereof, for sale, within the limits of the said towns or districts. [*Approved, December* 6, 1799.]

*Proviso in favor of persons transporting liquor, &c.*

---

CHAP. CIV.—An act regulating the firing of woods, prairies, and other lands.

Whereas there are persons in the habit of setting on fire the leaves and herbage in the woods, prairies, and other grounds, thereby producing a conflagration prejudicial to the soil, destructive to the timber and the improvements within this territory; therefore,

*Repealed, O.L. c. 88, § 2. Preamble.*

§ 1. *Be it enacted, &c.* That whosoever shall, at any time, except as is hereinafter excepted, wilfully or negligently set on fire, or cause to be set on fire, any woods, prairies, or other grounds, whatsoever, within this territory, and being thereof legally convicted, by the oath or affirmation of one or more credible witnesses, in any court having cognizance of the same, shall pay a fine not exceeding one hundred dollars, nor less than five dollars; the one-half of which to be paid to the person prosecuting for the same, and the other half to the use of the county wherein the offence shall have been committed.

*Penalty for firing woods, prairies, &c.*

§ 2. That when any person or persons, so offending, shall thereby occasion any loss, damage or injury to any other person or persons, every person, so offending, shall be and is hereby declared liable to make good all damages to the person or persons injured, with costs of suit, in any court having cognizance of the same.

*Offenders liable to make good all damages.*

§ 3. That when any servant or servants shall offend against the tenor of this law, and be duly convicted of the same, except his, her or their master or mistress shall pay the fine hereinabove provided, with damages and costs for said offence, then such servant or servants, so offending, shall be committed to the prison of his, her or their proper county, until all such debts, dues and demands are paid, or be whipped not exceeding thirty-nine stripes, at the discretion of the court, having cognizance thereof.

*Servants offending against this law how punished.*

§ 4. That nothing in this act contained shall be so construed as to prevent any person or persons from setting on fire any rubbish, leaves or brush on his, her or their farms or plantations, as often as occasion may require, if the same be done without damage to the property of any other person or persons. *Provided also,* That nothing in this act shall be so construed as to prevent any person or persons from setting on fire prairies, or cleared lands, between the first day of December and the tenth day of March, if the same be done without damage, as aforesaid. This act shall be in force from and after the passing of the same. [*Approved, December* 6, 1799.]

*Not prohibited to set fire to rubbish, &c. on their own lands.*

*When prairies may be burned. When to take effect.*

---

CHAP. CV.—An act establishing and regulating the militia.*

§ 1. *Be it enacted, &c.* That each and every free, able bodied, white male citizen, of the territory, who is or shall be of the age of eighteen years, and under the age of forty-five years, except as is hereinafter excepted, shall severally and respectively be enrolled in the militia, by the captain or commanding officer of the company within whose bounds such citizen shall reside, within twenty days next after such residence; and it shall, at all times hereafter, be the duty of such captain, or commanding officer of a company, to enrol every such citizen, as aforesaid; and also those who may, from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years, (except as is hereinafter excepted) shall come to reside within his bounds, and shall, without delay, notify such citizen of the said enrollment, by a proper non-commissioned officer of the company, by whom such notice may be proved; and every citizen, so enrolled and notified, shall, within six months thereafter, provide himself with a good musket, a sufficient bayonet and belt, or a fusee, two spare flints, a knapsack and a pouch, with a box therein, to contain not less than twenty-four cartridges, suited to the bore of his musket or fusee, each cartridge to contain a proper quantity of powder and ball, or a good rifle, knapsack, pouch and powder-horn, with twenty balls suited to the bore of his rifle, and a quarter of a pound of powder; and every enrolled person shall so appear armed, accoutred and provided when called out to muster, or into service, except when called

*Amended, T. L. c. 137, 155. Repealed, O.L. c. 25, § 54. Persons liable to do militia duty to be enrolled by the commanding officers of companies.*

*Militia, how to be armed.*

* See T. L. c. 1, 8, 23.

Case 3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.13199   Page 458 of 718

out on company days, to exercise only, he may appear without a knapsack.

**Commissioned officers, how to be armed.** The commissioned officers shall severally be armed with a sword or hanger, and espontoon; and every citizen, so enrolled and providing himself with arms, ammunition and accoutrements, required as aforesaid, shall hold the **Arms, &c. exempted from all seizures.** same exempted from all suits, distresses, executions or sales for debt, damages, or the payment of taxes.

§ 2. That the judges of the supreme court, the attorney-general, the clerk **What persons exempted from militia duty.** of the supreme court of the territory, all ministers of the gospel, licensed to preach according to the rules of their sect, all keepers of jails, and such other persons as are exempted by the laws of the United States shall be, and hereby are exempted from militia duty.

**Militia, how to be divided.** § 3. That the militia of the territory shall, as soon as may be after the passing of this law, be divided into divisions, brigades, regiments, battalions and companies. Each division, brigade and regiment shall be numbered, and a record of such numbers made in the adjutant-general's office, and when in the field, or in service in the territory, each division, brigade, or regiment shall, respectively, take rank according to their numbers, reckoning the first or lowest number highest in rank. Each division shall consist of two brigades; each brigade of not less than two, nor more than four regiments; each regiment of two battalions; each battalion of four companies; and each company shall consist of sixty-four privates. *Provided always,* That if local circumstances should require it, a company may be formed of forty, or extended to eighty rank and file.

**Officers.** § 4. That the militia of the territory shall be officered as follows, to wit; to each division there shall be one major-general, who shall be allowed two aids-de-camp, with the rank of major; to each brigade one brigadier-general, with one brigade inspector, to serve as brigade-major, with the rank of major, to be appointed by the brigadier-general from among the commissioned officers of his brigade; to each regiment one lieutenant-colonel commandant; to each battalion one major, and to each company one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer, and one fifer. The regimental staff shall consist of one adjutant, one clerk, one quarter-master, and one pay-master, to be chosen from among the subaltern officers, if fit persons can be found; one surgeon, one surgeon's mate, one sergeant-major, one quarter-master-sergeant, one drum-major, and one fife-major.

**One company of artillery, and one troop of horse, to each brigade.** § 5. That there shall be attached to each brigade one company of artillery, and one troop of horse, when in the opinion of the brigadier-general the said companies, or either of them can, with convenience, be raised and equipped **How officered and armed.** within his brigade. To every company of artillery there shall be one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one fifer, and not less than twenty, nor more than thirty matrosses; the non-commissioned officers shall be armed with a sword or hanger, and each private, or matross, shall be furnished with a fusee, bayonet and belt, with a cartridge-box to contain twelve cartridges. And to each troop of horse there shall be one captain, two lieutenants, one cornet, four sergeants, four corporals, one sadler, one farrier, one trumpeter, and not less than thirty, nor more than sixty privates. The commissioned officers shall furnish themselves with good horses, saddles and holsters, and be armed with a sword and pair of pistols; and each dragoon shall provide himself with a serviceable horse, a good saddle and holsters, a bridle, mail pillion and vallise, a breast-plate and crupper, a pair of boots and spurs, and be armed with a sabre, a pistol or pair of pistols, and cartridge-box, to contain twelve cartridges **To be formed by volunteer enlistments.** for pistols. Each company of artillery and troop of horse shall be formed of **To dress in uniform.** volunteers from the brigade, and be enlisted by the officers commanding them, and shall be uniformly clothed in regimentals, furnished at their own expense, the color and fashion to be determined by the brigadier-general commanding the brigade to which they belong.

**Companies of light infantry, grenadiers, and riflemen, to be raised by voluntary enlistment.** § 6. And whereas it will be of great utility and advantage, in establishing a well disciplined militia, to annex to each battalion a light company, to be formed of young men, from the age of eighteen to twenty-eight years, whose activity and domestic circumstances will admit of a frequency of training, and who will be in a state of readiness in all cases of emergency, not practicable or convenient for the militia in general, and their returning to the main body, on their arrival at the latter period, will be giving thereto a military pride and experience from which the best of consequences must result; therefore, *Be it further enacted,* That the governor shall appoint and commission one captain, one lieutenant and one ensign to each battalion; and the said com-

panies shall be distinguished by the denomination of grenadier, light infantry or riflemen, at the discretion of the commanding officer of the brigade. Every person belonging to the said light companies shall wear, while on duty, such caps and uniforms as the field officers of the regiment shall direct, to be purchased by such companies at their own expense. And the officers of such light companies shall, after qualifying in manner hereafter directed, proceed to raise their companies by voluntary enlistment anywhere within the bounds of the battalion to which they may be attached, of young men, as before directed; and as the men of such light companies shall, from time to time, arrive at the age of twenty-eight years, the captain shall make report thereof to the commanding officer of the battalion, who shall order them to be enrolled in the district company they may respectively live in, and the deficiency shall be supplied by a new enlistment. The said companies shall, in all respects, be subject to the same regulations and orders as the rest of the militia, except as hereinafter excepted. *At the age of 28, to be enrolled in the district companies.*

§ 7. That the commanding officers of regiments, battalions and companies, in each county, shall, on the first Monday in May next, meet at their respective court-houses, then and there to divide the counties into districts for the purpose of forming the regiments, battalions and companies, by this act established, which district, so laid off, shall be designated by certain lines and bounds, to be by them established, and which shall be recorded by the clerk of each regiment. *Provided always,* That if emigration into any of the company districts shall render it necessary to form new districts, so as to affix to each district its proper number of effective militia, it shall be the duty of the captain of each company, which shall have increased above the proper number, to notify the commandant of the battalion to which such company belongs thereof, who shall give the like information to the commandant of his regiment, whose duty it shall be to cause a meeting of the commanding officers of the companies of such battalion, or regiment (as the case may be) from which such new company is to be taken, at the most convenient place in the battalion or regiment, as soon as may be; and the officers, so met, shall proceed to divide such district, in case it contains a sufficient number of effective men so as to form two companies, or otherwise to take from the several adjoining districts such parts as they can spare, without reducing the original company or companies below their proper quota, and thereof form one new company. *Division of counties into districts.* *When and how new districts shall be formed.*

§ 8. That no person shall be eligible to a command in the militia, who is not a citizen of the United States, and has not resided twelve months in this territory. *Requisites to a command.*

§ 9. That every officer, commissioned by virtue of this act, shall, previous to his entering on the execution of his respective office, take the oath of allegiance to the United States, and the following oath or affirmation, to wit; I, do solemnly swear (or affirm as the case may be) that I will faithfully and justly execute the duties of a in the militia of the territory, according to the best of my abilities; so help me God; which oath, or affirmation, shall be endorsed on the back of the commission by the person administering the same. *Oaths to be taken by commissioned officers before they act.*

§ 10. That all commissioned officers shall take rank according to the date of their commissions; and when two or more of the same grade be of equal date, then their rank shall be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment. *Rank of officers, how to be determined.*

§ 11. That each battalion and regiment shall be provided with regimental standards, with the number of the regiment inscribed on the same, by the field officers; and each company with the regimental colors, with the number of the company in such regiment inscribed thereon; a drum and fife, by the commissioned officers of the company, in such manner as shall hereinafter be directed. *Regimental standards to be provided.*

§ 12. That there shall be an adjutant-general appointed in the territory, whose duty it shall be to distribute all orders from the commander-in-chief of the territory to the several corps; to attend all public reviews, when the commander-in-chief shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the system of military discipline established by this act; to furnish blank forms of the different returns that may be required, and to explain the principles on which they should be made; to receive from the several officers of the different corps throughout the territory returns of the militia under their commands, reporting the actual situation of the arms, accoutrements, and ammunition, their *Adjutant-general, his duty.*

248                                        MILITIA.                                    [Chap. 105.

delinquencies, and every other thing which relates to the general advancement of good order and discipline ; all which the several officers of the divisions, brigades, regiments and battalions are hereby required to make in the usual manner, so that the said adjutant-general may be duly furnished therewith ; from all of which returns he shall make proper abstracts, and lay the same, annually, before the commander-in-chief of the territory. *Provided always,* That the adjutant-general of the militia of this territory shall be, ex-officio, inspector-general of the same.

**Brigade-inspector, his duty.**

§ 13.   That it shall be the duty of the brigade-inspector to attend all musters of officers within his brigade ; to exercise and examine them ; to note delinquencies, and return the same forthwith to the lieutenant-colonel of the regiment to which they belong ; to attend the regimental and battalion meetings of the militia composing their several brigades, during the time of their being under arms ; to inspect their arms, ammunition and accoutrements ; superintend their exercise and manœuvres, and introduce the system of military discipline pointed out in the twenty-fifth article for the government of the militia, described throughout the brigade, agreeable to law, and such orders as they shall, from time to time receive from the commander-in-chief of the territory, or the commander of the brigade, for the time being ; to make returns to the adjutant-general of the territory twice in every year, the first on or before the first day of August, and the second on or before the first day of December, of all the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements and ammunition of the several corps, and every other thing which, in his judgment, may relate to their government, and the general advancement of good order and military discipline.

**Officers to meet and exercise, &c.**

§ 14.   And whereas it will be productive of very considerable advantages to the disciplining the militia to have frequent meetings of the commissioned and non-commissioned officers of each regiment or battalion, *Be it further enacted,* That the commissioned and non-commissioned officers of each battalion, or regiment, at the discretion of the brigadier-general, shall meet at some convenient place, as near as may be in the centre of each battalion or regiment, to be pointed out by the brigadier-general, as often as he may think expedient, not exceeding six days in every year, for the purpose of being trained and instructed, by the brigade-inspector, for the space of five hours each day.

**Captains to appoint sergeants, &c.**

§ 15.   That it shall be the duty of each captain, after having enrolled his company, as directed by this law, to appoint four persons to his company as sergeants, giving to each his rank of first, second, third and fourth sergeant ; and also four persons as corporals, giving to each his rank of first, second, third and fourth corporal, giving his company notice thereof, and shall report the said appointments to the commandant of the regiment, who shall thereupon make out his warrants to such non-commissioned officers, accordingly ; and

**Persons refusing to serve, liable to a fine.**

they are to be obeyed and respected as such ; and if any person or persons, on receiving due notice of any such appointment, shall refuse to perform the duties of the office to which he or they are appointed, such person or persons shall be returned to the next court of inquiry by his or their captain, to be fined as this law directs.

**Captains to make divisions of their companies, &c.**

§ 16.   That it shall be the duty of the commanding officer of each and every company, so enrolled, forthwith to divide his company into divisions by ballot, from one to eight, for the purpose of a regular routine of duty, when called into actual service, and shall return a roaster of such division, with the rotative number attached to each class, within fifteen days, to the commanding officer of his battalion, who shall forthwith transmit the same to the commandant of the regiment, who shall order the same to be recorded by the clerk thereof.

**Persons moving from one company to another, what necessary.**

§ 17.   That every militia-man, removing out of the bounds of one company to another, shall apply to the commanding officer of the company he is removing from, who shall give him a discharge, certifying the class to which he belongs, which certificate the said militia-man shall produce to the captain, or commanding officer of the company, in the district in which he shall next settle, within ten days after his settlement ; and the said captain, or commanding officer, is hereby required to enrol him in the class specified in said certificate. And on failure of any militia-man obtaining a certificate, in the manner aforesaid, and presenting the same, as before directed, the captain, or commanding officer of the company to which he shall remove is hereby required to enrol such delinquent the foremost in the first class for duty, notifying him thereof, and that he must hold himself in readiness to perform any duty by this act required.

§ 18.  That there shall be private musters of each company of cavalry, ar- <span>Company mus-<br>ters, how often<br>holden.</span> tillery, grenadiers, light infantry and riflemen, once in every two months, at such time and place as the commandant thereof shall appoint, except in the months of December, January, February and March in every year ; and every other company, formed by virtue of this act, once in every two months (except as before excepted) to be appointed by the commanding officer thereof, at, or as near as may be, the centre of the company district.   There shall be a muster *Battalion mus-* of each battalion in the month of April in every year, which shall be appointed *ter.* by the commanding officers of the respective regiments, who shall fix on the most suitable place, as near as may be to the centre of the battalion district, and shall superintend the exercise and direct the evolutions that shall be performed ; and there shall be a muster of each regiment in the month of October, *Regimental* in every year, which shall be appointed by the brigadier-general, or command- *muster.* ing officer of the brigade to which such regiment belongs, at or as near as may be to the centre of the regimental district, and shall be made under the superintendence and direction of the brigadier-general, or commander of the regiment, which company, battalion and regimental muster shall continue one day each, and no longer.

§ 19.  That the brigadier-generals, or commanding officers of brigades, *Notice of mus-* shall cause notices, in writing, of the times and places of the said musters, *ters, when and* to be given to the commanding officers of regiments, at least twenty-five *how given.* days ; the commanding officers of regiments shall give notice of the regimental and battalion musters, to the commanding officers of battalions, at least twenty days ; the commanding officers of battalions shall give notice of the regimental and battalion musters, to the commanding officers of companies, at least fifteen days, and the captains, or commanding officers of companies, shall give notice of the regimental, battalion and private musters, to the individuals of their respective companies, by themselves or sergeants, at least five days before such regimental, battalion or company muster (as the case may be) shall be holden.   The notices to be given by the commanding officers of brigades, regiments and battalions shall be in writing, and delivered to the person or persons, or left at the usual place of his or their abode, by such commanding officers themselves, or such other officer or officers as they may think fit to order.   And the commanding officers of companies shall have power to assign to each sergeant of their respective companies his due proportion thereof, whose duty it shall be to give the notice before directed to that portion of the company to him assigned, which may be done by personal summons, or by leaving notices, in writing, at the usual places of abode of the persons to be notified.

§ 20.  That the militia of the territory shall be divided into divisions and *Divisions and* brigades, in manner following, to wit ; the counties of Jefferson and Wash- *brigades, how* ington shall form one division and two brigades, with an appointment of one *made and offi-* major-general to the division, and one brigadier-general to each county ; the *cered.* counties of Ross and Adams shall form a second division, and two brigades, with the appointment of one major-general to the division, with one brigadier-general to the county of Ross, and one brigadier-general to the county of Adams ; the county of Hamilton shall form a third division, and be commanded by one major-general and two brigadiers ; the county of Knox shall form a brigade, to be commanded by a brigadier-general ; the counties of Randolph and St. Clair shall compose a brigade, and be commanded by a brigadier-general ; and the county of Wayne shall form one brigade, to be commanded by a brigadier-general.   *Provided always,* That when any new county shall be laid off, the same shall be retained in that division or brigade from which the same was principally taken.

§ 21.  That every officer and soldier shall appear at his respective muster- *Hour of muster* field, on the day appointed, by eleven o'clock ; and at every muster each *and of roll-call.* captain, or commanding officer of a company, shall direct the first sergeant of his company, in his presence, to call the roll at half past eleven o'clock, precisely, examine every person belonging thereto, and note down all delinquen- *Returns to be* cies occurring therein, and make return thereof, as well as of the strength of *made by com-* the company, number of rifles, muskets, bayonets, fusees, &c. on parade, to *manding offi-* the commanding officer of his battalion, within ten days after any such regi- *cer.* mental, battalion or company muster.   And every commanding officer of a battalion shall, at his regimental or battalion muster (as the case may be) at the hour on which the battalion is to be formed, in like manner, proceed to call

*Roll of commissioned officers, when called.*

the names of the commissioned officers of his battalion, examine and note down all delinquencies, and make return thereof, together with those reported from commanding officers of companies, to the commanding officer of the regiment to which he belongs, within fifteen days next succeeding such battalion or regimental muster (as the case may be) who shall lay the whole before the court hereafter appointed to take cognizance and determine on them; and to each of the said returns shall be annexed the following certificate, to wit: I,                do certify that the returns, hereunto annexed, contain all the delinquencies which have occurred in my company (or battalion, as the case may be) since my last return.  And to the battalion returns shall be added, and that the reports which accompany them, are all which have been made by the commanding officers of companies within my battalion.

*Certificates to accompany returns.*

*Adjutant to make returns.*

§ 22.   That the commanding officers of each regiment, within twenty days next after a muster of his regiment, or of the battalions of the same, shall cause the adjutant of his regiment to make out a complete return of the same (agreeably to such forms as shall be furnished by the adjutant general, noting particularly its strength and number of arms) to the inspector of the brigade.

*Court of inquiry and assessment of fines, how formed.*

§ 23.   That the commissioned officers of the first battalion, in each regiment, shall meet on the second Tuesday, and the commissioned officers of the second battalion of each regiment shall meet on the second Thursday, next after each regimental or battalion muster, as near as may be the centre of the battalion, to be pointed out by the lieutenant-colonel at the battalion or regimental muster, and public notice thereof given to the battalion or battalions, whilst on parade, a majority of whom shall form a court of inquiry and assessment of fines; and  it shall be the duty of the lieutenant-colonel commandant to preside at such board, and in case of his absence, by sickness or otherwise, the next officer in rank shall preside.  The said court shall take the following oath, to be administered by the senior officer present, and afterwards by any other officer of the said board to him, to wit; I,

*Form of oath.*

do solemnly swear (or affirm as the case may be) that I will truly and faithfully inquire into all delinquencies which appear on the returns to be laid before me, and will assess the fines thereon as shall seem just, without partiality, favor or affection, so help me God.  The lieutenant-colonel commandant, or commanding officer of the regiment, shall then lay before the said court all delinquencies, as directed by this act, whereupon they shall proceed to hear and determine on them.

*Delinquencies, by whom laid before the court.*

*Forfeitures for neglect of duty:*

§ 24.   And for enforcing obedience to this act, *Be it enacted,* That the following forfeitures and penalties shall be incurred for delinquencies, to wit; by a lieutenant-colonel commandant, or commanding officer of a regiment, for failing to take any oath, to direct his adjutant to summons any court or board, to deliver any commission or commissions, to appoint a regimental or battalion muster, to give information of the places of holding courts of inquiries, to attend the same, to report delinquencies, to attend a battalion or regimental muster, or a muster of officers, to appoint the staff officers to his regiment, not less than ten, nor more than one hundred dollars; by a major, or commanding officer of a battalion, for failing to take an oath, to attend any court or board, to give notice of any regimental or battalion muster, to examine and train his battalion, to report delinquencies, to make a return or to attend a muster of officers, he shall forfeit and pay any sum not less than eight, nor more than eighty dollars; by a captain, or commanding officer of a company, (as the case may be) for failing to take an oath, to attend any court or board, to enrol his company, to appoint private musters, to give notice of a regimental or battalion muster, to attend any muster armed, to examine and exercise his company, as is by the twenty-fifth article directed for the government of the militia, to call his roll and report delinquencies, to make any return or appoint non-commissioned officers, as directed by this act, he shall forfeit and pay any sum not exceeding fifty, nor less than five dollars, for every such offence; by a subaltern officer, for failing to take any oath, to attend any court or board, to attend any muster armed, as is by this act directed, for every such offence or neglect he shall forfeit and pay any sum not exceeding forty, nor less than four dollars; by a non-commissioned officer, for failing or neglecting to attend any muster of officers, to attend any muster of his company, to serve if appointed, as a non-commissioned officer for the term of one year, to take charge of any part of his company, or march them as directed, for every such offence or neglect he shall forfeit and pay

*By a colonel.*

*By a major.*

*By a captain.*

*By a subaltern.*

*By a non-commissioned officer.*

any sum not exceeding twenty, nor less than two dollars ; by a private man, for failing or neglecting to attend a regimental or battalion muster armed and equipped as directed by law, shall forfeit and pay any sum not exceeding six dollars, nor less than one dollar and fifty cents ; to attend a muster of his company at the time and place appointed, in manner aforesaid, during the whole time the same is on parade, any sum not exceeding three dollars, nor less than one dollar. *By a private.*

§ 25.   That the fathers shall be bound for the payment of fines incurred by their sons, under the age of twenty-one, guardians for the payment of fines incurred by their wards, and masters for the payment of fines incurred by their apprentices, and be charged therewith by the collectors of fines accordingly. *Fines on per- by sons under 21, by whom paid.*

§ 26.   That any court of inquiry, for good cause shown, may remit fines assessed by the court preceding the same, and in such cases it shall be the duty of the clerk, to certify the same to the collector of fines, who shall thereupon not collect such fine or fines, or refund the same if collected. *How fines may be remitted.*

§ 27.   That all fines to be assessed by virtue of this act, shall be collected by the sheriff or collector, as the case may be, of the county or township in which the delinquent resides ; and it shall be the duty of the clerk of each regiment to deliver to the sheriff or collector, as aforesaid, a certified list of all the delinquencies therein, on or before the first day of January in every year, and take his receipt therefor, which shall be lodged, by the said clerk, in the county treasurer's office, within twenty days after he received the same, taking his receipt therefor ; and he shall deliver within ten days after receiving the treasurer's receipt, a duplicate thereof to the lieutenant-colonel of his regiment ; and the sheriff or collector, as aforesaid, shall collect and account for all fines placed in his hands as aforesaid, on or before the first day of November in the same year, and on failure the treasurer of the county, on giving him twenty days previous notice, shall obtain judgment and execution for the same, with costs, and ten per centum interest on the amount from the time the same became due ; and should any person so charged with fines, fail to make payment, on or before the fifteenth day of June, in any year, the sheriff or collector, as aforesaid, is hereby authorized and required to make distress and sale therefor, in the same manner as is directed in the collection of taxes.   *Provided always,* That any sheriff or collector shall be credited by his list of delinquents and insolvents, to be first examined by the court or courts of inquiry within his county. *Fines, by whom, and in what manner collected.*

§ 28.   That all moneys paid into the treasury, in manner aforesaid, shall be appropriated first, to the purpose of procuring the necessary number of drums, fifes and colors, and secondly, the remainder, if any, to pay the different officers directed to be paid by this law, subject to the orders of the courts of inquiry, countersigned by the lieutenant-colonel. *How fines shall be appropria- ted.*

§ 29.   That the adjutant-general shall be allowed the sum of fifty dollars, and each brigade inspector the sum of forty dollars yearly for stationary, for the use of their respective offices ; and the territorial treasurer is hereby authorized and directed to pay the same on the certificate of the auditor of public accounts ; the adjutant, clerk, provost-martials, the fife and drum-majors, and other fifers and drummers of each regiment, shall receive such compensation for their services as the courts of inquiry think proper. *Stationary al- lowed the adju- tant-general and brigade-in- spectors. The adjutant, clerk, &c. to be compensated.*

§ 30.   That if any militia-man shall make it appear to the satisfaction of the officers of the company to which he belongs, that he is unable to furnish or equip himself as by this law is directed, and the said officers satisfying the succeeding court of inquiry thereof, it shall be in the power of such court, to remit any fine that may have been imposed by virtue of this law, and to grant such militia-man exemption from all such fines until he shall be enabled, in the opinion of the officers of his company, to furnish and equip himself agreeably to this law. *Provision in favor of persons unable to equip according to law.*

§ 31.   That if any bystander at a regimental, battalion or company muster, shall insult, or otherwise molest any officer or soldier whilst on parade, the commanding officer of the regiment, battalion, troop, or company (as the case may be) may order such person or persons to be put under guard, for any time not exceeding six hours, and to pay a fine not exceeding four dollars, which shall be collected as other militia fines are. *Punishment of bystanders on parade, insult- ing an officer or soldier.*

§ 32.   That it shall be the duty of each clerk of the regiment to attend the courts of inquiry therein, to take the minutes of their proceedings, receive all returns from the commandants of battalions and companies, and *Clerk of the re- giment, his duty.*

record the whole in a proper book prepared for that purpose ; he shall also, record the class rolls of each company in his regiment, and shall furnish the sheriff or collector (as the case may be) with a list of the delinquents in his regiment, stating the number of fines due from each delinquent, and the mus-

**Failing therein.** ter at which they were delinquents, and on failure or neglect of any clerk to perform any of the duties imposed on him by this law, he shall be fined by any court of inquiry, in any sum, not exceeding fifty dollars.

**Governor empowered to call forth the militia.** § 33.   That whenever it may be necessary to call into actual service any part of the militia, on an actual or threatened invasion of this territory, or of any of the neighboring states, that it shall and may be lawful for the governor to order into actual service, such part of the militia, by classes, as the exigency may require.   *Provided*, that the part, so called, doth not ex-

**Not to exceed four classes, at one time.** ceed four classes of the militia of the brigade or brigades so called out ; and *Provided also*, That such brigade or brigades shall not be again called into actual service, until an equal number of classes of the militia of the other brigade or brigades, respectively, be first called, unless the danger of an invasion from the Indians or others, should make it necessary to keep in reserve the militia of such brigade or brigades, for their immediate defence.

**Governor to forward his orders to the brigadier-generals.** § 34.   That all orders for the militia to be called forth as aforesaid, shall be sent to the commanding officers of brigades, with a notification of the place or places of rendezvous, who shall immediately take measures for detaching the same, with the necessary number and rank of officers ; and if any briga-

**Brigadier-general failing in his duty.** dier-general shall fail herein, or fail or neglect to comply with any of the duties of him required by virtue of this act, he shall forfeit and pay any sum not exceeding one thousand dollars, to be assessed by a general court martial.

**Militia, how to be classed.** § 35.   That each battalion or regiment of the territory, shall be divided into eight classes (preserving to each man his original class) all troops of horse and flank companies, whether grenadiers, light infantry or riflemen, shall be called into service by companies or detachments, and not by classes ; the first flank company making part of the first call, and the second flank company shall make part of the fifth call of the militia, and be commanded by their own proper officers.

**The order of classing commissioned officers.** § 36.   That to the end the militia, when called by classes, shall be properly officered, the following order is hereby directed and enjoined ; that is to say,

| For the 1st draft, the 1st capt. | 2d lt. | and 4th ensign |
|---|---|---|
| 2d    do. | 2d   do. | 1st do. | 3d   do. |
| 3d    do. | 3d   do. | 4th do. | 2d   do. |
| 4th   do. | 4th  do. | 3d  do. | 1st  do. |
| 5th   do. | 5th  do. | 6th do. | 8th  do. |
| 6th   do. | 6th  do. | 5th do. | 7th  do. |
| 7th   do. | 7tb  do. | 8th do. | 6th  do. |
| 8th   do. | 8th  do. | 7th do. | 5th  do. |

**Field officers, routine of command, &c.** Non-commissioned officers to take tour of duty with the commissioned officers, and the routine of the field officers shall be according to the date of their respective commissions.   The first colonel of the brigade shall command the first detachment, if it amounts to a colonel's command, if it does not, the

**Term of service and how relieved.** command shall devolve on the first major, liable to serve three months and no longer, and to be relieved by the class next in numerical order ; the relief to arrive at least two days before the expiration of the term of the class to be

**When the militia may be called into service other than by classes.** relieved.   But nothing herein contained shall prevent the governor, or any commanding officer of a county, from employing or calling out a part or the whole of any class, or any companies, regiment or regiments, without respect to this rule, whenever the exigency is too sudden to allow the assembling of the militia, which compose the particular classes ; and the service of the persons, so called out, shall be accounted as a part of their tour of duty.

**Captains, their duty when the militia are called into service. Adjutant, his duty.** § 37.   That when any detachment of the militia shall be called into service, the captain of each company shall take care that his proportion of men are assembled, and marched to the proper place of parade or rendezvous, under the care of a commissioned officer or sergeant, with a list of the men, which list shall be delivered to the adjutant of the regiment, whose duty it shall be to attend at the place appointed to receive the detachment from the several companies of his regiment ; and he shall make out a roll of the whole, mentioning the rank of the officers, and names of the non-commissioned officers and privates, and when the detachment shall be completed and placed under

the proper officer, he shall attend them to the place appointed for the meeting of the detachment of the brigade, when the several adjutants shall deliver to the brigade-major or inspector, or officer appointed to command the whole detachment, a complete roll, containing the names of the commissioned and non-commissioned officers and privates composing the detachment from each regiment or battalion, noting such remarks as circumstances may require. And it shall be the duty of the officer appointed to the command of said detachment, to cause two complete rolls to be made out and certified under his hand, one of which rolls he shall forthwith transmit to the adjutant general, and the other to the brigade-inspector.

*Officer commanding a detachment, his duty.*

§ 38.   That it shall and may be lawful for any person called to do a tour of duty, to send a sufficient substitute, such substitute being approved of by the captain or commanding officer of the company, which he shall be offered to serve in. *Provided always,* That persons serving by substitute as aforesaid, if said substitute be called in his own turn into actual service, before the time expires which he was to serve for his employer, that then the person procuring such substitute shall march, or find a person to march in his substitute's turn (to be accepted as aforesaid) or be liable to pay his fine for neglect, which fine is to be recovered in the same manner as is directed in the case of any militia-man neglecting or refusing to do a tour of duty ; and that sons who are not subject to the militia law, may be admitted as substitutes for their fathers, to be accepted as aforesaid.

*When persons called out may serve by substitutes. Condition thereof.*

§ 39.   That the lieutenant-colonel of each regiment from which detachments are drawn, shall (if not otherwise to be obtained) cause to be procured by impressment for each company, a wagon, team and driver, or a sufficient number of pack-horses, six axes, and six camp-kettles, or pots of convenient size, all which shall be delivered to the commanding officer of the company, who shall be accountable for returning the same when his tour is over ; and the articles aforesaid shall be returned to the owner, who shall be allowed for the use, damage and detention of the same, whatever shall be adjudged by a court of inquiry of the regiment.   And to the end, that if any articles impressed be lost, the owner may be paid for the same, the lieutenant-colonel shall cause all property by him impressed by virtue of this act, to be valued by three house-holders, or any two of them on oath, before the same shall be sent away, and shall give such owner a receipt for the same, stating the quantity, quality and value of the property impressed, together with a certificate of the appraisers ; and upon proof being made of any article being lost, the valuation thereof shall be allowed, and the said allowance shall be certified to the auditor of public accounts.   The said court shall make inquiry into the cause of such loss, and if it shall appear that such loss was occasioned by the misconduct or inattention of any officer, the brigade-inspector is hereby authorized and required to prosecute a suit against such officer to recover damages for the use of the territory.

*When impressment of certain articles may be made.*

*When lost, &c. how indemnification shall be made the owners.*

§ 40.   That if any sudden invasion shall be made, or threatened to be made, into any county or district within this territory by Indians, or any other power, the commanding officer of the militia of such county or district, is hereby authorized and required to order out the whole, or such part of the militia of his county or district, as he may think necessary, in such manner as he may think best for the repelling such invasion, and shall call on the commanding officers of the adjacent counties or districts for such aid as he may conceive necessary, who shall forthwith in like manner furnish the same.   And for assembling the militia required upon such occasions, or by order of the executive, the same measures shall be taken to summon them as is directed in the case of musters ; and it shall be the duty of every commanding officer of a county or district, on receiving information of the intended invasion of his, or any neighboring county or district, forthwith to convey information of the same by special messenger or otherwise, to the governor of the territory for the time being, that he may make the necessary arrangements to repel the same.

*Commanding officer of a county, upon an actual or threatened invasion thereof, how to proceed.*

§ 41.   That if any suit or suits shall be brought or commenced against any person or persons for any thing done in pursuance of this act, the action shall be laid in the county where the cause of such action did arise, and not elsewhere ; and the defendant or defendants in such action or actions to be brought may plead the general issue, and give this act and the special matter in evidence.   And in case the plaintiff or plaintiffs in any such action, shall fail in supporting the same, he, she or they so failing, shall pay to the defendant or defendants in every such action, double costs.

*Persons prosecuted under this law how they may plead. Plaintiffs failing, to pay double costs.*

254                                    MILITIA.                              [Chap. 105.

Articles.

**§ 42.** That the following articles, rules and regulations shall govern the militia of this territory, to wit :

Commissioned officers misbehaving, how punished.

**Article 1.** If any field or other commissioned officer, at any regimental review, or on any other occasion, when the regiment, battalion or company to which he may belong, or in which he may hold a command, is paraded in arms, shall misbehave or demean himself in an unofficer like manner, he shall, for such offence, be cashiered or punished by fine, at the discretion of a general court martial, as the case may require, in any sum not exceeding sixty dollars ; and if any con-commissioned officer or private shall, on any occasion of parading the company to which he belongs, be drunk, or shall disobey orders, or shall use any reproachful or abusive language to his officers, or any of them, or shall quarrel or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard by the commanding officer or officers present, until the company is dismissed, and shall be, by a regimental court-martial, fined not more than twenty dollars, nor less than one dollar.

Non-commissioned officers and privates misbehaving, &c.

Lieut. colonel refusing to give orders, how punished.

**Art. 2.** If the lieutenant-colonel or commanding officer of any regiment or battalion, shall neglect or refuse to give orders for assembling his regiment or battalion, at the direction of the commander of the brigade to which he belongs, or in case of an invasion of the county or district to which such regiment or battalion belongs, he shall be cashiered and punished by fine, not exceeding six hundred dollars, at the discretion of a general court-martial ; and if a commissioned officer of any company shall, on any occasion, neglect or refuse to give orders for assembling the company to which he belongs, or any part thereof, at the direction of the lieutenant-colonel or commanding officer of the regiment to which such company belongs, he shall be cashiered and punished by fine, not exceeding two hundred dollars, at the discretion of a brigade or general court-martial ; and a non-commissioned officer, offending in such case, shall be fined at the discretion of a regimental court-martial, in any sum not exceeding twenty dollars.

Captains refusing, how punished.

Non-commissioned officer, &c.

Penalty on captains failing to make out a list of persons noticed for a tour of duty.

**Art. 3.** If any captain or commanding officer of a company, shall refuse or neglect to make out a list of the persons noticed to perform any tour of duty, and send or convey the same to the lieutenant-colonel, or commanding officer of the regiment, to which such company may belong, or if he shall fail to call forth such officers and men as shall, from time to time, be legally called from his company, upon any call from the governor on an invasion or insurrection in the county or district, or requisition from an adjacent county or district, or failing on any such occasion to repair to the place of rendezvous, for such neglect or refusal he shall be cashiered or fined at the discretion of a general court-martial, in any sum not exceeding one hundred dollars, nor less than five dollars.

Desertion, how to be punished.

**Art. 4.** If any militia-man shall desert while he is on a tour of duty, he shall be fined not exceeding fifty dollars, and be obliged to march on the next tour of duty under the same penalties as the first. If a non-commissioned officer shall so desert, he shall be degraded and placed in the ranks, and shall pay a fine not exceeding seventy-five dollars, and be obliged to serve another tour as a private.

General court-martial.

**Art. 5.** Every general court-martial shall consist of thirteen members, exclusive of a judge-advocate, all of whom shall be commissioned officers not under the rank of captain, and the officer highest in rank shall preside.

Regimental court-martial.

**Art. 6.** Every regimental court-martial shall be composed of five members, all commissioned officers, one of their number a president, not under the rank of captain.

Members how to vote, &c.

**Art. 7.** All members of a court-martial are to behave with decency and calmness, and in giving their votes, are to begin with the youngest in commission.

Officers to be tried by a general court-martial.

**Art. 8.** No officer shall be tried but by a general court-martial, nor by officers of an inferior rank, if it can be avoided ; nor shall any proceedings or trials be carried on except between the hours of eight o'clock in the morning and three o'clock in the afternoon, excepting in cases which in the opinion of the officer appointing the court, requires an immediate example.

Judge-advocate, how to prosecute, &c.

**Art. 9.** The judge-advocate shall prosecute in the name of the territory, but shall so far consider himself as counsel for the prisoner, as to object to any leading question to any witnesses, or any question to the prisoner, the answer to which might lead to criminate himself.

Of persons under guard.

**Art. 10.** When a non-commissioned officer or private is confined under guard, his crime shall be lodged with the officer of the guard within twelve

hours after the prisoner's confinement, otherwise the prisoner shall be set at liberty.

ART. 11.  In every court martial not less than two-thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted.

*Court-martial, two-thirds must agree, &c.*

ART. 12.  The president of each and every court-martial, whether general or regimental, shall require all witnesses in order to the trial of offenders, to declare on oath, or affirmation, that the evidence they shall give, is the truth, the whole truth and nothing but the truth.  And the members of all such courts shall take an oath, or affirmation, as follows, to wit ; I, do solemnly swear (or affirm as the case may be) that I will hear and determine, according to evidence, to the best of my understanding, and the custom of war in like cases, between the territory of the United States, northwest of the Ohio river, and        now to be tried ; and that I will not disclose the opinion of this court, until approved or disapproved by the commanding officer (or commander-in-chief as the case may be) and that I will not, at any time, discover or disclose the opinion of any particular member, unless called upon to give evidence thereof by a court of justice in due course of law ; which oath shall be administered by the judge-advocate to the president and members.

*Witnesses to declare on oath.*

*Members of a court-martial, to take an oath, &c.*

*By whom administered.*

ART. 13.  The judge-advocate shall be appointed by the officer ordering the court-martial, and shall take the following oath or affirmation, which shall be administered by the president, to wit ; I,          do swear (or affirm as the case may be) that I will faithfully execute the office of judge-advocate to this court, now met for the trial of        to the best of my abilities and understanding, and the custom of war in like cases ; and that I will not disclose nor discover the opinion of this court-martial, until approved or disapproved of by the commanding officer, and that I will not at any time disclose or discover the vote or opinion of any member, unless called upon by a court of justice to give evidence thereof in due course of law.  It shall be the duty of the judge-advocate to prosecute for the territory, and to keep a record of the whole proceedings of the court, taking into view the depositions of all witnesses that may be introduced.

*Judge-advocate to take an oath.*

*His duty.*

ART. 14.  Courts-martial shall appoint a provost-martial, whose duty it shall be to summon all witnesses, having received process for that purpose from the president of the court, to execute the orders of the court and keep bystanders from interrupting the court whilst sitting.  And all persons, called as witnesses, in any case before a court-martial, who shall refuse to attend and give evidence, shall be censured or fined, at the discretion of the court, in any sum not exceeding fifty dollars.

*Provost-martial, his duty.*

*Witnesses refusing to attend, how punished.*

ART. 15.  No officer or private, being charged with transgressing these rules, shall be suffered to do duty in the regiment, company or troop to which he belongs, until he has had his trial by a court-martial, and every person, so charged, shall be tried as soon as a court-martial can conveniently be assembled.

*Suspension and trial of officers and privates.*

ART. 16.  If any non-commissioned officer or private shall think himself injured by his lieutenant-colonel, or the commanding officer of the regiment, and shall, upon due application made to him, be refused redress, he may complain to the brigadier, who shall direct three commissioned officers to inquire into the nature of the complaint ; and if they report that the person complaining, in their opinion, has been injured, the brigadier-general shall then direct the brigade-inspector, at a certain time and place, to summon a general court-martial, for the purpose of doing justice to the person complaining ; and shall also direct the brigade-inspector to give the person complained of at least eight days previous notice of the time and place of the meeting of any such court-martial.

*Colonel, injuring a non-commissioned officer or private, what proceedings thereon, &c.*

ART. 17.  If any non-commissioned officer or private shall think himself injured by his captain, or other superior in the battalion, troop or company to which he belongs, he may complain to the commanding officer of the regiment, who shall cause his adjutant to summon a regimental court-martial, for doing justice according to the nature of the case.

*If injured by a captain, &c. how to proceed.*

ART. 18.  The party tried by any general court-martial shall be entitled to a copy of the sentence and proceedings of such court-martial after the decision on the sentence, upon demand thereof made by himself, or by any person or persons in his behalf, whether such sentence be approved or not.

*When the person tried, entitled to a copy of sentence.*

ART. 19.  No penalty shall be inflicted at the discretion of a court-martial, other than degrading, cashiering or fining.

*Court-martial, its power.*

**Of pardons, and mitigation of fines, &c.**

Art. 20. The commanding officer, for the time being, shall have full power of pardoning or mitigating any censures, or penalties so ordered to be inflicted on any private or non-commissioned officer, for the breach of any of these articles by a general court-martial; and every offender, convicted as aforesaid, by any regimental court-martial, may be pardoned, or have the penalty mitigated by the lieutenant-colonel or commanding officer of the regiment, excepting only where such censures or penalties are directed as satisfaction for injuries received by an officer or private from another; but in case of officers, such sentence to be approved of by the commander-in-chief of the militia, who is empowered to pardon or mitigate such sentence, or disapprove of the same.

**Commissioned officers misbehaving, &c. how proceeded against.**

Art. 21. If any commissioned officer shall, at any time, or upon any occasion, behave in an unofficerlike, ungentlemanly, or disgraceful manner, the commander-in-chief, if the person accused be a major-general; the general of division, if a brigadier-general; the brigadier-general, if a field officer, or the lieutenant-colonel or commanding officer of a regiment, if an inferior officer, as the case may be, upon the application of a commissioned officer, may appoint a board of three officers to inquire into the matter of complaint, and if upon their report it shall appear to him deserving of trial, then, and in such case, he shall direct a court-martial, whose proceedings herein shall have the same effect as if the offence had been committed when on actual duty.

**Hours of parade.**

Art. 22. The militia, on the days of training, may be detained under arms, on duty in the field, any time not exceeding six hours; provided they are not kept above three hours under arms at any one time without being allowed to refresh themselves.

**Fines, to whom paid.**

Art. 23. All fines that shall be incurred by any breach of these rules, shall be paid to the treasurer of the county in which the offender resides (whose receipt shall be a discharge for the same) within sixty days after they become due; but in case of neglect or refusal to pay any of the said fines, they shall be levied and collected in manner hereinbefore directed.

**Regulations of militia in actual service.**

Art. 24. The militia of this territory, whilst in actual service, shall be subject to the same rules and regulations as the federal army, and shall receive the same pay and rations. as is allowed by the United States to the militia when in actual service; *provided*, that upon any transgression or offence of a militia-man, whether officer or private, against the rules and regulations of the federal army, the cause shall be tried and determined by a court-martial of the militia of this territory, if the same can be convened.

**Certain rules of discipline established by congress to be observed.**

**Baron Steuben's instructions.**

Art. 25. The rules of discipline approved and established by congress, in their resolution of the twenty-ninth of March, one thousand seven hundred and seventy-nine, shall be observed by the militia throughout this territory, except such deviations from said rules as may be rendered necessary by the requisitions of the acts of congress, or some other unavoidable circumstances. It shall be the duty of the commanding officer, at every training, whether by regimental, battalion or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline and the instructions laid down by the baron Steuben, and annexed to the said rules of discipline, pointing out the respective duties of the officers, non-commissioned officers and privates, are recommended and enjoined upon the militia of this territory, as particularly and fully as if the said instructions were repeated and expressed in this act at length; and it shall be the duty of every captain to instruct his non-commissioned officers accordingly.

**Penalty for refusing to march on a tour of duty.**

**Proviso as to excuse.**

Art. 26. If any militia-man, on receiving three days previous notice thereof, shall neglect or refuse to be in readiness to march on any tour of duty, armed and equipped, as required by this act, he shall forfeit and pay a sum not more than one hundred dollars, nor less than eight dollars for every month he is required by law to serve on such tour, to be assessed (on proper proof thereof made) by a regimental court-martial. *Provided always*, That if any militia-man shall be sick, or make any other just or satisfactory excuse to the court-martial, such fine shall not be assessed, but such militia-man shall be obliged to perform a tour of duty on the next call of the militia.

**These articles, when to be read.**

**Laws repealed. T. L. c. 1, 8, 23.**

Art. 27. The foregoing articles shall be read at all regimental and battalion musters, by order of the commanding officer.

§ 43. That all laws, and parts of laws, heretofore made for the regulation of the militia of the territory, shall be, and the same are hereby repealed. This act shall take effect and be in force from and after the first day of March next. [*Approved, December 13, 1799.*]

# EXHIBIT 65



HEINONLINE

DATE DOWNLOADED: Wed Jul  5 18:29:21 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Salmon P. Chase. Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress (1833).

ALWD 7th ed.
Chase, Salmon P. Statutes of Ohio & of the Northwestern Territory, Adopted or Enacted
from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the Constitutions
of Ohio & of the United States, & various Public Instruments & Acts of Congress
(1833).

APA 7th ed.
Chase, S. (1833). Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress. Cincinnati, Corey & Fairbank.

Chicago 17th ed.
Chase Salmon P. Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress. Cincinnati, Corey & Fairbank.

McGill Guide 9th ed.
Salmon P. Chase, Statutes of Ohio & of the Northwestern Territory, Adopted or Enacted
from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the Constitutions
of Ohio & of the United States, & various Public Instruments & Acts of Congress
(Cincinnati: Corey & Fairbank., 1833)

AGLC 4th ed.
Salmon P. Chase, Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress (Corey & Fairbank., 1833

MLA 9th ed.
Chase, Salmon P. Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress. Cincinnati, Corey & Fairbank. HeinOnline.

Rivas Exs., Page 425

OSCOLA 4th ed.
Chase, Salmon P. Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the

Payments out of general fund, continued.

lars, twenty-five cents: to Nathaniel Willis, for printing the constitution, journals, and other printing, done for the convention, three hundred and forty-five dollars: to Parnish George, Adam Betz, Henry Johnson, Robert Steele, Robert and Nathan Gregg, and Thomas Scott, for sundry articles furnished the convention, twenty-nine dollars, seventy-five cents: to Thomas Worthington, five hundred and eighty-two dollars, for his services, while acting as special agent on behalf of this state, in the congress of the United States, by direction of the convention: to Nathaniel Willis, for forwarding the journals of the convention and the constitution, to the several counties in the state, one hundred dollars: to Thomas Gibson, auditor, for removing his office and papers of government from Cincinnati to Chillicothe, thirty-six dollars: for postage of letters, twenty-one dollars, fifty-nine cents: for printing extracts of the revenue law, for the information of non-residents, forty-five dollars: for printing certificates for the payment of the members and officers of the late convention, eight dollars: for money paid N. Willis, for printing done for the territorial legislature, for which there was no appropriation, one hundred and forty-nine dollars, seventy-five cents: to the governor, judges of the supreme court, presidents of the courts of common pleas, secretary of state, auditor of public accounts and treasurer, the amount of their respective salaries agreeable to law, amounting to seven thousand three hundred and fifty dollars.

§ 5.   That any surplus which may remain of the contingent fund, shall be added to, and made a part of the general fund.*   [*Passed, April* 16, 1803.]

## ACTS OF THE SECOND GENERAL ASSEMBLY OF THE STATE OF OHIO :

*Passed at the first session, which was held at Chillicothe and commenced on Monday, December* 5, 1803.

Nathaniel Massie, speaker of the senate; Elias Langham, speaker of the house of representatives.

Amended O. L. c. 94. Rep. O. L. c. 134, § 55. Persons liable to do militia duty, to be enrolled by the commanding officers of companies.

Chap. XXV.—An act to provide for organizing and disciplining the militia.†

§ 1.   *Be it enacted, &c.*   That each and every free, able-bodied white male citizen of the state, who is or shall be of the age of eighteen, and under the age of forty-five years, except as hereinafter excepted, shall severally and respectively be enrolled in the militia, by the captain or commanding officer of the company within whose bounds such citizen shall reside, within twenty days next after such residence ; and it shall at all times hereafter, be the duty of such captain or commanding officer of such company to enrol every such citizen as aforesaid, and also those who may, from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years (except as hereinafter excepted), shall come to reside within his bounds, and shall, without delay, notify such citizen of the said enrolment, by a proper non-commissioned officer of the company, by

* During the session of 1803, several resolutions were adopted by the legislature. The first recommended an amendment of the federal constitution, authorizing the electors to designate on their ballots, the persons voted for as president and vice president of the United States respectively.   By the second, the mode of electing senators to represent the state in congress was prescribed.   The third appointed certain commissioners, according to the provisions of the act establishing seats of justice, (*O. L.* c. 5.)   By the fourth, Messrs. Carpenter, Wells, and Abrams, were appointed commissioners to appraise the land in the two college townships, in Washington county ; to divide and value it in four different rates; to report the quantity and value to the next legislature ; and also to value the land in its then condition, reporting the number of houses, and quantity of cleared land.   By the same resolution, the trustees appointed by the act establishing an university at Athens, were required to report to the next general assembly.   The fourth resolution approved the measures of the general government, in regard to the navigation of the Mississippi.   The fifth remitted to the sheriff of Adams county, a penalty by him incurred.   The sixth appointed Moses Thompson, a commissioner on the Lake Erie and Muskingum road, in place of Samuel Huntington, resigned, and provided for the conditional exoneration of Huntington, from his obligations as commissioner.   The seventh fixed a day for the election of the agent for the public salt-works.   The eighth directed the public printer to print and annex to each copy of the laws of the session, a copy of the constitution of the state.   By the ninth, the thanks of the legislature were presented to Thomas Worthington, for a map of the state, and sundry directions were given in relation to it.   The tenth had reference to the distribution of the laws.

† See T. L. c. 105, 137, 155.

whom such notice may be proved; and every citizen so enrolled and notified, shall within twelve months thereafter, provide himself with a good musket or fusee, a sufficient bayonet and belt, a knapsack and two spare flints, a pouch with a box therein, to contain not less than twenty-four cartridges suited to the bore of his musket or fusee, each cartridge to contain a proper quantity of powder and ball, or a good rifle, knapsack, pouch and powderhorn, with twenty balls suited to the bore of his rifle, and a quarter of a pound of powder; and every enrolled person shall so appear armed, accoutred and provided, when called into actual service, except when called out to exercise only; he may appear without a knapsack; the commissioned officers shall severally be armed with a sword or hanger and espontoon, and every citizen so enrolled and providing himself with arms, ammunition and accoutrements, required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sale for debt, damages, or the payment of taxes. *(Militia how to be armed. Commissioned officers how to be armed. Arms, &c. exempt from all seizures.)*

§ 2.   That all ministers of the gospel, licensed to preach according to the rules of their sect, all keepers of jails, and such other persons as are exempted by the laws of the United States, shall be and are hereby exempted from militia duty. *(Exemption from militia duty.)*

§ 3.   That the state shall be divided into four divisions, in the following manner, viz: The counties of Hamilton, Clermont, Warren, Green, Montgomery and Butler, shall compose one division, and be called the first division; the counties of Adams, Scioto, Ross and Franklin, shall compose one division, and be called the second division; the counties of Fairfield, Gallia, Washington and Belmont, shall compose one division, and be called the third division; and the counties of Jefferson, Columbianan and Trumbull, shall compose one division, and be called the fourth division. Each division shall be divided into brigades, in the following manner, to wit: The counties of Hamilton and Clermont shall form one brigade; the counties of Butler and Warren shall form one brigade; the counties of Green and Montgomery shall form one brigade; the counties of Adams and Scioto shall form one brigade; the counties of Ross and Franklin shall form one brigade; the counties of Fairfield and Gallia shall form one brigade; the counties of Washington and Belmont shall form one brigade; the counties of Jefferson and Columbiana shall form one brigade; and the county of Trumbull shall form one brigade. Each division, brigade and regiment, shall be numbered, and a record of such numbers made in the adjutant-general's office, and when in the field or in service in the state, each division, brigade or regiment, shall respectively take rank according to their numbers, reckoning the first or lowest number highest in rank. Each division shall consist of not less than two nor more than four brigades; each brigade of not less than two nor more than four regiments; each regiment of two battalions; each battalion of four companies, and each company shall consist of sixty-four privates: *Provided always,* That if local circumstances should require it, a company may be formed of forty, or extend to eighty, rank and file. *(The state divided into 4 divisions. First. Second. Third. Fourth. Each division to be divided into brigades. Each division, brigade, and regiment, to be numbered, and to rank accordingly. Division, brigade, &c. what to consist of, Proviso.)*

§ 4.   That the militia of the state shall be officered as follows, viz: To each division there shall be one major-general, who shall be allowed two aids-de-camp, with the rank of major; to each brigade one brigadier-general, with one brigade-inspector, to serve as brigade-major, with the rank of major, to be appointed by the brigadier-general; to each regiment one lieutenant-colonel commandant; to each battalion one major, and to each company one captain, one lieutenant, one ensign, four serjeants, four corporals, one drummer and one fifer; the regimental staff shall consist of one adjutant, one clerk, one quarter-master, one pay-master, one surgeon, one surgeon's-mate, one sergeant-major, one quarter-master sergeant, one drum-major and one fife-major. *(The militia, how officered.)*

§ 5.   That the majors-general of the respective divisions, so soon as they are commissioned and qualified agreeable to law, shall proceed to lay out the several counties within their respective divisions, into regimental, battalion and company districts, and shall cause notice of the lines of such districts to be given in two of the most public places therein, which notices shall state, that on a certain day, at the hour of eleven o'clock, and at a certain place within the company district, an election will commence and be held for the purpose of electing one captain, one lieutenant and one ensign, for such district, and the elections shall be held and conducted in the following manner, to wit: The qualified electors within such company district, shall meet at *(The majors-general to lay out their divisions into districts. Notice of the time and place of holding elections to be given.)*

**The manner of conducting the elections.** the time and place pointed out in such notice, and shall proceed, *viva voce*, to elect three judges and one clerk, by a plurality of the voters present, any one of the persons elected judges shall administer to the other two judges and clerk, and either of the other judges to him, the following oath or affirmation : ' I            do solemnly swear, (or affirm, as the case may be) that I will faithfully and impartially receive, count and make return, of the votes legally given for a captain, lieutenant and ensign, in militia, for the district in which I am appointed judge.' And the judges shall proceed to receive the ballots from the qualified electors of such district until three o'clock of the same day, and no longer. The clerk shall write down the name of each elector in a book prepared for that purpose, and at the close of the election, the judges and clerks shall compare the ballots with the poll-book, and declare to the people present, who is duly elected, and shall certify under their hands and seals, to the major-general forthwith, the names of the persons elected officers, to each their proper title of captain, lieutenant or ensign.

**The majors-general to make out a list of the persons elected. Commissions to be issued by the governor.** § 6. That the majors-general respectively, shall forthwith after receiving the returns as aforesaid, make out and return a fair list of all the persons thus elected, stating the rank, and the county and brigade, within which any such person is elected, and transmit the same to the governor of the state, who is hereby authorized and required to issue commissions to the persons thus elected and returned accordingly, and transmit the same to the majors-general respectively, whose duty it shall be to forward, as soon as the nature of the case will admit, to each officer his commission.

**The majors-general to cause a meeting, &c. to be held, for the purpose of electing one major to each battalion One lieutenant-colonel, commandant to each regimental district.** § 7. That the majors-general respectively, be, and they are hereby authorized and required, to cause to be held in each battalion district, a meeting of the captains and subalterns thereof, as soon as they shall be qualified according to law, in such manner as they may think most proper, for the purpose of electing one major to each battalion ; and shall in the same manner as before directed, make return to the governor of the persons duly elected, for the purpose of receiving and transmitting to them their commissions, in manner aforesaid. And the majors-general, respectively, are in like manner authorized and required, to cause a meeting of the majors, captains, and subalterns of each regimental district, for the purpose of electing one lieutenant-colonel commandant within the same, and shall make the like return to the governor, of the persons elected within each district, and on receiving their commissions, forthwith transmit them in manner directed in the preceding section.

**Proviso.** *Provided always,* That no election for a major or lieutenant-colonel, shall take place, unless at least two-thirds of all of the officers having a right to vote at such election, be present.

**One brigadier-general to each brigade.** § 8. That the majors-general, respectively, so soon as the officers of their brigades have been commissioned and qualified according to law, shall cause to be held, a meeting of the officers of each brigade, either by regiments or brigades, as shall appear most convenient, at which meeting or meetings, they shall attend in person, for the purpose of electing one brigadier-general to each brigade, agreeably to the fourth section of the fifth article of the constitution, and shall, as before directed, return to the governor, the names of the persons thus elected, receive and transmit to them their commissions.

**Rank of officers, how determined.** § 9. That the governor shall, before he issues any commission, determine by lot, the rank of the officers elected, agreeably to the provisions of this act, and express the same in every commission accordingly.

**When necessary, new districts to be created, and old altered.** § 10. That whenever it shall become necessary, from an increase of population, or other circumstances, to create new, or alter old regimental, battalion, or company districts, the officers of the regiment or regiments, (or at least two-thirds of them) the bounds of which are to be altered, shall meet under the direction of the brigadier-general, who shall attend such meeting, and shall make such alterations, or create such new districts as shall be thought necessary. In like manner, the commissioned officers of any regiment shall have power to alter the old or create new battalion or company **Districts established, and from time to time altered, to be recorded.** districts, within the regimental districts, and shall meet under the direction of the lieutenant-colonel, for that purpose, who shall attend such meeting in person. The regimental, battalion, and company districts, as established by the majors-general, and from time to time altered, shall be recorded by the clerks of the regiments, respectively.

§ 11. That vacancies in the militia, shall be filled in the following manner ; that is to say ; when any office below the rank of general of brigade is vacant, the lieutenant-colonel or commanding officer of the regiment, (as the case

may be) shall report the same to his brigadier-general, or commanding officer of brigade, who shall cause an election to be held, for the purpose of filling such vacancy, agreeable to the constitution and provisions of this act.   When a major is to be elected, the lieutenant-colonel, or commanding officer of the regiment, shall attend such election in person, and when a lieutenant-colonel is to be elected, the brigadier-general, or commanding officer of brigade, shall attend such election in person, and in all cases, where elections are made agreeably to the provisions of this section, the returns of such elections, shall be made to the brigadier-general, or commanding officer of brigade, in the same manner as before directed, to be made to the major-general, whose duty in such cases, shall be the same as those assigned to the majors-general, in the first elections.

*Vacancies in the militia, below the rank of general or brigade, how filled.*

§ 12.   That in case of the vacancy of the office of general of brigade, the major-general shall cause an election to be held to fill such vacancy, agreeably to the provisions of the eighth section of this act ; and if any officer required to perform any duty, by the preceding sections of this act, shall fail to perform the same, or if he be guilty of any mal-conduct in the performance thereof, such officer shall be subject to arrest and trial by court-martial, and be cashiered or fined, in any sum not exceeding one hundred dollars, at the discretion of the court.

*Vacancy in the office of general of brigade, how filled.*
*Officers guilty of mal-conduct or neglect of duty, how punished.*

§ 13.   That when any election for two persons of the same grade in any division, brigade, or regiment, takes place on the same day, the governor shall determine their rank by lot ; in all other cases after the first elections, the persons shall take rank from the date of their commissions.

*Rank of officers, how determined.*

§ 14.   That the captains and subalterns of artillery and cavalry, shall be elected by the persons enrolled in their respective corps, under the direction of the commanding officer, to whose brigade they may be attached.

*The manner of electing officers of artillery and cavalry.*

§ 15.   That there shall be attached to each brigade, one company of artillery, and one troop of horse, when, in the opinion of the brigadier-general, the said companies, or either of them, can with convenience, be raised and equipped within his brigade.   To every company of artillery, there shall be one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer, and one fifer, and not less than twenty, nor more than thirty matrosses ; the non-commissioned officers, shall be armed with a sword or hanger, and each private or matross, shall be furnished with a fusee, bayonet, and belt, with a cartridge-box to contain twelve cartridges ; and to each troop of horse, there shall be one captain, two lieutenants, one cornet, four sergeants, four corporals, one saddler, one farrier, one trumpeter, and not less than thirty, nor more than sixty privates ; the commissioned officers shall furnish themselves with good horses, saddles, and holsters, and be armed with a sword and pair of pistols, and each dragoon shall provide himself with a serviceable horse, a good saddle and holsters, a bridle, mail-pillion and valice, a breast-plate and crupper, a pair of boots and spurs, and be armed with a sabre, a pair of pistols, and cartridge-box to contain twelve cartridges for pistols.   Each company of artillery and troop of horse, shall be formed of volunteers from the brigade, and to be enrolled by three persons, nominated for that purpose by the brigadier-general, and whenever there shall be thirty-five enrolled, they shall meet at a time and place designated by the brigadier-general, which shall by him be advertised in at least six of the most public places within his brigade, at which time and place he shall attend, and the persons enrolled shall then and there, proceed to elect, according to the provisions of the fifth section of this act, their captain and subalterns from the number enrolled, and shall be uniformly clothed in regimentals ; the color and fashion to be determined by the persons enrolled ; the officers, when commissioned and qualified, shall appoint their non-commissioned officers.

*A company of artillery, and a troop of horse to be attached to each brigade.*
*How officered and armed.*

*Companies of artillery and horse, to be formed of volunteers, and enrolled by the persons nominated by the brigadier-general.*

§ 16.   That there shall be annexed to each battalion, one company of grenadiers, light infantry, or riflemen, to be raised by voluntary enrolment, in manner as shall be directed by the lieutenant-colonel or commanding officer of the regiment, when in the opinion of the lieutenant-colonel or commanding officer of the regiment, such company can be raised with convenience, without reducing the companies below the number of forty-five privates, (to be composed of young men, between the age of sixteen and forty years) to be raised and officered in such manner as shall be directed by the lieutenant-colonel or commanding officer of the regiment, who shall direct an election to be held, at which, he shall attend himself, and cause the same to be conducted agreeably to the constitution, and shall return the names of the officers

*One company of grenadiers, or riflemen, to be raised by voluntary enlistment.*
*To be composed of young men, between the age of sixteen and forty.*

**How officered. The uniform to be agreed on by a majority of the company. The manner of filling vacancies.**

so elected forthwith to the governor, who shall commission them accordingly. And the said companies when raised, shall wear, while on parade, such uniform as may be agreed on by a majority of the company, and approved of by the commanding officer of the regiment; the officers, when commissioned and qualified, shall proceed to appoint their non-commissioned officers, and from time to time, may fill any vacancies which may happen in their respective companies, providing it shall not reduce the companies in battalion, below the number aforesaid, and when any captain of grenadiers, light infantry, or riflemen, shall enrol any person, out of any company in his battalion, he shall forthwith, notify in writing the commanding officer of the company from which such person was enrolled, and if it should be made to appear that such company was reduced below the number aforesaid, he may be ordered back, to join the company from which he enrolled, and as the men of such light

**Members at the age of forty, to be enrolled in the district companies.**

companies shall, from time to time, arrive at the age of forty years, the captain shall make report thereof, to the commanding officer of the battalion, who shall order them to be enrolled in the district company, they may respectively live in, and the deficiency shall be supplied by a new enrolment; the said companies shall, in all respects, be subject to the same regulations and orders as the rest of the militia, except as hereinafter excepted.

**Qualifications necessary to a command.**

§ 17. That no person shall be eligible to a command in the militia, who is not a citizen of the United States, and has not resided in the proper county the time prescribed by the twenty-seventh section of the first article of the constitution of this state.

**Commissioned officers to take oath to support the constitution of the United States, and of this state.**

§ 18. That every officer commissioned by virtue of this act, shall, previous to his entering on the execution of his respective office, take the oath to support the constitution of the United States, and of this state, viz: I      do solemnly swear, (or affirm, as the case may be) that I will faithfully and justly execute the duties of a      in the militia of this state, according to the best of my abilities. So help me God. Which oath or affirmation, shall be endorsed on the back of the commission, by the person administering the same.

**Regimental standards and colors, to be provided.**

§ 19. That each battalion and regiment shall be provided with regimental standards, with the number of the regiment inscribed on the same, by the field officers, and each company with the regimental colors, with the number of the company in such regiment endorsed thereon, a drum and fife, by the commissioned officers of the company, in such manner as shall hereinafter be directed.

**Adjutant-general's duty.**

§ 20. That there shall be an adjutant-general appointed in this state, whose duty it shall be to distribute all orders from the commander-in-chief, to the several corps; to attend all public reviews, when the commander-in-chief shall review the militia or any part thereof; to obey any orders from him relative to carrying into execution, and perfecting the system of military discipline established by this act; to furnish blank forms of the different returns that may be required, and to explain the principles on which they should be made, to corps throughout the state; all which the several officers of the divisions, brigades, regiments, and battalions, are hereby required to make, in the usual manner, so that the said adjutant-general may be duly furnished therewith; from all of which returns, he shall make proper abstracts, and lay the same, annually, before the commander-in-chief of the state.—*Provided always*, That the adjutant-general shall be inspector-general.

**Quarter-master-general, and of brigade, how appointed.**

§ 21. That there shall be appointed, agreeably to the fifth section of the fifth article of the constitution, one quarter-master-general in each division in the state, and in each brigade there shall be one quarter-master of brigade, to be appointed by the brigadier-general.

**Brigade-inspectors' duty.**

§ 22. That it shall be the duty of the brigade-inspector to attend all musters of officers within his brigade, to exercise and examine them, to note delinquencies and return the same forthwith to the lieutenant-colonel or commanding officer of the regiment to which they belong, to attend the regimental and battalion meetings of the militia composing his brigade, during the time of their being under arms, to inspect their arms, ammunition, and accoutrements, superintend their exercise and manœuvres, and introduce the system of military discipline, pointed out in the twenty-fifth article for the government of the militia, agreeable to law, and such orders as he shall, from time to time, receive from the commander-in-chief of the state, or the commander of the brigade, for the time being, to make return to the adjutant-general of the state twice in every year, the first, on or before the first day of

July, and the second, on or before the first day of December, of all the militia of the brigade to which he belongs, reporting therein, the actual situation of the arms, accoutrements, and ammunition of the several corps, and every other thing, which, in his judgment, may relate to their government and the general advancement of good order and military discipline.

§ 23.   That the commissioned and non-commissioned officers, of each battalion or regiment, at the discretion of the brigadier-general, shall meet at some convenient place, as near as may be in the centre of each battalion or regiment, to be pointed out by the brigadier-general, as often as he may think expedient, not exceeding four days in every year, for the purpose of being trained and instructed by the brigade-inspector, for the space of four hours each day. *Officers to meet and exercise.*

§ 24.   That it shall be the duty of each captain, after having enrolled his company as directed by this law, to appoint four persons of his company, as sergeants, giving to each his rank of first, second, third, and fourth sergeant, and also four persons as corporals, giving to each his rank of first, second, third, and fourth corporal, giving his company notice thereof, and to report the said appointments to the commandant of the regiment, who shall thereupon make out his warrants to such non-commissioned officers accordingly, and they are to be obeyed and respected as such. *Captains to appoint sergeants and corporals.*

§ 25.   That it shall be the duty of the commanding officer of each and every company so enrolled, forthwith to divide his company into divisions, by lot, from one to eight, for the purpose of a regular routine of duty, when called into actual service, and shall return a roaster of such division with the rotative number attached to each class, within fifteen days, to the commanding officer of his battalion, who shall forthwith transmit the same to the commandant of the regiment, who shall order the same to be recorded by the clerk thereof. *Captains to make divisions of their companies.*

§ 26.   That every militia-man removing out of the bounds of one company to another, shall apply to the commanding officer of the company he is removing from, who shall give him a discharge, certifying the class to which he belongs, which certificate the said militia-man shall produce to the captain or commanding officer of the company in the district in which he shall next settle, within twenty days after his settlement, and the said captain or commanding officer is hereby required to enrol him in the class specified in said certificate, and on failure of any militia-man obtaining a certificate in manner aforesaid, and presenting the same as before directed, the captain or commanding officer of the company to which he shall remove, is hereby required to enrol such delinquent the foremost in the first class for duty, notifying him thereof and that he must hold himself in readiness to perform any duty by this act required. *Militia-men moving from one company to another, to take a certificate, &c.*

§ 27.   That there shall be private musters of each company of cavalry, artillery, grenadiers, light infantry, and rifle-men, at least once in every two months, at such time and place as the commandant thereof shall appoint, except in the months of December, January, February, and March, in every year; and every other company formed by virtue of this act, at least once in every three months, except as before excepted, to be appointed by the commanding officer thereof, at, or as near as may be, the centre of the company district.   There shall be a muster of each battalion in the month of April or May in every year, which shall be appointed by the commanding officers of the respective regiments, who shall fix on the most suitable place as near as may be to the centre of the battalion district, and shall superintend the exercise and direct the evolutions that shall be performed; and there shall be a muster of each regiment in the month of October, in every year, which shall be appointed by the brigadier-general or commanding officer of the brigade to which such regiment belongs, at, or as near as may be, to the centre of the regimental district, and shall be under the superintendance and direction of the brigadier-general or commander of the regiment, which company, battalion, and regimental musters, shall continue one day each and no longer. *Provided*, That when, in the opinion of the commanding officer of any brigade, a regimental muster cannot be called without great inconvenience to such regiment, such commanding officer may dispense with such muster. *Company musters, how often holden.* *Battalion musters.* *Regimental musters.*

§ 28.   That whenever any person of the society of friends, menonists, or tunkers, who may be conscientiously scrupulous of bearing arms, resides within the boundaries of any regimental or company district, and are desirous to be excused from attending and bearing arms in any muster of the militia, *Quakers, menonists, &c. excused from bearing arms.*

Proviso.

they may be entitled to receive a certificate, excusing such person from militia duty, in time of peace, for the term of one year, from the commanding officer of the regiment: *Provided*, That the person or persons applying for such certificate, shall produce to such commanding officer a receipt from the paymaster of the regiment, purporting that the applicant hath paid, for the use of the regiment, the sum of three dollars: *And provided further*, That such applicant produced sufficient evidence to the said commanding officer, that he is a member of such society of friends, menonists, or tunkers.

Notice of musters.

§ 29. That the brigadier-generals or commanding officers of brigades, shall cause notices, in writing, of the times and places of said musters to be given to the commanding officers of regiments, at least twenty-five days ; the commanding officers of regiments shall give notice of the regimental and battalion musters to the commanding officers of battalions, at least twenty days ; the commanding officers of battalions shall give notice of the regimental and battalion musters to the commanding officers of companies, at least fifteen days ; and the captains and commanding officers of companies shall give notice of the regimental, battalion, and private musters, to the individuals of their respective companies, by themselves or sergeants, at least five days before such regimental, battalion, or company muster, (as the case may be), shall be holden.   The notices to be given by the commanding officers of brigades, regiments, and battalions, shall be in writing and delivered to the person or persons, or left at the usual place of his or their abode, by such commanding officers themselves, or such other officer or officers as they may think fit to order ; and the commanding officers of companies shall have power to assign to each sergeant of their respective companies his due proportion thereof, whose duty it shall be to give the notice before directed, to that portion of the company to him assigned, which may be done by personal summons, or by leaving notices, in writing, at the usual places of abode of the persons to be notified.

Hour of muster. Hour of roll call. Delinquents noted and returned.

§ 30. That every officer and soldier shall appear at his respective muster-field, on the day appointed, by ten o'clock, ante-meridian, and at every muster, each captain or commanding officer of a company shall direct the first sergeant of his company, in his presence, to call the roll at half past ten o'clock, ante-meridian, examine every person belonging thereto, and note down all delinquencies occurring therein, and make return thereof, as well as of the strength of the company, number of rifles, muskets, bayonets, fusees, &c. on parade, to the commanding officer of his battalion, within ten days after such regimental, battalion or company muster ; and every commanding officer of a battalion shall, at his regimental or battalion muster, (as the case may be), at the hour on which the battalion is to be formed, in like manner proceed to call the

Names of commissioned officers, when to be called. Delinquencies noted.

names of the commissioned officers of his battalion, examine and note down all delinquencies and make return thereof, together with those reported by the commanding officers of companies, to the commanding officer of the regiment to which he belongs, within thirty days next succeeding such battalion or regimental muster, (as the case may be), who shall lay the whole before the court hereafter appointed, to take cognizance and determine thereon ; and to

Form of certificates to accompany returns.

each of the said returns shall be annexed the following certificate, to wit : I do certify, that the returns hereunto annexed, contain all the delinquencies which have occurred in my company or battalion, (as the case may be), since my last return ; and to the battalion returns shall be added, and that the reports which accompany them, are all which have been made by the commanding officers of companies within my battalion.

Adjutants to make returns.

§ 31. That the commanding officer of each regiment, within twenty days next after the muster of his regiment, or of a battalion of the same, shall cause the adjutant of his regiment to make out a complete return of the same, agreeably to such forms as shall be furnished by the adjutant-general, noting particularly its strength and number of arms, to the inspector of the brigade.

Court of enquiry and assessment of fines, how formed.

§ 32. That the commissioned officers of the first battalion in each regiment, shall meet on the second Tuesday, and the commissioned officers of the second battalion of each regiment shall meet on the second Thursday next after each regimental or battalion muster, as near as may be the centre of the battalion, to be pointed out by the commanding officer of the regiment, at the battalion or regimental muster, and public notice thereof given to the battalion or battalions whilst on parade, a majority of whom shall form a court of enquiry and assessment of fines ; and it shall be the duty of the lieutenant-colonel commandant, to preside at such board, and in case of his absence by sick-

ness or otherwise, the next officer in rank shall preside. The said court shall take the following oath, to be administered by the senior officer present, and afterwards by any other officer of the said board to him, to wit : I do solemnly swear, or affirm, (as the case may be), that I will truly and faithfully inquire into all delinquencies which appear on the returns to be laid before me, and will assess the fines thereon, as shall seem just, without partiality, favor or affection. So help me God. The lieutenant-colonel or commanding officer of the said regiment, shall then lay before the court all delinquencies as directed by this act, whereupon they shall proceed to hear and determine thereon.

*Members of the court to be sworn. Form of the oath. Commanding officer of the regiment to lay delinquencies before the court.*

§ 33. That the following forfeitures and penalties shall be incurred for delinquencies, to wit: By a lieutenant-colonel or commanding officer of a regiment, for failing to take any oath, to direct his adjutant to summon any court or board, to deliver any commission or commissions, to appoint any regimental or battalion muster, to give information of the places of holding courts of inquiries, to attend the same, to report delinquencies, to attend a battalion or regimental muster, or a muster of officers, to appoint the staff officers to his regiment, not less than ten nor more than one hundred dollars ; by a major or commanding officer of a battalion, for failing to take an oath, to attend any court or board, to give notice of any regimental or battalion muster, to examine and train his battalion, to report delinquencies, to make a return or to attend a muster of officers, any sum not less than eight, nor more than eighty dollars ; by a captain or commanding officer of a company, (as the case may be), for failing to take an oath, to attend any court or board, to enrol his company, to appoint private musters, or give notice of a regimental or battalion muster, to attend any muster armed, to examine and exercise his company as is by the twenty-fifth article directed for the government of the militia, to call his roll and report delinquencies, to make any return or appoint non-commissioned officers as directed by this act, any sum not exceeding fifty nor less than five dollars, for every such offence ; by a subaltern officer failing to take an oath, to attend any court or board, to attend any muster armed, as is by this act directed, for every such offence or neglect, any sum not exceeding forty nor less than four dollars ; by a non-commissioned officer, for failing or neglecting to attend any muster of officers, to attend any muster of his company, to take charge of any part of his company, or them march as directed, for every such offence or neglect, any sum not exceeding twenty nor less than two dollars ; by a private man, for failing or neglecting to attend a regimental or battalion muster, armed and equipped as directed by this act, one dollar and fifty cents ; to attend a muster of his company at the time and place appointed in manner aforesaid, during the whole time the same is on parade, the sum of one dollar ; and that the delinquencies in company musters shall be inquired into and assessed by the officers of their company, subject to an appeal to the field officers.

*Forfeitures and penalties for neglect of duty, by a colonel.*

*Major.*

*Captain.*

*Subaltern.*

*Non-commissioned officer.*

*Private.*

*Delinquencies in company musters, by whom inquired into.*

§ 34. That the fathers shall be bound for the payment of fines incurred by their sons, under the age of twenty-one ; guardians for the payment of fines incurred by their wards, and masters for the payment of fines incurred by their apprentices, and be charged therewith by the collectors of fines accordingly.

*Fines on persons under twenty-one, by whom inquired into.*

§ 35. That any court of inquiry, for good cause shown, may remit fines assessed by the court preceding the same ; and in such case, it shall be the duty of the clerk to certify the same to the collector of fines, who shall thereupon not collect such fine or fines, or refund the same if collected.

*How fines may be remitted.*

§ 36. That all fines and penalties incurred by non-commissioned officers, musicians and privates, to be assessed by virtue of this act, shall be collected by one of the sergeants of the company in which the delinquents are enrolled ; and it shall be the duty of the clerk of each regiment to make out a warrant and direct the same to one of the sergeants of each company, mentioning the names and amount of the fines assessed on each delinquent, commanding him forthwith to collect the same, which warrant shall be signed by the president of the court of inquiry and countersigned by the clerk. And it shall be the further duty of the clerk to deliver to the paymaster of the regiment, a certified list of the warrants issued, taking his receipt for the same, a duplicate of which he shall deliver to the commanding officer of his regiment within twenty days ; each sergeant shall be accountable for the fines put into his hands to collect, and shall make distress for the same if not paid within twenty days after receiving such warrant; in the same manner as is prescribed by law for regulating the duty of constables on a writ of *fieri facias,* each sergeant

*By whom and in what manner fines shall be collected from non-commissioned officers, musicians, &c.*

shall pay into the hands of the pay-master all moneys he may have collected, on or before the first day of September in every year, whose duty it shall be to attend every court of inquiry and make a statement of all the money he may have on hand ; the sergeant serving the warrant shall be entitled to demand twenty-five cents from each delinquent, in addition to the fine for every warrant he may serve ; any sergeant who shall be guilty of a neglect of the duties enjoined on him by this section, shall be ordered to the ranks, and shall moreover be liable for all the fines put into his hands to collect.

**By whom and in what manner fines shall be collected from commissioned officers.** § 37. That all fines and penalties incurred by commissioned officers, by virtue of this act, shall be collected by the clerk of the regiment in which such delinquent shall reside, in the same manner as is provided by the thirty-sixth section of this act, for collecting fines from non-commissioned officers and privates, and the same, when collected, shall be paid over to the pay-master of the regiment ; if any clerk shall neglect to perform his duty agreeably to this act, he shall be subject, at the discretion of the court of inquiry, to be sentenced to pay the whole or any part of the fines put into his hands for collection, together with six per cent. interest, and if the whole amount shall not be paid within twenty days of the sentence, the president of the court of inquiry shall cause the sergeant-major to make the same of the goods and chattels of such delinquent clerk.

**How fines shall be appropriated.** § 38. That all moneys paid to the pay-master as aforesaid, shall be appropriated, first to the purpose of procuring the necessary number of drums, fifes and colors, and secondly, the remainder, if any, shall be disposed of as the court of inquiry shall direct.

**Adjutant general and brigade inspector's salary. Compensation of the adjutant, clerk, &c.** § 39. That the adjutant-general shall be allowed the sum of one hundred dollars, and each brigade inspector the sum of fifty dollars, yearly, for their services and stationary, respectively ; and the state treasurer is hereby authorized and directed to pay the same, on the certificate of the auditor of public accounts. The adjutant, clerks, provost-martials, the fife and drum majors, and other fifers and drummers of each regiment, shall receive such compensation for their services as the court of inquiry shall think proper.

**Exemption of persons unable to equip agreeably to law, from fines.** § 40. That if any militia-man shall make it appear to the satisfaction of the officers of the company to which he belongs, that he is unable to furnish or equip himself as by this law is directed, and the officers satisfying the succeeding court of inquiry thereof, it shall be in the power of such court to restrict any fine that may have been imposed by virtue of this law, and to grant such militia-man exemption from all such fines, until he shall be enabled, in the opinion of the officers of his company, to furnish and equip himself, agreeably to this law.

**Bye-standers molesting officers or soldiers on parade, how punished.** § 41. That if any bye-stander, at a regimental, battalion or company muster, shall insult or otherwise molest any officer or soldier, while on parade, the commanding officer of the regiment, battalion, troop or company, (as the case may be), may order such person or persons to be put under guard for any time not exceeding six hours, and to pay a fine not exceeding four dollars, which shall be collected as other militia fines are.

**Duty of the clerk of the regiment.** § 42. That it shall be the duty of the clerk of the regiment to attend the courts of inquiry therein, to take the minutes of the proceedings, receive all returns from the commandants of battalions and companies, and record the same in a proper book prepared for that purpose ; he shall also record the class-rolls of each company in his regiment, and shall furnish the person appointed to collect the fines with a list of the delinquents in his regiment, stating the number of fines due from each delinquent and the muster at which they were **Penalty for neglect thereof.** delinquents ; and on failure or neglect of any clerk to perform any of the duties imposed on him by this law, he shall be fined by any court of inquiry, in any sum not exceeding twenty-five dollars.

**Governor empowered to call forth the militia. Proviso.** § 43. That whenever it may be necessary to call into actual service any part of the militia, on an actual or threatened invasion of this state or of any of the neighboring states or territories of the United States, that it shall and may be lawful for the governor to order into actual service such part of the militia, by classes, as the exigency may require : *Provided,* That the part so called doth not exceed four classes of the militia of the brigade or brigades so called out ; *and provided also,* that such brigade or brigades shall not be again called into actual service until an equal number of classes of the militia of the other brigade or brigades, respectively, be first called, unless the danger of an invasion from the Indians or others, should make it necessary to keep in reserve the militia of such brigade or brigades for their immediate defence.

Case 3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.13221   Page 480 of 718

§ 44. That all orders for the militia to be called forth as aforesaid, shall be sent to the commanding officers of the brigades with the notification of the place or places of rendezvous, who shall immediately take measures for detaching the same with the necessary number and rank of officers; and if any brigadier-general shall fail or neglect to comply with any of the duties required of him by virtue of this act, he shall forfeit and pay any sum not exceeding one thousand dollars, to be assessed by a general court martial, collected by the brigade-major, in the mode pointed by the thirty-seventh section of this act and disposed of as the said court martial shall direct. *(margin: Orders to be sent to the commanding officers of brigades. Fine of brigadier-general for neglect of duty.)*

§ 45. That each battalion or regiment of the state shall be divided into eight classes, preserving to each man his original class; all troops of horse and flank companies, whether grenadiers, light-infantry or rifle-men, shall be called into service by companies or detachments, and not by classes, the first flank company making part of the first call, and the second flank company shall make part of the fifth call of the militia, and be commanded by their own proper officers. *(margin: Classification of militia.)*

§ 46. That for the purpose of having the militia when called by classes, properly officered, the following order is hereby directed and enjoined, that is to say, *(margin: The order of classing commissioned officers.)*

| For the | 1st draft, | 1st capt. | 2d lieut. | 4th ensign. |
|---|---|---|---|---|
|  | 2d do. | 2d do. | 1st do. | 3d do. |
|  | 3d do. | 3d do. | 4th do. | 2d do. |
|  | 4th do. | 4th do. | 3d do. | 1st do. |
|  | 5th do. | 5th do. | 6th do. | 8th do. |
|  | 6th do. | 6th do. | 5th do. | 7th do. |
|  | 7th do. | 7th do. | 8th do. | 6th do. |
|  | 8th do. | 8th do. | 7th do. | 5th do. |

Non-commissioned officers to take tour of duty with the commissioned officers, and the routine of the field officers shall be according to the date of their respective commissions; the first lieutenant-colonel of the brigade shall command the first detachment, if it amounts to a lieutenant-colonel's command, if it does not, the command shall devolve on the first major, liable to serve three months and no longer, and to be relieved by the class next in numerical order, the relief to arrive at least two days before the expiration of the term of the class to be relieved; but nothing herein contained shall prevent the governor or any commanding officer of a county from employing or calling out a part or the whole of any class, or any companies or regiments, without respect to this rule, whenever the exigency is too sudden to allow the assembling of the militia which compose the particular classes, and the service of the persons so called out shall be accounted as a part of their tour of duty. *(margin: Field officers' routine of command. Term of service and how relieved. When the militia may be called into service other than by classes.)*

§ 47. That when any detachment of the militia shall be called into service, the captain of each company shall take care that his proportion of men are assembled and marched to the proper place of parade or rendezvous, under the care of a commissioned officer or sergeant, with a list of the men, which list shall be delivered to the adjutant of the regiment, whose duty it shall be to attend at the place appointed to receive the detachment from the several companies of his regiment, and he shall make out a roll of the whole, mentioning the rank of the officers and names of the non-commissioned officers and privates, and when the detachment shall be completed and placed under the proper officer, he shall attend them to the place appointed for the meeting of the detachment of the brigade, when the several adjutants shall deliver to the brigade-major or inspector, or officer appointed to command the whole detachment, a complete roll, containing the names of the commissioned and non-commissioned officers and privates, composing the detachment from each regiment or battalion, noting such remarks as circumstances may require; and it shall be the duty of the officer appointed to the command of said detachment, to cause two complete rolls to be made out and certified under his hand, one of which rolls he shall forthwith transmit to the adjutant-general, and the other to the brigade inspector. *(margin: Duty of captains when the militia are called into service. Adjutant's duty. Officer commanding a detachment, his duty.)*

§ 48. That it shall and may be lawful for any person called to do a tour of duty, to send a sufficient substitute, such substitute being approved of by the captain or commanding officer of the company, which he shall be offered to serve in: *Provided always,* That any person serving by substitute as aforesaid, if said substitute be called in his own turn into actual service, before the time expires which he was to serve for his employer, the person procuring *(margin: Persons called out, may serve by substitutes. Proviso.)*

388                              MILITIA.                          [CHAP. 25

such substitute shall march, or find a person to march in his substitute's turn, to be accepted as aforesaid, or be liable to pay his fine for neglect, which fine is to be recovered in the same manner as is directed in the case of any militia-man neglecting or refusing to do a tour of duty, and that sons of the age of sixteen years or upwards, who are not subject to the militia law, may be admitted as substitutes for their fathers, to be accepted as aforesaid.

**Lieutenant-colonel or commanding officer, may impress for each company, a wagon, team, &c.**

§ 49.   That the lieutenant-colonel, or commanding officer of each regiment from which detachments are drawn, shall, if not otherwise to be obtained, cause to be procured by impressment for each company, a wagon, team and driver, or a sufficient number of pack-horses, six axes and six camp kettles or pots of convenient size, all which shall be delivered to the commanding officer of the company, who shall be accountable for returning the same, when his tour is over ; and the articles aforesaid shall be returned to the owner, who shall be allowed for the use; damage or detention of the same, whatever shall be adjudged by a court of inquiry of the regiment, and the lieutenant-colonel

**Impressed articles to be valued.**

or commanding officer, shall cause all property by him impressed by virtue of this act, to be valued by three house-holders, on oath, before the same shall be sent away, and shall give such owner a receipt for the same, stating the quantity, quality and value of the property impressed, together with a certifi-

**When lost, the owner to be indemnified.**

cate of the appraisers, and on proof being made of any article being lost, the valuation thereof shall be allowed, and the said allowance shall be certified to the auditor of public accounts ; the said court shall make inquiry into the cause of such loss, and if it shall appear that such loss was occasioned by the misconduct or inattention of any officer, the brigade-inspector is hereby authorized and required to prosecute a suit against such officer, to recover damages for the use of the state.

**Commanding officer of a county, upon an actual or threatened invasion thereof, how to proceed.**

§ 50.   That if any sudden invasion shall be made or intended to be made, of any county or district within this state, by Indians or any other power, the commanding officer of the militia of such county or district, is hereby authorized and required, to order out the whole or such part of the militia of his county or district, as he may think necessary, in such manner as he may think best, for the repelling such invasion, and shall call on the commanding officers of the adjacent counties or districts, for such aid as he may conceive necessary, who shall forthwith, in like manner, furnish the same ; and for assembling the militia required upon such occasions, or by order of the executive, the same measures shall be taken to summon them as is directed in the case of musters ; and it shall be the duty of every commanding officer of a county or district, on receiving information of the intended invasion of his or any neighboring county or district, forthwith to convey information of the same by special message or otherwise, to the governor of the state, that he may make the necessary arrangements to repel the same.

**Persons prosecuted under this act may plead the general issue, &c.**

§ 51.   That if any suit or suits shall be brought or commenced against any person or persons, for any thing done in pursuance of this act, the action shall be laid in the county where the cause of such action did arise, and not elsewhere, and the defendant or defendants in such action or actions to be brought, may plead the general issue and give this act and the special matter in evidence.

**Fines due under the former law, how collected.
Duty of sheriffs and collectors.**

§ 52.   That all fines heretofore duly assessed by any court of inquiry under the former law, and which have not been paid, shall be collected in the manner prescribed by this act, and the sheriffs and collectors of the several counties, shall make returns to the court of inquiry, at their first meeting, of the fines assessed on delinquents, in their several battalions, which have not been collected, together with the money they have collected, or the treasurer's receipt therefor, and all such fines not paid, shall be subject to the order of the court of inquiry, and collected in the same manner as other fines are collected by this law.

§ 53.   That the following articles, rules and regulations, shall govern the militia of this state, to wit :

**Commissioned officers misbehaving, how punished.**

ARTICLE 1.   If any field or other commissioned officer, at any regimental review, or on any other occasion when the regiment, battalion or company to which he may belong, or in which he may hold a command, is paraded in arms, shall misbehave or demean himself in an unofficer-like manner, he shall, for such offence, be cashiered or punished by fine, at the discretion of a general court-martial, as the case may require, in any sum not exceeding sixty dollars ; and if any non-commissioned officer, musician or private, shall, on any parade of the company to which he belongs, misbehave, or disobey

orders, or use any reproachful or abusive language to his officers, or any of them, or shall quarrel, or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard, by the commanding officer or officers present, until the company is dismissed, and shall be, by a regimental court-martial, fined in any sum not exceeding twenty dollars nor less than one dollar. *Non-commissioned officers, musicians or privates misbehaving, &c.*

ART. 2. If the lieutenant-colonel or commanding officer of any regiment or battalion, shall neglect or refuse to give orders for assembling his regiment or battalion, at the direction of the commander of the brigade to which he belongs, or in case of an invasion of the county or district to which such regiment or battalion belongs, he shall be cashiered or punished by fine, not exceeding six hundred dollars, at the discretion of a general court-martial; and *Lieutenant-colonel refusing to give orders, &c. how punished.*

if a commissioned officer of any company, shall, on any occasion, neglect or refuse to give orders for assembling the company to which he belongs or any part thereof, at the direction of the lieutenant-colonel or commanding officer of the regiment to which such company belongs, he shall be cashiered and punished by fine, not exceeding two hundred dollars, at the discretion of a regimental or general court-martial; and a non-commissioned officer offending in such case, shall be fined at the discretion of a regimental court-martial, in any sum not exceeding twenty dollars. *Commissioned officers of a company and non-commissioned officers offending, how punished.*

ART. 3. If any commanding officer of a company shall refuse or neglect to make out a list of the persons noticed to perform any tour of duty, and send or convey the same to the lieutenant-colonel or commanding officer of the regiment to which such company may belong, or if he shall fail to call forth such officers and men as shall from time to time be legally called from his company, upon any call from the governor, or on invasion or insurrection in the county or district, or requisition from an adjacent county or district, or failing on any such occasion to repair to the place of rendezvous, for such neglect or refusal he shall be cashiered or fined at the discretion of a general court-martial in any sum not exceeding one hundred dollars, nor less than five dollars. *Penalty on captains failing to make out a list of persons noticed for a tour of duty, &c.*

ART. 4. If any militia-man shall desert while he is on a tour of duty, he shall be fined not exceeding one hundred dollars, and be obliged to march on the next tour of duty, under the same penalties as the first; if a non-commissioned officer shall so desert, he shall be degraded and placed in the ranks, and shall pay a fine not exceeding two hundred dollars, and be obliged to serve another tour as a private. *Desertion, how to be punished.*

ART. 5. Every general court-martial shall consist of thirteen members, exclusive of the judge-advocate, all of whom shall be commissioned officers, not under the rank of captain, and the officer highest in rank, shall preside. *General court-martial.*

ART. 6. Every regimental court-martial shall be composed of five members, all commissioned officers, one of their members president, not under the rank of captain. *Regimental court-martial.*

ART. 7. All members of a court-martial are to behave with decency and calmness, and in giving their votes, are to begin with the youngest in commission. *Members how to vote.*

ART. 8. No commissioned officer shall be tried but by a general court-martial, nor by officers of an inferior rank, if it can be avoided, nor shall any proceedings or trials be carried on, except between the hours of eight o'clock in the morning and three o'clock in the afternoon, but courts-martial may adjourn from day to day, excepting in cases where the militia shall be in actual service in time of war, and when in the opinion of the officer appointing the court, an immediate example is required. *Commissioned officers to be tried by a general court-martial.*

ART. 9. The judge-advocate shall prosecute in the name of the state, but shall so far consider himself as counsel for the prisoner as to object to any leading question to any witnesses, or any question to the prisoner, the answer to which shall lead to criminate himself. *Judge-advocate how to prosecute.*

ART. 10. When a non-commissioned officer, musician or private, is confined under guard, his crime shall be lodged with the officer of the guard within twelve hours after the prisoner's confinement, otherwise the prisoner shall be set at liberty. *Proceedings when persons are put under guard.*

ART. 11. In every court-martial, not less than two-thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted. *Court-martial, two-thirds must agree, &c.*

ART. 12. The president of each and every court-martial, whether general or regimental, shall require all witnesses, in order to the trial of offenders, to declare on oath or affirmation, that the evidence they shall give is *Witnesses to give testimony on oath.*

MILITIA.                         [CHAP. 25.

*Members of a court-martial to take an oath.*
*Form of oath.*

truth, the whole truth, and nothing but the truth. And the members of all such courts shall take an oath or affirmation as follows, to wit: I, _____ do solemnly swear (or affirm as the case may be) that I will hear and determine according to evidence, to the best of my understanding and the custom of war in such like cases, between the state of Ohio and _____ now to be tried; that I will not disclose the opinion of this court, until approved or disapproved by the commanding officer or commander-in-chief (as the case may be) and that I will not, at any time, discover or disclose the opinion of any particular member, unless called upon to give evidence thereof by a court

*By whom administered.*
of justice, in due course of law; which oath shall be administered by the judge-advocate to the president and members.

*Judge-advocate, how appointed.*
*To take an oath.*
*Form of oath.*

ART. 13.  The judge-advocate shall be appointed by the officer ordering the court-martial, and shall take the following oath or affirmation, which shall be administered by the president, to wit: I _____ do swear, (or affirm, as the case may be), that I will faithfully execute the office of judge-advocate to this court, now met for the trial of _____ to the best of my abilities and understanding and the custom of war in like cases, and that I will not disclose nor discover the opinion of this court-martial, until approved or disapproved of by the commanding officer, and that I will not at any time disclose or discover the vote or opinion of any member, unless called upon by a court of justice to give evidence thereof in due course of law. It

*His duty.*
shall be the duty of the judge-advocate to keep a record of the whole proceedings of the court, taking into view the depositions of all witnesses that may be introduced.

*Provost-marshal's duty.*

ART. 14.  Courts-martial shall appoint a provost-marshal, whose duty it shall be to summon all witnesses, having received process for that purpose from the president of the court, to execute the orders of the court and keep by-standers from interrupting the court whilst sitting; and all persons called,

*Witnesses refusing to attend, how punished.*
as witnesses in any case before a court-martial, who shall refuse to attend and give evidence, shall be censured or fined at the discretion of the court, in any sum not exceeding fifty dollars.

*Officers, &c. transgressing, not suffered to do duty until tried.*

ART. 15.  No officer or private being charged with transgressing these rules, shall be suffered to do duty in the regiment, company, or troop to which he belongs, until he has had his trial by a court-martial, and every person so charged shall be tried as soon as a court-martial can conveniently be assembled.

*Proceedings had when a non-commissioned officer or private is injured by his colonel.*

ART. 16.  If any non-commissioned officer or private shall think himself injured by his lieutenant-colonel or commanding officer of the regiment, and shall, upon due application made to him, be refused redress, he may complain to the brigadier, who shall direct three commissioned officers to inquire into the nature of the complaint, and if they report that the person complaining, in their opinion, has been injured, the brigadier-general shall then direct the brigade-inspector, at a certain time and place, to summon a general court-martial, for the purpose of doing justice to the person complaining, and shall also direct the brigade-inspector to give the person complained of, at least eight days previous notice of the time and place of the meeting of any such court-martial, together with a copy of the charges exhibited against him.

*Proceedings on injury to privates, &c. by captain.*

ART. 17.  If any non-commissioned officer or private shall think himself injured by his captain or other superior in the battalion, troop, or company, to which he belongs, he may complain to the commanding officer of the regiment, who shall cause his adjutant to summon a regimental court-martial, for doing justice according to the nature of the case.

*The person tried, entitled to a copy of the sentence.*

ART. 18.  The party tried by a general court-martial, shall be entitled to a copy of the sentence and proceedings of such court-martial, after the decision on the sentence, upon demand thereof made by himself or any person or persons in his behalf, whether such sentence be approved or not.

*Power of court-martial.*

ART. 19.  No penalty shall be inflicted at the discretion of a court-martial, other than degrading, cashiering, or fining.

*Of pardons, mitigation of fines, &c.*

ART. 20.  The commanding officer for the time being, shall have full power of pardoning or mitigating any censures or penalties so ordered to be inflicted on any private or non-commissioned officer, for the breach of any of these articles, by a general court-martial, and every offender convicted as aforesaid, by any regimental court-martial, may be pardoned or have the penalty mitigated by the lieutenant-colonel or commanding officer of the regiment, excepting only where such censures or penalties are directed as satisfaction for injuries received by an officer or private from another; but in case of officers,

such sentence to be approved of by the commander-in-chief of the militia, who is empowered to pardon or mitigate such sentence, or disapprove of the same.

ART. 21. If any commissioned officer shall, at any time or upon any occasion, behave in an unofficer-like or ungentlemanly manner, the commander-in-chief, if the person accused be a major-general; the general of division, if a brigadier-general; the brigadier-general, if a field officer; or the lieutenant-colonel or commanding officer of a regiment, if an inferior officer, as the case may be, upon the application of a commissioned officer, may appoint a board of the officers to inquire into the matter of complaint, and if upon their report it shall appear to him deserving of trial, then, and in such case, he shall direct a court-martial, whose proceedings herein shall have the same effect as if the offence had been committed when on actual duty. *Proceedings against commissioned officers misbehaving.*

ART. 22. The militia on the days of training, may be detained under arms, on duty in the field, any time not exceeding six hours: *Provided*, they are not kept above three hours under arms at any one time, without being allowed to refresh themselves. *Hours of parade.*

ART. 23. All fines that shall be incurred by any breach of these rules, shall be paid to the pay-master of the regiment in which the offender resides, (whose receipt shall be a discharge for the same) within sixty days after they become due, but in case of neglect or refusal to pay any of the said fines, they shall be levied and collected in manner hereinbefore directed. *Fines to be paid to the pay-master of the regiment, &c.*

ART. 24. The militia of this state, whilst in actual service, shall be subject to the same rules and regulations as the federal army, and shall receive the same pay and rations as is allowed by the United States to the militia, when in actual service: *Provided*, That upon any transgression or offence of a militia-man, whether officer or private, against the rules and regulations of the federal army, the cause shall be tried and determined by a court-martial of the militia of this state, if the same can be convened. *Militia in actual service, subject to the rules, &c. of the federal army. Proviso.*

ART. 25. The rules of discipline approved and established by congress, in their resolution of the 29th of March, one thousand seven hundred and seventy-nine, shall be observed by the militia throughout this state, except such deviations from said rules as may be rendered necessary, by the requisitions of the acts of congress, or some other unavoidable circumstances: it shall be the duty of the commanding officer, at every training, whether by regimental, battalion, or single company, to cause the militia to be exercised and trained, agreeably to the said rules of discipline; and the instructions laid down by the baron Steuben, and annexed to the said rules of discipline, pointing out the respective duties of the officers, non-commissioned officers, and privates, are recommended and enjoined upon the militia of this state, as particularly and fully as if the said instructions were repeated and expressed in this act at length; and it shall be the duty of every captain to instruct his non-commissioned officers accordingly. *Rules of discipline established by congress, 29th March, 1779, to be observed. Militia to be exercised according to the rules of congress and baron Steuben's instructions.*

ART. 26. If any militia-man, on receiving three days' previous notice thereof, shall neglect or refuse to be in readiness to march on any tour of duty, armed and equipped as required by this act, he shall forfeit and pay a sum not more than one hundred dollars nor less than eight dollars, for every month he is required by law to serve on such tour, to be assessed, (on proper proof thereof made), by a regimental court-martial. *Provided always*, That if any militia-man shall be sick or make any other just or satisfactory excuse to the court-martial, such fine shall not be assessed, but such militia-man shall be obliged to perform a tour of duty on the next call of the militia. *Notice on a call for a tour of duty. Proviso.*

§ 54. That all laws and parts of laws, heretofore made for the regulation of the militia, shall be and the same are hereby repealed. [*Passed, December* 30, 1803.] *T. L. c. 105, 137, 155, repealed.*

CHAP. XXVI.—An act declaring the assent of the general assembly of the state of Ohio, to an amendment proposed by the congress of the United States, in lieu of the third paragraph of the first section of the second article of the constitution of the United States.

§ 1. *Be it enacted, &c.* That whereas it is provided by the fifth article of the constitution of the United States of America, that congress, whenever two-thirds of both houses shall deem it necessary, shall propose amendments to the said constitution, or on the application of the legislatures of two-thirds of the several states, shall call a convention for proposing amendments, which in either case shall be valid to all intents and purposes as part of the same constitution, when ratified by the legislatures of three-fourths of the several states, *Preamble.*

# EXHIBIT 66



DATE DOWNLOADED: Wed Jul  5 13:55:19 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1700-1846 316 .

ALWD 7th ed.
, , 1700-1846 316 .

Chicago 17th ed.
"," Pennsylvania - General Laws Chronologically Arranged : 316-350

AGLC 4th ed.
'' Pennsylvania - General Laws Chronologically Arranged 316

OSCOLA 4th ed.
'' 1700-1846 316          Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
 Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Rivas Exs., Page 441

1822.   son or persons so offending, shall for each and every such offence, forfeit and
        pay the sum of five dollars, which may be sued for and recovered in the same
        manner as debts of a like amount are by law recoverable, for the use of the
        poor of the city, district or township, in which the fine shall have been in-
        curred: *Provided*, That the provisions of the third and fourth sections of
        this act shall not be so construed as to extend to such dry measures as shall
        be used by the proprietor thereof, only upon his or her farm or plantation.
          Passed 2d April, 1822.—7 Sm. L. p. 571.

## CHAPTER CCLXXIV.

### AN ACT FOR THE REGULATION OF THE MILITIA OF THIS COMMONWEALTH.

I. The commonwealth of Pennsylvania shall be divided and organized
into military divisions, as follows, to wit:

16 divi-  *First Division*—city and county of Philadelphia.
sions.    *Second Division*—counties of Bucks and Montgomery.
          *Third Division*—counties of Chester and Delaware.
          *Fourth Division*—county of Lancaster.
          *Fifth Division*—counties of York and Adams.
          *Sixth Division*—counties of Dauphin, Lebanon, Berks and Schuylkill.
          *Seventh Division*—counties of Northampton, Pike, and Lehigh.
          *Eighth Division*—counties of Northumberland, Union, Columbia, Luzerne,
                Susquehanna and Wayne.
          *Ninth Division*—counties of Lycoming, Potter, M'Kean, Bradford and
                Tioga.
          *Tenth Division*—counties of Mifflin, Centre, Huntingdon and Clearfield.
          *Eleventh Division*—counties of Cumberland, Perry and Franklin.
          *Twelfth Division*—counties of Bedford, Somerset and Cambria.
          *Thirteenth Division*—counties of Westmoreland and Fayette.
          *Fourteenth Division*—counties of Washington and Greene.
          *Fifteenth Division*—counties of Allegheny, Armstrong, Indiana, and Jef-
                ferson.
          *Sixteenth Division*—counties of Beaver, Butler, Mercer, Crawford, Erie,
                Venango and Warren.

Of two bri-  II. Each division shall consist of two brigades, as at present organized;
gades as    but when, in the opinion of the major general and the brigadier generals, of
organized.  any division it may be deemed useful and necessary to form a third brigade,
            within the bounds of such division, they are hereby authorized to do so,
            making the said brigades as nearly equal in strength as circumstances will
            permit.

Each bri-   III. Each brigade shall consist of the number of regiments now belong-
gade of the ing to the same; but when, in the opinion of the brigadier general and the
number of   colonels of the regiments of any brigade, it may be deemed useful and ne-
regiments   cessary to form an additional regiment or regiments within the bounds of
now be-     such brigade, they are hereby authorized to do so: *Provided however*, That
longing.    no brigade shall contain less than two thousand one hundred men, nor con-
            sist of less than three nor more than five regiments, and they shall be as
Each regi-  equal in point of strength as circumstances will permit. And each regiment
ment of two shall consist of two battalions, also as nearly equally divided in strength as
battalions. conveniently may be; and each battalion shall have the same number of
Old regi-   companies if practicable. The regiments of militia in this commonwealth
ments to    shall retain their present numbers, and every new regiment formed shall be
retain their numbered by the adjutant general. And the said regiments and battalions
numbers.    shall take rank according to the number of the same, reckoning the lowest
            in number to be the highest in rank. But the adjutant general shall be
Adjutant    authorized once in every seven years, to make any other general arrange-
general to  ment in the number of the regiments,(1) and if any such arrangement is made
make ar-    by him, he is hereby required to give notice of the same to the several bri-
range-
ments.

(1) Company officers may be now appointed by the 30 March, 1824, § 1.

gade inspectors, and the regiments shall thenceforth have and bear the num- **1822.**
bers made according to said arrangement, and a record of the same shall
be filed by the adjutant general in his office, and also in the office of the
secretary of the commonwealth. Each regiment of militia shall contain at
least seven hundred men, and be entitled to a stand of colours at the ex-
pense of the state.

IV. Each regiment shall consist of the number of companies now attached **Each regi-**
to the same; but when, in the opinion of a majority of the field officers of **ment to**
any regiment, it may be deemed useful and necessary to create an additional **consist of the number**
company or companies within the bounds of such regiment, they are hereby **of com-**
authorized to do so: *Provided however,* That the number of companies in **panies now**
each regiment shall not be less than eight, nor more than twelve, nor the **attached.**
number of non-commissioned officers and privates in each company less than
seventy, nor more than one hundred and fifty.

V. Whenever the major general and brigadier generals of any division **Major ge-**
may be of opinion that a better organization of the brigades and regiments **neral, &c.**
of said division may be made, by attaching one part of a brigade to another, **to make other ar-**
they are hereby authorized to make such arrangement; of which they shall **range-**
notify the brigade inspectors, who shall give notice to the commanding offi- **ments, &c.**
cers of the regiments affected thereby.

VI. Whenever the brigadier general may be of opinion that a better or- **New ar-**
ganization of the regiments or companies his brigade may be made, by **range-**
attaching one part of a regiment to another, he is hereby authorized to **ments.**
make such arrangement, with the assent of the commanding officer of said
regiments; of which notice shall be given to the brigade inspector and to
the captains of the companies to be affected thereby.

VII. Whenever a majority of the field officers of any regiment may be **Field offi-**
of opinion that a better organization of the companies of said regiment may **cers may**
be made, by transferring part of one company to another, they are hereby **re-organize companies.**
authorized to make such arrangement; of which the majors of the batta-
lions to which any such company may belong, shall give notice to the
captain or commanding officer thereof; and shall also give notice thereof
to the proper brigade inspector, stating particularly the alterations so made.

VIII. Every free able bodied white male person who has resided within **Who to be**
this commonwealth for one month, and is between the ages of eighteen **enrolled.**
and forty-five, except those hereinafter enumerated, shall be enrolled in the
militia of this commonwealth, the vice president of the United States, the **Who to be**
judicial and executive officers of the United States, members of congress, **exempted.**
custom house officers, stage drivers employed conveying the mail of the
United States, ferrymen employed on any post road while in the actual
performance of that duty, post masters, inspectors of exports, pilots and
mariners actually employed in the sea service, and ministers of religion,
teachers in universities, academies and schools while so employed, and who
have been so employed for at least one year before, members of the board
of health, directors and controllers of the public schools of the first school
district in this commonwealth, judges of the supreme and district courts,
and courts of common pleas, the mayors and recorders of cities, and the
menial servants of foreign ambassadors, ministers and consuls, sheriffs,
jailers and keepers of workhouses shall be exempted from militia duty.
And every person within the ages before mentioned shall be considered an
able bodied man, unless he shall produce to the commanding officer of the
proper regiment, a certificate from two practising surgeons or physicians
residing within the bounds of the regiment, under oath or affirmation, that,
in their opinion he is unable and unfit to perform military duty by reason
of infirmity or disability, or shall produce such a certificate from the sur-
geon of the regiment, who shall take one general oath or affirmation to per-
form his duty with fidelity; and unless the commanding officer of the said
regiment is further satisfied that any such person is not an able bodied man
within the spirit and meaning of this act.

Rivas Exb., Page 443

IX. The captain or commanding officer of every company of militia, **Captain to enrol.**

1822.

shall between the first day of April and the first Monday of May, in the year eighteen hundred and twenty-two, and in every subsequent year enrol or cause to be enrolled every person subject to militia duty within the bounds of his company, by having entered the name, age, and place of residence of every such person in a book to be procured for that purpose, and

*How age and residence to be determined.*

if any doubt shall exist about his age or place of residence, the age shall be entered at twenty one years, and the place of residence shall be considered as being in the district, township or ward, and within the bounds of the company in which he is believed to reside, which shall be conclusive until he satisfies the captain or commanding officer of his proper age and place of residence; and if it is found that he ought to be enrolled in any other company, he shall only be released from performing duty in the company in which he is first enrolled, by producing a certificate that he is actually enrolled in such other company. And the captain or commanding officer

*Persons arriving within the bounds of any company to be enrolled.*

shall enrol, or cause to be enrolled, from time to time, every person arriving within the bounds of his company, or arriving to the age of eighteen years, and liable to perform militia duty, and shall enter his name, age and place of residence in manner aforesaid: *Provided however*, That no actual member of a duly organized volunteer corps shall be enrolled in manner aforesaid, if at the time thereof he is uniformed and equipped as a volunteer, which fact he must show if required, by a certificate from the commanding officer of his troop or company.

*Penalty, a false representation, or concealment of names.*

X. If any person liable to perform militia duty, shall make a false representation of his name, age, or place of residence to the person authorized to enrol him, or shall wilfully conceal or refuse to give the same, or if any head of a family shall conceal the name of any person subject to militia duty, residing, boarding or lodging in the family, or occupying any part of the dwelling house, or make a false representation thereof, every person so offending shall forfeit and pay the sum of ten dollars, to be recovered before any alderman or justice of the peace, as debts of equal amount are by law recoverable by any person who shall sue for the same.

*Enrollment of companies to be delivery annually to the brigade inspector.*

XI. The captain or commanding officer of every militia company, shall on or before the day of regimental or battalion training in each and every year, deliver, or cause to be delivered to the proper brigade inspector, a copy of the roll of the militia of his company under oath or affirmation; and the adjutant of the said regiment shall, on or before the said regimental or battalion training in every year, deliver or cause to be delivered to the proper brigade inspector, a roll of all the field, staff and company officers in

*Of the field, staff and company officers.*

his regiment; and each of the said officers failing to furnish the said rolls, and deliver the same as directed by this section, shall forfeit and pay the sum of thirty dollars.

*Present adjutant general to continue in office for 3 years, &c.*

*May be removed.*

*Vacancy.*

XII. The adjutant general of the militia of this commonwealth now in commission, shall hold his office for the term of three years from the third day of August last, if he so long behaves himself well, and faithfully performs the duties of his office; but, whenever in the opinion of the governor the said adjutant general fails and neglects faithfully to perform the duties of his office, the governor shall remove him from office; and as often as a vacancy happens by such a removal, or by death, resignation, expiration of the term of office or otherwise, the governor shall appoint and commission another person in manner aforesaid; and the said adjutant general shall re-

*Salary.*

ceive for his services the annual salary of three hundred dollars, to be paid out of the state treasury; and the said adjutant general shall receive and

*Duties.*

distribute all orders from the governor or commander-in-chief of the militia to the several officers of the said militia; whenever required, he shall furnish to the brigade inspectors one complete set of all forms and returns connected with a proper discharge of their duties, and of the duties of the several officers of the militia to whom they shall be distributed by the said brigade inspector: for which forms and returns he shall be paid out of the state treasury upon the settlement of his accounts by the proper officers; and shall also be paid for all postage on letters or packages from or to him on

subjects connected with military duty; he shall give explanations and information on all matters connected with military duty to the major generals, brigadier generals and brigade inspectors, whenever required by them; he shall receive and file all returns made to him of the militia agreeably to law, and shall annually make a detailed report thereof to the governor, to be submitted to the legislature; and shall also transmit a duplicate thereof to the president of the United States, and shall instruct the proper officers in the form in which these returns shall be made to him; and shall also in the report to the governor particularly designate the number of militia in each brigade and regiment, and the number and kind of volunteer corps attached to the same respectively; he shall also procure or cause to be procured, any arms, military stores, clothing, accoutrements and camp equipage, and shall distribute the same to the proper officers when legally required. The adjutant general shall, before he enters on his duties, give bond with one or more sufficient sureties to be approved of by the governor, which bond shall be taken in the name and for the use of the commonwealth of Pennsylvania, (and filed in the office of the secretary of state,) in the sum of one thousand dollars, conditioned for the true and faithful performance of his duties, and the safe delivery to his successor of all books and papers belonging to his office; and in case of the death of the adjutant general, his executors or administrators shall, under the penalty of one thousand dollars, safely deliver all books and papers belonging to the office of the said adjutant general, to any person appointed by the governor to receive the same; which penalty shall be recovered in the name and for the use of the commonwealth of Pennsylvania.

*To give bond.*

XIII. The divisions, brigades, regiments and companies of militia shall be officered as follows:

*How the militia to be officered.*

To each division one major general and two aids-de-camp, to be appointed by him with the rank of major; and one division inspector and one division quarter master, to be appointed by a majority of the general officers of the said division.

To each brigade, one brigadier general, one aid-de-camp, one brigade major, and one brigade quarter master, to be appointed by him with the rank of captains, and one brigade inspector.

To each regiment one colonel, one lieutenant colonel and two majors; one surgeon and two surgeon's mates; one adjutant and one quarter master, with the rank of first lieutenants; one sergeant major, one quarter master sergeant, one drum major, and one fife major. The said commissioned and non-commissioned staff officers to be appointed by the commanding officer of the regiment.

To each company one captain, one first lieutenant, one second lieutenant, five sergeants, six corporals, two musicians, and the number of privates directed by the fourth section of this act.

XIV. On the first Monday of June, one thousand eight hundred and twenty-eight, and on the first Monday of June in every seventh year thereafter, an election shall be held within the several battalion bounds of the militia of this commonwealth, in the manner and for the several officers hereinafter mentioned. The brigade inspector of each brigade then in commission, shall advertise and give notice in the most public manner, by printed or written advertisements, and by publication in two newspapers in the city or county, if such papers are published therein, to all persons subject to militia duty within the bounds of every such battalion of the brigade, that an election will be held on the said day, between the hours of ten in the forenoon and six in the afternoon, except within the city and liberties of Philadelphia, where the election shall be kept open until nine o'clock, at such place within the bounds of the said battalion as near the centre as may be, as shall be designated in such notice, for the election of one brigadier general for the brigade, of one colonel and lieutenant colonel for each regiment of said brigade, and one major for each battalion of said regiments. And the said brigade inspectors shall order and direct the major of every

*Brigadier general and field officers to be elected.*

*Elections.*

1822.  battalion, or if he neglects or refuses, or in case there is no such officer, he
shall appoint one respectable citizen residing within the limits of the said
battalion to superintend and conduct the said election; and the said major
or citizen appointed as aforesaid, shall attend at the time and place fixed
on for the election, and shall prior to the opening thereof select another
respectable citizen, who with himself shall act as judges of said election;
and they shall take to their assistance two clerks; and the persons so ap-
pointed to act as judges and clerks shall be sworn or affirmed by any alder-
man or justice of the peace, or if there is no alderman or justice of the peace
present, then by any commissioned officer, to conduct the said election
fairly and impartially, and make a correct and true return thereof.  And
**Who to**     every militia man belonging to the said battalion, or any member of a volun-
**vote.**      teer corps residing within the bounds of the same, may vote by ballot at
such election in the manner now practised at the general elections: *Pro-
vided however*, That no volunteer of any troop or company which actually
belongs to a battalion or regiment of volunteers, shall vote for field or com-
pany officers of a militia regiment, but may vote for brigade inspector or
brigadier general of the brigade.  And if the said judges shall deem it
necessary, they may administer oaths or affirmations to voters and others,
and examine them about their right to vote, and shall decide thereon; and
**Returns.**   when the said election shall have been closed and the votes counted, the
said judges shall make out duplicate returns of the same, to be signed by
them as well as the clerks, particularly stating in the said returns the num-
ber of votes in words at length given for each person for the office before
mentioned, of brigadier general, brigade inspector, colonel, lieutenant
colonel and major separately and distinctly; and the superintendent of such
election, after sealing up the said returns in the presence of the other judg°,
shall take charge of the same, and shall within ten days after the said elec-
tion, deliver, or cause to be delivered, the said returns to the proper brigade
inspector then in commission.  And the said superintendent shall receive
two dollars, and the said judge and clerks one dollar each for their services
**Penalty**    for performing the duties required of them.  And if any such superintend-
**false re-**  ent, judge or clerk shall act fraudulently in conducting said election, or
**turns.**     shall wilfully make a false return thereof, he shall, on conviction thereof
before the court of quarter sessions of the county in which he resides, for-
feit and pay any sum not less than fifty nor more than one hundred dollars,
to be paid to the proper brigade inspector.

**How and**       XV.  The brigade inspector after having received the returns of the elec-
**by whom**    tions held in manner aforesaid, and before he opens the same, shall call to
**the returns**his assistance two respectable citizens residing within the bounds of the
**to be re-**  brigade, one of whom shall be an alderman or justice of the peace, and after
**ceived, &c.**swearing or affirming the said citizens truly to examine and cast up said
returns, and make a fair and correct report thereof, the same oath or affir-
mation shall be administered by the said alderman or justice of the peace
to the brigade inspector, and they shall then open the returns of the said
elections and cast up the same, and shall make out one general return of
the election of brigadier general, one other return of the election of brigade
inspector, one other return of the election of each colonel and lieutenant
colonel, and one other return of the election of each major; and having
certified and signed the same, the said brigade inspector shall forthwith
**Persons**     transmit the same to the secretary of the commonwealth.  And the said
**elected to** brigade inspector shall immediately cause a written certificate and notice
**be notified.**to be given to each of the said persons of his election.  And the returns of
the battalion elections received by the brigade inspector shall be filed and
preserved in his office, and shall be subject to the inspection of any person
interested who may wish to examine the same; and if the said brigade
inspector, and either of the citizens aforesaid called by him to his assist-
**Penalty**    ance, shall be guilty of fraud in casting up the returns of the battalion elec-
**false re-**  tions aforesaid, or shall wilfully sign a false return thereof, or if the said
**turns.**     brigade inspector shall wilfully suppress any of the said returns, upon con-

Rivas Exs., Page 446

viction thereof before the court of quarter sessions of the county in which
they severally reside, they shall forfeit and pay any sum not less than one
hundred nor more than five hundred dollars for the use of the brigade; and
the said brigade inspector shall further be deprived of his office: *Provided,*
That each of the persons called to the assistance of the brigade inspector shall
receive one dollar for his services, to be paid by the said brigade inspector.

XVI. The proper brigade inspector shall notify the brigadier general, Major ge-
and the field officers of the several regiments and battalions of militia and neral, how
volunteers of the brigade, elected according to this act, to meet on the first whom to be
Monday of July then next ensuing, and on the first Monday in July in every elected.
seventh year thereafter, at a place as near the centre of the brigade as pos-
sible to be fixed by him, to elect a major general for the division. And the
said brigade inspector shall attend at the time and place so fixed on, and
together with the brigadier general or other senior officer present, shall
superintend and conduct the said election. And the said officers of the
brigade being assembled, shall ballot for a major general, and after count-
ing the votes, duplicate returns of the said election shall be made out and
signed by the said brigade inspector and brigadier general or other senior
officer, stating particularly the number of votes given for each person for
major general in words at length. And the said brigade inspector shall
file one of the said returns in his office, and the brigade inspectors of the Returns.
other brigade or brigades of the division shall, within ten days after the
election, call upon the brigade inspector of the first brigade of the said
division, and they shall examine and cast up their respective returns, and
make out a division return, stating the election of the person having the
highest number of votes for the office of major general, which being certi-
fied and signed by the said brigade inspectors, shall immediately be trans-
mitted to the secretary of the commonwealth; and one of the said brigade
inspectors shall also notify in writing the person so elected; but if no one
should have a majority of the votes given, or if any person elected a major
general as aforesaid shall refuse to accept, or whenever a vacancy shall Vacancies.
happen by death, resignation or otherwise, of which immediate notice shall
be given to the adjutant general of the commonwealth, by the proper bri-
gade inspectors, the said adjutant general shall direct the brigade inspectors
of the division to hold a new election on a day to be named by him, which
election shall be held and conducted, and returns thereof made in all re-
spects as is directed by the preceding part of this section. And when, in
consequence of no one having a majority of votes, a second election shall
have been held for major general in manner aforesaid, and it should again
happen that no one has a majority of the votes given, then the governor shall
appoint and commission one of those highest in vote.

XVII. Before any commission shall issue to a brigade inspector, he shall Brigade in-
give bond with sufficient sureties, to be approved of by two of the judges spectors to
of the court of common pleas of the county in which he resides, in the &c.
sum of five thousand dollars, taken in the name of the commonwealth of
Pennsylvania, conditioned for the faithful performance of his duties as
brigade inspector, which bond shall be filed in the office for recording of
deeds of the county, and a copy thereof sent to the secretary of the com-
monwealth. And whenever a vacancy shall happen, by death, resignation
or removal of any brigade inspector, the brigadier general or senior officer
of the brigade, shall cause an election to be held to supply such vacancy, Vacancies.
on a convenient day to be named by him, which election shall be held and
conducted in all respects similar to the mode prescribed by the fourteenth
and fifteenth sections of this act, the said brigadier general or senior officer
acting in lieu of the brigade inspector, and who shall be paid the necessary
expenses for advertising said election, and two dollars for attending the same.

XVIII. If any brigadier general, colonel, lieutenant colonel, or major, Vacancies
elected, shall refuse to accept; or whenever, and as often as a vacancy shall in the offi-
occur by the resignation, removal or otherwise, of any such officer, ces of bri-
a new election shall be immediately ordered by the proper brigade inspector, neral and

1822.

field offi-
cer.

Returns.

at a time to be fixed on by him, which shall be held, conducted, and re-turns thereof made in all respects, and under the like penalties as is pro-vided and directed by the fourteenth and fifteenth sections of this act, except that in the elections of majors, it shall not be necessary to advertise in two city or county newspapers: nor shall it be necessary for the brigade inspector to call to his aid two citizens to examine the returns of the elec-tions of majors, nor to be sworn or affirmed; but he shall transmit a copy of the return of any election of major, received by him, to the secretary of the commonwealth.

When and where com-pany offi-cers to be elected.

XIX. On the third Monday of August, on thousand eight hundred and twenty-eight, and on the same day in every seventh year thereafter, an elec-tion shall be held within the bounds of every company of militia in this commonwealth, for company officers for the same; and the major of every battalion, or in case there is no major, the lieutenant colonel of the regi-ment shall give at least ten days' public notice, by written or printed advertisements, and by publication in one or more newspapers, if he thinks it necessary, to the persons subject to militia duty within the bounds of every company of the battalion, that an election will be held on said day be-tween the hours of ten o'clock in the forenoon and six in the afternoon, at such place within the bounds of every said company, as near the centre as may be, as shall be designated in such notice, for the election of one cap-tain, one first lieutenant, and one second lieutenant. And the said major,

How elec-tions to be conducted.

or lieutenant colonel, shall appoint one respectable citizen to superintend and conduct each of said elections, who shall attend at the time and place fixed on for the same; and shall prior to the opening thereof, select one other person, who, with himself, shall act as judges; and they shall appoint one other person to act as clerk thereof; but if any person appointed by the major, or lieutenant colonel as aforesaid, shall fail to attend, then, and in that case, the enrolled militia present at such election, may and shall appoint two citizens as judges, and one citizen as clerk, and the said judges and clerk shall be sworn or affirmed by any alderman or justice of the peace, or by any commissioned officer, to conduct the said election fairly and impartially, and to make correct and true returns thereof; and

Captain to furnish a list of the enrolled militia.

the captain or commanding officer of every company of militia within the bounds of which any such election is held, is hereby required, under the penalty of fifty dollars, to furnish the said judges on or before the opening of the election, a correct list of the militia belonging to his company. And

Who may vote.

every militia man (volunteers excepted), within the bounds of every said company, shall and may vote at such elections in the manner practised at the general elections. And the said judges may, if necessary, examine persons offering to vote upon their right to do so, under oath or affirmation, and shall decide thereon. And when the said elections shall have closed,

Returns.

duplicate returns thereof shall be made out, and signed by the said judges and clerks respectively, stating the number of votes given for each person for the offices aforesaid, separately and distinctly; and also stating in the said returns the number of militia within the bounds of the company; and one of the said judges shall take charge of the said returns, and within five days thereafter deliver, or cause the same to be delivered to the afore-said major or lieutenant colonel, who shall immediately transmit one of each of said returns to the brigade inspector, who shall file the same in his office; and the said brigade inspector shall make out one general return for each regiment, of the officers elected in the several companies thereof, in every case where it appears at least one third of the militia of the com-pany voted for officers; which returns he shall certify and sign, and send

If one third of the en-rolled mili-tia do not vote, the command-ing officer

immediately to the secretary of the commonwealth. But when, by any such returns, it appears that one third of the militia of any company did not vote for company officers, the brigade inspector shall notify the colonel or commanding officer of the regiment thereof, who shall appoint the pro-per officers for every said company; but he may if he thinks proper, appoint all or any of the persons voted for. And he shall also appoint the proper

officers for every company where no election shall be held; and in case 1822.
any person shall be elected who shall refuse or decline to accept, or shall
fail to perform the duties of his office, the commanding officer of the regi- *may appoint.*
ment is hereby authorized and directed to appoint proper officers in the *Where no*
place of every such person thus declining to accept, or failing to perform *election to*
his duty. But the said commanding officer may, if he thinks proper, in *be held.*
any of the cases above mentioned, order new elections to be held; and he
shall make out duplicate returns of all appointments made by him, and *And may*
shall deliver or cause the same to be delivered to the brigade inspector *order new*
without delay; one of which returns he shall file in his office, and the *elections*
other transmit to the secretary of the commonwealth. And as often as a *held.*
vacancy occurs of a commissioned officer in any company, such vacancy *Vacancies.*
shall be filled by a new election or appointment in manner aforesaid, only
that the superintendent appointed for each election, shall hold and conduct
the same himself, without selecting another person to act with him as a
judge thereof; and shall have the like powers, and do and perform every
act and thing required to be done by the two judges in the preceding part
of this section. *Provided however,* That the company officers shall reside *Proviso as*
within the bounds of their company, unless proper persons cannot, in the *to the resi-*
opinion of the commander of the regiment, be found therein, to accept of *dence of*
such appointments, in which case they may be taken from the bounds of *the officers.*
other companies. And the judges and clerks of the aforesaid elections *Compensa-*
shall be entitled to one dollar each for their services, and be subject to *tion to*
the like penalties as are directed and prescribed by the fourteenth section *judges and*
of this act. And the said brigade inspector shall also be subject to the *clerks.*
same penalties for misconduct, as are prescribed by the fifteenth section of
this act.

The field officers or a majority of them, the commandant being one, *How com-*
shall and may number the companies, and arrange them to the battalions *panies are*
of the regiment, giving notice thereof to the proper brigade inspector. *to be num-*
And all field and company officers of militia shall take rank according to *bered, &c.*
the number of their respective regiments, battalions, or companies, reck-
oning the lowest in number to be highest in rank, when their commissions
are of the same date. And the commanding officer of every company, *How to*
is authorized to appoint the proper non-commissioned officers for the same. *rank.*

XX. When elections, held under this act, are contested, the following *Contested*
proceedings shall be had: when at least four of the officers, who voted at *elections.*
any election for major general, shall complain to the adjutant general of *Of Major*
the commonwealth, that illegal votes were taken, or that the same was *general.*
otherwise unlawfully held and conducted, it shall be the duty of the said
adjutant general, to select at least three officers, who do not belong to the
division in which the election was held, one of whom shall not be under
the rank of a general officer, and the others not under the rank of colonel.
If the election of a brigadier general, or brigade inspector shall be con- *Brigadier*
tested, by at least one hundred of the volunteers or militia who voted at *general or*
any such election, application may be made by them, to the major general, *brigade*
or the next senior officer in rank in the division, if there is no major *inspector.*
general, who shall direct and notify two other officers of said division, not
belonging to the brigade in which the election was held, who shall not be
under the rank of lieutenant colonel. If the election of any field officer *Field offi-*
shall be contested, by at least fifty of those who voted at such election, *cers.*
application may be made by them to the brigadier general, or if there
should be no brigadier general, then the next senior officer in rank, in the
brigade, not belonging to the regiment in which the election was held, who
shall direct and notify two other officers not under rank of the field officers,
and not belonging to the said regiment, which officers shall compose
boards for the trial of the contested elections in the cases before mentioned,
for which they were selected and appointed; and may belong to the volun-
teers or militia, or either thereof, at the discretion of the authority making

1822.
Company
officers.

the selection. And if the election of an officer of any company of militia, or of independent volunteers, shall be contested by at least twenty of those who voted at any such election, application may be made by them, to the colonel or commanding officer of the regiment to which said militia company belongs, or said volunteer company is attached, who, with two other field officers of said regiment to be notified by him, shall compose a board for the trial of said election. And if the election of an officer of any company of volunteers belonging to a battalion or regiment, shall be contested by at least twenty of the volunteers who voted at any such election, application may be made by them to the commanding officer of their proper battalion, or regiment, who, with the other field officers of the battalion or regiment, if any there are, not, however, exceeding two besides himself, to be notified by him, shall be a board for the trial of such election. And

Time and place for determining, &c.

the senior officer of any such board, shall fix on a convenient time and place for determining the said contested election, with power to adjourn if necessary; and shall direct not less than ten days notice to be given to at least one of the complainants, and to the other parties concerned, and may issue process, to compel the attendance of necessary witnesses, who shall

Duties of the board.

be paid by the party who requires them to be summoned. And the said board shall proceed to hear the allegations and proofs offered; and they, or a majority of them, shall either confirm or set aside any such election, as the justice of the case may require, and shall immediately make report thereof to the proper authority. But the said board, in deciding upon any contested election, shall reject and deduct all illegal votes given to any candidate, and if there is not other sufficient cause of complaint, shall confirm the election in favor of the person having the highest number of lawful votes given. But if the election shall be set aside, then any commission which may have issued in consequence of the same, shall be void, and the office declared vacant, and a new election shall be held in the manner prescribed in other cases by this act.

Term of commissions to be until the 3d of August, 1828.

XXI. All officers of volunteers or militia, elected or appointed in pursuance of the act for the regulation of the militia, passed the second day of April, one thousand eight hundred and twenty-one, or that may hereafter be elected or appointed, prior to the next septennial elections, shall hold their commissions until the third day of August, one thousand eight hundred and twenty-eight; and all officers elected or appointed at the next, and all subsequent septennial elections and appointments, shall hold their commissions until the third of August, in every seventh year thereafter, if they so long behave themselves well, and perform the duties required by

Except for staff officers.

law; except, however, the staff officers appointed by the major generals and brigadier generals, and of the regiments and battalions of volunteers and militia, who shall hold their commissions for the periods before mentioned, unless sooner removed by the general officers, or by the commanding officers of the said regiments or battalions respectively. But the appointment and commission of every staff officer, of a major or brigadier general, shall become void, whenever the person making such appointment shall cease to be an officer himself, from any cause whatever. And when-

When commissions to issue.

ever the secretary of the commonwealth shall have received the returns of any elections or appointments, made in pursuance of this act, commissions shall immediately be issued to the said officers respectively, to be sent to the proper brigade inspector, unless he shall have received notice that the election of any such officer is contested, in which case the commission shall be withheld until the contest is decided, and then shall only issue to the officer lawfully elected. And all commissions for officers elected or appointed at the next, and all subsequent septennial elections or appointments, shall bear date and take effect from the third of August. And all

When to take effect.

commissions for officers elected or appointed at any other time, shall bear date and take effect from the day of election or appointment of every such officer. But every officer elected or appointed in pursuance of this act,

shall have all the rights and authorities of an officer, from the time of receiving notice of his election or appointment, (when his election is not contested) although not commissioned, except the brigade inspector, who shall have no authority until regularly commissioned.   No officer shall be permitted to resign, until he shall have accounted and settled for all money, arms and property of the commonwealth, which may have come into his hands.   Nor shall any person be a commissioned officer who is not a citizen of the United States.   And the commission of every such officer shall be null and void, unless he is actually resident within the bounds of his proper command.   And whenever it happens, from any cause whatever, that he is not so resident, his office is hereby declared vacant: excepting, however, the case of company officers, who may reside without the bounds of their company, agreeably to the nineteenth section of this act: *And provided,* That within the first division of militia, the officers may reside in any part of their respective brigades.

*1822.*
At what time offi-cers to ex-ercise their duties.

No person to be com-missioned not a citi-zen.

Officers to reside within the bounds of their com-mands.

XXII.  The militia of this commonwealth shall be paraded and trained in companies and battalions, as follows, viz: In companies on the first Monday of May in every year: and the battalion parades and trainings, shall commence on the second Monday in May, in every year; and shall continue in such order as the brigade inspector shall direct, on every day of the week, except Sunday, until all the battalions of the brigade shall have paraded : of which trainings one month's notice shall be given by the brigade inspector, in as public a manner as possible, by printed advertisements or otherwise, as he may deem best.   The place for the company trainings shall be fixed by the commanding officer thereof, and of which he shall give at least ten days public notice, by printed advertisements or otherwise.   And the place for battalion trainings, shall be fixed by the commanding officer of the regiment, with the approbation of the major of the battalion.   And the commanding officer of the regiment shall give at least fifteen days public notice of the place of said battalion trainings, by printed advertisements or otherwise.   And the colonel of the regiment shall attend, and command the training of one battalion of the regiment; and the lieutenant colonel shall attend and command the training of the other battalion of the said regiment, to be determined by said colonel: but in case of the absence of those officers, the command shall devolve upon the next senior officer.   And at every regimental and battalion training, the commanding officer shall cause the roll of the field and staff officers to be called, and the absentees noted, and a return thereof made to the proper court of appeal for the first battalion: *Provided however,* That the militia shall parade and train in regiment instead of battalion, when the commanding officer may require it, of which he shall give notice to the brigade inspector, before he is directed to advertise in manner aforesaid. And the said commanding officer shall give the same notice of the place of regimental training, that is required in the case of battalion training: *And provided,* That each of the brigade inspectors within the bounds of the first division, shall publish the said notice required of him by this section, three times in two of the daily newspapers printed in the city of Philadelphia, and shall describe therein the bounds of his brigade, and of each regiment therein, together with the names of their respective commanding officers: *And provided also,* That no enrolled militia man, under the age of twenty-one years, shall be required to parade or train, or shall be fined for not having so paraded or trained.

When and where com-pany and battalion trainings.

Public no-tice to be given.

Who to command the train-ings of the battalions.

Roll of field and staff offi-cers to be called, &c.

XXIII.  Every commissioned and staff officer, and every non-commis-sioned officer and private, enrolled in the militia, and between the ages of twenty-one and forty-five years, who, without a lawful excuse, shall neglect or refuse to attend, on any day of parade and training, herein before appointed, (without good and sufficient arms) shall be fined as follows, to wit: Every field officer, five dollars; every staff officer, and captain of a company, three dollars; every subaltern officer, two dollars; and every

Penalty for not attend-ing train-ing.

**1822.**

non-commissioned officer and private, one dollar; and every such officer, non-commissioned officer and private, shall pay the same fine if he leaves the ranks and parade on any day of training, without the leave of his commanding officer, before the regiment, battalion, or company is dismissed: *Provided however,* That if the officers of the company shall be of opinion that any militia man could not procure arms, he shall not be fined for appearing without them; and all officers, who shall appear on parade, without being in uniform, shall be subject to the same fines, as if they had not attended, and they shall be returned as absentees, in the cases before mentioned.

*Leaving the ranks and parade.*

XXIV. It shall be the duty of every captain, or commanding officer, on the days of training aforesaid, to call the roll of his company, or cause the same to be called, and note down those who are absent at any time during the hours of parade, as often as he shall think most proper, to ascertain the absentees. And the said captain or commanding officer, shall make out a return of all such absentees, who are required to parade, under oath or affirmation, with the amount of fine incurred, set opposite each name; and shall deliver the said return to the proper court of appeal, on the day of their meeting, under the penalty of fifty dollars.

*Roll to be called.*

*Absentees.*

XXV.[1] The colonel or commanding officer of each regiment, shall, on or before the day of regimental or battalion training, in every year, appoint three commissioned officers for each battalion of his regiment, to compose a court of appeal for the said battalion for the current year, and shall fix on the place where the said officers shall assemble; and shall give public notice of such appointment, and of the time and place of meeting, fifteen days at least before each meeting, by printed advertisements or otherwise. And the said officers, so appointed as a court of appeal for the battalion, shall meet on the second Monday of June, in said year, and shall, before they enter on their duties, be sworn or affirmed, justly and impartially to decide on all cases that may come before them, and shall continue to sit as long as business absolutely requires it. The senior officer shall be president of the said court, and if a vacancy should happen, the colonel or commanding officer shall immediately appoint another officer to fill such vacancy, and give him notice thereof. And all officers and enrolled militia men of the proper battalion, who shall have neglected to attend on any day of training, may appear in person or by agent before the said court, to assign their excuse for such non-attendance, and the said court shall and may examine all persons under oath or affirmation; and if it shall be satisfactorily proved or shown, that any officer or militia man was prevented from attending, by reason of being a juror, arbitrator or witness, before any court or other legal tribunal, or of illness, or unavoidable cause which rendered his attendance impracticable on any day for which he is fined for non-attendance, the said court or a majority thereof, shall remit the fine or fines incurred. But no remission shall be made, or redress given at any other time or by any other authority, or in any other manner, than is before mentioned. And as soon as the said court of appeals shall have decided upon all cases before them, they shall make out two lists of the officers and enrolled militia of each company, returned by the captain or commanding officer thereof, as are fined for non-attendance on any day of training, and whose fines were not remitted by the said court of appeal; which lists shall be signed by the president of the said court, with a certificate attached thereto, that the officers of the said court of appeal had been sworn or affirmed according to law. They shall also mark on the return of each captain, furnished to the said court, opposite to the name of each individual, the remission of any fine; which return, so marked, shall also be signed by the president of the said court. And the said court of appeal shall also make out two lists of all field and staff officers returned to them,

*3 officers to be a court of appeal.*

*When to meet.*

*To be on oath.*

*Vacancies.*

*Persons fined may appeal.*

*When fines may be remitted.*

*Two lists to be made.*

(1) This is not to affect the right of exoneration by the field officers under the 26 §. See 30 March, 1824, § 4.

MILITIA.

718

1822.

as fined for non-attendance, and whose fines are not remitted by the said court, signed and certified as aforesaid. And the president of the said court of appeal, within ten days after the sitting of the said court, shall, under the penalty of fifty dollars, deliver or cause to be delivered to the proper brigade inspector, one of each of the lists aforesaid, of the fines not remitted, and also the company returns, marked as before directed, and shall transmit the other lists of the said delinquents, to the auditor-general of the commonwealth, who shall charge the amount of the fines not remitted by the said court, to the proper brigade inspector, and file the said lists in his office.

*To be delivered to the brigade inspector.*

XXVI. The brigade inspector shall, as soon as conveniently may be after receiving from the presidents of the several courts of appeal in his brigade, the returns of fines not remitted by the said courts, issue warrants under his hand and seal, for all the fines not remitted, to wit: One warrant for all fines not remitted of field and staff officers; and one other warrant for all fines not remitted in each and every company, and which shall be in the following form:

*His duties after receiving the same.*

" The commonwealth of Pennsylvania to A. B. greeting:

" Whereas the persons named in the schedule or list hitherto annexed, have incurred the fine or fines set opposite to their respective names, for non-attendance and neglect of duty on the day or days of training appointed by law, for the militia of this commonwealth, and which have not been remitted by the court of appeal of the proper battalion. This warrant therefore authorizes and requires you to demand and collect of each and every person named in the said list or schedule the sum set opposite to his name. And in case of neglect or refusal to pay the same, you are to levy and collect the same, with costs, of the goods and chattels of each and every such person by distress and sale thereof, returning the overplus, if any, to the owner. Witness my hand and seal this            day of            eighteen hundred and

Brigade Inspector. $\left\{ \overbrace{\text{L. S.}} \right\}$

            Brigade,            Division of Pennsylvania Militia."

And the said brigade inspector shall deliver, or cause to be delivered, each of the said warrants to a constable, who is hereby required to execute the same, or to some other fit person, at his discretion, from whom he shall require security, if he thinks it necessary. And any person to whom any such warrant is delivered, shall, under the penalty of twenty dollars, call on each and every person named in the list or schedule to the said warrant, if within the bounds of the brigade, within twenty days after he has received the same, and demand payment of the fine or fines due. And in case any such fine or fines is not paid within ten days after demand, he shall proceed to levy and collect the same according to the command of the warrant, with costs; and in the levy and sale of the delinquent's property, he shall proceed in the same manner that constables are, or shall be, by law required to proceed under executions; and the said collector shall have the same fees as are allowed to constables for similar services; and for want of sufficient goods and chattels to pay the fine or fines against him, every such delinquent shall be committed by the proper collector to the custody of the sheriff or jailer of the proper county, to be held and detained until he pays the said fine or fines, or is discharged agreeably to the insolvent laws of the commonwealth, and a copy of the warrant certified by the said collector, shall be sufficient authority to the sheriff or jailer, to receive and hold such delinquent in custody, and which he is hereby required to do until legally discharged. And the constable, or other person to whom any warrant shall be delivered, shall, within forty days after he has received the same, pay to the brigade inspector the amount of fines contained in the schedule to said warrant, unless the said brigade inspector shall allow him further time to

*Payment to be demanded.*

*Proceedings to compel payment.*

*Constables, &c. to pay over fines.*

1822.

collect the same; but if the said person after the expiration of the forty days, shall fail, on the demand of the said brigade inspector, to pay the amount of the said fines to him, he shall forfeit and pay double the amount thereof, to be recovered by the said brigade inspector in the name of the commonwealth of Pennsylvania, as debts of equal amount are by law recoverable.

*Proceedings if fines cannot be collected.*

And if the said constable or other person, shall report to the brigade inspector, which he is hereby required to do within the said forty days, that it is impracticable to collect some of the fines contained in the said schedule, each of the persons to whom any warrant is delivered, shall make such report. The brigade inspector shall order the field officers of the regiment to be assembled, and persons having warrants shall appear before the said field officers, or a majority of them, who are authorized to act at the time and place to be fixed on by the brigade inspector, of which they shall have notice. And the said field officers having been first sworn or affirmed, they, or a majority of them, shall determine whether it was and is impracticable to collect any such fines or not. And if they find any of the fines contained in the warrants could not have been, nor cannot be collected, they shall make out two lists thereof and deliver the same to the brigade inspector, signed by the senior officer present; and the said field officers,

*Field officers may exonerate persons from the payment of fines in certain cases.*

when so assembled, or a majority of them, are hereby further authorized to exonerate any person or persons against whom warrants have issued, from any fine or fines against them which ought not to be levied and collected agreeably to this act, and lists thereof shall be made out and delivered to the brigade inspector in manner aforesaid; and the brigade inspector shall, after having received said lists, exonerate any person having a warrant or warrants from the amount of any fine or fines contained in the schedule to the same, which by the lists aforesaid, it appears cannot be collected. And

*Bail of constables liable for fines collected.*

the bail required by law to be given by constables, shall be answerable for the amount of any military fines and forfeitures which may come into the hands of said constable, in the same manner as they are liable in all other cases, on the default of the constable. And the persons appointed to collect the fines as aforesaid, shall receive for their services, any sum not exceeding ten per cent. on the amount collected by them. And each field

*Compensation to constables and field officers.*

officer shall receive one dollar per day while employed in the performance of the duties required by this section.

XXVII. [Repealed by 30 March, 1824, § 9.]

*Proceedings on neglecting to elect, or failure to perform duties required.*

XXVIII.[1] If it shall happen that the proper officers shall not be elected in any regiment or battalion of militia, or in any company or companies thereof, or who being elected shall fail to perform the duties required, in causing the militia to be enrolled and trained, and returns made according to law, it shall be the duty of the brigade inspector of the proper brigade,

*Duty of brigade inspector.*

as soon after the first Monday in June in every year, as conveniently may be, to employ one or more proper persons to enrol all and every person residing within the bounds of every such regiment or battalion, or of any such company or companies thereof, and liable to perform duty in the militia, who shall proceed in the same manner, and have the like authorities as are given to captains or commanding officers of militia companies by the ninth

*Of the person employed to enrol, &c.*

section of this act; and every person so employed to enrol as aforesaid, shall make a return of the persons enrolled within the bounds assigned to him by the brigade inspector; and he shall be sworn or affirmed that the enrollment so made, contains a correct list of all persons liable to perform duty in the militia within the bounds so assigned to him, as far as he could ascertain the same; which oath or affirmation may be administered by any alderman or justice of the peace, or the said brigade inspector: and which return of enrollment shall be conclusive evidence that the persons therein named are liable to perform militia duty; and each and every person so enrolled between the ages of twenty-one and forty-five, shall pay the sum

---

(1) If the officers are not elected, or fail to perform the duty, the brigade inspector appoints some one.  17 S. & R. 148.

of two dollars; and it shall be the duty of the proper brigade inspector as   1822.
soon as he has received any of, or all of the enrolments aforesaid, to trans-
mit copies thereof to the auditor-general, and to issue one or more war-
rants, as he may think necessary for the collection of the said sum of two
dollars from each of said persons; which warrants shall be in the form fol-
lowing, to wit.

"The Commonwealth of Pennsylvania to A. B. greeting:

"Whereas the persons named in the schedule or list hereto annexed, Warrant.
have each become liable to pay the sum of two dollars, according to the
militia law of this commonwealth, this warrant, therefore, authorizes and
requires you to demand and collect of each and every such person the sum
of two dollars.   And in case of neglect or refusal to pay the same, you are
to levy and collect the same with costs, of the goods and chattels of each
and every such person by distress and sale thereof, returning the overplus
if any, to the owner.   Witness my hand and seal this                 day of
eighteen hundred and           .

<div style="text-align:right">Brigade Inspector,   <br>{ L. S. }</div>

Brigade                  Division of
Pennsylvania Militia."

And the brigade inspector shall deliver the said warrant or warrants to a Duties of
constable or other fit person, who shall execute the same, and from whom constable.
he shall require security, if he thinks it necessary; and the said constable Or field
or other person, as well as the field officers of the regiment, shall perform officers.
the same duties, have the same authority, be subject to the like penalties,
and proceed in all respects, as is directed and provided by the twenty-sixth
section of this act, for the collection of fines for non-attendance on days of
training.   But in case there should not be at least three field officers of Powers of
the regiment, then the brigade inspector is hereby required to order the the brigade
proper number of field officers from any other regiment, who shall perform inspector.
all the duties required by the said twenty-sixth section.   And the said
brigade inspectors shall have the same powers and authority, and perform
the same duties as are required by said section, and shall account for any
money received by virtue of this section, in the same manner as is pro-
vided for in other cases.   And the said brigade inspectors shall pay to the
persons employed by them to enrol as aforesaid, as well as to the constables
or other persons authorized to collect as aforesaid, such compensation as
shall be reasonable and just.

XXIX.  The compensation for services performed by direction of this Compensa-
act, except for serving as members of courts martial, and which is not tion to offi-
herein otherwise provided for, shall be as follows :                          cers, to
                                                                              wit.
To each commanding officer of a militia company.           Command-
Taking the annual enrolment, each person lawfully enrolled, three cents. ing officer
Furnishing copy of roll to brigade inspector, one dollar.                 of a com-
Giving notice of annual training, fifty cents.                            pany.
Making return of absentees, one dollar.
Furnishing copy of company roll to judges of election, fifty cents.

To each major or lieutenant colonel of militia.            Major or
Advertising company elections, and appointing superintendants therefor, lieutenant
each company, fifty cents.                                              colonel.

To each commanding officer of a regiment of militia.       Command-
Advertising the regimental or battalion trainings, one dollar.         ing officer
To each officer sitting to try contested elections per day, one dollar.  of a regi-
                                                                         ment.
To each member of a court of appeal for the militia, every day necessarily Member of
and actually employed, one dollar.                                        court of
To each president of a court of appeal, making return to brigade inspec- appeal.
tor, fifty cents.
To each field officer assembled to exonerate fines per day, one dollar.

1822.

**Oath, &c. to be administered without fee.**

XXX. All oaths or affirmations required to be taken by this act, and not otherwise provided for, may be administered by any judge, alderman or justice of the peace, or any commissioned officer, who shall perform such service without any fee therefor.

**Volunteers organized.**

**Number of officers and men in each troop of cavalry.**

XXXI. Troops and companies of volunteers, except within the bounds of the first brigade, first division, shall be organized as follows: There shall be in each troop of cavalry one captain, one first lieutenant, one second lieutenant, one coronet, one quarter master sergeant, four sergeants, four corporals, one trumpeter, one saddler, one farrier, one blacksmith, and not less than thirty privates.

**Company of artillery.**

There shall be in each company of artillery one captain, one first lieutenant, one second lieutenant, one quarter master sergeant, four sergeants, four corporals, two musicians, and not less than thirty-five artificers and privates.

**Infantry.**

There shall be in each company of infantry one captain, one first lieutenant, one second lieutenant, four sergeants, four corporals, two musicians, and not less than forty-five privates.

**Riflemen.**

There shall be in each company of riflemen, one captain, one first lieutenant, one second lieutenant, four sergeants, four corporals, one bugler, and not less than forty privates.

*Provided however*, That volunteer troops and companies now organized may have the number of officers at present authorized: but whenever a vacancy shall occur, said troops and companies shall only have the number of officers above authorized: *And provided further*, That there shall not be more than four companies of artillery in any division of militia, except in the first division.

**When troop or company is within the bounds of different brigades, how attached.**

And when the members of any such troop or company, are within the bounds of different brigades, such troop or company shall be attached to, and belong to the brigade in which a majority of the members reside; and the said troop or company shall be inspected, and under the order of the proper officers of the said brigade, in the same manner as if all the members had resided therein.

**Electors of officers of volunteers.**

XXXII. The officers of volunteer corps, shall be elected by the members thereof; and whenever a vacancy happens by the death, resignation or removal of any officer of a volunteer corps, his place shall be supplied by a new election, to be ordered by the brigade inspector, to be held and conducted in the same manner as elections to supply vacancies of captains in the militia. And whenever the number of volunteers required by this act for any troop or company, shall have uniformed and equipped themselves according to law, upon notice thereof, given to the brigade inspector, he shall, on a day and at a place to be fixed on by him, of which the members of the said troop or company shall be notified, proceed to inspect the said troop or company, and if he finds the same to contain the number of men required, who are properly uniformed and equipped, he shall on the said day of inspection, direct an election to be held for the officers thereof; which election he shall superintend and conduct in person, and shall make out and sign duplicate returns of the same, one of which said returns he shall file in his office, and the other transmit to the secretary of the commonwealth, together with a certificate of the fact, that the said troop or company has the number of men required, properly uniformed and equipped; and the non-commissioned officers of every troop and company of volunteers, shall be appointed according to the by-laws of the same; and it shall not be lawful for any member of any troop or company of volunteers, to withdraw from, or leave the same, without the consent of a majority of the commissioned officers thereof first obtained, nor without first delivering up in good order any arms or accoutrements which he may have received; and whenever a volunteer shall have leave to withdraw from his troop or company, the captain or commanding officer shall furnish him with a certificate or discharge if required, and shall also give notice thereof

**Vacancies.**

**Brigade inspector to inspect volunteer companies.**

**To hold elections.**

**How conducted, returned, and certified.**

**Non-commissioned officers.**

**Members of volunteer corps not to withdraw without consent of officers.**

to the commanding officer of the militia company, in which the said volunteer may reside, or if there is no such militia officer, then to the commanding officer of the proper battalion or regiment.

1822.

XXXIII. Any volunteer troops or companies, except within the bounds of the first brigade of the first division, may be formed into battalions or regiments, in the following manner although not of the same descriptions of troops or force.

*Formation of battalions or regiments of volunteers.*

Any number of troops or companies not less than three, to compose a battalion, and have one major, one adjutant, one quarter master, and one assistant surgeon.

*Number of companies to form a battalion, and officers to be elected.*

Any number not less than five to compose a battalion, and have one lieutenant colonel, one major, one adjutant, one quarter master and one surgeon.

Any number not less than six to compose a battalion, and have one lieutenant colonel, two majors, one adjutant, one quarter master, one surgeon and one assistant surgeon.

And any number not less than eight, to compose a regiment, and have one colonel, one lieutenant colonel, two majors, one adjutant, one quarter master, one surgeon and two assisting surgeons.

*What number to compose a regiment.*

And troops of cavalry may be organized as follows:

*Battalions and regiments of cavalry, how formed, and officers elected.*

Any number not less than three to compose a battalion, to have the same officers as is before provided for the same number of companies.

Any number not less than four to compose a battalion, and have one lieutenant colonel, one major, one adjutant, one quarter master and one surgeon.

Any number not less than five to compose a battalion, and to have one lieutenant colonel, two majors, one adjutant, one quarter master, one surgeon and one assistant surgeon.

Any number not less than six to compose a regiment, and have the same officers as is before provided for a regiment.

And each regiment and independent             shall have one sergeant major, one quarter master sergeant, and two principal musicians.

And the members of any said battalion or regiment, shall elect the field officers, and the commanding officer thereof shall appoint the commissioned and non-commissioned staff officers for the same, and supply vacancies as often as they occur.

*Field officers by whom elected, and staff appointed.*

And whenever any number of troops or companies have agreed to associate in manner aforesaid, upon notice being given to the proper brigade inspector, or in case the said troops and companies are in different brigades, then to the brigade inspector in whose brigade the election is proposed to be held; who shall order the said troops and companies to meet in some central place, and on a day to be fixed by him, of which fifteen days public notice shall be given by him. And at the same time and place, the members of the said troops and companies shall proceed to the election of the field officers authorized by this act. And the said election shall be held and conducted by the said brigade inspector in person, in the same manner that the battalion elections are directed to be held, and duplicate returns thereof made out and signed, one of which shall be filed in his office and the other transmitted to the secretary of the commonwealth. And as often as a vacancy occurs by the death, resignation or otherwise of any such field officer, an election shall be held to supply the vacancy, which shall be conducted and returned in all respects, as is directed and prescribed by this act, in the case of militia battalion elections, only, that instead of the major of the militia battalion, the brigade inspector shall appoint one of the officers of the said volunteer regiment or battalion, who shall alone and without the aid of a judge therein provided for, superintend and conduct said election and make return thereof: *Provided,* That unless required to be held sooner, the said election shall be held on one of the days fixed on for the meeting of the said battalion or regiment of volunteers. And no troop or

*Election for field officers.*

*How conducted.*

*Vacancies.*

*Who to superintend election.*

1822.

company shall be permitted to withdraw from the battalion or regiment of volunteers to which the same is attached, without the consent of a majority of the field officers thereof.

And each regiment of volunteers shall be entitled to a pair of colours, and each battalion of volunteers to a battalion colour, to be properly and appropriately marked, to be procured and purchased by the proper brigade inspector, at the expense of the state. And the commanding officer of

every such regiment or independent battalion, may once in every year, order all the commissioned officers thereof, to meet at a time and place to be fixed on by him, for the purpose of drill. And every officer failing to attend, shall be subject to a fine of three dollars, to be collected by virtue of a warrant from the adjutant, in the same manner as other fines are collected under this act.

XXXIV. Within the bounds of the first brigade of the first division, regiments of volunteers shall be formed of troops and companies of the same description of arms in the manner following, that is to say:

Each regiment of cavalry, artillery, infantry, and riflemen shall have one colonel, one lieutenant colonel, two majors, one adjutant, one quarter-master, one pay-master, one surgeon, two surgeons' mates, one sergeant major, one quarter-master sergeant, and two principal musicians.

Each regiment of cavalry, shall consist of at least six troops, each troop shall consist of one captain, one first lieutenant, one second lieutenant, one coronet, one quarter master sergeant, four sergeants, four corporals, one musician, one saddler, one farrier, and at least thirty privates.

Each regiment of artillery shall consist of at least six companies, each company shall consist of one captain, one first lieutenant, two second lieutenants, one third lieutenant, one quarter master sergeant, four sergeants, four corporals, two musicians, and at least sixty-four privates. The commanding officer of the regiment, to designate one of the second lieutenants of each company, as conductor of artillery for said company. But if there

shall not be a sufficient number of companies to form the said regiment, then any number of companies not less than three nor more than five, may be formed into a battalion, and have one lieutenant colonel, one major, one adjutant, one quarter master, one pay-master, one surgeon, one sergeant-major, and two principal musicians.

Each regiment of infantry and riflemen, shall consist of at least eight companies, each company shall consist of one captain, one first lieutenant, one second lieutenant, one third lieutenant, four sergeants, four corporals, two musicians, and at least sixty-four privates.

And the said field officers shall be elected in the same manner, and at the same time, as is provided for the field officers of other volunteer regiments. And the said commissioned and non-commissioned staff officers,

shall be appointed by the commanding officers of the said regiments or battalion of artillery.

XXXV. Every regiment and independent battalion of volunteers, shall meet once in every year, if required by the proper brigade inspector, for inspection, at a time and place to be fixed on by the commanding officer of said regiment or battalion, and as much oftener for training, as shall be determined on by the companies or troops composing the same, and at such times and places as the said companies and troops may agree and fix on.

And the members of the said troops and companies, shall be subject to the like fines for non-attendance, as in the case of company or troop trainings, and to be collected in the same manner; for the use of the said troops or companies respectively.

And every regiment, battalion, troop, and company of volunteers, shall have power to make all necessary by-laws, rules and regulations, not inconsistent with the constitution and laws of this state, or of the United States, to promote the interest, good order, and discipline of the same, and for fixing on, and giving notice of the times and places for parades and trainings

Volunteer corps shall be ranked in the following order, *to wit:* First, cavalry; second, artillery; third, infantry; and fourth, riflemen. And all troops and companies of the same description of force, shall take rank according to their priority of organization. All officers of the same grade. without regard to the corps to which they belong, shall take rank according to the dates of their commissions respectively. And whenever officers have commissions of the same date, their rank shall be established by lot, in the presence of the commanding officer; but officers of the volunteers of the same grade with officers of the militia, and when their commissions are of the same date, shall take rank of such officers of the militia, but not otherwise, *Provided,* That all officers, who at any election or appointment, shall be elected or appointed to offices of the same grade, shall rank according to the dates of their preceding commissions.

XXXVI. The captain or commanding officer of every volunteer troop or company shall, on or before the third Monday in May, in every year, deliver or cause to be delivered to the proper brigade inspector, a complete roll of his troop or company, under oath or affirmation, and if the same is attached to any battalion or regiment of volunteers, the fact thereof shall be stated, and the said captain or commanding officer of any last mentioned troop or company, shall also furnish to the adjutant thereof, on or before the said third Monday of May, in every year, a roll of the same. And the adjutant of every volunteer battalion or regiment, shall, on or before the said third Monday in May, in every year, deliver, or cause to be delivered to the proper brigade inspector, or where the troops or companies belong to the different brigades, to the brigade inspector of the brigade in which the election for field officers was originally held, a roll of the field and staff officers thereof. And each of the officers failing to perform the duty required by this section, shall forfeit and pay the sum of twenty dollars; and the said officers shall have the like compensation as is given to officers of militia for similar services.

XXXVII. The several volunteer troops and companies in this commonwealth, shall meet at least three times in every year for training, one of which days shall be at the time and place, when the said troop or company is to be inspected by the brigade inspectors, and the other days of training at such time and place as shall be determined on by a majority of the members of the said troops or companies, of which public notice shall be given, by the captain or commanding officer thereof, at least ten days before any such meeting. But all volunteer troops or companies, not belonging to any regiment or battalion of volunteers shall be attached by the brigade inspector to the most convenient regiment of militia, and shall parade and train with the said regiment, or such battalion thereof as shall be directed by the commanding officer at the annual trainings, provided for by this act, and shall be under the orders of the commanding officer of the same, which day of training shall be accounted one of the three days required by this section. All volunteer troops or companies belonging to any regiment or battalion of volunteers, shall not be obliged to parade or train with the militia. And the officers, non-commissioned officers, musicians and privates of said troops or companies, shall incur the like fines for non-attendance, on said days of training, as is directed to be paid by the militia of this commonwealth. And the members of the said troops and companies, or a majority of them, shall at their first meeting in every year, determine whether they will meet on any other days than those required by law, and how often, and when, and where. And the said officers, non-commissioned officers, musicians and privates, shall incur such fines for non-attendance on any of the said days, as may be determined on by the by-laws of the troop or company, not being less than half the amount of fines for non-attendance on the days of training required by law.

XXXVIII. On every day of parade and training, directed and authorized by this act, for volunteer troops and companies, the rolls of the said troops

*Marginal notes:*
1822.
Rank of volunteer corps.
How rank of officers to be determined.
Roll of volunteer corps to be delivered annually to brigade inspector.
To be furnished with a roll of field and staff officers.
Penalty for neglect.
Volunteer troops and companies to meet three times a year for training.
When to attach to regiments.
Subject to like fines.
May meet on other days than those required by law.
Rolls to be called.

Rivas Exs., Page 459

**1822.**

and companies shall be called under the direction of the captain or commanding officer thereof, by the first or other sergeant, and all absentees noted, and lists thereof kept, to be presented to the officers of the said troops and companies, when acting as a court of appeal, as hereinafter directed. And all members of said troops or companies who shall leave the ranks during the hours of parade without permission, or shall not be properly uniformed and equipped, shall be considered and marked as ab-

*Fines incurred for leaving ranks.* sentees, and incur the like fines. And the said sergeant shall, on or before the first Monday in November, in each and every year, make out a complete list of all absentees, on any of the appointed days of training, for the pre-

*List of absentees to be delivered to court of appeal.* ceding year, stating particularly, the days on which said member was marked as an absentee, and being sworn or affirmed to the said list, shall deliver the same to the said officers acting as a court of appeal on the said first Mon-

*Notice of its sitting.* day of November in every year. And the captain or the commanding officer shall give public notice to the members of his troop or company, of the place where the said officers will sit as a court of appeal; and on the day, and at the place aforesaid, the officers of every troop and company shall be assembled and compose a court of appeal for their respective troops and companies, and shall take the same oath or affirmation, and they or a majority of them, have the same authority, proceed in the same manner, and remit fines for the same cause as is directed, given and prescribed in the case of battalion courts of appeal for the militia. But no fines shall be remitted, or redress given by any other authority, at any other time or in any other manner. And as soon as the said courts shall have decided upon all cases before them, they shall make out lists of the members of the said

*May remit fines in certain cases.* troops, or companies, whose fines were not remitted, stating opposite the name of each member, the amount of fines not remitted: to be signed by the officers composing the said court, with a certificate attached thereto,

*A list of fines not remitted to be certified.* that they had been sworn or affirmed according to law, and shall deliver the same to the captain or commanding officer of the said troop or company. And the said captain or commanding officer shall, within ten days thereafter issue a warrant under his hand and seal in the following form:

"The commonwealth of Pennsylvania to A. B. greeting:

"Whereas the persons named in the list or schedule hereto annexed, have incurred a list or schedule of fines set opposite to their respective names as members of the volunteer corps of (designating it by its proper title), as absentees on the days appointed for training, which have not been remitted

*Form of the warrants.* by the proper court of appeal. This warrant therefore authorizes and requires you to demand and collect of each and every person named in the said list or schedule, the sum set opposite to his name. And in case of neglect or refusal to pay the same, you are to levy and collect the same with costs, of the goods and chattels of each and every such person by distress and sale thereof, returning the overplus if any, to the owner. Witness my hand and seal this            day of            eighteen hundred and

<div align="right">Captain."   {L. S.}</div>

[or commanding officer of the
volunteer corps, naming it.]

And the said captain or commanding officer shall immediately deliver the said warrant to a constable or other fit person to be executed, and who

*To be delivered to a constable.* is hereby required, under the penalty of twenty dollars, to be recovered by the said captain for the use of the company, to execute the same, who shall perform the same duties, have the same authority and compensation, be subject to the like penalties, and proceed in all respects, as is provided and

*His duties.* directed by the twenty-sixth section of this act, only, that the said captain or commanding officer, shall be in the place and situation of the brigade inspector mentioned in the said section, and shall have all the rights and

powers therein given to the said brigade inspector; as well in proceeding 1822. against the said constable or other fit person in recovering the amount of fines collected by him as otherwise: *Provided however,* That every troop and company of volunteers may authorize courts of appeal to be held by any of its members, and at such time and times as may be fixed on by the by-laws thereof, and the fine and fines for non-attendance and neglect of duty, may be collected as often as shall be determined on by the said by-laws; and which courts of appeal shall be conducted, and the fines collected under the provisions of this section; and all fines collected from the members of any volunteer troop or company, shall be for the use of the said troop or company. And the captain or commanding officer of any troop of cavalry or company of artillery, when he has received from the collector any such fines, shall pay the same to the quarter master sergeant thereof. And the captains or commanding officers of any companies of infantry or rifle- Appropria- men, upon the receipt of any such fines, shall pay the same to the junior tion of lieutenant or other person appointed by the company, to be appropriated fines. and applied by them in defraying the necessary expenses of the said troops and companies under the direction of a majority of the commissioned officers thereof, and they shall render an account thereof to the said officers, under the penalty of fifty dollars at the first meeting of the troop or company in every year.

XXXIX. It shall be lawful for any member of a volunteer corps, to be Members at the same time an officer of the militia, with the consent of his company; of volun- nor shall the commission of any officer of a volunteer corps, be vacated by teer corps his election or appointment as a field or staff officer, of a battalion or regi- ficers of the ment of volunteers; but he may continue to hold the same if requested by militia. the company. Commis- sions not

XL. The uniform and equipments for the militia officers of this com- vacated, monwealth, shall be the same as that prescribed for the officers of the &c. United States army; and it shall be the duty of the adjutant general to Uniform obtain a description thereof, and furnish each brigade inspector with a suf- and equip- ficient number of copies for himself, and each major and brigadier general, ments. and each field officer and captain of volunteers and militia, the expense Description thereof to whereof shall be paid out of the state treasury. But the governor is hereby be furnish- authorized to alter the dress for the company officers, so as to render the ed by adju- same less expensive, if he shall deem it proper and advisable; and which tant gene- uniform so prescribed by him, shall be established for that class of officers, Governor and descriptions thereof furnished to the brigade inspectors immediately, may alter. for the use of said officers; the expense of furnishing which to be paid in manner aforesaid. And every officer shall be armed and equipped at his Officers to own expense; and if any officer shall fail to uniform and equip himself be uni- within six months after his election or appointment, if he accepted of the formed and equipped office, he shall be liable to a fine of twenty dollars, to be recovered by the at their brigade inspector; and every officer so elected or appointed more than six own ex- months, shall appear on every day of parade uniformed and equipped as pense. aforesaid.

XLI. Volunteer troops and companies may uniform and equip in such How vo- military manner as they may think proper, conforming as nearly as may be lunteer to the same kind of force in the army of the United States; *Provided* troops and companies *however,* That companies having a uniform dress, and acting as infantry, are to be may be supplied with muskets and bayonets, cartridge boxes and belts, if uniformed. there be sufficient, after supplying the companies properly uniformed and equipped, upon sufficient security being given therefor, in the manner hereinafter directed; but such company shall not be entitled to the sum allowed by the forty-sixth section, nor shall the members thereof be entitled to the exemption provided for in the forty-seventh section of this act.

XLII. Every artillery and infantry volunteer company, uniformed and Volunteer equipped, and the officers thereof commissioned agreeably to this act, shall corps enti- be entitled to the following arms, viz. To every such artillery company, the arms.

**1822.**
**Artillery.**

proper number of muskets and bayonets, cartridge boxes and belts, and if required, and they can be supplied out of the arsenals, twelve pikes, together with one piece of artillery of the proper calibre, with all the apparatus and equipments complete. And the governor is hereby authorized to cause to be issued to the first lawfully organized artillery company properly uniformed, in each brigade who have a field piece, the proper number of swords and belts in lieu of muskets, for the non-commissioned officers, musicians and privates thereof, upon the order of the proper brigade inspector.

**Infantry.**

And to every such infantry company, the proper number of muskets and bayonets, cartridge boxes and belts for the non-commissioned officers and

**How to be drawn for.**

privates of the same. And the proper brigade inspector shall make a requisition upon the adjutant general for the arms aforesaid, who shall give him an order therefor to the keeper of the nearest or most convenient arsenal;

**Expense how paid.**

and the said brigade inspector shall thereupon draw the said arms and deliver the same to the company aforesaid, and the expense thereof shall be defrayed out of the state treasury, to be paid to the said brigade inspector upon the settlement of his accounts.

**Security to be given for return in good order of arms, &c.**

XLIII. Before any arms and accoutrements are delivered to any volunteer company, sufficient security shall be given for the return and delivery of the same in good order and condition, upon the dissolution of the company or whenever lawfully required. And all volunteer companies that have already received arms or accoutrements shall give the like security; on failure whereof, it shall be the duty of the brigade inspector, and he is hereby required to take possession of the said arms, to be disposed of in the manner hereinafter directed; and it shall be the duty of every commanding officer of a company, to take duplicate receipts from the non-commissioned officers and privates of his company for the arms delivered to them respectively, one of which receipts shall be given to the brigade inspector to be filed in his office.

**Duty of brigade inspector to collect arms, &c. and to furnish a list thereof to adjutant general.**

XLIV. It shall be the duty of every brigade inspector, and he is hereby required to collect or cause to be collected from time to time, all military arms and other military property of this commonwealth, in the hands or possession of any person or persons not entitled by law to hold the same, for which he shall receive a reasonable compensation; and to furnish a list of the said arms and property when required by the adjutant general, as of all arms and public property in the possession of any volunteer company, who have not given the security required by this act, or are not lawfully

**Duty of adjutant general.**

entitled to the same; and the said adjutant general may order all such arms and public property to be conveyed at the expense of the state to the nearest arsenal; and the said adjutant general is hereby required to make such regulations relative to the amount and kind of security to be given for arms and accoutrements delivered to volunteer companies, as well as all such other regulations for the disposition, security, and preservation of the arms and military property of this commonwealth, as he may from time to time find necessary and proper to promote the public interest, and which the several brigade inspectors are hereby required to obey and carry into effect under the penalty prescribed in the fifty-second section of this act, besides being amenable to a court martial for neglect of duty.

**Volunteers to keep their arms in good order at their own expense.**
**Penalty for loaning or selling them in certain cases.**

XLV. Every volunteer who may have received public arms and accoutrements, shall keep the same in good order and repair at his own expense. And if any volunteer shall loan his arms to any person whatever, except to a volunteer to parade or drill, or shall knowingly suffer any other person to use the same, except for drill or training, he shall be subject to a penalty of five dollars. And if any volunteer shall sell or dispose of his arms, or shall quit his company by removal out of the neighbourhood or otherwise, without delivering up the same in good order to his commanding officer, he shall forfeit and pay the sum of fifteen dollars, to be recovered by the said commanding officer, as debts of equal amount are recoverable; and for want of sufficient property to pay the same, he shall be committed to the

jail of the county for fifteen days.  And if upon the death of any volunteer, <span>1822.</span> his heirs, executors, or administrators, or any of them, shall neglect or re- *Arms to be* fuse to deliver up to the commanding officer of the troop or company to which *delivered* he belonged, any arms, accoutrements, or instruments of music, which *up in cer-* he may have received, they shall forfeit and pay the aforesaid sum, to be *tain cases* recovered from any one of them, in the manner aforementioned.  And it *under penalty.* shall be the duty of the proper brigade inspector, to pay the expense neces- *Brigade in-* sary, for the repairs of any field piece, and the apparatus, and equipments *spector to* thereof, in the possession of any volunteer artillery company, or of any *pairs of* drums or other instruments of music, authorized to be furnished by law, to *field* the volunteers or militia. *pieces, &c.*

XLVI. [Repealed by 10 April, 1826, § 9.]

XLVII. Every person who shall have been uniformed and equipped *Volunteers* agreeably to this act, and faithfully served as a member of any organized *having* volunteer corps, for seven successive years, since the first of January eigh- *served 7* teen hundred and eighteen, and shall produce a certificate of such service, *1st of Jan.* from the captain or commanding officer of the corps in which he has so *1818, to be* served, he shall for ever thereafter be exempted from militia duty, except in *exempt.* time of an invasion, insurrection, or actual war: *Provided,* The persons exempt from duty in pursuance of this section, shall be enrolled in the same manner as if they were not exempt: *Provided however,* That if the fact of such service shall be disputed, the certificates aforesaid shall be sworn to or affirmed to by the officer giving the same, or proof of such service made in some other satisfactory manner.  And it shall be the duty of the captain *Officers* or commanding officer of every troop or company of volunteers, to pro- *command-* cure an orderly book, in which he shall cause to be entered the name and *ing volun-* place of residence of every member thereof, and the time (being properly *procure* uniformed and equipped) he may have joined the troop or company; and *orderly* on every day of parade or training, when the roll is called, a record shall be *books, &c.* kept in said book, of both those present and those absent; and if any volun- *What a* teer shall not have attended on at least three-fourths of the days of parade *service for* or training of his troop or company, for seven successive years, unless absent *7 succes-* for some of the causes which would authorize him to be excused agreeably *sive years.* to this act, he shall not be considered as having faithfully served agreeably to the preceding part of this section.

XLVIII. Every person who shall have been properly uniformed and *Officers,* equipped, and have faithfully served as a commissioned officer for seven *&c. serving* successive years, in the volunteers or militia of this commonwealth, since *7 years, to* the first day of January, eighteen hundred and eighteen, shall for ever there- *be exempt.* after be exempted from military duty, except in time of an invasion, insur- rection, or actual war.

XLIX. Each brigade inspector heretofore elected, or who may hereafter *Brigade in-* be elected in pursuance of this act, shall take an oath or affirmation, to per- *spector to* form his duties with fidelity, and transmit a certificate thereof to the adju- *be on oath.* tant general, and shall execute all orders relative to duty, received by him from the adjutant general.  He shall attend each regimental or battalion parade, and shall annually inspect the said regiments and battalions; and *His duties.* shall also, once in every year, inspect each volunteer troop of cavalry, and company of artillery, infantry, and riflemen, within the bounds of the bri- gade.  But when any such troop of cavalry, or company of artillery, infantry or riflemen, shall be part of a regiment or battalion of volunteers, he may inspect the said troops and companies separately, or in battalion or regi- ment, as he may think proper.  And the said brigade inspector shall direct *To appoint* the time and place, when and where any such troop, company, battalion, or *places of* regiment, shall assemble to be inspected as aforesaid; and shall give at least *inspection.* twenty days public notice thereof.  He shall annually furnish to the adjutant *To furnish* general, a detailed statement of the militia and volunteers within his brigade, *annually* at such time and in such manner, as the said adjutant general shall direct. *statements* He shall keep a record of all alterations in the bounds of the brigade, regi- *Keep a* of the mili- tia.

1822.

record of the altera-tions of brigades, &c.

To furnish statements to major and briga-dier gene-rals.

Transmit returns,&c.

To be an-swerable for all mili-tary arti-cles, &c. and make return of arms, sue for and col-lect fines, &c.

Purchase colours, drums, &c.

Pay ex-penses, &c.

Account for moneys.

Annually to settle their ac-counts.

Books, &c. to be deli-vered to their suc-cessors.

On failure to settle accounts, &c. bond to be sued.

In the case of death, books, &c. to be deli-vered.

Compensa-tion.

ments or battalions, or of the formation of any new one, and shall give in-formation thereof to the adjutant general, and shall generally furnish him with information upon all subjects connected with military duty in his bri-gade, whenever required to do so; and shall also furnish like statements to the major general of the division, and brigadier general of the brigade, once in every year when required. The brigade inspectors shall transmit all re-turns of elections and appointments of officers under this act, as soon as practicable, to the secretary of the commonwealth, and shall distribute to the proper officers, all commissions received by them. They shall take charge of, and be answerable for all military articles which may be delivered to them. They shall make an annual return to the adjutant general, of all arms and other military property in their possession, and of the condition of the same, and of the arms and other military property, distributed in the brigade, in such form and manner as shall be directed by him. The said brigade inspectors shall sue for, and collect in the name of the common-wealth all fines, forfeitures, and other sums, for which no mode of collection is prescribed by this act, and recover the same as debts of equal amount are by law recoverable. They shall procure and purchase all the necessary colours, drums, fifes, trumpets and bugles. They shall pay all expenses and sums of money directed to be paid in their several brigades, to the persons entitled by law to receive the same. They shall keep an accurate account of all monies received and expended by them. They shall account for all fines not remitted by the proper courts of appeal, or imposed by courts mar-tial, and directed to be collected by them, and shall only be released from their accountability for any such fines, by producing a certificate of a board of field officers, to be signed by the president thereof, that it was impracti-cable to collect the same. They shall annually, in the month of January, settle with the auditor general, who is hereby required to settle and adjust their accounts, and shall pay into the state treasury, any surplus arising from fines and forfeitures, which may remain after payment of the sums and expenses, directed to be paid by them by this act, in their several brigades, first deducting five per cent. on the amount so to be paid into the state trea-sury. And on the removal or resignation of any brigade inspector, all the books, vouchers, papers, and public property, which may be in his posses-sion, shall be delivered to his successor. And if any brigade inspector as aforesaid, shall fail to settle his accounts annually, with the auditor general, during the time prescribed, or shall neglect or fail to pay into the state trea-sury, the balance due upon such settlement, upon demand made by the state treasurer, and of which settlement the auditor general shall furnish the state treasurer with an account, or shall neglect or refuse to deliver over to his successor, the books, vouchers, papers, and public property, in his posses-sion, on notice given to the auditor general thereof, the said auditor gene-ral, or the state treasurer, as the case may be, shall, and it is hereby made their duty respectively, to cause the bond given by the said brigade inspector and his sureties, lodged in the recorder's office of the county, to be sued out and recovered for the use of the commonwealth, as well as in all other cases of neglect of duty; but any such suit may be stayed, upon the said brigade inspector's performing the duties above required of him. And on the death of any brigade inspector, all the books, vouchers, papers, and public property, which he had in his possession, shall be delivered over to his successor, by the executors or administrators of such deceased brigade inspector, under the penalty of one thousand dollars, to be recovered from them, or either of them, by the said successor, in the name of the com-monwealth, as debts of like amount are recoverable. And each brigade inspector shall annually receive as a full compensation for his services, including blanks and stationary, seventy-five dollars per regiment for the three first regiments, and fifty dollars per regiment for every additional regiment of militia and volunteers of his brigade, and for volunteer battalions in proportion, to be paid out of the state treasury.

Pltys Exs., Page 464

L. It shall be the duty of each brigade inspector, at the time when he
is annually required to settle his accounts, to exhibit to the auditor-general,
a statement of the expenses incurred in his brigade, for the preceding year; *Brigade in-*
which statement the said auditor-general is required to examine and adjust, *spector to*
making the allowances intended by the law; and if, upon the settlement of *furnish a*
the accounts of the said brigade inspector, it shall be found that the fines *statement*
and forfeitures have been insufficient to pay the said expenses so adjusted *of expenses to auditor*
and allowed, *then the said auditor general shall draw his warrant on the* *general.*
*state treasurer, for the amount of such deficiency, which the brigade inspec-* *Who to*
*tor shall immediately thereafter pay to the officers or persons entitled to re-* *draw his*
*ceive the same:*(1) *Provided however,* That the sums allowed to volunteer *warrant in case of de-*
corps, by the forty-sixth section of this act, shall form no part of the ex- *ficiency.*
penses to be drawn from the state treasury in manner aforesaid.

LI. If any brigade inspector shall neglect or fail to make the returns to *Brigade in-*
the adjutant-general, or perform any other duty according to this act, it *spector ne-*
shall be the duty of the said adjutant-general to give notice thereof to the *glecting to*
state treasurer, when the compensation of the said brigade inspector shall *perform his duty not to*
be forfeited from the time of such notice, until he performs his duty accord- *receive*
ing to law; and he shall only be entitled to the same for the residue of the *compensa-*
year; and the said brigade inspectors shall also be amenable to courts *tion.*
martial for neglect of duty, in the same manner as all other offences. *Amenable to courts martial.*

LII. The discipline of the volunteers and militia of this commonwealth, *martial.*
shall be the same as that prescribed for the army of the United States; and *Discipline.*
it shall be the duty of the adjutant general, to select the best abridged sys- *System, &c. to be*
tem for the instruction and discipline of cavalry, artillery, infantry and *selected by*
riflemen, making such alterations as may be deemed necessary for the use *adjutant*
of the militia and volunteers of this commonwealth, and shall submit the *general.*
same to the governor, and if approved of by him, a sufficient number of *Approved*
copies to furnish each general and brigade inspector with a copy thereof, *of by the*
and each field officer and captain of a company, with a copy of the system *governor.*
applicable to his particular corps, shall be procured at the expense of the *Who shall*
state, and transmitted to the several brigade inspectors, to be delivered to *receive*
the said officers respectively, who shall receipt for and deliver the same to *copies.*
their successors in office, under the penalty of ten dollars, to be recovered
by the person suing for the same.

LIII. On each of the days of training authorized and required by law, *Music to be*
the commanding officer of every troop of cavalry, may employ one trum- *procured*
peter; the commanding officer of every rifle company, one bugler; and the *and paid.*
commanding officer of every company of artillery, infantry and of militia,
one drummer and one fifer, who shall be severally entitled to receive the
sum of one dollar per day, for each of said days of training, to be paid by
the proper brigade inspector, upon the certificate of the commanding offi-
cer of the troop or company.

LIV. If any youth of the age of twelve years and not exceeding the *Persons to*
age of twenty one years, shall, with the consent and approbation of his *be taught*
parents or guardians, attach himself to any company of volunteers or militia *music.*
for the purpose of learning to beat the drum, play on the fife, blow the
bugle or trumpet, provided the number shall not exceed one person for the
drum and one for the fife, or one for the bugle in each company, and one
for the trumpet in each troop of horse. Every such person or persons shall
be put under the instruction of the drum and fife major, the bugler or trum-
peter as the case may be, whose duty it shall be to teach such person or
persons, in the best manner in his power. And as soon as such person or
persons shall be able to perform field duty to the satisfaction of the com- *When paid*
manding officer of the regiment, or of the volunteer troop or company, to *for.*
which he is attached, he shall draw his warrant in favour of the drum or
fife major, the bugler or trumpeter, who may have taught such person or

(1) The part in italic repealed by 29 Sep. 1843, § 1.

1822.

persons as aforesaid, for the sum of ten dollars for every person so taught, to be paid by the proper brigade inspector; and the person so taught shall be furnished with a suit of uniform, to be paid for out of the funds of the brigade; and the father of every youth who shall have been instructed as aforesaid, shall be exempted and excused from training in the militia, so long as his son being a minor, shall continue to perform the duties of a drummer, fifer, bugler or trumpeter in any militia or volunteer company.

*The father of every youth instructed, to be exempt.*

LV. The following articles, rules and regulations, shall be those by which the militia of this commonwealth shall be governed, including volunteers.

*Articles of regulation.*

ART. I. All officers now in commission, or who may be elected or appointed under this act, shall be subject to be tried and punished by a court martial, in the manner herein mentioned; and general courts martial, or courts of inquiry may be composed of officers of either volunteers or militia, at the discretion of the officers ordering the same.

*Officers may be tried by courts martial.*

ART. II. If any field, or other commissioned, or staff officer, when the regiment, battalion, troop or company to which he may belong, or in which he holds a command, shall be paraded, shall misbehave or demean himself in a manner unbecoming an officer, or shall on any such occasion neglect or refuse to obey the orders of his superior officer; he shall for every such offence be cashiered or punished by fine, at the discretion of a general court martial, as the case may require in any sum not exceeding fifty dollars. And if any non-commissioned officer or private, shall on any parade of the troop or company to which he belongs, appear with his arms and accoutrements in an unfit condition, or be intoxicated, or shall disobey orders, or shall use any reproachful or abusive language to any of his officers, or shall quarrel, or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard by order of the commanding officer present, until the troop or company is dismissed, and shall be fined at the discretion of a regimental court martial, in any sum not exceeding twenty dollars, nor less than five.

*Punishment of commissioned officers.*

*Non-commissioned officer or private.*

ART. III. If any general officer, field officer or brigade inspector, shall neglect or refuse to assemble his command when required to do so by the competent authority, or at any time or times authorized and required by law, or if any such officer shall neglect or refuse to perform any duty when directed by the proper authority, or which is required by this act, he shall be cashiered and punished by a fine not exceeding one hundred dollars, or either of them, at the discretion of a general court martial. And if any company officer shall neglect or refuse to assemble his command when required by law, or the competent authority, or if any such officer, or any staff officer of a general officer, or of any regiment or battalion, shall neglect or refuse to perform any duty when directed by the proper authority, or which is required by this act, he shall be cashiered and punished by a fine of thirty dollars, or either of them, at the discretion of the court martial; and any such court martial is further authorized to declare any officer cashiered, incapable of holding a commission in the militia or volunteers, for any term not exceeding seven years.

*Punishment of field officers for neglecting to assemble their commands.*

ART. IV. Every general court martial for the trial of offences against this act, and not assembled to try delinquents, for neglecting to perform tours of duty, shall consist of not less than five nor more than nine members, and of such rank as the case may require, and shall choose a president who shall be the senior officer, and not under the rank of a field officer. And every regimental court martial shall consist of three members, and shall choose a president who shall be the senior officer, and not under the rank of captain; and every court martial shall appoint a commissioned officer or other fit person to officiate as judge advocate. But no member of said courts shall be entitled to any pay or compensation, but the reasonable expenses incurred by the sitting of the said courts shall be paid by the proper brigade inspector.

*General courts martial.*

*Regimental courts martial.*

*Expenses of courts martial.*

Art. V. In every court martial two-thirds of the members must agree in every sentence, or the person charged be acquitted.

1822.

Two-thirds necessary to condemn.

Art. VI. The members of such courts martial shall take an oath or affirmation, which the president is required to administer to them, that they will decide and give judgment with impartiality ; and one of the members so sworn or affirmed, shall swear or affirm the president in like manner ; and the president of the said court shall require all witnesses to be sworn or affirmed that the evidence they shall give shall be the truth, the whole truth, and nothing but the truth ; to be administered by him or the judge advocate.

Members and witnesses to be on oath.

Art. VII. Every court martial shall have power and authority to issue compulsory process against any persons, who shall neglect or refuse to attend to give evidence in any case therein depending after being duly summoned ; which precept, as well for summoning as for enforcing obedience thereto, shall be signed by the president of the said court, and executed by a proper person, to be appointed by him.

Courts martial to issue compulsory process.

Art. VIII. No officer or other person charged with any offence, shall be suffered to do duty in the brigade, regiment, battalion, troop or company to which he shall belong, until he shall have had his trial by a court martial : and every person shall be tried as soon as a court martial can be conveniently assembled ; and every officer under arrest shall be furnished by the adjutant general, brigade inspector, adjutant or other person, as the case may require, with a copy of the charge or charges exhibited against him, at least ten days before his trial, that he may have an opportunity to prepare for his defence.

Persons arrested to do no duty.

To be furnished with a copy of the charges.

Art. IX. If any officer, non-commissioned officer or private shall think himself injured by his superior or commanding officer, and shall, on due application made to him, be refused redress, he may complain to the brigadier general, who may, if he thinks it proper, direct the brigade inspector to summon a general court martial that justice may be done.

Redress for grievances.

Art. X. No penalty shall be inflicted by a court martial for any offence committed by an officer, non-commissioned officer, or private, whilst acting merely under the jurisdiction of this state, and not for neglect or refusal to perform a tour of military duty in actual service, other than cashiering rendering incapable of holding a commission, for any term not exceeding seven years, and fining, or either of them. And all fines imposed by any such offences, shall be collected and paid into the hands of the proper brigade inspector.

Punishment.

Art. XI. All persons charged with any offence, who may be tried and acquitted by a court martial, shall be notified thereof and immediately discharged from arrest.

Persons to receive notice of acquittal of.

Art. XII. General courts martial may be ordered in the following manner, to wit : For the trial of a major general, by the governor of the commonwealth ; for the trial of a brigadier general, by the major general of the division ; and for the trial of any colonel, brigade inspector, or other commissioned officer of the brigade, by the proper brigadier general. But in all cases where charges are preferred against an officer, the officer authorized to order a general court martial, may, if he thinks proper, direct a court of inquiry to examine and report the facts and circumstances ; and if upon such report, the said officer shall deem a court martial necessary he shall order the same ; and every court of inquiry shall consist of three members to be selected by the officer ordering the said court, who shall be sworn or affirmed diligently to inquire into, and truly report the facts and circumstances of the case referred to them ; and courts of inquiry may, in like manner, be ordered by the proper officer, upon the request of any commissioned officer, and the junior officer shall act as recorder of every such court of inquiry.

Manner of ordering general courts.

Courts of inquiry.

Regimental courts martial may be ordered by the colonel or commanding officer of any regiment of volunteers or by the commanding

Of regimental

1822.

courts mar-
tial.

officer of any battalion of volunteers, not part of a regiment; and the officers authorised to order courts martial, or courts of inquiry, may refuse to order the same if they think the complaint or circumstances of such a nature as not to require it.

Sentence
to be ap-
proved of
by the pro-
per officer.

The sentence of every court martial must be approved of by the officer ordering the same, before it is carried into effect: and every said officer may disapprove of any such sentence, or, if having approved of the same, may remit the whole or any part thereof, and pardon the offender.

Proceed-
ings of the
court to be
transmitted
to brigade
inspector.

ART. XIII. As soon as the sentence of any court martial shall be approved by the proper officer, the proceedings of such court, shall be transmitted to the proper brigade inspector, who shall thereupon issue a warrant under his hand and seal, for any fine or fines imposed by the said court martial, to be levied and collected in the same manner as is prescribed and directed for fines for non-attendance on days of training. But if the said court martial was for the trial of a brigade inspector, then the brigadier general shall issue his warrant to any person he may appoint for the amount of the fine imposed, to be levied and collected in manner aforesaid.

Militia,
when sub-
ject to U.
S. rules.

ART. XIV. The militia and volunteers of this state, while in the actual service of the state or of the United States, shall be subject to the same rules and regulations as the army of the United States.

Penalty for
neglect of
duty.

LVI. Every officer or other person, who shall fail or neglect to perform any duty enjoined and required by this act, and for which no penalty is fixed, shall forfeit and pay the sum of twenty dollars, to be recovered by the proper brigade inspector, as directed in other cases.

Penalty for
selling li-
quor on
days of pa-
rade within
prescribed
limits.

LVII.[1] It shall be unlawful for any person or persons, within half a mile of the limits, prescribed by any commanding officer, for the parade of his regiment, battalion, or company of volunteers or militia, to set up or have any booth, or stand, to dispose of any kind of liquor, or to dispose of the same by gift, sale, or in any manner whatever, without the consent of such commanding officer, except at stores or licensed inns. And if any person shall so set up or have any booth, or stand as aforesaid, the commanding officer is hereby authorized to cause the same to be prostrated and removed. And every person offending against the provisions of this section, shall further forfeit and pay the sum of twenty dollars, to any person who will sue for the same.

Command-
ing officer
to fix limits.

Penalty for
intruding
within.

LVIII. The commanding officer of any regiment, battalion, or company, when his command is on parade or duty, is hereby authorized to fix certain limits to his place of parade, not to include any public highway, within which no spectator or by-stander shall enter without permission from the said commanding officer: and if any person shall intrude therein, or if any spectator or by-stander shall abuse, molest, strike, or otherwise ill treat any officer, non-commissioned officer, or private, when on parade, or in the performance of military duty, every person so offending, may be put under guard for any time not exceeding six hours, and shall moreover forfeit and pay the sum of ten dollars, to be recovered by any commissioned officer who will sue for the same, as debts of like amount are by law recoverable.

Punish-
ment for
concealing
or fraudu-
lently with-
holding
public pro-
perty.

LIX. If any person or persons shall have knowingly sold, bought, taken, exchanged, concealed, or otherwise fraudulently or unlawfully received, held, or detained, or shall unlawfully hold, or detain, or shall refuse to deliver up to the proper brigade inspector, any arms, accoutrements, colours, drums, or other military property of this commonwealth, on any account or pretence whatsoever; the person so offending shall forfeit and pay for every such offence, treble the value of such property, to be recovered by the said brigade inspector in the name of the commonwealth of Pennsylvania, before any alderman or justice of the peace, of the proper city or county; and the amount so recovered shall be levied and collected of the

(1) For cases under this section. 2 S. & R. 175; 7 S. & R. 368., 176, 590; 5 Whart. 1; 5 Am. Law Jour. 536; 4 S. & R. 83.

offender's goods and chattels, by distress and sale thereof, in the usual
manner; but for want of sufficient goods and chattels, the offender shall be
committed to the jail of the county, there to remain at the expense of the
said county, for any term not exceeding one month, at the discretion of the
alderman or justice, unless the amount recovered, with the costs, shall be
sooner paid.

LX. When any doubts shall exist, as to the true construction of any part
of this act, on a military subject, it shall be the duty of the adjutant general,
to take to his assistance two general officers, and they or a majority of them,
shall decide thereon ; and which decision shall be conclusive as to the con-
struction of the said act, and shall be recorded by the adjutant general in
a book to be kept by him for that purpose; and a copy thereof certified
by the adjutant general, shall always be legal evidence of the same.

*The act to be construed by adjutant general and 2 general officers.*

LXI. As soon as any portion of the militia of this commonwealth shall
be required for the service of this state, or of the United States, and upon
notice thereof by the adjutant general to any brigade inspector, the said
brigade inspector shall immediately order the major and captains, or com-
manding officers of companies, of every battalion of militia, to assemble
at a time and place to be fixed on by him, within the bounds of every such
battalion, for the purpose of having the enrolled militia in the said compa-
nies, justly and fairly classed ; and shall further order the said captains, or
commanding officers of companies to produce full and complete rolls of all
the persons subject to militia duty, in their said companies, to be sworn or
affirmed to by them respectively : And the colonel of the regiment shall
attend the meeting aforesaid for the first battalion ; and the lieutenant colo-
nel the meeting aforesaid, for the second battalion; and the said officers
being so assembled, with the rolls aforesaid, the men composing said com-
panies, shall be divided into ten parts, and the name of each and every
person enrolled in said companies, shall be written on a small slip of paper,
and carefully rolled up ; and then shall be deposited by companies, begin-
ning with the first company, in a box to be procured for that purpose, and
the senior officer then present, shall draw from the said box, the names
therein contained ; and a person to be appointed by the senior officers pre-
sent shall take down the names as drawn out ; and the persons first drawn,
making one tenth of the said company, shall form the first class. And the
persons next drawn, making one tenth of said company, shall compose
the second class; and so on in the same manner, until all the names in the
said box shall be drawn and classed. And as soon as the said drawing for
all the companies, in manner aforesaid, shall be completed, two lists of
said companies, thus classed, shall be made out to be signed by the proper
commanding officer of the company and countersigned by the senior officer
of the regiment present ; one of which lists of each company, shall be de-
livered to the proper brigade inspector, by the said senior officer, as soon
after as possible : and the other list shall be kept by the commanding officer
of the company. And the officers engaged in drawing and taking down the
names as aforesaid shall be first severally sworn or affirmed to perform the
duty required of them, with fairness, impartiality, and fidelity. And the
men of the several companies shall be liable to perform tours of duty in the
order in which they are classed, beginning with the first class, and proceed-
ing in numerical order ; but no class shall be called on to perform any second
tour of duty, until every other class in the company shall have first per-
formed a tour of duty; nor shall any militia-man or volunteer, who per-
formed a tour of duty by himself or substitute, or paid an equivalent therefor,
during the late war, be compelled to perform any tour of duty, until all who
have not served in the late war, shall have performed a tour of duty, or
paid an equivalent therefor. And if any officer shall fail promptly to obey
the order of the brigade inspector, requiring his attendance, or in producing
the rolls of his company, as aforesaid, he shall forfeit and pay the sum of
three hundred dollars. And if any officer shall have acted unfairly, and

*Proceedings when militia required for service of the U. S.*

*Rolls to be made out.*

*Companies to be divided into 10 parts.*

*Formation of classes.*

*Two lists of classes to be made out, &c.*

*Officers classing to be on oath.*

*How men liable to perform tours of duty.*

*Penalty for disobedience of orders, fraudulent*

1822.        fraudulently in classing the militia as aforesaid, he shall forfeit and pay
conduct in   the sum of one hundred dollars, to be recovered by the party aggrieved as
classing.    debts of equal amount are or shall be by law recoverable: and his commis-
Duty of ad-  sion shall be vacated.   And it shall be the duty of the adjutant general,
jutant ge-   under the direction of the governor, to prescribe the manner in which
neral, bri-  commissioned officers shall be selected and assigned to any portion of the
gado in-     militia, to be called into service, to be announced in general orders, paying
spector and  due regard to the rank of such officers, and which the several brigade in-
other        spectors, and all other officers shall execute, observe and be governed by,
officers.    under the penalties before mentioned.   And each of the said officers shall
             be entitled to one dollar per day, for his services in classing the militia as
             aforesaid.
When the         LXII.  The militia of this commonwealth may be called into actual ser-
governor     vice by the governor thereof, in case of a rebellion, or of an actual or threat-
may call     ened invasion of this or any neighbouring state; but no part thereof shall
the militia  be detained in service, at any one time, longer than three months, under
into ser-    the mere requisitions of the governor, without the direction or assent of the
vice.        president of the United States.
Detach-          Whenever any part of the militia of this commonwealth shall be required
ments for    for public service, by the president of the United States, if no particular
the service  description of troops shall have been required, the governor shall detach the
of the U. S. number of men demanded in such proportions of the several description of
             troops, as he may think proper.
                 The commanding officer of any detachment, when called into actual ser-
Of vacan-    vice, shall have the power of supplying all vacancies which may occur in
cies.        his detachment, and the persons nominated by him shall be commissioned
Of detach-   by the governor.   Troops of cavalry and companies of artillery, infantry
ing of vo-   and riflemen, shall be detached at the discretion of the commander-in-chief.
lunteers.    If either or any of them shall be necessary as a part of the force required
             for public service, those companies nearest the rendezvous, that may be
             specified, shall in each instance, be the first detached; but no company
             shall be called to perform a second tour, until every other company, in its
             proper brigade, shall have performed its tour of service, unless in the opi-
             nion of the commander-in-chief, the urgency of any particular case may
             require it.
Time,            The time, manner, and regulations necessary for marching militia called
manner,      into actual service, to the place of general rendezvous, unless defined in
etc. of      this act, shall be prescribed and published in general orders, by the com-
marching     mander-in-chief of the militia of this state.
militia.
Duty of the      When the president of the United States shall have made a requisition
adjutant     of a part of the militia of this state, for public service, the adjutant general
general on   shall take the most prompt and efficacious measure, for detaching and sup-
a call by    plying with all necessary arms, equipments, ammunition and provisions,
the U. S.    the number of men required, and for having them marched to the place or
Of major     places of rendezvous.   The general of division, or of brigade, to whom
and briga-   orders may be issued, shall take immediate measures, for having the num-
dier gene-   ber of militia required, called out and inspected by the proper brigade
ral.         inspector:  *Provided*, That volunteer troops and companies, shall be the
             first detached, and may be kept in service any time not exceeding six
             months.
Of brigade       Whenever any portion of the militia of this state, shall have been ordered
inspector in into actual service, under a requisition from the president of the United
similar      States, or otherwise, the proper brigade inspector shall notify the commis-
calls.       sioned officers, whose tour of duty it may be to serve in the detachment
Of captain   required, and all captains, or commanding officers of companies of the
or com-      militia, within the bounds of such draft, whether required to serve in the
manding      detachment or otherwise, shall furnish to the proper brigade inspector, on
officers.    or before the day appointed for inspection, an authenticated roll of the
             non-commissioned officers, musicians and privates, selected or drafted out

Rivas Exs.  Page 470

of his company, and it shall be the duty of the said captains, or command-
ing officers of companies to cause a written or printed notice to be served
upon or left at the usual place of residence of each and every officer, non-
commissioned officer, musician, and private, liable to serve, requiring every
such person to attend at a time and place, to be in the said notice specified,
and every such notice shall be served at least three days prior to the day
fixed for marching to the place of rendezvous, unless upon any sudden
emergency, when the said notice shall require immediate attendance for
service. The form of the notice for non-commissioned officers and pri-
vates, shall be as follows:

"Take notice that you are hereby required personally, or by a sufficient *Form of*
substitute, to appear properly armed and equipped for service, at      on *notice.*
the          day of          to march when required. Given under my
hand, &c.

A. B. captain or commanding officer."

The governor shall select such general officer or officers as the nature of *General of-*
each case shall require, to proceed to the place of rendezvous, and take the *ficers to be appointed*
command of the troops called into actual service. The officer who shall *by the*
be selected for the chief command, shall immediately proceed to organize *governor.*
the detachment; whenever any detachment of the militia shall have been *Brigade in-*
called into actual service, it shall be the duty of the proper brigade inspec- *spector to*
tors, to organize within their respective brigades, the militia detached there- *organize.*
from, in such a manner as that the requisite number of company officers
for the militia detached, shall march therewith to the place of general
rendezvous.

The pay, rations and forage of the officers, non-commissioned officers *Pay and*
and privates of the volunteers and militia called into the service of the *rations.*
United States or of this state, shall commence two days prior to their
marching to the place or places of rendezvous, and each of the said officers,
non-commissioned officers and privates, shall receive pay, rations and forage
at the rate of sixteen miles per day, on their return home. For the service
of the horse of each officer and member of a troop of cavalry, there shall
be paid to the owner thereof, twenty-five cents per day; and for the service
of each horse used by a company of artillery, there shall be paid twenty-five
cents per day.

The governor of this commonwealth may, if he shall think proper, direct *Volunteers*
the cavalry, artillery, infantry or riflemen who may be called into actual *may be formed into*
service, to be formed into battalions or regiments. *battalions*

Whenever any portion of the militia shall be ordered into actual service, *and regi-*
it shall be the duty of the governor, through the adjutant general, to notify *ments.*
the brigade inspector, from whose brigade any such detachment may be *When calls*
required, whether the call of militia so made, is by order or requisition *are made the adju-*
from the general government, or by the authority of the governor of this *tant gene-*
state, and also the time of service for which the said detachment may be *ral to give*
required. *notice to brigade*

When any part of the militia shall have been called into actual service, *inspector.*
the officer who may have the command of the detachment, about to march *Paymaster*
to the place of rendezvous, shall nominate to the proper brigade inspector, *and quarter*
one of his staff or subaltern officers to act as paymaster, and also a subal- *master.*
tern to act as quarter master for the detachment, until it shall have arrived
at the place of rendezvous, (if the detachment consist of but one company,
a sergeant thereof shall act as quarter master) to whom, if he shall approve
the choice, the brigade inspector shall advance such sum or sums as may
be necessary for the pay and subsistence of the troops upon their march,
taking duplicate receipts therefor from the pay master or quarter master,
which shall also be endorsed by the commanding officer of the detachment.
The officer so appointed pay master, or quarter master, shall keep exact *To keep*
accounts of the mode of expenditure, and when he shall have arrived at the *accounts.*
place of rendezvous, shall transmit a statement thereof to the proper brigade

1822.  inspector, charging two and one half per centum for the services thus ren-
dered; and if any balance shall remain in his hands, he shall pay it over to
such person, or in such manner as the proper brigade inspector shall have
instructed him.

How and
by whom
horses to
be apprais-
ed.  The brigade inspector, and two reputable and disinterested citizens to
be nominated by him, shall appraise the horse of each officer, who is enti-
tled by the rules of war to keep a horse: and the horse of each member of
a troop of cavalry, and each horse belonging to the artillery, immediately
before every time of going into actual service, and enter such appraise-
ment in a book; and in case such horse shall be killed or die in actual
service, or be taken by the enemy, otherwise than by neglect of the owner;
on his producing to the officers of the department of accounts, a certificate
of the loss of said horse, signed by the commanding officer of the detach-
ment to which he belonged whilst in actual service, together with a
certificate of the valuation so as aforesaid directed to be made; he shall
thereupon be paid the full amount of such appraisement, by an order to be
drawn in the usual manner on the state treasurer, out of any money not
otherwise appropriated.

If killed,
&c. in ser-
vice the
owner shall
be paid.

Pay and
rations.  LXIII.  The officers, non-commissioned officers and privates, when called
into actual service, either on a requisition from the president of the United
States, or under the orders of the governor of this state, shall receive the
like pay and rations, and other emoluments as are or shall be allowed and
granted by the said United States, to the officers, non-commissioned officers
and privates of the regular army at the time they shall be in service, and
the non-commissioned officers and privates shall be armed and equipped at
the expense of the state, during said service.

Period of
service for
which to
receive
clothing.  Whenever the militia of this state shall be called into actual service for
the term of three months or more, they shall severally receive one uniform
coat, one pair of overalls, and one pair of shoes.  When called for the
term of one year, they shall severally receive a full suit of uniform, con-
sisting of one cap or hat, one stock and clasp, one vest, one uniform coat,
two shirts, one pair of woolen overalls, one pair of linen overalls, one pair
of stockings, one pair of socks, one frock, and one pair of shoes; which
articles of clothing shall be distributed by orders of the adjutant general
when the several corps shall have arrived at their respective places of ren-
dezvous.

The gover-
nor to draw
for money,
&c.  That in all cases of emergency where money may be wanted to organize,
furnish or supply the militia of this commonwealth, who may be called into
actual service, the governor is hereby authorized to draw his warrant on
the state treasurer for the sum or sums of money, and to dispose of it in
such manner as the exigency of the case may require.

Of substi-
tutes.  LXIV.  It shall and may be lawful for any person called to perform a
tour of duty to find a sufficient substitute, such substitute being approved
of by the captain or commanding officer of the company in which he shall
have offered to serve: *Provided always*, That if any substitute shall be
called in his own turn, into actual service before the term expires, which
he was to serve for his employer, then the person procuring such substitute
shall march, or find a sufficient person to march in his said substitute's
turn, or be liable to pay his fine for neglect; which fine is to be recovered
as other fines for neglect of serving are by this act recoverable; and sons
who are not subject to the militia law, may be admitted as substitutes for
their fathers if approved of by the commanding officer of the company in
which they shall be offered to serve.

Penalties
for officers
neglecting,
&c.  LXV.  If any commissioned officer of the militia, shall have neglected
or refused to serve when called into actual service, in pursuance of any
order or requisition of the president of the United States, he shall be liable
to the penalties defined in the act of congress of the United States, passed
on the twenty-eighth day of February, one thousand seven hundred and
ninety-five, that is to say, each and every officer having so offended, shall

RWar Exs.  Page 472

forfeit a sum not exceeding one year's pay nor less than one month's pay, to be determined and adjudged by a court martial, and shall moreover be liable to be cashiered by sentence of a court martial, and to be incapacitated from holding a commission in the militia for a term not exceeding twelve months, at the discretion of the said court, or shall be liable to any penalty prescribed by the acts of the congress of the United States now in force, or that hereafter may be passed for the government of the militia thereof.

Each and every non-commissioned officer, *musician* and private of the militia, who shall have neglected or refused to serve, when called into actual service in pursuance of an order or requisition of the president of the United States, shall be liable to the penalties defined in said acts of congress, or any acts that may be hereafter passed. <span>Non-commissioned officers and privates.</span>

Within one month after the expiration of the time for which any detachment of the militia shall have been called into the service of the United States, *or after such detachment shall have been discharged by the proper authority*, the proper brigade inspector shall summon a general court martial for the trial of such person or persons belonging to the detachment called out, who shall have refused or neglected to march therewith, or to furnish a sufficient substitute, of which delinquents, the proper brigade inspector shall furnish to the said court martial an accurate list. And as soon as the said court martial shall have decided in each of the cases which shall have been submitted to their consideration, the president thereof shall furnish to the *proper brigade inspector, and also to the accountant department*, a list of the delinquents fined, in order that the further proceedings directed to be had thereon, by the laws of this state or of the United States, may be completed. <span>When and by whom general courts martial to be summoned.</span> <span>To whom lists of delinquents fined to be furnished.</span>

LXVI. Each and every commissioned officer, who shall have neglected to perform his tour of duty, when called into the service of this state, by the governor thereof, shall pay a fine of thirty dollars for each and every month which he was called on to serve, and every private and non-commissioned officer who shall so neglect, shall pay the sum of sixteen dollars, for every month which he shall have been called on to serve: and it shall be the duty of the proper brigade inspector, immediately after the marching of any detachment, in the service of the state, to order a court martial, to consist of not less than five commissioned officers of the brigade, one of whom shall be a field officer, to meet at a time and place to be fixed on by the said brigade inspector; and of which public notice shall be given. And the court martial being assembled, shall be sworn or affirmed, to hear and determine all cases that may be submitted to them with justice and impartiality and according to law; And the said court shall be organized as courts martial in the United States' service. And the said brigade inspector shall furnish to the said court a list of all persons who neglected to perform their tour of duty in the state service, according to law. And the said court martial shall decide upon all cases brought before it, and having so decided the said court shall make out two lists of all such delinquents whose fines were not remitted, to be signed by the president of the said court, with a certificate, that the members of the said court were sworn and affirmed according to law: One of which lists shall be transmitted to the auditor-general, and the other delivered to the said brigade inspector: and the said brigade inspector shall, thereupon, issue one or more warrants, under his hand and seal for the collection of the said fines, to a constable or other fit person, which fines shall be collected and recovered, and all proceedings had on the said warrant or warrants in the same manner in all respects as is prescribed and directed in the case of fines for non-attendance on days of training. But if any person or persons against whom any such warrant shall issue as aforesaid, shall not have sufficient goods and chattels to pay and satisfy the amount of the fine incurred; every such person for want of the same, shall be committed to the jail of <span>Penalty refusing to perform military duty on call of the governor.</span> <span>Courts martial may be ordered.</span> <span>Members to be on oath.</span> <span>How organized.</span> <span>Duty of brigade inspector.</span> <span>List of delinquents to be made out, &c.</span> <span>Proceedings for collecting fines.</span>

MILITIA

**1822.**

*Additional punishment where officers refuse to perform, &c.*

*Pay of.*

the proper county, for the term of twenty days for every month he was called on to serve in the militia, unless the said fines and costs are sooner paid, there to be supported by the said county. And every commissioned officer, who shall neglect or refuse to perform his tour of duty, when called into the service of this state, shall, in addition to the fine prescribed by this section, be cashiered and rendered incapable of holding a commission for any term not exceeding seven years, at the discretion of the court martial. And each member of the court martial, and the judge advocate, shall be entitled to one dollar per day, for every day necessarily employed on said court.

*Pay-masters to be appointed by the governor.*

LXVII. Whenever the militia of this commonwealth shall be ordered into the service of the state, it shall be the duty of the governor to appoint one or more pay masters, who shall, before he enters upon the duties of his appointment, give bonds to the governor with sufficient sureties in such amount as the governor shall think proper and necessary, conditioned for the faithful disposition of all money placed in his hands, and for the true performance of his duty. And every said paymaster shall receive from the state treasury, upon warrants to be drawn by the governor, such sums as will be necessary to pay the militia in the service of the state; and he shall attend at the camp of the said militia, before they are discharged, if practicable to pay them. And it shall be the duty of the several commanding officers of regiments, battalions, detachments, or companies in service, to furnish the pay-master with complete rolls, duly certified, of all officers, non-commissioned officers, musicians, and privates, stating the time they have respectively served, and for which they are entitled to pay, in order to make payment to them; and the said rolls shall be countersigned by the commanding officer.

*Duties.*

*To be furnished with complete rolls, &c.*

*Penalty on persons who shall persuade to desertion, &c.*

LXVIII. If any male person shall attempt to persuade any non-commissioned officer or private, when called into actual service, to desert, or shall attempt in any manner whatever, to dissuade or hinder any officer, non-commissioned officer or private, from marching with his proper detachment, when called into actual service; every person so offending, shall forfeit and pay the sum of one hundred dollars, to be sued for in the name of the commonwealth of Pennsylvania; to be recovered as debts of equal amount are by law recoverable by the proper brigade inspector, to be accounted for by him, in the settlement of his accounts. But for want of sufficient property to pay the same, such offender shall be committed to the jail of the proper county, there to remain for the term of thirty days, unless the said sum, with costs, shall be sooner paid.

*How recovered.*

*No judge, &c. to interfere with decisions.*

LXIX. No *certiorari* or other writ, shall in any case issue from any court of law in this commonwealth, to remove any proceedings that shall be had in any court of appeal, or court martial, held under, and by virtue of the laws of this commonwealth, or under and by virtue of any law of the United States; and no court of law of this commonwealth or alderman or justice of the peace within the same, shall in any case hear or determine, or in any matter, take cognizance of appeals that may be offered or attempted from any sentence or decree, passed or made by any such court of appeal, or court martial; any law, usage or practice, or any construction of any clause of this act to the contrary in any wise notwithstanding. And if any justice of the peace, alderman, or judge of any of the courts of this commonwealth, shall issue, or cause to be issued, any writ or process, with a view to, or shall re-hear, examine, or obstruct the decision of any court of appeal, or court martial; any and every such justice of the peace, alderman, or judge, so having offended, shall be deemed, and held to be guilty of a misdemeanor in office; *Provided,* That nothing herein contained shall impair or affect the provisions of an act for the better securing personal liberty and preventing wrongful imprisonments, passed the eighteenth of February, one thousand seven hundred and eighty-five.

*Penalty.*

All suits that may be brought against any person or persons, for any <span>1822.</span> thing done in pursuance of this act, shall be commenced and tried in the <span>How, &c.</span> county where the cause of action shall have arisen, and not elsewhere; and <span>suits to be</span> the defendant or defendants, may plead the general issue, and give this act, <span>tried.</span> and the special matter in evidence; and if the jury shall find for the defendant or defendants, or if the plaintiff or plaintiffs shall be non-suited, or shall discontinue his or their action or actions, after the defendant or defendants shall have appeared, or if upon demurrer, judgment shall be given against the plaintiff or plaintiffs, the defendant or defendants, shall have treble costs,[1] and shall have the like remedy for the same, as any defendant or defendants hath or have in other cases, to recover costs by law, and the proceedings of courts of appeal and courts martial, shall, in no case what- <span>Proceed-</span> ever, be set aside or declared void by any judge or court of law, on the <span>ings not to</span> ground of informality, in such proceedings; and every judge who shall <span>be set aside for infor-</span> declare any such proceedings void, on the grounds before mentioned, shall <span>mality.</span> be deemed guilty of a misdemeanor in office: *Provided*, Such courts of appeal, or courts martial, shall be constituted under the authority of the United States, or of this state. And it shall be the duty of the prosecuting attorney of the commonwealth, in the county in which any suit may be brought against an officer, for any thing done in pursuance of this act, to appear to, and defend the said suit on behalf of the commonwealth.

LXX. No civil process shall be served upon any officer, non-commis- <span>Officers,</span> sioned officer or private, when going to, whilst attending at, or when re- <span>&c. when exempt</span> turning from any parade, for disciplining any part of the volunteers or <span>from pro-</span> militia. <span>cess and</span>

No execution or other process shall issue against any officer, non-com- <span>execution.</span> missioned officer, or private of the militia, when called into actual service, under a requisition from the president of the United States, or in pursuance of the orders of the governor of this commonwealth: nor shall any such process issue against him, until thirty days after he shall have returned from duty, to his usual place of residence, or until forty days after he shall have been discharged; and the court, alderman, or justice of the peace, from which or from whom any such process shall have issued, shall quash the same, as soon as the fact of any such person being ordered on public duty, shall have been proven, and all the costs which shall have accrued in commencing or conducting any such process, shall be paid by the person or persons, who shall have applied for the said execution or other process.

The uniform, arms, and accoutrements of every volunteer or any person enrolled in the militia of this commonwealth, and the horse furniture of every person entitled to use a horse in the militia or volunteers of this state, shall be exempt from all suits, distress, executions, or sales for debt, or for the payment of taxes.

LXXI. If any person subject to be enrolled as is provided for in the <span>Exempt.</span> ninth section of this act, shall, on or before the first day of April, in any year, pay to the county treasurer for the use of the commonwealth, the sum of two dollars, and produce a receipt therefor, to the captain or commanding officer of the company to which he belongs, on or before the day of company training, but not otherwise, such captain or commanding officer, shall set down in his roll, such person as exempt from military duty for one year, from said first day of April, and shall in his return to the proper court of appeal, designate such person as exempt from duty, and said court of appeal shall return each exempt as such to the brigade inspector; who shall transmit the same to the auditor general: *Provided*, That nothing in this act contained, shall exempt such person from being enrolled as a militia man, or from being called into actual service in time of war, as others who are not exempted as herein provided: *Provided also*, That the

---

(1) The costs are to be trebled, and not counted according to the English rule. 2 Rawle, 201.

1822.

Form of receipt.

person so exempted shall not be entitled to vote at any election for military officers during the time he shall be so exempted. And said receipt shall be in the following form, to wit: " _____ has paid me two dollars for the use of the commonwealth, and is exempt from military duty for one year, _____ Treasurer

Treasurer to account.

of _____ county." And the treasurer of the county, shall account for the monies received in pursuance of this section, at the same time, in the same manner, and under the same penalty as he shall account for monies received from tavern licenses, and shall be entitled to the same commission.

Brigade inspector to take charge of the state arsenals.

Additional compensation.

Repeal.

LXXII. It shall be the duty of the brigade inspectors to take charge of the state arsenals or depot of arms and military stores, the property of this commonwealth, established within their respective brigades; and the brigade inspectors who shall have charge of the arsenals at Philadelphia, Harrisburg, and Meadville, shall each receive the sum of one hundred dollars, in addition to their other compensation allowed by this act, and their duties shall be the same as that directed to be performed by the fourth section of the act, entitled " An act to provide for the erection of two arsenals," so much of the said act as provides for the appointment and compensation of state armourers, being repealed.

Duty of the adjutant general to visit the arsenals.

To make report to the legislature.

Compensation.

LXXIII. It shall be the duty of the adjutant general, as soon after the passage of this act, as conveniently may be, and as much oftener as he may deem it advisable, to visit the arsenals[1] of this commonwealth, and examine and inspect the arms and public property therein deposited; and he shall establish such regulations for the preservation and safe keeping of the same, as he may find necessary and proper; and which the brigade inspectors having the same in charge, are hereby required to strictly observe and attend to, under the same penalty as in other cases for neglect of duty; and the said adjutant general in his annual report to the legislature shall return the state and condition of the said arms and public property, and shall make such other representations as he may deem necessary for the information of the legislature. And the said adjutant general shall receive as a compensation, in addition to his annual salary for his services and expenses in performing the duty herein required for the ensuing year, two hundred and fifty dollars, to be paid out of the state treasury.

LXXIV., LXXV., LXXVI., LXXVII., LXXVIII. [Are temporary, except the part of the 75th section which is retained.]

Adjutant general to designate the kind of arms to be received from the U. States.

LXXV. And it shall be the duty of the adjutant general, under the direction of the governor, to designate and receive such kind of arms from the United States, as shall be deemed necessary and proper for the military service of the commonwealth, and cause the same to be deposited in the most convenient arsenals, to be disposed of agreeably to the provisions of this act.

Officers to deliver to their successors, records, &c.

LXXIX. All officers of the volunteers or militia elected or appointed under any former law, or who may hereafter be elected or appointed, or in case of their death, their executors and administrators are hereby required under the penalty of one hundred dollars, to deliver over to the successors of such officers, all books, records, documents and papers in anywise appertaining to their said offices; which penalty shall be recovered for the use and in the name of the commonwealth of Pennsylvania, by any person who may sue for the same: *Provided, however*, That the provisions and penalties contained in the twelfth and fiftieth sections of this act, relative to adjutant general and brigade inspectors, shall not be altered, affected or impaired hereby.

LXXX. [Obsolete.]

LXXXI. and LXXXII. [Repeal former laws.]

Passed 2d April, 1822.—7 Sm. L. p. 607.

(1) The Meadville arsenal once in three years.  14 April, 1827, § 6 ; 9 Sm. 398.

# EXHIBIT 67



HEINONLINE

DATE DOWNLOADED: Wed Jul  5 18:37:08 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Salmon P. Chase. Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress (1833).

ALWD 7th ed.
Chase, Salmon P. Statutes of Ohio & of the Northwestern Territory, Adopted or Enacted
from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the Constitutions
of Ohio & of the United States, & various Public Instruments & Acts of Congress
(1833).

APA 7th ed.
Chase, S. (1833). Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress. Cincinnati, Corey & Fairbank.

Chicago 17th ed.
Chase Salmon P. Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress. Cincinnati, Corey & Fairbank.

McGill Guide 9th ed.
Salmon P. Chase, Statutes of Ohio & of the Northwestern Territory, Adopted or Enacted
from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the Constitutions
of Ohio & of the United States, & various Public Instruments & Acts of Congress
(Cincinnati: Corey & Fairbank., 1833)

AGLC 4th ed.
Salmon P. Chase, Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress (Corey & Fairbank., 1833

MLA 9th ed.
Chase, Salmon P. Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the
Constitutions of Ohio and of the United States, and various Public Instruments and
Acts of Congress. Cincinnati, Corey & Fairbank. HeinOnline.

Rivas Exs., Page 478

OSCOLA 4th ed.
Chase, Salmon P. Statutes of Ohio and of the Northwestern Territory, Adopted or
Enacted from 1788 to 1833 Inclusive: Together with the Ordinance of 1787; the

CHAP. XLIV.—An act for organising and disciplining the militia.          [IN FORCE:]

§ 1.  *Be it enacted, &c.* That each and every able-bodied white male citi-  as amended,
zen of the United States, who now resides, or hereafter shall reside in this  32 O. L. local,
state, who now is, or hereafter shall be, of the age of eighteen years, and  251, etc.
under forty-five years of age, while resident herein, (excepting as hereinafter  What persons
excepted,) shall severally and respectively be enrolled in the militia of this  shall be enroll-
state, for the purpose of performing military duty ; and shall be organized,  ed in the mi-
officered and equipped, as is hereinafter provided.                          litia.

§ 2.  That it is hereby made the duty of the captain or commandant of  Duty of cap-
each company, within the bounds of whose company each person may reside,  tain or com-
within ten days next after he shall be informed of such residence, and at all  mandants of
times hereafter, such commanding officer shall enrol such person as aforesaid,  companies to
and also all those who may, from time to time, arrive at the age of eighteen  enrol certain
years, and under the age of forty-five years, excepting as hereinafter except-  persons.
ed, who shall come to reside within the bounds of his company.

§ 3.  That the militia of this state shall be organized into divisions, viz:  The state divi-
the counties of Hamilton, Warren and Butler, shall form the first division ;  ded into six-
the counties of Gallia, Meigs, Scioto, Lawrence, Jackson and Pike, shall form  teen divisions.
the second division ; the counties of Washington, Athens, Muskingum, Co-
shocton and Morgan, shall form the third division ; the counties of Trumbull,
Portage and Medina, shall form the fourth division ; the counties of Green,
Clinton, Fayette and Clark, shall form the fifth division ; the counties of Co-
lumbiana, Stark and Wayne, shall form the sixth division ; the counties of
Fairfield, Hocking, Licking, Perry and Knox, shall form the seventh divi-
sion ; the counties of Adams, Highland, Clermont and Brown, shall form the
eighth division ; the counties of Ashtabula, Geauga, Cuyahoga and Lorain,
shall form the ninth division ; the counties of Montgomery, Miami, Preble,
Dark, Mercer, Vanwert, Paulding and Williams, shall form the tenth divi-
sion ; the counties of Richland, Huron, Sandusky, Seneca, Crawford, Wood
and Hancock, shall form the eleventh division ; the counties of Champaign,
Logan, Shelby, Hardin, Allen, Putnam and Henry, shall form the twelfth
division ; the counties of Madison, Union, Delaware and Marion, shall form
the thirteenth division ; the counties of Jefferson, Harrison, Tuscarawas and
Holmes, shall form the fourteenth division ; the counties of Belmont, Guern-
sey and Monroe, shall form the fifteenth division ; and the counties of Ross,
Pickaway and Franklin, shall form the sixteenth division.

§ 4.  That the divisions aforesaid shall be divided into brigades, as follows,  Brigades enu-
to wit : in the first division, the county of Hamilton, the townships of Cole-  merated.
rain, Springfield, Sycamore, Symmes, Anderson, Columbia and Fulton,
together with one tier of sections situate on the north side of the townships of
Millcreek, Green and Miami, of the county aforesaid, and the city of Cincin-
nati, excepted, shall form the first brigade ; the county of Warren, shall form
the second brigade ; the county of Butler, shall form the third brigade ; the
townships of Colerain, Springfield, Sycamore, Symmes, Anderson, Columbia
and Fulton, together with one tier of sections situate on the north side of the
townships of Millcreek, Green and Miami, of the aforesaid county of Hamil-
ton, shall form the fourth brigade ; and the city of Cincinnati shall form the
fifth brigade : in the second division the counties of Gallia and Meigs, shall
form the first brigade ; the counties of Scioto and Lawrence, shall form the
second brigade ; and the counties of Jackson and Pike, shall form the third
brigade : in the third division, the counties of Washington and Athens, shall
form the first brigade ; the county of Coshocton, shall form the second brig-
ade ; the county of Muskingum, shall form the third brigade ; and the county
of Morgan, shall form the fourth brigade : in the fourth division, the county of
Trumbull, shall form the first brigade ; the county of Portage shall form the
second brigade ; and the county of Medina shall form the third brigade : in
the fifth division, the county of Green, shall form the first brigade ; and the
counties of Clinton and Fayette, shall form the second brigade ; and the coun-
ty of Clark, shall form the third brigade : in the sixth division, the county of
Columbiana, shall form the first brigade ; the county of Stark, shall form the
second brigade ; and the county of Wayne, shall form the third brigade : in
the seventh division, the counties of Fairfield and Hocking, shall form the first
brigade ; the county of Licking, shall form the second brigade ; the county of
Perry, shall form the third brigade ; and the county of Knox shall form the

fourth brigade: in the eighth division, the county of Adams, shall form the first brigade; the county of Highland, shall form the second brigade; the county of Clermont, shall form the third brigade; and the county of Brown, shall form the fourth brigade: in the ninth division, the county of Geauga, shall form the first brigade; and the counties of Cuyahoga and Lorain, shall form the second brigade; and the county of Ashtabula, shall form the third brigade: in the tenth division, the county of Montgomery, shall form the first brigade; the county of Miami, shall form the second brigade; the county of Preble, shall form the third brigade; and the counties of Dark, Mercer, Vanwert, Paulding and Williams, shall form the fourth brigade: in the eleventh division, the county of Richland, shall form the first brigade; the county of Huron, shall form the second brigade; and the counties of Sandusky, Seneca, Crawford, Wood and Hancock, shall form the third brigade: in the twelfth division, the county of Champaign, shall form the first brigade; the counties of Logan, Shelby, Hardin, Allen, Putnam and Henry, shall form the second brigade: in the thirteenth division, the counties of Madison and Union, shall form the first brigade; and the counties of Delaware and Marion, shall form the second brigade: in the fourteenth division, the county of Jefferson, shall form the first brigade; the county of Harrison, shall form the second brigade; the county of Tuscarawas, shall form the third brigade; and the county of Holmes, shall form the fourth brigade: in the fifteenth division, the county of Belmont, shall form the first brigade; the county of Guernsey, shall form the second brigade; and the county of Monroe, shall form the third brigade: in the sixteenth division, the county of Ross, shall form the first brigade; the county of Pickaway, shall form the second brigade; and the county of Franklin, shall form the third brigade.

*Subdivisions of divisions, brigades, etc.; proviso.*

§ 5.  That each division of the militia of this state shall consist of not less than two, nor more than eight brigades; each brigade shall consist of not less than two, nor more than eight regiments: and each regiment of not less than eight, nor more than fifteen companies, exclusive of independent companies: each company, other than independent companies, shall consist of not less than fifty privates, exclusive of those on the roll, who now are, or shall hereafter be, exempted from performing militia duty in time of peace: *Provided, however,* that the present organization of regiments shall not be affected by the foregoing provisions.

§ 6.  That when there is a sufficient number of men in any organized county in this state, to form three companies, but not sufficient for four entire companies, agreeably to the second section of this act, such county shall, by order of the brigadier general or commandant of brigade, be organized as a battalion, under the command of a major; and where the number of men in an organized county, shall be sufficient to form four entire companies, but not sufficient to form a regiment, such county shall, by order as aforesaid, be organized as a regiment, under the command of a lieutenant-colonel and major.

### INDEPENDENT CORPS.

*Each cavalry company to consist of not less than fifty, nor more than one hundred; two or more companies shall form a squadron, etc.*

§ 7.  That within each brigade there may be one or more companies of cavalry, each to consist of not less than fifty, nor more than one hundred rank and file, including noncommissioned officers: two such companies shall form a squadron; two squadrons shall form a regiment; and when the number of such companies is sufficient, shall be formed, by order of the brigadier-general, into squadrons and regiments; and whenever there shall be two regiments in any division, they shall be organized, by order of the major-general of the division, into a brigade; and such squadrons, regiments, and brigades, shall be officered as hereinafter provided.

*One or more companies of artillery, riflemen, and light infantry, may be attached to each brigade; may be formed into battalions,*

§ 8.  That to each brigade there may be one or more companies of artillery, one or more companies of riflemen, and one or more companies of light-infantry; each to consist of not less than fifty, nor more than one hundred rank and file, including noncommissioned officers: and whenever there are four companies of riflemen or light-infantry, or two companies of artillery, within the brigade, they shall, by order of the brigadier-general, be organized into a battalion; and whenever there shall be six companies, of either description of said corps, within a brigade, they shall be, in like manner, organized into a regiment, and be officered as herein provided: *Provided,* that in all cases where

Case 3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.13267   Page 526 of 718

there is not a sufficient number of light companies, of any one description, to **regiments, etc.; proviso.** form a squadron or battalion, agreeably to the provisions of this act, such company or companies shall be considered as belonging to such regiment as the brigadier-general or commandant of brigade, shall direct or order: and in all cases, the brigadier-general or commandant of brigade shall issue all orders for elections in all companies of light troops, until they shall be organized into regiments, squadrons, or battalions ; and the colonels or commandants of regiments, squadrons, or battalions, of light troops, shall issue all orders for the election of officers under their respective commands, which elections shall, in all respects, be conducted in the same manner, and under the same regulations, as is pointed out in this act for the election of officers of the same rank, in the infantry : and he shall order and direct such companies to be organized into squadrons or battalions, and such squadrons and battalions into regiments, whenever he shall be satisfied that they are entitled to such organization, agreeably to the provisions of this act.

### OFFICERS OF THE LINE AND NON-COMMISSIONED OFFICERS.

§ 9.   That to each division there shall be one major-general ; to each brig- **Officers enumerated.** ade, one brigadier-general ; to each regiment, one colonel, one lieutenant-colonel, and one major ; to each squadron of cavalry, to each battalion of artillery, riflemen, and light infantry, there shall be one lieutenant-colonel and one major ; to each company of infantry and light-infantry, there shall be one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer, and one fifer ; to each company of cavalry, one captain, one first lieutenant, one second lieutenant, one cornet, four sergeants, four corporals, one saddler and farrier, and two trumpeters ; to each company of artillery, there shall be one captain, one first lieutenant, one second lieutenant, four sergeants, four corporals, one drummer, and one fifer ; to each company of riflemen, there shall be one captain, one first lieutenant, one second lieutenant, four sergeants, four corporals, and two buglemen.

### STAFF OFFICERS.

§ 10.   That there shall be attached to the commander-in-chief, and to the **Staff officers of** several divisions, brigades, regiments, squadrons, and battalions, the following **the commander** staff officers, to wit:  the staff of the commander-in-chief, shall consist of one **in-chief; of di-** adjutant-general, who shall discharge the duties of inspector-general, one **vision; of bri-** quartermaster-general, one paymaster-general, and two aids-de-camp, who **gades; of regi-** (except the quartermaster-general) shall be appointed by the commander-in- **ments; duty of** chief : to each division, there shall be one division inspector, who shall dis- **drum and fife-** charge the duties of assistant-adjutant-general, one assistant quartermaster- **major; of regi-** general ; and to each major-general, two aids-de-camp, to be appointed by the **ments or squad-** major-general : to each brigade, there shall be one brigade-inspector, to serve **rons of caval-** as brigade-major, one brigade-quartermaster, and one aid-de-camp, to the **ry; of regi-** brigadier-general ; which brigade staff, shall be appointed by the brigadier- **ments or bat-** general : to each regiment or battalion of infantry, or light-infantry, there **talions of rifle-** shall be one chaplain, one adjutant, one quartermaster, one paymaster, one **men; vacan-** surgeon, one surgeon's mate, one quartermaster-sergeant, one sergeant-major, **cies, how fill-** one drum-major, and one fife-major ; to be appointed by the commandant of **ed; proviso.** such regiment or battalion : and it shall be the duty of the drum-major and fife-major, to examine and report to the commandants, upon all instruments of music, which shall be purchased for the use of the regiment or battalion, and no such instruments of music shall be paid for out of the funds of the regiment, until approved by them : to each regiment or squadron of cavalry, there shall be one chaplain, one adjutant, one quartermaster, one paymaster, one surgeon, one surgeon's mate, one quartermaster-sergeant, one sergeant-major, and one regimental or squadron trumpeter : to each regiment or battalion of riflemen, there shall be one chaplain, one adjutant, one quartermaster, one paymaster, one surgeon, one surgeon's mate, one quartermaster-sergeant, one sergeant-major, and one regimental or battalion bugler ; and all vacancies in the staff or non-commissioned officers, shall be filled by the officer having the power of appointing them agreeably to this act : *Provided*, that nothing herein contained, shall be so construed, as to require in time of peace, the chaplain, surgeon, surgeon's mate, or paymaster, of any regiment or squadron of cavalry, to appear in uniform ; nor shall they be required to attend the officer musters, unless particularly ordered by the commanding officer.

VOL. III.                            61

**Rank of staff officers.** § 11. That the staff officers herein enumerated, shall rank as follows: the quartermaster-general, as brigadier-general; the adjutant-general, the paymaster-general, and the aids-de-camp to the commander-in-chief, as colonels; the division-inspector, as lieutenant-colonel; the division-quartermaster and aid-de-camp to major-generals, as majors; the brigade inspectors, as majors; the brigade-quartermaster, the aid-de-camp to brigadier-generals, chaplains, and surgeons, as captains; adjutants, quartermasters, paymasters, surgeon's mates of regiments, squadrons, or battalions, as lieutenants; and all other regimental, squadron, or battalion staff, as non-commissioned officers.

**What staff officers to be commissioned, and to attend musters; proviso.** § 12. That all staff officers, of the rank of lieutenant and upwards, shall be commissioned as other officers, and (except chaplains) shall attend musters of the division, brigade, regiment, squadron, or battalion; and shall obey all other orders legally given, by the proper officer commanding the corps to which they belong: and the division-inspector and quartermaster, the brigade-inspector and quartermaster, and regimental, battalion, and squadron staff officers, ranking as commissioned officers, shall not be removed from their office in any other manner than is, or may be, provided in the case of officers of the line: *Provided*, that nothing herein contained, shall be so construed, as to continue in office any staff officer, ranking as a commissioned officer, after the death, resignation, removal of the officer appointing *him*, or after such staff officer shall have arrived at the age of forty-five years.

### ELECTION OF OFFICERS.

**Brigadier-general, how elected.** § 13. That when the office of brigadier-general shall become vacant, or a new brigade be set off, the commandant of division shall cause public notice to be given, at least twenty days previous to the day of holding the election, by advertisement, to be set up in at least three public places within the bounds of each regiment, squadron, or battalion, within such brigade, or published in some newspaper in general circulation therein, notifying the commissioned officers of the several regiments, squadrons, or battalions, to meet within the bounds of their respective regiments, squadrons, or battalions, for the purpose of electing a brigadier-general: at which time and place, it shall be the duty of the officer present, highest in rank, who is not a candidate, to preside at such election; who shall take to his assistance, two of the electors present, who are not candidates, as judges of the election, and also, one other elector to act as clerk of the election: and the said officer who presides at the election, as well as the judges and clerk, shall each take an oath or affirmation, faithfully and impartially, to receive, count, and make return of the votes legally given at such election; which oath, the officers acting herein, shall have power to administer to each other: after which, the judges shall, between the hours of ten o'clock A. M., and three o'clock P. M., of said day, receive the ballots from the legal electors of such regiment, squadron, or battalion; and the clerk shall enter the name of each elector in a book to be provided for that purpose; and at the close of the election, the judges and clerk shall count the ballots, and compare the same with the poll-books, and forthwith declare to the electors present, the state of the poll; and shall forthwith make out two certified statements of the votes legally given at said election; one of which shall be lodged with the adjutant of such regiment, squadron, or battalion, and the other statement shall be transmitted under seal to the officer ordering the election, who shall receive the same and canvass the votes: and if no notice of contest is left with him within ten days thereafter, he shall certify to the adjutant-general, the name of the person who has been elected; and the adjutant-general shall forthwith certify the same to the secretary of state, that commissions may issue accordingly: and the adjutant-general shall forthwith, after the commission issues, enclose them franked, to the commandant of brigade.

**Colonel, how elected.** § 14. That when the office of colonel shall become vacant, or a new regiment be set off, the commanding officer of the brigade, shall cause notice to be given to the commissioned officers of such regiment, at least ten days previous to the day of holding such election, of the time and place of holding the same; at which time and place, the electors present shall proceed in all respects, as is pointed out in the thirteenth section of this act.

**Lieutenant-colonel or ma-** § 15. That when the office of lieutenant-colonel or major becomes vacant, the colonel or commandant of the regiment, squadron or battalion, shall cause

ten days' notice to be given, of the time and place when the commissioned officers shall meet, to fill the same; and when so met, the election shall be conducted in all respects, as is provided in the thirteenth section of this act. *(marginal note: for, how elected.)*

§ 16.   That whenever a vacancy happens in the office of captain, lieutenant, or ensign, by the setting off a new company district or otherwise, the colonel or commanding officer of the regiment, squadron or battalion in which the vacancy may happen, shall cause public notice to be given, by advertisement set up in at least three of the most public places within the bounds of the company, at least ten days before the holding of the election, directing them to meet at a certain time and place, within the bounds of said company district, as near the centre of the district as may appear most convenient, stating the officer to be elected; and the electors when met, shall choose three judges and one clerk of the election, who shall be legal electors at such election, and who shall be duly sworn or affirmed, faithfully and impartially to receive, count, and make return of all votes legally given for captain, lieutenant or ensign, as the case may be, at said election: after which the judges shall, between the hours of nine o'clock, A. M., and four o'clock, P. M., of said day, receive the ballots from the legal electors of such company; and the clerk shall write the name of each elector, in a book to be provided for that purpose: and at the close of the election, the judges shall open the ballots, and, together with the clerk, shall count the same, and compare them with the poll-book, and forthwith declare to the electors present, the person or persons having the highest number of votes, to be duly elected: and if at such company election, or at any election held within any regiment, squadron or battalion, a vacancy shall have been created by promotion, the judges shall immediately proclaim it, and the electors present shall forthwith proceed to fill such vacancy without further notice; and all company elections shall be certified by the judges to the officer ordering the election, who shall certify the same to the adjutant-general, agreeably to the thirteenth section of this act: *Provided*, that if in any case, two or more persons shall have the highest and an equal number of votes, then, and in that case, the judges and clerk of the election shall determine the same by lot; except that if in the election of brigadier-general, two or more persons shall have an equal and the highest number of votes, the commandant of division shall take to his assistance, two commissioned officers, and shall, in their presence, determine the same by lot: and all non-commissioned officers and musicians of each company, shall be appointed by the captain or commandant of such company: and all non-commissioned officers shall be entitled to a warrant from the officer appointing them, setting forth the office to which such non-commissioned officer has been appointed. *(marginal note: Company officers, how elected.)*

§ 17.   That if the members of any company within this state, shall fail to elect their company officers, after proper notice, or shall elect such as refuse to serve and perform the duties required of them by this act, and such company remain without any commissioned officer for the space of six months, it shall be the duty of the commandant of the regiment, squadron or battalion, to which such company may belong, to order the members of such company to be attached to the adjoining company or companies, lying contiguous to the said company, and within the same regiment, squadron, or battalion, and notify the members of such company so attached to an adjoining company or companies, to perform duty in the company to which they may be transferred; which notice to the members of such company, shall be set up in the bounds of such company, in at least three public places: and the members so attached shall be liable to perform military duty in the company to which they are thus attached, from and after the date of the notice, in the same manner as if they had originally belonged to said company. *(marginal note: Companies failing to elect, or officers elect refusing to serve, shall be attached to contiguous companies.)*

### CONTESTED ELECTIONS.

§ 18.   That if any candidate or elector chooses to contest the validity of any election held under the provisions of this act, as to the right of any person proclaimed duly elected an officer, he shall give notice thereof in writing, to the officer who holds the election return, within ten days from the time of holding such election; and within said time, and in like manner, he shall notify the person whose election he means to contest, expressing the point or points on which he means to rely; and the officer holding the election return, shall *(marginal note: Elections, how contested; witnesses, how paid.)*

summon the parties to appear at a certain time and place, which shall not exceed twenty days after the day of election, before a court over which he shall preside, of three or more commissioned officers, whom he shall summon for that purpose ; and the officer holding such return, shall issue any summons that may be applied for by either of the parties, to procure the attendance of witnesses ; and the parties so applying shall serve the same, and endorse the time of service thereon, which shall be at least two days previous to the sitting of such court, and shall make a return thereof to the president of said court, at the time and place therein mentioned : and each witness thus summoned, shall be paid fifty cents for each day's attendance as such, out of the funds of the proper regiment, squadron or battalion, on the certificate of the presiding officer of the court : and every person giving evidence before such court, shall be examined on oath or affirmation, to be administered by the president of such court ; which court, when met, shall hear and determine the same, and report their decision in writing, to the officer who holds such return ; which decision shall be final and conclusive.

**Officers elect, entitled to receive certificates; proviso; further proviso.**
§ 19.   That any officer declared elected may, after the expiration of ten days, be entitled to receive a certificate from the officer ordering such election ; which certificate, and taking the necessary oath, shall entitle such officer to command, and to vote at elections, and to perform such other duties as may pertain to the office to which he is elected, until his commission can be procured : and in all cases, the officer giving such certificate, shall administer to such officer, the necessary oath of office, and endorse the same on the back of his certificate, with the day and date on which such oath was administered : *Provided*, that whenever it may be necessary to administer any oaths, to carry into effect any of the provisions of this act, any civil officer authorized to administer oaths, or any officer in the militia, duly elected and sworn, shall be authorized to administer such oath or affirmation : *And be it further provided*, that nothing in this act shall be so construed, as to admit any staff-officer to vote at any election for officers.

**Brigade districts, how made or altered; regimental districts, how made or altered; company districts, how made or altered; proviso; further proviso.**
§ 20.   That whenever it becomes necessary, from an increase of population or other circumstances, to erect new, or alter old brigade districts, the generals and field officers of the division to which such brigade belongs, or a majority of them, in which the bounds are to be altered, shall meet by order of the commanding officer of the division, who shall attend such meeting, and make such alterations, or create such new districts, as may be thought necessary, and transmit a copy of such alterations forthwith to the division-inspector, who shall record the same, and also transmit a copy thereof to the adjutant-general: in like manner, the field-officers of the infantry of any brigade, or a majority of them, shall have power to alter an old, or create a new regimental district : and said field-officers shall meet for the purpose aforesaid, by order of the brigadier-general or commandant of brigade, who shall attend such meeting ; and all alterations thus made, shall be recorded by the adjutants of the respective regiments thus altered : and in like manner the field-officers of the several regiments of infantry may alter an old, or create new company districts : said field-officers shall meet for that purpose, by order of the colonel or commandant of such regiment, who shall attend such meeting ; and all alterations thus made, shall be recorded by the adjutant of said regiment, in a book to be by him kept for that purpose : *Provided*, that the alterations thus made shall not reduce the companies, squadrons, battalions, regiments or brigades, below the organized number specified by this act : *Provided, also*, that the field officers of any brigade, when convened for the purpose of altering old, or creating new regiments, shall determine in what manner the funds of any regiment, out of which a new regiment or part of regiment may be taken, shall be divided, and in what proportion each shall contribute to the payment of the debts of such regiment : *And provided, also*, that all orders heretofore granted, and recorded in the regimental book by the authority of any regiment, shall be redeemed : and in all cases where a division or alteration of any regiment has heretofore taken place, or may hereafter take place, and the debts owing by such regiments at the time of such division or alteration, remain unpaid, it shall be the duty of the brigadier-general or commandant of brigade, at the request of the commandant of such regiment, or any other person, to order a board of officers, to consist of a majority of the field-officers of such regiment, to convene for the purpose of determining in what proportion the

regiments concerned shall contribute to the payment of such debts; the decision of which board shall be final and conclusive.

§ 21.  That when any entire division, brigade, regiment or company, have been, or may hereafter be set off, the officers in such division, brigade, regiment, or company, shall retain their respective commands: and if the number of such division, brigade, regiment or company shall be changed, so that the commission or commissions of the officers therein do not properly designate their commands, it shall be, and is hereby, made the duty of the commander-in-chief to make an endorsement on the commissions of major-generals; and the major-general shall, in like manner, make an endorsement on the commissions of brigadier-generals; and the brigadier-general shall, in like manner, make an endorsement on the commissions of the colonels, and lieutenant-colonels commanding squadrons or battalions of light troops, and brigade staff-officers in the brigade; and the colonels or commandants of regiments, squadrons or battalions shall, in like manner, endorse the commissions of all officers in their respective regiments, squadrons or battalions; which endorsement, so as aforesaid, shall vest the officer or officers holding such commissions, with the same authority as the commission would have done if the same had been expressed on the face of such commission.

*Officers to retain their commands in new divisions, etc.*

### MUSTERS.

§ 22.  That there shall be a muster of each company in the militia of this state, on the first Friday in September, in each and every year; and that each and every independent company may have two or more additional musters in each and every year, at such time as the commandant of said company may direct: and there shall also be, once in each and every year, a regimental, squadron or battalion muster, of each regiment, squadron or battalion of light troops within this state; which muster shall be held at such times as the commandant of brigade may order, for the purpose of having said regiment, squadron or battalion, inspected: *Provided*, that no private shall be compelled to attend any company muster beyond the limits of the county in which he resides, in time of peace.

*Company musters, when holden; independent companies may hold two additional musters.*

§ 23.  That the first regiment of infantry in each brigade, shall muster on the second Monday of September in each and every year; the second regiment of said brigade shall muster on the succeeding Wednesday; and if there should be more than two regiments of infantry in any brigade, such regiment or regiments shall muster according to their number, in succession, as aforesaid, having one day only between each muster, Sundays excepted: *Provided*, that the commandant of brigade shall have power, when in his opinion it may be necessary, so to arrange said musters, that it will be most convenient for the brigade inspector to visit them in rotation, on such day as said brigadier general may direct; and shall notify the commandants of regiments of any change he may make at the officer muster: and the commandants of regiments shall, at the same time, give notice of any change so made, to the commandants of companies; and the companies, regiments, squadrons and battalions, when met, shall continue to perform military evolutions and exercises, agreeably to the military discipline of the armies of the United States, and such other evolutions as the commandant thereof may direct, from ten oclock, A. M. of the day of meeting, until four o'clock, P. M. of said day: *and provided also*, that when in the field, each division, brigade, regiment or company, shall take rank agreeably to the date of the commission of the officers commanding the same: and in forming regiments, squadrons or battalions, the companies shall be formed, as far as practicable, agreeably to the rules and regulations for the field exercises and manœuvres of infantry, compiled and adapted to the organization of the army of the United States, agreeably to a resolution of congress, dated December, one thousand eight hundred and twenty-four: *Provided*, that where a company of infantry is so situated that the centre thereof is more than fifteen miles from the place of holding regimental or battalion musters, such company shall not be required to attend the regimental or battalion muster, but shall meet at their usual place for holding company musters, and perform duty under the command of the officers of such company; and the members of such company shall be subject to the same fines for non-attendance, or any other delinquency, as if such company had performed duty with the proper regiment or battalion; and the commanding officer of such

*Regimental musters of infantry, when holden; proviso; hours of parade; further proviso as to rank; proviso.*

company shall, forthwith, after such muster, make a complete return of the strength of said company, to the commandant of the regiment or battalion.

**Commandants of brigade to appoint officer musters; hour of meeting; proviso.**

§ 24. That the brigadier-general or commandant of brigade, shall call an officer muster, to consist of the commissioned and staff officers of the brigade, in each and every year, between the months of May and September, to continue two days, by giving thirty days previous notice of the time and place of holding such muster, to the commandants of regiments, squadrons and battalions; who shall give sufficient and timely notice thereof to the commissioned and staff officers of their respective regiments, squadrons and battalions, to meet at ten o'clock on the day appointed, and continue, under the command of the commandant of brigade, until three o'clock, P. M. of the succeeding day : *Provided*, that the commandant of brigade shall, when there is more than one county in any brigade, divide such brigade for officer muster, so that the same may be held in their respective counties.

**Commandant of companies, regiments, etc. shall appoint place of muster**

§ 25. That the commandants of companies shall each appoint the place of holding his company muster; the commandants of regiments, squadrons or battalions, shall each appoint a place of holding his regimental, squadron or battalion musters; and the commandants of brigades shall each appoint the time and place of holding the officer muster in his brigade.

**Light companies to uniform in six months; fine for not uniforming.**

§ 26. That all light and independent companies that are now organized, or may hereafter be organized, shall equip and uniform themselves within six months from the time of their organization : and each independent company raised and organized under the provisions of this act, or such as have heretofore been raised and organized, shall be uniformed in such manner as a majority of the members thereof shall think fit to agree upon; which uniform shall be by each non-commissioned officer and private worn, while on duty ; and every non-commissioned officer, musician or private, belonging to any light or independent company, and appearing at any regimental, squadron, or battalion muster, of his or their company, regiment, squadron or battalion, not equipped and uniformed as aforesaid, shall be fined in any sum not less than twenty-five cents, nor more than two dollars ; to be assessed and collected in the same manner as other fines are, and in like manner paid into the hands of the proper paymaster.

**Independent companies, how raised ; proviso ; further proviso.**

§ 27. That all independent companies shall be raised hereafter by voluntary enrolment, in such manner as shall be directed by the commandant of brigade ; such companies to be composed of men between the ages of eighteen and forty-five : *Provided*, that no minor shall be enroled by any officer of any such light company, without the consent of the parent, guardian, or mastor of such minor : every person who has received, or may hereafter receive, from the brigadier-general or commandant of brigade, orders to enlist, by voluntary enrolment, an independent company of any description, may enrol the members of the same from any company within the bounds of said brigade : *Provided*, that it shall not be lawful for a member of any infantry company to enlist into an independent company, so as to reduce such infantry company below the number of fifty, exclusive of those of the roll who are exempted from performing military duty in time of peace, including non-commissioned officers, without permission from the commandant of the company ; nor shall a member of any-independent company, without permission from the captain, enlist into any other independent company, so as to reduce the company to which he belonged below the number of fifty rank and file, including non-commissioned officers : *and provided, also*, that whenever it shall happen that *so many of* the members of any infantry company shall have enlisted, with the permission of the commandant, into any light or independent company or companies, so as to reduce such infantry company below the number of twenty-five rank and file, it shall be the duty of the colonel or commandant of the regiment to which such company belongs, to attach the residue of such company to the adjoining infantry company or companies, as he shall think proper, by causing written notice thereof to be set up in three of the most public places within the bounds of such reduced company, and notifying the commanding officer of the company or companies, to which he proposes to attach such reduced company : and each and every member of said company, so reduced and thus notified, shall, in ten days thereafter, be liable to do duty as privates, in the company or companies to which they are attached.

**Field officers,**

§ 28. That in each regiment, squadron, or battalion, the field officers shall

each arm himself with a good and sufficient sword and pair of pistols, and furnish himself with a good, active, well made horse, mare or gelding, with saddle, bridle, martingal, and holsters: and in each company of cavalry, or troop of horse, the commissioned officers shall each be armed with a good and sufficient sword and pair of pistols, and shall each furnish himself with a good, active, well made horse, mare or gelding, not less than fifteen hands high, with saddle, bridle, martingal, holsters, and valise; and each non-commissioned officer, musician, and private, shall in like manner, furnish himself with a good, active, well made horse, mare or gelding, not less than fifteen hands high, with a good and sufficient saddle, bridle, martingal, valise, and holsters, and in like manner shall be armed with a good and sufficient sword, a pair of pistols, and a cartridge box, to contain twelve cartridges suitable to the bore of his pistols; and all persons belonging to a company of cavalry, or troop of horse, as aforesaid, shall wear as a part of their uniform and equipage, a pair of short boots and plated spurs: and in each company of infantry, artillery, riflemen, or light-infantry, the commissioned officers shall arm themselves with a good and sufficient sword; and in the artillery, each private or matross shall be armed with a good and sufficient: musket, bayonet, and belt or fusee, with a cartridge box, to contain twenty-four cartridges, suitable to the bore of his gun: in all rifle companies, the non-commissioned officers and privates shall arm themselves with good and sufficient rifles, powder-horns, and bullet pouches: in all light infantry companies, the non-commissioned officers and privates shall be armed with muskets, bayonets, and belts, with a cartridge box sufficient to contain twenty-four cartridges, suitable to the bore of his gun; and all infantry companies, each non-commissioned officer and private, shall arm himself with a good and sufficient musket, rifle, or fusee.

<p style="margin-right-note">how armed; cavalry officers, how armed; members of cavalry company, how equipped; officers of the infantry, etc. how armed; privates of light infantry companies, how armed and equipped.</p>

§ 29.    That all delinquencies accruing in any volunteer or independent company for nonattendance, want of uniform, or for any other cause, at all musters of such company, shall be returned by the captain or commanding officer of such company, to the next court of inquiry, for the assessment of fines; and such court shall examine and adjudge of such delinquents as in other cases: *Provided*, the captain and subaltern officers of any volunteer or independent company shall have authority, at their option, to strike from the roll of their company, any non-commissioned officer or private, who shall not have equipped and uniformed himself within six months from the organization of said company, who shall have behaved improperly or disorderly, while on duty; and the commandant shall notify the captain of the infantry company, within whose bounds such person or persons may reside, in order that they may be enroled and liable to do duty in such company of infantry: *and provided also*, that every militia man who has been a member of a light company, from the first of January, eighteen hundred and twenty-six, who now is, or hereafter shall become, a member of a light company, and shall have served as such, completely armed, equipped, and uniformed agreeably to law, and the rules of such company, for the period of seven years, shall be exempt from military duty in time of peace, any thing in this act to the contrary notwithstanding; and each person having so served, shall be entitled to a certificate from the commandant or commandants, of his own proper company, or companies; which certificate or certificates shall entitle him or them to exemption from military duty in time of peace.

<p style="margin-right-note">Delinquencies of independent companies, to be returned to next court of inquiry; proviso; further proviso; exempting certain persons in time of peace.</p>

§ 30.    That from and after the taking effect of this act. all commissioned, non-commissioned officers and privates, in the militia of this state, shall hold their arms and accountrements, while liable to do military duty under the provisions of this act, free from any execution or sale for debt, damages, and taxes: and each and every person liable to do military duty, shall be free from arrest while attending such duty, and on his way going to, and returning from, any muster, in all civil actions whatsoever.

<p style="margin-right-note">Arms, etc. held free from execution; persons free from arrest while attending military duty.</p>

§ 31.    That every commissioned, non-commissioned officer, musician, and private, shall appear at their respective muster grounds on the day appointed, at ten o'clock in the forenoon: and at every muster, each commandant of a company shall direct a sergeant of his company to call the roll at one-half past ten o'clock in the forenoon, and shall note down every person belonging thereto, who fails to attend: and he shall examine all those who do attend, and note down all who are not uniformed, armed, and equipped, as is required by this act: and he shall cause a list of such delinquents to be made out, set-

<p style="margin-right-note">Hour of parade; roll to be called at half past ten o'clock; absentees noted; list to be made out and set up at</p>

*places of holding muster.*

ting forth in such list whether the delinquency is for nonattendance, want of arms, or for want of the proper uniform and equipment; and shall forthwith, after the regimental, squadron, or battalion muster, cause such delinquent list to be set up at the place of holding company muster, within such company, and make return thereof to the next court of inquiry for the assessment of fines, to be holden for such regiment, squadron, or battalion; which list, so returned, shall be certified by a commissioned officer, or sworn to by a non-commissioned officer or private of such company.

*Brigadier-general, &c. to constitute a court to assess fines on field officers, etc.; proviso.*

§ 32.   That the brigadier-general or commandant of brigade, with two or more such officers as he shall select, shall constitute a brigade court of inquiry, for the assessment of fines on delinquent field officers, and brigade staff officers; which court shall convene at such time and place as he shall direct, whenever the same may be necessary: and the brigade inspector shall attend and keep a record of the proceedings of said court, and shall make out two separate lists of the persons fined in each regiment, squadron, or battalion, with the amount of fines assessed on each person; which list shall be signed by the presiding officer of said court, and attested by the brigade inspector; one of which lists the brigade inspector shall retain, and forthwith transmit the other to the adjutant of the regiment, squadron, or battalion, to which any such delinquent officer may belong: and it shall be the duty of the adjutant, within ten days after receiving such list, to transmit a certified copy thereof, to the paymaster of his regiment, squadron, or battalion, and charge the paymaster with the amount of fines contained therein: and the paymaster shall, within ten days after receiving such certified copy, deliver a written notice to each delinquent contained thereon, or leave the same at his residence, or usual place of abode, notifying such delinquent to call at a place to be named in said notice, within twenty days, and pay his fine; and if such delinquents do not attend and pay their fines agreeably to such notice, it shall be the duty of the paymaster, to lodge such list with a justice of the peace within the bounds of the township, who shall collect the same in the manner pointed out in the thirty-ninth section of this act: and all fines assessed and collected by virtue of the provisions of this section, shall be applied as other fines are directed to be applied by the provisions of this act: *Provided,* that for the purpose of collecting fines assessed on delinquent brigade staff officers, they shall be considered as belonging to the township within the bounds of which they respectively reside.

*Fines of delinquents.*

§ 33.   That the following fines shall be incurred for delinquency, to wit: the major-general of a division, for neglect of any duty enjoined on him by law, not less than twenty, nor more than two hundred dollars; the brigadier-general of a brigade, or any staff officer who ranks as brigadier-general, for neglect of any order of his superior officer, or any of the duties enjoined on him by law, not less than fifteen, nor more than one hundred and fifty dollars; by the colonel of a regiment, or commandant of a squadron or battalion, for neglect of any order of his superior officer, or any of the duties enjoined on him by law, not less than ten, nor more than one hundred dollars: by a lieutenant-colonel or major, who is not commandant of a regiment, squadron, or battalion, or any staff officer ranking as lieutenant-colonel or major, for neglect of any order of his superior officer, or any of the duties enjoined on him by law, not less than eight, nor more than eighty dollars; by the captain of a company or troop of horse, and any staff officer ranking as captain, for neglect of any order of his superior officer, or of any of the duties enjoined on him by law, not less than five, nor more than fifty dollars; by a lieutenant or ensign, or any staff officer ranking as lieutenant, for neglect of any order of his superior officer, or any of the duties enjoined on him by law, not less than four, nor more than forty dollars; by every regimental, squadron, or battalion non-commissioned staff officer, for neglect of any order of his superior officer, or any of the duties enjoined on him by law, not less than three dollars, nor more than twenty dollars: by every non-commissioned company officer, musician, or private, of light troops, for refusing to attend a muster of his company, one dollar and fifty cents; for refusing to attend a regimental, squadron, or battalion muster, two dollars: by a non-commissioned company officer, musician, or private of infantry, for refusing to attend a muster of his company, seventy-five cents, for refusing to attend a regimental or battalion muster, one dollar; for attending any muster without the proper arms and

accoutrements, twenty-five cents: for shooting or discharging a gun or pistol within any town on days of muster, without order of a superior officer, the person so offending, shall be fined for such offence, fifty cents.

§ 34.   That for fines assessed against minors, under the provisions of this act, the father shall be bound for his son, and the guardian for his ward, to the amount of funds of the ward in the hands of the guardian; masters for apprentices: and all property held in common by any association or associations of people, whose tenets or rules require a community of property, shall be liable and bound for any and all fines assessed by the provisions of this act, against any member or members of such associations, for the non-performance of military duty. *Fathers and guardians liable for fines of sons and wards.*

§ 35.   That if any private in the militia of this state shall make it appear to the satisfaction of the commissioned officers of the company to which he belongs, that he is unable to furnish or equip himself, as by this act required, the said officers shall not return such private delinquent, for want of such equipage or arms, until in the opinion of the officers of the company to which he belongs, he is able to furnish and equip himself agreeably to this act. *Privates unable to equip, excused.*

§ 36.   That the major, together with the commandants of companies in each regiment, shall meet at eleven o'clock, A. M., on that day week next after their respective regimental muster, at or near the place where such muster was holden, notice of which meeting shall be given by the commandants of regiments, at their regimental musters: at which meeting the major, or in his absence the officer next highest in command, shall proceed to organize a court of inquiry for the assessment of fines, at which the officer highest in rank, present, shall preside: at which time and place, the adjutant of the regiment, squadron, or battalion, shall attend, and keep a record of the proceedings of said court; and shall make out a list of the names of the persons fined at such court, in each company, with the amount of the fine assessed on each, annexed to his name; which list shall be signed by the officer presiding at such court, and attested by the adjutant, and preserved by him, and laid before the next court of appeals for said regiment or battalion, as hereinafter provided: *Provided,* the members of such court of inquiry shall not charge the regiment, squadron, or battalion, more than one dollar per day each, for their services. *Major and commandants of companies to constitute a court of inquiry and assessment of fines.*

§ 37.   That the field officers of each regiment, squadron, or battalion, with the senior captain, or any two of them, shall constitute a court of appeals, to which any person feeling aggrieved by the decision of the court of inquiry, may appeal: and the officers composing such court of appeals, shall meet, at eleven o'clock in the forenoon, on that day two weeks next succeeding the court of inquiry, at the place where such court of inquiry was holden; and when met, such commandant, or in his absence, the officer next highest in command, shall preside; to which court any person feeling himself aggrieved may appeal: and the adjutant of such regiment, squadron, or battalion, shall attend and keep a record of their proceedings; and shall make out two separate lists of the names of the persons in each company, whose fines may not be remitted by said court of appeals, with the amount of fines assessed on each person; which list shall be signed by the presiding officer of said court, which the adjutant shall attest: one of which lists the adjutant shall retain, and record the same with the proceedings of such court; the other list he shall transmit to the paymaster of such regiment, squadron, or battalion, within ten days after the sitting of such court of appeals, and shall charge the paymaster with the amount of fines contained therein: *Provided,* the members of such court of appeals shall not charge the regiment, squadron, or battalion, more than one dollar per day each, for their services. *Court of appeals, by whom constituted, and when holden.*

§ 38.   That the paymaster of each regiment, squadron, or battalion, upon receiving the list of fines from the adjutant, shall make out three copies of such list of each company as aforesaid, and set up the same in three public places within the bounds of the company, notifying the delinquents to call at a place to be named in said notice, within thirty days after the time of setting up said notice, and pay their respective fines. *Duty of paymaster upon receiving list of fines from the adjutant.*

§ 39.   That if delinquents do not attend and pay their several fines, agreeably to such notice, it shall be the duty of the paymaster, after the expiration of thirty days as aforesaid, to lodge the list, certified by the court of appeals, with a justice of the peace within the bounds of the township where such delinquents may reside: and when the company bounds exceed the limits of *Paymaster to lodge list of fines with a justice of the*

peace; duty of justice.

any one township, the paymaster shall give a certified copy of the list, certified by the court of appeals, to each justice within whose township the delinquent may reside, and also a list of the names thereon, whose fines remain unpaid, except such as are insolvent; and such justice of the peace shall forthwith issue his summons, making such paymaster plaintiff, for each and every delinquent, for the amount of such fine which remains unpaid, as in other actions of debt, and shall render judgment for the amount against each delinquent whose fine remains unpaid, which is contained in said certified list from the court of appeals, with costs of suit, and issue execution thereon as in other cases, unless such delinquent can satisfy the justice that he was not liable to be fined, or that the fine against him ought to have been remitted by the court of appeals; and if the justice shall be satisfied, that the delinquent was not prevented by absence or sickness from attending and making his excuse before the court of inquiry or appeals, he shall render judgment against the defendant for costs: and each and every justice who shall refuse to receive such list of delinquents, or shall neglect to issue his summons and proceed as herein provided, shall be held responsible for the amount not collected; and any constable who shall neglect or refuse to serve any summons or execution for the collection of any fine as assessed, shall be liable as in other cases of neglect: and in every case where no property can be found, whereon to levy and make the fine and costs, the paymaster shall pay the costs accruing in such case, out of the fines collected.

Fees of justices and constables.

§ 40.   That the justices of the peace and constables shall receive the same fees for their services herein required, as are allowed by law in other cases.

Compensation of paymaster and musicians.

§ 41.   That the paymaster and musicians shall receive for their several services under the provisions of this act, such compensation as the court of appeals may think proper to allow.

§ 42.   That all fines heretofore assessed and remaining unpaid, shall be collected under the provisions of the law by the authority of which they were assessed: and every constable who shall refuse to receive a list of fines, and collect and pay over the same, as provided in the act, entitled 'an act for the organizing and disciplining the militia,' passed February eighth, eighteen hundred and twenty-six, shall forfeit and pay the sum of ten dollars; to be recovered before any justice of the peace of the proper county, by suit in the name of the paymaster of the regiment, upon complaint of any officer, non-commissioned officer or private of the proper regiment, squadron or battalion, by action of debt: and when collected, shall be paid to the paymaster of the regiment, squadron, or battalion, in which such list of fines, so refused by such constable was assessed: Provided, that if the suit be instituted on complaint made by any person other than the paymaster, and the defendant be acquitted, the paymaster shall not be liable for the cost of such suit; but judgment for the same may be rendered against the person making such complaint.

Fines how disposed of.

§ 43.   That in all cases, the fines of commissioned and noncommissioned officers, musicians and privates belonging to any regiment, squadron or battalion, after defraying the expenses of collection, and all other expenses herein provided for, the surplus in the hands of the paymaster shall be appropriated for the use and benefit of the respective companies from which they were collected, in proportion to the amount collected from each, and shall be expended as the commissioned officers, or a majority of them, of such company, shall direct: and the paymaster shall keep an account with each company of his regiment, squadron, or battalion, and pay over the surplus, after the expenses of collection, and other expenses as aforesaid, upon the order of the captain or commandant of such company, and shall take a receipt for the amount paid, and file the same with the adjutant, who shall give him credit therefor.

Resignations, to whom made, and by whom accepted.

§ 44.   That for good cause shown, the commander-in-chief may accept the resignation of major-generals; major-generals may accept the resignation of brigadier-generals within their respective divisions; brigadier-generals may accept the resignation of colonels or commandants of regiments, squadrons or battalions within their respective brigades: and colonels, or commandants of regiments, squadrons or battalions, may accept the resignation of any officer under their command: and in all cases where a resignation is accepted, the cause of such resignation shall be endorsed, by the officer accepting the same, on the back of the commission resigned; but the command of the officer tendering his resignation shall not cease, until the officer accepting such resignation shall

have caused his acceptance, and the date thereof, to be noted by the adjutant of his regiment, squadron or battalion : and the commander-in-chief, commandants of division, and commandants of brigades, may, in like manner, accept the resignation of any of their staff-officers.

§ 45. That the adjutant of each regiment, squadron or battalion, shall keep a fair and accurate rank-roll of the commissioned officers of the regiment, squadron or battalion to which such adjutant may belong; the resignation, removal, or death, of any officer of his rank-roll, shall be noted, and notice of new commissions inserted : and the commanding officer of each regiment, squadron or battalion, when he makes his regimental, squadron or battalion return to the commandant of brigade, shall accompany the same with a fair copy of the rank-roll taken from the records of the adjutant, and shall, moreover, each and every year thereafter, when he forwards his regimental, squadron or battalion return to the commandant of brigade, accompany the same with a report of any change in his rank-roll since his last report, with such remarks as he may think proper to make, with the names, rank and date, of commissions since issued : the brigadier-general shall cause his brigade-major to keep a fair record of the rank-roll so returned, and afterwards, each and every year, enter thereon such alterations as may be reported to him by the commandants of regiments, squadrons, or battalions ; and he shall accompany his next brigade return to the major-general, with a fair rank-roll of all field officers of the brigade under his command, to be recorded by the division inspector ; and it is moreover made the duty of the brigadier-general, in each and every succeeding year, to accompany his annual return with a report of any change that may have taken place as to field-officers in the brigade under his command, since his last report : the major-general shall, with his next division return, cause his division-inspector to make out and forward to the adjutant-general a fair and complete rank-roll of the field-officers of his division, to be by the adjutant-general recorded in a book prepared for that purpose ; and the major-general shall afterwards, annually, accompany his division return with a report of all changes and alterations that may have taken place in the rank-roll of the field-officers in the division under his command since his last report ; which report shall be filed by the adjutant-general, and the proper entries and remarks made in his rank-roll.

*Rank-roll to be kept by adjutant; duty of commandants of regiments, etc. to return rank roll to commandants of brigade; brigadier-generals to report rank-roll of field officers in their brigade to major-generals; major-generals to report rank-roll of field officers in their divisions to adjutant-general.*

§ 46. That the commandant of each company, at each regimental, squadron or battalion muster, shall make to the commandant of the proper regiment, squadron, or battalion, complete returns of the full strength of his company : and the commandants of regiments, squadrons or battalions, shall cause to be made out under their inspection complete returns of their respective regiments, squadrons, or battalions, and a copy thereof forwarded to the brigadier-general, on or before the tenth day of October, annually : and the brigadier-generals shall, in like manner, cause complete returns of their respective brigades to be made out under their inspection, and a certified copy thereof forwarded to the major-general, on or before the first day of November, annually : and the major-generals shall cause complete returns of their divisions to be forwarded to the adjutant-general, on or before the first Monday of December, annually : and the adjutant-general shall make proper abstracts from such returns, and lay the same annually before the commander-in-chief of the state, and forward a duplicate of the same to the president of the United States : *Provided*, that the commander-in-chief, commandants of divisions, of brigades, of regiments, squadrons and battalions, may call on the subordinate officers under their respective commands for returns, at any time they may think expedient, or when ordered so to do by their superior officers ; and all officers, when so called upon, shall be bound to furnish the same, under the penalties prescribed by this act for disobedience of orders, or neglect of duty ; which returns shall be made agreeably to such forms as the commander-in-chief may, from time to time, prescribe.

*Commandants of companies to make return of strength of companies to commandants of regiments; commandants of regiments to brigadier-generals; brigadier-general to major-general; major-general to the adjutant-general; adjutant-general to the commander-in-chief; proviso.*

§ 47. That if any officer shall fail to make accurate returns of his respective command, at the time required in the preceding section of this act, or shall at any time make a false return of delinquents under his command, the officer to whom such return is, or was to have been made, shall have power to arrest such delinquent officer, and have him tried by a court-martial : *Provided, always,* that when an officer is cashiered by the sentence of a court-

*Making false return, or failing to return, how tried; proviso.*

martial, such officer shall be rendered incapable of holding any office, in the militia of this state, for a period not exceeding two years.

**Officers without sword, etc. deprived of command; liable to fines; duty of brigade-inspector to examine arms, call rolls, note delinquents, etc.; lay same before court of appeals; proviso.**

§ 48. That if any commissioned or staff-officer shall appear at any muster without a sword or hanger, uniform and badge of office, such officer shall not be permitted to take command on that day ; and at all regimental, squadron or battalion musters, and officers' musters, the commandants of regiments, squadrons and battalions, shall deprive every officer of his command, who shall not appear armed and equipped as is required by this act; and all officers who may have lost their command at any muster for the causes aforesaid, shall be proceeded against, and liable to the same amount of fines as though they had failed to attend such muster: and at all officer, regimental, squadron, or battalion musters, it shall be, and is hereby, made the duty of the brigade-inspector, and in his absence, the adjutant, to examine the arms of the officers, and call the roll of officers, whose duty it was to attend such muster, note delinquencies, and make return thereof to the commandant of the proper regiment, squadron or battalion : who shall lay the same before the next court of appeals, to be holden in said regiment, squadron or battalion ; which court shall hear and determine such delinquencies as in other cases, before a court of inquiry and assessment of fines : *Provided*, that no officer shall come within the provisions of this section, until six months from the time of his being elected and accepting the office.

**How armed at officer musters; fines for failure; proviso.**

§ 49. That at the officer musters, all excepting the general officers and their staff, cavalry officers and field officers, of regiments, squadrons, or battalions, shall be armed with a good and sufficient musket, rifle or fusee; and every officer appearing at such muster with. at his proper arms, shall be fined in the sum of three dollars, to be collected as other fines : *Provided*, that cavalry officers shall be armed as is provided for in the twenty-eighth section of this act, and may parade on horseback, separate and apart from the officers above specified.

**What persons are exempt from military duty; proviso.**

§ 50. That the following persons shall be exempt from military duty to wit : the vice-president of the United States ; the officers, judicial and executive, of the government of the United States ; the members of both houses of congress, and their respective officers ; all custom-house officers ; all postmasters and persons employed in carrying the mail of the United States ; all ferrymen having charge of a ferry, and actually attending the same ; the judges of the supreme court and of the courts of common pleas ; the keeper of the penitentiary, his assistant and guards ; canal commissioners and engineers ; the presidents, professors, tutors and students of all colleges, universities and academies, and the teachers of common schools, during the time of their actual employment as such teachers ; also, ministers of the gospel, regularly licensed agreeably to the rules and regulations of their respective churches, during the exercise of their duties as such ; every commissioned officer in the militia, who heretofore has been, now is, and shall hereafter become, completely equipped and uniformed, and served as such, according to law, for five years ; every militiaman who has arrived at the age of thirty-five years, and being between the age of thirty-five and forty-five years shall be exempt from military duty in time of peace : *Provided*, that the name of every such person so exempted as aforesaid, shall remain on the muster-roll, and be returned by the commandants of companies, in the aggregate strength of the militia ; and shall previous to their being exempt from duty, make it appear to the satisfaction of the board of officers composing the court of appeals, of the regiment, squadron, or battalion, in which they may reside, that they are entitled to be exempt ; in which cases the president of the board, shall give every such officer or militiaman, a certificate, which shall be received as evidence of his being exempt from duty, as aforesaid.

**Persons wishing to be exempt from military duty on account of bodily infirmity, how to proceed; proviso retaining the**

§ 51. That if any person who wishes to be exempt from military duty on account of bodily infirmity or disability, he shall appear before the regimental squadron, or battalion court of inquiry to which he belongs, where he shall be examined on oath or affirmation, if required by the surgeon or surgeon's mate of the regiment, squadron, or battalion, in the presence of the court of inquiry, relative to his indisposition or disability to perform military duty : and, if on such examination, it shall appear to the surgeon or surgeon's mate, and the court of inquiry, that such man or men are unable to perform military duty, the president of the court shall give to such man found disabled, a cer-

tificate of exemption, until his complaint shall be removed, which certificate *name on mus-ter-roll.* shall be countersigned by the adjutant : *Provided,* that the name of every such person shall remain on the muster-roll, and be returned by the commandants of companies, in the aggregate strength of their respective companies ; and such person shall be bound thereafter to perform military duty, when in the opinion of the commandant of the company his complaint or disability is removed ; and the commandants of companies shall notify such person or persons that he is enroled, and liable to do duty.

§ 52.   That the drum and fife majors of each regiment, squadron, or battal-ion, shall attend all brigade officer musters within their respective brigades, and all regimental, squadron or battalion musters in their regiments, squad-rons, or battalions, in each and every year. *Drum and fife majors to at-tend musters.*

§ 53.   That if any non-commissioned officer, private, or by-stander, inter-officer, regimental, squadron, battalion, or company muster, or at any meeting of officers authorized or required by this act, shall insult or otherwise molest any officer or soldier when on duty, the commanding officer may order such person or persons to be put under guard for any time not exceeding six hours: and such non-commissioned officer, musician, private, or by-stander, may, moreover, be returned by such commanding officer to the next court of inquiry, for the assessment of fines, and may be fined in any sum not less than one, nor more than ten dollars ; which fine shall be collected and applied as other fines, under the provisions of this act. *Persons inter-rupting mus-ters, how pun-ished.*

§ 54.   That no person shall be eligible to a command in the militia of this state, who is not a citizen of the United States, and of this state, and has not resided within the proper county the time prescribe . by the twenty-seventh section of the first article of the constitution of this state : and every officer commissioned by virtue of this act, shall, within ten days after receiving a commission, and previous to entering on the further execution of his office, take an oath to support the constitution of the United States, and of this state, and also an oath of office ; a certificate of which shall be indorsed on his com-mission by the person administering the same : and if any person receiving any such commission shall fail to take the oath aforesaid, within the time here-in provided, and give notice thereof within twenty days thereafter, to the pro-per officer, whose duty it shall be to direct such vacancy to be filled, and for-ward the date of his commission to the adjutant of the regiment, squadron, or battalion, to which he may belong, he shall be considered as refusing to ac-cept such office, and the same shall be filled as in other cases. *Eligibility to office, what; officers to take an oath in ten days after re-ceiving com-mission; pro-ceeding on neg-lect.*

§ 55.   That the brigade inspectors, and adjutants of regiments, squadrons, and battalions, shall be paid for their services required of them by this act, to wit: the brigade inspector shall receive for each regiment, squadron, or battalion, in the brigade to which he belongs, the sum of eight dollars, annu-ally, to be paid on the certificate of the brigadier-general of the brigade to which such brigade inspector belongs, yearly, out of the state treasury ; the adjutants of regiments, squadrons, or battalions, shall receive each, ten dollars annually, to be paid on the certificate of the colonel or commanding officer of the regiment, squadron, or battalion, to which such adjutant belongs, out of the regimental, squadron, or battalion funds ; *Provided,* that nothing herein contained shall be so construed, as to prevent the regimental, squadron, or battalion court of appeals, from allowing the adjutant such additional compen-sation as they may think fit, to be paid out of the regimental, squadron, or battalion funds : *Provided,* that where a brigade is composed of two or more counties, then, and in that case, the brigade inspector shall receive for each regiment, squadron, or battalion in said brigade, the sum of twelve dollars. *Compensation allowed to bri-gade-inspect-ors and adju-tants annually; proviso.*

§ 56.   That the quartermaster-general shall receive an annual salary of one hundred dollars ; the adjutant-general shall receive an annual salary of two hundred dollars: both to be paid semi-annually out of the state treasury, on the order of the auditor of state. *Salaries of quartermas-ters and adju-tant generals.*

§ 57.   That the quartermaster-general of this state, shall enter into bond with two or more securities, to be approved by the governor, in the sum of thirty thousand dollars ; which bond shall be made payable to the governor, and his successors in office, for the use of the state, conditioned for the faith-ful discharge of the duties of his office ; which bond shall be filed in the adju-tant-general's office ; and said penalty may be recovered at the suit of the governor, for failure in the conditions thereof. *Quartermaster to give bond to governor.*

**Duty of Quartermaster-general.** § 58.   That the quartermaster-general shall take charge of the department throughout the state ; and shall have power to issue orders to all quartermasters, requiring of them such returns and reports, and giving them such instructions, as he may deem proper and necessary, for the security of the public property.

**His further duty.** § 59.   That the quartermaster-general shall keep a record of all orders he may issue to, and of his correspondence with, any officer as aforesaid, and of all orders he may, from time to time, receive from the commander-in-chief, and he shall likewise obey all orders from him relating to the duties of his office ; and the postage of all packages and letters sent to, and from him, as relating to the duties of his office, shall be paid for by the state.

**His advances to be refunded by the state.** § 60.   That the actual advances of the quartermaster-general, for the stationary of his office, including forms and blanks furnished division quartermasters and others, shall be paid out of the treasury of this state, on his exhibiting an account thereof, approved by the governor.

**His duty in purchasing stores, etc.** § 61.   That it shall be the duty of the quartermaster-general, when directed by the commander-in-chief to procure military stores, camp equipage, and other articles requisite for the troops, and to procure and provide means of transportation for the same.

**To keep office at seat of government, and report annually** § 62.   That the quartermaster-general shall keep his office at the seat of government ; and it shall be his duty to make an annual report of the state of his office, to the commander-in-chief, who shall lay the same before the legislature annually.

**Duty of adjutants in attending courts of inquiry; proviso; further proviso.** § 63.   That the adjutants of regiments, squadrons, and battalions, shall attend all courts of inquiry and courts of appeals held in their respective regiments, squadrons, or battalions, take minutes of their proceedings, receive all returns from the commandants of regiments, squadrons, or battalions, and record the same in a book, by him provided for that purpose, and shall perform such other duties as he may, from time to time, be required to perform by the commandant of his regiment, squadron, or battalion: *Provided*, that when any adjutant shall be absent on command, the commanding officer shall appoint a suitable person to act as adjutant : *Provided also*, that in the case of sickness, or any other cause, the adjutant of the regiment, squadron, or battalion, shall not attend the court of inquiry or court of appeals, the officer presiding at such court shall appoint some person to do and perform the duties required of such adjutant ; and the person thus appointed, shall receive such compensation as the court of appeals of regiment, squadron, or battalion, shall think proper to allow, to be paid out of the regimental, squadron, or battalion funds.

**Duty of adjutant-general ; of brigade-inspectors; proviso; duty of adjutants of regiments, etc. ; paymaster's duty ; to give bond ; further duty of paymaster; proviso.** § 64.   That the adjutant-general shall discharge the duties of inspector-general, and distribute all orders from the commander-in-chief to the several divisions, or other corps of the militia ; attend all public reviews, when the commander-in-chief shall review the militia, or any part thereof ; obey all orders to him relative to carrying into execution, and perfecting the system of military discipline established by law : each division inspector shall act as assistant adjutant-general, who shall distribute all orders from the commandants of divisions ; attend all public reviews, when the commandant of division shall review the militia ; keep a record of the rank rolls of the field officers of his division ; and keep a correct detail of all detachments marched into service from his division ; to make returns of his division under the inspection of the commandant thereof ; and such other duties as may, from time to time, be required of him, by order of the commander-in chief, or commandant of his division : the brigade inspectors shall attend all brigade courts of inquiry ; all musters of officers within their respective brigades, exercise and examine them : to attend all regimental, squadron, or battalion musters, of militia composing their brigades inspect their arms, ammunition and accoutrements : to note delinquents, and return the same to the commanding officer of the brigade, regiment, squadron, or battalion, to which they belong ; and obey such orders as they shall, from time to time, receive from the commander-in chief, or commandants of division or brigade to which they belong ; and shall, in all respects, attend to delivering general orders ; to keeping a rank roll of the commissioned officers of the brigades ; and a correct detail of all detachments marched from their brigades into service ; and to making all returns that may be required from their brigades ; *Provided*, that in case of the absence or disability of the brigade inspector at any brigade court of inquiry, the officer

presiding at such court, shall appoint some person to perform the duties required of such brigade inspector and adjutants of regiments, squadrons, and battalions, shall in like manner, attend all musters of their respective regiments, squadrons, or battalions ; deliver all general, regimental, squadron, or battalion orders ; and obey such orders as they may, from time to time, receive from their superior officers: the paymaster of each regiment, squadron, or battalion, shall attend his regimental, squadron, or battalion court of inquiry ; and shall lay before the board, an accurate account of the finances of the regiment, squadron or battalion, stating particularly, all moneys received and paid out, with his several proceedings relative to the duties of his office, which shall be compared with the books of the regiment ; and said paymaster shall give bond with sufficient security, to the commandant of the regiment, squadron, or battalion, to which he belongs, in the sum of one thousand dollars, conditioned for the faithful discharge of his duty ; which bond shall remain on file in the adjutant's office, and may be prosecuted for a failure of the conditions thereof, at the suit of the adjutant, before any court having competent jurisdiction thereof : the paymaster of each regiment, squadron, or battalion, shall make out annually, on or before the first Monday in December, a correct statement of the finances of the regiment, squadron, or battalion to which he belongs, the amount of fines collected, and the amount expended, by order of the regiment, squadron, or battalion court of inquiry, and assessment of fines ; and shall transmit a duplicate thereof to the paymaster-general of the militia of this state, who shall report the same to the legislature annually, on or before the first day of January : *Provided*, that this section shall not be so construed, as to require the paymaster to make the report herein before required, to the paymaster-general, in time of peace.

§ 65.   That the books heretofore purchased, or which may hereafter be purchased, by the governor, for the use of the militia of this state, shall be, and remain, the property of this state ; and on the death, resignation or removal from office, of any officer, the books so furnished shall be delivered to his successor in office : and any officer destroying such book or books, or failing or neglecting to deliver the same over to his successor in office, shall be fined in any sum not exceeding five dollars, nor less than three dollars ; to be assessed, and collected, and paid over as other fines, agreeably to this act. *(margin note: Books to remain the property of the state.)*

§ 66.   That the militia of this state, when called into actual service, shall serve six months, unless sooner discharged, from the time they arrive at the place where they may be ordered to rendezvous, within the brigade from which they are detached, which place shall be designated by the commandant of brigade ; and shall, in all cases, be commanded by militia officers, regularly elected under the provisions of this act, except as provided by the laws of the United States : and if discharged by orders of the commander-in-chief, previous to the expiration of six months, they shall be entitled to receive pay for such time as they may be in service, allowing them a reasonable time to return to their places of residence : and shall be entitled to a discharge for a full tour of duty.

§ 67.   That when any detachment of militia of this state shall be ordered into actual service, to perform a tour of duty under the law of this state, the commanding officer of brigade, on receiving the proper orders from any superior officer, shall issue his orders to the commanding officers of regiments composing his brigade, detailing to them the number of men required from their respective commands, ordering them to cause the captains or commanding officers of the companies, together with the subalterns or commissioned officers of their several companies composing their regiments, to furnish the number of men required : and on the receipt of such orders, the commanding officer of each and every company so ordered, shall forthwith assemble his company at their usual place of muster ; and, at such meeting, he shall divide those who are not minors, subject to do military duty, by ballot, into as many classes as there are men required of him : and in case of the absence of any of the members of the company, of full age, the commanding officer shall draw for him or them, and forthwith notify such absentee or absentees, either himself or by a non-commissioned officer ; and when such absentee or absentees cannot be found, a written notice shall be left at their last and most usual place of abode, signed by a commissioned or non-commissioned officer, by whom such notice may be proven, which warning shall be deemed sufficient : and each class so *(margin note: Terms of duty regulated ; proviso.)*

APPENDIX.

formed, shall furnish one able-bodied man, by draft or contract, as such class may agree, within five days thereafter, to the acceptance of the commanding officer of such company, who shall immediately enrol such man or men, and cause them to be marched agreeably to the order he may have received for that purpose : *Provided*, that in all cases, any person so drawn may serve by a substitute, to be approved of by the captain or commanding officer of the company in which he may be offered to serve : *Provided, also*, that minors shall not be drafted to perform a tour of militia duty, until all the other members of the company to which such minor belongs shall have served a tour of duty.

**Parents and guardians bound for sons and wards.** § 68.   That when it may become necessary for minors to perform tours of duty, parents shall be bound for their sons, guardians for their wards, to the extent of the funds of such wards in the hands of the guardians, and masters for their apprentices.

**No militiaman called a second time until, etc.** § 69.   That no militiaman who has served a tour of duty, either by himself or substitute ; no militiaman who has paid the whole penalty for neglecting or refusing to perform a tour of duty ; and no militiaman who has been fined for not performing a tour of duty, who has paid a part of such fine, and before he shall be called upon to be classed, according to the provisions of this act, shall pay the residue thereof ; shall be classed under the provisions of this act, until every militiaman remaining in the company, and who was a member thereof at the time such duty was performed, or fine assessed, shall perform a tour of duty, or until a number of substitutes shall be furnished under this act, equal to the number of militiamen remaining in such class, in manner aforesaid.

**Routine of duty for officers; rank how determined when commissions are of same grade and same date ; staff officers to be called into service with their generals, colonels, etc.; non-commissioned officers with their captains; proviso.** § 70.   That for the purpose of having the militia, when called into service, properly officered, the following order is hereby enjoined, that is to say : all major-generals shall serve on tours of duty, agreeably to the dates of their respective commissions, if the whole detachment amounts to a major-general's command ; and the brigadier-generals shall also serve, agreeably to the dates of their commissions, successively, if the whole detachment from the state amounts to a brigadier-general's command ; if more than one brigadier-general's command is called, the next senior brigadier-general shall be called to take command, subordinate, and so on in succession ; and all other officers throughout the state shall serve according to the date of their respective commissions, as follows, to wit : when any one or more divisions furnish a regiment, the senior colonel, within the bounds of which such regiment shall be formed, shall command the detachment ; when any one or more regiments or brigades furnish to the number of six companies, and less than a regiment, the senior-lieutenant colonel within the same, shall command ; and when the same shall furnish three, and not exceeding five companies, the senior major within the regiment, brigade or brigades, furnishing the detachment, shall command : when any regiment, brigade, or division, furnishes a company, the company officers shall be taken from within the bounds furnishing the same —the senior captain, lieutenant and ensign, not having performed a tour of duty, shall always be the first for duty, and shall be so called into service : where a controversy concerning rank shall arise, from the sameness of date in the commissions, it shall be determined by reference to former commissions, in the service of this state, and when no former commissions are held, the rank shall be determined in the following manner : the colonel or commanding officer of such regiment shall, in the presence of at least two disinterested officers, determine the same by lot, which shall ever after govern such officers as to their rank : in like manner shall the brigadier-general determine the rank of colonels in his brigade, when such commission shall be of the same date ; in like manner shall the major-generals determine, by lot, the rank of brigadier-generals within their several divisions, when two or more commissions are of the same date ; in like manner shall the adjutant-general determine, by lot, the rank of any major-general, when any two or more commissions are of the same date : and it shall be the duty of any commandant of regiment who has determined the rank of any officer, to certify the same to the brigadier-general, who shall cause the same to be noted on his rank-roll ; in like manner shall the brigadier-general certify to the rank of any field-officer under his command, so determined, to the major-general, to be by him noted on his rank-roll ; and in like manner shall the major-general certify to the adjutant-

general the rank of field officers, so established within the division under his command, to be noted by the adjutant-general: the division staff-officers shall perform tours of duty with their major-generals: brigade staff-officers shall perform tours of duty with their brigadier-generals; regimental staff-officers shall perform tours of duty with their colonels; the non-commissioned officers shall perform tours of duty with the officers of their companies as follows: the first sergeant, first corporal and musicians, shall march with the captain; the second and third sergeants, and second and third corporals, shall march with the lieutenant; the fourth sergeant and fourth corporal, shall march with the ensign: *Provided*, that when the adjutant shall be called to perform a tour of duty with his colonel, he shall, previous to his departure from the regiment to which he belongs, deliver over all papers and records in his possession belonging to the regiment, to the senior officer remaining in such regiment; who is hereby authorized and required, without delay, to appoint an adjutant, pro tempore.

§ 71.   That if any detachment of militia shall be drafted, or shall volunteer their services, under a call of this state, when they arrive at the place of rendezvous, the commandant shall appoint three disinterested persons, who shall, on oath or affirmation, appraise the private arms, accoutrements, horses and equipage which may belong to such detachment; and said appraisers shall give each person a certificate of the property for him appraised, with the amount of the appraisement; and the said commandant shall transmit a certified copy of such appraisement to the office of quartermaster-general: if any such property be lost, the owner using due diligence to preserve the same, the amount of such appraisement shall be paid such person, his heirs or assigns, out of the state treasury. *Private arms and other property to be appraised.*

§ 72.   That when a detachment of militia shall be required to go into actual service under a call of this state, the commandants of brigades or regiments from which a detachment may be required, shall, if to be procured on reasonable terms, employ for the use of each company of not less than fifty privates, so required to march from their respective commands, a wagon, team and driver, or six pack-horses, or in that proportion for any less number of men; and the commander aforesaid shall stipulate with the owner or owners for a certain sum per day to be paid him or them for services to be rendered by such wagon, team and driver or drivers, and pack-horses, during the time they may remain in service; and give to the owner or owners aforesaid, a certified copy of the agreement so entered into, therein specifying the property so received, and the sum or sums per day promised to be paid for such services: and the officer commanding the detachment, while in service, shall, at the time of discharging the same, give or transmit to the owner or owners of such wagon, or team, or pack-horses, a certificate of the services rendered by such wagon and team or pack-horses, stating the price of hire per day, and the sum total such persons may be entitled to receive for such services, directed to the auditor of state; who shall, on the receipt of such certificate, issue bills as in other cases, in favor of the person or persons entitled to the same: and the treasurer of state shall pay the amount of such bills, out of any money in the treasury not otherwise appropriated. *Each company when in actual service to be furnished with a wagon and team, or six pack-horses; the cost thereof, and how paid.*

§ 73.   That the commandants of brigades or regiments, from which detachments are drawn, if not otherwise obtained, shall cause to be procured by impressment, for each full company, a wagon and team, or six pack-horses, ten axes, and ten camp-kettles or pots, of a convenient size, all of which shall be delivered to the commandant of the company, for the use of such company; and the commandant of such company shall receipt for such articles to the officer impressing the same, who shall cause all property by him impressed, to be appraised by three respectable persons, on oath or affirmation, before the same shall be sent away, and shall give the person from whom any article may have been impressed, a receipt therefor, together with a certificate of the appraised value, signed by the appraisers, and the amount thereof shall be allowed by the auditor, on the certificate of the appraisers and commandant of the detachment, and paid out of the treasury of state, as all other moneys due therefrom; and when the public shall have no further necessity for said property, the governor shall cause the same to be disposed of, and shall cause all moneys arising from the sale thereof, to be paid into the state treasury, and the state treasurer's receipt to be taken therefor; which receipt shall be *Teams, wagon and horses may be impressed, if the same cannot be hired; proceedings on impressment; impressed property to be sold when out of use.*

filed in the auditor's office : whenever public property shall be placed in the care of an officer, such officer shall be accountable for all losses sustained by his misconduct or neglect ; and the adjutant-general shall prosecute such offender, and recover damages for the use of the state, unless such damages are paid on demand ; and all moneys thus received, shall be paid into the state treasury as above directed.

*The commandant of detachment may appoint a purchasing commissary in certain cases, who shall take oath, etc.; his duty.* § 74. That when detachments of militia are called into actual service, and cannot otherwise be provided with rations, forage, and camp equipage, the commandants thereof shall appoint a purchasing commissary, to purchase such articles, and furnish such quantities of provisions and forage, as may be directed by such commandant ; and the commissary thus appointed, shall before he enters on the duties of his appointment, take and subscribe an oath or affirmation to perform the duties of his office, to the best advantage for the state, until they can be furnished by a regular contractor or purchasing commissary ; and shall give a receipt to all persons from whom he may procure such provisions, forage, or other articles as aforesaid, stating therein the quantity, quality, and price of the articles thus purchased, together with a designation of the detachment for whose use such purchase may have been made : and such purchasing commissary, on the close of the tour of duty of the detachment for which he may be appointed, or when his appointment shall or may cease, shall forthwith transmit to the auditor of state, a correct account of his purchases, and the number and amount of receipts given by him ; and the person receiving such voucher shall apply to the auditor of state, for an order on the treasurer of state, for the amount thereof, which shall be paid out of any money in the treasury not otherwise appropriated : and the commandants of detachments, as aforesaid, shall also appoint an issuing commissary, who shall likewise serve until he is superseded by the rules and regulations of the armies of the United States, in such cases made and provided ; and the aforesaid purchasing commissary, when superseded by a regular contractor or purchasing commissary, shall deliver over to such contractor or commissary, all supplies he may have on hand : and the said contractors and commissaries shall be bound to receive the same, and receipt therefor, to such special commissary, at the prices given for such articles, with the additional expense incurred thereon at the time of delivery ; which receipt shall be deposited with the auditor of state, and the amount thereof charged to such regular contractor or commissary.

*Proceeding on suits under this act.* § 75. That if any suit or suits shall be brought or commenced against any person or persons, for any thing done in pursuance of this act, the defendant may plead the general issue, and give this act and the special matter in evidence.

*Arms, etc. belonging to a division, to be under the care of the quartermaster thereof.* § 76. That all the public arms, ammunition, accoutrements, camp equipage, and military stores, belonging to any division of militia of this state, shall be under the superintendence of the assistant quartermaster-general of such division, who shall have power to employ suitable persons to clean and repair any arms or articles which may require it, and certify any reasonable and just account which may be rendered, for cleaning and repairing, and for transporting such arms and military stores to any place where they may be ordered by the commander-in-chief, or commandants of divisions ; which accounts, thus certified, shall be allowed by the auditor of state, and paid as other accounts against the state are paid ; and such assistant quartermaster-general shall receipt for all articles delivered to his charge, and account for the same at any time when called on so to do, by the commandant of division, or quartermaster-general of this state.

*Persons selling public arms, etc. how punished.* § 77. That if any person shall sell or dispose of any of the public arms, or any other camp equipage, or other property belonging to the state ; every person so offending, shall forfeit and pay for every musket, sabre, or pistol or other article, double the value of the cost of such arms or other property, to be recovered by action of debt, before any justice of the peace, or other court having jurisdiction of the amount, in the name of the quartermaster of the proper regiment, squadron, or battalion, on complaint of any person who may prosecute for the same : and all fines and forfeitures collected by virtue of the provisions of this section, shall be paid by the justice to the proper quartermaster, and be by him transmitted to the paymaster-general of the militia of this state.

§ 78.   That when a part of the militia of this state shall be called into actual service, and arms shall be wanted for their use, the commander-in-chief of division or brigade, may call from any volunteer company which does not volunteer their service, any or all the public arms in possession of such company, and place, or cause the same to be placed, in the hands of those who volunteer or are drafted for actual service.

*Militia wanting arms, how supplied.*

§ 79.   That the militia of this state, when in actual service, shall be subject to the same rules and regulations, as the armies of the United States, and shall receive the same pay, rations, and forage, as are allowed to the troops of the United States : *Provided*, that upon a transgression of either officer or private, against such rules and regulations, the cause shall be tried and determined by a court martial composed entirely of militia officers.

*Militia, how governed, and how paid; proviso.*

§ 80.   That the persons of all officers, noncommissioned officers and privates, who actually perform a tour of duty, shall be exempt from arrest, and their property from distress and sale under any civil process, from the time they are legally notified to march on a tour of duty, and during the time they may serve on the same, and until they shall have a reasonable time to return to their respective homes, and thirty days thereafter.

*Persons on duty, free from arrest, and their property free from distress, etc.*

§ 81.   That when any commissioned officer of militia in this state, shall hereafter accept of any military commission in the service of the United States, and shall serve therein as a commissioned officer, or any officer absenting himself for more than nine months, unless such officer shall be absent on duty, the commission of such officer, held under the authority of this state, shall be vacated ; and the proper officer whose duty it is to fill vacancies in such cases, shall proceed to fill the same as in other cases.

*Commission of officers vacated in certain cases.*

§ 82.   That on the complaint of a commissioned officer, made in writing to a superior officer, touching the conduct of any officer, such superior officer shall, if he think the complaint a sufficient one for an arrest, cause the officer against whom such complaint is made, to be arrested ; and when any officer is arrested as aforesaid, the officer whose duty it is to arrest, shall notify the officer arrested, in writing, that he is suspended from command until acquitted from such arrest, stating the grounds of arrest and place of trial.

*Officers arrested on complaints, etc.*

§ 83.   That in all cases where an officer is arrested, the officer who orders the arrest, shall issue any summons that may be applied for by either of the parties ; and the parties so applying, or any person whom the officer granting such summons may appoint, may serve the same, and endorse the time and service thereon, which shall be at least three days previous to the sitting of the court martial, and shall make return thereof : and any person who neglects or refuses to attend a court martial after being duly summoned, shall be fined in any sum not exceeding fifty dollars ; which fines shall be collected and applied as other fines under the provisions of this act: and any court martial shall have power to issue compulsory process to compel the attendance of witnesses, who neglect or refuse to attend when legally summoned.

*Proceeding upon arrest.*

§ 84.   That the major-generals shall be tried by courts martial appointed by the commander-in-chief, where a major-general shall preside ; brigadier-generals shall be tried by courts martial, appointed by a major-general, where a brigadier-general shall preside ; colonels, lieutenant-colonels, majors, and captains, or any staff officer ranking as colonel, lieutenant colonel, major, or captain, shall be tried be a court martial appointed by a brigadier-general, where a colonel shall preside ; and subalterns, or any staff officer ranking as such, shall be tried by a court martial appointed by a colonel, where a major shall preside : each court martial shall consist of not less than five, nor more than fourteen members, and to be of rank, as near as may be, to the rank of the officer to be tried : all courts martial shall have power to punish any officer for neglect of duty, by suspension, fining, cashiering, or disqualification to hold any office in the militia of this state ; and in all cases, the president of such court martial shall cause two certified copies of the sentence to be made out, which shall be signed by the president and attested by the judge advocate, one of which the president shall forward to the officer who ordered such court martial, and the other shall be delivered to the adjutant of the regiment, squadron, or battalion, to which the accused person belongs, which shall be recorded in the book of records of such regiment, squadron, or battalion, by the adjutant thereof: and in cases where fines may be assessed against any person by the sentence of a court martial, and the sentence has

*Officers, how tried; power of courts martial; fines, how collected.*

been approved of by the officer ordering such court martial, he shall certify the same to the proper paymaster, who shall cause the same to be collected as is provided by this act.

**Oath of judge-advocate, and members of court; duty of judge-advocate and members of court; duty of judge-advocate.**

§ 85.   That when any court martial has met agreeably to the provisions of this act, the president of such court shall administer to the judge advocate the following oath ; and after being sworn, the judge advocate shall administer to the president, and other members of the court, the same oath, viz : 'You, A. B., do swear (or affirm, as the case may be) that you will truly try and determine according to evidence, the matter now before you, between the United States or the state of Ohio, (as the case may be) and the person to be tried ; and that you will truly administer justice according to law, without partiality, favor, or affection, according to your conscience, and the best of your understanding, and the custom of war in like cases : and you do further swear or affirm, (as the case may be) that you will not divulge the sentence of the court, until it shall be published by the proper authority ; neither will you discover the vote or opinion of any particular member of the court, unless required to give evidence thereof, in a court of justice, in due course of law.' The judge advocate shall prosecute in the name of the United States, or the state of Ohio, (as the case may be) but shall so far consider himself as counsel for the person accused, as to object to any leading questions put to the prisoner or person accused, or any witness, the answer of which might tend to criminate himself ; he shall also see right and justice done to the defendant : on all questions which may arise in a court martial, the youngest in commission and lowest in rank, shall vote first, and so in succession, to the oldest and highest in rank ; and every person giving evidence before a court martial, shall be examined on oath or affirmation.

**Party tried entitled to copy of sentence.**

§ 86.   That the party tried by a court martial shall be entitled to a copy of the sentence and proceedings of such court martial, after the decision, when demand is made therefor by him, or any person or persons in his behalf : that the commanding officer for the time being, shall have full power of pardoning or mitigating any penalty ordered to be inflicted on any noncommissioned officer or private, for a breach of the provisions of this act, by court martial ; and every officer convicted as aforesaid by any court martial, may be pardoned, or have the penalty mitigated, by the colonel or commanding officer of the regiment.

**Courts martial, how governed.**

§ 87.   That the rules and articles of war established by the United States, shall be recognized by all courts martial held under the provisions of this act ; and the commander-in-chief, major-generals, brigadier-generals, and colonels, shall have power to order courts martial, to be held at such time and place as they may think proper, when the same may be necessary to carry into effect any of the provisions of this act, not herein expressly provided for : and in all cases, the officer ordering the court martial, may confirm or disapprove the sentence thereof.

**Officer ordering court martial may confirm or disapprove sentence ; compensation of members of court martial, witnesses, etc.**

§ 88.   That there shall be allowed to the officers composing any division or brigade court martial, and to the judge advocate thereof, one dollar and fifty cents for each day they may be necessarily engaged in travelling to and from, and attending at, such court martial ; the provost-marshal, such compensation as is allowed to sheriffs for similar services in civil cases ; and to each witness, seventy-five cents for each day he may attend under a summons ; which compensation shall be paid on the order of the auditor of state, out of the state treasury, upon the certificate of the officer ordering such court martial, or his successor in office : and there shall be allowed to the officers and judge advocate composing any regimental court martial, one dollar for each day they may be necessarily engaged as aforesaid ; to the provost-marshal, such compensation as is allowed to sheriffs for similar services in civil cases ; and to each witness, the sum of fifty cents per day ; to be paid out of the regimental funds, upon the order of the commandant of the regiment.

**Commissary department may be organized when necessary.**

§ 89.   That the commander-in-chief, whenever in his opinion it becomes necessary, may organize a commissary department, by appointing a commissary-general of purchase, with the rank of brigadier-general, and such other assistant commissaries as he may think necessary, or the good of the service may require, with such rank as is conferred on officers in the same station in the army of the United States ; and may also appoint such number of storekeepers and other officers, as the good of the service may require ; and may

order any and all such officers into actual service, when their services become necessary.

§ 90. That the commander-in-chief, when in his opinion it becomes neces- **Medical de-** sary, may complete the organization of the medical department, by appoint- **partment may** ing a surgeon-general, with the rank of colonel ; and for each division a hospi- **be organized,** tal surgeon, with the rank of lieutenant-colonel ; and for each brigade a hospi- **etc.** tal surgeon, with the rank of major; and may call any, or all of said officers, into actual service, when their services may be found necessary.

§ 91. That the uniform heretofore, or which may hereafter be prescribed, **Uniform.** by the governor, shall be worn by the militia officers of this state.

§ 92. That the act, entitled ' an act for organizing and disciplining the **App. O. L. c.** militia,' passed February the eighth, eighteen hundred and twenty-six, and **29, repealed.** all other acts and parts of acts coming within the purview of this act, be, and the same are hereby repealed : *Provided, always*, that all districts heretofore established, and all districts established by this act, shall remain as heretofore established, and as established by this act, until altered agreeably to the provisions of this act : and all commissions now held by the officers of the militia now in office, shall remain in full force ; and all bonds, due-bills, or orders heretofore given, under the provisions of said act, or any previous act regulating the militia, shall be, and remain in full force ; and all suits now pending and undetermined, on any such bond, or for any breach or infraction of any law relating to the military establishment, and all offences committed under such law or laws, within this state, shall be prosecuted to final judgment and execution, in the same manner as if said acts had not been repealed. This act to take effect and be in force from and after the first day of May next. [*Passed, February 22, 1831.*]

CHAP. XLV.—An act for the preservation and repair of the United States' road.*

§ 1. *Be it enacted, &c.* That whenever the consent of the congress of the **[IN FORCE:]** United States to this act shall be obtained, the governor of this state shall **but amended,** be, and he is hereby, authorized to take under his care, on behalf of this state, **O. L. c. 919.** so much of the road commonly called the national road, within the limits of **Governor au-** this state, as shall then be finished, and also such other sections or parts **thorized to take** thereof as may thereafter be progressively finished within the limits aforesaid, **charge of the** whenever the same shall be completed ; and he shall be, and he is hereby, **national road,** authorized to cause gates and toll-houses to be erected on said road, at such **in this state,** finished parts thereof as he shall think proper, for the purpose of collecting **erect toll-gates,** tolls, as provided by the fourth section of this act : *Provided*, the number of **etc.; proviso.** gates aforesaid shall not exceed one on any space or distance of twenty miles.

§ 2. That a superintendent shall be appointed by the governor, whose duty **Superintendent** shall be to exercise all reasonable vigilance and diligence in the care of the **to be appoint-** road committed to his charge, and to contract for and direct the application of **ed; his duties.** the labor, materials, and other things necessary for the preservation, repair, and improvement thereof : he shall pay for the same out of such funds as the governor shall furnish him for that purpose, subject to such responsibility and accountability as the said governor shall dictate, and shall conform to such instructions as the governor shall prescribe for his conduct in all particulars, relative to his said trust : he may be empowered to suspend the functions of any toll-collector for alleged misconduct, till the pleasure of the governor shall be known, and to fill the vacancy thereby occasioned, during such interval ; and it shall be his duty to give information of the facts in such case to the governor, without any unnecessary delay : the said superintendent shall hold his office during the pleasure of the governor, who shall allow him a reasonable compensation for his services.

§ 3. That the governor be, and he is hereby, authorized to appoint the **Toll-collectors** necessary collectors of tolls, and to remove any of them at his pleasure, and **to be appoint-** also to allow them respectively such stipulated compensation as he may deem **ed; their du-** reasonable : it shall be the duty of each and every toll-collector, to demand **ties, etc.** and receive, at the gate or station assigned to him by the governor, the tolls prescribed and directed by the fourth section of this act, and to pay monthly into the treasury, according to the directions they may receive from the treasurer of state, all the moneys so collected by said collectors, that shall remain

* See O. L. c. 755, and App. O. L. 21.

# EXHIBIT 68

718



DATE DOWNLOADED: Mon Aug 28 16:54:49 2023
SOURCE: Content Downloaded from _HeinOnline_

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1856 81 .

ALWD 7th ed.
, , 1856 81 .

Chicago 17th ed.
"," Texas - 6th Legislature, Adjourned Session, General Laws : 81-82

AGLC 4th ed.
'' Texas - 6th Legislature, Adjourned Session, General Laws 81

OSCOLA 4th ed.
'' 1856 81            Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   _https://heinonline.org/HOL/License_
-- The search text of this PDF is generated from  uncorrected OCR text.

Rivas Exs., Page 503

## CHAPTER CL.

*An Act requiring the return of Unconditional Certificates to the General Land Office.*

SECTION 1. *Be it enacted by the Legislature of the State of Texas,* That all owners or holders who have conditional certificates now located, or surveys, upon lands shall return to the General Land Office the unconditional certificates, together with the field notes of the same, on or before the first day of August, 1857, and all unconditional certificates which are not returned by that time, the said locations and surveys shall be null and void, and all such locations and surveys made by virtue of such conditional certificates shall become public domain and subject to be located upon as other vacant lands.

SEC. 2, That this act take effect from and after its passage.

Approved, August 30th, 1856.

---

## CHAPTER CLI.

*An Act concerning the School Lands of Navarro County.*

SECTION 1. *Be it enacted by the Legislature of the State of Texas,* That the Commissioner of the General Land Office be and he is hereby authorized and required to issue patents for the School Lands of Navarro County, embraced in the surveys made by J. P. Philpot, District Surveyor of Robertson Land District. That this Act take effect from and after its passage.

Passed, August 30th, 1856.

---

## CHAPTER CLII.

*An Act to prevent slaves from carrying guns or other dangerous weapons.*

SECTION 1. *Be it enacted by the Legislature of the State of Texas,* That no slave shall carry a gun or other deadly weapon upon the premises of his master, mistress, or employer, without a written permit from his owner or employer, so to do.

6

## 82

Sec. 2. That no slave shall be permitted to carry a gun or or other deadly weapon beyond the premises of his owner or employer, unless accompanied by his owner, employer, or some white person, authorized by his owner or employer to have charge of said slave, during the time that he carries said gun or other deadly weapon.

Sec. 3. That any gun or other weapon, found in the possession of any slave, contrary to the provisions of the previous sections of this act, may be seized and taken from said slave, by any white person, and said property forfeited to the person seizing and taking the same, provided the same shall not exceed, in value, the sum of twenty dollars. But any such property may be reclaimed, by the owner paying the sum of twenty dollars to the person or persons who may have taken the same.

Sec. 4. That the sixth section of an act, approved 5th February, A. D., 1840, be, and the same is hereby repealed.

Sec. 5. That this act take effect from and after its passage.

Approved, August 30th, 1856.

---

### CHAPTER CLIII.

*An act to repeal an act to provide for the issuance of bounty and donation land warrants to persons entitled to the same.*

Section 1. *Be it enacted by the Legislature of the State of Texas,* That an act to provide for the issuance of bounty and donation land warrants to persons entitled to the same, approved January 31st, 1854, be and the same is hereby repealed.

Sec. 2. That this act take effect from and after its passage.

Approved August 30th, 1856.

---

### CHAPTER CLIV.

*An act authorizing and requiring the Treasurer of the State to collect from the United States, the money upon certain Public Debt certificates, therein named.*

Section 1. *Be it enacted by the Legislature of the State of Texas,* That the Treasurer of the State, as receiver and

# EXHIBIT 69

## WHAT THEY THINK OF IT.

### The State Press on the Carrying of Concealed Weapons.

THOMASVILLE ENTERPRISE: We would like to see the sentiment of carrying concealed weapons put down and stamped out of existence by public sentiment.

SAVANNAH REPORTER: It is the spirit of lawlessness, the disregard for law, a contempt for authority and the cheap regard in which human life is held, that induces men to go, armed.

ELLIJAY COURIER: There is no set of men who more cowardly than the man who goes armed.

DAHLONEGA SIGNAL: The law can never be effected while solicitors are employed to prosecute individuals.

ALBANY NEWS: The evils of carrying concealed weapons is one which should receive the attention and persistent condemnation of the press, pulpit and people.

BUTLER HERALD: Let us take a "new departure" with reference to this matter.

ATHENS WATCHMAN: We trust the next session of the legislature will adopt vigorous measures to secure the utter abolition of the carrying of pistols.

DALTON CITIZEN: The practice of carrying concealed weapons is not only cowardly, but unscrupulous and barbarous.

AUGUSTA EVENING SENTINEL: If murderers are to escape the legal penalty of crime, they should at least not be made honors.

CARTERSVILLE FREE PRESS: The recent troubles have aroused public sentiment on this subject.

GRIFFIN SUN: Experience has demonstrated that, under a republican form of government at least, laws are of very little force.

NORTHEASTERN PROGRESS: Let the sentiment be instilled in the minds of all that murder is murder.

GRAND JURY OF GRAHAM: We manifest flatly condemn the practice of carrying concealed weapons.

MORTON ADVERTISER: We contend for the punishment of crime.

WALKER COUNTY MESSENGER: The press of the state have of late very generally denounced the practice of carrying concealed weapons.

SAVANNAH NEWS: Public opinion is at last beginning to make itself felt.

See p. 2

Mass Ext., Page 507

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# EXHIBIT 70

The Daily Constitution (1876-1881); Mar 27, 1879;

715

his license crime. It gives freedom to the bully and the assassin. —When public opinion to such that duty is required of all, it has a most salutary and beneficial effect. Sometimes, because of the lack of this strong, powerful sentiment, we are of the opinion that murder is the safest crime a man can commit. Often the very brutal the deed is, the plea of insanity is more forcibly made. Death on the gallows will stop much of this insanity, and also the carrying of weapons.

HARTWELL SUN: The root of the evil should be reached. The axe should be laid at the very root of the tree. The facilities for disseminating these dangerous instruments should be diminished, and, if it can be done constitutionally, the sale or advertisement of these dangerous weapons should be restricted, as well as the carrying of them punished. Then the young bloods would cool off before they had time to send off to get their instruments of death, and if they would fight, they could use just such arms as God and nature has supplied them with. And ere long human blood would flow less freely, and the business of the courts would be considerably diminished.

GAINESVILLE SOUTHRON: The way to prevent the recurrence of murders is, first, that every man who is caught with a pistol or bowie-knife concealed about his person $1,000 if he is rich, and $500 if he is poor, or one day on the chain-gang for every dollar of delinquent fine. Second,—hang by the neck until he is dead, dead, dead, every man who commits the murder of deliberation; and don't bring quite as much about the skill of doctors who give testimony, and strategy and big fees, or money used in other ways, manage to let one after another cold-blooded murderer go scot-free. This is the way to put a stop to bloodshed upon the merest pretence or provocation in Georgia, and there is no other way to rid the state of blustering, murderous, cowardly bullies.

"PERLING" IN HARTWELL SUN: Let the good honest citizens of every county form vigilance committees and hang judges, lawyers, preachers, loafers, or any one else found with a pistol in their pocket. The time has come for a desperate remedy for a desperate disease. After the war, the ku-klux were a necessity and did much good in keeping down lawless, murderous villains—the only trouble, they held on a little too long. But in sixty days the pistol "toters" can be sworn up in every county. If a boy fifteen years old should be caught with a pistol, hang him; for pigs will make hogs. This thing has to be stopped before prosperity, morality, or genuine religion can ever have the ascendency in this demoralized country.

DALTON ENTERPRISE: It was not alone the corruption of rulers that bowed imperial Rome to the dust and made her people, as Tacitus terms'd it, "fit only to fill their bellies with limbs and turn on their backs to die," but it was a diseased public sentiment that accomplished the work. And so it will be with us. A degenerated feeling prompts people to carry concealed weapons until a mad dog on the street will be the excuse for a hundred pistols to flash in the air from pockets long accustomed to their company. This popular contempt for the law in this enlightened country and century is surely an evil worthy of the direct attention. It is a bad blot upon the escutcheon of our state, and should be dealt with promptly, summarily, and frowned down by law-abiding people every where.

# CONCEALED WEAPONS.

## What is Thought of the Practice by the Press of the State.

VALDOSTA TIMES: The main trouble lately has put the press in discussing the habit of carrying concealed weapons. It is a cowardly practice, and in becoming a man who pretends to honor and bravery. Our observation has been that cowards alone strut around with pistols in their pockets.

FRANKLIN REGISTER: Since the murder of Colonel Bob Alston, the press of the state is heavily down on the carrying of concealed weapons. It should be, and if there is any law by which this dangerous and cowardly practice can be suppressed, it should be enacted and enforced.

SAVANNAH RECORDER: In the Gibson trial is was a clear case of voluntary manslaughter, and if the jury simply looked at two thirds of the jury to bring in a verdict, we would have fewer murders, and more speedy justice. Perjurers do sit upon juries, and no oath with them is sacred.

SAVANNAH NEWS: Several brutal murders which have occurred in various portions of the state within the past few months have startled the friends of law and order and impressed all good citizens with the necessity for a more certain and rigid enforcement of the criminal laws, and it is to be hoped that public sentiment will be brought to bear in such a manner as will secure that result.

MONTEZUMA WEEKLY: There is no protection for the law-abiding portion of the community against the "pistol toters," except in the enforcement of the laws made to do just such ones, and a grand jury-man who will not assist in getting a "true bill" against every person violating this law should have his name withdrawn from the jury-box. It is the duty of every good citizen to aid in putting down the nefarious practice of carrying concealed weapons.

COVINGTON STAR: Public opinion must frown it down, and every citizen must keep a watchful eye on all suspicious persons and report to the proper officers every infringement of the law that comes within their knowledge. When you do this, no one will be fool-hardy enough to brave public opinion, besides laying himself liable to the heavy penalties of the law. Let every good citizen do his duty in this matter and the evil and pernicious practice of carrying concealed deadly weapons may soon be entirely broken up.

ELBERTON GAZETTE: In the unsettled portion of the country where "desperadoes abound, and on the poorly protected Texas border, it is proper that men should arm themselves to defend person and property, but in a civilized country it is no act of bravery or gallantry for a man to carry a deadly weapon concealed about his person. The man who does so takes the first step in the commission of a crime, and the sooner our laws are shaped in that direction the sooner will the pernicious habit be broken up.

COLUMBUS ENQUIRER: A law badly executed, or not at all, is worse than no

# EXHIBIT 71

LITTLE BROTHER SHOT HER.: THE <EM><SPAN CLASS="HIT">CHILD</SPAN></EM>
*New York Times (1857-1922);* Jul 3, 1897; ProQuest Historical Newspapers: The New York Times

# LITTLE BROTHER SHOT HER.

### The Child Found His Father's Pistol and Played With It.

Annie Trefer, seven years old, of Bergenline Avenue, West New York, N. J., was fatally shot by her five-year-old brother, Willie, yesterday. William Trefer, the father, is a grocer. He owns a revolver, which he places under his pillow at night. He forgot to remove it yesterday morning. While his children were playing about the rooms in the afternoon the boy found the weapon and was in great glee over his find, dancing about the floor and flourishing the pistol around his head. Finally he pointed it at his sister, and at that moment the pistol was discharged. The bullet struck his sister in the breast and passed through her body, perforating the left lung and lodging in the wall.

The boy ran down stairs to his mother, crying out: " Oh, mamma! I have shot sister, but I didn't mean to do it." The girl was still alive last night, but there is no possibility of her recovery.

### Heroic Rescue of a Valise.

A small fire on the roof of 285 Bowery early last evening occasioned considerable excitement to the tenants and some amusement to the spectators. There was at no time any danger to the persons in the house, but one man on the third story flung his valise to the elevated tracks below. Policeman Kavanagh saw the falling object, and thinking it a man's body rushed along the railroad to rescue it from an approaching train. He rescued it in time. The fire did $100 damage.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# EXHIBIT 72

# THE PISTOL WAS LOADED.

## A Three-Year-Old Child Shot by Her Five-Year-Old Brother.

COLUMBUS, Ga., July 14.—[Special.]—About
midnight, Frank Bird, a colored farmer living
nine miles north of the city, brought his three-
year-old daughter, who had been terribly shot
in the shoulder, to a physician's office. He
stated that the child's brother, about five
years old, had taken from the shelf a pistol,
and was fooling with it when his little sister
toddled by him. He pulled the trigger and
the weapon discharged, the ball entering the
child's shoulder, ranging up and lodging in
the neck. This occurred about 8 o'clock, and
he at once brought the child to town, but had
to come slowly on account of her condition.
Upon examination of the wound, the doctor
expressed the opinion that it would prove fatal.

Rivas Exs., Page 513

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# EXHIBIT 73

AHG   Document 134-4   Filed 03/15/24   Page

# A CHILD SHOOTS HERSELF.

## She Got at Her Father's Pistol and Will Die.

Savannah, Ga., October 9.—(Special.)—
Lillie Rendant, the three-year-old daugh-
ter of William F. Rendant, shot herself
today with her father's pistol and the phy-
sicians say she will die before morning.
The pistol was hanging in the holster on
the side of the bed, where it has remained
undisturbed for five years. The little girl
managed to get at it somehow and the
first the father knew of it was when he
heard the shot. The bullet went under the
skin at the left temple, fracturing the
skull in such a manner that she cannot
possibly live.

Rivas Exs., Page 515

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# EXHIBIT 74

**A CHILD WITH A PISTOL: BLOWS OUT HIS BRANING IN A WASHINGTON SCHOOLHO**
*The Atlanta Constitution (1881-1945);* Jan 16, 1894;
ProQuest Historical Newspapers: The Atlanta Constitution

# A CHILD WITH A PISTOL.

## Blows Out His Brains in a Washington Schoolhouse.

Washington, January 15.--Cranch public school, in East Washington, was the scene of a panic this morning about 9 o'clock. The children were entering for the day's study when Grover Hummer, a child seven years old, was seen flourishing a pistol that he had brought from home unknown to his paernts and playfully remarking that he was going to shoot some one, but finally saying he would shoot himself, and pointing the pistol to his head accidentally pulled the trigger and blew his brains out. An exciting scene followed and children ran screaming into the streets and some time was required to restore order. Luckily no one was hurt in the scramble.

Rivas Exs., Page 517

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# EXHIBIT 75

ARG Document 134-4 Filed 03/15/24 PageID
718

# INDIANAPOLIS.

## Grand Council of Honor and Temperance.

## Hitch in the Programme at the Acton Camp-Meeting.

## Rev. Tommy Harrison Gets Angry at the Sunday Trains, and Refuses To Play.

## Vigorous War Being Waged on the Revolver-Carrying Hoodlums.

## Arraignment of Criminals — Damage Suit — Divorce Case — Miscellaneous Minor Mention.

SPECIAL DISPATCH TO THE ENQUIRER.

INDIANAPOLIS, IND., August 11.—The Supreme Council of the Knights of Honor and Temperance reconvened here this morning, M. W. Templar E. H. Clapp presiding. J. K. Hardman delivered an appropriate address of welcome to the assembly. Subsequently, Boston was decided upon unanimously as the place for the next annual session, which will take place there on the second Tuesday in August, 1882. The Financial Committee, appointed to examine the reports of the Treasurer and Recorder, reported that they were found correct as submitted. The Committee on Junior Temple Work was tendered a vote of thanks.

The report of M. W. Recorder Bull shows that during the year twelve Subordinate Lodges had been chartered as follows: In Michigan, seven; in Utah, two; in Colorado, two; in England, one. Total receipts during the year were $4,075 26. There is due from the Grand, Subordinate and Inner Temples $1,390 32, the liabilities of the Grand being $866 77. During the year there have been 3,153 initiated in the Subordinate Temples, and there are 11,793 members in good standing in the Subordinates and 1,424 ladies in the Social Temples, making a total of 13,217 members. The entire receipts in Subordinate Temples were $10,758 79, and amounts paid for benefits $6,962 95. Cash on hand in Subordinate Temples, $11,415 34.

The Endowment Fund steadily increases. Up to the 1st of this month there were 644 certificates issued to members in twenty different States, as follows: Massachusetts, 180; Connecticut, 63; Missouri, 57; New York, 54; Rhode Island, 41; Illinois, 40; Texas, 30; New Jersey, 25; Iowa, 21; Kentucky, 20; Nebraska, 16; Tennessee, 19; Pennsylvania, 12; Ohio, 11; Maine, 4; California, 3; Utah, 1. Seventy-two members have been lost by death, suspensions and expulsion. During the year there were four deaths, and benefits paid to the aggregate of $4,673.

Camp-meeting proper having commenced at Acton, the previous ten days being devoted to literary, scientific and wholesome exercises, the crowds increase in number with each day. The culmination of interest was expected to be reached on Sunday next, the 14th, on which day Rev. Thomas Harrison, the juvenile evangelist, so-called, was to have appeared and electrified the natives. Now it is announced that that eccentric and spasmodic individual "won't play," as advertised, and an entire change of programme is necessitated by the refusal of the principal star to appear. The reasons he gives for not putting in an appearance on the specified day is that he strenuously objects to the running of Sunday trains, and will not countenance such ungodly desecration by his presence. The idea of running any train on Sunday, except Mr. Harrison's own heavenly express, which contains his baggage, checked through to the realms of eternal bliss, is extremely abhorrent to the puerile pulpit-pounder. But he kindly condescends to show up on Monday next, rather than spoil the whole entertainment, and will give choice exhibitions of his peculiar pious gymnastics for six consecutive days, with a change of bill every night, the series of performances to wind up with a grand spectacular display of muscular Christianity, entitled "Harrison's Experiences, or How I Caught the Holy Ghost While Leaning Against a Lamp-post in Boston."

Sundry prisoners now confined in the County Jail, and recently in the Grand Jury, were arraigned this morning in the Criminal Court, with the following result: Louis Crenshaw pleaded guilty to grand larceny; John Smith and Julia Walters each pleaded not guilty to same charge; Theodore Jasher pleaded guilty to petit larceny; Jack Sheppard pleaded not guilty to robbery, and Wm. Grandor entered the same plea to a charge of grand larceny.

Edward B. Tidd commenced suit to-day against Myron Dickson, asking damages to the extent of $300, growing out of a sport speculation.

Annie M. Hermon has brought suit for divorce from her husband, Cuss W. Hermon, alleging that he has deserted her, and failed to provide for her wants.

The recent murders and shooting affrays in this city have had the effect of setting on foot a vigorous crusade against the ready revolver. The police have orders to strictly enforce the laws against carrying concealed weapons, and will even go so far as to search any one suspected of keeping artillery concealed about his person. It is estimated that nine out of ten young men in this place, especially those who resort to places of amusement, have pistols strapped to them at their intelligences, and when a gang of them act together any where they are as well prepared for a fight as a troop or cavalry. It is the determination to suppress these peripatetic arsenals, as the carrying of concealed weapons has got to be an evil of mammoth proportions, fraught with the most deadly danger to the peace of society and the prosperity of the community. The law allows a fine of $50 for carrying concealed weapons, and it is thought that if even a fourth of this penalty is inflicted upon few of our legions of cowardly hoodlums, it will have a tendency to break up the big-pocket nuisance. At any rate, arrests and punishments for this odious crime will doubtless be very frequent here in the future, and it is certain that only a rigorous enforcement of the law is necessary to entirely suppress the habit, now so prevalent, of carrying concealed weapons of all kinds, especially the death-dealing revolvers.

Rivas Exs., Page 519

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# EXHIBIT 76

## Another Victim of Careless Shooting.

Special Dispatch to the Cincinnati Gazette.

A distressing accident occurred here this morning, by the careless and reckless use of a pocket pistol, which resulted in the shooting and death of a daughter of Wm. Richter. Mr. Richter's son, a boy about twelve years old, has been in the habit of carrying a small single barreled pocket pistol, and this morning, while he was yet in bed, his brother, a lad nine years old, took it from his seat and snapped it three times at the head of his sister, a little girl seven years of age. The fourth time he snapped the pistol the cartridge exploded and lodged the ball in his sister's temple, from the effects of which she died in about four hours.

# EXHIBIT 77

**PLAYING WITH A PISTOL.: A LITTLE THREE YEAR OLD <EM><SPAN ...**
*The Atlanta Constitution (1881-1945);* Apr 6, 1887;
ProQuest Historical Newspapers: The Atlanta Constitution

# PLAYING WITH A PISTOL

## A Little Three Year Old Child Killed Accidently.

MONTGOMERY, Ala., April 5.—[Special.]—
News was received here tonight of a sad accident
which occured at Oaky Streak, Butler county, on
last Sunday evening. A little boy of Dr. William
Smith's, aged about five years, was playing out in
the yard with some other children. He had his
father's pistol and was showing the other children
how his father used it; when the pistol went off,
and the bullet struck a little three year old child of
Mr. F. D. Ingram's on side of the head, and passed
through the brain and came out on the other side,
killing the child instantly. The bullet also passed
between the arm and side of another child, but did
not do serious injuries.

Rivas Exs., Page 523

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# EXHIBIT 78

# MANNERS OF THE WEST.

The barbarous custom of carrying arms and the cowardly and Italian practice of carrying snch arms concealed, is forcibly animadverted upon in the following extract from a letter in the Boston Atlas, dated Louisville, 2d November.

"I am sorry to find that the habit of carrying conceale weapons is very prevalent here and in other places on the river. The bowie knife, a deadly instrument invented, by a famous bully who gave his name to it, is a favorite weapon. Coming down the Ohio the other day, some young men obtained a water-melon from a drift which dropped along side of of our boat whereupon every one of them producing his bowie knife for the purpose af cutting off a slice. On a slight provocation they would have drawn them with a less innocent intent. In Cuba it is forbidden under heavy penalties; and the good sense of the community will I hope frown it down in this country.— Better resume the old custcm of wearing a sword exposed at the side, than meanly walk among our fellow-men armed like the base hearted assassin."

Logansport Canal Telegraph, Logansport, Indiana, US

January 18, 1827, Page 4

https://newspaperarchive.com/other-articles-clipping-jan-18-1827-3750132/

Rivas Exs., Page 525



# EXHIBIT 79

# The Ruffian Foote.

The Mississippi Senator has at last consummated his scoundrelism by drawing a pistol upon his brother Senator in the very presence of the assembled Senate. The particulars of the affair will be found on the outside of this sheet. Foote it is known, has an ancient grudge against Mr. Benton. He has been feeding it fat all winter. Only two or three weeks ago, he bullied and blackguarded the latter until by his determined language and manner, Mr. Benton cowed him into silence. But the malignity of his nature seems to have been only aggravated by being thus repressed. So he arms himself, insults Mr. Benton beyond endurance, and then makes that a pretext for threatening his life. Such an outrage is without parallel, and ought to be rebuked to the extent of the Senate's power. The committee of investigation will fail in its duty, will fail to satisfy the just indignation of the public, if they do not recommend the prompt expulsion of such a ruffian. Let this outrage be winked at, and the American Senate will be debased to the level of an Arkansas Legislature. Hitherto it has preserved its dignity intact. It has been a model of decorum, a body of which the country has been proud. In view of this unspotted character, it ought to be doubly jealous to vindicate itself in the present instance. Some may turn up their democratic noses at the idea of treating the matter so seriously. Senator Borland did so,—He thought the affair simply ridiculous. This Senator is one of the same kidney with Foote. It was only a few days ago, as all will recollect, that he cracked the pate of the latter in a street brawl. The act of Foote may seem a jest to such a man—but we hope the Senate will show him that it is a jest which it will not be wise for him or any other one to repeat.

# EXHIBIT 80

**The criminal law magazine and reporter : a bi-monthly periodical devoted to the interests of bench and bar in criminal cases : containing original articles on timely topics, full reports of important cases, and a digest of all recent criminal cases, American and English**

Jersey City : F.D. Linn & Co., 1880-1896

https://hdl.handle.net/2027/mdp.35112100240797



**Public Domain, Google-digitized**

http://www.hathitrust.org/access_use#pd-google

We have determined this work to be in the public domain, meaning that it is not subject to copyright. Users are free to copy, use, and redistribute the work in part or in whole. It is possible that current copyright holders, heirs or the estate of the authors of individual portions of the work, such as illustrations or photographs, assert copyrights over these portions. Depending on the nature of subsequent use that is made, additional rights may need to be obtained independently of anything we can address. The digital images and OCR of this work were produced by Google, Inc. (indicated by a watermark on each page in the PageTurner). Google requests that the images and OCR not be re-hosted, redistributed or used commercially. The images are provided for educational, scholarly, non-commercial purposes.

Generated at Texas Christian University on 2023-06-07 00:09 GMT / https://hdl.handle.net/2027/mdp.35112100240797
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

# THE
# CRIMINAL LAW MAGAZINE
## AND REPORTER.

Vol. VIII.          OCTOBER, 1886.          No. 4.

## CONCEALED WEAPONS.

I. CONSTITUTIONALITY OF STATUTES PROHIBITING THE CARRYING OF
   CONCEALED WEAPONS.

  1. *Constitutional.*

    (a.) The right of the people to keep and bear arms shall
       not be infringed.

    (b.) To protect public peace.

    (c.) Manner, time and place of wearing.

    (d.) Purpose of prohibitory statutes.

  2. *Unconstitutional.*

II. WHAT CONSTITUTES CARRYING.

  1. *Construction of word "carry."*

  2. *About the person.*

  3. *Finding of prohibited weapons.*

  4. *The right to carry home.*

  5. *Construction of phrase "brass-knucks."*

III. WHAT CONSTITUTES CONCEALMENT.

  1. *Weapon carried in box.*

  2. *About the person.*

  3. *Partial concealment.*

  4. *Partial concealment and the right to bear arms.*

IV. DANGEROUS AND DEADLY WEAPONS.

403

Generated at Texas Christian University on 2023-06-07 00:09 GMT  /  https://hdl.handle.net/2027/mdp.35112100240797
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Rivas Exs., Page 530

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

404                         CONCEALED WEAPONS.

### V. DEFECTIVE WEAPONS.
    1. *No justification or excuse.*
    2. *Contrary doctrine.*

### VI. INTENTION OR MOTIVE.
    1. *Not material.*
    2. *Contra.*

### VII. DEFENCES.
    1. *Apprehended attack.*
    2. *Officer of the law.*
    3. *Traveler.*
    4. *On one's own premises.*
    5. *Miscellaneous defences.*
        (a.) School exhibition.
        (b.) Merchant purchasing goods.

### VIII. BURDEN OF PROOF.
    1. *Possession prima facie evidence.*
    2. *Loaded weapons.*

-------

### I. CONSTITUTIONALITY OF STATUTES PROHIBITING THE CARRYING OF CONCEALED WEAPONS.

#### 1. *Constitutional.*

(a.) *The right of the people to keep and bear arms shall not be infringed.*—In *Fife* v. *State*,[1] the appellant was charged with and convicted, of carrying a pistol contrary to the act of February 16th, 1875.[2]  It was submitted and contended by the appellant that the act of the legislature under which he was convicted was in conflict with article II., of the Amendments to the Constitution of the United States, which declares that the right of the people to keep and bear arms shall no tbe infringed.  And the court said that such prohibitions by the legislature is an exercise of the police powers of the state, and is not an infringement of the constitutional right of the citizen.

Mr. Bishop, treating of the provision of the Constitution of the United States which secures to the people the right to keep and bear arms, says: " If we look to this question in the light of ju-

-------

[1] 31 Ark. 445; *S. C.* 25 Am. Rep. 556.

[2] " That any person who shall wear or carry any pistol of any kind whatever, * * * as a weapon, shall be adjudged guilty of a misdemeanor, etc.  *Provided*, etc." Acts 1874–5, page 155.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated at Texas Christian University on 2023-06-07 00:09 GMT  /  https://hdl.handle.net/2027/mdp.35112100240797
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google



dicial reason, without the aid of specific authority, we shall be led to the conclusion that the provision protects only the right to keep such arms as are used for purposes of war, in distinction from those which are employed in quarrels and brawls and fights between maddened individuals, since such only, are properly known by the name of arms, and such only, are adapted to promote the security of a free state. In like manner, the right to bear arms refers merely to the military way of using them, not to their use in bravado and affray." [1]

(b.) *To protect public peace.*—In *State* v. *Speller*,[2] a North Carolina case, the prohibition of the practice of carrying concealed weapons is declared to be no infringement of the constitutional right of the citizen to " keep and bear arms; " and although the right cannot be infringed, the legislature may, by law, *regulate* the right to bear arms in a manner conducive to the public peace.[3] Such statutes are measures of police power, prohibiting only a particular mode of bearing arms, which is found dangerous to the peace of society.[4] To maintain and hold that the legislature could pass no law to protect the public peace and the citizen from the terror which a wanton or unusual exhibition of arms might produce, or to protect their lives from being endangered by desperadoes with concealed arms, would be, without doubt, to pervert a great political right to the worst of purposes, and to make it a social evil of far greater extent to society than would result from abandoning the right itself.[5] It was a common law offence against the public peace to ride or go armed, with dangerous or unusual weapons, thereby terrifying the good people of the land, and was especially and particularly prohibited by the statute of Northhampton, 2 Edw. III., *c.* 3; by this statute the penalty was forfeiture of the arms and imprisonment at the king's pleasure. And by the Athenian law, as made by Solon, the great law-giver, every one was finable who walked about the city of Athens in armor.

[1] 2 Crim. Law, § 124. See further as to the constitutionality of such laws. *Andrews* v. *State*, 3 Heisk. (Tenn.) 165; *S. C.* 8 Am. Rep. 8; *State* v. *Buzzard*, 4 Ark. 18; *Aymette* v. *State*, 2 Humph. (Tenn.) 158; *English* v. *State*, 14 Am. Rep. 374; *Carrroll* v. *State*, 18 Am. Rep. 538.

[2] 86 N. C. 697; *S. C.* 14 Rep. 249.

[3] See also *State* v. *Wilforth*, 74 Mo. 528.

[4] *State* v. *Jumel*, 13 La. Ann. 399.

[5] See *Aymette* v. *State*, 2 Humph. (Tenn.) 154; *Nunn* v. *State*, 1 Ga. 243; *Wright* v. *Commonwealth*, 77 Pa. St.; 470; *State* v. *Buzzard*, 4 Ark. 18.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN



CONCEALED WEAPONS.

(c). *Manner, time and place of wearing.*—In *Hill* v. *Georgia*,[1] it is established that not only a law prescribing the manner of carrying arms is constitutional, but one which prescribes the time and place as well.

(d.) *Purpose of prohibitory statutes.* — The purpose of such statutes is to prohibit as far as possible and consistent with the citizen's right to bear arms, the carrying of deadly weapons, with a view to prevent acts of violence and bloodshed.[2]

## 2. *Unconstitutional.*

In *Bliss* v. *Commonwealth*,[3] we have a well-argued case denying the constitutionality of such prohibitory laws. The court say, " In principle there is no difference between a law prohibiting the wearing of concealed arms, and a law forbidding the wearing such as are exposed. In truth, the right of the citizens to bear arms has been as directly assailed by the provisions of the act, as though they were forbid carrying guns on their shoulders, and swords in scabbards."

In *Andrews* v. *State*,[4] there is a dissenting opinion by two of the judges, which concludes as follows: " Regretting, as I do, that the nobler objects of bearing and wearing arms are too often and too horribly perverted, I cannot approve legislation which seems to foster and encourage a craven spirit on the part of those who are disposed to obey the laws, and leave them to the tender mercies of those who set all law at defiance." And thus a statute making a forfeiture of the weapon the penalty upon conviction of carrying the same concealed is unconstitutional.[5]

## II. WHAT CONSTITUTES CARRYING.

1. *Construction of word "carry."*—In *Commonwealth* v. *Walker*,[6] a constable went to defendant's house to cause his arrest for some offence. The defendant was in his shirt-sleeves and asked his wife to bring him his pistol, and his wife brought him his coat: He put it on, put his hand in his coat pocket, pulled out a pistol and

---

[1] 53 Ga. 472. See Georgia Statute, § 4527.

[2] *State* v. *Johnson*, 16 So. Car. 187.

[3] 2 Litt. (Ky.) 90.,

[4] 3 Heisk. (Tenn.) 165.

[5] *Jennings* v. *State*, 5 Tex. App. 298.

[6] 7 CRIM. L. MAG. 374 (Digest).

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

ordered the constable to leave.   Upon these facts, and an indict-
ment for carrying concealed weapons, the appellate court say in
substance that the word " carry " as used in the statute, does not
imply locomotion; it is a synonym of " bear." Nor does the
statute contain an exception permitting one to have a deadly
weapon concealed upon or about his person while in his own house;
nor does the constitutional sacredness of home require such an ex-
ception.

To constitute the offence of carrying a concealed weapon, it
must be worn or carried so that persons near enough to see it, if
it was not concealed, cannot see it.[1]

2. *About the person.*—In *State* v. *McManus*,[2] the defendant was
held to be guilty of carrying concealed weapons, under a statute
punishing the carrying of deadly weapons " about the person,"
when the facts were that the weapon was concealed in the top of
his dinner basket, which he was carrying.   But in *Cunningham* v.
*State*,[3] under a similar statute, a conviction was denied on proof
that the defendant, while riding on horseback, along a public
road, had a pistol in his saddle-bags.

3. *Finding of prohibited weapons.*—In the State of Texas, one
who finds a pistol in a road, picks it up and carries it home, can-
not be convicted of the offence of unlawfully carrying deadly
weapons.[4]

4. *The right to carry home.*—In *Pressler* v. *State*,[5] the defend-
ant purchased a pistol of a merchant, and while on his way home,
a distance of eight miles, and on the same day of the purchase,
and while about three-quarters of a mile from home, he drew and
fired off the same; and the court say, " If A finds, or buys a pis-
tol, he has the right to take the same home, or to his place of
business; or if he carries his pistol to the shop to be repaired, or
from the shop after it has been repaired, he does not violate the
statute, whether the same be loaded or unloaded.   Nor will the
firing off of the pistol while on the way alter the case, the unlaw-
ful carrying of the pistol being the act denounced and punished by

---

[1] *Street* v. *State*, 67 Ala. 87.
[2] 89 N. C. 555.
[3] 76 Ala. 88.

[4] *Mangum* v. *State*, 15 Tex. App. 362.
[5] 19 Tex. App. 52; *S. C.* 58 Am. Rep. 383.

Digitized by Google                    Original from
UNIVERSITY OF MICHIGAN

the statute."[1]   And when a defendant carries the pistol off his premises, for the purpose of exchanging it for an axe, the same rule applies.[2]

5. *Construction of phrase "brass knucks."*—In *Patterson* v. *State*,[3] the indictment was for carrying "brass knucks" and it was proven that the knucks were made of lead, and it was said by the court that "brass knucks" was the name of a weapon and it mattered not out of what material the weapon was made.

## III. WHAT CONSTITUTES CONCEALMENT.

1. *Weapon carried in box.*—In *Smith* v. *State*,[4] a prosecution under the statute for carrying concealed weapons, the evidence showed that the defendant was watching a watermelon patch, which had been previously depredated, until her father and brother should return from a school meeting to which they had gone; that she took a revolver from the house with her, carrying it in her hand, in the box in which it had been purchased; that, while at the melon patch, she heard her father and brother coming home and some men following them, threatening to beat her brother; that she took the revolver from the ground where it had been lying, and, carrying it in her hand, went to her brother's rescue and succeeded in getting him away from the men; that the revolver was at no time concealed, unless it was when the defendant folded her arms at the scene of disturbance, and the court say, "We are of opinion that the evidence does not make a case against the appellant for carrying concealed weapons." But under the Tennessee statute, it is criminal to carry a navy pistol in a scabbard on a saddle while riding along a public road.[5]

2. *About the person.*—Under an indictment for carrying a pistol concealed about his person, a defendant has the right, on demand, to have the jury explicitly instructed that it was necessary to a

[1] And to the same effect, see *Waddell* v. *State*, 37 Tex. 354 ; *Christian* v. *State*, Id. 475 ; *State* v. *Gilbert*, 87 N. C. 527 ; *S. C.* 42 Am. Rep. 518.

[2] *State* v. *Harrison*, 93 N. C. 605.

[3] 3 Lea (Tenn.) 575.

[4] 69 Ind. 140. "That every person not being a traveler, who shall wear or carry any dirk, pistol, bowie-knife, dagger, sword-in-cane, or any other dangerous or deadly weapon concealed, * * * shall upon conviction. * *" See Indiana Revised Statutes (1881), sec. 1985.

[5] *Barton* v. *State*, 7 Baxt. (Tenn.) 105.

Digitized by Google                    Original from
UNIVERSITY OF MICHIGAN

conviction, that the state should prove that the pistol was concealed about his person;[1] but under this statute the offence is complete if the prohibited weapon is so concealed as to be generally hidden from ordinary observation.[2] In *State v. McManus*,[3] the court say, that "the language of the statute is, not concealed *on* his person, but concealed about his person, and hence if the weapon be within reach and control of the defendant it is sufficient to bring the case within the meaning of the statute."

3. *Partial concealment.*—The offence of carrying a concealed weapon is complete upon the carrying of a weapon partially concealed.[4] A partial concealment of a dangerous weapon is a violation of the statute prohibiting carrying concealed weapons. It should be fully exposed. A pistol half sunk in the pocket or about the clothes, even though a part of it may be visible, is a concealed weapon within the meaning and intent of the statute. The word concealed has a statutory sense contradistinguished from its ordinary meaning, and must be construed so as to give potential effect to the law.[5]

4. *Partial concealment and the right to bear arms.*—In *Stockdale v. State*,[6] carrying a pistol in the waist-band, with butt and cock exposed, was held not within the statute. This, however, is put upon the ground that it is lawful to bear arms openly, and impossible to carry a pistol without part of it concealed. "What the legislature did intend," say the court, "was to compel persons who carried those weapons so to wear them about their persons that others, who might come in contact with them might see that they were armed and dangerous persons." Thus in *State v. Roten*,[7] it was shown that defendant had two pistols buckled around him without scabbards, and naked on a belt on the outside of his clothing, and it was held by the court that defendant was not guilty, "the presumption of concealment raised by the statute being rebutted, and that if the privilege of carrying arms in this

---

[1] *State v. Johnson*, 16 So. Car. 187.

[2] *State v. Johnson*, *supra*.

[3] 89 N. C. 555.

[4] *Sulton v. State*, 12 Fla. 135.

[5] *State v. Bias* (La. S. C.) 20 Rep. 620; *S. C.* 21 Cent. L. J. 78.

[6] 32 Ga. 225. See Georgia Statute, § 4527. "Any person having or carrying about his person, unless in an open manner and fully exposed to view, any pistol * * *."

[7] 14 Rep. 155 (N. C. Sup. Ct.).

Rivas Exs., Page 536

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated at Texas Christian University on 2023-06-07 00:09 GMT / https://hdl.handle.net/2027/mdp.35112100240797
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

manner should be abused, the party would be liable to indictment at common law."

### IV. DANGEROUS AND DEADLY WEAPONS.

A statute making it indictable for one to carry concealed about his person any " pistol, bowie-knife, razor, or other deadly weapon of like kind," embraces a butcher's knife. The words "other deadly weapon of like kind" imply similarity in the deadly character of weapons, such as can be conveniently concealed about one's person, to be used as a weapon of offence and defence.[1]

### V. DEFECTIVE WEAPONS.

1. *No justification or excuse.*—One who carries concealed about his person all the pieces of a pistol, which could readily be put together so as to make an effective weapon, is guilty of carrying concealed weapons, though at the time he carried them concealed the pieces were separated and incapable of use as a fire-arm until put together.[2]

In *Atwood* v. *State*,[3] it was held that carrying a pistol, the tubes of which were battered, and the lock so out of order that it could not be discharged by the trigger, is within the act, and the court say, " Until the pistol has lost so many of its parts that it has ceased to be a fire-arm, and is incapable of use as such, carrying it concealed, in the absence of the exculpatory circumstances mentioned in the statute, is an indictable offence. A fire-arm is a weapon acting by the force of gunpowder, and a pistol is a small, light fire-arm. The pistol earliest in use was a matchlock arm, and yet a fire-arm, the lock containing a match for firing it. This was succeeded by the 'flint and steel' lock, and this by the percussion lock. The manner in which the weapon can be fired does not enter into its definition, however it may affect its value and utility. The 'flint and steel' lock had not entirely disappeared when the first statute against carrying concealed weapons was enacted. Carrying such a pistol concealed, though it was without a flint, or other appliance by which it could be fired, was, and

---

[1] *State* v. *Erwin*, 91 N. C. 545.
[2] *Hutchinson* v. *State*, 62 Ala. 3; *S. C.*, 34 Am. Rep. 1.

[3] 53 Ala. 508.


Original from
UNIVERSITY OF MICHIGAN

now would be within the statute, though as a fire-arm it was scarcely capable of use. So of a matchlock, or any other kind of pistol, which has not lost so many of its parts that it has ceased to be a fire-arm. No inquiry into its incompleteness, or value, or capability of use, can be indulged, without departing from the words of the statute; nor is it material what is the motive for carrying it, unless the excusing facts mentioned in the statute can be shown. The usefulness of the statute would be greatly impaired if such inquiries were permitted, and the seeming incapability of the weapon for immediate use would become the frequent means of evading its penalties. It cannot be doubted the weapon carried was a pistol, though it may not have been in good repair and scarcely more capable of inflicting injury than the most improved fire-arm unloaded, or the old ' flint and steel ' without the flint." [1]

In *Williams* v. *State*,[2] the mainspring of the pistol was defective, and in relation thereto the court said that an object once a pistol does not cease to be one by becoming temporarily inefficient. Its order and condition may vary from time to time without changing its essential nature or character. Its machinery may be more or less perfect. At one time it may be loaded, at another, empty: it may be capped or uncapped: it may be easy to discharge or difficult to discharge, or not capable, for the time, of being discharged at all: still, while it retains its general characteristics and appearance of a pistol, it is a pistol, and so in common speech would it be denominated. The mainspring being disabled, so as to render a discharge of the weapon impossible in the ordinary mode of using fire-arms, is no excuse or justification.

2. *Contrary doctrine.*—In Texas the carrying of a pistol with no cylinder is not an unlawful carrying under the statute.[3]

In *Evans* v. *State*,[4] it is held that a pistol that has no mainspring, or other necessary machinery of a lock, the hammer and cock of which are disconnected and loose, and the tube not being touched by the hammer when down, and which could not prob-

---

[1] Ala. Stat.(1876), § 4109. "Any person who, not being threatened with, or having good reason to apprehend, an attack, or traveling, or setting out on a journey, car- ries concealed about his person, * * * "
[2] 61 Ga. 417 ; *S. C.*, 34 Am. Rep. 102.
[3] *Cook* v. *State*, 11 Tex. App. 19.
[4] 46 Ala. 88.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

ably be discharged by a cap on the tube, is not within the act.
The court saying, " We hold that a pistol, to be within the pur-
view and meaning of the statute, and the mischief and evil in-
tended to be prevented, must have such a degree of perfectness as
that it may reasonably be carried and used as a weapon.   It is not
enough that it has a stock, and a barrel that may be loaded and
fired off by a match, or in some other way.   This was clearly not
the character and condition of this pistol.   It was certainly worth-
less as a weapon, and no sensible person would have relied upon
it as a weapon to attack an adversary, or to defend himself." [1]

## VI. Intention or motive.

1. *Not material.*—The mischief that statutes mean to provide
against is the practice of wearing concealed weapons to be used
upon an emergency.[2]  If one carry a pistol off his own premises,
concealed, for the purpose of hunting, he is guilty of a violation
of the statute.[3]   An indictment for wearing or carrying a deadly
weapon concealed need not aver the intent with which it was
carried, as intent is immaterial.[4]  In *Cutsinger* v. *Commonwealth*,[5]
the defendant was held guilty of carrying concealed weapons,
when the facts showed that he had purchased the pistol for another
and was carrying it to deliver to the owner, and not with the in-
tent of using it, the court saying that the motive was immaterial.

2. *Contra.*—In *Moorefield* v. *State*,[6] the defendant borrowed a
pistol for the purpose of joining in a chase for a bear; returning the
pistol soon after the return from the chase, he was not guilty of go-
ing armed as contemplated by the law.   And so one is not guilty
of a violation of a statute forbidding the carrying of concealed
weapons, when the facts are, that the pistol was in the pocket for
the purpose of being delivered to the owner, who had sent for it.[7]

---

[1] In *Williams* v. *State*, 61 Ga. 417;
S. C., 34 Am. Rep. 102, the court makes
criticisms upon *Evans* v. *State*, as fol-
lows · " In this ruling we decide differ-
ently from what was held by the Su-
preme Court of Alabama, on a similar
point, in *Evans* v. *State*, 46 Ala. 88 ;
but while we regret to have so respect-
able a precedent against us, we have
convictions both as to the meaning and

policy of our statute which, for us, are
decisive."

[2] *State* v. *Broadnax*, 91 N. C. 543.

[3] *State* v. *Woodfin*, 87 N. C. 526.

[4] *State* v. *Judy*, 60 Ind. 138.   See
*Walls* v. *State*, 7 Blackf. (Ind.) 572.

[5] 7 Bush (Ky.) 392.

[6] 5 Lea (Tenn.) 348.

[7] *State* v. *Broadnax*, 91 N. C. 543.

Digitized by Google          Original from
                              UNIVERSITY OF MICHIGAN

## VII. Defences.

1. *Apprehended attack.* — To carry a weapon concealed for one's own self-protection is not excused by a communication of threats of violence made against him.[1]  So, exculpatory proof that the defendant had more than two years previously been shot at by strangers, is inadmissible.[2]   Reasonable ground to apprehend an attack at a dangerous locality, which defendant visited early in the morning, will not justify carrying a concealed weapon, procured for that occasion, late in the day, at a locality not shown to be dangerous.[3]

In *Polk* v. *State*,[4] it is established that evidence of threats against the accused is always admissible in defence of a prosecution for carrying concealed weapons.  The weight to be attached to such threats being matter for the determination of the jury, who must ascertain the real purpose, or what seemed to be the real purpose, of the person making the threat, or hostile demonstration, and the real, not feigned, sense of insecurity or peril under which the threatened party labored when the weapon was carried concealed.   To make out the defence of threatened or apprehended attack, within statutory exceptions, the motive of carrying the weapon must be defence against violence, threatened or apprehended.   And as bearing on the question of motive and purpose, the conduct and declarations of the accused and the prosecuting witness, during an altercation and subsequent encounter between them, out of which the prosecution arose, are relevant and competent evidence.[5]   But it is not competent, where a defendant had been threatened with and had good reason to apprehend an attack, to show that one to whom he had spoken of the threats had advised him to arm himself.[6]

The statutory words—"being threatened"—as used concerning the carrying of concealed weapons, are used in the sense of being so circumstanced as to be made to apprehend an attack against which one might lawfully defend himself by the use of a deadly weapon.   The term "threatened" does not mean that a mere

[1] *State* v. *Spreller*, 86 N. C. 697.
[2] *Hopkins* v. *Commonwealth*, 3 Bush (Ky.) 480.
[3] *Chatteaux* v. *State*, 52 Ala. 388.

[4] 62 Ala. 237.
[5] *Shorter* v. *State*, 63 Ala. 129.
[6] *Berney* v. *State*, 69 Ala. 233.

Generated at Texas Christian University on 2023-06-07 00:09 GMT  /  https://hdl.handle.net/2027/mdp.35112100240797
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

denunciation of evil will license the person denounced to carry concealed weapons. That one has been threatened by another with bodily harm, does not in itself license the person threatened to carry a weapon wholly or partially concealed. To justify such a carrying he must, to the satisfaction of the trial court, have good and sufficient reason to apprehend an attack, and must be carrying the weapon as a precaution against it.[1]

2. *Officer of the law.*—Many of the state statutes contain exceptions allowing to officers of the law the right to carry concealed weapons, but it will be noticed that this exception is given a very close construction, and rightly so. A United States marshal, or any other civil officer, has no right to carry a weapon concealed about his person, unless he is actually engaged in the discharge of his official duty.[2] Officers with criminal process to execute may lawfully go armed, but officers with mere civil process to execute, are liable to indictment for carrying a pistol, except as allowed by statute;[3] and to give an officer the benefit of the exemption of the statute against carrying a pistol, he must produce the process under which he claims to have acted, or a certified copy, if in existence.[4] A tax collector is not such an officer as is included in the exemption;[5] nor is a private detective who is charged with the duty of investigating cases of suspicion of felony and of making arrests.[6] In *Irvine* v. *State*,[7] it appeared that when defendant exhibited the pistol which he was charged with carrying, he stated that he was a deputy-sheriff after a horse-thief, and it was held that as a part of the *res gestæ*, this statement was admissible, and not being contradicted, constituted a defence.

3. *Traveler.*—The exemption and privilege extended to one who is a traveler commence when he sets out on a journey, and continue until he reaches home on his return.[8] The fact of leaving the neighborhood of one's immediate acquaintances and friends, going among strangers, and possibly, the purpose and

[1] *Tipler* v. *State* (Miss. Sup. Ct., 1880) 11 Cent. L. J. 157.
[2] *State* v. *Hayne*, 88 N. C. 625.
[3] *Gayle* v. *State*, 4 Lea (Tenn.) 466.
[4] *Beasley* v. *State* (Tenn. Sup. Ct.), 14 Chic. L. N. 300.
[5] *Gayle* v. *State*, *supra*.
[6] *Horn* v. *State*, 6 Lea (Tenn.) 835.
[7] 18 Tex. App. 51.
[8] *Coker* v. *State*, 68 Ala. 95.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated at Texas Christian University on 2023-06-07 00:09 GMT / https://hdl.handle.net/2027/mdp.35112100240797
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

objects in view, are circumstances to be weighed by the trial court
in determining whether the defendant was traveling so as to ex-
cuse the carrying of weapons concealed about his person.[1]

In *Eslava* v. *State*,[2] it is said that the traveling, on setting out
on a journey, which justifies the carrying of concealed weapons,
must be a travel to a distance from home, and not within the line
of the person's duties, habits, or pleasure.

In *Gholson* v. *State*,[3] the court say, that " It is not traveling—
merely passing from one place to another—which justifies the
carrying of concealed weapons.   The traveling must be, as the
setting out, on a journey.   The original signification of journey
was a day's travel.   It is now applied to a travel by land from
place to place, without restriction of time.   But, when thus ap-
plied, it is employed to designate a travel which is without the
ordinary habits, business, or duties of the person, to a distance from
his home, and beyond the circle of his friends or acquaintances.
Passing beyond these may involve unknown dangers, from which
there may be a necessity to protect himself ; as there is a necessity
to prepare for defence against an attack, either threatened, or
which he has just cause to apprehend.   The words are indefinite;
and this is the signification in which they are employed in the
statute, and not in a larger sense, which would go far to license
rather than to suppress the practice against which the statute is
directed."

In *Lockett* v. *State*,[4] it was held that a person who was a pas-
senger on a railway train for the distance of twenty-eight miles,
seeking employment, was a traveler.   The court in this case say,
" The word ' traveling ' has no very precise or technical meaning
when it is used without any limitation.   Its primary and general
import is to pass from place to place, whether for pleasure, in-
struction, business, or health.   *   *   *   The length of the jour-
ney, or its continuance, does not destroy the character of the occu-
pation."   And in *Coker* v. *State, supra*, the court say that the de-
fendant was improperly convicted of carrying a concealed weapon
while returning, and while near his own residence, from a collect-
ing trip, which had taken him some forty miles from his home.

---

[1] *Wilson* v. *State*, 68 Ala. 41.
[2] 49 Ala. 357.
[3] 58 Ala. 519; *S. C.*, 25 Am. Rep. 652.
[4] 47 Ala. 42.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated at Texas Christian University on 2023-06-07 00:09 GMT  /  https://hdl.handle.net/2027/mdp.35112100240797
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

416                          CONCEALED WEAPONS.

In *Burst* v. *State*,[1] the facts show that at the time of the alleged offence, and before and since that time, the defendant resided in Perry county and was extensively engaged in the stave business, having stave yards at various places in that county and adjoining counties, and that he traveled from his residence in a buggy to and from these several places of business in attending to his duties, and was so engaged nearly all his time.   On the day of the alleged offence and while engaged in his business, he stopped twenty-two miles distant from his residence, at a picnic in Perry county, and while there made a harmless exhibition of a pistol to one person, and then placed it in his pocket, and the court say, " We are of the opinion that the appellant was a traveler, and not amenable to the statute under which he was found guilty."

In *Rice* v. *State*,[2] the defendant, when arrested for the offence of carrying concealed weapons was *en route* with a herd of cattle from another county, to a market in Kansas, and progressed about ten miles per day, and the court say that he was a traveler within the spirit and meaning of the law, and entitled to the exemption allowed to travelers.

There has been much discussion as to what constitutes a traveler, within the meaning and intent of the statute, and in many of the cases the subject has been elaborately considered, and it is proper at this place to note the various conditions upon which the determinations of the court have turned.

In Texas, persons going to market, a day's journey, are regarded as travelers.[3]   And where the question of Sunday laws was in the case it was said that one who, on Sunday, went in a street car from Charlestown to Roxbury, a distance only four miles or so, was traveling;[4] and one who, on Sunday, was walking from South Boston to Boston, was held to be a traveler,[5] and so was the same held in regard to one who was walking from the town of Chelmsford to Lowell, a distance only of four miles.[6]

The English cases have discusssed the subject, where it arose under a statute forbidding the selling of drinks, victuals and the like, on Sunday, save to travelers.   In *Atkinson* v. *Sellers*,[7] the

---

[1] 89 Ind. 183.   [2] 10 Tex. App. 288.   [5] *Connolly* v. *Boston*, 117 Mass. 64.
[3] *Waddell* v. *State*, 37 Tex. 356.   [6] *Gorman* v. *Lowell*, 117 Mass. 65.
[4] *Stanton* v. *Metropolitan Railroad*, 14   [7] 5 C. B. N. S. 442.
Allen (Mass.) 485.

Digitized by Google                                    Original from
                                                   UNIVERSITY OF MICHIGAN

defendant was an inn-keeper, and was indicted for selling liquors on Sunday, and the question was whether the persons to whom he sold the drinks, were travelers within the provisions of the statute, which allows "refreshment to travelers." The facts are that the purchaser had left Liverpool about two o'clock in the afternoon, for pleasure, in a carriage, and had driven a distance of ten miles before arriving at the Atkinson place, and that upon inquiry the strangers represented themselves to be travelers, and were held by the court to be travelers, within the meaning of the statute.

In *Taylor* v. *Humphries*,[1] persons walking from their residence in town to enjoy the country air on a Sunday morning, and in the course of such walk resorting to an inn for refreshments, are held travelers within the act, though the inn be within two miles of their place of abode, and provided they do not go for the mere purpose of indulging a propensity for drink. And the same was held where a landlord supplied with ale, on Sunday, persons who came from Birmingham, a distance of four miles, some on foot and some by carriage, and who returned in the same way, the court saying that it made no difference whether they were on business or pleasure, on foot or otherwise.[2]

One who buys a ticket at a railway station for a place nine miles distant, is a traveler under the statute and entitled to refreshment and entertainment by the innkeeper.[3] The case of *Peache* v. *Colman*[4] was under the licensed victualer's act. It was there said that persons arriving by train at a railway station, a mile from their residence, and residents of the town who go to meet them, are travelers. And so the same was held where one walked on Sunday to a spa two and a half miles from his residence, to drink the mineral water for his health, and was supplied with ale at a hotel, the court saying, "The primary object of the party was not tippling; but being absent from home for a lawful purpose, the refreshment he took was merely ancillary to that purpose." This subject is elaborately considered in *Hamilton* v. *City of Boston*,[5] and upon the given state of facts a *con-*

[1] 17 C. B. N. S. 539.

[2] *Taylor* v. *Humphries*, 10 C. B. N. S. 429.

C. L. M. 8—27.

[2] *Fisher* v. *Howard*, 11 Jur. N. S. 305.

[4] 1 H. & R. 398.

[5] 14 Allen (Mass.) 475.

Generated at Texas Christian University on 2023-06-07 00:09 GMT / https://hdl.handle.net/2027/mdp.35112100240797
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

*trary* conclusion is reached.   In this case it was said by the court
that a person walking a short distance in the public highway,
simply for exercise, and to take the air, on the evening of the
Lord's day, with no purpose of going to, or stopping at any place
but his own house, or of passing from one city or town to another,
is not a traveler within the Sunday law.   " The word traveler,"
says the court in *Blodgett* v. *Boston*,[1] "may well embrace within
its meaning, * * * every one, whatever may be his age or
condition, who has occasion to pass over the highway for any
purpose of business, convenience, or pleasure."  But in *O'Connell*
v. *Lewiston*,[2] it is said that one who walks a mile for exercise on
Sunday is not a traveler.

In *Regina* v. *Rymer*,[3] the defendant was indicted for refusing
to serve a customer.  The facts showed that the informant and
complainant lived in the same town with defendant, about twelve
hundred yards from defendant's inn, and was walking about the
town for his own recreation and amusement, when he asked of
defendant a drink.   The court say, " He clearly was not a traveler
or wayfarer, but a mere resident in the town, taking a walk
and calling at this bar for a glass of whiskey."

4. *On one's own premises.*—If the statute makes no exception in
favor of the right to carry pistols upon one's own premises, the
offence may be committed there as well as elsewhere.[4]

The statute of North Carolina makes it an offence to carry a
concealed weapon " off one's own premises."  In *State* v. *Hewell*,[5]
the defendant was indicted for carrying concealed weapons off the
defendant's own premises, and the jury found specially, that de-
fendant, a minor, had a concealed pistol in his possession while in
a public road, which ran over his father's land, and upon this
finding of facts the trial court held the defendant not guilty as
charged, and upon appeal the judgment of the trial court was sus-
tained, for in contemplation of law the son was not off his own
premises, for the reason that the laying off of a highway over
one's land does not deprive him of the freehold covered by the
road.   The public acquire only an easement.

[1] 8 Allen (Mass.) 237.
[2] 62 Me. 84.
[3] 18 Cox C. C. 378.

[4] *Dycus* v. *State*, 6 Lea (Tenn.) 584.
See also, *Harman* v. *State*, 69 Ala. 248.
[5] 90 N. C. 705.

Generated at Texas Christian University on 2023-06-07 00:09 GMT / https://hdl.handle.net/2027/mdp.35112100240797
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Under the Texas statute, which forbids the carrying of pisols while hunting, it is decided that while hunting upon one's own premises is an infringement.[1]   The fact of being on one's own premises and in fear or danger of being attacked, will not justify the act under the Arkansas statute;[2] but under the Kentucky statute the contrary is held, provided the accused believe he was in present danger.[3]

One cannot successfully contend that he carried the pistol upon his own premises, when, in fact, he had leased the premises to another and had no authority to come upon the premises;[4] nor is a mere servant hired by the prosecutor to assist him in the cultivation of his land, being on such land, "on his own premises" within the meaning of the statute.[5]

5. *Miscellaneous defences.* (a.)  *School exhibition.*—It is no excuse for carrying a pistol concealed, that the person carrying was engaged to play a part, in which a pistol was to be used, in a school exhibition, to take place another day.[6]

(b.)  *Merchant purchasing goods.*—The case of *State* v. *Gilbert*[7] was under a statute making possession *prima facie* evidence of concealment, and it being shown that the defendant was a merchant who bought a pistol merely as a sample and carried it in his pocket from the store, where he bought it, to another near by to have it packed with other goods, it was held that the merchant was not amenable to the statute under such state of facts.

## VIII. Burden of proof.

1. *Possession prima facie evidence.*—The *prima facie* evidence of concealment, raised under the statute by the fact of possession of a pistol, may be rebutted,[8] and the burden is upon the defendant to rebut the presumption by proof satisfactory to the trial court; and in such cases the law presumes the criminal intent, and the defendant must likewise rebut this presumption.[9]   And in the ab-

---

[1] *Titus* v. *State*, 42 Tex. 378.

[2] *Carroll* v. *State*, 28 Ark. 99.

[3] *Bailey* v. *Commonwealth*, 11 Bush (Ky.) 688.

[4] *Zallner* v *State*, 15 Tex. App. 23.

[5] *State* v. *Terry*, 93 N. C. 585; S. C., 53 Am. Rep. 472.

[6] *Preston* v. *State*, 63 Ala. 127.

[7] 87 N. C. 527; *S. C.*, 42 Am. Rep. 519.

[8] *State* v. *Gilbert*, 16 Rep. 84; *S. C.*, 87 N. C. 527.

[9] *State* v. *McManus*, 89 N.·C. 555.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated at Texas Christian University on 2023-06-07 00:09 GMT / https://hdl.handle.net/2027/mdp.35112100240797
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

420                        CONCEALED WEAPONS.

sence of statutory presumption the alleged concealment is material
and must be proven to sustain a conviction.[1]   Under an indict-
ment, charging the carrying of a concealed weapon, the defend-
ant not being a traveler, it is not incumbent upon the state to
prove such negative averments, the affirmative being matter of
defence.[2]

2. *Loaded weapons.*—On the trial of "A," for carrying a pistol
as a weapon, it is not necessary, or incumbent upon the state to
show that the pistol was loaded,[3] and it is immaterial whether
the weapon carried concealed, be loaded or not.[4]

M. W. HOPKINS.

*Danville, Ind.*

[1] *Ridenour* v. *State*, 65 Ind. 411.
[2] *Wiley* v. *State* 52 Ind. 516.
[3] *State* v. *Wardlaw*, 43 Ark. 78.
[4] *Ridenour* v. *State*, 65 Ind. 411;
*State* v. *Duzan*, 6 Blackf. (Ind.) 31;
*Walls* v. *State*, 7 Id. 572.   In *Carr* v.
*State*, 34 Ark. 448 ; *S. C.*, 36 Am. Rep.
15, the point is not directly in issue, but
it is intimated that being unloaded and
unfit for use would be an excuse under
the statute prohibiting carrying "con-
cealed as a weapon."

Generated at Texas Christian University on 2023-06-07 00:09 GMT / https://hdl.handle.net/2027/mdp.35112100240797
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT 81

THE SCIENCE OF DEFENCE.—One of the papers, in copying from an English paper a disgusting account of a boxing match between two veteran boxers, says that this practice is useful as a substitute for the Bowie knife, and as a defence against ruffians. It says that where boxing is tolerated, the use of fatal weapons is little known, and that where it is condemned the knife and the dagger are common. To prove the first part of this assertion, it refers to England, where nothing is held in detestation as cowardly; and to prove the second, we admit that it might refer to Italy and Spain, in both of which stabbing is common, and not regarded with as much repugnance as in England. We admit the practice, but deny the conclusions of this newspaper. We admit that the knife is less known and more detested in England than in Spain or Italy, but we deny that this English repugnance to that cowardly weapon is produced by boxing, or the Spanish or Italian partiality for it by want of boxing. In France, where boxing is held in contempt, the knife is much less known than in England; and therefore this French repugnance to the knife is not produced by boxing. In Germany, both the knife and boxing are unpopular, and therefore the absence of one cannot be explained by the substitution of the other. We must refer to some other cause than pugilism, or the absence of it, this English repugnance to the knife and the dagger, and this Spanish, or Italian, or American partiality for it.

The frequency of any crime, or the habitual use of any instrument, depends upon the general tone of public sentiment. If it be harsh, violent, brutal, almost all modes of outrage will be common, though ferocious, custom, may establish a preference for one over another. Wherever this violence of public sentiment has existed, duelling has been common; and yet the modes of duelling have been different in different countries, and have frequently changed in the same country since duelling with swords prevailed in all parts of Europe. Afterwards duelling with the arms became common. At present duelers fought with pistols in France and England, with swords in Germany and Spain, and with knives and rifles in the United States. In all these countries, duelling proceeds from the same spirit, fashion regulates the mode of fighting, and can change the mode at any moment. What does this prove? That all modes of fighting duels originate in the same spirit of violence, that fashion regulates the mode, and that the use of one mode affords no security against the adoption of another.

Violence, like every other trait of character, grows with what it feeds on, or increases with indulgence, and it is not at all modified by its instruments. If men are irascible, vindictive and consequently quarrelsome, they will resort to any instruments of violence which are most convenient, and a change of instruments will produce no change in their dispositions. Thus if a people be fierce and quarrelsome, and habitually carry pistols, dirks and assassinations will be common among them. But if fashion substitute the knife for the pistol, the change will not increase or diminish their propensity to mutual outrage. They will be as jealous, arrogant, vindictive and cruel with their knives as they were with their pistols, and no more. Some suppose that the Spaniards and Italians, certainly more cruel and treacherous in their violence than the Anglo-Saxons, are rendered so by the use of the knife. But the knife has no greater tendency than the pistol to encourage treachery; for one can be concealed and secretly used as well as the other. Steel has no more connection with artifice or treachery than gunpowder; and gunpowder has no more with boldness and frankness than steel. Neither has the form or use of the material, of which a weapon is composed, any such influence; for the sword is much larger than the stiletto or Bowie knife, and has been called, in the language of poltroon ruffianism, the weapon of a gentleman; and yet it is as treacherously used by the Spaniards as the stiletto is by the Italian, or the Bowie knife by the Americans. Amongst all the European subjects of the British empire the Irish are the least quarrelsome, if the records of their criminal courts are worthy of reliance, and the most crafty, if their own writers speak truth. Yet they are not more disposed to use the knife than any other murderous weapon, for they use all indifferently. The Americans of the southern States are as frank and ingenuous as the English, and yet use the knife much more, and use all weapons indifferently. Therefore character is not modified by the shape, size, mode of operation, or other qualities of weapons, but the frequency or sparing use of weapons depends upon character.

All cruel sports promote cruelty of character. No people are more cruel than the English, for so modern people have so thoroughly, mercilessly trampled upon the rights and feelings of each other's; and of this we find proofs in their amusements. Our revolution, during the last entire abuses, within a few months at Baytown, war, be feuds, course of perpetration against and now in the city of character is promoted China. This event, bear and bull baiting, by their horse-racing, baiting, and other ruffian cock and dog fighting, empl, the arrogance, apathy, and by the commodities social distinctions the insolence by which they of the Span- are maintained. The bull fight- ish nobles, and such have promoted towards which all sub-of these sports is exhibited tions in the atrocities already described, and at home in their system of social outrages. The discipline of their schools, armies and navies, and prisons, and their bloody jurisprudence. All these effects react upon their causes; and that whole cruel sports produce cruel manners and cruel laws, the latter increase the taste for cruel sports. Hence the English indulge in boxing from a spirit of cruelty, and do not refrain from the knife from a spirit of humanity. The laws of England do not tolerate murder of any kind. Neither do those of any civilized country. And with a strong government, the English are able to enforce these laws generally; and therefore murder with the knife is not common. But as the spirit of cruelty created by these sports makes no distinctions in instruments, the English, when free from legal restraint, as they are in some degree in our southern states, are quite as reckless of life and as ready with the Bowie knife as the native Americans. In those parts of our country where the Bowie knife is most used, cruel sports are most in fashion, and pugilistic encounters are most frequent. They do not resort to regular boxing matches, like the English, but attack each other with natural weapons, with fists, teeth and nails, much more frequently than their neighbors. Most of the murders with Bowie knives and pistols originate in pugilistic encounters or quarrels, in which fists are the weapons first used.

Since then, boxing matches are no substitute

# EXHIBIT 82



DATE DOWNLOADED: Mon Apr 10 12:07:18 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1838 67 .

ALWD 7th ed.
, , 1838 67 .

Chicago 17th ed.
"," Alabama - General Assembly, Annual Session : 67-68

AGLC 4th ed.
" Alabama - General Assembly, Annual Session 67

OSCOLA 4th ed.
" 1838 67          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

seal, appoint such officers as they may think proper and remove the same for improper conduct or neglect of duty.

Sec. 2. *And be it further enacted,* The said Trustees or body corporate shall be priviledged to purchase, accept of and be invested **Trustees may hold property** with all manner of property, either real, personal, or mixed, to them and their successors in office, to have and to hold the same for the proper use and benefit of said Academy; *Provided,* the whole value of said property shall never exceed twenty thousand dollars.

Sec. 3. *And be it further enacted,* That when any vacancy **Vacancies how filled.** may occur by death, resignation, or otherwise, of any of the Trustees of said Academy, the survivors or residue of said Trustees, shall fill the same in such manner as shall be pointed out by the by-laws and regulations of said corporation; and that a majority of said board of Trustees shall be competent to transact all business pertaining to said corporation, and their acts shall be as binding and valid as if the whole board were present.

Sec. 4. *And be it further enacted,* That all property owned **Property not taxable.** by said Trustees in their aforesaid corporate capacity, shall be and it is hereby declared free from all taxation.

Approved Feb. 1st, 1839.

[No. 76.]
AN ACT
To declare Chockolocco Creek a public highway from Davis' to Bagleys Mills in the County of Talladega.

Section 1. *Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened,* That the Chockolocco Creek from Davis' to Bagleys Mills in the County of Talladega is hereby declared a public highway.

Sec. 2. *And be it further enacted,* That if any person or persons, shall obstruct the navigation of said creek, by building milldams, felling trees, or in any other way, such person or persons, shall forfeit and pay the sum of five hundred dollars; one half to the State, and the other half to any person who may sue for the same, recoverable before any court of law having jurisdiction of the same and shall also forfeit and pay all damages which any person or persons, may sustain by reason of such obstructions, recoverable in like manner, and all such obstructions may be removed by order of the County or Circuit Courts of Talladega county as a public nuisance.

Approved Feb. 1, 1839.

[No. 77.]
AN ACT
To suppress the evil practice of carrying weapons secretly.

Section 1. *Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened,* That if any person shall carry concealed about his person any species of fire arms, or any bowie knife, Arkansaw tooth-pick, or any other knife of the like kind, dirk, or any other deadly weapon, the person so offending, shall on conviction thereof, before any court having competent jurisdiction, pay a fine not less than fifty nor more than five hundred dollars, to be assessed by the jury trying the case; and be imprisoned for a term not exceeding three months, at the discretion of the Judge of said court.

1839.                                68

Sec. 2. *And be it further enacted,* That it shall be the duty of
the Judges of the several Circuit Courts of this State to give this act
specially in charge to the Grand Juries, at the commencement of
each term of said Courts.

*Judges to give this law a charge to ary*

Sec. 3. *And be it further enacted,* That the Secretary of State
shall cause this act to be published for three months in the papers of
Mobile, Montgomery, Tuscumbia, Huntsville, Wetumpka and Tus-
caloosa, which publishers shall be paid out of any money in the
Treasury not otherwise appropriated.     Approved Feb. 1, 1839.

[No. 79]                      AN ACT
To incorate the town of Mooresville in the county of Limestone.

Section 1. *Be it enacted by the Senate and House of Represen-
tatives of the State of Alabama in General Assembly convened,*
That the town of Mooresville, in the county of Limestone, be and
the same is hereby incorporated, including all the territory within
one fourth of a mile in every direction, from the store house of White
and Dewoody in said town.

*Incorporation*

Sec. 2. *And be it further enacted,* That all free white male per-
sons of said town living and residing within the limits of said incor-
poration above the age of twenty-one years, are hereby authorised
to vote for and elect persons residing in said town, or corporate lim-
its as trustees of said corporation, a majority of whom shall consti-
tute a quorum to do business who are empowered to superintend the
police of said town by passing such by-laws not contrary to the laws
of the United States and of this State as they may think proper for
the Government of said town, and for the suppression and removal
of nuisances, within the above mentioned boundaries.

*Trustees to be elected.*

Sec. 3. *And be it further enacted,* That said trustees or a major-
ity of them, are hereby authorised to assess such taxes on all proper-
ty lying within the limits of said corporation as they may think prop-
er, for all the purposes of a proper police and necessary revenue
therefor.

*Assess taxes.*

Sec. 4. *And be it further enacted,* That the said trustees shall
meet on the day next succeeding the election and choose from among
themselves a President who shall preside and keep order at all meet-
ings of the trustees; and the President of said trustees is hereby ves-
ted with all the powers and privileges of a Justice of the peace with-
in the corporate limits of said town, and at the same time and place,
the said trustees shall elect a treasurer for the corporation and a con-
stable, and the said constable so elected shall be vested with all the
powers, privileges, and duties of a constable within the corporate
limits aforesaid, and to whom the taxes aforesaid shall be given in on
oath, and who shall collect and pay over the same to the treasurer of
said town within ten days after the same is collected.

*Trustees to elect Presi-dent.*

*To elect Trea-surer & con-stable.*

Sec. 5. *And be it further enacted,* That the election of trustees
shall be held on the second Monday in March 1839, and forever
thereafter, on the same day in each succeeding year, from eleven o'-
clock, A. M. to four o'clock P. M., under the direction of a Justice
of the Peace of said county; and two house-holders or free-holders re-
siding within the limits aforesaid,

*Elections when held.*

# EXHIBIT 83



HEINONLINE

DATE DOWNLOADED: Mon Jan 23 21:13:37 2023
SOURCE: Content Downloaded from HeinOnline

Citations:

Bluebook 21st ed.
1871 25 .

ALWD 7th ed.
, , 1871 25 .

Chicago 17th ed.
"," Texas - 12th Legislature, 1st Session, General Laws : 25-27

AGLC 4th ed.
'' Texas - 12th Legislature, 1st Session, General Laws 25

OSCOLA 4th ed.
'' 1871 25

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

GENERAL LAWS. 25

## CHAPTER XXXIV.

### AN ACT TO REGULATE THE KEEPING AND BEARING OF DEADLY WEAPONS.

SECTION 1. *Be it enacted by the Legislature of the State of Texas,* That any person carrying on or about his person, saddle, or in his saddle bags, any pistol, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured or sold for the purposes of offense or defense, unless he has reasonable grounds for fearing an unlawful attack on his person, and that such ground of attack shall be immediate and pressing; or unless having or carrying the same on or about his person for the lawful defense of the State, as a militiaman in actual service, or as a peace officer or policeman, shall be guilty of a misdemeanor, and, on conviction thereof shall, for the first offense, be punished by fine of not less than twenty-five nor more than one hundred dollars, and shall forfeit to the county the weapon or weapons so found on or about his person; and for every subsequent offense may, in addition to such fine and forfeiture, be imprisoned in the county jail for a term not exceeding sixty days; and in every case of fine under this section the fines imposed and collected shall go into the treasury of the county in which they may have been imposed; *provided,* that this section shall not be so construed as to prohibit any person from keeping or bearing arms on his or her own premises, or at his or her own place of business, nor to prohibit sheriffs or other revenue officers, and other civil officers, from keeping or bearing arms while engaged in the discharge of their official duties, nor to prohibit persons traveling in the state from keeping or carrying arms with their baggage; *provided further,* that members of the Legislature shall not be included under the term "civil officers" as used in this act.

SEC. 2. Any person charged under the first section of this act, who may offer to prove, by way of defense, that he was in danger of an attack on his person, or unlawful interference with his property, shall be required to show that such danger was immediate and pressing, and was of such a nature as to alarm a person of ordinary courage; and that the weapon so carried was borne openly and not concealed beneath the clothing; and if it shall appear that this danger had its origin in a difficulty first commenced by the accused, it shall not be considered as a legal defense.

SEC. 3. If any person shall go into any church or religious assembly, any school room, or other place where persons are assem-

**26**                    **GENERAL LAWS.**

bled for amusement or for educational or scientific purposes, or into
any circus, show, or public exhibition of any kind, or into a ball
room, social party, or social gathering, or to any elec.ion precinct
on the day or days of any election, where any portion of the people
of this State are collected to vote at any election, or to any other
place where people may be assembled to muster, or to perform any
other public duty, (except as may be required or permitted by law,)
or to any other public assembly, and shall have or carry about his
person a pistol or other firearm, dirk, dagger, slung shot, sword
cane, spear, brass-knuckles, bowie-knife, or any other kind of knife
manufactured and sold for the purposes of offense and defense, unless
an officer of the peace, he shall be guilty of a misdemeanor, and,
on conviction thereof, shall, for the first offense, be punished by fine of
not less than fifty, nor more than five hundred dollars, and shall for-
feit to the county the weapon or weapons so found on his person;
and for every subsequent offense may, in addition to such fine and
forfeiture, be imprisoned in the county jail for a term not more than
ninety days.

SEC. 4.   This act shall not apply to, nor be enforced in any
county of the State, which may be designated, in a proclamation of
the Governor, as a frontier county, and liable to incursions of hostile
Indians.

SEC. 5.   All fines collected under the provisions of this act shall
be paid into the treasury of the county, and appropriated exclu-
sively to the keeping in repair and maintenance of public roads, and
all weapons forfeited to the county under the provisions of this act
shall be sold as may be prescribed by the county court, and the pro-
ceeds appropriated to the same purpose.

SEC. 6.   It shall be the duty of all sheriffs, constables, marshals,
and their deputies, and all policemen, and other peace officers, to ar-
rest any person violating the first or third sections of this act, and
to take such person immediately before a justice of the peace of the
county where the offense is committed, or before a mayor or recorder
of the town or city in which the offense is committed, who shall in-
vestigate and try the case without delay.   On all such trials the ac-
cused shall have the right of a trial by jury, and of appeal to the
district court; but, in case of appeal, the accused shall be re-
quired to give bond with two or more good and sufficient sureties in a
sum of not less than one hundred nor more than two hundred dol-
lars, if convicted under the first section and in a sum of not less
than two hundred nor more than one thousand dollars, if convicted
under the third section of this act; said bond to be payable to the
State of Texas, and approved by the magistrate, and conditioned that
the defendant will abide the judgment of the district court that may

GENERAL LAWS.                    27

be rendered in the case; and in case of forfeiture the proceedings
thereon shall be as is or may be prescribed by law in similar cases;
and all moneys collected on any bond or judgment upon the same,
shall be paid over and appropriated as provided in the fifth section
of this act.

SEC. 7.   Any officer named in the sixth section of this act who
shall refuse or fail to arrest any person whom he is required to
arrest by said section on his own information, or where knowledge
is conveyed to him of any violation of the first or third sections of
this act, shall be dismissed from his office on conviction in the
district court, on indictment or information, or by such other pro-
ceedings or tribunal as may be provided by law, and in addition,
shall be fined in any sum not exceeding five hundred dollars, at
the discretion of the court or jury.

SEC. 8.   That the district courts shall have concurrent jurisdic-
tion under this act, and it is hereby made the duty of the several
judges of the district courts of this State to give this act especially
in charge to the grand juries of their respective counties.

SEC. 9.   It is hereby made the duty of the Governor to publish
this act throughout the State; and this act shall take effect and be
in force from and after the expiration of sixty days after its passage.

Approved April 12, 1871.

———

CHAPTER XXXV.

AN ACT TO AUTHORIZE THE COUNTY COURT OF ROBERTSON COUNTY
TO LEVY AND COLLECT A SPECIAL TAX FOR THE TERM OF TWO
YEARS TO BUILD A COURT HOUSE AND JAIL IN THE CITY OF CAL-
VERT, THE COUNTY SEAT OF SAID COUNTY.

SECTION 1.   *Be it enacted by the Legislature of the State of
Texas*, That the County Court of Robertson county be and the
same is hereby authorized to levy and collect, annually, for the term
of two years, a special *ad valorem* tax upon all property, real, per-
sonal and mixed, in said county, not to exceed one half of one per
centum in addition to all general and special taxes now authorized to
be levied and collected by law, which tax shall be levied and col-
lected the same as other taxes, and shall be appropriated and paid
out solely for the purpose of building a substantial court house and
jail at Calvert, the county seat of Roberson county, Texas.

SEC. 2.   That this act shall take effect and be in force from and
after its passage.

Approved April 12, 1871.

# EXHIBIT 84



DATE DOWNLOADED: Wed Apr 19 18:10:01 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1863 748 .

ALWD 7th ed.
, , 1863 748 .

Chicago 17th ed.
"," California - 14th Session : 748-748

AGLC 4th ed.
'' California - 14th Session 748

OSCOLA 4th ed.
'' 1863 748            Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Rivas Exs., Page 560

748                                       STATUTES OF CALIFORNIA,

**Recovery of damages against company.**

Section 15.   Any person injured, delayed, or damaged, through any defect, insufficiency, or want of repair in any toll bridge or ferry, shall have a right to sue and recover of the party having a license therefor such damages as he may thereby have sustained, in any Court of competent jurisdiction; and any person

**Obstructions**

or persons who shall wilfully obstruct or damage, or cause to be obstructed or damaged, any lane or road, travelled or used by the public as a highway in going to and from any toll bridge or ferry, so as to render such travel or use of such lane or road impracticable, or more difficult, without first procuring, in the manner now or that may hereafter be provided by law, an order by the Board of Supervisors, or other competent authority, duly vacating such lane or road, shall be liable to pay to any person or persons having a license to keep any toll bridge or ferry, any and all damages he or they may sustain by loss or diminution in the amount of tolls that might have been collected had no such

**Damages.**

obstruction or damage been created, and all other damages; and any party so aggrieved may sue and recover the same in any Court of competent jurisdiction, with costs of suit.

---

CHAP. CCCCLXXXV.—*An Act to prohibit the Carrying of Concealed Weapons.*

[Approved April 27, 1863.]

*The People of the State of California, represented in Senate and Assembly, do enact as follows:*

**Penalties.**

SECTION 1.   Every person, not being a peace officer or traveller, who shall wear or carry any dirk, pistol, sword in a cane, sling-shot, or other dangerous or deadly weapon, concealed, shall, upon conviction thereof before any Court of competent jurisdiction, be deemed guilty of a misdemeanor, and shall be imprisoned in the County Jail for not less than thirty nor more than ninety days, or fined in any sum not less than twenty nor more than two hundred dollars.

SEC. 2.   Such persons, and no others, shall be deemed travellers within the meaning of this Act, as may be actually engaged in making a journey at the time.

# EXHIBIT 85



**HEINONLINE**

DATE DOWNLOADED: Thu Sep 14 10:41:18 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Robert; Watkins Watkins, George. Digest of the Laws of the State of Georgia. From Its
First Establishment as a British Province down to the Year 1798, Inclusive, and the
Principal Acts of 1799 (1800).

ALWD 7th ed.
Watkins, Robert; Watkins, George. Digest of the Ls of the State of Georgia. From Its
First Establishment as a British Province down to the Year 1798, Inclusive, & the
Principal Acts of 1799 (1800).

APA 7th ed.
Watkins, R. (1800). Digest of the Laws of the State of Georgia. From Its First
Establishment as British Province down to the Year 1798, Inclusive, and the Principal
Acts of 1799. Philadelphia, Printed by R. Aitken.

Chicago 17th ed.
Watkins Robert; Watkins, George. Digest of the Laws of the State of Georgia. From Its
First Establishment as a British Province down to the Year 1798, Inclusive, and the
Principal Acts of 1799. Philadelphia, Printed by R. Aitken.

McGill Guide 9th ed.
Robert; Watkins Watkins, George, Digest of the Ls of the State of Georgia. From Its
First Establishment as a British Province down to the Year 1798, Inclusive, & the
Principal Acts of 1799 (Philadelphia: Printed by R. Aitken., 1800)

AGLC 4th ed.
Robert; Watkins Watkins, George, Digest of the Laws of the State of Georgia. From Its
First Establishment as a British Province down to the Year 1798, Inclusive, and the
Principal Acts of 1799 (Printed by R. Aitken., 1800

MLA 9th ed.
Watkins, Robert, and George Watkins. Digest of the Laws of the State of Georgia. From
Its First Establishment as a British Province down to the Year 1798, Inclusive, and
the Principal Acts of 1799. Philadelphia, Printed by R. Aitken. HeinOnline.

OSCOLA 4th ed.
Watkins, Robert; Watkins, George. Digest of the Laws of the State of Georgia. From
Its First Establishment as a British Province down to the Year 1798, Inclusive, and
the Principal Acts of 1799. Philadelphia, Printed by R. Aitken.          Please
note: citations are provided as a general guideline. Users should consult their
preferred citation format's style manual for proper citation formatting.

Rivas Exs., Page 563
-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*

458                    DIGEST OF THE

A. D. 1792.
No. 468.

*An Act to revise and amend the militia law of this State, and to adapt the same to the act of the congress of the United States, passed the eighth day of May, one thousand seven hundred and ninety-two, entitled " An act more effectually to provide for the national defence by establishing an uniform militia throughout the United States."*

in conformity to act of congress, the militia laid off into divisions, &c.

I. **B**E *it enacted by the senate and house of representatives of the State of Georgia, in general assembly met,* That in order to comply as nearly as may be convenient with the act of congress of the United States, passed at Philadelphia, on the eighth day of May, in the year of our Lord, one thousand seven hundred and ninety-two, entitled " An act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States ;"—the militia of this State shall be laid off and apportioned into divisions, brigades, regiments, battalions and companies, in the manner herein after particularly expressed.

Brigades and divisions defined.

II. *And be it further enacted,* That the counties of Camden, Glynn, Liberty and Chatham* shall compose a brigade, to be known as the first brigade of the first division ; and the counties of Effingham and Burke† as the second brigade of the said division ; and the said two several brigades shall compose the first division of the militia of this State ; and the counties of Richmond and Columbia shall compose a brigade, to be known as the first brigade of the second division ; and the counties of Washington and Greene as the second brigade of the said division ; and the said two several brigades shall compose the second division of the said militia ; and the county of Wilkes‡ shall compose a brigade, to be known as the first brigade of the third division ; and the counties of Franklin and Elbert§ as the second brigade of the third division, and the said two several brigades shall compose the third division of the said militia.

A major general to command each division. A brigadier general, each brigade. Adjutant general, rank of lieut. col.

III. *And be it further enacted,* That each division of the said militia shall be under the direction of, and be commanded by a major general, and each brigade shall be under the direction of, and be commanded by a brigadier general ; and there likewise shall be appointed an adjutant general, to have the rank of lieutenant-colonel : All which said officers shall be appointed and commissioned by the commander in chief of this State, under the regulations and restrictions herein after pointed out.

Brigades to be subdivided in regiments, battalions and companies. Proviso.

IV. *And be it further enacted,* That within two months after the passing of this act the said several brigades shall be sub-divided into regiments, battalions and companies as nearly as may be, in conformity to the aforementioned act of the congress of the United States, by the executive department of this State.   *Provided,* That the respective counties be kept distinct from, and unblended with any other county in such sub-division, unless alterations in such counties should hereafter by law take place.

V.

* Effingham, M'Intosh, and Bryan, added.
† Montgomery, Scriven, Bullock, and Jefferson, added.        } See acts of 1795, No. 534, and 1796, No. 562.
‡ Warren and Lincoln, added.
§ Oglethorpe and Jackson, added.

## LAWS OF GEORGIA.

459

**V.** *And be it further enacted,* That the officers of companies shall be nominated by election of the citizens liable to bear arms in each company district, and be appointed agreeably to the constitution by the governor of this State, under the following rules and restrictions, that is to say, the free white inhabitants so liable to do militia duty shall, within ten days after such company district shall have been defined by the executive, assemble at a place to be appointed therein by any two or more magistrates within such company district, or if there should not be two residing magistrates within such district, by any two or more magistrates of the county such company may be in, ten days public notice being first given by such magistrates of such meeting and the intention thereof; and the free white inhabitants liable to do duty therein, and so convened, shall proceed to nominate, by ballot, one fit and proper person to fill each respective commission of captain, lieutenant and ensign of such company; the election so held, and the names of the persons so nominated for each commission as aforesaid, shall be certified* under the hands and seals of the said magistrates, and be by them sent, within fifteen days so certified, to his excellency the governor, who shall within five days after the receipt thereof, appoint and commission the persons so nominated for the respective commissions of captain, lieutenant or ensign, as the case may be, and in case of the neglect or refusal of the inhabitants of any company district to meet, and by ballot to nominate the persons aforesaid within the time herein before pointed out for such meeting ; the executive department shall proceed to appoint the officers of such company district without any such nomination.

A. D. 1792.
No. 468.
Company officers, how appointed.

**VI.** *And be it further enacted,* That the captains and subalterns of companies so nominated and appointed shall, within twenty days after the notification of their appointments by his excellency the governor has taken place, meet and assemble at some convenient place within the battalion or regimental district, as the case may be, to which such officers belong, under the direction of any two or more of the captains so appointed, not being candidates, ten days notice being given of the meeting and its intention by them ; and when so met, the said officers shall proceed to nominate, by ballot, one fit and proper person for each commission of lieutenant colonel of the regiment or major commandant of the battalion, as the case may be. *Provided,* That where the lieutenant colonel, when appointed, will command a regiment, consisting of two battalions, the officers of companies of both battalions shall assemble together in like manner at a conevnient place for each battalion, under the direction of two or more captains, one of which at least belonging to each respective battalion ; and the captains so assembling, the said officers shall, within ten days after such nomination, certify the same, and the names of the persons so nominated, and send such certificate to the executive department, which shall within five days thereafter, appoint and commission the persons so nominated to fill such appointments of lieutenant colonel or major, as the case may be.

Lieut. cols and majors to he appointed by the company officers.

Proviso.

**VII.** *And be it also enacted,* That where a country will not permit its being formed into two battalions, the same shall compose a regiment to be commanded by a lieutenant colonel commandant.†  VIII.

Counties not containing two battalions, how to be commanded.

* See act of 1793, No. 494, sect. 8, pointing out the manner of certifying and returning such elections.
† To be commanded by a major if a county has not more than 4 companies.  See act of 1795, No. 534.

460                         DIGEST OF THE

A. D. 1792.
No. 468.
Officers, how to
take rank.

VIII. *And be it further enacted,* That where any officer now in commiſſion ſhall
be nominated and appointed to fill the ſame commiſſion he before held, he ſhall take
rank† from the date of the commiſſion he ſo before held, any thing herein con-
tained to the contrary notwithſtanding, and the officers in commiſſion at the time of
paſſing this act ſhall continue to act until the nomination or appointment of ſome
other perſon to fill the ſame.

Enrolments, how
to be made.
Perſons liable to
duty.

IX. *And be it enacted,* That the commanding officer of each company of militia
ſhall enroll the names of all the male inhabitants (ſlaves excepted) above the age of
eighteen and under the age of forty-five years, who ſhall have reſided therein for
the ſpace of ten days, and ſhall cauſe the perſons ſo enroled to be ſummoned and
duly noticed by a proper non-commiſſioned officer, to appear at ſuch times and places
as he ſhall appoint for company muſters ; and the perſons ſo enrolled, ſhall be from
thenceforth deemed and held to belong to ſuch company, and liable to appear at all
its muſters, whether battalion or company, and on all other neceſſary occaſions,
and to perform the whole duty of a militia man without any further notice whatſo-
ever.

Accoutrements.

X. *And be it further enacted,* That every perſon ſo enrolled ſhall provide himſelf,
agreeably to the act of congreſs, with a muſket or firelock, a ſufficient bayonet and
belt, two ſpare flints, and a knapſack, a pouch with a box therein, to contain not
leſs than twenty-four cartridges, ſuited to the bore of his muſket or firelock, each
cartridge to contain a proper quantity of powder and ball; or with a good rifle,
knapſack, ſhot pouch and powder horn, twenty balls ſuited to the bore of his rifle,
and a quarter of a pound of powder, and ſhall appear ſo armed, accoutred and
provided, when called out to exerciſe or into ſervice ; except that when called out to
exerciſe only on company days, he may appear without a knapſack. And if any

Fines of privates
for deficiencies
and non-attend-
ance.

perſon ſo enrolled ſhall neglect to provide himſelf, or ſhall appear at muſters not pro-
perly accoutred as before expreſſed, or ſhall neglect or refuſe to appear at ſuch battal-
ion or company muſters, or on any other neceſſary occaſion, at any time within nine
months after the paſſing of this act, ſhall be fined in a ſum not exceeding two dol-
lars for every ſuch offence ; and for every ſuch neglect after that time, the ſum not
exceeding ſix dollars if a battalion muſter, and four dollars if a company muſter.

Field and com-
pany officers
uniform, ſubject
to fine for defi-
ciencies & non-
attendance.

XI. *And be it further enacted,* That every commiſſioned officer of the rank of
captain and under, ſhall provide himſelf with a ſword or hanger, an eſpontoon, and
a complete ſuit of uniform, to be determined on by the officer commanding the
brigade he belongs to, and in caſe of any ſuch officer appearing at muſters, or on
other neceſſary occaſions, not ſo provided, at any time within nine months after his
appointment, every ſuch officer ſo offending, or who ſhall neglect or refuſe to appear
at ſuch muſters ſhall be fined, if a captain, in a ſum not exceeding thirty dollars ;
if a lieutenant, not exceeding twenty dollars ; and if an enſign, not exceeding fif-
teen dollars. And every general and field officer ſhall in like manner appear, when
on duty, in a complete uniform, and armed with a ſword or hanger ;—the uniform
of the general officers to be determined by the commander in chief, and the uniform
                                                                                    of

† See act of 1793, No. 494, ſect. 6, reſpecting the rank of lieutenant-colonels.

## LAWS OF GEORGIA.

of the field officers, by the officer commanding the brigade; and in cafe of their appearing at mufter, or on other neceffary occafions, not fo provided, every fuch officer fhall forfeit and pay, if a major-general, a fum not exceeding two hundred and fifty dollars; if a brigadier, a fum not exceeding two hundred dollars; and if a field officer, a fum not exceeding one hundred dollars.

A. D. 1792.
No. 468.

XII. *And be it further enacted,* That the faid militia fhall exercife in battalion twice in each year; and in companies four times in every year; and in cafe of neglect thereof, if a battalion or regimental mufter, the commanding officer of fuch regiment or battalion fhall be fined in a fum not exceeding one hundred dollars, to be impofed by a court martial, to be ordered by the officer commanding the brigade; and if a company mufter, the officer commanding and fo neglecting fhall be fined for every fuch neglect in a fum not exceeding thirty dollars, to be impofed by a court martial, to be ordered by the officer commanding the regiment or battalion to which fuch company fhall belong, and due notice fhall be given of fuch regimental, battalion or company mufters, by the officers commanding the fame.

Battalion or regimental mufters.

XIII. *And be it further enacted,* That every officer commanding a company fhall, on the days appointed to exercife his men by company, have the fame formed under arms by eleven o'clock in the forenoon, by which hour every perfon liable to militia duty in fuch company fhall attend, and the faid officer fhall then have his roll called over, and mark all defaulters, and fhall proceed to inftruct and exercife his men in the evolutions and manual exercife pointed out and required by the before mentioned act of congrefs, and in cafe of neglect of fuch inftructing and exercifing, the officer fo commanding fhall be liable to a penalty not exceeding thirty dollars for every fuch neglect.

Company mufters.

XIV. *And be it further enacted,* That if any perfon liable to bear arms, at any exercife or training, hereby appointed, fhall behave in a contemptuous or unfoldierlike manner, at either battalion or company mufters whilft under arms, or fhall infult or threaten his field, company or other officer commanding, after his difcharge, for or on account of fuch officer's performing the duty hereby required of him whilft fuch perfon was under arms, every fuch perfon fhall for every fuch offence forfeit and pay a fum not exceeding four dollars: And if fuch offender fhall be a commiffioned officer, and fhall be guilty of contemptuous or unfoldierlike behavior whilft on duty, or fhall, after his difcharge from fuch duty, threaten or infult his fuperior officer for or on account of the duty required of fuch officer by this act, every fuch commiffioned officer fo offending fhall for every fuch offence forfeit and pay a fum not exceeding twenty dollars or be cafhiered, at the option of a court martial.

Officers and privates to be fined or cafhiered by court martial, for mifbehavior or difobbedience of orders.

XV. *And be it further enacted,* That any perfon interrupting the military exercifes required by this act, may be committed by the officer commanding the body of militia fo interrupted, to the neareft common gaol, for a fpace of time not exceeding five days for every fuch offence.

Perfons interrupting military exercife may be committed to gaol.

XVI. *And be it further enacted,* That every mafter or other perfon who hath the command, government or power over any indented man fervant, liable to do militia duty by this act, fhall, at his or her own proper cofts and charge furnifh and provide every

Mafters of indented fervants to equip them, &c. and fubject to fine for neglect.

462          DIGEST OF THE

A. D. 1792.
No. 468.

every fuch indented man fervant during his fervitude, with the arms, ammunition and accoutrements directed by this act, and every fuch mafter or other perfon fhall fend fuch indented fervant completely armed and furnifhed as is herein required, to all battalion, regimental or company mufters, and on all other neceffary occafions, which fuch indented fervant would have been liable to attend were he not a bondfman; and in cafe fuch indented fervant fhall not appear thereat, or on appearance fhall be defective in arms or accoutrements hereby required, fuch mafter or other perfon fhall be liable to all the fines, penalties and forfeitures impofed in like cafes on other perfons liable to bear arms by this act.

*Fines and forfeitures, how to be impofed by courts martial.*

XVII. *And be it further enacted*, That the feveral fines, penalties and forfeitures to be inflicted by this act on perfons liable to attend at company mufters, may be impofed by a court confifting of a majority of the commiffioned officers of fuch company; or in cafe of vacancies of two commiffioned officers of the regiment or battalion fuch companies belong to. *Provided*, one of the faid officers be an officer of fuch company. And the feveral fines, penalties and forfeitures to be inflicted on perfons liable to attend battalion or regimental mufters, fhall be impofed by a court, to confift of at leaft feven commiffioned officers of fuch battalion or regiment; and it is hereby made the duty of the officers appointed members of fuch courts martial, on being duly notified thereof, to attend the fame; and in cafe of neglect or refufal of any fuch commiffioned officer to attend, he fhall be liable to the penalties herein pointed out for non-appearance at regimental or battalion orders; and ten days notice at leaft, in writing, fhall be given defaulters and offenders to be tried at fuch company, battalion or regimental courts martial, under the hand of the commanding officer of the company fuch offender or defaulter belongs to, who fhall be ferved with the fame perfonally, or be otherwife notified by a non-commiffioned officer thereof, by fuch non-commiffioned officer's leaving the fame at fuch defaulter's or offender's ufual place of abode, and proof of fuch fervice fhall be made to fuch court, on oath, previous to its proceeding to the trial of fuch offender or defaulter.

*Warrants therefor, how to be drawn & ferved*

XVIII. *And be it further enacted*, That all warrants for fines, penalties or forfeitures inflicted by this act fhall, if in confequence of the fentence of a company court martial, be under the hand and feal of the commanding officer of the company; and if in confequence of the fentence of a regimental or battalion court martial, under the hand and feal of the commanding officer of fuch regiment or battalion; and every fuch warrant fhall clearly exprefs the offence, and recite the fentence of the court, and fhall be directed to, and executed by a ferjeant of the company the offender belongs to, or be directed to, and executed by any lawful conftable of fuch diftrict; and fuch non-commiffioned officer or conftable fhall make return of fuch warrant within thirty days after his receiving the fame; and if on fuch return it fhall happen that fuch offender or defaulter has not wherewithal to be levied to fatisfy the forfeiture or fine impofed by fuch court, it fhall be the duty of fuch officer commanding, to renew the warrant, and thereby to commit the offender or defaulter to the common gaol of the county, or the neareft gaol thereto, if there fhall be no fuch county gaol, for the fpace of one day for each dollar contained in fuch

# LAWS OF GEORGIA.

fuch fine or forfeiture; and it is hereby made the duty of the keeper of fuch gaol to receive fuch offender or defaulter, and to keep him in clofe cuftody for the term in fuch warrant expreffed, without bail or mainprize, and until fuch offender or defaulter fhall have fatisfied fuch keeper for his fees on fuch confinement. *Provided*, That no gaoler fhall detain fuch perfon or perfons more than three days for his fees: *And provided*, That where this act admits of perfons being committed to gaol in the firft inftance, no return or renewal of fuch warrant fhall be neceffary.

A. D. 1792.
No. 468.

XIX. *And be it further enacted*, That the non-commiffioned officers of the refpective companies fhall be appointed in the following manner, that is to fay, the names of all perfons liable to bear arms in each company diftrict fhall be placed in a box to be kept in the cuftody of the commanding officer of fuch company and have two partitions, to be known by the numbers one and two, and the names in the firft inftance fhall be put in the petition number one, and within one month after the refpective companies fhall be organized, it fhall be the duty of the commiffioned officers thereof to affemble and draw from the faid partition number one, the names of eight perfons which fhall be thrown into the partition number two, and the eight perfons fo drawn fhall be the non-commiffioned officers of the company and are hereby declared liable to execute and perform all the duties of fuch ftation, and they fhall ferve as fuch for the fpace of twelve months, and fhall not be liable to ferve again in that capacity until all the names fhell be drawn from the partition number one; and in cafe of refufal to act in fuch appointment, or to procure fome fit and proper perfon, to be approved of by the officer commanding the company, to do the duty of a non-commiffioned officer in his ftead, fuch perfon fo drawn and refufing to act or to procure fuch fit and proper perfon, fhall forfeit and pay the fum of ten dollars, to be recovered by warrant of the officer commanding the company fuch perfon fhall belong to, and the faid commiffioned officers fhall proceed to draw another perfon to fill the office of fuch perfon fo refufing until the number of non-commiffioned officers fhall be completed; and the four firft perfons fo drawn as aforefaid, fhall be the ferjeants, and the laft four fo drawn, the corporals of fuch company. *Provided neverthelefs*, That if fit and proper perfons for non-commiffioned officers fhould be procured by the commiffioned officers of fuch company, the mode of drawing in this claufe contained may be difpenfed with; but after fuch fit and proper perfons have accepted fuch offices, they fhall be liable to ferve in fuch ftation, at leaft for the term of twelve months as is herein before expreffed for perfons drawn to ferve in the fame; and in confideration of the duties in this act affigned to them, one half of the fines of fuch company fhall be fet apart as a fund for defraying the expence of executing fuch duty, and be divided to and among fuch non-commiffioned officers; but if any non-commiffioned officer after accepting fuch office, fhall neglect or refufe to do the duty required by this act, he fhall for every fuch offence, forfeit and pay a fum not exceeding five dollars.

Non-commiffioned officers, in what manner to be appointed—to act twelve months.

Subject to fine in cafe of refufal to act.

Provifo.

XX. *And be it further enacted*, That it fhall be the particular duty of the officers commanding companies, to pay a due attention that the law for eftablifhing and regulating patrols in force in this State, paffed the eighteenth day of November, in the year

The patrol law, how to be enforced by the militia.

464                                   DIGEST OF THE

A. D. 1792.
No. 468.

year of our Lord, one thousand seven hundred and sixty five, under the then province of Georgia, be strictly executed, and in case of neglect or default of such execution, every officer commanding the company defaulting, and not punishing the defaulters agreeable to the said act, shall be subject to a fine not exceeding fifty dollars or be cashiered, at the option of a court martial.

*Returns, to whom and when to be made.*

XXI. *And be it further enacted,* That the officers commanding regiments or battalions, shall once in every year, make proper and complete returns of their regiment or battalion as the case may be, to the officer commanding the brigade to which they respectively belong, and the officers commanding brigades, shall in like manner, make proper and complete returns of their brigades, to the officers commanding the division

*Orders how to be distributed by the officers.*

to which they respectively belong, and the officers commanding divisions, shall receive and distribute all such orders to the brigades of their divisions as may from time to time be issued from the commander in chief, or by his direction, from the adjutant general; and the officers commanding brigades, shall in like manner, receive and distribute to and among the respective regiments and battalions of their respective brigades, all such orders as may from time to time be issued to them by the officers commanding divisions, by the commander in chief, or from his directions by the adjutant general, and the officers commanding regiments or battalions shall cause to be distributed to, and executed by the respective companies under their command all such orders as they may from time to time receive from officers commanding divisions

*Subject to fine or may be cashiered, at discretion of court martial.*

and brigades, or from the commander in chief, or the adjutant general; and in case of neglect or refusal to perform such duty, every officer so offending shall, if a major general, be fined in a sum not exceeding five hundred dollars, if a brigadier, in a sum not exceeding three hundred dollars, and if a field officer, in a sum not exceeding two hundred dollars or be cashiered at the option of a court martial to be ordered, if on a major general by the commander in chief, if on a brigadier by the officer commanding the division, and if a field officer by the officer commanding the brigade. *Provided,* That nothing in this clause contained, shall be construed to debar the commander in chief from arresting and ordering courts martial for the trial of any officer of the militia of this State, or to debar any officer commanding a division, brigade, regiment or battalion from arresting and ordering courts martial for the trial of any officer belonging to his division, brigade, regiment or battalion.

*Courts martial for the trial of officers, how constituted.*

XXII. *And be it further enacted,* That a court* martial for the trial of a major-general shall consist of at least one major-general, three brigadier generals and five field officers; and for the trial of a brigadier general the court shall consist of at least two brigadier generals and seven field officers; and for the trial of a field officer it shall consist of at least one brigadier, three field officers, and five captains, or of four field officers, and five captains; and a court martial for the trial of a captain or subaltern shall consist of at least seven commissioned officers, the president

*Their sentence subject to the pleasure of the commander in chief.*

thereof to be of superior rank to the officer tried; and every sentence of a court martial, where the officer shall be cashiered, shall be transmitted by the president of the court through the adjutant-general to the commander in chief, who may approve of, mitigate the sentence or pardon the offender as he may see fit: and in case of sentences

* See act of 1793, No. 494, sect. 3, prescribing the manner of appointing courts martial.

## LAWS OF GEORGIA.

465

tences merely pecuniary, the officer ordering the court may approve, disapprove or mitigate the fame.

XXIII. *And be it further enacted,* That from and after the organization of the militia as before pointed out, whenever any vacancy shall happen in any captain's district, battalion, regiment, brigade or division, by death, resignation or otherwife, the vacancies shall be filled up by nominating a person or persons to fill such vacancy or vacancies in the same manner as before pointed out by this act.

XXIV. *And be it further enacted,* That his excellency the governor be, and he is hereby empowered to assemble and embody such part of the militia of the State as he may from time to time think necessary, to repel any invasion, insurrection or rebellion which may happen within the same, and to order such officers to command the said militia as he shall see fit. *Provided,* That the officers of one company shall not be placed to command another company, unless where the death, resignation or inability of such officer shall make it necessary. *And provided,* That nothing in this clause contained shall prevent part of such company from being detached, or piquet or otherwise under any officer.

XXV. *And be it further enacted,* That where volunteer corps of artillery, horse or infantry shall be formed in pursuance of the aforementioned act of congress; the volunteers composing the same shall not be permitted to leave such corps until he or they shall have given two weeks notice of such intention, and shall have produced a certificate from under the hand of the commanding officer of the company district he belongs to, that his name is enrolled therein; and until the expiration of such notice such person shall be liable to continue to do duty in such volunteer corps; and in case of removal of residence of any person liable to do militia duty from one district to another, five days notice shall be given to the officer of the company such person intends to remove from, and shall produce a certificate from the officer of the company he intends to remove to, that his name is therein enrolled, and until such notice and certificate, such person shall be liable to do militia duty in such company from which he so intends to remove.

XXVI. *And be it further enacted,* That any officer acting in an infamous or scandalous manner unbecoming the officer, and which is likely to bring the militia service into disrepute, may be arrested by order of the commander in chief, or the commanding officer of a division or brigade, on sufficient grounds appearing to them of such conduct, and on conviction thereof by a court martial, such officer may be cashiered: And all disorders and neglects whilst on duty, or under orders which officers or privates may be guilty of to the prejudice of good order and discipline, though not herein particularly provided for, may be noticed by a general, regimental or battalion court martial, and be punished by fine or forfeiture, not exceeding the penalties herein apportioned for other offences according to the rank of the offender.

XXVII. *And be it further enacted,* That all fines* and forfeitures accruing by virtue of this act shall, if arising from default at regimental or battalion musters, be paid into the hands of the major of such regiment or battalion for the express purpose of procuring;

N n n

---

*See act of 1793, No. 494, sect. 2, respecting other fines.*

### Margin notes

A. D. 1792.
No. 468.

Vacancies, how to be filled.

The governor may embody the militia.

Members of volunteer corps of artillery, horse & infantry, not to leave the same without notice and certificate.

Militia men not to remove out of any district without notice and like certificate.

All improper conduct of officers, disorders and neglect of duty, to be noticed by courts martial.

Fines and forfeitures, how applied.

466                          DIGEST OF THE

A. D. 1792.
No. 448.

procuring regimental and company colours : and all fines and forfeitures arising from defaults at company musters (except as herein excepted) shall be lodged in the hands of the captain thereof, to be applied in the purchase of drums and fifes ; and such captain, after such purpose is attained, shall yearly account with, and pay to the major of such regiment or battalion, the overplus of such fines and forfeitures, who shall, after the expence of colours is deducted therefrom, pay the overplus of such regimental, battalion or company forfeitures into the public treasury, where all fines on general officers shall also be paid.

*Commanding officers of regiments have the sole appointment of the regimental staff.*

XXVIII. *And be it further enacted,* That the commanding officer of regiments shall have the sole appointment of the regimental staff as pointed out by the aforesaid act of congress, and that for the better understanding of this law as it has reference to the said act, the executive be empowered to direct a sufficient number of copies of that act to be struck off with this law, to be distributed one to each company of militia within this State, and one to each field and general officer within the same : And it is declared to be the duty of each company officer to have the said act, together with this law, publicly read over at least twice in each year to his company whilst under arms ; and it shall be the duty of the field officers to have the same once in every year, read to the respective regiments or battalions whilst under arms, to which they may respectively belong : And the executive department is also further empowered and required to have a like number of copies of the rules and articles of war, in force with the troops of the United States, to be distributed in like manner, that the militia be not ignorant thereof when called into actual service.

*The militia laws to be publicly read to companies, regiments or battalions.*

XXIX. *And be it further enacted,* That the major generals, brigadier generals, and adjutant general created by this act, shall be nominated in the following manner : The senate and house of representatives shall concur in the nomination of one person as major general for the first division ; one other person as major general for the second division ; and one other person for the major general for the third division of the militia of this State ; and shall also concur in the nomination of one other person for the brigadier general of the first brigade of the first division ; one other person for the brigadier general for the second brigade of the said division ; one other person for the brigadier general of the first brigade of the second division ; one other person for the brigadier general for the second brigade of the said last mentioned division ; one other person for the brigadier general for the first brigade of the third division ; and one other person as a brigadier general for the second brigade for the third and last division ; and shall also concur in the nomination of one other fit and proper person as adjutant general ; and a list of the names of such persons as shall be nominated as aforesaid, shall be signed by the president of the senate and speaker of the house of representatives, and transmitted to the governor within two days after such nomination, for the purpose of appointing and commissioning each and every of such nominated persons within ten days after he shall receive such lists of names as aforesaid.

*Major generals, brigadiers and adjutant general, how appointed.*

*Vacancies by removal.*

XXX. *And be it further enacted,* That in case any officer shall remove out of the district, battalion or regiment for which he shall be appointed, then and in that case his commission shall be void ; and all officers of divisions, brigades, regiments, battalions and companies shall be residents of the divisions, brigades, regiments, battalions and companies to which they severally belong.                                        XXXI.

## LAWS OF GEORGIA.

467

A. D. 1792.
No. 468.
Quakers exempt from militia duty, on payment of additional tax.
Proviso.

XXXI. *And be it further enacted*, That the people called quakers, on producing a certificate from a quaker meeting of their being *bona fide* quakers, shall be exempt from all militia duty required by this act, and shall pay an extra tax of twenty-five *per centum* in addition to their general tax. *Provided*, That this act shall not extend to affect persons nor their estates who are herein exempt either from years, appointments or imbecility.

Certain other exemptions in addition to those mentioned in the act of the United States

XXXII. *And be it further enacted*, That the members of the legislature for the time being, and their officers, all judicial and executive officers, all ministers in orders, practitioners of physic, all public printers, all ferrymen, millers, all tutors and students, all justices of the peace, registers of probates, the treasurers, the surveyor general and county surveyors, the secretary of the State, invalids, post riders, madmen and ideots,† shall be and they are exempted from any of the duties required by this act, in addition to those exempted therefrom by the act of the United States.

WILLIAM GIBBONS, *Speaker of the House of Representatives*.
BENJAMIN TALIAFERRO, *President of the Senate*.
EDWARD TELFAIR, Governor.
*December* 14, 1792.

* So much of this sect. as exempts the "several officers" named, and all militia laws prior to this act, repealed by act of 1793, No. 494, sect. 15.

† See other exemptions by acts of 1794, No. 522, and 1795, No. 534.

---

## An Act for the more effectually preventing and punishing forgery.

No. 469.

I. **B**E it enacted by the senate and house of representatives of the State of Georgia in general assembly met, That from and after the passing of this act, if any person or persons shall falsely make, forge, alter or counterfeit, or cause or procure to be falsely made, forged, altered or counterfeited, or willingly act or assist in the falsely making, forging, altering or counterfeiting any audited certificate, issued by the auditor general, or any order or warrant issued by his excellency the governor, or the honorable the president of the senate, or speaker of the house of representatives of this State, on the treasurer thereof, for any money or other thing, or any warrant for land issued by the justices of any land court within this State, or any certificate, draft, warrant or order from any of the public officers of this State, issued under or by virtue of any act or resolve of the general assembly, any deed, will, testament, bond, writing obligatory, bill of exchange, promissory note, or order for money or goods, or acquittance, or receipt for money or goods, or any endorsement or assignment of any bond, writing obligatory, bill of exchange, promissory note, or order for money or goods, with intent to defraud any person or persons whatsoever, or shall utter or publish as true, any false, forged, altered or counterfeited audited certificate, governors, presidents, speakers or other public officer's certificate, draft, warrant or order, so as aforesaid issued under or by virtue of any act, or resolve of the general assembly of this State, or any deed, will, testament bond, writing obligatory, bill of exchange,

To forge audited certificates, governors, presidents or speakers warrants, &c. &c.

Or to utter or publish the same as true.

# EXHIBIT 86



DATE DOWNLOADED: Thu Sep  7 12:36:30 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1793 2 .

ALWD 7th ed.
, , 1793 2 .

Chicago 17th ed.
"," Georgia - November Session : 2-52


AGLC 4th ed.
" Georgia - November Session 2

OSCOLA 4th ed.
" 1793 2          Please note: citations are provided as a general guideline. Users
should consult their preferred citation format's style manual for proper citation
formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Rivas Exs., Page 575

【 32 】

*An ACT Supplementary to an Act, entitled " An Act to revise and amend the Militia Law of this State, and to adapt the same to the Act of Congress of the United States, passed the eighth day of May, one thousand seven hundred and ninety-two, entitled, " An Act more effectually to provide for the national defence by establishing an uniform Militia throughout the United States."*

**B**E it enacted, That the Governor shall have power and authority to order out as many companies of mounted infantry or riflemen, from time to time, as may be necessary for the defence of the frontiers; who shall be allowed only the pay and rations of footmen, with the addition of forage. *Provided also,* That no such companies of mounted infantry or riflemen shall be continued in service more than thirty days at one time.

*And be it further enacted,* That any person or persons not herein excepted, neglecting or refusing to perform his tour of duty, when called into service by the authority of his Excellency the Governor, under and by virtue of the laws of this state, if a commissioned officer in person, or if a non-commissioned officer or private, either in person or by substitute, shall, if a commissioned officer, be cashiered, and fined in a sum not exceeding one year's pay, nor less than one month's pay; and if a non-commissioned officer or private, in a sum not exceeding one year's, nor less than one month's pay, for each neglect or default, at the discretion of a court-martial to be held for the trial of all and every such offender; and recovered in the manner pointed out in the aforesaid act: And all such fines shall be paid to the major of the regiment or battalion to which the defaulter or defaulters belong; who shall therefrom provide a sufficient quantity of powder for the use of the regiments or battalions on regimental or battalion musters, and pay the overplus into the public treasury within sixty days after the receipt of the said fines.

*And be it further enacted,* That no officer, except the commander in chief, ordering an arrest, shall appoint a court for the trial of the person or persons so arrested; but shall notify the said arrest to the officer next in command, who shall order a court for the trial of the person or persons arrested as aforesaid.

*And be it further enacted,* That when any officer shall be cashiered, he shall not be eligible to hold any commission for the term of three years thereafter.

*And*

[ 33 ]

And be it further enacted, That the officers composing courts-martial, convened agreeably to law, shall take the following oath, viz.

"I, A. B. do solemnly swear, that I will well and truly try and determine, to the best of my judgment, according to the militia laws of this state now of force, and the evidence before me, the several defaulters legally returned to this court, without partiality, favour or affection; and if any doubt shall arise which are not explained by the said laws, according to my conscience, the best of my understanding, and the customs of war in like cases:—And I do further swear, that I will not divulge the sentence of the court until it shall be published by the commanding officer.—So help me God."

And be it further enacted, That all lieutenant-colonels shall only take rank according to the date of their commissions, without regard to preference to the word commandant.

And be it further enacted, That all aliens shall be liable to do and perform the duties herein, and by the aforesaid militia acts required, in like manner with the citizens. Provided always, That when the United States shall be at war with the nation to which any alien or aliens shall belong, such service shall be immediately suspended; and the said alien or aliens shall be entitled to all the benefits in such cases arising under the law of nations.

And be it further enacted, That the magistrates holding elections for the nomination of company officers, hereafter shall return a list of the names of voters, together with the names of the candidates, with the number of votes for each, to his Excellency the Governor, as soon as possible after the election.

And be it further enacted, That in future it shall not be lawful for any person or persons to have or hold more than one militia commission within this state; and where any person or persons have received more than one militia commission, he or they shall within three months resign one of said commission or commissions, as the case may be, to his Excellency the Governor; and in case such resignation be not made within the time limited as aforesaid, the Governor for the time being, shall be, and he is hereby empowered and directed to consider said commissions as being vacant, and fill up the same.

And be it further enacted by the authority aforesaid, That the people called Quakers, on producing a certificate from a Quaker meeting, of their being bona fide Quakers, shall be exempt from all militia duty required by this act. Provided, Such Quaker do pay twenty-five pounds per centum in addition to the amount of their general tax.

And be it further enacted, That the brigadiers of each brigade within this state, shall be entitled to an aid-de-camp, to be appointed by each brigadier respectively.

And be it further enacted, That no person shall be exempt from any tour of militia duty by a substitute, unless such substitute shall be approved of by the officer commanding the detachment with which he is to march; and all substitutes when in actual service, shall be subject to the same rules and regulations, as the person by whom he was employed could have been subject to.

I.                                                                    Be

*Be it further enacted,* That from and after the passing of this act, the Governor shall not commission officers to any troop or troop of horse, or any company or companies of artillery or riflemen, unless it shall be certified to him by the officer commanding the brigade, that such troop or company is composed of, and belonging to some regiment or battalion within the same.

*And be it further enacted by the authority aforesaid,* That any person or persons having a wife and child or children, removing from any of the United States or elsewhere into this state, shall be, and they are hereby exempted from militia duty for the full term of twelve months. *Provided always,* That such person do within three weeks after coming into the state, enrol himself in the captain's company in the county wherein he does reside.

*And be it further enacted,* That so much of an act, entitled, "an act to revise and amend the militia law of this state," passed the fourteenth day of December, one thousand seven hundred and ninety-two, which exempts from militia duty the several officers therein named, and all laws, regulating the militia prior to said act, be, and the same are hereby repealed.

WILLIAM GIBBONS, *Speaker of the House of Representatives.*

BENJAMIN TALIAFERRO, *President of the Senate.*

Concurred, December 17, 1793.
GEORGE MATHEWS, *Governor.*

*An ACT to impose a Tax on the Inhabitants of this State, for the support of the Government for the year one thousand seven hundred and ninety-four.*

BE it enacted by the Senate and House of Representatives of the state of Georgia, in General Assembly met, That a tax of eight shillings and two-pence for every hundred pounds value of all lands within this state, granted to or surveyed for any person or persons, shall be paid and levied thereon.

*And be it further enacted,* That the value or estimation of such lands shall be rated agreeably to the estimation or value of lands in and by the act entitled " an act to raise a tax for the support of government for the year one thousand seven hundred and ninety-two."

*And be it further enacted,* That the sum of one shilling and nine-pence, shall be levied on all free male white persons, resident within this state

# EXHIBIT 87



DATE DOWNLOADED: Thu Sep 7 12:37:34 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1796 1 .

ALWD 7th ed.
, , 1796 1 .

Chicago 17th ed.
"," Georgia - January Session : 1-16

AGLC 4th ed.
'' Georgia - January Session 1

OSCOLA 4th ed.
'' 1796 1        Please note: citations are provided as a general guideline. Users
should consult their preferred citation format's style manual for proper citation
formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

[ 16 ]

AN ACT to repeal a clause of an act entitled, An act appropriating money for the year one thousand seven hundred and ninety-five.

BE it enacted by the senate and house of representatives of the State of Georgia in general assembly met, That so much of the act entitled, An Act appropriating monies for the year one thousand seven hundred and ninety-five, as is contained in a clause thereof, in the words following, to wit, " be it enacted, That any foreigner, first becoming a resident of this state, may by deed or will hereafter to be made, take and hold lands within this state in the same manner as if he was a citizen of this state, and the same lands may be conveyed by him, and transmitted to, and be inherited by his heirs and relations as if he and they were citizens of this state, Provided, That no foreigner shall, in virtue hereof, be entitled to any further or other privileges of a citizen ; And provided, That nothing herein contained shall extend or be construed to extend to authorise the Governor to grant lands to any other than citizens of this or the United States ;" be, and the same is hereby repealed.

And be it further enacted, That the laws heretofore of force prohibiting foreigners from holding real estate, shall be considered and are hereby declared to be of full force, power and effect.

THOMAS STEVENS, Speaker of the House of Representatives.
BENJAMIN TALIAFERRO, President of the Senate.
Concurred February 22, 1796.
JARED IRWIN, Governor.

AN ACT to organize the Militia in the several New Counties of this State.

BE it enacted by the senate and house of representatives in general assembly met, and by the authority of the same, That the commissions of all officers, in the new counties, shall be, and they are hereby declared to be null and void, from and immediately after new elections shall have taken place therein ; and his Excellency the Governor is hereby authorised and required, within two months to organize the militia in the new counties of Bullock, Jackson, Jefferson and Lincoln into regiments, battalions and companies, agreeably to an act passed at Augusta, to revise and amend the militia law of this state, and adapt the same to the act of the congress of the United States, passed the eighth day of May one thousand seven hundred and ninety-two.

And be it further enacted, That for the general convenience of the citizens, and more equal arrangements of the divisions and brigades, that the counties of Bullock and Jefferson be, and they are hereby added to the second brigade of the first division, and the county of Lincoln, to the first brigade of the third division ; and the county of Jackson to the second brigade of the third division.

And be it further enacted, That the officers of the militia in the first brigade in the first division, shall be authorised and empowered, in their respective patrol districts to apprehend any negroe, mustee or mulatto, freeman or freemen, slave or slaves who shall hereafter arrive in any port of this state from any of the West-India or Bahama islands, and to keep such mustees, negroes or mulattoes in close and safe custody until they can be examined before the corporation of Savannah, or any three justices of the peace for any of the counties lying in the said division, who are hereby authorised to cause such freeman or freemen, slave or slaves to be exported at the expense of the importer or owner, which such importer or owner is hereby made liable for, as well as for the expense of apprehending or keeping such persons.

THOMAS STEVENS, Speaker of the House of Representatives.
BENJAMIN TALIAFERRO, President of the Senate.
Concurred February 22, 1796.
JARED IRWIN, Governor.

Rivas Exs., Page 581

Digitize from best copy available

# EXHIBIT 88

 

DATE DOWNLOADED: Thu Sep 7 12:40:38 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1798 3 .

ALWD 7th ed.
, , 1798 3 .

Chicago 17th ed.
"," Georgia - January Session : 3-28


AGLC 4th ed.
" Georgia - January Session 3

OSCOLA 4th ed.
" 1798 3        Please note: citations are provided as a general guideline. Users
should consult their preferred citation format's style manual for proper citation
formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

vices, coming to, attending on, and returning from the same;—to the Secretary of the Convention, four dollars *per* day; to the messenger, two dollars *per* day; and to the door-keeper, two dollars *per* day. And that his Excellency the Governor be authorised to draw on the Contingent Fund for stationary, &c. for the use of the said Convention; which said several sums shall be made payable out of any monies which may be in the Treasury, or out of any taxes which now are, or may hereafter be due the state.

.DAVID MERIWETHER, *Speaker of the House of Representatives.*

DAVID EMANUEL, *President of Senate.*

Assented to, February 2, 1798.

JA.ᵉ JACKSON, *Governor.*

———❖◇❖◇❖◇❖◇❖———

## An ACT *to provide more effectually for training the Militia of this State.*

WHEREAS the appointment of the Officers, and the power of training the Militia of the several states, according to the discipline prescribed by Congress, is secured to them respectively by the Constitution of the United States: and whereas, it is evident from the experience of ages, that to be prepared for war, is the greatest security of the peace of a nation; and that a well organized Militia ought to be considered among the first objects of a free people: and whereas, many of the officers commanding the Militia of this state, have not been sufficiently instructed in the practice of the said discipline, to enable them to teach the same to the privates under their command, for remedy whereof:

Be it enacted by the Senate and House of Representatives of the State of Georgia, in General Assembly met, and by the authority of the same, That it shall and is hereby declared to be the duty of the Adjutant General, to convene all the Field Officers, and the Brigade Inspectors of each respective Brigade, once in every year, at such convenient time and place therein, as may be agreed on by him and the officers commanding the same, for the purpose of aiding and assisting the said officers in carrying into effect, the discipline prescribed by Congress; and it shall be the duty of the said officers to attend accordingly, fully and completely equipped as the law directs, and to conform to such rules and regulations as the said Adjutant General may deem necessary for that purpose, for a term not exceeding two days at any one meeting; Provided however, that such rules and regulations be not contrary to law.

And be it further enacted, That it shall be the duty of the Brigade Inspectors, and they are hereby required to attend at the usual place of Regimental musters in each regiment, within the several Brigades to which they respectively belong, twice in every year, at such convenient time as they may appoint, for the purpose of instructing and training the Adjutant and company officers thereof; and the better to carry the same into effect, to establish an uniform discipline throughout the state, it shall be the duty of the Captains, Subalterns

F ..

Digitize from best copy available

1822

and Adjutant, of each regiment, with the first ferjeant of the feveral companies, and they are hereby required to convene at the regimental mufter ground therein, in complete uniform, agreeably to law, each commiffioned officer with his commiffion, at fuch time as the Brigade Infpector may appoint as aforefaid, equipped with a mufket, bayonet, cartouch box, belt, and at leaft fix cartridges; and fuch captain, fubalterns and adjutant, fo convened, fhall form a company, and be fubject to fuch orders, regulations and reftrictions, as he may deem neceffary, to teach and enforce the difcipline prefcribed by Congrefs, for a term not exceeding two days at any one meeting.

And be it further enacted, That it fhall be the duty of the Brigade Infpectors, on due notice by the officer commanding the refpective regiments, to attend all the regimental mufters in the brigade to which they feverally belong, for the purpofe of aiding and affifting the officers on parade, and inftructing them in their duty in their feveral places. And it fhall be the duty of the Adjutant of the feveral regiments, on like notice, to attend all battalion mufters for the purpofe aforefaid.

And be it further enacted, That it fhall be the particular duty of the officers commanding companies, and of the Adjutants, to inftruct and train the non-commiffioned officers and privates, in conformity to the difcipline fo to be taught them as aforefaid; and the faid field officers, company officers and adjutants, fhall, and they are hereby declared to be liable to trial by courts martial, and to all the pains, penalties and difabilities, prefcribed by the law for non-attendance, difobedience of orders, or ungentleman-like behaviour, in regard to the aforefaid fervice.

And be it further enacted, That the Adjutant-General fhall be allowed two dollars, the Brigade Infpectors one dollar and feventy-five cents, the Adjutant one dollar and fifty cents, and the Drum-Majors and Fife-Majors, one dollar per day each, for their fervices, while on actual duty in performing the aforefaid fervice; the accounts of the Adjutant-General for the fame, being firft certified by a Major-General or the Commander in Chief; the accounts of the Brigade Infpectors by a Brigadier-General; and thofe of the Adjutants by a Lieutenant Colonel. And for the more eafy and effectual tranfmitting of military orders,

Be it further enacted, That the Major Generals and Brigadier Generals be, and they are hereby vefted with power to employ fuch perfon or perfons, as they may deem neceffary to ride exprefs, for tranfmitting fuch orders as in their judgment may be for the good of the public fervice; and that fuch perfon fo employed, fhall be allowed at and after the rate of one dollar per day, during the neceffary time they are actually engaged in performing fuch duty, to be paid by the Governor out of the Contingent Fund, upon their producing a certificate of the General Officers fo employing them. Provided, That a day's riding of an exprefs, be not lefs than thirty five miles per day.

And be it further enacted, That the founders, potters, forgemen, fteel makers, nail manufacturers, colliers, together with the managers and their clerks, who now are or may hereafter be actually engaged and employed in carrying on the Adillim and all other iron works with-

[ 23 ]

in this state; be, and they are hereby exempted from militia and all other public duties while so employed.

DAVID MERIWETHER, *Speaker of the House of Representatives.*

DAVID EMANUEL, *President of Senate.*

Assented to, February 2, 1798.
JA.<sup>s</sup> JACKSON, *Governor.*

◇◇◇◇◇◇◇◇◇

An ACT *for calling in the outstanding Evidences of Debts due from this State, and for issuing new ones in lieu thereof, under proper Checques and Restrictions.*

WHEREAS abuses may arise, from a variety of certificates for debts due by this state, having been issued without proper checques: Be it therefore enacted, That every person or persons, holding any certificate or certificates, issued by either or any of the Auditors or Treasurers of this state, as well for sums of money due and owing from the state, as for Bounties of land issued in favor of the late state troops, shall, within two years from and after the passing of this Act, return the said certificate or certificates to the Comptroller General, who shall file the same in his office of record, and issue to the holder thereof, his certificate for the like amount, in lieu thereof. Provided, The said certificate or certificates, returned as aforesaid, shall appear to the entire satisfaction of the said Comptroller General, to be a genuine certificate or certificates, issued by one of the Auditors or Treasurers of this state, agreeable to law, or a concurred resolution of the General Assembly. And provided also, That nothing in this act shall extend to authorise the Comptroller General, to receive any certificate or certificates under the signature of Wade and O'Bryen, or to issue his certificate in lieu of such certificate or certificates under the signature of the said Wade and O'Bryen.

And be it further enacted, That in case any certificate or certificates issued by any of the Auditors or Treasurers as aforesaid, which shall be presented to the said Comptroller General, shall appear to him to be counterfeit, he shall deface such certificate or certificates; by writing in large letters the word "Counterfeit" on the face of the said certificate or certificates and retain and file the same in his office, and shall not issue any certificate in lieu thereof.

DAVID MERIWETHER, *Speaker of the House of Representatives.*

DAVID EMANUEL, *President of Senate.*

Assented to, February 2, 1798.
JA.<sup>s</sup> JACKSON, *Governor.*

◇◇◇◇◇◇◇◇◇

An ACT *for the better regulation of the Inspection of Tobacco in this State; and for other purposes.*

WHEREAS it has been found to be injurious to the interest of the planters of tobacco in this state, that the inspectors should be ap-

# EXHIBIT 89



DATE DOWNLOADED: Thu Sep 7 12:42:47 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1799 3 .

ALWD 7th ed.
, , 1799 3 .

Chicago 17th ed.
"," Georgia - January Session : 3-150

AGLC 4th ed.
'' Georgia - January Session 3

OSCOLA 4th ed.
'' 1799 3          Please note: citations are provided as a general guideline. Users
should consult their preferred citation format's style manual for proper citation
formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

[ 76 ]

*An act to alter and amend the Militia
Law of this State, and to provide
for arming the militia thereof.*

WHEREAS the defence and safety of
republican states must greatly depend on their
militia, which cannot be well organized and dif-
ciplined without arms and experienced officers;
and no adequate provision has been made by this
state for the attainments of those desirable objects,

SECT. 1. Be it therefore enacted by the Senate and House of
Representatives of the State of Georgia, in General Assembly met,
and by the authority of the same, That the field officers
in each county shall have power to arrange and de-
fine the company and battalion districts, so as to
make the same compact and convenient for exer-
cife, and where they shall be of opinion that any
alteration or alterations are necessary in any of
the districts aforesaid, they shall transmit an ac-
count of such alteration or alterations to the com-
manding officer of the brigade to which the com-
pany or battalion belongs, for his approbation; and
if he approves of the alteration or alterations, the
company or battalion district, as altered, shall
thenceforth be the district of such company or bat-
talion, any law or usage to the contrary notwithstan-
ding: provided, That nothing herein contained shall
extend to authorize or empower the said field offi-
cers

[ 77 ]

cers to make any alteration or alterations that shall or may derange, or deprive any officer of his commission, rank or command.

SECT. 2. And be it further enacted, That all fines incurred by the militia when not in the service of the United States, shall be applied and disposed of for military purposes, the good of the militia service, and at least one moiety of the same shall be applied for the payment of non commissioned officers, and apportioned among them according to the service performed by them respectively.

SECT. 3. And be it further enacted, That his Excellency the Governor shall be, and he is hereby empowered and required to purchase on the best terms, one thousand muskets and bayonets, five hundred pair of horseman's pistols, and five hundred swords; and as soon as the same can be procured, they shall be deposited at the seat of Government, and shall be sold out by the keeper of the public arms or magazine, to the militia of this state for self defence, at cost and charges.

SECT. 4. And be it further enacted, That the keeper of the public arms shall be answerable for the safe keeping of the same, and that he shall annually on the first Monday in January account with, and pay the Treasurer of this state, all such sum or sums of money, as he shall or may from time to time receive in payment of any of the public arms aforesaid.

SECT. 5. And be it further enacted, That the officers commanding

[ 78 ]

commanding court-martials fhall keep a record of the proceedings of fuch courts, and fhall alfo keep a record of the receipt and difburfment of all monies which may be impofed by any court-martial fo ordered, for the infpection of any perfon or perfons whatever.

DAV'D MERIWETHER, Speaker of the
. . Houfe of Reprefentatives.
ROBERT WALTON, Prefident of the
Senate.

Affented to, February 18, 1799,
JAs. JACKSON, Governor.

*An act to incorporate a company for the improvement of the navigation of that part of Savannah River between the town Peterfburgh and the city of Augufta.*

WHEREAS the improvement of the inland navigation of every country is of primary importance to its inhabitants, and few countries enjoying greater natural advantages than this State, for the extenfion of commerce, and it being conceived that the clearing out and removing the obftructions in that part of Savannah river, between the town of Peterfburgh and the city of Augufta, would greatly conduce to the convenience

# EXHIBIT 90



DATE DOWNLOADED: Thu Sep 7 13:08:23 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1803 3 .

ALWD 7th ed.
, , 1803 3 .

Chicago 17th ed.
"," Georgia - Annual Session : 3-58

AGLC 4th ed.
'' Georgia - Annual Session 3

OSCOLA 4th ed.
'' 1803 3          Please note: citations are provided as a general guideline. Users
should consult their preferred citation format's style manual for proper citation
formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.



# MILITIA LAW

## OF THE

## STATE OF GEORGIA,

Passed at Louisville, the 10th December, 1803.

---

## AN ACT

To revise, amend and consolidate the several Militia Laws of this State, and to adapt the same to the Acts of Congress of the United States.

WHEREAS the appointment of the officers, and the power of training the militia of the several States according to the discipline prescribed by Congress, is secured to them respectively by the Constitution of the United States:—And Whereas it is evident from the experience of ages, that to be prepared for war is the greatest security of the peace of a nation, and that a well organized and disciplined militia ought to be considered among the first objects of a free people.

Sec. 1. *BE it therefore enacted by the Senate and House of Representatives of the State of Georgia, in General Assembly met,* That when it shall be found necessary to create any new division or brigade district, or make alterations in any of those already laid off and defined, such new definitions or alterations, shall be made by the Legislature, and a record made of the same in the Adjutant-General's Office, as well as of the organization of the divisions and brigades heretofore created and defined.

3

Rivas Exs., Page 594

( 4 )

Sec. 2. *And be it further enacted*, That when it shall
be necessary to create any new regimental, battalion, or
company district, or make alterations in any such as have
been heretofore laid off; the commanding officers of
regiments, shall assemble the commanding officers of
battalions and companies, at some fit and convenient
place, and shall proceed to lay off, or alter any such regi-
mental battalion, or company district or districts, which
districts shall, in all cases, be designated by certain lines
and bounds, and recorded by the clerk of the respective
regimental courts of enquiry; but that in all creation or
division of the aforesaid districts, a due regard shall be
had to the number of effective men required for each
corps by the Militia Law of the United States, and that
in case of the creation of any new company district, any
subaltern officer or officers, falling within the bounds
thereof, shall hold his or their rank and grade, his or
their respective commissions being made to bear the
number of the said new district; and that in case of the
organization of an additional acquisition of territory,
the regimental battalion, and company districts therein,
shall, in the first instance, be defined in such manner,
and by such officers of the Militia, as the commander
in chief may order and direct.

Sec. 3. *And be it further enacted*, That a regiment
shall not contain less than two, or more than three bat-
talions; and that in a regiment composed of two or
more counties, regimental musters shall be held by bat-
talions, and regimental courts of enquiry shall also be
held in each of said counties, and that battalion districts
shall be so arranged, as not to embrace parts of two or
more counties, and that the Brigadier-General and Field
Officers, shall determine which several counties shall
form a regiment.

Sec. 4. *And be it further enacted*, That every divi-
sion, brigade, regimental, battalion and company dis-
trict, shall be numbered throughout the State, by order
of the Commander in Chief, in such manner, that eve-
ry corps of the same denomination, shall bear a differ-
ent number—by which numbers every district shall be
designated in the commissions of officers commanding
therein—and that when in the field, for the purpose of
exercise, officers of the same grades shall take rank
agreeably to the date of their respective commissions,
their respective commands following the same; regi- 4

( 5 )

ments being tolled into regular battalions—battalions ins
to divisions, companies, platoons and sections.

SEC. 5. *And be it further enacted*, That all vacan-
cies which may happen by death, resignation or other-
wise, of any Major-General, Brigadier-General, or
Quarter-master-General, shall be filled by the Gene-
ral Assembly, by joint ballot of both branches ; and
that conformably to an act of Congress, passed the
second day of March 1803, a Quarter-master-General
for this State shall be appointed in like manner, and a
list of the name or names, of the person or persons so
appointed, under the signature of the President of the
Senate, and Speaker of the House of Representatives,
shall be transmitted to his Excellency the Governor,
within two days thereafter, who is hereby required to
issue commissions, to each and every person so appoint-
ed, within ten days thereafter,

SEC. 6. *And be it further enacted*, That when vacan-
cies shall happen by death, resignation or otherwise, in
any company district, or where a new created district
shall require officers, such officers shall be elected by the
citizens liable to bear arms, within such company dis-
trict, under the following rules and restrictions.  The
commanding officer of the regiment or battalion, shall
give at least ten days public notice of the time and place
of holding such election, and the election shall be held
under the presidency of two or more justices of the
county such company may be in, who shall receive the
ballots of all such citizens of the district as aforesaid,
and make report within thirty days under their hands and
seals, to the Commander in Chief for the time being,
of the persons having the highest number of votes, to-
gether with a state of the poll, for captain, lieutenant
and ensign, as the case may be, and the Commander in
Chief shall, within five days after the receipt thereof,
commission the persons so elected—and in the interim
between the time of such election, and receiving their
commissions, such officers shall be fully authorized to
act in all their functions, by brevet from the Lieutenant
Colonel, or Major Commandant ; provided such elec-
tion is not protested against, by any person having been
a candidate ; and in case the citizens of any company
district, shall neglect or refuse to elect the officers as
aforesaid, at the time and place appointed, then the
Commander in Chief shall proceed to appoint the ne-
cessary officers for such company district ; and in the in-

5

## ( 6 )

terim of, such refusal or neglect of the citizens of a dis-
trict to elect proper officers, and the appointment by the
Commander in Chief, the major of the battalion to
which such company district belongs, shall order the
commanding officer of the next adjacent company, to
enroll such deranged company within his own, and they
shall be subject to the orders of such officer, until their
own company district is again completely organized.

SEC. 7. *And be it further enacted,* That when a
vacancy shall happen by death, resignation or otherwise,
of any commanding officer of a regiment or battalion,
such vacancy shall be filled by the election of all the com-
missioned or breveted officers, within such regimental
or battalion district, who will become subject to the com-
mand of such field officer when elected, under the fol-
lowing rules and restrictions; that is to say :—Any two
or more captains, within such regimental or battalion
district, not being themselves candidates, shall give
twenty days public notice in every company district
within the same, of the time and place for holding such
elections ; and they, with any two or more Justices who
are not candidates, shall preside at the election, and the
said presiding captains and Justices shall, within thirty
days thereafter, certify under their hands and seals, the
person or persons having the highest number of votes,
and the state of the poll so taken, shall be transmitted
to the commander in chief, who shall, within ten days
after said transmission, commission the person or persons
so elected—and that in regimental districts, the Briga-
dier-General shall appoint the time and place at which
said elections shall be held.

SEC. 8. *And be it further enacted,* That each Ma-
jor-General, Brigadier-General, and Lieutenant-Colo-
nel, shall have the appointments of their own respective
aids-de-camp, brigade inspectors, brigade quarter-mas-
ters, and the regimental staff, as pointed out by the mi-
litia law of the United States, and that brigade inspec-
tors, and brigade quarter-masters shall be commissioned
by the commander in chief.

SEC. 9. *And be it further enacted,* That each and
every officer appointed, or who may hereafter be ap-
pointed, and commissioned or breveted, (not having
heretofore done the same) shall, previous to entering

( 7 )

on the duties of his office, take the following oath, (to
be administered by a Justice of the Peace, or the court
of the county in which such officer resides,) to wit:—
" I                    do swear, that I will support the
Constitution of this State, and of the United States,
and faithfully discharge the duties                in the
                   of militia of the State of Georgia, to the
best of my skill and judgment—So help me God."
If the said oath be administered by a Justice of the
Peace, it shall be his duty to certify the same, to the
court of his county, there to be entered on record by
the clerk.

SEC. 10. *And be it further enacted*, That the com-
manding officers of companies, shall enroll every able-
bodied white male citizen, between the age of eighteen
and forty-five years, except such as are exempt by the
laws of the United States, and this present act, residing
within his district; and that in all cases of doubt, res-
pecting the age of any person enrolled, intended to be
enrolled, or pleading incapacity, to serve in any com-
pany, the party questioned shall prove his age or inabi-
lity to the regimental court of enquiry, within whose
bounds he may reside; and it shall, at all times hereaf-
ter, be the duty of every such captain, or commanding
officer of a company, to enroll every such white male as
aforesaid, as shall from time to time arrive at the age of
eighteen years, and under forty-five years, except as be-
fore excepted, shall come to reside within his bounds,
and shall without delay notify such person of the said
enrolment by a proper non commissioned officer, by
whom such notice may be proven.

SEC. 11. *And be it further enacted*, That the captain
or commanding officer of each company shall divide his
company as nearly equal as possible into four squads,
and annually in the month of March, shall nominate one
fit and proper person in each squad as serjeant, and ano-
ther fit and proper person as corporal; but in case of
refusal of all or any such persons to act as serjeant or
corporal, the commanding officer of such company shall
deposit the names of the men in each squad in separate
hats, and call on some disinterested person to draw two
names from each hat, and the person whose name shall
be first drawn shall be a serjeant, and the person whose
name shall be next drawn shall be a corporal, and su h7

( 8 )

persons shall be responsible for the duties required of
such non-commissioned officers by law, for the term of
one year thereafter ; but such persons shall not be com-
pelled to serve again, until the names of all the other per-
sons in the respective squads shall have been so drawn.

SEC. 12. *And be it further enacted,* That the respec-
tive regimental courts of enquiry shall have power to
cause to be bound for a term of years, to the several
commandants of companies, battalions and regiments,
and their successors in office, as the case may require,
such a number of boys and young men, with the consent
of their parents or other person authorized, as they in
their discretion may deem proper, for the purpose of
being instructed in the different branches of military
music, and of serving as musicians when they may be
competent thereto, to the several companies, battalions
and regiments ; and the father of any youth who may be
bound, otherwise subject to be enrolled, shall be exempt
from all duty in the militia, so long as his son so bound
may continue to serve in the corps to which he would
otherwise belong, as well during his apprenticeship as
thereafter ; and the several regimental courts of enqui-
ry shall make provision from time to time for the cloath-
ing, maintenance, and properly instructing all such
youth, to be paid from the funds arising from the fines
imposed by this act ; and the commanding officers of re-
giments shall cause the drummers and fifers and other
musicians of their respective regiments to meet at the
same time and places that commissioned officers are re-
quired to meet, for the purpose of being trained by the
Adjutant-General or Brigade-Inspector, there to be in-
structed in their respective branches of music, for which
purpose the commanding officer of the regiment may
employ such person or persons as he may think proper
and capable, to instruct such drummers and fifers and
other musicians : the person so to be employed by the
commanding officer of the regiments, to be allowed such
compensation as the regimental court of enquiry may
authorize, and each drummer and fifer and other musi-
cian, unless an apprentice, shall be allowed during the
time they are convened one dollar per day, to be paid
out of the funds arising from fines.

SEC. 13. *And be it further enacted,* That until arms
and equipments of the description required by the mili-

8

( 9 )

in law of the United States, can be procured in this state, by any mode which the Legislature may hereafter point out, every non-commissioned officer or private in the militia of the line, shall stand bound to appear at all musters or on all other necessary occasions, armed, equipped and provided with a firelock in good order, and a cartridge box or shot pouch ; but all volunteer companies of Light-Infantry, Grenadiers, or Riflemen, shall at all times be and appear at musters, or on other necessary occasions, armed, equipped and provided as the militia law of the United States prescribes, as well as any volunteer corps of Cavalry or Artillery.

Sec. 14. *And be it further enacted*, That three years after the passing of this act, the cloathing and apparel of all volunteer corps already raised, or to be raised in conformity to the law of Congress, shall be uniform for each service throughout the state, and shall be determined on by the Major Generals collectively ; and no person belonging to the militia of the line, shall, under colour of enlisting into any company to be made up by volunteer enrolment, be excused from doing duty in the infantry of the line, until he shall have equipped himself for service in such volunteer company, according to law ; and shall have produced a certificate thereof from the commanding officer of the volunteer company, to the commanding officer of the district company to which he did properly belong ; and no person having enlisted in any volunteer company, shall be permitted to withdraw himself from the same, under the penalty of ten dollars, unless in case of removal from his regimental or battalion district, to be recovered as other fines imposed by this act, upon the evidence of the commanding officer of the company from which he shall so withdraw, without having given said commanding officer, thirty days previous notice of his intention so to withdraw ; which commanding officer shall return all such cases to the first battalion court of enquiry that shall sit thereafter ; and the commissions of such volunteer corps shall designate the number of the regiment or battalion to which they are attached, and the commanding officers of the regiment or battalion shall direct how they are to be posted on regimental or battalion parades, unless differently ordered by a superior officer ; and the said companies shall perform the same rotine of 9

( 10 )

duty (under their respective officers) and be subject to the
same rules, regulations, penalties and orders as the rest
of the militia; and the Commander in Chief may order
them or any of them out on duty as occasion, in his opi-
nion, may require, by entire companies; and when a
district company shall not contain any greater number
of effective men than what is required by the law of
Congress, no volunteer corps shall enlist more than one
eleventh man out of said district; and no greater num-
ber of volunteer corps shall be commissioned hencefor-
ward (unless it is in cases of emergency) than what the
militia law of the United States prescribes to be attached
to regiments and battalions; and the Major-Generals
shall also determine the uniform and badges of the dif-
ferent grades in the militia of the line, until which
time, and for three years afterwards, the uniform now
prescribed to the different brigades shall be lawful, as
well as the newly prescribed.

Sec. 15. *And be it further enacted,* That the com-
manding officers of companies of every description,
shall muster their respective companies four times in
every year, at such places within their company districts
as may be most convenient to a majority of each com-
pany, and at such times as shall be prescribed by the re-
gimental or battalion courts of enquiry, and such com-
pany musters shall be so arranged, that the command-
ing officer of the regiment or battalion may (when to
him convenient) with the adjutant of the regiment, at-
tend all or any of them; and it is hereby made the duty
of the adjutants of regiments to attend all or as many of
such company musters as the commanding officer of his
regiment may direct, in order to assist the company
officers in training their respective companies in the ex-
ercises and discipline prescribed by Congress; and it
shall be the duty of all commanding officers of compa-
nies, at any and every of their respective company musters,
to take an exact account of arms, accoutrements and ammu-
nition in possession of each member of his company, and
shall add to such account, the arms, accoutrements and
ammunition in possession of any other person who may
fall into his company from time to time, and shall make
an exact return of his company to the commanding offi-
cer of the regiment or battalion at every regimental or
battalion review, in the form which he shall receive from
such commanding officer, or the adjutant, which re-
turns shall be filed ready to be delivered to the inspec-
tor,

10

( 11 )

for, as he shall commence the inspection of each company.

SEC. 16. *And be it further enacted*, That there shall
be held in each regiment or county, once in every year,
or as the Commander in Chief may order, a conventi-
on of the field, staff, company and non-commissioned
officers of regiments, for the purpose of being trained
and instructed by the Adjutant-General, in the exer-
cises and discipline prescribed by Congress; at which
said conventions all field officers shall appear in their
uniform, armed with swords and provided with their
respective commissions: and all staff, company and non-
commissioned officers, shall appear in their uniform,
armed with firelocks and bayonets, accoutered with car-
touch boxes, bayonet belts and scabbards, and provided
with their commissions and six blank cartridges each;
and all such officers so convened shall form a company
and be subject to such orders, regulations and restricti-
ons as the Adjutant-General may deem necessary, to
teach and enforce the discipline prescribed by Congress,
for a term not exceeding two days at any one meeting.
That there shall be held in each county or regiment
once a year, or as often as the Commander in Chief
may order, a regimental muster (or battalion muster in
counties holding one battalion only) for the purpose of
being trained and instructed by the Adjutant-General,
in the exercises and evolutions prescribed by Congress.
And that a like convention of field and company offi-
cers and musters by battalions shall be held once a year,
by order of the Brigadier-General, for the purpose of
being trained and instructed by the Brigade-Inspector,
in the exercises and evolutions prescribed by Congress;
and that the Brigade-Inspectors shall attend all conven-
tions of field and company officers, regimental and bat-
talion musters within their respective brigades, and shall
make such returns as are prescribed by the militia law
of the United States.

SEC. 17. *And be it further enacted*, That when suttlers
shall attend regimental or other musters, they shall be
considered under the direction of the commanding offi-
cer present, with regard to the time and place of their
selling liquors, or other refreshments; and that it shall
be lawful for said commanding officer, to grant exclu-
sive privileges to such persons as may engage to furnish   11
spacious and convenient places of parade.

B

( 12 )

SEC. 18. *And be it further enacted*, That if any by-
stander shall interrupt, molest or insult any officer or
soldier while on duty at any muster, or shall be guilty
of like conduct before any court or board, the com-
manding officer at such muster, or such court or board,
may cause him to be confined for the day ; and the com-
manding officer at all musters shall have power to fix
certain limits to their respective parades, within which
no spectator or bystander shall enter without his per-
mission ; and if any person shall intrude or offend, he
or they shall be liable to be confined for the day, by or-
der of such commanding officer.  And if any non-com-
missioned officer or soldier, shall behave himself diso-
bediently or mutinously when on duty, or before any
court or board, directed by this act to be held, or shall
leave the ranks without permission, or refuse to fall
therein when ordered at any muster whatever, or shall
appear on parade drunk, or shall quarrel himself, or
promote any quarrel among his fellow soldiers, such
non-commissioned officer or soldier so offending, shall
be disarmed and confined for the day, by order of the
commanding officer present, and shall moreover be fin-
ed at the discretion of a court of enquiry, in a sum not
exceeding ten dollars, or less than one dollar, to be ap-
propriated as other fines imposed by this act.

SEC. 19. *And be it further enacted*, That the following
forfeitures and penalties shall be incurred for delinquen-
cies, to wit:—by a lieutenant colonel or commanding
officer of a regiment, for failing to appear at musters or
on any other necessary occasion, armed and uniformed
as the law of the United States directs ; for failing to
take an oath,  to summon any court or board, or failing
to order a regimental or battalion muster : to report de-
linquent officers, to make return of his regiment, shall
for each and every such offence or neglect, forfeit and
pay a sum not exceeding seventy dollars ; for failing to
call into service any militia legally detailed to his regi-
ment, three hundred dollars.  By a major, for failing
to appear at musters or on any other necessary occasion,
armed and uniformed as above ; for failing to take an
oath or attend any court or board ; to give notice of any
regimental or battalion muster, to report delinquencies,
or make any return, he shall forfeit and pay for each of-
fence and neglect, a sum not exceeding thirty dollars ;
for failing to  call forth his battalion with due dispatch,

12

( 13 )

or any detachment of men or officers that may be required from time to time by the commanding officer of his regiment, or the commander in chief of the state, one hundred and fifty dollars. By a captain, for failing to appear at muster, or on any other necessary occasion, armed and uniformed as the law directs: for failing to take an oath to attend any court or board: to enroll his men and take an account of their arms, accoutrements, and ammunition: to appoint or draft non-commissioned officers as directed by this act: to give notice of regimental, battalion and company musters: to cause his roll to be called and his company to be exercised: to examine his company and report delinquencies and defaults, or to make any return as directed by this act: shall forfeit and pay for each and every such offence and neglect, a sum not exceeding twenty dollars: for failing to call forth such officers and men as may from time to time be legally called for from his company, or failing on such occasions to repair to the place of rendezvous, he shall forfeit and pay a sum not exceeding sixty dollars. By a subaltern officer; for failing to appear at muster or on any other necessary occasion, armed and uniformed as the law directs; for failing to take an oath or attend any court; for each and every such offence, he shall forfeit and pay, at the discretion of the court of enquiry, a sum not exceeding ten dollars; for failing to repair to the place of rendezvous, when ordered upon any call from the commander in chief; he shall forfeit and pay a sum not exceeding fifty dollars. By a non-commissioned officer or musician; for refusing or neglecting to act as such after having been legally drafted or taught; to give due notice to their respective squads of all musters, and to such of them as they are ordered to summon to courts of enquiry: for failing to attend any muster or courts of enquiry when ordered: for failing to appear properly armed and accoutered at aforesaid muster: he shall forfeit and pay a sum not exceeding six dollars or less than one, for each and every such offence, at the discretion of a court of enquiry, for failing to repair to his rendezvous when legally drafted and ordered, upon any call from the commander in chief a sum not exceeding fifty dollars. By a private soldier; for failing to attend any muster, when legally warned thereto, or failing to attend by the time appointed (which for all musters to be held throughout the state shall be by eleven o'clock in the morning) armed and accoutered

13

( ^14 )

as this act directs, shall forfeit and pay for each offence, a sum not exceeding three dollars, or less than one dollar, at the discretion of a court of enquiry ; for failing to repair to his rendezvous, properly armed, accoutered and equipped when legally drafted and ordered upon any call from the commander in chief, a sum not exceeding fifty dollars, at the discretion of a court of enquiry ; provided, that no officer of the militia shall be fined for not appearing in uniform, until six months after he shall have been commissioned.   And if any non-commissioned officer shall be returned as a delinquent, for not appearing armed and accoutered as the law directs ; the court of enquiry before whom the same shall be tried, may, if it appears reasonable, and the delinquent shall make it appear that he was unable to procure the legal equipment, remit the fine incurred by him : and that the fines and penalties incurred by minors and apprentices, for the breach and neglect of their duty in any particular service by law required of them, shall be paid by the parent, guardian or master.

SEC. 20. *And be it further enacted*, That all arms, ammunition and equipments, the troopers horses and furniture of the militia, shall be exempted from execution and distress at all times ; and their persons from arrest and process in civil cases, while going to, continuing at, or returning from musters, and while in actual service.

SEC. 21. *And be it further enacted*, That the distribution of orders, requiring any muster to be held, shall take in such manner as that a lieutenant-colonel or commanding officer of a regiment, shall have notice in writing from the brigadier-general, at least thirty days before such intended muster ; a major or commanding officer of a battalion, from the lieutenant-colonel or commanding officer of the regiment, at least twenty days ; a captain or commanding officer of a company, from the major or commanding officer of the battalion, at least fifteen days ; who shall distribute all orders to their serjeants, at least ten days, and the serjeant to each person in his squad, at least three days before such musters respectively.   Nevertheless, all notices publicly given by the commanding officers of companies, at their respective musters, of any subsequent muster, shall be held and deemed as legal notices, as to all persons present at such musters.   And ten days previous notice shall be

( 15 )

ferved in writing, to any delinquent officer, non-commis-
sioned officer or soldier, by the adjutant to said officers,
and by serjeants to non-commissioned officers and privates,
of the time and place the court of enquiry shall sit; and a
written or verbal declaration before the court of enquiry,
by said adjutant & serjeants, or any other officer or soldier,
shall be sufficient evidence to such courts of such notices
and services.  And the commanding officers of regiments
and battalions, shall, at their respective regimental and
battalion musters, take notice of all delinquent officers,
and shall lay the same, together with the returns of delin-
quencies of the commanding officers of companies, at
company, battalion and regimental musters, before the
court of enquiry appointed under this act, to take cogni-
zance of, and determine on them,  And to each of the
said returns, shall be annexed the following certificate,
to wit:—" I do certify that the return hereunto annex-
ed, contain all the delinquencies which have occurred
since my last return, having duly examined the same."

SEC. 22. *And be it further enacted*, That there shall be
battalion courts of enquiry, to be appointed and order-
ed by the commanding officer of the battalion, for the
assessment of fines incurred under this act in such bat-
talion; and such courts of enquiry shall be held within
fifteen days after each battalion muster; at or as near as
may be convenient to the place where such battalion
muster was held; to consist of the commanding officer
of the battalion, and the commanding officers of the
companies, or a majority of them; who shall take the
following oath, to be administered by the presiding of-
ficer, and afterwards by any officer of said court to
him, to wit:—" I              will truly and faithfully
enquire into all delinquencies which appears on the re-
turns to be laid before me, and will assess such fines
thereon as may seem just, without favor, partiality or
affection; so help me God."—The commanding officer
of the battalion shall then lay before the said court, all
delinquencies as directed by this act; whereupon they
shall proceed and determine.  And there shall more-
over be held, at least one regimental court of enquiry
each year, to be appointed and ordered by the com-
manding officer of the regiment; to consist of the com-
manding officer of the regiment, and the commanding
officers of battalions and companies in such regiment:
but where a regiment is composed of two or more coun-

( 16 )

ties, there shall be a court held in each of said counties by the field officers as aforesaid, and a majority of the commanding officers of companies in such regiment; such regimental courts when convened and qualified as above directed, shall have power to assess fines on all delinquent officers and soldiers within the regimental district, and to remit fines assessed by the preceding battalion courts, for good cause shewn; and may adjourn from day to day until they have completed all the duties required of them by this act.

SEC. 23. *And be it further enacted*, That the respective regimental courts of enquiry, shall annually appoint by ballot a clerk and provost marshal, who shall attend the courts herein before directed to be held; and it shall be the duty of such clerk to keep a fair record of all the proceedings of said courts, and within ten days after every battalion and regimental court of enquiry, to make out a fair list of all fines assessed by such battalion or regimental courts, designating therein the captain's district in which each delinquent resides, and transmit the same to the paymaster of the regiment, who is hereby authorized to receive the fines which any delinquent may voluntarily pay, and such delinquent, upon producing the paymaster's receipt to the clerk, shall be credited therefor without any further costs or trouble; and the said clerk shall, within thirty days after every regimental court of enquiry, make out warrants of distress and sale against every delinquent on whom fines have been assessed, (and who have not produced the paymaster's receipt as aforesaid) signed by himself, and countersigned by the commanding officer of the regiment, and directed to the constable of the district in which the defaulters respectively reside, and take the constable's receipt therefor, who shall proceed to levy the same on the goods and chattels of such delinquent, and shall pay the monies so collected to the paymaster of the regiment, and make returns of such warrants to the clerk within one month after receiving the same; and shall be entitled to the same costs as are allowed by law in civil cases of equal dignity; and subject to the same rules, restrictions and penalties as if such warrants had been issued by any justice of the peace.

SEC. 24. *And be it further enacted*, That the paymaster of a regiment, previously to his entering on the duty

16

( 17 )

ties herein required, shall give bond and security to the
court of enquiry, for the faithful discharge of his duty,
under such pecuniary penalty as they may think proper.
He shall keep fair accounts of the receipts and disburse-
ments of all monies which may come into his hands by
virtue of this act; which accounts shall at all times be
subject to the inspection and examination of said court
or of any member thereof.   And all accounts passed by
said court, (or appropriations made by them) and certi-
fied by the presiding officer, shall be sufficient to autho-
rize the paymaster to pay the same; and should such
paymaster fail to render a true and just account of all
money by him received, at any time when required so
to do, by the court of enquiry, he shall forfeit double
the sum which he so fails to account for, to be recover-
ed by motion in the name of the commanding officer of
the regiment, in any court having jurisdiction of the
same, in the county where he may reside, giving such
paymaster ten days previous notice of such motion, and
he shall moreover be dismissed from the office of pay-
master of the regiment.

Sec. 25. *And be it further enacted,* That the monies
arising from fines and forfeitures by virtue of this act,
shall be considered as a fund to defray the expenses
arising under the same; to provide standards and co-
lours for the battalions and regiments, musical instru-
ments for companies, ammunition for field days; and
as the funds may increase, any or every kind of warlike
arms, implements or equipage, which in the opinion of
the court of enquiry may tend to the advancement of
the militia service.   And moreover the courts of en-
quiry shall, from time to time, appropriate such sums as
they shall think just and right, as a compensation to
their clerks and pay-masters, and any other person ne-
cessarily employed in carrying the militia law into effect,
within the bounds of their respective regiments.

Sec. 26. *And be it further enacted,* That the Com-
mander in Chief of the state, upon complaint for mis-
conduct or neglect of duty, lodged in writing in the
Executive Office, by any one or more commissioned
officers, may, at his discretion, cause to be arrested,
any Major-General, Brigadier-General, the Adjutant
or Quarter-master-Generals, and order a court-martial
of all the other generals, field officers and captains, or

17

( 18 )

So many of them, (having a regard to seniority) as shall amount to thirteen, which court-martial shall proceed in the same way, and under the same restrictions as is hereafter provided for the trial of field officers.   And any Major-General, or Brigadier-General, for misconduct within their own knowledge, or upon complaint lodged in writing by any commissioned officer, shall have power to arrest any Lieutenant-Colonel, Major of Brigade or Inspector; and the commanding officer of of the division or brigade, shall order a court-martial, for the trial of such Lieutenant-Colonel, Major of Brigade or Inspector, to be composed of one Brigadier General, and as many Lieutenant-Colonels, Majors and Captains, as shall make up a number not less than thirteen, and such courts-martial, shall proceed to hear and determine on all offences against military order and decorum, and may censure, fine or cashier, such officer, which sentence shall be final, when approved by the Commander in Chief of the state.   And any Brigadier General, Lieutenant-Colonel or Major, for misconduct in any captain, subaltern, or regimental staff-officer, within his own knowledge, or upon complaint lodged in writing, by any commissioned officer, may arrest such captain, subaltern, or regimental staff-officer; and the brigadier, or commanding officer of the brigade shall order a brigade court-martial, for the trial of any such off-icer, to be composed of one or more field officers, and as many captains and subalterns, as will make up a number not less than thirteen; and such courts-martial shall proceed to hear and determine on all offences against military order and decorum—and may censure, fine or cashier, any officer so tried, which sentence shall be final, when approved of by the Major-General, or commanding officer of the division.   And before any court-martial shall proceed to hear and determine on any case, they shall take the following oath, to be administered by the presiding officer to every other member, and then by the officer next in rank to him, to wit:—
" I          do swear, that I will well and truly try the case now before me, according to the evidence and the opinion I entertain, of the spirit and intention of the militia law of this State, and of the United States; and that I will not divulge the vote or opinion of any member of this court, unless required to give evidence thereof in a court of justice in a due course of law, un-18 til the sentence shall be approved by the proper authority;
                                                            So

( 19 )

So help me God." And for obtaining the necessary evidences for the trials aforesaid, the Commander in Chief of the State, or the presiding officer of the court-martial, shall issue his summons, and every person so summoned, failing to attend and give evidence, shall be subject to be tried by a court-martial ; and if an officer, may at the discretion of such court, be cashiered, or fined, not exceeding six month's pay, as by the law of the United States allowed to such officer when in service ; and if a non-commissioned officer, or soldier, or person not enrolled, to be reported to the court of enquiry of the regimental district in whose bounds he shall reside, and be then subject to such fines and penalties, as they may think proper to inflict, not exceeding twenty dollars. And all persons summoned, or called to give evidence before any court-martial, shall take the following oath, to be administered by the president or judge advocate.—" I            do swear, that the evidence I will give in the case now in hearing, shall be the truth, the whole truth, and nothing but the truth—So help me God." And that when any militia officer shall be cashiered, he shall not be eligible to hold any commission for the term of three years thereafter.

Sec. 27. *And be it further enacted,* That his Excellency the Governor be authorized and empowered, on an invasion or insurrection, or probable prospect thereof, to call forth such a number of militia, and from such county or counties, and in such manner, either companies or by drafts, as he may deem proper ; and for the accommodation, equipment and support of the militia, so called forth, the commander in chief of the state, may appoint such quarter-masters, commissaries, and other staff-officers as to him shall seem proper—and shall also take such measures for procuring, transporting and issuing all orders which may be necessary. Orders for the militia to be called forth as aforesaid, shall be sent to the commanding officer of the regiment, brigade or division, with a notification of the place or places of rendezvous ; who shall immediately take measures for detaching the same, with the necessary number and rank of officers by regular detail, drafts or volunteer enlistments, as he may be ordered. Whenever any militia shall be called forth into actual service as aforesaid, they shall be governed by the articles of war which govern the troops and the militia in the service

19

C

( 20 )

of the United States—and courts-martial shall be held as therein directed, to be composed of militia officers only, for the trial of any person in the militia; but to the cashiering of any officer, or capital punishment of any person, the approbation of the commander in chief shall be necessary.—And when any militia shall be in actual service, they shall be allowed the same pay and rations, as are allowed by the law to the militia of the United States.  If a sudden invasion should be made, or an insurrection should happen in any county in this state, the commanding officer of the militia in such county, is hereby authorized and required, to order out the whole, or such part of the militia as he may think necessary, and in such manner as he may think best, for repelling or suppressing such invasion or insurrection, and shall call on the commanding officer of the adjacent county, for such aid as he may think necessary; who shall forthwith, and in like manner furnish the same, and in the event of any militia ordered out by the commanding officer of a county, as aforesaid, such officer shall immediately give notice of the same, and the cause thereof, to the commanding officer of the brigade or division, who shall forthwith report the same to the commander in chief.

SEC. 28. *And be it further enacted,* That Major-Generals and Brigadier-Generals, be and they are hereby vested with power to employ such persons, and contract with the same at any reasonable rate not exceeding two dollars per day, to ride express for transmitting such orders as in their judgment may be for the good of the public service: provided that a day's riding of any express be not less than thirty-five miles, during the necessary time they may be actually engaged in performing such duty, to be paid by the Governor out of the contingent fund, upon their producing a certificate of the general officer so employing them.

SEC. 29. *And be it further enacted,* That the Adjutant-General, Brigade Inspectors and adjutants shall be allowed such pay, while in actual service, as shall be expressed in each annual appropriation law; and that in case of omission in any of said laws of such allowances, the Commander in Chief is hereby authorized to pay the same out of the contingent fund at the rate of the pay, subsistance and forage, which officers of their respective ranks are allowed when in the service of the United States.  The accounts of the Adjutant-General for the same,

( 21 )

same, being first certified by a Major-General or the Commander in Chief; the accounts of the Brigade Inspectors by a Brigadier General; and those of the adjutants, by a Lieutenant Colonel.

Sec. 30, *And be it further enacted*, That his Excellency the Governor is hereby authorized to cause a sufficient number of copies of this law, together with the act of Congress, more effectually to provide for the national defence by establishing an uniform militia throughout the United States, and the act of Congress for calling forth the militia to execute the laws of the Union, suppress insurrections and repel invasions, and the articles of war, to be printed and distributed throughout the state, so that every general and field officer therein, and every brigade-inspector, adjutant and captain may be furnished with one copy each; and his Excellency the Governor is moreover required to contract for a sufficient number of copies of the rules of discipline prescribed by Congress for the troops of the United States, as will furnish the commanding officers of every company through the state with one copy—all which shall be the property of the company, and descend to them in the succession of captains as long as they may last.

Sec. 31. *And be it further enacted*, That it shall be the duty of every captain or commanding officer of a company to read or cause to be read, in the hearing of his company whilst on parade, at least such parts of the militia law of this state and of the United States, as relate to discipline and the preservation of good order, once in every year.

Sec. 32. *And be it further enacted*, That all militia laws heretofore passed in this state (except such as relate to patroling) be, and the same are hereby repealed.

ABRAHAM JACKSON, *Speaker*
*of the House of Representatives.*

DAVID EMANUEL, *President*
*of the Senate.*

Assented to December 10, 1803.

JOHN MILLEDGE, Governor,

21

# EXHIBIT 91



HEINONLINE

DATE DOWNLOADED: Fri Sep  8 18:20:47 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1842 vol. 41 3 .

ALWD 7th ed.
, , 1842 vol. 41 3 .

Chicago 17th ed.
"," Ohio - 41st General Assembly, General Acts : 3-104

AGLC 4th ed.
'' Ohio - 41st General Assembly, General Acts 3

OSCOLA 4th ed.
'' 1842 vol 41 3          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

## 99

### AN ACT

To amend the act entitled "An act to organize and discipline the Militia."

Sec. 1. *Be it enacted by the General Assembly of the State of Ohio,* That so much of the second section of the act, to which this is an amendment, as requires personal service of notice of enrollment, and of the time and place of muster, be and the same is hereby repealed; and that, hereafter, it shall be the duty of the commandants of companies, at least twenty days before the time of company muster, either by publication in some newspaper of general circulation in the county, or, by notice posted up at three public places within the bounds of such company, to give notice to all such persons subject to perform militia duty in such company, of the time and place of muster. *[margin: Personal notice of enrolment dispensed with; —Hereafter to be given by publication.]*

Sec. 2. That it shall be the duty of the commandant of each company, in this State, to make out a list of delinquents, particularly noting therein the fines he has assessed on each member of his company, and for what cause; which list, duly certified and signed by him, he shall, within one week after each regimental, squadron, or battalion muster, deliver to the commandant of his regiment, squadron, or battalion; and it shall be the duty of the commandant of said regiment, squadron; or battalion, to give notice that he will attend, at eleven o'clock, A. M., on that day week, next succeeding the regimental, squadron, or battalion muster, and at the place where the regimental, squadron, or battalion muster was held, to whom any person, returned as delinquent as aforesaid, may appeal; and the commandant of said regiment, squadron, or battalion, may strike from said delinquent list the name of any person he deems to have been improperly fined. *[margin: List of delinquents to be made out]* *[margin: Delinquent may appeal.]*

Sec. 3. That it shall be the duty of commandants of companies, upon making his list of delinquents, as provided for in the preceding section, to cause personal notice to be given, at least three days before the day appointed for that purpose, to each person named on said list, that he appear before the commandant of the proper regiment, squadron, or battalion, at the time and place for hearing appeals, as specified in the foregoing section, and show cause, if any he have, why a fine shall not be assessed against him for such delinquency; and upon its being made to appear that notice had been given, as aforesaid, and no cause being shown why such fine shall not be assessed, it shall be the duty of such commandant of such regiment, squadron, or battalion, as aforesaid, to assess the proper fine (whose decision shall be final,) against each delinquent notified as aforesaid, and, not showing cause, to issue his warrant, in the nature of an execution, against each of said delinquents, severally, for the collection of such fine; which warrant shall be put into the hands of any constable of the proper township *[margin: Notice to be served on delinquents, &c.]* *[margin: Commandant to assess fine, and issue warrant.]*

## 100

for collection, who, in the performance of his duties under this act, shall be governed by, and subject to the liabilities of, the laws pointing out and defining the duties of constables; and he shall be entitled to the same fees as are allowed by law for like services, upon executions from justices of the peace; and the moneys collected upon such warrants shall be paid over to the paymaster of the proper regiment, squadron, or battalion; the commandant, issuing such warrant as aforesaid, shall have power to issue new warrants in all cases in which it shall appear, by the constable's return, aforesaid, that the said fines, or any part thereof, remain unpaid. The commandants, and adjutants of regiments, squadrons, and battalions, and commandants of companies, shall be allowed and paid, out of the funds of the regiment, squadron, or battalion, the sum of one dollar per day, for every day they may be engaged in carrying into effect the provisions of this act.

**Fines collected from independent companies to be paid to treasurers.**

SEC. 4.   That all fines, collected from members of independent companies, shall be paid over to the treasurers of such companies, to be appropriated in such manner as a majority of any such company shall direct.

**What property exempt from execution.**

SEC. 5.   That each officer of a regiment or squadron of cavalry, and every member of a company or troop of horse within this State, in addition to the arms and accoutrements exempt from execution, shall, while liable to do military duty under the act to which this is an amendment, be entitled to hold a horse, saddle, martingal, bridle and valise, free from any execution or sale for debt, damages or taxes.

**Minors exempt from militia duty in time of peace; but to be enrolled and returned.**

SEC. 6.   That all persons, under the age of twenty one years, be and they are hereby exempt from the performance of militia duty in time of peace; provided, however, that the commandant of every company shall keep all such persons enrolled, and return them in the aggregate strength of his company.

**All commissions heretofore issued to expire in seven years.**

SEC. 7.   That all military commissions, heretofore issued, shall expire in seven years from the passage of this act; and all military commissions hereafter to be issued, except that of quartermaster general, shall expire in seven years from and after the day they shall respectively bear date.

### FORM OF A WARRANT TO COLLECT FINES.

The State of Ohio,          County, ss.

To any Constable of the township of          greeting:

**Form of a warrant.**

Whereas, before me, A. B., commandant of the          regiment, brigade,          division, of the Ohio militia, a fine of          was assessed against C. D., on the          day of          A. D., for delinquency, in not performing military duty; you are, therefore, commanded that, of the goods and chattels of the said C. D., you cause to be made the fine aforesaid, and costs that may accrue; and of this writ make legal service and due return. Given under my hand and seal, this          day of

A. B., [SEAL.]

**101**

SEC. 8.   That so much of the act to which this is an amend- Repealing clause.
ment, as conflicts with the provisions of this act, be and the
same is hereby repealed.

SEC. 9.   That the quartermaster general shall hold his office Quartermaster General.
for the term of three years; and the first election of quarter-
master general, under the provisions of this section, shall take
place at the present session of the general assembly, and his
term of service shall commence on the first Monday in April,
one thousand eight hundred and forty three.

<div align="center">

JOHN CHANEY,

*Speaker of the House of Representatives.*

JAMES J. FARAN,

*Speaker of the Senate.*

</div>

March 13, 1843.

---

<div align="center">

AN ACT

To encourage the organization of Fire Companies.

</div>

SEC. 1.   *Be it enacted by the General Assembly of the State* Members exempt from military
*of Ohio,* That any person who is now, or shall hereafter be- duty.
come, an acting member of any fire engine, hook and ladder,
hose, or other company, for the extinguishment of fire, or the
protection of property at fires, now existing, and under the
control of the corporate authorities of any city or incorporated
town within this state, or of any such company which shall,
hereafter, be organized under, and subject to, the authorities of
any city or town, as aforesaid, shall, during the time he may
continue an acting member of such company, be exempted
from the performance of any military duty, and from serving
as a juror; and any person who shall have been an acting Additional ex-
member of any such company, in any city or town, as afore- emption.
said, and shall have faithfully discharged his duties as such, for
the term of five years, shall be forever, thereafter, exempted
from the performance of military duty in the time of peace,
from serving as a juror, and from the performance of labor on
the highways.

SEC. 2.   That any person who has served in any company Member to pro-
for the term of five years, as provided in the preceding section, cure certificate from foreman.
shall be entitled to receive from the foreman of the company,
of which he shall have been a member, a certificate to that
effect; and, on the presentation of such certificate to the clerk
or recorder of the proper city or town, it shall be the duty of
such clerk or recorder, to file the same in his office, and to give
his certificate, under the corporate seal, to the person entitled
thereto, setting forth the name of the company of which such
person shall have been a member, and the duration of such

# EXHIBIT 92



DATE DOWNLOADED: Fri Sep  8 18:17:08 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1843 vol. 42 3 .

ALWD 7th ed.
, , 1843 vol. 42 3 .

Chicago 17th ed.
"," Ohio - 42nd General Assembly, General Acts : 3-82


AGLC 4th ed.
'' Ohio - 42nd General Assembly, General Acts 3

OSCOLA 4th ed.
'' 1843 vol 42 3          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

### AN ACT

#### To regulate the Militia.

Sec. 1. *Be it enacted by the General Assembly of the State of Ohio,* That the training of the rank and file of the militia shall hereafter be dispensed with, in time of peace, except as provided for in this act. {Training of militia, in time of peace, dispensed with.}

Sec. 2. That every able bodied white male inhabitant, resident within this state, who is or shall be of the age of twenty one years, and under the age of forty five years, excepting persons who may be members of volunteer companies, persons absolutely exempted by law, idiots and lunatics, shall be enrolled in the militia. {Who liable to do military duty;— exemptions.}

Sec. 3. That it shall be the duty of the township assessors, annually, to prepare a list of all persons liable to be enrolled, as aforesaid, in their respective townships, and every keeper of any tavern or boarding house, and every master of any dwelling house, shall, upon application of the assessor, within whose township such house may be situated, or of any person acting under them, give information of the names of all persons residing in such house and liable to enrollment, as aforesaid; and every such person, so liable, shall, upon like application, give his name and age, and if any such keeper, master, or person, liable as aforesaid, shall refuse to give such information or shall give false information, he or they shall be fined in any sum not less than five dollars for each offence, to be collected in an action of debt before any justice of the peace for the proper township, and it is hereby made the duty of the assessor, forthwith, after the occurrence of any such offence, to commence such action, in his official capacity, in the name of the state of Ohio, against any person or persons so offending, and prosecute the same to final judgment and collection, if possible; and all moneys so collected shall be by such [assessor] immediately paid over to the treasurer of the proper township; and it is hereby made the duty of such treasurer to appropriate the same for the use of common schools in the proper township, in like manner as other school funds are now, by law, appropriated; and it shall be the duty of the township trustees to require and accept such additional security as will, in the opinion of such trustees, be sufficient to insure the faithful performance of the duties enjoined upon said assessors by this act. {Township assessors, annually, to prepare a list of all persons liable to be enrolled. Keepers of taverns, boarding houses, &c., to give information. Penalty for refusing. Fines—when collected, how disposed of.}

Sec. 4. That the township assessor shall, annually, at the time of assessing taxable property, make out a roll or list of all names of persons, liable to be enrolled as aforesaid, and shall place it in the hands of the clerk of the proper township, who shall record the same in the book of record of such township, and it shall be the duty of such clerk to return, annually, in the month of May or June, an accurate copy of such record of enrollment to the commandant of the proper brigade, said commandant of brigade shall make return to the com- {Assessor to make roll list of those liable to enrollment, and place the same in the hands of the township clerk, who shall record, &c.}

Rivas Exs., Page 620

mandant of division, and the commandant of division to the
adjutant general of the state, as now required by law.

**Optional to train in volunteer company, or pay fifty cents.** Sec. 5. That it shall be optional with every person, enrolled as aforesaid, either to become an active enrolled member of a volunteer company or pay, annually, as a commutation for military duty, the sum of fifty cents, as hereinafter provided, or perform two days extra labor on some public highway in the road district in which he may reside.

**Assessor to demand commutation money when making the enrollment, and if not paid before the first day of August, may distrain property.** Sec. 6. That it shall be the duty of the township assessor, in their respective townships, annually, at the time of making the enrollment aforesaid, to demand, either personally or by written requirement, from each person so enrolled, the aforesaid sum of fifty cents, and if the said sum shall not then or thereafter be paid, on or before the first day of August then next ensuing, said assessor shall forthwith proceed to collect the same by distraining the property of such person, in like manner as county treasurers are now, by law, authorized to sell property for the collection of delinquent taxes; provided **Who shall be exempt.** that said sum of fifty cents shall not be collected from any person who shall exhibit to said assessor a certficate of membership as a uniform member, at the time being, of a volunteer company, signed by the commandant thereof, or from any person who shall exhibit a certificate as an active duty member of any regular organized fire, hose, or hook and ladder company, or from any person who shall exhibit a certificate from the supervisor of the road district in which he may reside, that he has performed two days' extra labor on some public highway in said district.

**Money when collected to be paid over to the treasurer, and credited, &c.;** Sec. 7. All moneys collected by township assessors, under the provisions of the preceding section of this act, shall be by them immediately paid over to the treasurer of the proper county who shall place the same to the credit of the brigade in which said moneys may have been collected, in whose hands it shall constitute a military fund for the use of said brigade, to be disbursed as hereinafter provided.

**—And take duplicate receipts therefor; and deposit one with county auditor.** Sec. 8. That the township assessors shall take duplicate receipts for all moneys by them paid over to the county treasurers under the provisions of this act, one of which they shall deposit with the auditor of the proper county; and said township assessors shall be paid the same rate of compensation as is allowed by law for the performance of their duties in assessing property for taxation, provided that they shall be entitled to receive pay only for such time as they shall be actually employed in the discharge of the duties enjoined upon them by **Fees—to be paid out of the military fund.** this act; said compensation to be paid out of the military fund by the county treasurer, on the certificate of the trustees of the proper township.

**Military fund to be paid upon the order of the commandant of brigade.** Sec. 9. That the military fund in the hands of the county treasurer, provided for by this act, shall be paid out by said treasurer upon the order of the commandant of brigade; and the county commissioners, in their annual settlement with the

county auditor and treasurer, shall examine and compare the
receipts and disbursements by the county treasurer of the mil- *Fees of county*
itary fund in his hands, and shall allow said treasurer two per *treasurer.*
centum on the moneys so received and disbursed, and include
and publish a statement of the same in the annual exhibit of
county receipts and expenditures.

SEC. 10.   That whenever the militia are ordered for actual *Militia when or-*
service, they shall forthwith be organized into companies, bat- *dered into ser-*
talions, and regiments, and officered as now required by law, *vice, how to be organized.*
provided that the present boundaries of brigades and divisions
shall continue to be recognized under this act; and the gener- *Manner of elect-*
als of brigades, whenever a vacancy occurs, shall be elected *ing officers.*
by the commissioned officers of the volunteer troops thereof,
upon the order of the proper general of division as now re-
quired by law, and the general of division shall be elected as
heretofore.

SEC. 11.   That all persons having heretofore served as *Who shall be*
commissioned officers in the militia of this state, and having *exempt from military duty in*
legally thereby become exempt from military duty in time of *time of peace,*
peace, and all former members of volunteer companies who
shall in like manner have become exempt, shall continue exon- *—and payment*
erated from military duty in time of peace, and shall also be *of commutation*
exempt from the payment of the commutation money required *money.*
by this act.

SEC. 12.   That the quartermaster general and the adjutant *Quartermaster*
general shall continue to perform their duties as heretofore re- *and adjutant generals to per-*
quired by law, so far as the same may be practicable without *form duties as*
conflicting with the provisions of this act. *heretofore, &c.*

SEC. 13.   All civil officers named in this act, who shall neg- *Officers neglect-*
lect or refuse at any time to obey the provisions thereof, shall *ing to obey the provisions of this*
forfeit and pay not more than one hundred nor less than twen- *act;*
ty dollars, to be recovered in an action of debt before any *—Penalty there-*
court having competent jurisdiction, at the suit of any person *for.*
complaining, for the use of the state of Ohio.

#### VOLUNTEER MILITIA.

SEC. 14.   That the acting militia of this state shall consist *Volunteer com-*
of volunteer companies, raised at large, by order of the com- *panies to consti-*
mandant of brigade or of division; if there be no commandant *militia, raised by*
of brigade, such companies to be composed of men between *commandant of*
the ages of eighteen and forty five years, provided that no mi- *composed.*
nor shall be enrolled by any officer of such light company
without the consent of the parent, guardian, or master of such
minor; and in all cases said volunteer militia shall first be or-
dered into service, in case of war, invasion, or to prevent in-
vasion, to suppress riots, or to aid the civil authorities in the
execution of the laws; and all volunteer companies, squadrons,
battalions, and regiments, formed according to law, now raised
and organized, shall be retained.

56

Volunteer companies to be numbered by commandant of brigade, and a record made. Sec. 15. The several volunteer companies of cavalry, artillery, light infantry, and riflemen, in each brigade, shall be numbered by the proper commandant of brigade, and a record made of such numbers, in the adjutant general's office; and when they exist in sufficient numbers, and are conveniently located for the purpose, shall be organized into battalions and regiments, and officered, as now provided by law.

Who to make returns, and to whom. Sec. 16. The commandants of companies, when formed into battalions or regiments, shall make returns to the commanding officer of the same, and if not formed into battalions or regiments, shall make returns to the commandant of brigade; and commandants of squadrons, battalions, or regiments, shall make returns to the commandant of brigade, and the commandant of brigade to the commandant of division, as now required by law.

How noncommissioned officers, soldiers and commission'd officers may obtain a discharge and certificate. Sec. 17. Every noncommissioned officer, and soldier of any volunteer company, shall be held to duty therein for the term of five years, unless some absolute disability shall occur after joining such company, or he shall be discharged by the proper officer; and every such person, after the expiration of said term, and every commissioned officer, after serving a similar term, in conformity with the provisions of this act, shall be entitled to a certificate of such service; and such certificates shall be given to all such persons, under the rank of brigadier generals, by generals of brigade, and to all other officers by commandants of division; and the holders of such certificates shall be exempt from military duty in time of peace, and shall, also, be exempt from the commutation payments hereinbefore provided for.

Number of men requisite for full company; Sec. 18. Whenever forty men shall have been enrolled as members of any volunteer company, under the provisions of this act, such company shall be officered as now provided by law for officering similar companies, and no such company —and when reduced below thirty to be attached. shall be increased to more than eighty members; and whenever a company becomes reduced, from any cause, below the number of thirty, they may be attached to any other company, by order of the brigadier general.

Duty of quartermaster general in the distribution of public arms. Sec. 19. That it shall be the duty of the quartermaster general, in the distribution of the public arms, to apportion the same to the several divisions, according to the number of volunteer troops therein; and the commandants of division having, within their respective commands, a greater quantity of public arms than are necessary to supply the volunteer militia therein, are hereby required to return the same to the quartermaster general, within one year after the passage of this act.

Officers and soldiers shall equip themselves. Sec. 20. Every officer of the line and staff, and every officer and soldier of any volunteer company, shall provide himself with a uniform complete, as now required by law; and each commissioned officer shall, also, provide himself with a suitable sword; and the arms and equipments of the officers Equipments exempt from execution and soldiers shall be held by them free from levy by any execution issued in any civil case, as is now provided by law.

SEC. 21.   There shall be two company musters in each <span>Company mus-ters--when held.</span>
year, as follows:—on the first Friday in June and on the
first Friday in August, annually, from nine o'clock, A. M., un-
til four, P. M., of each day, and said companies may parade at
other times, provided three fourths of the members thereof con-
sent thereto; and the commandants of brigades, battalions,
or companies shall have power, and are hereby required to
call out their respective commands for the suppression of riots, <span>Duty of com-mandants in case of riots.</span>
or to assist civil officers in the execution of the laws, when
called upon to do so by the proper authorities.

SEC. 22.   Every noncommissioned officer, musician, and <span>Fine of noncom-missioned offi-cers, musicians and privates for not equipping.</span>
private, who shall refuse to appear fully armed and equipped
on any day of muster required by this act, shall, for every
such refusal or neglect, pay the sum of two dollars for each
company muster, and three dollars for brigade muster.

SEC. 23.   That it shall be the duty of the commandant of <span>Commandant of volunteer com-pany to make out list of delin-quents, &c.;</span>
each volunteer company, within ten days after the brigade
muster and encampment, required by this act, to make out a list
of the delinquents, particularly noting therein the fines assess-
ed on each member of his company, and for what cause, a
copy of which list, in the form of a notice, shall be forthwith
posted up at the places of holding company muster, stating,
also, the time and place appointed for holding the court of ap- <span>—and state the time for holding court of appeals.</span>
peals; at which court every delinquent, feeling himself ag-
grieved by the decision of the commandant aforesaid, may
appear and apply for redress; and it shall also be the duty of <span>Copy of list to be delivered to brig-ade inspector.</span>
the commandant to deliver said delinquent list, duly certified,
to the brigade inspector, on or before the day appointed for
holding the brigade court of appeals required by this act.

SEC. 24.   There shall be held, once in each year, a brigade <span>Brigade musters —when to be held, and length of time.</span>
muster and encampment of all the volunteer militia in each
brigade, commencing at ten o'clock, A. M., on the third Tues-
day of August, annually, and continuing not more than five,
nor less than three days; said muster and encampment shall <span>Officers and sol-diers to be drill-ed.</span>
be held at the most suitable place within the limits of said brig-
ade, to be selected by the brigade quartermaster, under the
direction of the commandant thereof; and the officers and
soldiers, forming such encampment, shall be drilled in accord-
ance with the requirements of the thirty first section of this
act; provided that the muster and encampment of the third <span>Provision for third brigade.</span>
brigade, in the first division, may be held at the most conven-
ient place within said division.

SEC. 25.  It shall be the duty of the commandant of divis- <span>Commandant of division to re-view and inspect each brigade.</span>
ion, during the encampment aforesaid, to review and cause to
be inspected, each brigade of volunteer militia within his di-
vision, provided that he shall not be compelled to visit more
than three brigades, in any one year; and he shall also appoint <span>To appoint a brigade board;— duty of said board.</span>
a brigade board of inspection, consisting of three competent
officers, who shall hold a session at each brigade encampment,
for the purpose of examining and determining the degree of
proficiency, in military tactics, of such officers as may come

8—G. L.

**58**

before them for examination, to every such officer who may be found, upon thorough examination, to be fully proficient in military tactics, and qualified for actual service in time of war, they shall give a certificate thereof, and to each holder of such certificate, the general of division, or, in his absence, the general of brigade shall, on the first succeeding muster and encampment, present, in the name of the state of Ohio, a good and substantial sword of well finished workmanship, of a value not exceeding twelve dollars, which shall be provided under the direction of the commandant of brigade, and paid for, upon his order, out of the military fund.

Brigade court of appeals;

SEC. 26. That a brigade court of appeals, consisting of the commandant of brigade, and the commandant of regiments, squadrons, and battalions, and such other officers as the commandant of brigade may designate, shall be holden on the second Tuesday succeeding the muster and encampment, held

—Its duty.

as aforesaid, notice of the time and place of holding said court of appeals shall be given by the commandant of brigade, on the last day of said muster and encampment; and said court of appeals shall hear and determine the complaints of all delinquents returned by the commandants of companies, who may appeal to them, and strike from the delinquent list any person whom they may deem improperly fined.

Court of appeals to assess fines;

SEC. 27. The officers constituting said court of appeals shall also sit as a court to assess fines upon all brigade, commissioned, and staff officers, returned to said court by the brigade inspectors; said officers shall also, acting as a board of appropriation, distribute and apply the military fund as they

—And appropriate military fund.

shall deem best calculated to promote the efficiency and thorough discipline of the volunteer militia, provided that all appropriations of the military fund shall be in accordance with the requirements of this act.

Duty of brigade inspectors.

SEC. 28. The brigade inspector shall attend the brigade court of appeals and court of assessment, required by the preceding section of this act, and shall keep an accurate record of the proceedings, and also of the appropriation of the military fund, and shall make a list of all fines not remitted by the court of appeals, including also the fines assessed upon delinquent brigade, commissioned, and staff officers, a copy of which list, signed by the commandant of brigade, as president of said courts, and attested by himself as inspector of brigade, he shall forthwith transmit to the paymasters of regiments, squadrons, and battalions in said brigade, and to the orderly

Fines— how collected;

sergents of detached companies, if any; and the list of fines so placed in the hands of the officers aforesaid, shall be deemed and taken to have the legal effect and authority of an execution, and the paymasters and orderly sergeants aforesaid shall forthwith proceed to collect the amount of fines assessed upon such delinquent, whose name is upon the list delivered to him as aforesaid, by a levy upon, and sale of, any property which said delinquents may hold, without reservation, in the same

manner and with the same costs for collection as are now allowed by law to constables in civil and criminal cases.

SEC. 29.   All fines collected under the requirements of the preceding section of this act shall be by the paymasters and orderly sergeants immediately paid over to the county treasurer within the proper brigade, and by him shall be received, disbursed, and accounted for in the same manner as he is required to do with the military fund hereinbefore provided for. <span>—To be paid into the county treasury.</span>

SEC. 30.   All property held in common by any association or associations of persons, whose tenets or rules require a community of property, shall be holden for the payment of any and all fines assessed under the provisions of this act, against any member or members of such association for the nonperformance of military duty. <span>Property held in common, liable for fines.</span>

SEC. 31.   Every volunteer company and every field officer shall be furnished with camp equipage, and every volunteer company, regiment, squadron, and battalion, shall be furnished with suitable colors to be paid out of the military fund, as in other cases. <span>To whom camp equipage and colors to be furnished.</span>

SEC. 32.   All drafts upon the military fund, provided for in this act, shall be made by direction of the board of appropriation upon the order of the commandant of brigade. <span>Drafts on military fund, how made.</span>

SEC. 33.   Brigade inspectors and other staff officers shall be allowed such compensation by the board of appropriation as they shall deem just and reasonable, and members of courts martial at the rate of one dollar per day for their services for the period aforesaid. <span>Compensation of brigade inspectors and other staff officers.</span>

SEC. 34.   Enrolled musicians in volunteer companies, not exceeding four to each company, may be paid one dollar per day for their services, out of the military fund, as in other cases. <span>Enrolled musicians; their pay.</span>

SEC. 35.   If, after paying all drafts upon the military fund, hereinbefore specified, there shall remain a surplus in any brigade, it shall be appropriated to procure or build a suitable armory in which to preserve and safely keep the arms and equipments of the State, under the [direction of] commandant of brigade, and paid for, upon his order, out of the fund aforesaid. <span>Surplus funds, how appropriated.</span>

SEC. 36.   That all parades, musters, and encampments, held under the provisions of this act, shall be governed by the rules and regulations adopted for the government of the army of the United States. <span>How parades, musters and encampments governed.</span>

SEC. 37.   That the commissioned officers of all companies, or regiments, exempted from military duty by the provisions of this act, who are now uniformed and equipped, as required by law, may hold their commissions for the term of five years from the date thereof, and may, at their option, attend the brigade musters, required by this act, and shall, thereafter, be exempt from the performance of military duty in time of peace, and from the payment of commutation money, required by this act. <span>Commissioned officers exempt from military duty by this act, to hold commissions five years, &c.</span>

**Repeal of former acts.**   SEC. 38.   That an act to amend "an act to organize and discipline the militia," passed March tenth, one thousand eight hundred and thirty eight, and an act to amend "an act to organize and discipline the militia," passed March thirteen, one thousand eight hundred and forty three, together with so much of the "act to organize and discipline the militia," passed March four, one thousand eight hundred and thirty seven, as is inconsistent with the provisions of this act, be and the same are hereby repealed.

**Commissions heretofore issued —when they shall expire.**   SEC. 39.   That all military commissions heretofore issued, except the quartermaster general, shall expire in six years from the passage of this act, and all military commissions heretofore [hereafter] issued, except as aforesaid, shall expire in six years from the date thereof; provided, that any officer holding a commission under the provisions of this act, who may be re-elected to the same office, shall retain the same rank that he was entitled to under his former commission, provided, also, that **Staff officer may hold commission after he shall arrive at the age of forty five.** nothing in this act, or the act to which this is an amendment, shall be construed as to disqualify any staff officer to hold a commission after he may arrive at the age of forty five years.

**Adjutant and quartermaster generals—their pay.**   SEC. 40.   That the adjutant general and the quartermaster general, of this state, shall each receive the sum of two dollars per day, for each day actually employed in the discharge of the duties of their respective offices; provided that the quartermaster general shall not receive pay for more than one hundred days, nor the adjutant general for more than one hundred and fifty days employed in any one year.

**This act not to prevent enrollment of persons, between 18 and 21 years of age.**   SEC. 41.   Nothing in this act shall be construed as to prevent all able bodied white male citizens of this state, between the age of eighteen and twenty one years, from being enrolled and returned by the proper officers, in the aggregate strength of the militia in the state, in the same manner as provided for in this act in relation to those over twenty one years.

SEC. 42.   This act to take effect from and after its passage.

JOHN M. GALLAGHER,
*Speaker of the House of Representatives.*
THOMAS W. BARTLEY,
*Speaker of the Senate.*

March 12, 1844.

# EXHIBIT 93



DATE DOWNLOADED: Fri Sep  8 17:49:31 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1778 105 .

ALWD 7th ed.
, , 1778 105 .

Chicago 17th ed.
"," New Jersey - 3rd General Assembly, 2nd Sitting : 105-106

AGLC 4th ed.
'' New Jersey - 3rd General Assembly, 2nd Sitting 105

OSCOLA 4th ed.
'' 1778 105            Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
 Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

---

## WILLIAM LIVINGSTON, Esquire, Governor.   105

7. AND IT IS HEREBY FURTHER ENACTED, That the said Managers shall yearly and every Year, if thereunto required, account to the said Owners and Possessors, and shall produce fair Accounts and proper Vouchers for all Monies received and expended by them in Virtue of this Act, and shall deliver the Balance remaining in their Hands to their Successors, first deducting *One Shilling* in the *Pound* for all Monies received and expended by them ; and if they, or either of them, shall neglect or refuse to account and pay the Balance as aforesaid, it shall and may be lawful for the succeeding Managers to sue for and recover the same, by an Action of Debt, in any Court of Record in this State where the same may be cognizable, with Costs of Suit. *(margin: Managers when to account to the Owners.)*

8. AND BE IT FURTHER ENACTED *by the Authority aforesaid,* That if the Managers, for the Time being, shall at any Time refuse or unnecessarily neglect to repair any sudden Breach in the Dam or Bank, or shall neglect or refuse to do or perform any other Matter or Thing enjoined them by this Act, they, and each of them, shall forfeit and pay the Sum of *Six Pounds* for every such Default ; to be recovered by any Person interested in said Meadows, in Manner aforesaid, and to be applied towards repairing and maintaining the said Dam, Bank and Sluice ; and in Cases of sudden Emergency either of the Owners or Possessors of the said Meadows shall have equal Authority with the Managers to repair any sudden Breach, after such Neglect or Refusal of the Managers elected for that Purpose, and to reimburse him or themselves out of the Fine the said Managers have incurred, he or they paying the Overplus, if any there be, to the succeeding Managers ; and after any Neglect or Refusal of the aforesaid Managers, it shall and may be lawful for the Owners and Possessors of said Meadows to meet together at any Time hereafter, and by a Majority of Voices to elect and choose other Managers in their Room. *(margin: Managers neglecting their Duty, &c. to forfeit.)*

*Passed at* Trenton, June 11, 1779.

---

## C H A P. XL.

*A Supplement to an Act, intitled, An Act to embody, for a limited Time, One Thousand of the Militia of this State, for the Defence of the Frontiers thereof.*

WHEREAS by the fourth Section of an Act, intitled, *An Act to embody, for a limited Time,* One Thousand *of the Militia of this State, for the Defence of the Frontiers thereof,* the Field Officers of each Regiment of the Militia are directed to meet at the usual Place of holding the annual Election in the County to which they belong, on the fifteenth Day of *June,* Instant, to do and perform certain Matters directed in and by the said Section : AND WHEREAS the Time taken up in Printing and Distributing the said Act, renders it impossible for the Returns directed by the said Section to be made in every County by the said fifteenth of *June,* Instant ; *(margin: Preamble.)*

BE IT THEREFORE ENACTED *by the Council and General Assembly of* this State, *and it is hereby Enacted by the Authority of the same,* That where *(margin: Enacting Clause.)*

where fuch Returns fhall not be made, or if made, the Field Officers aforefaid fhall not meet on the faid fifteenth Day of *June*, that then the Meeting of the Field Officers aforefaid fhall be on any other Day in the faid Month of *June*, to be appointed by the Colonel or Commanding Officer of any Regiment, immediately on the Receipt of the Returns mentioned in the faid Section.

*Paffed at* Trenton, June 11, 1779.

### C H A P. XLI.

*A Supplementary Act to an Act, intitled,* An Act *for the more eafy and expeditious Recovery of Penalties on forfeited Recognizances, and for the Appropriation of the Monies arifing from the fame, and from Fines and Amercements, and for other Purpofes therein mentioned.*

Preamble.

WHEREAS the Act, intitled, *An Act for the more eafy and expeditious Recovery of Penalties on forfeited Recognizances, and for the Appropriation of the Monies arifing from the fame, and from Fines and Amercements, and for other Purpofes therein mentioned,* is found to be inadequate to the Purpofes thereby intended ; Therefore,

Mode of Proceeding againft Defaulters.

*Sect.* 1. Be it Enacted *by the Council and General Affembly of this State, and it is hereby Enacted by the Authority of the fame,* That if any Perfon whatfoever fince the fecond Day of *July*, in the Year of our Lord One Thoufand Seven Hundred and Seventy-fix, hath been bound, or at any Time hereafter fhall be bound by any Recognizance to the State of *New-Jerfey*, or to the Commander in Chief thereof for the Time being, for the Ufe of the State, with Condition for his Appearance at the Seffions of Oyer and Terminer and General Gaol Delivery, to be held in any County within the State, and fuch Perfon hath not appeared, or fhall not appear agreeably to the Condition of fuch Recognizance, and fuch his Default hath been or fhall be recorded in the Minutes of the faid Courts, then it fhall and may be lawful for the Supreme Court of Judicature of this State, on Motion of the Attorney-General, to award a Writ of *Scire Facias* againft the Perfon or Perfons bound in fuch Recognizance, to fhew Caufe why the Recognizance ought not to be forfeited, Judgment be entered againft the Recognizor or Recognizors, and Execution or Executions iffue thereon ; and thereupon further to proceed as is in and by the firft Section of the before-recited Act mentioned and directed, any Thing in the before-recited Law to the Contrary notwithftanding.

Clerks of Courts, their Duty.

2. And be it further Enacted *by the Authority aforefaid,* That the Clerks of the feveral Courts in this State fhall refpectively, within ten Days after the Expiration of any Seffion or Term, make out and tranfmit to the Collector of the County wherein fuch Court fhall be held, a true Extract from the Minutes of all the Fines and Amercements awarded during fuch Seffion or Term, and alfo the Amount of every Judgment entered on *Scire Facias* for the forfeiting of any Recognizances during fuch Seffion or Term ; and fhall likewife tranfmit a Copy
thereof

# EXHIBIT 94



DATE DOWNLOADED: Fri Sep  8 17:44:16 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1778 58 .

ALWD 7th ed.
, , 1778 58 .

Chicago 17th ed.
"," New Jersey - 3rd General Assembly, 2nd Sitting : 58-63


AGLC 4th ed.
'' New Jersey - 3rd General Assembly, 2nd Sitting 58

OSCOLA 4th ed.
'' 1778 58          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**The Trustees to keep fair Accounts;**

4. AND BE IT FURTHER ENACTED, That the faid *Richard Stevens* and *John Mehelm* fhall keep fair and regular Accounts of the Sales of all the Lands, Tenements, Hereditaments and Real Eftate by them fold as aforefaid, and of the Expenditure and Appropriation of the Monies arifing thereon.

**And to transfer the Real Eftates unfold to the faid *William Alexander*.**

5. AND BE IT FURTHER ENACTED, That if after the Payment of the Debts due from the faid *William Alexander*, there fhall be any of the Lands, Tenements, Hereditaments and Real Eftate remaining unfold, the faid *Richard Stevens* and *John Mehelm* are hereby directed to transfer, affign over, and convey unto the faid *William Alexander*, his Heirs and Affigns, all the Reft and Refidue of the faid Lands, Tenements, Hereditaments and Real Eftate, and to pay unto the faid *William Alexander* all the Monies which they the faid *Richard Stevens* and *John Mehelm* may have in their Hands arifing from the faid Sales, after Payment of the Debts aforefaid, and of the Cofts and Charges attending the faid Sales and Settlement of Accounts.

*Paffed at* Trenton, May 31, 1779.

C H A P. XXIV.

*An* A C T *to embody, for a limited Time,* One Thoufand *of the Militia of this State, for the Defence of the Frontiers thereof.*

**Preamble.**

WHEREAS it is neceffary that the Inhabitants who dwell near the Lines, and are expofed to the Depredations and Incurfions of the Enemy, fhould be protected and defended by the Militia of this State, and the Method of calling out the fame by monthly Rotation is, from the local Situation of fome Counties, found to be inconvenient and expenfive, generally interfering with the Bufinefs of Agriculture ; Therefore,

**The Number to be embodied, and Time of Service.**

Sect. 1. BE IT ENACTED *by the Council and General Affembly of this State, and it is hereby Enacted by the Authority of the fame,* That for the Defence of this State One Thoufand of the Militia thereof, exclufive of Field Officers, be immediately embodied and properly officered and equipped, to continue in the Service until the fifteenth Day of *December* next, unlefs fooner difcharged.

**Proportion of each County.**

2. AND BE IT FURTHER ENACTED *by the Authority aforefaid,* That the Quotas or Proportion of the faid One Thoufand Men be enlifted or raifed from the Militia of the feveral Counties of this State as follows, *that is to fay,* From the County of *Bergen*, one Lieutenant, one Enfign, two Sergeants, two Corporals, and thirty-nine Privates ; from the County of *Effex*, one Captain, one Lieutenant, one Enfign, three Sergeants, three Corporals, and eighty-four Privates ; from the County of *Middlefex*, one Captain, one Lieutenant, one Enfign, three Sergeants, three Corporals, and fixty-nine Privates ; from the County of *Monmouth*, one Captain, one Lieutenant, one Enfign, four Sergeants, four Corporals, and eighty-two Privates ; from the County of *Somerfet*, one Captain, one Lieutenant, one Enfign, four Sergeants, four Corporals, and feventy-five Privates ; from the County of *Burlington*, one Captain, one Lieutenant, one Enfign, five Sergeants, five Corporals, and ninety-fix Privates ; from the County of *Gloucefter*, one Captain, one Lieutenant, four Sergeants, four Corporals, and fixty-two Privates ; from the County of *Salem*, one Captain, one Enfign, four Sergeants, four Corporals, and fifty-four Privates ; from the County of *Cape-May*, one Enfign, one Sergeant, one Corporal, and eighteen Privates ; from the
County

# WILLIAM LIVINGSTON, Efquire, Governor. 59

County of *Hunterdon*, two Captains, two Lieutenants, two Enfigns, eight Serjeants, eight Corporals, and one hundred and twenty-two Privates; from the County of *Morris*, one Captain, one Lieutenant, one Enfign, four Serjeants, four Corporals, and feventy-four Privates; from the County of *Cumberland*, one Captain, one Lieutenant, two Serjeants, two Corporals, and forty Privates; and from the County of *Suffex*, one Captain, one Lieutenant, one Enfign, four Serjeants, four Corporals, and fifty-three Privates; to be commanded by one Colonel, one Lieutenant-Colonel, and two Majors of the Militia of this State, appointed for that Purpofe by the Governor or Commander in Chief of the State, for the Time being, and Privy Council : That the faid Troops be ftationed in juft Proportion on the expofed Parts of the Frontiers, fo as to afford the moft beneficial and equal Protection to every Part thereof, according as Circumftances may require, under the Direction of the Governor or Commander in Chief, for the Time being, and Privy Council : That they act in Conjunction with fuch of the Continental Forces as may from Time to Time be detached on the faid Frontiers, and on every Occafion when they can be fpared from the Stations ; and that they be not called out of the State unlefs in fuch Cafes, and by the fame Authority in and by which the Militia are liable to be called out.

3. AND BE IT ENACTED *by the Authority aforefaid*, That the Colonel or Commanding Officer of each Regiment of Militia in this State fhall, immediately after the Paffing and Publication of this Act, iffue Orders to the Captain or Commanding Officer of each Company in his Regiment, directing him to call a Meeting of the commiffioned Officers of fuch Company, and with their Affiftance to make out full, particular, and exact Lifts or Returns of all Male Free Inhabitants of twenty-one Years old and upwards, to which fhall be feparately fubjoined the Names of the Owners or Poffeffors of fuch Eftates as have not Male Reprefentatives of that Age. PROVIDED ALWAYS, That the Delegates appointed to reprefent this State in Congrefs, the Prefident and Members of the Legiflative-Council and General Affembly, the Juftices of the Supreme Court, the Minifters of the Gofpel, and the Clerks of the Council and Affembly, be not borne on any Lift or Return. PROVIDED ALSO, That Perfons exempted by a certain Law of this State, intitled, *An Act to encourage the making of Salt at the* Pennfylvania *Salt-Works, in the State of* New-Jerfey, paffed the feventh Day of *October*, One Thoufand Seven Hundred and Seventy-feven, and fuch as are exempted by one other Law, intitled, *An Act for compleating the four Battalions of this State, in the Continental Service*, paffed the twenty-eighth Day of May, One Thoufand Seven Hundred and Seventy-feven, be not included in fuch Returns. AND PROVIDED ALSO, That the Enrolments or Returns fo made fhall extend to the Purpofes of this Act only. AND PROVIDED ALSO, That nothing herein contained fhall be conftrued to prevent employing Officers, and enlifting non-commiffioned Officers and Privates between the Age of fixteen and twenty-one Years.

4. AND BE IT FURTHER ENACTED, That the Lifts or Returns fo made out fhall be figned and authenticated on Oath or Affirmation by any two or more of the faid commiffioned Officers, and the faid Captain or Commanding Officer of the Company fhall, without Delay, tranfmit the fame to the Colonel or Commanding Officer of the Regiment, and the Field Officers of each Regiment fhall meet at the ufual Place of holding the annual Election in the County to which they belong, on the fifteenth Day of *June* Inftant, and then and there fhall compute the whole Number of Perfons borne upon the Lifts or Returns of all the Male Free Inhabitants of twenty-one Years old and upwards within the Bounds of the refpective Companies in the County, and in Proportion to fuch Number fhall divide the Quota of Officers and Men, above-directed to be raifed in fuch County between the Regiments, as equitably as may be, and appoint fuch Captain or Captains and Subaltern Officers as are by this Act directed to be drawn from fuch County, and tranfmit the Names of fuch Officers, after acquainting them with fuch their Appointment, to the Colonel, who, purfuant to the Directions of this Act, may be appointed to command the faid Troops ; and the Field

Returns to be made.

Who are to be exempted.

Mode of dividing the Quota of Officers and Men, agreeably to the Returns.

Q                                    Officers

Officers of each Regiment shall appoint an early Day to meet at some con-
venient Place in their respective Districts, together with the Captain or Com-
manding Officer of each Company, who shall by them be notified of the Time
and Place of such Meeting, and when met, the said Field and other Officers
who shall attend shall divide the Regiment into as many Classes as is the Propor-
tion of that Regiment to furnish of non-commissioned Officers and Privates,
which Classes shall be marked from One upwards, numerically, having Regard
in the said Division to the Abilities and local Situation of the Individuals com-
posing each Class, that they may be as contiguous to each other as Circum-
stances, with Regard to their Abilities, will admit, and at the Foot of each
Class shall set down the Names of the taxable Owners or Possessors of such Estates
as have not Male Representatives of full Age, if any such there be.

**Command-**
**ing Officer to**
**order a re-**
**gimental Re-**
**view.**   5. AND BE IT FURTHER ENACTED, That immediately after such Division is
made, the Colonel or Commanding Officer of the Regiment shall issue Orders
for a regimental Muster or Review, and the said Division of Male Free Inhabi-
tants borne on the Lists or Returns aforesaid, shall be particularly declared and
published to the Regiment when met; and also that the Bounty herein after
mentioned will be given for one Volunteer for each Class who will then, or
within four Days from that Time, offer himself to serve as a Soldier for the Term
**Proviso.**   and Purpose in this Act set forth. PROVIDED ALWAYS, That the Field Officers
of any Regiment be at Liberty to assemble the whole Regiment in Review at
the same Time, or by Parts and at different Times, as they shall judge most
**Who are not**   proper. AND PROVIDED ALSO, That the Officers appointed to serve in the
**to be classed.**   said Levy, if they accept of their Appointment, shall not be classed.

**Bounty.**   6. AND, for the Encouragement of fit, able, and effective Persons to enter
voluntarily into the Service of their Country, BE IT ENACTED *by the Authority*
*aforesaid,* That every such Person who shall, within the Time limited as above,
so enter himself with any one of the Officers appointed by the Directions of this
Act, for the Service aforesaid, to serve until the said fifteenth Day of *Decem-*
*ber* next, shall receive, on his being mustered and approved as herein after is
directed, *Fifty Dollars* as a Bounty.

**Classes not**
**furnishing**
**Volunteers to**
**hire Substi-**
**tutes.**   7. AND, that the End of this Act may not be disappointed, or the Burthen
of the publick Service become unequal, BE IT ENACTED, That if any Class in
any Regiment shall not have furnished a Volunteer within the Time limited for
that Purpose as aforesaid, then the Colonel or Commanding Officer of the Re-
giment, together with a Majority of the commissioned Officers of the Company
from which such Class is composed, shall hire and procure a fit Person to serve
as a Substitute for the said Class, which Substitute shall be one of the Class hire-
ing the same, or hired out of any other Class who have furnished their Quota by
voluntary Enlistment, or by hireing a Substitute; but that no Substitute be hired
or received by any one Class out of another Class, until such Class shall have
furnished its Quota: And the said Officers shall appoint a Time and Place for
the said Class to meet, and give, or cause to be given, Notice to each Person
belonging to such Class, or leave such Notice at his Place of Abode at least
two Days before the Time prefixed to meet as aforesaid, and the Captain or
Commanding Officer of the Company shall acquaint such of the said Classes as
shall meet of the Sum paid or agreed to be paid to the Substitute hired for the
said Class, at the same Time requiring of them to repay or furnish the Money
so paid or agreed to be paid; and if they shall neglect or refuse to pay the same,
then and in that Case each and every Person belonging to the said Class shall be
**Who to assess**   deemed delinquent; and the said commissioned Officers of the Company, or a
**and levy the**   Majority of them, in Conjunction with two of the Justices of the Peace for the
**Substitute-**
**Money.**   County, shall assess and levy the Sum so required of the said Class on the re-
spective Persons composing the same and contained in the Lists herein before
mentioned, at the Discretion of the said Justices and Officers, or a Majority
of them, having Regard to their several Estates and Circumstances, so that the
whole exceed not the Sum given to procure a Substitute as aforesaid, and on Re-
fusal

fusal of such Payment, to have the same levied with full Costs by Distress and Sale of the Delinquent's Goods and Chattels, and if Goods and Chattels cannot be found whereon to levy as aforesaid, then to commit the Body of the said Delinquent or Delinquents to the Gaol of the County, there to remain till the said Assessment and Costs be fully paid and discharged : And all Sheriffs, Gaolers, Constables, and other Officers and Ministers of Justice are hereby strictly required and commanded to render Obedience to the Orders and Directions of such Justices and Officers in the Execution of the Premises. PROVIDED AL-WAYS, That if in any Case the Officers aforesaid shall not be able to procure a Substitute for a particular Class, the said Class shall be assessed as nearly as may be to the Average-Sum given for Substitutes in the County to which it may belong, in the Manner as if a Substitute had been hired for the same ; and the Money, when received or recovered, shall be transmitted to the Treasurer by the Justices who shall assist in assessing the same, and the Treasurer's Receipt sent to the Legislature at their next subsequent Sitting. *[marginal note: Proviso.]*

8. AND IT IS HEREBY DECLARED AND ENACTED, That the Pay of every Person enlisted or procured as aforesaid, shall commence from the Day of Enlistment inclusively, and he shall receive *Two Thirds of a Dollar* by the Day, as Subsistence-Money, until he shall be mustered and marched to his Station on the Frontiers ; and that every Person so enlisted, shall, from the Time of his Enlistment, become amenable to the Rules and Discipline of War, and shall furnish and equip himself with a good Musket well fitted with a Bayonet, Steel or Iron Ramrod and Worm, a Cartridge-Box, a Priming-Wire and Brush, also a Canteen and Knapsack ; which, if lost in the Service without Fault of the Owner, shall be paid for agreeable to the Resolution of Congress of the twenty-sixth of *February*, One Thousand Seven Hundred and Seventy-eight. And no Person enlisted pursuant to the Directions of this Act shall be liable to be taken out of the Service by any Process other than for some criminal Matter. *[marginal notes: Pay, when to commence. Persons enlisted to be amenable to the Rules of War—to find their own Arms, &c.]*

9. AND BE IT FURTHER ENACTED, That no Prisoner of War or Deserter from the Enemy, being a Native of any Part of the *British* Dominions, and not heretofore an Inhabitant of the United States, shall be enlisted or received as a Substitute in the Enlistment or Levy to be made under this Act. *[marginal note: Persons who are not to be enlisted.]*

10. AND BE IT FURTHER ENACTED, That any two of the Field Officers of the Regiment shall, from Time to Time as Occasion may require, muster the Recruits raised in such Regiment, and give Orders on the Paymaster of the County herein after mentioned for the Payment of the Bounty and Subsistence-Money to such as are approved and passed ; and the Colonel or Commanding Officer of each Regiment shall, on every Occasion of mustering Recruits, make out Duplicate Lists containing the Name of each Recruit, with that of his Place of Abode, the Company to which he belonged, and also descriptive of his Person, Age, and Stature, one of which signed by one of the commissioned Officers appointed by Direction of this Act, and who are hereby directed to receive such Recruits in the respective Counties, he shall keep himself, the other signed with his own Name, he shall transmit to the Colonel or Commanding Officer of the said Levy ; and the said Officer to whom the Recruits are so delivered, and who signed the List as aforesaid, shall march them immediately to *Elizabeth-Town*, in the County of *Essex*, unless the Commanding Officer of the said Levy shall otherwise direct. *[marginal note: Who to muster the Recruits, &c.]*

11. AND BE IT ENACTED, That each and every Recruit shall be allowed, while on March to his respective Station on the Frontiers, *One Sixth* Part of a *Dollar* by the Mile, as Subsistence-Money, to be paid by the Paymasters herein after appointed for the several Counties, on Orders from the Officers who muster such Recruits respectively. *[marginal note: Mileage.]*

12. AND BE IT FURTHER ENACTED, That there shall be allowed and paid to each of the said Officers and Privates during the Time they shall serve agreeably *[marginal note: Wages.]*

ably to the Directions of this Act, as an Equivalent or in Lieu of certain Necef-
faries fupplied to the Continental Troops, by a late Refolution of the Legiflature
of this State, over and above the prefent Continental Pay, as follows, by the
Month, *that is to fay*, To a Colonel, *Sixty-five Dollars ;* to a Lieutenant-Colonel,
*Fifty-five ;* to a Major, *Forty-five ;* to a Captain, *Thirty-five ;* to a Lieutenant,
*Thirty ;* to an Enfign, *Twenty-five ;* and to each non-commiffioned Officer and
Private, *Twenty*, including the Bounty allowed to the Militia when on Duty,
which the Paymafters for the Time being appointed to pay the Militia of this
State in the refpective Counties where fuch Troops may ferve, fhall pay on fe-
parate Payrols being exhibited, properly certified and authenticated.

**Lighthorfe-Men to be engaged, their Pay and Bounty.**

13. AND BE IT FURTHER ENACTED, That the Colonel or Commanding
Officer of the faid Levy be authorized and empowered to engage, during the
Term aforefaid, any Number of proper Perfons not exceeding twelve, to ferve
as Lighthorfe-Men under the Command of the faid Colonel or other Officer of
the faid Levy, as the Cafe may require ; and that each Horfeman fo employed,
being well equipped and accoutred, fhall be entitled to receive for the Hire of
his Horfe, over and above the Bounty and Pay allowed to a Private by this
Act, *Twenty Dollars* by the Month, and when on fuch Duty as neceffarily pre-
vents his drawing Rations for himfelf and Forage for his Horfe, he fhall be
entitled to receive in Lieu thereof *Six Dollars* by the Day ; and the faid Horfe-
men fhall be paid under the fame Reftrictions and by the fame Perfons as this
Act directs for paying the faid Troops.

**Surgeons, when to be employed.**

14. AND BE IT FURTHER ENACTED, That it fhall and may be lawful for
the Colonel or Commanding Officer of the faid Levy, or the Officer command-
ing a Detachment of the fame at a feparate Poft, and they and each of them are
hereby authorized and empowered, as often as may be neceffary, to employ a
Surgeon or Surgeons to attend fuch Officers, Non-commiffion Officers and Pri-
vates belonging to the faid Levy as may be fick or wounded, and where it may
be impracticable or inconvenient to fend fuch fick or wounded Perfons to a
Continental Hofpital, and to tranfmit Accounts of the Expences incurred in this
Behalf, properly authenticated by the Oath or Affirmation of fuch Surgeon or
Surgeons, to the Legiflature at their next Sitting, for their Allowance and
Settlement.

**Perfons to pay the Bounty, &c.**

15. AND BE IT ENACTED, That the following Perfons be appointed in their
refpective Counties to pay the Bounty, Subfiftence-Money and Mileage, as a-
forefaid, *that is to fay*, For the County of *Bergen*, *David Board ;* for the County
of *Effex*, *Ifaac Halfey ;* for the County of *Middlefex*, Colonel *John Neilfon ;* for
the County of *Monmouth*, *John Craig*, Merchant ; for the County of *Somerfet*,
*Edward Bunn ;* for the County of *Burlington*, Colonel *William Shreve ;* for the
County of *Gloucefter*, *Samuel Kaighn ;* for the County of *Salem*, *Thomas Carpenter ;*
for the County of *Cape-May*, *Henry-Young Townfend ;* for the County of *Hunter-
don*, *Gerfhom Lee ;* for the County of *Morris*, *Jofeph Lewis ;* for the County of
*Cumberland*, *Ephraim Seeley ;* and for the County of *Suffex*, *Charles Rhodes*.

**Treafurer to pay the Pay-mafters.**

16. AND BE IT FURTHER ENACTED, That the Treafurer pay out of the pub-
lick Money in his Care to the faid Paymafters, any Sum or Sums not exceeding
fuch as are affixed to their refpective Names, as follows :

To *David Board*, *Nine Hundred and Twenty Pounds*.
To *Ifaac Halfey*, *One Thoufand Nine Hundred and Twenty-four Pounds*.
To Colonel *John Neilfon*, *One Thoufand Six Hundred and Sixty Pounds*.
To *John Craig*, *One Thoufand Nine Hundred and Eighty-fix Pounds*.
To *Edward Bunn*, *One Thoufand Eight Hundred and Seventy Pounds*.
To Colonel *William Shreve*, *Two Thoufand Three Hundred and Eighty-five Pounds*.
To *Samuel Kaighn*, *One Thoufand Six Hundred and Eighty Pounds*.
To *Thomas Carpenter*, *One Thoufand Six Hundred Pounds*.
To *Henry-Young Townfend*, *Six Hundred Pounds*.

To

## WILLIAM LIVINGSTON, Esquire, Governor. 63

To *Gershom Lee, Three Thousand Three Hundred and Fifteen Pounds.*
To *Joseph Lewis, One Thousand Eight Hundred and Forty-five Pounds.*
To *Ephraim Seeley, One Thousand Two Hundred and Forty-five Pounds.* And,
To *Charles Rhodes, One Thousand Five Hundred and Eighty Pounds;* taking
their respective Receipts for the Sum or Sums so paid, which shall be his sufficient
Voucher for so much of the publick Money in the Settlement of his Accounts.

17. AND BE IT ENACTED, That the said Paymasters shall, on receiving   *Paymasters to*
Orders from the Colonel or Commanding Officer of each Regiment as aforesaid,   *pay the Boun-*
pay to each and every Recruit enlisted, mustered, and equipped as aforesaid, or   *ty, &c.*
to his Order in Writing, the Bounty, Subsistence-Money, and Mileage allowed
and specified in this Act, taking the Receipt of such Recruit, or if paid by Or-
der, that of the Person bearing the same. And the said Paymasters respectively
are hereby enjoined and directed to lay their Accounts, duly stated, with their
Receipts and Vouchers as soon as may be, after paying the said Recruits, before
the Committee appointed by Law to settle and adjust the publick Accounts of this
State, if the same shall at that Time be sitting, and if not, then before the Le-
gislature at their next Sitting thereafter, retaining *Two per Cent.* on the Money
they may have paid out, and *Three Shillings and Nine-pence* by the Mile for go-
ing to the Treasury to draw the same, as a Compensation for their Trouble.

18. AND BE IT ENACTED, That if any of the Paymasters appointed by this   *Paymasters*
Act shall refuse to accept, or by Death or Disability be prevented from doing   *refusing to*
the Duties required of them, it shall and may be lawful for any two Justices of   *act; how to be*
the Peace for the County where such Vacancy shall happen, to appoint another,   *supplied.*
who shall be vested with the Powers, and entitled to the Rewards herein given
and allowed to those in this Act named.

19. AND BE IT ENACTED, That each and every Officer of the Militia, while   *Wages, &c.*
employed in discharging the Duties required by this Act, shall receive Wages   *of Officers*
as if in actual military Service, to be paid by the Paymasters of the respective   *while dis-*
Counties on Rolls duly made out and authenticated; and if any Field Officer,   *charging the*
Captain or other Officer shall wilfully neglect or refuse to do any Matter or Thing   *Duties of this*
required of him by this Act, he shall, for such his Neglect or Refusal, forfeit the   *Act.*
Sum of *One Hundred Pounds;* and if through any such Neglect or Refusal the
good Purposes of this Act shall be delayed, and the Quota of Men of any County
or Regiment not procured, that then the Officer next in Command shall proceed
to do the Duties, and pursue in every Instance the Directions of this Act to his
superior Officer so neglecting or refusing, in order to procure the Quota of Men
required. And such Officer next in Command, on Neglect or Refusal as aforesaid,
shall, for such Neglect or Refusal, forfeit the Sum of *One Hundred Pounds*; and
in either Case the Forfeiture shall be recovered by Action of Debt at the Suit of
the Collector of the County, who is hereby enjoined to prosecute the same, and
pay the Money when recovered into the Treasury.

*Passed at* Trenton, June 2, 1779.

## C H A P.   XXV.

*An* A C T *to amend an Act, intitled, An* Act *to erect and
establish Courts in the several Counties in this Colony for the
Trial of small Causes, and to repeal the former Act for that
Purpose; and to suspend the Operation of one other Act there-
in mentioned.*

WHEREAS by the Act, intitled, *An* Act *to erect and establish*   Preamble.
Courts in the several Counties in this Colony for the Trial of small

R

*Causes,*

# EXHIBIT 95



DATE DOWNLOADED: Fri Sep  8 17:35:20 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1778 113 .

ALWD 7th ed.
, , 1778 113 .

Chicago 17th ed.
"," New Jersey - 3rd General Assembly, 2nd Sitting : 113-117


AGLC 4th ed.
" New Jersey - 3rd General Assembly, 2nd Sitting 113

OSCOLA 4th ed.
" 1778 113          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
 Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

## WILLIAM LIVINGSTON, Efquire, Governor. 113

### C H A P. XLIV.

*A Supplementary* ACT *to an Act, intitled, An* Act *for the regulating, training and arraying of the Militia.*

WHEREAS the Act, intitled, *An Act for the regulating, training and arraying of the Militia,* from the Smallnefs of the Penalties therein impofed, and from the Difproportion which the Bounty therein allowed to the Militia bears to the Services of them required, and from other Caufes, has been found, in the prefent Situation of Affairs, infufficient to anfwer the good Purpofes thereby intended ; *Preamble.*

*Sect.* 1. BE IT THEREFORE ENACTED *by the Council and General Affembly of this State, and it is hereby Enacted by the Authority of the fame,* That from and after the Publication of this Act, the feveral Fines and Forfeitures and the Extremes thereof, in the before-recited Act impofed and mentioned, for Refufal, Default, or Neglect of any of the Duties therein refpectively enjoined on, and required of the feveral Officers, non-commiffioned Officers and Privates of the Militia, fhall be, and they are hereby declared to be three Times the Sums therein mentioned, directed and expreffed, any Thing in the faid recited Act to the Contrary notwithftanding. *Fines, &c. augmented.*

2. AND BE IT FURTHER ENACTED *by the Authority aforefaid,* That every Colonel or Commanding Officer of any Regiment or Battalion, who fhall neglect or refufe to perform any of the Duties on him enjoined by the twenty-feventh Section of the faid recited Act within twenty Days after any Training or Call of the Whole or a Part of his Regiment into Service, fhall forfeit and pay for each Default the Sum of *Fifty Pounds,* to be recovered before any Juftice of the Peace of the County in which he may refide, at the Inftance of the Officer next in Command, or any other commiffioned Officer or other Perfon whatfoever, and paid to the Collector of the County, for the Ufe of the State. PROVIDED ALWAYS, That if by a general Call of the Militia, or a large Proportion thereof in any Part of the State, or other unavoidable Obftacle, all the Field Officers of any Regiment or Battalion, or fo many of them fhall be abfent that the faid Duty cannot be performed, and the faid Colonel or Commanding Officer fhall perform the faid Duties within ten Days after fuch Obftacle fhall be removed, that then he fhall not be profecuted for Default. *Commanding Officers of Regiments neglecting their Duty, what to forfeit.* *Provifo.*

3. AND BE IT ENACTED *by the Authority aforefaid,* That every Captain or Commanding Officer of any Company who fhall neglect or refufe to perform any of the Duties on him enjoined by the twenty-eighth Section of the faid recited Act, within twenty Days after any Training of fuch Company or regimental Review, or after any Call of the Whole or any Part thereof into Service, fhall forfeit and pay for each Default the Sum of *Forty Pounds,* to be recovered before any Juftice of the Peace of the County in which he may refide, at the Inftance of the Officer next in Command, or any other commiffioned Officer or any other Perfon whatfoever, and paid to the Collector of the County, for the Ufe of the State. PROVIDED ALWAYS, That if by a general Call of the Militia, or a large Proportion thereof in any Part of the State, or other unavoidable *Captains, &c. neglecting their Duty, what to forfeit.* *Provifo.*

able

able Obſtacle, the ſaid Duty cannot be performed within the Time above ſpecified, and ſuch defaulting Captain or Commanding Officer of a Company ſhall perform the ſaid Duties within ten Days after ſuch Obſtacle ſhall be removed, that then he ſhall not be proſecuted for the Default.

**Deſerters, how to be puniſhed.**

4. AND BE IT ENACTED *by the Authority aforeſaid*, That if any commiſſioned Officer, non-commiſſioned Officer or Private ſhall, at any Time when the Whole or any Detachment of the Militia are called out upon Duty, and before the Expiration of his Tour, leave his Regiment or Company without a Furlough, or Leave previouſly obtained of his ſuperior Officer, ſuch Officer ſo offending ſhall be tried by a Court-Martial and be caſhiered and fined at their Diſcretion in any Sum not exceeding *Two Hundred Pounds*; and every non-commiſſioned Officer or Private ſo offending, ſhall, for every ſuch Offence, forfeit all the Pay, Bounty, or other Demands which may be due to him on ſuch Tour, and ſhall moreover be fined in any Sum not exceeding *One Hundred and Fifty Pounds*, nor under *Fifteen Pounds*; to be recovered as directed in the twenty-ſeventh Section of the ſaid recited Act, and to be paid into the Hands of the Collector of the County, to and for the Uſe of the State.

**Mode of making out Pay-rolls.**

5. AND IT IS HEREBY FURTHER ENACTED, That all Captains and other Militia Officers, who ſhall hereafter make out any Payroll, ſhall inſert therein, as well the Names of thoſe who ſhall have deſerted, if any there ſhall be, as thoſe who ſerve out their Tour, and note ſuch Deſerters as having deſerted, but ſhall not annex any Pay for the Time they did Duty, previous to their Deſertion.

**Perſons not of Ability to purchaſe Arms, how to be ſupplied.**

6. AND WHEREAS many Privates of the Militia of this State may be deſtitute of Arms and Accoutrements, and may not be of ſufficient Ability to purchaſe the ſame; for Remedy whereof, BE IT ENACTED *by the Authority aforeſaid*, That the Captain or Commanding Officer of each Company ſhall, once in every four Months, make a Return of thoſe in his Company, who may be deſtitute of Arms and Accoutrements, and not of ſufficient Ability to purchaſe them, and likewiſe of the Arms which may be put under his Care by the Directions of this Act, to the Colonel or Commanding Officer of his Regiment who is hereby required to purchaſe Arms and Accoutrements for the Supply of the Perſons mentioned in the ſaid Returns, and ſhall deliver them to the ſaid Captains or Commanding Officers of the reſpective Companies, taking their Receipts for the ſame; which Captains or Commanding Officers are hereby made accountable to the ſaid Colonel or Commanding Officer of the Regiment for the Arms and Accoutrements ſo delivered to them, and required to keep the ſame in ſome ſafe and convenient Place, and in good Order and Repair, to be delivered out to ſuch poor Perſons only, when Occaſion may require, they to be accountable for the ſame.

**Money, on whom to be drawn.**

7. AND BE IT FURTHER ENACTED *by the Authority aforeſaid*, That the Colonel or Commanding Officer of each Regiment reſpectively ſhall be, and they and each of them, hereby are authorized and empowered to draw on the Collector of the County to which they belong for any Sum not exceeding *Five Hundred Pounds* yearly, for the purchaſing ſuch Arms and Accoutrements, and for keeping the ſame in good Order and Repair, and for purchaſing Drums and Fifes for the ſeveral Companies in

## WILLIAM LIVINGSTON, Efquire, Governor.    115

in his Regiment; and the faid County Collector is hereby authorized to difcharge fuch Draughts of the Colonel or Commanding Officer, out of any Monies he may have in his Hands arifing from Militia Fines, taking his Receipt for the fame, which Receipt he is hereby required to lay before the Juftices and Freeholders of fuch County, at their next annual Meeting.

8. AND BE IT ENACTED *by the Authority aforefaid,* That each and every Colonel or Commanding Officer of a Regiment, who may receive any Sum or Sums of Money from the County Collector for the Purpofes aforefaid, fhall lay fair Accounts of all fuch Monies, and of the Expenditure of the fame, and of his neceffary Expences attending the Service herein required of him, and likewife Returns of the faid Arms and Accoutrements, fpecifying their Number, and in whofe Hands they are depofited, to the Board of Juftices and Freeholders, at their annual Meeting in *May,* and at fuch other Times as he may be thereunto required, for their Examination and Allowance; which Accounts and Returns the faid Juftices and Freeholders are hereby required to direct their Clerk to enter of Record, that the Legiflature may at any Time hereafter have Information therein.

*Commanding Officers to render fair Accounts, and make Return of Arms, &c. to the Juftices and Freeholders;*

9. AND BE IT FURTHER ENACTED, That the Colonels or Commanding Officers of the feveral Regiments in this State, fhall in like Manner make Returns yearly to the faid Board of Juftices and Freeholders of the County to which they belong, of the State of all the publick Arms which may have been put under their Care by any former Act or Acts of the Legiflature; which Returns fhall be recorded as above-directed.

*To whom yearly Returns are alfo to be made.*

10. AND WHEREAS in and by the fortieth Section of the before-recited Act it is enacted, "That the Militia of this State, when in actual "Service, fhall be fubject to the Rules and Articles of War eftablifhed "for the Government of the Troops of the United States:" AND WHEREAS it is provided by the fame Section of the faid Act, "That "the Pains and Penalties inflicted by any Court-Martial fhall not ex-"tend to the taking of Life or Limb, or any corporal Punifhment, un-"lefs in the Cafes therein particularly defcribed." AND WHEREAS by the faid Rules and Articles of War, no other than corporal Punifhment can be inflicted for many other Offences befide thofe fpecified in the faid Provifo, many of the Militia offending againft the Rules and Articles of War, while in actual Service, efcape Punifhment; for Remedy whereof, BE IT FURTHER ENACTED, That if any Militia-Man, while in actual Service within this State, fhall commit any Offence cognizable by the Courts of Law, he fhall be delivered, by the Officer commanding the Detachment to which he fhall belong, to fome one of the Juftices of the Peace of the County where fuch Offence fhall be committed, together with the Witneffes charging him with fuch Offence, to be dealt with according to Law only. PROVIDED ALWAYS, AND BE IT FURTHER ENACTED, That if any Militia-Man, while in actual Service, fhall be convicted by a Court-Martial of any Offence fpecified in the Rules and Articles of War, other than fuch as are cognizable by the Courts of Law, or fpecially punifhable by this or the before-recited Act, he fhall be liable to fuch Fine or Forfeiture, or fuffer fuch Imprifonment or other Detention in Cuftody as the Sentence of the Court-Martial by which

*Militia-Man committing Offences, how to be dealt with.*

*Provifo.*

which he fhall be tried, fhall adjudge, any Thing in the before-recited
Act notwithftanding.

<table>
<tr><td>Militia while<br>in Service,<br>their Bounty.</td><td>

11. AND BE IT ENACTED *by the Authority aforefaid,* That the Militia, while in actual Service, fhall be allowed over and above the prefent continental Pay, Rations and Mileage, as an Equivalent, or in Lieu of certain Neceffaries fupplied to the continental Troops by a Law of this State, the following Bounty by the Month, *that is to fay,* To a Colonel, *Sixty-five Dollars;* to a Lieutenant-Colonel, *Fifty-five;* to a Major, *Forty-five;* to a Captain, *Thirty-five;* to a Lieutenant, *Thirty;* to an Enfign, *Twenty-five;* and to each non-commiffioned Officer and Private, *Twenty Dollars,* including the Bounty allowed by the forty-fecond Section of the before-recited Act; which the Paymafters, for the Time being, appointed to pay the Militia of this State, in the refpective Counties, fhall pay on feparate Pay-Rolls of the faid Bounty, being exhibited, properly certified and authenticated. PROVIDED ALWAYS, That each Lighthorfe-Man, while in actual Service, fhall be entitled to receive for the Hire of his Horfe, over and above the Bounty and Pay allowed to a Private, *Twenty Dollars* by the Month.

</td></tr>
</table>

*Provifo.*

*Sergeants Wages.*

12. AND BE IT ENACTED, That every Sergeant who fhall be employed in examining into the State of the Arms, Accoutrements and Ammunition of the Company to which he belongs, as directed by the thirteenth Section of the before-recited Act, fhall be allowed the Sum of *Forty-five Shillings* for each Day he fhall be engaged in that Service; to be paid by the Collector of the County out of any Monies in his Hands arifing from Militia-Fines, by an Order on the faid Collector from the Captain or Commanding Officer of the Company, certifying the Number of Days fuch Sergeant hath been fo employed.

*Allowance to Militia while in Service and fubfifting themfelves.*

13. AND WHEREAS it frequently happens that the Militia, when called out into actual Service, are obliged to furnifh themfelves with Provifions for feveral Days before they reach their Stations or have an Opportunity of drawing from the publick Stores, for the Expence of which no fufficient Provifion hath hitherto been made; BE IT THEREFORE ENACTED, That every Militia-Man, when called into actual Service, fhall be allowed the Sum of *Three Dollars,* over and above his Mileage, for every Day he fhall fubfift himfelf on his March to his Station, to be annexed, in every Cafe, to the Bounty-Rolls by the Officer whofe Duty it may be, and paid by the Paymafters of the Militia.

*Militia lofing Arms, &c. by being made Prifoners, to be paid by the State.*

14. AND WHEREAS the Militia of this State are, through Captivity, frequently expofed to the Lofs of their Arms and Accoutrements, which Lofs it is unjuft that they as Individuals fhould fuftain; BE IT THEREFORE ENACTED *by the Authority aforefaid,* That where any Officer, non-commiffioned Officer or Private may have been captivated or hereafter fhall be captivated, and may have thereby loft or fhall hereafter lofe his Arms or Accoutrements, fuch Arms and Accoutrements fo loft, being appraifed by two impartial and difinterefted Perfons, fhall be paid for or made good by the State. PROVIDED ALWAYS, That in order to afcertain that any fuch Arms or Accoutrements were fo loft, a Certificate fhall be produced to the Legiflature, figned by the Commanding Officer of the Company or Detachment in which the Perfon ferved when they were fo loft, fetting forth the Fact; and alfo the Atteftation
of

*Provifo.*

## WILLIAM LIVINGSTON, Esquire, Governor. 117

of the Party claiming Payment, before some Justice of the Peace of the County, that no Satisfaction hath been received for the same.

15. AND BE IT FURTHER ENACTED *by the Authority aforesaid*, That when a Vacancy shall happen in the Office of Colonel in any of the Regiments in this State, the same shall not be filled up by a new Appointment, but the Lieutenant-Colonel shall command the Regiment, and be entitled, when in Service, to receive the Pay and other Emoluments of a Colonel; and that the Adjutants and Quartermasters in the several Regiments shall in future be appointed from the Line. *{right margin: Colonel ceasing to act, who to supply his Place.}*

16. AND BE IT FURTHER ENACTED *by the Authority aforesaid*, That the Operation of the fifty-sixth Section of the said Act, and every Clause, Matter and Thing therein contained, shall be and is hereby suspended during the present Year; and all such Parts of the said Act as are repugnant to, or otherwise provided for or altered by this Act, shall be and hereby are repealed. *{right margin: Sections suspended, &c.}*

*Passed at* Trenton, June 12, 1779.

### C H A P.  XLV.

*An* ACT *for the Removal of Criminals, for their more safe Custody; and for other Purposes therein mentioned.*

**W**HEREAS the Vicinity of the Enemy's Lines to several of the Gaols in the State renders the safe Keeping of the Prisoners confined therein precarious; *{right margin: Preamble.}*

*Sect.* I. BE IT THEREFORE ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That whenever the Sheriff of any County in the State shall make Application to two of the Judges of the Inferior Court of Common-Pleas of the County, and on Oath declare that he verily believes there is Danger of the Prisoners, confined in the Gaol of the said County, falling into the Enemy's Hands if they are continued therein, and the said Judges shall think the Removal of such Prisoners necessary, it shall and may be lawful for the said Judges, by Warrant under their Hands and Seals, to order the said Prisoners removed, and re-committed to the Gaol of any other County in the State, where they can be safely kept until they are remanded, or legally discharged from Confinement; which Warrant is hereby declared a sufficient Authority for the Sheriff, having such Prisoners in Custody, to remove them accordingly, and to the Sheriff or Gaoler of the County to which they shall be sent, to receive and confine them, agreeably to the Directions thereof: And such Sheriffs, Gaolers and Prisoners are hereby respectively required to pay Obedience thereto. PROVIDED ALWAYS, That when the Danger shall cease, or the Prisoners so removed shall be wanted for Trial, that then it shall and may be lawful for any two of the Judges of the Inferior Court of Common-Pleas of the County from which such Prisoners were removed, by Warrant as aforesaid, to remand such Prisoners, and them to re-commit to the Gaol of the County where they were first committed; *{right margin: Prisoners in Danger of falling into the Enemy's Hands to be removed.}* *{right margin: Proviso.}*

# EXHIBIT 96



HEINONLINE

DATE DOWNLOADED: Fri Sep 8 17:25:15 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1779 59 .

ALWD 7th ed.
, , 1779 59 .

Chicago 17th ed.
"," New Jersey - 4th General Assembly, 2nd Sitting : 59-62

AGLC 4th ed.
'' New Jersey - 4th General Assembly, 2nd Sitting 59

OSCOLA 4th ed.
'' 1779 59        Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Rivas Exs., Page 648

teenth, One Thoufand Seven Hundred and Seventy-eight, the Commiffioners of the Loan-Offices in the feveral Counties of this State are authorized and obliged to pay forward into the Treafury the Monies to them paid in on Mortgages and Bonds, purfuant to the Directions of the Act, intitled, *An Act for ftriking One Hundred Thoufand Pounds in Bills of Credit, and directing the Mode for finking the fame,* paffed the eleventh Day of *March,* One Thoufand Seven Hundred and Seventy-four ; for obviating, which Doubts,

*Sect.* 1. BE IT ENACTED *by the Council and General Affembly of this State, and it is hereby Enacted by the Authority of the fame,* That it fhall and may be lawful for the faid Commiffioners refpectively, and they hereby are empowered and directed to pay into the Treafury all fuch Sum or Sums of Money which they have or may receive on Mortgages and Bonds, taken by them purfuant to an Act, intitled, *An Act for ftriking One Hundred Thoufand Pounds in Bills of Credit, and directing the Mode for finking the fame,* paffed the eleventh Day of *March,* One Thoufand Seven Hundred and Seventy-four, and which fhall remain in the faid Offices for the Space of one Month after the twenty-fifth Day of *June* yearly, during the Continuance of the above-recited Act, to be difpofed of as the Legiflature fhall direct; and the Receipt of the Treafurer fhall be a fuffi-cient Voucher to difcharge the faid Commiffioners refpectively for fo much of the faid Money as they fhall pay according to the Directions of this Act; any Thing in the faid recited Act to the Contrary notwithftanding. *(Commiffioners to pay Money into the Treafury;)*

2. AND BE IT ENACTED, That the faid Commiffioners fhall, and they are hereby directed to lay before the Legiflature at their next Sitting, after fuch Payment, an Account of the Monies they fhall pay into the Treafury in Purfuance of this Act. *(and to lay Accounts before the Legiflature.)*

3. AND BE IT ENACTED, That it fhall and may be lawful for the faid Commiffioners of the Loan-Offices refpectively, who fhall pay any Monies into the Treafury purfuant to the Directions of this Act, to have and retain out of the faid Monies *Five per Cent.* as a Compenfation for their Trouble. *(Their Compenfation.)*

4. AND BE IT FURTHER ENACTED, That if any Commiffioner fhall neglect or refufe to pay.the Monies remaining in his Hands into the Treafury as aforefaid, he fhall forfeit and pay the Sum of *Two Hundred Pounds,* to be recovered by the Attorney-General, on Behalf of the State, in any Court of Record where the fame may be cognizable, with Cofts of Suit, and paid into the Treafury for the Ufe of the State; and fhall moreover be liable to be profecuted, at the Suit of the Treafurer of the State for the Time being, for the Recovery of the Money remaining in his Hands, with Intereft and Cofts of Suit. *(Penalty for Neglect of Duty.)*

*Paffed at Trenton,* March 8, 1780.

C H A P.     XXVII.

*An* ACT *for compleating the Quota of Troops belonging to this State, in the Service of the United States.*

WHEREAS the United States in Congrefs affembled, by their Refolution bearing Date the ninth Day of *February* laft, have required the feveral States to compleat by Enliftment, during the War, the Quota of Troops to them in the faid Refolution refpectively apportioned: AND WHEREAS the Legiflature are defirous of taking effectual Meafures for complying with the faid Refolution; *(Preamble.)*

*Sect.* 1. BE IT ENACTED *by the Council and General Affembly of this State, and it is hereby Enacted by the Authority of the fame,* That Four Hundred able-bodied

Q                                    and

**Number of Men to be enlisted.** and effective Volunteers be enlisted into the three Regiments of this State, in the Service of the United States, to continue in the said Service during the present War with *Great-Britain.*

**Governor to apply to the Commander in Chief for Recruiting-Officers.** 2. AND BE IT ENACTED *by the Authority aforesaid,* That the Governor or Commander in Chief for the Time being shall, as soon as possible after the Passing of this Act, make Application to His Excellency the Commander in Chief of the Army of the United States for such and so many Officers as shall appear to the said Commander in Chief of the Army to be necessary, to be sent into the different Counties of this State, for the Purpose of enlisting and forwarding such Recruits as may engage in the Service upon the Terms in this Act expressed.

**Soldiers' Bounty.** 3. AND, for the Encouragement of able-bodied and effective Men, who are willing to engage in the Service of their Country during the present War, BE IT ENACTED *by the Authority aforesaid,* That every able-bodied Recruit who shall so enlist himself into any of the three Regiments of this State, in the Service of the United States, before the twentieth Day of *May* next, shall, exclusive of the Continental Bounty and Emoluments, be entitled to receive the Sum of *One Thousand Dollars;* the one Half or equal Moiety of which Sum to be paid to him, or his Order, by the Paymaster of the Militia of the County to which he belonged, or wherein he resided previous to his Enlistment, on a Certificate from any Justice of the Peace specifying that the Claimant hath been duly sworn or affirmed before him to serve as a Soldier in one of the three Regiments of this State, in the Service of the United States, for the Term above mentioned; and likewise a Certificate from the Officer herein-after appointed to muster such Recruits in the County wherein he was enlisted, setting forth that such Volunteer hath been by him mustered and approved; and the other Half of the said Sum to be paid to him, or his Order, upon joining his Regiment, on a Certificate thereof from the Colonel or Commanding Officer of the Regiment into which he shall enter himself, by the Paymaster of the Militia whose Residence shall be nearest to the Quarters or Station of the said Regiment.

**Allowance to Officers for enlisting Men.** 4. AND BE IT ENACTED *by the Authority aforesaid,* That each and every Officer who shall recruit an able-bodied and effective Man on the Terms in this Act mentioned, shall be allowed for every such Recruit the Sum of *Two Hundred Dollars,* one Half whereof to be paid to him, or his Order, by the Paymaster of the Militia for the County wherein such Recruit was enlisted, on a Certificate being to him produced from any of the Mustermasters, herein-after appointed in this Act, descriptive of the Age and Stature of such Recruit, expressing the County and Township wherein he was enlisted, and certifying the Name of the Person so mustered, and that he was by him approved and deemed qualified for the Service; and the other Half to be paid in like Manner, on a Certificate from the General or Commanding Officer of the *New-Jersey* Brigade for the Time being, specifying that such Recruit has joined his Regiment, by the Paymaster of the Militia whose Residence is nearest to the Quarters or Station of the said Brigade.

**Mustermaster for each County.** 5. AND BE IT ENACTED *by the Authority aforesaid,* That the following Persons be, and they hereby are, appointed to muster the Recruits so enlisted as aforesaid in the several Counties of this State, *videlicet,*

In the County of *Bergen,* Colonel *Theunis Dey,*
*Essex,* Colonel *Moses Jaques,*
*Middlesex,* Colonel *John Webster,*
*Monmouth,* Colonel *Asher Holmes,*
*Somerset,* Colonel *Frederick Felinghuysen,*
*Burlington,* Colonel *Thomas Reynolds,*
*Gloucester,* Colonel *Joseph Ellis,*
*Salem,* Major *Edward Hall,*
*Hunterdon,* Major *Joseph Brearley,*
*Cape-May,* Captain *John Creesey,*

In

Case 3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.13437   Page 696 of 718

In the County of *Morris*, Lieutenant-Colonel *Benoni Hathaway*, *Cumberland*, Lieutenant-Colonel *Abijah Holmes*, *Suffex*, Major *John Van-Vleet*.
And in cafe of the Death, Removal or other Difability of any of the Muftermafters above-named, it fhall and may be lawful to and for any Field-Officer of the County where fuch Difability fhall happen, to mufter fuch Recruits, and to give Certificates as above directed; which Muftermafters re- **Their Allow-** fpectively fhall be allowed for each Recruit they fhall fo mufter the Sum of *Sixteen* **ance.** *Dollars*, and no more; to be paid by the Paymafter of the Militia of fuch County, on an Account to him for that Purpofe produced, authenticated on Oath or Affirmation.

6. AND WHEREAS fome of the Officers of the Militia of this State may, **Militia Offi-** by exerting themfelves in the Service of their Country, be enabled to enlift **cers, their** able-bodied and effective Volunteers upon the Terms in this Act held forth, **Reward for** BE IT ENACTED *by the Authority aforefaid*, That each and every Officer of the **enlifting Men.** Militia who fhall procure an able-bodied Recruit on the Terms aforefaid, fhall, on producing a Certificate from a Juftice of the Peace, fetting forth that fuch Recruit was by him fworn or affirmed as before directed in this Act, and alfo a Certificate from fome one of the Field-Officers of the *New-Jerfey* Brigade of the Delivery of fuch Recruit, and that he was by him muftered and approved, be entitled to receive from the Paymafter of the Militia of the County to which he may belong the fame Rewards that are allowed to the regular Officers of this State in this Act.

7. AND BE IT ENACTED *by the Authority aforefaid*, That each and every **Recruits,** Recruit enlifted as aforefaid, fhall be entitled to the Pay and Emoluments al- **their Pay, &c.** lowed to the Troops belonging to this State, in the Service of the United States, from the Day of his Enliftment inclufively; and fhall, at his Election, be ad- mitted to enter into any Company in any of the three Regiments of this State, provided fuch Company be not already full.

8. AND BE IT ENACTED *by the Authority aforefaid*, That the Paymafters of **Paymafters,** the Militia refpectively, who fhall make any Payments by Virtue of this Act, **their Re-** fhall be entitled to the fame Rewards as are allowed to them for the Performance **wards, &c.** of the immediate Duties of their Appointment; and, on producing feparate and authentic Vouchers of the Payments fo by them made, fhall be credited with the fame in their Settlement with the State.

9. AND BE IT ENACTED *by the Authority aforefaid*, That it fhall and may be **Treafurer** lawful for the Treafurer of this State, and he is hereby authorized and empow- **authorized to** ered to pay to the faid Paymafters of the Militia, or to their Orders refpectively, **pay Money** fuch Sum or Sums of Money as may be requifite for the Purpofes of this Act, **to the Pay-** on their Application for the fame; whofe Receipts fhall be fufficient Vouchers to **mafters.** the faid Treafurer in the Settlement of his Accounts.

10. AND BE IT FURTHER ENACTED, That each Mufter-mafter, appointed **Muftermaf-** in and by Virtue of this Act, fhall tranfmit to the Legiflature at their next Sit- **ters to tranf-** ting a Lift of the Recruits by him fo muftered; and that the Paymafter of the **the Recruits** Militia, who fhall pay out any Sum or Sums of Money by Virtue of the Di- **to the Legif-** rections of this Act, fhall make a Return of the Name of each Recruit, and **lature.** the Sum to him paid, to the Legiflature in like Manner.

11. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That if any **Perfons en-** Recruiting-Officer, or other Perfon, from and after the Date hereof, fhall pre- **lifting Men in** fume to enlift any Perfon in any of the Counties in this State to ferve in any **this State, for** Regiment, Troop or Company, belonging to any of the neighbouring States, or **any other** in any other Troops whatever, otherwife than in the Regiments belonging to **State, what** this State, or in fuch Troops or Companies as have been or fhall be affigned as **to forfeit.** the Quota of this State in the Service of the United States, or fhall detain, convey

62    S T A T E  of  *N E W - J E R S E Y*, 1780.

convey away, or refuse to releafe any Perfon fo enlifted, contrary to the Intent and Meaning hereof, fuch Recruiting-Officer, or other Perfon, fo offending, fhall, for every fuch Offence, forfeit and pay the Sum of *Five Hundred Pounds*; to be recovered in any Court of Record, where the fame may be cognizable, within this State, by any Perfon that will fue for the fame; one Half to the Profecutor, and the other Half to and for the Ufe of the State.

**Former Act repealed.**  12. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That the Act for recruiting by voluntary Enliftment the three Regiments of this State, in the Service of the United States, paffed *June* the ninth, One Thoufand Seven Hundred and Seventy-nine, fhall be, and is hereby repealed.

*Paffed at* Trenton, March 11, 1780.

C H A P.  XXVIII.

*An* A C T *for amending and eftablifhing the Charter of the College of* New-Jerfey.

**Preamble.**  WHEREAS the Truftees of the College of *New-Jerfey*, by their humble Petition prefented to the Legiflature, have fet forth, That His Majefty *George* the Second, King of *Great-Britain*, by his Royal Charter of Incorporation, under the Great Seal of the then Province of *New-Jerfey*, and bearing Date the fourteenth Day of *September*, in the twenty-fecond Year of his Reign, was pleafed to incorporate fundry Perfons, to the Number of twenty-three, by the Name and Style of " The Truftees of the College of *New-Jerfey;*" and did thereby, among other Things, grant unto them Power and Authority to erect, endow and govern, a College for the Inftruction of Youth in the learned Languages, and liberal Arts and Sciences, as by the faid Charter of Incorporation, recorded in the Secretary's Office at *Perth-Amboy* in Book C, Number 2, Pages 196 to 204 inclufive, Reference being thereunto had, may more fully and at large appear: AND WHEREAS the faid Truftees, by their faid Petition, have prayed that the fame Charter may be eftablifhed and confirmed under the prefent happy Conftitution, with certain Alterations and Amendments, in their faid Petition mentioned and defcribed: AND WHEREAS all wife Legiflatures have deemed the Education of Youth to be of the utmoft Importance to the Profperity of a State, and have taken Inftitutions for that Purpofe eftablifhed, under their Patronage and Protection: AND WHEREAS the faid College of *New-Jerfey* hath been found greatly ufeful in diffufing as well the Principles of political Liberty, as of Religion and Literature, and many have thereby been fitted to fill diftinguifhed Places both in the Civil and Ecclefiaftical Departments of this and of the other United States, with Advantage to the Community, and Honour and Reputation to themfelves: Therefore, for granting the Prayer of the Petition of the faid Truftees, fo far forth as the fame appears juft and reafonable,

**Charter, with Exceptions, confirmed.**  Sect. 1. BE IT ENACTED *by the Council, and General Affembly of this State, and it is hereby Enacted by the Authority of the fame,* That the faid Charter, with all and fingular the Advantages, Privileges and Immunities, and all other Matters and Things therein contained, fuch Claufes and Parts only excepted as are by this Act repealed, altered or amended, is hereby eftablifhed and confirmed; and fhall forever hereafter be held and efteemed as good and effectual in Law, to all Intents, Conftructions and Purpofes, as the fame hath heretofore been held and efteemed, and as if the fame were herein particularly recited; any Mifufer, Nonufer, or any other Default heretofore committed or fuffered, notwithftanding.

**Truftees, their Privileges, &c.**  2. AND BE IT ENACTED *by the Authority aforefaid,* That the faid Truftees of the College of *New-Jerfey*, and their Succeffors, fhall and may forever hereafter have, hold and enjoy, all and fingular the Advantages, Privileges and Immunities,

# EXHIBIT 97



HEINONLINE

DATE DOWNLOADED: Fri Sep  8 17:19:37 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1780 39 .

ALWD 7th ed.
, , 1780 39 .

Chicago 17th ed.
"," New Jersey - 5th General Assembly, 1st Sitting : 39-54

AGLC 4th ed.
'' New Jersey - 5th General Assembly, 1st Sitting 39

OSCOLA 4th ed.
'' 1780 39              Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

OF THE STATE OF *NEW-JERSEY.*          39

In the County of *Gloucester,* Bodo Otto, jun. Esquire.
In the County of *Salem,* the Reverend *William Schenck.*   —
In the County of *Cape-May,* Henry-Young Townsend, Esquire.
In the County of *Hunterdon,* Nathaniel Hunt, Esquire.
In the County of *Morris,* Colonel *Ellis Cook.*
In the County of *Cumberland,* Joel Fithian, Esquire.
In the County of *Suffex,* Edward Dunlap.

And the faid Agents fhall keep their Offices open until the firft Day of *December* next enfuing, and no longer; and in cafe any of the Perfons aforefaid fhall neglect or refufe to accept the Appointment, or remove out of the County after the Acceptance thereof, or by Death or by Difability fhould be rendered incapable of exercifing the Office aforefaid, it fhall and may be lawful for the Reprefentatives of the County, or a Majority of them, wherein fuch Vacancy fhall happen, as foon as convenient after their Knowledge thereof, to fupply the Vacancy, and report their Appointment to the Treafurer as foon as poffible; and the Perfon fo appointed fhall be vefted with the fame Powers, perform the like Duties, and be entitled to equal Rewards with thofe appointed to that Service in this Act, as though he had been named therein. *[margin: Vacancies, how to be fupplied.]*

5. AND BE IT FURTHER ENACTED, That the Certificates for Money borrowed on the Faith of this State, as pledged in and by Virtue of this Act, fhall be given payable in three Years from their Date, bearing an Intereft of *Seven per Centum per Annum,* and that the faid Certificates fhall not be fubjected to the Impofition of any Tax or Taxes. And each and every of the Agents acting by Virtue of this Act, fhall be entitled to retain in their Hands *One per Centum* for their Trouble, on all Money they may borrow and pay, agreeably to the Directions of this Act. *[margin: Certificates to be payable in three years, and bear an Intereft of Seven per Cent.]*

*Paffed at Trenton,* January 8, 1781.

C H A P.     XIII.

*An* A C T *for the regulating, training, and arraying of the Militia, and for providing more effectually for the Defence and Security of the State.*

**W**HEREAS the feveral Laws heretofore made for the Government of the Militia, and for the Purpofe of directing the internal Force of the State to the Prefervation and Safety of the fame, have been found inadequate to thefe important Purpofes, and have become, from their Number and Diverfity, difficult to be underftood and executed; Therefore, *[margin: Preamble.]*

*Sect.* 1. BE IT ENACTED *by the Council and General Affembly of this State, and it is hereby Enacted by the Authority of the fame,* That from and after the Publication of this Act, the Militia of this State fhall be divided into three Brigades, as follows: The Militia of the Counties of *Bergen, Effex, Morris, Suffex,* and of thofe Parts of the Counties of *Middlefex* and *Somerfet* lying on the Northern and Eaftern Side of *Raritan* River, and of the South Branch of the fame, fhall compofe the upper Brigade; the Militia of the Counties of *Monmouth, Hunterdon* and *Burlington,* and *[margin: Militia, how to be divided.]*

and of thofe Parts of the Counties of *Middlefex* and *Somerfet* lying on the Southern and Weftern Side of the faid River *Raritan*, and of the South Branch of the fame, fhall compofe the middle Brigade; and the Militia of the Counties of *Gloucefter*, *Salem*, *Cape-May* and *Cumberland*, fhall compofe the lower Brigade.

**Brigades, by whom to be commanded.**  2. AND BE IT FURTHER ENACTED, That each Brigade fhall be commanded by a Brigadier or Colonel Commandant, who fhall be the eldeft Colonel, and if there is no Colonel, the eldeft Lieutenant-Colonel of the Regiments which compofe the Brigade, to be determined by the Date of their feveral Commiffions; which Brigadiers, Colonels, or Lieutenant-Colonels Commandant, fhall be empowered to appoint a Major of Brigade, to rank as Major of the Militia, and receive Pay on the Certificate of his Brigadier, Colonel or Lieutenant-Colonel Commandant.

**Regiments, how to be officered.**  3. AND BE IT FURTHER ENACTED, That each Regiment or Battalion fhall be officered with one Lieutenant-Colonel (except where a Colonel is already appointed) and one Major; and alfo with an Adjutant, who fhall be taken from the Line, and rank as Firft Lieutenant, and when in Service be entitled to the Pay and Rations of a Captain; one Quartermafter, who fhall alfo be taken from the Line, rank with Lieutenants, and receive like Pay and Rations when in Service; and when Circumftances will admit, a Surgeon; which Regimental Staff-Officers fhall be appointed by the Field Officers or a Majority of them; and the Commanding Officer of each Regiment or Battalion fhall ap-
**Provifo.**  point a Sergeant-Major. PROVIDED ALWAYS, That where two Majors have been heretofore appointed and commiffioned in any Regiment or Battalion both fhall be continued, but Vacancies happening in the Office of Second Major, fhall not hereafter be fupplied.

**Treafurer to be appointed to each Regiment.**  4. AND BE IT FURTHER ENACTED, That the Field Officers of each Regiment or Battalion within this State, in Conjunction with the commiffioned Officers of the feveral Companies of their refpective Regiments or Battalions, fhall, immediately after the Publication of this Act, appoint one reputable Freeholder, not a Military Officer, within the Diftrict of their Regiment or Battalion, to act as Treafurer to the fame; who, on Notification of his Appointment, fhall repair to fome Juftice of the Peace and take an Oath for the due Performance of his Office, whofe Duty it fhall be to receive all the Monies arifing from the Fines and Forfeitures directed to be raifed or impofed by Virtue of this Act, and not otherwife difpofed of, and to pay fuch Draughts as may be made from Time to Time by the Commanding Officer of the Regiment or Battalion, or of the feveral Companies which compofe the
**Provifo.**  Regiment or Battalion to which he belongs. PROVIDED NEVERTHE-LESS, That the County of *Monmouth* fhall, on Account of its prefent Circumftances, have one common Treafurer to the three Regiments within the fame, to be appointed by a Majority of the Officers of the faid Regiments jointly, whofe Duties, Powers, and Compenfation fhall be the fame in all Cafes refpecting the faid three Regiments with thofe of the Treafurer of any particular Regiment appointed as aforefaid, excepting that he fhall not difcharge the Draught of either of the Commanding Officers of the faid Regiments to any other Amount than in Proportion to the ufual Numbers who turn out from the faid Regiments refpectively,

Case 3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.13443   Page 702 of 718

respectively, in the Military Service of their Country, a Return of which Numbers shall be by the Officers appointing the Treasurer as aforesaid, the said Treasurer from Time to Time, as Occasion may require.

5. AND BE IT ENACTED, That the Regimental Treasurer for the Time being, shall keep proper and distinct Accounts of the Monies arising from the Fines and Forfeitures of the Field and Staff-Officers, and of the Officers and Privates of each Company which compose the Regiment, entered separately in a Book kept by him for that Purpose, keeping proper Vouchers for all Sums of Money he may pay out on the Draughts of the Officers aforesaid, and render an Account of the Monies received and paid out as aforesaid every six Months, to the Board of Officers appointed for that Purpose; and the said Treasurer shall be entitled to *One per Centum* for all Monies he may receive or pay out. *[margin: Regimental Treasurers to keep and render Accounts.]* *[margin: Wages.]*

6. AND BE IT ENACTED, That the Field and other commissioned Officers of each Regiment or Battalion are hereby constituted a Board, vested with full Authority to examine and adjust the Accounts of the Regimental Treasurer, and are hereby required to meet once in six Months for that Purpose, at some Time and Place, of which all Parties shall be timely notified ; and in case of Mal-practice, Embezzlement, or any sufficient Default, the said Board of Officers are required to displace the said Treasurer and appoint another in his Room ; which Successor in Office is hereby authorized and empowered to prosecute the Defaulter for any Sum or Sums of Money remaining in his Hands belonging to the Regiment, in any Court where the same may be cognizable, with Costs of Suit. *[margin: Field and Commission Officers, a Board to examine Accounts.]*

7. AND BE IT FURTHER ENACTED, That each Company shall be officered with a Captain, a Lieutenant, and an Ensign, and also with four Sergeants and four Corporals, to be elected by the Companies respectively ; and the commissioned Officers shall appoint for the same a Drummer and a Fifer ; and in case of any Vacancy or Vacancies happening amongst the commissioned Officers of any Company, the Captain or Commanding Officer of the same shall, within thirty Days thereafter, call his Company together, and the Officers and Privates, when met, shall appoint a Clerk to manage the Election, and certify the same when made, and by Plurality of Voices elect such Officer or Officers as may be wanting ; and in case no commissioned Officer should remain in any Company, the Commanding Officer of the Regiment or Battalion shall in the same Time, by Advertisements set up in at least three of the most publick Places within the Bounds of the said Company, call them together for the Purpose aforesaid, and himself attend to direct and regulate the Election. PROVIDED ALWAYS, That where two Lieutenants have been heretofore appointed and commissioned in any Company, both shall be continued, but Vacancies happening in the Office of Second Lieutenant shall not hereafter be supplied. *[margin: Companies, how to be officered, and Vacancies supplied.]* *[margin: Proviso.]*

8. AND BE IT FURTHER ENACTED, That all Vacancies happening among the non-commissioned Officers of any Company shall be supplied as often as necessary by such Company when assembled for training, and if the Company refuse to choose such non-commissioned Officers, they shall be appointed by the commissioned Officers of the Company ; and if any Person refuse to act as a Sergeant, Corporal, Drummer *[margin: Vacancies in the non-commissioned Officers, &c. and Penalty for refusing to act as one.]*

L

ml

## 42   ACTS OF THE GENERAL ASSEMBLY

*Provifo.*

mer or Fifer, when duly elected or appointed for that Purpofe, he fhall be fined the Sum of *Three Pounds*, to be recovered and applied as herein after is directed. PROVIDED ALWAYS, That no Perfon fhall be fined more than once in the Space of a Year for refufing to ferve in any Office to which he may be elected or appointed.

*Officers, how commiffioned, &c.*

9. AND BE IT FURTHER ENACTED, That the faid Brigade, Field, and other commiffioned Officers and Staff-Officers refpectively, fhall be commiffioned by the Governor or Commander in Chief for the Time being, upon Certificates of their due Election or Appointment from thofe who elect or appoint them refpectively, or by their Order; and the non-commiffioned Officers of Companies fhall act under Warrants from the Captain or Commanding Officer of the Company to which they belong. PROVIDED ALWAYS, That every Officer elected as aforefaid, previous to his receiving his Commiffion, fhall take and fubfcribe the Oaths of Abjuration and Allegiance, as prefcribed in an Act, intitled, *An Act for the Security of the Government of* New-Jerfey, paffed the nineteenth Day of *September*, One Thoufand Seven Hundred and Seventy-fix, before fome Perfon authorized to adminifter the fame, which fhall be certified by the fame Perfons, and in the fame Certificate with his Election into Office; and if any Perfon elected or appointed an Officer as aforefaid fhall neglect to take the Oaths aforefaid within thirty Days after his faid Election or Appointment, his Office fhall be deemed vacant, and a new Choice be made.

*To take the Oaths.*

*Captains to keep Lifts.*

10. AND BE IT ENACTED, That the Captain or Commanding Officer of each Company fhall keep a true and perfect Lift or Roll of all effective Men between the Ages of fixteen and fifty Years, refiding within the Diftrict of fuch Company. PROVIDED ALWAYS, That the Delegates reprefenting this State in the Congrefs of the United States, the Members of the Legiflative-Council and General Affembly, the Judges and Juftices of the Supreme and Inferior Courts, the Judge of the Court of Admiralty, the Attorney-General, the Secretary, the Treafurer, the Auditor of Accounts, the Clerks of the Council and General Affembly, the Clerks of the Courts of Record, the Governor's private Secretary, the Superintendant of Purchafes, the County Contractors, Poftmafters, Minifters of the Gofpel of every Denomination, the Prefident, the Profeffors and Tutors of Colleges, Sheriffs, Coroners, one Conftable for each Townfhip, to be determined by the Court of Quarter Seffions of the County, two Ferrymen for each publick Ferry on the *Delaware* below the Falls at *Trenton*, and one for every other publick Ferry in this State, Slaves, and every Perfon exempted by any particular Law of this State, fhall not be borne on any fuch Lifts or Rolls, or be fubject to Military Duty.

*Exemptions.*

*Arms and Accoutrements to be procured by each Man.*

11. AND BE IT ENACTED, That every Perfon enrolled as aforefaid fhall conftantly keep himfelf furnifhed with a good Mufket well fitted with a Bayonet, a Worm, a Cartridge-Box, twenty-three Rounds of Cartridges fized to his Mufket, a Priming-Wire, Brufh, fix Flints, a Knapfack and Canteen, under the Forfeiture of *Seven Shillings and Sixpence* for Want of a Mufket, and *One Shilling* for Want of any other of the aforefaid Articles, whenever called out to Training or Service; to be recovered and applied as herein after is directed. PROVIDED ALWAYS, That if any Perfon be furnifhed as aforefaid with a good Rifle-Gun,

*Penalty on Neglect.*

*Provifo.*

Gun, the Apparatus neceffary for the fame, and a Tomahawk, it fhall
be accepted in Lieu of the Mufket and the Bayonet and other Articles
belonging thereto.

12. AND BE IT ENACTED, That each Perfon enrolled as aforefaid, **Ammunition to be kept by each Man.**
fhall alfo keep at his Place of Abode one Pound of good merchantable
Gunpowder and three Pounds of Ball fized to his Mufket or Rifle, and
for Want of either fhall forfeit the Sum of *Three Shillings*, to be re-
covered and applied as herein after is directed. PROVIDED ALWAYS, **Provifo.**
That if any Perfon enrolled as aforefaid fhall, by a Majority of the
commiffioned Officers of the Company to which he may belong, be
deemed and adjudged unable to purchafe the Arms, Accoutrements, and
Ammunition above fpecified, he fhall be exempted from the Forfeiture
for any Deficiency therein until he can procure them, or they are
provided for him.

23. AND BE IT FURTHER ENACTED, That the Captain or Com- **Sergeants to examine and report State of Arms, &c.**
manding Officer of each Company fhall, once in every four Months,
order a Sergeant to call at the Place of Abode of each Perfon enrolled as
aforefaid, for the Purpofe of examining the State of his Arms, Accou-
trements, and Ammunition, of which the Sergeant fhall make exact
report to the Officer iffuing the Orders, and if the Captain fhall neglect
his Duty herein he fhall forfeit *Six Pounds;* and if any Sergeant fhall **Penalty for Neglect.**
neglect his Duty in this Refpect he fhall forfeit and pay for each Offence
the Sum of *Three Pounds*, to be recovered and applied as herein after
is directed; and for this Service he fhall receive the Sum of *Three Shil-* **Wages for this Service.**
*lings and Nine-pence* for each Day he fhall be neceffarily engaged therein,
to be paid by the Treafurer of the Regiment, on an Order from the
Captain or Commanding Officer of the Company, certifying the Num-
ber of Days the Sergeant was on the Duty, the Treafurer taking the Ser-
geant's Receipt on the Back of the Order for the fame.

14. AND BE IT FURTHER ENACTED, That each Company fhall **Days of muf- tering in Com- panies.**
affemble, properly armed and accoutred, not later than ten o'Clock in
the Forenoon of the firft *Monday* in the Months of *April* and *September*
every Year, at fuch Place as the Commanding Officer of the Company
fhall appoint, and there fpend the Remainder of the Day in Training
and Exercife, and that the Penalty in cafe of Abfence fhall be as fol- **Penalty in cafe of Abfence.**
lows : On a Captain, *Three Pounds ;* on a Lieutenant or Enfign, *Forty*
*Shillings ;* on a non-commiffioned Officer or Private, any Sum not under
*Five Shillings* nor more than *Forty Shillings ;* and in due Proportion
for attending later than the Hour above limited.

15. AND BE IT FURTHER ENACTED, That each Regiment or Bat- **Days of Re- gimental Mufters.**
talion fhall affemble, properly armed and accoutred, twice in a Year,
*videlicet,* On the firft *Monday* in *June* and *November*, at fuch Hour and
Place as the Field Officers, or a Majority of them, fhall appoint, for
the Purpofe of Training and Exercife ; and the Colonel or Commanding
Officer, after parading his Regiment or Battalion, fhall require from
the Captain or Commanding Officer of each Company a Return of the **Returns of Companies to be required and made.**
commiffioned and non-commiffioned Officers and Privates of his Com-
pany, and a State of their Arms, Accoutrements, and Ammunition ;
and if the Captain or Commanding Officers of Companies fhall neglect
or refufe to make fuch Return, they fhall forfeit for each Neglect or
Refufal

44    A C T S  OF THE  G E N E R A L  A S S E M B L Y

Forfeitures. Refusal the Sum of *Six Pounds*; and the Penalty in cafe of Abfence on the Day of Regimental Training or Review fhall be as follows : on a Colonel or Lieutenant-Colonel Commandant, *Ten Pounds*; on a Lieutenant-Colonel, *Eight Pounds*; on a Major, *Six Pounds*; on a Captain or Adjutant, *Five Pounds*; on a Lieutenant, Quartermafter, or Enfign, *Three Pounds*; on non-commiffioned Officers and Privates, any Sum not lefs than *Ten Shillings* nor more than *Three Pounds*; and in due Proportion for attending later than the Hour fpecified in the Order for Meeting; to be recovered and applied as herein after is directed. PRO-

Provifo. VIDED ALWAYS, That if the local Situation of the Companies compofing any Regiment or Battalion be fuch as may render it inconvenient to affemble the Whole at the fame Time and Place, it fhall and may be lawful for the Field Officers, or a Majority of them, to affemble fuch Regiment or Battalion by Parts, at different Times, and in different Places, each Part being affembled twice in a Year.

Returns of Regiments to be made and when, and Penalties for Neglect. 16. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of each Regiment or Battalion fhall make Returns of his Regiment or Battalion, and of the State of their Arms, Accoutrements and Ammunition, in the Months of *July* and *December*, yearly, and every Year, to the Brigadier or commanding Officer of the Brigade to which fuch Regiment may belong, under the Penalty of *Twenty Pounds*, and fhall alfo make Return in the faid Months, of the State of the Magazines of Arms, Accoutrements and Ammunition belonging to his Regiment or Battalion, to the Keeper of the Magazine or Commiffary of Military Stores of the State for the Time being, under the Pe-

Of Brigades. nalty of *Twenty Pounds*; and the Brigadier or Commanding Officer of each Brigade fhall make Return of his Brigade to the Major-General, in the Months of *January* and *Auguft*, every Year, under the Penalty of

Of the Whole of the Militia. *Twenty-five Pounds*; and the Major-General fhall make Returns to the Governor or Commander in Chief of the State, in the Months of *February* and *September*, every Year, under the Penalty of *Fifty Pounds* for each Default : Which feveral Penalties fhall be recovered from the Officer whofe Duty it was to make the Return, by a Juftice of the Peace of the County where the Offender may refide, at the Inftance of the Officer to whom the Returns in the above Cafes are directed to be made, and paid to the Treafurer of the Regiment within the Bounds of which the Offender may refide.

Officers or Privates mifbehaving on Parade, how to be punifhed. 17. AND BE IT FURTHER ENACTED, That if any Field or other commiffioned Officer, or Staff-Officer, at any Regimental Review or Company Training, or on any other Occafion, when the Regiment, Battalion or Company to which he may belong, or in which he holds Command, is paraded in Arms, fhall mifbehave or demean himfelf in an unofficer like Manner, he fhall for fuch Offence be cafhiered or punifhed by Fine, at the Difcretion of a Brigade or Regimental Court-Martial, as the Cafe may require, in any Sum not exceeding *Ten Pounds*; and if any non-commiffioned Officer or Private fhall on any Occafion of parading the Company to which he may belong, appear with his Arms and Accoutrements in an unfit Condition, be found drunk, difobey Orders, or fhall ufe any abufive Language to his Officers, or any of them, or fhall engage in or promote Quarrels among his Fellow-Soldiers, he fhall be punifhed by Fine in any Sum not under *Five Shillings* nor above *Three Pounds*, or be difarmed and put under Guard, by Order of the Commanding Officer prefent, until the Company is difmiffed.

18. AND

18. AND BE IT FURTHER ENACTED, That if the Colonel or Com- Difobedience manding Officer of any Regiment or Battalion, fhall negleft or refufe of Orders for to give Orders for affembling his Regiment or Battalion, on any necef- Militia, how fary Call of the Militia into actual Service, at the Direction of his tobe punifhed Brigadier, Colonel or Lieutenant-Colonel Commandant of the Brigade, he fhall be cafhiered or punifhed by Fine, at the Difcretion of a Brigade Court-Mart'al, in any Sum not exceeding *Fifty Pounds,* to be recovered and applied as herein after is directed ; and if the Captain or Com- manding Officer of any Company fhall, on any Occafion where it may be necefary as aforefaid, neglect or refufe to give Orders for affembling his Company, at the Direction of the Colonel or Commanding Officer of the Regiment or Battalion to which fuch Company belongs, he fhall be cafhiered or punifhed by Fine, at the Difcretion of a Regimental Court-Martial, in any Sum not exceeding *Thirty Pounds,* to be recovered and applied as herein after is directed ; and if any Sergeant or Corpo- ral fhall neglect or refufe to warn the Company to which he may be- long, on any Occafion when it may be necefary, agreeably to the Orders of the Captain or Commanding Officer thereof, he fhall be fubject to be fined in any Sum not exceeding *Five Pounds,* to be recovered and applied as herein after is directed ; and every non-commiffioned Officer whilft engaged in warning the Company to which he belongs, fhall Wages for receive *Three Shillings and Nine-pence* by the Day, for the Time he Company. may be necefarily engaged in faid Service.

19. AND BE IT ENACTED, That the Captain or Commanding Offi- Companies to cer of each Company fhall at all Times keep a true Lift of his Company, be claffed. divided into eight Claffes, as nearly equal as poffible, and reckoned from one to eight numerically, allotting to each Clafs a Sergeant or a Corporal, which Claffes fhall perform Duty in Rotation ; a Copy of which Lift, divided into Claffes, the Captain or Commanding Officer of the Company is required to tranfmit to the Commanding Officer of the Regiment or Battalion, on any Occafion of making a Return of his Company.

20. AND BE IT FURTHER ENACTED, That where it is not already Tour of Duty done, the Colonel or Commanding Officer of each Regiment or Bat- of the Officers talion fhall immediately call the Officers of the feveral Companies in mined. his Regiment or Battalion together, and determine the Tour of Duty of the Captains, Lieutenants and Enfigns diftinctly, and on any Call of the Militia into Service, the Commanding Officer of the Regiment or Battalion fhall order out the Officers in juft Rotation, proportioned to the Number of Privates who may appear to march into Service ; and the Brigadier or Commanding Officer of the Brigade fhall determine the Tour of Duty of the Field Officers, and when Occafion requires, fhall order them into Service accordingly.

21. AND BE IT ENACTED *by the Authority aforefaid,* That it fhall Not more and may be lawful for the Governor or Commander in Chief for the Militia to be Time being, with the Confent of the Legiflature when Sitting, and ordered out during their Recefs with the Advice and Confent of the Privy Council, the fame on Requifition of the Congrefs of the United States, or upon Applica- Time. tion of the Commander in Chief of the Army of the United States, or of any General Officer commanding a Divifion or Detachment thereof, or of the Executive Power of any of the adjoining States, or on any

M.                          Emergency

## 46   ACTS OF THE GENERAL ASSEMBLY

Emergency that may make the fame neceffary, to order into actual Service into any of the adjoining States, fuch and fo many of the Claffes of the Militia as may be neceffary, not exceeding four at any one Time, to be drawn alike from the feveral Companies of fuch Regiments or Battalions as are to furnifh the Detachment, to be officered accordingly.

**Governor may order out Half the Militia as Guards.**

22. AND BE IT FURTHER ENACTED, That it fhall and may be lawful for the Governor or Commander in Chief for the Time being, to call out, ftation and continue by Reliefs, as a Defence to the State, within the fame, fuch and fo many Claffes as may be at any Time neceffary, not exceeding four, to be arrayed and officered as aforefaid. PROVID-

**Provifo.**

ED ALWAYS, That where not more than Half the Militia are called out and embodied, no Detachment fhall be continued in Service more than one Month at the fame Time.

**Governor may order out the whole Militia in cafe of Invafion, &c.**

23. AND BE IT FURTHER ENACTED, That in cafe of fudden Invafion, Infurrection, Sedition or Alarm by the Enemy or their Adherents, it fhall and may be lawful for the Governor or Commander in Chief for the Time being, to call out and array the Whole of the Militia, or fuch or fo many entire Regiments or Battalions fituate near to the Place where the fame may be required, as he may think neceffary to repel the Invafion, and to reftore the Peace of the State.

**In cafe of Invafion, &c. Officers of Regiments and Companies to affemble them.**

24. AND BE IT ENACTED, That it fhall and may be lawful for the Captain or Commanding Officer of any Company, and he is hereby required and commanded to affemble his Company in every fuch Cafe, and oppofe the Invaders or Infurgents, without waiting for Orders from the Commanding Officer of the Regiment or Battalion to which fuch Company belongs, and for the Colonel or Commanding Officer of any Regiment or Battalion to affemble his Regiment or Battalion for the fame Purpofe, without waiting for Orders from his fuperior Officer. PROVIDED ALWAYS, That every Officer fo acting without Orders, fhall make Report to his Commanding Officer of his Proceedings in due Form, as foon as poffible.

**Verbal Notice fufficient.**

25. AND BE IT FURTHER ENACTED, That in all Cafes where Notice is required to be given to the Militia by this Act, verbal Notice given to the Party himfelf or left at his ufual Place of Abode, with any white Perfon of Years of Difcretion belonging to the Family, by any commiffioned or non-commiffioned Officer of the Company, fhall be deemed legal and fufficient.

**Alarm fufficient Notice in fome Cafes.**

26. AND BE IT FURTHER ENACTED, That where any Company fhall be under the Neceffity, on any fudden Alarm, to retire before the Enemy, and it may be dangerous or impracticable for the Captain or Commanding Officer of fuch Company to give regular and proper Notice to the Perfons belonging to fuch Company to appear or march againft the Enemy or their Adherents, then and in that Cafe fuch Alarm fhall, without any other Notice, be fufficient Warning, and Delinquents fhall be liable to Punifhment accordingly.

**Officers refufing to march, how to be punifhed**

27. AND BE IT ENACTED, That if any Field or other commiffioned Officer, or Staff-Officer fhall neglect or refufe to ferve in his proper

Case 3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.13449   Page 708 of 718

Tour of Duty, when a Part only of the Militia is called; or to march immediately with his Regiment, Battalion or Company, when the Whole is called, he shall for each Default be tried by a Brigade or Regimental Court-Martial, as the Case may require ; and if convicted, shall be cashiered and rendered incapable of holding any Military Office for one Year, or shall be punished by Fine in any Sum not less than *Ten* nor more than *Fifty Pounds : And if any non-commissioned Officer or Private shall neglect or refuse to serve in his Tour, or find a sufficient Substitue to serve in his Stead, to be approved by the Captain or Commanding Officer of the Company, or shall neglect or refuse to render Personal Service when the Whole of the Militia are called, he shall for each Default be fined not less than *Five* nor more than *Thirty Pounds.* <span style="float:right">Non-commission Officers and Privates.</span>

28. AND BE IT FURTHER ENACTED, That if any commissioned or non-commissioned Officer or Private shall at any Time when the Whole or any Detachment of the Militia are called out upon Duty, or before the Expiration of his Tour or the Discharge of his Regiment or Company, leave his Regiment or Company without a Furlough obtained of his superior Officer, if a commissioned Officer, be tried by a Court-Martial, and be cashiered and fined at their Discretion, in any Sum not exceeding *Fifty Pounds* ; and every non-commissioned Officer or Private so offending shall, for every such Offence, forfeit all the Pay or other Reward which may be due to him at the Time of his Desertion, and moreover shall be fined in any Sum not exceeding *Fifty Pounds* ; and the Commanding Officer of such Detachment is hereby strictly required and enjoined to make Return of such Officer or Private as aforesaid, to the Commanding Officer of the Regiment, Battalion or Company to which he may respectively belong, who is likewise required to proceed against him accordingly. <span style="float:right">Officers or Privates departing from Duty without Furlough, how to be punished.</span>

29. AND BE IT FURTHER ENACTED, That all Fines and Forfeitures herein before directed or imposed for the Assessment, Recovery or Application of which no special Provision is made, shall be assessed by the Officers, and recovered and applied in Manner herein after directed ; and all Officers empowered to assess Fines and Forfeitures, are likewise empowered to adjudge of and admit reasonable Excuses, in Discharge of the Whole or a Part thereof, always having strict Regard to the Rank, Condition or Estate of the Offender or Delinquent, and the Circumstances of the Offence. <span style="float:right">Fines, how to be assessed.<br>Reasonable Excuses to be admitted.</span>

30. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of each Regiment or Battalion shall hear and decide upon the Reasons assigned by any other Field Officer thereof punishable by Fine, provided such Reasons be offered within ten Days ; and the Field Officers of each Regiment or Battalion, or a Majority of them, shall meet at some more convenient Time, not exceeding fifteen Days after any Regimental Training or Review, or after a Call of the Whole or any Part of such Regiment or Battalion into actual Service, if it may be necessary, of the Time and Place of which Meeting timely Notice shall be given to the Parties concerned, by the Direction of the Colonel or Commanding Officer, and shall then and there decide upon the Excuses of the Captains or Commanding Officers of Companies, and Staff-Officers ; and the Captain or Commanding Officer of each Company shall hear and determine upon the Reasons offered by any Subaltern <span style="float:right">How Excuses are to be decided upon.</span>

## 48     A C T S OF THE G E N E R A L  A S S E M B L Y

tern Officer thereof for Default, punifhable by Fine, provided fuch Reafons be given within ten Days; and the commiffioned Officers of each Company, or a Majority of them, fhall meet at fome convenient Time, not exceeding fifteen Days after any Regimental or Company Training, or any Call of a Part or the Whole thereof into actual Service; of the Time and Place of which Meeting due and feafonable Notice fhall be given by Advertifements fet up in at leaft three of the moft publick Places within the Bounds of the Company, ten Days before fuch Meeting, or otherwife as the Commanding Officer may think beft, and fhall then and there hear and decide upon the Excufes of non-commiffioned Officers and Privates. PROVIDED ALWAYS, That if by any unforefeen Circumftances, the Duties herein required cannot be performed within the Times limited, the fame fhall be performed as foon thereafter as Circumftances will admit.

*Provifo.*

**Fines, how to be recovered.** 31. AND BE IT FURTHER ENACTED, That when any Fine or Forfeiture is incurred by any Field Officer, other than the Commanding Officer of the Regiment, Staff-Officers, Captains or Commanding Officers of Companies by Virtue of this Act, it fhall be recovered by a Warrant from the Colonel or Commanding Officer of the Regiment to which they refpectively belong, directed to his Sergeant-Major; and that when any Fines or Forfeitures are incurred by any Subaltern, non-commiffioned Officer or Private, by Virtue of this Act, they fhall be recovered by Warrant from the Captain or Commanding Officer of the Company to which they may belong, directed to a Sergeant or Corporal of the faid Company; which Fines and Forfeitures, in cafe of non-Payment on the firft Demand, fhall be made by Diftrefs and Sale of the Goods and Chattels of the Offender or Offenders; and where no Goods can be found whereon to levy, that then and in fuch Cafe the faid Sergeant or Corporal fhall deliver the Delinquent or Delinquents to the Sheriff of the County, or to his Gaol-Keeper, who are hereby required to receive and keep in clofe Cuftody the faid Delinquent or Delinquents, until the Fines or Forfeitures be fully fatisfied; and the faid Sergeant-Major, Sergeant or Corporal refpectively, fhall receive for each Perfon fpecified in the Warrant, on the Recovery of their refpective Fines and **Fees of levy-** Forfeitures, the Sum of *Three Shillings and Nine-pence*, to be paid out **ing.** of the Money arifing from the Fines, if under the Direction of the twenty-feventh and twenty-eighth Sections of this Act; if otherwife, by the Treafurer of the Regiment, on an Order from the Commanding Officer of the Regiment or Company, as Occafion may be, who is hereby required to difcharge the fame, and take their Receipts therefor.

**What Goods to be levied upon.** 32. AND BE IT FURTHER ENACTED, That on any Occafion where Diftrefs may be made for any Fine or Forfeiture in Virtue of this Act, on the Goods and Chattels of any Perfon or Perfons delinquent as aforefaid; the Sergeant or Corporal officiating in fuch Cafe, fhall levy on fuch Goods as may be pointed out by the Delinquent, or as the faid Officer may judge can be beft fpared, and fo much only as may be fufficient to make the Amount of the faid Fine, as nearly as may be, **Notice of Sale** and fhall, previous to the Sale, give at leaft five Days Notice thereof, **to be given.** by Advertifements fet up in three of the moft publick Places within the Bounds of the Company.

33. AND BE IT ENACTED, That the Fines and Forfeitures of the

Colonel or Commanding Officer of any Regiment or Battalion, shall <sup>Fines on Commanding Officers, by whom to be recovered.</sup> be demanded and recovered by any Juftice of the Peace of the County in which he may refide, at the Inftance of any commiffioned Officer of the Regiment or Battalion; which Fine, when recovered, fhall be paid, after deducting Cofts by the faid Juftice, to the Treafurer of the Regiment.

34. AND BE IT ENACTED, That the Fines and Forfeitures of Minors, living with their Parents, and others having the proper Care and Charge of them, and thofe of Apprentices and Servants, fhall be paid by their refpective Parents, Guardians, Mafters or Miftreffes, or levied on their Goods and Chattels. <sup>Fines on Minors, &c. by whom to be paid.</sup>

35. AND BE IT ENACTED, That no Diftrefs fhall be levied on the Arms, Accoutrements or Ammunition of any non-commiffioned Officer or Private, unlefs he fhall be poffeffed of more than are neceffary for his own Ufe and Equipment. <sup>Diftrefs not to be levied on Arms, unlefs, &c.</sup>

36. AND WHEREAS Complaints have been made that too much Rigour and Severity have been ufed heretofore, in carrying the Militia Law of this State into Execution, and that in fome Inftances reafonable Excufes have not been properly attended to, whereby many of the good Citizens of this State have been greatly oppreffed: BE IT THEREFORE ENACTED *by the Authority aforefaid*, That the feveral Officers empowered by this Act to hear and decide upon the Excufes of any Delinquent, do, and they are hereby required and enjoined to attend to every juft Complaint or Excufe, arifing from Inability of Body or Infanity of Mind; and where no Excufes are exhibited, owing to Scruples of Confcience, they are likewife required to make every reafonable Enquiry of the Cafes of thofe who might otherwife apply for Exemption or Relief, and in every Inftance where fuch Matters are committed to their Decifion, to act fo that Juftice and not Severity may characterize thofe who execute the Laws; and if any Doubt fhould arife refpecting the Health or Validity of any Perfon, the Officers who are to judge of the fame, are hereby authorized to call to their Affiftance fome fkilful Phyfician or Surgeon, as the Cafe may require, whofe Judgment, certified on Oath, fhall be conclufive. <sup>Excufes to be attended to.</sup>

37. AND BE IT FURTHER ENACTED, That on the Day of each Regimental Training or Review, the Colonel or Commanding Officer of each Regiment or Battalion fhall nominate two Juftices of the Peace, refiding within the Bounds of fuch Regiment or Battalion, who, together with any one of the Field Officers of the fame, fhall conftitute a Court for hearing and determining upon Appeals of fuch Perfons as think themfelves aggrieved by any Fines or Forfeitures impofed as aforefaid, to continue till the next Regimental Training, and fhall fix the Times of their Meeting, which fhall be fufficiently advertifed through the Diftrict of the Regiment or Battalion; and the faid Court, or any two of them, fhall have Power to moderate or remit any Fine or Forfeiture for juft and equitable Reafons, and a Certificate from them, or any two of them, fhall enable the Appellant to receive from the Treafurer of the Regiment the Sums fo remitted. PROVIDED ALWAYS, That no Appeal be allowed unlefs the Money be firft paid. <sup>Court of Appeals to moderate Fines. Provifo.</sup>

<div align="center">N</div>

38. AND

## 50    ACTS of the GENERAL ASSEMBLY

**Doubts respecting Age, how to be obviated.**

38. AND BE IT ENACTED, That in all Cases of Doubt respecting the Age of any Person enrolled, or intended to be enrolled in the Militia, the Party questioned shall prove his Age to the Satisfaction of the Officers of the Company within the Bounds of which he may reside, or a Majority of them.

**Persons removing, to apply for a Discharge, &c.**

39. AND BE IT FURTHER ENACTED, That every Person enrolled as herein before directed, intending to remove from the Company to which he may belong, into the Bounds of another within this State, shall, previous to such Removal, apply to the Captain or Commanding Officer of the Company from which he is about to remove, who shall give him a Discharge and Certificate, specifying the Time when and how long he was last in Service; which Certificate he shall produce to the Captain or Commanding Officer of the Company into the Bounds of which he shall so remove, within ten Days after such his Removal, and enrol himself accordingly; and if any Person shall neglect to apply for such Discharge and Certificate, and to produce it and enrol himself as aforesaid, he shall forfeit and pay any Sum not exceeding *Five Pounds*, to be recovered by the Captain or Commanding Officer of the Company within the Bounds of which he may remove, in the same Manner and to be applied to the same Uses as other Military Fines; and every Person who may be enrolled agreeably to the Description of this Act, removing from any of the neighbouring States into this State, shall, within ten Days after his coming within the Bounds of any Company into which he may remove, be enrolled by the Captain or Commanding Officer thereof.

**Members of Courts-Martial, &c. their Pay.**

40. AND BE IT FURTHER ENACTED, That it shall and may be lawful for Officers who may from Time to Time be summoned to attend as Members of Courts-Martial for the Trial of any Offender in Virtue of this Act, to receive Pay and Allowance for Rations, agreeably to their Rank when in actual Service; and all Persons attending on the same as Evidences, shall be entitled to receive the same Pay and Allowance for Rations as Privates whilst in actual Service, to be paid on a Certificate from the President of the Court-Martial, specifying the Number of Days they attended, by the Treasurer of the Regiment within the Bounds of which the Offender may reside.

**Commanding Officers to administer Oaths.**

41. AND BE IT FURTHER ENACTED, That the Commanding Officer of each Regiment, Battalion or Company within this State, is hereby authorized and empowered to administer an Oath or Affirmation on any necessary Occasion, in the Execution of this Act.

**Civil Process, when not to be served.**

42. AND BE IT FURTHER ENACTED, That no civil Process shall be served on any non-commissioned Officer or Private at any Regimental Review or Company Training, or on his Way to or from the same.

**Ferriage.**

43. AND BE IT FURTHER ENACTED, That no Officer or Private shall on the Way to or from the Place of any Regimental Review or Company Training, be obliged to pay more than one-third the usual Rate of Ferriage, or be charged any Toll for passing any Toll-Bridge; and if any Ferryman or Keeper of any Toll-Bridge shall presume to refuse a Passage, or make Demand contrary to the Direction of this Act, he shall for each Offence forfeit and pay the Sum of *Three Pounds*,

to

to be recovered by any Person who will fue for the fame, one Half to the Profecutor, the other Half to be paid by the Juftice to the County Collector, for the Ufe of the State.

44. AND BE IT FURTHER ENACTED, That all Fines and Forfeitures imposed by this Act, except thofe incurred under the Direction of the twenty-feventh and twenty-eighth Sections of the fame, or particularly difpofed of by the Section under the Direction of which they may be incurred, fhall be paid immediately after the Recovery thereof into the Hands of the Treafurer of the Regiment by the Officer by whofe Warrant they were recovered, taking his Receipt for the fame: And the Commanding Officer of each Regiment, Battalion or Company, is hereby required to keep an exact Account of all the Fines recovered by him from the Officers or Privates of his Regiment, Battalion or Company, and paid to the Treafurer aforefaid, in a Book kept for that Purpofe, which may be produced as a Check on any future Settlement with the Treafurer. Fines to be paid to the Treafurer.

45. AND BE IT FURTHER ENACTED, That one Half of the Monies arifing from the Fines and Forfeitures incurred under the Direction of the twenty-feventh and twenty-eighth Sections of this Act, and recovered from the non-commiffioned Officers and Privates of any Company of the Militia, after deducting the Cofts of collecting the fame, fhall be equally divided and diftributed by the Commanding Officer of the Company amongft the non-commiffioned Officers and Privates of his Company who may have turned out in the Defence of their Country, taking their Receipts refpectively for the fame, and the other Half fhall be paid into the Treafury of the Regiment; and one Half of the Fines and Forfeitures of any Subaltern Officer incurred or recovered as aforefaid, fhall in like Manner be diftributed among the Subaltern Officers of the Company who have performed the Duty required, and the other Half fhall be paid into the Treafury of the Regiment; and the Fines and Forfeitures of Field Officers and Captains fhall be paid by the Commanding Officer of the Regiment or Battalion, after deducting the Cofts on collecting the fame, into the Hands of the Treafurer of the Regiment, taking his Receipt therefor. And how appropriated.

46. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of each Regiment or Battalion may, and he hereby is authorized and empowered to draw from the Treafury of his Regiment or Battalion, fuch Sum or Sums of Money as he may from Time to Time find neceffary for the Purpofe of furnifhing the feveral Companies compofing the fame with Arms, Accoutrements, Ammunition, Drums and Fifes, and for inftructing Drummers and Fifers, fo that the whole Amount of the Sums fo drawn fhall not at any Time exceed one Half the Amount of the Fines and Forfeitures which have been levied within his faid Regiment or Battalion; for which Sums the faid Commanding Officer fhall give his Receipt to the faid Treafurer, and remain accountable to the Board of Officers for the Difburfement of the fame. Who to draw Money for Arms, &c.

47. AND BE IT ENACTED *by the Authority aforefaid,* That the Militia of this State, when in actual Service, fhall be fubject to the Rules and Articles of War eftablifhed for the Government of the regular Troops of the United States. PROVIDED ALWAYS, That the Militia fhall Militia fubject to the Articles of War.

52   ACTS of the GENERAL ASSEMBLY.

Provifo.

fhall be tried by Courts-Martial compofed of their own Officers only ; and, PROVIDED ALSO, That the Pains and Penalties inflicted by any Court-Martial fhall not extend to the taking of Life or Limb, or to any Corporal Punifhment, unlefs in the Cafes following ; That is to fay, Any Officer or Private who fhall hold a treacherous Correfpondence with, or give Intelligence to the Enemy, or who fhall mifbehave before the Enemy in Time of Action, or fhall defert to them, or fhamefully abandon any Poft, or who fhall fpeak Words inducing others to offend in any of thefe Inftances, fhall, on due Conviction, fuffer Death, or fuch other Punifhment as a Court-Martial fhall direct.

Pay and Ra-tions.

48. AND BE IT ENACTED, That the Militia whilft in Service fhall be entitled to the fame Pay and Rations as the regular Forces of the United States ; the faid Pay to be drawn from the Paymafter appointed for the County to which they belong, on Payrolls made out on Oath by the Officer commanding the Company or Detachment on Duty.

Penalty on Officers ne-glecting to pay Monies arifing from Fines to the Treafurer.

49. AND WHEREAS it appears that many Officers both Civil and Military, who have collected the Fines and Forfeitures of the Militia heretofore, have been remifs in paying the fame into the Hands of the County Collectors as heretofore directed ; BE IT ENACTED, That it fhall and may be lawful for every Officer, Civil and Military, and they are hereby ftrictly required and enjoined to pay any Sums of Money arifing from the Fines and Forfeitures of the Militia as aforefaid, and that may yet remain in their Hands, to the Treafurer of the Regiment or Battalion from which the fame was collected, under the Penalty of *Fifty Pounds*, to be recovered by the faid Treafurer ; one Half of which he fhall receive for himfelf, and the other Half for the Ufe of the Regiment or Battalion to which he belongs ; and the faid Treafurer is hereby authorized and required to make ftrict Enquiry where any fuch Fines and Forfeitures have been kept back, and on proper and fufficient Proof of the Fact, to profecute the faid Officer or Officers for any Sum which may appear to remain in his or their Hands, together with the Amount of the Penalty above-mentioned, in any Court where the fame may be cognizable, with Cofts of Suit.

Account of Purchafes, &c. of Arms, to be rendered to the Com-miffary of Military Stores.

50. AND BE IT FURTHER ENACTED, That *Elias Woodruff*, Com-miffary of Military Stores, or the Commiffary of Military Stores for the Time being of this State, do, and he is hereby authorized and re-quired to call upon all Perfons within the fame who have heretofore been appointed to purchafe Fire-Arms, Accoutrements, and Ammuni-tion, or who have been entrufted with any Fire-Arms belonging to the State, to render an Account of their Purchafes and Difpofal thereof ; and the Commanding Officer of each Regiment, Battalion or Company, and all other Perfons whatfoever who have been entrufted with publick Arms and Accoutrements for the Ufe of the Militia of this State, are hereby required and enjoined to make a Return of the fame to the faid Commiffary of Military Stores without Delay, that a true State of the publick Magazine may be known.

To whom Application is to be made for Ammuni-tion, &c.

51. AND BE IT FURTHER ENACTED, That the Colonel or Com-manding Officer of each Regiment or Battalion in this State fhall be, and he is hereby authorized and empowered as often as the fame may be neceffary, to apply in Perfon or by Order in Writing under his

Hand,

Hand, to the Commiffary of Military Stores of the State for a Supply of Ammunition for his Regiment or Battalion, and to agree with fome fuitable Perfon to convey the fame from the Magazine for that Purpofe, the reafonable Expences of which Conveyance fhall be paid by the Treafurer of this State, on an Order and Certificate from the faid Commanding Officer to the faid Treafurer ; and the Commanding Officer of each Regiment or Battalion fhall deliver out to the Commanding Officers of Companies the Ammunition fo obtained in due Proportion to the Number of Men in each Company.

52. AND BE IT FURTHER ENACTED, That the Troops of Horfe-Militia already formed within this State fhall be completed and kept up, and that in Addition thereto another Company or Troop of Horfe be immediately raifed and formed in the Townfhips of *Woodbridge* and *Pifcataway* ; and it fhall and may be lawful for fuch of the Inhabitants of the faid Townfhips as are willing and defirous to be embodied and enrolled into the faid Troop or Company, to affemble and meet together at a Time and Place to be for that Purpofe appointed by the Colonel or Commanding Officer of the Regiment of Foot-Militia to which they at prefent belong, and then and there by Plurality of Voices to elect one Captain, one Lieutenant, and one Cornet ; who upon due Certification of fuch Election, and their having taken the Oaths of Abjuration and Allegiance as herein before directed in the ninth Section of this Act, fhall be commiffioned by the Governor or Commander in Chief for the Time being ; and the faid Inhabitants when fo met fhall alfo at the fame Time elect four Sergeants and a Trumpeter.

*(margin: Militia Troops of Horfe to be completed and kept up. Additional Troop.)*

53. AND BE IT ENACTED, That the Eftablifhment of each Troop of Horfe fhall be a Captain, a Lieutenant, a Cornet, four Sergeants, a Trumpeter, and twenty-nine Privates ; and that the Officers fhall hold the fame Rank refpectively with the Officers of the Foot-Militia having like Command.

*(margin: Eftablifhment of a Troop of Horfe.)*

54. AND BE IT FURTHER ENACTED, That each non-commiffioned Officer and Private of every Troop of Horfe fhall at all Times keep himfelf provided with a good Horfe, a Saddle properly furnifhed with a Pair of Piftols and Holfters, a Cartridge-Box with twelve Rounds of Cartridges fized to his Piftols, a Broad-Sword and Belt, a Cloak which will cover all the Arms and Accoutrements, with fuch other Articles of Armour and Furniture made in like Form and Manner as are ufual and accuftomed in the Equipment of Cavalry, and fhall alfo keep at his Place of Abode one Pound of good merchantable Gun-Powder and three Pounds of Ball fized to his Piftols, under the Penalty of forfeiting *Six Pounds* for Want of a Horfe, *Thirty Shillings* for Want of the Saddle and Bridle, *Twenty Shillings* for the Want of Piftols or a Broad-Sword, and *Five Shillings* for the Want of any other neceffary Article whenever called out to Training or Service.

*(margin: How to be accoutred. Penalties.)*

55. AND BE IT FURTHER ENACTED, That each Troop of Horfe fhall be under the Command and Direction of the Colonel or Commanding Officer of the Regiment or Battalion within the Bounds of which the Captain or Commanding Officer of fuch Troop may refide, and fhall affemble for Training and Exercife, and in cafe of Alarm or other Exigency, with fuch Regiment or Battalion, and in all other Refpects,

*(margin: Horfe to be under the Orders of the Commanding Officer of the Regiment.)*

O except

except as is before fpecified and declared, fhall be under the fame Regulations with the Foot Militia.

**Artillery Companies to be completed and kept up.**   56. AND BE IT FURTHER ENACTED, That the Companies of Artillery already formed agreeably to Law in the feveral Parts of the State fhall be completed and kept up, and their Eftablifhment of Officers and Privates, and alfo their Equipment, fhall be conformable to the Eftablifhment and Equipment of Artillery-Companies in the regular Forces of the United States; and the Officers fhall hold the fame Rank refpectively with the Officers of the other Militia having like Command; and moreover, the Fines and Forfeitures inflicted on the Officers and Privates for any Default fhall be recovered and difpofed of in like Manner as thofe inflicted on the regimented Militia.

**To be under the Orders of the Commanding Officer of the Regiment.**   57. AND BE IT FURTHER ENACTED, That each Company of Artillery fhall be under the Command and Direction of the Colonel or Commanding Officer of the Regiment or Battalion within the Bounds of which the Captain or Commanding Officer may refide, and fhall affemble with the fame as is herein before directed with Refpect to the Troops of Horfe, and in all other Refpects fhall be under the fame Regulations with the Companies of the other Militia, as far as Circumftances will admit.

**Who may not enter himfelf of a Troop of Horfe, &c.**   58. AND BE IT FURTHER ENACTED, That no Minor, Apprentice, or Servant fhall be allowed to enter himfelf into any Troop of Horfe or Company of Artillery without the Confent of thofe under whofe Government, Care or Direction, fuch Minor, Apprentice, or Servant may be; and generally no Perfon who is not able to provide himfelf with the Furniture and Equipment of a Horfeman fhall be allowed to enter himfelf into any fuch Troop.

**Allowance for Rations.**   59. AND BE IT FURTHER ENACTED, That the Troops of Horfe belonging to the Militia of this State, when in actual Service, if at any Time they fhould be fo fituated as to make it impracticable to draw Rations or Forage for their Horfes, fhall be entitled to receive *One Shilling and Three-pence* per Day in Lieu of Rations or Forage for each Horfe; and if any of the Militia of this State, when in actual Service, fhould be fo fituated as to make it impracticable to draw Rations, they fhall receive the Sum of *One Shilling and Three-pence* per Day for each Ration they may be entitled to refpectively, to be paid by the Paymafter of the County to which they may belong, on a Return made out and certified on Oath by the Officer commanding the Company or Detachment on Duty, containing a Lift of the Mens' Names, the Time they were on Duty, and Number of Rations each was entitled to.

**Repealing Claufe.**   60. AND BE IT FURTHER ENACTED, That the Act, intitled, *An Act for regulating, training, and arraying of the Militia*, paffed the fourteenth Day of *April*, One Thoufand Seven Hundred and Seventy-eight, except the repealing Claufe therein, and the feveral fupplemental Acts thereto, be, and they hereby are repealed.

*Paffed at* Trenton, January 8, 1781.

C H A P.

# EXHIBIT 98



**HEINONLINE**

DATE DOWNLOADED: Thu Sep 14 09:31:49 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
A. Hutchinson. Code of Mississippi: Being an Analytical Compilation of the Public and
General Statutes of the Territory and State, with Tabular References to the Local and
Private Acts, from 1798 to 1848 (1798-1848).

ALWD 7th ed.
Hutchinson, A. Code of Mississippi: Being an Analytical Compilation of the Public &
General Statutes of the Territory & State, with Tabular References to the Local &
Private Acts, from 1798 to 1848 (1798-1848).

APA 7th ed.
Hutchinson, A. (1798-1848). Code of Mississippi: Being an Analytical Compilation of
the Public and General Statutes of the Territory and State, with Tabular References
to the Local and Private Acts, from 1798 to 1848. Jackson, Miss, Published for the
compiler, by Price and Fall, State printers.

Chicago 17th ed.
Hutchinson A. Code of Mississippi: Being an Analytical Compilation of the Public and
General Statutes of the Territory and State, with Tabular References to the Local and
Private Acts, from 1798 to 1848. Jackson, Miss, Published for the compiler, by Price
and Fall, State printers.

McGill Guide 9th ed.
A. Hutchinson, Code of Mississippi: Being an Analytical Compilation of the Public &
General Statutes of the Territory & State, with Tabular References to the Local &
Private Acts, from 1798 to 1848 (Jackson, Miss: Published for the compiler, by Price
and Fall, State printers., 1798-1848)

AGLC 4th ed.
A. Hutchinson, Code of Mississippi: Being an Analytical Compilation of the Public and
General Statutes of the Territory and State, with Tabular References to the Local and
Private Acts, from 1798 to 1848 (Published for the compiler, by Price and Fall, State
printers., 1798-1848

MLA 9th ed.
Hutchinson, A. Code of Mississippi: Being an Analytical Compilation of the Public and
General Statutes of the Territory and State, with Tabular References to the Local and
Private Acts, from 1798 to 1848. Jackson, Miss, Published for the compiler, by Price
and Fall, State printers. HeinOnline.

OSCOLA 4th ed.
Hutchinson, A. Code of Mississippi: Being an Analytical Compilation of the Public and
General Statutes of the Territory and State, with Tabular References to the Local and
Private Acts, from 1798 to 1848. Jackson, Miss, Published for the compiler, by Price
and Fall, State printers.          Please note: citations are provided as a

Case 3:19-cv-01226-L-AHG   Document 134-4   Filed 03/15/24   PageID.13459   Page 718 of 718

Offices again separated, February 24, 1844 s. 12, a, 16.  But see March 5, 1846, a. 17, s 12.

The other sections of this act, of a general nature, have been re-enacted or superseded.  They make several provisions of local and particular relief.

Art. 16. *An Act to Amend and Reduce into one the several Acts in relation to the Revenue of this State, and for other purposes* —*February* 4, 1844 . . 57 *to* 8 6.

§ 1. *Rates of Taxation.*  The following taxes shall be assessed and collected within this state, to wit : An *ad valorem* tax of three-tenths of one per cent. on all lands of this state, not excepted by the ordinance admitting this state into the Union, or specially exempted by provisions of this act—on all money loaned at interest by individuals, or employed by them in the purchase of notes, bonds, checks, bills of credit of any description whatever as security for money advanced—on all goods, wares, and merchandize sold by any regular merchant—on all bank stock, subscribed for in any incorporated bank in this state, which shall not have paid a bonus for its charter, or been exempted by the provisions thereof (except stock subscribed for and owned by the state, or some incorporated literary or charitable institution.)  An *ad valorem* tax of two and one-half per cent. on all merchandize sold by an auctioneer or transient vender of goods ; an *ad valorem* tax of one per cent, on each pleasure-carriage, watch, and clock (except such as are kept for sale by merchants and artizans.)  A tax of ten dollars on each nine or ten pin alley, or any alley of the same kind kept for public play ; a tax of fifty dollars per annum on each theatre and each race track ; and one dollar on each and every Bowie knife ; a tax of one cent on each head of cattle over the number of twenty owned by any one individual ; a poll tax of fifty cents on every free free white male between the ages of twenty-one and fifty years; a tax of one .dollar and a half on each and every free colored male between the age of twenty one and fifty years; and of seventy-five cents for each and every slave under sixty and over five years of age ; and on each slave under the age of five years, twenty-five cents ; an *ad valorem* tax of two per cent. on all gold or silver above the amount of fifty dollars manufactured otherwise than into coin, except jewelry worn about the person, and such as is kept for sale by merchants or artizens ; an *ad valorem* tax of three-tenths of one per cent., on each piano ; an *ad valorem* tax of one per cent. on each race, saddle, or carriage horse, and each horse kept by livery-stable keepers for hire : a *ad valorem* tax of one-fourth of one-per cent. on all public toll ferries, bridges, and turnpikes ; a tax of two dollars on each duelling or pocket pistol, except such as are kept for sale by merchants or artizans, or kept for use by military companies ; for each stallion or jackass, for whose services as such money or other valuable thing is received, a sum equal to the price of one mare, to be demanded and collected at any time during the season by the assessor, who shall pay over the same to the tax collector.

Tax on slaves and land changed a. 17, s. 1.

6. *In what County Person and Property Assessed.*  Every person shall be assessed in the county in which he resides at the time of assessment, for each and every article and item of taxation which he or she is liable to pay under the provisions of the first section of this act : and when the line between two counties divides a tract of land, it shall, if occupied, be assessed in the county in which the occupant resides ; if unoccupied, each part shall be assessed in the county in which the same may lie ; and all personal property owned by any person in any county other than that of his or her residence, shall be assessed in the county in which the same is situated ; and if he or she