# EXHIBIT 6

**Expert Report and Declaration of Professor Holly Brewer**

**Vol. 1 of 2**

1  ROB BONTA
   Attorney General of California
2  MARK BECKINGTON
   Supervising Deputy Attorney General
3  TODD GRABARSKY
   Deputy Attorney General
4  STEPHANIE ALBRECHT
   Deputy Attorney General
5  JENNIFER E. ROSENBERG
   Deputy Attorney General
6  State Bar No. 275496
     300 South Spring Street, Suite 1702
7    Los Angeles, CA  90013
     Telephone: (213) 269-6617
8    Fax: (916) 731-2124
     E-mail:  Jennifer.Rosenberg@doj.ca.gov
9  *Attorneys for Defendants Rob Bonta, in his*
   *official capacity as Attorney General of the*
10 *State of California, and Allison Mendoza, in*
   *her official capacity as Director of the*
11 *Department of Justice Bureau of Firearms*

12         IN THE UNITED STATES DISTRICT COURT

13       FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15

16

17 **JOSE CHAVEZ, *et al.*,**            3:19-cv-01226-L-AHG

                           Plaintiffs,  **EXPERT REPORT AND**
18                                       **DECLARATION OF PROFESSOR**
                                         **HOLLY BREWER**
19     **v.**
                                         Dept:       5B
20 **ROB BONTA, in his official capacity** Judge:      The Honorable M. James
   **as Attorney General of the State of**             Lorenz and Magistrate
21 **California, *et al.*,**                            Judge Alison H. Goddard
                                         Action Filed:   July 1, 2019
22                         Defendants.

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# TABLE OF CONTENTS

**Page**

Background and Qualifications ........................................................................ 1

Retention and Compensation........................................................................... 4

Basis for Opinion and Materials Considered.................................................. 4

Summary of Opinions...................................................................................... 4

Opinions .......................................................................................................... 5

I.     Infancy Status of Minors Under Age 21 ............................................... 5

II.    Militia Laws Expressly Exempted Infants from Supplying Their Own
Firearms ............................................................................................... 10

III.   Infants Faced Severe Economic and Legal Restrictions in Owning or
Keeping Firearms ................................................................................ 21

IV.   Infants Were Not Part of the Political Community ....................................... 26

Conclusion .................................................................................................... 28

i

**EXPERT REPORT AND DECLARATION OF**

**PROFESSOR HOLLY BREWER**

I, Holly Brewer, declare that the following is true and correct:

The State of California has asked me to provide an expert opinion regarding the legal and political status and authority of minors under the age of 21, including with respect to the right to contract, the ability to procure, own, and bear weapons, and the ability to participate in the political community in the eighteenth century (particularly in the years surrounding the writing and the adoption of the United States Constitution).

This declaration is based on my own personal knowledge and experience, and if I am called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

## BACKGROUND AND QUALIFICATIONS

1.      I am the Burke Chair of American Cultural and Intellectual History and Associate Professor at the University of Maryland.  I earned my undergraduate degree in Early Modern History and Physics from Harvard University in 1986 *magna cum laude* and my M.A. and Ph.D. in History from the University of California at Los Angeles (in 1989 and 1994, respectively).  I am a legal historian, specializing in early modern debates about justice and how those debates impacted and interacted with common and statutory law in early America, early modern England, and in the British Empire.  I am particularly an expert on the different historical statuses of children and adults, and on the boundaries between the two as recognized in English and American law.  My first book, *By Birth or Consent: Children, Law, and the Anglo-American Revolution in Authority*, was published in 2005 by UNC Press and won three major awards in the law and legal history: the Hurst Prize from the Law and Society Association (2006), the Cromwell Prize from the American Society for Legal History (2006), and the Biennial Book Prize of the Order of the Coif from the American Association of Law Schools (2008).  The

1    Order of the Coif Prize is biennial and the only book prize the American
2    Association of Law Schools awards.  A copy of my *curriculum vitae*, which
3    includes a list of my publications and contributions, is attached as Exhibit A.

4           2.      Most of my other legal history scholarship relates to such topics as
5    inheritance and land ownership, and the role of the high courts of common law
6    England related to local decisions in the colonies and in the new United States.  For
7    more than 30 years, I have read and analyzed extensively local court records, high
8    court records, legislative records, and other documents relating to common law
9    courts and legal practices in England and in almost every colony and state in early
10   America between 1607 and the 1830s.  Many of my articles have also won prizes,
11   including the prize for the best article published in the prior six years in the *William*
12   *and Mary Quarterly*, the main journal in early American history for "Entailing
13   Aristocracy: Ancient Feudal Restraints and Revolutionary Reform," and most
14   recently, the Sutherland Prize from the American Society for Legal History for
15   "Creating a Common Law of Slavery for England and its New World Empire,"
16   which appeared in the November 2021 issue of the *Law and History Review*.

17          3.      My work on the legal status of children in early America, early modern
18   Britain, and in the United States during the New Republic is widely assigned in law
19   schools and by historians and also widely cited in legal academia.  My work is
20   respected as well on issues relating to citizenship and to voting.  I was co-author
21   and signatory to five amicus briefs, three for the Supreme Court, and two for a court
22   of appeals.  In the cases before the Supreme Court (*Gill v. Whitford* (2018) and
23   *Rucho v. Common Cause* (2019)), which dealt with partisan gerrymandering, I was
24   part of a panel of historians.[1]  I recently contributed to a law professors' and

25   _____
26          [1] Brief of Amici Curiae Historians in Support of Appellees, *Rucho v.*
     *Common Cause*, Nos. 18-422, 18-726 (U.S. Supreme Court 2019).  Brief of Amici
27   Curiae Historians in Support of Appellees, *Gill v. Whitford*, No. 16-1161, (US
     Supreme Court 2018).

28

historians' brief in *U.S. vs. Rahimi*.[2]  I was the sole author of an amici brief for the 8th Circuit Court of Appeals in a case involving the ability of minors to carry firearms.[3]  I was also part of a panel of citizenship scholars in *Tuaua v. U.S.* (2014) on the question of the citizenship of those born in U.S. territories.[4]

4.      I have been invited to speak at many conferences on constitutional questions, including, for example, on a Presidential Panel during the summer of 2023 at the Society for Historians of the Early American Republic.  I gave a keynote speech at the British Legal History Association in 2017, and have given many papers at the annual conference of the American Society for Legal History.  I have given invited lectures at many law schools, including Yale Law School, New York University Law School, Berkeley Law School, and Penn Law School, as well as colleges, including Oxford University and Stanford.  I have participated in innumerable conferences as a panelist or as a commentator.  I am a distinguished lecturer for the Organization of American Historians.

5.      My work is read and cited by scholars across disciplines ranging from not only English and American history and law, but also political theory and philosophy.  I was co-editor of the book series *Studies in Legal History*, which publishes with Cambridge University Press, for ten years, and currently chair the Membership Committee for the American Society for Legal History.  I also currently chair the Littleton Griswold Prize Committee for the best book in legal history, a prize awarded by the American Historical Association, the most prestigious organization for historians.  I teach classes in legal history of the early

---

[2] Brief of Amici Curiae Professors of History and Law in Support of Petitioner, *United States v.* Rahimi, No. 22-915 (U.S. Supreme Court 2023).

[3] Brief of Amici Curiae Historian Holly Brewer in Support of Appellant and in Support of Reversal, *Worth v. Jacobson*, No. 23-2248 (8th Cir. [2023].

[4] Corrected Brief of Citizenship Scholars as Amici Curiae in Support of Appellants and Urging Reversal, *Tuaua v. United States*, 788 F.3d 300 (D.C. Cir., May 14, 2014) (No. 13-5272) (U.S. Court of Appeals for the District of Columbia 2015).

1   modern period, including classes on the origins of the United States Constitution

2   and the comparative history of crime and punishment, as well as classes from the

3   freshman to graduate levels in U.S. History.

4                              **RETENTION AND COMPENSATION**

5          6.     I am being compensated for services performed in the above-entitled

6   case at a rate of $300/hour for record review and consultation, document

7   preparation, and deposition and trial testimony.  I am being compensated for travel

8   time at a rate of $150/hour.  I will also be compensated for travel expenses.  My

9   compensation is not in any way dependent on the outcome of this or any related

10  proceeding, or on the substance of my opinion.

11                      **BASIS FOR OPINION AND MATERIALS CONSIDERED**

12         7.     Counsel for Defendants provided me with the operative complaint in

13  this matter, the briefs the parties filed in support of and in opposition to Plaintiffs'

14  motion for preliminary injunction, the Declaration of David T. Hardy in Support of

15  Plaintiffs' Motion for Preliminary Injunction, dated November 19, 2021, and other

16  briefings and evidence in this matter.  Counsel also provided me with the briefs and

17  record in the Ninth Circuit appeal of this Court's denial of Plaintiffs' motion for

18  preliminary injunction.  Otherwise, my report is based on my independent research.

19         8.     My opinions are based on close readings of colonial and state statutes,

20  court records, and law guides to procedures then in common use, the Constitution

21  itself and the debates in the Constitutional Convention, and on relevant secondary

22  sources.

23                              **SUMMARY OF OPINIONS**

24         9.     During the colonial and early national period of U.S. history, the age

25  of majority was fixed for most purposes at the age of 21.  Those under the age of 21

26  were designated as legal "infants" and were barred from creating formal contracts

27  and full participation in the polity.  That "infant" legal status was fixed according to

28  many common law treatises widely used in the colonies and in the New Republic,

4

from Sir Edward Coke's *Institutes of the Laws of England* (1628) to William

Blackstone's *Commentaries on the Laws of England* (1765-1769), and by guides

for justices and for legal proceedings published in the colonies and states

themselves, as well as colonial and early national statutes.  The infant status of

persons under the age of 21 is reflected in colonial court records, as such infants

were required to have others act for them in almost all legal matters.  At the same

time, some obligations, such as the ability to be bound as an apprentice until

reaching adulthood, or serving in the colony or state militia in times of need and to

train with that militia, commenced earlier than age 21 but might have required the

consent of the infant's parent, master, or guardian.

10.    Thus, it is no surprise that while colonial and early national statutes

often required young men between the ages of 18 and 21 to participate in militia

service and bring weapons with them, they did not assume that minors would own

such weapons.  One reason for this is that it was assumed that young men between

the ages of 18-21, due to their infant status, would be in training and under

supervision, either as students, employees of their fathers, or apprentices.

11.    Plaintiffs and their expert, David Hardy, fail to acknowledge this

statutory distinction between carrying weapons as part of a militia and purchasing

and carrying weapons for personal use.  They quote only from the beginning of the

militia statutes, not quoting relevant sections in the entire text, which make the

distinct political and legal status of minors under the age of 21 clear.  Consequently,

Plaintiffs' claims fundamentally misrepresent the militia statutes' meaning and

usage, and the extent to which access to weapons was in fact regulated by common

legal usage and understanding.

## OPINIONS

## I.   INFANCY STATUS OF MINORS UNDER AGE 21

12.    During the era of the early Republic, young men under the age of 21

were required to be under the authority of someone, whether master, parent, or

guardian.  Consequently, Virginia's 1785 militia statute must be read in context with other statutes, such as one that determined that male "infants" under the age of 21 whose fathers died were "orphans."  If there was not enough interest from the estate to provide for an orphan's needs, he was, according to that statute, to be bound as an apprentice in exchange for room and board until he turned 21.  He was not to be paid money, but merely food and lodging, training, and some money when he finished his apprenticeship.[5]

13.     There are multiple reasons why this infant status and consequent limited capacity to contract—which severely limited the ability to acquire a firearm—was imposed.  Regulations establishing 21 years as the age of majority during this period were premised on the understanding that those below that age were mentally immature and not yet capable of responsible self-governance. William Blackstone's widely-read digest of the Common Law, which was reprinted in many editions during the founding era, put the issue of minors' legal disabilities precisely:

> The legal power of a father (for a mother, as such, is entitled to no power, but only to reverence and respect) the power of a father, I say, over the persons of his children ceases at the age of twenty one, for they are then enfranchised by arriving at years of discretion, or that point which the law has established . . . when the empire of the father, or other guardian, gives place to the empire of reason.[6]

That is, until a young man (or woman) reached the age of 21 and had full use of his reason and therefore full capacity to make judgments, he had no independent political and legal capacity.  This position was echoed by many judges in other treatises that provided the foundation of legal education during this period.  So the eminent jurist James Kent, in his influential *Commentaries on American Law* wrote

---

[5] Hening, *Virginia Statutes*, 12:197.

[6] William Blackstone, *Commentaries on the Laws of England* (1765–1769; rpt. Chicago, 1979), I, 441, 450.

in 1825: "The necessity of guardians results from the inability of infants to take care of themselves; and this inability continues, in contemplation of law, until the infant has attained the age of twenty-one years."[7]  Minors were accordingly subject to greater state supervision than nearly any other legal entity involved in the marketplace during the early years of the Republic.[8]

14.     To more fully understand the larger legal context in which militia statutes operated with regard to young men, it is crucial to understand the legal norms at the time related to the making of contracts for the purchase of goods. Legal guides to justices, which were printed in every state, served as a bridge between common law, as used in practice in each state, and statutory law of those states.  Many justices and judges learned the law through these guides.[9]

15.     William Waller Hening's *New Virginia Justice*, published in Richmond in 1795, was a typical guide for justices of the peace.  It defines "infants" as all those under the age of 21:  "By an infant, or minor, is meant any one who is under the age of 21 years."[10]  It clarifies that no minor could sell or alienate lands, goods, or chattels:  "At 21, and not before, persons may bind themselves by any deed, and alien lands, goods and chattels."[11]  Minors under the age of 21 could not, therefore, enter a bond for good behavior (or as we would say in modern parlance, for bail for release from jail), except via their "sureties" or others over 21. More importantly, in terms of the issues under discussion, such minors—or infants— could not purchase anything upon credit except necessaries:

---

[7] James Kent, 2 Commentaries On American Law 259 [1825] (3d ed., 1836).

[8] Brewer, *By Birth or Consent,* chapter 7.

[9] Brewer, *By Birth or Consent*, Appendix A.

[10] William Waller Hening, New Virginia Justice (Richmond, 1795), 258, citing Sir Edward Coke*, Institutes of the Laws of England*, first published in London in 1628 but having gone through many editions afterwards.

[11] *Id.* (citing Coke's *Institutes*, volume 1, p. 171).

1
2
3

[A]n infant may bind himself to pay for his necessary meat, drink, apparel, physic, and such like, and also for his good teaching or instruction, whereby he may profit himself afterwards; but if he binds himself in an obligation or other writing, with a penalty for the payment of any of these, that obligation shall not bind him."[12]

4   16.   Furthermore, citing an English case that Hening clearly thought was

5   binding (as was much common law precedent in the new American states in the

6   1790s), he elaborated that any merchant would be a fool to lend a minor money

7   except for strict necessities, as minors under the age of 21 were not bound by their

8   obligations:

9
10
11

And in Earl's case . . . it is said, that an infant may buy necessaries, but cannot borrow money to buy: for he may misapply the money, and therefore the law will not trust him, *but at the peril of the lender*, who must lay it out for him, or see it laid out.[13]

12   Hening elaborates that while technically the "infant" has the ability to purchase

13   because "it is intended for his benefit," he can repudiate any debts "at his full age"

14   of 21, when "he may either agree thereunto, and perfect it, or without any cause to

15   be alleged, waive or disagree to the purchase."[14]  This clarification merely

16   underlines the risk that any merchant would be taking in lending money to a young

17   man under the age of 21 to purchase a firearm: Firearms were not a necessity, and

18   thus the debt could be repudiated.  In addition, guns were very expensive, so there

19   was substantial risk that the debt would not be paid.

20   17.   In New Jersey, the main guide for justices was *A Treatise on the*

21   *Jurisdiction and Proceedings of Justices of the Peace in Civil Suits in New Jersey*,

22   published by William Griffith, Esq., Counsellor at Law in Burlington, New Jersey.

23   Griffith helpfully supplied the following guidelines for how to proceed (or not) in

24   an action for debt against a minor.  Such actions could only be maintained against a

25   minor if the underlying debt was for necessaries, the minor had trespassed (a civil

26
27
28

[12] *Id.* (citing Coke's Institutes, p. 171).
[13] *Id.* (italics added).
[14] Hening, *New Virginia Justice*, 262.

8

1   crime), or if the minor was an executor of a will.  Even then, the action was not

2   against the minor himself, but against a guardian appointed to act on his behalf by

3   the court.  Likewise, any minor had to act through a guardian to collect a debt. [15]

4        18.    The fixity with which courts upheld this maxim can be seen in court

5   cases such as *Brown v Dunham* (1791), which turned on whether a minor under the

6   age of 21 could be liable for a contract if he pretended to be of age.  A lower court

7   ruled that his contract of sale should be upheld on the grounds that the "defendant

8   had the appearance of a man of full age."  The Connecticut Supreme Court

9   overturned that decision, calling that decision a "manifest error," since the

10  "defendant being a minor under the care of his parent, was incapable of making a

11  contract, except for necessaries, therefore could not be guilty of a fraud in

12  contracting."[16]  Barring minors from forming legal contracts "except for

13  necessaries" was therefore a fundamental principle of the common law that all

14  judges and lawyers understood and followed at the time of ratification and during

15  the decades that followed.

16       19.    Thus, by the late eighteenth century, it was an established rule that

17  young men under the age of 21 could not make contracts except for necessaries.

18  While the exact scope of "necessaries" was slightly flexible and debatable, I have

19  not encountered any evidence in legal records of the time to suggest that a firearm

20  might have been considered a necessary.  Instead, those legal records agreed with

21  the list of "necessaries" included in the legal guides: food, clothes, lodging, and

22

23  _____

24      [15] Griffith, *Justices of the Peace*, (Burlington, NJ, 1813) 175 ("All proceedings against the defendant by his guardian."). For the broad sway of this common law concept in a range of legal treatises in the United States in the 1790s through 1820s, *see* Brewer, *By Birth or Consent*, chapter 7, attached hereto as Exhibit R.

25

26      [16] *Brown v Dunham,* in Jesse Root, *Reports of Cases Adjudged in the Superior Court and Supreme Court of Errors [1789–1793]* (Hartford, Conn., 1798), I, 272–273.  Also see a similar case in the same volume, where the supreme court overturned a lower court's judgment, *Geer v Hovy,* I, 179; Brewer, *By Birth or Consent*, 270.

27

28

occasionally education, as specified in Hening's *New Virginia Justice* of 1795, for example.

20.     Moreover, due to a combination of legal norms and socio-economic factors, young men could not have been expected or required to own their own firearms.  Students were usually exempted from militia service altogether, apprentices were exempted from owning weapons, and young men who lived at home on their father's farm would hardly be expected to own their own weapons when they did not earn their own money (legally any money they earned belonged to their father or mother).  And the situation of orphans (minors under age 21 whose fathers had died) was even worse.  A 1785 Virginia law was customary in stating that, if the orphan's estate was substantial enough such that the income from leasing it provided for all his necessaries, he would be assigned a guardian.  If not, he should be bound as an apprentice, exchanging his labor for room and board and a rudimentary education.  While wealthier young men were often bound as apprentices to learn necessary skills (e.g., skills as a carpenter, printer, furniture maker, cooper, blacksmith, or tradesman), poorer children were bound as servants, for which they were paid only in the form of room and board.[17]  Regardless of legal status, then, as mere child of a parent, or as apprentice of a master or as ward with a guardian, these young men did not have either legal independence or capacity to purchase.

## II.     MILITIA LAWS EXPRESSLY EXEMPTED INFANTS FROM SUPPLYING THEIR OWN FIREARMS

21.     By 1792, all states were required to create their own statutes to implement the second federal militia act of 1792.  The federal act (Exhibit B) itself was general, merely stating the requirements that all men between ages 18 and 45 register for the militia and supply their own weapons.  The states adapted the

---

[17] Brewer, *By Birth or Consent*, chapter 7 (Exhibit R).

1  generic federal law into a practical and usable form, in each case being clear about

2  what to do with specific categories of men, including minors between 18-21,

3  servants (some older than 21),[18] and conscientious objectors.  I discuss these

4  statutes for each state to demonstrate the systematic adherence to common law

5  norms about minors' (under age 21) inability to purchase and their status as infants

6  under the control and supervision of others.

7      22.    Using alphabetical order, I first consider **Connecticut** (Exhibit C),

8  which passed its militia law in October 1792, in conformity with the federal militia

9  law passed in May 1792.  Connecticut's law opens by reciting the federal law's

10  requirements, as did many other state militia statutes in 1792 and 1793.  The federal

11  law, as quoted in the Connecticut law, states, "every free able bodied white male

12  citizen, of the respective states, resident therein, who is, or shall be of the age of

13  eighteen years, and under the age of forty-five years (except as in herein after

14  excepted) shall severally and respectively be enrolled in the militia."  Connecticut

15  also quoted the federal law, which required each man so enrolled to provide a

16  weapon.  "[E]very such citizen so enrolled and notified, shall within six months

17  therefore, provide himself with a good musket or firelock, a sufficient bayonet and

18  belt, two spare flints and knapsack, a pouch with a box therein," and other

19  necessary "accoutrements," which included ammunition and tools to accompany

20  the musket, with a rifle permitted as an alternative weapon.  These words in the

21  Connecticut statute repeated the federal statute exactly, as did most other state

22  militia laws with respect to these two requirements: men aged 18-45 serve in the

23  militia and supply their own musket or rifle, as well as accoutrements.[19]

---

24  [18] State militia statutes sometimes conflated minority with servitude.  They
25  did so legally because, unless fatherless infants were wealthy, they would have the
same legal status as those in servitude. Wealthier young men had guardians, who
26  had to authorize all purchases.  Those with fathers were under their fathers' legal
jurisdiction.  Accordingly, militia statutes refer casually to persons with
"command" over minors, whether master or father.

27  [19] Exhibit C.  *Acts and Laws of the State of Connecticut, in America*
28  (Hartford: Hudson & Goodwin, 1796), 298-299.

Expert Report and Declaration of Professor Holly Brewer (3:19-cv-01226-L-AHG)

23.     However, the states, unlike the federal government, bore the burden of implementing these general requirements to fit the situation of their citizens and to accord with their laws and with common law norms.  So in a section entitled, "on whom & on what levied," the Connecticut law clarified expectations about who was required to show up for military service and with what weapon, if any.  If a man either did not show up for service or did not show up with weapons, then he was "delinquent" and a fine could be levied against him if he was "upwards of twenty-one years of age."  If he was under that age, then the fine was to be levied "against the goods and chattles of the parents, master or guardians, of such delinquents as have not arrived to the age of twenty-one years: and for want of such goods and chattles, against the body of parent, master or guardian, and them commit and hold in goal, until such fine or fines shall be paid and satisfied, together with lawful fees for service in cases of execution for debt."  Note, therefore, that it was considered the responsibility of the "parents, master or guardians" to supply such weapons and to make sure the young man attend the muster (i.e., military exercise, military training, or preparation for armed service or battle).[20]  It was nowhere expected that the young man himself owned the weapon.  Indeed, Connecticut's and other states' militia statutes indicate the opposite: young men were *to be supplied* with a weapon, not supply one themselves.

24.     **Delaware**'s militia law of 1792 (exhibit D) begins with the same language from the federal militia statute of May 1792.  But in a section entitled, "From furnishing arms," it adds qualifying text that demonstrates that Delaware's legislators did not expect young men under age 21 to supply their own weapons:

> [B]ut all young men under the age of twenty-one years, and all servants purchased bona fide, and for a valuable consideration, though enrolled agreeable to the first section of this law, shall be exempted

---

[20] "Chiefly Military. An act of calling together soldiers, sailors, prisoners, etc.; an assembling of people for inspection, exercises, etc., or an act of counting or enlisting people into (esp. armed) service," *Oxford English Dictionary*, s.v. "Muster." Exhibit C, *Connecticut Laws*, 308, (Hardy, Exhibit 3 (2019) at p. 64).

Expert Report and Declaration of Professor Holly Brewer (3:19-cv-01226-L-AHG)

from furnishing the necessary arms, ammunition and accoutrements as are required by the fourth section thereof, and shall be exempted from militia duties and fines during such minority or servitude.

The law then adds that in "cases of rebellion," young men under the age of 21 might be called up, but clarifies that the responsibilities for providing weaponry and fines are different for "young men."[21]

25.   **Georgia**'s militia statute (Exhibit E) begins as the others, but it too contains exemptions for minors.  In a section entitled, "Masters of indented servants to equip them and subject to fine for neglect," it reads:

That every master or other person who hath the command, government or power over any indented man servant, liable to do militia duty by this act, shall, at his or her own proper costs and charge furnish and provide every such indented man servant during his servitude with the arms, ammunition and accoutrements directed by this act, and every such master or other person shall send such indented servant completely armed and furnished as in herein required, to all battalion, regimental or company musters, and on all other necessary occasions, which such indented servant would have been liable to attend were he not a bondsman; and in case such indented servant shall not appear thereat, or on appearance shall be defective in arms or accoutrements hereby required, such master or other person shall be liable to all the fines, penalties and forfeitures imposed in like cases on other persons liable to bear arms by this act.[22]

Almost all such servants were apprentices, normally bound until age 21.  Note that this would have, by Georgia law, also applied to fathers, not just to sons under age 21.

26.   **Maryland**'s militia statute (Exhibit F), as with the other states, begins with the explicit injunctions in the federal law about all free men aged 18-45 needing to serve in the militia and to bring muskets or rifles to muster.  But like the other states, the law also explicitly exempts minors from paying a fine if they do

---

[21] *Laws of the State of Delaware* (Newcastle, DE: Samuel and John Adams, 1798), 1134, 1135. The same text appears in Hardy's 2019 declaration, Exhibit 4, at p. 74.

[22] Robert and George Watkins, *A Digest of the Laws of the State of Georgia* (Philadelphia: R. Aitkin, 1800), section XVI, pp. 461-462 of original act. Hardy includes the same act as Exhibit 5, at pp. 100-101 of his declaration).

1  not attend.  Instead, any fines should be paid by those who have authority over

2  minors under 21:

> 3  That the master or mistress of any apprentice, and the father, or mother or
> guardian of any minor . . . who shall refuse or neglect to attend as aforesaid,
> 4  being in the service of his father, or mother or guardian, master or mistress,
> shall be accountable for the fine or fines so incurred by such minor or
> 5  apprentice.

6  Thus, there was no expectation that the minor own or even supply the weapon

7  himself, nor was he even responsible for turning up for military service on his own.

8  It was up to the father, master, mistress or guardian to supply the minor with what

9  he needed for the muster during his time of service.[23]

10      27.    **Massachusetts**' militia law of 1785 and 1792 (Exhibit G) too begins

11  as the others, which is the only section that Plaintiffs' expert, Mr. Hardy, highlights.

12  However, further down in a section entitled, "Parents and Masters to equip their

13  children and servants," the statute explicitly exempts young men from supplying

14  their own "arms and equipments."  Instead, the statute provides that parents,

15  masters, or guardians should provide such weapons to their son, apprentice, or

16  ward, if they can afford to provide one during their service in the militia, and for the

17  town to supply them if not: "And all parents, masters and guardians shall furnish

18  those of the said Militia who shall be under their care and command, with the arms

19  and equipments aforementioned, under the like penalties for any neglect."  Poorer

20  parents or masters could appeal to the town to supply such young persons if they

21  were unable:

> 22  Whenever the Selectmen of any town shall judge any inhabitant thereof,
> belonging to the Militia, unable to arm and equip himself in manner as
> 23  aforesaid, they shall at the expence of the town provide for and furnish such
> inhabitant with *the aforesaid arms and equipments*, which shall *remain the*
> 24  *property of the town* at the expence of which they shall be provided; and if

---

25      [23] Exhibit F.  William Kilty, *The Laws of Maryland* (Annapolis: Frederick
26  Green, 1800) 2: chapter LIII, Section xix. Relevant quotation highlighted in text.
(corresponds to Hardy Declaration, Exhibit 6, at p. 114).

27

28

Expert Report and Declaration of Professor Holly Brewer (3:19-cv-01226-L-AHG)

1  any soldier shall embezzle or destroy the arms and equipments with which he
2  shall be furnished, he shall, upon conviction before some Justice of the
   Peace, be adjudged to replace the article or articles."[24]

3  As the italicized portions indicate, the arms did not belong to the young man to

4  whom they were provided; they were lent temporarily, and if not returned were

5  regarded as "embezzled."

6      28.   **New Hampshire**'s militia laws between 1792 and 1795 (Exhibit H)

7  also begin with the required age for service, as does the federal militia statute.

8  However, they excuse minors from supplying their own weapons.  In a section

9  entitled, "those unable to be equipped at the expence of the town," the laws

10 explained that those under the care of others were not, of course, expected to bring

11 their own muskets, but that they should be supplied by "parents, masters, or

12 guardians:"

13     That such as of the infantry as are under the care of parents, masters
       or guardians, shall be furnished by them with such arms and
14     accoutrements.  And such as are unable to furnish themselves, shall
       make application to the selectmen of the town, who are to certify to
15     their captain or commanding officer, that they are unable to equip
       themselves, and the said selectmen shall, at the expence of the town,
16     provide for, and furnish such persons with arms and equipments;
       which arms and equipments shall be the property of the town, at
17     whose expence they were provided.

18 Like Massachusetts, New Hampshire's statutes made provisions for protecting the

19 towns' property: "And if any persons so furnished, shall embezzle or wilfully

20 destroy the same, he shall be punished by any court proper to try the same . . . by

21 being publicly whipped not exceeding twenty stripes."[25]  New Hampshire's statute

22 _____

23     [24] Exhibit G, The *Perpetual Laws of the Commonwealth of Massachusetts*
   (Worcester, MA, Isaiah Thomas, 1788), p 308 (highlighted in Exhibit G) (emphasis
   added). Hardy strangely included Massachusetts' 1785 law in his exhibit 7, instead
24 of the 1792 law, but they contain similar language. See p. 126.)  Similar language is
   in Massachusetts' 1792 law, *Perpetual Laws of the Commonwealth of*
25 *Massachusetts* (Worcester, Isaiah Thomas, 1799), p. 181, paragraph 20 (also
   highlighted).  The 1792 law reads: *"And all parents, masters, and guardians shall*
26 *furnish those under their care and command, with the arms and equipments*
   *aforementioned, under the like penalties for any neglect."*  (Italics added.)
27     [25] Exhibit H, *The Laws of the State of New Hampshire* (Portsmouth: John
28 Melcher, 1797), 422. (Hardy, 2019 declaration, Exhibit 8 at p. 145).

also made parents financially responsible for making sure their sons between ages 18-21 showed up for militia service: "That parents, masters and guardians shall be liable for the neglect and non-appearance of such persons as are under their care (and are liable by law to train) and are to be proceeded against for the penalty in the same manner, as by this act is provided against other delinquents."  The reference to "liable by law to train" provides insight into the preconceptions of the time: Young men between ages 18-21 were to be trained, taught, and brought up in what they would need to know.

29.    While **New Jersey**'s supplemental militia law of November 1792 was brief, complete versions of both its earlier militia law of 1776 (Exhibit I) and its later militia law of 1799 exempted young men from being responsible for fines for not having weapons or for non-attendance.  Specifically, the 1776 statute stated:

> [I]n case any persons aforesaid, under age, shall make default in paying their equivalent as aforesaid, the same, by order of such committee, shall be demanded of the parent, master or person whose care such delinquents are under; and upon their refusal or neglect to pay, the same shall be recovered by distress and sale as aforesaid of such delinquent's parent, master or other person whose care he or they are under.[26]

Likewise, the revised militia act of 1799, which addressed concerns about the prior versions (and repealed all prior acts) made exemptions for minors: They were not responsible for any penalties, and it was not assumed that they brought their own weapons, but that their parents or others who had "the proper care or charge of them" should provide them. "[T]he fines and forefeitures imposed by this act on minors, living with their parents, and others having the proper care or charge of them, and those of apprentices, shall be paid by their respective parents, guardians, masters or mistresses, or levied of their respective goods and chattels."[27]

---

[26] Exhibit I, *An Ordinance for Regulating the Militia of New Jersey* (Burlington: Isaac Collins, 1776), 11; Mr. Hardy's Exhibit 9, for New Jersey, contains only the supplementary (not the complete) militia law of 1792.

[27] Exhibit I, William Patterson, *Laws of the State of New Jersey, Revised and Published Under the Authority of the Legislature* (New Brunswick, NJ, Abraham Blauvelt, 1800), 440.

30.    **New York**'s 1792 Militia Act (Exhibit J) too begins with the federal law's language about who must sign up for militia service and injunctions that they bring their muskets or rifles.  But, like every other state, the law elaborates that minors themselves are not responsible for providing their own weaponry, nor for fines:

> [H]is father or mother, or shall be then an apprentice or indented servant, the master or mistress, or father or mother, (as the case may be) shall be liable to pay the said fine, with costs, and in default of payment the said sergeant or corporal shall levy the same upon the goods and chattels of such father or mother, or master or mistress.[28]

Note as well that in New York, as in most other states, the "teachers and students in all colleges and academies within this state" are explicitly exempted from service in the militia.

31.    **North Carolina**'s 1792 militia statute (Exhibit K), too, begins in the standard way, requiring any "resident in this State, who are or shall be of the age of eighteen years, and under forty-five years," to be "enrolled in the militia" and to "provide himself with a good musquet or firelock" and supplies, per the exact language of the federal statute.  But at the bottom of the same page as the law begins, in a section labeled, "penalty on neglecting to arm and equip," it clarifies that the language about arms does not mean that young men need to supply the muskets themselves:  "And all parents, masters, or guardians, shall furnish those of the militia, who shall be under their care or command, with their arms and equipments abovementioned, under the like penalties for any neglect."  Like most other states, North Carolina also exempted students from service:  "[A]ll officers and students of the University and all other seminaries of learning within this state,

---

[28] Exhibit J includes New York's Militia Acts of 1793 and 1801. The relevant sections are at *The Laws of the State of New York* (New York, Thomas Greenleaf, 1798), 3:66 (for 1793 law); Laws of the State of New York (Albany: Charles R. & George Webster, 1802), p. 517, section 32, 36 (for 1801 law).  Also see Hardy, 2019 Declaration, Exhibit 10, at pp. 163, 164.

particularly established by law, shall be, and they are hereby exempted from militia duty."  Thus, in North Carolina, wealthier young men would have been students and exempt from service, but poorer young men were to be given muskets by their parents or masters, but only while actually mustered for service.[29]

32.     **Pennsylvania**'s 1792 Militia law (Exhibit L) begins in accordance with the federal statute, stating that those between ages 18-45 should enroll in the militia.  But like every other state statute, Pennsylvania's statute expressly clarifies that those under age 21 do not have to supply their own weapons:

> [A]ll young men under the age of twenty-one years, and all servants purchased *bona fide* and for a valuable consideration, though enrolled agreeably to the first section of this law, shall be exempted from furnishing the necessary arms, ammunition and accountrements, as are required by the fifth section thereof, and shall be exempted from militia duties and fines during such minority or servitude.[30]

So young men under the age of 21 did not even have to serve in the militia, unless in the dire situation of another war: "except in cases of rebellion."

33.     **Rhode Island**'s 1792 militia statute (Exhibit M) begins much like the others, by repeating the 1792 federal militia statute.  It clarifies that fines for non-attendance at muster were to be paid by parents or masters.  Those same fines were then to be used to purchase muskets to supply men who could not supply themselves (like minors or apprentices).  The muskets, however, belonged to the towns, not the young men to whom they were provided:

> And in case such delinquent or offender shall be within age, and live with his father, mother or guardian, or shall be an apprentice or indented servant, the said Town-Sergeant or constable shall be required by said warrant to levy the same upon the goods and chattels of said father, mother, guardian, master or mistress, as the case may be." The money shall be paid to the Town Councils of the several

---

[29] Exhibit K, James Iredell and Francois Xavier Martin, *Public Acts of the General Assembly of North Carolina* (New Bern: Martin & Ogden, 1804), 159.

[30] Exhibit L James T. Mitchell and Henry Flanders, The Statutes at Large of Pennsylvania from 1682 to 1801 (Harrisburg, PA: Harrisburg Publishing Co. 1909), 14:456 (also Mr. Hardy, Exhibit 12 (2019) p. 179).

1   towns, "to be by them appropriated to the arming and equipping of
2   those who are not able to arm and equip themselves.[31]

3       34.   **South Carolina**'s 1794 militia law (Exhibit N), like the others, began

4   with the exact language of the federal law, but was most like Georgia's in terms of

5   exemptions for those aged 18-21.  It also exempted wealthier young men, who

6   would have been students.  And it specified that masters had to supply weaponry:

7       [E]very master or other person who hath the power over, government
   or command of, any white apprentice or man servant, shall, at his or
8   their own proper costs and charges, furnish and provide every such
   apprentice or man servant liable to do militia duty, during his
9   servitude, with the arms and accoutrements directed by this act.[32]

10  The law also specified that masters should keep control of the weapons on behalf of

11  their underage apprentices when they were not actually mustering: "[A]nd every

12  master or other person, as aforesaid, shall constantly keep such arms and

13  accoutrements, as aforesaid, for every such apprentice or servant, and shall compel

14  him or them, so completely armed and accoutred as aforesaid, to attend all musters,

15  trainings and exercises directed."  It clarified that masters alone would be punished

16  and fined if the apprentices did not appear or had inadequate weapons.

17      35.   **Virginia** (Exhibit O) is the last of the thirteen original states.  The

18  federal militia statute of 1792 seems to have been modeled on Virginia's 1785

19  statute, and it is important to note that Virginia's 1792 militia law, like that of New

20  Jersey, was only supplementary to its 1785 militia law, which was more

21  comprehensive.  Indeed, unlike most other state militia laws of 1792-1794,

22  _____

23  [31] Exhibit M, *Public Laws of the State of Rhode-Island and Providence
   Plantations* (Newport, RI: H & O Farnsworth, 1798), pp. 53-73, esp. Section 14, at
24  pp. 67, 69).  Note that Mr. Hardy did not include Rhode Island's militia statute in
   his list of exhibits.

25  [32] Exhibit N, Benjamin Elliott and Martin Strobel, *The Militia System of
   South Carolina being a Digest of the Acts of Congress Concerning the Militia,
26  Likewise of the Militia Laws of this State* (Charleston: A.E. Miller, 1835), 23.
   (Hardy, 2019, Exhibit 13 at pp. 217, 220).  Note Hardy uses an 1840 edition of
27  South Carolina's laws.

28

Virginia's 1792 militia law does not repeat the age requirements of the federal statute or require soldiers to bring weapons. This requirement had already been included in the 1785 act and was not added here. Thus, it is unsurprising that there is also no exemption for young men supplying their own weapons in this law—that is also included in the earlier comprehensive statute, and not the supplementary law.[33]

36.   Virginia's 1785 militia statute was the comprehensive one: It is the one with the militia age limits, requiring men between the ages of 18 and 50 to serve. It also does require soldiers to bring their own arms, but exempts those who are poor or could not afford them, a provision that would have included young men under the age of 21. If a man "is so poor that he cannot purchase the arms herein required, such court shall cause them to be purchased out of money arising from delinquents." Such "arms, accoutrements, and ammunition" shall be delivered to the "captain of his company . . . who shall deliver such arms to the private." Virginia law was explicit that in such cases the muskets belonged to the county government, with punishment to any private who tried to take them or sell them: "[A]nd if any private shall sell or conceal the same, the seller, concealer, or purchaser, shall each forfeit and pay four pounds, to be recovered by the commanding officer in any court of record, on ten days notice."[34]

---

[33] Exhibit O, Virginia Militia Statutes of 1785 and 1792. These particular quotes are from the 1792 statute, in William Waller Hening, *The Statutes at Large: Being a Collection of all the Laws of Virginia* (Richmond, 1823) 13:343,355 (Hardy, 2019 Declaration, Exhibit 14, at pp. 330, 334). The 1792 statute does have some reference to "young men" between the ages of 18-25 who would enroll in a special "light company" of the "well disciplined militia" for purposes of training. It also exempted "all professors and tutors and students at the college of William and Mary, and other public seminaries of learning. The law also provided that no man going to or from or at muster or militia service could be arrested for debt or have his weapons confiscated for debt, which is related to the high cost of weapons and the frequent need to buy them upon credit.

[34] Exhibit O, Hening, *Virginia Statutes*, 12: 12-13.

### III.   INFANTS FACED SEVERE ECONOMIC AND LEGAL RESTRICTIONS IN OWNING OR KEEPING FIREARMS

37.   Male youths below the age of 21 rarely had any right to their own earnings.  Many of them were in apprenticeships, for which they would receive, during the time of their apprenticeship, payment only in the form of food and lodging, with two suits of clothes or a similar amount of money at the conclusion of their service, along with their actual training and some simple education in reading, writing, and cyphering (math).  Thus, young men would emerge from apprenticeships at the age of 21 with few resources, but they did not have anything before then.  If they were not indentured as apprentices, their pay legally belonged to their father, if he was alive, or otherwise to their mother.  Therefore, young men did not have the ready cash to purchase expensive items like firearms.

38.   And young men did not have the capacity to purchase weapons on credit, since guns were expensive and legally categorized as "not necessary."  As discussed above, young men were legally only able to contract (or obtain credit for) what the law defined as "necessaries," which translated to food, lodging, and clothes.  All other purchases were not legally binding (considered voidable, if not actually void outright).  This meant that local gunsmiths or merchants selling imported guns would not sell such items to a minor on credit, since they would have no security that the amount promised would be repaid.  Gun ownership by men aged 18-21 therefore would have been rare, limited to certain members of the elite.

39.   During the ratification era and ensuing decades, the ability of infants to keep and bear arms was more explicitly restricted by collegiate and municipal regulations.  The militia statutes themselves exempted students from militia service altogether, which effectively exempted all wealthier young men.  Most colleges in the years after the revolution were small, admitting only relatively privileged young

men, usually from among the elite, though some new state colleges hoped to broaden admissions to young men of virtue and talent who were not as wealthy. Such young men would have been students until close to age 21, though some graduated earlier, at which point they might have continued their education by studying law with a mentor, for example.[35]  Students lived under the restrictive authority of colleges operating in *loco parentis*, which then had many harsh and restrictive regulations.[36]  The keeping and carrying of firearms was forbidden on campus at Yale College,[37] the University of Georgia,[38] the University of North Carolina,[39] and the University of Virginia,[40] for example, reflecting the degree of authority a state institution could wield over legal infants under its care. These policies were implemented for the maintenance of public safety in recognition of the relative immaturity of young men who were then defined as legal infants.

     40.    Municipal ordinances of the ratification era indicate that infants were not afforded a constitutional right to carry arms for self-defense.  An 1803 New York ordinance and an 1817 South Carolina law each prohibited the firing of firearms in the city on penalty of a $5 fine.[41]  When infants were found to have

---

[35] *See e.g.,* Lawrence Cremin, *American Education: The National Experience,* 1783-1876 (New York: Harper Collins, 1980).

[36] Brian Jackson, *The Lingering Legacy of "In Loco Parentis": An Historical Survey and Proposal for Reform,* 44 V and L. Rev. 1135 (1991).

[37] *The Laws of Yale-College, in New-Haven, in Connecticut, Enacted by the President and Fellows, the Sixth Day of October, A.D. 1795,* at 26 (1800).

[38] *The Minutes of the Senatus Academicus* 1799–1842, p. 73, University of Georgia Libraries (1976).

[39] Acts of the General Assembly and Ordinances of the Trustees, for the Organization and Government of the University of North Carolina 15 (1838).

[40] University of Virginia Board of Visitors Minutes (October 4–5, 1824) 1, 6–7 (1824), https://encyclopediavirginia.org/entries/university-of-virginia-board-of-visitors-minutes-october-4-5-1824/.

[41] *Ordinance of the City of New York, to Prevent the Firing of Guns in the City of New York § 1, Laws and Ordinances, Ordained and Established by the Mayor, Alderman and Commonalty of the City of New-York, in Common-Council Convened, for the Good Rule and Government of the Inhabitants and Residents of Said City* 83–84 (1803); *An Ordinance for Prohibiting the Firing of Guns in the*

violated the statute, either the penalty would fall on their guardian (in New York) or the city would seize and sell the firearm used by the infant in order to pay the fine. Thus, these laws likewise reflect the legal understanding that minors were legally incapacitated from bearing firearms for the purpose of self-defense.

41.     During the founding era, legislators expected others to provide firearms to young men when they were needed for militia service (i.e., for training or for local, state, or national defense).  Such explicit exemptions for minors existed not only because guns were expensive and minors had no capacity to purchase them, but because they were dangerous.  Especially in a period before antibiotics, gun shots were messy wounds, and a single shot could cause an infection that could lead to death or amputation.[42]  Guns were also complicated, requiring many steps to safely load each shot.  Their use required extensive training for both safety and accuracy.  Thus, young men were included in military service for purposes of training, but not necessarily for independent usage or for leadership.

42.     Minors were supposed to be obedient to those who had authority over them, such as masters and fathers, and gun ownership would have lessened such authority, if not outright undermined it.  At least a couple of states, such as South Carolina and Georgia, made these points explicit in their laws, requiring masters to supervise weapons not actually in use during musters.  Likewise, all young men, like other privates in the militia, were expected to conform to rules of military order, which were spelled out explicitly in the militia statutes, building on a federal military code that governed soldiers' behavior.  These rules included not insulting

_Town of Columbia_ (1817); _Ordinances of the Town of Columbia, (S.C.) Passed Since the Incorporation of Said Town: To Which are Prefixed the Acts of the General Assembly, for Incorporating the Said Town, and Others in Relation Thereto_ 61 (1823).

[42] Kevin Kinch and J. C. Clasper, "A Brief History of War Amputation," _BMJ Military Health_ 157, no. 4 (December 1, 2011): 374–80, https://doi.org/10.1136/jramc-157-04-05.

or threatening those in authority, following orders promptly, and harsh punishments for desertion.

43.     The fact that guns remained expensive is crucial to why young men under the age of 21 were normally not able to purchase them themselves, especially because they had limited assets and no credit.  Typical pay for unskilled labor was approximately two to three shillings per day for a 12-hour workday.[43]  There were 20 shillings in a pound.  Working six days a week, at say two shillings per day, it would take a minimum of 40 days (full salary) to earn the minimum price for a new gun.  Of course, some pay would have to be set aside for living, probably at least half of the amount earned, if not more.  Assuming half, then it would take approximately 80 days to have the requisite amount, which, at six days of work per week, meant 13-14 weeks of work.  And as shown above, young men were not able to purchase on credit.  Indeed, even older men were often unable to afford guns.  According to some reports from colonial Virginia, up to 75 percent of men between the ages of 16 and 60 had no weapons.  Thus, while early eighteenth militia laws required every man to show up with his own weapon, most could not afford to purchase guns, which were even more expensive then.[44]  In many cases, the English crown supplied weapons to royal governors who then in turn supplied the militia.[45]

---

[43] *See, e.g.,* Edwin J. Perkins, *The Economy of Colonial America,* (New York: Columbia University Press, 1988), pp. 49-50, 116.

[44] As the mechanisms became cheaper to produce, as England's manufacturing of guns swelled, and as it became more important to overseas trade, guns became cheaper to purchase overall. Priya Satia, *Empire of Guns: The Violent Making of the Industrial Revolution* (new York: Penguin, 2018); Matthew Skic, "Muskets for the use of the United States: Philadelphia's Gunsmiths During the War for Independence" M.A. Thesis, University of Delaware, 2016; In Williamsburg, Virginia's capitol, those weapons were kept in the Governor's palace, for the militia to use in times of need. Many of the state militia laws and surrounding laws contain provisions about the weapons in the magazines and the care that should be exercised over the weapons to make sure that none are embezzled. Matthew B. Gill, *The Gunsmith in Colonial Virginia* (Williamsburg, VA: The Colonial Williamsburg Foundation, 1974).

[45] E.g., Exhibit N, for South Carolina. Note the subsequent law related to

44.     Part of the reason that guns were expensive is that essential parts were imported.  Most gunsmiths in colonial America made only parts of guns, such as the stock and the barrel, alongside a few metal parts such as the trigger plate, but imported the crucial mechanisms from gun manufacturers in England.  Most colonists who owned guns imported them from England directly.  During the Revolution itself, there was such an acute shortage of weapons that the revolutionaries relied on French weapons, which were imported in bulk, smuggled through Dutch islands such as St. Eustacia, even before the formal French alliance in February 1778.  Repeated imports of such weaponry helped supply the dire needs of the revolutionaries for weapons.[46]

45.     While the price of firearms was likely lower after the American Revolution due to the availability of weapons from the war, guns were still expensive purchases as they were generally not made in the United States, but imported from Britain.  Guns were also expensive to maintain, requiring regular care and upkeep, as well as more substantial repair, especially if used frequently. Keeping guns in repair, in an era of non-standard weaponry, was not easy.  They required constant maintenance, some of which a man could learn to do himself, but some of which required the labor, and employ, of a skilled gunsmith.[47]

46.     In sum, these various factors worked together to make it unlikely that infants owned their own weapons.  The common law, as understood by American lawyers and judges in the 1790s and early 1800s, agreed about minors' incapacity to purchase.  Such disability is reflected, without exception, in every militia statute. These statutes both provided workarounds for minors' legal incapacities, and acknowledged that others were responsible for minors' delinquencies if they missed

magazines that would supply weapons.

[46] Neil L. York, "Clandestine Aid and the American Revolutionary War Effort: A Re-Examination," *Military Affairs* (1979): 43:26-30.

[47] Gill, *Virginia Gunsmith*.

25

a muster or appeared without a weapon.  These statutes additionally acknowledged common law norms that the status of young men aged between 18-21 as minors put them under the command of others, whether masters or mistresses, guardians, or fathers or mothers.

## IV.   INFANTS WERE NOT PART OF THE POLITICAL COMMUNITY

47.     At the time of ratification, 18-20-year-olds were not part of the political community possessing political rights.  While the Constitution left the determination of voting eligibility up to individual states, no state permitted minors to vote.  That right was restricted in the 1790s to only those over the age of 21, and primarily to property holders.[48]  Why was it easier to settle on a younger age for militia service than for voting?  The answer is that those serving in the militia were in training; they were not entitled to full political authority or legal capacity.

48.     Age appears rarely in the Constitution itself, and primarily in terms of the ability to hold high office, all those under age 25 were explicitly prohibited from service.  The Constitution specified that someone must be 25, 30, or 35 to serve in all higher offices: Article 1, section 2 (a person must be 25 years of age to serve in the house of representatives); Article 1, section 3 (a person must be 30 years of age to serve in the senate); Article 2, section 1 (a person must have attained the age of 35 years to serve as president).  These ages were substantially higher than age restrictions in earlier English and colonial law because ideas about maturity of judgment were crucial to the development of democratic political systems.  On the one hand, older age qualifications made it more difficult for the elder sons of elite men to automatically be elected in their fathers' stead, thus implicitly challenging principles of aristocratic inheritance, especially in a world where people died younger.  If there was no son old enough to inherit, the new United States would be less likely to fall into aristocratic patterns where the son

---

[48] Brewer, *By Birth or Consent*, 43-44; Alexander Keyssar, *The Right to Vote: The Contested History of Democracy in the United States* (2009), 7.

Expert Report and Declaration of Professor Holly Brewer (3:19-cv-01226-L-AHG)

1    would be chosen for his father's office merely on the basis of his name.  Such

2    points were explicitly made during the Constitutional Convention itself.  More

3    fundamentally, and more importantly for the concern about patterns of political

4    authority and competency, members of the constitutional convention also argued

5    that holding high office required maturity of judgment that came only with age, and

6    that only with age could one be fully bound by one's commitments.[49]

7         49.    Within both the political theory that we now associate with democracy

8    and within the common law itself, as a result of judges who refined the law on this

9    question, the principle of meaningful or informed consent became more and more

10   central over the seventeenth and eighteenth centuries, impacting all areas of legal

11   and political competency.  It is perhaps an irony of the development of democracy

12   that this emphasis on meaningful or reasoned consent pointedly excluded children,

13   but such exclusion was necessary if little babies were not to be born with

14   obligations to a hereditary prince or children be bound by contracts and

15   commitments they did not understand.  Such arguments were emphasized by the

16   revolutionaries themselves.  They argued not only that government should be based

17   on the consent of the governed, but that whoever could consent should be limited to

18   those able to convey binding consent.  Within common law treatises during the

19   seventeenth and eighteenth centuries, these ideas became increasingly refined.

20        50.    Thus, the limits on the ability of minors to contract, and the increasing

21   powers of parents and guardians over those under 21, were all connected, in crucial

22   ways, not only to themselves in an internal logic, but to the logic of government

23   based on the consent of the governed.  At the same time, some of the strongest

24   statements giving fathers or masters power over minors are disturbing in the

25   amount of power they seemed to convey.  These ideas were not wholly separated

26   from older ideas about mastery and natural hierarchies that are not necessarily

27

28        [49] Appendix P, Brewer, *By Birth or Consent*, Ch. 1.

democratic in the sense that young people should ideally gradually assume responsibilities. It is not my primary purpose here to argue about the validity of the logic of these historical legal principles in the 1790s, but merely to explain what they were and the principles that underlay such legal architecture.

**CONCLUSION**

51.     State militia laws of the 1790s *do not* demonstrate that young men between the ages of 18 to 21 had the right to purchase guns, and that the same age group thus has constitutional right to purchase and bear weapons in all circumstances today. The opposite is instead the case. These militia laws demonstrate that the legal assumptions of the period in which the U.S. Constitution was ratified were that young men under the age of 21 *were unable to purchase weapons*, even though they were required to register for the militia and to appear for musters. Because they did not have the ability to purchase weapons, each state militia statute contained provisions by which such young men would be supplied with weapons and necessary accoutrements when they appeared for muster. The weapons that were supplied generally belonged to government authorities such as townships, to masters (employers), and to fathers.

52.     The court should recognize the legal status of individuals under the age of 21 as infants in the 1790s, the relative inefficacy of firearms of the era for the purpose of individual self-defense, and the relative unavailability of firearms suited to such purpose, especially to minors, given the limited right of young men to bear firearms for the purpose of armed self-defense. The court should further recognize that, to the extent that these burdens were by design, they were motivated by the same types of concerns underlying California's statutes at issue in this case.

53.     The United States—each of them—need to be able to maintain flexibility in measuring adulthood in different ways depending on the issue at stake, and the threat that increased legal capacity for those under 21 might pose for the rest of society. For most of U.S. history, until 1971, the age of adulthood for most

1   purposes was 21.  The passage of the 26th amendment to the Constitution in 1971
2   lowered the voting age to 18 to correspond to the age for the military draft, a shift
3   that in turn influenced many states to lower the age to form contracts (for most
4   purposes), and for legal emancipation as well.  It is only with such drops in the
5   ability to form contracts and obtain credit—changes that have occurred *over the*
6   *past few decades*—that young men over age 18 but under 21 have become able to
7   purchase expensive weapons.  However, in some crucial respects, especially when
8   the actions of those between the ages of 18-21 can have a dangerous impact on
9   others, such as for drunk driving accidents, the ages of competency have risen to, or
10  remained at, 21.  Under federal pressure, all states now set a minimum age of 21 to
11  purchase alcohol.  The same argument underlying the minimum age for alcohol—
12  that young men between the ages of 18-21 could pose a specific threat to others—
13  can be made with respect to the purchase of guns.

14          54.     It is worthwhile remembering Sir Mathew Hale's comment with regard
15  to the criminal culpability of young men under the age of 21, even if they have not
16  yet gained the full use of their reason and thus complete responsibility for their
17  actions: "[E]xperience makes us know, that every day murders, bloodsheds,
18  burglaries, burning of houses, rapes, clipping and counterfeiting of money, are
19  committed by youths above fourteen and under twenty-one. and if they should have
20  impunity by the privilege of . . . their minority, no man's life or estate could be
21  safe."  Hale was writing in the 1670s, in a text titled, *Historia Placitorum Coronae*
22  (*History of the Pleas of the Crown*), that was widely cited and relied upon by judges
23  in colonial America and then across the new American States in the decades after
24  independence.  While the question before the court in this case is slightly different,
25  Hale's comment is instructive in that it shows that throughout this country's
26  history, even during the colonial period and certainly during the ratification era, the
27  law has always created graduations of authority and privilege.  The capacity to
28  injure others, especially many others, was granted to young men during the early

29

Republic only under the supervision of commanding officers, within a military setting and as part of a training regimen, as shown in the early militia laws.  There was not then, nor should there be now, an unlimited ability of individuals under the age of 21 to purchase and use firearms, and the militia statutes do not in fact create such a universal and superimposing right.  The ability to purchase today's weapons, which, due to technological innovations, have a vastly increased capacity to destroy (with little training required), make this distinction even more important now than it was in the 1790s.  The ability to purchase such weapons, especially on credit, should be among the last privileges granted to young adults.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2023, at University Park, Maryland.

Holly Brewer

**TABLE OF EXHIBITS**

| Exhibit(s) | Description |
|:---:|:---|
| **A** | Holly Brewer, *Curriculum Vitae* |
| **B** | Federal Militia Statute of 1792 |
| **C-O** | State Militia Statutes (in alphabetical order) |
| **P-R** | Excerpts of Holly Brewer, *By Birth or Consent* (Appendix, chapter 1, chapter 7) |

Expert Report and Declaration of Professor Holly Brewer (3:19-cv-01226-L-AHG)

# EXHIBIT A

*Curriculum Vitae*

# Holly Brewer

**Department of History**
**2115 Francis Scott Key Hall**
**University of Maryland**
**College Park, MD 20742**
**cell (919) 522-5565**
hbrewer@umd.edu
**Twitter  @earlymodjustice**
**SSRN ID 4600793**
**Personal website** http://earlymodernjustice.org/
**Database website** https://slaverylawpower.org/

## Education

**University of California, Los Angeles** -- Ph.D. 1994
> Dissertation: "Constructing Consent:  How Children's Status in Political Theory Shaped Public Policy in Virginia, Pennsylvania, and Massachusetts, before and after the American Revolution."
> C.Phil., 1991:  Major Fields: American History, Colonial/New Republic. Minor Fields: Early Modern British History, Political Theory.
> M.A. in American History, 1989

**Harvard University** -- A.B. *Magna Cum Laude* in History and Science (Specializing in Physics and Early Modern European History), June, 1986. Undergraduate thesis: (*Magna Cum Laude*)"Madame du Chatelet and the Search for a Meta-Physics: Cartesian, Leibnizian, and Ultimately Newtonian."

## Teaching

Burke Professor of American History *&* Associate Professor, University of Maryland, January 2011–.

Professor, NCSU History Department, Fall 2010, Associate Professor, 2001-2010, Assistant Professor, 1994-2001.

Teaching Assistant, UCLA History Department, 1988-1992.

## Publications

*Books & Digital History Project*

*By Birth or Consent:  Children, Law and the Anglo-American Revolution in Authority* for the Omohundro Institute of Early American History and Culture by the University of North Carolina Press, Chapel Hill, 2005.
> —Winner of the 2008 Order of the Coif Biennial Book Award, Association of American Law Schools
> —Winner of the 2006 J. Willard Hurst Prize from the Law and Society Association
> —Winner of the 2006 Cromwell Prize from the American Society for Legal History

*Slavery, Law & Power: Debating Democracy and Justice in Early America and the British Empire.* Project Director for  digital history project. https://slaverylawpower.org/.  Has received funding from the National Historic Publications and Records Commission (NHPRC) and the American Society for Legal History (ASLH).

*Books in Progress*

*The Kings' Slaves: Creating America's Plantation system*, book Ms. in progress.  Contract from Princeton University Press.

*Transforming the Common Law: Domestic Authority in Early Modern Anglo-America,* accepted for publication based on prospectus (& partial ms.) by Cambridge University Press as part of their Cambridge Studies in Legal History, edited by Chris Tomlins and Michael Grossberg.

*Articles*

"Creating a Common Law of Slavery for England and its New World Empire," *Law and History Review*, 39:4 (November, 2021)765-834.
    winner of the 2022 Sutherland Prize, American Society for Legal History

"The Royal Geographical Pastime: A Game from 1770," *Early American Studies*, July 2022.

"The Myth of "Salutary Neglect": Empire and Revolution in the long Eighteenth Century" in *Cambridge History of the Age of Atlantic Revolutions*, forthcoming Spring 2023.

"Not 'Beyond the line': Reconsidering Law & Power in the Origins of Slavery in the Early English Empire in the Americas," *Early American Studies*, 20 (4) Fall 2022, 619-639.

Lauren Michalak, Jordan Sly, Holly Brewer, "The Slavery, Law, and Power Project: Curating Debates over Slavery, Justice and Democracy" *Scholarly Editing* 39 (April 2022). 1-12.

"Race and Enlightenment: The Story of a Slander" *Liberties Journal*, November 2021.

"Hearing Nat Turner: Within the 1831 Slave Rebellion," Law & Social Inquiry *46*(3), August 2021, 910-916.

"Slavery-Entangled Philosophy: Does Locke's Entanglement with Slavery Undermine his Philosophy?" AEON, September 12, 2018.

"'Slavery, Sovereignty, and 'Inheritable Blood':  Reconsidering John Locke and the Origins of American Slavery" *American Historical Review* 122 (October 2017), 1038-1078. 15,000 views.
    --winner of the 2019 *Srinivas Aravamudan Prize* from the American Society for Eighteenth Century Studies for an article published in the previous year that pushes the boundaries, geographical and conceptual, of eighteenth-century studies by using a transnational, comparative, or cosmopolitan approach.
    --Honorable Mention for the 2019 *Clifford Prize*, American Society for Eighteenth Century Studies.

"Constitutional Law," in Joseph C. Miller, ed., *The Princeton Companion to Atlantic History* (Princeton: Princeton University Press, 2014), 281-285.

"'Subjects by Allegiance to the King'?: Tracing Subjects, Slaves, Suffrage and Sovereignty through the religious debates of the Early British Atlantic" in Peter Onuf and Peter Thompson, eds., *State and Citizen in British America and the Early United States,* Charlottesville, University of Virginia Press, 2013, 25-51.

"Apprenticeship Policy in Virginia: From Patriarchal to Republican Policies of Social Welfare" in *Children Bound to Labor in Early America,* ed. By Ruth Herndon and John Murray, Cornell UP, 2009, pp. 183-197.

"The Transformation of Domestic Law" in Christopher Tomlins and Michael Grossberg, eds., *Cambridge History of Law in America*, Volume I (1580-1815), chapter 9 (Cambridge University Press, 2008).

"Tocqueville as Historian of the Struggle Between Democracy and Aristocracy in America," *The Tocqueville Review*, 27 (Fall, 2006), 381-402.

"The Historical Links between Children, Justice, and Democracy" in *Hamline Journal of Law and Public Policy* (Special Issue resulting from the Conference on "Reassessing the Past, Present and Future Role of Children and Their Participation and Protection in American Law") 28 (Fall, 2006), 339-355.

"Children and Parents in Early America" in Daniel Vickers, ed., *Blackwell Companion to*

*Colonial American History*, Blackwell, 2003.

"Power and Authority in the Colonial South: The English Legacy and its Contradictions," in *Britain and the American South: Encounters and Exchanges from the Colonial Times to the Present*, University of Mississippi Press, 2003.

"Women and the Law in Colonial and Revolutionary America," and "The Common Law" in *Women in American History*, Volume I (New York: Book Builders), Fall 2001, 6-10, 72.

"Age of Reason? Children, Testimony and Consent in Early America," in Christopher Tomlins and Bruce Mann, eds., *The Many Legalities of Early America*, UNC Press & Omohundro Institute of Early American History and Culture, 2001, 293-332.

"Adventures in Teaching:  A Field Trip to Colonial Williamsburg," *Uncommon Sense*, Spring 2000, 20-32.

"Entailing Aristocracy in Colonial Virginia: 'Ancient Feudal Restraints' and Revolutionary Reform," *William and Mary Quarterly*, Third Series, 54 (1997), 307-46.
—winner of three prizes, including the Douglass Adair Memorial Award for 2000 for the best article published in the *William and Mary Quarterly* in the past six years and James L. Clifford Prize for 1998 for the best article on any aspect of eighteenth-century culture, given by the American Society for Eighteenth Century Studies

"Beyond Education:  Thomas Jefferson's 'Republican' Revision of the Laws Regarding Children," in James Gilreath, ed., *Thomas Jefferson and the Education of a Citizen: The Earth Belongs to the Living*, Library of Congress: Washington, D.C., 1999, 48-62.

*Articles in Progress*

"'Man Stealing' 'Bond Slaverie & Villange': Reconsidering Slavery & Slave Law in Early Massachusetts and England's Empire" *New England Quarterly*, accepted—needs revisions --

"Marriage 'Under the Age of Consent': The Perils of Demography and the Power of Ideology."

## **Awards and Fellowships**
### ***Awards & Recognitions***

*Srinivas Aravamudan award* (and honorable mention for the Clifford Prize) for 2019 for "*Slavery, Sovereignty, and 'Inheritable Blood,'*" for an article that pushes the boundaries, conceptual and geographical, of Eighteenth Century Studies.

*Distinguished Lecturer* for the *Organization of American Historians*, 2015-present.
.http://www.oah.org/about/oah-newsroom/new-speakers-added-to-roster-of-2015-16-distinguished-lectureship-program-speakers/

*Biennial Book Prize of the Order of the Coif* for 2008, given by the Order of the Coif, the honor society of the Association of American Law schools for the book that "evidence[s] creative talent of the highest order" for *By Birth or Consent*.

*J. Willard Hurst Prize* for 2006, given by the Law and Society Association for the best book in sociolegal history published in 2005, for *By Birth or Consent*.

*Cromwell Prize* for 2006, given by the American Society for Legal History, for the best work in American Legal History by a junior scholar, for *By Birth or Consent*.

*Douglass Adair Memorial Award* for 2000, given by the Omohundro Institute of Early American History and Culture and the Claremont Graduate School, for the best article published in the *William and Mary Quarterly* in the past six years, for "Entailing Aristocracy in Colonial Virginia."

*James L. Clifford Prize* for 1998 for the best article on any aspect of eighteenth-century culture, given by the American Society for Eighteenth Century Studies for "Entailing Aristocracy in Colonial Virginia."

*Best Article published in the William and Mary Quarterly* in 1997, as chosen by the board of editors, for "Entailing Aristocracy in Colonial Virginia."  Awarded  by National Society, Daughters of Colonial Wars.

*College of Humanities and Social Sciences Distinguished Research Award*, North Carolina State University,

2008.

*Jeffrey L. Hansen Memorial Award for Distinguished Service to the Graduate Students Association* (UCLA), 1992.

*Stewart Prize for "contributing greatly to sense of Community at Harvard College,"* 1985.

## Fellowships & Scholarships
**Digital Humanities Support:**

*Catalyst Fund Grant, University of Maryland, to support Slavery, Law, & Power, November 2022.*

*NHPRC (National Historic Preservation & Records Commission) grant to support the development of a digital Humanities Project Slavery, Law, & Power,* Dec. 2020 (for 2021) and Dec 2021 (for 2022-2023).

*American Society for Legal History, small grant to support website Slavery, Law, & Power, Nov. 2020.*

**Fellowships**

*William Nelson Crowell Foundation Grant* to support legal history to work on my book on "The Kings' Slaves: Creating America's Plantation System," for Spring, 2021.

*Fellow at the Robert H. Smith International Center for Jefferson Studies at Monticello*, May 2021.

*Guggenheim Foundation Fellowship,* 2014-2015.

*Patrick Henry Writing Fellowship,* C. V. Starr Center for the American Experience, Washington College, Fall, 2012.

*National Humanities Center Fellowship*, 2009-2010.

*National Endowment for the Humanities Fellowship*, 2009-2010 (concurrent)

*National Endowment for the Humanities*, Summer Stipend, 2008.

*Scholarly Project Award*, NC State, summer 2008.

*Mellon Fellowship, Huntington Library*, San Marino, CA, Spring, 2006.

*National Endowment for the Humanities Fellowship*, 1997-98.

*Faculty Research and Professional Development Award*, NC State, 1995.

*Chancellor's Dissertation Year Fellowship* (UCLA), 1992-3.

*Littleton Griswold Grant*, American Historical Association) for legal research, 1991-2.

*Carey McWilliams Award* (UCLA) for academic distinction, 1991-2.

*University Fellowship* (UCLA) for academic distinction, 1991-2.

*Mabel Wilson Richards Scholarship* (UCLA) for academic distinction, 1989-90.

*Harvard College Scholarship* for academic distinction, 1984-85 and 1985-86.

*Elizabeth Carey Agassiz Award* (Harvard) for academic distinction, 1984-85 and 1985-86.

## Amicus Curiae (co-author and signatory)

Brief of Amici Curiae Professors of History and Law in Support of Petitioner, *United States v. Rahimi,* No. 22-915 (U.S. Supreme Court 2023).

Brief of Amici Curiae Historian Holly Brewer in Support of Appellant and in Support of Reversal, *Worth v. Jacobson,* No. 23-2248 (8th Cir. 2023).

Brief of Amici Curiae Historians in Support of Appellees, *Rucho v. Common Cause*, Nos. 18-422, 18-726 (U.S. Supreme Court 2019).

Brief of Amici Curiae Historians in Support of Appellees, *Gill v. Whitford*, No. 16-1161, (US Supreme Court 2018).

Corrected Brief of Citizenship Scholars as Amici Curiae in Support of Appellants and Urging Reversal [at ___], *Tuaua v. United States*, 788 F.3d 300 ,No. 13-5272,(U.S. Court of Appeals for the District of Columbia 2015).

## Web, Newspaper, Magazine, Televised, YouTube & other public outreach (selected)

Twitter historian since Feb 2019 @earlymodjustice. About 6,300 followers.

Top 30 most influential Marylanders in Higher Education (*Daily Record* April 29th 2022

Contributor to UK Open University's OpenLearn platform. Long interview about Justice, Democracy, and Race for their course on "Understanding Politics." Due to be released in summer 2022.

*"How to Cure College's Adjunct Addiction,"* *Washington Monthly*, August 4, 2021.

*"The Divine Right of Wingnuts,"* *Washington Monthly*, March 23, 2021.

*"Why Impeaching a Former President Wouldn't have Surprised the Founders"* *Washington Monthly*, February 4, 2021.

*"Can Trump's Pardons Be Reversed"* with Timothy Noah, *Washington Monthly*, January 22, 2021.

*"No, Thomas Jefferson didn't rig the 1800 Vote Count,"* *Washington Monthly*, January 5, 2021 (first published on substack blog on December 31, 2020.

*"More on that Jefferson Nonsense,"* on substack blog, January 5, 2021.

*"Salutary Neglect? Reconsidering Empire"* for **College Board** *Advanced Placement* in **US History**, filmed October 2020, released via YouTube in November 2020 to AP students (one of a series of 8 lectures).

*Contextualizing Justice: John Locke and the Debates over Slavery & Absolutism in England's Empire,"* Zoom lecture for the Conference on John Locke organized by Mercer University (supposed to be an in-person lecture but turned into a zoom/YouTube event in November 2020).

*"Children in Colonial America"* C-Span Interview March 8, 2020.

*"1619: Racial Slavery, Representative Democracy & . . . Empire?"* blog post for Society for US Intellectual History November 2019.

*"Underrepresented Voices in the American Revolution: Hopes for Children & Women?"* for Massachusetts Council for Social Studies, July 2019.

*"Slavery & the Declaration of Independence,"* Lancaster County Historical Society, Lancaster, Pennsylvania, May 2019.

"Democracy as Process: Voting and Election Integrity in the Revolutionary Era" lecture at Gunston Hall (George Mason historic site), Virginia, November 2018.

Panelist on forum on *"Civil Rights across the Centuries"* July, 2018 at the National Constitution Center, Philadelphia (televised and recorded).

*"Struggling Over Democracy"* Society for U.S. Intellectual History Blog, Roundtable on James Kloppenberg's *Toward Democracy: The Struggle for Self Rule in European and American Thought* (Harvard University Press, 2017), posted July 25, 2017

Interview about my AHR article on Locke & Slavery for H-net & H-law.

One of ten historians who participated in a roundtable at the **Smithsonian Museum of American history** to advise *US. Treasury Secretary Lew and US Assistant secretary Rosie Rios* about the new currency, esp. the new $10 bill and which women should be on it, but also other new bills and coins, and the meaning and purpose of currency generally, August 2015. Here is a second national press report about the roundtable:

*"Kings as Tyrants and Enslavers:  Reconsidering the Declaration of Independence through the Lens of the Original Draft,"* paper at the National Archives, June, 2015, part of a public presentation/conference on "Punctuating Happiness" that was jointly sponsored by the Institute for Advanced Study at Princeton and the National Archives. Here's the National Archives link about the conference.

Finally, here's an article in *Perspectives on American history: the Newsmagazine of the American Historical Association* that summarizes and comments on my findings and on my presentation to the *"Punctuating Happiness" conference generally.*

Interview for the **Society for the History of Childhood and Youth** with Ryan Patrick (posted April, 2015), approximately one hour on my first book and a bit about my second.  Sent and posted on the main page of the Society for the History of Childhood and Youth (1700 members).

"Debating the Declaration" lecture/televised and recorded webinar facilitated by the **National Humanities Center** and directed at K-12 teachers. Initial audience of 100 in September 2015 and permanently posted online.

**College Board**:  Conducted televised/recorded Professional Development workshop for Advanced Placement U.S. History Teachers—Lecture and supplementary materials will reach as many as 12,000 AP U.S. History teachers on "module 2" (Colonial Period) on the new History standards (Feb, 2015).

"Working Children" for **Colonial Williamsburg Foundation**, website and interactive project on children and work in early America, consultant, 2014.

Reviewer and final editor for Website about children in colonial London-town, Maryland, 2013.

Advisor for documentary film series on "History of American Law" to air possibly on public television or the History Channel.

Gilder Lehrman Foundation (K-12). Several lectures.

*Older Op-Ed*

with Laurie Burnham, "Disputed Elections: An American Tradition," distributed via the History News Service 11/15/2000 to 64 newspapers and 4 wire services.  Lead op-ed on Knight Ridder Tribune News Service wire on 11/17/2000.  Published in at least 8 newspapers.

## Invited Presentations/Plenary Lectures:

*"Relatively Radical: From the British Empire to the American Constitution,"* Goucher College, Constitution Day Lecture, September 2023.

*"Vice-Regal Power versus Little Parliaments in England's Seventeenth Century Empire,"* for Conference on Parliamentary Cultures in Colonial Contexts, Jesus College, Oxford September 2023.

*"Colonial Charters & Struggles over Legal Power in 17th–Century England (on the Uses and Abuses of Legal History),"* Conference on the Future of English and American Legal History, sponsored by the Notre Dame Law School, London, August 2023.

*"Federal Empire, Federal Republic: Legal Transformation and its limits in the New Republic"* Presidential Panel, Society for Historians of the Early American Republic, July 2023.

*"Contextualizing Justice: John Locke & the Religious Debates over Slavery, Law, and Power in England and its Empire,"* Keynote to the John Locke Society Conference, June 2023.  Presented in January 2023 to the Colombia University Eighteenth Century Studies Seminar.

*"Neither King nor Justice: Locke on Power, Slavery, and Race,"* for Conference on Rethinking Locke, Oriel College, Oxford, April 2023.

*"John Locke on Power, Fashion & Injustice"* at Arizona State University, School of Civic and Economic Thought and Leadership, February 2023.

*"Property, Slavery, and Freedom: A Critique of C. B. Macpherson's Transformative Influence Across Disciplines"* for conference on "Slavery and Slavery in Political Thought," Oxford UK, July 2022.

*"'Sacred rights of life and liberty': Contests over the  of Independence, British Slavery, and Structural Racism,"* International Center for Jefferson Studies (via zoom) April 29, 2021.

*"Contextualizing Justice,"* Plenary for A. V. Elliot Conference on John Locke, Mercer College, November, 2020 (via zoom).

*"Contingency, or Forks in the Road: Conclusion to my book manuscript on Slavery & Sovereignty in Early America and the British Empire"* Chicago, Empire & Atlantics Workshop (via zoom) September 2020.

*"'How to Hide an Empire' and Revolution(s):  Illusions of Stability amidst a Turbulent Sea of Revolution in 18th c. Britain & its American Colonies,"* Chicago, Empires & Atlantics Mini-conference (via Zoom), July 24, 2020.

Brewer Exs. Page 007

*"Suffer'd under his Tiranie": Colonial Governance, feudal law, and the Iberian influence on Slavery in early America & the British empire "* Yale University, Early Modern Empires Workshop, April 2019.

*"'Sheathed in Your Own Bowels'": Monarchy & Slavery Across the British Empire after the Restoration,"* Plenary lecture for conference on "Rethinking the Origins of Slavery and Racism in Early America," the 2019 Porter Fortune Symposium at the University of Mississippi, March 2019.

*"Contextualizing Justice: John Locke and the Debates over Absolutism and Slavery in England's Empire"* for interdisciplinary forum on "Empires and Atlantics" University of Chicago, March 2019.

*"Contextualizing Justice: John Locke and the Debates over Absolutism and Slavery in England's Empire"* invited lecture, Stanford Humanities Center, October 2018.

*"'Most agreeable to the monarchy under which we live': Slavery, Power, & the Restoration"* invited lecture to the Center for the Study of Law and Society, University of California, Berkeley, School of Law, October 8, 2018.

*"Creating a Common Law of Slavery for England and its New World Empire"* New York University Law School Legal History Colloquium, February 26, 2018.
http://www.law.nyu.edu/academics/colloquia/legalhistory

*"How England's Kings Enslaved America"* Invited Plenary Lecture Mercer College (Georgia) February 2018 https://afp.mercer.edu/events/2017-18/2017-18-speaker-series.cfm

*"Creating a Common Law of Slavery"* invited plenary for 2017 biennial meeting of the British Legal History Conference at the University College London & London School of Economics, July 2017 http://www.laws.ucl.ac.uk/event/british-legal-history-conference.

*"Creating a 'Fashion' for Slavery in the Stuart Court(s),"* conference on *The Pleasures of the Historical Imagination: A Conversation with John Brewer (no relation),* Villa Salviati, European University Institute, Florence, Italy, June 2017.

*"Slavery, Sovereignty, and 'Inheritable Blood': Reconsidering John Locke and the Origins of American Slavery,"* McNeil Center for Early American Studies, Summer Seminar Series, June 1, 2017.

*"'They being stolne': Conflicting Views of Slavery and Governance in Early Massachusetts and the British Empire"* Massachusetts Historical Society, Partnership of the Historic Bostons reading group, June, 2017.

*"Promises of Consent and Equality: Public Education and the American Revolution"* part of the Democracy Then & Now series of Lectures at the University of Maryland, October 2016.
http://dtn.umd.edu/news/watch-promises-consent-equality-public-education/

*"Reconsidering Slavery & Slave Law in Early Massachusetts,"* Massachusetts Historical Society on October 4, 2016.

*"Restoring Monarchy & Establishing Slavery across England's empire in the Americas,"* Reed College, Portland, Oregon, September 2016.

*"'Inheritable Blood': Slavery and Sovereignty in Early America and the British Empire"* as plenary "Sivert O. and Majorie Allen Skotheim Lecturer" at Whitman College, Walla Walla Washington, September 2016.

*"Creating a 'Fashion' for Slavery in the Stuart Court(s),"* to the Center for Early Modern History, University of Minnesota, September 2016.

*"Reconsidering the Ideological Origins of American Slavery: Locke's Virginia Plan in Context"* Atlantic History Workshop, University of Minnesota, September 2016.

Presentation on my book manuscript on *"Inheritable Blood"* at the Zuckerman Salon, University of Pennsylvania, March 2016.

7

*"Kings as Tyrants and Enslavers: Reconsidering the Declaration of Independence through the Lens of the Original Draft,"* paper at the National Archives as part of a public presentation/conference on "Punctuating Happiness" that was jointly sponsored by the Institute for Advanced Study at Princeton and the National Archives (also see below under web/public outreach) June, 2015.

*"Consent, Slavery, and Democracy,"* Keynote at conference on "Consent in Early America" at the Rothermere American Institute, Oxford (UK), March 2015.

*"Slavery and Sedition,"* Triangle Early American History Seminar, co-sponsored by the Trinagle Early American History Seminar and the Triangle British History Seminar, Research Triangle, North Carolina, April 2015.

*"Colonial America"* two televised lectures record by College Board/AP to 12,000 AP teachers across country on new curriculum covering colonial period of American history (1607-1776). Released to public April 2015 (also see below under web/public outreach).

*"Creating a Common Law of Slavery"* Yale Law School, October 2014.

*"The Mysterious Death of Morgan Godwyn: Rethinking Press Censorship and the debates over slavery in the early British Empire,"* Huntington Library, invited participant at conference on the "American Republic of Letters," December, 2012.

*"'Twelve Judges in Scarlet': The Seventeenth Century Contest over a common law of slavery,"* part of a panel on "Absolutism and Slavery" American Society for Legal History, St. Louis, November, 2012.

*"'Twelve Judges in Scarlet': The Seventeenth Century Contest over a common law of slavery,"* University of Pennsylvania Law School, October, 2012.

*"Slavery, Monarchy and Power in colonial America"* invited lecture as Patrick Henry Writing Fellow at the Starr Center, Washington College, September, 2012.

*"The Mysterious Death of Morgan Godwyn: Rethinking Press Censorship and the debates over slavery in the early British empire"* Washington Area Group for Print Culture Studies, Library of Congress, September, 2012.

*"Property in People: Making Slavery a Pillar of Capitalism via the Common Law"* invited presentation to the History Workshop at the University of Delaware, September, 2012.

*"Twelve Judges in Scarlet: Reconsidering the Common Law Origins of Slavery"* invited presentation to the Triangle Early American History Seminar and Triangle Legal History Seminar (jointly) May 2011.

*"Beyond Somerset: Reconsidering the Common Law Origins of Slavery"* pre-circulated paper for the Omohundro Institute Colloquium, January 2011.

*"Slavery, Sovereignty, and 'Inheritable Blood' in the Wake of the Glorious Revolution: Rethinking the Shape of Empire,"* presentation as part of the American Origins Seminar at the Huntington Library, October, 2010.

*"Beyond Somerset"* Keynote lecture to the British Group in Early American History (BGEAH), annual meeting, Oxford, September, 2010.

*"Slavery, Sovereignty, and 'Inheritable Blood' in the Wake of the Glorious Revolution: Rethinking the Shape of Empire,"* invited lecture, Oxford University, February 2010.

*"Transforming Coverture: Contesting Personal and Political authority in the common law of the early modern Anglo Atlantic, 1550-1820 "* Stanford Seminar on Enlightenment and Revolution, Palo Alto, CA, January, 2010, and NYU law school, March 2010.

*"'Baptized, Catechized, and Bred Christians': Tracing Subjects, Slaves, Suffrage and Sovereignty through the religious debates of the Early British Atlantic"* for conference on "State and Citizen in British America and the Early United States" Oxford, UK, April 2009.

*"'Baptized, Catechized, and Bred Christians': Tracing Subjects, Slaves, Suffrage and Sovereignty through the*

*religious debates of the Early British Atlantic"* to the Bay Area Seminar in San Francisco, California, January 2010.

*"'Inheritable Blood': Of Slavery and Freedom, Aristocracy and Empire"* for panel on "Revolutions and the Law of Slavery" at the Organization of American Historians annual meeting, Seattle, Washington, March 2009.

*"Slavery and 'Inheritable Blood' in the Wake of the Glorious Revolution: The Struggle over Locke's Virginia Plan of 1698"*, British Historical Studies Colloquium, Yale University, December 2008.

*"Children's Rights, Hereditary Status, and the Constitution"* part of roundtable on *"The Origins of the Constitution: Beyond Beard"* Invited Panel for the Society of Historians of the Early American Republic, Philadelphia, July, 2008.

*"'Inheritable Blood': The Ideological Origins of the Debate over Slavery in Virginia and the British Empire"* Atlantic Studies Seminar at the McNeil Center for Early American Studies, Philadelphia, January 2008.

*""Borne that Princes Subjects"? How the Religious debate over Infant Baptism Shaped the Political Debate over Consent in the Seventeenth Century Anglo-American World,"* Southern Conference on British Studies, Richmond, October, 2007.

*"Baptized, Catechized, and Raised Christians": John Locke's 1698 Plan for Law Reform in Virginia as part of the Debates over Slavery, Education, and the Status of Subjects in the New World"* for Conference on Children and Education in the Transmission of Regional Culture, Watson-Brown Foundation/Institute for Southern Studies, Thomson, Georgia, September 2007.

*"Marriages 'Under the Age of Consent': The Perils of Demography and the Power of Ideology"* given jointly at the Triangle Early American History Seminar and the Triangle Legal History Seminar, September 2007.

Invited Speaker, Hurst Institute for Legal History (University of Wisconsin, Madison), July 2007.

## Panel Participation at Conferences (selected):

"Somerset v. Stewart at 250: A Virtual Roundtable Discussion" with Christopher Brown, Manisha Sinha, & Alan Taylor, American Philosophical Society, November 30, 2022.

"Historians on the Constitution: The Past Faces the Present," Panel at the Omohundro Institute for Early American History & Culture Annual Conference, Williamsburg, Virginia, October 2022. Moderated by Rosemarie Zagarri (George Mason University) and featuring Kevin Arlyck (Georgetown University), Holly Brewer (University of Maryland), Andrew M. Schocket (Bowling Green State University), and Sarah L. H. Gronningsater (University of Pennsylvania)

"Toward an Open Access HTR program for Early Modern Paleography" American Philosophical Society, June 2022.

"The Problem of Custom in English & American Law: Slavery, Power, and Legitimacy 1619 through 1837" paper for panel on "Paper Empire" for the American Society for Legal History, November 2021.

"Cruel war against human nature itself': Understanding the American Revolution's Impact on Slavery within the Context of Imperial Governance" paper for panel on Slavery and Race and the American Revolution, American Philosophical Society Conference on the "Meanings of Independence, October 2021.

Panelist on roundtable on "Thinking the Empire Whole" at NACBS Vancouver, 2019.

"Creating a fashion for slavery in the Stuart Court(s)" paper at the International Conference on Eighteenth Century Studies, Edinburgh, July 2019, and also at the Black Portraitures Conference, October 2019.

*"Continuing Relevance of the Enlightenment,"* Panelist for Roundtable at the American Historical

Association Annual Meeting, Chicago, January 2019.

"*Slavery and Power in early English America: Feudalism, Oathtaking, and the Centrality of Allegiance*" for Presidential Panel at the American Historical Association Annual Meeting on "Loyalty, Rights, Slavery and Power in Europe's New World Empires 16th-18th centuries," Chicago, January 2019.

"'*Most agreeable to the monarchy under which we live': Slavery, Power, & the Restoration,*" for conference on "Monarchy and Modernity" at Cambridge University, Cambridge UK, January 2019.

"*Children as a Window into Debates over Slavery in England's Seventeenth Century Empire*" for conference on "Writing History through Childhood" at Northwestern, October 2018.

"*Adapting slavery from the Portuguese & Spanish: Creating an English 'feudal' and then property Law for England's new world empire*" for conference on "Arguing for the Rule of Law: Using the Hebrew Bible and Caricatures of Foreigners in British and Spanish America." at Newberry Library, October 2108.

"*Property in People and the Complexities of Capitalism*" paper for the Business History Association Conference, (Baltimore) April 2018 & for the Society for Historians of the Early American Republic, (Cleveland) July, 2018.

"*Debating Property in People during the Seventeenth Century*" part of a panel on "Law and Intellectual history" US Intellectual History Conference, Stanford University, October, 2016. http://s-usih.org/2016conference

"*Translating 'Slave' and 'Negro': Words, Meanings, & Legal Status in the Early English Caribbean*" for conference on Translation and Transmission in the Early Americas: The Fourth Annual Early Americanist Summit, June 2-5, 2016. http://oieahc.wm.edu/conferences/supported/translation/index.html.

"*Creating a 'Fashion' for Slavery in the Stuart Court(s),*" at conference on Restoration & Empire, University of Maryland, College Park, April, 2016. https://restorationandbritishimperialism.wordpress.com/about-2/.

"*Sedition, Treason, Censorship & Slavery in England and its Empire,*" presentation at Renaissance Society of America annual meeting, Boston, March, 2016, http://www.rsa.org/?page=2016Boston.

"*Sovereignty, Slavery & the Rights of Subjects in the Early English Empire*" at 22nd British Legal History Conference, Reading UK, July 2015.

"*Slavery and Sedition,*" part of a panel on "Policing" at the American Society for Legal History, Denver, November 2014.

"*Slaves as Aliens: Reconsidering the Boundaries of Subjects' Rights over Two Centuries*" Society for Historians of the Early American Republic, Baltimore, July, 2012.

"*Performing Resistance to slavery amidst limits on freedom of the press and speech: widening our historical vision of the debates over slavery in the early British empire*" paper for the Society of Early Americanists Conference called "Triumph in my Song" University of Maryland, May, 2012.

"*The Myth of "Salutary Neglect": Empire and Revolution in the Long Eighteenth Century,*" at the North American Conference on British Studies, November, 2011.

"*J.R. Pole and the Historiography of Consent,*" presentation for roundtable on Pole at Society for Historians of the Early American Republic, Philadelphia, July 2011.

"*Willing Women*" presentation for Conference on Married Women and the Law, Halifax, Nova Scotia, June 2011.

"*Legally Bound*" for panel on Chris Tomlins' *Freedom Bound: Law, Labor, and Civic Identity*

Brewer Exs. Page 011

*in Colonizing English America, 1580-1865* at the Law and Society Association Conference, San Francisco, June 2011.

"*Transforming Coverture: Contesting Personal and Political authority in the common law of the early modern Anglo Atlantic, 1550-1820*" American Society for Legal History Conference, Dallas, TX, November 2009.

"'*Baptized, Catechized, and Bred Christians': Tracing Subjects, Slaves, Suffrage and Sovereignty through the religious debates of the Early British Atlantic*" at "The Early Chesapeake: Reflecting Back, Projecting Forward," a conference supported by the Omohundro Institute at St. Mary's City, Maryland, November, 2009.

"*Slavery and 'Inheritable Blood' in the Wake of the Glorious Revolution: The Struggle over Locke's Virginia Plan of 1698*", given in short form at the National Association of British Studies Meeting, Cincinnati, Ohio, September, 2008 and the American Society for Legal History, Ottowa, Ontario, November 2008.

"*Transforming the Common Law of Domestic Relations, England and America, 1550-1830,*" Berkshire Conference of Women's Historians, Minneapolis, June, 2008.

"*A Royalist Slave Code? Political Ideology, Lineage and Slavery in Seventeenth Century Virginia and the British Atlantic*" 14th-annual Omohundro Institute of Early American History and Culture Conference, Boston, June, 2008 (I gave the same paper at the Virginia Forum in Lynchburg, Virginia, April, 2008).

"*William Fitzhugh's Royalist Slave Code: Rethinking the Connections between Hereditary Status, Land, and Slavery in Seventeenth-Century Virginia,*" American Society for Legal History Conference, Baltimore, November 2006.

"*The Historical Links between Children, Justice, and Democracy,*" Hamline University Law School, Minneapolis, for Conference on the Past, Present and Future Role of Children and their Participation and Protection in American Law, April 2006.

"*Dependents and Independence: Reconsidering the Principles of the American Revolution,*" Consortium on the Revolutionary Era, Atlanta, March 2006.

Forum on my book, Huntington Library, February, 2006.

"*Tocqueville as Historian of Democracy and Aristocracy in America,*" Conference Commemorating the 200th Anniversary of Tocqueville's Birth, Cerisy and Paris, May 2005, New Haven, September 2005.

"*The Transformation of Domestic Law in Early America,*" Triangle Early American History Seminar, October, 2004.

"*Perpetual Slavery, Land, and Status: Reconsidering the English Legacy of Liberty and Authority in the Colonial South,*" Triangle Early American History Seminar, March, 2003.

"*Reconsidering the Colonial Chesapeake: Historiographic Reevaluations,*" at the Southern Historical Association, Baltimore, November, 2002.

"*From Children's Labor to Custody: The American Revolution and Welfare Policy in Virginia,*" for conference on "Proper and Instructive Education": Children Bound to Labor in Early America," McNeil Center for Early American History, Philadelphia, November, 2002.

"*Marriage 'under the age of Consent': Reconsidering Women's and Children's lives in Seventeenth-Century Virginia and England,*" paper presented for the Jamestown Institute, Jamestown, Virginia, September, 2002.

"*Perpetual Slavery, Land, and Status: Reconsidering the Laws of Perpetuities and their Connections to Religious and Political Ideology in Colonial America,*" American Society for Legal History, Chicago, November, 2001.

"*Power and Authority in the Colonial South: The English Legacy and its Contradictions,*" for the 26th Annual Porter L. Fortune, Jr. History Symposium on the theme "Britain and the American South: Encounters and Exchanges from the Colonial Times to the Present" at the University of Mississippi, October, 2001.

"*Revolutionary Ideology and the Decline in Apprenticeship: Reconsidering Welfare Policy in Virginia, 1750-*

11

*1820"* at a conference on "Pauper Apprenticeship in Early America," Toledo, Ohio, September, 2001.

*"The Politics of Consent and the Legal Status of Children: The Emergence of Parental Custody in England and America, 1550-1820,"* Seventh Annual Omohundro Institute of Early American History and Culture Conference, Glasgow, Scotland, July, 2001.

with Vern Bullough, *"'She Feared a Sin': Girls and Sex in Virginia and England, 1550-1820,"* at the McNeil Center for Early American Studies/Omohundro Institute of Early American History and Culture Conference on Sexuality in Early America, Philadelphia, June, 2001.

*"Understanding Intent: Children and the Transformation of Culpability in England and America, 1550-1820,"* University of Pennsylvania Law School and McNeil Center for Early American Studies, September, 1999.

*"Who Invented Kids?,"* Colonial Williamsburg Symposium on "The American Family that Never Was," November, 1997.

*"Children, Citizenship, and the American Revolution,"* Organization of American Historians, San Francisco, April, 1997.

*"Without Reason? Children, Testimony, and Consent in Early America,"* Conference on the Many Legalities of Early America, Institute of Early American History and Culture, Williamsburg, November, 1996.

*"Children and Crime: Defining Intent in Early America,"* Social Science History Conference, New Orleans, October, 1996.

*"Constructing Consent: Political Legitimacy and the Legal Status of Children in Early America,"* Institute of Early American History and Culture, Williamsburg, Virginia, May, 1995.

*"Dynamics of Politics in the Colonial South: Patriarchal Elements,"* Historical Society of North Carolina, Greensboro, North Carolina, April, 1995.

*"Confronting Rural Poverty: The Transformation of Welfare Policy in Frederick County, Virginia, 1750-1820,"* Conference on After the Backcountry: Rural Life and Society in the Nineteenth-Century Valley of Virginia, Virginia Military Institute, Lexington, Virginia, March, 1995.

*"Republican Ideology and Apprenticeship Policy in Virginia: A Shift in Social Welfare Policy?"* Social Science History Conference, Atlanta, Georgia, October, 1994.

*"Children's Labor and Children's Citizenship: Poor Apprenticeship and the Increase of Parental Custody Rights in the New Republic,"* North American Labor History Conference, Wayne State University, Detroit, Michigan, October, 1993.

*"Limiting and Developing Individual Consent: Children and Eighteenth-Century Political Thought,"* Society for the History of the Early American Republic, UNC-Chapel Hill, July 1993.

*"Beyond Education: Thomas Jefferson's 'Republican' Revision of the Laws Regarding Children,"* Conference on Thomas Jefferson and the Education of a Citizen in the American Republic, Library of Congress, Washington, D.C., May, 1993.

*"Under the Protection of the State?: Limits on the Power of Parents and Masters Over Children 1750-1820,"* Huntington Library, San Marino, California, March, 1993.

*"'In Reasonable and Moderate Manner Only': Protecting Children from Abuse in American Courts in the Eighteenth Century,"* South Central Society for 18th Century Studies, Louisiana State University, Baton Rouge, March, 1993.

*"'Why, Philip, Have Mercy': Protection of Children from Abuse in Massachusetts, Pennsylvania and Virginia, 1750-1820,"* Western Society for 18th Century Studies, University of California at Santa Barbara, February, 1993.

*"Children in the Age of Reason: How Children's Place in Political Theory Shaped the Qualifications for Citizenship,"* Midwestern Society for 18th Century Studies, Toledo, October, 1992.

<u>Commentator (partial)</u>

Commentator, Chair & Organizer for panel on "Vast Early America and American Exceptionalism" at AHA in New York City, January 2020.

Commentator for panel at ASLH in Boston, November 2019.

Commentator for panel on Capitalism and Property in the British Empire at NACBS November 2019.

Commentator for panel on "Agitators for Citizenship in Antebellum America: Toward a New History of African American Citizenship," American Historical Association Annual Meeting, Chicago, January 2019.

Commentator for panel on Chesapeake at Conference on Region and Nation in American Histories of Race and Slavery, co-sponsored by the Omohundro Institute of Early American History and Culture and the Smith Library at Mt. Vernon, Mt. Vernon, October 2016.

Commentator for roundtable for book by Robert J. Cottroll "*The Long Lingering Shadow: Slavery, Race and Law in the American Hemisphere*," American Society for Legal History, October 2015.

Commentator for panel on the "Boundaries of Citizenship in the New American Republic" at SHEAR, Philadelphia, July, 2014.

Commentator and Chair of panel on "Women, Children, Slavery and the Law in North and South America" at the Berkshire Conference of Women's Historians, Toronto, May, 2014.

Discussant for conference on the British Empire in the Seventeenth and Eighteenth Centuries, Huntington Library, Pasadena, January, 2010.

Discussant for panel "Outsiders looking in" for Southern Association for Women's Historians, Columbia, South Carolina, June, 2009.

Discussant for paper on women in early Virginia at the Symposium on Early Virginia, Charlottesville, August, 2007.

Discussant for panel on inheritance law in Early America for Eleventh Annual Institute Conference, Santa Barbara, June 2005.

Discussant for panel on dependence in Colonial Virginia for Eighth Annual Institute Conference, June 2002.

Discussant for panel on Virginia and Florida in the Atlantic Economy at a Conference on the Emergence of the Atlantic Economy, Charleston, October, 1999.

Discussant/Chair for panel on Women in the New Republic, at Society of Early Americanists Conference, Charleston, March, 1999.

Discussant/Chair for "Children and the Law in Early America" a panel at the American Society for Legal History annual meeting, Minneapolis, October, 1997.

Discussant for paper "Women, Economic Opportunity, and Wealth Accumulation Strategies on the Frontier," at the Economic History Association, Durham, September, 1998.

*Book Reviews (selected)*

Abigail L. Swingen, *Competing Visions of Empire: Labor, Slavery, and the Origins of the British Atlantic Empire* (Yale, 2015), in *William & Mary Quarterly* 74 (2017): 808-811.

Christopher Tomlins, Freedom Bound: Law, Labor, and Civic Identity in Colonizing English America, 1580-186, *Law & Society Review* (2012) 46: 651-654.

Rhys Isaac, Landon Carter's Uneasy Kingdom: Revolution and Rebellion on a Virginia Plantation, *North Carolina Historical Review*, 82 (2005), 260-261.

Linda Sturtz, Within Her Power: Propertied Women in Colonial Virginia, *Viriginia Magazine of History and Biography*, 112 (2004): 304-306.

Terry Snyder, Brabbling Women: Disorderly speech and the law in early Virginia, *Journal of American History* 91 (2004), 991.

Gillian Brown, The Consent of the Governed: The Lockean Legacy in Early American Culture, *William and Mary Quarterly*, 60 (2003), 235-238.

Peter S. Onuf, Jefferson's Empire: The Language of American Nationhood for H-SHEAR, January, 2001.

Richard A. Chused, Private Acts in Public Places:  A Social History of Divorce in the Formative Era of American Family Law, *Law and History Review* 15 (1997), 185-8.

Marvin L. Michael Ray and Lorin Lee Cary <u>Slavery in North Carolina, 1748-1775</u>, *North Carolina Historical Review* 73 (1996), 242-3.

## Professional Organizations and Responsibilities

Littleton Griswold Prize Committee (for the best book in Legal History), American Historical Association, 2021-2024. Chair 2023-2024.

Council, McNeil Center for Early American History, Philadelphia, 2021--.

Co-Editor for American Society for Legal History book series, *Studies in Legal History*, which publishes with Cambridge University Press, 2010-2021.

Co-Chair of Membership Committee, American Society for Legal History, 2019--.

National History Center, Program Committee, committee of the American Historical Association 2014--.

Co-organizer, Washington Early American Seminar Series, a group that meets monthly during term time, 2011–.

Co-organizer, Washington Early American Seminar Mini-Conference (via zoom), October 2020. Omohundro Institute "Coffeehouse" Coordinator on "Slavery, Law, & Power" April-June 2021.

Member of Fellowship Committee, Huntington Library, 2020/21.

Chair of Clifford Prize Committee, American Society for Eighteenth Century Studies, 2020 (member of that committee, 1999).

Council of the Omohundro Institute for Early American History and Culture, Fall 2012-2015. Member of the Constitutional Revision Committee 2013-2014, Chair of Inclusive Practices sub-committee on Publications & Outreach, 2019--.

Chair of Website Redesign Committee for the American Society for Legal History, 2013-2014, member of that committee 2018—.

Member of editorial board for *Law & History Review*, 2010—.

Reviewer of manuscripts for UNC Press, Chicago, Yale & other presses.

Reviewer for National Humanities Center Fellowships 2012--.

Reviewer of fellowship applications for National Endowment for Humanities, 2012, 2019.

Co-organizer of Conference on "Restoration and Empire" with Laura Rosenthal in English, University of Maryland, College Park, April, 2016.

American Society for Legal History, local arrangements committee, Washington DC, 2015.

American Historical Association, Chair of Teaching Prize Committee, 2009-2012.

Co-organizer of a conference, "Political Arithmetick" of empires in the Early Modern Atlantic, a conference co-sponsored by the Omohundro Institute of Early American History and Culture and the Department of History, University of Maryland, March 17-19, 2012.

Coordinator of the Early Americas Workshop, a Washington area group that brings together scholars of the Americas for quarterly meetings, with support from the Kislak foundation., 2011-2012, member of board 2012-2014.

Organizer of the *Triangle Early American History Seminar*, a group that includes faculty and graduate students from all area universities and visiting scholars at the National Humanities Center. We met monthly to discuss our work and that of visiting scholars, 1997–2011.  From Spring 2007, I co-organized with Kathleen Duval of UNC.

Program Committee for the Organization of American Historians Annual Meeting, Houston, 2011, member of local arrangements committee for Annual Meeting, Washington DC 2020.

Program Committee for the American Society for Legal History, Philadelphia 2010.

Board of Directors for the American Society for Legal History, 2010-2012.

Prize Committee for the Cromwell Dissertation Prize, American Society for Legal History, 2007, Cromwell Book Prize, 2008, 2009.

Prize Committee for the Biennial Order of the Coif Book Award, 2008-2009.

Program Committee for Thirteenth Annual Institute of Early American History and Culture Conference, Jamestown, June 2007.

Advisory Editorial Committee, *North Carolina Historical Review*, 2001-2004.

Program Committee for American Society for Legal History Annual Conference, 2003.

Referee for articles, *Law and History Review*, 2000--.

Referee for book manuscripts, University of Pennsylvania Press, University of Georgia Press, UNC Press, and others.

Advisory Board, American Society for Eighteenth Century Studies On-Line project, 2000-2001.
Advisory Board, H-SHEAR, 2000-2004.
Member, Program Board for Third Annual Institute of Early American History and Culture
    Conference, June, 1997.
American Historical Association 1987--.
Omohundro Institute for Early American History and Culture 1990–.
McNeil Center for Early American History 2006–.
American Society for Legal History 1992--.
    Organization of American Historians 1987--.
Social Science History Association 1994-5, 1996-7.
General Editor, *UCLA Historical Journal* 1989-93.  Book review editor 1991-2.
Institute of Historical Research, University of London, Member, 1992--.

## University Administrative Experience & Advising

Elected Representative for Council of University System Faculty, University System of Maryland,
    2021-2024.
    Chair, Legislative Affairs Committee 2021-2022.
    Chair, Council of University System Faculty, 2022-2023.
Director, Undergraduate Studies History Department, 2022--.
Senator for University Senate, UMD-College Park, 2019-2022.
Co-Chair of UMD-PACT committee on Open & Expanded Access for UMD Libraries 2020--.
President of UMD Chapter of AAUP American Association of University Professors) 2021-22;
    Vice-President of AAUP (UMD Chapter 2020-2021--.
Member of ERG (Elections, Representation, and Governance) Committee of University Senate,
    UMD-College Park, 2019-2021.
Member of Committee on Library Strategic Plan 2019-2020.
Director of Honors Program, Department of History, UMD, 2013-2018.
University Senate Library Committee, 2016-2018.
Search Committee in U.S. Military History, UMD, 2017-2018.
Summer Research Fellowship Selection Committee, UMD graduate school, spring 2017.
Committee on Restructuring the Graduate School, University of Maryland, 2016-2017.
Miller Center Board member, Department of History, UMD, 2011-2018.
Graduate Committee, UMD History Dept., 2012-2016 (break during 2014/2015 year).
Chair, Collegiate Council, College of Arts & Humanities, 2012-2014.
Chair, Search Committee for Associate Director of the new scholars program in "Justice and
    Legal Thought," Fall, 2013.
Search Committee on America and the World, UMD History Dept., 2012-2013.
Undergraduate Committee, UMD History Dept., 2012-14.
Dean's Senior Scholar Prize Committee, UMD, 2011-2012.
Chair of Tenure Committee for Richard Bell, 2011-2012.
Chancellor's Dissertation Prize Committee Member UMD, 2011-2012.
Undergraduate Advisor, NC State 2002–2010 (won award for best in college, 2005).
Search Committee in British/British Atlantic History, NC State, 2006-7.
Search Committee in American Environmental History, NC State, 2003-4.
Search Committee in pre-1800 North American History, Duke University, 2001-2002.
Strategic Planning Committee (NC State), History Department, 1995-2000, 2003-2010.
University Bookstore Committee (NC State), 1999-2002 (Chair, 2001-2002).
Graduate Committee (NC State), History Department, 1995-97, 1998-2000, 2001-2003.
Curriculum Committee (NC State), History Department, 2001-2003, Chair 2002-2003.
Martin Luther King Committee (NC State), 1998-2001.
Taskforce on Family Leave Policy (NC State), 1999-2000.
Budget Committee (NC State), History Department, 1998-2000.
Advisor, History Club (NC State), 1996-97, 1999-2000.
Erika Fairchild Committee (NC State), 1996-97.

Brewer Exs. Page 016

Speakers and Ceremonies Committee (NC State), History Department, 1996-97.
Academic Senate (UCLA), Graduate Division, Graduate Representative 1991-92, 1992-93.
Graduate Students Association (UCLA), Forum Representative, 1989-90 and 1990-91.
Social Science Council (UCLA), History GSA Representative, 1989-92.

## References

Professor Ruth Bloch, UCLA (emeritus), Early American History

Professor John Brewer, California Institute of Technology (emeritus), British History

Professor Sarah Barringer Gordon, University of Pennsylvania, Arlin M. Adams Professor of Constitutional Law and a Professor of History

Professor Michael Grossberg, Indiana University, Bloomington, American Legal History

Professor David Konig, Washington University in St. Louis, Early American History and Law

Professor Bruce Mann, Carl F. Schipper, Jr. Professor of Law at Harvard Law School

Professor Mary Beth Norton, Cornell (emeritus), Mary Donlon Alger Professor of American History

Professor Carole Pateman, UCLA (emeritus), Political Theory

Professor Jack Rakove, Stanford, W. R. Coe Professor of History and American Studies, Professor of Political Science, Professor, by courtesy, of Law.

Christopher Tomlins, Elizabeth J. Boalt Professor of Law, Berkeley Law, Jurisprudence and Social Policy Program

16

# EXHIBIT B

Exhibit B  1792 Federal Militia Statute, as Published in the *Columbian Centinel*

# Columbian  Centinel.

Printed and published, on WEDNESDAYS and SATURDAYS, by BENJAMIN RUSSELL, in *State-Street*, BOSTON, MASSACHUSETTS.

| Whole No. 856.] | SATURDAY, JUNE 2, 1792. | [No. 24, of VOL. XVII. |

---

## LAWS of the UNITED STATES,

PUBLISHED

## By Authority.

SECOND

CONGRESS of the UNITED STATES:

AT THE FIRST SESSION,

Begun and held at the City of *Philadelphia*, in the State of *Pennsylvania*, on Monday the twenty-fourth of *October*, one thousand seven hundred and ninety-one.

*An ACT more effectually to provide for the National Defence by establishing an uniform Militia throughout the United States.*

BE it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That each and every free able-bodied white male citizen of the respective states, resident therein, who is or shall be of the age of eighteen years, and under the age of forty-five years (except as is herein after excepted) shall severally and respectively be enrolled in the militia...

*[The remainder of the page consists of the full text of the Militia Act of 1792 and a subsequent act, printed in three dense columns in archaic type, concluding with the following signatures:]*

JONATHAN TRUMBULL, *Speaker of the House of Representatives.*
RICHARD HENRY LEE, *President pro tempore of the Senate.*

APPROVED, May eighth, 1792.

G° WASHINGTON,
*President of the United States.*

Deposited among the rolls in the office of the Secretary of State.
TH: JEFFERSON, *Secretary of State.*

*An ACT relative to the compensations to certain Officers employed in the collection of the Duties of Impost and Tonnage.*

BE it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled, That from and after the last day of June next, in addition to the fees and emoluments which now accrue to the officers employed in the collection of the duties of impost and tonnage, by the provisions already made, they shall severally have, and collect and sue therefor in offices...

# EXHIBIT C



# HEINONLINE

DATE DOWNLOADED: Sun Mar 12 19:38:36 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Acts and Laws of the State of Connecticut, in America (1796).

ALWD 7th ed.
. Acts & Ls of the State of Connecticut, in America (1796).

APA 7th ed.
(1796). Acts and Laws of the State of Connecticut, in America. Hartford, Printed by
Hudson and Goodwin.

Chicago 17th ed.
Acts and Laws of the State of Connecticut, in America. Hartford, Printed by Hudson
and Goodwin.

McGill Guide 9th ed.
Acts & Ls of the State of Connecticut, in America (Hartford: Printed by Hudson and
Goodwin., 1796)

AGLC 4th ed.
Acts and Laws of the State of Connecticut, in America (Printed by Hudson and
Goodwin., 1796

MLA 9th ed.
Acts and Laws of the State of Connecticut, in America. Hartford, Printed by Hudson
and Goodwin. HeinOnline.

OSCOLA 4th ed.
Acts and Laws of the State of Connecticut, in America. Hartford, Printed by Hudson
and Goodwin.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

## An Act for preferving due Order in Town-Meetings, Society-Meetings, and in the Meetings of other Communities ; and for preventing Tumults therein.

**Preamble.** *WHEREAS the Peace and good Order of Towns, Societies and other Communities do very much depend on their peaceably and orderly carrying on and managing their Affairs in their Meetings, and their regularly proceeding therein.* Therefore,

PAR. 1. **B**E it enacted by the Governor and Council, and House of Reprefentatives, in General Court affembled, That when any Town, Society or Proprietors Meeting, or the Meeting of any other Community is lawfully affembled, if any Perfon or Perfons whatfoever, fhall in fuch Meeting or Affembly, by tumultuous Noife, Quarrelling, or by any unlawful Act, difturb fuch Meeting, or hinder the Members thereof from proceeding in an orderly and peaceable Manner to the Choice of their Moderator, or after the Choice of fuch Moderator, fhall vilify or abufe him, or interrupt him in the Difcharge of his Truft ; or after he hath commanded Silence in fuch Meeting, fhall fpeak in the Meeting to the Difturbance of the Bufinefs of the Meeting, without the Moderator's Leave firft had and obtained, (unlefs it be to afk reafonable Liberty to fpeak) fuch Perfon or Perfons fo offending in any of the Particulars above-mentioned, contrary to the Intent of this Act, fhall for every fuch Offence forfeit and pay a Fine of *Eighty Four Cents* to the Treafurer of the Town where the Offence is committed.

**Penalty for difturbing any meeting, &c.**

2. All Offences againft this Act to be heard and determined by any one Affiftant or Juftice of the Peace ; unlefs the Offence be aggravated by fome notorious Breach of Peace : in which Cafe the Offenders fhall be bound over by fuch Affiftant or Juftice, to the next County Court, to anfwer for fuch Offence : Which Court may impofe fuch Fine as the Aggravations of the Offence, in their Judgment deferves ; not exceeding *Thirty Four Dollars.*

**Triable by an affiftant or juftice.**

3. And that no fuch Meeting fhall be adjourned, but by the major Part of the Members prefent.

**Adjournments to be by major part.**

## An Act for forming and conducting the Military Force of this State, conformable to the Act of Congrefs, paffed the eighth Day of *May*, A. D. 1792, which is as follows :—" An Act more effectually to provide for the National Defence, by eftablifhing an uniform Militia throughout the United States."

[ENACTED IN OCTOBER 1792.]

SECTION I. " **B**e it enacted by the Senate, and Houfe of Reprefentatives, of the United States of America, in Congrefs affembled, That each and every free able bodied white

Male Citizen, of the respective States, resident therein, who is or shall be of the Age of eighteen Years, and under the Age of forty-five Years (except as is herein after excepted) shall severally and respectively be inrolled in the Militia, by the Captain or Commanding Officer of the Company, within whose Bounds such Citizen shall reside; and that within twelve Months after the passing of this Act, it shall at all Times hereafter be the Duty of every such Captain, or Commanding Officer of a Company, to enroll every such Citizen, as aforesaid; and also those who shall, from Time to Time, arrive at the Age of eighteen Years, and under the Age of forty-five Years (except as before excepted) shall come to reside within his Bounds; and shall without delay notify each Citizen of the said Enrolment, by a proper Non-commissioned Officer of the Company, by whom such Notice may be proved—That every such Citizen so enrolled and notified, shall, within six Months thereafter provide himself with a good Musket or Firelock, a sufficient Bayonet and Belt, two spare Flints and Knapsack, a Pouch with a Box therein to contain twenty-four Cartridges, suited to the bore of his Musket or Firelock, each Cartridge to contain a proper quantity of Powder, and Ball; or with a good Rifle, Knapsack, Shot-pouch, and Powder-Horn, twenty Balls suited to the bore of his Rifle, and a quarter of a Pound of Powder, and shall appear so armed, accoutred and provided, when called out to Exercise, or into Service, except that when called out on Company Days to Exercise only, he may appear without a Knapsack. That the Commission Officers shall severally be armed with a Sword or Hanger, and Espontoon; and that from and after five Years from the passing this Act, all Muskets for arming the Militia, as herein required, shall be of bores sufficient for Balls of the eighteenth part of a Pound; and every Citizen so enrolled and providing himself with the Arms, Ammunition and Accoutrements, required as aforesaid, shall hold the same exempt from all Suits, Distresses, Executions, or Sales for Debt, or for the payment of Taxes."

*Militia how & by whom to be enrolled.*

*How to be armed and accoutered,*

Sec. II. "*And be it further enacted,* That the Vice-President of the United States; the Officers, Judicial and Executive, of the United States; the Members of both Houses of Congress, and their respective Officers; all Custom-House Officers, with their Clerks; all Post-Officers, and Stage-drivers, who are employed in the Care and Conveyance of the Mail of the Post-Office of the United States; all Ferrymen employed at any Ferry on the Post Road; all Inspectors of Exports; all Pilots; all Mariners actually employed in the Sea Service of any Citizen or Merchant within the United States; and all Persons who are, or may hereafter be exempted by the Laws of the respective States, shall be, and are hereby exempted from Military Duty; notwithstanding their being above eighteen, and under the Age of forty-five Years."

*Executive officers, &c. exempted.*

Sec. III. "*And be it further enacted,* That within one Year after the passing this Act, the Militia of the respective States shall be arranged into Divisions, Brigades, Regiments, and Companies,

*Militia how to be arranged,*

as the Legiflature of each State fhall direct; and each Divifion, Brigade, and Regiment, fhall be numbered at the formation thereof, and a Record made of fuch Numbers in the Adjutant-General's Office in the State; and when in the Field, or in Service of the State, each Divifion, Brigade, and Regiment, fhall refpectively take Rank according to their Numbers, reckoning the firft or loweft Number higheft in Rank. That if the fame be convenient, each Brigade fhall confift of four Regiments, each Regiment of two Battalions, each Battalion of five Companies each Company of fixty-four Privates. That the faid Militia fhall be officered by the refpective States, as follows: To each Divifion one Major-General, and two Aids-de-camp, with the Rank of Major; to each Brigade, one Brigadier-General, with one Brigade-Infpector, to ferve alfo as Brigade-Major, with the Rank of Major; to each Regiment, one Lieutenant-Colonel-Commandant; and to each Battalion one Major; to each Company one Captain, one Lieutenant, one Enfign, four Sergeants, four Corporals, one Drummer, one Fifer or Bugler. That there fhall be a Regimental Staff, to confift of one Adjutant, one Quarter-Mafter to Rank as Lieutenant, one Pay-Mafter, one Surgeon and Surgeon's Mate, one Sergeant-Major, one Drum-Major, and one Fife-Major."

*by whom officered.*

SEC. IV. *"And be it further enacted,* That out of the Militia enrolled as is herein directed, there fhall be formed for each Battalion, at leaft one Company of Grenadiers, Light Infantry, or Riflemen; and that to each Divifion, there fhall be at leaft one Company of Artillery, and one Troop of Horfe. There fhall be to each Company of Artillery, one Captain, two Lieutenants, four Sergeants, four Corporals, fix Gunners, fix Bombardiers, one Drummer, and one Fifer; the Officers to be armed with a Sword or Hanger, Fufee, Bayonet and Belt, with a Cartridge-Box, to contain twelve Cartridges; and each Private or Matrofs, fhall furnifh himfelf with all Equipments of a Private in the Infantry, until proper Ordnance and Field Artillery is provided. There fhall be to each Troop of Horfe, one Captain, two Lieutenants, one Cornet, four Sergeants, four Corporals, one Sadler, one Farrier, and one Trumpeter. The commiffioned Officers to furnifh themfelves with good Horfes, of at leaft fourteen Hands and a half high, and to be armed with a Sword and pair of Piftols, the Holfters of which to be covered with Bearfkin Caps; each Dragoon to furnifh himfelf with a ferviceable Horfe, at leaft fourteen Hands and a half high, a good Saddle, Bridle, Mail Pillion and Valeife, Holfters, and a Breaftplate and Crupper, a pair of Boots and Spurs, a pair of Piftols, a Sabre, and Cartridge-Box to contain twelve Cartridges for Piftols. That each Company of Artillery and Troop of Horfe, fhall be formed of Volunteers from the Brigade, at the Difcretion of the Commander in Chief of the State, not exceeding one Company of each to a Regiment, nor more in Number than one eleventh Part of the Infantry; and fhall be uniformly cloathed in Regimentals, to be furnifhed at their own Expence, the colour and fafhion to be determined by

*Each battalion to have one company of grenadiers, &c and one company of artillery.*

*Officers how to be armed.*

*Troops of horfe how officered &c.*

*Artillery and horfe of whom to be formed;*

*to be uniformly clad at their own expence.*

the Brigadier commanding the Brigade to which they belong."

Sec. V.  " *And be it further enacted*, That each Battalion and Regiment, shall be provided with a State and Regimental Colours by the Field Officers ; and each Company with a Drum and Fife, or Bugle Horn, by the commissioned Officers of the Company, in such Manner as the Legislature of the State shall direct." **What colours &c. and by whom to be furnished.**

Sec. VI.  " *And be it further enacted*, That there shall be an Adjutant-General appointed in each State, whose Duty it shall be to distribute all Orders from the Commander in Chief of the State, to the several Corps ; to attend all public Reviews when the Commander in Chief of the State shall review the Militia, or any Part thereof ; to obey all Orders from him relative to carrying into execution, and perfecting the System of Military Discipline established by this Act ; to furnish blank Forms of different returns that may be required, and to explain the principles on which they shall be made ; to receive from the several Officers of the different Corps throughout the State, returns of the Militia under their command, respecting the actual situation of their Arms, Accoutrements and Ammunition, their Delinquences, and every other Thing which relates to the general advancement of good Order and Discipline : All which the several Officers of the Division, of the Brigades, Regiments, and Battalions, are hereby required to make in the usual Manner, so that the said Adjutant-General may be duly furnished therewith ; from all which Returns he shall make proper Abstracts, and lay the same annually before the Commander in Chief of the State." **Adjutant general in each state his duty.**

Sec. VII.  " *And be it further enacted*, That the Rules of Discipline approved and established by Congress in their Resolutions of the 29th of *March*, 1779, shall be the Rules of Discipline, to be observed by the Militia throughout the United States, except such deviations from the said Rules as may be rendered necessary by the requisitions of this Act, or by some other unavoidable Circumstances. It shall be the Duty of the Commanding Officer, at every muster, whether by Battalion, Regiment, or single Company, to cause the Militia to be exercised and trained, agreeably to the said Rules of Discipline." **Rules of discipline.**

Sec. VIII.  " *And be it further enacted*, That all the Commissioned Officers shall take rank according to the Date of their Commissions ; and when two of the same grade bear an equal Date, then their rank to be determined by lot, to be drawn by them, before the Commanding Officer of the Brigade, Regiment, Battalion, Company, or Detachment." **Officers how to take rank.**

Sec. IX.  " *And be it further enacted*, That if any Person whether Officer or Soldier, belonging to the Militia of any State, and called out into Service of the United States, be wounded, or disabled while in actual Service, he shall be taken care of and provided for at the public Expence." **Provision in case of wounds &c.**

Sec. X.  " *And be it further enacted*, That it shall be the Duty of the Brigade-Inspector, to attend the Regimental and Battalion Meeting of the Militia, composing the several Brigades during the Time of their being under Arms, to inspect their Arms, **Brigade inspector's duty.**

## *ACTS AND LAWS.*

Ammunition, and Accoutrements ; fuperintend their Exercife and Manouvres, and introduce the Syftem of Military Difcipline before defcribed, throughout the Brigade, agreeable to Law ; and fuch Orders as they fhall from Time to Time receive from the Commander in Chief of the State ; to make Returns to the Adjutant-General of the State, at leaft once in every Year, of the Militia of the Brigade, to which he belongs ; reporting therein the actual fituation of the Arms, Accoutrements, and Ammunition, of the feveral Corps ; and in every other Thing which in his judgment relates to their Government, and the general advancement of good Order and Military Difcipline. And the Adjutant-General fhall make a Return of all the Militia in the State, to the Commander in Chief of the faid State, and a duplicate of the fame to the Prefident of the United States."

" And whereas fundry Corps of Artillery, Cavalry, and Infan-

**Artillery, &c. now exifting.** try, now exift in feveral of the faid States, which by the Laws, Cuftoms and Ufages thereof, have not been incorporated with, or fubject to the general Regulations of the Militia."

**To retain their privileges.** Sec. XI. " *Be it further enacted,* That fuch Corps retain their accuftomed Privileges, fubject neverthelefs to all other Duties required by this Act, in like Manner with the other Militia."

JONATHAN TRUMBULL, *Speaker*
*of the Houfe of Reprefentatives.*
RICHARD HENRY LEE, *Prefident*
*pro tempore of the Senate.*

APPROVED MAY THE EIGHTH, 1792.

GEORGE WASHINGTON, *Prefident*
*of the United States.*

*IN purfuance of which Act, and to carry the fame into execution agreeably to the requirements thereof,*

**Captain General and Lieutenant General.** Par. 1. BE it enacted by the Governor and Council, and Houfe of Reprefentatives, in General Court affembled, That the Governor of this State, for the Time being, fhall be Captain-General and Commander in Chief, of all the Military Force in this State ; and that the Lieutenant Governor fhall be Lieutenant-General of the fame.

2. And that all Citizens in this State, required by faid Act of Congrefs, except Members of the Council of the Houfe of Reprefentatives, for the Time being ; the State Treafurer, and Secre-

**Perfons exempted from military duty.** tary ; Juftices of the Peace ; Field, Commiffioned, and Staff Officers, honorably difcharged ; Minifters of the Gofpel ; the Prefident, Profeffors, and Tutors of College, and Students, till the Time of taking their fecond Degrees ; Phyficians and Surgeons ; Select-men ; conftant School Mafters ; one Miller to each Grift-Mill, being approved by the Select-men, and having a certificate thereof ; Sheriffs and Conftables ; conftant Ferrymen ; non-commiffioned Officers who have removed out of the Limits of their command and are not re-appointed, or fuch as have been honorably difcharged ; and fuch non-commiffioned Officers and Soldiers, as

inlifted during the War, in the late War, and were honorably difcharged; and all fuch as are exempt by fpecial Act or Refolve of this Affembly; fhall be enrolled in Companies as therein directed, and formed into Regiments, Brigades, and Divifions, in the following manner, viz.

3. Thofe in the Town of Hartford, (the Governor's Company of Horfe Guards, and Company of Cadets excepted, which fhall 1ft. Regt. be under the immediate command of the Captain General) thofe in the Town of Windfor (exclufive of what lies in the Society of Turkey-Hills, in faid Windfor,) and thofe in that part of Farmington lying in the Society of Wintonbury fhall conftitute the firft Regiment.

4. Thofe in the Town of New-Haven, Eaft-Haven, North-Haven, and Hamden; (except the Governor's Guard in New-Haven, who are under the immediate command of the Captain-General) fhall conftitute the fecond Regiment. 2d. Regt.

5. Thofe in the Towns of New-London and Montville, fhall conftitute the third Regiment. 3d. Regt.

6. Thofe in the Towns of Fairfield, Wefton, and Redding, fhall conftitute the fourth Regiment. 4th Regt.

7. Thofe in the Towns of Windham, Hampton, (excepting the former bounds of Canterbury) Mansfield and Afhford, fhall conftitute the fifth Regiment. 5th Regt.

8. Thofe in the Towns of Wethersfield and Glaftenbury, and that part of Berlin formerly Wethersfield, fhall conftitue the fixth Regiment. 6th Regt.

9. Thofe in the Towns of Saybrook, Killingworth, and Haddam, fhall conftitute the feventh Regiment. 7th Regt.

10. Thofe in the Towns of Groton and Prefton, (except thofe in that Part of Prefton that was formerly Part of Norwich) fhall conftitute the eighth Regiment. 8th Regt.

11. Thofe in the Towns of Greenwich and Stamford, (except thofe in the Societies in Canaan, and Middlefex in Stamford) fhall conftitute the ninth Regiment. 9th Regt.

12. Thofe in the Towns of Wallingford, Chefhire, and Durham, fhall conftitute the tenth Regiment. 10th Regt.

13. Thofe in the Towns of Pomfret, Woodftock, Killingly, Thompfon, and Brooklyn, (excepting the fouth Company and Artillery men) fhall conftitute the eleventh Regiment. 11th Regt.

14. Thofe in the Towns of Lebanon, Hebron, and the Company in the Society of Marlborough in Colchefter, and thofe in the Society of Andover, in Coventry, fhall conftitute the twelfth Regiment. 12th Regt.

15. Thofe in the Towns of Woodbury, Southbury, and Bethlem, (except that Part of Southbury included in Oxford Company) fhall conftitute the thirteenth Regiment. 13th Regt.

16. Thofe in the Towns of Salifbury, Canaan, and Norfolk, fhall conftitute the fourteenth Regiment. 14th Regt.

17. Thofe in the Towns of Farmington, Berlin, Briftol, and Southington (except the former Bounds of Wethersfield and Middletown, in Berlin) fhall conftitute the fifteenth Regiment. 15th Regt.

**16th Regt.** 18. Thofe in the Towns of Danbury, Brookfield, Newtown, New-Fairfield, (except that Part which now forms the North Company) and Ridgefield, (except that Part which now forms the South Company) fhall conftitute the fixteenth Regiment.

**17th Regt.** 19. Thofe in the Towns of Litchfield, Harwinton, and Torrington, fhall conftitute the feventeenth Regiment.

**18th Regt.** 20. Thofe in the Towns of Symfbury and Granby, and that Part of the Town of Windfor lying in the Society of Turkey-Hills, and Part of Suffield lying Weft of the Mountain, fhall conftitute the eighteenth Regiment.

**19th Regt.** 21. Thofe in the Towns of Eaft-Hartford, Bolton, Eaft-Windfor, and that Part of Ellington lying Weft of a line running North from the North-weft corner of Tolland to Somers, fhall conftitute the nineteenth Regiment.

**20th Regt.** 22. Thofe in the Towns of Norwich, Bozrah, Franklin, Lifbon, and that Part of Prefton that was formerly Part of Norwich, and that Part of Canterbury in Hanover Society, fhall conftitute the twentieth Regiment.

**21ft. Regt.** 23. Thofe in the Towns of Plainfield, Canterbury, Voluntown, and South Company, with the Artillery Men in Brooklyn, and that Part of Hampton formerly in Canterbury, and the South Company in Killingly, (except that Part of Canterbury in Hanover Society) fhall conftitute the twenty-firft Regiment.

**22d. Regt.** 24. Thofe in the Towns of Tolland, Stafford, Willington, Union, and Part of Ellington lying Eaft of a line running North from the North-Weft corner of Tolland to Somers, and Coventry (except Andover Society) fhall conftitute the twenty-fecond Regiment.

**23d. Regt.** 25. Thofe in the Towns of Middletown and Chatham, and Part of Berlin, formerly Middletown, fhall conftitute the twenty-third Regiment.

**24th Regt.** 26. Thofe in the Towns of Colchefter and Eaft-Haddam, (except the Society of Malborough in Colchefter) fhall conftitute the twenty-fourth Regiment.

**25th Regt.** 27. Thofe in the Towns of New-Hartford, Hartland, Winchefter, Barkhempftead and Colebrook, fhall conftitute the twenty-fifth Regiment.

**26th Regt.** 28. Thofe in the Towns of Watertown and Waterbury (except that Part of Waterbury included in Oxford Company) fhall conftitute the twenty-fixth Regiment.

**27th Regt.** 29. Thofe in the Towns of Guilford and Branford, fhall conftitute the twenty-feventh Regiment.

**28th Regt.** 30. Thofe in the Towns of Stratford and Huntington, fhall conftitute the twenty-eighth Regiment.

**29th Regt.** 31. Thofe in the Towns of Wafhington, New-Milford, Warren, Kent, and New-Fairfield North Society, fhall conftitute the twenty-ninth Regiment.

**30th Regt.** 32. Thofe in the Town of Stonington, fhall conftitute the thirtieth Regiment.

**31ft. Regt.** 33. Thofe in the Towns of Suffield, Enfield and Somers, (ex-

cept that Part of Suffield lying West of the Mountain) shall constitute the thirty-first Regiment.

34. Those in the Towns of Milford, Derby and Woodbridge, **32d. Regt.** and that Part of Southbury and Waterbury, in Oxford Company, shall constitute the thirty-second Regiment.

35. Those in the Town of Lyme, shall constitute the thirty-**33d. Regt.** third Regiment.

36. Those in the Towns of Norwalk, and that Part of Ridge-**34th Regt.** field that now includes the South Company, and those in the Societies of Canaan, and Middlesex, in Stamford, shall constitute the thirty-fourth Regiment.

37. Those in the Towns of Sharon, Cornwall, Goshen, and **35th Regt.** Part of Litchfield, and Kent, now forming a Company with Goshen and Cornwall, shall constitute the thirty-fifth Regiment.

38. And when by the division of Companies into Regiments, which hath or shall be made, it shall so happen that a Company **Where compa-** shall be divided, and Part put into one Regiment and Part into **nies are divi-** another ; in such Case the Minor Part of such Company, shall be-**ded.** long to the Regiment, to which the major Part belongs ; Any descriptions or division herein before contained notwithstanding.

39. That the first, eighteenth, nineteenth, twenty-second, and **1st. Brigade.** thirty-first Regiments, shall constitute the first Brigade.

40. That the second, seventh, tenth, twenty-seventh, and thir-**2d. Brigade.** ty-second Regiments, shall constitute the second Brigade.

41. That the third, eighth, twentieth, thirtieth, and thirty-**3d. Brigade.** third Regiments, shall constitute the third Brigade.

42. That the fourth, ninth, twenty-eighth, and thirty-fourth **4th Brigade.** Regiments, shall constitute the fourth Brigade.

43. That the fifth, eleventh, twelfth, and twenty-first Regi-**5th Brigade.** ments, shall constitute the fifth Brigade.

44. That the fourteenth, seventeenth, twenty-fifth, and thirty-**6th Brigade.** fifth Regiments, shall constitute the sixth Brigade.

45. That the sixth, fifteenth, twenty-third, and twenty-fourth **7th Brigade.** Regiments, shall constitute the seventh Brigade.

46. That the thirteenth, sixteenth, twenty-sixth, and twenty-**8th Brigade.** ninth Regiments, shall constitute the eighth Brigade.

47. That the first Division shall be composed of the first and **1st. Division.** seventh Brigades.

48. That the second Division shall be composed of the second **2d. Division.** and fourth Brigades.

49. That the third Division shall be composed of the third and **3d. Division.** fifth Brigades.

50. That the fourth Division shall be composed of the sixth and **4th Division.** eighth Brigades.

51. And that all Companies of Artillery, Grenadiers, and Light **Artillery, Gre-** Infantry, that now are or shall hereafter be raised, and Troops of **nadiers, Light** Horse hereafter to be raised, shall be attached and annexed to the **Infantry, and** Regiments, Brigades and Divisions, from which they were raised. **Troop of Horse** And that the establishment of the Companies of Light Dragoons, **to the Regi-** shall be forty, exclusive of Commission Officers ; and that no Of-**ments, &c.**

**from which they were raised.**
ficer of such Company shall recruit his Company of Dragoons from any Company of Artillery, or Troop of Horse—nor from any Company of Infantry, unless the same consist of more than sixty-four rank and file; but may enlist any exempts from military duty.

**Company of Artillery to consist of 30 Matrosses. Company of Horse to consist of forty.**

**Arms and Accoutrements.**
52. *And be it further enacted,* That each Company of Artillery shall consist of thirty Matrosses, exclusive of Commissioned and Non-Commissioned Officers; that each Troop of Horse shall consist of forty, exclusive of Commission Officers; that each Barrel of the Firelock, of the Infantry, shall be at least three feet and a half long, and furnished with a priming wire and brush; and each Sergeant and Corporal of the Infantry, shall furnish himself with a screw driver and worm, more than is required by said Act; and the Sabres of the Horsemen shall be four feet long.

**Officers by whom appointed and comissioned.**

**Commissions granted, and appointments made at one session to bear date the same day, &c. except, &c.**
53. *And be it further enacted,* That the General, and Field Officers, shall be appointed by the Legislature, and commissioned by the Governor—That the Captains and Subalterns, shall be nominated by their several Companies, the Commanding Officer first giving three days notice to the individuals of their Companies, that they are about to lead them to the choice of such commissioned Officers; and if approved of by the Legislature, shall be commissioned in like manner :—That the non-commissioned Officers shall be nominated by their several Companies, and shall have a warrant from the commanding Officer of the Regiment; which commanding Officer of the Regiment, has power to reduce to the ranks any non-commissioned Officer, upon complaint made, and due notice given, if he finds him guilty of misconduct, or neglect of duty :—That all commissions granted by the Governor, or appointments made by the Legislature, of Officers at one session of the Legislature, bear date the same day, (except where two Majors are appointed to one Regiment) in which case the dates of their commissions shall be according to the priority of their appointments.

**Captain general to appoint Adjutant-general and Aids.**

**Lieutenant-general to appoint Aids.**

**Major-general to appoint Aids their rank.**

**Commanders of Regts. to appoint their Regimental Staff.**
54. *And be it further enacted,* That the Captain-General of the State, shall appoint the Adjutant-General of the State, who shall have the rank of Brigadier-General, and be commissioned accordingly :—That the Captain-General shall appoint for himself two Aids-de-camp, who shall have the rank of Lieutenant-Colonels: the Lieutenant-General shall appoint for himself two Aids-de-camp, who shall have the rank of Major; each Major-General shall appoint his two Aids-de-camp; each Brigadier-General shall appoint his Brigade-Inspector, and to serve as Brigade-Major; all which Appointments, from Time to Time, as may be necessary of Aids-de-camp, and Brigade-Majors and Inspectors, shall be published in general orders :—That each commanding Officer of a Regiment, shall appoint his Regimental Staff, and a Chaplain, whose Appointment shall be published in Brigade orders; and non-commission Staff, whose Appointments shall be made in Regimental orders.

55. *And whereas, some Regiments now constituted, have more Companies than the formation directed by the Act of Congress;*

*Be it further enacted,* That the commanding Officer of each Regiment, conſtituted by this Act, ſhall form the Companies in their Regiments as near as may be to an Act of Congreſs, for numbers of Men and Companies; and that where the Field Officers of any Regiment ſhall judge beſt, they may take a Company already formed, to ſerve as a Light Infantry or Grenadier Company, to each Battalion of their Regiment; or enliſt ſuch Companies from exempts, or others, not reducing any Company, by ſuch enliſtment, under the number of ſixty-four.

*Officers commanding Regiments to form the companies agreeable to act of Congreſs.*

56. *And be it further enacted,* That each non-commiſſioned Officer, Horſeman, Matroſs, and Private of the ſeveral Companies of Horſe, Artillery, and Infantry of the Militia of this State, ſhall furniſh himſelf with the Arms, Ammunition and Accoutrements, required by the Act of Congreſs, and by this Act, upon the Penalty of forfeiting and paying a Fine of *Two Dollars,* and the like Penalty for every four weeks he ſhall be unprovided; to be levied and collected by Warrant of Diſtreſs, as hereafter directed; and that a Horſe-man, or Dragoon, who ſhall not furniſh and provide himſelf with a Horſe and furniture, as required by the ſaid Act, ſhall be returned to, enrolled, and do Duty in the Infantry Company in the limits of which he reſides:—That the Field and commiſſioned Officers in each Regiment, ſhall be uniformly cloathed in Regimentals, at their own expence, and to be agreed upon by ſuch Officers; that the Field Officers of each Regiment ſhall furniſh State and Regimental Colours for their Regiment and Battalions, at the State expence, not exceeding the ſum of *Fifteen Dollars,* to each Regiment.

*Each non-commiſſioned officer and private to furniſh himſelf with arms ammunition and accoutrements.*

*Officers to be uniformly cloathed in regimentals.*

*Field officers to furniſh colours.*

57. *And be it further enacted,* That every Commanding Officer of a Company of Militia, ſhall order out his Company or Troop, three Days in each Year, and Inſtruct them in the Uſe of Arms and Diſcipline of War; and the Days appointed, ſhall be in the Month of March, April, May, September, October or November, and that on the firſt Monday of May and October annually, ſuch Commanding Officer ſhall cauſe the Arms, Ammunition and Accoutrements, of all under his Command, to be reviewed and inſpected:—That the Commanding Officer of each Regiment, ſhall order out his Regiment by Battalion or Regiment, once in each Year for Regimental exerciſe, Inſpection and Review. And if any of the Privates belonging to any Company of Horſe, Artillery or Infantry, ſhall Neglect to appear completely armed and equiped on the Place of Parade, appointed by the Commanding Officer of his Company, being duly warned, he ſhall forfeit and pay a Fine of *One Dollar and Fifty Cents,* for each Day: and if any non-commiſſioned Officer, Drummer, Fifer, or Trumpeter, ſhall Neglect to appear as aforeſaid, he ſhall forfeit and pay the Fine of *Two Dollars* for each Day:—unleſs any ſuch Perſon ſhall appear before the Commanding Officer of ſuch Company, within twelve Days after ſuch Day of exerciſe or Review, and make ſatisfactory excuſe for his non appearance on ſaid Day; and the Commanding Officer of each Company, Battalion or Regiment, ſhall order the correcting and puniſhing Diforders and Contempts, on Days

*Companies to be out three days in each year, to be inſtructed, &c.*

*Arms to be inſpected.*

*Regiments to be reviewed once in each year.*

*Privates who do not appear equipt to pay a fine of 1 dol. and 50 cents.*

*Drummers &c. to pay a fine of 2 dols.*

*Puniſhment inflicted.*

of Company, Battalion, or Regimental exercise, Inspection or Review; the punishment not being greater than Riding a Wooden Horse, for a Time not exceeding one Hour, or a Fine not exceeding *Seven Dollars* :—That each Commanding Officer of a Company, Battalion, Regiment, Brigade or Division, shall have Power and Authority, and full Power is hereby given to ascertain and fix certain necessary Limits and Bounds to their respective Parades, within which no spectator shall have right to enter, without liberty from said Commanding Officer; and in Case any Person shall so intrude or offend, he shall be subjected to be confined in such way and Manner as the Commanding Officer shall direct, during the continuance of the exercise.

*Officers to fix limits and bounds to their parades.*

58. *And be it further enacted,* That all Warrants granted by the Commanding Officer of any Company, Battalion or Regiment, for any Time or Times incurred by virtue of this Act, or any Breach thereof, shall be directed by the Officer commanding a Company, to the orderly Sergeant of his Company; which orderly Sergeant he shall from Time to Time appoint, from the Sergeants of his Company; and the Officer commanding a Battalion or Regiment, to the Adjutant or Sergeant-Major; and to be by them levied on the Goods or Chattels of the respective Delinquents, if upwards of twenty-one Years of Age—And for the want of such Goods or Chattels against the Body of such Delinquent, and against the Goods and Chattels of the Parents, Master or Guardians, of such Delinquents as have not arrived to the Age of twenty-one Years: and for want of such Goods and Chattels, against the Body of such Parent, Master or Guardian, and them commit and hold in Gaol, until such Fine or Fines shall be paid and satisfied, together with lawful Fees for Service, as in Cases of Execution for Debt: which Fines and Forfeitures shall be appropriated for the Use of the Companies to which such Delinquents respectively belong, for purchasing and maintaining Colours, Trumpets, Drums and Fifes: and should there be any overplus of Fines remaining in the Hands of the Commanding Officers of Companies, they shall pay it over to the Commanding Officer of their Regiment to which they belong; which together with the Fines collected by virtue of Warrants issued by the Field-Officers, shall be applied to keeping Colours in repair, and for Band-Music for the Regiment. That whenever any Commanding Officer of a Company shall impose any Fine in any of the Cases before mentioned in this Act, he shall give Notice to the Person fined, who shall have Liberty within ten Days to apply to the Commanding Officer of the Regiment, who on giving Notice, and hearing the Parties, may abate such Fines, or any Part thereof; and if such Commanding Officer of the Regiment, thinks not proper to abate such Fine, the Officer imposing the same may proceed to a collection thereof.

*Warrants by whom granted and to whom directed.*

*Warrants on whom and on what levied.*

*Fines how appropriated.*

*Officers imposing fines to give notice to the person fined who shall have liberty within 10 days to apply to the commanding officer of the regiment for abatement.*

59. *Provided nevertheless,* That if any Soldier shall in the judgment of the Select-men of the Town to which he belongs, be unable to arm and accoutre himself agreeable to the directions of this Act, it shall be the Duty of such Select-men to certify the

*Soldiers unable to furnish*

## ACTS AND LAWS.

fame to the commiffioned Officers of the Company to which fuch *themfelves*
Soldier belongs, in order that Execution may not iffue againft *with arms and*
him for deficiency in fuch Arms and Accoutrements; and alfo, *to be fupplied*
at the Expence of fuch Town to provide fuch Soldier with Arms, *by the town.*
and the Whole or any Part of fuch Accoutrements as may be ne-
ceffary, within forty Days from the Time of granting fuch Cer-
tificate, under Penalty of the value of fuch Arms and Accoutre- *Warrant to*
ments, to be recovered of any, or all of faid Select-men, by War- *whom direct-*
rant from an Affiftant or Juftice of the Peace, upon proper in- *ed.*
formation, and proof of fuch Neglect, by faid Commiffioned Offi- *Fines to be*
cers; which Warrant fhall be directed to any Sheriff or Conftable *paid into the*
proper to ferve the fame, returnable in fixty Days and the Fine *Treafury of*
payable into the Treafury of fuch Town; and all Arms and Ac- *the town.*
coutrements thus provided, fhall be the Property of fuch Town, *Arms &c. to be*
and fhall by the commanding Officer of the Company, be depofi- *depofited in*
ted in fuch Places as he fhall think proper, to be ready for fuch *fuch places as*
Soldier, as occafion fhall require; and fuch Officer fhall ftand ac- *the command-*
countable for fuch Arms and Accoutrements, and fhall be liable *ing officer fhall*
to pay for the fame, if loft through his Neglect or Default. *think proper.*

60. *Provided alfo,* That any of the People called *Quakers,* who
fhall produce to the commanding Officer of the Company in which *Quakers to be*
he refides, a Certificate from the Clerk of the Society of Quakers *exempt by pay*
to which he belongs, certifying that fuch Perfon is a Quaker, he *ing the fum of*
fhall be exempt from equiping himfelf or doing Military Duty as *3 dls. 34 cts.*
required by this Act, on his paying the Sum of *Three Dollars and*
*Thirty-four Cents* to fuch Officer, at the expiration of each Year
during fuch exemption; and in cafe fuch Quaker refufe to pay
faid Sum of *Three Dollars and Thirty-four Cents,* the fame fhall be
collected and difpofed of in the fame Manner as is heretofore pro-
vided for Fines incurred by a Breach of this Act.

61. *And be it further enacted,* That each Rank and Grade of
Officers, fhall furnifh themfelves with the Rules of Difcipline *Officers to fur-*
approved and eftablifhed by Congrefs, in their Refolution of the *nifh them-*
29th of *March,* 1779, and fhall fubmit themfelves to the Orders *felves with*
and Directions of their fuperior Officers, or their fenior Officers, *the rules of*
of the fame grade; and all Officers in the ftaff and orderly De- *difcipline.*
partments, fhall be vigilant and active in executing and difpatch-
ing Orders in their refpective ftations.

62. That General, Field, Commiffioned, and Staff Officers, of
all Grades and Ranks, fhall be amenable to, and fubject to Trial *Officers to be*
by Courts Martial, according to the Ufage and Practice of War, *tried by courts*
for all Neglects of Duty, for contempts or difrefpects to a Supe- *martial.*
rior Officer, for difobedience of Orders, and for all un-officer like
Conduct; which Court-Martial fhall confift of not lefs than *Who to pre-*
nine, or more than thirteen Members—the Senior Officer of the *fide.*
higheft grade to prefide—that another Officer of the Line or Staff, *Judge Advo-*
to do the Duty of Judge Advocate to the Court—that the Mem- *cate to be of*
bers compofing the Court, fhall take the following Oath, before *the line or ftaff*
they proceed on the Trial of an Officer, viz.

*You fwear that you will well and truly try and determine according*
*to Evidence, the Matter depending between the State of Connecticut and*

**Oaths of the members of courts martial.** the Prisoner, or Prisoners, now to be tried, that you will not divulge the Sentence of the Court until the same shall be approved, or disapproved, pursuant to Law : neither will you upon any account at any Time whatsoever. disclose or discover, the Vote or Opinion of any particular Member of the Court-Martial, unless required by a due Course of Law.—So help you GOD.

63. The President of the said Court-Martial, is hereby autho-**President of courts martial to administer an oath to the judge advocate** rised and required to administer an Oath to the Officer acting as Judge Advocate, who is hereby required to take the same before he proceeds further on Business, viz.—*You do swear that you will not on any account, at any Time whatsoever, disclose or discover the Vote or Opinion of any particular Member of the Court-Martial, unless required in a due Course of Law ; and that you will not divulge* **Oath of the judge advocate** *the sentence of this Court, till the same shall be approved or disapproved according to Law ; and that you will well and truly do the Duty of Judge Advocate, in this Court, impartially and uprightly, according to the best of your abilities.*—So help you GOD.

**No person admitted to solicit, &c. the officer arrested.** 64. And no other Person whatever, shall be admitted to solicit, prosecute or defend the Officer arrested ; which Officer arrested, if under the Grade or Rank of a Field Officer, shall have **Officers under the grade of field officers to have 12 days notice, to have a copy of the articles of arrest & names of witnesses.** twelve Days Notice of the Articles of Charge made against him, by leaving a true and attested Copy of the original Articles of arrest, under the Hand of a Superior Officer arresting him, and the Names of the Witnesses to be used against him minuted thereon, lodged with him at his usual Place of Abode, by the Officer arresting, or the proper orderly Officer ; and of the Grade and Rank of a Field Officer, twenty Days Notice : and of the Rank **Field officer to have 20 days notice.--general officer 30 days.** of a General Officer, thirty Days Notice in like Manner ; which Court-Martial, for the trial of an Officer under the Rank and Grade of a Field Officer, shall be appointed by the Commanding **Courts martial by whom appointed.** Officer of the Brigade to which he belongs, and the Sentence approved or disapproved by the Captain-General of the State—For the trial of an Officer of the Rank and Grade of a Field Officer, by the Commanding Officer of the Division to which he belongs ; and of a General Officer by the Captain-General of the State, and their Sentence approved or disapproved by the Legislature of the **What punishment inflicted by courts martial.** State. That no Sentence of a Court-Martial shall inflict other Punishment than a reprimand, suspension from Office for a certain Term or Time, cashiering, and cashiering with a disability of holding any military Office in this State : two thirds of the Members of any such Court agreeing in such Sentence.

65. *And be it further enacted,* That the Captain-General, or in his absence, the next Commanding Officer of the State, is hereby **The captain general to order out if he judges necessary, the whole or part of the military force.** authorized and empowered, as he may judge necessary upon the Occasion, on an Alarm, Invasion, or Notice of the appearance of an Enemy, either by Sea or Land, to order the Whole or any Part of the Military Force of this State, to assemble and put the same in Warlike Order ; and the same to lead, order, or employ for the assistance, or relieving any of the Inhabitants of this State, attacked by an Enemy or in Danger thereof ; and generally to issue and publish by proper Staff or Orderly Officer, such Orders

as he fhall judge expedient to carry into Execution the Intent and Defign of this Act. And all fubordinate Officers are hereby required to yield entire Obedience thereto ; and the Officers feverally commanding Divifions, Brigades, Regiments, Battalions, and Companies, are hereby vefted with the fame Power and Authority within the Limits of their refpective Commands, provided that when they or any of them find it neceffary to order out the Force under their Command, they fhall forthwith difpatch Intelligence, and the Occafion thereof, together with their Movements and Operations, to the Captain-General of the State, or any other their fuperior Officer, as may be judged moft conducive to the public fafety ; and the Officer receiving fuch Intelligence, fhall obferve the fame Line of Conduct, in order that it may in the moft expeditious way, arrive to the Captain-General.

*Officers commanding divifions, &c. vefted with power to order out the force under their command.*

*Intelligence to be given to the captain-general, &c.*

66. *And be it further enacted,* That the Divifions, Brigades, and Regiments, may be ordered out for infpection or review, by their Commanding Officers, at fuch Times as fhall be thought expedient and neceffary ; and whenever a Divifion is out they fhall be reviewed by the Captain-General, when a Brigade, by a Major-General ; and when a Regiment, by a Brigadier-General. And the Captain-General fhall direct a Uniform and Badges of Office, for the General Officers, their Aids-de-Camp, and Brigade-Major and Infpectors.

*Divifions, brigades, & regiments to be ordered out for infpection or review.*

*By whom to be reviewed.*

*Captain general to direct uniform, &c.*

67. *And be it further enacted,* That no private Soldier, Matrofs or Horfeman, or non-commiffioned Officer, of either of the Companies of Horfe, Artillery or Infantry, fhall be difcharged from his Company and Regiment, for inability, after his Enliftment or Enrollment in one of the Companies, without a Certificate from his Surgeon ; and for any other Caufe by applying to his Captain, and the Confent of the Commanding Officer of his Regiment. And that no Captain or Subaltern Officer, fhall refign his Commiffion without permiffion of the Captain-General, or fuch general Officers as he may empower for that Purpofe. And that no Field, or General Officer, fhall refign his Commiffion without the acceptance of the Legiflature ; and no Officer fhall be allowed to refign his Commiffion when under an arreft.

*No private to be difcharged for inability without a certificate from his furgeon.*

*No captain or fubaltern to refign without permiffion from the captain general.*

*No general or field officer without the acceptance of the legiflature, & no officer when under an arreft.*

68. *And be it further enacted,* That any Perfon now holding and fuftaining any Commiffion by virtue of any Act heretofore made within any of the Brigades, Regiments and Companies, heretofore, and by this Act formed and eftablifhed, fhall continue to hold and exercife the fame, with all the Powers and Authorities vefted in fuch Office, by virtue of this Act, excepting the Officers of fuch Companies as fhall be reduced by virtue of this Act.

*Officers now holding commiffions, to continue to hold the fame*

69. *Be it further enacted,* That the Laws eftablifhing the Cavalry in this State, be, and continue in Force until they fhall be annexed to the Infantry ; and that his Excellency the Governor, be requefted and empowered to annex them in fuch Proportion as he fhall judge proper, to the feveral Brigades within this State, fubject to the Orders and Command of the Brigadier of that Brigade to which they fhall feverally be annexed ; and thereafter to be fubjected to the Acts and Regulations of Congrefs.

*Laws eftablifhing cavalry to continue in force &c.*

*To be annexed to the feveral brigades, &c.*

An Act in addition to the Law of this State, entitled, An Act for forming and conducting the Military Force of this State, conformable to the Act of Congress passed the 8th Day of May, Anno Domini 1792.

[ENACTED IN OCTOBER 1793.]

PAR. 1. BE it enacted by the Governor and Council, and House of Representatives, in General Court assembled, That the Cavalry of this State shall be formed into eight Regiments, consisting of four Troops in each Regiment, and be commanded by a Major Commandant: That his Excellency the Captain-General be requested to form the same accordingly, and annex one Regiment to each Brigade of Infantry, to be under the command of the Officer commanding the Brigade, or any General-Officer of superior Rank.

**[Margin: Cavalry to be formed into 8 Regiments, each commanded by a Major-commandant.]**

*Always provided,* That the Regiments now formed retain their Rank, and the Officers their command : and that future Recruits shall be inlisted from the Brigade only, to which the Regiment of Horse is annexed ; and that the Captain-General will Order the raising any new Troop of Horse that shall be necessary to compleat this Establishment.

**[Margin: Regiments now formed to retain their ranks.]**

2. *And be it further enacted,* That whenever any Court-Martial shall be ordered for the Trial of any Officer arrested, the Officer ordering such Court, shall in his Orders name the Officer to act as Judge Advocate, the Number, and Rank of Officers to be detailed, and notified to compose the Court, and shall also notify the Officer arrested, of the Time and Place of his Trial, as soon as may be after the articles of Charge are lodged ; the detail and Notice to be given by the Adjutant-General for the Trial of a General Officer, by an Aid-de-Camp for the Trial of a Field-Officer, and by the Brigade-Major for the Trial of an Officer under the Rank of a Field-Officer, and the Senior-Officer of the highest Rank shall be President of such Court-Martial, and shall be of a Rank superior to the Officer on Trial ; that it shall be the Duty of the Judge-Advocate to Summon such Witnesses on the Part of the State which he finds necessary to support the Charges in arrest, and such others as the Officer arrested requests for his Defence, at such Officers expence by Order of the Officer ordering such Court. And if any Witness summoned as aforesaid, shall refuse or neglect to obey such Summons, he shall be subject to be committed to Gaol, in the County where he lives, by Warrant from the Officer ordering the Court, and there to be held and confined at his own Expence, until he will conform and give Evidence in said Case, or until he be discharged by due course of Law. And in case any Officer under arrest shall refuse or neglect to attend a Court-Martial, according to Orders and Notice given him to make his Defence, he shall by said Court be cashiered with disability of ever after holding a Military Commission in this State, unless reasonably prevented by Sickness or some other Misfortune ; in

**[Margin: Court-Martial. How to be conducted.]**

**[Margin: Judge Advocate to summons witnesses.]**

**[Margin: Witnesses refusing or neglecting to attend, subject to be committed to prison.]**

**[Margin: Officers under arrest not attending to make their defence to be cashiered.]**

which cafe faid Court fhall have Powers to adjourn to fome fu-
ture Time, and Notice thereof fhall be given to faid arrefted Offi-
cer, at leaft ten Days before the Time to which faid Court is ad-
journed. That all Witneffes fummoned on the Part of the State
fhall be allowed for their Travel, and Attendance the fame Fees
as Witneffes in Civil Caufes are, and the Judge Advocate for
fummoning the Witneffes the fame Fees as in Civil Cafes, to be
allowed and taxed by the Prefident of faid Court, and collected by
Warrant of Diftrefs to be granted by the Officer ordering fuch
Court, by the proper orderly Officer, from the Officer arrefted, in
cafe of his neglect to appear, or his being cenfured by the Court,
and fuch Sentence being approved of ; but in cafe the Officer ar-
refted be acquitted with Honor, or not cenfured, then the Ex-
pence arifing as above fhall be taxed as aforefaid, and the Bill be-
ing approved of by the Officer ordering the Court, fhall by his
Certificate and Order, be paid out of the Treafury of this State,
for the feveral Purpofes for which it was taxed, and to be diftribu-
ted and paid by the Judge-Advocate accordingly.

<p style="margin-left:2em">*Witneffes allowed for their travel.*</p>
<p style="margin-left:2em">*Officers arrefted to pay expence in cafe of cenfure, &c.*</p>
<p style="margin-left:2em">*Expence to be paid by the ftate in cafe the officer is acquitted.*</p>

8. *And be it further enacted,* That a Soldier once inrolled in any
Company in this State, and having had fix Months Notice to e-
quip himfelf, and afterwards moves into the Limits of any other
Company, he fhall be fubjected to do Military Duty in the Com-
pany in which he refides, immediately after warning given him
by the proper Officer.

<p style="margin-left:2em">*Soldier fubject to do duty, &c.*</p>

4. *Be it further enacted,* That no private Soldier, Matrofs or
Horfeman, fhall be difcharged from Military Duty for any caufe
except Inability, in which cafe he fhall obtain a Certificate from
the Surgeon of the Regiment to which he belongs ; and then if
fuch Certificate be approved of by the Officer commanding the
Company, and Regiment to which fuch Soldier belongs, the
commanding Officer may difcharge him from Military Duty, du-
ring the continuance of fuch Difability.

<p style="margin-left:2em">*No private foldier to he difcharged unlefs difabled.*</p>
<p style="margin-left:2em">*Certificate from whom obtained.*</p>

5. *Be it further enacted,* That the commanding Officers of the Go-
vernor's Guards, may difcharge any Soldier from their refpective
Companies, by reafon of difability, during the continuance thereof.

<p style="margin-left:2em">*Officers of governor's guard may difcharge foldiers.*</p>

6. *Be it further enacted,* That no General, or Field-Officer, fhall
have, or receive any reward for giving a Difcharge, or Surgeon
for giving a Certificate.

<p style="margin-left:2em">*Officers to receive no reward for difcharge, &c.*</p>

An Act in addition to An Act, entitled, " An Act for
forming and conducting the Military Force of this
State, conformable to the Act of Congrefs, paffed the
8th day of May 1792.

[ENACTED IN OCTOBER 1795.]

PAR. 1. BE it enacted by the Governor and Council, and Houfe of
Reprefentatives, in General Court affembled, That

S s

**Appeal from militia fines in certain cases.** whenever the Commanding Officer of any Company or Troop, shall impose a Fine in any of the Cases mentioned in said Act, and the Person so fined is claimed as a Member of another Company not of the same Regiment, he shall have Liberty to Appeal to the Officer Commanding the Brigade to which said Companies belong; and if the Person so fined is claimed as belonging to different Brigades, he shall have a right of Appeal to the commanding Officer of the Division to which said Companies belong.

**Time of appeal limited.** *Provided always,* That the Person so fined shall make his Appeal, if to the commanding Officer of the Brigade, within fifteen Days after being notified of such Fine ; and if to the commanding Officer of the Division, within twenty Days after such Notice ; and in every Case of an Appeal by a Soldier or non-commissioned Officer to a superior Officer, it shall be the Duty of the Officer to **Notice.** whom such Appeal is made to cause Notice to be given to the Officer imposing the Fine, who shall stay the Collection thereof, until the Officer to whom said Appeal is made, shall determine respecting the same ; and if said Officer determine that said Fine shall not be abated, then the Officer imposing the Fine shall proceed to the Collection thereof. And when Fines are imposed, or contending Claims happen, in either of the Governor's guards, the **Governor's guards appeal.** Appeal shall be made to the Captain General, and shall be made in twenty days after Notice.

**Regimental review to be directed by Brigadier general.** 2. *And be it further enacted,* That the commanding Officer of each Regiment shall take the direction of the Brigadier General, for the Time of the regimental Reviews, and Inspections, according to the Rules of Military Discipline.

**Militia Companies to meet on the first Monday in September.** 3. *And be it further enacted,* That instead of the first Monday in October, the commanding Officer of each Company or Troop, shall Order the Company under his Command to meet for exercise, and shall cause their Arms, Ammunition and Accoutrements, to be reviewed and inspected on the first Monday of September, annually.

**Quarter-Master General's duty.** 4. *And be it further enacted,* That a Quarter-Master General shall be appointed by the General Assembly, whose Duty, it shall be, to procure and take care of all Military Stores, Camp Equipage, and Utensils that shall or do belong to this State, according to Law and the Orders of the Captain General, and return make of the same when required thereto, to the Captain General and to the General Assembly : and do, and perform all the Duties that are necessary and proper for a Quarter-Master General.

## An Act concerning Mills and Millers.

**Millers allowance for grinding.** PAR. 1. BE it enacted by the Governor and Council, and House of Representatives, in General Court assembled, That each Miller in this State, or the Owners of Grift-Mills, shall be allowed three Quarts out of each Bushel of Indian Corn he grinds, and of other Grain two Quarts out of each Bushel he grinds,

# EXHIBIT D





DATE DOWNLOADED: Sun Mar 12 19:56:43 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven (1797).

ALWD 7th ed.
Delaware. Ls of the State of Delaware from the Fourteenth Day of October, One Thous&
Seven Hundred, to the Eighteenth Day of August, One Thous& Seven Hundred &
Ninety-Seven (1797).

APA 7th ed.
Delaware.. (1797). Laws of the State of Delaware from the Fourteenth Day of October,
One Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven
Hundred and Ninety-Seven. New-Castle, Samuel & John Adams.

Chicago 17th ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven. New-Castle, Samuel & John Adams.

McGill Guide 9th ed.
Delaware., Ls of the State of Delaware from the Fourteenth Day of October, One Thous&
Seven Hundred, to the Eighteenth Day of August, One Thous& Seven Hundred &
Ninety-Seven (New-Castle: Samuel & John Adams., 1797)

AGLC 4th ed.
Delaware., Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven (Samuel & John Adams., 1797

MLA 9th ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven. New-Castle, Samuel & John Adams. HeinOnline.

OSCOLA 4th ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven. New-Castle, Samuel & John Adams.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

# L A W S

OF THE

# S T A T E

OF

# DELAWARE,

FROM THE FOURTEENTH DAY OF OCTOBER, ONE THOUSAND SEVEN
HUNDRED, TO THE EIGHTEENTH DAY OF AUGUST, ONE
THOUSAND SEVEN HUNDRED AND NINETY-SEVEN.

---

## IN TWO VOLUMES.

---

### VOLUME II.

---

*Published by Authority.*

---

## N E W - C A S T L E:

PRINTED BY SAMUEL AND JOHN ADAMS.

M,DCC,XCVII.

Digitized from Best Copy Available

Brewer Exs. Page 041




DATE DOWNLOADED: Sun Mar 12 20:01:07 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven (1797).

ALWD 7th ed.
Delaware. Ls of the State of Delaware from the Fourteenth Day of October, One Thous&
Seven Hundred, to the Eighteenth Day of August, One Thous& Seven Hundred &
Ninety-Seven (1797).

APA 7th ed.
Delaware.. (1797). Laws of the State of Delaware from the Fourteenth Day of October,
One Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven
Hundred and Ninety-Seven. New-Castle, Samuel & John Adams.

Chicago 17th ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven. New-Castle, Samuel & John Adams.

McGill Guide 9th ed.
Delaware., Ls of the State of Delaware from the Fourteenth Day of October, One Thous&
Seven Hundred, to the Eighteenth Day of August, One Thous& Seven Hundred &
Ninety-Seven (New-Castle: Samuel & John Adams., 1797)

AGLC 4th ed.
Delaware., Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven (Samuel & John Adams., 1797

MLA 9th ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven. New-Castle, Samuel & John Adams. HeinOnline.

OSCOLA 4th ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven. New-Castle, Samuel & John Adams.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

M'KEAN, Efq. Thomas,
    Compenfation to, for public fervices,         1216.

MEASURES.   See Weights and Meafures.

MENACING,
    The perfon or property of another, how to be punifhed,   52.
    Abufing, or reviling courts, how punifhed,       174.
    Parents, or magiftrates in the execution of their offices,
                how punifhed,       306.

METHEGLIN,
    Not to be fold by any meafure lefs than a gallon,    194.

MIDLINGS.   See Flour.

MILFORD,
    Swine running at large therein to be forfeited,      970.
        To be reftored upon payment of fine and expences, 971.

MILITARY,
    To be in ftrict fubordination to the civil power,     36.

MILITIA,
    Fines of, under former laws, to whom to be paid,    816.
        By whom to be recovered,            *ibid.*
        Accounts of, to be rendered on oath,     *ibid.*
    What perfons fhall compofe the militia,     1134.
    How to be enrolled,           1134, 1227.
    Who to be exempted from military duty and furnifhing
                arms,       1135.
    Arrangement of the militia,      1135, 1226.
    How to be armed,           1136.
    Their arms exempted from diftrefs and execution,   1137.
    Who exempted from fines for not arming,     *ibid.*
    How military mufic fhall be procured and paid for,  *ibid.*
    How the militia fhall be officered,       *ibid.*
    Officers, by whom to be appointed,     1138.
        Their continuance in office,      *ibid.*
        When their rank fhall be determined by lot,  *ibid.*
    Companies, when and how to be formed into claffes,  1139, 1226.
    Captains to form rolls of the claffes,     1139, 1227.
        To tranfmit duplicates to the colonel,    *ibid.*

MILI-

Digitized from Best Copy Available

I  N  D  E  X.                    83

MILITIA,

Captains to add annually the names of those who ought
to be enrolled,                                    1139,

To furnish quarterly accounts of fines and for-
feitures,                                      1229,

To be responsible for public arms received,    1230.

To give notice of a tour of duty,        1231, 1233.

How drafts shall be officered, and called into service by
classes,                                       1139.

When, and by whom, they may be called out without
regard to classes,                             1140.

Their pay, and when it shall commence,         *ibid.*

Penalty for not performing a tour of duty,   1140, 1231, 1232.

When called into service, how to be notified,   1231.

Penalty on privates for non-attendance on days of
parade,                                  1141, 1228.

For neglect of duty at the place of
exercise,                               1141,

Courts-martial, of whom to be composed,        *ibid.*

Penalty on officers for non-attendance, or neglect of
duty,                                    1142,1228.

Clerk, by whom to be appointed for each company,   1142.

His duty and pay,                              *ibid.*

Regimental treasurers, when and by whom to be appointed, 1143.

To give bond,                             *ibid.*

To whom they shall account and
pay,                                1143, 1229.

Their compensation,                    1143, 1230.

To sue for fines and forfeitures, 1144, 1230.

Appropriation of fines and forfeitures,     1144, 1146, 1230.

By whom the militia may be called into service,   1144.

To be exempted from arrests, in civil actions, on muster-
days,                                          *ibid,*

What rules of discipline they shall observe,   1145.

Disabled, to be supported at the public expence,   *ibid.*

Horses of light-horse-men, if killed, to be paid for,  *ibid.*

To what articles of war the militia shall be subject,  *ibid.*

To be tried by their own officers only,        *ibid.*

When to be exercised in companies,       1145, 1228.

In battalions,                      1228.

In regiments,                  1145, 1228.

Adjutant-General, by whom appointed, and his duty,   1146.

Regimental, battalion, and company-districts, how to be
formed,                                   1226,

MILI-

Digitized from Best Copy Available

Brewer Exs. Page 044

84                I   N   D   E   X.

MILITIA,

Military commiffary to be appointed for each county,   1230.
His general duties,   ibid.
To give bond and account annually,   1231.
His compenfation,   ibid.
Brigade majors and infpectors,  by whom to be ap-
pointed,   1137, 1233.
Removal of an officer out of the diftrict, to render the
office vacant,   1233.
Troops of horfe, when to be exercifed,   ibid.
To whofe orders they fhall be fubject,   ibid.
Penalty for non-attendance and neglect
of duty,   1234.
Penalty for meeting in volunteer companies, &c.   ibid.
General officers  to  be  fined  for  not  reviewing  the
militia,   1234, 1235.

MILLS,

Their water-wheels to be concealed by blinds,   511, 1270, 1283.
Owners of, injured by the erection of other mills, how
relieved,   535.
Within what time they fhall petition for relief,   536.
On Chriftiana-Creek, regulated to grind for the family-
confumption of the inhabitants,   813.
Penalty on the owners for neglect
or refufal,   813, 968.
At Brandywine, how to be regulated for the like purpofe,   814.
Penalty on  the  owners  for  not  con-
forming,   814, 968.
Penalty for fuffering the faid mills to be out of order,   815.

MINISTERS.  See Clergymen.

MISPILLION CREEK.

How the bridge over it fhall be repaired and fupported,   1005.
Commiffioners appointed for the reparation,   1006.
How vacancies fhall be fupplied,   1008.
Penalty for damaging the draw or platform,   1006.
To be put under the care of the overfeers, when finifhed,   1007.
How repairs in the vacation of the levy-courts, fhall be
made,   ibid.
Overfeers, with whom they fhall account,   ibid.
How to be proceeded againft for neglect,   1008.

MISPRISION of Treafon.  See Treafon.

MIXED

Digitized from Best Copy Available

 

DATE DOWNLOADED: Sun Mar 12 20:21:16 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven (1797).

ALWD 7th ed.
Delaware. Ls of the State of Delaware from the Fourteenth Day of October, One Thous&
Seven Hundred, to the Eighteenth Day of August, One Thous& Seven Hundred &
Ninety-Seven (1797).

APA 7th ed.
Delaware.. (1797). Laws of the State of Delaware from the Fourteenth Day of October,
One Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven
Hundred and Ninety-Seven. New-Castle, Samuel & John Adams.

Chicago 17th ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven. New-Castle, Samuel & John Adams.

McGill Guide 9th ed.
Delaware., Ls of the State of Delaware from the Fourteenth Day of October, One Thous&
Seven Hundred, to the Eighteenth Day of August, One Thous& Seven Hundred &
Ninety-Seven (New-Castle: Samuel & John Adams., 1797)

AGLC 4th ed.
Delaware., Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven (Samuel & John Adams., 1797

MLA 9th ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven. New-Castle, Samuel & John Adams. HeinOnline.

OSCOLA 4th ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven. New-Castle, Samuel & John Adams.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

1134                    LAWS OF THE STATE

C H A P.
XXXVI.                    C  H  A  P.   XXXVI. c.

1793.            *An* ACT *for eſtabliſhing the militia in this ſtate.* (a)

Preamble.      WHEREAS a well regulated militia is the pro-
               per and natural defence of every free ſtate :
And as the ſeveral laws enacted by the Legiſlature of
this ſtate for the regulation of the militia thereof have
been found to require material alterations ; in order
to which it has been thought more adviſeable to reviſe
the whole ſyſtem, than to amend it by ſupplementary
ſtatutes ; therefore,
      SECTION 1. *BE it enacted by the Senate and Houſe of*
*Repreſentatives of the ſtate of Delaware in General Aſ-*
*ſembly met, and it is hereby enacted by the authority of the*
Who ſhall be   *ſame,* That each and every free able bodied white male
enrolled, and  citizen of this ſtate, who is or ſhall be of the age of
by whom,       eighteen years, and under the age of forty-five years,
               except as herein after excepted, ſhall ſeverally and re-
               ſpectively be enrolled in the militia, by the Captain
or Commanding Officer of the company within whoſe
bounds ſuch citizens ſhall reſide, ſuch bounds to be
limited and fixed agreeable to the ſubdiviſions which
have been made by the Lieutenants and Sub-lieute-
nants of the different counties, and that within four
months after the paſſing of this act ; *(b)* and that it
ſhall be at all times hereafter the duty of every ſuch
Captain or Commanding Officer of a company to en-
rol every ſuch citizen as aforeſaid, and alſo thoſe who
ſhall from time to time arrive at the age of eighteen
years, or being of the age of eighteen years, and un-
der the age of forty-five years, and not excepted by
this act, ſhall come to reſide within his bounds, and
Notification of   ſhall without delay notify ſuch citizen of the ſaid en-
the enrolment.   rolment, by a proper non-commiſſioned officer of the
company by whom ſuch notice may be proved ; and
in all caſes of doubt reſpecting the age of any perſon
enrolled, or intended to be enrolled, the party queſ-
                                                     tioned

      *(a)* See a ſupplement hereto; chap. 95. c. Anno, 1796.

      *(b)* See chap. 95. c. ſect. 1, proviſion made for dividing the counties into regi-
mental and battalion diſtricts, and theſe into company diſtricts.

Digitized from Best Copy Available

Brewer Exs. Page 047

OF DELAWARE. 1135

tioned shall prove his age to the satisfaction of the officers of the company within whose bounds he may reside, or a majority of them.

SECT. 2. *And be it further enacted*, That the Vice-President of the United States, officers judicial and executive of the government of the United States, the Members of both Houses of Congress and their respective officers, all Customhouse Officers and their Clerks, Judges of the Supreme Court and of the Court of Common Pleas, Chancellor, Attorney General, Secretary, and Treasurer of the State, Sheriffs, Gaolers and keepers of workhouses, all post-officers and stage-drivers who are employed in the care and conveyance of the mail of the Post-office of the United States, all ferrymen employed at any ferry on the post roads, all inspectors of exports, all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States, ministers of religion of every denomination, professors and teachers in colleges, academies, Latin schools, and schoolmasters having twenty English scholars, and no other person or persons, shall be excepted from militia duty; but all young men under the age of twenty-one years, and all servants purchased *bona fide*, and for a valuable consideration, though enrolled agreeable to the first section of this law, shall be exempted from furnishing the necessary arms, ammunition and accoutrements as are required by the fourth section thereof, and shall be exempted from militia duties and fines during such minority or servitude, except in cases of rebellion, or an actual or threatened invasion of this or any of the neighbouring states.

SECT. 3. *And be it further enacted*, That the militia of this state be arranged into divisions, brigades, regiments, battalions and companies in manner and form following: The whole state to make one division, and each county to consist of one brigade; each brigade to consist of not less than two, or more than eight regiments; each regiment to consist of two battalions, and each battalion to consist of four companies, in such manner that no company shall consist of more than eighty, or less than forty privates, or as near as may be, having regard to their local situation; there

*Persons exempted from military duty.*

*From furnishing arms, &c.*

*Arrangement of the militia.*

Digitized from Best Copy Available

**1136**          LAWS OF THE STATE



C H A P.
XXXVI.
1793.

How the militia
shall be armed.

there shall be to each regiment at least one company
of grenadiers, light infantry, or riflemen; and to each
brigade there shall be at least one company of artil-
lery, and one troop of horse, which shall be formed
of volunteers from the respective regiments, at the
discretion of the Governor. (c)

SECT. 4. *And be it further enacted,* That in order
that the militia may be properly armed, equipped and
accoutred, every citizen enrolled, and notified of his
enrolment in manner aforesaid, except as herein
before excepted, shall, within six months after re-
ceiving such notice, provide himself with the arms,
ammunition and accoutrements herein after mention-
ed, *viz.* every non-commissioned officer and private
of the infantry (including grenadiers and light infan-
try, and of the artillery) shall have a good musket or
firelock, a sufficient bayonet and belt, two spare flints
and a knapsack, a pouch, with a box therein to con-
tain not less than twenty-four cartridges suited to the
bore of his gun, each cartridge to contain a proper
quantity of powder and ball, or with a good rifle,
knapsack, shot pouch and powder horn, twenty balls
suited to the bore of his rifle, and a quarter of a pound
of powder; the commissioned officers of the infantry
shall be armed with a sword or hanger, and an espon-
toon, and those of artillery with a sword or hanger,
a fuzee, bayonet and belt, and a cartridge box to
contain twelve cartridges; the commissioned officers
of the troops of horse shall furnish themselves with
good horses of at least fourteen hands and a half high,
and shall be armed with a sword and pair of pistols,
the holsters of which shall be covered with bear skin
caps; each light-horseman or dragoon shall furnish
himself with a serviceable horse at least fourteen hands
and an half high, a good saddle, bridle, mail pillion
and valise holsters, and a breast plate and crupper, a
pair of boots and spurs, a pair of pistols, a sabre, and
cartouch box to contain twelve cartridges for pistols;
the artillery and horse shall be uniformly clothed in
regimentals, to be furnished at their own expence, the
                                                    colour

(c) See chap. 95. c. sects. 2, 5, further and other arrangement of the militia.

Digitized from Best Copy Available

# OF DELAWARE.

colour and fashion to be determined by the Brigadier commanding the brigade to which they shall belong; every militia-man shall appear so armed, accoutred and provided, when called out to exercise, or into service (except that when called out on company days, to exercise only, he may appear without a knapsack;) and every man so enrolled as aforesaid, and providing himself with the arms, accoutrements and ammunition required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales for debt, or payment of taxes; each battalion and regiment shall be provided with the state and regimental colours, by the fieldofficers, and each company with a drum and fife, or bugle horn, by the commissioned officers of the company; the expences of such colours, drums, fifes, or bugle horns to be repaid to the officers out of the fines incurred by this act: *(d) Provided always*, That whenever the fieldofficers of any regiment shall judge any person enrolled therein unable to equip himself as aforesaid, such person shall not be subject to any fine for not arming, any thing herein contained to the contrary notwithstanding.

SECT. 5. *And be it further enacted*, That the militia shall be officered as follows: To a division one Major General, and two Aids de Camp, with the rank of Major; to each brigade one Brigadier General, with one Brigade Inspector, to serve also as Brigade Major, with rank of Major; to each regiment one Lieutenant Colonel Commandant, and to each battalion one Major; to each company of infantry (including light infantry and grenadiers) one Captain, one Lieutenant, one Ensign, four Sergeants, four Corporals, one Clerk, one Drummer, and one Fifer or Bugler; there shall be a regimental staff, to consist of one Adjutant and one Quarter Master, to rank as Lieutenants, one Paymaster, one Surgeon, and one Surgeon's Mate, one Sergeant Major, one Drum Major, and one Fife Major; there shall be to each company of artillery, one

CHAP. XXXVI.

1703.

Shall appear armed on days of exercise.

Arms exempted from distresses.

Who shall be exempted from fines for not arming.

How the militia shall be officered.

(d) As per sect. 18, hereafter—but see chap. 95, c. sect. 10, the appropriation of fines given to the Commissary of military stores provided for in sect. 9, of that chap.

Digitized from Best Copy Available



one Captain, two Lieutenants, four Sergeants, four Corporals, six Gunners, six Bombardiers, one Drummer, and one Fifer; and to each troop of horse there shall be, one Captain, two Lieutenants, one Cornet, four Sergeants, four Corporals, one Saddler, one Farrier, and one Trumpeter.

*Officers, by whom to be appointed.*

SECT. 6. *And be it further enacted,* That the Governor shall on or before the first day of September next, appoint and commission the Major General, Brigadiers, Lieutenant Colonels, Majors, Captains, Lieutenants, Ensigns, and Cornets; that the Major General shall appoint their own Aids de Camp out of the line of Captains or Subalterns; that the Brigadiers shall appoint their Brigade Majors out of the line of Subalterns; *(e)* that the fieldofficers of each regiment shall appoint their respective regimental staffs; and that each Captain shall appoint his Sergeants, one of which shall be appointed Clerk to the company, Corporals, Drummer and Fifer; that all

*Of their commissions and rank.*

commissioned officers shall be commissioned for seven years, and shall take rank according to the date of their commissions; and when two of the same grade bear equal date, then their rank shall be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

*How the companies shall be classed.*

SECT. 7. *And be it further enacted,* That on the first Tuesday in April next ensuing, the Captain or Commanding Officer of each company shall call the persons belonging to the same together, giving due notice, and shall divide them into eight classes, as nearly equal in number to each other as conveniently may be, allotting a Sergeant or Corporal to each class; and eight slips of paper, numbered respectively from one to eight, being prepared, every private shall determine by drawing a ballot, what class he is to serve in; and in case any of the persons belonging to any company shall neglect to attend, at the time and place appointed for classing the said company, or if present, shall refuse to draw as aforesaid, then the said

*(e)* Or " non-commissioned officers or privates," by sect. 15, of chap. 95. c.

said Captain or Commanding Officer thereof shall appoint one disinterested freeholder to draw for the absentees, or persons so refusing; and when the classes shall be so settled, the Captain or Commanding Officer of each company shall form a roll, consisting of the eight classes, and the names and surnames of the men in each class, numbered according to the order of ballotting, which he shall keep for his own use, *(f)* transmitting forthwith a copy thereof, with a list of his commissioned and non-commissioned officers prefixed, to the Colonel or Commanding Officer of the regiment, who shall enter the same in a book by him to be provided for that purpose; and the said Captain or Commanding Officer shall, on the first Tuesday in April, in every succeeding year, add to the said roll the names and surnames of all such male white inhabitants between the ages aforesaid, who, on the next preceding twelve months, have removed to and are then residing in that subdivision, or therein have attained the age of eighteen years, except as herein before are excepted, annexing them respectively to such class or classes as may still render all the classes of a company as nearly equal in number to each other as conveniently may be.

SECT. 8. *And be it further enacted*, That to the end the militia when called by classes shall be properly officered, the following order is hereby directed and enjoined, *That is to say*, For the first draft, the Captain of the first company, the Lieutenant of the second, and the Ensign of the fourth; second draft, the Captain of the second company, the Lieutenant of the first, and the Ensign of the third; third draft, the Captain of the third company, the Lieutenant of the fourth, and the Ensign of the second; fourth draft, the fourth Captain, the Lieutenant of the third company, and the Ensign of the first; fifth draft, the fifth Captain, the Lieutenant of the sixth company, and the Ensign of the eighth; sixth draft, the sixth Captain, the Lieutenant of the fifth company, and

VOL. II.            3 X                    the

*C H A P. XXXVI.*
1793.

The Captain shall form a roll of the classes, and transmit a copy to the Colonel.

Drafts of the militia how officered, and called into service by classes.

*(f)* See chap. 95. c. sect. 3, further provision for classing of companies and declaring what shall be a sufficient notification of enrolment in such class lists.

Digitized from Best Copy Available

# LAWS OF THE STATE



C H A P.
XXXVI.

1795.

the Enfign of the feventh ; feventh draft, the Captain of the feventh company, the Lieutenant of the eighth, and the Enfign of the fixth ; the eighth draft, the Captain of the eighth company, the Lieutenant of the feventh, and the Enfign of the fifth ; non-commiffioned officers to take tour with the commiffioned officers ; and the fieldofficers of regiments, in every divifion and brigade in the ftate, fhall be divided in like manner ; and each clafs to be confidered as a detachment from different corps, liable to ferve two months, and no longer, and to be relieved by the clafs next in numerical order, the relief to arrive at leaft two days before the expiration of the term of the clafs to be relieved ; but nothing herein contained

*The rule not to be regarded in cafe of emergency.*

fhall prevent the Governor from employing and calling out part of any clafs, or any company or companies, regiment or regiments, without refpect to this rule, whenever the exigency is too fudden to allow the affembling of the fcattered militia, which compofe the particular claffes ; and the fervice of the perfons fo called out fhall be accounted as part of their

*When pay fhall commence and end.*

tour of duty ; and the pay of the militia in actual fervice fhall commence two days before marching, and they fhall receive pay and rations at the rate of fifteen miles *per* day on their return home.

*Pay of the militia.*

SECT. 9. *And be it further enacted,* That when the militia, or any detachment thereof are called on duty, the pay of a Major General fhall be Sixty Dollars *per* month ; of each Brigadier General Fifty Dollars *per* month ; of each Lieutenant Colonel Forty Dollars *per* month ; of each Major Thirty Dollars *per* month ; of each Captain Twenty-five Dollars ; of each Lieutenant Twenty Dollars *per* month ; of each Enfign Fifteen Dollars *per* month ; of each Sergeant Eight Dollars *per* month ; of each Corporal Seven Dollars *per* month ; and of each private and mufician Six Dollars *per* month ; and that every perfon refufing or ne-

*Penalty for neglecting a tour of duty.*

glecting to perform his tour of duty, if a commiffioned officer, fhall pay the fum of Twenty-five Dollars, and forfeit fuch his commiffion, and if a non commiffioned officer or private, the fum of Twelve Dollars for every fuch neglect or refufal.

SECT. 10. *And be it further enacted,* That when any
clafs

Digitized from Best Copy Available

## OF DELAWARE.

clafs or clafses of the militia fhall be called to perform any tour of duty, the Brigade Major fhall cause each and every fuch perfon fo called to be notified of fuch call, by a written or printed notice being delivered to him perfonally, or left at his houfe or ufual place of abode, by fome officer or other fit perfon to be employed for that purpofe, at leaft three days before the time of affembling the faid militia, unlefs the Governor on a fudden exigency, fhall think proper to order any part of the militia into immediate fervice, and then the notice fhall be given for immediate attendance. *(g)*

SECT. 11. *And be it further enacted,* That every male white perfon within this ftate, between the ages of eighteen and forty-five, or who fhall hereafter attain the age of eighteen years, except as before excepted, fhall attend at the time and places appointed, in purfuance of this act, for the appearance of the company or regiment to which he belongs; and if any non-commiffioned officer or private as aforefaid, required to be armed and accoutred with his firelock and accoutrements aforefaid in good order, or if any male white perfon between the ages aforefaid, although not required to be fo armed and accoutred, fhall neglect or refufe to appear on the parade, and anfwer to his name when the roll is called over, which the commanding officer is hereby directed to have done at the diftance of one hour after the time appointed for meeting, not having a reafonable excufe, to be adjudged of by a Court Martial to be appointed by the commanding officer of the company, which fhall confift of a Subaltern and four privates, the Subaltern to be Prefident thereof, every fuch perfon fhall forfeit and pay the fum of Fifty Cents. *(h)*

*Penalty on privates for non-attendance on days of review and exercife;*

*As in fect. 4, Ante.*

SECT. 12. *And be it further enacted,* That every perfon required to attend as aforefaid, at the time and place

*and for neglect of duty.*

---

*(g)* For further and more fpecial provifion relating to notification of tour of duty, called for to be performed by claffes of the militia, and the penalties on privates and officers for non-performance thereof, fee chap. 95. c. fects. 12, 13, 14.

*(h)* See chap. 95. c. fect. 6, alterations in the penalties above in fects. 11 and 13, diftinguifhing between non-attendance on days of exercife in company or battalion, and in regiments—and fee fect. 18, there penalties for neglect of exercife or duty in the troops of horfe—and fee alfo fect. 20, for the penalty on perfons enrolled in the militia who fhall thereafter continue to meet in volunteer companies.

Digitized from Best Copy Available

Brewer Exs. Page 054

1142

# LAWS OF THE STATE

place of exercise in company or in regiment, who shall then and there appear, and shall neglect or refuse to answer to his name when the roll is called over, or to obey the lawful commands of his commanding officer, or to perform his exercise with the care and attention requisite therein, being convicted of any of the said offences by a Court Martial, to be appointed as aforesaid, shall forfeit and pay for every such offence any sum not exceeding One Dollar and Forty Cents.

*Penalty on officers for non-attendance on field days.*

SECT. 13. *And be it further enacted,* That every commissioned officer who shall neglect or refuse to appear at the time and place appointed for exercise in battalion or regiment, having no reasonable excuse, to be adjudged of by such of the officers present, as any two of the fieldofficers shall appoint, and there do and perform his duty, according to his office and station, shall forfeit and pay, if a Lieutenant Colonel Commandant Four Dollars, if a Major Three Dollars, if a Captain Two Dollars, and if a Subaltern or Staff Officer One Dollar and Twenty-five Cents; and every commissioned officer, who shall refuse or neglect to appear at the time and place appointed for exercise or other muster days, having no reasonable excuse, to be adjudged of by the officers present, or a majority of them, shall forfeit and pay for every such neglect or refusal, if a Captain One Dollar and Twenty-five Cents, and if a Subaltern One Dollar. *(b)*

*On other muster days.*

*A Clerk to be appointed for each company.*

SECT. 14. *And be it further enacted,* That the commissioned officers of every company shall appoint such Sergeant thereof, as they shall judge best qualified, to be Clerk thereto, who shall keep in a book to be provided by him for that purpose, to be viewed and examined from time to time by the commanding officer thereof, a fair and exact account of all fines and forfeitures incurred by persons belonging to the same, noting therein, at the time and place appointed for meeting in company, battalion or regiment, the names of the persons belonging to his company, and then absent; a transcript of which entries of fines and forfeitures, the said Clerk shall deliver to the Treasurer of his regiment, once in every three months, *(i)* by whom

*His duty.*

*And pay.*

*(i)* In sect. 7, chap. 95. c. an account of all fines is to be signed by the Captain

Digitized from Best Copy Available

OF DELAWARE.                                1143

whom he fhall be paid Four Dollars a year for his fervices as Clerk aforefaid.

SECT. 15. *And be it further enacted*, That it fhall and may be lawful for the commiffioned officers of each regiment, to meet on the firft Tuefday in September annually, and chufe by ballot, to be taken under the infpection of the fieldofficers, or fuch of them as attend, one reputable freeholder to be Treafurer to fuch regiment for the year thence next enfuing.

*Treafurer for each regiment, to be chofen annually.*

SECT. 16. *And be it further enacted*, That the Treafurer of each regiment, before he enters on the duties by this act required of him, fhall give bond to the Lieutenant Colonel Commandant of the fame, in fuch fum and with fuch fureties as he fhall approve of, conditioned for the faithful performance of the duties hereby enjoined him, and fhall pay over all fuch fums of money as fhall come to his hands, in purfuance of this act, in manner herein directed, and at the expiration of the year for which he was chofen, fhall render an account *(k)* to the State Treafurer of all monies that have come into his hands as Treafurer of faid regiment, and in what manner he hath difpofed of the fame; and the balance remaining in his hands, if any, fhall be paid over to the State Treafurer, after deducting Twenty Cents in the Pound for his trouble.

*To give bond.*

*Shall account with the State Treafurer.*

*His compenfation.*

SECT. 17. *And be it further enacted*, That the Treafurer is hereby impowered and required to fue for and recover all fines and forfeitures incurred by this act, *(l)* and if he fhall neglect or refufe to fue for and recover all fines and forfeitures incurred by this act, once in every fix months, he fhall forfeit and pay for the
                                                    firft

*Shall fue for all fines.*

or Commanding Officer of each company or troop, and by him tranfmitted to the Treafurer of the regiment, and a duplicate thereof to the Commiffary of military ftores, once in three months at the leaft, under the penalty of Twenty Dollars for every neglect.

*(k)* And pay over to the Military Commiffary of his county all fums collected, every four months, deducting twelve Per Cent. for collection, by fect. 8, of faid chap. 95. c—and in fect. 11, the faid Military Commiffary is to account annually with the Auditor of Accounts, retaining four Per Cent.

*(l)* See fect. 7, of faid chap. 95. c. a fummary mode of collection prefcribed, viz. diftrefs and fale under a juftices warrant, as in the cafe of county rates and levies. See alfo fect. 16, there.

Digitized from Best Copy Available

C H A P.
XXXVI.
1793.

firſt offence the ſum of Eight Dollars, and for the ſecond, and every other offence, the ſum of Sixteen Dollars.

**Appropriation of fines and forfeitures.**

SECT. 18. *And be it further enacted,* That all fines and forfeitures, that ſhall be paid into the hands of any Treaſurer of a regiment in purſuance of this act, ſhall be applied for the purpoſe of purchaſing arms, accoutrements and ammunition for the uſe of the regiment, as the Governor ſhall order and direct, and for purchaſing ſuch drums, colours and fifes for the ſeveral companies, and alſo for paying adjutants, drummers and fifers, and in ſuch manner as the field-officers thereof ſhall from time to time direct. *(m)*

**Who ſhall have power to call the militia into ſervice.**

SECT. 19. *And be it further enacted,* That the Governor ſhall have full power and authority, in caſe of an invaſion, rebellion, or inſurrection within this ſtate, or any of the neighbouring ſtates, to call into ſervice ſuch part of the militia, by claſſes, as to him ſhall ſeem neceſſary ; and in caſe of the abſence of the Governor of this ſtate on any inſurrection, rebellion, or invaſion, the commanding officer of each brigade is hereby authoriſed and directed to iſſue his orders, to call out ſuch part of the militia as he may judge immediately neceſſary.

**Militia exempted from arreſts in civil actions.**

SECT. 20. *And be it further enacted,* That no perſon or perſons by this act directed to meet and muſter, or perform any military duty, ſhall be liable to be arreſted or taken by any Sheriff, Conſtable, or other officer, in any civil actions whatſoever, on the day of ſuch meeting, in going to, or returning home from the place of ſuch meeting or muſter or other military duty ; but every ſuch arreſt ſhall be void, and the officer making the ſame ſhall be liable to an action of treſpaſs for falſe impriſonment at the ſuit of the party ſo arreſted, and he ſhall be forthwith ſet at liberty and diſcharged from the cuſtody of ſuch officer, by order of any one Judge or Juſtice of the Peace of the county where ſuch arreſt is made, or of the Captain of the company to which ſuch perſon doth belong.

SECT.

*(m)* See alſo ſect. 10, of chap. 95. c. the power of appropriation of fines given to the Military Commiſſary, and the extention of them to a greater number of objects.

Digitized from Best Copy Available

## OF DELAWARE. 1145

SECT. 21. *And be it further enacted*, That the rules of discipline approved and established by Congress, in their resolution of the twenty-ninth of March, One Thousand Seven Hundred and Seventy-nine, shall be the rules of discipline to be observed by the militia of this state, except such deviations from the said rules as may be rendered necessary by the requisitions of an act of Congress, intitled, *An act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States*, or by some other unavoidable circumstances : It shall be the duty of the commanding officer at every muster, whether by regiment, battalion, or single company, to cause the militia to be exercised and trained agreeable to the said rules of discipline.

*What rules of discipline shall be observed by the militia.*

SECT. 22. *And be it further enacted*, That if any person, whether officer or soldier, belonging to the militia, and called out into service, be wounded or disabled while in service, he shall be taken care of, and provided for, at the public expense : That the Brigade Inspector, and two reputable freeholders, shall appraise the horse of each person serving as light-horsemen, immediately before the time of going into actual service, and enter the same in a book ; and in case such horse shall be killed, die, or taken by the enemy, otherwise than by neglect, he shall be paid the full value of his horse.

*Persons disabled shall be supported at the public expense.*

*Horses of light-horsemen to be appraised,*

*and in killed, the value to be paid.*

SECT. 23. *And be it further enacted*, That the militia of this state shall be subject to such articles of war, as may be established by the General Assembly ; and that they shall be tried by their own officers only.

*Of articles of war, and trial of the militia.*

SECT. 24. *And be it further enacted*, That the militia in this state shall be exercised and instructed in companies, in the months of April, June and September annually, at such time and place as the Captain or Commanding Officer shall direct, he giving notice thereof by advertisements at three of the most public places in his district, at least five days before the day of muster ; and in regiments as follows : The first regiment on the second Monday in October in every year, the second regiment on the Tuesday following, and the third regiment on the Wednesday, and so on, according to their numerical rank, on every

*When to be exercised in companies,*

*and in regiments.*

Digitized from Best Copy Available

1146      LAWS OF THE STATE

C H A P.
XXXVI.
1793.

every day in the week, Saturdays and Sundays excepted, until the whole number of regiments shall have mustered and exercised in the aforesaid manner. (n)

Monies paid into the treasury by virtue of this act, how appropriated.

SECT. 25. *And be it further enacted,* That all monies passing into the treasury, by virtue of the directions of this act, shall be appropriated as a fund for the purpose of supporting the necessary officers for carrying this law into effect, and of equipping and furnishing the militia with every necessary apparatus for the defence and security of the state, the surplus, if any, to be appropriated in such manner, and to such uses, as the General Assembly shall from time to time direct and appoint; and the State Treasurer shall keep all the monies arising from fines by the militia law, separate from all other monies, and keep a separate book of the same, and the expenditures thereof pursuant to the directions of this act. (o)

The Governor shall appoint an Adjutant General.

His duty.

SECT. 26. *And be it further enacted,* That the Governor shall appoint an Adjutant General in the state, whose duty it shall be to distribute all orders from the Commander in Chief of the state to the several corps, to attend all public reviews, when the Commander in Chief shall review the militia, or any part thereof, to obey all orders from him relative to carrying into execution and perfecting the systems of military discipline established by this act, to furnish blank forms of different returns that may be required, and to explain the principles on which they should be made, to receive from the several officers of the different corps throughout the state returns of the militia under their command, reporting the actual situation of their arms, accoutrements and ammunition, and every other thing which relates to the general advancement of good order and discipline; all which the several officers of brigades, regiments and battalions are hereby required and directed to make in the usual

(n) See sect. 5, of chap. 95. c. the foregoing times altered, to wit, of exercise in companies once in the months of April, August and November—in battalions in the month of May—and in regiments in the month of June annually.

(o) See also sects. 10, 11, of chap. 95. c. some alterations herein with more specific appropriations.





DATE DOWNLOADED: Sun Mar 12 20:00:06 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven (1797).

ALWD 7th ed.
Delaware. Ls of the State of Delaware from the Fourteenth Day of October, One Thous&
Seven Hundred, to the Eighteenth Day of August, One Thous& Seven Hundred &
Ninety-Seven (1797).

APA 7th ed.
Delaware.. (1797). Laws of the State of Delaware from the Fourteenth Day of October,
One Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven
Hundred and Ninety-Seven. New-Castle, Samuel & John Adams.

Chicago 17th ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven. New-Castle, Samuel & John Adams.

McGill Guide 9th ed.
Delaware., Ls of the State of Delaware from the Fourteenth Day of October, One Thous&
Seven Hundred, to the Eighteenth Day of August, One Thous& Seven Hundred &
Ninety-Seven (New-Castle: Samuel & John Adams., 1797)

AGLC 4th ed.
Delaware., Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven (Samuel & John Adams., 1797

MLA 9th ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven. New-Castle, Samuel & John Adams. HeinOnline.

OSCOLA 4th ed.
Delaware. Laws of the State of Delaware from the Fourteenth Day of October, One
Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred
and Ninety-Seven. New-Castle, Samuel & John Adams.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

**C H A P.**
**XCV.**

1796.

Counties to be divided into regimental and battalion districts;

and these into company districts.

Returns.

Arrangement of the militia.

How the companies shall be classed.

SECTION 1. *BE it enacted by the Senate and House of Representatives of the state of Delaware in General Assembly met,* That the Brigadier General in each county shall, forthwith after the passing of this act, convene the Lieutenant Colonels and Majors of his brigade, and with them, or a majority of such of them as may meet for that purpose, divide each county into regimental and battalion districts; and that the Major and Captains of each battalion shall be convened by the Lieutenant Colonel, and they, or a majority of them so met for the purpose, shall divide the same into company districts; and returns thereof, describing the limits of such districts, shall be made into the Secretary's Office. *(b)*

SECT. 2. *And be it enacted,* That each regiment shall consist of two battalions; each battalion of four district companies; each district company of not less than forty, nor more than seventy privates, or as near as may be; there shall be to each brigade at least one company of artillery, consisting of not less than fifty, nor more than seventy privates, and one or more troops of horse, as the Brigadier may think proper, consisting of not less than thirty, nor more than sixty privates, which shall be formed of volunteers from the respective brigades; and to each regiment there shall be two companies of grenadiers, light-infantry, or riflemen, which shall be formed of volunteers from the respective regiments, and of those who have heretofore enrolled or exercised as light infantry, excepting such as may elect to join a district company in manner hereinafter mentioned; and every person so enrolled, during his continuance in such company or troop, shall be exempted from serving in the district company. *(c)*

SECT. 3. *And be it enacted,* That the Captain or Commanding Officer of each district company, shall, on or before the first Tuesday of June next, or as soon after as conveniently may be, proceed to form his company into eight classes, in the manner directed
by

*(b)* This sect. hath reference to sect. 1, of chap. 36. c.

*(c)* This sect. hath reference to sect. 3, of chap. 36. c.

Digitized from Best Copy Available

by the seventh section of the act to which this is a
supplement; and when the classes are settled, he shall
form a roll containing the names and surnames of each
class, numbered according to the order of balloting,
which he shall keep for his own use, setting up not
less than two copies thereof in some public places in
his district, and transmitting a copy thereof, with a
list of the names of his commissioned and non com-
missioned officers prefixed, to the Colonel or Com-
manding Officer of the regiment; which shall be
deemed a sufficient notification to each citizen of his
enrolment, except with regard to such citizens who
shall hereafter arrive at the age of eighteen years, and
under the age of forty-five years, and not excepted
by the act to which this is a supplement, shall come
to reside within the bounds of such company dis-
trict. *(d)*

SECT. 4. *And be it enacted*, That the Captain or
Commanding Officer of each company of artillery,
grenadiers, light infantry, or riflemen, and of the
troops of horse, shall forthwith make a list of the
names of the privates who have heretofore enrolled
themselves in their companies, or attended and exer-
cised therewith, and give notice, by one or more ad-
vertisements, that each private may elect to join the
district company on or before the first Tuesday of
May next, that then he will be deemed to be a pri-
vate of his company; which said notification shall
be deemed a sufficient enrolment, as to such persons
as shall not elect in manner aforesaid to join a district
company; and the Captain or Commanding Officer
of the companies of grenadiers, light infantry or rifle-
men, shall return a copy of such list, exclusive of
the names of such persons as may elect as aforesaid
to join a district company, together with the names
of his commissioned and non commissioned officers,
to the Commanding Officer of the regiment; and the
Captain, or Commanding Officer, of the companies
of artillery and troop of light horse, shall make a

VOL. II.                  4 I                          like

Rolls thereof shall be formed;

two to be set up in public places, and one trans-mitted to the Colonel.

What shall be deemed a notifi-cation of en-rolment.

Each private of artillery, grena-diers, &c. may elect to join a district compa-ny.

What shall be deemed an en-rolment, as to persons not e-lecting.

Lists to be trans-mitted to the Colonel,

and Brigadier General.

*(d)* This sect. hath reference to sect. 7, of chap. 36. c.

Digitized from Best Copy Available

When to be ex-
ercifed in com-
panies,

like lift, and make return thereof to the Commanding Officer of the brigade. *(e)*

Sect. 5. *And be it enacted*, That from and after the paffing of this act, the militia in this ftate fhall be exercifed in companies, once in the months of April, Auguft, and November, in every year, at fuch time and place within the diftrict, as the Captain or Commanding Officer of each company fhall appoint and direct ; and in battalions in the month of May in every year, at fuch time and place, within the bounds of each battalion, as the Major thereof fhall order and direct ; and, unlefs the Commander in Chief fhall otherwife direct, in regiments, at fuch place within each regimental diftrict as the Commanding Officer thereof fhall order, as follows : The regiment of the loweft number in each of the brigades, on the firft Monday in June ; the regiment next higheft in number, on the Tuefday following ; and fo on, according to their numerical rank, until the whole number of the regiments fhall have muftered and exercifed. *(f)*

in battalions,

and in regi-
ments.

Sect. 6. *And be it enacted*, That if any officer non commiffioned officer, or private, fhall refufe or neglect to appear at the time and place appointed to exercife, either in company or battalion, thofe who are obliged to find arms and accoutrements, with arms and accoutrements in good order, fuch officer, non commiffioned officer, or private, fo neglecting or refufing, not coming within the defcription of thofe mentioned in the twentieth fection of this act, having no reafonable excufe, to be adjudged of in the manner as by the act to which this is a fupplement it is directed, he fhall forfeit and pay for every fuch neglect or refufal, if a Major Four Dollars, if a Captain Two Dollars, if a Subaltern One Dollar and Fifty Cents, and if a non commiffioned officer or private Fifty Cents ; and if any officer, non commiffioned officer, or private, not having a reafonable excufe, to be adjudged as is before mentioned, fhall neglect or refufe to attend at the time and place appointed to exercife in regiments, thofe

Penalty on offi-
cers and privates
for non atten-
dance on days of
exercife, in
company or
battalion ;

and in regi-
ments.

*(e)* This fect. hath reference to fect. 1, of chap. 56, c.

*(f)* This fect. hath reference to fect. 24, of chap. 56, c.

Digitized from Best Copy Available

Brewer Exs. Page 063

those who are obliged to find arms and accoutrements, with arms and accoutrements in good order, he shall forfeit and pay for every such neglect or refusal, if a Lieutenant Colonel Commandant Six Dollars, if a Major Four Dollars, if a Captain Three Dollars, if a Subaltern or Staff, One Dollar and Fifty Cents, and if a non commissioned officer or private Sixty-seven Cents. (g)

SECT. 7. *And be it enacted*, That a fair and exact account of all fines and forfeitures, signed by the Captain or Commanding Officer of each company or troop, shall be transmitted, by such Commanding Officer, to the Treasurer of the regiment to which he belongs, at least once in three months ; and at the same time an exact duplicate thereof, signed as aforesaid, shall be forwarded as aforesaid, to the Commissary of military stores of the county ; and that it shall and may be lawful for such Treasurer to apply to any Justice of the Peace, within the district of such regiment, who is hereby impowered and required to grant his warrant, authorising such Treasurer to demand and receive from all delinquents the several fines which they have been adjudged to pay, and in case of refusal or neglect to pay the same, to levy and recover such fines or forfeitures in the same summary mode, and as fully and amply to all intents and purposes, as the Collectors of county rates and levies may or can by the laws of this state, collect such rates and levies; and if any Captain, or Commanding Officer as aforesaid, shall neglect or refuse to transmit the account of fines and forfeitures to the Treasurer of the regiment to which he belongs, and to the Commissary of military stores as is before directed, he shall for every such neglect or refusal forfeit and pay the sum of Twenty Dollars, to be recovered as other fines and forfeitures are. (h)

*Accounts for fines to be transmitted to Regimental Treasurer and Military Commissary.*

*Summary mode of collection.*

*Penalty for not transmitting account of fines.*

SECT. 8. *And be it enacted*, That the Treasurer of each regiment shall account with, and pay over to, the Military Commissary of his county, every four months,

*Treasurer to pay to, and account with the Commissary.*

(g) This sect. hath reference to sects. 4, 11, 13, of chap. 36. c.
(h) This sect. also hath reference to sects. 14, 16, 17, of chap. 36. c.—and to sect. 9, of chap. 102. a, as to the summary mode of collecting fines.

Digitized from Best Copy Available

1230                LAWS OF THE STATE

CHAP.
XCV.
1796.

Compensation
for collection.

Commissary to
be appointed for
each county.

His duty.

Public arms to
be apportioned
among the com-
panies.

Bond to be gi-
ven for their
safe keeping.

To whom they
shall be deliver-
ed,

and how pre-
served.

Appropriation of
fines.

months, all such sum and sums of money as may by him be collected in pursuance of this act, and the act to which this is a supplement, deducting twelve and a half *per centum* for the trouble of collection. *(i)*

SECT. 9. *And be it enacted*, That the Governor shall appoint a proper person, in each of the counties of this state, to be a Commissary of military stores for the county in which he respectively resides, whose business and duty it shall be to collect all the public arms in their respective counties, and to provide some convenient place where they may be safely kept ; and shall cause every musket so collected to be branded, on the butt of the stock thereof, with the words *State of Delaware*, and shall equally apportion the muskets so collected, as well as the arms and accoutrements to be by him purchased as herein after mentioned, among the different Captains or Commanding Officers of companies throughout the county ; each Captain or Commanding Officer as aforesaid entering into bond to the said Commissary, in a penalty equal to double the value of the said arms and accoutrements, with his Subaltern Officers security thereto, conditioned for the safe keeping of the said arms and accoutrements, but not for the wear and tear thereof ; which arms and accoutrements, on field and company days, the said Captain shall deliver to such privates in their respective companies as they shall deem not able to equip themselves ; and every such private receiving any of the said arms and accoutrements as aforesaid, shall, immediately after the duty of the day be concluded, deposit the same in such convenient place as the Captains, respectively, shall appoint for the safe keeping of all such arms and accoutrements. *(k)*

SECT. 10. *And be it enacted*, That all sums of money, which shall come into the hands of any Military Commissary, in pursuance of this act, shall by him be applied in purchasing drums, colours and fifes, muskets, cartridge boxes, to contain twenty-four cartridges, bayonets and belts, and also for paying Adjutants,

*(i)* This sect. hath reference to sect. 16, of chap. 36. c.

*(k)* The latter part of this sect. hath reference to the last of sect. 4, in chap. 36. a.

Digitized from Best Copy Available

jutants, Drummers and Fifers, in the ſame manner deſcribed by the act to which this is a ſupplement, to and for the uſe of the ſtate; and all ſuch muſkets or firelocks, as ſhall be purchaſed with the monies ariſing from the aforeſaid fines and forfeitures, ſhall be of bores ſufficient for balls of the eighteenth part of a pound, and ſhall be branded in manner aforeſaid. *(l)*

Caliber of arms to be purchaſed.

SECT. 11. *And be it enacted*, That every Military Commiſſary to be appointed in purſuance of this act, before he enters on the duties enjoined on him by the ſame, ſhall give bond, in the name of the ſtate, with one or more ſufficient ſureties, to be approved of by the Brigadier General of his county, in the ſum of One Thouſand Dollars, conditioned for the faithful performance of the duties of his office; and the ſaid Commiſſaries ſhall, in the month of December in every year at leaſt, render a juſt and true account of all monies which may come into their hands reſpectively, in purſuance of this act, and an account of the expenditures thereof, to the Auditor of Accounts, to adjuſt and ſettle the ſame; and ſhall diſcharge himſelf of any balance remaining in his hands in ſuch manner as the Legiſlature ſhall direct, retaining the ſum of Four Dollars for every Hundred Dollars that may come to his hands, in purſuance of this act, as a compenſation for his care and trouble in performing the duties hereby enjoined on him. *(m)*

Commiſſaries ſhall give bond,

and account annually with the Auditor.

Compenſation.

SECT. 12. *And be it enacted*, That when any claſs or claſſes of the militia ſhall be called to perform any tour of duty, the Brigade Major ſhall give notice thereof to the Captains of the ſeveral companies in his brigade, who ſhall, upon the receipt of ſuch notice, immediately give notice to ſuch non commiſſioned officers and privates, in their reſpective companies, as ſhall be obliged to perform the ſame;—and every noncommiſſioned officer and private, ſo notified to perform any tour of duty, ſhall either perform the ſame in perſon, or find a ſubſtitute to perform the ſame in his

How the militia when called into ſervice ſhall be notified.

Penalty on privates for not performing a tour of duty.

*(l)* This ſect. hath reference to ſect. 18, of chap. 36. c.

*(m)* This ſect. hath reference to ſects. 16, 25, of chap. 36. c.

Digitized from Best Copy Available

1232                    LAWS OF THE STATE

C H A P.
XCV.
1796.

his ftead, or pay fuch fum of money as will procure
a fubftitute, not exceeding Twenty Dollars, to be
afcertained by the Court Martial herein after men-
tioned, which fhall be applied by the Captain or Com-
manding Officer of the company to which the perfon
belongs, fo refufing or neglecting to perform his tour
of duty, towards procuring a fubftitute as aforefaid;
which fum fhall be recovered in the fame manner as
other fines and forfeitures are recovered by this act,

unlefs excufed
by a Court Mar-
tial.

unlefs he fhall be excufed by a Court Martial, to con-
fift of a Subaltern of the company to which he be-
longs, to be appointed by the Captain, and four pri-
vates, two of whom to be chofen by the Captain, and
two by the non commiffioned officer or private ne-
glecting or refufing to perform his tour of duty; and
in cafe the perfon refufing or neglecting to perform
his tour of duty, fhall neglect to attend, or attending
fhall refufe to make fuch choice, the Captain fhall
appoint in his ftead; which Court Martial the Cap-
tain of the company is hereby directed to caufe to be
held, at the requeft of any non commiffioned officer
or private demanding the fame: *Provided*, That no
officer or private, ordered on the fame tour of duty,
fhall be a member of fuch court. (*n*)

Penalty on offi-
cers for not per-
forming a tour
of duty,

SECT. 13. *And be it enacted*, That if any commif-
fioned officer fhall refufe or neglect to perform his
tour of duty, when called on as aforefaid, he fhall
forfeit and pay as follows: If a Major General Two
Hundred Dollars, to be recovered by the Treafurer
of the firft regiment in the county in which he may
refide, in the manner that other fines and forfeitures
are directed to be recovered by this act; if a Briga-
dier General, One Hundred and Twenty Dollars, to
be recovered by the Treafurer of the firft regiment in
his brigade, in the manner herein directed for the re-
covery of other fines and forfeitures; if a Lieutenant
Colonel, One Hundred Dollars; if a Major Eighty
Dollars; if a Captain Sixty Dollars; if a Lieutenant
or Enfign Forty Dollars, to be recovered as other fines
and forfeitures are: Provided fuch officer fo refufing
or neglecting fhall not have a good and fufficient ex-
cufe

unlefs excufed
by a Court
Martial.

(*n*) This fect. hath reference to fects. 8, 9, 10, of chap. 36. c.

Digitized from Best Copy Available

`OF DELAWARE.` 1233

cufe for fuch omiffion, to be adjudged of as follows, *viz.* if the officer refufing be a Major General or Brigadier General, his excufe fhall be adjudged by three fieldofficers, to be appointed for that purpofe by the Commander in Chief; if a Colonel or Major, it fhall be adjudged by three fieldofficers, to be appointed for that purpofe by the Brigadier General. *(o)*

SECT. 14. *And be it enacted,* That if the Captain of any company fhall refufe or neglect to give notice to the officers and privates of his company, ordered on any tour of duty, for the fpace of two days after he fhall receive orders, from the Major of the brigade to which he belongs, for that purpofe, he fhall forfeit and pay the fum of Forty Dollars for every fuch neglect or refufal. *(p)*

*Penalty on Captains neglecting to give notice of a tour of duty.*

SECT. 15. *And be it enacted,* That the refpective Brigadier Generals in the counties of this ftate may appoint their Brigade Majors out of the Subaltern, non commiffioned officers or privates; any thing in the act to which this is a fupplement to the contrary notwithftanding. *(q)*

*Of the appointment of Brigade Majors.*

SECT. 16. *And be it enacted,* That the decifions of Courts Martial duly made, upon all cafes that may come before them in purfuance of this act, and the act to which this is a fupplement, whereby fines may be inflicted, fhall be final and conclufive. *(r)*

*Decifions of Courts Martial to be final.*

SECT. 17. *And be it further enacted,* That in cafe of the removal of an officer out of the diftrict, in which he had been firft commiffioned, his office fhall be thereby deemed and taken to be vacant. *(s)*

*Removal of an officer fhall render the office vacant.*

SECT. 18. *And be it enacted,* That each troop of light horfe, in the refpective brigades, fhall attend and exercife with the battalion and regiment of the diftrict in which the Captain of the faid troop may refide, and fhall be fubject to the orders which may be given by the Lieutenant Colonel Commandant or Commanding

*Troops of horfe to be exercifed with the battalion and regiment of the diftrict.*

·manding

(o) This fect. hath reference to latter part of fect. 9, in chap. 36. c.

(p) This fect. hath reference to fect. 10, of chap. 36. c.

(q) This fect. hath reference to fect. 6, of chap. 36. c.

(r) This fect. hath reference to fects. 11, 12, 13, 14, 17, of chap. 36. c.

(s) This fect. hath reference to fects. 5, 6, of chap. 36. c.

1234                 LAWS OF THE STATE

C H A P.
XCV.
1796.

manding Officer of the regiment, if exercifing in regiment, provided that no officer, inferior in rank to a Major, fhall, in any cafe whatever, command the troops of horfe, and to thofe which may be given by the Major or Commanding Officer of the battalion, if

Penalty for neglect.

exercifing in battalion; and every officer, non commiffioned officer, and private belonging to any fuch troop, neglecting or refufing to attend and exercife as aforefaid, not having a reafonable excufe, to be adjudged of as in other cafes it is provided, fhall forfeit and pay for every fuch neglect or refufal, if a Captain, the fum of Four Dollars, if a Subaltern, the fum of Three Dollars, and if a non commiffioned officer or private, the fum of One Dollar. (t)

Penalty on the Brigadier General to neglect-ing to review the regiments of his brigade.

SECT. 19. *And be it enacted,* That it fhall be the duty of the Brigadier General to attend the review of every regiment in his brigade, under the penalty of Eight Dollars for every neglect or refufal, to be recovered by the Treafurer of the firft regiment of his brigade, in the fame manner as is provided for the recovery of other fines and forfeitures; the faid Brigadier General not having a reafonable excufe, to be adjudged of by the Commander in Chief. (u)

SECT. 20. *Whereas* there are a number of free able bodied white men in this ftate, between the ages of eighteen and forty-five years, who neglect and refufe to mufter and do militia duty, in the companies in which they have been enrolled, in compliance with the directions of the act to which this is a fupplement, and yet meet together with arms in bodies diftinguifhed and known by the name of Volunteer Companies; *And whereas* the affembling of large bodies of armed men, who do not acknowledge, and refufe to fubmit to, the legal military eftablifhment, is highly improper; in as much as it is dangerous to the liberties of the people, and calculated at the fame time to overturn the militia eftablifhment of this ftate, and impair the harmony and good underftanding which ought ever to fubfift between citizens of one
                                                    common

*(t)* This fect. hath reference to fects. 3, 4, of chap. 36. c.

*(u)* This fect. hath reference to fect. 13, of chap. 36. c.

Digitized from Best Copy Available

common country : Therefore for the prevention thereof, *Be it enacted*, That every such person so enrolled, or to be enrolled in pursuance of the directions of this act, who shall continue to meet together in the said volunteer companies, or in the like manner under any other name or denomination whatever, and refuse to muster and to do duty in the company in which he has been so enrolled, he shall forfeit and pay for every such neglect or refusal, if known to be a Commanding Leader or Subaltern of any such volunteer company, or if known by any other name or denomination, the sum of Ten Dollars ; and if known to be an inferior officer or private of such company as aforesaid, the sum of Five Dollars ; and if a Commanding Leader of a larger body than a single company of such volunteers, or by any other name or denomination, the sum of Thirty Dollars ; which fines shall be recovered in the manner herein before directed for the recovering other fines and forfeitures.

*Penalty on persons enrolled in the militia, who shall meet in volunteer companies, &c.*

SECT. 21. *And be it enacted*, That so much of the act, intitled, *An act for establishing the militia in this state*, as is hereby altered and amended, and otherways provided, is hereby declared to be repealed and made void. *(w)*

*Parts of former act repealed.*

SECT. 22. *And be it enacted*, That it shall be the duty of the Major General to attend the review of all the regiments in this state, in the following manner, *to wit*, in the year of our Lord One Thousand Seven Hundred and Ninety-six, he shall review all the regiments of the county of New-Castle ; in the year following he shall review all the regiments in the county of Kent ; and in the next year, he shall review all the regiments in the county of Suffex, and so on in this order annually ; and if the said Major General shall refuse or neglect to attend the said reviews, in the manner aforesaid, not having a reasonable excuse, to be adjudged by the Commander in Chief, he shall forfeit and pay, for every such neglect or refusal, Twelve Dollars, to be recovered by the Treasurer of the first regiment in the county in

*The Major General shall review all the regiments in the manner here prescribed.*

*Penalty for neglect.*

VOL. II.                    4 K                    which

*(w)* For which see said chap. 36. c. and the respective references thereto as set down at the preceding sections of this act.

Digitized from Best Copy Available

# EXHIBIT E

A

# DIGEST

OF THE

# *L A W S*

OF THE

# State of Georgia.

*FROM ITS FIRST ESTABLISHMENT AS A BRITISH PROVINCE DOWN TO THE YEAR 1798, INCLUSIVE,*

AND THE

## PRINCIPAL ACTS OF 1799:

IN WHICH

Is comprehended the declaration of Independence; the State Conſtitutions of 1777 and 1789, with the alterations and amendments in 1794.

ALSO THE

## *Conſtitution of* 1798.

IT CONTAINS

As well all the Laws in force, as thoſe which are deemed uſeful and neceſſary, or which are explanatory of exiſting Laws; together, with the

## *TITLES OF ALL THE OBSOLETE AND OTHER ACTS.*

AND CONCLUDES

WITH AN APPENDIX containing the original Charters and other Documents, aſcertaining and defining the Limits and Boundary of the State; all the Treaties with the ſouthern tribes of Indians; the articles of Confederation and perpetual union: the Conſtitution of the United States, and a few Acts of Congreſs.

Together with a copious Index to the whole.

BY

## *ROBERT & GEORGE WATKINS.*

Philadelphia:

PRINTED BY *R. AITKEN,* Nº. 22, MARKET STREET.
.........................
1800.

Brewer Exs. Page 072     Digitized by Google

458

DIGEST OF THE

A. D. 1792.
No. 468.

*An Act to revise and amend the militia law of this State, and to adapt the same to the act of the congress of the United States, passed the eighth day of May, one thousand seven hundred and ninety-two, entitled " An act more effectually to provide for the national defence by establishing an uniform militia throughout the United States."*

In conformity to act of congress, the militia laid off into divisions, &c.

I. **B**E it enacted by the senate and house of representatives of the State of Georgia, in general assembly met, That in order to comply as nearly as may be convenient with the act of congress of the United States, passed at Philadelphia, on the eighth day of May, in the year of our Lord, one thousand seven hundred and ninety-two, entitled " An act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States ;"—the militia of this State shall be laid off and apportioned into divisions, brigades, regiments, battalions and companies, in the manner herein after particularly expressed.

Brigades and divisions defined.

II. *And be it further enacted,* That the counties of Camden, Glynn, Liberty and Chatham* shall compose a brigade, to be known as the first brigade of the first division ; and the counties of Effingham and Burke† as the second brigade of the said division ; and the said two several brigades shall compose the first division of the militia of this State ; and the counties of Richmond and Columbia shall compose a brigade, to be known as the first brigade of the second division ; and the counties of Washington and Greene as the second brigade of the said division ; and the said two several brigades shall compose the second division of the said militia ; and the county of Wilkes‡ shall compose a brigade, to be known as the first brigade of the third division ; and the counties of Franklin and Elbert§ as the second brigade of the third division, and the said two several brigades shall compose the third division of the said militia.

A major general to command each division.
A brigadier general, each brigade.
Adjutant general, rank of lieut. col.

III. *And be it further enacted,* That each division of the said militia shall be under the direction of, and be commanded by a major general, and each brigade shall be under the direction of, and be commanded by a brigadier general ; and there likewise shall be appointed an adjutant general, to have the rank of lieutenant-colonel : All which said officers shall be appointed and commissioned by the commander in chief of this State, under the regulations and restrictions herein after pointed out.

Brigades to be subdivided in regiments, battalions and companies.
Proviso.

IV. *And be it further enacted,* That within two months after the passing of this act the said several brigades shall be sub-divided into regiments, battalions and companies as nearly as may be, in conformity to the aforementioned act of the congress of the United States, by the executive department of this State. *Provided,* That the respective counties be kept distinct from, and unblended with any other county in such sub-division, unless alterations in such counties should hereafter by law take place.

V.

* Effingham, M'Intosh, and Bryan, added.
† Montgomery, Scriven, Bullock, and Jefferson, added.      } See acts of 1795, No. 334, and 1796, No. 562.
‡ Warren and Lincoln, added.
§ Oglethorpe and Jackson, added.

Digitized by Google

# LAWS OF GEORGIA.

**V.** *And be it further enacted,* That the officers of companies shall be nominated by election of the citizens liable to bear arms in each company district, and be appointed agreeably to the constitution by the governor of this State, under the following rules and restrictions, that is to say, the free white inhabitants so liable to do militia duty shall, within ten days after such company district shall have been defined by the executive, assemble at a place to be appointed therein by any two or more magistrates within such company district, or if there should not be two residing magistrates within such district, by any two or more magistrates of the county such company may be in, ten days public notice being first given by such magistrates of such meeting and the intention thereof; and the free white inhabitants liable to do duty therein, and so convened, shall proceed to nominate, by ballot, one fit and proper person to fill each respective commission of captain, lieutenant and ensign of such company; the election so held, and the names of the persons so nominated for each commission as aforesaid, shall be certified* under the hands and seals of the said magistrates, and be by them sent, within fifteen days so certified, to his excellency the governor, who shall within five days after the receipt thereof, appoint and commission the persons so nominated for the respective commissions of captain, lieutenant or ensign, as the case may be, and in case of the neglect or refusal of the inhabitants of any company district to meet, and by ballot to nominate the persons aforesaid within the time herein before pointed out for such meeting; the executive department shall proceed to appoint the officers of such company district without any such nomination.

**VI.** *And be it further enacted,* That the captains and subalterns of companies so nominated and appointed shall, within twenty days after the notification of their appointments by his excellency the governor has taken place, meet and assemble at some convenient place within the battalion or regimental district, as the case may be, to which such officers belong, under the direction of any two or more of the captains so appointed, not being candidates, ten days notice being given of the meeting and its intention by them; and when so met, the said officers shall proceed to nominate, by ballot, one fit and proper person for each commission of lieutenant colonel of the regiment or major commandant of the battalion, as the case may be. *Provided,* That where the lieutenant colonel, when appointed, will command a regiment, consisting of two battalions, the officers of companies of both battalions shall assemble together in like manner at a conevnient place for each battalion, under the direction of two or more captains, one of which at least belonging to each respective battalion; and the captains so assembling, the said officers shall, within ten days after such nomination, certify the same, and the names of the persons so nominated, and send such certificate to the executive department, which shall within five days thereafter, appoint and commission the persons so nominated to fill such appointments of lieutenant colonel or major, as the case may be.

**VII.** *And be it also enacted,* That where a country will not permit its being formed into two battalions, the same shall compose a regiment to be commanded by a lieutenant colonel commandant.†

VIII.

A. D. 1792.
No. 468.
Company officers, how appointed.

Lieut. col.s and majors to be appointed by the company officers.

Proviso.

Counties not containing two battalions, how to be commanded.

* See act of 1793, No. 494, sect. 8, pointing out the manner of certifying and returning such elections.
† To be commanded by a major if a county has not more than 4 companies. See act of 1795, No. 534.

460                                    DIGEST OF THE

A. D. 1792.
No. 468.
Officers, how to
take rank.

VIII. *And be it further enacted,* That where any officer now in commiſſion ſhall be nominated and appointed to fill the ſame commiſſion he before held, he ſhall take rank† from the date of the commiſſion he ſo before held, any thing herein contained to the contrary notwithſtanding, and the officers in commiſſion at the time of paſſing this act ſhall continue to act until the nomination or appointment of ſome other perſon to fill the ſame.

Enrolments, how
to be made.
Perſons liable to
duty.

IX. *And be it enacted,* That the commanding officer of each company of militia ſhall enroll the names of all the male inhabitants (ſlaves excepted) above the age of eighteen and under the age of forty-five years, who ſhall have reſided therein for the ſpace of ten days, and ſhall cauſe the perſons ſo enroled to be ſummoned and duly noticed by a proper non-commiſſioned officer, to appear at ſuch times and places as he ſhall appoint for company muſters ; and the perſons ſo enrolled, ſhall be from thenceforth deemed and held to belong to ſuch company, and liable to appear at all its muſters, whether battalion or company, and on all other neceſſary occaſions, and to perform the whole duty of a militia man without any further notice whatſoever.

Accoutrements.

X. *And be it further enacted,* That every perſon ſo enrolled ſhall provide himſelf, agreeably to the act of congreſs, with a muſket or firelock, a ſufficient bayonet and belt, two ſpare flints, and a knapſack, a pouch with a box therein, to contain not leſs than twenty-four cartridges, ſuited to the bore of his muſket or firelock, each cartridge to contain a proper quantity of powder and ball ; or with a good rifle, knapſack, ſhot pouch and powder horn, twenty balls ſuited to the bore of his rifle, and a quarter of a pound of powder, and ſhall appear ſo armed, accoutred and provided, when called out to exerciſe or into ſervice ; except that when called out to exerciſe only on company days, he may appear without a knapſack. And if any perſon ſo enrolled ſhall neglect to provide himſelf, or ſhall appear at muſters not properly accoutred as before expreſſed, or ſhall neglect or refuſe to appear at ſuch battalion or company muſters, or on any other neceſſary occaſion, at any time within nine months after the paſſing of this act, ſhall be fined in a ſum not exceeding two dollars for every ſuch offence ; and for every ſuch neglect after that time, the ſum not exceeding ſix dollars if a battalion muſter, and four dollars if a company muſter.

Fines of privates
for deficiencies
and non-attendance.

Field and company officers
uniform, ſubject
to fine for deficiencies & non-attendance.

XI. *And be it further enacted,* That every commiſſioned officer of the rank of captain and under, ſhall provide himſelf with a ſword or hanger, an eſpontoon, and a complete ſuit of uniform, to be determined on by the officer commanding the brigade he belongs to, and in caſe of any ſuch officer appearing at muſters, or on other neceſſary occaſions, not ſo provided, at any time within nine months after his appointment, every ſuch officer ſo offending, or who ſhall neglect or refuſe to appear at ſuch muſters ſhall be fined, if a captain, in a ſum not exceeding thirty dollars ; if a lieutenant, not exceeding twenty dollars ; and if an enſign, not exceeding fifteen dollars. And every general and field officer ſhall in like manner appear, when on duty, in a complete uniform, and armed with a ſword or hanger ;—the uniform of the general officers to be determined by the commander in chief, and the uniform

**of**

† See act of 1793, No. 494, ſect. 6, reſpecting the rank of lieutenant-colonels.

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.13892   Page 110 of 326

## LAWS OF GEORGIA.

of the field officers, by the officer commanding the brigade; and in cafe of their appearing at mufter, or on other neceffary occafions, not fo provided, every fuch officer fhall forfeit and pay, if a major-general, a fum not exceeding two hundred and fifty dollars; if a brigadier, a fum not exceeding two hundred dollars; and if a field officer, a fum not exceeding one hundred dollars.

A. D. 1792.
No. 468.

XII. *And be it further enacted,* That the faid militia fhall exercife in battalion twice in each year, and in companies four times in every year; and in cafe of neglect thereof, if a battalion or regimental mufter, the commanding officer of fuch regiment or battalion fhall be fined in a fum not exceeding one hundred dollars, to be impofed by a court martial, to be ordered by the officer commanding the brigade; and if a company mufter, the officer commanding and fo neglecting fhall be fined for every fuch neglect in a fum not exceeding thirty dollars, to be impofed by a court martial, to be ordered by the officer commanding the regiment or battalion to which fuch company fhall belong, and due notice fhall be given of fuch regimental, battalion or company mufters, by the officers commanding the fame.

Battalion or regimental mufters.

XIII. *And be it further enacted,* That every officer commanding a company fhall, on the days appointed to exercife his men by company, have the fame formed under arms by eleven o'clock in the forenoon, by which hour every perfon liable to militia duty in fuch company fhall attend, and the faid officer fhall then have his roll called over, and mark all defaulters, and fhall proceed to inftruct and exercife his men in the evolutions and manual exercife pointed out and required by the before mentioned act of congrefs, and in cafe of neglect of fuch inftructing and exercifing, the officer fo commanding fhall be liable to a penalty not exceeding thirty dollars for every fuch neglect.

Company mufters.

XIV. *And be it further enacted,* That if any perfon liable to bear arms, at any exercife or training, hereby appointed, fhall behave in a contemptuous or unfoldier-like manner, at either battalion or company mufters whilft under arms, or fhall infult or threaten his field, company or other officer commanding, after his difcharge, for or on account of fuch officer's performing the duty hereby required of him whilft fuch perfon was under arms, every fuch perfon fhall for every fuch offence forfeit and pay a fum not exceeding four dollars: And if fuch offender fhall be a commiffioned officer, and fhall be guilty of contemptuous or unfoldierlike behavior whilft on duty, or fhall, after his difcharge from fuch duty, threaten or infult his fuperior officer for or on account of the duty required of fuch officer by this act, every fuch commiffioned officer fo offending fhall for every fuch offence forfeit and pay a fum not exceeding twenty dollars or be cafhiered, at the option of a court martial.

Officers and privates to be fined or cafhiered by court martial, for mifbehavior or difobedience of orders.

XV. *And be it further enacted,* That any perfon interrupting the military exercifes required by this act, may be committed by the officer commanding the body of militia fo interrupted, to the neareft common gaol, for a fpace of time not exceeding five days for every fuch offence.

Perfons interrupting military exercife may be committed to gaol.

XVI. *And be it further enacted,* That every mafter or other perfon who hath the command, government or power over any indented man fervant, liable to do militia duty by this act, fhall, at his or her own proper cofts and charge furnifh and provide every

Mafters of indented fervants to equip them, &c. and fubject to fine for neglect.

A. D. 1792.
No. 468.

every fuch indented man fervant during his fervitude, with the arms, ammunition and accoutrements directed by this act, and every fuch mafter or other perfon fhall fend fuch indented fervant completely armed and furnifhed as is herein required, to all battalion, regimental or company mufters, and on all other neceffary occafions, which fuch indented fervant would have been liable to attend were he not a bondfman; and in cafe fuch indented fervant fhall not appear thereat, or on appearance fhall be defective in arms or accoutrements hereby required, fuch mafter or other perfon fhall be liable to all the fines, penalties and forfeitures impofed in like cafes on other perfons liable to bear arms by this act.

Fines and for-
feitures, how to
be impofed by
courts martial.

XVII. *And be it further enacted,* That the feveral fines, penalties and forfeitures to be inflicted by this act on perfons liable to attend at company mufters, may be impofed by a court confifting of a majority of the commiffioned officers of fuch company; or in cafe of vacancies of two commiffioned officers of the regiment or battalion fuch companies belong to. *Provided,* one of the faid officers be an officer of fuch company. And the feveral fines, penalties and forfeitures to be inflicted on perfons liable to attend battalion or regimental mufters, fhall be impofed by a court, to confift of at leaft feven commiffioned officers of fuch battalion or regiment; and it is hereby made the duty of the officers appointed members of fuch courts martial, on being duly notified thereof, to attend the fame; and in cafe of neglect or refufal of any fuch commiffioned officer to attend, he fhall be liable to the penalties herein pointed out for non-appearance at regimental or battalion orders; and ten days notice at leaft, in writing, fhall be given defaulters and offenders to be tried at fuch company, battalion or regimental courts martial, under the hand of the commanding officer of the company fuch offender or defaulter belongs to, who fhall be ferved with the fame perfonally, or be otherwife notified by a non-commiffioned officer thereof, by fuch non-commiffioned officer's leaving the fame at fuch defaulter's or offender's ufual place of abode, and proof of fuch fervice fhall be made to fuch court, on oath, previous to its proceeding to the trial of fuch offender or defaulter.

Warrants therefor, how to be
drawn & ferved

XVIII. *And be it further enacted,* That all warrants for fines, penalties or forfeitures inflicted by this act fhall, if in confequence of the fentence of a company court martial, be under the hand and feal of the commanding officer of the company; and if in confequence of the fentence of a regimental or battalion court martial, under the hand and feal of the commanding officer of fuch regiment or battalion; and every fuch warrant fhall clearly exprefs the offence, and recite the fentence of the court, and fhall be directed to, and executed by a ferjeant of the company the offender belongs to, or be directed to, and executed by any lawful conftable of fuch diftrict; and fuch non-commiffioned officer or conftable fhall make return of fuch warrant within thirty days after his receiving the fame; and if on fuch return it fhall happen that fuch offender or defaulter has not wherewithal to be levied to fatisfy the forfeiture or fine impofed by fuch court, it fhall be the duty of fuch officer commanding, to renew the warrant, and thereby to commit the offender or defaulter to the common gaol of the county, or the neareft gaol thereto, if there fhall be no fuch county gaol, for the fpace of one day for each dollar contained in

fuch

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.13894   Page 112 of 326

fuch fine or forfeiture; and it is hereby made the duty of the keeper of fuch gaol to receive fuch offender or defaulter, and to keep him in clofe cuftody for the term in fuch warrant expreffed, without bail or mainprize, and until fuch offender or defaulter fhall have fatisfied fuch keeper for his fees on fuch confinement. *Provided,* That no gaoler fhall detain fuch perfon or perfons more than three days for his fees: *And provided,* That where this act admits of perfons being committed to gaol in the firft inftance, no return or renewal of fuch warrant fhall be neceffary.

A. D. 1792.
No. 468.

XIX. *And be it further enacted,* That the non-commiffioned officers of the refpective companies fhall be appointed in the following manner, that is to fay, the names of all perfons liable to bear arms in each company diftrict fhall be placed in a box to be kept in the cuftody of the commanding officer of fuch company and have two partitions, to be known by the numbers one and two, and the names in the firft inftance fhall be put in the petition number one, and within one month after the refpective companies fhall be organized, it fhall be the duty of the commiffioned officers thereof to affemble and draw from the faid partition number one, the names of eight perfons which fhall be thrown into the partition number two, and the eight perfons fo drawn fhall be the non-commiffioned officers of the company and are hereby declared liable to execute and perform all the duties of fuch ftation, and they fhall ferve as fuch for the fpace of twelve months, and fhall not be liable to ferve again in that capacity until all the names fhall be drawn from the partition number one; and in cafe of refufal to act in fuch appointment, or to procure fome fit and proper perfon, to be approved of by the officer commanding the company, to do the duty of a non-commiffioned officer in his ftead, fuch perfon fo drawn and refufing to act or to procure fuch fit and proper perfon, fhall forfeit and pay the fum of ten dollars, to be recovered by warrant of the officer commanding the company fuch perfon fhall belong to, and the faid commiffioned officers fhall proceed to draw another perfon to fill the office of fuch perfon fo refufing until the number of non-commiffioned officers fhall be completed; and the four firft perfons fo drawn as aforefaid, fhall be the ferjeants, and the laft four fo drawn, the corporals of fuch company. *Provided neverthelefs,* That if fit and proper perfons for non-commiffioned officers fhould be procured by the commiffioned officers of fuch company, the mode of drawing in this claufe contained may be difpenfed with; but after fuch fit and proper perfons have accepted fuch offices, they fhall be liable to ferve in fuch ftation, at leaft for the term of twelve months, as is herein before expreffed for perfons drawn to ferve in the fame; and in confideration of the duties in this act affigned to them, one half of the fines of fuch company fhall be fet apart as a fund for defraying the expence of executing fuch duty, and be divided to and among fuch non-commiffioned officers; but if any non-commiffioned officer after accepting fuch office, fhall neglect or refufe to do the duty required by this act, he fhall for every fuch offence, forfeit and pay a fum not exceeding five dollars.

Non-commiffioned officers, in what manner to be appointed—to act twelve months.

Subject to fine in cafe of refufal to act.

Provifo.

XX. *And be it further enacted,* That it fhall be the particular duty of the officers commanding companies, to pay a due attention that the law for eftablifhing and regulating patrols in force in this State, paffed the eighteenth day of November, in the

The patrol law, how to be enforced by the militia.

year

Digitized by Google

464                          DIGEST OF THE

A. D. 1792.
No. 468.

year of our Lord, one thousand seven hundred and sixty five, under the then province of Georgia, be strictly executed, and in case of neglect or default of such execution, every officer commanding the company defaulting, and not punishing the defaulters agreeable to the said act, shall be subject to a fine not exceeding fifty dollars or be cashiered, at the option of a court martial.

*Returns, to whom and when to be made.*

XXI. *And be it further enacted,* That the officers commanding regiments or battalions, shall once in every year, make proper and complete returns of their regiment or battalion as the case may be, to the officer commanding the brigade to which they respectively belong, and the officers commanding brigades, shall in like manner, make proper and complete returns of their brigades, to the officers commanding the division

*Orders how to be distributed by the officers.*

to which they respectively belong, and the officers commanding divisions, shall receive and distribute all such orders to the brigades of their divisions as may from time to time be issued from the commander in chief, or by his direction, from the adjutant general; and the officers commanding brigades, shall in like manner, receive and distribute to and among the respective regiments and battalions of their respective brigades, all such orders as may from time to time be issued to them by the officers commanding divisions, by the commander in chief, or from his directions by the adjutant general, and the officers commanding regiments or battalions shall cause to be distributed to, and executed by the respective companies under their command all such orders as they may from time to time receive from officers commanding divisions

*Subject to fine or may be cashiered, at discretion of court martial.*

and brigades, or from the commander in chief, or the adjutant general; and in case of neglect or refusal to perform such duty, every officer so offending shall, if a major general, be fined in a sum not exceeding five hundred dollars, if a brigadier, in a sum not exceeding three hundred dollars, and if a field officer, in a sum not exceeding two hundred dollars or be cashiered at the option of a court martial to be ordered, if on a major general by the commander in chief, if on a brigadier by the officer commanding the division, and if a field officer by the officer commanding the brigade. *Provided,* That nothing in this clause contained, shall be construed to debar the commander in chief from arresting and ordering courts martial for the trial of any officer of the militia of this State, or to debar any officer commanding a division, brigade, regiment or battalion from arresting and ordering courts martial for the trial of any officer belonging to his division, brigade, regiment or battalion.

*Courts martial for the trial of officers, how constituted.*

XXII. *And be it further enacted,* That a court* martial for the trial of a major-general shall consist of at least one major-general, three brigadier generals and five field officers; and for the trial of a brigadier general the court shall consist of at least two brigadier generals and seven field officers; and for the trial of a field officer it shall consist of at least one brigadier, three field officers, and five captains, or of four field officers, and five captains; and a court martial for the trial of a captain or subaltern shall consist of at least seven commissioned officers, the president

*Their sentence subject to the pleasure of the commander in chief.*

thereof to be of superior rank to the officer tried; and every sentence of a court martial, where the officer shall be cashiered, shall be transmitted by the president of the court through the adjutant-general to the commander in chief, who may approve of, mitigate the sentence or pardon the offender as he may see fit: and in case of sentences

*See act of 1793, No. 494, sect. 3, prescribing the manner of appointing courts martial.*

Digitized by Google

tences merely pecuniary, the officer ordering the court may approve, disapprove or mitigate the same.

A. D. 1792.
No. 468.

XXIII. *And be it further enacted,* That from and after the organization of the militia as before pointed out, whenever any vacancy shall happen in any captain's district, battalion, regiment, brigade or division, by death, resignation or otherwise, the vacancies shall be filled up by nominating a person or persons to fill such vacancy or vacancies in the same manner as before pointed out by this act.

*Vacancies, how to be filled.*

XXIV. *And be it further enacted,* That his excellency the governor be, and he is hereby empowered to assemble and embody such part of the militia of the State as he may from time to time think necessary, to repel any invasion, insurrection or rebellion which may happen within the same, and to order such officers to command the said militia as he shall see fit. *Provided,* That the officers of one company shall not be placed to command another company, unless where the death, resignation or inability of such officer shall make it necessary. *And provided,* That nothing in this clause contained shall prevent part of such company from being detached, or piquet or otherwise under any officer.

*The governor may embody the militia.*

XXV. *And be it further enacted,* That where volunteer corps of artillery, horse or infantry shall be formed in pursuance of the aforementioned act of congress; the volunteers composing the same shall not be permitted to leave such corps until he or they shall have given two weeks notice of such intention, and shall have produced a certificate from under the hand of the commanding officer of the company district he belongs to, that his name is enrolled therein; and until the expiration of such notice such person shall be liable to continue to do duty in such volunteer corps; and in case of removal of residence of any person liable to do militia duty from one district to another, five days notice shall be given to the officer of the company such person intends to remove from, and shall produce a certificate from the officer of the company he intends to remove to, that his name is therein enrolled; and until such notice and certificate, such person shall be liable to do militia duty in such company from which he so intends to remove.

*Members of volunteer corps of artillery, horse & infantry, not to leave the same without notice and certificate.*

*Militia men not to remove out of any district without notice and like certificate.*

XXVI. *And be it further enacted,* That any officer acting in an infamous or scandalous manner unbecoming the officer, and which is likely to bring the militia service into disrepute, may be arrested by order of the commander in chief, or the commanding officer of a division or brigade, on sufficient grounds appearing to them of such conduct, and on conviction thereof by a court martial, such officer may be cashiered: And all disorders and neglects whilst on duty, or under orders which officers or privates may be guilty of to the prejudice of good order and discipline, though not herein particularly provided for, may be noticed by a general, regimental or battalion court martial, and be punished by fine or forfeiture, not exceeding the penalties herein apportioned for other offences according to the rank of the offender.

*All improper conduct of officers, disorders and neglect of duty, to be noticed by courts martial.*

XXVII. *And be it further enacted,* That all fines* and forfeitures accruing by virtue of this act shall, if arising from default at regimental or battalion musters, be paid into the hands of the major of such regiment or battalion for the express purpose of

*Fines and forfeitures, how applied.*

N n n                                     procuring,

Digitized by Google

Brewer Exs. Page 080.

# DIGEST OF THE

A. D. 1792.
No. 468.

procuring regimental and company colours : and all fines and forfeitures arifing from defaults at company mufters (except as herein excepted) fhall be lodged in the hands of the captain thereof, to be applied in the purchafe of drums and fifes ; and fuch captain, after fuch purpofe is attained, fhall yearly account with, and pay to the major of fuch regiment or battalion, the overplus of fuch fines and forfeitures, who fhall, after the expence of colours is deducted therefrom, pay the overplus of fuch regimental, battalion or company forfeitures into the public treafury, where all fines on general officers fhall alfo be paid.

*Commanding officers of regiments have the fole appointment of the regimental ftaff.*

XXVIII. *And be it further enacted,* That the commanding officer of regiments fhall have the fole appointment of the regimental ftaff as pointed out by the aforefaid act of congrefs, and that for the better underftanding of this law as it has reference to the faid act, the executive be empowered to direct a fufficient number of copies of that act to be ftruck off with this law, to be diftributed one to each company of militia within this State, and one to each field and general officer within the fame : And

*The militia laws to be publicly read to companies, regiments or battalions.*

it is declared to be the duty of each company officer to have the faid act, together with this law, publicly read over at leaft twice in each year to his company whilft under arms ; and it fhall be the duty of the field officers to have the fame once in every year, read to the refpective regiments or battalions whilft under arms, to which they may refpectively belong : And the executive department is alfo further empowered and required to have a like number of copies of the rules and articles of war, in force with the troops of the United States, to be diftributed in like manner, that the militia be not ignorant thereof when called into actual fervice.

*Major generals, brigadiers and adjutant general, how appointed.*

XXIX. *And be it further enacted,* That the major generals, brigadier generals, and adjutant general created by this act, fhall be nominated in the following manner : The fenate and houfe of reprefentatives fhall concur in the nomination of one perfon as major general for the firft divifion ; one other perfon as major general for the fecond divifion ; and one other perfon for the major general for the third divifion of the militia of this State ; and fhall alfo concur in the nomination of one other perfon for the brigadier general of the firft brigade of the firft divifion ; one other perfon for the brigadier general for the fecond brigade of the faid divifion ; one other perfon for the brigadier general of the firft brigade of the fecond divifion ; one other perfon for the brigadier general for the fecond brigade of the faid laft mentioned divifion ; one other perfon for the brigadier general for the firft brigade of the third divifion ; and one other perfon as a brigadier general for the fecond brigade for the third and laft divifion ; and fhall alfo concur in the nomination of one other fit and proper perfon as adjutant general ; and a lift of the names of fuch perfons as fhall be nominated as aforefaid, fhall be figned by the prefident of the fenate and fpeaker of the houfe of reprefentatives, and tranfmitted to the governor within two days after fuch nomination, for the purpofe of appointing and commiffioning each and every of fuch nominated perfons within ten days after he fhall receive fuch lifts of names as aforefaid.

*Vacancies by removal.*

XXX. *And be it further enacted,* That in cafe any officer fhall remove out of the diftrict, battalion or regiment for which he fhall be appointed, then and in that cafe his commiffion fhall be void ; and all officers of divifions, brigades, regiments, battalions and companies fhall be refidents of the divifions, brigades, regiments, battalions and companies to which they feverally belong. XXXI.

Brewer Exs. Page 081

Digitized by Google

## LAWS OF GEORGIA.

467

**XXXI.** *And be it further enacted,* That the people called quakers, on producing a certificate from a quaker meeting of their being *bona fide* quakers, shall be exempt from all militia duty required by this act, and shall pay an extra tax of twenty-five *per centum* in addition to their general tax. *Provided,* That this act shall not extend to affect persons nor their estates who are herein exempt either from years, appointments or imbecility.

A. D. 1792.
No. 468.
Quakers exempt from militia duty, on payment of additional tax.
Proviso.

**XXXII.** *And be it further enacted,* That the members of the legislature for the time being, and their officers, all judicial and executive officers, all ministers in orders, practitioners of physic, all public printers, all ferrymen, millers, all tutors and students, all justices of the peace, registers of probates, the treasurers, the surveyor general and county surveyors, the secretary of the State, invalids, post riders, madmen and ideots,† shall be and they are exempted from any of the duties required by this act, in addition to those exempted therefrom by the act of the United States.

Certain other exemptions in addition to those mentioned in the act of the United States.

WILLIAM GIBBONS, *Speaker of the House of Representatives.*
BENJAMIN TALIAFERRO, *President of the Senate.*
EDWARD TELFAIR, GOVERNOR.

*December* 14, 1792.

* So much of this sect. as exempts the "several officers" named, and all militia laws prior to this act, repealed by act of 1793, No. 494, sect. 15.

† See other exemptions by acts of 1794, No. 522, and 1795, No. 534.

---

## An Act for the more effectually preventing and punishing forgery.

No 469.

**I.** BE it enacted by the senate and house of representatives of the State of Georgia in general assembly met, That from and after the passing of this act, if any person or persons shall falsely make, forge, alter or counterfeit, or cause or procure to be falsely made, forged, altered or counterfeited, or willingly act or assist in the falsely making, forging, altering or counterfeiting any audited certificate, issued by the auditor general, or any order or warrant issued by his excellency the governor, or the honorable the president of the senate, or speaker of the house of representatives of this State, on the treasurer thereof, for any money or other thing, or any warrant for land issued by the justices of any land court within this State, or any certificate, draft, warrant or order from any of the public officers of this State, issued under or by virtue of any act or resolve of the general assembly, any deed, will, testament, bond, writing obligatory, bill of exchange, promissory note, or order for money or goods, or acquittance, or receipt for money or goods, or any endorsement or assignment of any bond, writing obligatory, bill of exchange, promissory note, or order for money or goods, with intent to defraud any person or persons whatsoever, or shall utter or publish as true, any false, forged, altered or counterfeited audited certificate, governors, presidents, speakers or other public officer's certificate, draft, warrant or order, so as aforesaid issued under or by virtue of any act, or resolve of the general assembly of this State, or any deed, will, testament bond, writing obligatory, bill of exchange,

To forge audited certificates, governors, presidents or speakers warrants, &c. &c.

Or to utter or publish the same as true.

# EXHIBIT F

THE

# L A W S

OF

# M A R Y L A N D,

TO WHICH ARE PREFIXED

## THE ORIGINAL CHARTER,

WITH AN

ENGLISH TRANSLATION,

## THE BILL OF RIGHTS

AND

# CONSTITUTION OF THE STATE,

AS ORIGINALLY ADOPTED BY THE CONVENTION,

WITH THE SEVERAL ALTERATIONS BY ACTS OF ASSEMBLY,

### THE DECLARATION OF INDEPENDENCE,

### THE ARTICLES OF CONFEDERATION,

### THE CONSTITUTION OF THE GENERAL GOVERNMENT,

AND THE AMENDMENTS MADE THERETO,

WITH AN

# I N D E X

TO THE LAWS, THE BILL OF RIGHTS, AND THE CONSTITUTION.

IN TWO VOLUMES.

REVISED AND COLLECTED, UNDER THE AUTHORITY OF THE LEGISLATURE,

BY WILLIAM KILTY, ATTORNEY AT LAW.

## VOLUME II.

ANNAPOLIS:

PRINTED BY *FREDERICK GREEN*, PRINTER TO THE STATE.

1800.

Brewer Exs. Page 084

Digitized by Google

afcertainment of fuch valuation or damages, and before they fhall proceed to affect the lands and tenements of the perfon or perfons concerned; provided, that the faid road fhall not go through any houfes, gardens, meadows or orchards, unlefs with the confent of the owner thereof.

C H A P.  XLVIII.

### C H A P.   XLIX.

An ACT to authorife the regifter of the land-office to iffue a patent to Salathiel Fitchett for lot number fix in Nanticoke manor. Lib. JG. No. 2. fol. 55.  A Private Act.

Paffed 28th of Dec. 1793.

### C H A P.   L.

An ACT to fettle and pay the civil lift and other expences of civil government. Lib. JG. No. 2. fol. 55.

## C H A P.   LI.
### An ACT for the fupport of Rebecca Fowler.  Lib. JG. No. 2. fol. 56.

WHEREAS Juliana Fowler, of Queen-Anne's county, by her petition to this general affembly hath fet forth, that fhe has, amongft other children, a daughter, who is now a young woman, who is blind, and alfo much afflicted with convulfion fits, which has in a great meafure deprived her of her fenfes, and that fhe, the faid Juliana Fowler, mother of the faid Rebecca, is not able to maintain her, and prays that an act may pafs to provide for the fupport of her faid daughter, out of the poor-houfe; and the facts ftated in the faid petition appearing true,

Preamble.

II. BE IT ENACTED, *by the General Affembly of Maryland,* That the juftices of Queen-Anne's county fhall and they are hereby empowered, at their levy courts annually, fo long as they may fee caufe, to affefs and levy on faid county a fum of money, not exceeding twenty pounds, for the fupport and maintenance of the faid Rebecca Fowler.

Juftices to levy money, &c.

### C H A P.   LII.

A Supplement to an act, * entitled, An act to prevent the exportation of flour, ftaves and fhingles, not merchantable, from the town of Baltimore, in Baltimore county, and to regulate the weight of hay and meafure of grain, falt, flax-feed and firewood, within the faid town, and to prevent the exportation of flour, not merchantable, from Fell's Point, in the faid county. Lib. JG. No. 2. fol. 57.

* 1771, ch. 20.

See the note under the original act.

## C H A P.   LIII.
### An ACT to regulate and difcipline the militia of this ftate. Lib. JG. No. 2. fol. 57.

A Supplement 1798, ch. 100.

WHEREAS the congrefs of the United States, by their act, entitled, An act more effectually to provide for the national defence, by eftablifhing an uniform militia throughout the United States, have enacted as follows, to wit: " Be it enacted, by the fenate and houfe of reprefentatives of the United States of America in congrefs affembled, That each and every free able bodied white male citizen of the refpective ftates, refident therein, who is or fhall be of the age of eighteen years, and under the age of forty-five years, (except as is herein after excepted,) fhall feverally and refpectively be enrolled in the militia, by the captain or commanding officer of the company within whofe bounds fuch citizen fhall refide, and that within twelve months after the paffing of this act. And it fhall at all times hereafter be the duty of every fuch captain or commanding officer of a company, to enrol every fuch citizen as aforefaid, and alfo thofe who fhall, from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years, (except as before excepted,) fhall come to refide within his bounds; and fhall, without delay, notify fuch citizen of the faid enrolment, by a proper non-commiffioned officer of the company, by whom fuch notice may be proved. That every citizen fo enrolled and notified, fhall, within fix months thereafter, provide himfelf with a good mufket or firelock, a fufficient bayonet and belt, two fpare flints, and a knapfack; a pouch with a box therein, to contain not lefs than twenty-four cartridges fuited to the bore of his mufket or firelock, each cartridge to contain a proper quantity of powder and ball; or with a good rifle, knapfack, fhot-pouch and powder-horn, twenty balls fuited to the bore of his rifle, and a quarter of a pound of powder, and fhall appear fo armed, accoutred and provided, when called out to exercife or into fervice, except that when called out on company days to exercife only, he may appear without a knapfack.  That the commiffioned officers fhall feverally

Preamble.

rally

Digitized by Google

CHAP.
LIII.

rally be armed with a sword or hanger, and espontoon; and that from and after five years from the passing of this act, all muskets for arming the militia as herein required, shall be of bores sufficient for balls of the eighteenth part of a pound; and every citizen so enrolled, and providing himself with the arms, ammunition and accoutrements, required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales, for debt, or for the payment of taxes. And be it further enacted, That the vice-president of the United States, the officers, judicial and executive, of the government of the United States, the members of both houses of congress, and their respective officers, all custom-house officers, with their clerks, all post-officers, and stage drivers who are employed in the care and conveyance of the mail of the post-office of the United States, all ferrymen employed at any ferry on the post-road, all inspectors of exports, all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States, and all persons who now are or may hereafter be exempted by the laws of the respective states, shall be and are hereby exempted from militia duty, notwithstanding their being above the age of eighteen, and under the age of forty-five years. And be it further enacted, That within one year after the passing of this act, the militia of the respective states shall be arranged into divisions, brigades, regiments, battalions and companies, as the legislature of each state shall direct; and each division, brigade and regiment; shall be numbered at the formation thereof, and a record made of such numbers in the adjutant-general's office in the state, and when in the field, or in service in the state, each division, brigade and regiment, shall respectively take rank according to their numbers, reckoning the first or lowest number highest in rank. That if the same be convenient, each brigade shall consist of four regiments, each regiment of two battalions, each battalion of five companies, each company of sixty-four privates. That the said militia shall be officered by the respective states as follows: To each division, one major-general, and two aids-de-camp with the rank of major; to each brigade, one brigadier-general, with one brigade inspector, to serve also as brigade-major, with the rank of a major; to each regiment, one lieutenant-colonel commandant; and to each battalion, one major; to each company, one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer, and one fifer or bugler. That there shall be a regimental staff, to consist of one adjutant and one quarter-master, to rank as lieutenants; one paymaster, one surgeon, and one surgeon's mate; one sergeant-major, one drum-major, and one fife-major. And be it further enacted, That out of the militia enrolled as is herein directed, there shall be formed for each battalion at least one company of grenadiers, light infantry or riflemen; and that to each division there shall be, at least, one company of artillery, and one troop of horse: There shall be to each company of artillery one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer, and one fifer. The officers to be armed with a sword or hanger, a fusee, bayonet and belt, with a cartridge box to contain twelve cartridges; and each private or matross shall furnish himself with all the equipments of a private in the infantry, until proper ordnance and field artillery is provided. There shall be to each troop of horse, one captain, two lieutenants, one cornet, four sergeants, four corporals, one saddler, one farrier, and one trumpeter. The commissioned officers to furnish themselves with good horses, of at least fourteen hands and an half high, and to be armed with a sword and pair of pistols, the holsters of which to be covered with bearskin caps. Each dragoon to furnish himself with a serviceable horse, at least fourteen hands and an half high, a good saddle, bridle, mail pillion and valise, holsters, and a breastplate and crupper, a pair of boots and spurs, a pair of pistols, a sabre, and a cartouch box to contain twelve cartridges for pistols. That each company of artillery and troop of horse shall be formed of volunteers from the brigade, at the discretion of the commander in chief of the state, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry, and shall be uniformly cloathed in regimentals, to be furnished at their own expence; the colour and fashion to be determined by the brigadier commanding the brigade to which they belong. And be it further enacted, That each battalion and regiment shall be provided with the state and regimental colours by the field-officers, and each company with a drum and fife or bugle-horn, by the commissioned officers of the company, in such manner as the legislature of the respective states shall direct. And be it further enacted, That there shall be an adjutant-general appointed in each state, whose duty it shall be to distribute all orders from the commander in chief of the state to the several corps; to attend all public reviews, when the commander in chief of the state shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the system of military discipline established by this act; to furnish blank forms of different returns that may be required, and to explain the principles on which they should be made; to receive from the several officers of the different corps throughout the state, returns of the militia under their command, reporting the actual situation of their arms, accoutrements and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline; all which the several officers of the divisions, brigades, regiments and battalions are hereby required to make in the usual manner, so that the said adjutant-general may be

duly

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.13903   Page 121 of 326

C H A P.
LIII.

duly furnished therewith; from all which returns he shall make proper abstracts, and lay the same annually before the commander in chief of the state. And be it further enacted, That the rules of discipline approved and established by congress in the resolution of the twenty-ninth of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout the United States, except such deviations from the said rules as may be rendered necessary by the requisitions of this act, or by some other unavoidable circumstances. It shall be the duty of the commanding officer at every muster, whether by battalion, regiment or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline. And be it further enacted, That all commissioned officers shall take rank according to the date of their commissions; and when two of the same grade bear an equal date, then their rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment. And be it further enacted, That if any person, whether officer or soldier, belonging to the militia of any state, and called out into the service of the United States, be wounded or disabled while in actual service, he shall be taken care of and provided for at the public expence. And be it further enacted, That it shall be the duty of the brigade inspector to attend the regimental and battalion meeting of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition and accoutrements, superintend their exercise and manœuvres, and introduce the system of military discipline before described throughout the brigade, agreeable to law and such orders as they shall, from time to time, receive from the commander in chief of the state; to make returns to the adjutant-general of the state, at least once in every year, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements and ammunition, of the several corps, and every other thing which, in his judgment, may relate to their government and the general advancement of good order and military discipline; and the adjutant-general shall make a return of all the militia of the state to the commander in chief of the said state, and a duplicate of the same to the president of the United States. And, whereas sundry corps of artillery, cavalry and infantry, now exist in several of the said states, which, by the laws, customs, or usages thereof, have not been incorporated with or subject to the general regulations of the militia, Be it further enacted, That such corps retain their accustomed privileges, subject, nevertheless, to all other duties required by this act, in like manner with the other militia." Wherefore, and to carry the said act into effect,

II. Be it enacted, *by the General Assembly of Maryland*, That fit and proper persons in each county of this state be appointed by the governor and council to make true and exact lists of the names of all able bodied white male citizens between eighteen and forty-five years of age, (except as in the before recited act and as herein after excepted,) distinguishing in the said lists the quakers, menonists and tunkers, and persons conscientiously scrupulous of bearing arms, and the apprentices and their trade, and the name of the master to whom they are apprenticed, and cause the said lists to be completed on or before the tenth day of April next, and shall return the same to the commissioners of the tax of the several and respective counties of this state, on or before the said tenth day of April next.

Persons to be appointed, &c.

III. And be it enacted, That every person, so appointed to take the lists of names in the several counties aforesaid, shall be allowed for his trouble at the rate of two dollars and two thirds of a dollar for every hundred persons so listed, which sums shall be paid by the treasurer of the shore where they reside, and the governor and the council may, in their discretion, add to the sum to be allowed to the persons to be appointed in Allegany county, and diminish it in cases of appointments in Baltimore-town, as they may think just and necessary, so as to make the compensation equal to the service performed as nearly as may be.

Who shall be allowed, &c.

IV. And be it enacted, That if any free male white citizen, of the age of eighteen years and under the age of forty-five years, when called on by any of the persons so to be appointed by the governor and the council, shall not give in his name to be listed, if unknown to the person requiring it, he shall forfeit and pay the sum of ten dollars for every such offence.

Penalty for not giving in names, &c.

V. And be it enacted, That if any such person, of the age of eighteen years and upwards, when called on as aforesaid, shall not inform the person so to be appointed, that he is of the age of eighteen years and upwards, and if any such person, under the age of forty-five years, when called on as aforesaid, shall inform the person so to be appointed, that he is of the age of forty-five years or upwards, every such person, so offending, shall forfeit and pay the sum of ten dollars for every such offence.

And for not informing, &c.

VI. And

Brewer Exs. Page 087         Digitized by Google

**C H A P. LIII.**
No free citizen to be excused, &c.

VI. AND BE IT ENACTED, That no free white male citizen, of the age of eighteen and under the age of forty-five years, shall be excused from militia duty on account of inability, unless he shall obtain from the surgeon of the regiment to which he shall belong, or some reputable physician in his neighbourhood, a certificate that he is not of sufficient ability to perform militia duty.

Persons appointed, to make returns, &c.

VII. AND BE IT ENACTED, That as soon as may be, and within fifteen days after the aforesaid tenth day of April next, all the persons so to be appointed by the governor and council in each and every county of this state, who shall accept such appointment, shall make true and exact returns of all the free white male citizens by them respectively listed as aforesaid to the governor and council, under the penalty of forty dollars for every neglect; and the governor and council shall forthwith proceed to appoint the proper officers thereto, agreeably to the provisions of the before recited act; that thereupon each and every free white male citizen, who shall be of the age of eighteen years and under the age of forty-five years, (except as before excepted,) shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company within whose bounds such citizen shall reside, under the direction of the brigadier-general of the brigade, and that on or before the twentieth day of June next; and it shall at all times hereafter be the duty of every such captain or commanding officer of a company, to enrol every such citizen as aforesaid, and also those who shall, from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years, (except as before excepted,) shall come to reside within his bounds, and shall, without delay, notify such citizen of the said enrolment, by a proper non-commissioned officer of the company, by whom such notice may be proved.

Governor, &c. to arrange the militia, &c.

VIII. AND BE IT ENACTED, That on or before the twentieth day of June next, the governor and council shall arrange the militia of the state into divisions, brigades, regiments, battalions and companies, and shall number each division, brigade and regiment, at the formation thereof, and a record shall be made of such numbers in the adjutant-general's office; that if the same be convenient, each brigade shall consist of four regiments, each regiment of two battalions, each battalion of five companies, each company of sixty-four privates, four sergeants, four corporals, one drummer and one fifer or bugler.

Grenadiers to be formed, &c.

IX. AND BE IT ENACTED, That out of the militia enrolled as aforesaid, there shall be formed for each battalion at least one company of grenadiers, light infantry or riflemen; that to each division there shall be a company of artillery and one troop of horse, formed and officered according to the directions of the before recited act.

Officers to arm themselves, &c.

X. AND BE IT ENACTED, That all commissioned officers, who shall be appointed as aforesaid by the governor and council, and who shall accept such appointment, shall, on or before the tenth day of July next, arm, accoutre and provide themselves, in the manner by the said before recited act directed, under the penalty of twenty dollars for such neglect; and each non-commissioned (a) officer and matross in the artillery, and each non-commissioned officer and dragoon in the companies of horse, shall, on or before the first day of August next, arm, accoutre and provide himself, in like manner, under the penalty of six dollars current money for such neglect.

(a) By 1798, ch. 100, the captains or commanding officers of companies are to appoint the non-commissioned officers.

Ministers exempt.

XI. AND BE IT ENACTED, That all ministers of the gospel, regularly ordained or licensed by any religious society, shall be and are hereby exempted from militia duty.

Officers to take an oath.

XII. AND BE IT ENACTED, That each and every officer, appointed and commissioned by virtue of this act, shall, previous to their entering on the execution of their respective offices, take the following oath, or affirmation: " I, ―――――, do swear, or affirm, (as the case may be,) that I will " be true and faithful to the state of Maryland."

Colours, &c. to be provided, &c.

XIII. AND BE IT ENACTED, That the state and regimental colours shall be provided by the field-officers, and the drums and fifes, or bugle-horns, by the commissioned officers of companies, who shall contribute to the same in proportion to the pay they would respectively be entitled to receive if now called into actual service; and if the said colours, drums, fifes or bugle-horns, shall not be provided on or before the first day of August next, in the manner herein directed, every officer who shall have neglected to contribute his proportion shall forfeit and pay one third of a month's pay to which such officers respectively are entitled when called into actual service.

XIV. AND

# THOMAS SIM LEE, Esquire, Governor.    NOVEMBER.    1793.

XIV. AND BE IT ENACTED, That the whole of the militia, fo enrolled as aforefaid, fhall, after the firft day of June next, be exercifed under their refpective officers, as followeth; that is to fay, in companies on fome day in Auguft and November, and in battalion on fome day in October, after the tenth day thereof; and after the year feventeen hundred and ninety-four, the faid militia fhall be exercifed as aforefaid, in companies on fome day in the months of April and November, in battalion on fome day in Auguft, and in regiment on fome day in October, after the tenth day thereof; that the captains (a) of companies fhall appoint the days and places of meeting in companies, the majors (b) fhall appoint the days and places of meeting in battalion, and the lieutenant-colonels fhall appoint the days and places of meeting in regiment; on each of which days every militia-man fo enrolled fhall duly attend with his arms and accoutrements in good order, (c) and the captain or commanding officer of each company is required to appoint a fit and proper perfon, who fhall, at the end of one hour after the time appointed for the meeting of the company, battalion or regiment, call over the mufter-roll of the company, noting thofe who are abfent, and on that day fhall make return in writing to the captain or commanding officer then prefent, of fuch abfentees; and all the perfons fo abfent at the time of calling over the roll, or who fhall depart from the parade before duly difcharged, fhall be liable to the fines hereafter mentioned.

(a) By 1798, ch. 100, the captains, &c. are to give notice of every mufter day to the non-commiffioned officers, who are to give notice to the privates.

(b) By 1798, ch. 100, the brigadier-general is to appoint the days of meeting of each regiment, battalion and extra battalion.

(c) By 1798, ch. 100, non-commiffioned officers or privates, who have mufkets or guns, and appear without them, are fubject to be fined.

Penalty on offi-
cers, &c. for
not attending,
&c.

XV. AND BE IT ENACTED, That if any commiffioned officer fhall refufe or neglect to attend on any of the days which fhall be appointed for exercife, accoutred and equipped as aforefaid, (unlefs prevented by ficknefs, or fome other unavoidable accident,) fuch commiffioned officer fhall forfeit and pay a fum not exceeding fix dollars per day; (d) and any non-commiffioned officer or matrofs in the artillery, and any non-commiffioned officer or dragoon, who fhall fo refufe or neglect to attend on any of the faid days, armed and accoutred as aforefaid, (except as before excepted,) fhall forfeit a fum not exceeding two thirds of a dollar per day; and all other non-commiffioned officers and privates, who fhall fo refufe or neglect to attend, armed and accoutred as herein before directed, (except as before excepted,) fhall forfeit and pay one cent per day, unlefs excufed for appearing without arms and accoutrements by the commanding officer of their refpective companies for the day; and if they fhall not attend on the feveral days of meeting, to be appointed as aforefaid, each and every perfon fo neglecting fhall forfeit and pay half a dollar per day, unlefs prevented by ficknefs, or other unavoidable accident; the names and furnames of all which perfons, fo incurring the faid fines and penalties, (except fuch as may have paid the fame into the hands of the captain or commanding officer of the company,) fhall be duly and forthwith returned by the captain or commanding officer of each company, under his hand, together with fuch fines as he has received, to the lieutenant-colonel of the regiment to whom he fhall belong, who fhall, immediately after the faid returns are made to him, caufe the fame to be refpectively recovered before fome juftice of the peace living near the place where the delinquents refpectively refide, as in the cafe of fmall debts; and the faid lieutenant-colonel fhall, twice in every year, account with the treafurer of his fhore for all monies fo received, and pay the fame over to fuch treafurer, to be fubject to the future applica-tion of the general affembly.

(d) By 1798, ch. 100, officers, non-commiffioned officers and privates, may be fined for non-attendance by courts martial, as therein directed.

XVI. AND BE IT ENACTED, That a duplicate of all returns made to the lieutenant-colonels as aforefaid, and an account of all money paid to them, fhall be annually lodged by the refpective per-fons making fuch returns or payments with the treafurer of their refpective fhores.

Militia on K.
Ifland not com-
pelled to meet,
&c.

XVII. AND, whereas the remote and detached fituation of that part of the militia of Queen-Anne's county who refide on Kent Ifland, renders it impracticable for them to meet in battalion or regiment off the faid ifland; therefore, BE IT ENACTED, That the militia refiding on Kent ifland fhall not be compelled to meet in battalion or regiment, but that the companies compofed of the militia on faid ifland fhall neverthelefs be fubject to be called together to exercife twice a year on faid ifland exclufive of company meetings, at fuch times and at fuch place as the commanding officer of the battalion to which they belong fhall direct, and fhall be fubject to the fame fines for not appearing at faid meetings as others are for not meeting in battalion or regiment, any thing in this act to the contrary notwithftanding.

L l l 2                                      XVIII. AND

1793. NOVEMBER.    L A W S of  M A R Y L A N D.

C H A P.
LIII.
Quakers, &c.
excufed, &c.

XVIII. AND BE IT ENACTED, That all thofe perfons called Quakers, Menonifts and Tunkers, and all other perfons confcientioufly fcrupulous of bearing arms, fhall be excufed from militia duty, (except when called into actual fervice,) on the payment of two dollars each on the firft day of September annually, to the lieutenant-colonel of the regiment to which they fhall refpectively belong; which faid fums fhall be collected in manner aforefaid, and be accounted for annually, on or before the firft day of December, and paid to the treafurer of the eaftern and weftern fhores refpectively, fubject to the future difpofition of the general affembly.

This fection is repealed by 1798, ch. 100, which provides that fuch perfons fo refufing fhall pay three dollars annually.

Mafters, &c.
accountable,
&c.

XIX. AND BE IT ENACTED, That the mafter or miftrefs of any apprentice; and the father, or mother or guardian of any minor, not a matrofs or dragoon, who fhall refufe or neglect to attend as aforefaid, being in the fervice of his father, or mother or guardian, mafter or miftrefs, fhall be accountable for the fine or fines fo incurred by fuch minor or apprentice.

Any perfon
draughted may
find a fubfti-
tute, &c.

XX. AND BE IT ENACTED, That when any part or parts of the militia fhall be draughted, or called out of the ftate into actual fervice, every perfon enrolled as aforefaid, who is not a commiffioned officer, fhall have it in his choice, either to ferve in perfon, or to find a fufficient perfon for a fubftitute, which faid fubftitute fhall be approved of by the lieutenant-colonel, or commanding officer of the battalion to which he fhall belong; but if any perfon, not being difabled by ficknefs, fhall neglect or refufe to ferve, or find fuch fufficient fubftitute in his place within ten days after notice given to him, the lieutenant-colonel, or commanding officer of the battalion to which fuch delinquent belongs, fhall, and he is hereby required to provide, hire or procure, on as reafonable terms as may be, a fubftitute for fuch perfon fo refufing or neglecting, and to charge fuch fum or fums, together with reafonable expences for procuring the fame, to fuch delinquent, to be recovered by diftrefs, and fale of his goods and chattels, lands or tenements, by warrant under the hands and feals of any two juftices of the peace of the county where fuch perfon refides; and in all cafes where it fhall be neceffary to recover any fine or forfeiture, or other money wherewith any perfon or perfons may become chargeable under and by virtue of this act, by diftrefs and fale, or execution, of the property of fuch perfon or perfons, it is hereby declared to be the duty of the fheriff, or perfon executing for the fame, to take fuch property as fhall be offered or fhewn to fuch fheriff, or perfon executing, amounting to fuch debt and coft, and if no property fhall be fhewn or offered, fuch fheriff, or perfon executing, fhall not take in execution any negro, or other valuable property, to fatisfy a fmall or trifling fine or fum, if property of fmall value can be found, but he fhall take fuch property, if any fuch can be found, as will pay the fum due, with the coft of levying the fame, and no more, as nearly as may be ; and any perfon offending herein fhall forfeit and pay treble the fum fo levied, to be recovered by the party grieved by indictment or action of debt in the county where the offence fhall happen ; provided, that no lieutenant-colonel,  or commanding officer of a battalion, fhall be obliged to provide a fubftitute for any delinquent, unlefs he is of opinion that fuch delinquent has fufficient property to pay the expences of procuring a fubftitute ; and if fuch lieutenant-colonel or commanding officer fhall be of opinion, that any delinquent has not fufficient property to pay the expences of procuring a fubftitute, he fhall make application to a juftice of the peace of the county where fuch delinquent refides, who, upon fuch application, fhall iffue his warrant to the fheriff of the county to arreft the delinquent, and imprifon him in the common gaol, there to remain for a certain time, to be fpecified in the warrant, not exceeding twenty days, and the fheriff fhall be obliged to keep fuch delinquent in the common gaol, agreeable to the command of the faid warrant, unlefs he fhall agree to ferve, or find a fufficient fubftitute in his place ; provided alfo, that no militia-man, having perfonally or by fubftitute ferved in the militia, fhall be obliged to ferve again until by rotation it comes to his turn.

Perfons ag-
grieved may
appeal, &c.

XXI. AND BE IT ENACTED, That if any perfon or perfons fhall think him, her or themfelves aggrieved in the feizure of his, her or their goods and chattels, lands or tenements, or by the executing his, her or their perfon or perfons, he, fhe or they, may enter an appeal before the juftices of the next county court, and on the party's giving fufficient fecurity within fix days next after any goods or chattels, lands or tenements, fhall be feized or diftrained as aforefaid, or his, her or their perfon or perfons executed as aforefaid, to profecute fuch appeal with effect, the juftices fhall receive the fame, and ftay further procefs ; and the faid juftices fhall return every fuch appeal on the fecond day of the next term, and the court fhall direct a trial by jury of the county, as in other cafes of debt, whofe verdict fhall be final and conclufive, and, except in extraordinary cafes, of which the court fhall be judge, all fuch appeals fhall be tried at the term to which fuch returns fhall be made, any law, cuftom or ufage, to the contrary notwithftanding.

XXII. AND

Digitized by Google

# THOMAS SIM LEE, Esquire, Governor.   NOVEMBER.   1793.

XXII. AND BE IT ENACTED, That no militia-man ſhall leave the company to which he belongs, and join any other, under the penalty of ten dollars, unleſs by conſent of the captain, or commanding officer of the company, or in caſe of removing to ſome other diſtrict within this or any other ſtate, and in ſuch caſe he ſhall apply to the commander of ſuch company, who ſhall give him a certificate of his being diſcharged, under the penalty of ten dollars, and if the ſaid militia-man had been in actual ſervice, ſhall alſo certify the time thereof, and how long he had continued therein, under the like penalty.

C H A P.
LIII.
No militia-man
to leave his
company, &c.

XXIII. AND BE IT ENACTED, That no perſon, ſerving as a ſubſtitute for another, ſhall thereby be excuſed from ſerving in his turn.

Subſtitutes not
excuſed, &c.

XXIV. AND BE IT ENACTED, That no officer or private of the militia ſhall be ſubject to any arreſt, either on meſne proceſs or execution, or in any other manner, for any civil matter, in his attendance at, going to, or returning from, muſter.

Officers, &c.
not ſubject to
arreſt, &c.

XXV. AND BE IT ENACTED, That if any ſuit or ſuits ſhall be brought or commenced againſt any perſon or perſons for any thing done in purſuance of this act, the action ſhall be laid in the county where the cauſe or cauſes of ſuch action did ariſe, and not elſewhere, and the defendant or defendants may plead the general iſſue, and give this act and the ſpecial matter in evidence; and if the jury ſhall find for the defendant or defendants in ſuch action or actions, or if the plaintiff or plaintiffs ſhall be nonſuited, or diſcontinue his or their action or actions, after the defendant or defendants ſhall have appeared, or if upon demurrer judgment ſhall be given againſt the plaintiff or plaintiffs, the defendant or defendants ſhall have treble coſts, and have the like remedy for the ſame as any defendant or defendants hath or have in other caſes to recover coſts by law.

Action to be
laid in the
county, &c.

XXVI. AND, whereas ſundry companies of artillery, cavalry and infantry, now exiſt, or may exiſt, in the town of Baltimore, previous to the twentieth day of May next, BE IT ENACTED, That all ſuch companies now formed, or that may be formed previous to the ſaid twentieth day of May next, ſhall be and are hereby continued and confirmed, ſubject nevertheleſs to all duties, fines and penalties, to which the reſt of the militia are ſubjected by this act; provided, that the governor, with the advice and conſent of the council, ſhall have the appointment and commiſſioning of the officers of the ſaid companies.

Companies
continued, &c.

XXVII. AND BE IT ENACTED, That this act ſhall continue and be in force for and during the continuance of the before recited act of congreſs.

Duration.

The act of congreſs is not limitted in its duration.

### C H A P.   LIV.

# An ACT to open and lay out roads from Denton, the ſeat of juſtice in Caroline county, to different parts of ſaid county, and the ſame, when opened and laid out, to be the public roads of ſaid county. Lib. JG. No. 2. fol. 67.

Paſſed 28th of
Dec. 1793.

WHEREAS the inhabitants of Caroline county experience conſiderable inconvenience for the want of public roads leading from Denton, their ſeat of juſtice, to different parts of ſaid county, and as it is right and proper they ſhould have the ſame for their eaſe and convenience; therefore,

Preamble.

II. BE IT ENACTED, *by the General Aſſembly of Maryland,* That Henry Downes, Joſeph Richardſon, Chriſtopher Driver, William Robinſon and Robert Hardcaſtle, be and they are hereby appointed commiſſioners to open and lay out the following roads in Caroline county aforeſaid, to wit: A road from the weſt ſide of Choptank river, oppoſite to Denton, to interſect the road from Tuckahoe Bridge to Price's Landing; another road from the weſt ſide of Choptank river, oppoſite to Denton, to Tuckahoe Bridge; another road from the weſt ſide of Choptank river, oppoſite to Denton, to interſect the road from Greenſborough to Tuckahoe Bridge at or near the Deep Branches; a road from Denton, down Choptank river, to interſect the road leading from Greenſborough to Dover ferry between Rhodes's plantation and the mill commonly called and known by the name of Potter's Mill; another road from Denton to interſect the road from Greenſborough to Dover ferry between the Old Chapel and the Three Bridges; and one other road from Denton, up Choptank river, to interſect the road from Greenſborough to Dover ferry at or near Matthew Driver's ſaw mill; and the ſaid commiſſion-

Commiſſioners
appointed, &c.

ers,

Digitized by Google

# EXHIBIT G

# THE

# Perpetual Laws,

## OF THE

## COMMONWEALTH

### OF

# MASSACHUSETTS,

### FROM THE

## ESTABLISHMENT OF ITS CONSTITUTION

### TO THE

SECOND SESSION of the GENERAL COURT, in 1798.

*IN TWO VOLUMES.*

VOL. II.

Containing the LAWS from MAY, 1788, to JANUARY, 1799.

*IGNORANTIA LEGIS NEMINEM EXCUSAT.*
THE IGNORANCE OF LAW IS AN EXCUSE FOR NO ONE.

THE LAW IS THE SUBJECT'S BEST BIRTHRIGHT.

STANFORD LIBRARY

PRINTED AT **Worcester** BY **Isaiah Thomas.**

1799.

Digitized by Google

# Anno 1793.

## CHAP. I.

An Act for regulating and governing the Militia of the Commonwealth of Massachusetts, and for repealing all Laws heretofore made for that Purpose; excepting an Act entitled " An Act for establishing Rules and Articles for governing the Troops stationed in Forts and Garrisons, within this Commonwealth, and also the Militia, when called into actual Service."

**Ch. 41. Anno 1794.**

**Preamble.** WHEREAS the Laws for regulating and governing the Militia of this Commonwealth, have become too complicated for practical use, by reason of the several alterations which have from time to time been made therein : Therefore,

1. *Be it enacted by the Senate and House of Representatives in General Court assembled, and by the authority of the same*, That the several Laws heretofore made for governing and regulating the Militia, be, and hereby are repealed, except an Act, entitled " An Act for establishing Rules and Articles for governing the Troops stationed in Forts and Garrisons within this Commonwealth, and also the Militia when called into actual service."

**Laws repealed.**

**Proviso.** 2. *Provided nevertheless,* That all officers actually in commission, agreeably to the laws which are hereby repealed, and in grades which are established by this Act, shall continue in commission in the same manner, and in the same authority they would, in case the said laws were still in force ; and all actions depending in any Court, by force of said laws, shall and may be prosecuted to final judgment and execution.

**Persons to be enrolled in the Militia.** 3. *And be it further enacted by the authority aforesaid,* That each and every free able bodied white male citizen, of this, or any other of the United States, residing within this Commonwealth, who is, or shall be of the age of

of eighteen years, and under the age of forty five years,
(except as is herein after excepted) shall severally and
respectively be subject to the requisitions of this Act,
and shall be enrolled in the Militia, by the Captain or
Commanding Officer of the company, within whose
bounds such citizens shall reside, within three months
from and after the passing this Act : And it shall be at
all times hereafter the duty of the Commanding Officer
of every such company, to enrol every such citizen as
aforesaid ; and also those, who shall from time to time
arrive at the age of eighteen years, or being of the age of
eighteen years, and under the age of forty five years,
and not herein after excepted, shall come to reside with-
in his bounds ; and shall without delay notify such cit-
izen of the enrolment, by a noncommissioned officer or
other person, duly authorised for that purpose, by whom
such notice may be proved ; and in all cases of doubt
respecting the age of any person enrolled, or intended to
be enrolled, the party questioned shall prove his age, to
the satisfaction of the Commanding Officer of the com-
pany within whose bounds he may reside.

*To be notified.*

4. *And be it further enacted by the authority aforesaid,*
That the Vice President of the United States ; Members
of Congress, of both Houses, with their respective offi-
cers ; Lieutenant Governour ; Members of the Council,
Senate and House of Representatives, with their officers ;
Secretary and Treasurer of the Commonwealth ; Offi-
cers, Judicial and Executive, of the Government of the
United States ; Justices of the Supreme Judicial Court ;
Justices of the Courts of Common Pleas ; Judges of
Probate ; Registers of Probate ; County Registers ;
Justices of the Peace ; Sheriffs ; Deputy Sheriffs ; Cor-
oners ; Constables ; Selectmen ; Ministers of the Gos-
pel ; Elders and Deacons of Churches ; Church War-
dens, and those of the religious denominations of Quak-
ers and Shakers ; Masters of Arts ; Officers and Stu-
dents at any College ; also such Physicians, Surgeons,
stated Schoolmasters, Ferrymen and Millers, as the Se-
lectmen of the towns to which they shall severally belong,
shall by a writing under their hands, signify the expe-
diency of exempting ; persons who have by commission
under any government or Congress, or by election in pur-
suance of the orders of any Congress of the United States,
or either of them, held the office of Subaltern or office of
higher rank ; and all Mariners actually employed in any
sea service of any citizen within the United States in
any vessel of more than thirty tons burthen ; Custom
House

*Persons ex-*
*empted from*
*training.*

M 3

Houfe Officers ; all Poft Officers, Stage Drivers, actu-
ally employed in the care and conveyance of the Mail ;
and fuch perfons as did attain to the age of forty five years
before the eighth day of *May*, one thoufand feven hun-
dred and ninety three ; and alfo all fuch Manufacturers
as are by any fpecial law of the Commonwealth now
exempted, fhall be, and hereby are exempted from the
faid enrolment.

5. *And be it further enacted by the authority afore-*
said, That the Governour, by and with the advice of the
Council, be, and hereby is authorifed and empowered
to form and arrange the Militia into divifions, brigades,
regiments and companies ; and from time to time to
make fuch alterations therein as fhall be neceffary ; and
if the fame be convenient, each brigade fhall confift of
four regiments, each regiment of ten companies, and
each company of fixty four effective privates : *Provid-*
*ed notwithftanding*, That the prefent arrangement of the
Militia fhall continue as it now is, until the Governour,
with the advice of Council, fhall otherwife order ; and
each new divifion, brigade and regiment, fhall be num-
bered at the formation thereof, and a record made of
fuch number in the Adjutant General's office ; and
when in the field or in fervice, each divifion, brigade
and regiment fhall refpectively take rank according to
its number.

6. *And be it further enacted by the authority afore-*
said, That the Militia fhall be officered, as follows :
To each divifion, one Major General, and two Aids de
Camp, with the rank of Major : To each brigade, one
Brigadier General, with one Brigade Infpector, to ferve al-
fo as Brigade Major, with the rank of Major : To each reg-
iment, one Colonel, one Lieutenant Colonel, one Major.
*Provided neverthelefs*, where any vacancy of Colonel now
is, or fhall hereafter happen, then the field officers of each
regiment to confift of a Lieutenant Colonel Commandant,
and two Majors : To each company of infantry, one Cap-
tain, one Lieutenant, and one Enfign, four Sergeants, four
Corporals, one Drummer, one Fifer or Bugler : That
there fhall be a Regimental Staff, to confift of one Adju-
tant, one Quarter Mafter to rank as Lieutenants, one
Surgeon, and one Surgeon's Mate, to be appointed by
the Commanding Officer of the regiment, and commif-
fioned by the Governour, one Sergeant Major, one Quar-
ter Mafter Sergeant, one Drum Major and one Fife Ma-
jor : That each company of artillery fhall confift of one
Captain, two Lieutenants, four Sergeants, four Corporals,
fix

*Arrangement of the Militia.*

*Provifo.*

*Manner of of-
ficering the
Militia.*

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.13913   Page 131 of

six Gunners, six Bombardiers, one Drummer, one Fifer, and thirty two Privates or Matrosses : And each troop of cavalry shall consist of one Captain, two Lieutenants, and one Cornet, four Sergeants, four Corporals, one Saddler, one Farrier, one Trumpeter, and thirty two Privates : And there shall be one Adjutant General, and one Quarter Master General for the whole Militia, to be appointed by the Governour.

7. *And be it further enacted by the authority aforesaid,* That each and every Major General be, and hereby is empowered, and it shall be his duty, to give all such orders, as shall from time to time be necessary, consistent with the law for electing Brigadier Generals, Field Officers, Captains and Subalterns, in brigades, regiments and companies, within his respective division, which have not been already commissioned, and for filling up vacancies of such officers, or any of them, where they now are or may hereafter happen. *Provided always,* That whenever a time shall be appointed for the election of any Officer or Officers, the electors shall have ten days' notice thereof, at least ; and all returns of elections, and neglects, or refusals to make choice of officers shall be made to the Governour, by the Major General, in whose division the election shall be ordered ; and all commissions shall pass through the hands of the Major Generals to the officers in their respective divisions, for whom they shall be made out ; and every person who shall be elected to any office in the said Militia, and shall not within ten days after he shall have been notified of his election, (excepting a Major General, who shall be allowed thirty days after he shall be notified by the Secretary of the Commonwealth) signify his acceptance thereof, shall be considered as declining to serve in such office ; and orders shall be forthwith issued for a new choice.

*Major General empowered in election of Officers.*

*Proviso.*

8. *And be it further enacted by the authority aforesaid ;* That every person who shall be lawfully entitled to be commissioned to any office in the Militia of this Commonwealth, shall at the time of receiving his commission, take and subscribe the oaths and declaration required by the Constitution, before some Justice of the Peace, or some General or Field Officer, who shall have previously taken and subscribed them himself, and who are hereby authorised to administer the same ; and a certificate thereof shall be made on the back of every commission, by the Justice of the Peace, or General, or Field Officer,

*All Officers subscribe the oaths.*

M 4                              cer,

cer, before whom the said oaths and declaration shall have been taken and subscribed.

*Noncommissioned Officers by whom appointed.*

9 *And be it further enacted by the authority aforesaid,* That the Commanding Officer of regiments, shall appoint the noncommissioned Staff Officers of their respective regiments: The Commanding Officers of Companies shall appoint the noncommissioned Officers, including the Clerks, of the respective companies : All noncommissioned Staff Officers and Sergeants shall receive warrants under the hand of the Commanding Officer of their respective regiments or corps : And the Adjutant shall keep a record in a suitable book, to be kept for that purpose, of all warrants which shall be issued : And no noncommissioned Officer shall be deemed to have resigned his office, until he shall have done it in writing to the Commanding Officer of the regiment or corps to which he belonged ; and shall have obtained his discharge also in writing, from such Commanding Officer : And no noncommissioned Officer or Private shall be disenrolled from the Militia for disability, without certificate from the regimental Surgeon and Mate,

*Resignations to be given in writing.*

*Clerks to be appointed.*

*Their duty.*

10. *And be it further enacted by the authority aforesaid,* That every company shall have a Clerk, who shall be also one of the Sergeants, and he shall be sworn to the faithful discharge of his trust ; and it shall be his duty always to keep a fair and exact roll of the company, together with the state of the arms and equipments belonging to each man, which roll he shall annually revise and correct in the month of *May*, as is herein after directed ; to register all orders and proceedings of the company, in an orderly book, which shall never be alienated from the company ; to keep exact details of all detachments ; to call the roll whenever the company is assembled ; to examine the equipments when thereto required, and to note all delinquencies ; to sue for, recover and receive all fines and forfeitures which are required by this Act to be recovered, one half to his own use for his trouble, and the other half to be paid to the Commanding Officer of the company, in trust, for the use of the company to which he belongs, excepting such cases wherein other provision is made by this Act, for the recovery and appropriation of fines and forfeitures. *Provided nevertheless,* That all commissioned Officers now in command in the Militia, in any grade not established by this Act, shall be continued in their command ; and the Clerks of companies, now in office, shall be continued in such office,

*—empowered to sue.*

*Appropriations.*

*Proviso.*

11. *And*

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.13915   Page 133 of 326

11. *And be it further enacted by the authority afore-said,* That whenever a company shall have neither commissioned Officers nor noncommissioned Officers, the Commanding officer of the regiment or battalion to which such company belongs, shall appoint suitable persons within said company to be noncommissioned Officers and Clerk of the same ; and such noncommissioned officers and Clerk, so appointed, shall be authorised in the same manner, and have the same power and authority, as if they had been appointed by a Captain duly qualified to command said company.

*Noncommissioned Officers appointed in case.*

12. *And be it further enacted by the authority aforesaid,* That no Officer of the Militia shall be discharged, excepting by the Commander in Chief, on the request of such Officer, in writing, or by the Commander in Chief on the address of both Houses of the Legislature ; or by being disbanded by a law of the Commonwealth, or by a judgment of a Court Martial, or by actual removal, (the Major General to be judge whether the distance is so great that he cannot conveniently discharge the duties of his office) or by twelve months absence, without leave of such Officer, from the district of his command : And no Officer shall consider himself exempted from the duties of his station, until he shall have been discharged in one or other of the methods aforesaid : And if by the Commander in Chief, not until he shall have received a certificate of such discharge : No Officer shall be allowed to resign his commission when under arrest ; and no General or Field Officer shall approve the resignation of any other Officer, until such Officer shall have lodged in his hands all such Militia laws and orderly books as he shall have been furnished with by the Government ; and such General or Field Officer shall deliver the laws and orderly books which he shall thus have received, to the next succeeding Officer who shall be commissioned in the place of him who shall have resigned.

*Prohibitions.*

13. *And be it further enacted by the authority aforesaid,* That the Governour, with the advice of Council, be and hereby is authorised to complete the cavalry in each brigade of the Militia, to two full companies or troops ; and the cavalry in each brigade, when completed, shall be formed into battalions or squadrons ; in those brigades where there are or may be two or three troops, they shall form squadrons, and each squadron shall be commanded by a Major ; in those brigades where there are already more than three troops, they shall form battalions, and

*Cavalry completed.*

each

**Provifos.**

each battalion fhall be entitled to a Lieutenant Colonel, Major, Adjutant and Quarter Mafter : *Provided always,* That in thofe brigades where there are already two troops raifed, they fhall not be augmented ; and in thofe brigades where there are already more than two troops, they fhall not be reduced. *Provided alfo,* That the companies of cavalry which are, by any former Act, annexed to any regiment, fhall continue to be fo attached to fuch regiment in which it is raifed. The Officers of cavalry fhall furnifh themfelves with good horfes, at leaft fourteen hands and an half high ; and fhall be armed with a pair of piftols, and a good fword, the holfters of which

**Officers and men to furnifh themfelves complete with horfes and every other equipment.**

fhall be covered with bearfkin caps : Each horfeman fhall furnifh himfelf with a ferviceable horfe, of at leaft fourteen hands and a half high ; a good faddle, bridle, mailpillion and valife ; holfters, a breaftplate, and crupper ; a pair of boots and fpurs ; a pair of piftols ; a fabre, and cartridge box, to contain twelve cartridges for piftols. No man fhall be enlifted into any troop of cavalry, unlefs he fhall own and conftantly keep a fuitable horfe, and furniture, for that fervice ; and if any man, who fhall belong to any troop of cavalry, fhall be deftitute of a fuitable horfe and furniture, for more than three months at one time, he fhall be difcharged from fuch corps, and enrolled in the ftanding company in which he refides. And whenever any draft or detachment fhall be made from a troop of cavalry, for actual fervice, the men thus drafted or detached, fhall march with their own horfes ; and before they march, the horfes fhall be appraifed, by three indifferent men, to be appointed by the Brigadier of the brigade, from which fuch detachment fhall be made.

14. *And be it further enacted by the authority aforefaid,* That the Governour with the advice of Council, be,

**Artillery organifed.**

and hereby is authorifed to complete the artillery in each brigade of the Militia, to two full companies ; and when thus completed, fhall form a battalion in each brigade, and be entitled to a Major, Adjutant and Quarter Mafter. *Provided neverthelefs,* That in thofe brigades,

**Provifo.**

where there are already two companies raifed, they fhall not be augmented ; and in thofe brigades where there are already more than two companies, they fhall not be reduced. And each company of artillery fhall be pro-

**—to be provided with complete apparatus.**

vided with two good field pieces, with carriages and apparatus complete ; an ammunition cart ; forty round fhot, and forty rounds of canifter fhot. The Governour fhall order to be iffued to each company of artillery, annually,

nually, a quantity of powder, not exceeding one hundred pounds, which shall be expended on general muster days, and in experimental gunnery. And the Quarter Master General shall provide for, and supply the artillery companies with all the carriages, tumbrils., harness apparatus, implements, laboratory and ordnance stores, which may, from time to time, be necessary for their equipment. The Officers of artillery shall be armed with a sword or hanger ; a fusee, bayonet and belt, with a cartridge box to contain twelve cartridges : And each noncommissioned Officer and Private or Matross, of those companies which are unprovided with field pieces, shall furnish himself with all the equipments of a Private in the infantry, until proper ordnance and field artillery is provided. And the Commanding Officer of each company of artillery, shall be accountable for the careful preservation of the pieces and apparatus, and the proper expenditure of the ammunition supplied by government. Each company of artillery, and troop of cavalry, shall be formed of volunteers from the brigade ; and together, they shall not exceed in number one eleventh part of the infantry of such brigade ; and they shall be uniformly clothed in regimentals, to be furnished at their own expense.

*margin:* Quarter Master to furnish.

*margin:* Commanding Officer to be accountable.

*margin:* Artillery and cavalry to be formed of volunteers.

15. *And be it further enacted by the authority aforesaid,* That at all regimental musters, the companies commanded by the two eldest Captains, shall act as light infantry companies, except where light infantry companies have already been raised by voluntary enlistment, and one or more shall be attached to such regiment.

*margin:* Light infantry companies.

16. *And be it further enacted by the authority aforesaid,* That if any noncommissioned Officer or Private of cavalry, artillery, light infantry, or other corps raised at large, shall neglect for the term of three months, to keep himself provided with an uniform of the company to which he belongs, as is directed by this Act, he shall be discharged from such corps, by the brigadier commanding the brigade, and enrolled in the standing company in which he resides. And no company of cavalry, artillery, light infantry, or other corps which it may be lawful to raise at large, shall be raised within this Commonwealth, when any of the standing companies shall be reduced thereby, to a less number than sixty four effective Privates ; and no Officer of any such corps, shall enlist any men belonging to a standing company, for the purpose of forming or recruiting such corps raised at large, when, by means thereof, such standing company would

*margin:* Penalty.

*margin:* No corps to be raised at large which will reduce standing companies to a limited number.

be

Digitized by Google

*—to be deem-*
*ed disbanded*
*in cafe.*

be reduced to a lefs number than fixty four effective Privates. And if any fuch corps, raifed at large, fhall at any time be deftitute of commiffioned Officers, and fhall neglect to fill up fuch vacancies, for one whole year after being ordered to elect them, or if any fuch corps fhall be reduced under twenty privates, and remain in that fituation for one whole year without doing duty as the law directs, then, in either cafe as aforefaid, fuch corps raifed at large fhall be deemed difbanded, and the men which belonged to fuch delinquent corps, fhall be enrolled in the ftanding company in which the indi-

*—not to con-*
*fift of a great-*
*er number*
*than legal.*

viduals thereof fhall refpectively refide : And no fuch corps raifed at large, fhall at any time bear a greater number of men on their rolls, than the law allows neceffary to conftitute them ; and the Commanding Officer of every fuch corps fhall, annually, in the month of *April*, make out a lift of all the men's names belonging to his corps, and deliver the fame to the Commanding Officer of the regiment or battalion, in whofe diftrict fuch corps is or may be raifed ; and all fuch corps raifed at large, not annexed to any particular regiment, fhall be fubject to the orders of the Commanding Officer of the brigade in which they fhall refpectively be raifed, and fhall make their elections and returns in the fame manner as other corps of the Militia.

*Ancient and*
*Honourable*
*Artillery*
*Company.*

And whereas the military company in *Bofton*, commonly called the " *Ancient and Honourable Artillery Company*," being by ancient charter, cuftom and ufage, exempted from the general regulations of the Militia : Therefore,

*—to retain*
*privileges.*

17. *Be it further enacted by the authority aforefaid,* That the faid company, called the " *Ancient and Honourable Artillery Company*," fhall retain its accuftomed privileges, not being incompatible with the Conftitution, but fhall be fubject to all other duties required by this Act, in like manner as other companies of Militia.

*Officers how*
*to be armed*
*and uniform-*
*ed.*

18. *And be it further enacted by the authority aforefaid,* That every commiffioned Officer of infantry, whofe duty fhall require him to ferve on foot, fhall be armed with a fword and an efpontoon ; and every Officer, whofe duty requires him to be mounted, fhall be armed with a fword and pair of piftols : And the uniform in every inftance required by this Act, fhall be a dark blue cloth coat, of fuch fafhion, and with fuch facings, and under clothes, as the Major Generals, or Brigadiers fhall direct within their feveral commands.

19. *And*

Digitized by Google

19. *And be it further enacted by the authority afore-said*, That every noncommiſſioned Officer and Private of the infantry ſhall conſtantly keep himſelf provided with a good muſket, with an iron or ſteel rod, a ſufficient bayonet and belt, two ſpare flints, a priming wire and bruſh, and a knapſack ; a cartridge box, or pouch with a box therein, to contain not leſs than twenty four cartridges, ſuited to the bore of his muſket ; each cartridge to contain a proper quantity of powder and ball ; or with a good rifle, knapſack, ſhot pouch, powder horn, twenty balls ſuited to the bore of his rifle, and a quarter of a pound of powder : And ſhall appear ſo armed, accoutred and provided, whenever called out, except that when called out to exerciſe only, he may appear without a knapſack, and without cartridges loaded with balls. *Provided always*, that whenever a man appears armed with a muſket, all his equipments ſhall be ſuited to his muſket ; and whenever a man appears armed with a rifle, all his equipments ſhall be ſuited to his rifle : And that from and after five years from the paſſing of this Act, all muſkets for arming the Militia, as herein required, ſhall be of bores ſufficient for balls of the eighteenth part of a pound : And every citizen enrolled and providing himſelf with arms, ammunition and accoutrements, required as aforeſaid, ſhall hold the ſame exempted from all ſuits, diſtreſſes, executions, or ſales for debt, or for payment of taxes.

*[margin: Neceſſary articles of equipment.]*

*[margin: Proviſo.]*

*[margin: Arms, &c. to be exempted from ſuits.]*

20. *And be it further enacted by the authority afore-said*, That every noncommiſſioned Officer or Private of the infantry, who ſhall neglect to keep himſelf armed and equipped as aforeſaid, or who ſhall on a muſter day, or at any other time of examination, be deſtitute of, or appear unprovided with the arms and equipments herein directed (except as before excepted) ſhall pay a fine not exceeding *twenty ſhillings*, in proportion to the articles of which he ſhall be deficient, at the diſcretion of the Juſtice of the Peace, before whom trial ſhall be had : And all parents, maſters and guardians ſhall furniſh thoſe of the ſaid Militia, who ſhall be under their care and command, with the arms and equipments aforementioned, under the like penalties for any neglect : And whenever the Selectmen of any town ſhall judge any inhabitant thereof, belonging to the Militia, unable to arm and equip himſelf in manner as aforeſaid, they ſhall at the expenſe of the town provide for and furniſh ſuch inhabitant with the aforeſaid arms and equipments, which ſhall remain the property of the town at the expenſe of which they ſhall

*[margin: Fine for neglect.]*

*[margin: Parents and Maſters to equip their children and ſervants.]*

*[margin: Perſons unable to be furniſhed by the town.]*

Digitized by Google

182 **Militia.** Anno 1793. [Ch. 1.

shall be provided; and if any soldier shall embezzle or destroy the arms and equipments with which he shall be furnished, he shall, upon conviction before some Justice of the Peace, be adjudged to replace the article or articles, which shall by him be so embezzled or destroyed, and to pay the cost arising from the process against him : And if he shall not perform the same within fourteen days after such adjudication, it shall be in the power of the Selectmen of the town to which he shall belong, to bind him out to service or labour, for such term of time as shall, at the discretion of the said Justice, be sufficient to procure a sum of money equal to the value of the article or articles so embezzled or destroyed, and pay cost arising as aforesaid.

**Penalty, in case,**

21. *And be it further enacted by the authority aforesaid,* That every person liable to do military duty, who being duly warned shall refuse or neglect to appear at the time and place appointed, armed and equipped as by this act is directed, for any muster, training, view of arms, or other military duty, shall pay as a fine for such default, the sum of *ten shillings* : And every person who shall appear at any muster with his arms in an unfit condition, shall pay a fine of *three shillings* for each and every such default : *Provided nevertheless,* It shall be lawful for the commanding Officer of a company, at any time within eight days after any muster, training, view of arms or other duty, to excuse any person for nonappearance, on the delinquent's producing to him satisfactory evidence of his inability to appear as aforesaid; and the Commanding Officer of the company shall certify the same to the Clerk within the time above mentioned, and the Clerk shall not thereafter commence any prosecution against such delinquent for his fine for nonappearance, as aforesaid.

**Penalty for not appearing on muster days.**

**Proviso 1**

22. *And be it further enacted by the authority aforesaid,* That whenever the commanding Officer shall think proper to call his company together, or shall be ordered by his superior Officer to do it, he shall issue his orders therefor, to one or more of the noncommissioned Officers, if there be any, if not to one or more of the privates belonging to his company, directing him or them to notify and warn the said company to appear at such time and place as shall be appointed; and every such person or persons, who shall receive such orders, shall give notice, of the time and place appointed for assembling said company, to each and every person he or they shall be so ordered to warn, either by verbal information, tion,

**Clerk to notify.**

tion, or by leaving a written or printed notification thereof at the usual place of abode of the person thus to be notified and warned ; and no notice shall be deemed legal for musters for the purpose of common and ordinary trainings, unless it shall be given four days at least previous to the time appointed therefor ; but in case of invasion, insurrection, or other emergency, any time specified in the orders shall be considered as legal ; and every noncommissioned Officer or other person, who shall neglect to give the said notice and warning, when ordered thereto by the commanding Officer of the company to which he belongs, shall for such offence forfeit and pay as a fine, a sum not exceeding *forty shillings*, nor less than *twelve shillings*, at the discretion of the Justice of the Peace before whom trial shall be had ; and the testimony of any person under oath, who shall have received orders agreeable to law, for notifying and warning any company, or part thereof, to appear at a time and place appointed for any muster, view of arms, or other military duty, shall be sufficient to prove due notice was given to the party against whom complaint may be made, unless such testimony shall be invalidated by other sufficient evidence : And whenever a company shall be destitute of commissioned Officers, and the Commanding Officer of the regiment or battalion to which such company belongs, shall think proper to call out such company, he shall direct his orders to one or more of the noncommissioned Officers of said company, who shall have full power and authority to warn, assemble, lead, order, exercise and govern said company, conformably to the orders which he or they shall thus receive from their superior Officers for that purpose : *Provided always*, When in regiment or battalion, it shall be lawful for the Commanding Officer present, to order a commissioned Officer to command such company, while acting in conjunction with other corps.

*Manner of notification.*

*Penalty.*

*Companies destitute of commissioned Officers, how warned.*

*Proviso.*

23. *And be it further enacted by the authority aforesaid*, That every noncommissioned Officer and Private of the Militia, who shall be disorderly or disobedient, or guilty of unmilitary conduct on a muster or training day, or at any other time when on duty, shall be confined during the time of the said muster or training, at the discretion of his officers, and shall pay a fine not exceeding *forty shillings*, nor less than *twelve shillings*, at the discretion of the Justice of the Peace to whom complaint shall be made.

*Penalty for disorderly behaviour.*

24. *And be it further enacted by the authority aforesaid*, That whenever any noncommissioned Officer or
Private

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.13922   Page 140 of 326

*Fines how recovered.*

Private in the Militia, fhall forfeit any fum of money, fet and affixed to any default, or offence, by this Act, of the fum of *four pounds,* or under, the fame fhall be recovered in the manner following ; that is to fay : The Clerk of the company to which the offender belongs, fhall, after the expiration of eight days, and within fixty days after the offence fhall have been committed, make complaint thereof, and of all matters of fubftance, and material circumftance, attending the fame, to fome Juftice of the Peace, in the county where fuch offender fhall live, who fhall make record thereof, and fhall iffue a fummons to the party complained of, to be ferved feven days at leaft, before the time appointed for the trial, in the form following, *mutatis mutandis.*

————ſſ.

(Seal.) To the Sheriff of the faid county, or his Deputy, or either of the Conftables of the town of within the fame county,

GREETING.

*Form of the fummons.*

IN the name of the Commonwealth of Maffachufetts, you are hereby required to fummon C. D. of       in the county of       to appear before me E. F. one of the Juftices of the Peace for the county aforefaid, at       in on       the       day of       at       of the clock, in the       noon, then and there to fhew caufe, if any he has, why a warrant of diftrefs fhall not iffue againft him. [*Here infert the complaint.*] Hereof fail not, and make due return of this writ, and of your doings therein, unto myfelf, at, or before the faid       day of Dated at       aforefaid, the       day of       in the year of our Lord       E. F. Juftice of the Peace.

And when the faid party fhall by himfelf, or his Attorney, appear accordingly, he may plead the general iffue and give any fpecial matter in evidence ; and if the faid party fhall make default, or if judgment fhall be given againft him, and he fhall neglect for four days thereafter, to fatisfy the fame with legal cofts, then the Juftice of the Peace, before whom trial fhall be had, fhall iffue his warrant of diftrefs, under his hand and feal, in the form following :

————ſſ.

(Seal.) To the Sheriff of the faid county, or his Deputy, or any or either of the Conftables of the town of within the fame county,

GREETING.

WHEREAS C. D. of       upon the       day of       being a private Soldier in the Train Band, (as the cafe may

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.13923   Page 141 of 326

may be) of the company of foot, commanded by
in the regiment of Militia, in the said county of
commanded by .         was duly notified to appear up-
on the        day of        in the town of        in
the county aforesaid, with his arms and equipments, as
the law of this Commonwealth directs; and the said
C. D. in violation of the said Law, did unneces-
sarily neglect to appear, (or did not appear armed
and equipped, as the case may be) whereby he hath
forfeited, and ought to pay the sum of        shillings,
to the uses directed by law; and the said C. D. having
been duly summoned to appear before me E. F. one of
the Justices of the Peace, for the county aforesaid, to
shew cause, if any he had, why a warrant of distress
should not be issued for the same sum, did not appear,
(or appearing, did not shew sufficient cause, why the
same warrant should not be issued, as the case may be.:)
In the name of the Commonwealth of Massachusetts,
you are therefore commanded forthwith, of the goods or
chattels of the said C. D. within your precinct, to levy
by distress and sale thereof, the aforesaid sum of
shillings, with        for charges of suit, being in the whole
the sum of        and to pay the same to        Clerk of the
aforesaid company; and also of the goods or chattels of the
said C. D. to levy        for this writ, together with your
own fees; and for want of such goods or chattels of the
said C. D. to be by him shewn to you, or found within your
precinct, you are commanded to take the body of the said
C. D. and him commit to the common Gaol in
in the county aforesaid; and the Keeper thereof is
hereby commanded to receive the said C. D. into the said
Gaol, and him safely keep, until he shall pay the sum
aforesaid, together with legal fees and costs, or until he
shall be otherwise discharged by order of law; and you
are to make return of this warrant with your doings
thereon, unto myself, within twenty days next coming,
for which this shall be your sufficient warrant; hereof
fail not.

Given under my hand and seal, the        day of
in the year of our Lord,

E. F. Justice of the Peace.

25. *And be it further enacted by the authority afore-
said,* That every Captain or Commanding Officer of a
company, shall call his company together three days
in each year for company discipline; and once on the
first Tuesday of *May,* annually, for the express purpose
of examining and taking an exact account of every man's

*Form of the warrant distress.*

*Companies to be mustered at stated times for examination.*

N                            arms

arms and equipments ; at which time every article re-
quired by this act, shall be brought to the place of ex-
amination ; and it shall be the duty of the Clerk, or, in
his absence, of some other person to be appointed on the
occasion, for the time only, by the Commanding Officer,
for that purpose, to make out an exact roll of the com-
pany, and set against every man's name, the arms and
equipments which shall belong to him : And every
Commanding Officer of a company, shall constantly
keep by him a roll, with the arms and equipments of
every man annexed to his name as aforesaid, from which
all detachments shall be regularly detailed, and the annu-
al return of the company made : And the said roll shall
be aunually revised, corrected, and completed, on the
first Tuesday in *May* as aforesaid : And every person
liable to do duty in the Militia, who shall be absent at the
examination or review of arms in the month of May as
aforesaid, and shall not send his arms and equipments to be
examined, at the time and place appointed, shall be fin-
ed for every article required in this act, not so brought
or sent to be examined, as is herein before directed, besides
the sum of *ten shillings*, for nonappearance, as aforesaid.

*Commanding Officers to keep a roll.*

*Fines in case of neglect.*

26. *And be it further enacted by the authority afore-*
*said,* That every Captain or commanding Officer of a
company shall make a return of the state of his compa-
ny, comprehending every man belonging to said compa-
ny, with all the arms and equipments belonging to them,
to the Commanding Officer of the regiment, in the
month of *May,* annually : Every Commanding Officer
of a regiment shall make a return of the state of his reg-
iment, to the Brigadier, in the month of *June,* annually :
And every Commanding Officer of a brigade shall make
out duplicate returns of his brigade, one of which he
shall transmit to the Major General of the division to
which he belongs, and the other to the Adjutant General
of the Commonwealth, in the month of *July,* annually.

*Commanding Officer to make regular returns annu-ally.*

27. *And be it further enacted by the authority afore-*
*said,* That the Adjutant General shall be commissioned
with the rank of Brigadier General ; and it shall be his
duty to distribute all orders from the Commander in
Chief of the Militia, to the several corps, to attend all
public reviews when the Commander in Chief shall
review the Militia, or any part thereof ; to obey all or-
ders from him relative to carrying into execution and
perfecting the system of Military Discipline, established
by this Act ; to superintend the annual inspection of the
Militia ; to furnish blank forms of the different returns
that

*Rank and du-ty of Adju-tant General.*

that may be required, and to explain the principles on
which they should be made; to keep such rosters and rec-
ords as are proper to be kept in his office ; to receive from
the several officers of the different corps throughout the
State returns of the Militia under their command, re-
porting the actual situation of their corps, their arms,
ammunition and accoutrements, their delinquencies, and
every other thing which relates to the general advance-
ment of good order and discipline : All which the sev-
eral Officers of the divisions, brigades, regiments, battal-
ions and companies are hereby required to make in the
usual manner, or as the Commander in Chief shall direct,
so that the Adjutant General may be duly furnished
therewith : From all which returns, he shall make prop-
er abstracts, and a general return of the whole Mi-
litia of the Commonwealth, and lay the same be-
fore the Governour or Commander in Chief, and
forward a duplicate thereof to the President of the Unit-
ed States.

28. *And be it further enacted by the authority afore-
said,* That it shall be the duty of the Brigade Inspector
to attend the regimental and battalion meetings of the
Militia, composing the several Brigades, to which they
belong, during the time of their being under arms ; to
inspect their arms and equipments ; to superintend
their exercise and manœuvres, and introduce the system
of discipline, established by this Act ; to obey all orders
they may from time to time receive from the Command-
er in Chief, or others, their superior Officers ; to make
returns to the Adjutant General, at least, once in a year,
and at such other times as shall be required, of the Mili-
tia of the brigades to which they severally belong re-
porting therein the actual situation of the corps, their
arms, ammunition and accoutrements, and every other
thing which they may be required to report ; or which
in their judgment may relate to their government, and
the general advancement of good order and military dis-
cipline.

29. *And be it further enacted by the authority aforesaid,*
That the rules of discipline approved and established by
Congress, in the resolutions, of the twenty ninth day of
*March,* one thousand seven hundred and seventy nine,
shall be the rules and regulations of discipline, to be ob-
served by the Militia of this Commonwealth ; except
such deviations from said rules, as may be necessary by
the requisitions of this Act, or some other unavoidable
circumstances ; and every Officer receiving a commission

*Duty of the Brigade In-
spector.*

*Rules and reg-
ulations of dis-
cipline for the
Militia.*

Brewer Exs. Page 109
Digitized by Google

in the Militia, shall immediately provide himself with a book containing those rules.

30. *And be it further enacted by the authority aforesaid,* That every regiment of Militia of this Commonwealth, shall be assembled in regiment, once in two years, for review, inspection and discipline, on such days as the Commanding Officers of the several divisions or brigades shall order; (the Commanding Officers of regiments to point out the place.) And the Militia of every town shall be assembled together once in two years, (the year it is not mustered in regiment) at such time and place as the Commanding Officer shall order, and shall be instructed and disciplined under the direction of a Field Officer. *Provided nevertheless,* in new settlements, where the dispersed situation of a regiment may oblige men to march twenty miles or more, to the place of parade, it shall be at the discretion of the Commanding Officer of the regiment, to muster the Militia in such settlements, either by regiment, by towns, or other convenient bodies. And every noncommissioned Officer and Private shall come to the place of parade, with necessary refreshment for said day, at his own expense. The cavalry and artillery, and other corps raised at large, shall also be reviewed and inspected, once in every year, either with the regiments and battalions, or by themselves, as the Major Generals, or the Brigadiers shall order, and at such times and places as they shall direct. And each commanding Officer of a Corps, when on duty, shall have full power and authority, to ascertain and fix certain necessary limits and bounds, to their respective parades, (no road in which people usually travel, to be included) within which no spectator shall have right to enter without liberty from said Commanding Officer; and in case any person shall so intrude within the lines of the parade, after being once forbidden, he shall be subject to be confined under guard, during the time of exercise, at the discretion of the Commanding Officer. And whenever different corps shall be assembled together, the senior Officer present shall command, without any regard to corps whatever. And all Officers when on duty, shall take rank according to the dates of their commissions; and when two of the same grade bear an equal date, and former pretensions of some commission do not decide, then their rank shall be determined by lot, to be drawn by them, before the Commanding Officer present; and when on Court Martial before the President thereof,

*Marginal notes:*

Time and manner of mustering the Militia.

Proviso.

Review of cavalry and artillery.

Parade to be limited and cleared of spectators.

Senior Officer to command in case—

Officers to rank from date of commissions.

31. *And*

31. *And be it further enacted by the authority afore-said,* That every Captain or Commanding Officer of a company, who shall neglect or refuse to call out his company, as often as the law requires, for discipline, and on the first Tuesday of *May,* for a view of arms, as directed by this Act, or at any other time, when thereto required, by his superior Officer; or who shall at any time excuse his men for unnecessary absence, or deficiency, shall be tried by a Court Martial, and if thereof convicted, he shall be reprimanded in orders, or removed from office, at the discretion of said Court.

32. *And be it further enacted by the authority afore-said,* That at any regimental muster, the several companies shall form in regiments, according to the rank of the Officers, commanding them; and the same rule shall apply whenever different corps are assembled together; excepting so far as by custom, usage and necessity, cavalry, artillery and light troops, may be detached from the battalions.

*Companies how to rank.*

33. *And be it further enacted by the authority afore-said,* That whenever in case of threatened or actual invasion, insurrection, or other public danger or emergency, the Militia, or any part thereof, shall be ordered out or detached, if any person who shall be ordered out or detached, in obedience to such orders, being duly notified thereof, and ordered to march to the place of rendezvous, shall neglect or refuse to obey such orders, or shall not, within twenty four hours after he shall have been notified as aforesaid, pay a fine of *ten pounds,* to the Commanding Officer of the company to which he belongs, or procure an able bodied man, in his stead, such person shall be considered as a soldier in such detachment, and be dealt with accordingly. *Provided always,* That whenever a detachment is made, the Officers, noncommissioned Officers and Privates, being able of body, shall be detailed from the rosters or rolls which shall be kept for that purpose: And any person who by absconding after being detached, as aforesaid, or by deserting from such detachment, shall attempt to evade the punishment by law provided for desertion, he shall pay a fine of *twelve pounds,* to be sued for and recovered by the Clerk of the company, to which such person belongs, any time within twelve months after the discharge of such detachment; said fine to be disposed of for the purpose of paying such men as shall be hired or drafted into service: And any officer holding a commission in the Militia, who shall neglect or refuse to execute any orders

*Penalty for not marching with detachments, when ordered.*

*Proviso.*

*Punishment for absconding.*

N 3                                              he

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.13928   Page 146 of 326

Delinquent
Officers how
Punished.

he may receive from his superior officer, to make a detachment of the corps under his command, it shall be the duty of the Officer who issued such orders immediately to arrest such delinquent Officer, bring him to trial therefor, before a Court Martial, and forthwith give information thereof to the Commander in Chief; and the Officer who issued the order which shall not have been executed, as aforesaid, shall immediately after arresting the delinquent Officer, proceed by himself or some other Officer, under his command, to make and complete the detachment, ordered as aforesaid. And when any regiment or company shall not be organised, the Officer issuing the orders for such detachment, shall by himself, or some other Officer under him, proceed to make and complete the detachment from any part of the Militia, of such unorganised corps.

Militia to provide provisions when called out.

34. *And be it further enacted by the authority aforesaid,* That whenever the Militia, or any part thereof, of any town, shall be ordered to march for the immediate defence of this State, each Officer and Soldier shall provide and take with him three days' provision, unless otherwise ordered; and the Selectmen of such town shall

Selectmen to furnish carriages, &c.

cause carriages to attend them with farther supplies of provision and camp utensils, until notice shall be given them to desist, by the Commanding Officer of the Militia detached: And the Selectmen shall prefer their accounts for such supplies to the General Court, for allowance and payment: And whenever the Selectmen of any town or district, from which a detachment shall be ordered, shall be notified by any Officer duly authorised thereto, and shall neglect or refuse to furnish such supplies and utensils, the town or district to which such Selectmen belong, shall pay a fine not exceeding *fifty*

Penalty in case—

*pounds*, to be sued for and recovered by any person who shall prosecute for the same; one moiety to the prosecutor, and the other to the use of the Commonwealth; and the Officer to whom such camp utensils shall be delivered, shall be accountable for the same, unless broken or lost by some unavoidable accident, not in his power to prevent.

Widows and children of persons who may be killed or wounded in actual service to receive a pension.

35. *Be it further enacted by the authority aforesaid,* That if any Officer, noncommissioned Officer or Private of the Militia, shall be killed or die of his wounds received in the service of this Commonwealth, his widow, child or children shall be entitled to similar relief, and under the same regulations and restrictions, as is provided by law in such cases for the relief of widows and orphans

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.13929   Page 147 of 326

phans of perfons killed or dying of wounds received in
the fervice of the United States : And if any Officer,
noncommiffioned Officer or Private of the Militia, fhall
be wounded or otherwife difabled in the fervice of this
Commonwealth, he fhall be entitled to fimilar relief,
and under the fame regulations and reftrictions, as is
provided by law in fuch cafes for the relief of perfons
wounded or difabled in the fervice of the United States.

36. *And be it further enacted by the authority afore-*
*faid,* That the Governour or Commander in Chief, fhall
appoint Courts Martial for the trial of all Officers above
the rank of Captain : That the Major Generals or Com-
manding officers of divifions, each within his own di-
vifion, fhall appoint Courts Martial for the trial of Cap-
tains and all officers under that rank : And it fhall be
the duty of every Officer who fhall appoint a Court Mar-
tial, as aforefaid, to approve of difapprove of every fen-
tence of fuch Court Martial by them appointed : And
no officer who fhall appoint a Court Martial, fhall be
Prefident thereof, nor fhall any fentence be put in exe-
cution until it fhall have been approved of as aforefaid :
No Court Martial fhall confift of a lefs number than
thirteen Commiffioned Officers, the Prefident of which
fhall not be under the rank of a Field Officer ; and no
Field Officer fhall be tried by any perfon under the de-
gree of a Captain ; and all officers fhall take rank by
feniority of commiffion, without regard to corps : And
the Officer who fhall appoint a Court Martial fhall at the
fame time appoint a fuitable perfon for a Judge Advocate,
whofe duty it fhall be impartially to ftate the evidence
both for and againft the Officer under trial ; to take ac-
curate minutes of the evidence, and all the proceedings
of the Court ; all of which he fhall tranfmit, with the
judgment of the Court thereon, under feal, to the Offi-
cer whofe duty it is to approve or difapprove of fuch
judgment. Every Officer to be tried fhall have ten days'
notice given him of the time and place appointed for
trial : And every Officer to be tried fhall be put in ar-
reft, fo as to be fufpended from the exercife of his of-
fice, and fhall have a copy of the charges exhibited
againft him ten days before the fitting of faid Court ;
and in cafe any officer, for the trial of whom a Court
Martial fhall be appointed, fhall neglect to appear and
make defence, he fhall be deemed by faid Court guilty
of the charge, and fhall be fentenced accordingly. In
every Court Martial held for the trial of an officer, not
lefs than two thirds of the members muft agree in the

N 4                                                  fentence

Court Martial how appoint-ed and by whom.

Judge Advo-cate to be ap-pointed—his duty.

Officers to be tried, to have due notice.

——to be arrefted.

Judgment of CourtMartial, —how deter-mined.

Brewer Exs. Page 113
Digitized by Google

fentence or judgment of faid Court, otherwise the per-
fon charged fhall be acquitted : All proceedings and
trials by Court Martial fhall be carried on in the day
time ; and when the members fhall be required to give
their votes on a queftion or decifion, they fhall begin
with the youngeft in commiffion, firft : All perfons

*Perfons to give evidence under penalties.* fhall be holden to appear and give evidence before any
Court Martial, under the fame penalties for neglect, as
are by law provided for witneffes in other cafes, when
thereunto fummoned by a Juftice of the Peace for fuch
fervice : And all witneffes fhall be fworn by the Judge
Advocate before they give their evidence to the Court.
Before any Court Martial fhall proceed to the trial of

*Judge Advocate to adminifter* any Officer, the Judge Advocate fhall adminifter to the
Prefident and each of the members, the following oath,
viz.

*the Oath.* YOU A. B. do fwear, that you will well and truly
try the caufe now before you, between this Common-
wealth, and the perfon to be tried ; and you do further
fwear, that you will not divulge the fentence of this
Court Martial until it fhall be approved or difapproved
of ; and that you will not on any account, at any time
whatever, difcover the vote or opinion of any Member,
unlefs required to give evidence thereof, as a witnefs,
by a Court of Juftice, in a due courfe of law.  *So help
you* GOD !

And the Prefident fhall adminifter to the Judge Ad-
vocate, the following oath, viz.

*Oath adminiftered to the Judge Advocate.* YOU A. B. do fwear, that you will not on any ac-
count, at any time whatever, divulge the vote or opinion
of any Member of this Court Martial, unlefs required
to give evidence thereof, as a witnefs, by a Court of
Juftice, in a due courfe of law.  *So help you* GOD !

37. *And be it further enacted by the authority afore-
faid,* That every Officer holding a commiffion in the
Militia, who fhall be accufed of any unmilitary conduct,

*Officer guilty of unmilitary conduct, to be tried by a Court Martial,* neglect of duty, or difobedience of orders ; or who fhall,
when on duty, appear or behave himfelf in an unofficer-
like manner, or fhall wilfully injure thofe who are un-
der his command, he fhall be liable to be tried by a
Court Martial, and if found guilty, to be fentenced by
faid Court to be reprimanded in orders, or to be remov-
ed from office : And whenever a Court Martial fhall
fentence any Officer to be removed from office, the
Court fhall therein adjudge fuch Officer incapable of
holding any military commiffion under this Common-
wealth for life, or for years, according to the nature and
aggravation

aggravation of his offence ; and such sentence, being du- **...and remov-**
ly approved of by the Officer appointing such Court **ed from office.**
Martial, shall be published and remain in full force, un-
less reversed, so far as respects disqualification, by the
General Court. .

38. *And be it further enacted by the authority afore-* **Towns to be**
*said,* That every town within this Commonwealth shall **provided with**
be constantly provided with sixty four pounds of good **military ar-**
gunpowder, one hundred pounds of musket balls, one **ticles.**
hundred flints, and three tin or iron camp kettles, for
every sixty four soldiers in the Militia of such town, en-
rolled as aforesaid ; and the same proportion of each of
the aforesaid articles for a greater or lesser number : And **Penalty in**
every town which shall neglect to keep constantly pro- **case of neg-**
vided with the said articles, shall forfeit and pay, for the **lect.**
use of the Commonwealth, for every sixty four men in
such town which shall be unprovided with the said ar-
ticles, the sum of *six pounds,* to be recovered by present-
ment in the Court of General Sessions of the Peace, in
the county to which such town shall belong. And it
shall be the duty of the Brigade Inspector annually to **Brigade In-**
inspect the magazines of each town, within the brigade **spector to in-**
to which he belongs, and to make complaint to the **spect, &c.**
Grand Jury of the county, against all towns which shall
neglect to keep constantly provided as aforesaid.

And whereas the good citizens of this Commonwealth
are often injured by the discharge of single guns on a
muster day. Therefore,

39. *Be it further enacted by the authority aforesaid,* **Penalty for**
That no noncommissioned Officer or Private, shall un- **firing on a**
necessarily fire a musket or single gun, in any public **muster day**
road, or near any house, or near the place of parade, **without or-**
on any day, or evening succeeding the same, on which **ders;**
any troop or company shall be ordered to assemble for
military duty, unless embodied under the command of
some Officer ; and if any noncommissioned Officer or
Private shall fire a musket or gun, except as aforesaid, on
the said day or evening succeeding, without being em-
bodied as aforesaid, he shall forfeit and pay a fine of *five* **how recovered**
*shillings,* for each and every offence aforesaid, to be su- **and disposed**
ed for, recovered and disposed of in the same manner as **of.**
fines for nonappearance on a muster day are recovered
and disposed of.

40. *And be it further enacted by the authority afore-* **Certain offi-**
*said,* That the Adjutant General, the Quarter Master **cers to receive**
General, Brigade Inspectors, and Adjutants of regi- **pay.**
ments, shall receive a reasonable consideration for their
services ;

Digitized by Google

services ; to be allowed by the General Court.    And all Officers serving on Military Boards, Courts of Inquiry, and Courts Martial, shall receive pay, while neceſſarily employed therein, at the ſame rate as when in actual ſervice : And the Adjutant General, or Brigade Majors, as the caſe may be, ſhall make up pay rolls, of ſuch Military Courts of Inquiry, and Courts Martial, and lay the ſame before the General Court, for allowance ; and they ſhall receive payment at the Treaſury, of the ſums ſo allowed, and pay the ſame over to the Officers who performed the ſervice.

*Pay rolls to be laid before the General Court.*

[Paſſed *June* 22, 1793.]

---

## C H A P.  II.

An Act for repealing one Clauſe, and altering a dividing Line, deſcribed in an Act, entitled " An Act for dividing the Town of Salisbury, in the County of Eſſex, into two Pariſhes. Paſſed *June* 6, 1793.

[*S P E C I A L.*]

---

## C H A P.  III.

An Act authoriſing Lewis Anſart de Mareſquelle, to omit the addition of De Mareſquelle, and to be called and known by the names of Lewis Anſart.. Paſſed *June* 6, 1793.

[*S P E C I A L.*]

---

## C H A P.  IV.

An Act for the encouragement of the Glaſs Manufactory within this Commonwealth.   Paſſed *June* 15, 1793.

[*S P E C I A L.*]

---

## C H A P.  V.

An Act for eſtabliſhing an Academy in the Town of Weſtfield, in the County of Hampſhire, by the name of  Weſtfield Academy.   Paſſed *June* 17, 1793.

[*S P E C I A L.*]

CHAP.

Digitized by Google



# THE

# Perpetual Laws,

## OF THE

# COMMONWEALTH

### OF

# *MASSACHUSETTS,*

#### FROM THE

### ESTABLISHMENT of its CONSTITUTION

##### TO THE FIRST

### SESSION of the GENERAL COURT, *A. D.* 1788.

COMPILED, ARRANGED AND PRINTED
To the Wifhes of many refpectable LAW CHARACTERS, and
the APPROBATION of the HONOURABLE JUDGES of the
SUPREME JUDICIAL COURT.

### Carefully Compared with the Original Acts.

*IGNORANTIA LEGIS NEMINEM EXCUSAT.*
THE IGNORANCE OF LAW IS AN EXCUSE FOR NO ONE.

### THE LAW IS THE SUBJECT'S BEST BIRTHRIGHT.

31681

PRINTED AT **Worcester,** BY **Isaiah Thomas.**

MDCCLXXXVIII.

## * Massachusetts, 1785 Militia law. *



*P.*                    𝕸ilitia.                    307

*And be it further enacted by the authority aforesaid,* That there shall be a regimental, field, commissioned and noncommissioned staff to each regiment of the militia aforesaid, consisting of one Colonel, one Lieutenant Colonel, one Major, one Adjutant, one Quartermaster, one Serjeant Major, one Quartermaster Serjeant, one Drum Major and one Fife Major.

<span style="float:right">Each regiment to have a regimental, field, commissioned and noncommissioned staff.</span>

*And be it further enacted by the authority aforesaid,* That there shall be one Captain, one Lieutenant, one Ensign, one Clerk, who shall be sworn to the faithful discharge of his duty, four Serjeants, four Corporals, one Drummer and one Fifer, to each company of the said militia. *Provided notwithstanding,* That in companies where, in pursuance of the law which by this act is repealed, two Lieutenants are in commission, they shall continue to hold their present rank.

<span style="float:right">Companies to have one Captain, &c. Clerk to be sworn.

Proviso.</span>

*And be it further enacted by the authority aforesaid,* That the Governour, or Commander in Chief, shall appoint the Deputy Adjutant General ; the Major Generals shall appoint the Deputy Quartermasters of their respective divisions ; the Brigadier Generals shall appoint the Quartermasters of their respective brigades ; the Colonels shall appoint the Serjeant Majors, Quartermaster Serjeants, Drum Majors and Fife Majors of their respective regiments ; and the Captains shall appoint the noncommissioned officers of their respective companies.

<span style="float:right">Deputy Adjutant General, Deputy Quartermasters, &c. by whom appointed.</span>

*And be it further enacted by the authority aforesaid,* That the Adjutant General shall be commissioned with the rank of Brigadier General, the Deputy Adjutant Generals with the rank of Colonels, and the Aids de Camp and Brigade Majors with the rank of Majors ; the Adjutants shall be commissioned with the rank of first Lieutenant, and the Serjeants shall each receive a warrant from the Colonel of the regiment to which they shall belong.

<span style="float:right">Adjutant General, Deputy Adjutant General, &c. their rank.</span>

*And be it further enacted by the authority aforesaid,* That each and every Major General be, and hereby is empowered, and it shall be his duty to give all such orders as shall from time to time be necessary, consistent with the law, for electing Brigadier Generals, Field Officers, Captains and Subalterns, in brigades, regiments and companies, within his respective division, which have not been already commissioned ; and for filling up vacancies of such officers, or any of them, where they now are, or may hereafter happen. *Provided always,* That whenever a time shall be appointed for the election of any officer or officers, the electors shall have ten days notice thereof at least ; and all returns of elections, and of neglects or refusals to make choice of officers, shall be made to the Governour, by the Major General, in whose division the election shall be ordered ; and all commissions shall pass through the hands of the Major Generals to the officers, in their respective divisions, for whom they shall be made out ; and every person who shall be elected to any office in the said militia, and shall not within ten days after he shall have been notified of his election, signify his acceptance thereof, shall be considered as declining to serve in such office, and orders shall be forthwith issued for a new choice.

<span style="float:right">Major Generals, their duty.

Proviso.</span>

*And be it further enacted by the authority aforesaid,* That every person who shall be elected or appointed to any of the offices aforementioned, shall, at the time of receiving his commission, take and subscribe the oath and declaration required by the constitution of this Commonwealth, before some Justice of the Peace, or some General or Field Officer, who shall have

<span style="float:right">Persons elected to the offices aforesaid, to be sworn, &c.</span>

a a 4

308       **Militia.**       P.

have previously taken and subscribed them himself ; and a cer-
tificate thereof shall be made upon the back of every commis-
sion by the Justice of the Peace, or General or Field Officer,
before whom the said oath and declaration shall have been
taken and subscribed.

*Noncommis-
sioned officers
and soldiers to
equip themselves
with arms and
accoutrements.*

   *And be it further enacted by the authority aforesaid,* That ev-
ery noncommissioned officer and private soldier of the said mi-
litia not under the controul of parents, masters or guardians,
and being of sufficient ability therefor in the judgment of the
Selectmen of the town in which he shall dwell, shall equip him-
self, and be constantly provided with a good firearm, with a
steel or iron ramrod, a spring to retain the same, a worm,
priming wire and brush, a bayonet fitted to his fire arm, and
a scabbard and belt for the same, a cartridge box that will
hold fifteen cartridges at least, six flints, one pound of powder,
forty leaden balls suitable for his firearm, a haversack, blank-
et and canteen ; and if any noncommissioned officer or private
soldier shall neglect to keep himself so armed and equipped,

*Fine for non-
equipment.*

he shall forfeit and pay a fine not exceeding *three pounds,* in
proportion to the value of the article or articles in which he
shall be deficient, at the discretion of the Justice of the Peace
before whom trial shall be had.

*Parents, mas-
ters and guard-
ians to equip
those under their
care, &c.*

   *And be it further enacted by the authority aforesaid,* That all
parents, masters and guardians, shall furnish those of the said
militia who shall be under their care and command, with the
arms and equipments aforementioned, under the like penal-
ties for any neglect.

*Persons una-
ble to equip
themselves to be
provided by the
town.*

   *And be it further enacted by the authority aforesaid,* That
whenever the Selectmen of any town shall judge any inhabit-
ant thereof, belonging to the said militia, unable to arm and
equip himself in manner as aforesaid, they shall, at the ex-
pense of the town, provide for and furnish such inhabitant
with the aforesaid arms and equipments, which shall remain
the property of the town at the expense of which they shall be
provided ; and if any soldier shall embezzle or destroy the arms

*Soldiers em-
bezzling or de-
stroying their
arms, &c. fur-
nished them,
how punished.*

and equipments, or any part thereof, with which he shall be
so furnished, he shall upon conviction before some Justice of
the Peace in the county where such offender shall live, be ad-
judged to replace the article or articles which shall be by him
so embezzled or destroyed, and to pay the cost arising from the
process against him ; and in case he shall not within fourteen
days after such adjudication against him perform the same, it

*In case.*

shall be in the power of the Selectmen of the town to which
he shall belong, to bind him out to service or labour, for such
term of time as shall in the discretion of the said Justice, be
sufficient to procure a sum of money equal to the amount of
the value of the article or articles embezzled or destroyed, and
to pay the cost arising as aforesaid.

*Officers to call
together the
train band four
days in a year,
and the alarm
list once a year.*

   *And be it further enacted by the authority aforesaid,* That ev-
ery Captain or Commanding Officer of a company, shall call
the train band of his company together four days in a year,
and oftener if he shall judge necessary, not exceeding six days
in the whole, for the purpose of examining their arms and e-
quipments, and instructing them in military exercises ; and
shall also once in a year, on a day when he shall muster the
train band of his company, call together the alarm list belong-
ing to his company, within the limits of the town of which
they shall be inhabitants, for the purpose of examining their
arms and equipments.

*And*

P.                         Militia.                              309

And be it further enacted by the authority aforesaid, That
when any Captain or Commanding Officer of a company shall
think fit to muster or call his company together, he shall issue
his orders therefor to one or more of his noncommissioned of-
ficers, if he shall have any, otherwise to one or more of the pri-
vate soldiers belonging to his company, directing him or them
to notify and warn the said company to appear at such time
and place as shall be appointed, and with such arms and e-
quipments as shall be mentioned in the said orders; and the
noncommissioned officer or officers, or other person or persons
who shall receive such orders, shall give notice of the time and
place appointed for, and of the arms and equipments to be car-
ried to the said muster, to each and every person he or they
shall be ordered to warn, either verbally or by leaving a written
notification thereof at the usual place of abode of the person
thus to be notified and warned; and no notice shall be deemed
legal for musters for the purpose of common and ordinary
military exercises, unless it shall be given four days at least
previous to the time appointed therefor; and every noncom-
missioned officer or other person who shall neglect to give the
said notice and warning when ordered thereto, by the Captain
or Commanding Officer of the company to which he shall be-
long, shall, for such offence, forfeit and pay a sum not exceed-
ing *forty shillings*, nor less than *twenty shillings*, at the discre-
tion of the Justice of the Peace before whom trial shall be had.

Manner of call-
ing together mi-
litia companies.

And be it further enacted by the authority aforesaid, That every
noncommissioned officer and private soldier belonging to the
train band, and every person belonging to the alarm list, who,
being duly notified of the time and place appointed for the
muster of the company to which he shall belong, shall unneces-
sarily neglect to appear armed and equipped as the Captain or
Commanding Officer shall direct, shall pay a fine of *ten shillings*;
and every noncommissioned officer and private soldier of the
train band, and every person belonging to the alarm list, who
shall be disorderly or disobedient on a muster day, shall be
confined during the time of said muster at the discretion of his
officers, and shall pay a fine not exceeding *forty shillings*, nor
less than *twelve shillings*, at the discretion of the Justice of
the Peace to whom complaint shall be made. *Provided nev-
ertheless*, That when any noncommissioned officer or private
soldier belonging to the train band, or any other person be-
longing to the alarm list, shall neglect to appear on a muster
day when notified as aforesaid, and shall within eight days
thereafter make application to the Captain or Commanding
Officer of the company to which he shall belong, and obtain the
excuse of the said Captain or Commanding Officer, or shall
pay him the aforesaid fine of *ten shillings*, and shall procure a cer-
tificate thereof, in every such case he shall be barred against
any action or suit for such offence.

Penalties for
neglect of duty
and misbehavi-
our in noncom-
missioned offi-
cers and pri-
vates.

Proviso.

And be it further enacted by the authority aforesaid, That the
testimony of any noncommissioned officer or other person, un-
der oath, who shall have received orders agreeably to law for
notifying and warning any company, or a part thereof, to ap-
pear at a time and place appointed for a muster, shall be suffi-
cient to prove that due notice shall have been given to the
party against whom complaint may be made, unless such tes-
timony shall be invalidated by other sufficient evidence.

Testimony of
noncommission-
ed officers and
other persons
under oath suf-
ficient to prove
due notification.
Unless.

And be it further enacted by the authority aforesaid, That
when any person belonging to the train band or alarm list,
shall, by neglect of duty by not appearing on muster days, or
                                                              by

Persons ne-
glecting duty,
forfeiture.

310                              **Militia.**                                 *P.*

How recovered.  by not being provided with arms and equipments as this law
directs, or by disobedience of orders, or by disorderly behaviour,
forfeit any sum of money set and affixed by this law to
such offences, or either of them, under the sum of *four pounds,*
the same shall be recovered in manner following, *that is to say,*
The Clerk of the company to which the offender shall belong,
shall after the expiration of eight days, and within sixty days
after the offence shall be committed, make complaint thereof,
and of all matters of substance and material circumstances attending
the same, to some Justice of the Peace in the county
where such offender shall live, who shall make a record thereof,
and shall issue a summons to the party complained of, to be
served seven days at least before the time appointed for the
trial, in the form following, *mutatis mutandis.*

——————— ff.

Form of a       (L. S.)  To the Sheriff of the said county, or his Deputy, or
Summons.                 any or either of the Constables of the town of ——
                         within the same county,          GREETING.
*IN the name of the Commonwealth of* Massachusetts, *you are
hereby required to summon* C. D. *of* —— *in the county of* ——
*to appear before me* E. F. *one of the Justices of the Peace for the
county aforesaid, at* —— *in* —— *on* —— *the* —— *day of*
—— *at* —— *of the clock in the* —— *noon ; then and there to
shew cause, if any he has, why a warrant of distress shall not issue
against him for* [here insert the complaint] *Hereof fail not,
and make due return of this writ and of your doings therein, unto
myself, at or before the said* —— *day of* ——. *Dated at* ——
*aforesaid, the* —— *day of* —— *in the year of our Lord* ——.
                                E. F. *Justice of the Peace.*

Party appear-   And when the said party shall by himself, or his attorney,
ing may plead   appear accordingly, he may plead the general issue and give
the general issue,  any special matter in evidence ; and if the said party shall
&c. and if he   make default, or if judgment shall be given against him, and
neglect to satisfy  he shall neglect for four days thereafter to satisfy the same,
the judgment, a  and legal costs, then the Justice of the Peace before whom the
warrant to be is-  trial may be had, shall issue his warrant of distress, under his
sued.           hand and seal, in the form following, *mutatis mutandis.*

——————— ff.

Form of a       (L. S.)  To the Sheriff of the said County, or his Deputy, or
Warrant of Dis-          any or either of the Constables of the town of ——
tress.                   within the same county,          GREETING.
*WHEREAS* C. D. *of* —— *upon the* —— *day of* —— *being
a private soldier in the train band* [as the case may be] *of
the company of foot commanded by* —— *in the regiment of mi-
litia in the said county of* —— *commanded by* —— *was duly
notified to appear upon the* —— *day of* —— *in the town of* ——
*in the county aforesaid, with his arms and equipments, as the law
of this Commonwealth directs ; and the said* C. D. *in violation
of the said law, did unnecessarily neglect to appear* [or did not ap-
pear armed and equipped as the case may be] *whereby he hath
forfeited and ought to pay the sum of* —— *shillings, to the uses
directed by law : And the said* C. D. *having been duly summon-
ed to appear before me* E. F. *one of the Justices of the Peace for
the county aforesaid, to shew cause, if any he had, why a war-
rant of distress should not be issued for the same sum, did not ap-
pear* [or appearing, did not shew sufficient cause why the same
warrant should not be issued, as the case may be :]

                                                         *IN*

P.   *Militia.*   311

*IN the name of the Commonwealth of* Massachusetts, *you are therefore commanded forthwith, of the goods or chattels of the said C. D. within your precinct, to levy by distress and sale thereof the aforesaid sum of* —— *shillings, with* —— *for charges of suit, being in the whole the sum of* —— *and to pay the same to* —— *Clerk of the aforesaid company ; and also of the goods and chattels of the said C. D. to levy* —— *for this writ, together with your own fees, and for want of such goods or chattels of the said C. D. to be by him shewn to you, or found within your precinct, you are commanded to take the body of the said C. D. and him commit to the common gaol in* —— *in the county aforesaid ; and the keeper thereof is hereby commanded to receive the said C. D. into the said gaol, and him safely keep until he shall pay the sum aforesaid, together with legal fees and costs, or until he shall be otherwise discharged by order of law ; and you are to make return of this warrant with your doings therein, unto myself, within twenty days next coming, for which this shall be your sufficient warrant. Hereof fail not. Given under my hand and seal, the* —— *day of* —— *in the year of our Lord* ——.

E. F. *Justice of the Peace.*

*Provided always,* That when any person shall appear before the Justice of the Peace upon notification as aforesaid, and shall claim an appeal to the Court of Common Pleas next to be holden in the same county, to which he shall be and hereby is entitled, the same shall be granted upon his recognizing with sureties to prosecute his appeal, and to pay whatever fine, costs and fees, shall be adjudged against him at the same Court, which recognizance shall be taken to the Clerk of the company to which such appellant shall belong, and shall be acknowledged before and certified by the Justice of the Peace in the same manner as recognizances are in appeals from Justices of the Peace in other cases ; and no appeal shall be allowed from the said Court of Common Pleas.

*And be it further enacted by the authority aforesaid,* That if judgment shall be rendered against such appellant in such Court of Common Pleas, the judgment shall be three times the sum of the fine set and affixed in this act, with additional costs.

*And be it further enacted by the authority aforesaid,* That all sums of money that shall be forfeited and recovered as aforesaid, shall be disposed of one moiety to the Clerk, who shall recover the same, and the other moiety to the Captain of the company to which the offender shall belong, in trust for the use of the said company.

*And be it further enacted by the authority aforesaid,* That in all cases to be determined as aforesaid, the Justices of the Peace and the Courts of Common Pleas, before whom the same shall be, shall severally tax the same fees as in actions between party and party in other cases.

*And be it further enacted by the authority aforesaid,* That every regiment of the trainband aforesaid shall muster either in regiment or battalion once in every year, at least, on such day and at such place as the Colonel or commanding officer shall appoint.

*And be it further enacted by the authority aforesaid,* That at a regimental muster the several companies composing the regiment shall form in regiment or battalion, according to the rank of the officers present commanding them, in order that the companies may in all cases be under the immediate command of their own officers.

*And*

Proviso.

Judgment rendered against appellants to be treble the sum with costs.

Fines—how disposed of.

Fees—how and by whom taxed.

Regiment to muster either in regiment or battalion once in every year.

On regimental musters, how companies are to form.

Brewer Exs. Page 123

312            **Militia.**            P.

*Return to be made by the Major General.*

*And be it further enacted by the authority aforesaid,* That each Major General shall make a return of the division under his command to the Adjutant General, on or before the first day of *June,* annually, specifying the number of officers and soldiers, distinguishing the trainband from the alarm list, and the state of their arms and equipments ; and the Adjutant General shall digest the whole into a general return, and present the same to the Commander in Chief.

*General return to be made by the Adj. Gen.*

*And be it further enacted by the authority aforesaid,* That the Adjutant General, Deputy Adjutant Generals and Brigade Majors, shall prefer their accounts for services performed in the execution of their duty, with proper vouchers and certificates, to the General Court for allowance and payment.

*Adjutant General, &c. to prefer their accounts, &c.*

*And be it further enacted by the authority aforesaid,* That every officer holding a commission in the said militia, who shall be accused of any unmilitary conduct, either in neglect of duty, disobedience of orders, or in any other manner, shall be liable to be tried by a General Court Martial, and if found guilty by such Court, to be thereby sentenced to be reprimanded by the President thereof, or to be removed from his office.

*Commissioned officers accused of unmilitary conduct, &c.*

*And be it further enacted by the authority aforesaid,* That no General Court Martial shall consist of a less number than thirteen commissioned officers, the President of which shall not be under the rank of a field officer.

*How many officers Court Martials are to consist of.*

*And be it further enacted by the authority aforesaid,* That the Commander in Chief shall appoint Courts Martial for the trial of Major Generals ; Major Generals shall appoint them for the trial of Brigadier Generals, within their respective divisions ; and Brigadier Generals shall appoint them for the trial of field officers, and officers of rank inferiour to that of field officers, within their respective brigades ; and no officer who shall appoint a Court Martial shall himself be President thereof ; nor shall any sentence of a Court Martial for the removal of any officer from his office be put in execution until it shall have been approved of by the Commander in Chief.

*Court Martials, by and for whom appointed.*

*Sentence—to be approved of by the Commander in Chief.*

*And be it further enacted by the authority aforesaid,* That the officer who shall appoint a Court Martial shall at the same time appoint a suitable person for a Judge Advocate ; and all officers to be tried by a Court Martial shall have seasonable notice of the time and place appointed for trial, and a copy of the charges exhibited against him, and shall be put under arrest so far as to be suspended from the exercise of his office ; and in case any officer, for the trial of whom a Court Martial shall be appointed, shall neglect to appear and make defence, he shall be deemed by the said Court guilty of the charge, and shall be sentenced accordingly.

*Judge Advocate, by whom appointed.*

*Delinquents to be arrested.*

*In case.*

*And be it further enacted by the authority aforesaid,* That all persons shall be holden to appear and give evidence before any Court Martial (under the same penalties for neglect as are by law provided for witnesses in other cases) when thereto summoned by any Justice of the Peace, who is hereby authorized to summon such witnesses in the county to which he shall belong ; and no fee shall be required by the Justice of the Peace for such service.

*Evidence—how summoned.*

*And be it further enacted by the authority aforesaid,* That all the members constituting a Court Martial, shall, previously to their proceeding to the trial of any officer, and all the witnesses previously to their giving evidence, be sworn by the Judge Advocate ; and the Judge Advocate shall be sworn by the President of the said Court Martial.

*Members constituting Court Martials, and witnesses——by whom sworn.*

And

*P.*      **Militia.**      313

And to the intent that ample provision be made for the defence of the Commonwealth under every circumstance :

*Be it further enacted by the authority aforesaid,* That the Governour, with the advice of Council, be, and hereby is empowered to raise, by voluntary inlistment, nine companies of artillery in the first division of the said militia, six companies in the second division, three companies in the third division, and three companies in the fourth division of the militia aforesaid ; each company to have one Captain, one Captain Lieutenant, one first Lieutenant, two second Lieutenants, four Serjeants, the first of whom shall be the Clerk, four Bombardiers included in rank and file, one Drummer, one Fifer, and twenty five Cannoniers; and to form the said companies into two regiments, each of which shall have a field commissioned and noncommissioned staff, consisting of one Colonel, one Lieutenant Colonel, one Major, one Adjutant, one Quartermaster, one Serjeant Major, one Quartermaster Serjeant, one Drum Major, and one Fife Major.

*Artillery companies, by whom raised.*

*Number of men companies are to consist of.*

*To be formed into two regiments properly officered.*

*And be it further enacted by the authority aforesaid,* That the noncommissioned officers and private soldiers belonging to the said corps of artillery shall be armed and equipped in the same manner as the trainband of the said militia are in this act directed to arm and equip themselves.

*Subject to the same regulations as the train band.*

*And be it further enacted by the authority aforesaid,* That each of the said companies of artillery shall be provided and furnished, at the expense of the Commonwealth, with two good field pieces, with apparatus complete, an ammunition cart, forty rounds of iron shot, twenty rounds of canister shot, and sixty rounds of powder in flannel cartridges; which quantity of ammunition shall be increased whenever the Governor or Commander in Chief may judge the safety of the Commonwealth shall require it ; and the Captains of the said companies of artillery shall give their receipts for the ammunition and other articles with which the companies under their command shall be so provided, and be accountable for the same.

*Companies to be provided with two field pieces, &c.*

*And be it further enacted by the authority aforesaid,* That the Governour, with the advice of Council, be, and hereby is empowered to raise, by voluntary inlistment, three squadrons of cavalry in the first division, and two squadrons of cavalry in the second division, and one in each of the other divisions of the militia aforesaid ; each squadron to consist of two troops, and each troop to have one Captain, two Lieutenants, one Cornet, four Serjeants, the first of whom shall be the Clerk, one Trumpeter and thirty four privates ; and to form the same into a regiment, which shall have a field commissioned and noncommissioned staff, consisting of one Colonel, one Lieutenant Colonel, one Major, an Adjutant, a Quartermaster and a Trumpet Major.

*Cavalry, by whom raised.*

*How many each squadron to consist of.*

*To be formed into a regiment.*

*And be it further enacted by the authority aforesaid,* That every officer, noncommissioned officer and private, belonging to the said cavalry, shall keep himself provided with a good horse not less than fourteen hands and an half high, a saddle, bridle, holsters, pistols, sword, boots and spurs, carbine with a spring and sling, a cartouch box, with twelve rounds of cartridge and ball for his carbine, and six for each pistol, nine flints, a cloak and canteen.

*Officers and privates to be provided with good horses, &c.*

*And be it further enacted by the authority aforesaid,* That the officers of the said corps of artillery and cavalry shall be elected, appointed and commissioned, in the same manner as officers of the train band, in the said militia are elected, appointed and commissioned.      *And*

*Officers, how elected.*

**Subject to the same rules, &c. as the train band in the militia.**

*And be it further enacted by the authority aforesaid,* That the officers, noncommissioned officers and privates, belonging to the said corps of artillery and cavalry, shall be subject to the same rules and regulations as are by this act provided for the train band in the militia aforesaid ; and the several companies belonging to the said corps shall be subject to the immediate orders of the Major General commanding the division within which the same shall be raised.

*And be it further enacted by the authority aforesaid,* That the Colonels or commanding Officers of the said artillery and cavalry shall make return in time and manner as this act directs for the militia at large.

**Persons exempt from the train band.**

*And be it further enacted by the authority aforesaid,* That Justices of the Courts of Common Pleas, Judges of Probate, Justices of the Peace, Sheriffs, Elders and Deacons of churches, ChurchWardens, Masters of Arts, persons who have by commission under any government or Congress, or by election in pursuance of any Congress of the United States, or either of them, held the office of a Subaltern or officer of higher rank, persons while actually employed as Masters of vessels of more than thirty tons burthen, Constables and Deputy Sheriffs, and also such Physicians, Surgeons, stated Schoolmasters, Ferrymen and Millers, as the Selectmen of the towns to which they shall severally belong, shall, by a writing under their hands, signify the expediency of exempting, shall be, and hereby are exempted from the train band aforesaid.

**Persons exempt from the train band and alarm list.**

*And be it further enacted by the authority aforesaid,* That the Lieutenant Governour, members of the Council, Senate, and House of Representatives, members of Congress, the Secretary of the Commonwealth, Justices of the Supreme Judicial Court, Selectmen for the time being, Ministers of the Gospel, grammar Schoolmasters, the Officers and Students of Harvard College, the denomination of Christians called Quakers, Negroes, Indians and Mulattoes, shall be, and hereby are exempted from both the train band and alarm list aforesaid.

**Towns to be provided with gunpowder, &c.**

*And be it further enacted by the authority aforesaid,* That each town within this Commonwealth shall be constantly provided with one barrel of gunpowder, containing one hundred weight, three hundred weight of leaden balls of various sizes, and three hundred flints, for every sixty soldiers in the train band, and the same proportion for any greater or smaller number.

**Towns neglecting to provide.**

**Penalty. How recovered.**

*And be it further enacted by the authority aforesaid,* That every town which shall neglect to keep constantly provided with the stock of ammunition aforesaid, shall forfeit and pay to the use of the Commonwealth, the sum of *five pounds,* to be recovered by presentment in the Court of General Sessions of the Peace, in the county to which such town shall belong ; and it shall be the duty of Grand Jurors to make enquiry and cause to be presented such town or towns as shall be guilty of such neglect.

**Detachments ordered from the militia.**

**In case of neglect.**

**Penalty.**

*And be it further enacted by the authority aforesaid,* That whenever the Governour or Commander in Chief shall order a detachment from the militia aforesaid, and any person who shall be detached in obedience of such orders, being duly notified thereof and ordered to march to the place of rendezvous, shall neglect or refuse to obey such order, or shall not within twenty four hours after he shall have been notified as aforesaid, pay a fine of *ten pounds* to the Captain or Commanding Officer of the company to which he shall belong, or procure an able bodied man in his stead, such person shall be considered as a soldier

*P.*                          **Militia.**                          3¹5

soldier in such detachment, and be dealt with accordingly; and in all cases where the said fine shall be paid, the same shall be applied to hiring men for any service which shall be required of the company under the command of the Captain or officer who shall receive the same.

*Fines, how applied.*

   *And be it further enacted by the authority aforesaid,* That the denomination of Christians called Quakers, although exempted by this act from personal military services, shall be subject nevertheless to pay their proportion of all expenses for raising men for the publick defence; and the same shall be assessed upon them by the Assessors of the towns to which they shall belong, according to the rules prescribed by law for making other assessments, and shall be collected in the same manner as other taxes are collected; and the money which shall be so collected shall be paid into the publick treasury for the use of the Commonwealth; and the Assessors of towns in which the said assessments are by this law required, shall within ten days after orders shall be received by the military officers for raising men, assess the same, and commit a list or lists thereof to some Collector or Collectors of the town, with sufficient warrant to collect the same; and within twenty days after such assessment, shall also make a return to the Treasurer of the Commonwealth, specifying the sum or sums by them assessed, and the Collector or Collectors to whom the assessment shall be committed: And Assessors and Collectors shall perform the said services under like penalties for neglect as the law provides in other cases.

*Quakers to pay their proportion of expenses in raising men.*

*By whom assessed.*

   *And be it further enacted by the authority aforesaid,* That the Governour, with the advice of Council, be, and hereby is empowered to appoint a suitable person to the office of Quartermaster General, who shall be holden to perform the duties incident to his office, and shall receive compensation therefor upon exhibiting his accounts, properly vouched and certified, to the General Court.

*Q. M. General, by whom appointed.*

   *And be it further enacted by the authority aforesaid,* That the Governour, with the advice of Council, be, and hereby is empowered to appoint a Deputy Commissary for each division of the militia aforesaid, who shall be sworn to a faithful discharge of the duties of his office; and shall be accountable to, and obey the orders of the Commissary General of this Commonwealth, in all matters respecting his office.

*Deputy Commissary by whom appointed.*

   *And be it further enacted by the authority aforesaid,* That whenever the militia or any part thereof, of any town within this Commonwealth, shall be ordered to march for the immediate defence of this or any of the United States of *America,* each officer and soldier shall provide and take with him three days provisions unless otherwise ordered; and the Selectmen of such town shall cause carriages to attend them with further necessary provisions and camp utensils, and shall continue to forward to the Commissary, or Deputy Commissary, sufficient supplies for the men marched from their respective towns, until notice shall be given to them by the Commissary or Deputy Commissary to desist.

*Officers and soldiers to be provided with three days provisions in certain cases, unless.*

*Selectmen to cause carriages to attend with provisions, &c.*

   And the Selectmen who shall so furnish supplies, shall lay their accounts with proper certificates of the provisions supplied by them, and of the expenses incurred therefrom, before the General Court for allowance and payment.

*Selectmen to lay their accounts before the G. Court.*

[This act passed *March* 10, 1785.]

*P. P.*

# EXHIBIT H

# THE

# L A W S

OF THE

## STATE OF NEW-HAMPSHIRE,

THE

# CONSTITUTION

OF THE

## STATE OF NEW-HAMPSHIRE,

AND THE

## CONSTITUTION OF THE UNITED STATES,

WITH ITS PROPOSED AMENDMENTS.

PRINTED BY ORDER OF THE HONORABLE THE GENERAL-COURT.

---

STATE OF NEW-HAMPSHIRE:

PORTSMOUTH:—Printed by JOHN MELCHER,

PRINTER TO THE STATE.

1797.

Digitized by Google

| | |
|---|---|
| eighth, eleventh, seventeenth and eighteenth regiments shall compose the third brigade. | 3d Brigade. |
| The fifth, ninth, twenty-first, twenty-second and twenty-sixth regiments shall compose the fourth brigade ; the sixth, fifteenth, sixteenth, twelfth and twentieth regiments shall compose the fifth brigade ; the thirteenth, fourteenth, twenty-third and twenty-fourth regiments, shall compose the sixth brigade ; and that the first and third brigades shall form the first division ; the second and sixth brigades shall form the second division, and the fourth and fifth brigades shall form the third division. | 4th Brigade. 5th Brigade. 6th Brigade. |
| *And be it further enacted,* That all laws heretofore made for arranging the militia, be, and hereby are repealed. | Repealing clause. |

<div align="center">

*This act passed December 27, 1792.*

</div>

---

An ACT in addition to an act, entitled, "An act for ranging the militia of this State into divisions." | Approved Dec. 15, 1796.

BE *it enacted by the Senate and House of Representatives in General Court convened,* That the companies in the towns of Charlestown and Langdon, shall form a first battalion, the companies in the towns of Ackworth and Unity, shall form a second battalion, which shall constitute the sixteenth regiment. | 16th Reg.

And the companies in the towns of Alstead, Marlow and Lempster, shall form a first battalion—the companies in the towns of Stoddard, Washington and Goshen, shall form a second battalion, which shall constitute the twenty-eighth regiment. | 28th Reg.

<div align="center">

*Approved December 15, 1796.*

</div>

---

An ACT for forming and regulating the militia within this State, and for repealing all the laws heretofore made for that purpose. | Passed Dec. 28th, 1792.

BE *it enacted by the Senate and House of Representatives in General Court convened,* That the several laws heretofore made for regulating the militia, be, and hereby are repealed. | Repealing clause.

*And be it further enacted,* That each and every free able-

Brewer Exs. Page 130
Digitized by Google

*Militia formed and ragulated.*

**Militia how & by whom to be enrolled.**

able-bodied white male citizen of this State, resident therein, who is, or shall be of the age of eighteen years, and under the age of forty years, except as herein after excepted, shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company, within whose bounds such citizen shall reside, within six months after the passing this act. And it shall, at all times hereafter, be the duty of such captain or commanding officer of the company to enrol every such citizen, as aforesaid.; and also those who shall from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty years (except as hereafter excepted) shall come to reside within his bounds; and shall without delay, notify such citizen of said enrolment by a proper non-commissioned officer of the company, by whom such notice may be proved.

*And be it further enacted,* That the vice-president of the United States; the officers, judicial and executive of the government of the United States; the members of both houses of congress, and their respective officers; all custom house officers, with their clerks; all post officers, and stage drivers, who are employed in the care and conveyance of the mail of the post office of the United States, and of this State; all ferry-men employed at any ferry on the post road; all inspectors of exports; all pilots; all mariners actually employed in the sea-service of any citizen or merchant within the United States; members of the senate and house of representatives for the time being; secretary and deputy-secretary of the State; state and county treasurers; recorders of deeds; all civil officers, students of colleges and academies; ministers of the gospel; elders and deacons of churches; church wardens; grammar school-masters for the time being; masters of arts; people denominated quakers; selectmen for the time being; tutors or preceptors of any college or academy; all persons who may have sustained commissions of the peace; all who have, either under the commission of the State, or the United States, or any particular State, held the office of a subaltern or officer of higher rank; all physicians and surgeons, who have certificates from the medical society or selectmen of the town or place wherein they reside;

**Executive officers, &c. exempted.**

one

*Militia formed and regulated.*                                417

One miller to each corn-mill, and one toll-gather to each toll-bridge, shall be, and they are hereby excused from militia duty, and also one ferryman to each ferry.

*And be it further enacted,* That it shall be the duty of the captain or commanding officer of each company, twice in every year, exclusively of the battalion meeting, to call forth his company for inspection of arms, and instruction in military discipline, viz.—in the months of June and September, annually, and at such other times as he shall think best ; and that each commanding officer of a battalion, shall call his battalion together once in every year.

*Each company exclusively, to be mustered twice, and each battalion once a year.*

*And be it further enacted,* That each division within this State, shall be commanded by one major-general, who shall have two aids-de-camp, with the rank of major ; each brigade by one brigadier-general, who shall have one brigade-inspector, who is also to perform the duty of brigade-major, with the rank of major. To each regiment, one lieutenant colonel commandant ; and to each battalion one major ; to each company one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer and one fifer. That the regimental staff, shall consist of one adjutant, one quarter-master, to rank as lieutenants ; one paymaster ; one surgeon ; one surgeon's mate ; one sergeant-major ; one drum-major and one fife-major.

*Each division, brigade & regiment by whom commanded.*

*And be it further enacted,* That there shall be provided at the expense of this State for each regiment, one standard and one suit of regimental colours—the standard to bear the device, "the arms of the United States ;" the regimental colours, "the arms of this State ;" that the drums and fifes be furnished by the commanding officers of the companies, at the expense of the State.

*What colours and at whose expence to be furnished.*

*And be it further enacted,* That the several commanding officers of companies, shall cause accurate returns to be made of their companies to the commanding officer of the regiment to which they belong, before the first day of February annually ; and the commanding officer of each regiment, shall cause to be made to the brigade-major, a proper return of his regiment, before the first day of March annually ; and the respective brigade-majors, shall make out to the adjutant general, returns of their respective brigades,

*By whom returns are to be made.*

C c c                    before

Brewer Exs. Page 152    Digitized by Google

418                     *Militia formed and regulated.*

before the first day of April annually, agreeable to
the forms that may be established by the adjutant-
general, which the adjutant-general shall cause attest-
ed copies of, to be lodged in the secretary's office,
by the first day of May annually.

**Penalty for not calling companies or battalions together.**

*And be it further enacted,* That each commanding
officer of a company, who shall neglect to call his com-
pany together, as before provided, shall forfeit and
pay for each neglect the sum of six pounds; and each
commanding officer of a battalion who shall neglect
to call his battalion, as before directed, shall pay a
fine of nine pounds.

*And be it further enacted,* That it shall be accounted
sufficient notice to any non-commissioned officer or
privates, for appearance on muster days, to be notified
of such muster by a non-commissioned officer in per-
son, or by a writing by him signed, to be left at his
last, and usual place of abode, four days prior to
such day of muster; and if any non-commissioned offi-
cer or private, after such notification, shall unneces-
sarily neglect to appear equipped, as the law directs,
he shall pay a fine of nine shillings, which shall be le-
vied by distress, and sale of the offenders goods and
chattels, by warrant under the hand and seal of the
captain, or commanding officer of said company, to
be directed to the first sergeant of the company, who
is to levy the same, by the same rules and regula-
tions, as the laws have pointed out for collecting
rates and taxes, and shall have one quarter part there-
of for his trouble, and the same fees that are allowed
to collectors, on distraining for taxes—and if no goods
and chattels of the delinquent are to be found, then to
levy the same on the body of such delinquent : *Pro-
ded nevertheless,* That no such warrant shall be issued
until fifteen days after said muster days, that the de-
linquent may have time to make excuse (if any he has)
for his non-appearance, which is to be made to the
commanding officer of the company.

**Notice.**

**Disobedi-ence punish-ed.**

*And be it further enacted,* That if any non-commis-
sioned officer or soldier, shall prove refractory or diso-
bedient on a muster day, or shall insult or abuse his
officers, or either of them, or treat them with disre-
spect or contempt, the commanding officer present,
may order the offender to be immediately tried by five
commissioned

commissioned officers, if so many should be present; and if not so many present, as many as there are in the field, who are empowered to punish the offender, by ordering him to pay a fine not exceeding forty shillings, at the discretion of the officers, or ride a wooden horse.

*And be it further enacted,* That on all muster days, every officer shall yield due obedience to his superior officer and every non-commissioned officer and soldier shall yield entire and due obedience to the commands of their superior officers. And if any officer shall, on such days (or at any other time) refuse and neglect to obey the orders he may receive from his superior officers respecting any matter relating to the government of militia, he shall be tried by a court-martial, and if convicted thereof shall be cashiered. And the superior officer may immediately put such offender in arrest, and report him and his offence to the officer commanding the brigade (if the offender is under the rank of a field officer) and the commanding officer of the brigade is hereby empowered to appoint a court-martial for such trial, and to approve the sentence; and if said offender shall by said court be cashiered, and the sentence thereof approved, the said officer shall be deemed incapable of holding any military office again in this State; and in case the offender is of the rank of a field officer, or of higher rank, his offence shall be reported to the major-general, or officer commanding the division, who is hereby empowered to appoint a court martial for the trial of such offender, to approve the sentence of said court; and if the offender be found guilty and the sentence shall be approved, he shall be disqualified as aforesaid.

*Officers to yield obedience.*

*Superior officer to arrest and a report*

The commander in chief shall at all times have the right of appointing courts-martial, when he shall think it necessary.

*Commander in chief may appoint courts martial.*

All courts-martial, when appointed by the commander in chief, shall consist of thirteen members, the president of which shall be of the rank of major-general.

*Number of members.*

All courts-martial, when appointed by a major-general, shall consist of thirteen members, and the president shall be a lieutenant-colonel or officer of higher rank.

Digitized by Google

430

All courts-martial appointed by a brigadier, shall consist of thirteen members, the president of which shall at least, be of the rank of a field officer.

**Members, by whom to be sworn.**

The members of the courts-martial are to be sworn by the president, and the president shall be sworn by the next highest in rank of the members composing the same, and the president of every court-martial, shall have power to administer the oath to every witness.

In order to the trial of offenders, the oath of the president and members, shall be in the words following, viz.

**Oath.**

*YOU swear, that you will well and truly try, and impartially determine the charge against the person now to be tried, according to the rules for regulating the militia of this State.*

So help you GOD.

The oath to be administered to witnesses in courts-martial, shall be in the form following, viz,

**Oath of witnesses.**

*YOU swear, the evidence you shall give relative to the charge now in hearing, shall be the truth, the whole truth, and nothing but the truth.*

So help you GOD.

*And be it further enacted,* That all military officers shall be amenable to a court-martial for any un-officer, or un-gentleman-like conduct or behaviour while on duty, and at all other times, and to be tried, and sentence approved in the same way and manner as before provided for disobedience of orders.

**Officers amenable for illiberal behaviour.**

*And be it further enacted,* That all persons called by summons from the president of any court-martial to give evidence, who shall unreasonably refuse or neglect to appear, or appearing, shall refuse to give evidence, shall be committed to the common gaol of the county where such court is sitting, there to remain three months, unless sooner discharged therefrom by the justices of the superior court : And the president of the court is to lodge the accusation against him with the prison-keeper.

**Witnesses refusing, &c. to be committed to gaol.**

*And be it further enacted,* That every person appointing a court-martial, shall appoint some suitable person to act as judge advocate; who shall make a fair record of the whole proceedings and deliver them to the officer appointing said court-martial, who shall cause

**Judge advocate to be appointed.**

Digitized by Google

cause the same, or a copy thereof, to be lodged in the
secretary's office, within three months after such trial.

*And be it further enacted,* That out of the militia
enrolled as herein directed, there shall be formed for
each battalion, at least one company of grenadiers or
light infantry ; and to each division there shall be at
least one company of artillery, and one troop of horse.
There shall be to each company of artillery, one cap-
tain, two lieutenants, four sergeants, four corporals,
six gunners, six bombardiers, one drummer and one
fifer. The officers to be armed with a sword or hanger,
a fusee, bayonet and belt, with a cartouch box, to con-
tain twelve cartridges ; and each private matross shall
be furnished with the same equipments as privates in
the infantry. There shall be to each troop of horse,
one captain, two lieutenants, one cornet, four sergeants,
four corporals, one sadler, one farrier and one trump-
eter. The commissioned officers to furnish themselves
with good horses of at least fourteen hands and an
half high, and to be armed with a sword, and pair of
pistols, the holsters of which to be covered with bear-
skin caps. Each dragoon to furnish himself with a
serviceable horse of at least fourteen hands and an half
high, a good saddle, bridle, mail-pillion and valise,
holsters, a breast-plate and crupper, a pair of boots and
spurs, a pair of pistols, a sabre, and cartouch box, to
contain twelve cartridges for pistols. That each com-
pany of artillery and troop of horse, shall be formed of
volunteers from the brigade, at the discretion of the
commander in chief of the State, not exceeding one
company of each to a regiment, and shall uniformly
be cloathed in regimentals, to be furnished at their
own expence ; the colour and fashion to be determin-
ed by the brigadier commanding the brigade to which
they belong.

*And be it further enacted,* That each non-commission-
ed officer and soldier belonging to the regiments of
foot, shall within one year from and after the passing
this act, furnish himself with a good fire-lock bayonet
and belt, a cartouch box that will contain twenty-four
cartridges, two good flints, a knapsack and canteen—
and that the commissioned officers belonging to com-
panies of foot, shall be severally armed with a sword
or hanger and an espontoon, and that the field officers
be armed with a sword or hanger. *And*

Each battalion to have one company of grenadiers, &c. and one company of artillery.

Officers how to be armed.

Troops of horse how officered, &c.

Artillery and horse of whom to be formed, and

uniformly clad.

How to be armed and accoutred.

*And be it further enacted,* That such of the infantry as are under the care of parents, masters or guardians, shall be furnished by them with such arms and accoutrements.

**Those unable, &c. to be equipped at the expence of the town.**

And such as are unable to furnish themselves, shall make application to the selectmen of the town, who are to certify to their captain or commanding officer, that they are unable to equip themselves, and the said selectmen shall, at the expence of the town, provide for, and furnish such persons with arms and equipments; which arms and equipments shall be the property of the town, at whose expence they were provided: And if any person so furnished, shall embezzle or wilfully destroy the same, he shall be punished by any court proper to try the same, upon complaint made by the selectmen of said town, by being publicly whipped not exceeding twenty stripes,

**Fines how to be appropriated.**

or fined not exceeding forty shillings. And that all fines recovered for embezzling or destroying of arms and accoutrements as provided in this act, shall be paid into the hands of the selectmen to be appropriated in purchasing arms and accoutrements for such soldiers as are unable to purchase for themselves.

**Parents, &c. liable to a penalty.**

*And be it further enacted,* That parents, masters and guardians shall be liable for the neglect and non-appearance of such persons as are under their care (and are liable by law to train) and are to be proceeded against for the penalty in the same manner, as by this act is provided against other delinquents.

**Military watches, by whom to be appointed.**

*And be it further enacted,* That the commander in chief, the officers commanding divisions, brigades or regiments, may appoint military watches or guards when an invasion of the State is apprehended, in such place and under such regulations as they may judge necessary: and all officers and soldiers under their command are to yield strict obedience to their orders and directions.

**Signals to be fixed.**

*And be it further enacted,* That the signals for an alarm are to be fixed by the captain general, and may by him be altered, from time to time, and proper notice thereof is to be by him given to the several officers; and if any non-commissioned officer or soldier, shall upon the alarm being given, unnecessarily neglect to appear properly armed and equipped, at such time and place as the commanding officer shall appoint,

Digitized by Google

*Militia formed and regulated.*

point, he shall pay a fine of twenty shillings ; and all
persons serving on any military guards, or watches,
shall be punishable for misconduct while in such ser-
vice, by a court-martial to be appointed by the com-
manding officer of such guard or watch, provided he
be a field officer, and in case he is not, then by the
commanding officer of the regiment to which the of-
fender belongs.

*And be it further enacted,* That when any non-com-
missioned officer shall refuse or neglect to notify or
warn any of the non-commissioned officers or private
soldiers of the company to which he belongs (being
thereto ordered by his superior officer) he shall pay a
fine of twelve shillings, for each non-commissioned offi-
cer or soldier he shall neglect to warn, to be recovered
in the same way and manner as is before provided.

*Penalty for refusing to warn, &c.*

*And be it further enacted,* That every fine arising by
any breach of this act, for which no special mode of
recovery has been pointed out, may be recovered by
action, bill, plaint or information, in any court proper
to try the same.

*Mode of recovering fines, and*

*And be it further enacted,* That all fines recovered
of any non-commissioned officer or soldier for neglect
of duty, shall be paid into the hands of the command-
ing officer of the company, to which such non-com-
missioned officer or soldier may belong, to be expend-
ed in defraying the necessary expences of such com-
pany, as the commissioned officers of the same may di-
rect. That all fines recovered of the commanding of-
ficer of any company, shall be paid into the hands of
the commanding officer of the battalion, to which such
commanding officer of a company may belong ; to be
appropriated in instructing the music in such bat-
talion.

*how to be appropriated*

That all fines recovered of the commanding officer
of any battalion, shall be paid into the hands of the
commanding officer of the regiment to which such bat-
talion may belong, to be disposed of in defraying the
necessary expences in forming and arranging the com-
panies in such regiment, as the field officers of the
same may direct.

*And be it further enacted,* That all commissioned offi-
cers shall take rank according to the date of their
commissions ; and when two of the same grade bear
equal

*Officers, how to rank.*

Digitized by Google

Case 3:19-cv-01226-L-AHG Document 134-6 Filed 03/15/24 PageID.13955 Page 173 of

equal date, then the rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

**Rules of discipline.** *And be it further enacted,* That the rules of discipline approved and established by Congress, in their resolution of the twenty-ninth of March, one thousand, seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia in this State.

**Brigade inspector's duty.** *And be it further enacted,* That it shall be the duty of the brigade inspector, to attend the regimental and battalion meetings of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition and accoutrements; superintend their exercise and manoeuvres, and introduce the system of military discipline before described.

**Cavalry and artillery liable to the same fines.** *And be it further enacted,* That the cavalry and artillery be subject to fine or punishment in the same manner as those who belong to the infantry.

**Courts martial of whom to consist.** *And be it further enacted,* That all courts-martial may consist of officers of any corps within the limits of the brigade where the person accused may reside.

**Legal notice, what considered as such.** *And be it further enacted,* That a captain or commanding officer at the head of his company, may direct his non-commissioned officers and soldiers to meet at any future day, which shall be legal notice.

**Non-comm. officers liable to be reduced, &c.** *And be it further enacted,* That non-commissioned officers be reduced to the ranks, for any misdemeanor, which in the opinion of all the commissioned officers of the company shall deserve such punishment.

**Commissioned officers to reside.** *And be it further enacted,* That all commissioned officers belonging to any company of infantry shall reside within the limits of such company.

**Different corps—first in rank to command.** *And be it further enacted,* That when it shall so happen, that officers of the different corps, shall be on duty together, the first officer in rank shall command, whether of the infantry, cavalry or artillery.

**Arms, &c. free from distress, &c.** *And be it further enacted,* That every citizen enrolled as directed in this act, and provided with arms and accoutrements, shall hold the same exempted from all suits, distresses, executions, or sales for debt, or for the payment of taxes.

*And*

*Militia formed and regulated.* 425

*And be it further enacted,* That the militia of this State, shall be divided into three divisions, and if convenient, each division shall consist of two brigades, each brigade of four regiments, each regiment of two battalions, each battalion of five companies, and each company of sixty-four privates.

*And be it further enacted,* That in forming the cavalry and artillery, not more than one eleventh part shall inlist out of any one company of infantry into such corps.

*And be it further enacted,* That the field officers of each and every regiment, shall form and arrange the companies in their several regiments, from time to time, as they shall think the public good may require.

*And be it further enacted,* That there shall be an adjutant-general, whose duty it shall be to distribute all orders from the commander in chief of this State, to the several corps; to attend all public reviews, when the commander in chief of this State shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the system of military discipline established by law; to furnish blank forms of different returns that may be required, and to explain the principles on which they shall be made; to receive from the several officers of the different corps throughout the State, returns of the militia, under their command, reporting the actual situation of their arms, accoutrements and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline.

*And be it further enacted,* That compensation shall be made to the adjutant-general, and the brigade inspectors for their services, from time to time, by the legislature, as they shall think just.

*And be it further enacted,* That the colour of the uniform of the infantry be determined on by the commander in chief.

*And be it further enacted,* That each and every non-commissioned officer or soldier, who shall inlist into any corps of horse or artillery, shall within six months from and after such inlistment, equip himself as the law directs, and at the expiration of the said six months, should he not be equipped as aforesaid, then

**Militia to be divided.**

**Cavalry and artillery of whom to be formed.**

**Field Officers to arrange companies.**

**Adjutant-General, his duty.**

**Compensation to Adj. and Brigade inspectors.**

**Colour of uniform, by whom determined.**

**Cavalry and artillery, if not equipp'd within six months to be returned.**

D d d                                              to

Brewer Exs. Page 140
Digitized by Google

426                              *An additional act—Militia.*

to return to the company from which he inlifted, and the commanding officer thereof, is hereby directed to enrol him accordingly.

**Cavalry to be annexed to infantry.**

*And be it further enacted,* That the several companies, which compose the regiments of cavalry, be annexed to the regiments of infantry in manner following :

**Cavalry to be under command of field officers of infantry.**

To each regiment of infantry there shall be, as far as the number of companies of cavalry will admit of it, one troop of horse, or company of cavalry, with the present officers (if they fee fit) and men of said companies, who are now uniformly cloathed and equipped, or shall be within four months ; said troops of horse shall be under the command of the field officers of the regiments of infantry, and shall be joined to such regiments as shall be the most contiguous and convenient to said companies. Privilege shall be allowed to the non-commissioned officers and privates of cavalry at any time hereafter, of being enrolled as infantry, provided they decline serving as cavalry, and said companies of cavalry may be completed by inlistments, from time to time, from the infantry, as vacancies may be in said companies.

**Act to be read, &c.**

*And be it further enacted,* That this act shall be read at the head of each company in the several regiments in this State, at least once every year.

*This act passed December* 28, 1792.

---

**Passed June 19, 1793.**

An ACT in addition to an act, entitled " An act for arranging the militia into divisions ;" and in addition to an act, entitled " An act for forming and regulating the militia within this State, and for repealing all the laws heretofore made for that purpose."

**Preamble.**

*WHEREAS in the aforesaid act " for arranging the militia into divisions," sundry towns were omitted ; and Whereas in the said act " for forming and regulating the militia within this State," no particular person was authorized or directed to provide standards and regimental colours for the several battalions and regiments in the same :*

Therefore,

Brewer Exs. Page 141
Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.13958   Page 176 of 326

Therefore,

BE it enacted by the Senate and House of Representatives in General Court convened, That the company or companies in the town of Orford, shall be considered as belonging to the first battalion in the thirteenth regiment ; and the company or companies in the town of Trecothick shall be considered as belonging to the first battalion in the fourteenth regiment ; and the company or companies in the town of Keene shall be considered as belonging to the second battalion in the twentieth regiment.

*Enacting clause.*

And the inhabitants on lands adjoining the towns of Franconia and Lincoln shall be considered as belonging to the first battalion in the twenty-fourth regiment.

*And be it further enacted,* That his excellency the governor cause to be provided, at the expence of the State, one standard for each regiment, and one suit of regimental colours for each battalion.

*Governor to provide standards.*

*This act passed June* 19, 1793.

---

AN ACT in addition to an act, entitled, "an act for regulating the militia within this State," passed December 28, 1792.

*Approved June 18, 1795.*

BE it enacted by the Senate and House of Representatives in General Court convened, That every free, able bodied, white male citizen of this state, resident therein; who is, or shall be of the age of sixteen years, and under forty years of age, under such exceptions as are made in said act, shall be enrolled in the militia, and shall in all other respects be considered as liable to do the duties of the militia in the same way and manner, as those of the age of eighteen years and upwards, and every citizen enrolled and liable as aforesaid, shall while under the age of twenty-one years be exempt from a poll tax.

*From the age of sixteen to forty liable to be enrolled.*

*And be it further enacted,* That no non-commissioned officer or private soldier, shall upon any muster day, or the evening of the same day, discharge and fire off a musquet or gun in any public road, or near thereto, or in, or near to any house, or on, or near to the place of parade, unless leave therefor be first had from a commissioned officer, on penalty of forfeiting

*No gun to be fired off.*

Brewer Exs. Page 142
Digitized by Google

428                        *Regulating militia.*

**Penalty for firing.**

ing for each offence so committed, the sum of one dollar, to be recovered by action before any Justice of the Peace within the county where such offence shall be committed, by any person who will sue therefor with costs of prosecution.

*And be it further enacted,* That the warrant of distress to be issued in case of unnecessary neglect to appear equipped on muster days, shall be in the following form, the blanks therein to be filled up as the circumstances of the case may require.

### STATE OF NEW-HAMPSHIRE.

(L.S.)    *To*                          *first serjeant of
          company in the           regiment of the militia
          of said state.*

**Form of warrant.**

                                    GREETING.

WHEREAS        of              in the county of
          a private soldier entolled according to law and liable to do duty in said company, was duly notified and ordered to appear on the parade near to         in          on the          day of         Anno Domini, one thousand seven hundred and ninety at the hour of         of the clock in the         noon, equipped with arms, ammunition and accoutrements according to law, for inspection and military exercises, and there to attend until further order, being the time and place for mustering said company; but the said         did unnecessarily neglect to attend equipped as aforesaid, agreeably to said orders and notice, and whereas more than fifteen days have elapsed from said day of muster, and the said         hath neglected to make excuse to the commanding officer of said company for non-appearance as aforesaid, whereby the said         hath incurred the penalty and become liable by law, to pay a fine of one dollar and fifty cents, to be disposed of according to the law in said case made and provided,

You are therefore in the name of the State of New-Hampshire hereby required by distress and sale of the goods and chattels of the said         to levy and collect the aforesaid sum of one dollar and fifty cents, together with forty cents for this precept, and thereof also to satisfy yourself for your own fees; and for want of such goods and chattels whereon to make distress, you are hereby commanded to take the body of

Brewer Exs. Page 143
Digitized by Google

*Regulating militia.*

429

of the faid          and him commit unto the gaol in
           in faid county, and the keeper of faid gaol
is accordingly commanded to receive the faid
and him detain in his cuftody, within faid gaol, until
he pay the aforefaid fums, with all lawful fees, or o-
therwife be difcharged by due courfe of law; and you
are in all refpects to obferve and follow the rules and
directions of the laws refpecting the premifes. —And
you are hereby directed to make return of this pre-
cept, with your doings thereon, unto me the under-
figned, or the commanding officer of faid company for
the time being, within forty days from the date hereof.

Given under my hand and feal at           in faid
county, this          day of           Anno Domini,
one thoufand feven hundred and ninety

⎱ Commanding Officer
⎰ of faid Company.

*Approved June 18, 1795.*

---

An ACT in addition to an act, entitled, "An act for
regulating the militia within this State," paffed
December 28, 1792.

<div style="float:right">
Approved
Dec. 26,
1795.
</div>

BE it enacted by the Senate and Houfe of Reprefenta-
tives in General Court convened, That at all
times, when officers of the fame grade, whofe com-
miffions are of the fame date, fhall be on duty in the
fame corps or detachment, and whofe prior preten-
fions to feniority cannot be afcertained by their
former military commiffions, the rank of fuch officers
fhall be determined agreeably to the laws already in
force, and not otherwife.

Rank deter-
mined.

And be it further enacted, That at all mufters of
the militia, when more than one company fhall be
on the parade at the fame time, the officers fhall be
pofted with their feveral companies, and the compa-
nies fhall take rank according to feniority.

How officers
are to be
pofted.

And be it further enacted, That whenever any
commiffioned officer fhall be found guilty of difobe-
dience of orders, or ungentleman-like conduct, he
fhall be cafhiered and difqualified as the law provides,
or be reprimanded in orders by the officer appoint-
ing

Punifhment
of difobedi-
ence.

430

Supply bill for cavalry.

ing the court-martial, as the members of said court shall determine.

*In case of disability.*

*And be it further enacted,* That whenever any non-commissioned officer or soldier shall think himself unable to perform military duty, and shall procure a certificate certifying his disability from the surgeon or surgeon's mate of the regiment to which he belongs, to the commanding officer of said company, then said non-commissioned officer or soldier shall be considered as excused from military duty until it shall be thought by the commanding officer of said company, and the surgeon or surgeon's mate for the time being, that such disability is removed.

*Who excused.*

*And be it further enacted,* That in all towns where there may be fire engines, eighteen persons for each engine shall be excused from doing duty on training or muster days, upon certificate of the selectmen to any field officer of the regiment.

*Proviso.*

*Provided nevertheless,* They shall constantly be armed and equipped according to law, and shall be liable to do duty in the militia at all times when they do not belong to said engines.

*Approved Dec.* 26, 1795.

---

*Approved Jan. 8, 1795*

AN ACT granting to each company of cavalry, seventeen dollars, to furnish instruments of music and colours.

BE *it enacted by the Senate and House of Representatives in General Court convened,* That the captain of each company of cavalry in this State, organized according to law, be entitled to receive out of the treasury seventeen dollars, in addition to the sum heretofore allowed, for the purpose of furnishing his company with instruments of musick and colours; and the Governor being certified by the commanding officer of a regiment, that a company of cavalry belonging to the same, is organized as aforesaid, shall give the captain of such company an order on the treasurer for the aforesaid sum.

*Enacting clause.*

*Approved January* 8, 1795.

AN

Digitized by Google

# EXHIBIT I

This is a reproduction of a library book that was digitized
by Google as part of an ongoing effort to preserve the
information in books and make it universally accessible.

Google books

https://books.google.com



Brewer Exs. Page 148

Brewer Exs. Page 149

# A N

# ORDINANCE

FOR REGULATING THE

# M I L I T I A

OF N E W - J E R S E Y,

PASSED AT A SITTING OF THE

# PROVINCIAL   CONGRESS,

HELD AT TRENTON IN THE MONTH OF
OCTOBER 1775.

TO WHICH IS ANNEXED,

THE CONTINENTAL ARTICLES OF WAR.

———————————

PUBLISHED BY ORDER.

———————————

*BURLINGTON:*

PRINTED AND SOLD BY *ISAAC COLLINS,*
M,DCC,LXXVI.

Brewer Exs. Page 150

Brewer Exs. Page 151

# ORDINANCE, &c.

WHEREAS the Ordinances of the late Provincial Congress, for regulating the militia of this colony, have been found insufficient to answer the good purposes intended; and it appearing to be essentially necessary that some further regulations be adopted at this time of imminent danger;

1. *It is therefore resolved and directed,* THAT each and every captain in this colony, within ten days after the publication hereof, shall make out a list of all persons residing in his district capable of bearing arms, between the ages of sixteen and fifty years, who, by the first military Ordinance of a former congress, were advised or requested to enrol themselves by signing a muster-roll therein mentioned, such persons only excepted whose religious principles will not suffer them to bear arms, who are hereby particularly exempted therefrom; a copy of which list each captain, respectively, within ten days after completing the same, shall deliver to the colonel of the regiment to which he shall belong, and such colonel shall make return thereof to the brigadier-general of the division to which he shall belong; and also transmit a duplicate thereof to the Provincial Congress at their ———— ———— respective captains

Digitized by Google

captains shall also make out exact lists of all such persons residing in their several districts capable of bearing arms, between the ages of sixteen and fifty years, whose religious principles will not suffer them to bear arms; which lists the said captains shall lay before the committee of the county to which they belong.

2. *And it is further resolved*, THAT every person above directed to enrol himself by signing a muster-roll, shall bear arms, attend musters, and in all things be conformable to the rules and orders herein after mentioned; and shall, with all convenient speed, furnish himself with a good musket or firelock, and bayonet, sword or tomahawk, a steel ramrod, worm, priming wire and brush fitted thereto, a cartouch-box to contain twenty-three rounds of cartridges, twelve flints and a knapsack, agreeable to the direction of the Continental Congress, under the forfeitures of *two shillings* for the want of a musket or firelock, and of *one shilling* for the want of the other above enumerated articles.

3. *And it is further resolved*, THAT every person directed to be enrolled as above, shall, at his place of abode, be also provided with one pound of powder, and three pounds of bullets of proper size to his musket or firelock.

4. *And it is further resolved and directed*, THAT each whole company of militia do assemble at least once every month, properly accoutered as aforesaid, at such place as the captain, or commanding officer of such company, shall direct, and shall spend the whole day in perfecting themselves in the military exercise; and that a general muster or review of each battalion or regiment three times

Brewer Exs. Page 153

Hosted by Google

times in every year, at fuch times and places as
the field-officers of each regiment fhall think pro-
per to appoint.

5. *And it is further refolved and directed*, THAT
in cafe any perfon fhall refufe or neglect to ferve
as a fergeant or corporal in any company, being
thereunto requefted by the captain or command-
ing officer, or fhall refufe or neglect to warn the
men to appear under arms when required by the
captain or commanding officer, fuch fergeant or
corporal, fhall, for every fuch neglect or refufal,
forfeit the fum of *twelve fhillings.*

6. *And it is further refolved and directed*, THAT
all officers commiffioned, by this or the former
Congrefs, do fubfcribe the following declaration,
*to wit,*

*WE, the fubfcribers, the officers of one of the re-
giments in the county of            and colony of
New-Jerfey, do hereby promife and engage, under
all the ties of religion, honour and regard to our
country, that we will, refpectively, duly obferve,
and carry into execution, to the utmoft of our power,
all and every the orders, refolves and recommenda-
tions made, or to be made, by the Provincial Con-
grefs of this colony, for defending our conftitution,
and preferving the fame inviolate ; and that we will
alfo render due obedience to fuch officers, who either
by rank or fuperiority, are regularly placed above
us.* Which declaration fhall be laid before the
next fitting of the Provincial Congrefs.

7. *And it is further refolved and directed*, THAT
the following penalties be inflicted on thofe who
do not attend and exercife on the days ap-
pointed for general mufters or reviews, *to wit,* a

colonel

colonel *six pounds*, lieutenant colonel *five pounds*, a major *four pounds*, a captain *three pounds*, lieutenants, enfigns and adjutants *two pounds* each, fergeants, corporals, drummers, fifes and privates, directed to be enrolled as aforefaid, *ten fhillings* each, for each and every default.   And that there fhall be inflicted on thofe who do not attend properly accoutered as abovefaid, and obey orders, on the times to be appointed for the meeting of the companies, at leaft once every month, *to wit*, a captain *thirty fhillings*, lieutenants and enfigns *twenty fhillings* each, fergeants, corporals, drummers, fifes and privates *four fhillings* each, for each and every default. *Provided always*, that reafonable excufes fhall be admitted for delinquents non-attendance, by thofe perfons who are to iffue the warrants of diftrefs.

8. *And it is further refolved and directed*, THAT all fines, under the degree of a captain, fhall be levied on the goods and chattels of the offender, by warrant from the captain directed to a fergeant of his company ; and thofe of field-officers and captains, under the degree of colonel, to be levied on the goods and chattels of the offender, by a warrant from the colonel of the regiment directed to the adjutant ; and thofe of a colonel, by a warrant from a brigadier-general, directed to a major of the regiment to which fuch delinquent or delinquents belong.

9. *And it is further refolved and directed*, THAT the feveral officers and perfons to whom warrants of diftrefs fhall be directed, fhall, upon receipt thereof, immediately levy the feveral fines and forfeitures therein mentioned, under the forfeiture of *forty fhillings* for every neglect in levying the fame, to be recovered by a warrant under

Hosted by Google

der the hand of the chairman of the committee of
the county where such neglect shall happen, di-
rected to such person or persons as such commit-
tee shall appoint for that purpose : and every ser-
geant shall levy upon each delinquent, in the war-
rant to him directed, the sum of *one shilling*
over and above the penalty laid in such warrant,
which he is to keep and detain as a reward for
his trouble ; and each major or adjutant shall re-
ceive, for each distress by them made, the sum
of *five shillings*, which he is to levy as abovesaid.
And the fines and forfeitures aforesaid levied by
a sergeant, when recovered, shall be paid to the
captain issuing such warrant, to be by him laid
out in supplying such of his company with arms
as are not able to furnish themselves therewith ;
and shall render to the committee of the county,
in which he resides, a true account of all such
fines and forfeitures by him received, and his
disbursements out of the same, agreeable to the
above directions, when he shall be thereunto re-
quired by said committee : and in case any of such
fines and forfeitures shall remain in such captain's
hands for the space of two months not laid out as
aforesaid, he shall then pay the same to such
committee, to be by them laid out as above di-
rected : and all fines recovered from any officer
or officers, above the degree of lieutenant, shall
be immediately paid into the hands of the county
committee, to be by them laid out in such man-
ner as they shall judge most serviceable for the
common defence of the colony.

10. *And it is further resolved and directed*, THAT
if this colony shall be alarmed or invaded by an
armed force, then, and in such case, every su-
baltern and soldier shall be directed to be
                                        enrolled

Brewer Exs. Page 156

( 8 )

enrolled as aforesaid; and also each minute-man raised, or which may be raised, is hereby requested immediately to repair, properly armed and accoutered, to his captain's residence, unless otherwise ordered; and the captain, or commanding officer of the company nearest to the place where such alarm or invasion shall happen, shall immediately march his company to oppose the enemy; and at the same time send an express to the commanding officer of the regiment to which he belongs, who is to march with the whole, or part of the forces under his command, as he, before receiving orders from one of the general officers, shall judge necessary, in order to prevent the enemy from landing or penetrating into any part of the country; and at the same time shall send an express to some one of the general officers nearest to him, informing him of the intelligence he hath received of such an alarm or invasion; and, during the times of such invasion or alarm, the officers and soldiers abovesaid, shall be subject to a court-martial, under the same rules and orders as directed and ordered by the Continental Congress of the associated colonies, held at *Philadelphia* on the tenth day of *May* last, for the better government of the continental troops.

11. *Provided always, and it is further resolved and directed*, THAT no pains and penalties, imposed by a court-martial, shall extend to the taking life or member of any delinquent or offender who shall be called out as aforesaid.

12. *And it is further resolved and directed*, THAT every person between the ages of sixteen and fifty years, capable of bearing arms as aforesaid, who shall come from any of the neighbouring provinces into this col... ...eeks after his arrival,

Brewer Exs. Page 157

Hosted by Google

( 8 )

arrival, enrol himself in the company of the place where such person may chance to reside, and attend musters, as before directed for the militia; and, in case of neglect or refusal, shall be subject to the same fines and forfeitures.

13. *And it is further resolved and directed,* THAT the officers and minute-men, now formed into companies or battalions, or such as shall be so formed hereafter, shall observe the same rules, orders and directions, as to attending musters, and learning the military discipline, and be subject to the same fines and penalties for non-attendance, as before directed for the militia, and to be recovered in like manner.

14. *And it is further resolved and directed,* THAT the minute-men, when called out to the assistance of a neighbouring colony, shall be subject to the articles of war, established by the Continental Congress, and be under the direction of their own officers, unless a continental officer of superior rank be present, to whom, in such case, they are to yield due subordination.

15. AND WHEREAS several companies of light-horse have been raised in this colony; and as it is probable that more may be raised hereafter, *It is therefore resolved and directed,* That each company of light-horse do not exceed forty privates, and that one company only be allowed to be raised in each county; and that each regiment be commanded by a colonel, lieutenant-colonel, and major, who are to be subject to the command of the brigadier-generals of this colony, the Provincial Congress or committee of safety; and that such regiments of horse shall be under the same regulations, and learn the same exercise, and learn-

ing

B

ing the military difcipline as before directed for
the foot militia by this Ordinance, and fubject to
the fame fines and penalties for non-attendance;
which fines and penalties are to be recovered in
manner aforefaid; and that the officers of each
regiment of horfe take equal rank with the mili-
tia officers of foot, holding fimilar commiffions of
the fame date.

16. *And it is further refolved and directed,* THAT
each and every of the inhabitants of this colony,
between the ages of fixteen and fifty years, whofe
religious principles will not fuffer them to bear
arms as above directed, fhall, as an equivalent
thereto, and alfo in lieu of all future voluntary
contributions for publick and benevolent ufes, as
recommended by congrefs, pay into the hands of
the chairman of the committee of the county
where they refide, the fum of *four fhillings* per
month for fuch their exemption; and in cafe they,
or either of them, fhall neglect or refufe to pay the
fame, that then, upon fuch neglect or refufal, fuch
committee, once every three months, fhall, and
are hereby required and enjoined to iffue a war-
rant of diftrefs, under the hand of their chairman
or deputy chairman, directed to fuch perfon or
perfons as they fhall appoint for that purpofe, re-
quiring diftrefs to be made on the goods and
chattels of every fuch delinquent; and that the
fame be fold at publick vendue, giving five days
notice thereof by advertifement; and, out of the
money arifing by fuch fale, to pay to the chairman
of fuch committee the money then due from eve-
ry fuch delinquent, returning the overplus, if any,
to the owner thereof, after detaining *one fhilling
and fix-pence* for every fuch diftrefs and fale; and
in cafe any perfon above faid, under age,

fhall

Brewer Exs. Page 159

Hosted by Google

shall make default in paying their equivalent as
aforesaid, the same, by order of such committee,
shall be demanded of the parent, master or person
whose care such delinquents are under ; and, up-
on their refusal or neglect to pay, the same shall
be recovered by distress and sale as aforesaid of
such delinquent's parent, master or other person
whose care he or they are under ; and the county
committees respectively are also hereby enjoined
and required, once every six months, to pay unto
either of the treasurers of this colony, for the
time being, appointed by this Congress, all such
sum and sums of money as they may receive as
abovesaid, to be applied as a provincial fund to
such uses and purposes as this or a future Congress
shall judge the exigencies of the times may re-
quire.

17. *Provided always, and it is further resolved
and directed*, THAT every person above directed
and required to pay an equivalent for the above
exemptions, shall be excused from paying such
equivalent every time he shall make it appear to
the committee of the county where he resides,
that he was sick or unable to attend musters at the
time when the company, in the district he lives in,
shall attend their monthly exercises ; or shall make
it appear he was at that time out of the province,
or necessarily engaged in the publick business of
the colony.

18. *And it is further resolved*, THAT in case any
person or persons shall think him or themselves
aggrieved by a distress made for their fines and
forfeitures as aforesaid, such person or persons
may, within two months thereafter, appeal to the
committee of the county where the committee of the
county in which he or they shall reside, which
committee

Hosted by Google

committee shall take the same into consideration; and, in case they find any such appellant aggrieved, shall order suitable redress, by directing the money recovered of him or them, or such part thereof as they think proper, to be returned by the captain or other officer who issued the warrant of distress, who is hereby required to return the same accordingly; or in case the goods distrained are not sold, the committee then may give such order therein as to them may seem just and right, conforming themselves in such decisions, as near as may be, to the true intent and meaning of this Ordinance.

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

RULES *and* ARTICLES *for the better government of the* TROOPS *raised, or to be raised, and kept in pay by and at the joint expence of the* TWELVE· UNITED ENGLISH COLONIES *of* NORTH-AMERICA.

IN GENERAL CONGRESS of the UNITED COLONIES, held at PHILADELPHIA, on the 10th day of *May*, 1775.

WHEREAS His Majesty's most faithful subjects in these colonies are reduced to a dangerous and critical situation, by the attempts of the *British* ministry, to carry into execution, by force of arms, several unconstitutional and oppressive acts of the *British* parliament for laying taxes in *America*, to enforce the collection of those taxes, and for altering and changing the constitution and internal police of some of these colonies, in violation of the natural and civil rights of the colonies.

Brewer Exs. Page 161

AND whereas hostilities have been actually commenced

Hosted by Google

( 13 )

menced in the *Maſſachuſetts-Bay*, by the *Britiſh* troops, under the command of General *Gage*, and the lives of a number of the inhabitants of that colony deſtroyed; the town of *Boſton* not only having been long occupied as a garriſoned town in an enemy's country, but the inhabitants thereof treated with a ſeverity and cruelty not to be juſtified even towards declared enemies.

And whereas large reinforcements have been ordered, and are ſoon expected, for the declared purpoſe of compelling theſe colonies to ſubmit to the operation of the ſaid acts, which hath rendered it neceſſary, and an indiſpenſible duty, for the expreſs purpoſe of ſecuring and defending theſe colonies, and preſerving them in ſafety againſt all attempts to carry the ſaid acts into execution, that an armed force be raiſed ſufficient to defeat ſuch hoſtile deſigns, and preſerve and defend the lives, liberties and immunities of the coloniſts; for the due regulating and well ordering of which,

*Reſolved,* That the following RULES and ORDERS be attended to and obſerved by ſuch forces as are or may hereafter be raiſed for the purpoſes aforeſaid.

*Article* I. That every officer who ſhall be retained, and every ſoldier who ſhall ſerve in the continental army, ſhall, at the time of his acceptance of his commiſſion or inliſtment, ſubſcribe theſe rules and regulations; and that the officers and ſoldiers, already of that army, ſhall alſo, as ſoon as may be, ſubſcribe the ſame; from the time of which ſubſcription every officer and ſoldier ſhall be bound by thoſe regulations; but if any of the officers or ſoldiers, now of the ſaid army, do not ſubſcribe ——— Brewer Exs. Page 162 ——— ns, then they

may

Hosted by Google

may be retained in the army, subject to the rules and regulations under which they entered into the service, or be discharged from the service, at the option of the commander in chief.

*Art.* 2. IT is earnestly recommended to all officers and soldiers, diligently to attend divine service ; and all officers and soldiers, who shall behave indecently or irreverently at any place of divine worship, shall, if commissioned officers, be brought before a court-martial, there to be publickly and severely reprimanded by the president ; if non-commissioned officers or soldiers, every person so offending shall, for his first offence, forfeit *one sixth of a dollar*, to be deducted out of his next pay ; for the second offence, he shall not only forfeit a like sum, but be confined for twenty-four hours ; and for every like offence, shall suffer and pay in like manner ; which money so forfeited, shall be applied to the use of the sick soldiers of the troop or company to which the offender belongs.

*Art.* 3. WHATSOEVER non-commissioned officer or soldier shall use any profane oath or execration, shall incur the penalties expressed in the foregoing article ; and if a commissioned officer be thus guilty of profane cursing or swearing, he shall forfeit and pay, for each and every such offence, the sum of *four shillings*, lawful money.

*Art.* 4. ANY officer or soldier, who shall behave himself with contempt or disrespect towards the general or generals, or commanders in chief of the continental forces, or shall speak false words, tending to his or their hurt or dishonour, shall be punished according to the nature of his offence, by the judgment of a general court-martial.

*Art.* 5.

Hosted by Google

*Art.* 5. Any officer or foldier who fhall begin,
excite, caufe or join in any mutiny or fedition, in
the regiment, troop or company to which he be-
longs, or in any other regiment, troop or compa-
ny of the continental forces, either by land or
fea, or in any part, poft, detachment or guard, on
any pretence whatfoever, fhall fuffer fuch punifh-
ment as by a general court-martial fhall be or-
dered.

*Art.* 6. Any officer, non-commiffioned officer, or
foldier who, being prefent at any mutiny or fediti-
on, does not ufe his utmoft endeavours to fupprefs
the fame; or coming to the knowledge of any
mutiny or intended mutiny, does not, without de-
lay, give information thereof to the commanding
officer, fhall be punifhed by order of a general
court-martial, according to the nature of his
offence.

*Art.* 7. Any officer or foldier, who fhall ftrike
his fuperior officer, or draw or offer to draw, or
fhall lift up any weapon, or offer any violence
againft him, being in the execution of his office,
on any pretence whatfoever, or fhall difobey any
lawful commands of his fuperior officer, fhall fuf-
fer fuch punifhment as fhall, according to the na-
ture of his offence, be ordered by the fentence of
a general court-martial.

*Art.* 8. Any non-commiffioned officer or fol-
dier, who fhall defert, or without leave of his
commanding officer, abfent himfelf from the
troop or company to which he belongs, or from
any detachment of the fame, fhall, upon being
convicted thereof, be punifhed according to the
nature of his offence, by the fentence of a gene-
ral court-martial.

*Art.* 9.

Posted by Google

*Art.* 9. WHATSOEVER officer or soldier shall be convicted of having advised or persuaded any other officer or soldier to desert, shall suffer such punishment as shall be ordered by the sentence of a general court-martial.

*Art.* 10. ALL officers, of what condition soever, shall have power to part and quell all quarrels, frays and disorders, though the persons concerned should belong to another regiment, troop or company; and either order officers to be arrested, or non-commissioned officers or soldiers to be confined and imprisoned, till their proper superior officers shall be acquainted therewith; and whosoever shall refuse to obey such officer (though of an inferior rank) or shall draw his sword upon him, shall be punished at the discretion of a general court-martial.

*Art.* 11. No officer or soldier shall use any reproachful or provoking speeches or gestures to another; nor shall presume to send a challenge to any person to fight a duel: And whoever shall, knowingly and willingly, suffer any person whatsoever to go forth to fight a duel; or shall second, promote or carry any challenge, shall be deemed as a principal: And whatsoever officer or soldier shall upbraid another for refusing a challenge, shall also be considered as a challenger: And all such offenders, in any of these or such like cases, shall be punished at the discretion of a general court-martial.

*Art.* 12. EVERY Officer commanding in quarters, or on a march, shall keep good order, and, to the utmost of his power, redress all such abuses or disorders which may be committed by any officer or soldier under his command: If upon any

Brewer Exs. Page 165

complaint

Hosted by Google

( 17 )
326

complaint being made to him, of officers or sol-
diers beating or otherwise ill-treating any person,
or of committing any kind of riot, to the disquiet-
ing of the inhabitants of this continent, he, the
said commander, who shall refuse or omit to see
justice done on the offender or offenders, and re-
paration made to the party or parties injured, as
far as the offender's wages shall enable him or
them, shall, upon due proof thereof, be punished
as ordered by a general court-martial, in such
manner as if he himself had committed the crimes
or disorders complained of.

*Art.* 13. IF any officer should think himself to
be wronged by his colonel or the commanding
officer of the regiment, and shall, upon due ap-
plication made to him, be refused to be redressed,
he may complain to the general or commander in
chief of the continental forces, in order to obtain
justice, who is hereby required to examine into
said complaint, and see that justice be done.

*Art.* 14. IF any inferior officer or soldier shall
think himself wronged by his captain or other
officer commanding the troop or company to
which he belongs, he is to complain thereof to the
commanding officer of the regiment, who is here-
by required to summon a regimental court-martial,
for the doing justice to the complainant ; from
which regimental court-martial, either party
may, if he still thinks himself aggrieved, appeal to a
general court-martial ; but if, upon a second hear-
ing, the appeal shall appear to be vexatious and
groundless, the person so appealing shall be punish-
ed at the discretion of the general court-martial.

*Art.* 15. WHATSOEVER non-commissioned of-
ficer or soldier shall be convicted, at a regimental

Brewer Exs. Page 166

C

court-

Hosted by Google

court-martial, of having fold, or defignedly, or through neglect, wafted the ammunition, arms or provifions, or other military ftores, delivered out to him, to be employed in the fervice of this continent, fhall, if an officer, be reduced to a private centinel ; and if a private foldier, fhall fuffer fuch punifhment as fhall be ordered by a regimental court-martial.

*Art.* 16. ALL non-commiffioned officers and foldiers, who fhall be found one mile from the camp, without leave in writing from their commanding officer, fhall fuffer fuch punifhment as fhall be inflicted on him or them by the fentence of a regimental court-martial.

*Art.* 17. No officer or foldier fhall lie out of his quarters or camp, without leave from the commanding officer of the regiment, upon penalty of being punifhed according to the nature of his offence, by order of a regimental court-martial.

*Art.* 18. EVERY non-commiffioned officer and foldier fhall retire to his quarters or tent at the beating of the retreat; in default of which, he fhall be punifhed according to the nature of his offence, by order of the commanding officer.

*Art.* 19. No officer, non-commiffioned officer or foldier, fhall fail of repairing, at the time fixed, to the place of parade or exercife, or other rendezvous appointed by the commanding officer, if not prevented by ficknefs or fome other evident neceffity ; or fhall go from the faid place of rendezvous, or from his guard, without leave from his commanding officer, before he fhall be regularly difmiffed or relieved, on penalty of being punifhed according to the nature of his offence,

by

Digitized by Google

by the fentence of a regimental court-martial.

*Art.* 20. WHATSOEVER commiffioned officer fhall be found drunk on his guard, party or duty, under arms, fhall be cafhiered for it; any non-commiffioned officer or foldier, fo offending, fhall fuffer fuch punifhment as fhall be ordered by the fentence of a regimental court-martial.

*Art.* 21. WHATSOEVER centinel fhall be found fleeping upon his poft, or fhall leave it before he fhall be regularly relieved, fhall fuffer fuch punifhment as fhall be ordered by the fentence of a general court-martial.

*Art.* 22. ANY perfon belonging to the continental army, who, by difcharging of fire-arms, beating of drums, or by any other means whatfoever, fhall occafion falfe alarms, in camp or quarters, fhall fuffer fuch punifhment as fhall be ordered by the fentence of a general court-martial.

*Art.* 23. ANY officer or foldier who fhall, without urgent neceffity, or without leave of his fuperior officer, quit his platoon or divifion, fhall be punifhed according to the nature of his offence, by the fentence of a regimental court-martial.

*Art.* 24. No officer or foldier fhall do violence, or offer any infult, or abufe, to any perfon who fhall bring provifions, or other neceffaries, to the camp, or quarters of the continental army; any officer or foldier fo offending, fhall, upon complaint being made to the commanding officer, fuffer fuch punifhment as fhall be ordered by a regimental court-martial.

*Art.* 25. WHATSOEVER officer or foldier fhall fhamefully abandon any poft committed to his charge,

Hosted by Google

charge, or shall speak words inducing others to
do the like, in time of an engagement, shall suf-
fer death immediately.

*Art.* 26. ANY person belonging to the conti-
nental army, who shall make known the watch-
word to any person who is not entitled to receive
it, according to the rules and discipline of war,
or shall presume to give a parole, or watch-word
different from what he received, shall suffer death,
or such other punishment as shall be ordered by
the sentence of a general court-martial.

*Art.* 27. WHOSOEVER, belonging to the con-
tinental army, shall relieve the enemy with mo-
ney, victuals, or ammunition ; or shall knowing-
ly harbour or protect an enemy, shall suffer such
punishment as by a general court-martial shall be
ordered.

*Art.* 28. WHOSOEVER, belonging to the con-
tinental army, shall be convicted of holding cor-
respondence with, or of giving intelligence to
the enemy, either directly or indirectly, shall suf-
fer such punishment as by a general court-martial
shall be ordered.

*Art.* 29. ALL publick stores taken in the ene-
my's camp or magazines, whether of artillery,
ammunition, cloathing or provisions, shall be se-
cured for the use of the united colonies.

*Art.* 30. IF any officer or soldier shall leave his
post or colours, in time of an engagement, to go
in search of plunder, he shall, upon being con-
victed thereof before a general court-martial,
suffer such punishment as by said court-martial
shall be ordered.

Brewer Exs. Page 169

Digitized by Google

*Art.* 31.

*Art.* 31. IF any comm ander of any post, in-
trenchment, or fortress, shall be *compelled*, by the
officers or soldiers under his command, to give it
up to the enemy, or to abandon it, the commis-
sioned officer, non-commissioned officers or sol-
diers who shall be convicted of having so offend-
ed, shall suffer death, or such other punishment
as may be inflicted upon them by the sentence of
a general court-martial.

*Art.* 32. ALL suttlers and retailers to a camp,
and all persons whatsoever, serving with the con-
tinental army in the field, though not enlisted
soldiers, are to be subject to the articles, rules
and regulations of the continental army.

*Art.* 33. No general court-martial shall consist
of a less number than thirteen, none of which
shall be under the degree of a commissioned offi-
cer; and the president shall be a field-officer:
and the president of each and every court-martial,
whether general or regimental, shall have power
to administer an oath to every witness, in order
to the trial of offenders. And the members of
all courts-martial shall be duly sworn by the pre-
sident; and the next in rank on the court-mar-
tial, shall administer the oath to the president.

*Art.* 34. THE members, both of general and
regimental courts-martial, shall, when belonging
to different corps, take the same rank which they
hold in the army; but when courts-martial shall
be composed of officers of one corps, they shall
take their ranks according to their commissions
by which they are mustered in the said corps.

*Art.* 35. ALL the members of a court-martial,
are to behave with calmness, decency and impar-
                                        tiality;

Brewer Exs. Page 170

Hosted by Google

tiality ; and in giving their votes are to begin with the youngeſt or loweſt in commiſſion.

*Art.* 36. No field-officer ſhall be tried by any perſon under the degree of a captain ; nor ſhall any proceedings or trials be carried on, excepting between the hours of eight in the morning, and three in the afternoon, except in caſes which re-quire an immediate example.

*Art.* 37. THE commiſſioned officers of every regiment may, by the appointment of their co-lonel or commanding officer, hold regimental courts-martial for the inquiring into ſuch diſputes or criminal matters as may come before them, and for the inflicting corporal puniſhments, for ſmall offences, and ſhall give judgment by the majority of voices ; but no ſentence ſhall be ex-ecuted till the commanding officer, (not being a member of the court-martial) ſhall have confirm-ed the ſame.

*Art.* 38. No regimental court-martial ſhall con-ſiſt of leſs than five officers, excepting in caſes where that number cannot be conveniently aſ-ſembled, when three may be ſufficient ; who are likewiſe to determine upon the ſentence by the majority of voices ; which ſentence is to be confirmed by the commanding officer, not being a member of the court-martial.

*Art.* 39. EVERY officer, commanding in any fort, caſtle or barrack, or elſewhere, where the corps under his command conſiſts of detachments from different regiments, or of independant com-panies, may aſſemble courts-martial for the trial of offenders in the ſame manner as if they were re-gimental, whoſe ſentence is not to be executed till

Brewer Exs. Page 171

Digitized by Google

till it shall be confirmed by the said commanding officer.

*Art.* 40. No person whatsoever shall use menacing words, signs or gestures in the presence of a court-martial then sitting, or shall cause any disorder or riot, so as to disturb their proceeding, on the penalty of being punished at the discretion of the said court-martial.

*Art.* 41. To the end that offenders may be brought to justice; whenever any officer or soldier shall commit a crime deserving punishment, he shall by his commanding officer, if an officer, be put in arrest; if a non-commissioned officer or soldier, be imprisoned till he shall be either tried by a court-martial, or shall be lawfully discharged by proper authority.

*Art.* 42. No officer or soldier who shall be put in arrest, or imprisonment, shall continue in his confinement more than eight days, or till such time as a court-martial can be conveniently assembled.

*Art.* 43. No officer commanding a guard, or provost-marshal, shall refuse to receive or keep any prisoner committed to his charge, by an officer belonging to the Continental forces; which officer shall at the same time deliver an account in writing, signed by himself, of the crime with which the said prisoner is charged.

*Art.* 44. No officer commanding a guard, or provost-marshal, shall presume to release any prisoner committed to his charge, without proper authority for so doing; nor shall he suffer any prisoner to escape, on the penalty of being punished for it, by the sentence of a general court-martial.

Brewer Exs. Page 172

*Art.* 45.

*Art.* 45. Every officer or provoſt-marſhal, to whoſe charge priſoners ſhall be committed, is hereby required, within twenty-four hours after ſuch commitment, or as ſoon as he ſhall be relieved from his guard, to give in writing to the colonel of the regiment to whom the priſoner belongs (where the priſoner is confined upon the guard belonging to the ſaid regiment, and that his offence only relates to the neglect of duty in his own corps) or to the commander in chief, their names, their crimes, and the names of the officers who committed them, on the penalty of being puniſhed for his diſobedience or neglect, at the diſcretion of a general court-martial.

*Art.* 46. And if any officer under arreſt, ſhall leave his confinement before he is ſet at liberty by the officer who confined him, or by a ſuperior power, he ſhall be caſhiered for it.

*Art.* 47. Whatsoever commiſſioned officer ſhall be convicted before a general court-martial, of behaving in a ſcandalous, infamous manner, ſuch as is unbecoming the character of an officer and a gentleman, ſhall be diſcharged from the ſervice.

*Art.* 48. All officers, conductors, gunners, matroſſes, drivers, or any other perſons whatſoever, receiving pay or hire in the ſervice of the continental artillery, ſhall be governed by the aforeſaid rules and articles, and ſhall be ſubject to be tried by courts-martial, in like manner with the officers and ſoldiers of the continental troops.

*Art.* 49. For differences ariſing amongſt themſelves, or in matters relating ſolely to their own corps, the courts-martial may be compoſed of their

Brewer Exs. Page 173

Hosted by Google

their own officers; but where a number sufficient
of such officers cannot be assembled, or in matters
wherein other corps are interested, the officers of
artillery shall sit in courts-martial with the officers
of the other corps.

*Art.* 50. ALL crimes not capital, and all disor-
ders and neglects, which officers and soldiers may
be guilty of, to the prejudice of good order and
military discipline, though not mentioned in the
articles of war, are to be taken cognizance of by
a general or regimental court-martial, according
to the nature and degree of the offence, and be
punished at their discretion.

*Art.* 51. THAT no persons shall be sentenced by
a court-martial to suffer death, except in the cases
expressly mentioned in the foregoing articles; nor
shall any punishment be inflicted at the discretion
of a court-martial, other than degrading, cashier-
ing, drumming out of the army, whipping not ex-
ceeding thirty-nine lashes, fine not exceeding two
month's pay of the offender, imprisonment not ex-
ceeding one month.

*Art.* 52. THE field-officers of each and every
regiment are to appoint some suitable person be-
longing to such regiment, to receive all such fines
as may arise within the same, for any breach of any
of the foregoing articles, and shall direct the same
to be carefully and properly applied to the relief
of such sick, wounded, or necessitous soldiers, as
belong to such regiment; and such person shall
account with such officer for all fines received, and
the application thereof.

*Art.* 53. ALL members sitting in courts-martial
shall be sworn by the president of said courts,

D

which

which prefident fhall [...] lf be fworn by the offi-
cer in faid court next in rank :—The oath to be
adminiftered previous to their proceeding to the
trial of any offender, in form following, viz.

*You A. B. fwear that you will well and truly
try, and impartially determine, the caufe of the pri-
foner now to be tried, according to the rules for re-
gulating the continental army.*   So help you God.

**Art. 54.** ALL perfons called to give evidence,
in any cafe, before a court-martial, who fhall re-
fufe to give evidence, fhall be punifhed for fuch
refufal, at the difcretion of fuch court-martial :
The oath to be adminiftered in the form follow-
ing, viz.

*You fwear the evidence you fhall give in the
cafe now in hearing, fhall be the truth, the whole
truth, and nothing but the truth.* So help you
God.

**Art. 55.** EVERY officer commanding a regi-
ment, troop or company, fhall, upon notice given
to him by the commiffary of the mufters, or from
one of his deputies, affemble the regiment, troop,
or company under his command, in the next con-
venient place for their being muftered.

**Art. 56.** Every colonel or other field-officer, or
officer commanding any corps, to which there is
no field-officer, and actually refiding with it, may
give furloughs to non-commiffioned officers and
foldiers, in fuch numbers, and for fo long a time,
as he fhall judge to be moft confiftent with the
good of the fervice ; but no non-commiffioned
officer or foldier fhall, by leave of his captain, or
inferior office[...] [...]oop or compa-
ny

Hofted by Google

ny (his field-officer not being prefent) be abfent
above twenty days in fix months, nor fhall more
than two private men be abfent at the fame time
from their troop or company, excepting fome ex-
traordinary occafion fhall require it, of which
occafion the field-officer prefent with, and com-
manding the regiment or independent corps, is to
be judge.

*Art.* 57. AT every mufter the commanding
officer of each regiment, troop or company, then
prefent, fhall give to the commiffary of mufters
certificates figned by himfelf, fignifying how long
fuch officers, non-commiffioned officers, and fol-
diers, who fhall not appear at the faid mufter,
have been abfent, and the reafon of their abfence ;
which reafons, and the time of abfence, fhall be
inferted in the mufter-rolls oppofite to the refpec-
tive names of fuch abfentees : the faid certificates
fhall, together with the mufter-rolls, be by the
faid commiffary tranfmitted to the General, and
to this or any future Congrefs of the united colo-
nies, or committee appointed thereby, within
twenty days next after fuch mufter being taken ;
on failure whereof the commiffary fo offending,
fhall be difcharged from the fervice.

*Art.* 58. EVERY officer who fhall be convicted
before a general court-martial of having figned a
falfe certificate, relating to the abfence of either
officers, non-commiffioned officer, or private fol-
dier, fhall be cafhiered.

*Art.* 59. EVERY officer who fhall knowingly
make a falfe mufter of man or horfe, and every
officers or commiffary, who fhall willingly fign,
direct or allow the figning of the mufter-rolls,
wherein fuch falfe mufter is contained, fhall,

upon

Digitized by Google

upon proof made there by two witneffes, before a general court-martial, be cafhiered, and moreover forfeit all fuch pay as may be due to him at the time of conviction for fuch offence.

*Art.* 60. ANY commiffary who fhall be convicted of having taken any gift or gratuity on the muftering any regiment, troop or company, or on the figning the mufter-rolls, fhall be difplaced from his office, and forfeit his pay, as in the preceding article.

*Art.* 61. ANY officer, who fhall prefume to mufter any perfon as a foldier, who is at other times accuftomed to wear a livery, or who does not actually do his duty as a foldier, fhall be deemed guilty of having made a falfe mufter, and fhall fuffer accordingly.

*Art.* 62. EVERY officer who fhall knowingly make a falfe return to the commander in chief of the *American* forces, or to any his fuperior officer, authorized to call for fuch returns, of the ftate of the regiment, troop, independent company or garrifon, under his command, or of arms, ammunition, cloathing or other ftores thereunto belonging, fhall, by a court-martial, be cafhiered.

*Art.* 63. The commanding officer of every regiment, troop, independent company or garrifon, in the fervice aforefaid, fhall, in the beginning of every month remit to the commander in chief of faid forces an exact return of the ftate of the regiment, troop, independent company, or garrifon under his command, fpecifying the names of the officers not then refiding at their pofts, and the reafon for, and time of their abfence : Whoever fhall be convicted of having, through neglect or defign,

Brewer Exs. Page 177

defign, omitted the fending fuch returns, fhall be punifhed according to the nature of his crime, by the judgment of a general court-martial.

*Art.* 64. No futtler fhall be permitted to fell any kind of liquors or victuals, or to keep their houfes or fhops open, for the entertainment of foldiers, after nine at night, or before the beating of the reveilles, or upon *Sundays*, during divine fervice or fermon, on the penalty of being dif-miffed from all future futtling.

*Art.* 65. ALL officers commanding in the camp, or in any forts, barracks, or garrifons, are hereby required to fee that the perfons permitted to futtle, fhall fupply the foldiers with good and wholefome provifions at a reafonable price, as they fhall be anfwerable for their neglect.

*Art.* 66. No officers commanding in any camp, garrifons, forts, or barracks, fhall either them-felves exact exorbitant prices for houfes or ftalls, let out to futtlers, or fhall connive at the like ex-actions in others, nor lay any duty or impofitions upon, or be interefted in the fale of fuch victuals, liquors, or other neceffaries of life, which are brought into the camp, garrifon, fort or barracks, for the ufe of the foldiers, on the penalty of being difcharged from the fervice.

*Art.* 67. THAT the General, or Commander in Chief, for the time being, fhall have full pow-er of pardoning, or mitigating any of the pu-nifhments ordered to be inflicted, for any of the offences mentioned in the foregoing articles; and every offender convicted as aforefaid, by any re-gimental court-martial, may be pardoned, or have his

Brewer Exs. Page 178

his punishment mitigated by the colonel or officer
commanding the regiment.

*Art.* 68. WHEN any commissioned officer shall
happen to die or be killed in the service of the
united colonies, the major of the regiment, or
the officer doing the major's duty in his absence,
shall immediately secure all his effects or equi-
page then in camp or quarters ; and shall, before
the next regimental court-martial, make an in-
ventory thereof, and forthwith transmit to the
office of the secretary of the Congress, or af-
sembly of the province in which the corps is stati-
oned, or shall happen to be at the time of the death
of such officer ; to the end, that his executors may,
after payment of his debts in quarters, and inter-
ment, receive the overplus, if any be, to his or
their use.

*Art.* 69. WHEN any non-commissioned officer,
or private soldier, shall happen to die, or be kil-
led in the service of the united colonies, the then
commanding officer of the troop or company shall,
in the presence of two other commissioned officers,
take an account of whatever effects he dies pof-
fessed of, and transmit the same, as in the case
above provided for, in order that the same may be
secured for, and paid to their respective represen-
tatives.

---

*In* CONGRESS, *November* 7, 1775.

*Resolved,* THAT the following additions and
alterations or amendments, be made in the
RULES and REGULATIONS of the con-
tinental army.

Brewer Exs. Page 179

1. ALL

Hosted by Google

1. ALL persons convicted of holding a treacherous correspondence with, or giving intelligence to the enemy, shall suffer death, or such other punishment as a general court-martial shall think proper.

2. ALL commissioned officers found guilty by a general court-martial of any fraud or embezzlement, shall forfeit all his pay, be *ipso facto* cashiered, and deemed unfit for further service as an officer.

3. ALL non-commissioned officers and soldiers convicted before a regimental court-martial of stealing, embezzling or destroying ammunition, provisions, tools, or any thing belonging to the publick stores, if a non-commissioned officer, to be reduced to the ranks, and punished with whipping, not less than fifteen, nor more than thirty-nine lashes, at the discretion of the court-martial; if a private soldier, with the same corporal punishment.

4. IN all cases where a commissioned officer is cashiered for cowardice or fraud, it be added in the punishment, that the crime, name, place of abode, and punishment of the delinquent be published in the news-papers, in and about the camp, and of that colony from which the offender came or usually resides; after which it shall be deemed scandalous in any officer to associate with him.

5. ANY officer or soldier who shall begin, excite, cause, or join in any mutiny or sedition in the regiment, troop or company to which he belongs, or in any other regiment, troop or company of the continental

Brewer Exs. Page 180

Hosted by Google

continental forces, either by land or sea, or in any
party, post, detachment or guard, on any pretence
whatsoever, shall suffer death or such other punish-
ment as a general court-martial shall direct.

6. ANY officer or soldier who shall desert to the
enemy, and afterwards be taken, shall suffer death
or such other punishment as a general court-
martial shall direct.

7. WHATSOEVER commissioned officer shall be
found drunk on his guard, party or other duty, un-
der arms, shall be cashiered and drummed out of
the army with infamy ; any non-commissioned
officer or soldier, so offending, shall be sentenced
to be whipt, not less than twenty nor more than
thirty-nine lashes, according to the nature of the
offence.

8. WHATSOEVER officer or soldier, placed as
centinel, shall be found sleeping upon his post, or
shall leave it before he shall be regularly relieved,
if a commissioned officer, shall be cashiered and
drummed out of the army with infamy ; if a non-
commissioned officer or soldier, shall be sentenced
to be whipped, not less than twenty nor more than
thirty-nine lashes, according to the nature of the
offence.

9. No officer or soldier shall lie out of his quar-
ters or camp, without leave from the commanding
officer of the regiment, upon penalty, if an officer,
of being mulcted one month's pay for the first
offence, and cashiered for the second ; if a non-
commissioned officer or soldier, of being confined
seven days on bread and water for the first offence,
and the same punishment, and forfeiture of a
week's pay for the second. 10. WHAT-

Brewer Exs. Page 181

Digitized by Google

10. WHATSOEVER officer or foldier fhall mif-
behave himfelf before the enemy, or fhamefully
abandon any poft committed to his charge, or
fhall fpeak words, inducing others to do the like,
fhall fuffer death.

11. ALL publick ftores taken in the enemy's
camp or magazines, whether of artillery, ammu-
nition, cloathing or provifions, fhall be fecured for
the ufe of the united colonies. And all commif-
fioned officers found guilty, by a general court-
martial, of embezzling the fame, or any of them,
fhall forfeit all his pay, be *ipfo facto* cafhiered, and
be deemed unfit for farther fervice as an officer.
And all non-commiffioned officers and foldiers,
convicted before a regimental court-martial of
ftealing or embezzling the fame, if a non-commif-
fioned officer, fhall be reduced to the ranks and
punifhed with whipping, not lefs than fifteen nor
more than thirty-nine lafhes, at the difcretion of
the court-martial, if a private foldier, with the
fame punifhment.

12. IF any officer or foldier fhall leave his
poft or colours, in time of an engagement, to go
in fearch of plunder, he fhall, if a commiffioned
officer, be cafhiered and drummed out of the ar-
my with infamy, and forfeit all fhare of plunder;
if a non-commiffioned officer or foldier, be whip-
ped, not lefs than twenty nor more than thirty-
nine lafhes, according to the nature of the of-
fence, and forfeit all fhare of plunder taken from
the enemy.

13. EVERY officer commanding a regiment,
troop or company, fhall, upon notice given to him
by the commanding officer, from one of
his

E

his deputies, assemble the regiment, troop or company under his command, in the next convenient place for their being mustered, on penalty of his being cashiered, and mulcted of his pay.

14. AT every muster, the commanding officer of each regiment, troop or company, there present, shall give to the commissary of musters certificates, signed by himself, signifying how long such officers, non-commissioned officers and soldiers, who shall not appear at the said muster, have been absent, and the reason of their absence; which reasons, and the time of absence, shall be inserted in the muster rolls, opposite to the names of such absentees; and the surgeons or their mates shall, at the same time, give to the commissary of musters a certificate signed by them, signifying the state of health or sickness of those under their care, and the said certificates shall, together with the muster rolls, be, by the said commissary, transmitted to the general, and to this or any future Congress of the united colonies or committee appointed thereby, within twenty days next after such muster being taken, on failure whereof the commissary, so offending, shall be discharged from the service.

15. EVERY officer who shall be convicted, before a general court-martial, of having signed a false certificate relating to the absence of either officer, non-commissioned officer or private soldier; and every surgeon or mate convicted of signing a false certificate, relating to the health or sickness of those under his care, shall be cashiered.

16. ALL officers and soldiers who shall wilfully or through negligence, disobey any general or special orders, shall suffer, at the discretion of a regimental court-martial, where the offence is against

Brewer Exs. Page 183

against a regimental order, and at the discretion of a general court-martial, where the offence is against an order given from the commander in chief, or the commanding officer of any detachment or post, and such general court-martial can be had.

By Order of the CONGRESS,

JOHN HANCOCK, *President.*

*A true copy from the Minutes,*
CHARLES THOMSON, *Secretary.*

Digitized by Google

Google

G  Document 134-6  Filed 03/15/24  Pa
326

369. **NEW JERSEY.** Provincial Congress. An Ordinance for
regulating the Militia of New Jersey Passed at a Sitting of the
Provincial Congress, held at Trenton in the County of Hunterdon, 1775
to which is annexed, The Continental Articles of War. 35 pp. 8vo.
Half morocco slip-case. Burlington, Printed and Sold by Isaac
Collins, 1776.                                                    $90.00

EXCESSIVELY RARE FIRST SEPARATE PUBLICATION OF ONE OF THE MOST IMPORT-
ANT STATE ORDINANCES PASSED DURING THE FIRST YEAR OF THE WAR. Under it
the Militia of New Jersey was enrolled for the defense of the State, the Battles
of Trenton, Princeton, and Brandywine were undertaken, a call went out for the
enrollment of all male persons between the ages of sixteen and fifty, and pro-
visions created for a monthly payment by all those persons (Quakers) whose
religious principles prevented them from enrolling.

Brewer Exs. Page 186

Brewer Exs. Page 187

# A C T S

### OF THE SEVENTEENTH

# GENERAL ASSEMBLY

### OF THE

# S T A T E

### O F

# *N E W - J E R S E Y.*

At a S E S S I O N begun at Trenton the 23d Day of
*October* 1792, and continued by Adjournments.

### BEING THE SECOND SITTING.

---

T R E N T O N:

P R I N T E D   B Y   I S A A C   C O L L I N S.

M.DCC.XCIII.

Vacancy of a Manager how supplied.

ers or Poffeffors of faid Meadows to notify the other Owners or Poffeffors to meet at a Time and Place by him to be appointed, at leaft fix Days after faid Notice given, to choofe a Manager or Managers in the Room of him or them fo dead or removed as aforefaid; and the Manager or Managers fo chofen as aforefaid fhall be invefted with the fame Powers and Authorities as if he or they had been chofen on the appointed Time by this Act.

9. *And be it further Enacted*, That if the Managers now appointed, or hereafter to be chofen by Virtue of this Act, or either of them, fhall neglect or refufe to perform the Duties required of them by this

Managers refufing to do their Duty to forfeit £.6

Act, either of them the faid Managers fo neglecting or refufing fhall forfeit the Sum of Six Pounds, Proclamation Money, to be recovered by Action of Debt by any of the Owners or Poffeffors of the faid Meadows, or by the fucceeding Managers, with Cofts of Suit, to be applied towards fupporting the faid Bank, Dam and Waterworks.

A.                     Paffed at Trenton, June 4, 1793.

## C H A P.   CCCCXXXIII.

A Supplement to the Act, intitled, ' An Act for organi-
' zing and training the Militia of this State'.

P.

*Sect.* 1. **B**E IT ENACTED *by the Council and General Affembly of this State, and it is hereby Enacted by the Authority of the fame,* That the Militia enrolled in this State, as well by the Commiffioners named in the Act, intitled, ' An Act for organizing and training the ' Militia of this State,' paffed the thirtieth Day of November, Seventeen Hundred and Ninety-two, as by Jofeph Bloomfield, Efquire, for the County of Burlington, under the Appointment of the Commander in Chief of this State, and alfo the Militia which fhall hereafter be enrolled according to the Directions of this Act, fhall, within the refpective Bounds herein after mentioned, be arranged into Brigades and

Divifions as follows: The Counties of Bergen, Effex, Morris, Middlefex, Monmouth, Somerfet, Hunterdon and Suffex, fhall each form a Brigade; the Counties of Burlington and Gloucefter one Brigade; and the Counties of Salem, Cumberland and Cape-May, one other Brigade: And the Brigades of the Counties of Bergen, Effex and Morris, fhall form one Divifion; and the Brigades of the Counties of Middlefex, Somerfet and Monmouth, one other Divifion; and the Brigades of the Counties of Burlington, Gloucefter, Salem, Cumberland and Cape-May, one other Divifion: And there may be to each Battalion one Company of Grenadiers, Light-Infantry or Riflemen; and to each Brigade there may be two Companies of Artillery, and four Troops

Uniform Companies.

of Horfe, and any other uniform Companies from the refpective Brigades, at the Difcretion of the Brigadier-General and Commanding Officer or Officers of the Regiment or Regiments from which faid Companies are to be formed; any Thing in the aforementioned Act
to

## *of the* S T A T E *of* N E W - J E R S E Y.    851

to the contrary notwithſtanding. Provided that there be not more Troops of Horſe than Regiments to a Brigade, nor more than two Companies of Artillery to a Brigade.

2. *And be it further Enacted,* That to each Diviſion there ſhall be one Major-General, and two Aids-de-Camp with the Rank of Major; to each Brigade one Brigadier-General, with one Brigade Inſpector, to ſerve alſo as Brigade-Major, with the Rank of a Major; there ſhall be alſo an Adjutant-General appointed for the whole Militia, who ſhall have the Rank of a Brigadier-General. There ſhall be a Regimental-Staff, to conſiſt of one Adjutant and one Quarter-Maſter, to rank as Lieutenants; one Pay-Maſter, one Surgeon, and one Surgeon's Mate. The Diviſion and Brigade-Officers to reſide within their reſpective Diviſion and Brigade Bounds. That the Commander in Chief of this State ſhall appoint his own Aids-de-Camp, who ſhall have the Rank of Lieutenant-Colonels; the Major-Generals ſhall appoint their own Aids-de-Camp; and the Brigadier-Generals their own Brigade Majors. And the Field Officers of each Regiment ſhall appoint their reſpective Regimental Staff Officers, to be commiſſioned by the Commander in Chief: That all commiſſioned Officers ſhall take Rank according to the Date of their Commiſſions, and when two of the ſame Grade bear an equal Date, then their Rank ſhall be determined by Lot, to be drawn by them before the commanding Officer of the Diviſion, Brigade, Regiment, Battalion, Company, or Detachment; and that the Rank of the Companies ſhall be determined by Lot, to be drawn by the Captains in Preſence of the Major; the Rank of the Battalions by Lot, to be drawn by the Majors in Preſence of the Lieutenant-Colonel; the Rank of the Regiments by Lot, to be drawn by the Lieutenant-Colonels in Preſence of the Brigadier-General; the Rank of the Brigades by Lot, to be drawn by the Brigadier-Generals in Preſence of the Major-General; and the Rank of the Diviſions by Lot, to be drawn by the Major-Generals in Preſence of the Commander in Chief.

3. *And be it further Enacted,* That the Duty of the Adjutant-General ſhall be to diſtribute all Orders from the Commander in Chief of the Militia of this State, to the ſeveral Major-Generals; to attend all publick Reviews when the Commander in Chief ſhall review the Militia; to obey all Orders from him relating to the carrying into Execution and perfecting the Syſtem of Military Diſcipline eſtabliſhed by this Act; to furniſh blank Forms of the different Returns that may be required, and to explain the Principles on which they ſhould be made; to receive from the ſeveral Officers of the different Diviſions throughout the State Returns of the Militia under their Command; reporting the actual Situation of their Arms, Accoutrements and Ammunition, their Delinquencies, and every other Thing which relates to the general Advancement of good Order and Diſcipline: All which the ſeveral Officers of the Diviſions, Brigades, Regiments and Battalions, are hereby required to make in ſuch Manner as the Commander in Chief ſhall direct, ſo that the ſaid Adjutant-General may be furniſhed therewith; from all which Returns he ſhall make a general Return of all the Militia of the State, and lay the ſame annually before the ſaid Commander

in

F

his Salary:

in Chief, and a Duplicate thereof before the Prefident of the United States; and the faid Adjutant-General fhall, in full Compenfation for his Service, receive a yearly Salary of Two Hundred Dollars.

And of Bri-
gade-Infpect-
ors;

4. *And be it further Enacted,* That it fhall be the Duty of the Brigade Infpectors to attend the Regimental and Battalion Meetings of the Militia compofing their feveral Brigades, during the Time of their being under Arms, to infpect their Arms, Ammunition and Accoutrements; to fuperintend their Exercife and Manœuvres, and introduce throughout the State the Syftem of Military Difcipline eftablifhed by this Act, as well as fuch Orders as they fhall from Time to Time receive from faid Commander in Chief; to make Returns to the Adjutant-General, at leaft once in every Year, and at fuch ftated Time or Times as the Commander in Chief fhall direct, of the Militia of the Brigade to which they belong, reporting therein the actual Situation of the Arms, Accoutrements and Ammunition of the feveral Corps, and every other Thing which in his Judgment may relate to their Government, and the general Advancement of good Order and Military Difcipline; that it fhall moreover be the Duty of the Brigade Infpectors to do all and every fuch other Duties as are enjoined upon them by this Act, in Form and Manner herein after prefcribed; and, in full Compenfation for all their Services, each of the

their Salary.

faid Brigade Infpectors fhall receive the yearly Salary of Fifty Dollars.

5. *And be it further Enacted,* That in Order that the Militia may be properly armed, equipped and accoutred, every Citizen enrolled, except as hereafter excepted, fhall, within four Months after the Paffing of this Act, provide himfelf with the Arms, Ammunition and Accoutrements herein after mentioned, to wit, every non-commiffioned Officer and Private of the Infantry (including Grenadiers, Light Infantry and Artillery) until fupplied with Ordnance and Field Artillery, fhall have

Militia how to
be equipped.

a good Mufket or Firelock, a fufficient Bayonet and Belt, two fpare Flints and a Knapfack, a Pouch with a Box containing not lefs than twenty-four Cartridges fuited to the Bore of his Mufket or Firelock, each Cartridge containing a proper Quantity of Powder and Ball; or with a good Rifle, Knapfack, Pouch and Powder-Horn, twenty Balls fuited to the Bore of his Rifle, and a Quarter of a Pound of Powder; and fhall appear fo armed, accoutred and provided, when called out to exercife, or into Service, except that, when called out on Company Days to exercife only, he may appear without a Knapfack: That the commiffioned Officers fhall feverally appear in fuch Uniform as may be ordered by the Commander in Chief, armed with a Sword or Hanger and Efpontoon, and thofe of Artillery in Uniform, with a Sword or Hanger, a Fuzee, Bayonet and Belt, and a Cartridge-Box containing twelve Cartridges: The commiffioned Officers of the feveral Troops of Horfe fhall furnifh themfelves with good Horfes of at leaft fourteen Hands and a Half high, and fhall be armed with a Sword and Pair of Piftols, the Holfters of which fhall be covered with Bear-Skin Caps; each Light-Horfeman or Dragoon fhall furnifh himfelf with a ferviceable

able Horfe of at leaft fourteen Hands and a Half high, a good Saddle, Bridle, Mail-Pillion and Valife, Holfters, Breaft-plate and Crupper, a Pair of Boots and Spurs, a Pair of Piftols, a Sabre and Cartouch-Box containing twelve Cartridges for Piftols; the Artillery and Horfe fhall be uniformly clothed in Regimentals, to be furnifhed at their own Expenfe; every Militia-Man fhall appear fo armed, accoutred and provided, when called out to exercife, or into Service, except that when called out on Company Days, to exercife only, he may appear without a Knapfack; and if any fuch Militia-Man fhall appear when called out to exercife or into Service without a Mufket or Rifle, he fhall forfeit and pay the Sum of Three Shillings and Nine-pence, and for Want of every other of the aforefaid Articles, Six-pence each; and every Man fo enrolled as aforefaid, and providing himfelf with the Arms, Ammunition and Accoutrements required as aforefaid, fhall hold the fame exempted from all Suits, Diftreffes, Executions or Sales for Debt, or the Payment of Taxes; each Battalion and Regiment fhall be provided with the State and Regimental Colours by the Field-Officers, to be repaid to the faid Officers by the Treafurer of the State, upon Orders drawn by the Brigadier-General, out of the Militia Fund in his Hands arifing from Fines and Exempts. *Provided* **Provifo.** *always,* That whenever the Majors of any Battalion fhall judge any Perfon enrolled therein unable to arm and equip himfelf as aforefaid, fuch Perfon fhall not be fubject to any Fine for not arming, any Thing herein contained to the contrary notwithftanding.

6. *And be it further Enacted,* That it fhall at all Times hereafter be the Duty of every Captain or commanding Officer of the Company to enrol every free able-bodied **white male** Citizen of this or any **Captain's** other of the United States refiding in this State, who is or fhall be of **Duty.** the Age of eighteen Years, and under the Age of forty-five Years (except as herein after excepted) within whofe Bounds fuch Citizen fhall refide, and alfo thofe who fhall from Time to Time arrive at the Age of eighteen Years, or being of the Age of eighteen Years, and under the Age of forty-five Years, and not excepted by this or the before recited Act, fhall come to refide within his Bounds, and fhall without Delay notify fuch Citizen of the faid Enrolment by a proper non-commiffioned Officer of the Company by whom fuch Notice may be proved: And in all Cafes of Doubt refpecting the Age of any Perfon enrolled, or intended to be enrolled, the Party queftioned fhall **Age of Per-** prove his Age to the Satisfaction of the Officers of the Company **fons how de-** within whofe Bounds he may refide, or a Majority of them. **termined.**

7. *And be it further Enacted,* That any Perfons whatever who have **Exempts may** been returned by the Commiffioners named in the Act above-men- **be enrolled.** tioned, and the faid Commiffioner under the Appointment of the Commander in Chief aforefaid, as Exempts, may at any Time hereafter be enrolled and confidered as of the enrolled Militia of this State, on giving perfonal Notice thereof to the Captain or commanding Officer of the Company within the Bounds of their Refidence, and to the Collector of the Townfhip where fuch Perfons refide, and alfo to the Collector of the County, and thereupon the annual Tax of Three

854 *ACTS of the GENERAL ASSEMBLY*

Three Dollars fhall ceafe, any Thing in the above recited Act to the contrary notwithftanding, provided fuch Election fhall be made on or before the firft Day of June in every Year.

*8. And be it further Enacted,* That all Perfons fubject to Military Duty by Virtue of this Act, who fhall refufe perfonal Military Service, fhall be exempted therefrom on paying annually the Sum of Three Dollars for fuch Exemption, fuch Sum to be collected by the Townfhip Collectors, at the fame Time and in the fame Manner as the Taxes of the fame Year; who fhall alfo in like Manner pay the fame when collected to the County Collector, to be by him paid to the Treafurer of the State: And the faid Townfhip and County Collectors and Conftables fhall receive the fame Fees, and be fubject to the fame Penalties, as they are or fhall be entitled unto or fubjected to by the Tax-Laws of this State; provided that no Fee fhall be received unlefs the Names returned for the exempt Tax fhall not be returned for Deficiency of other Taxes; and the Treafurer of the State fhall caufe an annual Return of all the Monies received on the faid Tax to be laid before the Legiflature at their firft Sitting in every Year. And it is hereby made the Duty of every Captain or commanding Officer of each Company, yearly and every Year, on or before the firft Tuefday in September, to make a Lift of the Names of all and every Perfon and Perfons within his Bounds, who fhall neglect or refufe perfonally to perform Military Service, and return the fame to the Major or commanding Officer of the Battalion, and the faid Major or commanding Officer of the Battalion fhall, within fifteen Days, tranfmit Copies thereof to the Collectors of the Townfhips within his Battalion, and within two Months to the Collector of the County, and to the Treafurer of the State.

*9. And be it further Enacted,* That if any commiffioned Officer fhall remove out of the Bounds of his proper Divifion, Brigade, Battalion or Company, or fhall be abfent therefrom more than fix Months, his Office fhall be thereby vacated.

*10. And be it further Enacted,* That every Militia-Man, removing out of the Bounds of one Battalion or Company to another, fhall apply to the commanding Officer of the Company to which he did belong, who fhall give him a Difcharge, certifying to which he belongs, and whether he has ferved his Tour of Duty or not, and the Time and Date of faid Service, which Certificate the faid Militia-Man fhall produce to the Captain or commanding Officer of the Company in whofe Bounds he next fettles, within ten Days after his Settlement, and the faid Captain or commanding Officer is hereby required to enrol him accordingly.

*11. And be it further Enacted,* That the Whole of the Militia of this State fhall be fubject to be muftered and exercifed in Companies, Battalions and Regiments, by their refpective Officers, to wit, in Companies on the third Monday in May of every Year, and at fuch Place as their refpective Captains or commanding Officers of Companies

Perfons exempted to pay 3 Dollars.

Treafurer to make return of the Monies received, &c.

Captains' Duty.

Majors' Duty.

If Officers remove their Office vacated.

Militia-Man removing what to do.

Militia how and when to be muftered and exercifed.

panies

## of the STATE of NEW-JERSEY.    855

panies fhall order : In Battalions as follows ; the firft Battalion of the firft Regiment on the third Monday in September, the fecond Battalion of the firft Regiment on the Tuefday following, the firft Battalion of the fecond Regiment on the Wednefday following, the fecond Battalion of the fecond Regiment on the Thurfday following, the firft Battalion of the third Regiment on the fourth Monday in September, the fecond Battalion of the third Regiment on the Tuefday following, the firft Battalion of the fourth Regiment on the Wednefday following, the fecond Battalion of the fourth Regiment on the Thurfday following : And every Regiment in this State fhall be exercifed as follows ; the firft Regiment of each and every Brigade fhall be exercifed on the third Tuefday in October, the fecond Regiment on the Wednefday following, and the third Regiment on the Thurfday following, and fo on according to their numerical Rank, on every Day thereafter (Saturdays and Sundays excepted) until the whole Number of Regiments in every Brigade fhall have muftered and exercifed in the aforefaid Manner.    And where there fhall be any Battalions not annexed to any Regiment, the faid Battalions fhall exercife on the third and fourth Mondays in October yearly, except the Battalion in the County of Cape-May, which fhall exercife on the firft Monday in October and the Tuefday following. *Provided always,* That the Militia of the Townfhips of Little Egg-Harbour, in the County of Burlington ; and of Great Egg-Harbour and Galloway, in the County of Gloucefter ; and of Stafford and Dover, in the County of Monmouth ; and of the Over-Mountain Battalion, in the County of Suffex ; and all fuch Companies as may be formed at any Manufactory or Iron Works not within twenty Miles of the Places of their Battalion and Regimental Training, may meet and exercife at the ufual Place or Places of Parade in the faid Townfhips, Diftricts, Manufactory or Iron Works, on the Days appointed for Regimental and Battalion Trainings, which fhall be confidered Inftead of meeting in Regiment and Battalion.

12. *And be it further Enacted,* That if any commiffioned Officer fhall, without lawful Excufe, neglect or refufe to attend on any of the Days herein before appointed for Exercife, if a Field-Officer, he fhall forfeit and pay the Sum of Four Dollars, and every other commiffioned Officer fhall forfeit and pay the Sum of Two Dollars, and every non-commiffioned Officer or Private, fo neglecting or refufing to attend, fhall forfeit and pay the Sum of One Dollar, for every fuch Neglect or Refufal; and the fame Fines fhall be refpectively paid by every Officer, non-commiffioned Officer or Private, who fhall leave the Parade on a Day of Exercife, before the Regiment or Company is difcharged, without Leave firft obtained of the Officer commanding.

13. *And be it further Enacted,* In Order to afcertain thofe Perfons who by their Abfence on the Days of Exercife fhall have incurred the Fines above mentioned, a Sergeant, or the Clerk of each Company, fhall, on every fuch Day, in Prefence of the Captain or commanding Officer of the Company, at the End of one Hour after the Time appointed for the Meeting of the Company or Regiment, and alfo after

G                                   the

Rolls to be called, &c.

the Exercife is over, and before the Men are difcharged, call over the Roll of the Company, noting thofe who are abfent ; and a Return fhall be made, on the fame or following Day, of fuch Abfentees, which fhall be figned by the Sergeant or Clerk, and by the Captain or commanding Officer of the Company, and fhall, within fifteen Days thereafter, be returned by the faid Captain or commanding Officer of the Company, upon his Oath or Affirmation, to the Major of the Battalion, under the Penalty of Thirty Dollars for every Time he fhall refufe or neglect to make fuch Return ; and if any of the faid Abfentees fhall have been unable to attend, from Sicknefs, or una-voidable Neceffity, and fhall, within the Space of eight Days next after the Day of Exercife, ftate his Cafe, by himfelf or his Friend, to the faid Captain or commanding Officer of the Company, and fatisfy him of the Truth thereof, then the faid Captain or commanding Officer of the Company fhall mention in his faid Return the parti-cular Reafons of Excufe which each Abfentee fhall have made appear

Major may remit Fines.

to his Satisfaction ; and the Major, on Sight of the faid Return, fhall admit of every fuch Excufe as fhall appear to him reafonable, with-out Favour or Partiality, and remit the Fines accordingly.

Commander in Chief may order out any of the Militia.

14. *And be it further Enacted by the Authority aforefaid,* That the Com-mander in Chief of this State, for the Time being, may, in Cafe of Invafion or other Emergency, when he fhall judge it neceffary, order out any Proportion of the Militia of this State, to march to any Part thereof, and continue as long as he may think neceffary ; and like-wife may, in Confequence of an Application from the Executive of any of the United States, on an Invafion or Infurrection, or an Apprehen-fion of an Invafion of or Infurrection in fuch State, at his Difcretion, order any Number of the Militia, not exceeding one fifth Part thereof to fuch State : Provided that they be not compelled to continue on

Not to be de-tained in Ser-vice more than two Months.

Duty out of this State more than two Months at any one Time; and that while in actual Service, in Confequence of being fo called out, they fhall receive the fame Pay and Rations, and be fubject to the fame Rules and Regulations as the Troops of the United States of America.

Captains to clafs their Companies.

15. *And be it further Enacted,* That the Captains fhall divide their Companies into five Claffes, and infert the fame in a Book, numbered from one to five in numerical Order: And, to the End the Militia, when called into actual Service, fhall be properly officered, the following Order is hereby directed and enjoined, that is to fay, for the firft Draft,

Drafts how to be officered.

the Captain of the firft Company, the Lieutenant of the fecond, and the Enfign of the fourth ; fecond Draft, the Captain of the fecond Compa-ny, the Lieutenant of the firft, and the Enfign of the fecond; third Draft, the Captain of the third Company, the Lieutenant of the fifth, and the Enfign of the firft ; fourth Draft, the fourth Captain, the Lieu-tenant of the third Company, and the Enfign of the fifth ; fifth Draft, the fifth Captain, the Lieutenant of the fourth Company, and the En-fign of the third; non-commiffioned Officers to take Tour of Duty with the commiffioned Officers : And the Field-Officers of Regiments in every Divifion and Brigade in the State fhall be divided in like Manner, and each Draft to be confidered as a Detachment from dif-ferent

## *of the* STATE *of* NEW-JERSEY.    8₅₇

ferent Corps liable to serve two Months and no longer, and to be relieved by the Draft next in numerical Order, the Relief to arrive at least two Days before the Expiration of the Term of the Draft to be relieved ; but Nothing herein contained shall prevent the Commander in Chief from employing and calling out Part of any Draft, or any Company or Companies, Regiment or Regiments, without Respect to this Rule, whenever the Exigency is too sudden to allow the assembling of the scattered Militia, which compose the particular Drafts, and the Service of the Persons so called out shall be accounted as Part of their Tour of Duty ; and the Pay of the Militia in actual Service shall commence two Days before marching ; and they shall receive Pay and Rations at the Rate of Fifteen Miles per Day on their Return Home.

16. *And be it further Enacted,* That it shall and may be lawful for any Person called to do a Tour of Duty to find a sufficient Substitute, such Substitute being approved of by the Captain or commanding Officer of the Company which he shall be offered to serve in: *Provided always,* That Persons serving by Substitute as aforesaid, if said Substitute shall be called in his own Turn into actual Service before the Time expires which he was to serve for his Employer, that then the Person procuring such Substitute shall march in his said Substitute's Turn, and do his Duty until relieved by his said Substitute, or be liable to pay his Fine for Neglect of serving as by this Act is directed. `Substitutes to be approved, &c.` `Proviso.`

17. *And be it further Enacted,* That when any Draft or Drafts of the Militia shall be called to perform any Tour of Duty, the Majors of the Battalions shall cause each and every Person so called to be notified of such Call, by a written or printed Notice being delivered to him personally, or left at his House or usual Place of Abode by some Officer or other suitable Person employed for that Purpose by the commanding Officer of said Company, at least three Days before the Time of assembling said Militia, unless the Commander in Chief on a sudden Exigency shall think proper to order any Part of the Militia into immediate and actual Service ; and then the Notice mentioning such special Order shall be given for immediate Attendance ; and any Person refusing or neglecting to perform such Tour of Duty shall pay a Fine of Ten Dollars per Month for every such Offence.  And every non-commissioned Officer, whilst engaged in warning the Company to which he belongs, under the Orders of the commanding Officer of the Company, shall receive Five Shillings by the Day for the Time he may be necessarily engaged in such Duty. `Persons called on to go into Service how notified.` `Penalty for not doing Tour of Duty.`

18. *And be it further Enacted,* That the Majors or commanding Officers of Battalions respectively shall forthwith, after the marching of any Part of the Militia, call to his Assistance two reputable Citizens above the Age of forty-five Years, to sit at the most convenient Place for the Inhabitants of their respective Battalions, Notice having been given of such Place in the written or printed Summons of every Militia-Man so called out ; and shall there hear and determine all Appeals `Appeals how to be heard.`

that

that may be made by the Persons thinking themselves aggrieved; and they are hereby authorized and required to grant such Relief to such Appellant as to them shall appear just and reasonable (in Consideration of such Inability of Body as in the Opinion of the Court renders him incapable of performing military Duty:) And each of the said reputable Citizens, before they shall fit on the said Appeal, shall take the following Oath or Affirmation, to wit, That he will hear and impartially determine on the Cases of Appeal, that may be laid before him, agreeably to Law, and according to the best of his Knowledge; which Oath or Affirmation the Major or commanding Officer of the Battalion is hereby empowered to administer; and the said Major or commanding Officer and Citizens shall have and receive from the County Collector where they reside the Sum of Seven Shillings and Six-pence each, for every Day they sit on the said Appeals; and the said Majors or commanding Officers of Battalions respectively, and Citizens so called, shall keep a separate Record of the Proceedings of such Court of Appeals; and if any Delinquent, whose Appeal shall have been determined against him, shall not pay his Fine within ten Days after such Determination, the said Fine shall be levied in Manner herein after mentioned.

*Commissioners of Appeal their Oath,*

*and Pay.*

19. *And be it further Enacted*, That the commanding Officers of the several Battalions shall attend at the Place of Rendezvous of the marching Draft or Drafts, and the commanding Officers of the marching Draft or Drafts are hereby required then and there to deliver to the commanding Officer of the Battalion a Roll of all those who attend and proceed to perform their then required Tour of Duty under the Penalty of Thirty Dollars, which Return or Roll shall be transmitted by the said commanding Officer of the Battalion, within ten Days after marching, under the Penalty of Thirty Dollars, to the Inspector of the Brigade to which they respectively belong.

*Roll of those who do Duty to be made, &c.*

20. *And be it further Enacted*, That no civil Process shall be served on any commissioned, non-commissioned Officer or Private, at any Review or Training, or while going to or returning from the Place of such Review or Training.

*Privilege from Arrest.*

21. *And be it further Enacted*, That the following Articles, Rules and Regulations, shall be those by which the Militia shall be governed.

Art. 1. If any Field or other commissioned Officer at any Review or on any other Occasion when the Regiment, Battalion or Company to which he may belong, or in which he holds a Command, is paraded in Arms, shall misbehave, or demean himself in an unofficer-like Manner, he shall for such Offence be cashiered or punished by Fine at the Discretion of a General Court-Martial, as the Case may require, in any Sum not exceeding Thirty Dollars; and if any non-commissioned Officer or Private shall, on any Occasion of parading the Company to which he belongs, appear drunk, or shall disobey Orders, or use any reproachful or abusive Language to his Officers, or any of them, or shall quarrel himself, or promote any Quarrel among

*Rules, &c. for the Government of the Militia.*

his

*of the* S T A T E *of* N E W - J E R S E Y.   859

his Fellow-Soldiers, he shall be disarmed and put under Guard, by Order of the commanding Officer present, until the Company is dismissed, and shall be fined at the Discretion of a Regimental Court-Martial, in any Sum not exceeding Four Dollars.

Art. 2. If the Lieutenant-Colonel or commanding Officer of any Regiment, or Major or commanding Officer of any Battalion, shall neglect or refuse to give Orders for assembling his Regiment or Battalion at the Time appointed by this Law, or at the Direction of the Inspector of the Brigade to which he belongs, when the said Inspector is thereto commanded by the Commander in Chief, or in Case of an Invasion of the City or County to which such Regiment or Battalion belongs, he shall be cashiered and punished by Fine not exceeding One Hundred Dollars, at the Discretion of a General Court-Martial; and if a commissioned Officer of any Company shall on any Occasion neglect or refuse to give Orders for assembling the Company to which he belongs, or any Part thereof, at the Direction of the Lieutenant-Colonel or commanding Officer of the Regiment, of the Major or commanding Officer of the Battalion to which such Company belongs, he shall be cashiered and punished by Fine, not exceeding Thirty Dollars, at the Discretion of a Regimental Court-Martial; and a non-commissioned Officer offending in such Case shall be fined at the Discretion of a Regimental Court-Martial in any Sum not exceeding Twenty Dollars.

Art. 3. If any Captain or commanding Officer of a Company shall refuse or neglect to make out a List of the Persons noticed to perform any Tour of Duty, and send or convey the same to the Lieutenant-Colonel or commanding Officer of the Regiment, or to the Major or commanding Officer of a Battalion to which such Company may belong, for such Neglect or Refusal he shall be cashiered or fined at the Discretion of a Regimental Court-Martial, in any Sum not exceeding Thirty Dollars.

Art. 4. If any Militia-Man shall desert, while he is on a Tour of Duty, he shall be fined in any Sum not exceeding Twenty Dollars for every such Offence, or may be imprisoned for any Time not exceeding two Months, at the Discretion of a Court-Martial; and if a non-commissioned Officer, he shall also be degraded and placed in the Ranks.

Art. 5. Every General Court-Martial shall consist of thirteen Members, all of whom shall be commissioned Officers, and of such Rank as the Case may require, and the senior Officer shall be President, and not under the Rank of a Field Officer.

Art. 6. Every Regimental Court-Martial shall be composed of five Members, all commissioned Officers, the senior Officer to be President, not under the Rank of a Captain.

Art. 7. In any Court-Martial, not less than two thirds of the Members

H

bers muſt agree in every Sentence for inflicting any Puniſhment, otherwiſe the Perſon charged ſhall be acquitted.

Art. 8. The Preſident of each and every Court-Martial, whether General or Regimental, ſhall require all Witneſſes, in Order to the Trial of Offenders, to declare on Oath or Affirmation, that the Evidence they ſhall give is the Truth, the whole Truth, and nothing but the Truth; and the Members of all ſuch Courts ſhall take an Oath or Affirmation, which the Preſident is required to adminiſter to them, that they will give Judgment with Impartiality, and the Officer next in Rank to the Preſident ſhall adminiſter the like Oath or Affirmation to the Preſident.

Art. 9. Every Militia-Man, called as a Witneſs in any Caſe, before a Court-Martial, who ſhall neglect or refuſe to attend and give Evidence, ſhall be cenſured or fined at the Diſcretion of the Court.

Art. 10. No Officer or private, being charged with tranſgreſſing theſe Rules, ſhall be ſuffered to do Duty in the Regiment, Company or Troop to which he belongs, until he has had his Trial by a Court-Martial, and every Perſon ſo charged ſhall be tried as ſoon as a Court-Martial can conveniently be aſſembled.

Art. 11. If any Officer or private ſhall think himſelf injured by the Lieutenant-Colonel or the commanding Officer of the Regiment, or by the Major or commanding Officer of the Battalion, and ſhall, upon due Application made to him, be refuſed Redreſs, he may complain to the Brigadier-General, who ſhall direct the Inſpector of the Brigade to ſummon a General Court-Martial, that Juſtice may be done.

Art. 12. If any inferior Officer or private ſhall think himſelf injured by his Captain or other Superior in the Regiment, Troop or Company to which he belongs, he may complain to the commanding Officer of the Regiment, who ſhall ſummon a Regimental Court-Martial, for doing Juſtice according to the Nature of the Caſe.

Art. 13. No Penalty ſhall be inflicted at the Diſcretion of a Court-Martial, other than degrading, caſhiering or fining.

Art. 14. Every Offender convicted by any Regimental Court-Martial may be pardoned or have the Penalty mitigated by the Lieutenant-Colonel or commanding Officer of the Regiment, excepting only where ſuch Cenſures or Penalties are directed as a Satisfaction for Injuries received by any Officer or Private from another; but in Caſe of Officers, every Sentence of a Court-Martial ſhall be approved of by the Commander in Chief or the Major-General of the Diviſion, who are reſpectively empowered to pardon or mitigate ſuch Sentence.

Art. 15. The Militia on the Days of Exerciſe may be detained under Arms, on Duty in the Field, any Time not exceeding ſix Hours, provided

provided they are not kept above three Hours under Arms at any one Time, without allowing them a proper Time to refresh themselves.

Art. 16. Any Person who shall bring any Kind of spirituous Liquors to the Place of Exercise, shall forfeit such Liquors for the Use of the Poor belonging to the City, Precinct or Township where such Exercise is had.

Art. 17. All Fines that shall be incurred by a Breach of these Rules, shall be paid into the Hands of the Inspector of the Brigade to which the Offender belongs, or to such Person or Persons as the Brigadier-General of the Brigade shall appoint or make known in General or Brigade Orders, as Collectors to receive the same, within three Weeks after they become due ; but in Case of Neglect or Refusal to pay any of the said Fines, the said Collectors shall cause the same to be collected and levied in Manner herein after mentioned.

Art. 18. The Rules of Discipline approved and established by Congress in their Resolution of the twenty-ninth Day of March, One Thousand Seven Hundred and Seventy-nine, shall be the Rules of Discipline to be observed by the Militia throughout this State, except such Deviation from said Rules as may be rendered necessary by the Requisitions of this Act, or some other unavoidable Circumstances ; and it shall be the Duty of the commanding Officers, at every Muster, whether by Regiment, Battalion or Company, to cause the Militia to be exercised agreeably to the said Rules of Discipline.

22. *Be it further Enacted,* That one Drum and one Fife-Major may be employed by the Colonel or commanding Officer of each Regiment in the State, whose Duty it shall be to instruct and exercise the Drummers and Fifers of each Company in the necessary Military Musick, at such Times and under such Regulations as the Colonel or commanding Officer of the Regiment may direct, not exceeding twelve Days in the Year, and shall, for such Services, be paid the Sum of Seven Shillings and Six-pence a Day each, by the County Collector of each County, out of the exempt Monies, on the Certificate of the Colonel or commanding Officer of the Regiment where he may so practise or be employed. <span>Drummers and Fifers to be employed to teach military Musick.</span>

23. *And be it further Enacted,* That for the Purpose of collecting and levying the Fines that shall be incurred as well for Non-Attendance on Days of Exercise, as for Neglect of performing Tours of Duty, and also all such Fines as shall be imposed by Courts-Martial, on Persons belonging to their respective Brigades, it shall and may be lawful for the Brigadier-Generals to appoint one or more proper Persons by Warrant, under their respective Hands and Seals, to be Collectors of the said Fines, and the said Collectors, by Virtue of the said Warrants, shall be authorized and empowered to call on every Delinquent that shall be named in the Lists to be furnished to them by the Brigade-Inspectors, and demand Payment of the said Fines, and of five per Centum on the Amount thereof for their Trouble in collecting the same, <span>Collectors of Fines to be appointed.</span> <span>Their Fees.</span>

fame, and on Neglect or Refusal of fuch Payment for ten Days, then the faid Collectors fhall proceed to levy the faid Fines with Cofts equal to thofe received by Conftables in fimilar Cafes, by Diftrefs irrepleviable and Sale of the Offender's Goods and Chattels, in like Manner as in Cafe of Taxes.

With whom to account.

24. *And be it further Enacted*, That any Perfon who fhall or may be appointed by any of the Brigadier-Generals within this State to collect the Militia Fines, fhall be bound to account with, and pay over to the Infpector of the Brigade, all the Monies by him received for Fines, within ten Days after Demand thereof fhall be made ; and in Cafe of Neglect or Refufal, it fhall and may be lawful for the Brigadier-General of the Brigade, on the Application of the Brigade-Infpector, immediately to profecute and recover the fame, as in Actions of Debt.

Fines to be recovered by the Brigade-Infpector; with whom to account.

25. *And be it further Enacted*, That all and every of the Fines and Forfeitures by this Act made payable, and the Mode of Recovery not herein before particularly pointed out, fhall be recovered by the Infpectors of the feveral Brigades, in the Name and for the Ufe of the State by Action of Debt, before a Juftice of the Peace, or in any Court of Record within this State, as from the Amount thereof they fhall be more properly cognizable ; and the faid Infpector fhall account for, and pay yearly, to the Treafurer of the State, all fuch Fines as he fhall receive by Virtue of this Act.

Monies raifed how appropriated.

Treafurer to keep a feparate Book.

26. *And be it further Enacted*, That all Monies paffing into the Treafury, on Fines and Forfeitures incurred by Virtue of the Directions of this Act, fhall be appropriated as a Fund for the Purpofe of fupporting the neceffary Officers for carrying this Law into Effect, and of equipping and furnifhing the Militia with every neceffary Apparatus for the Defence and Security of the State, the Surplus, if any, to be appropriated in fuch Manner, and to fuch Ufes as the Legiflature fhall, from Time to Time, direct and appoint. And the Treafurer of the State fhall keep all the Monies arifing from Fines and Forfeitures incurred by this Act, feparate from all other Monies, and keep a feparate Book of the fame, and the Expenditures thereof, purfuant to the Directions of this Act.

Horfes how to be appraifed,

and paid for.

27. *And be it further Enacted*, That the Brigade-Infpector fhall call to his Affiftance two reputable Citizens above forty-five Years of Age, who fhall appraife the Horfe of each Perfon ferving as a Light-Horfeman, immediately before the Time of going into actual Service, and enter the fame in a Book ; and in Cafe fuch Horfe fhall be killed, or die in actual Service, or be taken by the Enemy otherwife than by Neglect, he fhall be paid the full Value of his Horfe, according to the faid Appraifement, by an Order to be drawn on the Certificate of the Infpector, by the Brigadier-General or commanding Officer of the Brigade, on the Militia Fund, in the Hands of the Treafurer.

28. *And be it further Enacted*, That if any Perfon or Perfons fhall knowingly

knowingly fell, buy, exchange, conceal, or fraudulently receive, any Arms, Accoutrements, Colours or Drums, belonging to this State, or the United States, on any Account or Pretence whatsoever, the Person so offending, being convicted thereof before one or more Justice or Justices of the Peace of the City or County where such Offence shall be committed, shall forfeit and pay for every such Offence treble the Value of such Arms or Accoutrements, to be ascertained by the said Justice or Justices, and levied by Distress and Sale of the Offender's Goods and Chattels, by one of the Constables of the County where such Offence shall be committed, on a Warrant under the Hand and Seal of the Justice or Justices before whom such Offender shall be convicted, returning the Overplus, if any, on Demand, to such Offender ; and for Want of Effects shall commit such Offender to the common Gaol of the County, there to remain, for any Term not exceeding three Months, unless such Money shall be sooner paid.

*margin:* Persons selling Publick Arms, &c.
*margin:* to pay treble the Value, &c.

29. *And be it further Enacted,* That if any Suit or Suits shall be brought or commenced against any Person or Persons for any Thing done in Pursuance of this Act, the Action shall be laid in the County where the Cause of such Action did arise, and not elsewhere, and the Defendant or Defendants in such Action or Actions to be brought, may plead the general Issue, and give this Act and the special Matter in Evidence.

*margin:* Suits where to be brought.

30. *And be it further Enacted,* That every Captain, Lieutenant and Ensign, who shall from Time to Time be chosen by the several Companies, shall report his Acceptance of the Office, within thirty Days after having received Notice thereof, to the Major or commanding Officer of the Battalion, and in Case such Report is not made as aforesaid, the said Office shall be deemed as vacant ; and the Resignation of every Captain, Lieutenant and Ensign, shall be delivered to the Brigadier-General or commanding Officer of the Brigade to which the said Company shall belong, and the said Brigadier-General or commanding Officer of the Brigade shall, by Warrant under his Hand and Seal, order the Major or commanding Officer of the Battalion where any Vacancy shall happen, to hold an Election within the Limits of such Company, to supply the Vacancy occasioned by Non-Acceptance, Resignation, Removal, Death or otherwise of any such Officer : And thereupon the said Major or commanding Officer of the said Battalion shall give fifteen Days Notice, by Advertisement, in three of the most publick Places within the Limits of such Company, of an Election to supply the Place of the Officer or Officers of the Company which may be vacant ; and the said Company, or such of them as may attend, shall proceed, by Plurality of Votes, to choose such Officer or Officers residing within the Bounds of said Company or Companies : And the said Major or commanding Officer of the said Battalion shall certify, under his Hand and Seal, the Name and Rank of each Officer so chosen or elected, to the Commander in Chief of the State, who shall commission the said Officer accordingly.

*margin:* Officers to report their Acceptance in thirty Days.

*margin:* Vacancies how supplied.

I

31. *And*

31. *And be it further Enacted,* That the Proceedings of the Commiſſioners named in the Act above-mentioned, and the Proceedings of the ſaid Commiſſioner under the Appointment of the Commander in Chief of this State, in all Duties required to be done in and by the ſame recited Act, ſhall be and are hereby declared to be good and valid, with the Extenſion of Time until the Paſſing of this Act; and that the original Returns of the ſeveral Deputy Townſhip Commiſſioners to the ſaid reſpective County Commiſſioners of the Militia, and the ſeveral Books in which the ſaid Returns are entered, according to the Directions of the ſixth Section of the ſaid recited Act, ſhall be filed in the Office of the Clerks of the reſpective Counties where the Duties of the ſaid Commiſſioners of the Militia were ſeverally done and performed, for the Inſpection and Examination of all Perſons who ſhall apply for the ſame.

*Former Proceedings made good and valid.*

*Commiſſioners Returns, &c. where to be filed.*

32. *And be it further Enacted,* That no Officer or Private ſhall, on the Way to or from the Place of any Review, Regimental or Company Training, pay more than one Third the uſual Rate of Ferriage, or be charged any Toll for paſſing any Toll-Bridge; and if any Ferryman or Keeper of any Toll-Bridge ſhall preſume to refuſe a Paſſage, or make a Demand contrary to the Directions of this Act, he ſhall for each Offence forfeit and pay the Sum of Three Pounds, to be recovered by any Perſon who will ſue for the ſame, one Half to the Proſecutor, the other Half to the County Collector for the Uſe of the State.

*Militia-Men going to and from trainings what Ferriage to pay, &c.*

33. *And be it further Enacted,* That no commiſſioned Officer or Candidate ſhall give any ſpirituous Liquors or Treat to any Officer or Privates under his Command on any Day of Exerciſe or Election of Officers.

*No Treat to be given by Officers to their Men.*

34. *And be it further Enacted,* That the Commander in Chief be and he is hereby authorized and empowered, as ſoon as a ſufficient Sum of Money of the Militia Fund ſhall be in the Treaſury of the State, to purchaſe, or cauſe to be purchaſed, two thouſand Stand of Arms and Accoutrements complete, agreeably to the Directions of the Militia Law of the United States, and to diſtribute the ſame to the Major-Generals of the ſeveral Diviſions of the Militia in Proportion to the Numbers enrolled in each Diviſion, and the Major-General ſhall diſtribute the ſame to the ſeveral Brigadier-Generals in Proportion to the Numbers in their ſeveral Brigades, and the Brigadier-Generals ſhall cauſe their Brigade Inſpectors to divide the ſaid Arms and Accoutrements in like Manner to the ſeveral Battalions within their Brigades, taking Receipts of the Majors or commanding Officers of the Battalions for the ſame; and the ſaid Majors or commanding Officers of Battalions ſhall proportion the ſaid Arms and Accoutrements to the ſeveral Captains or commanding Officers of Companies in their Battalions, who are hereby made accountable for the ſame, for the Uſe of ſuch of the Militia between the Ages of eighteen and twenty-one, and others, as are or may be enrolled in their Companies and be unable to procure Arms for themſelves, ſubject at all Times to the Orders of the Commander in Chief.

*2000 Stand of Arms to be purchaſed. How to be diſtributed.*

35. *And*

*of the* S T A T E *of* N E W - J E R S E Y.      865

35. *And be it further Enacted,* That the Commander in Chief shall cause a sufficient Number of Copies of this Law, and of the Rules and Regulations for the Order and Discipline of the Troops of the United States, established by Congress, in their Resolution of the twenty-ninth Day of March One Thousand Seven Hundred and Seventy-nine, to be printed at the Expense of the State, and distributed throughout this State, so that every commissioned Officer be furnished with one Copy of the then Book of Discipline, and each General Officer, Field Officer and Captain, one Copy of this Law : And it shall be the Duty of the commanding Officer at every Muster, whether by Brigade, Regiment, Battalion or Company, to cause the Militia to be exercised and trained agreeably to the said Rules of Discipline; and that the Adjutant-General be directed to distribute the said Copies to the several Divisions of the State.

*Adjutant-General to distribute Copies of this Law, &c.*

36. *And be it further Enacted,* That if any Persons between the Ages of eighteen and forty-five, have not been enrolled or returned as Exempts by the Commissioners appointed by the before recited Act, the Major of the Battalion, in whose District such Persons may reside, is hereby directed to enrol and return all such Persons, and either to attach them to the proper Companies, or, if necessary, the Field Officers of the Regiment shall form them into Companies, as the Case may require ; and they shall also form into Companies any Militia which, though enrolled, have not yet been so formed.

*Persons who have not been enrolled may yet be enrolled by the Major, &c.*

37. *And be it further Enacted,* That the Captains of the several Troops of Horse, Companies of Artillery, Infantry, Grenadiers or Riflemen, which are or may be formed, shall at all Times be at Liberty, by new Enlistment within their Regiment, to keep their Troops and Companies complete; and if any Person in any such Troop or Company shall neglect to uniform and equip himself according to Law, within three Months after the Passing of this Law, or within three Months after they shall hereafter join such Troop or Company, the Captain or commanding Officer of such Troop may dismiss such Person, and return his Name to the commanding Officer of the Company of Militia in whose District such Person resides, who shall enrol him accordingly.

*Uniform Companies may be kept complete.*

*Captains may dismiss such as neglect to uniform.*

38. *And be it further Enacted,* That whenever hereafter, from the Increase of the Militia or otherwise, it shall be necessary, in the Opinion of the Field Officers of any Regiment, that a new Company or Companies ought to be formed, it shall be lawful for the Brigadier-General, upon Application of the Field Officers, to order such Company or Companies to be formed accordingly, and to attach them to their proper Battalions, which Company shall choose their Officers in Presence of the Major, and the Officers shall be commissioned by the Commander in Chief upon a Certificate signed by the said Major.

*New Companies may be formed.*

39. *And be it further Enacted,* That the Commander in Chief of the Militia be and he is hereby authorized to form the Troops of Horse which now are or hereafter may be raised in this State into Squadrons

*Horse to be formed into Squadrons.*

in their respective Divisions; and that, until the further Order of the Legislature, the eldest Captain of each Squadron do command the same, with the Rank of Major.

40. *And be it further Enacted,* That the Commander in Chief shall direct some Form of Discipline to be adopted by the Horse.

A.                    Passed at Trenton, June 5, 1793.

---

## C H A P.   CCCCXXXIV.

## An ACT for the Relief of Ichabod Grummond.

**I. Grummond may drive a Stage through this State, &c.**

BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That Ichabod Grummond be and he is hereby authorized and permitted to continue to drive and carry in the Line of Waggons employed by him in conveying the Mail of the United States through this State, during the Continuance of his Contract with the United States, any Passengers, not exceeding four at any one Time, and their Baggage, without paying for or taking a Licence for that Purpose, or forfeiting any Sum or Sums of Money specified in the Act of Assembly passed the twenty-fourth Day of November, in the Year of our Lord One Thousand Seven Hundred and Eighty-six; and the said Ichabod Grummond is hereby exempted and released from any Fine or Penalty incurred by Virtue of the said Act, from the Commencement of his said Contract, until the Passing of this Act, any Thing in the said recited Act to the contrary notwithstanding.

A.                    Passed at Trenton, June 6, 1793.

---

## C H A P.   CCCCXXXV.

## An ACT for the Relief of Insolvent Debtors.

**Former Act revived,**

**to extend to certain Persons.**

BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That the Act, intitled, ' An Act to revive under certain Restrictions two certain ' Acts therein mentioned, for the Relief of Insolvent Debtors,' passed November the twenty-eighth, Seventeen Hundred and Ninety-two, and every Article, Matter or Clause therein mentioned, shall be and the same is hereby revived so far as to extend to Francis Witt, now confined in the Gaol of the County of Middlesex; Benjamin Rogers, Henry-Pendergrass Haines and Joseph Garwood, now confined in the Gaol of the County of Burlington; Jacob West and Richard Lanning, confined in the Gaol of the County of Sussex; and Rebecca Randolph and Isaac Scull, confined in the Gaol of the County of Cumberland.

A.                    Passed at Trenton, June 6, 1793.

C H A P.

# L A W S

### OF

# T H E   S T A T E

### OF

# N E W   J E R S E Y,

## REVISED AND PUBLISHED UNDER THE AUTHORITY OF

### THE LEGISLATURE,

#### BY

## WILLIAM PATERSON.



### NEW BRUNSWICK:

#### PRINTED BY ABRAHAM BLAUVELT.

M, D C C C.

Brewer Exs. Page 206

Digitized by Google

436

| | Dols. | Cts. |
|---|---|---|
| Reading and entering a petition or other writing, | 0 | 25 |
| Reading a private bill, each time, | 0 | 30 |
| The perusal of a bill or each day's minutes, | 0 | 25 |
| Entering every order, | 0 | 25 |
| A copy thereof, | 0 | 30 |
| Entering a report on the minutes, | 8 | 0 |
| Every hearing, each party to pay | | |
| Engrossing every private bill, for each sheet containing ninety words, | 0 | 12 |
| Recording the same, for each sheet as aforesaid, | 0 | 8 |

*A. D. 1799.*
*Fees allowed on private bills.*

*For*

*Fees to be drawn up by the clerk, taxed by the speaker, and received by the treasurer.*

III. AND BE IT ENACTED, That it shall be the duty of the clerk of the general assembly to draw up the fees on private bills and transactions, which shall be taxed by the speaker, and delivered to the treasurer of this State, who is hereby authorised and required to demand and receive them from the applicant, for the use of the State. But no bill, that relates to or affects a county or township, shal be considered as a private bill within the meaning of this act.

*Statutes of England not to be in force in this State.*

IV. AND BE IT ENACTED, That from and after the passing of this act, no statute or act of the parliament of England or of Great Britain shall have force or authority within this State, or be considered as a law thereof.

*No decision, &c. of any court in Great Britain since the 4th of July, 1776, to be read, or of any avail, in any court of this State.*

V. AND BE IT ENACTED, That no adjudication, decision or opinion, made, had or given, in any court of law or equity in Great Britain, or any cause therein depending, nor any printed or written report or statement thereof, nor any compilation, commentary, digest, lecture, treatise, or other explanation or exposition of the common law, made, had, given, written or composed, since the fourth day of July, in the year of our Lord, one thousand, seven hundred and seventy six, in Great Britain, shall be received or read in any court of law or equity in this State, as law, or evidence of the law, or elucidation or explanation thereof, any practice, opinion or sentiment of the said courts of justice, used, entertained, or expressed to the contrary hereof notwithstanding.

*A certain act repealed.*

VI. AND BE IT ENACTED, That the act, entitled, " An Act to alter the appropriation of fees, on passing of private laws," passed the twentieth day of February, in the year of our Lord, one thousand, seven hundred and ninety four, be, and the same is hereby repealed.

*An* ACT *for the regulation of the militia of New-Jersey.*

Passed the 13th of June, 1799.

WHEREAS the several laws heretofore enacted for the regulation of the militia have been found to require material alterations, in order to which, it is deemed advisable to revise the whole system : THEREFORE,

*Who shall be enrolled in the militia.*

I. BE IT ENACTED by *the Council and General Assembly of this State, and it is hereby enacted by the authority of the same,* That every free able bodied white male inhabitant of this State, who is or shall be of the age of eighteen years, and under the age of forty five years, (except ministers of the gospel, the vice president of the United States, the officers, judicial and executive of the government of the United States, the members of both houses of Congress, and their respective officers, all custom house officers, with their clerks, all post officers, and stage drivers, who are employed in the care and conveyance of the mail of the post office of the United States, all ferrymen usually employed at any ferry on the post road, all inspectors of exports, all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States) shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company, within whose bounds such citizen shall reside. PROVIDED ALWAYS, That in all cases of doubt respecting the age of any person enrolled, or intended

10

Digitized by Google

to be enrolled, the party questioned shall prove his age to the satisfaction of the officers of the company, within whose bounds he may reside, or a majority of them.

A. D. 1799.

II. AND BE IT ENACTED, That the militia shall continue their present arrangements in brigades and divisions, as follows; the militia in the counties of Gloucester and Burlington shall form one brigade, and the militia in the counties of Cumberland, Salem and Cape May, shall form one brigade; which brigades shall form the first division: the militia in the counties of Bergen, Essex and Morris, shall each form a brigade; which brigades shall form the second division: the militia in the counties of Somerset, Middlesex and Monmouth, shall each form a brigade; which brigades shall form the third division: the militia in the counties of Hunterdon and Sussex, shall each form a brigade; which brigade shall form the fourth division. And the several regiments, independent battalions, battalions and companies of infantry, light infantry and grenadiers, shall also continue as at present arranged. The cavalry of this State shall be formed into one brigade, and squadrons, and regiments, as follows: the troops of horse in the county of Bergen shall form one squadron, and the troops of horse in the county of Essex shall form one squadron; which two squadrons shall form one regiment: the troops of horse in the county of Morris shall form one squadron, and the troops of horse in the county of Sussex shall form one squadron; which two squadrons shall form one regiment: the troops of horse in the county of Middlesex shall form one squadron, and the troops of horse in the county of Monmouth shall form one squadron; which two squadrons shall form one regiment: the troops of horse in the county of Hunterdon shall form one squadron, and the troops of horse in the county of Somerset shall form one squadron; which two squadrons shall form one regiment: the troops of horse in the counties of Burlington and Gloucester shall form one squadron, and the troops of horse in the counties of Salem, Cumberland and Cape May, shall form one squadron; which two squadrons shall form one regiment. The artillery of this State shall be formed into one regiment, as follows; the companies now formed, and that may hereafter be formed, in the counties of Bergen, Essex, Middlesex, Monmouth, Somerset and Morris, of the second and third division, shall form one battalion: and the companies of artillery now formed, or which hereafter may be formed, in the counties of Hunterdon, Sussex, Burlington, Gloucester, Cape May, Salem and Cumberland, of the first and fourth division, shall form one other battalion.

Militia divided into brigades and divisions.

The cavalry formed into squadrons and regiments, and shall compose one brigade.

The artillery formed into battalions, which shall compose one regiment.

III. AND BE IT ENACTED, That the present officers of the militia of this State shall continue and exercise the several ranks and commissions which they now respectively hold. Vacancies by death, removal, resignation or otherwise, shall be filled up, so that the militia shall be officered, as follows: to each division there shall be one major general and two aids de camp, with the rank of major; to each brigade one brigadier general, with one brigade inspector, to serve also as brigade major, with the rank of major, one brigade or senior surgeon, and one brigade quartermaster; one adjutant general, with the rank of brigadier general; to each regiment one lieutenant colonel commandant; and to each battalion and squadron, one major; to each company of infantry, light infantry and grenadiers, one captain, one lieutenant and one ensign, four serjeants, four corporals, one drummer, one fifer, and not more than sixty four, nor less than forty private individuals, or as near as may be, having regard to their local situation; to each troop of horse, there shall be one captain, two lieutenants and one cornet, four serjeants, four corporals, one saddler, one farrier and one trumpeter, and not more than forty eight, nor less than thirty two troopers; to each company of artillery, there shall be one captain and two lieutenants, four serjeants, four corporals, six gunners, six bombadiers, one drummer, one fifer, and not more than thirty two, nor less than twenty matrosses. There shall be a regimental staff, to consist of one adjutant and one quartermaster, to rank as lieutenants, one paymaster, one surgeon and one surgeon's mate, one serjeant major, one drum major, and one fife major. All officers shall take rank according to the date of their commissions; and when two of the same grade bear an equal date, then their rank shall be determined by lot, to be drawn by them before the commanding officer of the division, brigade, regiment, battalion, company or detachment. The regimental staff shall be appointed by the field officers. The brigade and regimental staff

Militia officers to hold their present rank.

Militia, how to be officered.

Officers, how to take rank.

5 K

438     L A W S   O F   N E W - J E R S E Y.

A. D. 1799.

staff shall be commissioned by the commander in chief, on certificates of their appointment, under the hands and seals of the officers making the same: AND FURTHER, There shall be one adjutant to each squadron of cavalry.

*Time of company trainings.*

IV. AND BE IT ENACTED, That the whole of the militia of this State shall be subject to be mustered and exercised in companies, battalions and regiments, by their respective officers, to wit: in companies, on the first Monday in October of every year, at such place within the bounds of the companies, as the respective captains or commanding officers of companies shall order: in battalions as follows: the first battalion of the first regiment on the third Monday in May; the second battalion of the first regiment on the Tuesday following; the first battalion of the second regiment on the Wednesday following; the second battalion of the second regiment on the Thursday following; the first battalion of the third regiment on the fourth Monday in May; the second battalion of the third regiment on the Tuesday following; the first battalion of the fourth regiment on the Wednesday following; and the second battalion of the fourth regiment on the Thursday following: and in regiments as follows; the first regiment in each and every brigade shall be exercised on the first Tuesday in June; the second regiment on the Wednesday following; the third regiment on the Thursday following, and so on, according to the numerical rank, on every day thereafter, (Saturday and Sunday excepted) until the whole number of regiments, in every brigade, shall have mustered in the order aforesaid: PROVIDED, That the regimental training in the county of Cumberland shall begin on the second Tuesday in June, and continue on in the above order; and where there shall be any battalions not annexed to any regiment, the said battalions shall exercise on the third and fourth Mondays of May, yearly, except the battalion in the county of Cape May, which shall exercise on the second Tuesday in April: PROVIDED ALWAYS, That the militia of the townships of Little Egg Harbour, in the county of Burlington, and of Great Egg Harbour, and Galloway, in the county of Gloucester, and of Stafford and Dover, in the county of Monmouth, and the Over-mountain battalion in the county of Sussex, and all such companies as may be formed at any manufactory or iron works, not within twenty miles of the places of their battalion or regimental trainings, may meet and exercise at the usual place or places of parade in the said townships or districts, or at the said manufactories or iron-works, on the days appointed for regimental and battalion trainings, which shall be considered instead of meeting in regiments and battalions: AND FURTHER, That if the order aforesaid, in which the regiments and battalions are directed to exercise, shall be found inconvenient, it shall be lawful for the brigadier general and field officers of each brigade, or a majority of them, to change the order, in which the regiments and battalions aforesaid shall be exercised, at their discretion, not altering the days of training and exercise, but confining such discretion to naming the particular regiment or battalion, that shall train or exercise on a particular day, so that the inspection thereof may be rendered more convenient to the brigade inspector, who is hereby directed to give notice, by advertisements in three of the most public places within the limits of the brigade, at least thirty days previous to the day of meeting.

*Of battalion trainings.*

*Of regimental trainings.*

*Battalions not annexed to any regiments, when to train.*

*How far and by whom the order of regimental and battalion training may be changed.*

*Brigade inspector, when to advertise the day of meeting.*

*Of artillery and cavalry trainings.*

V. AND BE IT ENACTED, That every troop of horse and company of artillery, attached to any of the brigades of infantry of this State, shall be considered as being attached to the regiment or independent battalion, within the bounds of which the major part of the company was raised, and shall assemble for exercise and inspection with such regiment or independent battalion; and it shall be the duty of the captain or commanding officer to make a return of all delinquents in their respective companies, in the same manner as the captains or commanding officers of the infantry are by law directed to make returns. And the cavalry shall assemble in squadron or troop, at such place as the commanding officer thereof may direct, on the same days as are directed by law for the infantry in the several counties of this State, and shall in all things be subject to the rules, regulations, and penalties, prescribed and imposed by this act on the militia of this State.

*Fines for non attendance on days of exercise.*

VI. AND BE IT ENACTED, That the fines for non attendance on days of exercise shall be as follows: on a field officer, the sum of six dollars per day; on every other commissioned officer, three dollars per day, and on every non commissioned

Digitized by Google

A. D. 1799.

sioned officer and private, one dollar per day; and the same fines shall be respectively paid by every officer, non commissioned officer and private, who shall leave the parade or absent himself from his regiment, battalion, squadron, troop or company, without leave of the commanding officer, before the said regiment, battalion, squadron, troop or company shall be discharged; and if any militiaman shall appear on parade without a musket or firelock, or if any trooper shall appear without his sword or pistols, he shall forfeit and pay fifty cents, and for want of other accoutrements, excepting knapsacks and ammunition, shall forfeit and pay six cents for each and every article so deficient. PROVIDED, That no militia man shall be liable to such fines, who, in the opinion of a majority of the commissioned officers of the company, may be deemed unable to procure arms or accoutrements, or either of them.

VII. AND BE IT ENACTED, That in order to ascertain those persons, who, by their absence on days of exercise, shall be liable to the fines and forfeitures of this act, a sergeant of the troop or company shall, on every such day, in the presence of the captain or commanding officer of the troop or company, one hour after the time appointed for the meeting of the troop, company, battalion, squadron or regiment, and also after the exercise is over, and before the men are discharged, call over the roll of the troop or company, noting those who are absent.

*Roll when to be called.*

VIII. AND BE IT ENACTED, That the commanding officer of each regiment shall hear and decide upon the reasons assigned by the other field officers thereof for the non performance of duties, for which they are punishable by fine, provided such reasons be offered within ten days, and the field officers of each regiment, or commandants of independent battalions, shall meet at some convenient time and place, not exceeding twelve days after any regimental or battalion training, or after the call of the whole or a part thereof into actual service, if it may be necessary, of the time and place of which meeting, at least eight days notice shall be given by the commandants of regiments or independent battalions; and the said officers, when so met shall hear and decide upon the reasons assigned by the captains, subalterns and staff officers, for the non performance of duties, for which they are punishable by fine; and the commissioned officers of each troop or company, or a majority of them shall meet at some convenient time and place, not exceeding fifteen days after any regimental, battalion, or troop or company training, or the call of a part or the whole into actual service, of which time and place, due notice shall be given, by advertisements set up in at least three of the most public places in the bounds of the troop or company, at least eight days previous thereto, and shall then hear and decide upon the reasons assigned by the non commissioned officers and privates, for the non performance of duties, for which they are punishable by fine; and the said officers, respectively so appointed to hear and decide upon the reasons offered by the commissioned officers, non commissioned officers and privates for non performance of duties and deficiency of equipments, for which they are punishable by fine, shall, at the expiration of twenty days, make out duplicate lists of such assessment, noting the names of such delinquents as have paid, one whereof he or they shall, without delay, deliver to the paymaster of the regiment who shall, deliver the same to a justice of the peace, within the bounds of the regiment or independent battalion, who is hereby required, forthwith to issue execution against the persons named in the said list, for the sums annexed to their respective names, with the same costs as are allowed them on the return of the State taxes, directed to one of the constables of the county, who is hereby required to levy the same of the goods and chattels of the respective delinquents, and to pay the several sums contained in the said execution, within thirty days, to the paymaster of the regiment or independent battalion, to whom the said delinquents belong; and the other of the said lists, he or they shall deliver or safely transmit to the commanding officer of the regiment or independent battalion, to serve as a check on the said paymasters, in the settlement of their accounts.

*Excuses for non performance of militia duties, which are punishable by fines, when and by whom to be heard and decided.*

*Duplicate lists of delinquents to be made out, and how to be disposed of.*

*Militia fines, how to be recovered.*

IX. AND BE IT ENACTED, That if any money shall remain in the hands of any constable, after making sale of the property of a delinquent, and paying the fines of such delinquent, such money shall be paid by the said constable to the said delinquent; but if he shall refuse to receive the same, then the constable shall pay the said money to the paymaster of the regiment or independent battalion, to which such delinquent belongs, to and for the use of such delinquent.

*Overplus money of fines, to whom to be paid.*

X. AND

Digitized by Google

A. D. 1799.

Fines on minors, and apprentices, by whom to be paid.

X. AND BE IT ENACTED, That the fines and forfeitures imposed by this act on minors, living with their parents, and others having the proper care or charge of them, and those of apprentices, shall be paid by their respective parents, guardians, masters or mistresses, or levied of their respective goods and chattels.

Who shall compose the court of appeals, in cases of fines for non performance of military duty.

XI. AND BE IT ENACTED, That the commanding officer of each battalion or squadron shall call to his assistance the surgeon or surgeon's mate of the same, and a justice of the peace, or one of the chosen freeholders, residing within the limits thereof, who shall constitute a court for hearing and deciding on appeals, and shall meet for that purpose on the first Monday in November, yearly, at some convenient place, to be appointed by the said commanding officer, public notice whereof shall be given by advertisements, fixed up in at least three of the most public places within the limits of the said battalion or squadron, at least ten days previous to the day of meeting ; and all persons, supposing themselves aggrieved by any fines or forfeitures imposed on them for the non performance of military duty, may apply to the said court, who are hereby vested with full power and authority to hear and decide upon the excuses offered, and to remit any fines or forfeitures for just and equitable reasons, and a certificate from the said court, or any two of the members thereof, shall entitle the appellant to receive from the paymaster of the regiment or independent battalion any sum so remitted. PROVIDED ALWAYS, That no appeal shall be allowed, unless the fines and forfeitures be first paid.

What fees shall be paid to particular officers for certain specified services.

XII. AND BE IT ENACTED, That the following fees shall be paid to the officers hereafter named, to wit : To the major, for advertising and attending every election of company officers, two dollars ; to the members composing the board of officers for settling the accounts of the paymasters, one dollar each, for every day they may be engaged in the settlement of the said accounts ; to the members of the court of appeals, one dollar each, for every day they may be engaged therein ; and to the adjutant, one dollar, for every day necessarily employed in summoning courts martial, or other extra service in the execution or his office : all which sums shall be paid by the respective paymasters, on a certificate under the hand of the commanding officer of the regiment or independent battalion, to which they respectively belong, and shall be allowed in the settlement of their accounts.

Fines to be paid to the paymaster, and their appropriation.

XIII. AND BE IT ENACTED, That all fines and forfeitures, that shall be incurred as well for non attendance on days of exercise, and deficiency of equipments, as for neglect of performing tours of duty, and also all such fines as shall be imposed by courts martial, or otherwise, on persons made liable by this act, shall be returned and paid into the hands of the paymaster of the regiment or independent battalion, from which such fines and forfeitures may be due, and shall be applied to the use of such regiment or independent battalion, in the manner by this act directed. And it shall be the duty of the said paymasters, respectively, to pay all such draughts as shall from time to time be made on him, agreeably to this act, by the commanding officer of the regiment or independent battalion, to which they respectively belong.

Accounts of paymasters, how to be kept, and by whom to be settled.

XIV. AND BE IT ENACTED, That the paymasters of the different regiments or independent battalions, for the time being, shall keep proper and distinct accounts of all monies received for fines and forfeitures, and enter the same separately in a book to be kept for that purpose ; and all draughts of the commanding officer of the regiment or independent battalion, for which proper vouchers shall be produced, shall be allowed to the said paymasters, respectively, in the settlement of their accounts ; and the field officers of each regiment, and commandants, and two senior captains of independent battalions, are hereby constituted a board for that purpose, and are authorised and empowered, every twelve months, to inspect, and if approved by them, finally to allow the same ; and the said paymasters are hereby allowed and authorised to retain in their hands five per cent. on all monies by them received and paid, which shall be allowed them in the settlement of their accounts ; and if it shall appear that any of the said paymasters have been guilty of male practice or embezzlement, the said board of officers of each regiment or independent battalion shall put such delinquent paymaster under arrest, and if upon trial by a court martial, he shall be found guilty, he shall be cashiered

Their allowance.

Penalty on paymasters for male practice.

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.14028   Page 246 of 326

eashiered and fined by the said court, in any sum not exceeding sixty dollars ; and the succeeding paymaster shall prosecute said delinquent, for any sum or sums of money remaining in his hands belonging to the regiment or independent battalion, to which such delinquent did belong, in any court, where the same may be cognizable, and recover the same, with costs.

XV. And be it enacted, That one drum and one fife major, and one trumpeter may be employed by the commanding officer of each regiment or independent battalion, whose duty it shall be to instruct and exercise the drummers, fifers and trumpeters of each company or troop in the necessary military musie, at such times and under such regulations, as the commanding officer of the regiment or independent battalion may direct, not exceeding twelve days in the year, and shall for such services be paid the sum of two dollars, per day each, by the county collector of each county, out of the exempt monies, on the certificate of the commanding officer of the regiment or independent battalion, where he may so practise or be employed ; and the said drummers, fifers and trumpeters, shall each be paid as aforesaid, fifty cents per day, for the time they shall attend to such instruction.

*Persons may be employed to instruct drummers, &c. in military music.*

XVI. And be it enacted, That it shall be lawful for the commanding officers of the respective regiments, independent battalions and squadrons, from time to time, to draw from the collectors of the respective counties, such sums as may be necessary for the purchase or repair of drums, fifes, trumpets, or colours for their respective regiments, battalions and squadrons ; and the said draughts shall be allowed the said county collectors, in the settlement of their accounts with the treasurer, as so much of the exempt fines hereby directed to be raised in the said county ; but if a sufficiency for that purpose should not be in the treasury from said county, the treasurer is hereby directed to pay the said deficiency unto the said county collector, out of the exempt money in the treasury.

*How monies may be procured for the purchase or repair of drums, fifes, trumpets, and colours.*

XVII. And be it enacted, That the commander in chief of this State, for the time being, may, in case of invasion or other emergency, when he shall judge it necessary, order out any proportion of the militia of this State, to march to any part thereof, and continue as long as he may think it necessary, not exceeding two months.

*Governor may order out militia, in case of invasion, or other emergency.*

XVIII. And be it enacted, That all able bodied white male inhabitants between the ages of eighteen and forty five years, who have been or may be exempted from military duty, on paying annually the sum of three dollars for such exemption, shall, notwithstanding, be liable to be draughted in the same manner as the enrolled militia, when called into actual service ; for which purpose the several captains of militia within this State shall enter upon their lists the names of all such exempts as may reside within the bounds of their respective companies ; and the exempts, when so draughted, shall be under the same regulations, and liable to the same fines and penalties with the enrolled militia of this State.

*Exempts from military duty liable to be draughted for actual service.*

XIX. And be it enacted, That when a part of the militia shall be called into actual service, it shall be the duty of the captain or commanding officer to divide his troop or company (including the exempts referred to in the preceding section) into as many classes as there shall be men required of him, and by lot, enlistment, or draught, to detach one man from each class ; and such draught or detachment shall be officered with such officer or officers, and of such grades as shall be proper, agreeably to military discipline ; the tour of duty of which commissioned officers shall be determined by a roaster to be kept by the adjutant for that purpose : And further, That no non commissioned officer or private shall (after the making of the first draught) be liable to perform actual service, until it shall become his proper tour agreeably to a roaster of the company, to be kept by the commanding officer of the same ; and that no draught or detachment shall be continued in service more than two months at any one time, and if necessary, they shall be relieved by a detachment to be made in the manner aforesaid ; which relief shall arrive at least two days before the expiration of the term of the detachment to be relieved ; but nothing herein contained shall prevent the commander in

*Draughts for actual service, how to be made.*

*Roasters to be kept, and persons to take their tour agreeably thereto.*

*Detachments not to be in service more than two months at a time.*

5 I.

Digitized by Google

442          L A W S   O F   N E W - J E R S E Y.

Pay of militia in actual service, when to commence.

in chief from calling into service the whole or any part of the militia, when the exigencies of the State shall, in his opinion, require it : AND FURTHER, That the pay of the militia in actual service shall commence two days before marching, and that they shall receive pay and rations at the rate of fifteen miles per day, on their return home ; and in requisitions by the president or congress of the United States, the like mode shall be pursued in draughting and turning out the quota of this State.

Persons may find substitutes.

XX. AND BE IT ENACTED, That it shall and may be lawful for any person, called to do a tour of duty, to find a substitute, who, if approved of by the captain or commanding officer of the company, may serve in the place of such person.

Notice of draughts, how to be given.

XXI. AND BE IT ENACTED, That when any draught or draughts of the militia shall be called to perform any tour of duty, the majors of the battalions shall cause each and every person so called, to be notified of such call, by a written or printed notice being delivered to him personally, or left at his house or usual place of abode, by some officer or other suitable person employed for that purpose by the commanding officer of the said company, at least three days before the time of assembling said militia, unless the commander in chief, on a sudden exigency, shall think proper to order any part of the militia into immediate and actual service, and then the notice, mentioning such special order, shall be given for immediate attendance ; and any person refusing or neglecting to perform such tour of duty, or to procure a substitute, shall pay a fine of twenty dollars for every such neglect or refusal ; which fines as aforesaid shall be paid to the captain or commanding officer of the company, to which such delinquent belongs, and be by him appropriated, under the direction of the commander of the regiment or battalion, to which the said company belongs, for the purpose of hiring substitutes to supply the place of the delinquents belonging to the said company ; and in case of a surplusage of money arising from such fines, it shall be paid to the paymaster of the regiment, to be appropriated and accounted for as other fines are directed to be by law.   And every non commissioned officer, whilst engaged in warning the company, to which he belongs, under the orders of the commanding officer of the company, shall receive one dollar per day, for the time he may be necessarily engaged in such duty.

Penalty for not performing a tour of duty, and how to be appropriated.

Rules for the government of the militia.

XXII. AND BE IT ENACTED, That the militia of this State shall be governed by the following articles, rules and regulations :

ARTICLE 1. If any field or other commissioned officer, at any review, or on any other occasion, when the regiment, battalion or company, to which he may belong, or in which he holds a command, is paraded in arms, shall misbehave, or demean himself in an unofficer like manner, he shall, for such offence, be cashiered, or punished by fine, at the discretion of a general court martial, as the case may require, in any sum not exceeding thirty dollars ; and if any non commissioned officer or private shall, on any occasion of parading the company, to which he belongs, appear drunk, or shall disobey orders, or use any reproachful or abusive language to his officers, or any of them, or shall quarrel himself, or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard, by order of the commanding officer present, until the company is dismissed, and shall be fined, at the discretion of a regimental court martial, in any sum not exceeding eight dollars.

Penalty for unofficer like behaviour.

Penalty on privates for being drunk, disobeying orders, using abusive language, or quarreling.

ARTICLE 2. If the commanding officer of any regiment, battalion or squadron, shall neglect or refuse to give orders for assembling his regiment, battalion, or squadron, at the time appointed by this law, or at the direction of the inspector of the brigade, to which he belongs, when the said inspector is thereto commanded by the commander in chief, or in case of an invasion of the city or county, to which such regiment, battalion, or squadron belongs, he shall be cashiered, and punished by fine not exceeding one hundred dollars, at the discretion of a general court martial ; and if a commissioned officer of any company or troop shall, on any occasion, neglect or refuse to give orders for assembling the company, to which he belongs, or any part thereof, at the direction of the commanding officer of the regiment, battalion or squadron, to which such company or troop belongs, he shall be

Penalty on officers for not assembling militia at the time appointed, or agreeably to orders.

Digitized by Google

be cashiered or punished by fine not exceeding thirty dollars, at the discretion of a regimental court martial ; and a non commissioned officer offending in such case shall be fined, at the discretion of a regimental court martial, in any sum not exceeding twenty dollars.

*A. D. 1799.*

ARTICLE 3. If any captain or commanding officer of a company or troop shall refuse or neglect to make out a list of the persons, noticed to perform any tour of duty, and send or convey the same to the commanding officer of the regiment, battalion, or squadron, to which such company or troop may belong ; for such neglect or refusal, he shall be cashiered or fined, at the discretion of a regimental court martial, in any sum not exceeding thirty dollars.

*Penalty on captain for not making and sending a list of the person to perform a tour of duty.*

ARTICLE 4. If any militia man shall desert, while he is on a tour of duty, he shall be fined in any sum not exceeding twenty dollars for every such offence, or may be imprisoned for any time not exceeding two months, at the discretion of a court martial ; and if a non commissioned officer, he shall also be degraded, and placed in the ranks.

*Desertion, while on a tour of duty, how to be punished.*

ARTICLE 5. Every general court martial shall consist of thirteen members, all of whom shall be commissioned officers, and of such rank as the case may require ; and the senior officer shall be president, and not under the rank of a field officer.

*A general court martial, how to be composed.*

ARTICLE 6. Every regimental court martial shall be composed of five members, all commissioned officers, the senior officer to be president, not under the rank of a captain.

*A regimental court martial, how to be composed.*

ARTICLE 7. In any court martial, not less than two thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted.

*Two thirds of the court martial must agree or the party be acquitted.*

ARTICLE 8. The president of each and every court martial, whether general or regimental, shall require all witnesses, in order to the trial of offenders, to declare on oath or affirmation, that the evidence they shall give is the truth, the whole truth, and nothing but the truth ; and the members of all such courts shall take an oath or affirmation, which the president is required to administer to them, that they will give judgment with impartiality ; and the officer next in rank to the president, shall administer the like oath or affirmation to the president.

*Witnesses before, and members of courts martial to be sworn.*

ARTICLE 9. Every militia man, called as a witness in any case, before a general court martial, who shall neglect or refuse to attend and give evidence, shall be censured or fined at the discretion of the court, not exceeding one hundred dollars, and if before a regimental court martial, not exceeding twenty five dollars, unless he shall render a satisfactory reason to the president of the court for his non attendance, in one month thereafter.

*Penalty on witnesses for not attending, and giving evidence.*

ARTICLE 10. No officer or private, being charged with transgressing these rules, shall be suffered to do duty in the regiment, company or troop, to which he belongs, until he has had his trial by a court martial ; and every person, so charged, shall be tried as soon as a court martial can be conveniently assembled.

*Transgressors against these rules not to do duty till tried.*

ARTICLE 11. If any officer or private shall think himself injured by the commanding officer of the regiment, battalion or squadron, and shall upon due application made to him, be refused redress, he may complain to the brigadier general, who shall direct the inspector of the brigade to summon a general court martial, that justice may be done.

*Party injured by the commanding officer of the regiment, battalion, or squadron, how to be redressed.*

ARTICLE 12. If any inferior officer or private shall think himself injured by his captain or other superior officer in the regiment, troop or company, to which he belongs, he may complain to the commanding officer of the regiment or independent battalion, who shall summon a regimental court martial, for doing justice according to the nature of the case.

*Party injured by his captain, &c. how to be redressed.*

ARTICLE 13.

Digitized by Google

444          L A W S   O F   N E W - J E R S E Y.

A. D. 1799.
Punishment, how
far discretionary.

ARTICLE 13. No penalty shall be inflicted at the discretion of a court martial, other than degrading, cashiering, fining, or imprisoning agreeable to the fourth article.

How far and by
whom offenders may
be pardoned, and pen-
alties mitigated.

ARTICLE 14. Every offender, convicted by any regimental court martial, may be pardoned or have the penalty mitigated by the commanding officer of the regiment or independent battalion, excepting only where such censures or penalties are directed as a satisfaction for injuries received by any officer or private from another: but in case of officers, every sentence of a court martial shall be approved of by the commander in chief, or the major general of the division, who are respectively empowered to pardon or mitigate such sentence.

Hours of exercise
not to exceed six.

ARTICLE 15. The militia, on the days of exercise, may be detained under arms, on duty in the field, any time not exceeding six hours, provided they are not kept above three hours under arms at any one time, without allowing them a proper time to refresh themselves.

Spirituous liquors, at
the place of exercise,
prohibited.

ARTICLE 16. Any person, who shall bring any kind of spirituous liquors to the place of exercise, shall forfeit such liquors, for the use of the poor, belonging to the city or township, where such exercise is had; and the commanding officer of the regiment, battalion or company, is charged with the execution of this article.

Rules of discipline,
what.

ARTICLE 17. The rules of discipline, approved and established by congress, in their resolution of the twenty ninth day of March, one thousand, seven hundred and seventy nine, shall be the rules of discipline to be observed by the militia throughout this State, except such deviations from said rules, as may be rendered necessary by the requisitions of the acts of congress, or some other unavoidable circumstances. It shall be the duty of the commanding officer, at every training, whether by regiment or single company, to cause the militia to be exercised and trained, agreeably to the said rules of discipline; and the instructions laid down by the Baron Steuben, and annexed to the said rules of discipline, pointing out the respective duties of the officers, non commissioned officers and privates, are recommended and enjoined upon the militia of this State, as particularly and fully as if the said instructions were repeated in this act at length.

Allowance to offi-
cers attending court
martial, and witnesses.

XXIII. AND BE IT ENACTED, That every officer, who shall attend on courts martial, or courts of enquiry, shall be entitled to receive from the paymaster of the regiment or independent battalion, in which the offender resides, the sum of one dollar each, for every day he shall attend; and all persons attending before said courts, or either of them, as witnesses, shall be entitled to receive from the said paymaster, fifty cents each per day, provided that no more than two witnesses on the part of the State, and two witnesses on the part of the offender, shall be entitled to pay; all which sums shall be paid by the said paymaster, on certificates signed by the president of the court martial.

Salary of the adju-
tant general and brig-
ade inspectors.

XXIV. AND BE IT ENACTED, That the adjutant general, for the time being, shall be allowed, as a compensation for his services, the sum of one hundred and fifty dollars, annually, on his producing a certificate from the governor of the State, certifying that he has performed the services required of him by law; and the several brigade inspectors of infantry, shall be entitled to receive of the treasurer, for the time being, out of the exempt money in the treasury, the sum of thirty dollars each, annually, after the passing of this act, upon their producing to the said treasurer a certificate from the brigadier general of the brigade, to which they belong, certifying that they have performed the services required of them by law.

Cavalry horses by
whom to be appraised,
and how to be paid for.

XXV. AND BE IT ENACTED, That the brigade inspector shall call to his assistance two reputable freeholders, above forty five years of age, who shall appraise on oath or affirmation, the horse of each person serving as a light horse man, immediately before the time of going into actual service, and describe the age, size, colour and marks of the said horse, and enter the same in a book; and in case such horse shall be killed or be taken by the enemy, he shall be paid the full value of his horse, according to the said appraisement, by an order to be
drawn,

Digitized by Google

drawn, on the certificate of the inspector, by the brigadier general or commanding officer of the brigade, on the treasurer of this State, provided such claim be made in one year after the loss so sustained.

A. D. 1799.

XXVI. AND BE IT ENACTED, That it shall and may be lawful for the captains or commanding officers of the several companies of cavalry, artillery, infantry and grenadiers, to enroll in their respective companies, from the several companies composing the regiment or battalion, to which they may belong, such men as may, from time to time, be necessary to complete their respective companies; and a certificate from the said captain or commanding officer shall exonerate the bearer from serving or paying any fine thereafter imposed on him by the officers of the company, to which he formerly belonged, any law, usage or custom to the contrary notwithstanding. PROVIDED ALWAYS, That it shall not be lawful for the captain or commanding officer of the cavalry, artillery, or other uniform company, to grant a certificate to any person prior to his appearing in uniform agreeably to law.

*Uniform companies, how to be completed.*

XXVII. AND BE IT ENACTED, That every captain, lieutenant, or ensign, who shall from time to time be chosen by the several companies, shall report his acceptance of the office, within thirty days after having received notice thereof, to the major or commanding officer of the regiment or battalion; and in case such report is not made as aforesaid, the said office shall be deemed as vacant. And the resignation of every captain, lieutenant and ensign, shall be delivered to the lieutenant colonel or commanding officer of the regiment, independent battalion, or squadron, to which the said company or troop shall belong; and where vacancies shall happen in any company or troop, by the death, removal or resignation of a captain, lieutenant, ensign or cornet, it shall be lawful for the commanding officer of the regiment or independent battalion, by warrant under his hand and seal, directed, if by the commanding officer of the regiment, to the major or commanding officer of the battalion or squadron, to which such company or troop belongs; if by the commanding officer of an independent battalion, to the senior captain thereof, to hold an election, within the limits of such company or troop, to supply the vacancy occasioned by the non acceptance, resignation, removal, death or otherwise, of any such officer; and thereupon the said major or commanding officer of the said battalion or squadron, or senior captain, shall give fifteen days notice, by advertisement in three of the most public places within the limits of such company, of an election to supply the place of the officer or officers of the company or troop, which may be vacant; and the said company or troop, or such of them as may attend, shall proceed, by plurality of votes, to choose such officer or officers residing within the bounds of the said company or troop; and the said major or commanding officer of the said battalion or squadron, or senior captain, shall certify under his hand and seal, annexed to, or endorsed on the warrant aforesaid, the name and rank of each officer, so chosen or elected, to the commander in chief of the State, who shall commission the said officer accordingly.

*The acceptance and resignation of certain militia officers, how to be signified and made.*

*Vacancies, how to be supplied.*

XXVIII. AND BE IT ENACTED, That if any commissioned officer shall remove out of the bounds of his proper division, brigade, regiment, battalion, squadron, troop or company, or shall be absent therefrom more than nine months, his office shall be thereby vacated.

*Offices vacated by removal or absence for nine months.*

XXIX. AND BE IT ENACTED, That if the lieutenant colonel, major and captains of any regiment, or the major and captains of any independent battalion in this State, shall think it necessary to make an alteration in the bounds of any company, battalion or regiment, then the said lieutenant colonel, majors and captains, or the said major and captains, as the case may be, shall, under their hands in writing, apply to the brigadier general to make such alteration as they may think necessary; and the said brigadier general is hereby authorised to make such alteration as he may think necessary in any regiments, battalions or companies within his brigade, and shall inform the said officer or officers, commanding the said regiments, battalions or companies, of such alteration, who are hereby required to give at least ten days notice, by advertisement, of such alteration, previous to the meeting of the said regiments, battalions or companies; and all persons, annexed to any regiments, battalions or companies as aforesaid, shall be

*Alteration in the bounds of a company, how to be effected.*

5 M

subject

Digitized by Google

446　　　　L A W S　 O F　 N E W - J E R S E Y.

A. D. 1799.

subject to the command of the said officers, respectively, and also to all fines and penalties for neglect of duty, which are inflicted by law on persons, who originally belonged to the said regiments, battalions or companies.

*New companies, how to be formed.*

XXX. AND BE IT ENACTED, That if, at any time hereafter, from the encrease of the militia, or otherwise, it shall be deemed necessary, in the opinion of the field officers of any regiment, to form a new company or companies, it shall be lawful for the brigadier general, upon application of the field officers, to order such company or companies to be formed accordingly, and to attach them to their proper battalions ; which company shall choose their officers in the presence of the major ; and the officers shall be commissioned by the commander in chief, upon a certificate signed by the said major.

*Militia men exempt from paying toll, and to pay no more than one third ferriage.*

XXXI. AND BE IT ENACTED, That no officer or private shall, on the way to or from the place of any review, regimental or company training, to which he shall belong, pay more than one third of the usual rate of ferriage, or be charged any toll for passing any toll bridge ; and if any ferryman or keeper of any toll bridge, shall refuse a passage, or make a demand contrary to the directions of this act, he shall, for each offence, forfeit and pay the sum of eight dollars, to be recovered by any person, who will sue for the same, one half to the prosecutor, and the other half to the paymaster, for the use of the regiment or independent battalion, where such demand or refusal is made, any law, usage or custom to the contrary notwithstanding.

*Candidates not to treat on days of election.*

XXXII. AND BE IT ENACTED, That no candidate shall give any spiritous liquors or treat to any officers or privates on any day of election of officers, under the penalty of twenty dollars.

*In suits for things done under this act, the general issue may be pleaded, &c.*

XXXIII. AND BE IT ENACTED, That if any suit shall be brought or commenced against any person, for any thing done in pursuance of this act, the venue shall be laid in the county, where the cause of action arose ; and the defendant in such action may plead the general issue, and give this act and the special matter in evidence.

*Captains yearly, to deliver rolls of their companies to the assessors.*

XXXIV. AND BE IT ENACTED, That the captains or commanding officers of the different companies or troops of militia in this State shall, yearly, on or before the twentieth day of June, make and deliver a full and complete roll, on oath or affirmation, to the assessors of the respective townships, in which they reside, of all persons duly enrolled in their respective companies, who perform military duty ; for which service the said captains or commanding officers shall respectively be entitled to receive of the collector of the county, the sum of one dollar, on producing a receipt of his having delivered the said roll to the assessor as aforesaid ; and the assessors of the several townships of this State, shall, yearly, between the twentieth day of June and the twentieth day of August, take an exact list of the names and sirnames of all free white male inhabitants in their respective townships, between the ages of eighteen and forty five years, except such persons as are exempted from militia duty by the first section of this act, and all general, field and staff officers in actual commission, and excepting those, who shall produce to the said assessor a certificate signed by the commanding officer, surgeon or surgeon's mate, and any one captain of said battalion, to which they belong, or any two of them, of their inability of body to perform military duty ;

*Persons of bodily inability to be exempt from military duty, and to be assessed, annually, three dollars.*

and the said assessors, respectively, shall, after comparing the returns made by the respective captains or commanding officers, with the list of the names by them respectively taken, insert all the names not contained in the rolls or returns made by the said captains or commanding officers, in a separate list to be annexed to their respective duplicates or tax lists, and they and every of them, shall be considered as exempts, and the several assessors shall fine them in their respective duplicates, the sum of three dollars each, over and above the amount of their taxes ;

*A list of such exempts to be delivered to the collectors, and an abstract thereof to the treasurer.*

and the said assessors shall, yearly and every year, make out a duplicate list of the names of every exempt contained in his or their respective duplicates or tax lists, and shall deliver or safely transmit the same to the collector of their respective counties ; and also, at their annual meeting in September, yearly, make out a general abstract of the same, which they shall deliver or safely transmit to the said county collector, who is hereby required and enjoined to deliver

Digitized by Google

deliver or safely transmit the same to the treasurer of the State; and the said treasurer shall thereupon charge the county, in which the said townships are situated, with the amount of the money due on the said duplicate lists for exempt fines, in the public books of his office; and the several county collectors of this State, shall pay forward to the treasurer thereof the sum due on the respective lists for exempt fines, over and above the quotas due from the several counties by law, on the same day, on which the said quotas become due, unless he or they shall produce an account from the township collector or constable, certified on oath or affirmation, that the persons named in the said account for exempt fines are either dead, absconded, or insolvent, and that the money cannot be recovered; and on neglect thereof, the said treasurer shall prosecute the said county collector for and recover the same, or any part thereof, in any court where the same may be cognizable; and the said treasurer is hereby directed to keep separate and distinct accounts of all monies received in pursuance of this act, and to lay an account thereof, annually, before the legislature.  And if any assessor shall neglect or refuse to insert the names of the persons not contained in the company rolls as aforesaid, he shall forfeit and pay the sum of six dollars for every name by him omitted or neglected to be inserted in his duplicate, to be recovered by the collector of the township, in an action of debt, in any court where the same may be cognizable, with costs of suit, to and for the use of the State; and the said assessors, respectively, shall be entitled to receive, in addition to their other fees, to which they are entitled by law, the sum of two cents for every name contained in their lists, of all persons between the ages of eighteen and forty five years; and the said collectors, respectively, shall be entitled to receive, in addition to their other fees, the sum of two cents for the name of every exempt contained in their respective duplicates; all which fees shall be paid by the county collector, out of the exempt fines, and a receipt of such payment, with two cents on a dollar, shall be allowed such county collector in his settlement with the treasurer.

Penalty on assessors for neglect of certain duties.

Allowance to them.

Allowance to the county collector.

XXXV. AND BE IT ENACTED, That the commanding officer of the regiment or independent battalion, the surgeon or surgeon's mate, and any one captain of the same, shall constitute a court of appeal, and shall meet for that purpose on the second Monday in November, yearly, at some convenient place to be appointed by the said commanding officer, public notice whereof shall be given by advertisements, fixed up in at least three of the most public places within the limits of the said battalion or regiment, at least ten days previous to the day of meeting; and any person, who may think himself aggrieved, may apply to the said court, which is hereby invested with full power and authority to hear and decide thereon; and if he shall make it appear to the satisfaction of the said court, that he is wholly unable to perform military duty, or not within the age prescribed by law, and is enrolled as a militia man, to remit such exempt fine; and a certificate from the officers, composing the said court, or any two of them, shall be deemed good and valid, and the appellant shall thereupon be discharged from the payment thereof; and the said court shall make out and transmit a duplicate certificate to the collector of the county, in which such applicant resides; which certificate shall be allowed as a sufficient voucher to the county collector, in his settlement with the treasurer of this State, for so much of the exempt fines.

Who shall constitute a court of appeals in cases of improper enrollments; when to meet, and power of this court.

XXXVI. AND BE IT ENACTED, That the respective township collectors shall collect the said exempt fines, at the same time and in the same manner, in which the township quota of other taxes is directed by law to be collected; and if the said township collectors, or any of them, shall neglect or refuse to pay forward the amount of exempt fines as aforesaid, the collector of said county shall prosecute for and recover the same, in the manner the State taxes are recoverable.

Exempt fines, how to be collected.

XXXVII. AND BE IT ENACTED, That if any assessor shall neglect or refuse to execute any of the duties enjoined on him by this act, he shall forfeit and pay the sum of thirty dollars for each offence, to be recovered by action of debt, with costs of suit, by the collector of the county; and if any county collector shall neglect or refuse to execute any duty enjoined on him by this act, he shall forfeit and pay the sum of one hundred dollars for each offence, to be recovered by action of debt, with costs, by the treasurer of this State, and applied to the use of the State; and all other officers, as well civil as military, who shall neglect or refuse

Penalty on assessors for neglect of duty;

Or county collectors;

And on all other officers.

A. D. 1799.

Digitized by Google

448　　　L A W S　O F　N E W - J E R S E Y.

A. D. 1799.

fuse to perform any of the duties required of them by this act, and not otherwise punishable by the same, or who shall neglect or refuse to pay forward the monies by them received, in pursuance of this act, to the paymaster of the regiment or independent battalion, to which they belong, or in which they reside, they shall respectively forfeit and pay the sum of thirty dollars for each offence, to be recovered, by action of debt, by the paymaster of the said regiment or battalion, in any court where the same may be cognizable, with costs of suit, to and for the use of the said regiment or independent battalion ; and shall moreover be liable to an action at the suit of the said paymaster of the regiment or independent battalion for the sums, which may be in his or their hands, to be recovered in any court where the same may be cognizable, with costs of suit, to be applied as aforesaid.

Youths to be taught music, &c.

XXXVIII. AND BE IT ENACTED, That if any youth of the age of twelve years, and not exceeding the age of eighteen years, shall with the consent and approbation of his parents, attach himself to any company of militia for the purpose of learning to beat the drum, play on the fife, or blow the trumpet, provided the number shall not exceed one person for the drum and one for the fife, in each company, and one for the trumpet in each troop of horse, every such person or persons shall be put under the instructions of the drum or fife major, or trumpeter, as the case may be, whose duty it shall be to teach such person or persons in the best manner in his power ; and as soon as such person or persons shall be able to perform field duty, to the satisfaction of the commanding officer, he shall draw his warrant on the paymaster of the regiment, in favor of the drum or fife major, or trumpeter, who may have taught such person or persons to beat the drum, play the fife, or blow the trumpet as aforesaid, for the sum of ten dollars for every person so taught ; and the person so taught shall be furnished with a suit of regimentals, to be paid for out of the funds of the regiment or battalion, as the case may be ; and the father of every youth, who shall have been instructed as aforesaid, shall be exempted and excused from every kind of military duty, so long as his son shall continue to perform the duties of a drummer, fifer, or trumpeter in any militia company or troop, and be under the age of eighteen years.

Surplus money in the hands of paymasters, how to be appropriated.

XXXIX. AND BE IT ENACTED, That the surplus money, which may be in the hands of any paymaster of any regiment or independent battalion, on the settlement of his accounts, shall be appropriated to the purchase of arms and accoutrements for the use of the said regiment or independent battalion, at the discretion of a majority of the commissioned officers thereof. 

Militia on parade days not to be arrested, and arms not to be levied on.

XL. AND BE IT ENACTED, That no commissioned officer, non commissioned officer, or private, shall be arrested on any civil process in going to or returning from any place of exercise or training, nor shall any arms or accoutrements of a militia man be levied on or sold by virtue of any execution.

Former acts repealed.

XLI. AND BE IT ENACTED, That the act, entitled, " An Act for organizing and training the militia of this State," passed the thirtieth day of November, one thousand, seven hundred and ninety two. and the several supplements thereto, be, and the same are hereby repealed. PROVIDED ALWAYS, That nothing herein contained shall be deemed to repeal, alter or dispense with the powers, authorities, or duties of the several officers under the said acts, in and concerning the fines, penalties, and forfeitures heretofore incurred under the same, and that the proper officers be, and they are hereby authorised and enjoined to collect, or cause to be collected, all such fines and forfeitures as have been incurred, and pay the same agreeably to the laws aforesaid, on or before the first day of January next : AND PROVIDED, That so much of this act as respects the time of trainings and exercises of the several regiments, battalions and independent battalions, shall not be in force until the first day of January next.

*A supplementary*

Digitized by Google

# EXHIBIT J

# L A W S

### OF THE

# STATE OF NEW-YORK,

#### COMPRISING THE

## CONSTITUTION,

#### AND THE

## ACTS OF THE LEGISLATURE,

#### SINCE THE REVOLUTION, FROM THE

### FIRST TO THE TWENTIETH SESSION, INCLUSIVE.



## IN THREE VOLUMES.

### VOLUME III.

Quan Leges aliæ Inper aliæ accumulatæ, eas de Integro retractare, et in Corpus redigere, et in Uno redigere, ex Uno &c. *BACO.*

Misera Servitus est ubi Jus est vagum aut incognitum. *4 Inst. 2, 6.*

F. — PRINTED BY THOMAS GREENLEAF—M,DCC,XCVII.

58   L A W S or N E W - Y O R K, Sixteenth Session.

## C H A P.   XLV.

### An ACT to organize the Militia of this State.

Passed 9th March, 1793.

WHEREAS, by the constitution of the United States, the congress has power to provide for organizing, arming, and disciplining the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the states respectively the appointment of the officers, and the authority of training the militia, according to the discipline prescribed by congress: And whereas the congress did, on the eighth day of May, one thousand seven hundred and ninety two, pass an act entitled, An act more effectually to provide for the national defence, by establishing an uniform Militia throughout the United States; which act is in the words following, viz.

*The act of Congress.*

" I. *Be it enacted by the senate and house of representatives of the United States of America in congress assembled,* That each and every free able bodied white male citizen of the respective states, resident therein, who is or shall be of the age of eighteen years, and under the age of forty-five years (except as is herein after excepted) shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company within whose bounds such citizen shall reside, and that within twelve months after the passing of this act. And it shall at all times hereafter

*Every free able bodied white man between the ages of 18 and 45 years to be enrolled by his captain within a certain time.*

be the duty of every such captain or commanding officer of a company to enrol every such citizen as aforesaid, and also those who shall from time to time arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty five years (except as before excepted) shall come to reside within his bounds, and shall without delay notify such citizen of the said enrolment, by a proper non-commissioned officer of the company by whom such notice may be proved. That every citizen so enrolled and notified, shall within six months thereafter pro-

*Every person enrolled to furnish himself with arms and ammunition.*

vide himself with a good musket or firelock, a sufficient bayonet and belt, two spare flints and a knapsack, a pouch with a box therein to contain not less than twenty four cartridges suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball, or with a good rifle, knapsack, shot pouch and powder horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder, and shall appear so armed, accoutred and provided, when called out to exercise or into service, except that when called out on company days to exercise only, he may appear without a knapsack. That the commissioned officers shall severally be armed with a

*Commissioned officers, how to be armed, &c.*

sword or hanger and espontoon; and that from and after five years from the passing of this act, all muskets for arming the militia, as herein required, shall be of bores sufficient for balls of the eighteenth part of a pound; and every citizen so enrolled

*Arms and accoutrements exempted from execution or sales for debt or taxes.*

and providing himself with the arms, ammunition, and accoutrements required as aforesaid, shall hold the same exempted from all suits, distresses, executions, or sales for debt, or for the payment of taxes.

II. *And be it further enacted,* That the Vice President of

*Exemptions from militia duty.*

the United States, the officers judicial and executive of the government of the United States, the members of both houses of congress and their respective officers, all custom-house officers with

their clerks, all post-officers and stage drivers who are employed in the care
and conveyance of the mail of the post-office of the United States, all ferry-
men employed at any ferry on the post road, all inspectors of exports, all
pilots, all mariners actually employed in the sea service of any citizen or
merchant within the United States, and all persons who now are, or may
hereafter be, exempted by the laws of the respective states, shall be, and
and are hereby, exempted from militia duty, notwithstanding their being
above the age of eighteen, and under the age of forty-five years.

III. *And be it further enacted,* That within one year after
the passing of this act, the militia of the respective states
shall be arranged into divisions, brigades, regiments, batta-
lions, and companies, as the legislature of each state shall direct; and each
division, brigade, and regiment, shall be numbered at the formation there-
of, and a record made of such numbers, in the adjutant general's office in
the state; and when in the field, or in service in the state, each division,
brigade, and regiment, shall respectively take rank according to their num-
bers, reckoning the first or lowest number highest in rank; that if the same
be convenient, each brigade shall consist of four regiments,
each regiment of two battalions, each battalion of five com-
panies, each company of sixty four privates; that the said
militia shall be officered by the respective states, as follows; To each divi-
sion, one major general and two aids-de-camp, with the rank of major;
to each brigade, one brigadier general, with one brigade in-
spector, to serve also as a brigade major, with the rank of a
major; to each regiment, one lieutenant colonel commandant, and to each
battalion one major; to each company, one captain, one lieutenant, one
ensign, four serjeants, four corporals, one drummer, and one fifer or bu-
gler; that there shall be a regimental staff, to consist of one adjutant and one
quarter-master, to rank as lieutenants, one pay-master, one surgeon, and
one surgeon's mate, one serjeant-major, one drum-major, and one fife-major.

IV. *And be it further enacted,* That out of the militia
enrolled as is herein directed, there shall be formed for each
battalion, at least one company of grenadiers, light infan-
try, or riflemen; and that to each division there shall be at
least one company of artillery and one troop of horse;
there shall be to each company of artillery, one captain,
two lieutenants, four serjeants, four corporals, six gunners, six bombardiers,
one drummer, and one fifer; the officers to be armed with a sword or
hanger, a fusee, bayonet and belt, with a cartridge box to contain twelve
cartridges; and each private or matross shall furnish himself with all the
equipments of a private in the infantry, until proper ordnance and field ar-
tillery is provided. There shall be to each troop of horse, one captain,
two lieutenants, one cornet, four serjeants, four corporals, one saddler, one
farrier, and one trumpeter; the commissioned officers to furnish themselves
with good horses of at least fourteen hands and an half high, and to be
armed with a sword and pair of pistols, the holsters of which to be covered
with bear-skin caps; each dragoon to furnish himself with a serviceable
horse, at least fourteen hands and an half high, a good saddle, bridle, mail-
pillion and valise holsters, and a breast-plate and crupper, a pair of boots
and spurs, a pair of pistols, a sabre, and a cartouch box to contain twelve
cartridges for pistols. . That each company of artillery and
troop of horse shall be formed of volunteers from the brig-
ade, at the discretion of the commander in chief of the

*Marginal notes:*

Arrangement of the militia into divisions.

What each brigade, regiment, battalion, and company, is to consist of.

Militia to be officered by the states.

To each battalion, one company of grenadiers, light infantry, or riflemen. To each division, at least one company of artillery & one troop of horse.

The artillery company and troop to be formed of volunteers from the brigade.

Digitized by Google

ſtate, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry, and ſhall be uniformly cloathed in regimentals, to be furniſhed at their own expence, the colour and faſhion to be determined by the brigadier commanding the brigade to which they belong.

*Regiments and companies, how to be provided with colours, drums and fifes.*

V. *And be it further enacted,* That each battalion and regiment, ſhall be provided with the ſtate and regimental colours by the field officers, and each company with a drum and fife, or bugle horn, by the commiſſioned officers of the company, in ſuch manner as the legiſlature of the reſpective ſtates ſhall direct.

*One adjutant general to be appointed in each ſtate, and his duty pointed out.*

VI. *And be it further enacted,* That there ſhall be an adjutant general appointed in each ſtate, whoſe duty it ſhall be to diſtribute all orders from the commander in chief of the ſtate, to the ſeveral corps, to attend all public reviews when the commander in chief of the ſtate ſhall review the militia, or any part thereof, to obey all orders from him, relative to carrying into execution and perfecting the ſyſtem of military diſcipline, eſtabliſhed by this act; to furniſh blank forms of different returns that may be required, and to explain the principles on which they ſhould be made, to receive from the ſeveral officers of the different corps throughout the ſtate, returns of the militia under their command, reporting the actual ſituation of their arms, accoutrements and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and diſcipline : All which the ſeveral officers of the diviſions, brigades, regiments and battalions, are hereby required to make in the uſual manner, ſo that the ſaid adjutant general, may be duly furniſhed therewith ; from all which returns, he ſhall make proper abſtracts, and lay the ſame annually before the commander in chief of the ſtate.

*What rules of diſcipline are to be obſerved by the militia.*

VII. *And be it further enacted,* That the rules of diſcipline, approved and eſtabliſhed by congreſs, in their reſolution of the 29th of March, one thouſand ſeven hundred and ſeventy nine, ſhall be the rules of diſcipline to be obſerved by the militia, throughout the United States, except ſuch deviations from the ſaid rules as may be rendered neceſſary by the requiſitions of this act, or by ſome other unavoidable circumſtances ; it ſhall be the duty of the commanding officer at every muſter, whether by battalion, regiment, or ſingle company, to cauſe the militia to be exerciſed and trained, agreeably to the ſaid rules of diſcipline.

*Commiſſioned officers, how to take rank.*

VIII. *And be it further enacted,* That all commiſſioned officers ſhall take rank, according to the date of their commiſſions, and when two of the ſame grade bear an equal date, then their rank to be determined by lot, to be drawn by them, before the commanding officer of the brigade, regiment, battalion, company or detachment.

*Any officer or private who ſhall be wounded in ſervice, and called out into the ſervice of the United States, to be taken care of at the public expence.*

IX. *And be it further enacted,* That if any perſon, whether officer or ſoldier, belonging to the militia of any ſtate, and called out into the ſervice of the United States, be wounded or diſabled while in actual ſervice, he ſhall be taken care of, and provided for at the public expence.

*Duty of the brigade inſpector pointed out.*

X. *And be it further enacted,* That it ſhall be the duty of the brigade inſpector, to attend the regimental and battalion meetings of the militia, compoſing their ſeveral brigades, during the time of their being under arms, to inſpect their arms, ammunition and accoutrements, ſuperintend their exerciſe and manœuvres, and introduce

the system of military discipline before described, throughout the brigade agreeable to law, and such orders as they shall, from time to time, receive from the commander in chief of the state, to make returns to the adjutant general of the state, at least once in every year of the militia, of the brigade to which he belongs, reporting therein, the actual situation of the arms, accoutrements and ammunition, of the several corps, and every other thing, which in his judgment, may relate to their government, and the general advancement of good order and military discipline ; and the adjutant general shall make a return of all the militia of the state, to the commander in chief of the said state, and a duplicate of the same, to the President of the United States."

*Such corps, &c. as by common usage have not been incorporated in the general militia regulations, to retain their privileges.*

    AND WHEREAS sundry corps of artillery, cavalry, and infantry, now exist in several of the said states, which, by the laws, customs or usages thereof, have not been incorporated with, or subjected to the general regulations of the militia ;

I. *Be it further enacted,* That such corps retain their accustomed privileges, subject nevertheless, to all other duties required by this act, in like manner with the other militia.

*Preamble to the provisions made by the state legislature.*

And whereas the reservations, contained in the said constitution, relative to the militia of the states respectively, render it necessary, that provision should be made in the premises by the legislature of this state ; Therefore,

*Militia to be arranged into four divisions, &c.*

II. *Be it enacted by the people of the state of New-York, represented in senate and assembly,* That the militia of this state, shall be arranged into four divisions, and that each division shall comprehend one of the great districts of this state, in each of which districts, a major-general shall be appointed, and each division shall be formed into as many brigades, and each brigade into as many regiments, and each regiment into as many companies as the commander in chief of the militia of this state, for the time being, shall, in his discretion, from time to time, deem meet and proper ; and shall also order, that at least one company of artillery, and one troop of horse, be formed from every brigade, or from such of them as he shall direct and require ; and all returns from the militia corps respectively, shall be made out and transmitted in such manner and at such time, as the said commander in chief shall, from time to time, direct and require.

*Militia to rendezvous three times a year.*

*Brigadier to appoint the times and places of regimental parade.*

*Colonel to appoint the times and places of rendezvous for the companies.*

*Major general to direct the times and places of meeting of the artillery & troops of horse.*

III. *And be it further enacted,* That the militia of this state, shall rendezvous three times in every year, for the purpose of training, disciplining and improving in martial exercise, twice by companies within their respective beats, and once by regiments, except as is herein after excepted ; and that each brigadier-general, shall appoint the regimental parades, at such time and place as he may think proper, as nearly central as may be, within each of the respective regiments, that the time and place of the rendezvous for the companies, shall be appointed by the colonel or commanding officer of the regiment, and arranged on different days, that the field and staff officers may have an opportunity of attending the several companies, exercised in detail, in order to introduce uniformity in the manœuvres, and discipline of the regiment ; that the artillery company and troop of horse, belonging to each division or brigade, shall meet at such times and places as shall be appointed for that purpose, by the major-general or commanding officer of the division.

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.14042   Page 260 of

*Court martial, of whom to confift, and Judge advocate, how to be appointed, who is to tender a certain oath to the members of the court.*

IV. *And be it further enacted,* That a court-martial shall confift of thirteen commiffioned officers, who shall appoint their own judge advocate, which judge advocate shall tender to each member, and each member is hereby required to take the following oath, " You ——, do fwear that you will, well and truly try and determine according to evidence, the matter now depending between the people of the ftate of New-York, and the perfon and perfons to be tried, and you do further fwear, that you will not divulge the fentence of the court, until the fame shall be approved or difapproved, purfuant to the act, entitled, An act to organize the militia of this ftate, neither will you, upon any account, at any time whatfoever, difclofe or difcover the vote or opinion of any particular member of the court-martial, unlefs required to give evidence thereof, by a court of juftice in a due courfe of law, fo help you GOD." And the prefident is hereby authorifed, to tender to the judge advocate, who is

*Prefident to tender an oath to the judge advocate.*

hereby enjoined to take the following oath, " You ——, do fwear, that you will not, upon any account, or at any time whatfoever, difclofe or difcover the vote or opinion of any particular member of the court-martial, unlefs required to give evidence thereof, as a witnefs by a court of juftice in a due courfe of law ; and that you will not divulge the fentence of this court, until the fame shall be approved or difapproved, purfuant to the act, entitled, An act to organize the militia of this ftate, fo help you GOD ;" and it shall and may be lawful, for the

*Prefident of the court may iffue his precept for fummoning witneffes.*

prefident of any fuch court, after he shall have received notice of his appointment, and he is hereby required, on application, to iffue his precept, directed to any witnefs or witneffes to be fummoned, commanding his, her or their attendance, at the time and place appointed for fuch court to fet, to give evidence in behalf of the people of this ftate, or for the perfon or perfons to be tried (as the cafe may be)

*Witneffes fo fummoned and making default fubject to a penalty.*

and fuch witnefs or witneffes being fummoned and making default, shall incur the like fines and forfeitures as are inflicted on witneffes, for their default, by the ninth fection of the act for the more fpeedy recovery of debts, to the value of ten pounds, paffed the feventeenth day of April, one thoufand feven hundred and eighty-feven ; and the prefident

*Prefident impowered to adminifter oaths to witneffes.*

of any fuch court-martial, shall be, and he is hereby impowered, to adminifter the ufual oath to fuch witneffes as shall come to give evidence to fuch court, during the time he shall

*When any officer is arrefted, a copy of the charges fhall be delivered to him.*

be prefident thereof ; and that if any officer shall be arrefted by virtue of this act, the charge shall particularly be fet forth in writing, and figned by the arrefting officer, a copy whereof shall be delivered to fuch officer fo arrefted, or left at his ufual place of abode, within three days after fuch arreft ; and the perfon fo arrefted, shall not be held to anfwer to any matter whatever, not fet forth

*Every officer who fhall be convicted, to be punifhed by fine or removal.*

in fuch charge ; that every commiffioned officer, who shall be convicted by a general court-martial, of having refufed or neglected to perform any of the duties of his office, shall be punifhed, according to the nature and degree of his offence, at the difcretion of the faid court, either by fine or removal from office. Provided, no fine shall exceed ten pounds, for the firft offence, or fifty

*Fines not to exceed a certain fum, and how to be collected.*

pounds for any fubfequent offence, and every fuch fine shall be levied and collected by warrant, under the hand and

## GEORGE CLINTON, Eſq. Governor. 63

ſeal of the officer, having inſtituted the court-martial, or in his abſence, by the commanding officer of the diviſion, if ſuch court-martial was formed from the diviſion, or by the commanding officer of the brigade, if ſuch court-martial was formed from the brigade, directed to any one adjutant of the brigade, or perſon acting as ſuch, to which ſuch officer, on whom ſuch fine is impoſed may belong, in like manner as the fines hereinafter mentioned, to be

*Proceedings and ſentence of a court martial to remove an officer, to be tranſmitted to the commander in chief for his approbation or diſapprobation.*

recovered of the non-commiſſioned officers and privates, for neglect or refuſal of duty. That the proceedings and ſentence of every court-martial, by which any officer ſhall be removed from office, ſhall be in writing, ſigned by the preſident thereof, and ſhall by him be delivered to the commanding officer of the diviſion or brigade, as the one or the other may have inſtituted the court martial, to be by him tranſmitted to the commander in chief of this ſtate, who ſhall

*All other proceedings and ſentences to be tranſmitted to the commanding officers of the diviſion or brigade for their approbation or diſapprobation.*

approve or diſapprove of the ſame in orders; and that all other proceedings and ſentences of courts-martial, ſhall alſo be in writing, ſigned by the preſident thereof, and by him be delivered to the commanding officer of the diviſion or brigade (as the caſe may be) who ſhall approve or diſapprove of the ſame in orders. Provided, That no ſentence of a

*Proviſo.*

*All ſentences of removal, confirmed by the commander in chief, to be laid before the council of appointment.*

court-martial on a general officer, ſhall go farther than removal from office. That all ſentences of courts-martial, by which any officer ſhall be removed, and which ſhall be approved by the commander in chief of this ſtate, ſhall, by him, from time to time, be laid before the council of appointment, to the end, that the perſon adminiſtring the government of this ſtate, for the time being, by and with their advice and conſent, may appoint others inſtead of the officers, ſo removed from office.

V. *And be it further enacted*, That courts-martial, for

*Courts-martial for the trial of officers by whom to be ordered, and of whom to conſiſt.*

the trial of general officers, ſhall be ordered by the commander in chief of this ſtate, and ſhall conſiſt of general and field officers, taken from a roaſter, to be kept by the adjutant general, for that purpoſe: That courts-martial, for the trial of field officers, ſhall be ordered, by the commanding officer of the diviſion, and ſhall conſiſt of commanding officers, of brigades, field officers, and if requiſite, of captains. That courts-martial, for the trial of officers, below the rank of field officers, ſhall be ordered, by the commanding officer of the brigade, and ſhall conſiſt of field officers, and others of inferior rank. That courts-martial, for the trial of non-commiſſioned officers and privates, ſhall be ordered, by the commanding officer of the regiment, and ſhall conſiſt of officers, not of the rank of field officers; that roaſters ſhall be kept by the proper officers, from which ſuch courts-martial ſhall be formed; that the ſentence of every court-martial, ſhall be approved or diſapproved by the officer having inſtituted the ſame, ſaving to the party tried, an appeal to the commander in chief to whom the ſentence of every general court-martial ſhall be reported without delay.

VI. *And be it further enacted*, That every non-commiſ-

*Fine on non-commiſſioned officers for neglecting to warn men, when thereunto ordered.*

*Fine on every perſon for neglecting to attend when ſo warn-*

ſioned officer, who ſhall neglect to warn the men to appear at any rendezvous mentioned in this act, when thereunto required by his captain or comanding officer, without ſufficient excuſe, ſhall forfeit the ſum of two pounds. That every non-commiſſioned officer or private, who ſhall neglect to

Digitized by Google

*ed, or attending not properly armed.* appear when warned in purfuance of this act, without fufficient excufe, fhall, for every day he neglects to appear at the regimental or battalion rendezvous, forfeit the fum of fixteen fhillings ; and for every day he neglects to appear at the company parade, forfeit the fum of eight fhillings, and if he fhall not be armed and equipped, according to the directions of this act, when fo appearing, without fufficient excufe, he fhall, for every deficiency, forfeit the fum of one fhilling, and appearing without a mufket, the fum of four fhillings. Provided always.

*Provifo, no fines to be levied until the perfon fined fhall have been fummoned before a board of officers, to fhew caufe why he fhould not pay the fine.*
*And all fuch fines as fhall be continued by fuch board, how to be levied and collected.*
That none of the fines aforefaid, or any other, arifing from offences in a regiment or company thereof, any company of artillery or troop of horfe, other than for difobedience of orders under arms, fhall be levied on any delinquent, until he fhall have been fummoned to appear before a board of officers, to be inftituted as herein after directed, that he may fhew caufe why fuch fine fhould not be levied, and all fines which fuch board fhall determine as proper to be exacted, fhall be levied by warrant from the prefident of fuch board, to one or more ferjeants or corporals of the regiment or company, to which the offender belongs, whofe duty it is hereby made to collect the fame, by diftrefs and fale of the goods and chattels of the offenders refpectively. And in cafe any fuch defaulter, fhall live with his father or mother, or fhall be then an apprentice or indented fervent, the matter or miftrefs, or father or mother (as the cafe may be) fhall be liable to pay the faid fine, with cofts, and in default of payment, the faid ferjeant or corporal, fhall levy the fame upon the goods and chattels of fuch father or mother, or mafter or miftrefs ;

*When fines are collected, how to be applied.*
and all fines arifing from any offences within any brigade, fhall, when recovered, be paid to fuch perfon as the commanding officer of the brigade fhall appoint for the purpofe, and as much thereof fhall be appropriated, by the order of the said commanding officer, as he fhall think proper, for the purchafe of fuch colours, drums and fifes, for the different corps in the brigade, as may be requifite, and the refidue, if any there be, for the purpofe of purchafing fuch arms, as are defignated in the firft fection of the act herein before recited, to be depofited as the said commanding officer fhall direct, to be delivered, in cafe of invafion or infurrection, to fuch of the militia of the brigade as may be deftitute of arms, to be returned whenever thereupon required by the commanding officer of the brigade, regiment or company, and in cafe any or either of the faid feajeants or corporals, to whom fuch warrants fhall be directed as aforefaid, fhall neglect his duty in the premifes, he fhall, for every fuch neglect, forfeit the fum of twenty-four fhillings, to be levied and collected, in manner aforefaid, by a like warrant ; which monies, when collected, fhall be paid and

*Perfons receiving fines, how to account for the fame.*
appropriated in manner aforefaid, and that it fhall be the duty of the perfon, receiving fuch fines, once in every year, to render an account to the brigadier or officer commanding the brigade, of all his receipts and expenditures, in purfuance of this act.

*Boards of officers for examining into fines, how to be inftituted, and their duties.*
VII. *And be it further enacted,* That the commanding officer of a brigade, fhall inftitute as many boards of officers, each to confift of not lefs than three, nor more than five, as there are regiments in his brigade, who fhall, from time to time, convene at fuch place and at fuch times as the commanding officer of the brigade fhall direct ; to the prefident of each of which boards, all returns of delinquents, from the corps defignated in the brigade, orders fhall be made,

which prefident fhall direct the delinquents, on a day and at a place certain to be fummoned to appear before the faid board, and to fhew caufe why the fines incurred by them fhould not be levied, and it fhall be in the difcretion of fuch board to caufe the fines to be levied in manner aforefaid, either in the whole, or mitigated in their difcretion, or remitted, and for fuch as the board fhall direct to be levied, warrants fhall iffue in manner herein before directed.

VIII. *And be it further enacted*, That the commander in chief of this ftate, for the time being, may, in cafe of inva-fion or other emergency, when he fhall judge it neceffary, order out any proportion of the militia of this ftate, to march to any part thereof, and continue as long as he may think neceffary, and likewife may, in confequence of an ap-plication from the executive of any of the United States, on an invafion or infurrection, or an apprehenfion of an invafion of fuch ftate, at his difcretion, order any number of the militia, not exceeding one third part thereof to fuch ftate. Provided, That they be not compelled to continue on duty out of this ftate, more than forty days, at any one time; that while in actual fervice, in confequence of being fo called out, they fhall receive the fame pay and ra-tions, and be fubject to the fame rules and regulations as the troops of the United States of America.

*Commander in chief, in cafe of invafion or emergency in this or a neighboring ftate, may order out the mi-litia into actual fer-vice.*

IX. *And be it further enacted*, That in addition to per-fons exempted from militia duty, by the law of the United States herein before recited, there fhall be, and hereby are exempted, by this act from fuch duty as aforefaid, the following perfons, viz. the lieutenant governor of this ftate; members of both houfes of the le-giflature of this ftate and their refpective officers; the chancellor; the chief juftice and other juftices of the fupreme court; judge of the court of probates, and all other judicial officers of th's ftate; fecretary, treafurer, attorney-gene-ral and auditor for this ftate; furveyor general; regifter and clerks of courts, fheriffs, coroners, conftables and gaolers; two ferrymen, employed to each boat; the furrogates in the feveral counties; all minifters and preachers of the gofpel; phyficians and furgeons, except in their feveral profeffions and callings; the profeffors, teachers and ftudents, in the colleges and academies within this ftate; all fchoolmafters, engaged for at leaft three months; all poft-riders; the actual attendant of every grift-mill, and all firemen, belong-ing to companies now eftablifhed, or which hereafter may be eftablifhed by law, within this ftate; and alfo all perfons actually employed as overfeers; manufacturers and labourers at any furnace, forge or bloomery, for making iron; all fuch perfons fo employed at any furnace, for making iron caftings; all fuch perfons fo employed at any glafs-houfe, for making glafs, during the time they are fo actually employed, notwithftanding their being above eigh-teen and under forty-five years of age.

*Certain defcriptions of characters exempt-ed from militia duty.*

X. *And be it further enacted*, That all perfons, being of the people called Quakers, who would otherwife be fubject to military duty, by virtue of this act, and who fhall refufe perfonal military fervice, fhall be exempted therefrom, on paying annually, the fum of twenty-four fhillings each, for fuch exemption; fuch fum to be affeffed on each of them refpectively, by the affeffors, and col-lected by the collectors of the diftricts, wherein they refpectively refide, with the contingent charges of the county, and paid to the county treafurer, who fhall pay the fame into the treafury of this ftate, to be applied towards the fupport of the government, and it is hereby made the duty of every captain of

*Quakers exempted from militia duty, on paying 24s. per an-num.*

Brewer Exs. Page 229
Digitized by Google

Every captain of infantry annually to make a list of all Quakers in his beat, who refuse to bear arms.

infantry, within three months after he shall have received his commission, and yearly and every year thereafter, on the first Tuesday in May in every year, to make a list of the names of all and every person and persons within his beat, who being of the people called Quakers, shall neglect or refuse, personally to perform military service, and deliver such list in the city of New-York, to the clerk of the said city, and in each of the other counties

And to deliver the same to the supervisors of the towns.

of this state, to the supervisors of the town where such person or persons, so neglecting or refusing to perform military service, shall respectively reside; and the clerk of the said city of New-York, shall forthwith, after receiving such lists, deliver the same to the mayor, aldermen and commonalty, of the said city, in common council convened, and the mayor, recorder and aldermen, of the city of New-York, or any three of them, in the said city, and the supervisors, or a major part of

Who shall, at their first county meetings thereafter, cause tax lists to be made out from the lists so delivered to them and directed to the collectors, for collecting 24s. from each Quaker on such list, and such sum how to be levied, collected and paid.

them, of each of the other counties of this state respectively, shall, at their first meeting, after the delivery of such lists, cause tax lists to be made out, according to such lists so delivered, with warrants thereon, under their hands and seals, directed to the collector of the ward or town in which such persons, named in such lists respectively reside, for levying the sum of twenty-four shillings, of the goods and chattels of each of the persons named in the same lists, and the said collectors are hereby respectively authorized and required, to demand and receive, of each of the persons, named in such tax list, the said sum of twenty-four shillings, and in default of payment, such collector shall levy the said sum of twenty-four shillings, by distress and sale of the goods and chattels of the person so neglecting or refusing to pay the same, and in case any person, named in such tax list, shall be under age, and live with his father or mother, shall be then an apprentice or servant, the master or mistress, or father or mother (as the case may be) shall be liable to pay the said sum of twenty-four shillings, for such person so under age, and in default of payment, the collector shall levy the same, by distress and the sale of the goods and chattels of such father or mother, master or mistress; and the said respective collectors, shall respectively, pay the said monies to the city or county treasurer, deducting their

Fees to county treasurer and collectors, for receiving and collecting the same.

fees for collecting, on or before the first Monday in January, in every year, and the county treasurers, shall respectively pay the same to the treasurer of this state, deducting his fees for receiving the same, on or before the first Monday in March in every year; and the collectors and county treasurers, shall have the like fees for collecting and receiving the said monies, as they are respectively entitled to, for collecting and receiving the monies raised for defraying the necessary and contingent charges of the said city or counties.

And whereas from the dispersed situation of the inhabitants, residing within the counties of Otsego, Tioga, Herkimer, Ontario and Clinton, they would be subject to great expence and difficulty, if they were obliged to attend regimental parades; Therefore,

Regimental parades in certain counties to be directed by the major generals.

XI. Be it further enacted, That it shall and may be lawful for the militia of the said counties of Otsego, Tioga, Herkemer, Ontario and Clinton, to rendezvous by regiments or battalions as the major general or commanding officer of the division may direct.

Major generals, brigadiers and officers commanding regi-

XII. And be it further enacted, That it shall and may be lawful to and for any major general of a division, or commanding officer of a brigade, or commanding officer of

GEORGE CLINTON, Efq. Governor.    67

ments, in cafe of inva-
fi n, may or..er out the
militia under their
command, &c.

a regiment, when and as often as any Invafion may happen, to order out the militia or any part thereof, under their refpec-tive commands, for the defence of this ftate, giving notice of fuch invafion and every circumftance attending the fame, as early as pof-fible, to their immediate commanding officer, by whom fuch information fhall be tranfmitted with the utmoft expedition, to the commander in chief of this ftate.   And that in cafes of infurrections, the commanding officer of the regi-ment, within the limits of which any fuch infurrection may happen, fhall immediately affemble his regiment under arms, and having tranfmitted in-formation thereof to the commanding officer of the brigade, and to the com-mander in chief of this ftate, fhall proceed to take fuch meafures, to fupprefs fuch infurrection, as to any 3 of the judges or juftices of the county in which fuch infurrection fhall happen, fhall appear moft proper and

Any perfon wounded
in oppofing an invafion
or infurrection, to be
provided for by the
public.

effectual.   And if any perfon be wounded or difabled, while in actual fervice of this ftate, in oppofing any invafion or in-furrection, or in fuppreffing the fame, he fhall be taken care of and provided for, at the expence of this ftate.   Provided always, That if fuch judges or juftices, fhall deem a greater number of militia requifite to quell fuch infurrection, they fhall, and are hereby required to apply for the fame to the commanding officer of the divifion, or any brigade thereof, who are hereby feverally required to obey fuch requifition.

Fine to be impofed
on every non com-
miffioned officer and
private, for refufing
to obey their officers
while under arms, &c.

XIII. *And be it further enacted*, That every non-commif-fioned officer and private, who fhall neglect or refufe to obey the orders of his fuperior officer while under arms, fhall for-feit twenty fhillings for every fuch offence, and if any fuch non-commiffioned officer or private, enrolled to ferve in either of the companies mentioned in this act, fhall refufe or neglect to per-form fuch military duty or exercife as he fhall be required to perform, or fhall depart from his colours or guard without the permiffion of his fuperior officer as aforefaid, he fhall forfeit the fum of twenty fhillings, and for the non pay-ment thereof, the offender fhall be committed to gaol, by warrant from the captain or commanding officer of the troop or company then prefent, to which fuch offender doth belong, there to be confined until the fines as afore-faid, together with the gaoler's fees are paid ; and the refpective fheriffs of the refpective cities and counties of the ftate, are hereby empowered and re-quired, to receive the body or bodies of any offender or offenders, as fhall be brought to them, by virtue of a warrant or warrants, under the hand and feal of any officer, by virtue of this act, and him or them to keep in fafe cuf-tody, until fuch fines as are mentioned in fuch warrant, together with the gaoler's fees as aforefaid, fhall be paid, or until the faid offender or offenders fhall be difcharged by due courfe of law, and the fheriffs and gaolers refpec-tively, fhall be allowed the fame fees as are allowed in other cafes.  Provided, That in cafe of a military guard, where a captain doth not command in per-fon, a warrant granted by an inferior officer, who fhall have the command of fuch guard, fhall be of the fame authority againft all offenders, as if fuch war-rant had been iffued by fuch captain.

Military uniform of
this ftate defcribed.

XIV. *And be it further enacted*, That from and after the firft day of January next, the military uniform of this ftate, fhall be as follows, that is to fay : General officers, dark blue coats with buff facings, linings, collars and cuffs, and yellow but-tons, with buff under cloaths; regimental and ftaff officers, dark blue coats with white linings, fcarlet facings, collars and cuffs, and yellow buttons, with

Digitized by Google

white under cloaths; non-commissioned officers and privates of the grenadier and light infantry companies, dark blue coats with white linings, scarlet facings, collars and cuffs, yellow buttons and white under cloaths.

XV. *And be it further enacted,* That it shall and may be lawful, to and for the major general or commanding officer of any division respectively, in the counties of Montgomery, Otsego, Tioga, Herkemer, Ontario and Clinton, if he shall deem it expedient, to direct the light infantry and riflemen of such division, to uniform themselves in rifle frocks and overalls.

*Militia of certain counties may be uniformed in rifle frocks.*

XVI. *And be it further enacted,* That every commissioned officer, who shall from time to time be appointed, shall report his acceptance of the office, within ten days after having received notice thereof, to such officer or officers as the commander in chief shall from time to time direct.

*All commissioned officers appointed, to report their acceptance.*

XVII. *And be it further enacted,* That all persons who have heretofore been commissioned officers in the line of the army of the United States, and all officers who have served in the militia of levies of this state, or in the militia or levies of any of the United States, or in the militia or levies of the late colony of New-York, shall be, and hereby are exempted from serving in the militia of this state, any thing in this act to the contrary notwithstanding. Provided nevertheless, That if any such officer shall be commissioned in the militia, to a rank equal to that which he held in the said army, militia or levies, and shall refuse to accept such commission, such officer, so refusing without giving satisfactory reasons to the council of appointment for such refusal, shall be liable to serve in the militia. And provided also, That this exception shall not extend to any such persons being officers, who have gone over to and joined the enemy in the late war. Provided also, That no commissioned officer shall resign his commission, without first making application to the major general, or commanding officer of the division to which he belongs, and stating his reasons in writing for the same, which resignation and reasons, shall be transmitted by the said commanding officer, to the commander in chief of the militia of this state, together with his opinion thereon, and in case any officer sends in his resignation to the commander in chief, and the same be accepted by the council of appointment, without having pursued the mode herein prescribed, such officer shall be liable to do duty in the militia as a private.

*Certain persons exempted from military duty.*

XVIII. *And be it further enacted,* That the officers of the militia, under the existing militia laws of this state, shall be, and hereby are continued in their respective offices under this act, until the person administring the government of this state for the time being, and council of appointment, shall otherwise determine.

*Militia officers under the former laws, to continue in their offices until otherwise directed by the council of appointment.*

XIX. *And be it further enacted,* That from and after the seventh day of October next, the act entitled, An act to regulate the militia, passed the fourth day of April, one thousand seven hundred and eighty six, and the act entitled, An act to amend an act, entitled, An act to regulate the militia, passed the eighteenth day of April, one thousand seven hundred and eighty seven, and the thirty first section of an act entitled, An act directing the settlement of public accounts, and for other purposes therein mentioned, passed the 2nd day of March, one thousand seven hundred and eighty eight, be and hereby are repealed.



# HEINONLINE

DATE DOWNLOADED: Sun Mar 12 22:39:59 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Laws of the State of New-York (1802).

ALWD 7th ed.
. Ls of the State of New-York (1802).

APA 7th ed.
(1802). Laws of the State of New-York. Albany, Printed by Charles R. and George Webster.

Chicago 17th ed.
Laws of the State of New-York. Albany, Printed by Charles R. and George Webster.

McGill Guide 9th ed.
Ls of the State of New-York (Albany: Printed by Charles R. and George Webster., 1802)

AGLC 4th ed.
Laws of the State of New-York (Printed by Charles R. and George Webster., 1802

MLA 9th ed.
Laws of the State of New-York. Albany, Printed by Charles R. and George Webster. HeinOnline.

OSCOLA 4th ed.
Laws of the State of New-York. Albany, Printed by Charles R. and George Webster.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

*3 vol 56. 335*
*5—529 to 561* ℔ *a new act and this act repealed.*

## CHAP. CLXVII.

### An ACT to organize the Militia of this State.

Passed 7th April, 1801.

WHEREAS by the constitution of the United States, the congress has power to provide for organizing, arming and disciplining the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the states respectively the appointment of the officers and the authority of training the militia according to the discipline prescribed by congress ; *And whereas,* The congress did on the eighth day of May, one thousand seven hundred and ninety-two, pass an act, entitled *An act more effectually to provide for the national defence by establishing an uniform militia throughout the United States,* which act is in the words following, viz :

<span style="float:right">Preamble reciting an act of congress.</span>

" I. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That each and every free able bodied white male citizen of the respective states, resident therein, who is or shall be of the age of eighteen years and under the age of forty-five years, except as is herein after excepted, shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company within whose bounds such citizen shall reside, and that within twelve months after the passing of this act ; and it shall at all times hereafter be the duty of every such captain or commanding officer of a company to enrol every such citizen as aforesaid and also those who shall from time to time arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years, except as before excepted, shall come to reside within his bounds, and shall without delay notify such citizen of the said enrolment by a proper non-commissioned officer of the company, by whom such notice may be proved ; that every citizen so enrolled and notified, shall within six months thereafter provide himself with a good musket or firelock, a sufficient bayonet and belt, two spare flints and a knapsack, a pouch with a box therein to contain not less than twenty-four cartridges suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball, or with a good rifle, knapsack, shot pouch and powder horn, twenty balls suited to the bore of his rifle and a quarter of a pound of powder, and shall appear so armed, accoutred and provided when called out to exercise or into service, except that when called out on company days to exercise only he may appear without a knapsack ; that the commissioned officers shall severally be armed with a sword or hanger and espontoon ; and that from and after five years from the passing of this act, all muskets

<span style="float:right">Act of congress. Every male citizen between certain ages to be enrolled.</span>

<span style="float:right">How to be armed and accoutred.</span>

504      L A W S   OF   N E W - Y O R K,

for arming the militia as herein required shall be of bore sufficient for balls of the eighteenth part of a pound ; and every citizen so enrolled and providing himself with the arms, ammunition and accoutrements required as aforesaid, shall hold the same exempted from all suits. distresses, executions or sales for debt or for the payment of taxes.

*Executive officers and others exempted.*

II. *And be it further enacted,* That the vice-president of the United States, the officers judicial and executive of the government of the United States, the members of both houses of congress and their respective officers, all custom house officers with their clerks, all post officers and stage drivers who are employed in the care and conveyance of the mail of the post office of the United States, all ferrymen employed at any ferry on the post road, all inspectors of exports, all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States, and all persons who now are or may hereafter be exempted by the laws of the respective states, shall be and are hereby exempted from militia duty, notwithstanding their being above the age of eighteen and under the age of forty-five years.

*Militia how to be arranged.*

III. *And be it further enacted,* That within one year after the passing of this act, the militia of the respective states shall be arranged into divisions, brigades, regiments, battalions and companies as the legislature of each state shall direct ; and each division, brigade and regiment shall be numbered at the formation thereof, and a record made of such numbers in the adjutant general's office in the state ; and when in the field or in service in the state, each division, brigade and regiment shall respectively take rank according to their numbers, reckoning the first or lowest number highest in rank ; that if the same be convenient each brigade shall consist of four regiments, each regiment of two battalions, each battalion of five companies, each company of sixty-four privates ;

*And by whom officered.*

that the said militia shall be officered by the respective states, as follows : To each division one major general and two aids-de-camp, with the rank of major ; to each brigade one brigadier general, with one brigade inspector to serve also as a brigade major, with the rank of a major ; to each regiment one lieutenant colonel commandant, and to each battalion one major ; to each company one captain, one lieutenant, one ensign, four serjeants, four corporals, one drummer and one fifer or bugler ; that there shall be a regimental staff to consist of one adjutant and one quarter master to rank as lieutenants, one pay master, one surgeon and one surgeon's mate, one serjeant major, one drum major and one fife major.

*Each battalion to have one company of grenadiers*

IV. *And be it further enacted,* That out of the militia enrolled as is herein directed, there shall be formed for each battalion at least one company of grenadiers, light

infantry or riflemen, and that to each divifion there fhall be at leaft one company of artillery and one troop of horfe ; there fhall be to each company of artillery, one captain, two lieutenants, four ferjeants, four corporals, fix gunners, fix bombadiers, one drummer and one fifer ; the officers to be armed with a fword or hanger, a fufee, bayonet and belt, with a cartridge box to contain twelve cartridges, and each private or matrofs fhall furnifh himfelf with all the equipments of a private in the infantry, until proper ordnance and field artillery is provided ; there fhall be to each troop of horfe, one captain, two lieutenants, one cornet, four ferjeants, four corporals, one fadler, one farrier and one trumpeter ; the commiffioned officers to furnifh themfelves with good horfes of at leaft fourteen hands and an half high, and to be armed with a fword and pair of piftols, the holfters of which to be covered with bears-fkin caps ; each dragoon to furnifh himfelf with a ferviceable horfe, at leaft fourteen hands and an half high, a good faddle, bridle, mail-pillion and valife, holfters and a breaft plate and crooper, a pair of boots and fpurs, a pair of piftols, a fabre, and a cartouch box to contain twelve cartridges for piftols ; that each company of artillery and troop of horfe fhall be formed of volunteers from the brigade, at the difcretion of the commander in chief of the ftate, not exceeding one company of each to a regiment nor more in number than one eleventh part of the infantry, and fhall be uniformly cloathed in regimentals to be furnifhed at their own expence, the colour and fafhion to be determined by the brigadier commanding the brigade to which they belong.

V. *And be it further enacted,* That each battalion and regiment fhall be provided with the ftate and regimental colours by the field officers, and each company with a drum and fife or bugle-horn by the commiffioned officers of the company, in fuch manner as the legiflature of the refpective ftates fhall direct.

VI. *And be it further enacted,* That there fhall be an adjutant general appointed in each ftate, whofe duty it fhall be to diftribute all orders from the commander in chief of the ftate to the feveral corps, to attend all public reviews when the commander in chief of the ftate fhall review the militia or any part thereof, to obey all orders from him relative to carrying into execution and perfecting the fyftem of military difcipline eftablifhed by this act, to furnifh blank forms of different returns that may be required and to explain the principles on which they fhould be made, to receive from the feveral officers of the different corps throughout the ftate returns of the militia under their command, reporting the actual fituation of their arms, accoutrements and ammunition, their delinquencies and every other thing which relates to the

*or &c. and each divifion one company of artillery.*

*Officers how to be armed.*

*Troops of horfe how officered.*

*The artillery and horfe how to be formed.*

*Uniformly clad at their own expence.*

*Colours, &c. and by whom to be furnifhed.*

*An adjutant general in each ftate his duty.*

VOL. I.    P p p

Case 3:19-cv-01226-L-AHG · Document 134-6 · Filed 03/15/24 · PageID.14053 · Page 271 of 326

general advancement of good order and discipline; all which the several officers of the divisions, brigades, regiments and battalions are hereby required to make in the usual manner, so that the said adjutant general may be duly furnished therewith, from all which returns he shall make proper abstracts, and lay the same annually before the commander in chief of the state.

**Rules of discipline.**

VII. *And be it further enacted*, That the rules of discipline approved and established by congress in their resolution of the 29th of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout the United States, except such deviations from the said rules as may be rendered necessary by the requisitions of this act or by some other unavoidable circumstances; it shall be the duty of the commanding officer at every muster, whether by battalion, regiment or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline.

**Officers how to take rank.**

VIII. *And be it further enacted*, That all commissioned officers shall take rank according to the date of their commissions, and when two of the same grade bear an equal date then their rank to be determined by lot to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

**Provision for the wounded.**

IX. *And be it further enacted*, That if any person, whether officer or soldier, belonging to the militia of any state and called out into the service of the United States, be wounded or disabled while in actual service, he shall be taken care of and provided for at the public expence.

**Duty of the brigade inspector.**

X. *And be it further enacted*, That it shall be the duty of the brigade inspector to attend the regimental and battalion meetings of the militia composing their several brigades during the time of their being under arms, to inspect their arms, ammunition and accoutrements, superintend their exercise and manœuvres and introduce the system of military discipline before described throughout the brigade agreeable to law and such orders as they shall from time to time receive from the commander in chief of the state, to make returns to the adjutant general of the state at least once in every year of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements and ammunition of the several corps, and every other thing which in his judgment may relate to their government and the general advancement of good order and military discipline; and the adjutant general shall make a return of all the militia of the state to the commander in chief of the said state, and a duplicate of the same to the president of the United States.

## TWENTY-FOURTH SESSION.

*And whereas*, fundry corps of artillery, cavalry and infantry now exift in feveral of the faid ftates, which by the laws, cuftoms or ufages thereof have not been incorporated with or fubjected to the general regulations of the militia ; {.sidenote: Artillery, &c. now exifting.}

XI. *Be it further enacted*, That fuch corps retain their accuftomed privileges, fubject neverthelefs to all other duties required by this act, in like manner with the other militia." {.sidenote: To retain their privileges.}

AND WHEREAS, The refervations contained in the faid conftitution relative to the militia of the ftates refpectively, render it neceffary that provifion fhould be made in the premifes by the legiflature of this ftate ; Therefore, {.sidenote: Preamble to the provifions of this ftate.}

I. *Be it enacted by the People of the State of New-York, reprefented in Senate and Affembly*, That the militia of this ftate fhall be arranged into five divifions agreeably to the directions of the commander in chief and conformable to the act of congrefs aforefaid, and each divifion fhall be formed into as many brigades and each brigade into as many regiments and each regiment into as many companies as the commander in chief fhall in his difcretion from time to time deem meet ; and he fhall order that at leaft one company of artillery and one troop of horfe be formed from every brigade or from fuch of them as he fhall require. {.sidenote: Militia to be arranged into five divifions, &c.}

II. *And be it further enacted*, That the commander in chief fhall be entitled to appoint for himfelf three aids-de-camp who fhall have the rank of lieutenant colonels. {.sidenote: Commander in chief to have three aids-de-camp & their rank.}

III. *And be it further enacted*, That the cavalry of this ftate fhall be organized into as many regiments as there are divifions, that each regiment confifting of not more than eight troops fhall be divided into two fquadrons, and each regiment confifting of more than eight troops fhall be divided into three fquadrons as the commander in chief fhall direct, and each fquadron fhall be commanded by one major, and to each regiment there fhall be one lieutenant colonel commandant and the fame ftaff as regiments of infantry ; that fuch regiments of cavalry fhall be formed into two brigades each of which fhall be commanded by a brigadier general ; that the officers of cavalry fhall rife and receive promotion in their refpective troops, fquadrons, regiments and brigades, and the whole fhall be under the command of one major general ; that the brigadier generals of infantry fhall have the command of the troops attached to their brigade to parade for annual infpection, but all other parades fhall be ordered by the officers of cavalry ; and that the cavalry of this ftate fhall parade for improvement twice in every year by troops to be ordered by the captains or commanding officers of troops, once in every year by troops or fquadrons to be ordered by the lieutenant colonel com- {.sidenote: Cavalry how organized and officered.} {.sidenote: When to parade.}

L A W S of N E W - Y O R K,

mandant, and if the commanding officer of the brigades shall think proper once by regiments or brigades.

Every trooper to provide a horse.

IV. *And be it further enacted,* That every trooper shall own and possess a horse able and fit for service, and if such trooper shall not procure and possess himself of such horse within the term of three months after his enlistment, such trooper shall be returned to the beat to which he before belonged; and all horses belonging to any troop shall

Horses to be enrolled and exempted from all seizures by execution, &c.

be enrolled by the commanding officer of such troop by their distinguishing marks; and the horses so enrolled and doing duty in any troop shall be exempted from all attachments, seizures, distresses, executions or sales for debt, or for the payment of taxes; and it shall not be lawful for any officer to grant a certificate of enlistment to any trooper to excuse him from duty in any other corps, nor shall such trooper's horse be exempted from attachment until such trooper shall have the equipments required by the laws of the United States.

The artillery how organized and officered.

V. *And be it further enacted,* That the artillery of this state shall be organized into as many regiments as there are divisions, that each regiment shall be divided into two battalions and each battalion commanded by one major, and to each regiment there shall be one lieutenant colonel commandant and the same staff as regiments of infantry; that such regiments of artillery shall be formed into one or more brigades as the commander in chief shall direct, each of which shall be commanded by a brigadier general; that the officers of artillery shall rise and receive promotion in their respective companies, battalions, regiments and brigades, and the whole shall be under the command of one major general; that the brigadier gen-

When to parade.

erals of the infantry shall have the command of the companies attached to their brigade to parade for annual inspection, but all other parades shall be ordered by the officers of artillery, and the artillery shall parade for improvement and inspection as often and in the same manner as the infantry are directed by law to meet for such purposes; *Provided always,* That nothing in this section contained shall apply to the regiment of artillery in the city of New-York.

Regiment of artillery in New-York how officered and composed

Rank and promotion of the lieutenant colonel thereof.

VI. *And be it further enacted,* That the regiment of artillery in the city and county of New-York shall have three field officers, and each company shall consist of as many officers, non-commissioned officers and matrosses as is directed by the act of congress aforesaid; and whenever the lieutenant colonel of the said regiment of artillery becomes the senior lieutenant colonel within the district of the brigade of the city and county of New-York, it shall be lawful to appoint him to the rank of a brigadier general by brevet or otherwise, and confine him if necessary to the command of the regiment, and when-

509

ever he becomes the senior brigadier general in the division in which he resides, it shall be lawful for the person administering the government by and with the advice and consent of the council of appointment, to appoint him major general of the said division; and the said regiment shall in the direction of the commander in chief be subject to be annexed to and compose part of a brigade in such manner as he shall from time to time deem meet; *And further,* The said regiment shall be ordered out for exercise at least twelve times and not exceeding eighteen times in every year by the commanding officer thereof; and the commissary of military stores shall deliver to the commandant of the said regiment from time to time such ammunition as the person administering the government of this state shall judge necessary for the public good, to be expended in practising with field artillery, mortars and other useful experiments.

*[margin: Said regiment to be attached to a brigade, &c.]*

*[margin: When to be exercised.]*

VII. *And be it further enacted,* That all returns from the militia corps respectively, shall be made out and transmitted in such manner and at such time as the commander in chief shall direct; and that every commissioned officer who shall from time to time be appointed shall report his acceptance of the office within ten days after having received notice thereof, to such officer or officers as the commander in chief shall from time to time direct.

*[margin: Returns of the militia how made.]*

VIII. *And be it further enacted,* That the militia of this state shall rendezvous three times in every year for the purpose of training, disciplining and improving in martial exercise, twice by companies within their respective beats and once by regiments, except as is herein after excepted, and that each brigadier general shall appoint the regimental parades at such time and place as he may think proper, as nearly central as may be within each of the respective regiments; that the time and place of the rendezvous for the companies shall be appointed by the colonel or commanding officer of the regiment and arranged on different days, that the field and staff officers may have an opportunity of attending the several companies exercised in detail, in order to introduce uniformity in the manœuvres and discipline of the regiments; *Provided however,* That it shall be lawful for the militia of the counties of Otsego, Delaware, Herkimer, Oneida, Chenango, Tioga, Onondaga, Cayuga, Ontario, Steuben, Essex and Clinton to rendezvous by regiments or battalions, as the major general or commanding officer of the division may direct.

*[margin: Militia to rendezvous three times by regiments and companies.]*

*[margin: Proviso as to certain counties.]*

IX. *And be it further enacted,* That every non-commissioned officer and private who shall neglect or refuse to obey the orders of his superior officer while under arms, shall forfeit two dollars and fifty cents for every such offence; and if any such non-commissioned offi-

*[margin: Penalty on non commissioned officers and privates for disobedience of orders when under arms.]*

**And for neglect of duty.**

cer or private enrolled to ferve in either of the companies mentioned in this act, fhall refuse or neglect to perform fuch military duty or exercife as he fhall be required to perform, or fhall depart from his colours or guard without the permiffion of his fuperior officer as aforefaid, he fhall forfeit the fum of two dollars and fifty cents, and

**How recovered.**

for the non-payment thereof the offender fhall be committed to gaol, by warrant from the captain or commanding officer of the troop or company then prefent to which fuch offender doth belong, there to be confined until the fines as aforefaid together with the gaoler's fees are paid; and the refpective fheriffs of the refpective cities and counties of the ftate are hereby empowered and required to receive the body of any offender who fhall be brought to them by virtue of any warrant under the hand and feal of any officer by virtue of this act, and him to keep in fafe cuftody until fuch fines as are mentioned in fuch warrant together with the gaoler's fees as aforefaid fhall be paid, or until the faid offender fhall be difcharged by due courfe of law; and the fheriffs and gaolers refpectively fhall be allowed the fame fees as are allowed in other

**Provifo in cafe of a military guard.**

cafes; *Provided,* That in cafe of a military guard where a captain doth not command in perfon, a warrant granted by an inferior officer who fhall have the command of fuch guard, fhall be of the fame authority againft all offenders, as if fuch warrant had been iffued by fuch captain.

**No fire arms to be difcharged within two miles of the place of parade, under a penalty.**

X. *And be it further enacted,* That it fhall not be lawful for any non-commiffioned officer or private to difcharge any fire arm within two miles of the place of parade on any day that they fhall be ordered out for improvement or infpection without an order or permiffion of a commiffioned officer, and if any fuch non-commiffioned officer or private fhall fo difcharge any fire arm without fuch order or permiffion he fhall forfeit the fum of one dollar.

**How long the militia to be confidered under arms, during which time not to be arrefted on civil procefs.**

XI. *And be it further enacted,* That the militia of this ftate fhall be confidered to be under arms from the rifing until the fetting of the fun of the fame day that they fhall be ordered out by law for improvement or infpection, and that no officer, non-commiffioned officer or private belonging to the fame fhall while under arms be fubject to be arrefted on any civil procefs.

**Not to parade fo as to obftruct any public highway.**

XII. *And be it further enacted,* That no military corps fhall be ordered to parade on any public road or highway fo as to obftruct travellers from paffing or repaffing, but it fhall be lawful for any fuch corps to occupy any fuch road or highway for a parade, allowing a paffage for travellers

**No perfon to fell any fpirituous liquors on the ground of parade, under a penalty.**

as aforefaid; and that no perfon fhall be permitted to fell or expofe for fale on any parade, the bounds of which fhall be determined by the commanding officer prefent at any fuch parade, any fpiritous liquors whatfoever; and if any

## TWENTY-FOURTH SESSION.

perfon fhall expofe for fale any fpiritous liquors contrary to this act and be thereof convicted before any court having cognizance thereof, he fhall forfeit the fum of twenty-five dollars, the one moiety thereof to the perfon profecuting for the fame, and the other moiety to be paid and applied as fines for delinquencies in the regiment, on whofe parade fuch liquor was expofed for fale as aforefaid.

*How recovered & applied.*

XIII. *And be it further enacted,* That the commanding officer of every regiment fhall call a meeting of the commiffioned officers of their refpective regiments at fuch times and places as he fhall appoint for improvement, which fhall be at leaft once and not exceeding three times in every year ; and that every commiffioned officer being duly notified and neglecting to attend fuch meeting, fhall forfeit and pay ten dollars for every fuch neglect, unlefs fuch delinquent officer fhall affign fuch reafons for non-attendance as fhall be fatisfactory to faid commandant, to be recovered with cofts by and in the name of the adjutant of fuch regiment, in any court having cognizance of the fame.

*Commanding officer of every regiment to call meetings of commiffioned officers for improvement.*

*Penalty for non-attendance and how recovered.*

XIV. *And be it further enacted,* That the divifions, brigades and regiments of militia in this ftate, fhall be numbered in fuch order as the commander in chief fhall direct.

*Divifion, brigades and regiments to be numbered.*

XV. *And be it further enacted,* That the age and ability of any perfon to bear arms fhall be determined by the captain or commanding officer of the company; with the right of appeal to the commandant of the regiment ; and that every occupant or houfholder in the city and county of New-York, fhall when thereunto required by the enrolling officer or officers of a beat, deliver verbally or in writing the name and age of every male between eighteen and forty-five years of age, that refides or boards in their houfe, under the penalty of ten dollars for every fuch neglect or refufal.

*The age and ability of every perfon to bear arms by whom to be determined. Every houfholder in the city of New-York to furnifh the name and age of every male, &c. in his family.*

XVI. *And be it further enacted,* That where any perfon fhall have been enrolled in the militia of this ftate and fhall remove to and within the beat of fome other company than that in which he was fo enrolled, he fhall be liable to be warned for militia duty from the time he fhall fo come to refide within the fame ; and that no non-commiffioned officer or private belonging to any corps of cavalry, artillery, grenadiers or light infantry, fhall be allowed to leave fuch corps and enlift in any other, without the written confent of the officer commanding fuch corps, except in cafes of removal from and out of the beat of fuch corps.

*Any perfon enrolled and removing into the beat of another company liable to ferve therein.*

*No non-commiffioned officer or private allowed to enlift in another corps without the written confent of the commanding officer.*

XVII. *And be it further enacted,* That the military uniform of this ftate fhall be as follows : General officers, dark blue coats with buff facings, linings, collars and cuffs and with buff under clothes ; regimental and ftaff officers, dark blue coats with white linings, fcarlet facings, collars

*Military uniform.*

and cuffs and with white under clothes ; non-commission-ed officers and privates of the grenadier and light infantry companies, dark blue coats with white linings, fcarlet facings, collars and cuffs and white under clothes ; and the buttons of the uniform of the militia in the refpective brigades, fhall be either of white or yellow metal in the difcretion of the brigadier general thereof.

**Cockade.**

XVIII. *And be it further enacted,* That the cockade of the army of the United States fhall be the cockade of the militia of this ftate.

**The commanding officer of any divifion in certain counties may direct the light infantry to uniform in rifle frocks and overalls.**

XIX. *And be it further enacted,* That it fhall be lawful for the major general or commanding officer of any divifion refpectively, in the counties of Montgomery, Otfego, Herkimer, Oneida, Chenango, Tioga, Onondaga, Cayuga, Ontario, Steuben, Effex and Clinton, if he fhall deem it expedient to direct the light infantry and riflemen of fuch divifion to uniform themfelves in rifle frocks and overalls.

**Commander in chief to direct the uniform of the cavalry and artillery.**

XX. *And be it further enacted,* That the commander in chief fhall direct the colour and fafhion of the uniform of the cavalry and artillery in this ftate not already provided with uniform, and that no troop or regiment of horfe or company or regiment of artillery fhall hereafter parade otherwife uniformed than as fhall be fo directed by the commander in chief ; and that if any company of artillery, troop of horfe, company of grenadiers or light infantry, fhall not have thirty men in uniform according to law within one year after fuch company or troop has been organized, fuch company or troop fhall be diffolved.

**Companies of artillery, horfe, grenadiers or infantry not in uniform within in a certain time to be diffolved.**

**In cafes of emergency the commander in chief may order out the militia,**

XXI. *And be it further enacted,* That the commander in chief of this ftate, may in cafe of invafion or other emergency, when he fhall judge it neceffary, order out any proportion of the militia of this ftate to march to any part thereof, and continue as long as he may think neceffary, and likewife may in confequence of an application of the executive of any of the United States on an invafion or infurrection or an apprehenfion of an invafion of fuch ftate, at his difcretion order any number of the militia not exceeding one third part thereof, to fuch ftate ; *Provided,* That they be not compelled to continue on duty out of this ftate, more than forty days at any one time, that while in actual fervice in confequence of being fo called out, they fhall receive the fame pay and rations and be fubject to the fame rules and regulations as the troops of the United States of America.

**And on application of the executive of another ftate ;**

**Provided they are not on duty out of the ftate more than 40 days and receive pay, &c.**

**How and by whom the militia may be called out in cafes of invafion or infurrection.**

XXII. *And be it further enacted,* That it fhall and may be lawful to and for any major general of a divifion or commanding officer of a brigade, or commanding officer of a regiment, when and as often as any invafion may happen, to order out the militia or any part thereof under their refpective commands, for the defence of this ftate, giving notice of fuch invafion and every circumftance at-

tending the same as early as possible to their immediate
commanding officer, by whom such information shall be
transmitted with the utmost expedition to the commander
in chief of this state ; and that in cases of insurrection the
commanding officer of the regiment, within the limits of
which any such insurrection may happen, shall imme-
diately assemble his regiment under arms, and having
transmitted information thereof to the commanding offi-
cer of the brigade and to the commander in chief of this
state, shall proceed to take such measures to suppress such
insurrection as to any three of the judges or justices of the
county in which such insurrection shall happen, shall ap-
pear most proper and effectual ; and if any person be   *Persons wounded or disabled how provided for.*
wounded or disabled while in actual service of this state in
opposing any invasion or insurrection or in suppressing
the same, he shall be taken care of and provided for at
the expence of this state ; *Provided always,* That if such   *Proviso.*
judge or justices shall deem a greater number of militia
requisite to quell such insurrection, they shall and are
hereby required to apply for the same to the commanding
officer of the division or any brigade thereof, who are
hereby severally required to obey such requisition.

XXIII. *And be it further enacted,* That courts martial   *Courts martial for the trial of general officers;*
for the trial of general officers shall be ordered by the
commander in chief of this state, and shall consist of gen-
eral and field officers taken from a roster to be kept by
the adjutant general for that purpose ; that courts martial   *of field officers ;*
for the trial of field officers shall be ordered by the com-
manding officer of the division, and shall consist of com-
manding officers of brigades, field officers, and if requi-
site, of captains ; that courts martial for the trial of of-   *of other officers.*
ficers below the rank of field officers, shall be ordered by
the commanding officer of the brigade, and shall consist
of field officers and others of inferior rank ; that the   *Regimental courts martial.*
commandants of regiments shall institute regimental
courts martial within their respective regiments as often
as it shall be found necessary.

XXIV. *And be it further enacted,* That a court martial   *Of what number a court martial other than regimental courts martial to consist.*
other than regimental courts martial, shall consist of
thirteen commissioned officers who shall appoint their
own judge advocate, which judge advocate shall tender
to each member, and each member is hereby required to
take the following oath :

" *You   do swear, that you will well and truly try and*   *Oath to be taken by each member.*
*determine according to evidence, the matter now depending
between the people of the state of New-York and the person
or persons to be tried ; and you do further swear, that you
will not divulge the sentence of the court until the same shall
be approved or disapproved pursuant to the act, entitled
An act to organize the militia of this state, neither will
you upon any account at any time whatsoever disclose or*

vol. I.                    Q q q

discover the vote or opinion of any particular member of the
court martial, unless required to give evidence thereof by a
court of justice in a due course of law.  So help you God."

And the president is hereby authorized to tender to the
judge advocate, who is hereby enjoined to take the fol-
lowing oath :

*Oath of the judge advocate.*

" You    do swear, that you will not upon any account or
at any time whatsoever disclose or discover the vote or
opinion of any particular member of the court martial, unless
required to give evidence thereof as a witness by a court of
justice, in a due course of law, and that you will not divulge
the sentence of this court until the same shall be approved or
disapproved, pursuant to the act, entitled An act to or-
ganize the militia of this state.  So help you God."

*The presi-dent to issue precepts to summon wit-nesses.*

And it shall and may be lawful for the president of any
such court after he shall have received notice of his ap-
pointment, and he is hereby required on application to
issue his precept directed to any witness to be summoned,
commanding his attendance at the time and place ap-
pointed for such court to sit, to give evidence in behalf
of the people of this state, or for the person or persons to
be tried, as the case may be ; and any witness being sum-
moned and making default shall incur the like fines and
forfeitures as are inflicted on witnesses for their default in
not attending justices' courts, by the *Act for the more speedy
recovery of debts to the value of twenty-five dollars ;* and
the president of any such court martial shall be and is
hereby impowered to administer the usual oath to such
witnesses as shall come to give evidence to such court,
during the time he shall be president thereof ; and that
if any officer shall be arrested by virtue of this act, the
charge shall particularly be set forth in writing and signed
by the arresting officer, a copy whereof shall be delivered
to such officer so arrested or left at his usual place of abode
within three days after such arrest, and the person so
arrested shall not be held to answer to any matter what-
ever not set forth in such charge ; that every commissioned
officer who shall be convicted by a general court martial,
of having refused or neglected to perform any of the
duties of his office, shall be punished according to the
nature and degree of his offence, at the discretion of the
said court, either by fine or removal from office ; *Provided,*
No fine shall exceed twenty-five dollars for the first of-
fence, or one hundred and twenty-five dollars for any
subsequent offence.

*Penalty on witnesses for non attend-ance.*

*The president to administer to them the usual oath.*

*If an officer be arrested the charge to be set forth in writing, &c.*

*If convicted how to be punished.*

*Proviso.*

*Of what num-ber regiment-al courts mar-tial to consist.*

XXV. *And be it further enacted,* That a regimental
court martial shall consist of not less than three nor more
than five commissioned officers ; the president of such
court martial shall before the said court proceeds on the
duties assigned to them, administer to each member, and
each member is hereby directed to take the following
oath :

## TWENTY-FOURTH SESSION.

*" You do swear, that you will well and truly try and determine according to evidence the matter now depending between the people of the state of New-York and the person and persons to be tried ; and you do further swear, that you will not upon any account at any time whatsoever disclose or discover the vote or opinion of any particular member of the said court, unless required to give evidence thereof by a court of justice in a due course of law."*

Oath to be taken by each member.

Which oath shall be taken by the president of the said court martial before he enters upon the duties of his office, for which purpose he shall appear before one of the justices of the peace of the said county where he resides, which justice is hereby required to administer the aforesaid oath to such president, without receiving any fee or reward for the same ; and the said regimental courts martial shall from time to time convene at such place and at such times as the commanding officer of the regiment shall direct, to the president of each of which courts martial all returns of delinquents from the said regiments shall be made, which president shall direct the delinquents on a day and at a place certain to be summoned to appear before the said court, and to shew cause why the fines incurred by them should not be levied ; and it shall be in the discretion of such court to cause the fines to be levied either in the whole or mitigated or remitted in their discretion ; and the president of each of the said regimental courts martial, shall have the like power as the president of other courts martial as aforesaid, relative to sending for witnesses, administering to them the usual oath, and the same penalties shall be incurred by witnesses for their non attendance.

And by the president.

When and where to convene.

Returns of delinquents to be made to the president who shall direct them to appear, &c.

Power of such courts.

XXVI. *And be it further enacted,* That the proceedings and sentence of every court martial by which an officer shall be tried, shall be in writing, signed by the president thereof, and shall by him be delivered to the officer ordering such court martial ; that all decisions of every such court martial for the trial of officers shall be approved or disapproved of by the officer ordering the same, with a right of appeal only by any person who may conceive himself aggrieved to the commander in chief ; *Provided always,* That it shall be the duty of the officer directed by law to order any court martial for the trial of officers, to order the same within thirty days after receiving a copy of the arrest and charges on which any arrest is made, and within fifteen days after the decision of any court martial, shall approve or disapprove of the same in orders ; *And provided further,* That no sentence of courts martial on a general officer shall go further than removal from office.

Sentence of a court martial on the trial of officers to be in writing,

And approved or disapproved by the officer ordering such court.

Within what time court martial to be ordered and its decision approved or disapproved.

No sentence against a general officer to extend beyond a removal from office.

XXVII. *And be it further enacted,* That every non-commissioned officer who shall neglect or refuse to warn

Non-commissioned officers

*neglecting to perform certain duties subject to a penalty.*

the men to appear at any rendezvous mentioned in this act, when thereunto required by his captain or commanding officer, without sufficient excuse, or shall neglect or refuse so to summon any delinquent in the company to which he belongs, to appear before any court martial when thereunto required by a summons from the president thereof, or shall neglect to return any such summons in his own proper person before such court martial, without having sufficient excuse, he shall forfeit the sum of five dollars for every such neglect or refusal, to be imposed, levied and collected as fines for other delinquencies.

*How to be levied.*

*What warning to appear and rendezvous shall be deemed sufficient.*

XXVIII. *And be it further enacted,* That as often as it shall happen that any non-commissioned officer or private shall be absent, when any non-commissioned officer shall call to warn him to appear to any rendezvous, a notice in writing, signed by such non-commissioned officer and left with some person of suitable age and discretion at the usual place of his abode shall be deemed a sufficient warning.

*Every non-commissioned officer to make a return upon oath of the persons warned by virtue of any warrant or order.*

XXIX. *And be it further enacted,* That every non-commissioned officer to whom any warrant or order from his superior officer shall be directed and delivered, for warning any non-commissioned officer or private, he shall when he has executed the same indorse on the back thereof a return, setting forth the names of such as he hath warned in pursuance of it, and shall make oath to the truth of such return before the captain or commanding officer of the company to which he belongs, who is hereby authorised and directed to administer such oath, and certify the same on such warrant, and deliver it together with his return of delinquents to the president of the court martial, and such return so sworn to and certified, shall be sufficient evidence to prove such warning.

*Such return to be sufficient evidence.*

*Fines for not appearing when to warned and for not being properly equipped.*

XXX. *And be it further enacted,* That every non-commissioned officer or private who shall neglect to appear when warned in pursuance of this act, without sufficient excuse, shall for every day he neglects to appear at the regimental or battalion rendezvous, forfeit the sum of two dollars, and for every day he neglects to appear at the company parade forfeit the sum of one dollar ; and if he shall not be armed or equipped according to the directions of this act, when so appearing without sufficient excuse, he shall for every deficiency forfeit the sum of twelve and an half cents, and appearing without a musket the sum of fifty cents ; *Provided always,* That none of the fines aforesaid, or any other arising from offences in a regiment or company thereof, any company of artillery or troop of horse, other than disobedience of orders under arms, shall be levied on any delinquent until he shall have been summoned to appear before a regimental court

*Certain fines not to be levied until the delinquent be warned to show cause &c.*

martial, that he may show cause why such fine should not
be levied.

XXXI. *And be it further enacted,* That every troop of
horse, and every company of artillery attached to any one
of the divisions of this state, shall be considered as attach-
ed to the regiment within the bounds of which the com-
mandant of such troop of horse or company of artillery
shall reside, for the purpose of imposing, levying and col-
lecting fines for delinquencies ; and it shall be the duty of
the captain or commanding officer of every such troop of
horse or company of artillery to make a return of all de-
linquents in their respective companies, in the same man-
ner as the captains or commanding officers of infantry
are directed by law, to the president of the court martial
in such regiment ordered to investigate the excuses and
impose the fines on delinquents in the same ; and the au-
thority and decision of every such court martial shall ex-
tend to such troop of horse and company of artillery as
fully as it does to the infantry of such regiment.

XXXII. *And be it further enacted,* That all fines which
shall be imposed by any regimental court martial on de-
linquents, shall be collected in the the following manner :
The president of every such court martial shall make a
list of all the persons fined, designating the company to
which they belong, and the sums imposed as fines on each
person, and draw his warrant under his hand and seal,
directed to any martial or constable of any city or county,
as the case may be, thereby commanding such marshal or
constable to levy such fine or fines together with his costs
of the goods and chattels of such delinquent ; and if any
such delinquent shall be under age and live with his father
or mother, master or mistress, thereby commanding him
to levy the same with costs aforesaid of the goods and
chattels of such father or mother, master or mistress, as
the case may be ; and every such marshal or constable, to
whom any such list and warrant as aforesaid shall be direct-
ed and delivered, shall execute the same by levying and
collecting the said fines as aforesaid, and shall make re-
turn thereof within forty days from the receipt of such
warrant to the president who issued the same ; and such
marshal or constable shall be entitled to the same fees for
collecting the said fines, and subject to the same penalties
for any neglect, as are allowed and provided for on execu-
tions issued in pursuance of the act, entitled *An act for the
more speedy recovery of debts to the value of twenty-five
dollars.*

XXXIII. *And be it further enacted,* That all fines im-
posed upon any commissioned officer by any court martial,
other than regimental courts martial, shall be levied and
collected by warrant under the hand and seal of the officer
having instituted the court martial, or in his absence by

*Marginal notes:*

Troops of horse and companies of artillery to be considered as attached to certain regiments for the purpose of fines, &c.

Fines imposed by regimental courts martial how to be collected.

5 *vol. p. 380*

Fines imposed on commissioned officers by courts martial other than regimental courts

518     L A W S   OF   N E W - Y O R K,

*martial, how to be collected.*

the commanding officer of the division, if such court martial was formed from the division, or by the commanding officer of the brigade, if such court martial was formed from the brigade, directed to any one adjutant of the brigade, or person acting as such, to which the officer on whom such fine is imposed may belong, in like manner as fines are to be recovered as aforesaid of non-commissioned officers and privates.

*Compensation to brigade inspectors, to the president and members of regimental courts martial & to the non-commissioned officers attending the same.*

XXXIV. *And be it further enacted,* That each brigade inspector shall be entitled to receive fifty dollars per annum out of the fines collected within the brigade, and that the president and each member of every regimental court martial, while on that duty, shall retain out of the fines collected as aforesaid on delinquents in such regiment the sum of one dollar and twenty-five cents per day, if a sufficiency shall be collected, and the president of such court is hereby authorised to make such allowance to the non-commissioned officers attending the said court as a compensation for their services as shall be reasonable.

*Fines not otherwise appropriated how to be applied.*

XXXV. *And be it further enacted,* That all fines collected under this act and not herein otherwise appropriated, shall be paid to the commandant of the regiment or battalion to be by him appropriated in such manner, for the use of said regiment or battalion, as he shall think proper ;

*Proportion of a certain sum to be paid to the brigade major.*

*Provided always,* That such commandant shall pay to the brigade major of the brigade to which such regiment or battalion belongs, his proportion of the sum of fifty dollars allowed him as aforesaid, out of the fines so collected, which apportionment shall be determined according to the number of regiments, battalions, troops and companies in such brigade ;

*A proportion of the fines to be paid to the commanders of troops of horse & companies of artillery for their use.*

*And provided also,* That the said commandant shall pay to the captain or commanding officer of any troop of horse or company of artillery, such proportion of money as shall remain in his hands, of fines collected from such troop or companies, to be by him appropriated in such manner as he shall think proper for the use of such troop or company ;

*Duty of certain officers annually to account to the commanding officer of the brigade for fines received.*

and it shall be the duty of all commandants of regiments and battalions, and captains or commanding officers of troops of horse or companies of artillery, to produce an account of all receipts and expenditures under this act, to the brigadier or commanding officer of the brigade annually on the first Tuesday in May in every year.

*Persons exempted from militia duty.*

XXXVI. *And be it further enacted* That in addition to persons exempted from militia duty by the law of the United States herein before recited, there shall be and hereby are exempted by this act from such duty as aforesaid, the following persons, viz. The lieutenant-governor of this state, the members of both houses of the legislature of this state and their respective officers, the chancellor, the chief justice and other justices of the supreme

court, judge of the court of probates and all other judicial officers of this state, secretary, treasurer, attorney general and comptroller for this state, surveyor general, register and clerks of courts, sheriffs, coroners, constables and gaolers, two ferrymen employed to each boat, the surrogates in the several counties, all ministers and preachers of the gospel, physicians and surgeons except in their several professions and callings, the professors, teachers and students in all colleges and academies within this state, all schoolmasters engaged for at least three months, all post riders, the actual attendant of every grist mill, and all firemen belonging to companies now established or which hereafter may be established by law within this state, and also all persons actually employed as overseers, manufacturers and labourers at any furnace, forge or bloomery for making iron, all such persons so employed in plating, rolling and slitting mills and manufacturing nails by water, all such persons so employed at any furnace or making iron castings, all such persons so employed at any glass house for making glass, during the time they are so actually employed, notwithstanding their being above eighteen and under forty-five years of age ; *And further,* That all persons who have heretofore been commissioned officers in the line of the army of the United States, and all officers who have served in the militia or levies of this state, or in the militia or levies of any of the United States, or in the militia or levies of the late colony of New-York, shall be and hereby are exempted from serving in the militia of this state ; *Provided nevertheless,* That if any such officer shall be commissioned in the militia to a rank equal to that which he held in the said army, militia or levies, and shall refuse to accept such commission, such officer so refusing without giving satisfactory reason to the council of appointment for such refusal shall be liable to serve in the militia ; *And provided also,* That this exception shall not extend to any such persons being officers who have gone over to and joined the enemy in the late war ; *Provided also,* That no commissioned officer shall resign his commission, without first making application to the major general or commanding officer of the division to which he belongs, and stating his reasons in writing for the same, which resignation and reasons shall be transmitted by the said commanding officer to the commander in chief of the militia of this state, together with his opinion thereon ; and in case any officer sends his resignation to the commander in chief, and the same be accepted by the council of appointment, without having pursued the mode herein prescribed, such officer shall be liable to do duty in the militia as a private.

XXXVII. *And be it further enacted,* That it shall be the duty of the several assessors within the city and county

Proviso as to certain officers.

Further proviso.

Further proviso.
*See 58.338*

Assessors in the city of

520      L A W S   of   N E W - Y O R K,

New-York to deduct a certain sum from the taxable property of any non-commissioned officer or private in the artillery.

of New-York, whenever they have affessed the property of any non-commissioned officer or private belonging to the regiment of artillery in the faid city and county, or property for which he is bound to pay taxes, for the purpose of levying a tax to defray the contingent expences of the faid city and county, upon his producing *such certificate*† to deduct from such affessment the sum of five hundred dollars, and the refidue only shall be the sum for which he shall be affessed.

Service of 4 years by a non-commissioned officer or matrofs in the regiment of artillery in the city of New-York to exempt from militia duty for life, except, &c.

XXXVIII. *And be it further enacted,* That any non-commissioned officer or matrofs of the said regiment of artillery in the city and county of New-York, who has uniformed himself and ferved four years in the faid regiment after the twenty-feventh day of August, one thousand feven hundred and ninety-eight, shall be entitled to a certificate figned by the captain and counterfigned by the commandant of the regiment, purporting that he has ferved in uniform faithfully as above for the term of four years, which certificate shall exempt him from military duty in this flate for life, except in cafes of invafion or infurrection.

*Jove.* 57.

Quakers exempted from military fervice on paying an annual fum.

XXXIX. *And be it further enacted,* That all perfons being of the people called Quakers, who would otherwife be fubject to military duty by virtue of this act, and who shall refufe perfonal military fervice, shall be exempted therefrom on paying annually the fum of three dollars each for fuch exemption; and it is hereby made the duty of every captain of infantry within three months after he shall have received his commission, and yearly thereafter on the last Tuefday in May, to make a lift of the names of all perfons within his beat, who being of the people called Quakers, shall neglect or refufe perfonally to perform military fervice; and deliver fuch lift

Every captain of infantry to make a lift of fuch exempts within his beat.

And deliver the fame to the affeffors of the town,

Who shall return the fame to the fupervifors of the county.

Supervifors to make tax lifts according thereto.

How the fame shall be levied and collected and to whom paid.

*56 & to 350 attached.*

figned by him to one of the affeffors of the town or ward where fuch perfons fo neglecting or refufing to perform military fervice shall refpectively refide; and the faid affeffors shall deliver the fame lift to the board of fupervifors of the county wherein they refide, at the time that they deliver the affeffment roll of the town or ward whereof they are affeffors; and the faid fupervifors shall at their firft meeting after the delivery of fuch lifts caufe tax lifts to be made out according to fuch lifts fo delivered, with warrants thereon under their hands and feals, directed to the collector of the ward or town in which fuch perfons named in fuch lifts refpectively refide, for levying within fixty days thereafter the fum of three dollars of the goods and chattels of each of the perfons named in the fame lifts, and the faid collectors are hereby refpectively authorifed and required, to demand and receive of

† Note. This certificate muft allude to the one mentioned in the next fection, and this fection and the next were probably tranfpofed by miftake. Editors.

each of the perfons named in fuch tax lift, the faid fum
of three dollars, and in default of payment fuch collector
fhall levy the faid fum of three dollars by diftrefs and
fale of the goods and chattels of the perfon fo neglecting
or refufing to pay the fame ; and in cafe any perfon
named in fuch tax lift fhall be under age and live with
his father or mother or fhall be then an apprentice or
fervant, the mafter or miftrefs, father or mother, as the
cafe may be, fhall be liable to pay the faid fum of three
dollars for fuch perfon fo under age, and in default of
payment the collector fhall levy the fame by diftrefs and
fale of the goods and chattels of fuch father or mother,
mafter or miftrefs ; and the faid refpective collectors fhall
refpectively pay within twenty days after the faid monies
fhall be fo collected the faid monies to the perfon ap-
pointed by the brigadier general for receiving the fame
within the limits of the brigade, firft deducting their fees
for collecting, which fhall be the fame as they are entitled
to for collecting the monies raifed for defraying the ne-
ceffary and contingent charges of the faid city or county ;
and the perfon fo receiving the faid exemption monies,
fhall on or before the firft Monday in March in every
year pay the fame to the brigadier general, who fhall
caufe the fame to be equally diftributed among all the
captains or officers commanding companies of uniform
troops within the limits of his brigade, to be by them
refpectively applied in furnifhing neceffary equipments,
mufic and cloathing for their refpective companies ; and
if the faid collectors fhall not collect and pay the fame
monies as aforefaid within the times to be fpecified for
that purpofe in the warrants aforefaid, they fhall re-
fpectively be liable to a fuit in the name of the perfon fo
to be appointed to receive the monies by the brigadier
general, before any court having cognizance thereof, for
the recovery of all the monies fo unpaid with cofts, unlefs
they can fhow that there were no goods or chattels on
which to levy the fame ; and it fhall be the duty of the
brigadier general to account annually with the comptrol-
ler of this ftate for all monies by him received under
this act.

XI. *And be it further enacted,* That the perfon ad-
miniftering the government of this ftate fhall by and
with the advice and confent of the council of appoint-
ment, appoint as often as it fhall be requifite fuitable
perfons to take charge of the arms, ammunition, cannon
and military ftores belonging at any time to the people
of this ftate ; and fhall caufe the fame to be diftributed
or depofited in fuch place or places as he fhall from time
to time direct ; and that the treafurer of this ftate fhall
pay on the warrant of the comptroller, to the commiffary
of military ftores for his fervice in the faid office, at the

Vol. I.                R r r

And to the deputy commissary for the charge of the arsenal near the city of Albany.

rate of two hundred dollars per annum, and to the deputy commissary of military stores for his services in taking charge of the arsenal near the city of Albany and the military stores that may be deposited therein, for his services yearly the sum of one hundred dollars.

---

### C H A P.  CLXVII.

*An* ACT *concerning the Inspection of Pot and Pearl Ashes.*

Passed 7th April, 1801.

Inspectors of pot and pearl ashes to be appointed.

I. BE it enacted by the People of the State of New-York, represented in Senate and Assembly, That the person administering the government of this state by and with the advice and consent of the council of appointment, shall from time to time appoint one inspector of pot and pearl ashes in each city and county of this state where it shall be deemed necessary; *Provided however,* That the present inspectors of pot and pearl ashes shall continue in office until others are appointed, and each inspector hereafter to be appointed shall before he enters upon the execution of his office take and subscribe the following oath before any person authorised to administer the same, or if in the city of New-York or Albany, before the mayor or recorder thereof, viz.

Inspector's oath.

" I       do solemnly swear, that I will faithfully, truly and impartially, to the best of my judgment, skill and understanding, execute, do and perform the office and duty of an inspector, (or, deputy inspector, as the case may be) and examiner of pot and pearl ashes, according to law ; and that I will not directly or indirectly, by myself or any other person or persons for me, buy or sell any pot or pearl ashes, during the time I continue inspector, (or, deputy inspector, as the case may be) of the same, on my own account or upon the account of any other person or persons whomsoever.   So help me God."

No pot or pearl ashes to be shipped before inspection.

II. And be it further enacted, That no person whatsoever shall ship any pot or pearl ashes for exportation before he shall first submit the same to the view and examination of an inspector appointed for that purpose, who shall start the same out of the casks and carefully examine, try and inspect the same, and sort the same in three different sorts if necessary ; that the said inspector shall put each sort by itself into tight casks, well hooped and coopered, which he shall distinguish by the words " *First Sort,*" " *Second Sort*" or " *Third Sort,*" with the words " *Pot*" or " *Pearl Ashes*" branded in plain legible letters, together with the letters of his name and the place where such pot or pearl ashes are so inspected, at full length on each of the casks; and also shall weigh and mark with a

Inspector's duty.

# EXHIBIT K

DATE DOWNLOADED: Fri Mar  3 15:18:35 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
James; Martin Iredell, Francois-Xavier. Public Acts of the General Assembly of North-Carolina (1804).

ALWD 7th ed.
Iredell, James; Martin, Francois-Xavier. Public Acts of the General Assembly of North-Carolina (1804).

APA 7th ed.
Iredell, J. (1804). Public Acts of the General Assembly of North-Carolina. Newbern, Martin & Ogden.

Chicago 17th ed.
Iredell James; Martin, Francois-Xavier. Public Acts of the General Assembly of North-Carolina. Newbern, Martin & Ogden.

McGill Guide 9th ed.
James; Martin Iredell, Francois-Xavier, Public Acts of the General Assembly of North-Carolina (Newbern: Martin & Ogden., 1804)

AGLC 4th ed.
James; Martin Iredell, Francois-Xavier, Public Acts of the General Assembly of North-Carolina (Martin & Ogden., 1804

MLA 9th ed.
Iredell, James, and Francois-Xavier Martin. Public Acts of the General Assembly of North-Carolina. Newbern, Martin & Ogden. HeinOnline.

OSCOLA 4th ed.
Iredell, James; Martin, Francois-Xavier. Public Acts of the General Assembly of North-Carolina. Newbern, Martin & Ogden.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

*An act to revise and amend the Militia Laws.*

1800, 159

1. **B**E it enacted by the General Assembly of the state of North-Carolina, and it is hereby enacted by the authority of the same, That all freemen and indented servants, citizens of this State or of the United States, resident in this State, who are or shall be of the age of eighteen years, and under forty-five years, shall, as soon as it is practicable, be severally and respectively enrolled in the militia by the Captain or Commanding Officer of the company within the bounds of whose district, (to be allotted him by the court-martial) such citizen shall reside, and it shall at all times hereafter be the duty of every Captain or commanding officer of any company, to enrol every such citizen as aforesaid, and also those who shall from time to time arrive at the age of eighteen years, except as herein after excepted, or shall come to reside within his bounds, and remain therein thirty days, and shall without delay notify such citizen of said enrolment by a proper non-commissioned officer of the company, by whom such notice may be proved ; that every citizen so enrolled and notified, shall, within six months thereafter, provide himself with a good musquet or firelock, a sufficient bayonet and belt, two spare flints, a knapsack, and a pouch with a box therein, to contain not less than twenty-four cartridges suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball ; or with a good rifle, knapsack, shot-pouch and powder-horn, and twenty balls suited to the bore of his rifle, and a quarter of a pound of powder and lead ; and shall appear so armed, accoutred, and provided, when called out to exercise, or into actual service ; except that when called out on company days to exercise only, he may appear without a knapsack. That the commissioned officers shall severally be armed with a sword or hanger, and an espontoon. And every citizen so enrolled, and providing himself with the arms, ammunition, and accoutrements as aforesaid shall hold the same exempted and free from all suits, distresses, executions, or sales for debt, or for the payment of taxes.

CHAP. 28.
Ante p. 23, 67.
1801, 9, 33, 34.
1803, 11, 82.
What persons enrolled.

To be armed, &c.

Arms, &c. to be exempt from all suits.

II. *And be it further enacted*, That the Vice-President of the United States, the Officers judicial and executive of the United States, the Members of both houses of Congress and their respective officers, the Judges of the Superior Courts of Law and Courts of Equity, and Justices of the Peace, Printer to the State, Councillors of State, the Secretary, Treasurer, Comptroller, the Attorney-General, Solicitor-General, High Sheriffs of the several counties in this State, Ministers of the Gospel of every denomination, that are properly and regularly ordained, and have the care of souls ; Quakers, Moravians, Dunkers or Menonists, who may produce a certificate of their being regular members of either of the said societies ; all custom-house officers, postmasters, and stage-drivers, who are employed under the care and conveyance of the mail to the post-offices of the United States ; all continental officers, who served with reputation three years, or until the end of the revolutionary war, unless sooner deranged by a reform of the army; all ferrymen employed on any ferry of any public road, provided the same shall not exceed the Superintendant and one other to each ferry ; all superintendants of public mills and inspectors of impost, all branch pilots, all mariners actually employed in the sea-service of any citizen or merchant of the United States ; all officers and students of the University and all other seminaries of learning within this State, particularly established by law, shall be, and they are hereby exempted from militia duty : Provided always, That nothing herein contained, shall be construed so as to exempt any person from performing duty in case of invasion or insurrection within this state.

Exempt.

None in case of invasion or insurrection.

III. *And be it further enacted*, That every person liable to do militia duty, who may by the commissioned officers of his company, be deemed in circumstances sufficient to equip himself, and who shall fail to do the same as herein required, shall forfeit and pay for each deficiency as follows, viz. for want of a good and serviceable musket, rifle, or firelock, the sum of five shillings ; a cartouch box of the capacity described, or shot pouch and powder-horn, the sum of two shillings ; flints, cartridge-box or powder and ball, as required, the sum of two shillings ; And all parents, masters, or guardians, shall furnish those of the militia, who shall be under their care or command, with their arms and equipments above-mentioned, under the like penalties for any neglect. That all commissioned officers shall take rank according to the date of their commission ; and where two or more of the same grade bear an equal date, then their ranks shall be determined by lot, to be drawn by them before the commanding officer of the division, brigade, regiment, battalion, company, or detachment. And each Superior Court district shall form at least one brigade, and each county at least one regiment : And when the same shall be convenient, each regiment shall consist of at least two battalions ; each battalion of five companies, and each company of sixty-four privates. That the militia shall be officered as follows : To each division one Major-General, and two Aids-de-camp with the rank and pay of Major, to be appointed by the Major-General : To each brigade, one Briga-

Penalty on neglecting to arm and equip.

See 1801, 9.

Parents, &c. to furnish those under their care.

Officer's rank.

160  1800. diet-General, and one Aid-de-camp . . . . . . . . . . . . . . . . . . .* With the rank and pay of Major, to be appointed by the Brigadier General of each regiment, one Lieutenant-Colonel Com-

* Part omitted, repealed, 1801, 9.

mandant and two Majors : which general, regiment and field officers shall be appointed by the Senate and House of Commons, and commissioned by the Governor for the time being. *Provided*, if at this time any regiment is officered in a different manner, the commission shall continue, until by vacancy happening, it shall be practicable to arrange the appointments agreeable to this act. And to each company, one Captain, one Lieutenant, one Ensign, four Sergeants, four Corporals, one Drummer or Fifer or Bugler : That there shall be to each regiment, one Adjutant and one Quarter-master, who shall be commissioned officers, with the rank of Lieutenant, to be appointed by the commanding officer of the regiment : There shall be also one Paymaster, one Surgeon, and one Surgeon's Mate, to be appointed as aforesaid, and one Serjeant-Major, one Drum-Major, and one Fife-Major, to each battalion, to be appointed by the commanding officers thereof. And the non commissioned officers, Drummers and Fifers, Buglers, Trumpeters, and Farriers shall be appointed by the Captains of each company or troop. The commissioned officers of the companies of grenadiers, light infantry or riflemen, and also the artillery shall be recommended by the Brigadier-General of the brigade : and of the troop of horse by the field officers of the regiment of cavalry : and the commissioned officers of the infantry shall be recommended by the field officers of the regiment to the Governor who shall issue commissions to fulfil all the said appointments and recommendations. And the General and field officers, as well as all other commissioned officers, shall reside within the division, brigade, county or company district which they respectively command.

How appointed.

By the commanding officer of the regiment.

The captains.

Other officers how appointed.

Officers to reside within their commands.

Proviso.

*Provided nevertheless*, That this arrangement shall not affect any appointment heretofore made.

IV. *And be it further enacted*, That out of the militia enrolled as herein directed, there may be formed for each battalion one company of grenadiers, light infantry or riflemen : And to each division at least one company of artillery, and to each regiment or battalion having a separate muster, at least one troop of horse, all which companies shall be formed of volunteers from the brigade, and shall be uniformly cloathed in regimentals to be furnished at their own expence, the colour and fashion to be determined by the Brigadier commanding the brigade to which they belong. There shall be to each company of artillery, one Captain, two Lieutenants, four Sergeants, four Corporals, six Gunners, six Bombadiers, one Drummer, one Fifer, and fifty-two Mattrosses : The officers to be armed with a sword or hanger, and a fusee, bayonet, and belt, with a cartridge-box to contain twelve cartridges : and each private or mattros shall furnish himself with all the equipments of a private in the infantry, until proper ordinance and field artillery is provided. There shall be to each troop of horse, one Captain, two Lieutenants, one Cornet, four Sergeants, four Corporals, one Saddler, one Farrier, one Trumpeter, and not less than thirty-six dragoons : The commissioned officers to furnish themselves with good horses at least fourteen hands and a half high ; to be armed with a sword and pair of pistols, the holsters of which shall be covered with bear-skin : and each dragoon to furnish himself with a serviceable horse fourteen hands and a half high, a good saddle, bridle, valise, breast-plate, and crupper ; a pair of boots and spurs, a pair of pistols and holsters, a sabre, and cartouch box to hold twelve cartridges for pistols.

Grenadiers, &c. Artillery. Horse.

Uniform.

Artillery arrangement, &c.

Troop of horse.

V. *And be it further enacted*, That no person that now is, or shall hereafter procure himself to be enrolled in any volunteer company authorized by this act, shall be permitted to return to the infantry, except by the consent of the Captain with whom he may be enrolled, or by removal out of the county where such person was enrolled, and it shall be sufficient for such person to be enrolled and approved by the captain of any volunteer company or troop without the intervention of any other officer whomsoever.

No volunteer to return to the infantry.

VI. *And be it further enacted*, That the rules approved and established by congress, in their resolution of the twenty-ninth of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia of this state, except such alterations as may be rendered necessary by the requisition of this act, or some unavoidable circumstance. It shall be the duty of the commanding officer, at every muster, whether by regiment, battalion or single company, to cause the militia to be exercised agreeable to the said rules of discipline.

Rules established by Congress observed.

VII. *Relating to Brigade Inspectors, repealed* 1801, 9.

VIII. *And be it further enacted*, That there shall be in every year, at least one regimental or battalion muster, at such place or places as have been or shall be appointed by law for general musters : And that the Brigadier-General shall order the said muster in such time and rotation, that the Brigade Inspector* may attend each of the regimental and battalion musters, following each other in course, for the purpose herein required ; on failure whereof, the said Brigadier shall forfeit and pay the sum of twenty-five pounds, to be recovered and applied as herein directed ; and the commanding officer of each regiment or battali-

A regimental or battalion muster once a year.
* No Brigade Inspector now, 1801, 9,

on, if he does not receive such orders in time from the Brigadier-General of his district shall appoint the said Muster so as to answer the above intention; on failure whereof, he shall suffer the fine of fifteen pounds for each neglect. And the said Brigadier shall cause the commanding officers of the respective regiments or corps to be notified thereof at least two weeks previous to such muster: And if any officer shall fail to attend at any review, regiment or battalion muster, or attending not armed as required by this act, he or they shall, on conviction before a court-martial, forfeit and pay, if a field officer, the sum of ten pounds; if a commissioned officer under that grade, five pounds; and every non-commissioned officer or private, who shall fail to attend such review or muster, shall on conviction pay such sum as shall be adjudged against him or them by the court-martial, not exceeding two pounds nor less than fifteen shillings; or if appearing, be not armed as by this act directed, shall for such default forfeit and pay a sum not exceeding twenty shillings, nor less than five shillings, to be adjudged as aforesaid, which fees shall be recovered and applied as hereafter directed: And the company officers in each regiment or battalion of infantry shall incur the same penalty, if they fail to attend at the muster-ground the day preceding each muster, for the purposes herein mentioned. And every Captain or commanding officer of a company shall, at least once in two months, at such place as he shall think most proper and convenient, and agreeably to the order of the commanding officer, muster, train, and exercise each company, and shall cause them to remain under arms at least three hours in each and every day, by himself or his Lieutenant, and then and there teach them the manual exercise and manœuvres directed in the book of discipline; at which muster the officers and privates shall appear armed as before required. If any Captain or commanding officer of any company shall fail or neglect to muster his company as herein directed, he shall forfeit and pay the sum of two pounds ten shillings; and if he or any commissioned officer of the company, shall fail to appear equipt as directed at the said muster, the officer so failing shall pay the sum of two pounds; and if any non-commissioned officer or private shall fail to attend at a company muster, he shall forfeit and pay a sum not exceeding fifteen shillings, nor less than ten shillings; and if attending without being armed and accoutred, shall pay a sum not exceeding ten shillings, nor less than five shillings, which sum shall be adjudged in manner as hereafter directed, according to the circumstances of the delinquent: *Provided,* That every absentee shall be allowed until the next succeeding company muster to make his excuse, which shall always and without exception be on oath, the officer highest in rank being hereby authorised to administer the same. If any officer shall suffer himself to be intoxicated, or behave in a riotous or disorderly manner, when required to be on duty, or disobey the orders of his commanding officer, he shall for the first offence be openly reprimanded by the President of the court-martial before which he is convicted, and fined at the discretion of the said court, not exceeding two pounds; and for the second offence, shall be absolutely cashiered.

IX. *And be it further enacted,* That if any non-commissioned officer or private shall, during the time of muster, resist his commanding officer, or refuse to obey his lawful commands, if a non-commissioned officer, he shall be confined and kept under guard during such muster, reduced to the ranks, and fined at the discretion of the court-martial, not exceeding one pound; and if a private, shall be confined and kept under guard during such muster, and fined at the discretion of the court martial, not exceeding ten shillings. And if the court-martial after examination on oath shall adjudge any person or persons enrolled as aforesaid, to be incapable of providing him or themselves with arms, ammunition, and accoutrements required by this act, they shall make report thereof to the next regimental or battalion court-martial, as the case may be, who may, if it shall appear necessary, exempt such persons from the fines or forfeitures by this act imposed, until such arms and accoutrements shall be provided and delivered to him or them by the court-martial, who shall take security for the safe keeping of such arms and accoutrements, to be returned when required.

X. *And be it further enacted,* That the several Captains of infantry shall, at their several musters, make a return of their respective companies to the commanding officer of the regiment or battalion, the Captain of cavalry to the commanding officer of cavalry in thirty days, and the Captain of Artillery to the Brigadier of the district within thirty days thereafter, and to the commanding officer of his regiment in three months, under the penalty of five pounds, to be levied as hereafter directed. And every officer commanding a regiment, shall annually make two returns; one to the Brigadier-General, . . . . . . . . . . . . . . . . . . . . . . . . . . . at least two months before the annual meeting of the General Assembly, under the penalty of twenty-five pounds. . . . . . . . . . . and the Major-General of each division shall make a return thereof to the Governor for the time being, on or before the annual meeting of

R r

1800. 161

When commanding officer to appoint. Fine. Brigadier to give notice. Penalties.

Every company exercised once in two months.

Forfeiture of Captain neglecting to muster company.

Other forfeitures.

Absentees to be allowed time to make excuse.

Penalty for intoxication.

Punishment for disobedience of orders.

Courts Martial to report persons incapable of equiping, &c. Such persons to be exempted from fines.

Captains to make return to commanding officers. The parts dotted repealed 1801, 9.

Commanding officer to make returns to Brigadier-general. Other returns

162  1800.  the General Assembly, under the penalty of fifty pounds ; and it shall be the duty of the Commander in Chief of the State to cause proper abstracts to be made therefrom, and to lay the same before the General Assembly, within the first two weeks of the annual meeting thereof, and he shall also make an annual return of all the militia in this state to the President of the United States.   And it shall be the duty of the Governor for the time being, through the Attorney or Solicitor-General of this State, to bring suits in his own name as prosecutor, in any of the superior courts of this State, against all and every Field and General Officer, who may make default of return by him required under this act.

*Governor to bring suits against Major-General.*

XI. *And be it further enacted,* That when any Major-General shall be charged with mal-practice or neglect of duty, the Governor for the time being shall order him to be arrested and furnished with a copy of his charge and shall order a general court-martial for his trial, to be composed of one Major-General, two Brigadier-Generals, and ten Field Officers, one half of the number of whom shall be of a different division ; and for the like charge against a Brigadier-General, the Major-General shall order him to be arrested and furnished with a copy of his charge, and shall order a court-martial for his trial, to be composed of a Brigadier-General and twelve Field Officers, six of whom shall be of a different brigade ; and in like manner the Commanding Officer of each brigade shall arrest, and appoint courts-martial for the trial of the Field Officers of the same, and against whom charges may be exhibited, which courts shall be composed of thirteen officers, none of whom shall be under the rank of Captain, and a Field Officer shall preside.   The Commanding Officer of each regiment or battalion shall order a court-martial to be held at the place appointed for the musters of the same, on the day after the regiment or battalion muster, or on the same day, if convenient ; which court shall consist of a majority of the officers of the regiment or battalion, one of whom shall be a Field Officer, and two of the grade of Captain, and the officer highest in rank present shall be President.   The court shall be warned to their duty by the Adjutant of the regiment or battalion by a roster to be by him kept ; and the said court, when convened, shall appoint a Judge-Advocate, who shall himself, in the presence of the said court, take the following oath : " I, A. B. do swear that I will well and truly perform the duties of Judge Advocate of this court according to the best of my skill and ability, so help me God ; " and the Judge Advocate shall administer the following oath to the members of the court-martial : " I, A. B. do swear that I will hear and determine all causes which may come before this court, and that I will faithfully report all delinquents that come within my knowledge ; that I will account for all fines and forfeitures by me collected or received, and in all cases enforce a due execution of the militia laws of this State, to the best of my knowledge and ability, so help me God."   They shall enquire into the age and ability of all persons that come before them by appeal, and exempt such as may be judged incapable of service, and also try and decide on all persons charged with omission or commission, as well by officers as privates : and at the said regimental or battalion courts-martial, shall hear and determine all appeals from the company courts-martial, and to order and dispose of all fines for buying drums, fifes, and other implements of war for the use of the company whence the same shall arise, and for supplying the militia with arms and accoutrements, and other purposes that will promote the good thereof.   And the Judge Advocate shall be allowed a reasonable salary to be paid out of the fines for his services ; and his duty shall be to write at length the proceedings of said court ; and for all fines which may be imposed by the court-martial, he is hereby authorised and required to enter up judgment and issue execution, which if against commissioned officers, shall be directed to the Adjutant, and if against non-commissioned officers or privates, shall be directed to such Sergeant of the company to which the delinquent belongs ; and the Adjutant or Sergeant shall proceed to distress and sell in the same manner, and under the same laws and rules as Constables in civil cases, and shall be allowed the same fees for their services.   And the said Adjutant or Sergeant shall in all cases make due returns to the next succeeding court-martial : And in case of failure of such Adjutant or Sergeant to do the several duties as required of them by this act, in collecting and accounting for all fines, such Adjutant or Sergeant, as the case may be, shall incur a penalty or fine of double the amount that such Adjutant or Sergeant was so bound to collect and account for.

*Major-General brought to trial by Governor.*

*Brigadier Gen. to be brought to trial by Major General.*

*Court-martial — trial of Field officers how composed.*

*Regimental court-martial.*

*Judge advocate.*

*Oath for members of court-martial.*

*Duty of the court.*

*Fines how to be disposed of.*

*Judge advocate's salary & duty.*

*Adjutant to receive fines by distress as in civil cases, and allowed fees.*

*Returns to be made.*

*Fine for neglect of duty.*

*Company courts-martial.*

XII. *And be it further enacted,* That the commissioned officers of the company, or any two of them, after each and every muster of the company, shall on the same day meet in court-martial, and proceed to try and determine on all cases which may come before them ; and on the conviction of any delinquents, the officer highest in rank present, shall enter up judgment, and issue execution directed to the Sergeant, who shall proceed as before directed, and shall make his return to the next company court-martial : And it shall be the duty of the Paymaster to demand and receive of the Adjutants, Sergeants, and other officers who

may have collected fines and forfeitures, and distribute the same agreeable to the direction of the court-martial, and settle his accounts annually with the Judge Advocate, for which service the Paymaster shall be allowed a reasonable compensation by the court-martial: And in case there shall be no Paymaster appointed by the command of any regiment, then and in that case, each Commandant shall perform and execute the duties of Paymaster as above required.

*Accounts to be settled annually with Judge Advocate.*

XIII. *And be it further enacted*, That every officer, at the first meeting of the court-martial after being commissioned, shall take and subscribe the following oath of office, to be administred in open court by the Judge Advocate: " I, A. B. do solemnly swear, that I will execute the office of           according to the rules of military discipline and the laws of this State, to the best of my ability, and that I will support the constitution of the United States, and of this State, So help me God ; " and also the following oath : " I, A. B. do swear that I will, at the court-martial of the company to which I belong, duly administer justice, and apply fines and penalties according to law, to the best of my ability, without favour, or affection, or partiality, so help me God. " And no officer shall be entitled to sit in a regimental, battalion, or company courts martial, unless he shall have taken and subscribed the oaths aforesaid.

*Oath to be taken by Officers.*

XIV. *And be it further enacted*, That if at any regiment, battalion, or company muster court-martial, or company of the officers, there shall be any delinquents either for non-attendance, or not being properly armed and accoutred, or for disorderly conduct, proclamation shall be made by the Captain or Commanding Officer, calling the names of all delinquents enrolled, that they attend the trial at the following court-martial, which shall be deemed a legal notice ; or if Field Officers, or officers of the regimental staff, such notice shall be given by the Commanding Officer or Adjutant of the regiment or battalion, or to the officers assembled ; and if any officer or private has an excuse to offer to the court-martial, he may send his affidavit taken before a civil magistrate, or produce a witness, or he may personally appear and make oath to the cause of his delinquency ; and in all cases, whether for neglect or failure of the officers and privates of regimental or battalion musters, or appeals from the company court-martial, and all other cases of which the regimental courts-martial have jurisdiction, their determination shall be final.

*Proclamation.*

XV. *And be it further enacted*, That the Commanding Officer of the regiment of Artillery, shall, under the penalty of twenty-five pounds, once in every year transmit a return of said regiment to the Major-General in whose division he may reside, in due time for him to lay the same before the Governor, at the meeting of the General Assembly. . . . . . . *Provided always*, That the companies of artillery and troop of horse shall, when attending the general muster of the regiment or battalion of infantry in the county in which they reside, be under the Commanding Officer of the battalion or regiment except a Field Officer of the cavalry or artillery be then present on the parade. . . . . . . . And the companies of artillery and troops of horse shall respectively muster at least once in three months, at such time and place as the Captain or Commanding Officer of the said companies or troops shall direct ; and the commissioned officers of each company of artillery and troop of horse, or a majority of them, shall and they are hereby authorised and required, to hold courts-martial on the day or succeeding day of the company musters, in order to enforce the military laws of this State, as far as respects the said corps. *The dotted parts, and the remainder of this, with the two following sections, and as much of the above as relates to the Cavalry, repealed*, 1803, 11.

*Commanding officer of artillery to make returns to Major-General.*

*Returns to Brigadier General.*

*Artillery muster.*

*Courts martial.*

XVIII. *And be it further enacted*, That every commissioned officer of the infantry of the militia of this State, by appointment of the commanding officer of each regiment, shall meet once in every year, at such places as may or have been appointed by law for the holding reviews or regimental musters in their respective counties, exclusive of the meetings on the day previous to each general muster, as in this act required, where they shall remain two days, during which time they shall be exercised by the Adjutant, or in his absence by the Commanding officer of the regiment at least four hours in each day, when and where they shall be instructed in all matters of field exercise and discipline, according to the system which now is, or may hereafter be established by the Congress of the United States ; and for each and every failure or neglect to appear equipped at the muster of the officers as aforesaid, without being able to render sufficient excuse on oath before the regimental court-martial to be held next after said muster, they shall forfeit and pay the sum of two pounds.

*Officers of infantry to be exercised.*

*Penalty.*

XIX. *And be it further enacted*, That the General and Field Officers shall, immediately after their appointment to office, notify the Governor for the time being, of their acceptance or non-acceptance of such appointment : and that if any Major-General, Brigadier-General, or Field Officer shall think proper to resign his commission, he shall first notify the Governor for the time being, and other officers to whom it

*General & field officers to give notice of their appointment and resignation.*

164  1800. may be his duty to make returns, of such his resignation, and also the name of the next officer in command, and to the Governor and such other officer, to whom returns from such resigning officer is or may be due, shall thereon require the necessary returns and reports of the next officer in command, of the division, brigade, or regiment, until the vacancy occasioned by such resignation be filled : *Provided* such resignation doth actually take place six months previous to the meeting of the General Assembly, and if not, the officer so resigning shall be accountable for all returns due from his division, brigade, or regiment, for that year.

**Officers about to be absent to give notice to the next in command.** XX. *And be it further enacted,* That when any officer commanding a division, brigade, or regiment, shall have occasion to be absent from his usual residence two months or more, it shall be the duty of such officer to notify the officer entitled to the command, of such his intended absence, and also the next superior officer in command, under the penalty of twenty pounds, if a General Officer, to be recovered as other fines.

XXI. *Repealed* 1801, 9.

**Duty of commanding officer in case of insurrection.**

**most.** XXII. *And be it further enacted by the authority aforesaid,* That in case of an insurrection, it shall be the duty of the militia officer highest in command in the county wherein the same shall happen, immediately to take measures for suppressing said insurrection, and to give notice thereof to the nearest General Officer, whose duty it shall be to send an express without delay, to the Commanding officer of the State, informing him of the same, and the nature and extent thereof, and in the mean time the said General Officer shall immediately pursue the *next* active measures for suppressing the said insurrection : and it is hereby directed that the said militia shall appear furnished with arms, amunition, and accoutrements, as required by this act.

**Officers failing in duty to be cashiered, &c.** XXIII. *And be it further enacted,* That every officer who shall neglect or refuse, on call, or alarm given, to appear at such times and places as shall be appointed by his Commanding Officer, he shall, on due conviction before a court-martial be cashiered, and rendered incapable of ever after holding a military appointment under the authority of this State, and be further liable to pay the sum of twenty pounds, to be collected as herein directed ; and if a non-commissioned officer or private, he shall forfeit and pay five pounds. **Penalty on non-commissioned officers and privates.** And if any person do not march against the enemy when commanded, by himself or substitute, or refuse or neglect to do his duty or perform the service he is put on by his officer, or quit his post, desert, or mutiny, it shall and may be lawful for the Commanding Officer of the regiment or corps, to order a court-martial for the trial of such offenders. The members when met, shall individually, before they proceed, take the following oath, to wit : "I swear well and truly to try and determine, according to the evidence of the matter before me, between the State and the person now to be tried, So help me God !" And shall, on trial and conviction, order punishment on the offender, according to the articles of war established for the regulation of the continental army : *Provided nevertheless,* That such punishment shall not extend to sentence of death, except in case of desertion to an enemy or mutiny.

**Not to be arrested in any civil action when on duty.** XXIV. *And be it further enacted,* That no officer or soldier directed by this act to appear and muster as aforesaid, shall be liable to be taken or arrested in any civil action or process whatever, on the day such person or persons is or are directed to appear, or in a reasonable time either in going to, continuing at, or returning from the place appointed to muster or appear, but every such arrest is hereby declared to be void : And every person required by this act to attend musters and reviews, going to or returning from the same, shall be suffered to pass over any toll bridge or toll causeway, and shall be put over any ferry **To pass ferries &c. free** without delay, free from any charge whatsoever : And if any Ferryman or proprietor of any toll bridge shall demand pay, delay, or refuse to put over such person, they shall forfeit and pay for every such offence forty shillings, to be recovered by a warrant from a Justice of the Peace to the sole use of the informer.

**Musters.** XXV. *And be it further enacted,* That the Major-General of each division shall, when convenient to himself, but at least once in two years, order the review of the several corps composing said division to meet by regiments in their respective counties, except the regiment of cavalry and companies of artillery, which shall be mustered at the court-houses of their respective districts, except as herein before excepted ; and he shall attend the said reviews under the penalty of fifty pounds. And the Brigadier of each brigade shall in like manner at least once in every two years, order a review of the several regiments and companies of artillery of his brigade, under the penalty of forty pounds, to be recovered as before described. **Penalties on field officers.** And when penalties are inflicted upon Field Officers, and no other method is directed for the recovery thereof, the same shall be recovered by information of the Brigade Inspector before a regimental **No Brigade Inspectors now, 1801, 9.**

court-martial, to be ordered by the Brigadier; the judgment of which court shall be carried into execution and levied by the Adjutant of the regiment as heretofore prescribed.

XXV. *And be it further enacted by the authority aforesaid,* That in addition to the fines herein imposed on General Officers for not reviewing, and on regimental officers and privates for not turning out at General Musters or reviews, and in case of alarm, a further fine of not less than twenty-five per cent. on the amount of their last public tax (if the said tax exceeds three pounds) shall be required and collected from them respectively, for such neglect of duty ; and that the said fines may the more easily be ascertained, the Captain of each company respectively is hereby required to call on the Clerk of the Court for a copy of the lists of taxable property for his company in each and every year, and upon such application it shall be the duty of the Clerk to furnish the same without delay.

XXVI. *And be it further enacted,* That all fines and forfeitures by this act directed, and not herein particularly appropriated, shall be applied to the purpose of first buying drums, fifes, and colours, and then arms and accoutrements for the use of the corps from whence the same arise, and those paid by the Major-General shall be equally divided among the brigades of his division ; those paid by the Brigadier shall be equally divided by the different regiments of his brigade ; those paid by the Field and Staff Officers, and not before appropriated, equally among the companies of the regiments or battalions to which they belong ; and those paid by the other commissioned officers, among their respective companies.

XXVII. *And be it further enacted,* That where companies consist principally of persons residing within any town of the State, and the muster ground is at, or within one mile of the town, that all fines herein imposed, for not appearing at reviews or musters, or if appearing, not being properly armed and accoutred, shall be doubled, except the per centage on their last public tax.

XXVIII. *And be it further enacted,* That if any person liable to do duty, shall appear at or near the parade or muster ground, during the time of any review or muster, and shall not take his proper station, and perform the duty required of him by law, it shall be the duty of the Commanding Officer of the regiment or corps, to order the said person under guard, there to be detained during the time of exercise, or the service then performing, and until the troops are discharged.

XXIX. *And be it further enacted,* That the respective officers, non-commissioned officers and privates, when in actual service in defence of this State, shall, from the day they are ordered on duty, be paid according to the following rates, namely : A Major-General per day, twenty-five shillings ; a Brigadier-General, ditto, twenty shillings ; Colonel or Lieutenant-Colonel Commandant of infantry per day fifteen shillings ; a Major of infantry, ten shillings ; a Captain of ditto seven shillings and sixpence ; Lieutenant of ditto five shillings ; Ensign of ditto four shillings and six-pence ; Surgeon of ditto seven shillings and sixpence ; Sergeant-Major ditto four shillings ; Fife-Major ditto four shillings ; Sergeant of ditto three shillings and sixpence ; a Corporal of ditto three shillings ; a Drummer of ditto three shillings ; Fifer of ditto three shillings ; Private of ditto three shillings. Lieutenant Colonel Commandant of cavalry per day twenty shillings ; Majors of ditto fifteen shillings : Captain of ditto twelve shillings and sixpence ; Lieutenant of ditto ten shillings : Cornet of ditto seven shillings and sixpence ; Surgeon of ditto ten shillings ; Sergeant of ditto five shillings and six pence ; Corporals of ditto five shillings and sixpence ; Trumpeters of ditto five shillings and sixpence ; Private of ditto four shillings and sixpence. Lieutenant Colonel Commandant of Artillery, twenty shillings ; Major, twelve shillings and sixpence ; Captain, ten shillings ; Captain Lieutenant, seven shillings and sixpence ; Lieutenant, seven shillings and sixpence ; Surgeon, seven shillings and sixpence ; non-commissioned officers and privates to have the same pay as those in the cavalry : *Provided nevertheless,* That the above mentioned pay shall not be construed to be due to any officer or men of the militia called out at any time in pursuance of orders from the Executive of the United States, or the laws thereof.

XXX. *And be it further enacted,* That all other acts and clauses of acts which come within the meaning and purview of this act, are hereby repealed and made void.

*An act to alter the time of holding a county court of Washington, and for other purposes therein mentioned.*

WHEREAS the time heretofore appointed for holding the county court of pleas and quarter sessions of Washington county is found inconvenient, by reason that the sitting of said court may frequently happen on Christmas day, or during the holidays :

I. *Be it therefore enacted by the General Assembly of the state of North-Carolina, and it is hereby enacted by the authority of the same,* That from and after the next court to be held for the said county of Washing-

S s

---

*Marginalia (right column):*

1800.   165

Additional fines.

Fines how to be applied.

Fines of certain persons.

Persons appearing and not taking their station, arrested.

Pay.

Pay not allowed when called out by the executive of U. States.

Former acts repealed.

CHAP. 62.

Washington court when held.

# EXHIBIT L

LIBRARY
THE PA. STATE
COLLEGE

# THE

# 𝔖𝔱𝔞𝔱𝔲𝔱𝔢𝔰 𝔞𝔱 𝔏𝔞𝔯𝔤𝔢

OF

# PENNSYLVANIA

FROM

# 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19, 1887, BY

JAMES T. MITCHELL AND HENRY FLANDERS
COMMISSIONERS

## VOLUME XIV

### 1791–1793

HARRISBURG, PA.:
HARRISBURG PUBLISHING CO., STATE PRINTER.
1909.

Brewer Exs. Page 264

Digitized by Google

*The Statutes at Large of Pennsylvania.* [1793

of their capital expended in the prosecution of the said work, and of the income and profits arising from the said toll, for and during the said respective periods, together with an exact account of the costs and charges of keeping the said bridge in repair, and all other contingent costs and charges, to the end that the clear annual income and profits thereof may be ascertained and known, and if at the end of two years after the said bridge shall be completed, it shall appear from the average profits of the said two years, that the said clear income and profits thereof will not bear a dividend of six per centum per annum on the whole capital stock of the said company so expended, then it shall and may be lawful for the president, managers and company to increase the tolls hereinabove allowed, so much upon each and every allowance thereof as will raise the dividends to six per centum per annum, and at the end of every ten years after the said bridge shall be completed, they shall render to the general assembly a like abstract of their accounts for three preceding years, and if at the end of any such decennial period, it shall appear from such abstract that the clear profits and income of the said company will bear a dividend of more than twenty-five per centum per annum, then the said tolls shall be so reduced, as will reduce the said dividend to twenty-five per centum per annum.

Passed April 11, 1793. Recorded L. B. —, p. —. (not given.)

---

# CHAPTER MDCXCVI.

AN ACT FOR THE REGULATION OF THE MILITIA OF THE COMMON-WEALTH OF PENNSYLVANIA.

Whereas a well regulated militia is the only safe and constitutional method of defending a free state, and whereas, the

Digitized by Google

several laws enacted by the legislature of this commonwealth
for the regulation of the militia thereof, have been found to re-
quire material alterations, in order to which it has been
thought more advisable to revise the whole system, than to
amend it by supplementary statutes: Therefore:

[Section I.]   (Section I, P. L.)  Be it enacted by the Senate
and House of Representatives of the Commonwealth of Penn-
sylvania, in General Assembly met, and it is hereby enacted
by the authority of the same, That each and every free, able-
bodied, white, male citizen of this or any other of the United
States, residing in this commonwealth, who is or shall be of the
age of eighteen years and under the age of forty-five years, ex-
cept as hereinafter excepted, shall severally and respectively be
enrolled in the militia, by the captain or commanding officer of
the company within whose bounds such citizen shall reside,
within three months after the passing of this act, and that it
shall be at all times hereafter the duty of every such captain
or commanding officer of a company, to enroll every such citi-
zen as aforesaid, and also those who shall from time to time
arrive at the age of eighteen years, or being of the age of eigh-
teen years and under the age of forty-five years, and not ex-
cepted by this act, shall come to reside within his bounds, and
shall without delay notify such citizen of the said enroll-
ment by a proper non-commissioned officer of the company,
by whom such notice may be proved; and all cases of
doubt respecting the age of any person enrolled or intended
to be enrolled, the party questioned shall prove his age
to the satisfaction of the officers of the company within whose
bounds he may reside, or a majority of them.

[Section II.]  (Section II, P. L.) And be it further enacted
by the authority aforesaid, That the vice president of the
United States, officers, judicial and executive, of the govern-
ment of the United States, the members of both houses of con-
gress and their respective officers, judges of the supreme court,
judges of the court of common pleas, attorney general, secre-
tary and treasurer of the state, sheriffs, gaolers and keepers
of workhouses, all post-officers and stage-drivers who are em-
ployed in the care and conveyance of the mail of the post

Digitized by Google

Case 3:19-cv-01226-L-AHG •Document 134-6 Filed 03/15/24 PageID.14083 Page 301 of 326

office of the United States, all ferrymen employed at any ferry on the post roads, all inspectors of exports, all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States, ministers of religion of every denomination, professors and teachers in the university, colleges, academies and schools, the librarian of the library company of Philadelphia and of the Loganian library, and menial servants of ambassadors or ministers and consuls from foreign states, and no other person or persons, shall be, and are hereby, excepted from military duty, notwithstanding their being above the age of eighteen and under the age of forty-five years. And also all young men under the age of twenty-one years, and all servants purchased bona fide and for a valuable consideration, though enrolled agreeably to the first section of this law, shall be exempted from furnishing the necessary arms, ammunition and accoutrements, as are required by the fifth section thereof, and shall be excepted from militia duties and fines during such minority or servitude, except in cases of rebellion, or an actual or threatened invasion of this or any of the neighboring states.

[Section III.] (Section III, P. L.) And be it further enacted by the authority aforesaid, That the militia of this commonwealth shall, within the respective bounds hereinafter mentioned, be arranged into divisions, brigades, regiments, battalions and companies; that each brigade so to be formed shall consist of not less than two nor more than eight regiments; each regiment into two battalions; and each battalion into four companies, in such manner that no company shall consist of more than eighty or less than forty individuals, or as near as may be, having regard to their local situations; there shall be to each battalion at least one company of grenadiers, light infantry or riflemen, and to each division there shall be at least one company of artillery and one troop of horse, which shall be formed of volunteers from the respective brigades at the discretion of the governor, not exceeding one company of each to a regiment, nor more in number than one-eleventh part of the infantry.

Digitized by Google

Provided always, That the several volunteer corps of artillery, cavalry and infantry, which have hitherto existed in this commonwealth and have not been included in the general formation of the militia, shall continue to exist as heretofore, and retain the privileges which they have hitherto enjoyed.

[Section IV.] (Section IV, P. L.) And be it further enacted by the authority aforesaid, That the territory of this commonwealth, for the purpose of making the arrangement in the preceding section mentioned, be and is hereby divided into division bounds as follows, to wit.: The city and county of Philadelphia shall form one division; the counties of Bucks and Montgomery one other division; the counties of Chester and Delaware one other division; the counties of Lancaster and York one other division; the counties of Berks and Dauphin one other division; the counties of Cumberland and Franklin one other division; the counties of Northampton, Northumberland and Luzerne one other division; the counties of Bedford, Huntingdon and Mifflin one other division, and the counties of Westmoreland, Washington, Fayette and Allegheny one other division.  The city of Philadelphia shall form a brigade, and each county shall form a brigade; provided that it shall be lawful for the governor to divide any county into two brigades, when the number of men enrolled in the militia of such county shall exceed four thousand.

[Section V.] (Section V, P. L.) And be it further enacted by the authority aforesaid, That in order that the militia may be properly armed, equipped and accoutred, every citizen enrolled and notified of this enrollment in manner aforesaid, except as is hereinbefore excepted, shall, within six months after receiving such notice, provide himself with the arms, ammunition and accoutrement hereinafter mentioned, viz.: Every non-commissioned officer and private of the infantry (including grenadiers and light infantry and of the artillery) shall have a good musket or firelock, a sufficient bayonet and belt, two spare flints and a knapsack, a pouch with a box therein, to contain not less than twenty-four cartridges suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball, or with a good rifle, knapsack,

Digitized by Google

shot-pouch and powder horn, twenty balls suited to the bore of his rifle and a quarter of a pound of powder; the commissioned officers of infantry shall be armed with a sword or hanger and an espontoon, and those of artillery with a sword or hanger, a fuzee, bayonet and belt, and a cartridge box to contain twelve cartridges. The commissioned officers of the several troops of horse shall furnish themselves with good horses, of at least fourteen hands and an half high, and shall be armed with a sword and a pair of pistols, the holsters of which shall be covered with bearskin caps; each light-horseman or dragoon shall furnish himself with a serviceable horse, of at least fourteen hands and an half high, a good saddle, bridle, mail pillion and valise holsters, and a breast plate and cupper, a pair of boots and spurs, a pair of pistols, a sabre and a cartouch box, to contain twelve cartridges for pistols; the artillery and horse shall be uniformly clothed in regimentals, to be furnished at their own expense, the color and fashion to be determined by the brigadier commanding the brigade to which they belong; every militiaman shall appear so armed, accoutred and provided when called out to exercise or into service (except that when called out on company days to exercise only he may appear without a knapsack) and every man so enrolled as aforesaid, and providing himself with the arms, ammunition and accoutrements required as aforesaid, shall hold the same exempted from all suits, distresses, executions, or sales for debt or the payment of taxes. Each battalion and regiment shall be provided with the state and regimental colors by the field officers, and each company with a drum and fife or bugle horn by the commissioned officers of the company; the expenses of such colors, drums, fifes or bugle horns to be repaid to the officers out of the fines incurred by this act.

Provided always, That whenever the field officers of any regiment shall judge any person enrolled therein, unable to arm and equip himself as aforesaid, such person shall not be subject to any fine for not arming, anything herein contained to the contrary notwithstanding.

Digitized by Google

[Section VI.] (Section VI, P. L.) And be it further enacted by the authority aforesaid, That the militia shall be officered as follows: To each division one major-general and two aides-de-camp, with rank of major; to each brigade one brigadier general, with one brigade inspector to serve also as brigade-major, with rank of major; to each regiment one lieutenant-colonel commandant; and to each battalion one major; to each company of infantry, (including light infantry and grenadiers) one captain, one lieutenant, one ensign, four sergeants, four corporals, one clerk, one drummer and one fifer or bugler; that their shall be a regimental staff, to consist of one adjutant and one quarter-master, to rank as lieutenants; one paymaster, one surgeon and one surgeon's mate, one sergeant major, one drum major and one fife major; there shall be to each company of artillery one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one fifer; and to each troop of horse there shall be one captain, two lieutenants, one cornet, four sergeants, four corporals, one saddler, one farrier and one trumpeter; there shall be an adjutant-general appointed for the whole militia.

[Section VII.] (Section VII, P. L.) And be it further enacted by the authority aforesaid, That the adjutant-general, major-general, brigadier-general and brigade inspectors, shall be appointed and commissioned by the governor; the division and brigade officers to be residing within their respective divisions and brigade bounds; that the majors-general shall apoint their own aides-de-camp out of the line of captains or subalterns; that the field officers of each regiment shall appoint their respective regimental staffs; that the lieutenant-colonels, majors, captains, lieutenants and ensigns, shall be elected in form and manner hereinafter mentioned and provided for; that all commissioned officers shall be commissioned for seven years, and shall take rank according to the date of their commissions, and when two of the same grade bear an equal date, then their rank shall be determined by lot to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

Digitized by Google

[Section VIII.] (Section VIII, P. L.) And be it further enacted by the authority aforesaid, That the duty of the adjutant-general shall be to distribute all orders from the governor, as commander-in-chief of the militia of the state, to the several corps; to attend all public reviews when the governor shall review the militia; to obey all orders from him relating to the carrying into execution and perfecting the system of military discipline established by this act; to furnish blank forms of the different returns that may be required, and to explain the principles on which they should be made; to receive may be furnished therewith; from all which returns he shall make a general return of all the militia of the state, and lay the same before the governor and a duplicate thereof before the president of the United States; that the said adjutant-general, before he enters upon the exercise of the duties of his office, shall give bond with two or more sufficient sureties in the penalty of five thousand dollars, conditioned for the due and faithful performance of the said duties, and shall in full compensation for his services receive a yearly salary of eight hundred dollars.

[Section IX.] (Section IX, P. L.) And be it further enacted by the authority aforesaid, That it shall be the duty of the brigade inspectors to attend the regimental and battalion meetings of the militia composing their several brigades during the time of their being under arms; to inspect their arms, ammunition and accoutrements, superintend their exercise and manoeuvres, and introduce throughout the state the system of military discipline established by this act, as well as such orders as they shall from time to time receive from the governor, as commander-in-chief of the militia, to make returns to the adjutant-general at least once in every year, and at such stated time or times as the governor shall direct, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements and ammunition of the several corps and every other thing which in his judgment may relate to their government and the general advancement of good order and military discipline; that it shall

Digitized by Google

moreover be the duty of the said brigade inspectors to super-
intend the elections of the field officers, to procure and furnish
arms, accoutrements, ammunition, drums, fifes, bugle horns,
carriages for the transportation of baggage and other articles
that may be wanted for the use of their respective brigades,
and to do all and every such other duties as are enjoined upon
them by this act, in form and manner therein prescribed; and
in full compensation for all their services each of the said
brigade inspectors shall receive the yearly salary of two hun-
dred dollars; and each of the said inspectors before he enters
upon the duties of his office shall give bond with one or more
sufficient sureties in the penal sum of one thousand dollars,
conditioned for the due and faithful performance of the said
duties and for the faithful accounting for, according to law,
and paying of all the moneys which shall come to his hands
by virtue of this act, when thereunto lawfully required; and
each of the said inspectors shall, once in every twelve months,
make out complete accounts of all the moneys received by him,
and of his expenditures, and return the same to the adjutant-
general, and on failure of accounting as aforesaid, each in-
spector shall forfeit and pay for every such neglect the sum
of fifty dollars, to be applied as other fines are directed to be
applied by this act; and on the death, removal, or resignation
of any of the said inspectors, such inspector, his executors or ad-
ministrators, shall, on the reasonable demand in writing of his
successor in office, or of any other person who shall be ap-
pointed by the governor to receive the same, deliver up to the
said successor, or other person as aforesaid, all and singular the
books, duplicates, returns and other papers belonging to or in
use in the said office, and on refusal thereof, he or they so
offending, shall forfeit the sum of one thousand dollars and the
necessary cost of prosecution, to be recovered by the said suc-
cessor in office, or other person duly authorized as aforesaid,
upon indictment, bill, plaint or information, or by action of
debt, in any court of record within this state, to be applied as
other militia fines are directed to be applied by this act, and in
case of a second refusal, such person or persons so refusing

Digitized by Google

shall suffer as well the said penalty as the further punishment of six months' imprisonment, without bail or mainprise, and the judges of the court where such penalty shall be recovered shall order the said commitment accordingly.

[Section X.] (Section X, P. L.) And be it further enacted by the authority aforesaid, That each of the said inspectors shall, on or before the first Monday in May next, and some time between the first day and last day of March in every succeeding year, issue his warrant, directed to the captain or commanding officer for the time being of each company of the several battalions, or some other fit person in his brigade, commanding him in the name of the commonwealth to deliver to him, the said inspector, within ten days from and after the date of the said warrant (on oath or affirmation, which the said inspectors are hereby severally empowered to administer), a true and exact list of the names and surnames of each and every free, able-bodied, white, male citizen of this or any other of the United States, residing within the bounds of his company, between the ages of eighteen and forty-five years, not being such as are above declared excepted from militia duty, and lay such lists, within three days after he shall have received the same, before the brigadier general of his brigade, who shall thereupon divide his said brigade into regimental battalions and companies, in manner hereinbefore directed, to each of which he shall appoint proper districts or local subdivisions, paying due regard to the conveniency of the inhabitants, and taking care that each person be annexed to the numerical class to which he formerly belonged.

[Section XI.] (Section XI, P. L.) And be it further enacted by the authority aforesaid, That the elections of such officers as are by this act declared to be elective, shall be made as follows: The several brigade inspectors shall, on or before the first Tuesday of June next, give notice, by advertisement at eight or more of the most public places of each regiment bounds or district, appointing a certain day for each district, not less than ten days after the said notice, and requiring all the citizens enrolled in the said regiment and residing within the bounds thereof, except as is hereinbefore excepted, to meet at a cer-

Digitized by Google

tain place as near the centre of the said district as may be, and then and there, between the hours of ten in the morning and six in the afternoon of the said day, to elect by ballot one lieutenant colonel; and the enrolled inhabitants of each battalion bounds, respectively, shall elect by ballot as aforesaid, on the same or some other day and at such place or places as shall be most convenient, but with the least possible delay, one major; and the enrolled inhabitants of each company bounds, respectively, shall elect by ballot as aforesaid, on the same or some other day and at such place or places as shall be most convenient, but with the least possible delay, one captain, one lieutenant and one ensign; previous to which said election or elections, respectively, the said enrolled inhabitants shall elect two respectable citizens to preside as judges thereof, who shall certify to the inspector the names of the persons so elected, and each captain shall appoint a suitable person for a clerk in his company, and the said inspector shall attend and superintend each and every of the said battalion elections, and after the officers are elected shall give notice thereof to the brigadier, who shall cause the lieutenant colonels of his brigade to assemble together, as soon as may be, to cast lots for rank of the regiments, and the said lieutenant colonels shall afterwards call together the majors and captains of their respective regiments, to cast lots in like manner for their respective ranks, and the ranks of the lieutenants and ensigns shall be determined by the ranks of the captains, respectively, and the said inspectors shall, as soon as may be after the officers shall have been elected and their ranks ascertained, transmit proper certificates to the governor, of the names of the persons so as aforesaid elected and their ranks, in order that commissions may be granted to them according to the said certificates; and elections for officers in the light-horse shall be made in like manner as elections for officers in the infantry and artillery, and in every case of future vacancy, whether by death, resignation or absence, as hereinafter provided, the brigadier, in whose brigade such vacancy or vacancies shall happen, shall immediately, upon receiving notice thereof, cause one or more regiment, battalion or com-

Digitized by Google

pany elections to be held in manner and form aforesaid, in order to supply the same, and shall, when there shall be occasion, cause the ranks to be ascertained, and make return to the governor in manner hereinbefore provided; and whenever any vacancy or vacancies shall happen, as aforesaid, in any regiment, battalion or company, the commanding officer of such regiment, battalion or company, for the time being, shall give immediate notice thereof to the inspector of his brigade, that the same may be filled up without loss of time; and if any regiment, battalion, troop or company, being duly noticed and required as aforesaid, shall neglect or refuse to elect their officers as aforesaid, then it shall and may be lawful for the inspector of the brigade to which such regiment, battalion, troop or company shall belong, to nominate, with the approbation of the brigadier-general, one suitable person to the governor, in the room of each officer so neglected to be chosen, and the said governor, approving thereof, shall commission the said person, which shall be as effectual to all intents and purposes as if the said officers had been elected as before directed; and the said inspector shall, as soon as may be, acquaint the parties so neglecting or refusing with the appointments that shall have been made as aforesaid.

[Section XII.] (Section XII, P. L.) And be it further enacted by the authority aforesaid, That if any commissioned officer shall remove out of the bounds of his proper division, brigade, battalion or company, except within the city of Philadelphia (as the case may be), or shall be absent therefrom (otherwise than on militia duty) for more than six months, his office shall be thereby vacated; and if a light-horseman shall remove or be absent in like manner from the bounds of his troop, or be appointed or elected a commissioned officer in any other part of the militia, his place in the said light-horse shall likewise be vacated.

[Section XIII.] (Section XIII, P. L.) And be it further enacted by the authority aforesaid, That every militia-man migrating or removing out of the bounds of one battalion or company to another, shall apply to the commanding officer of the company to which he did belong, who shall give him a

Digitized by Google

discharge, certifying the class to which he belongs, and whether he has served his tour of duty or not, and the time and date of said service, which certificate the said militia-man shall produce to the captain or commanding officer of the company in whose bounds he next settles, within ten days after his settlement, and the said captain or commanding officer is hereby required to enroll him in the class specified in the said certificate.

[Section XIV.] (Section XIV, P. L.) And be it further enacted by the authority aforesaid, That the whole of the militia of this state shall be subject to be mustered and exercised in regiments and in companies, by their respective officers, in the autumn or fall season of every year, on the days hereinafter stated, to wit: In regiments, as follow: the first regiments of each and every brigade in the commonwealth, shall be exercised on the third Monday in the month of October; the second regiments, on the Tuesday following; the third regiments, on the Wednesday; and so on, according to their numerical rank, on every day in the week (Saturdays and Sundays excepted) until the whole number of regiments shall have mustered and exercised in the aforesaid manner; and the several regiments shall meet and exercise in companies on the first Monday in the month of October; and the militia shall be and is hereby indemnified and excused from mustering and exercising on any other days than those enumerated in this act.

[Section XV.] (Section XV, P. L.) And be it further enacted by the authority aforesaid, That if any commissioned officer shall, without a lawful excuse, neglect or refuse to attend on any of the days hereinbefore appointed for exercise, if a field officer, he shall forfeit and pay the sum of four dollars; and every other commissioned officer shall forfeit and pay the sum of two dollars; and every non-commissioned officer or private, so neglecting or refusing to attend, shall forfeit and pay the sum of one dollar for every such neglect or refusal; except such commissioned officer, non-commissioned officer and privates, who shall be summoned and actually attending, on any of the days of exercise, aforesaid, as a juror or witness in

30—XIV

Digitized by Google

any court within this commonwealth, and the same fines shall be respectively paid by every officer, non-commissioned officer or private who shall leave the parade on a day of exercise before the regiment or company is discharged, without leave first had and obtained of the officer commanding.

[Section XVI.] (Section XVI, P. L) And be it further enacted by the authority aforesaid, In order to ascertain those persons who by their absence on the days of exercise shall have incurred the fines above mentioned, a sergeant or the clerk of each company shall, on every such day, in the presence of the captain or commanding officer of the company, at the end of one hour after the time appointed for the meeting of the company or regiment, and also after the exercise is over and before the men are discharged, call over a muster-roll of the company, noting those who are absent, and a return shall be made on the same or following day of such absentees, which shall be signed by the sergeant or clerk and by the captain or commanding officer of the company, and shall, within ten days thereafter if a regimental meeting, or if a company meeting, within ten days after the next regimental meeting, be returned by the said captain or commanding officer of the company, upon his oath or affirmation, to the inspector of the brigade, under the penalty of fifty dollars for every time he shall refuse or neglect to make such return, and if any of the said absentees shall have been unable to attend from sickness or unavoidable necessity, and shall within the space of eight days next after the day of exercise, state his case by himself or his friend to the said captain or commanding officer of the company, and satisfy him of the truth thereof, then the said captain or commanding officer of the company, shall mention in his said return the particular reasons of excuse which each absentee shall have made appear to his satisfaction, and the inspector, on sight of the said return, shall admit every such excuse as shall appear to him reasonable, without favor or partiality, and remit the fines accordingly, but no excuse shall be received at any other time or in any other manner, than as is above prescribed.

Digitized by Google

[Section XVII.] (Section XVII, P. L.) And be it further enacted by the authority aforesaid, That whenever it may be necessary to call into actual service any part of the militia in case of rebellion, or of an actual or threatened invasion of this or any of the neighboring states, then it shall and may be lawful for the governor to order into actual service, such part of the militia, by classes, as the exigency may require;

Provided, That the part so called doth not exceed four classes of the militia of the brigade or brigades so called out.

And provided also, That such brigade or brigades shall not be again called out to furnish any more militia, until an equal number of classes of the militia of the other brigade or brigades, respectively, be first called, unless the danger of an invasion from Indians or others should make it necessary to keep in reserve the militia of such brigade or brigades for their own immediate defence.

[Section XVIII.] (Section XVIII, P. L.) And be it further enacted by the authority aforesaid, That to the end that the militia, when called by classes, shall be properly officered, the following order is hereby directed and enjoined; that is to say, for the first draft, the captain of the first company, the lieutenant of the second and the ensign of the fourth; second draft, the captain of the second company, the lieutenant of the first and the ensign of the third; third draft, the captain of the third company, the lieutenant of the fourth and the ensign of the second; fourth draft, the fourth captain, the lieutenant of the third company and the ensign of the first; fifth draft, the fifth captain, the lieutenant of the sixth company and the ensign of the eighth; sixth draft, the sixth captain, the lieutenant of the fifth company and the ensign of the seventh; seventh draft, the captain of the seventh company, the lieutenant of the eighth and the ensign of the sixth; eighth draft, the captain of the eighth company, the lieutenant of the seventh and the ensign of the fifth; non-commissioned officers to take tour of duty with the commissioned officers, and the field officers of regiments, in every division and brigade in the state, shall be divided in like manner, and each class to be considered as a detachment from different corps liable to serve two months and no longer, and to

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.14095   Page 313 of 326

be relieved by the class next in numerical order, the relief to
arrive at least two days before the expiration of the term of the
class to be relieved, but nothing herein contained shall prevent
the governor from employing and calling out part of any class,
or any company or companies, regiment or regiments, with-
out respect to this rule, whenever the exigency is too sudden
to allow the assemblying of the scattered militia which com-
pose the particular classes, and the services of the persons so
called out shall be accounted as part of their tour of duty, and
the pay of the militia in actual service shall commence two
days before marching, and they shall receive pay and rations
at the rate of fifteen miles per day on their return home.

[Section XIX.] (Section XIX, P. L.) And be it further
enacted by the authority aforesaid, That it shall and may be
lawful for any person called to do a tour of duty to find a suffi-
cient substitute, such substitute being approved of by the cap-
tain or commanding officer of the company which he shall be
offered to serve in.

Provided always, That persons serving by substitute as
aforesaid, if said substitute shall be called in his own turn
into actual service before the term expires which he was to
serve for his employer, that then the person procuring such
substitute shall march in his said substitutes' turn, or be liable
to pay his fine for neglect, which fine is to be recovered as other
fines for neglect of serving are by this act directed to be re-
covered, and that sons who are not subject to the militia law
may be admitted as substitutes for their fathers.

[Section XX.] (Section XX, P. L.) And be it further enacted
by the authority aforesaid, That when the militia, or any de-
tachment thereof, are called out on duty, the pay of each major-
general shall be sixty dollars per month; of each brigadier
general, fifty dollars per month; of each lieutenant-colonel,
forty dollars per month; of each major, thirty dollars per
month; of each captain, twenty-five dollars per month; of each
lieutenant, twenty dollars per month; of each ensign, fifteen
dollars per month; of each sergeant, eight dollars per month;
of each corporal, seven dollars per month; and of each private
and musician, six dollars per month; and that every person

Digitized by Google

refusing or neglecting to perform his tour of duty, in person
or by substitute, shall pay the sum of twelve dollars for every
such neglect or refusal, if the tour was to be for a term not ex-
ceeding one month and in proportion if the tour was to be for
any longer term.

[Section XXI.] (Section XXI, P. L.) And be it further
enacted by the authority aforesaid, That when any class or
classes of the militia shall be called to perform any tour of duty,
the brigade inspector shall cause each and every person so
called to be notified of such call, by a written or printed notice
being delivered to him personally, or left at his house or usual
place of abode, by some officer or other fit person employed for
that purpose by the commanding officer of said company, at
least three days before the time of assemblying the said militia,
unless the governor, on a sudden exigency, shall think proper
to order any part of the militia into immediate and actual ser-
vice, and then the notice mentioning such special order shall
be given for immediate attendance; and any person refusing or
neglecting to perform such tour of duty, shall pay a fine of six-
teen dollars per month for every such offence.

[Section XXII.] (Section XXII, P. L.) And be it further
enacted by the authority aforesaid, That the inspector shall,
forthwith after the marching of any part of the militia, call
to his assistance two reputable citizens, one of whom shall be
a justice of the peace, to sit at the most convenient place for the
inhabitants of their respective districts, notice having been
given of such place in the written or printed summons of every
militia-man so called out, and shall there hear and determine
all appeals that may be made by the persons thinking them-
selves aggrieved by anything done in pursuance of this act;
and they are hereby authorized and required to grant such re-
lief to such appellant as to them shall appear just and reason-
able (in consideration of such inability of body as in the opinion
of the court renders him incapable of performing military
duty) or of unavoidable absence from the brigade in which he
shall reside; and each of the said reputable citizens, before
they shall sit on the said appeal, shall take the following oath
or affirmation, viz.: That he will hear and impartially deter-

Digitized by Google

mine on the cases of appeal that may be laid before him, agreeably to law and according to the best of his knowledge; which oath or affirmation the inspector is hereby empowered to administer, and the said justice and citizen shall have and receive from the said inspector the sum of one dollar each, for every day they sit on the appeals; and the said inspector and justice of the peace shall keep a separate record of the proceedings of such court of appeals, and if any delinquent, whose appeal shall have been determined against him, shall not pay his fine within five days after such determination, the inspector shall and may proceed to levy the said fine in manner hereinafter mentioned.

[Section XXIII.] (Section XXIII, P. L.) And be it further enacted by the authority aforesaid, That the commanding officers of the several regiments shall attend at the place of rendezvous of the marching class or classes, and the commanding officers of the marching class or classes are hereby required, then and there to deliver, to the commanding officer of the regiment, a muster-role of all those who attend and proceed to perform their then required tour of duty, under the penalty of fifty dollars, which return or muster-roll shall be transmitted by the said commanding officer of the regiment, within five days after marching, under the penalty of fifty dollars, to the inspector of the brigade to which they respectively belong.

[Section XXIV.] (Section XXIV, P. L.) And be it further enacted by the authority aforesaid, That the following articles, rules and regulations shall be those by which the militia shall be governed.

Article 1. If any field or other commissioned officer at any regimental review, or on any other occasion when the regiment or company to which he may belong, or in which he holds a command, is paraded in arms, shall appear, misbehave or demean himself in an unofficerlike manner, he shall, for such offence, be cashiered or punished by fine at the discretion of a general court martial, as the case may require, in any sum not exceeding sixty dollars, and if any non-commissioned

Digitized by Google

Case 3:19-cv-01226-L-AHG   Document 134-6   Filed 03/15/24   PageID.14098   Page 316 of 326

officer or private shall, on any ocasion of parading the company to which he belongs, appear with his arms and accoutrements in an unfit condition, or be drunk, or shall disobey orders, or use any reproachful or abusive language to his officers, or any of them, or shall quarrel himself or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard, by order of the commanding officer present, until the company is dismissed, and shall be fined, at the discretion of a regimental court martial, in any sum not exceeding four dollars, nor less than one dollar.

Article 2. If the lieutenant colonel or commanding officer of any regiment shall neglect or refuse to give orders for assemblying his regiment at the times appointed by this law, or at the direction of the inspector of the brigade to which he belongs, when the said inspector is thereto commanded by the governor, or in case of an invasion of the city or county to which such regiment belongs, he shall be cashiered and punished by fine not exceeding two hundred dollars, at the discretion of a general court martial; and if a commissioned officer of any company shall, on any occasion, neglect or refuse to give orders for assemblying the company to which he belongs, or any part thereof, at the direction of the lieutenant colonel or commanding officer of the regiment to which such company belongs, he shall be cashiered and punished by fine not exceeding sixty dollars, at the discretion of a regimental court martial, and a non-commissioned officer offending in such case shall be fined, at the discretion of a regimental court martial, in any sum not exceeding twenty dollars.

Article 3. If any captain or commanding officer of a company shall refuse or neglect to make out a list of the persons noticed to perform any tour of duty, and send or convey the same to the lieutenant-colonel or commanding officer of the regiment to which such company may belong, for such neglect or refusal he shall be cashiered or fined, at the discretion of a regimental court martial, in any sum not exceeding forty dollars.

Article 4. If any militia-man shall desert while he is on a tour of duty, he shall be fined twenty-four dollars for every such

Digitized by Google

offence; if a non-commissioned officer, he shall be degraded and placed in the ranks.

Article 5. Every general court martial shall consist of thirteen members, all of whom shall be commissioned officers and of such rank as the case may require, and these thirteen shall choose a president out of their number, who shall be a field officer.

Article 6. Every regimental court martial shall be composed of five members, all commissioned officers, who are to choose one of their members a president, not under the rank of captain.

Article 7. In any court martial, not less than two-thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted.

Article 8. The president of each and every court martial, whether general or regimental, shall require all witnesses, in order to the trial of offenders, to declare on oath or affirmation that the evidence they shall give is the truth, the whole truth and nothing but the truth, and the members of all such courts shall take an oath or affirmation, which the president is required to administer to them, that they will give judgment with impartiality.

Article 9. All members of any militia called as witnesses in any case before a court martial, who shall refuse to attend and give evidence, shall be censured or fined, at the discretion of the court.

Article 10. No officer or private man being charged with transgressing these rules, shall be suffered to do duty in the regiment, company or troop to which he belongs, until he has his trial by a court martial, and every person so charged shall be tried as soon as a court martial can conveniently be assembled.

Article 11. If any officer or private man shall think himself injured by his lieutenant colonel or the commanding officer of the regiment, and shall, upon due application made to him, be refused redress, he may complain to the brigadier general, who shall direct the inspector of the brigade to summon a general court martial, that justice may be done.

Digitized by Google

Article 12. If any inferior officer or private man shall think himself injured by his captain or other superior in the regiment, troop or company to which he belongs, he may complain to the commanding officer of the regiment, who shall summon a regimental court martial, for doing justice, according to the nature of the case.

Article 13. No penalty shall be inflicted at the discretion of court martial other than degrading, cashiering or fining.

Article 15.* The commanding officer of the militia, for the time being, shall have full power of pardoning or mitigating anycensures or penalties ordered to be inflicted on any private or non-commissioned officer, for the breach of any of these articles, by a general court martial; and every offender convicted, as aforesaid, by any regimental court martial, may be pardoned, or have the penalty mitigated by the lieutenant colonel or commanding officer of the regiment, excepting only where such censures or penalties are directed as satisfaction for injuries received by one officer or private man from another; but in case of officers, such sentence to be approved by the commander-in-chief, or the nearest general officer of the militia, who are respectively empowered to pardon or mitigate such sentence, or disapprove of the same.

Article 16. The militia, on the days of exercise, may be detained under arms on duty in the field, any time not exceeding six hours, provided they are not kept above three hours under arms at any one time, without allowing them a proper time to refresh themselves.

Article 17. No company or regiment shall meet at a tavern on any of the days of exercise, nor shall march to any tavern before they are discharged, and any person who shall bring any kind of spirituous liquors to such place of training, shall forfeit such liquors, so brought, for the use of the poor belonging to the ward, district or township where such offender lives.

Article 18. All fines that shall be incurred by any breach of these rules, shall be paid into the hands of the inspectors of the brigades to which the offenders belong, or to such person

---

*This mistake in numbering occurs in the original.

Digitized by Google

or persons as he shall appoint and make known in general or brigade orders as his agents or attorneys to receive the same, within three weeks after they become due, but in case of neglect or refusal to pay any of the said fines, the said inspector shall cause the same to be collected and levied in manner hereinafter mentioned.

Article 19. The rules of discipline approved and established by congress in their resolution of the 29th of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout this state, except such deviations from said rules as may be rendered necessary by the requisitions of this act or some other unavoidable circumstances. It shall be the duty of the commanding officer at every muster, whether by regiment or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline.

Article 20. The militia of this state, whilst in the actual service of the United States, shall be subject to the same rules and regulations as the federal army; provided that upon any transgression or offence of a militia-man, whether officer or private, against the rules and regulations of the federal army, the cause shall be tried and determined by a court martial of the militia of this state, and that it shall be in the power of the governor, or in case of his absence, of the commanding officer of the militia, to mitigate, suspend, or pardon any punishment to which any militia-man may be sentenced by a general court martial.

[Section XXV.] (Section XXV, P. L.) And be it further enacted by the authority aforesaid, That no civil process shall be served on any commissioned, non-commissioned officer or private, at any regimental review or training of any company, or while going to or returning from the place of such review or training.

[Section XXVI.] (Section XXVI, P. L.) And be it further enacted by the authority aforesaid, That for the purpose of collecting and levying the fines that shall be incurred, as well for non-attendance on days of exercise as for neglect of performing tours of duty, and also all such fines as shall be im-

Digitized by Google

posed by court martial on persons belonging to their respective brigades, it shall and may be lawful for the several brigade inspectors to appoint one or more proper persons, by warrant under their respective hands and seals, to be collectors of the said fines; and the said collectors, by virtue of the said warrants, shall be authorized and empowered to call on every delinquent that shall be named in the lists to be furnished to them by the said inspectors, and demand payment of the said fines, and of five per centum on the amount thereof for their trouble in collecting the same, and on neglect or refusal of such payment, then the said collectors shall proceed to levy the said fines, with costs equal to those received by constables or sheriffs in similar cases, by distress, irreplevisable and sale of the offender's goods and chattels, lands and tenements, in like manner and with like effect as the collectors of taxes may or can do by virtue of any law or laws of this commonwealth.

Provided, That in the case of seizure of lands or tenements, the same notice shall be given previous to the sale thereof as is required in case of land sold by a sheriff, by virtue of a writ of venditioni exponas, and no process shall issue to stay the execution of such warrant, unless in the case of the seizure of real estate.

Provided always, That if any person shall think himself aggrieved in the seizure of his lands and tenements, he may enter an appeal before the judges of the next court of common pleas for the proper county, and on the parties giving sufficient security, within fifteen days next after any lands or tenements shall be seized or distrained, as aforesaid, to prosecute such appeal with effect, the judges shall receive the same and stay further process, and the said judges shall return every such appeal on the first day of the next term, and the court shall direct a trial by jury of the county, as in cases of debt, whose verdict shall be final and conclusive, and except in extraordinary cases, of which the court shall judge, all such appeals shall be tried at the term to which such returns shall be made.

Provided also, That in case real estates be sold as aforesaid, such sale shall be made by the sheriff of the county, who shall make a sufficient deed for the same, and if any collector, ap-

Digitized by Google

pointed by any brigade inspector, as aforesaid, and having accepted of his appointment, shall refuse or neglect to perform his duty, he shall, for every such offence, forfeit and pay, at the discretion of the courts of quarter sessions of the peace within this commonwealth, any sum not exceeding forty dollars.

[Section XXVII.] (Section XXVII, P. L.) And be it further enacted by the authority aforesaid, That any person who shall or may be appointed by any brigade inspector within this state to collect the militia fines, shall be bound to account with and pay over to the inspector of the brigade, by whom he shall have been so appointed, all the moneys received by him for fines, within ten days after demand thereof shall be made; and all and every such persons refusing to render or settle his account in manner aforesaid, shall be liable to have his goods, chattels, lands and tenements within this state seized and secured by warrant, under the hand and seal of the inspector of the brigade in which such delinquent collector hath or may have acted, directed to the sheriff or coroner of the proper county, who shall make report of his proceedings to the said inspectors, and if there are no such goods, chattels, lands or tenements, or they being seized, he shall continue to withhold or refuse to settle his account of fines received, then, and in that case, the said inspector shall issue his warrant, under his hand and seal, directing the sheriff or the coroner of the county in which the delinquent may be, to seize and take his body and commit the same to the common gaol of the county, there to continue without bail or mainprise until he shall exhibit and settle his account, as aforesaid, and discharge the costs of prosecution, and all and every collector appointed as aforesaid, who hath or shall upon settlement of his account, be found to have a balance due by him of the fines collected, and shall not, within ten days after demand made by the inspector, discharge and pay the full amount thereof, then and in such case it shall and may be lawful for the said inspector immediately to issue his warrant to the sheriff or coroner, to levy the sum due by such delinquent collector, by distress and sale of the offender's goods and chattels, lands and tenements, together with costs and charges, which distress and sale shall be made in manner be-

fore directed for tour and muster fines and fines imposed by
courts martial, but if no such goods and chattels, lands or tene-
ments can be found, then to seize and take the body of such
offender and commit him to the common gaol, there to remain
for the space of six months, unless he shall sooner discharge
the debt, or procure such security that the same shall be dis-
charged within a reasonable time, as may secure and satisfy the
said inspector.

[Section XXVIII.]   (Section XXVIII, P. L.)   And be it
further enacted by the authority aforesaid, That all and every
of the fines and forfeitures by this act made payable, and the
mode of recovery not hereinbefore particularly pointed out,
shall be recovered by the inspectors of the several brigades in
the name and for the use of the commonwealth, by action of
debt before a justice of the peace, or in any court of record
within this commonwealth, as from the amount thereof they
shall be more properly cognizable, and the said inspector shall
account for and pay yearly to the treasurer of the common-
wealth all such fines as he shall receive by virtue of this act.

[Section XXIX.]   (Section XXIX, P. L.)   And be it further
enacted by the authority aforesaid, That all moneys passing
into the treasury by virtue of the directions of this act, shall
be appropriated as a fund for the purpose of supporting the
necessary officers for carrying this law into effect, and of
equipping and furnishing the militia with every necessary
apparatus for the defence and security of the state, the sur-
plus, if any, to be appropriated in such manner and to such
uses as the general assembly shall from time to time direct and
appoint; and the treasurer of the commonwealth shall keep
all the moneys arising from fines by the militia law separate
from all other moneys, and keep separate books of the same, and
the expenditures thereof, pursuant to the directions of this act.

[Section XXX.]   (Section XXX, P. L.)   And be it enacted
by the authority aforesaid, That the brigade inspector and two
reputable citizens, shall appraise the horse of each person serv-
ing as a light-horseman, immediately before every time of going
into actual service, and enter the same in a book, and in case
such horse shall be killed or die in actual service, or be taken

Digitized by Google

by the enemy otherwise than by neglect, he shall be paid the full value of his horse, according to the said appraisement, by an order to be drawn by the inspector on the militia fund in the hands of the treasurer for that purpose.

[Section XXXI]. (Section XXXI, P. L.) And be it further enacted by the authority aforesaid, That if any officer, non-commissioned officer, or private militia-man, or volunteer acting with the militia, residing in this state, having a family, shall be killed or shall die of his wounds received in the service of this state, his widow, child or children shall be entitled to similar relief, and under the same regulations and restrictions as were provided by the act, entitled "An act to provide for the more effectual relief of the widows and children of the officers and privates of the militia who have lost their lives in the service of their country,"[1] passed on the twenty-seventh day of March, one thousand seven hundred and ninety, and if any officer, non-commissioned officer, or private militia-man, or volunteer acting with the militia, residing in this state, shall be wounded or otherwise disabled in the service of this state, he shall be entitled to similar relief, and under the same regulations and restrictions as had been provided by an act, entitled "An act to alter and amend the act, entitled 'An act for the relief of officers, soldiers and seamen, who in the course of the late war have been wounded or otherwise disabled in the service of this state or of the United States,'"[2] passed the tenth day of March, one thousand seven hundred and eighty-seven.

[Section XXXII.] (Section XXXII, P. L.) And be it further enacted by the authority aforesaid, That if any person or persons shall knowingly sell, buy, take or exchange, conceal or otherwise fraudulently receive any arms, accoutrements, colors or drums belonging to this state or the United States, or on any account or pretence whatsoever, the person so offending, being convicted thereof before one or more justice or justices of the peace of the city or county where such offence shall be committed, shall forfeit and pay for every such offence treble

---

[1] Chapter 1493.
[2] Chapter 1271.

Brewer Exs. Page 289
Digitized by Google

the value of such arms or accoutrements, to be ascertained by the said justice or justices, and levied by distress and sale of the offenders' goods and chattels, by the justice or justices before whom such offender shall be convicted, returning the overplus, if any, on demand, to such offender, and for want of such distress, shall commit such offender to the common gaol of the county, there to remain without bail or mainprise, for any term not exceeding three months, unless such money shall be sooner paid, and in every such case the proof of the [property] shall be made by the possessor of such arms and accoutrements.

[Section XXXIII.] (Section XXXIII, P. L.) And be it further enacted by the authority aforesaid, That if any suit or suits shall be brought or commenced against any person or persons for anything done in pursuance of this act, the action shall be laid in the county where the cause of such action did arise, and not elsewhere, and the defendant or defendants in such action or actions to be brought, may plead the general issue, and give this act and the special matter in evidence, and if the jury shall find for the defendant or defendants in such action or actions, or if the plaintiff or plaintiffs shall be nonsuited or discontinue his or her action or actions after the defendant or defendants shall have appeared, or if upon demurrer judgment shall be given against the plaintiff or plaintiffs, the defendants shall have treble costs, and have the like remedy for the same, as any defendant or defendants hath or have in other cases to recover costs by law.

[Section XXXIV.] (Section XXXIV, P. L.) And be it further enacted by the authority aforesaid, That an act, entitled "An act for the regulation of the militia of the commonwealth of Pennsylvania,"[3] passed on the twentieth day of March, in the year of our Lord one thousand seven hundred and eighty, also a supplement to the said act passed the twenty-second day of September one thousand seven hundred and eighty,[4] also the supplement to the said act passed on the twenty-first day of March, in the year of our Lord one thousand

---

[3] Chapter 902.
[4] Chapter 916.

Digitized by Google

seven hundred and eighty-three,[5] also a further supplement
thereto passed on the twenty-second day of September, in the
year of our Lord one thousand seven hundred and eighty-three,[6]
also so much of an act passed on the ninth day of December, in
the year of our Lord one thousand seven hundred and eighty-
three, entitled "An act for the more effectually securing and re-
covering for the uses of the commonwealth the moneys due for
excise and militia fines and for other purposes therein men-
tioned"[7] as comes within the intent, meaning and purview of
this act, also a further supplement to the said recited acts
passed on the twenty-second day of March, in the year of our
Lord one thousand seven hundred and eighty-eight,[8] be, and the
same are hereby, repealed and made null and void.

Provided always, That nothing herein contained shall be
construed so as to revive any former law or part of a law which
in and by any of the said recited acts is repealed and made
void.

Provided also, That nothing in this act contained shall be
deemed to repeal, alter and dispense with the powers, authori-
ties or duties of the [present] lieutenants of the city of Phila-
delphia and of the several counties in this commonwealth, or of
any other officer or person under the militia laws that have
been enforced in this state immediately before the passing of
this act, until by new appointments under this act their re-
spective functions and duties shall have devolved on other per-
sons, and that the said present lieutenants and other proper
officers are hereby authorized, required and enjoined to col-
lect, or cause to be collected, all such fines and forfeitures as
have been or shall be incurred during the continuance of their
respective commissions, and pay in the same agreeably to this
law, or the late laws aforesaid, on or before the first day of
January next.

[Section XXXV.] (Section XXXV, P. L.) And be it further
enacted by the authority aforesaid, That the governor shall

---

[5] Chapter 1022.
[6] Chapter 1038.
[7] Chapter 1061.
[8] Chapter 1339.

cause a sufficient number of copies of this law, and of the rules
of discipline approved and established by congress in their
resolution of the twenty-ninth day of March, one thousand
seven hundred and seventy-nine, to be printed in the English
and German languages and distributed throughout the state,
so that every general and field officer, every brigade inspector
and every captain be furnished with one copy, and it shall be
the duty of every captain at every company meeting to read, or
cause to be read, to the company, the same, or such part thereof
as he may think necessary.

   Passed April 11, 1793.  Recorded L. B. No. —, p. — (not given).
   Repealed by act of April 9, 1799; Chapter 2068.

## CHAPTER MDCXCVII.

### AN ACT FOR ERECTING A LOAN-OFFICE FOR THE SUM OF FIVE HUNDRED THOUSAND DOLLARS.

   Whereas the institution of a loan office, upon just and proper
principles, will be greatly beneficial to agriculture and promote
in general the welfare of the people of this commonwealth.
And whereas the legislature in and by the act entitled "An
act to incorporate the subscribers to the Bank of Pennsyl-
vania,"[1] did reserve, for the purpose of instituting such loan
office, a power to borrow from the said bank an adequate sum
of money.  In order, therefore, to carry the same into effect:

   [Section I.]  (Section I, P. L.)  Be it enacted by the Senate
and House of Representatives of the Commonwealth of
Pennsylvania, in General Assembly met, and it is hereby
enacted by the authority of the same, That a sum not exceed-
ing five hundred thousand dollars, shall be borrowed of the
Bank of Pennsylvania, and appropriated for the sole and exclu-
sive purpose of being lent to the citizens of this state, upon
mortgages upon real estate, under restrictions, limitations and
regulations, and in the respective proportions hereinafter
directed.

---

[1] Passed March 30, 1793;  Chapter 1667.

Brewer Exs. Page 292

Digitized by Google