# EXHIBIT 8

**Expert Report and Declaration of Professor Louis Klarevas**

1   ROB BONTA
    Attorney General of California
2   MARK BECKINGTON
    Supervising Deputy Attorney General
3   TODD GRABARSKY
    Deputy Attorney General
4   STEPHANIE ALBRECHT
    Deputy Attorney General
5   JENNIFER E. ROSENBERG
    Deputy Attorney General
6   State Bar No. 275496
      300 South Spring Street, Suite 1702
7     Los Angeles, CA  90013
      Telephone: (213) 269-6617
8     Fax: (916) 731-2124
      E-mail:  Jennifer.Rosenberg@doj.ca.gov
9   *Attorneys for Defendants Rob Bonta, in his*
    *official capacity as Attorney General of the*
10  *State of California, and Allison Mendoza, in*
    *her official capacity as Acting Director of the*
11  *Department of Justice Bureau of Firearms*

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

| 15 | | |
|---|---|---|
| 16 | **JOSE CHAVEZ, *et al.*,** | 3:19-cv-01226-L-AHG |
| 17 | Plaintiffs, | **EXPERT REPORT AND DECLARATION OF PROFESSOR LOUIS KLAREVAS** |
| 18 | **v.** | Dept:      5B |
| 19 | **ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,** | Judge:    The Honorable M. James Lorenz and Magistrate Judge Alison H. Goddard |
| 20 | | |
| 21 | Defendants. | Action Filed:    July 1, 2019 |

22

23

24

25

26

27

28

# TABLE OF CONTENTS

**Page**

Professional Qualifications ........................................................................... 1

Opinions ........................................................................................................ 5

    I.    Double-Digit-Fatality Mass Shootings Are Post-World War II Phenomena, Usually involving Long Guns, Particularly Semi-Automatic Centerfire Rifles ............................................................. 5

    II.   Mass Shootings Are a Growing Threat to American Public Safety ...................................................................................................... 10

    III.  As a Percentage of the U.S. Population, 18-20-Year-Olds Are Over-Represented in Mass Shooting Violence................................... 12

    IV.  18-20-Year-Old Mass Shooters Have a Preference for Long Guns, Especially Semi-Automatic Centerfire Rifles, Which Tend To Be Legally Owned by the Shooters or Their Family Members ............................................................................................ 17

### REPORT AND DECLARATION OF LOUIS KLAREVAS

I, Louis Klarevas, declare:

1.      I am a security policy analyst and, currently, Research Professor at Teachers College, Columbia University, in New York.  I am also the author of the book *Rampage Nation*, one of the most comprehensive studies on gun massacres in the United States.[1]

2.      I have been asked by the Office of the Attorney General for the State of California to prepare an expert declaration addressing the relationship between mass shooting violence and shooter age.

3.      I am being compensated at a rate of $480/hour for my work on this declaration, $600/hour for any testimony (including deposition testimony) in connection with this matter, and $120/hour for travel required to provide testimony.

4.      This expert declaration is based on my own personal knowledge and experience, and, if I am called as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

### PROFESSIONAL QUALIFICATIONS

5.      I am a political scientist by training, with a B.A. from the University of Pennsylvania and a Ph.D. from American University.  During the course of my nearly 25-year career as an academic, I have served on the faculties of George Washington University, the City University of New York, New York University, and the University of Massachusetts.  I have also served as Defense Analysis Research Fellow at the London School of Economics and Political Science and as United States Senior Fulbright Scholar in Security Studies at the University of Macedonia (Greece).

---

[1] Louis Klarevas, Rampage Nation: Securing America from Mass Shootings (2016).

6.      My current research examines the nexus between American public safety and gun violence, including serving as an investigator in a study funded by the National Institutes of Health that is focused on reducing intentional shootings at elementary and secondary schools.

7.      In addition to having made well over 100 media and public-speaking appearances, I am the author or co-author of more than 20 scholarly articles and over 70 commentary pieces.  In 2019, my peer-reviewed article on the effectiveness of restrictions on large-capacity magazines (LCMs) in reducing high-fatality mass shootings resulting in six or more victims killed was published in the *American Journal of Public Health*.[2]  This study found that jurisdictions with LCM bans experienced substantially lower gun massacre incidence and fatality rates when compared to jurisdictions not subject to similar bans.  Even though this study is over 3 years old now, it continues to be one of the highest impact studies in all of academia.  It was recently referred to as "the perfect gun policy study," in part due to the study's "robustness and quality."[3]

---

[2] Louis Klarevas, et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings*, 109 American Journal of Public Health 1754 (2019), *available at* https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2019.305311 (last accessed December 27, 2022).

[3] Lori Ann Post and Maryann Mason, *The Perfect Gun Policy Study in a Not So Perfect Storm*, 112 American Journal of Public Health 1707 (2022), *available at* https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2022.307120 (last accessed December 27, 2022).  According to Post and Mason, "Klarevas et al. employed a sophisticated modeling and research design that was more rigorous than designs used in observational studies.  Also, they illustrated the analytic steps they took to rule out alternative interpretations and triangulate their findings, for example examining both state bans and federal bans.  They helped build the foundation for future studies while overcoming the limitations of previous research." *Ibid.*

8.     In the past four years (since January 1, 2019), I have been deposed, testified in court, or testified by declaration in the following cases (all in federal court), listed alphabetically by state:

**California – Central District**
*Rupp v. Bonta*                                                    8:17-cv-00746-JLS-JDE
**California – Eastern District**
*Wiese v. Bonta*                                                   2:17-cv-00903-WBS-KJN
**California – Southern District**
*Duncan v. Bonta*                                                  17-cv-1017-BEN-JLB
*Chavez v. Bonta (Present Case)*                                   19-cv-01226-L-AHG
*Miller v. Bonta*                                                  3:19-cv-1537-BEN-JBS
*Nguyen v. Bonta*                                                  3:20-cv-02470-WQH-MDD
**Connecticut**
*National Ass'n. for Gun Rights v. Lamont*                         3:22-cv-01118-JBA
*Grant v. Lamont*                                                  3:22-cv-01223-JBA
**Hawaii**
*National Ass'n for Gun Rights v. Lopez*                           1:22-cv-404-DKW-RT
**Illinois – Northern District**
*Viramontes v. Cook County*                                        1:21-cv-04595
*National Ass'n. for Gun Rights v. Highland Park*                  22-cv-04774
*Herrera v. Raoul*                                                 1:23-cv-00532
**Illinois – Southern District**
*Harrel v. Raoul*[*]                                               23-cv-141-SPM
*Langley v. Kelly*[*]                                              23-cv-192-SPM
*Barnett v. Raoul*[*]                                              23-cv-209-SPM
*Federal Firearms Licensees of Illinois v. Pritzker*[*]           23-cv-215-SPM
**Massachusetts**
*National Ass'n for Gun Rights v. Campbell*                        1:22-cv-11431-FDS
**Oregon**
*Oregon Firearms Federation v. Kotek*[†]                           2:22-cv-01815-IM
*Fitz v. Rosenblum*[†]                                             3:22-cv-01859-IM
*Eyre v. Rosenblum*[†]                                             3:22-cv-01862-IM
*Azzopardi v. Rosenblum*[†]                                        3:22-cv-01869-IM

**(Cont.)**

3

**Washington – Eastern District**

*Brumback v. Ferguson*                                                                1:22-cv-03093-MKD

*Banta v. Ferguson*                                                                    2:23-cv-00112-MKD

**Washington – Eastern District**

*Sullivan v. Ferguson*                                                               3:22-cv-05403-DGE

*Hartford v. Ferguson*                                                               3:23-cv-05364-RJB

*Non-Consolidated Cases on the Same Briefing Schedule / †Consolidated Cases

9.      In 2021, I was retained by the Government of Canada in the following cases which involved challenges to Canada's regulation of certain categories of firearms: *Parker and K.K.S. Tactical Supplies Ltd. v. Attorney General of Canada*, Federal Court, Court File No.: T-569-20; *Canadian Coalition for Firearm Rights, et al. v. Attorney General of Canada*, Federal Court, Court File No.: T-577-20; *Hipwell v. Attorney General of Canada*, Federal Court, Court File No.: T-581-20; *Doherty, et al. v. Attorney General of Canada*, Federal Court, Court File No.: T-677-20; *Generoux, et al. v. Attorney General of Canada*, Federal Court, Court File No.: T-735-20; and *Eichenberg, et al. v. Attorney General of Canada*, Federal Court, Court File No.: T-905-20.  I testified under oath in a consolidated court proceeding involving all six cases in the Federal Court of Canada.

10.      I have also submitted declarations in the following state court cases: *People of Colorado v. Sgaggio*, District Court, El Paso County, Colorado, 2022M005894 (Criminal); and *Guardian Arms v. Inslee*, Superior Court, Grant County, Washington, 23-2-00377-13 (Civil).

11.      A true and correct copy of my current curriculum vitae is attached as **Exhibit A** to this declaration.

**OPINIONS**

12.     It is my professional opinion, based on my review and analysis of mass shooting data, that (1) double-digit-fatality mass shootings are post-World War II phenomena, usually involving long guns, particularly semi-automatic centerfire rifles; (2) mass shootings are a growing threat to American public safety; (3) as a percentage of the U.S. population, 18-20 year-olds are over-represented in mass shooting violence; and (4) 18-20-year old mass shooters have a preference for long guns, especially semi-automatic centerfire rifles, which tend to be legally owned by the shooters or their family members.  Based on these findings, it is my opinion that firearm purchasing restrictions on 18-20-year-olds have the potential to reduce mass shooting violence.

## I.     DOUBLE-DIGIT-FATALITY MASS SHOOTINGS ARE POST-WORLD WAR II PHENOMENA, USUALLY INVOLVING LONG GUNS, PARTICULARLY SEMI-AUTOMATIC CENTERFIRE RIFLES

13.     An examination of the historical occurrence and distribution of mass shootings resulting in 10 or more victims killed in the United States since 1776 (Table 1 and Figure 1) uncovered several informative findings.[4]  In terms of the origins of this form of extreme gun violence, there is no known occurrence of a mass shooting resulting in double-digit fatalities at any point in time during the 173-year period between the nation's founding in 1776 and 1948.  The first known mass shooting resulting in 10 or more deaths occurred in 1949.  In other words, for 70% of its 247-year existence as a nation, the United States did not experience a

---

[4] I searched for firearm-related "murders," using variations of the term, setting a minimum fatality threshold of 10 in the Newspaper Archive online newspaper repository, *available at* https://www.newspaperarchive.com (last accessed October 2, 2022).  The Newspaper Archive contains local and major metropolitan newspapers dating back to 1607.  Incidents of large-scale, inter-group violence such as mob violence, rioting, combat or battle skirmishes, and attacks initiated by authorities acting in their official capacity were excluded.

1  mass shooting resulting in double-digit fatalities, making such acts of gun violence
2  a relatively modern phenomena in American history.[5]

3  14.    After the first such incident in 1949, 17 years passed until a similar
4  mass shooting occurred in 1966.  The third such mass shooting then occurred 9
5  years later, in 1975.  And the fourth such incident occurred 7 years after, in 1982.
6  Basically, the first few mass shootings resulting in 10 or more deaths did not occur
7  until the post-World War II era.  Furthermore, these first few double-digit-fatality
8  incidents occurred with relative infrequency, although the temporal gap between
9  these first four incidents shrank with each event (Table 1 and Figure 1).

10  15.    The distribution of double-digit-fatality mass shootings changes in the
11  early 1980s, when five such events took place in a span of just five years (Table 1
12  and Figure 1).  But this cluster of incidents was followed by a 20-year period in
13  which only 2 double-digit-fatality mass shootings occurred (Figure 1).  This period
14  of time from 1987-2007 correlates with three important federal firearms measures:
15  the 1986 Firearm Owners Protection Act, the 1989 C.F.R. "sporting use"
16  importation restrictions, and the 1994 Federal Assault Weapons Ban.

17
18
19
20
21
22
23
24
25
26

27  [5] Using the Constitution's effective date of 1789 as the starting point would
28  lead to the conclusion that, for 68% of its 234-year existence as a nation, the United
States did not experience a mass shooting resulting in double-digit fatalities.

6

**Table 1.  Mass Shootings Resulting in Double-Digit Fatalities in U.S. History, 1776-2022[6]**

| | Date | Location | Deaths | Involved Long Gun | Involved Semi-Auto Centerfire Rifle | Involved 18-20-Year-Old Shooter |
|---|---|---|---|---|---|---|
| 1 | 9/6/1949 | Camden, NE | 13 | N | N | N |
| 2 | 8/1/1966 | Austin, TX | 14 | Y | Y | N |
| 3 | 3/30/1975 | Hamilton, OH | 11 | N | N | N |
| 4 | 9/25/1982 | Wilkes-Barre, PA | 13 | Y | Y | N |
| 5 | 2/18/1983 | Seattle, WA | 13 | N | N | Y |
| 6 | 4/15/1984 | Brooklyn, NY | 10 | N | N | N |
| 7 | 7/18/1984 | San Ysidro, CA | 21 | Y | N | N |
| 8 | 8/20/1986 | Edmond, OK | 14 | N | N | N |
| 9 | 10/16/1991 | Killeen, TX | 23 | N | N | N |
| 10 | 4/20/1999 | Littleton, CO | 13 | Y | Y | Y |
| 11 | 4/16/2007 | Blacksburg, VA | 32 | N | N | N |
| 12 | 3/10/2009 | Geneva County, AL | 10 | Y | Y | N |
| 13 | 4/3/2009 | Binghamton, NY | 13 | N | N | N |
| 14 | 11/5/2009 | Fort Hood, TX | 13 | N | N | N |
| 15 | 7/20/2012 | Aurora, CO | 12 | Y | Y | N |
| 16 | 12/14/2012 | Newtown, CT | 27 | Y | Y | Y |
| 17 | 9/16/2013 | Washington, DC | 12 | Y | N | N |
| 18 | 12/2/2015 | San Bernardino, CA | 14 | Y | Y | N |
| 19 | 6/12/2016 | Orlando, FL | 49 | Y | Y | N |
| 20 | 10/1/2017 | Las Vegas, NV | 60 | Y | Y | N |
| 21 | 11/5/2017 | Sutherland Springs, TX | 25 | Y | Y | N |
| 22 | 2/14/2018 | Parkland, FL | 17 | Y | Y | Y |
| 23 | 5/18/2018 | Santa Fe, TX | 10 | Y | N | N |
| 24 | 10/27/2018 | Pittsburgh, PA | 11 | Y | Y | N |
| 25 | 11/7/2018 | Thousand Oaks, CA | 12 | N | N | N |
| 26 | 5/31/2019 | Virginia Beach, VA | 12 | N | N | N |
| 27 | 8/3/2019 | El Paso, TX | 23 | Y | Y | N |
| 28 | 3/22/2021 | Boulder, CO | 10 | Y | Y | N |
| 29 | 5/14/2022 | Buffalo, NY | 10 | Y | Y | Y |
| 30 | 5/24/2022 | Uvalde, TX | 21 | Y | Y | Y |

[6] Death tolls do not include the perpetrators.  So as to avoid providing data for partial years, Table 1 does not include any qualifying incidents from 2023.  However, on January 21, 2023, there was a mass shooting in Monterrey Park, California, that resulted in 11 victims being shot to death in an incident that involved an assault weapon and a large-capacity magazine.

7

**Figure 1.  Mass Shootings Resulting in Double-Digit Fatalities in U.S. History, 1776-2022[7]**



16.    It is well-documented in the academic literature that, after the Federal Assault Weapons Ban expired in 2004, mass shooting violence increased substantially.[8]  Mass shootings that resulted in 10 or more deaths were no exception, following the same pattern.  In the 56 years from 1949 through 2004, there were a total of 10 mass shootings resulting in double-digit fatalities (a frequency rate of one incident every 5.6 years).  In the 18 years since 2004, there

---

[7] Figure 1 is reproduced in larger form as **Exhibit B** of this declaration.

[8] *See*, for example, Louis Klarevas, *supra* note 1; Louis Klarevas, et al., *supra* note 2; Charles DiMaggio, et al., *Changes in US Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban: Analysis of Open-Source Data*, 86 Journal of Trauma and Acute Care Surgery 11 (2019), *available at* https://journals.lww.com/jtrauma/Abstract/2019/01000/Changes_in_US_mass_shooting_deaths_associated_with.2.aspx (last accessed March 15, 2023); Lori Post, et al., *Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis*, 7 JMIR Public Health and Surveillance (2021), *available at* https://publichealth.jmir.org/2021/4/e26042 (last accessed March 15, 2023); and Philip J. Cook and John J. Donohue, *Regulating Assault Weapons and Large-Capacity Magazines for Ammunition*, 328 JAMA, September 27, 2022, *available at* https://jamanetwork.com/journals/jama/article-abstract/2796675 (last accessed March 15, 2023).

have been 20 double-digit-fatality mass shootings (a frequency rate of one incident every 0.9 years).  In other words, the frequency rate has increased over six-fold since the Federal Assault Weapons Ban expired (Table 1 and Figure 1).

17.     Out of the mass shootings resulting in 10 or more deaths, 63% (19 out of 30 incidents) involved long guns, with 84% of these incidents (16 out of 19 incidents) involving semi-automatic centerfire rifles (Table 1).  Of particular relevance to the present case, 6 out of the 30 double-digit-fatality mass shootings in American history were perpetrated by a shooter who was 18-20-years-old at the time of the attack.  In other words, while historically accounting for approximately 4% of the post-World War II population in the United States, 18-20-year-olds have been involved in perpetrating 20% of the mass shootings resulting in 10 or more deaths—a roughly five-fold over-representation (Table 1).[9]  Similarly, the double-digit-fatality mass shootings that involved perpetrators between the ages of 18 and 20 also account for 19% of all deaths resulting from such extreme acts of gun violence (101 out of 538 total deaths)—again a nearly five-fold over-representation given that this age group has only represented approximately 4% of the population of the United States in the post-World War II era (Table 1).  This indicates that this age group is particularly capable of inflicting mass-casualty carnage with firearms.

---

[9] According to census data from 1950, 1960, 1970, 1980, 1990, 2000, 2010, and 2020, 18-20-year-olds accounted for a mean average of 4.3% of the U.S. population in the post-World War II (up to the present era).  Singe-year-of-age population data is published by the U.S. Census Bureau every decade, *available at* https://www.census.gov/library/publications.html (last accessed March 13, 2023).

## II.   MASS SHOOTINGS ARE A GROWING THREAT TO AMERICAN PUBLIC SAFETY

18.    Examining mass-casualty acts of violence in the United States in the last 25 years points to two disturbing patterns.[10]  First, as demonstrated in Table 2, the deadliest individual acts of intentional criminal violence in the United States since the coordinated terrorist attack of September 11, 2001, have all been mass shootings.  Second, as displayed in Figures 2-3, the problem of mass public shooting violence is on the rise.  To put the increase since 1998 into perspective, in the last 25 years, the average population of the United States increased approximately 17%.[11]  However, when the number of people killed in mass public

---

[10] In a 2019 Declaration in the present case, submitted by Plaintiffs' expert John Lott, Lott began his analysis of mass shootings with calendar year 1998.  For purposes of consistency (and to avoid any confusion), the analyses in Sections II-IV of this declaration also use data from 1998 onward.  Moreover, similar to Lott's Declaration, all analyses herein use a data set of mass public shootings maintained by Lott's organization, the Crime Prevention Research Center (CPRC).  For purposes of this declaration, mass public shootings are defined as incidents, within a 24-hour period, resulting in 4 or more people shot to death, not including the perpetrator(s), in a public location as part of an attack that is not undertaken in relation to an underlying crime.  This definition is consistent with the definition of mass public shootings used by Lott.  However, unlike Lott (whose declaration was executed on September 15, 2019), I extend the analyses in this declaration through the end of 2022.  See, Declaration of John Lott in Support of Plaintiffs' Motion for Preliminary Injunction, *Jones v. Bonta*, Case No. 19-cv-01226-L-AHG (S.D. Cal. Nov. 11, 2019), ECF No. 21-17.  The CPRC data set on mass public shootings since 1998 is accessible from the organization's website, *available at* https://crimeresearch.org/wp-content/uploads/2023/01/Mass-Public-Shootings_Jan.-1-1998-to-Jan.26-2023.xlsx (last accessed March 13, 2023).

[11] The increase was calculated using the total annual populations from 1998-2002 and comparing it to the total annual populations from 2018-2022.  The increase between these two five-year time periods is 17.2%.  Annual population estimates are from the U.S. Census Bureau, *available at* https://www.census.gov/programs-surveys/popest/data/data-sets.html (last accessed March 13, 2023).

---

10

shootings from 1998-2002 is compared to the number killed in such incidents from 2018-2022, it reflects an increase of 222%.  In other words, the rise in mass shooting violence has far outpaced the rise in national population—by a factor of 13.  The obvious takeaway from these patterns and trends is that mass shootings pose a significant—and growing—threat to American public safety.

**Table 2.  The Deadliest Acts of Intentional Criminal Violence in the U.S. since the Coordinated Terrorist Attack of September 11, 2001[12]**

|   | Deaths | Date | Location | Type of Violence |
|---|---|---|---|---|
| 1 | 60 | October 1, 2017 | Las Vegas, NV | Mass Shooting |
| 2 | 49 | June 12, 2016 | Orlando, FL | Mass Shooting |
| 3 | 32 | April 16, 2007 | Blacksburg, VA | Mass Shooting |
| 4 | 27 | December 14, 2012 | Newtown, CT | Mass Shooting |
| 5 | 25 | November 5, 2017 | Sutherland Springs, TX | Mass Shooting |
| 6 | 23 | August 3, 2019 | El Paso, TX | Mass Shooting |
| 7 | 21 | May 24, 2022 | Uvalde, TX | Mass Shooting |

**Figure 2.  Annual Number of Mass Public Shooting Incidents, 1998-2022[13]**



[12] Source: CPRC, https://crimeresearch.org/wp-content/uploads/2023/01/Mass-Public-Shootings_Jan.-1-1998-to-Jan.26-2023.xlsx (last accessed March 13, 2023).  Erroneous fatality counts have been corrected.

[13] Source: CPRC, https://crimeresearch.org/wp-content/uploads/2023/01/Mass-Public-Shootings_Jan.-1-1998-to-Jan.26-2023.xlsx (last accessed March 13, 2023).  Erroneous fatality counts have been corrected.

11

**Figure 3.  Annual Number of Mass Public Shooting Deaths, 1998-2022[14]**



## III.  AS A PERCENTAGE OF THE U.S. POPULATION, 18-20-YEAR-OLDS ARE OVER-REPRESENTED IN MASS SHOOTING VIOLENCE

19.     As noted above in Section I, the 18-20 age demographic only accounts for about 4% of the U.S. population.  However, it accounts for a far larger percentage of double-digit-fatality mass shooting incidents and deaths.  The same holds for mass public shootings perpetrated in the United States in the last quarter century.  As shown in Tables 3 and 4 below, in contrast to the comparator groups of 11-17-year-old mass public shooters as well as 21-66-year-old mass public shooters, 18-20-year-old mass public shooters are drastically over-represented, and substantially more so than older mass public shooters, who are also over-represented.[15]  (In contrast, 11-17-year-olds are under-represented.)  This holds whether the metric is the share of mass public shootings that they commit or the share of mass public shooting deaths attributable to their attacks.  The share of

---

[14] Source: CPRC, https://crimeresearch.org/wp-content/uploads/2023/01/Mass-Public-Shootings_Jan.-1-1998-to-Jan.26-2023.xlsx (last accessed March 13, 2023).  Erroneous fatality counts have been corrected.

[15] The age parameters for the two comparator groups were determined by the youngest and oldest mass public shooter in the CPRC data set (1998-2022), respectively, 11 and 66 years of age.

18-20-year-old mass public shooters is 150% larger than the share of the population for that age demographic.  Similarly, the share of deaths attributable to 18-20-year-old mass public shooters is 238% larger than the share of the population for that age demographic.  Furthermore, the average death toll per mass public shooting for attacks perpetrated by 18-20-year-olds (11.4 deaths on average) is 107% larger than the average death toll per incident associated with 11-17-year-olds (5.5 deaths on average) and 37% larger than the average death toll per incident associated with 21-66-year-olds (8.3 deaths on average).[16]  These patterns clearly demonstrate that age is an important factor in terms of the incidence and lethality of mass public shootings.[17]

---

[16] The average death toll per mass public shooting for attacks perpetrated by 21-66-year-olds (8.3 deaths on average) is 51% larger than the average death toll per incident associated with 11-17-year-olds (5.5 deaths on average).

[17] It also worth noting that, of the 11 mass public shootings identified by the CPRC as having occurred at elementary and secondary schools in the United States between 1998 and 2022, four of these incidents involved perpetrators between the ages of 18 and 20.  In other words, 36% of all mass public shootings at K-12 schools were perpetrated by an age demographic that makes up approximately 4% of the entire U.S. population—a nearly ten-fold difference.

13

# Table 3.  Mass Public Shooters by Age Group, 1998-2022[18]

### Table 3a.  Mass Public Shooters Aged 11-17

|   | Year | Month | Day | State | City | Deaths | Age of Shooter |
|---|------|-------|-----|-------|------|--------|----------------|
| 1 | 1998 | 3 | 24 | Arkansas | Jonesboro | 2.5 | 11 |
| 2 | 1998 | 3 | 24 | Arkansas | Jonesboro | 2.5 | 13 |
| 3 | 2014 | 10 | 24 | Washington | Marysville | 4 | 15 |
| 4 | 2021 | 11 | 30 | Michigan | Oxford | 4 | 15 |
| 5 | 2005 | 3 | 21 | Minnesota | Red Lake | 9 | 16 |
| 6 | 2018 | 5 | 18 | Texas | Santa Fe | 10 | 17 |
| 7 | 1999 | 4 | 20 | Colorado | Columbine | 6.5 | 17 |
|   |   |   |   |   | Total Deaths | 38.5 |   |
|   |   |   |   |   | Average Deaths Per Incident | 5.5 |   |

### Table 3b.  Mass Public Shooters Aged 18-20

|   | Year | Month | Day | State | City | Deaths | Age of Shooter |
|---|------|-------|-----|-------|------|--------|----------------|
| 1 | 1999 | 4 | 20 | Colorado | Columbine | 6.5 | 18 |
| 2 | 2007 | 2 | 12 | Utah | Salt Lake City | 5 | 18 |
| 3 | 2022 | 5 | 14 | New York | Buffalo | 10 | 18 |
| 4 | 2022 | 5 | 24 | Texas | Uvalde | 21 | 18 |
| 5 | 2007 | 12 | 5 | Nebraska | Omaha | 8 | 19 |
| 6 | 2018 | 2 | 14 | Florida | Parkland | 17 | 19 |
| 7 | 2021 | 4 | 15 | Indiana | Indianapolis | 8 | 19 |
| 8 | 2007 | 10 | 7 | Wisconsin | Crandon | 6 | 20 |
| 9 | 2012 | 12 | 14 | Connecticut | Newtown | 27 | 20 |
| 10 | 2016 | 9 | 23 | Washington | Burlington | 5 | 20 |
|   |   |   |   |   | Total Deaths | 113.5 |   |
|   |   |   |   |   | Average Deaths Per Incident | 11.4 |   |

[18] Source: CPRC, https://crimeresearch.org/wp-content/uploads/2023/01/Mass-Public-Shootings_Jan.-1-1998-to-Jan.26-2023.xlsx.

Note: The age parameters for the two comparator groups were determined by the youngest and oldest mass public shooter in the CPRC data set (1998-2022), respectively, 11 and 66 years of age.  For purposes of calculating the average deaths per incident for each age grouping, deaths were equally divided between the shooters in the three incidents that involved two perpetrators (Jonesboro 1998, Columbine 1999, and San Bernadino 2015).  Two revisions were made to the original data: (1) misspellings, erroneous locations, and erroneous death tolls were corrected; and (2) an incident that occurred in Puerto Rico was removed.

14

**Table 3c.  Mass Public Shooters Aged 21-66**

| | Year | Month | Day | State | City | Deaths | Age of Shooter |
|---|---|---|---|---|---|---|---|
| 1 | 2004 | 7 | 2 | Kansas | Kansas City | 5 | 21 |
| 2 | 2015 | 6 | 17 | South Carolina | Charleston | 9 | 21 |
| 3 | 2019 | 1 | 23 | Florida | Sebring | 5 | 21 |
| 4 | 2019 | 8 | 3 | Texas | El Paso | 23 | 21 |
| 5 | 2021 | 3 | 16 | Georgia | Atlanta | 8 | 21 |
| 6 | 2021 | 3 | 22 | Colorado | Boulder | 10 | 21 |
| 7 | 2022 | 7 | 4 | Illinois | Highland Park | 7 | 21 |
| 8 | 2011 | 1 | 8 | Arizona | Tucson | 6 | 22 |
| 9 | 2021 | 10 | 21 | Washington | Tacoma | 4 | 22 |
| 10 | 2022 | 11 | 19 | Colorado | Colorado Springs | 5 | 22 |
| 11 | 1999 | 6 | 3 | Nevada | Las Vegas | 4 | 23 |
| 12 | 2003 | 2 | 25 | Alabama | Huntsville | 4 | 23 |
| 13 | 2007 | 4 | 16 | Virginia | Blacksburg | 32 | 23 |
| 14 | 2012 | 7 | 20 | Colorado | Aurora | 12 | 24 |
| 15 | 2015 | 7 | 16 | Tennessee | Chattanooga | 5 | 24 |
| 16 | 2019 | 8 | 4 | Ohio | Dayton | 9 | 24 |
| 17 | 2004 | 12 | 8 | Ohio | Columbus | 4 | 25 |
| 18 | 2006 | 5 | 21 | Louisiana | Baton Rouge | 5 | 25 |
| 19 | 2008 | 6 | 25 | Kentucky | Henderson | 5 | 25 |
| 20 | 2016 | 7 | 7 | Texas | Dallas | 5 | 25 |
| 21 | 2015 | 10 | 1 | Oregon | Roseburg | 9 | 26 |
| 22 | 2017 | 1 | 6 | Florida | Fort Lauderdale | 5 | 26 |
| 23 | 2017 | 11 | 5 | Texas | Sutherland Springs | 25 | 26 |
| 24 | 2008 | 2 | 14 | Illinois | DeKalb | 5 | 27 |
| 25 | 2006 | 3 | 24 | Washington | Seattle | 6 | 28 |
| 26 | 2018 | 1 | 28 | Pennsylvania | Melcroft | 4 | 28 |
| 27 | 2018 | 11 | 7 | California | Thousand Oaks | 12 | 28 |
| 28 | 2015 | 12 | 2 | California | San Bernardino | 7 | 28 |
| 29 | 2015 | 12 | 2 | California | San Bernardino | 7 | 29 |
| 30 | 2016 | 6 | 12 | Florida | Orlando | 49 | 29 |
| 31 | 2018 | 4 | 22 | Tennessee | Antioch | 4 | 29 |
| 32 | 2008 | 3 | 18 | California | Santa Maria | 4 | 31 |
| 33 | 2020 | 3 | 15 | Missouri | Springfield | 4 | 31 |
| 34 | 2022 | 11 | 22 | Virginia | Chesapeake | 6 | 31 |
| 35 | 2011 | 9 | 6 | Nevada | Carson City | 4 | 32 |
| 36 | 2006 | 10 | 2 | Pennsylvania | Nickel Mines | 5 | 33 |
| 37 | 2010 | 8 | 3 | Connecticut | Manchester | 8 | 34 |
| 38 | 2013 | 9 | 16 | District of Columbia | Washington | 12 | 34 |
| 39 | 1998 | 3 | 7 | Connecticut | Newington | 4 | 35 |
| 40 | 1999 | 12 | 30 | Florida | Tampa | 5 | 36 |

15

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41 | 2003 | 8 | 27 | Illinois | Chicago | 6 | 36 |
| 42 | 2004 | 11 | 21 | Wisconsin | Birchwood | 6 | 36 |
| 43 | 2012 | 9 | 27 | Minnesota | Minneapolis | 6 | 36 |
| 44 | 2009 | 11 | 29 | Washington | Parkland | 4 | 37 |
| 45 | 2010 | 6 | 6 | Florida | Hialeah | 4 | 37 |
| 46 | 2018 | 6 | 28 | Maryland | Annapolis | 5 | 38 |
| 47 | 2021 | 9 | 12 | Minnesota | St. Paul | 4 | 38 |
| 48 | 2009 | 11 | 5 | Texas | Fort Hood | 13 | 39 |
| 49 | 2022 | 2 | 28 | California | Arden-Arcade | 4 | 39 |
| 50 | 1999 | 11 | 2 | Hawaii | Honolulu | 7 | 40 |
| 51 | 2012 | 5 | 30 | Washington | Seattle | 5 | 40 |
| 52 | 2012 | 8 | 5 | Wisconsin | Oak Creek | 6 | 40 |
| 53 | 2019 | 5 | 31 | Virginia | Virginia Beach | 12 | 40 |
| 54 | 2009 | 4 | 3 | New York | Binghamton | 13 | 41 |
| 55 | 2011 | 10 | 12 | California | Seal Beach | 8 | 41 |
| 56 | 2000 | 12 | 26 | Massachusetts | Wakefield | 7 | 42 |
| 57 | 2012 | 4 | 2 | California | Oakland | 7 | 43 |
| 58 | 1999 | 7 | 29 | Georgia | Atlanta | 9 | 44 |
| 59 | 2006 | 1 | 30 | California | Goleta | 7 | 44 |
| 60 | 2014 | 2 | 20 | California | Alturas | 4 | 44 |
| 61 | 2021 | 3 | 31 | California | Orange | 4 | 44 |
| 62 | 2005 | 3 | 12 | Wisconsin | Brookfield | 7 | 45 |
| 63 | 2009 | 3 | 29 | North Carolina | Carthage | 8 | 45 |
| 64 | 2016 | 2 | 20 | Michigan | Kalamazoo | 6 | 45 |
| 65 | 2017 | 6 | 5 | Florida | Orlando | 5 | 45 |
| 66 | 2019 | 2 | 15 | Illinois | Aurora | 5 | 45 |
| 67 | 2022 | 6 | 1 | Oklahoma | Tulsa | 4 | 45 |
| 68 | 2018 | 10 | 27 | Pennsylvania | Pittsburgh | 11 | 46 |
| 69 | 1999 | 9 | 15 | Texas | Fort Worth | 7 | 47 |
| 70 | 2003 | 7 | 8 | Mississippi | Meridian | 6 | 48 |
| 71 | 2020 | 2 | 26 | Wisconsin | Milwaukee | 5 | 51 |
| 72 | 2008 | 2 | 7 | Missouri | Kirkwood | 6 | 52 |
| 73 | 2003 | 10 | 24 | Idaho | Oldtown | 4 | 53 |
| 74 | 2002 | 3 | 22 | Indiana | South Bend | 4 | 54 |
| 75 | 2021 | 5 | 26 | California | San Jose | 9 | 57 |
| 76 | 2012 | 2 | 20 | Georgia | Norcross | 4 | 59 |
| 77 | 2017 | 10 | 1 | Nevada | Las Vegas | 60 | 64 |
| 78 | 2001 | 2 | 5 | Illinois | Melrose Park | 4 | 66 |
| | | | | | Total Deaths | 650 | |
| | | | | | Average Deaths Per Incident | 8.3 | |

16

**Table 4.  Share of Mass Public Shooting Perpetrators and Deaths Attributable to Mass Public Shooting Perpetrators, Sorted by Age Groups and Compared to Share of Population for Age Groups, 1998–2022[19]**

| | Share of U.S. Population (2000-2020) | Share of Mass Public Shooting Perpetrators | Percentage Differential Given Share of Population | Share of Mass Public Shooting Deaths | Percentage Differential Given Share of Population |
|---|---|---|---|---|---|
| 11-17 | 9.6% | 7.4% | -23% | 4.8% | -50% |
| 18-20 | 4.2% | 10.5% | +150% | 14.2% | +238% |
| 21-66 | 59.6% | 82.1% | +38% | 81.0% | +36% |

## IV.   18-20-YEAR-OLD MASS SHOOTERS HAVE A PREFERENCE FOR LONG GUNS, ESPECIALLY SEMI-AUTOMATIC CENTERFIRE RIFLES, WHICH TEND TO BE LEGALLY OWNED BY THE SHOOTERS OR THEIR FAMILY MEMBERS

20.   As discussed above in Section III, the 18-20 age demographic perpetrates mass public shootings at a rate that is disproportionately larger than the rates associated with the 11-17-year-old and 21-66-year-old comparator groups. Moreover, as shown in Table 5 below, 18-20-year-old mass public shooters display a preference for long guns, particularly semiautomatic, centerfire rifles—the category of long guns regulated under SB 61.  In fact, every mass public shooting perpetrated by an 18-20-year-old involved a long gun.

21.   As shown in Table 5 below, of the 10 individuals aged 18-20 who perpetrated a mass public shooting in the last 25 years, only two purchased a firearm in violation of aged-based purchasing restrictions, and those purchases were

---

[19] Source: Data on mass public shooting perpetrators, incidents, and deaths are drawn from Table 3.  Data on U.S. population are drawn from U.S. Census Bureau, Population and Housing Unit Estimates, *available at* https://www.census.gov/programs-surveys/popest.html.

Note: The age parameters for the two comparator groups were determined by the youngest and oldest mass public shooter in the CPRC data set (1998-2022), respectively, 11 and 66 years of age.  People under age 11 and over age 66 are excluded from the share of U.S. population percentages.  Minus signs ( - ) represent a percentage decrease.  Plus signs ( + ) represent a percentage increase.

made when the gunmen were 17 years old.[20]  The remaining 8 mass public shooters legally purchased their firearms, took their firearms from home, or used a firearm provided by their employer.  Since 1998, there are no examples of a mass public shooter, aged 18-20 at the time that they acquired their firearm(s), purchasing said firearm(s) in violation of state age restrictions.  That mass public shooters of this age demographic generally do not purchase their firearms in violation of age restrictions on 18-20-year-olds is *prima facie* evidence that they do not resort to underground markets to acquire weapons.  In turn, it appears that aged-based purchase laws have the potential to effectively restrict specific firearms in the numerous jurisdictions where they are in force.

22.    All of the above suggest that firearm purchasing restrictions on 18-20-year-olds have the potential to reduce mass shooting violence.

---

[20] In both incidents—the 1999 Columbine high school massacre in Colorado and the 2007 Trolley Square Mall rampage in Utah—the law failed to prevent the illegal purchases, but it did allow authorities to prosecute the individuals who sold the firearms in violation of state law.  *See* Julie Cart, *Man Pleads Guilty to Selling Gun to Columbine Killers*, Los Angeles Times, August 19, 1999, *available at* https://www.latimes.com/archives/la-xpm-1999-aug-19-mn-1611-story.html (last accessed March 15, 2023); *Man Pleads Guilty to 2 Felony Charges for Helping Columbine Shooters Get Gun*, Los Angeles Times, May 9, 2000, *available at* https://www.latimes.com/archives/la-xpm-2000-may-09-mn-28068-story.html (last accessed March 15, 2023); Russ Rizzo, *A Guilty Plea in the Trolley Gun Deal*, Salt Lake Tribune, October 26, 2007, *available at* https://archive.sltrib.com/article.php?id=7285671&itype=NGPSID (last accessed March 15, 2023); Nate Carlisle, Trolley Square: Gun Seller Sorry, But Shooting Deaths "Not My Fault," *Salt Lake Tribune*, January 25, 2008, *available at* https://archive.sltrib.com/article.php?id=8073128&itype=NGPSID (last accessed March 15, 2023); *Man Linked to Mall Shootings Handgun Going to Prison*, KSL, May 22, 2008, *available at* https://www.ksl.com/article/3363775/man-linked-to-mall-shootings-handgun-going-to-prison (last accessed March 15, 2023).

**Table 5.  Mass Public Shooters Aged 18-20, 1998–2022[21]**

| | Date | Location | Age of Shooter | Type of Guns Used | Semi-Auto Center-Fire Rifle(s) Used | State Restricted 18-20-Year-Olds from Buying Type of Gun(s) Used at Time of Shooting | How Guns Were Acquired |
|---|---|---|---|---|---|---|---|
| 1 | 4/20/1999 | Columbine, CO | 18 | HG/LG | Yes | No | Illegally Purchased* |
| 2 | 2/12/2007 | Salt Lake City, UT | 18 | HG/LG | No | No | Illegally Purchased* |
| 3 | 10/7/2007 | Crandon, WI | 20 | LG | Yes | No | Provided by Employer |
| 4 | 12/5/2007 | Omaha, NE | 19 | LG | Yes | No | Taken from Home |
| 5 | 12/14/2012 | Newtown, CT | 20 | LG | Yes | No | Taken from Home |
| 6 | 9/23/2016 | Burlington, WA | 20 | LG | No | No | Taken from Home |
| 7 | 2/14/2018 | Parkland, FL | 19 | LG | Yes | No | Legally Purchased |
| 8 | 4/15/2021 | Indianapolis, IN | 19 | LG | Yes | No | Legally Purchased |
| 9 | 5/14/2022 | Buffalo, NY | 18 | LG | Yes | No | Legally Purchased |
| 10 | 5/24/2022 | Uvalde, TX | 18 | LG | Yes | No | Legally Purchased |

Note: HG = Handgun.  LG = Long Gun.

* One of the firearms purchased by Columbine High School shooter Eric Harris was an assault pistol (category: handgun).  Similarly, one the firearms purchased by Trolley Square Mall shooter Sulejman Talovic was a revolver (category: handgun).  Both handguns were purchased in private transactions (i.e., not involving a federally-licensed firearms dealer) when Harris and Talovic were 17 years of age.  At the time, both Colorado and Utah restricted the sale of handguns to individuals under the age of 18, making the sale of each handgun illegal under state law.  However, neither Colorado nor Utah restricted private sales of handguns to individuals 18 years of age or older.  For this reason, the Columbine and Trolley Square incidents are still coded as illegal purchases even though Colorado and Utah are both states that do not restrict firearm sales to individuals ages 18 to 20.

---

[21] Source: CPRC, https://crimeresearch.org/wp-content/uploads/2023/01/Mass-Public-Shootings_Jan.-1-1998-to-Jan.26-2023.xlsx.

1        I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3        Executed on September 13, 2023, at Nassau County, New York.

Louis Klarevas

**TABLE OF EXHIBITS**

| Exhibit | Description |
|:---:|:---|
| A | Louis J. Klarevas's curriculum vitae |
| B | Chart: Mass Shootings Resulting in Double-Digit Fatalities in American History (1776-2022) |

# Exhibit A

# Louis J. Klarevas

**Email: ljk2149@tc.columbia.edu**

## Education

Ph.D.   International Relations, 1999
School of International Service
American University
Washington, DC

B.A.   Political Science, *Cum Laude*, 1989
School of Arts and Sciences
University of Pennsylvania
Philadelphia, PA

## Author

*Rampage Nation: Securing America from Mass Shootings*

## Current Positions

Research Professor, Teachers College, Columbia University, New York, NY, 2018-Present

Faculty Affiliate, Media and Social Change Lab (MASCLab), Teachers College, Columbia University, New York, NY, 2019-Present

## Professional Experience

*Academic Experience (Presented in Academic Years)*

Associate Lecturer, Department of Global Affairs, University of Massachusetts – Boston, Boston, MA, 2015-2020

Senior Fulbright Scholar (Security Studies), Department of European and International Studies, University of Macedonia, Thessaloniki, Greece, 2011-2012

Founder and Coordinator, Graduate Transnational Security Program, Center for Global Affairs, New York University, New York, NY, 2009-2011

Faculty Affiliate, A. S. Onassis Program in Hellenic Studies, New York University, New York, NY, 2007-2011

Clinical Faculty, Center for Global Affairs, New York University, New York, NY, 2006-2011

Adjunct Professor, Center for Global Affairs, New York University, New York, NY, 2004-2006

Assistant Professor of Political Science, City University of New York – College of Staten Island, Staten Island, NY, 2003-2006

Associate Fellow, European Institute, London School of Economics and Political Science, London, England, UK, 2003-2004

Defense Analysis Research Fellow, London School of Economics and Political Science, London, England, UK, 2002-2004

Visiting Assistant Professor of Political Science and International Affairs, George Washington University, Washington, DC, 1999-2002

Adjunct Professor of Political Science, George Washington University, Washington, DC, 1998-1999

Adjunct Professor of International Relations, School of International Service, American University, Washington, DC, 1994-1995

Dean's Scholar, School of International Service, American University, Washington, DC, 1989-1992

_Professional Experience (Presented in Calendar Years)_

Consultant, National Joint Terrorism Task Force, Federal Bureau of Investigation, Washington, DC, 2015

Writer, Prometheus Books, Amherst, NY, 2012-2015

Consultant, United States Institute of Peace, Washington, DC, 2005, 2008-2009

Research Associate, United States Institute of Peace, Washington, DC, 1992-1998

Faculty Advisor, National Youth Leadership Forum, Washington, DC, 1992

**Courses Taught**

*Graduate*
Counter-Terrorism and Homeland Security
International Political Economy
International Politics in a Post-Cold War Era
International Security
Machinery and Politics of American Foreign Policy
Role of the United States in World Affairs
Security Policy
Theories of International Politics
Transnational Security
Transnational Terrorism
United States Foreign Policy

*Undergraduate*
American Government and Politics
European-Atlantic Relations
International Political Economy
International Relations
Transnational Terrorism
United States Foreign Policy

**Scholarship**

"State Firearm Laws, Gun Ownership, and K-12 School Shootings: Implications for School Safety," *Journal of School Violence*, 2022 (co-authored with Paul M. Reeping, Sonali Rajan, et al.)

"The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017," *American Journal of Public Health*, November 2019 (co-authored with Andrew Conner and David Hemenway)

"Changes in U.S. Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban," *Journal of Trauma and Acute Care Surgery*, May 2019 (correspondence)

*Firearms on College Campuses: Research Evidence and Policy Implications*, report prepared by the Johns Hopkins University Center for Gun Policy and Research for the Association of American Universities, October 2016 (co-authored with Daniel W. Webster, John J. Donohue, et al.)

*Rampage Nation: Securing America from Mass Shootings*, Prometheus Books, 2016

"No Relief in Sight: Barring *Bivens* Suits in Torture Cases," *Presidential Studies Quarterly*, June 2013

Review of James Edward Miller's *The United States and the Making of Modern Greece: History and Power, 1950-1974*, *Presidential Studies Quarterly*, June 2012 (book review)

"Trends in Terrorism Since 9/11," *Georgetown Journal of International Affairs*, Winter/Spring 2011

"The Death Penalty Should Be Decided Only Under a Specific Guideline," in Christine Watkins, ed., *The Ethics of Capital Punishment* (Cengage/Gale Publishers, 2011)

3

*Saving Lives in the 'Convoy of Joy': Lessons for Peace-Keeping from UNPROFOR*, United States Institute of Peace Case Study, 2009

"Casualties, Polls and the Iraq War," *International Security*, Fall 2006 (correspondence)

"The CIA Leak Case Indicting Vice President Cheney's Chief of Staff," *Presidential Studies Quarterly*, June 2006

"Were the Eagle and the Phoenix Birds of a Feather? The United States and the 1967 Greek Coup," *Diplomatic History*, June 2006

"Greeks Bearing Consensus: An Outline for Increasing Greece's Soft Power in the West," *Mediterranean Quarterly*, Summer 2005

"W Version 2.0: Foreign Policy in the Second Bush Term," *The Fletcher Forum of World Affairs*, Summer 2005

"Can You Sue the White House? Opening the Door for Separation of Powers Immunity in *Cheney v. District Court*," *Presidential Studies Quarterly*, December 2004

"Political Realism: A Culprit for the 9/11 Attacks," *Harvard International Review*, Fall 2004

*Greeks Bearing Consensus: An Outline for Increasing Greece's Soft Power in the West*, Hellenic Observatory Discussion Paper 18, London School of Economics, November 2004

*Were the Eagle and the Phoenix Birds of a Feather? The United States and the 1967 Greek Coup*, Hellenic Observatory Discussion Paper 15, London School of Economics, February 2004

"Not a Divorce," *Survival*, Winter 2003-2004 (correspondence)

"Media Impact," in Mark Rozell, ed., *The Media and American Politics: An Introduction* (Lanham, MD: Rowman & Littlefield, 2003)

"The Surrender of Alleged War Criminals to International Tribunals: Examining the Constitutionality of Extradition via Congressional-Executive Agreement," *UCLA Journal of International Law and Foreign Affairs*, Fall/Winter 2003

"The Constitutionality of Congressional-Executive Agreements: Insights from Two Recent Cases," *Presidential Studies Quarterly*, June 2003

"The 'Essential Domino' of Military Operations: American Public Opinion and the Use of Force," *International Studies Perspectives*, November 2002

"The Polls–Trends: The United States Peace Operation in Somalia," *Public Opinion Quarterly*, Winter 2001

*American Public Opinion on Peace Operations: The Cases of Somalia, Rwanda, and Haiti,* University of Michigan Dissertation Services, 1999

"Turkey's Right v. Might Dilemma in Cyprus: Reviewing the Implications of *Loizidou v. Turkey,*" *Mediterranean Quarterly*, Spring 1999

"An Outline of a Plan Toward a Comprehensive Settlement of the Greek-Turkish Dispute," in Vangelis Calotychos, ed., *Cyprus and Its People: Nation, Identity, and Experience in an Unimaginable Community, 1955-1997*, Boulder, CO: Westview Press, 1998 (co-authored with Theodore A. Couloumbis)

"Prospects for Greek-Turkish Reconciliation in a Changing International Setting," in Tozun Bahcheli, Theodore A. Coulombis, and Patricia Carley, eds., *Greek-Turkish Relations and U.S. Foreign Policy: Cyprus, the Aegean, and Regional Stability*, Washington, D.C.: U.S. Institute of Peace, 1997 (co-authored with Theodore A. Couloumbis) [Reproduced as "Prospects for Greek-Turkish Reconciliation in a Changing International Setting," in Robert L. Pfaltzgraff and Dimitris Keridis, eds., *Security in Southeastern Europe and the U.S.-Greek–Relationship*, London: Brassey's, 1997 (co-authored with Theodore A. Couloumbis)]

"Structuration Theory in International Relations," *Swords & Ploughshares*, Spring 1992

## Commentaries and Correspondence

"Why Our Response to School Shootings Is All Wrong," *Los Angeles Times*, May 25, 2022 (co-authored with Sonali Rajan and Charles Branas)

"COVID-19 Is a Threat to National Security. Let's Start Treating It as Such," *Just Security*, August 6, 2020 (co-authored with Colin P. Clarke)

"If the Assault Weapons Ban 'Didn't Work,' Then Why Does the Evidence Suggest It Saved Lives?" *Los Angeles Times*, March 11, 2018 (correspondence)

"London and the Mainstreaming of Vehicular Terrorism," *The Atlantic*, June 4, 2017 (co-authored with Colin P. Clarke)

"Firearms Have Killed 82 of the 86 Victims of Post-9/11 Domestic Terrorism," *The Trace*, June 30, 2015 [Reproduced as "Almost Every Fatal Terrorist Attack in America since 9/1 Has Involved Guns." *Vice*, December 4, 2015]

"International Law and the 2012 Presidential Elections," Vitoria Institute, March 24, 2012

"Al Qaeda Without Bin Laden," CBS News *Opinion*, May 2, 2011

"Fuel, But Not the Spark," *Zocalo Public Square*, February 16, 2011

"After Tucson, Emotions Run High," *New York Times*, January 12, 2011 (correspondence)

"WikiLeaks, the Web, and the Need to Rethink the Espionage Act," *The Atlantic*, November 9, 2010

"Deprogramming Jihadis," *New York Times Magazine*, November 23, 2008 (correspondence)

"Food: An Issue of National Security," *Forbes* (Forbes.com), October 25, 2008

"An Invaluable Opportunity for Greece To Increase Its Standing and Influence on the World Stage," *Kathimerini* (Greece), January 13, 2005

"How Many War Deaths Can We Take?" *Newsday*, November 7, 2003

"Down But Not Out," London School of Economics Iraq War Website, April 2003

"Four Half-Truths and a War," *American Reporter*, April 6, 2003

"The Greek Bridge between Old and New Europe," *National Herald*, February 15-16, 2003

"Debunking a Widely-Believed Greek Conspiracy Theory," *National Herald*, September 21-22, 2002

"Debunking of Elaborate Media Conspiracies an Important Trend," *Kathimerini* (Greece), September 21, 2002 [Not Related to September 21-22, 2002, *National Herald* Piece with Similar Title]

"Cold Turkey," *Washington Times*, March 16, 1998

"If This Alliance Is to Survive . . .," *Washington Post*, January 2, 1998 [Reproduced as "Make Greece and Turkey Behave," *International Herald Tribune*, January 3, 1998]

"Defuse Standoff on Cyprus," *Defense News*, January 27-February 2, 1997

"Ukraine Holds Nuclear Edge," *Defense News*, August 2-8, 1993


**Commentaries Written for *New York Daily News* –**
**https://www.nydailynews.com/authors/?author=Louis+Klarevas**

"Careful How You Talk about Suicide, Mr. President," March 25, 2020 (co-authored with Sonali Rajan, Charles Branas, and Katherine Keyes)

"Only as Strong as Our Weakest Gun Laws: The Latest Mass Shooting Makes a Powerful Case for Federal Action," November 8, 2018

"What to Worry, and not Worry, About: The Thwarted Pipe-Bomb Attacks Point to Homeland Security Successes and Vulnerabilities," October 25, 2018

"After the Santa Fe Massacre, Bury the 'Good Guy with a Gun' Myth: Armed Staffers Won't Deter Shooters or Keep Kids Safe," May 22, 2018

"It's the Guns (and Ammo), Stupid: Dissuading Killers and Hardening Targets Matter Too, But Access to Weapons Matters Most," February 18, 2018

"The Texas Shooting Again Reveals Inadequate Mental-Health Help in the U.S. Military," November 7, 2017

"Why Mass Shootings Are Getting Worse: After Vegas, We Urgently Must Fix Our Laws," October 2, 2017

"N.Y. Can Lead the Nation in Fighting Child Sex Trafficking," April 21, 2009 (co-authored with Ana Burdsall-Morse)

"Crack Down on Handguns – They're a Tool of Terror, Too," October 25, 2007

**Commentaries Written for *The Huffington Post* – www.huffingtonpost.com/louis-klarevas**

"Improving the Justice System Following the Deaths of Michael Brown and Eric Garner," December 4, 2014

"American Greengemony: How the U.S. Can Help Ukraine and the E.U. Break Free from Russia's Energy Stranglehold," March 6, 2014

"Guns Don't Kill People, Dogs Kill People," October 17, 2013

"Romney the Liberal Internationalist?" October 23, 2012

"Romney's Unrealistic Foreign Policy Vision: National Security Funded by Money Growing Trees," October 10, 2012

"Do the Wrong Thing: Why Penn State Failed as an Institution," November 14, 2011

"Holding Egypt's Military to Its Pledge of Democratic Reform," February 11, 2011

"The Coming Twivolutions? Social Media in the Recent Uprisings in Tunisia and Egypt," January 31, 2011

"Scholarship Slavery: Does St. John's 'Dean of Mean' Represent a New Face of Human Trafficking?" October 6, 2010

"Misunderstanding Terrorism, Misrepresenting Islam," September 21, 2010

"Bombing on the Analysis of the Times Square Bomb Plot," May 5, 2010

"Do the Hutaree Militia Members Pose a Terrorist Threat?" May 4, 2010

"Addressing Mexico's Gun Violence One Extradition at a Time," March 29, 2010

"Terrorism in Texas: Why the Austin Plane Crash Is an Act of Terror," February 19, 2010

"Securing American Primacy by Tackling Climate Change: Toward a National Strategy of Greengemony," December 15, 2009

"Traffickers Without Borders: A 'Journey' into the Life of a Child Victimized by Sex Trafficking," November 17, 2009

"Beyond a Lingering Doubt: It's Time for a New Standard on Capital Punishment," November 9, 2009

"It's the Guns Stupid: Why Handguns Remain One of the Biggest Threats to Homeland Security," November 7, 2009

"Obama Wins the 2009 Nobel Promise Prize," October 9, 2009

**Commentaries for *Foreign Policy* – www.foreignpolicy.com**

"The White House's Benghazi Problem," September 20, 2012

"Greeks Don't Want a Grexit," June 14, 2012

"The Earthquake in Greece," May 7, 2012

"The Idiot Jihadist Next Door," December 1, 2011

"Locked Up Abroad," October 4, 2011

**Commentaries for *The New Republic* – www.tnr.com/users/louis-klarevas**

"What the U.N. Can Do To Stop Getting Attacked by Terrorists," September 2, 2011

"Is It Completely Nuts That the British Police Don't Carry Guns? Maybe Not," August 13, 2011

"How Obama Could Have Stayed the Execution of Humberto Leal Garcia," July 13, 2011

"After Osama bin Laden: Will His Death Hasten Al Qaeda's Demise?" May 2, 2011

"Libya's Stranger Soldiers: How To Go After Qaddafi's Mercenaries," February 28, 2011

"Closing the Gap: How To Reform U.S. Gun Laws To Prevent Another Tucson," January 13, 2011

"Easy Target," June 13, 2010

"Death Be Not Proud," October 27, 2003 (correspondence)


**Legal Analyses Written for *Writ* – writ.news.findlaw.com/contributors.html#klarevas**

"Human Trafficking and the Child Protection Compact Act of 2009," *Writ* (FindLaw.com), July 15, 2009 (co-authored with Christine Buckley)

"Can the Justice Department Prosecute Reporters Who Publish Leaked Classified Information? Interpreting the Espionage Act," *Writ* (FindLaw.com), June 9, 2006

"Will the Precedent Set by the Indictment in a Pentagon Leak Case Spell Trouble for Those Who Leaked Valerie Plame's Identity to the Press?" *Writ* (FindLaw.com), August 15, 2005

"Jailing Judith Miller: Why the Media Shouldn't Be So Quick to Defend Her, and Why a Number of These Defenses Are Troubling," *Writ* (FindLaw.com), July 8, 2005

"The Supreme Court Dismisses the Controversial Consular Rights Case: A Blessing in Disguise for International Law Advocates?" *Writ* (FindLaw.com), June 6, 2005 (co-authored with Howard S. Schiffman)

"The Decision Dismissing the Lawsuit against Vice President Dick Cheney," *Writ* (FindLaw.com), May 17, 2005

"The Supreme Court Considers the Rights of Foreign Citizens Arrested in the United States," *Writ* (FindLaw.com), March 21, 2005 (co-authored with Howard S. Schiffman)


**Presentations and Addresses**

**In addition to the presentations listed below, I have made close to one hundred media appearances, book events, and educational presentations (beyond lectures for my own classes)**

"Mass Shootings: What We Know, What We Don't Know, and Why It All Matters," keynote presentation to be delivered at the Columbia University Center for Injury Science and Prevention Annual Symposium, virtual meeting, May 2020

"K-12 School Environmental Responses to Gun Violence: Gaps in the Evidence," paper presented at Society for Advancement of Violence and Injury Research Annual Meeting, virtual meeting, April 2020 (co-authored with Sonali Rajan, Joseph Erardi, Justin Heinze, and Charles Branas)

"Active School Shootings," Post-Performance Talkback following Presentation of *17 Minutes*, Barrow Theater, New York, January 29, 2020 (co-delivered with Sonali Rajan)

"Addressing Mass Shootings in Public Health: Lessons from Security Studies," Teachers College, Columbia University, November 25, 2019

"Rampage Nation: Securing America from Mass Shootings," Swarthmore College, October 24, 2019

"Rampage Nation: Securing America from Mass Shootings," University of Pennsylvania, February 9, 2018

"Treating Mass Shootings for What They Really Are: Threats to American Security," Framingham State University, October 26, 2017

"Book Talk: Rampage Nation," Teachers College, Columbia University, October 17, 2017

Participant, Roundtable on Assault Weapons and Large-Capacity Magazines, Annual Conference on Second Amendment Litigation and Jurisprudence, Law Center to Prevent Gun Violence, October 16, 2017

"Protecting the Homeland: Tracking Patterns and Trends in Domestic Terrorism," address delivered to the annual meeting of the National Joint Terrorism Task Force, June 2015

"Sovereign Accountability: Creating a Better World by Going after Bad Political Leaders," address delivered to the Daniel H. Inouye Asia-Pacific Center for Security Studies, November 2013

"Game Theory and Political Theater," address delivered at the School of Drama, State Theater of Northern Greece, May 2012

"Holding Heads of State Accountable for Gross Human Rights Abuses and Acts of Aggression," presentation delivered at the Michael and Kitty Dukakis Center for Public and Humanitarian Service, American College of Thessaloniki, May 2012

Chairperson, Cultural Enrichment Seminar, Fulbright Foundation – Southern Europe, April 2012

Participant, Roundtable on "Did the Intertubes Topple Hosni?" Zócalo Public Square, February 2011

Chairperson, Panel on Democracy and Terrorism, annual meeting of the International Security Studies Section of the International Studies Association, October 2010

"Trends in Terrorism Within the American Homeland Since 9/11," paper to be presented at the annual meeting of the International Security Studies Section of the International Studies Association, October 2010

Panelist, "In and Of the World," Panel on Global Affairs in the 21st Century, Center for Global Affairs, New York University, March 2010

Moderator, "Primacy, Perils, and Players: What Does the Future Hold for American Security?" Panel of Faculty Symposium on Global Challenges Facing the Obama Administration, Center for Global Affairs, New York University, March 2009

"Europe's Broken Border: The Problem of Illegal Immigration, Smuggling and Trafficking via Greece and the Implications for Western Security," presentation delivered at the Center for Global Affairs, New York University, February 2009

"The Dangers of Democratization: Implications for Southeast Europe," address delivered at the University of Athens, Athens, Greece, May 2008

Participant, "U.S. National Intelligence: The Iran National Intelligence Estimate," Council on Foreign Relations, New York, April 2008

Moderator, First Friday Lunch Series, "Intelligence in the Post-9/11 World: An Off-the-Record Conversation with Dr. Joseph Helman (U.S. Senior National Intelligence Service)," Center for Global Affairs, New York University, March 2008

Participant, "U.S. National Intelligence: Progress and Challenges," Council on Foreign Relations, New York, March 2008

Moderator, First Friday Lunch Series, "Public Diplomacy: The Steel Backbone of America's Soft Power: An Off-the-Record Conversation with Dr. Judith Baroody (U.S. Department of State)," Center for Global Affairs, New York University, October 2007

"The Problems and Challenges of Democratization: Implications for Latin America," presentation delivered at the Argentinean Center for the Study of Strategic and International Relations Third Conference on the International Relations of South America (IBERAM III), Buenos Aires, Argentina, September 2007

"The Importance of Higher Education to the Hellenic-American Community," keynote address to the annual Pan-Icarian Youth Convention, New York, May 2007

Moderator, First Friday Lunch Series, Panel Spotlighting Graduate Theses and Capstone Projects, Center for Global Affairs, New York University, April 2007

Convener, U.S. Department of State Foreign Officials Delegation Working Group on the Kurds and Turkey, March 2007

"Soft Power and International Law in a Globalizing Latin America," round-table presentation delivered at the Argentinean Center for the Study of Strategic and International Relations Twelfth Conference of Students and Graduates of International Relations in the Southern Cone (CONOSUR XII), Buenos Aires, Argentina, November 2006

Moderator, First Friday Lunch Series, "From Berkeley to Baghdad to the Beltway: An Off-the-Record Conversation with Dr. Catherine Dale (U.S. Department of Defense)," Center for Global Affairs, New York University, November 2006

Chairperson, Roundtable on Presidential Privilege and Power Reconsidered in a Post-9/11 Era, American Political Science Association Annual Meeting, September 2006

"Constitutional Controversies," round-table presentation delivered at City University of New York-College of Staten Island, September 2005

"The Future of the Cyprus Conflict," address to be delivered at City University of New York College of Staten Island, April 2005

"The 2004 Election and the Future of American Foreign Policy," address delivered at City University of New York College of Staten Island, December 2004

"One Culprit for the 9/11 Attacks: Political Realism," address delivered at City University of New York-College of Staten Island, September 2004

"Were the Eagle and the Phoenix Birds of a Feather? The United States and the 1967 Greek Coup," address delivered at London School of Economics, November 2003

"Beware of Europeans Bearing Gifts? Cypriot Accession to the EU and the Prospects for Peace," address delivered at Conference on Mediterranean Stability, Security, and Cooperation, Austrian Defense Ministry, Vienna, Austria, October 2003

Co-Chair, Panel on Ideational and Strategic Aspects of Greek International Relations, London School of Economics Symposium on Modern Greece, London, June 2003

"Greece between Old and New Europe," address delivered at London School of Economics, June 2003

Co-Chair, Panel on International Regimes and Genocide, International Association of Genocide Scholars Annual Meeting, Galway, Ireland, June 2003

"American Cooperation with International Tribunals," paper presented at the International Association of Genocide Scholars Annual Meeting, Galway, Ireland, June 2003

"Is the Unipolar Moment Fading?" address delivered at London School of Economics, May 2003

"Cyprus, Turkey, and the European Union," address delivered at London School of Economics, February 2003

"Bridging the Greek-Turkish Divide," address delivered at Northwestern University, May 1998

"The CNN Effect: Fact or Fiction?" address delivered at Catholic University, April 1998

"The Current Political Situation in Cyprus," address delivered at AMIDEAST, July 1997

"Making the Peace Happen in Cyprus," presentation delivered at the U.S. Institute of Peace in July 1997

"The CNN Effect: The Impact of the Media during Diplomatic Crises and Complex Emergencies," a series of presentations delivered in Cyprus (including at Ledra Palace), May 1997

"Are Policy-Makers Misreading the Public? American Public Opinion on the United Nations," paper presented at the International Studies Association Annual Meeting, Toronto, Canada, March 1997 (with Shoon Murray)

"The Political and Diplomatic Consequences of Greece's Recent National Elections," presentation delivered at the National Foreign Affairs Training Center, Arlington, VA, September 1996

"Prospects for Greek-Turkish Reconciliation," presentation delivered at the U.S. Institute of Peace Conference on Greek-Turkish Relations, Washington, D.C., June, 1996 (with Theodore A. Couloumbis)

"Greek-Turkish Reconciliation," paper presented at the Karamanlis Foundation and Fletcher School of Diplomacy Joint Conference on The Greek-U.S. Relationship and the Future of Southeastern Europe, Washington, D.C., May, 1996 (with Theodore A. Couloumbis)

"The Path toward Peace in the Eastern Mediterranean and the Balkans in the Post-Cold War Era," paper presented at the International Studies Association Annual Meeting, San Diego, CA, March, 1996 (with Theodore A. Couloumbis)

"Peace Operations: The View from the Public," paper presented at the International Studies Association Annual Meeting, San Diego, CA, March, 1996

Chairperson, Roundtable on Peace Operations, International Security Section of the International Studies Association Annual Meeting, Rosslyn, VA, October, 1995

"Chaos and Complexity in International Politics: Epistemological Implications," paper presented at the International Studies Association Annual Meeting, Washington, D.C., March, 1994

"At What Cost? American Mass Public Opinion and the Use of Force Abroad," paper presented at the International Studies Association Annual Meeting, Washington, D.C., March, 1994 (with Daniel B. O'Connor)

"American Mass Public Opinion and the Use of Force Abroad," presentation delivered at the United States Institute of Peace, Washington, D.C., February, 1994 (with Daniel B. O'Connor)

"For a Good Cause: American Mass Public Opinion and the Use of Force Abroad," paper presented at the Annual Meeting of the Foreign Policy Analysis/Midwest Section of the International Studies Association, Chicago, IL, October, 1993 (with Daniel B. O'Connor)

"American International Narcotics Control Policy: A Critical Evaluation," presentation delivered at the American University Drug Policy Forum, Washington, D.C., November, 1991

"American National Security in the Post-Cold War Era: Social Defense, the War on Drugs, and the Department of Justice," paper presented at the Association of Professional Schools of International Affairs Conference, Denver, CO, February, 1991

**Referee for Grant Organizations, Peer-Reviewed Journals, and Book Publishers**

National Science Foundation, Division of Social and Economic Sciences

*American Journal of Preventive Medicine*

*American Journal of Public Health*

*American Political Science Review*

*British Medical Journal (BMJ)*

*Comparative Political Studies*

*Injury Epidemiology*

*Journal of Public and International Affairs*

*Millennium*

*Political Behavior*

*Presidential Studies Quarterly*

*Victims & Offenders*

*Violence and Victims*

Brill Publishers

Johns Hopkins University Press

Routledge

**Service to University, Profession, and Community**

Participant, Minnesota Chiefs of Police Association, Survey of Measures to Reduce Gun Violence, 2023

Member, Regional Gun Violence Research Consortium, Nelson A. Rockefeller Institute of Government, State University of New York, 2022-

Founding Member, Scientific Union for the Reduction of Gun Violence (SURGE), Columbia University, 2019-

Contributing Lecturer, Johns Hopkins University, Massive Open Online Course on Evidence-Based Gun Violence Research, Funded by David and Lucile Packard Foundation, 2019

Member, Group of Gun Violence Experts, *New York Times* Upshot Survey, 2017

Member, Guns on Campus Assessment Group, Johns Hopkins University and Association of American Universities, 2016

Member, Fulbright Selection Committee, Fulbright Foundation, Athens, Greece, 2012

Faculty Advisor, Global Affairs Graduate Society, New York University, 2009-2011

Founder and Coordinator, Graduate Transnational Security Studies, Center for Global Affairs, New York University, 2009-2011

Organizer, Annual Faculty Symposium, Center for Global Affairs, New York University, 2009

Member, Faculty Search Committees, Center for Global Affairs, New York University, 2007-2009

Member, Graduate Program Director Search Committee, Center for Global Affairs, New York University, 2008-2009

Developer, Transnational Security Studies, Center for Global Affairs, New York University, 2007-2009

Participant, Council on Foreign Relations Special Series on National Intelligence, New York, 2008

Member, Graduate Certificate Curriculum Committee, Center for Global Affairs, New York University, 2008

Member, Faculty Affairs Committee, New York University, 2006-2008

Member, Curriculum Review Committee, Center for Global Affairs, New York University, 2006-2008

Member, Overseas Study Committee, Center for Global Affairs, New York University, 2006-2007

Participant, New York Academic Delegation to Israel, Sponsored by American-Israel Friendship League, 2006

Member, Science, Letters, and Society Curriculum Committee, City University of New York-College of Staten Island, 2006

Member, Graduate Studies Committee, City University of New York-College of Staten Island, 2005-2006

Member, Summer Research Grant Selection Committee, City University of New York-College of Staten Island, 2005

Director, College of Staten Island Association, 2004-2005

Member of Investment Committee, College of Staten Island Association, 2004-2005

Member of Insurance Committee, College of Staten Island Association, 2004-2005

Member, International Studies Advisory Committee, City University of New York-College of Staten Island, 2004-2006

Faculty Advisor, Pi Sigma Alpha National Political Science Honor Society, City University of New York-College of Staten Island, 2004-2006

Participant, World on Wednesday Seminar Series, City University of New York-College of Staten Island, 2004-2005

Participant, American Democracy Project, City University of New York-College of Staten Island, 2004

Participant, Philosophy Forum, City University of New York-College of Staten Island, 2004

Commencement Liaison, City University of New York-College of Staten Island, 2004

Member of Scholarship Committee, Foundation of Pan-Icarian Brotherhood, 2003-2005, 2009

Scholarship Chairman, Foundation of Pan-Icarian Brotherhood, 2001-2003

Faculty Advisor to the Kosmos Hellenic Society, George Washington University, 2001-2002

Member of University of Pennsylvania's Alumni Application Screening Committee, 2000-2002

Participant in U.S. Department of State's International Speakers Program, 1997

Participant in Yale University's United Nations Project, 1996-1997

Member of Editorial Advisory Board, *Journal of Public and International Affairs*, Woodrow Wilson School of Public and International Affairs, Princeton University, 1991-1993

Voting Graduate Student Member, School of International Service Rank and Tenure Committee, American University, 1990-1992

Member of School of International Service Graduate Student Council, American University, 1990-1992

Teaching Assistant for the Several Courses (World Politics, Beyond Sovereignty, Between Peace and War, Soviet-American Security Relations, and Organizational Theory) at School of International Service Graduate Student Council, American University, 1989-1992

Representative for American University at the Annual Meeting of the Association of Professional Schools of International Affairs, Denver, Colorado, 1991

**Expert Witness Service**

Town of Superior, Colorado, 2023-

City of Boulder, Colorado, 2023-

City of Louisville, Colorado, 2023-

County of Boulder, Colorado, 2023-

State of Connecticut, 2023-

State of Hawaii, 2023-

State of Illinois, 2023-

State of Massachusetts, 2023-

State of New Jersey, 2023-

State of Oregon, 2023-

City of Highland Park, Illinois, 2022-

County of Cook, Illinois, 2022-

State of Washington, 2022-

Government of Canada, 2021-2022

Plaintiffs, *Ward et al. v. Academy Sports + Outdoor*, District Court Bexar County, Texas, 224th Judicial District, Cause Number 2017CI23341, Bexar County, TX, 2019

State of California, 2017-

State of Colorado, 2016-2017, 2022-

**Affiliations, Associations, and Organizations (Past and Present)**

Academy of Political Science (APS)

American Political Science Association (APSA)

Anderson Society of American University

Carnegie Council Global Ethics Network

Columbia University Scientific Union for the Reduction of Gun Violence (SURGE)

Firearm Safety among Children and Teens (FACTS)

International Political Science Association (IPSA)

International Studies Association (ISA)

New York Screenwriters Collective

Pan-Icarian Brotherhood

Pi Sigma Alpha

Regional Gun Violence Research Consortium

Society for Advancement of Violence and Injury Research (SAVIR)

United States Department of State Alumni Network

United States Institute of Peace Alumni Association

University of Pennsylvania Alumni Association

**Grants, Honors, and Awards**

Co-Investigator, A Nationwide Case-Control Study of Firearm Violence Prevention Tactics and Policies in K-12 School, National Institutes of Health, 2021-2024 (Branas and Rajan MPIs)

Senior Fulbright Fellowship, 2012

Professional Staff Congress Research Grantee, City University of New York, 2004-2005

Research Assistance Award (Two Times), City University of New York-College of Staten Island, 2004

Summer Research Fellowship, City University of New York-College of Staten Island, 2004

European Institute Associate Fellowship, London School of Economics, 2003-2004

Hellenic Observatory Defense Analysis Research Fellowship, London School of Economics, 2002-2003

United States Institute of Peace Certificate of Meritorious Service, 1996

National Science Foundation Dissertation Research Grant, 1995 (declined)

Alexander George Award for Best Graduate Student Paper, Runner-Up, Foreign Policy Analysis Section, International Studies Association, 1994

Dean's Scholar Fellowship, School of International Service, American University, 1989-1992

Graduate Research and Teaching Assistantship, School of International Service, American University, 1989-1992

American Hellenic Educational Progressive Association (AHEPA) College Scholarship, 1986

Political Science Student of the Year, Wilkes-Barre Area School District, 1986

# Exhibit B



**Mass Shootings Resulting in Double-Digit Fatalities in American History (1776-2022)**