John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail:  jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,[1]<br><br>    Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 13, 2024<br>Time: 10:30 a.m.<br>Place: Courtroom 5B (Fifth Floor)<br>Hon. M. James Lorenz<br><br>Third Amended Complaint Filed: March 22, 2023 |

No oral argument will be heard pursuant to local rules unless ordered by the Court

---

[1] Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as California Attorney General, and Allison Mendoza is automatically substituted for her predecessors, former Directors Louis Lopez and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

To All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that on May 13, 2024, before the Honorable M. James Lorenz, Courtroom 5B (Fifth Floor), United States District Court, Southern District of California, Edward J. Schwartz Courthouse, 221 West Broadway, San Diego, California, Plaintiffs Jose Chavez, *et al.* will and hereby do move the Court for summary judgment against Defendant.

Plaintiffs respectfully request a summary judgment declaring California Penal Code section 272510 unconstitutional and permanently enjoining the enforcement of the State of California's prohibition on the sale, supply, delivery, possession, or control of a firearm to any person 18-to-20 years of age as set forth in California Penal Code § 27510. Summary judgment in Plaintiffs' favor is appropriate because there is no genuine issue as to any material fact, in that the State's prohibition on such sales of firearms that are in common use throughout the United States violates the right of 18-to-20-year-old adults to keep and bear arms secured by the Second Amendment, including the right to purchase them.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support thereof; Plaintiffs Appendix in Support of Motion for Summary Judgment, including the declarations and evidence filed concurrently herewith, the matters on file with this Court (including the evidence submitted by Plaintiffs in support of its previously filed motions for preliminary injunction, (ECF Nos. 21-2 through 21-22 and ECF Nos. 103 and 118); Plaintiffs' Third Amended Complaint (ECF No. 114); and upon any further matters the Court deems appropriate at or before the time of the hearing.

March 15, 2024

Respectfully submitted,
DILLON LAW GROUP APC
Attorneys for Plaintiffs
By: */s/ John W. Dillon*

John W. Dillon

1

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT (3:19-CV-01226-L-AHG)