John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail:  jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.,*[1] <br><br> Defendants. | Case No.: 3:19-cv-01226-L-AHG <br><br> Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard <br><br> **APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PART 1 (BATES Nos. Pl.0001- Pl.0416)** <br><br> Date: May 13, 2024 <br> Time: 10:30 a.m. <br> Place: Courtroom 5B (Fifth Floor) <br> Hon. M. James Lorenz <br><br> Third Amended Complaint Filed: March 22, 2023 <br><br> No oral argument will be heard pursuant to local rules unless ordered by the Court |

[1]  Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as California Attorney General, and Allison Mendoza is automatically substituted for her predecessors, former Directors Louis Lopez and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

# APPENDIX INDEX

| Exhibit | Document | Author | Doc. No. |
|---|---|---|---|
| A | Declaration of John W. Dillon in Support of Plaintiffs' Motion for Summary Judgment | John W. Dillon | Pl.0002 |
| B | California Penal Code section 27510 | Legal Citation | Pl.0010 |
| C | Declaration of Oleksandra Reva in Support of Plaintiffs' Motion for Summary Judgment | Oleksandra Reva | Pl.0012 |
| D | Declaration of Destiny Garcia in Support of Plaintiffs' Motion for Summary Judgment | Destiny Garcia | Pl.0017 |
| E | Plaintiffs' Table of Pre-Ratification Colony Militia Laws | Plaintiffs: taken from Appendix 1 from *Jones v. Bonta*, 34 F.4th 704 (9th Cir.) | Pl.0022 |
| F | Plaintiffs' Table of Post-Ratification Militia State Laws | Plaintiffs: taken from Appendix 2 from *Jones v. Bonta*, 34 F.4th 704 (9th Cir.) | Pl.0027 |
| G | Defendants' Exhibit J in Support of Defendants Opposition to Plaintiffs Motion for Summary Judgment: Robert Spitzer "Table of State Laws Restricting Weapons to Minors" With Plaintiffs' Reply | Robert Spitzer | Pl.0032 |

| | | | |
|---|---|---|---|
| H | Defendants' Exhibit K in Support of Defendants Opposition to Plaintiffs Motion for Summary Judgment: Robert Spitzer, "College Campus Weapons Restrictions" with Plaintiffs' highlights | Robert Spitzer | Pl.0042 |
| I | Defendants' Exhibit I in Support of Defendants Opposition to Plaintiffs Motion for Summary Judgment: Robert Spitzer, "Gun/Weapons Restrictions For Minors" with Plaintiffs' Highlights | Robert Spitzer | Pl.0049 |
| J | Defendants' Exhibit I in Support of Defendants Opposition to Plaintiffs Motion for Summary Judgment: Saul Cornell "Gun/Weapons Restrictions For Minors" with Plaintiffs' Highlights | Saul Cornell | Pl.0087 |
| K | A Brief History of Yale – Resources on Yale History- Yale University Library Research Guides at Yale University | Yale University | Pl.0103 |
| L | *Yale History Timeline 1820-1829* - Yale History Timeline- Yale University Library Research Guides at Yale University | Yale University | Pl.0114 |

| M | *120 Years of American Education A Statistical Portrait*, National Center For Education Statistics | National Center for Education Statistics, U.S. Department of Education, Office of Educational Research and Improvement | Pl.0119 |
|---|---|---|---|
| N | Goldin, Claudia, *A Brief History of Education in The United States*, Historical Paper 119, National Bureau of Economic Research, August 1999. | Claudia Goldin | Pl.0235 |
| O | *History of College Education*, ProCon.org | ProCon.org | Pl.0312 |
| P | Kopel, David B., *What State Constitutions Teach About The Second Amendment*, Northern Kentucky Law Review, Vol. 29, No. 4, pages 823-847 (2002) | David B. Kopel | Pl.0322 |
| Q | Volokh, Eugene, *State Constitutional Rights To Keep and Bear Arms* | Eugene Volokh | Pl.0363 |
| R | *Clayton E. Cramer Colonial Firearm Regulation, 16 J. on Firearms & Pub. Pol'y (2004)* | Clayton E. Cramer | Pl.0391 |
| S | *Connecticut Acts and Laws, October Session (1792)* | General Court of Assembly of the State of Connecticut | Pl.0440 |
| T | *An Act for Establishing the Militia In This State, Delaware (1793)* | State of Delaware | Pl.0454 |

| | | | |
|---|---|---|---|
| U | *An Act to Revise and Amend the Militia Law of This State, and to Adapt the Same to the Act of Congress of the United States, Passed the Eighth Day of May, One Thousand Seven Hundred and Ninety-Two, Entitled An Act More Effectually to Provide for the National Defence by Establishing and Uniform Militia Throughout the United States, as contained in Digest of the Laws of Georgia, 460 (1792)* | State of Georgia | Pl.0471 |
| V | *Ch. LIII, An Act to Regulate and Discipline the Militia of This State, Laws of Maryland (1793)* | State of Maryland | Pl.0490 |
| W | *Ch. 1, An Act for Regulating and Governing the Militia of the Commonwealth of Massachusetts, and for Repealing All Laws Heretofore Made for That Purpose; excepting an Act Entitled, An Act for Establishing Rules and Articles for Governing the Troops Stationed in Forts and Garrisons, Within This Commonwealth, and Also the Militia, When Called* | State of Massachusetts | Pl.0499 |

| | | | |
|---|---|---|---|
| | | *Into Actual Service, Massachusetts Acts and Laws, May Session (1793)* | | |
| **X** | *An Act for Forming and Regulating the Militia Within This State, and For Repealing All the Laws Heretofore Made for That Purpose, New Hampshire,441 (1792)* | State of New Hampshire | Pl.0521 |
| **Y** | *Ch. CCCCXIII, An Act for Organizing and Training the Militia of This State, Sec. 4, Acts of the General Assembly of the State of New Jersey (1792)* | State of New Jersey | Pl.0533 |
| **Z** | *Ch. 45, An Act to Organize the Militia of This State. Laws of New York (1793)* | State of New York | Pl.0539 |
| **AA** | *Ch. XXII, An Act for Establishing a Militia in This State, Laws of North Carolina — 1786* | State of North Carolina | Pl.0552 |
| **AB** | *Ch. MDCXCVI, An Act for Regulating the Militia of the Commonwealth of Pennsylvania, Statutes at Large of Pennsylvania, 454-481 (1793)* | State of Pennsylvania | Pl.0555 |
| **AC** | *An Act to Organize the Militia Throughout the State of South Carolina, in Conformity with the Act of* | State of South Carolina | Pl.0588 |

| | | *Congress, Statutes at Large of South Carolina, Vol. 8 (1794-1837)* | | |
|---|---|---|---|---|
| | AD | *Ch. CXLVI, An Act for Regulating the Militia of this Commonwealth, Virginia (1792)* | State of Virginia | Pl.0710 |
| | AE | Founders Online, From Thomas Jefferson to Giovanni Fabbroni, 8 June 1778 | Thomas Jefferson | Pl.719 |
| | AF | *Uniform Militia Act, 1 Stat. 271-72 (1792)* | United States Congress | Pl.0727 |
| | AG | *David B. Kopel & Joseph G.S. Greenlee* *History and Tradition in Modern Circuit Cases on the Second Amendment Rights of Young People (2018)* | David B. Kopel and Joseph G.S. Greenlee | Pl.0731 |
| | AH | *Kopel, David B. and Joseph Greenlee* *The Second Amendment Rights of Young Adults (2019)* | David Kopel, Joseph Greenlee | Pl.0771 |
| | AI | *1 Journals of the AM. Congress From 1774-1788* | United State Congress | Pl.0872 |
| | AJ | *1 David Ramsey,* *The History of the American Revolution 181 (Liberty Fund 1990) (1789)* | David Ramsey | Pl.0888 |
| | AK | *3 Am. Archives 4th Ser.* | Various Authors | Pl.1144 |

| | | | |
|---|---|---|---|
| | *(Clark & Force) 621 (1840)* | | |
| **AL** | *Tench Coxe,*<br>*A Pennsylvanian, No. 3,*<br>*Pennsylvania Gazette,*<br>*Feb. 20, 1788* | Tench Coxe | Pl.1151 |
| **AM** | *David B. Kopel,*<br>*The Posse Comitatius and the*<br>*Office of Sheriff:*<br>*Armed Citizens Summoned to*<br>*the Aid of Law*<br>*Enforcement, 104 J. Crim. L. &*<br>*Criminology 761,*<br>*763, (2015)* | David B. Kopel | Pl.1155 |
| **AN** | Mark W. Smith, *Attention Originalists: The Second Amendment was adopted in 1791, not 1868*, HARV. J. L. & PUB. POL'Y PER CURIAM (Dec. 7, 2022), https://bit.ly/41OFQND | Mark W. Smith | Pl.1247 |

March 15, 2024,

Respectfully submitted,

DILLON LAW GROUP, APC

*/s/ John W. Dillon*
John W. Dillon
Attorney for Plaintiffs

**Plaintiffs' Exhibit A**

Pl.0001

John W. Dillon (SBN 296788)
jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, et al., | Case No. 3:19-cv-01226-L-BLM |
| Plaintiffs, | Hon. M. James Lorenz |
| vs. | Magistrate Judge Hon. Barbara Lynn Major |
| ROB BONTA, in his official capacity as Attorney General of the State of California, et al., | **DECLARATION OF JOHN W. DILLON IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | |

DECLARATION OF JOHN W. DILLON IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

Pl.0002

## DECLARATION OF JOHN W. DILLON

I, John W. Dillon, declare as follows:

1.      I counsel for Plaintiffs in the above-titled action. I am an attorney licensed in the State of California. I am over the age of 18, have personal knowledge of the facts referred to in this declaration, and am competent to testify to the matters stated below.

2.      I have personally verified the documents described below an used the factual information within each document in the drafting of the Points and Authorities in Support of Plaintiffs' Notice of Motion and Motion for Summary Judgment.

3.      The documents identified below have been identified and included in as separate Exhibits in Plaintiffs' Appendix in Support of Plaintiffs' Motion for Summary Judgment.

4.      Attached to Plaintiffs Appendix as **Exhibit B**, is a true and correct copy of California Penal Code section 27510;

5.      Attached to Plaintiffs Appendix as **Exhibit C**, is a true and correct copy of the Declaration of Oleksandra Reva in Support of Plaintiffs Motion for Summary Judgment;

6.      Attached to Plaintiffs Appendix as **Exhibit D**, is a true and correct copy of the Declaration of Destiny Garcia in Support of Plaintiffs Motion for Summary Judgment;

7.      Attached to Plaintiffs Appendix as **Exhibit E**, is a true and correct copy of Plaintiffs' Table of Pre-Ratification Colony Militia Laws;

8.      Attached to Plaintiffs Appendix as **Exhibit F**, is a true and correct copy of Plaintiffs' Table of Post-Ratification Militia State Laws;

9.      Attached to Plaintiffs Appendix as **Exhibit G**, is a true and correct copy of Defendants' Exhibit J in Support of Defendant's Opposition to Plaintiffs' Motion

1
DECLARATION OF JOHN W. DILLON IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

PI.0003

for Preliminary Injunction: Robert Spitzer "Table of State Laws Restricting Weapons to Minors" With Plaintiffs' Reply;

10.     Attached to Plaintiffs Appendix as **Exhibit H**, is a true and correct copy of Defendants' Exhibit K in Support of Defendants Opposition to Plaintiffs Motion for Summary Judgment: Robert Spitzer, "College Campus Weapons Restrictions" with Plaintiffs' highlights;

11.     Attached to Plaintiffs Appendix as **Exhibit I**, is a true and correct copy of Defendants' Exhibit I in Support of Defendants Opposition to Plaintiffs Motion for Summary Judgment: Robert Spitzer, "Gun/Weapons Restrictions For Minors" with Plaintiffs' Highlights;

12.     Attached to Plaintiffs Appendix as **Exhibit J**, is a true and correct copy of Defendants' Exhibit I in Support of Defendants Opposition to Plaintiffs Motion for Summary Judgment: Saul Cornell "Gun/Weapons Restrictions For Minors" with Plaintiffs' Highlights;

13.     Attached to Plaintiffs Appendix as **Exhibit K**, is a true and correct copy of A Brief History of Yale – Resources on Yale History- Yale University Library Research Guides at Yale University;

14.     Attached to Plaintiffs Appendix as **Exhibit L**, is a true and correct copy of *Yale History Timeline 1820-1829* - Yale History Timeline- Yale University Library Research Guides at Yale University;

15.     Attached to Plaintiffs Appendix as **Exhibit M**, is a true and correct copy of *120 Years of American Education A Statistical Portrait*, National Center For Education Statistics;

16.     Attached to Plaintiffs Appendix as **Exhibit N**, is a true and correct copy of Goldin, Claudia, *A Brief History of Education in The United States*, Historical Paper 119, National Bureau of Economic Research, August 1999;

17.     Attached to Plaintiffs Appendix as **Exhibit O**, is a true and correct copy of *History of College Education*, ProCon.org;

18.     Attached to Plaintiffs Appendix as **Exhibit P**, is a true and correct copy of Kopel, David B., *What State Constitutions Teach About The Second Amendment*, Northern Kentucky Law Review, Vol. 29, No. 4, pages 823-847 (2002);

19.     Attached to Plaintiffs Appendix as **Exhibit Q**, is a true and correct copy of Volokh, Eugene, *State Constitutional Rights To Keep and Bear Arms*;

20.     Attached to Plaintiffs Appendix as **Exhibit R**, is a true and correct copy of *Clayton E. Cramer Colonial Firearm Regulation, 16 J. on Firearms & Pub. Pol'y (2004)*;

21.     Attached to Plaintiffs Appendix as **Exhibit S**, is a true and correct copy of *Connecticut Acts and Laws, October Session (1792)*;

22.     Attached to Plaintiffs Appendix as **Exhibit T**, is a true and correct copy of *An Act for Establishing the Militia In This State, Delaware (1793)*;

23.     Attached to Plaintiffs Appendix as **Exhibit U**, is a true and correct copy of *An Act to Revise and Amend the Militia Law of This State, and to Adapt the Same to the Act of Congress of the United States, Passed the Eighth Day of May, One Thousand Seven Hundred and Ninety-Two, Entitled An Act More Effectually to Provide for the National Defence by Establishing and Uniform Militia Throughout the United States, as contained in Digest of the Laws of Georgia, 460 (1792)*;

24.     Attached to Plaintiffs Appendix as **Exhibit V**, is a true and correct copy of *Ch. LIII, An Act to Regulate and Discipline the Militia of This State, Laws of Maryland (1793)*;

25.     Attached to Plaintiffs Appendix as **Exhibit W**, is a true and correct copy of *Ch. 1, An Act for Regulating and Governing the Militia of the Commonwealth of Massachusetts, and for Repealing All Laws Heretofore Made for That Purpose; excepting an Act Entitled, An Act for Establishing Rules and Articles for Governing*

3

Declaration of John W. Dillon In Support of Plaintiffs' Memorandum of Points and Authorities in Support of Notice of Motion and Motion For Summary Judgment

**Pl.0005**

*the Troops Stationed in Forts and Garrisons, Within This Commonwealth, and Also the Militia, When Called Into Actual Service, Massachusetts Acts and Laws, May Session (1793)*;

26.      Attached to Plaintiffs Appendix as **Exhibit X**, is a true and correct copy of *An Act for Forming and Regulating the Militia Within This State, and For Repealing All the Laws Heretofore Made for That Purpose, New Hampshire,441 (1792)*;

27.      Attached to Plaintiffs Appendix as **Exhibit Y**, is a true and correct copy of *Ch. CCCCXIII, An Act for Organizing and Training the Militia of This State, Sec. 4, Acts of the General Assembly of the State of New Jersey (1792)*;

28.      Attached to Plaintiffs Appendix as **Exhibit Z**, is a true and correct copy of *Ch. 45, An Act to Organize the Militia of This State. Laws of New York (1793)*;

29.      Attached to Plaintiffs Appendix as **Exhibit AA**, is a true and correct copy of *Ch. XXII, An Act for Establishing a Militia in This State, Laws of North Carolina — 1786*;

30.      Attached to Plaintiffs Appendix as **Exhibit AB**, is a true and correct copy of *Ch. MDCXCVI, An Act for Regulating the Militia of the Commonwealth of Pennsylvania, Statutes at Large of Pennsylvania, 454-481 (1793)*;

31.      Attached to Plaintiffs Appendix as **Exhibit AC**, is a true and correct copy of *An Act to Organize the Militia Throughout the State of South Carolina, in Conformity with the Act of Congress, Statutes at Large of South Carolina, Vol. 8 (1794-1837)*;

32.      Attached to Plaintiffs Appendix as **Exhibit AD**, is a true and correct copy of *Ch. CXLVI, An Act for Regulating the Militia of this Commonwealth, Virginia (1792)*;

33.     Attached to Plaintiffs Appendix as **Exhibit AE**, is a true and correct copy of Founders Online, From Thomas Jefferson to Giovanni Fabbroni, 8 June 1778;

34.     Attached to Plaintiffs Appendix as **Exhibit AF**, is a true and correct copy of *Uniform Militia Act, 1 Stat. 271-72 (1792)*;

35.     Attached to Plaintiffs Appendix as **Exhibit AG**, is a true and correct copy of *David B. Kopel & Joseph G.S. Greenlee History and Tradition in Modern Circuit Cases on the Second Amendment Rights of Young People (2018)*;

36.     Attached to Plaintiffs Appendix as **Exhibit AH**, is a true and correct copy of *Kopel, David B. and Joseph Greenlee The Second Amendment Rights of Young Adults (2019)*;

37.     Attached to Plaintiffs Appendix as **Exhibit AI**, is a true and correct copy of *1 Journals of the AM. Congress From 1774-1788*;

38.     Attached to Plaintiffs Appendix as **Exhibit AJ**, is a true and correct copy of *1 David Ramsey, The History of the American Revolution 181 (Liberty Fund 1990) (1789)*;

39.     Attached to Plaintiffs Appendix as **Exhibit AK**, is a true and correct copy of *3 Am. Archives 4th Ser. (Clark & Force) 621 (1840)*;

40.     Attached to Plaintiffs Appendix as **Exhibit AL**, is a true and correct copy of *Tench Coxe, A Pennsylvanian, No. 3, Pennsylvania Gazette, Feb. 20, 1788;*

41.     Attached to Plaintiffs Appendix as **Exhibit AM**, is a true and correct copy of *David B. Kopel, The Posse Comitatius and the Office of Sheriff: Armed Citizens Summoned to the Aid of Law Enforcement, 104 J. Crim. L. & Criminology 761, 763, (2015)*

42.     Attached to Plaintiffs Appendix as Exhibit AN, is a true and correct copy of Mark W. Smith, *Attention Originalists: The Second Amendment was adopted in*

5

DECLARATION OF JOHN W. DILLON IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

Pl.0007

1    *1791, not 1868*, HARV. J. L. & PUB. POL'Y PER CURIAM (Dec. 7, 2022),

2    https://bit.ly/41OFQND

3       I declare under penalty of perjury under the laws of the United States that the

4    foregoing is true and correct, and this declaration was executed on March 15, 2024

5    in Carlsbad, California.

6                     By: _____

7                       John W. Dillon

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

DECLARATION OF JOHN W. DILLON IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF MOTION
AND MOTION FOR SUMMARY JUDGMENT

Pl.0008

**Plaintiffs' Exhibit B**

Pl.0009



**State of California**

**PENAL CODE**

**Section 27510**

---

27510.  (a)  A person licensed under Sections 26700 to 26915, inclusive, shall not sell, supply, deliver, or give possession or control of a firearm to any person who is under 21 years of age.

(b) (1)  Subdivision (a) does not apply to or affect the sale, supplying, delivery, or giving possession or control of a firearm that is not a handgun, semiautomatic centerfire rifle, completed frame or receiver, or firearm precursor part to a person 18 years of age or older who possesses a valid, unexpired hunting license issued by the Department of Fish and Wildlife.

(2)  Subdivision (a) does not apply to or affect the sale, supplying, delivery, or giving possession or control of a firearm that is not a handgun or a semiautomatic centerfire rifle to a person who is 18 years of age or older and provides proper identification of being an honorably discharged member of the United States Armed Forces, the National Guard, the Air National Guard, or the active reserve components of the United States. For purposes of this subparagraph, proper identification includes an Armed Forces Identification Card or other written documentation certifying that the individual is an honorably discharged member

(3)  Subdivision (a) does not apply to or affect the sale, supplying, delivery, or giving possession or control of a firearm that is not a handgun to any of the following persons who are 18 years of age or older:

(A)  An active peace officer, as described in Chapter 4.5 (commencing with Section 830) of Title 3 of Part 2, who is authorized to carry a firearm in the course and scope of employment.

(B)  An active federal officer or law enforcement agent who is authorized to carry a firearm in the course and scope of employment.

(C)  A reserve peace officer, as defined in Section 832.6, who is authorized to carry a firearm in the course and scope of employment as a reserve peace officer.

(D)  A person who provides proper identification of active membership in the United States Armed Forces, the National Guard, the Air National Guard, or active reserve components of the United States. For purposes of this subparagraph, proper identification includes an Armed Forces Identification Card or other written documentation certifying that the individual is an active member.

(Amended by Stats. 2022, Ch. 76, Sec. 16.  (AB 1621)  Effective June 30, 2022.)

**Pl.0010**

**Plaintiffs' Exhibit C**

Pl.0011

1   John W. Dillon (Bar No. 296788)
    Dillon Law Group APC
2   2647 Gateway Road
    Suite 105, No. 255
3   Carlsbad, California 92009
4   Telephone: (760) 642-7150
    Facsimile: (760) 642-7151
5   E-mail: jdillon@dillonlawgp.com

6
7   Attorney for Plaintiffs

8                   **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  JOSE CHAVEZ, et al.,                    Case No.: 3:19-cv-01226-L-BLM

12                       Plaintiffs,
                                            Hon. M. James Lorenz and Magistrate
13  v.                                      Judge Barbara Lynn Major

14  ROB BONTA, in his official capacity as  **DECLARATION OF OLEKSANDRA**
    Attorney General of the                 **REVA IN SUPPORT OF PLAINTIFFS**
15  State of California, et al.,             **MOTION FOR SUMMARY**
                                            **JUDGMENT**
16                       Defendants.

17

18                                          Complaint Filed: July 1, 2019
19                                          Third Amended Complaint Filed: March
                                            12, 2023
20

21

22

23

24

25

26

27

28

**DECLARATION OF OLEKSANDRA REVA**

I, Oleksandra Reva, declare as follows:

I am not a party to the captioned action, am over the age of 18, have personal knowledge of the facts stated herein, and am competent to testify as to the matters stated and the opinions rendered below.

1. I reside in El Cajon, California, I am 20 years old.

2. I have never been arrested or convicted of any crime. I have never been adjudicated as mentally ill or a danger to myself or others. I am not an unlawful user of any illegal drugs.

5. I am a current and active member of Firearms Policy Coalition, FPC Action Foundation, the California Gun Rights Foundation, and the Second Amendment Foundation.

6. I wish to purchase and possess firearms including but not limited to semiautomatic handguns, rifles, and shotguns. However, due to California Penal Code 27510, and its prohibition on adults 18 to 20 years old, I understand that I am prohibited from purchasing any firearm of any kind either through a federally licensed dealer or through a lawful private party transaction.

7. I have confirmed that I am prohibited from purchasing or acquiring firearms in California due to Penal Code section 27510 through my search and review of the California Department of Justice website detailing the restrictions on legal adults ages 18-to-20-years-old. I have also called and inquired a local licensed Federal Firearms License dealer, and asked if I would be eligible to purchase a firearm as a 20-year-old adult. They confirmed that I was not eligible.

8. But for the prohibitions in California Penal Code section 27510, I would be otherwise eligible to purchase and possess firearms as a am a law-abiding adult citizen and resident of California.

9. It is my understanding that there are a limited amount of obscure

*DECLARATION OF OLEKSANDRA REVA IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY JUDGMENT*          **PL.0013**

exceptions to California's aged-based firearms prohibition. These exceptions include lawful transfers or gifts from parents, and various situational loans. However, neither of my parents are gun owners and as such, they have no guns to gift me or loan me. Thus, these exceptions are entirely irrelevant and inapplicable to me.

10.    Moreover, I have no interest in being temporarily loaned a firearm as I want to own firearms for various lawful uses, including self-defense. It is my understanding that such loans are required to be "infrequent" and only for a limited period of time. Further, I am unaware of anyone who is willing to loan their firearm in such a manner.

11.    While I understand that section 27510 allows individuals 18-to-20-years-old to purchase certain long guns that are not semiautomatic, centerfire rifles if an individual first purchases and obtains a valid, unexpired California hunting license, I have no interest in hunting. I have never been hunting and I have no intention of ever going hunting. Thus, I have no need to learn about hunting. Even if I were to take a complete a Hunters Education course, and subsequently purchase a hunting license, it is my understanding that I still would not be able to purchase any kind of semiautomatic centerfire rifle.

12.    Because Penal Code section 27510 prohibits me from purchasing any kind of firearm, I have been stripped of my Second Amendment right to keep and bear arms. I am a legal adult in the state of California and should be afforded the same rights as any other adult.

13.    As a member of Firearms Policy Coalition, FPC Action Foundation, the California Gun Rights Foundation, and the Second Amendment Foundation, these organizational Plaintiffs are suing on behalf of my interests and my rights, as well as other similarly situated adults ages 18 to 20 in California who wish to purchase, possess, and own firearms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on March 11, 2024.

_____

Oleksandra Reva

**Plaintiffs' Exhibit D**

Pl.0016

John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, et al.,<br><br>                                   Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,<br><br>                                   Defendants. | Case No.: 3:19-cv-01226-L-BLM<br><br>Hon. M. James Lorenz and Magistrate Judge Barbara Lynn Major<br><br>**DECLARATION OF DESTINY GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br><br>Complaint Filed: July 1, 2019<br>Third Amended Complaint Filed: March 12, 2023 |

**DECLARATION OF DESTINY GARCIA**

I, Destiny Garcia, declare as follows:

I am not a party to the captioned action, am over the age of 18, have personal knowledge of the facts stated herein, and am competent to testify as to the facts stated below.

1.    I reside in Chula Vista, California, and am 19 years old.

2.    I have never been arrested or convicted of any crime. I have never been adjudicated as mentally ill or a danger to myself or others. I am not an unlawful user of any illegal drugs.

5.    I am a current and active member of Firearms Policy Coalition, FPC Action Foundation, the California Gun Rights Foundation, and the Second Amendment Foundation.

6.    I wish to purchase and possess firearms including semiautomatic handguns, rifles, and shotguns. However, due to California Penal Code 27510, and its prohibition on adults 18-to-20-years-old, I understand that I am prohibited from purchasing any firearm either through a federally licensed dealer or through a lawful private party transaction.

7.    I have confirmed that I am prohibited from purchasing or acquiring firearms in California due to Penal Code section 27510 through my search and review of the California Department of Justice website detailing the restrictions on legal adults ages 18-to-20-years-old. I have also called and asked a local licensed Federal Firearms License (FFL) dealer, and asked if I was eligible to purchase a firearm as a 19-year-old adult. They confirmed I was not eligible.

8.    But for the prohibitions in California Penal Code section 27510, I would be otherwise eligible to purchase and possess firearms as I am a law-abiding adult citizen and resident of California.

9.    I have briefly read Section 27510 of the Penal Code. It contains

extremely limited exceptions to California's aged-based firearms prohibition. These exceptions include lawful transfers or gifts from parents, and various situational loans. However, neither of my parents are gun owners and as such, they have no guns to gift or loan me. Thus, these exceptions are inapplicable to me.

10.     Moreover, I have no interest in being temporarily loaned a firearm as I want to own firearms for various lawful uses, including mu own self-defense where I live. Such loans are required to be infrequent and only for a limited period of time. Further, I am unaware of anyone who is willing to loan their firearm to me under these restrictions.

11.     I understand that Section 27510 allows individuals 18-to-20-years-old to purchase certain long guns that are not semiautomatic centerfire rifles, but only if the person first purchases and obtains a valid, unexpired California hunting license. I have no interest in hunting. I have never been hunting, and I have no intention of ever going hunting. Thus, I have no need to learn about hunting. Even if I were to take a complete a Hunters' Education course, and then purchase a hunting license, my understanding is that that I still would not be able to purchase any kind of semiautomatic centerfire rifle.

12.     Because Penal Code section 27510 prohibits me from purchasing any kind of firearm, I have been stripped of my Second Amendment right to keep and bear arms. I am a legal adult in the state of California and should be afforded the same rights as any other adult. I am also fearful that if I were able to acquire a firearm at my age, I could be prosecuted and imprisoned or fined, or both.

13.     As stated, I am a member of Firearms Policy Coalition, FPC Action Foundation, the California Gun Rights Foundation, and the Second Amendment Foundation. These organizations are suing on behalf of my interests and rights and other similarly situated adults ages 18-to-20 in California who wish to purchase, possess, and own firearms.

I declare under penalty of perjury under the laws of the United States that the

1    foregoing is true and correct.  Executed within the United States on March 14, 2024.

2

3

4                                              Destiny Garcia

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_4_

**Plaintiffs' Exhibit E**

Pl.0021

## Table 1: Pre-Ratification Colony Militia Laws

**Summary**

*Heller* confirmed that the "militia" in colonial America consisted of a "subset of 'the people'—those who were male, able-bodied, and within a certain age range." 554 U.S. at 580. Before ratification of the Second Amendment, when militias were solely defined by state law, most colonies and states set the age for militia enlistment at 16. See **Table 1**, below. Every colony passed, at some point, laws identifying 18-year-olds as persons required to possess arms. *Id*. Throughout the colonial period, the minimum age fluctuated both below and above 18, and some colonies passed laws temporarily increasing the minimum age requirements for militia service to not include 18-to-20-years olds. *Id.*

**Supporting Citations By Colony**

| Colony | Age | Citations |
| --- | --- | --- |
| Connecticut | 16 | An Act for Forming, Regulating, and Conducting the Military Force of this State (1786), in Acts and Laws of the State of Connecticut, in America 144, 144, 150 (1786). |
| Delaware | 18 | An Act for Establishing a Militia Within this State §§ 2, 5 (1778); An Act for Establishing a Militia, in The Ninth Year of the Independence of the Delaware State at 11–13 (1785). |
| Georgia | 16 | Act of 1770, 19 Colonial Records of the State of Georgia 137– 39 (A. Candler ed. 1911 (pt. 1)); An Act for Regulating the Militia of the State, and for Repealing the Several Laws Heretofore Made for that Purpose (1786). |
| Maryland | 16 | An Act to Regulate the Militia § 2 (1777). |
| Massachusetts | 16 | The General Court of Massachusetts, January Session 1784 (Laws and Resolves 1784, c. 55, pp. 140, 142); An Act for Regulating and Governing the Militia of the Commonwealth of Massachusetts, and for Repealing All Laws Heretofore Made for that Purpose § 2 (1785), in The Acts and Laws, Passed by the General Court of Massachusetts 220, 221 (1785). |

Pl.0022

| Colony | Age | Citations |
|--------|-----|-----------|
| New Hampshire | 16 | An Act for Forming and Regulating the Militia Within this State, and for Repealing All the Laws Heretofore Made for that Purpose (1786), in The Laws of the State of New Hampshire, Together with the Declaration of Independence: The Definitive Treaty of Peace between the United States of America and His Britannic Majesty: The Constitution of New Hampshire, and the Constitution of the United States, with Its Proposed Amendments 356, 357 (1792). |
| New Jersey | 16 | An Act to Embody, for a Limited Time, One Thousand of the Militia of this State, for the Defence of the Frontiers Thereof §§ 1–3 (1778), in Acts of the General Assembly of the State of New Jersey; An Act for the Regulating, Training, and Arraying of the Militia, and for Providing More Effectually for the Defence and Security of the State § 10 (1781), in Acts of the Fifth General Assembly of the State of New Jersey, at a Session Begun at Trenton on the 24th Day of October, 1780, and Continued by Adjournments 39, 42 (1781); An Act for the Better Regulating the Militia § 1 (1777), in Acts of the General Assembly of the State of New Jersey, at a Session Begun at Princeton on the 27th Day of August 1776, and Continued by Adjournments 26, 26 (1777). |
| New York | 16 | Act of April 4, 1786 (Laws 1786, c. 25); An Act to Regulate the Militia (1786), in 1 Laws of the State of New York, Comprising the Constitution, and the Acts of the Legislature, Since the Revolution, from the First to the Fifteenth Session, Inclusive 227, 227 (1792). |
| North Carolina | 16 | An Act to Establish a Militia in this State § 2, (1777), in Acts of Assembly of the State of North Carolina 1, 1 (1777). |
| Pennsylvania | 18 | An Act to Regulate the Militia of the Commonwealth of Pennsylvania §§ 2, 4 (1777), in 9 The Statutes at Large of Pennsylvania from 1682 to 1801, at 75, 77–80 (1903); An Act for the Regulation of the Militia of the Commonwealth of Pennsylvania § 3 (1780), in 10 The Statutes at Large of Pennsylvania from 1682 To 1801, at 144, 146 (1904). |

Pl.0023

| Colony | Age | Citations |
|---|---|---|
| Rhode Island | 16 | The Act for Better Forming, Regulating and Conducting the Military Force of this State (1779), in At the General Assembly of the Governor and Company of the State of Rhode Island, and Providence Plantations, Begun and Holden at South Kingstown, Within and for the State aforesaid, on the Last Monday in October, in the Year of Our Lord One Thousand Seven Hundred and Seventy-Nine, and in the Fourth Year of Independence 29, 29, 31–32. |
| South Carolina | 16 | An Act for the Regulation of the Militia of this State (1782), in Acts Passed at a General Assembly, Begun And Holden at Jacksonsburgh, in the State of South-Carolina 20, 20–24. |
| Vermont | 16 | An Act Regulating the Militia of the State of Vermont (1787), in Statutes of the State of Vermont, Passed by the Legislature in February and March 1787, at 94, 94 (1787); An Act, for Regulating and Governing the Militia of this State §§ 1, 14 (1797), in 2 The Laws of the State of Vermont, Digested and Compiled Including the Declaration of Independence, the Constitution of the United States, and of this State 122, 122, 131 (1808). |
| Virginia | 16 (1775; 18 (1785) | An Ordinance for Raising and Embodying a Sufficient Force, for the Defence and Protection of this Colony (1775), in 9 William Waller Hening, The Statutes at Large; Being a Collection of All the Laws of Virginia, from the First Session of the Legislature, in the Year 1619, at 9, 16–17 (1821); An Act to Amend and Reduce into One Act, the Several Laws for Regulating and Disciplining the Militia, and Guarding Against Invasions and Insurrections § 3 (1785), in 12 William Waller Hening, The Statutes at Large; Being a Collection of All the Laws of Virginia, from the First Session of the Legislature, in the Year 1619, at 9, 10–12 (1823). |

* The Militia Acts identified above were taken from the Appendix 1 from the decision in *Jones v. Bonta*, 34 F.4th 704 (9th Cir.), *opinion vacated on reh'g,* 47

Pl.0024

F.4th 1124 (9th Cir. 2022). While the decision was vacated, the evidence provided remains accurate and valid.

Pl.0025

**Plaintiffs' Exhibit F**

Pl.0026

## Table 2: Post-Ratification Militia State Laws

**Summary**

At "the time of the Second Amendment's passage, or shortly thereafter, the minimum age for militia service in every state became eighteen." *Nat'l Rifle Ass'n of Am.., Inc. v. Bureau of Alcohol, Tobacco & Explosives*, 714 F.3d 334, 340-344 (5th Cir. 2013) (Jones, J. dissenting from denial of rehearing en banc).

Further, several states adopted the exact language from the federal Militia Act of 1792—obligating male persons 18 years old or older to acquire and provide their own firearms. See **Table 2**, below. Either at the same time as or right after the Act's passage, every state's militia law obligated young adults to acquire and possess firearms. *Id*.

Accordingly, history and tradition prove that 18-to-20-year-olds had full Second Amendment rights. Indeed, 18-year-olds were required by the 1792 Militia Act to be available for service, and militia members were required to furnish their own weapons; and thus, 18-year-olds must have been allowed to "keep and bear" arms since before and immediately after the Founding era. Because such rights were within the rights-holders at the Founding, their rights cannot be infringed today under the Second Amendment.

**Supporting Citations**

| State | Age | Citations |
|---|---|---|
| Connecticut | 18 | An Act for Forming and Conducting the Military Force of this State, Conformable to the Act of Congress, Passed the Eighth Day of May, A.D. 1792, Which Is as Follows:—"An Act More Effectually to Provide for the National Defence, by Establishing an Uniform Militia Throughout the United States" § 1 (1792), in Acts and Laws of the State of Connecticut in America 298, 298–99 (1796). |
| Delaware | 18 | An Act for Establishing the Militia in this State § 1 (1793), in 2 Laws of the State of Delaware from the Fourteenth Day of October, One Thousand Seven Hundred, to the Eighteenth Day of August, One Thousand Seven Hundred and Ninety-Seven 1134, 1134 (1797). |

Pl.0027

| State | Age | Citations |
|---|---|---|
| Georgia | 18 | An Act to Revise and Amend the Militia Law of this State, and to Adapt the Same to the Act of the Congress of the United States, Passed the Eighth Day of May, One Thousand Seven Hundred and Ninety–Two, Entitled "An Act More Effectually to Provide for the National Defence, by Establishing and Uniform Militia Throughout the United States" § 9 (1792), in Digest of the Laws of the State of Georgia 348, 350 (1802). |
| Maryland | 18 | An Act to Regulate and Discipline the Militia of this State pmbl. (1793), in Laws of Maryland, November Session 1793 (1793). |
| Massachusetts | 18 | An Act for Regulating and Governing the Militia of the Commonwealth of Massachusetts, and for Repealing All Laws Heretofore Made for that Purpose; Excepting an Act Intitled "An Act for Establishing Rules and Articles for Governing the Troops Stationed in Forts and Garrisons, Within this Commonwealth, and also the Militia, When Called into Actual Service" § 2 (1793), in Acts and Laws, Passed by the General Court of Massachusetts, Begun and Held at Boston, in the County of Suffolk, on Wednesday the Twenty-Ninth Day of May, Anno Domini, 1793, at 289, 290 (1793). |
| New Hampshire | 18 | An Act for Forming and Regulating the Militia Within This State, and for Repealing All the Laws Heretofore Made for that Purpose (1792), in The Laws of the State of New Hampshire, Passed at a Session of the Honorable General-Court, Begun and Holden at Exeter, November 1972, at 441, 441 (1793). |
| New Jersey | 18 | An Act for Organizing and Training the Militia of this State § 4 (1792), in Acts of the Seventeenth General Assembly of the State of New Jersey 824, 825 (1792). |
| New York | 18 | An Act to Organize the Militia of this State (1793), in Laws of the State of New York, Passed at the Sixteenth Session of the Legislature 440, 440. |
| North Carolina | 18 | An Act for Establishing a Militia in this State § 1 (1786), in The Laws of North-Carolina 18, 18 (amended by An Act to Carry into Effect an Act of Congress, Entitled, "An Act More Effectually to Provide for the National |

Pl.0028

| State | Age | Citations |
| --- | --- | --- |
|  |  | Defence, by Establishing an Uniform Militia Throughout the United States," Also to Amend an Act, Passed at Fayetteville, in the Year One Thousand Seven Hundred and Eighty Six, Entitled, "An Act for Establishing the Militia in this State" (1793)). |
| Pennsylvania | 18 | An Act for the Regulation of the Militia of the Commonwealth of Pennsylvania § 1 (1793), in The Statutes at Large of Pennsylvania from 1682 to 1801, at 454, 455–57 (1909). |
| Rhode Island | 18 | * |
| South Carolina | 18 | An Act to Organize the Militia Throughout the State of South Carolina, in Conformity with the Act of Congress (1794), in Acts and Resolutions of the General Assembly, of the State of South Carolina, Passed in April, 1794, at 1, 2 (1794). |
| Vermont | 18 | An Act, for Regulating and Governing the Militia of this State §§ 1, 15 (1797), in 2 The Laws of the State of Vermont, Digested and Compiled Including the Declaration of Independence, the Constitution of the United States, and of this State 122, 122, 131–32 (1808). |
| Virginia | 18 | ** |

* The most relevant Founding-era law from Rhode Island set the militia age at 18 in 1794. See also **Table 1**. An Act to Organize the Militia of this State (1794), in At the General Assembly of the Governor and Company of the State of Rhode Island And Providence Plantations, Begun and Holden by Adjournment at East Greenwich, Within and For the State Aforesaid, on the Last Monday in March, in the Year of Our Lord One Thousand Seven Hundred and Ninety-Four, and of Independence the Eighteenth 14, 14–15 (1794) (reprinting the federal Militia Act and organizing the militia in line with federal law setting the age at 18).

Prior laws had set the militia age at 16. See: The Act for Better Forming, Regulating and Conducting the Military Force of this State (1779), in At the General Assembly of the Governor and Company of the State of Rhode Island, and Providence Plantations, Begun and Holden at South Kingstown, Within and For the State Aforesaid, on the Last Monday in October, in the Year of Our Lord One Thousand Seven Hundred and Seventy-Nine, and in *739 the Fourth Year of Independence 29,

Pl.0029

29; An Act, Regulating the Militia in this Colony, In the Charter, Granted by His Majesty, King Charles II. To the Governor and Company of the English Colony of Rhode Island and Providence Plantations, in New England, in America 179, 179 (1767).

** Preceding ratification, Virginia required 18-year-olds to join the militia and bring their own arms. An Act to Amend and Reduce into One Act, the Several Laws for Regulating and Disciplining the Militia, and Guarding Against Invasions and Insurrections § 3 (1785), in 12 William Waller Hening, The Statutes at Large; Being a Collection of all the Laws of Virginia, from the First Session of the Legislature, in the Year 1619, at 9, 10, 12 (1823).

Following ratification, Virginia's militia law did not mention age or equipment, focusing more on the organization by county. An Act for Regulating the Militia of this Commonwealth (1792), in A Collection of all Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as are Now in Force 282, 282–90 (1803). But the Act did not alter the age requirements set in 1785 and kept the light company of 18- to 25-year-olds.

Like many other statutes at the time, the Virginia law stated it was helping to "carry the [federal Militia Act] into effect." *Id*. § 1, in A Collection of all Such Acts, supra, at 282. And the federal Militia Act required 18-year-olds to enlist and bring their own arms.

*** The Militia Acts identified above were taken from the Appendix 2 from the decision in *Jones v. Bonta*, 34 F.4th 704 (9th Cir.), *opinion vacated on reh'g,* 47 F.4th 1124 (9th Cir. 2022). While the decision was vacated, the evidence provided remains accurate and valid.

Pl.0030

**Plaintiffs' Exhibit G**

Pl.0031

# EXHIBIT J

**Table Minor Laws by Year**

**Pl.0032**

# EXHIBIT J

This table, Exhibit J, was initially prepared by defense expert Robert Spitzer. Plaintiffs have added the "**Plaintiffs' Reply**" column at the right-side of the table. The column responds to the Spitzer review of State laws that purportedly restrict firearms to "minors."

This table does not support Defendants' proposition that these state laws identify a well-established and representative historical analogue of laws prohibiting the purchase and possession of rifles (centerfire or long guns) by young adults (defined as people under the Second Amendment who are 18 years old or older but not yet 21 years old). *Bruen*, 142 S.Ct. at 2111. More to the point, these state laws do not prohibit young adults from purchasing or possessing firearms.

## TABLE OF STATE LAWS RESTRICTING WEAPONS TO MINORS

| STATE | YEAR* | OTHERS BARRED IN SAME LAW | PLAINTIFFS' REPLY |
|---|---|---|---|
| Alabama | 1856 (minors 21#); 1866 (under 18); 1876 (under 18) | | ***Not applicable***: The 1856 law restricting minors under 21 was amended in 1866 to reduce the age to under 18. This law was affirmed in 1876 keeping the age-restriction to individuals under 18. All versions of the Alabama regulation did not restrict the purchase, acquisition, sale, or possession of any king of long gun. |
| Alaska | | | No age restriction enacted. |
| Arizona | | | No age restriction enacted. |
| Arkansas | | | No age restriction enacted. |
| California | 1896 (18) | | **1896:** Restricted only those under the age of 18, which is inapplicable to this case. Also allowed purchase and sale with parental consent. |
| Colorado | | | No age restriction enacted. |
| Connecticut | 1835 (minors); 1871 (minors); 1881 (16) | | ***Not applicable***: **1835:** City ordinance prohibiting discharging firearms within the City. |

Pl.0033

| | | | **1871:** Restricts "incautious person," refers to "young mulatto girl." No reference to age.<br>**1881:** City Charter, allows for purchase with written consent of parent. |
|---|---|---|---|
| Delaware | 1812 (child); 1881 (minors 21); 1881 (minors); 1911 (minors); 1918 (no hunt under 15) 1919 (minors) | | ***Not applicable***:<br>**1812:** Prevented discharging weapons on all persons. No age-based purchase restriction.<br>**1881:** Restricted "deadly weapons" to minors under 21.<br>**1881:** Restricted "deadly weapons" to minors under 21.<br>**1911, 1918, 1919:** 20th Century laws, rejected by *Heller and Bruen*. |
| District of Columbia | 1892 (under 21); 1932 (under 18) | 1932 no drug addicts, unsound mind, convicts | ***Not applicable***:<br>**1892:** Restriction permitted all long guns.<br>**1932:** 20th Century law, rejected by *Heller and Bruen*. |
| Florida | 1881 (under 16) | Unsound mind | ***Not applicable***:<br>**1881:** Only restricted those under 16 years old. Permitted guns or rifles used for hunting. |
| Georgia | 1876 (minors); 1920 (minors) | | ***Not applicable***:<br>**1876:** Permitted all long gun sales and purchases. |
| Hawaii | 1927 (minors); 1933 (under 20; no shotguns under 16) | | ***Not applicable***:<br>**1927, 1933:** 20th Century, rejected by *Heller and Bruen*. |
| Idaho | 1909 (under 16) | Intoxicated | ***Not applicable***:<br>**1909:** Only restricted those under 16 years old.<br>Permitted all long guns. |
| Illinois | 1873 (minors); 1881 (minors 21); 1914 (minors); 1917 (minors) | | ***Not applicable***:<br>**1873:** City Ordinance. Sales to minors legal within state.<br>**1881:** Permitted sale and purchase of all long guns.<br>**1914, 1917:** 20th Century, rejected by |

| | | | |
|---|---|---|---|
| | | | *Heller and Bruen.* |
| Indiana | 1875 (under 21); 1881 (under 21); 1905 (under 21); 1925 (under 21) | | ***Not applicable***: **1875:** Permitted sale and purchase of all long guns. **1881:** Permitted sale and purchase of all long guns. **1905, 1925, 1929:** 20th Century, rejected by *Heller and Bruen*. |

| | | | |
|---|---|---|---|
| | 1929 (sentence enhanced if commit weapon crime over 16) | | |
| Iowa | 1884 (minors 21); 1887 (minors); 1897 (minors) | | ***Not applicable***: **1884:** Permitted sale and purchase of all long guns. **1887:** City ordinance regarding shooting galleries. No prohibitions on purchase or sale to minors. **1897:** Permitted sale and purchase of all long guns. |
| Kansas | 1883 (minors 21); 1887 (minors) | Unsound mind | ***Not applicable***: **1883:** Permitted sale and purchase of all long guns. **1887:** City ordinance. Permitted sale and purchase of all long guns. |
| Kentucky | 1853 (under 15); 1859 (minors 21); 1860 (minors) | Free colored, enslaved persons | ***Not applicable***: **1853:** Restriction on gunpowder for those under 15 years old. No restriction on sale or purchase of firearms by minors. **1859:** Violation of this provision required named weapons to be carried concealed. Permitted sale and purchase of all long guns. **1860:** Same as 1859 statute. |
| Louisiana | 1890 (under 21); 1893 under 18) | | ***Not applicable***: **1890:** Permitted sale and purchase of all long guns. Only restricted weapons that |

| | | | "may be carried concealed."<br>**1893:** City ordinance. Only restricted those under 18 years old. |
|---|---|---|---|
| Maine | 1892 (under 16) | | ***Not applicable***:<br>**1892:** Restriction on selling blank cartridges to those under 16 years old. Permitted sale and purchase of firearms to 18–20-year-old. |
| Maryland | 1882 (under 21); 1904 (under 15); 1908 (under 21) | | ***Not applicable***:<br>**1882:** Permitted sale and purchase of "shotguns" "fowling pieces and rifles."<br>**1904, 1908:** 20th Century, rejected by *Heller and Bruen*. |
| Massachusetts | 1882 (under 16); 1884 (under 16); 1909 (under 15); 1922 (under 15) | Unnaturalized or foreign born | ***Not applicable***:<br>**1882:** Only restricted those under 16 years old.<br>**1884:** City ordinance. Only restriction those under 16 years old.<br>**1909, 1922:** 20th Century, rejected by *Heller and Bruen*. |
| Michigan | 1883 (under 13) | | ***Not applicable***:<br>**1883:** Only restricted those under 13 years old. |
| Minnesota | | | No age restriction enacted. |
| Mississippi | 1878 (under 16); 1880 (under 16) | Intoxicated | ***Not applicable***:<br>**1878:** Only restricted those under 16 years old. Permitted sale and purchase of all long guns.<br>**1880:** Same as previous statute. |
| Missouri | 1883 (minors 21); 1887 (under 16); 1917 (minors) | intoxicated | ***Not applicable***:<br>**1883:** Allowed sale and purchase with parental consent.<br>**1887:** City ordinance. Only restricted those under 16 years old.<br>**1917:** 20th Century, rejected by *Heller and Bruen*. |
| Montana | | | No age restriction enacted. |
| Nebraska | 1895 (minors) | | ***Not applicable***:<br>**1895:** City ordinance for Lincoln City. No state statute restricting firearms based on age. |
| Nevada | 1881 (under 21) | | ***Not applicable***: |

**Pl.0036**

|  |  |  | **1881:** Restricted the concealed carry of certain weapons for those under 21. Permitted sale and purchase of all firearms 18-20 age group. |
|---|---|---|---|
| New Hampshire | 1883 (minors) |  | ***Not applicable:*** **1883:** Restriction on toy pistols. No explicit firearm prohibition. |
| New Jersey | 1885 (under 15); 1903 (under 15); 1914 (no hunt under 14); |  | ***Not applicable:*** **1885:** Only restricted those under 15 years old. **1903, 1914:** 20th Century, rejected by *Heller and Bruen*. |
| New Mexico |  |  | No age restriction enacted. |
| New York | 1763 (no children, youth); 1803 (minors); 1859 (minors); 1884 (under 18); 1885 (under 18); 1885 (under 18); 1900 (under 18; no spring/air gun under 16; no toy pistol under 16); 1911 (under 16); 1911 (under 16) | Apprentices, Servants (1763); Apprentices, servants, slaves (1803) | ***Not applicable:*** **1763:** City of New York ordinance. Prohibited discharging firearms to all persons. No sale or purchase restriction based on age. **1803:** City ordinance. Prohibited discharging firearms to all persons. No sale or purchase restriction based on age. **1859:** City ordinance. Prohibited discharging firearms to all persons. No sale or purchase restriction based on age. **1884:** Only restricted those under 18 years old. **1885:** Only restricted those under 18 years old. **1900, 1911:** 20th Century, rejected by *Heller and Bruen*. |

| North Carolina | 1893 (minors 21); 1913 (under 12) |  | ***Not applicable:*** **1893:** Permitted sale and purchase of all long guns. **1913:** 20th Century, rejected by *Heller and Bruen*. |
|---|---|---|---|
| North Dakota | 1923 (under 18) |  | ***Not applicable:*** **1923:** 20th Century, rejected by *Heller and Bruen*. Only restricted those under 18. |
| Ohio | 1883 (under 14); 1913 (no toy gun under 16; no gun under |  | ***Not applicable:*** **1883:** Restricted toy pistols to those under 14 years old. |

| | 17) | | **1913:** 20th Century, rejected by Heller and Bruen. |
|---|---|---|---|
| Oklahoma | 1890 (minors); 1891 (minors) | intoxicated | ***Not applicable:*** **1890:** Permitted sale and purchase of all long guns. **1891:** Permitted sale and purchase of all long guns. |
| Oregon | 1868 (rt. To have guns over 16); 1903 (under 14); 1917 (under 21) | | ***Not applicable:*** **1868:** Explicitly stated right to keep and bear arms to all individuals over the age of 16. **1903, 1917:** 20th Century, rejected by Heller and Bruen. |
| Pennsyl vania | 1881 (under 16); 1883 (under 16) | | ***Not applicable:*** **1881:** Only restricts individuals under 16 years old. Allows for sale and purchase of all firearms for over 16. **1883:** Same as statute above. |
| Rhode Island | 1883, under 15); 1883 (under 15) | | ***Not applicable:*** **1883:** Only restricts individuals under 15 years old. **1883:** Same as statute above. |
| South Carolin a | 1817 (minors); 1923 (minors; no parents to child under 12) | | ***Not applicable:*** **1817:** Town of Columbia ordinance. Prohibits discharging firearms for all persons. No restriction on sale and purchase of firearms based on age. **1923:** 20th Century, rejected by *Heller and Bruen.* |
| South Dakota | 1903 (under 15) | | ***Not applicable:*** **1903:** 20th Century, rejected by *Heller and Bruen.* |
| Tennessee | 1856 (no minors except hunting, def.); 1858 (under 21); 1863(minors); 1867 (no minors exc. hunting) | | ***Not applicable:*** **1856:** Exception for "guns for hunting or weapons for self-defense in travelling. Thus, permitted sale and purchase of long guns for minors. **1858:** Permitted sale and purchase of all long guns. **1863:** City Ordinance regulating shooting in pistol gallery. No restriction on sale or purchase of firearms by minors. **1867:** Exception for "guns for hunting or |

| | | | |
|---|---|---|---|
| | | | weapons for self-defense in travelling. Thus, permitted sale and purchase of long guns for minors. |
| Texas | 1897 (minors 21) | | ***Not applicable***:<br>**1897**: Permitted the sale and purchase of all long guns. |
| Utah | 1905 (under 14) | | ***Not applicable***:<br>**1905**: 20th Century, rejected by *Heller and Bruen*. |
| Vermont | 1912 (under 16) | | ***Not applicable***:<br>**1912**: 20th Century, rejected by *Heller and Bruen*. |
| Virginia | 1869 (under 16); 1903 (under 12) | | ***Not applicable***:<br>**1969**: Town Ordinance. Only restricted individuals under 16 years old. Permitted sale and purchase of all long guns for minors.<br>**1903**: 20th Century, rejected by Heller and Bruen. |
| Washington State | 1883 (under 16); 1909 (under 14) | | ***Not applicable***:<br>**1883**: Only restricted individuals under 16 years old. Permitted sale and purchase of all long guns.<br>**1909**: 20th Century, rejected by *Heller and Bruen*. |
| West Virginia | 1882 (under 21); 1891 (under 21); 1925 (under 18 lesser penalty; | intoxicated | ***Not applicable***:<br>**1882**: Permitted the sale and purchase of all long guns to individuals under 21.<br>**1891**: Permitted the sale and purchase of all long guns to individuals under 21.<br>**1925**: 20th Century, rejected by *Heller and Bruen*. |

| | | | |
|---|---|---|---|
| | "over 21" to get license) | | |
| Wisconsin | 1882 (minors 21); 1883 (minors) | | **1882**: Permitted sale and purchase of all long guns for individuals under 21.<br>**1883**: Permitted sale and purchase of all long guns for individuals under 21. |

| | | | |
|---|---|---|---|
| Wyoming | 1890 (no concealed weapon under 21; no cartridges under 16) | | **1890:** Permitted sale and purchase of all long guns for individuals under 21 years old. Only restricted deadly weapons "that can be worn or carried concealed." |
| TOTAL STATES | 44 | 11 | |
| TOTAL LAWS | 103 | | |

*\*Source*:  https://firearmslaw.duke.edu/repository/search-the-repository/
Designation "minors" after years of law means the laws restrict weapons from this category ***without specifying an age***. Years with numbers following them are ages defined in the laws as age of majority. (Emphasis added.)

#The designations "minors 21" refer to ***laws that say only "minors" without listing an age***, but where state court rulings define minors as those under 21. See *NRA v. Bondi*, No. 21-12314, United States District Court for the Northern District of Florida, D.C. Docket No. 4:18-cv- 00137-MW-MAF, March 9, 2023, Appendix. (Emphasis added.)

***PLAINTIFFS' NOTE ADDED***: Since the Spitzer submittal of this table, the decision cited immediately above, *NRA v. Bondi*, No. 21-12314, U.S. Dist. Court for the Northern District of Florida, was affirmed on appeal (NRA v. Bondi, 61 F.4th 1317 (11th Cir. 2023), but based on a rehearing en banc, which was granted, the cases are no longer good law. See *NRA v. Bondi*, 11th Cir. (Fla.), July 14, 2023.

**Plaintiffs' Exhibit H**

**Pl.0041**

# EXHIBIT K

**Campus No Guns Laws**

Pl.0042

# EXHIBIT K

## COLLEGE CAMPUS WEAPONS RESTRICTIONS

HARVARD COLLEGE, MASSACHUSETTS, 1655
A Copy of the Laws of Harvard College, 1655, at 10
Thirdly concerning penall lawes. . . .
8. No undergraduate shall buy, sell, barter, or exchange books, apparrell or any thing of
considerable value ; but by the leave of the President or his Tutor, Guardian or Parent, or If he
shall sell or pawne any thing to any scholler, the President shall make the bargaine and
admoni[sh] [the] student noe students shall be suffered to have [a g]un in his or theire chambers
or studies, or keepeing for theire use any where else in the town, or If they be found to have such
by the President or Theire Tutors, then they shall be admonished by the President or theire
Tutors to put it away : which If they shall refuse to doe, the President shall have power to take it
quite away from them, and If they resist the President herein, they shall upon due proofe be
expelled out of the Colledge by the advise of the Colledge overseers : the same penalty is
appointed to any student that shall make resistance against or offer violence unto the President or
fellows.

YALE COLLEGE, CONNECTICUT, 1745
Franklin Bowditch Dexter, Biographical Sketches of the Graduates of Yale College: May 1745-
May 1763, Annals, at 8 (1745)
14. If any Scholar Shall keep a Gun or Pistol, or Fire one in the College-Yard or College, or
Shall Go a Gunning, Fishing, or Sailing, or Shall Go more than Two Miles from College upon
any Occasion whatsoever : or Shall be Present at any Court, Election, Town-Meeting, Wedding
or Meeting of young People for Diversion or any Such-like Meeting which may Occasion
Mispence of precious Time without Liberty first obtain'd from the President or his Tutor, in any
of the cases abovesaid he Shall be fined not exceeding Two Shillings.

UNIVERSITY OF NORTH CAROLINA, PUBLIC COLLEGES AND UNIVERSITIES, 1799
"8. No student shall keep a dog or fire-arms; nor shall he use fire-arms without permission from
some one of the Faculty." (p. 12)
https://docsouth.unc.edu/unc/uncbk1018/uncbk1018.html

UNIVERSITY OF NORTH CAROLINA, PUBLIC COLLEGES AND UNIVERSITIES, 1838
Acts of the General Assembly and Ordinances of the Trustees, for the Organization and
Government of the University of North Carolina, Laws for the Government of the University, at
15 Chapter V (1838)
CHAPTER V. Of the Moral and Religious conduct of the Students, and their conduct towards
the Faculty. . . .
13. No Student shall keep a dog, or fire arms, or gunpowder. He shall not carry, keep, or own at
the College, a sword, dirk, sword-cane, or any deadly weapon; nor shall he use fire arms without
permission from the President.

GEORGIA PUBLIC COLLEGES AND UNIVERSITIES, 1810
The Minutes of the Senatus Academicus of the State of Georgia, 1799–1842, at 86 (1810)

Pl.0043

And be it further ordained that no student shall be allowed to keep any gun, pistol, Dagger, Dirk sword cane or any other offensive weapon in College or elsewhere, neither shall they or either of them be allowed to be possessed of the same out of the college in any case whatsoever.

## VIRGINIA PUBLIC COLLEGES AND UNIVERSITIES, 1824
University of Virginia Board of Visitors Minutes, 6-7 (October 4–5, 1824)
No Student shall, within the precincts of the University, introduce, keep or use any spirituous or vinous liquors, keep or use weapons or arms of any kind, or gunpowder, keep a servant, horse or dog, appear in school with a stick, or any weapon, nor, while in school, be covered without permission of the Professor, nor use tobacco by smoking or chewing, on pain of any of the minor punishments, at the discretion of the Faculty, or of the board of Censors, approved by the Faculty.

## COLLEGE OF WILLIAM AND MARY, VIRGINIA
Laws and Regulations of the College of William and Mary, Volume 276 (1830)
Regulations of the Society.
29. Students are strictly forbidden to keep, or to have about their person, any dirk, sword or pistol. Firing squibs or crackers in and about College or elsewhere is also strictly forbidden.

## DICKINSON COLLEGE, PENNSYLVANIA, 1830
The statutes of Dickinson College, as revised and adopted by the Board of Trustees, April 16, 1830, 22-23
Chapter VI. Of the deportment of the students, of misdemeanors and their punishment
Section 1. . . . 12.–If any student shall keep for his use or pleasure any riding beast, dog, gun, fire arms or ammunition, sword-dirk, sword-cane, or any deadly weapon whatever, or shall ride out unless the Principal may think his health or any special circumstance may require it, and grant him permission to do so, he shall be publicly admonished, suspended, or dismissed.

## MISSISSIPPI PRESBYTERY, OAKLAND COLLEGE, MISSISSIPPI, 1831
Constitution & Laws of the Institution of Learning Under the Care of the Mississippi Presbytery, Oakland College (Miss.), at 10 (1831)
Chapter XI. Of Misdemeanors, Offences and Punishments.
Sec. 1. Neglect of study-interrupting the studies of others-profaneness-playing at games of cards or chance-duelling, or aiding or abetting it-wearing or carrying a dirk or other deadly weapon-intemperance in any degree-keeping company with persons of known immoral character-resorting to places of expensive amusement, & every other species of immoral conduct, of which the Faculty are the sole judges, are offences; and shall be punished as hereinafter directed.

## COLBY COLLEGE, MAINE (founded as Waterville College), 1832
Waterville College, Laws of Waterville College, Maine (Hallowell, ME: Glazier, Masters, & Co., 1832), 11.
6. No student shall keep firearms, or any deadly weapon whatever. He shall bring no gunpowder upon the College premises. . . .
7. No Student shall, at any time, smoke a pipe or cigar in any of the entries or public rooms of the College, or in or near any of the out-buildings on the College premises; nor shall any Student

Pl.0044

keep any ardent spirits, wines, or intoxicating liquors of any kind, except when prescribed by his attending physician for medicine, or permitted by the Faculty.

https://www.google.com/books/edition/Laws_of_Waterville_College_Maine/n0wMAQAAMAAJ?hl=en&gbpv=1&dq=Waterville+College,+Laws+of+Waterville+College,+Maine+(Hallowell,+ME:+Glazier,+Masters,+%26+Co.,+1832),&pg=PA1&printsec=frontcover

## LaGRANGE COLLEGE, ALABAMA, 1837
Laws of the College, Chap. X, Sec. 7.

"No student shall bring or cause to be brought into College, or on any occasion, keep in his room, any spirituous or fermented liquors, nor any fire-arms, or ammunition of any kind; nor a sword, dirk, sword-cane, or any deadly weapon whatever; upon penalty of such censure or punishment as the Faculty may judge offence to deserve."

"Circular Letter of the Faculty of La Grange College" (Tuscumbia), North Alabamian, May 5, 1837. Stated purpose of this provision, "afford all the protection against intemperance and bloodshed which can be had."

https://www.newspapers.com/image/308403735/?terms=%22the%20faculty%22&match=1

## UNIVERSITY OF NASHVILLE, TENNESSEE, 1837
Law of the University of Nashville for the moral conduct of the students, in American Annals of Education and Instruction for the Year 1837, at 185 (1837)

No student shall bring, or cause to be brought into College, or, on any occasion, keep in his room, any spirituous or fermented liquors; nor any fire-arms or ammunition of any kind; nor a sword, dirk, sword-cane or any deadly weapon whatever, upon penalty of such censure or punishment as the Faculty may judge the offence to deserve.

## KEMPER COLLEGE, MISSOURI, 1840
The Laws of Kemper College, Near St. Louis, Missouri 9 (1840)

Chapter VIII. Miscellaneous. . . .

6. No Student shall keep arms of any sort, or keep or fire powder on the College premises.

## ILLINOIS COLLEGE, ILLINOIS, 1850
Laws of Illinois College, 1850, in Transactions of the Illinois State Historical Society for the Year 1906, at 245.  1850

Chapter XII. Of Crimes and Immoralities.

Sec. 5. No student shall carry deadly weapons upon his person, on penalty of admonition, dismission or expulsion, according to the aggravation of the offense.

## OBERLIN COLLEGE, OHIO, 1859
Oberlin College, Laws and Regulations of Oberlin College, 11th ed. (Oberlin, OH: Shankland and Harmon, 1859), 11.

"22. No student when in Town, shall use firearms, or burn gun-powder in any way, without permission from a member of the Faculty."

https://books.googleusercontent.com/books/content?req=AKW5QadX44K_x7mxEEi-hFccZ5kz0v4vq8C6a5ZIzWZ-r9gkALZCLRu9rB7Pc5I4YrgE4yIty6O2ip3Kh-vHrpJokW30GQ_fsxTdiCzB1T_82mumGZ3Vs-H7BaULGWUaXEhj2JSiQlMpKnLPGbw0a5wD5F3t3BZDPFURlMhXefoeUddg0EFoROy8Y6

Pl.0045

BNimrEHd5NnR4hGFzsXInGCnZ5OMl_Ak3io4YoUdP1TSKkvL8crdkMV6dRduIERpTRvXu
M3LPnq-DqGO17Bxk7Okln1Ihr3jAfaTdt3agB3IZ-bnpJT2AJu8Mayjg

## ALBION COLLEGE AND WESLEYAN SEMINARY, MICHIGAN, 1860

Eighteenth Annual Catalogue of the Officers and Students of the Albion Female College, and
Wesleyan Seminary (Michigan) 32 (1860-1861)  1860
PROHIBITIONS. . . . Gunpowder, firearms, or deadly weapons of any kind on the premises.

## MCKENZIE COLLEGE, TEXAS, 1860

Measure barring guns on campus.
"Laws of McKenzie College," in Education in Texas: Source Materials, comp. Fredrick Eby,
University of Texas Bulletin, Education Series No. 2 (April 25, 1918): 392-93.
https://go-gale-
com.libproxy.cortland.edu/ps/i.do?id=GALE%7CA393875922&sid=googleScholar&v=2.1&it=r
&linkaccess=abs&issn=08954852&p=AONE&sw=w&enforceAuth=true&linkSource=delayedA
uthFullText&userGroupName=sunycort_main&u=sunycort_main

## COLLEGE OF NEW JERSEY/RUTGERS COLLEGE/DREW UNIVERSITY, NEW JERSEY, 1871

Mercer Beasley Revision of the Statutes of New Jersey: Published under the Authority of the
Legislature; by Virtue of an Act Approved April 4 1871.Page 236-237, Image 282-283 (Trenton,
1877) available at The Making of Modern Law: Primary Sources.  1871
Crimes Against Public Morals and the Institution of Marriage, § 54. The opening or keeping of
any room or place for playing billiards, or A.. B. C. or E. O. Table or tables or at tennis, bowls,
or shuffle-board, or at faro banks, or other bank or l, or of like kind, under any denomination
whatever, or for playing at nine-pins, or any other number of pins, or for cock-fighting, or for
pistol shooting, either for money or without money, within three miles of the main building of
the College of New Jersey, or of "Rutgers College" or of Drew Seminary or University, in New
Jersey, shall be and hereby are declared to be offences against this state; and the owner, tenant,
keeper, or attendant, of such room or place shall be prosecuted and proceeded against by
indictment, and upon conviction shall be fined in a sum not exceeding two hundred dollars, or by
imprisonment for a period not exceeding six months, or both at the discretion of the court.

## UNIVERSITY OF MISSISSIPPI, 1878

1878 Miss. Laws 176, An Act To Prevent The Carrying Of Concealed Weapons And For Other
Purposes, ch. 46, § 4.
[A]ny student of any university, college or school, who shall carry concealed, in whole or in part,
any weapon of the kind or description in the first section of this Act described, or any teacher,
instructor, or professor who shall, knowingly, suffer or permit any such weapon to be carried by
any student or pupil, shall be deemed guilty of a misdemeanor, and, on conviction, be fined not
exceeding three hundred dollars, and if the fine and costs are not paid, condemned to hard labor
under the direction of the board of supervisors or of the court.

## UNIVERSITY OF KENTUCKY, 1890-1891

Kentucky University, Catalogue of Kentucky University, Lexington, Kentucky, 1890-1891, 23.

Pl.0046

Prohibited students from keeping or using "fire-arms, a dirk, a bowie-knife, or any other deadly weapon."

https://go-gale-com.libproxy.cortland.edu/ps/i.do?id=GALE%7CA393875922&sid=googleScholar&v=2.1&it=r&linkaccess=abs&issn=08954852&p=AONE&sw=w&enforceAuth=true&linkSource=delayedAuthFullText&userGroupName=sunycort_main&u=sunycort_main

SOURCE (unless otherwise noted): https://firearmslaw.duke.edu/repository/search-the-repository/

Pl.0047

**Plaintiffs' Exhibit I**

Pl.0048

# EXHIBIT I

**Minor Gun Laws**

Pl.0049

# EXHIBIT I

## GUN/WEAPONS RESTRICTIONS FOR MINORS

### ALABAMA

1856 Ala. Acts 17, To Amend the Criminal Law, §1. (855 Ala. Laws 17)
That anyone who shall sell or give or lend, to any male minor, a bowie knife, or knife or instrument of the like kind or description, by whatever name called, or air gun or pistol, shall, on conviction be fined not less than three hundred, nor more than one thousand dollars.

George Washington Stone, The Penal Code of Alabama, Montgomery, 1866 Page 63, Image 63 (1866) available at The Making of Modern Law: Primary Sources. 1866
Miscellaneous Offenses § 204. Selling or giving fire-arms to minor. – Any person who sells, gives, or lends to any boy under eighteen years of age, any pistol, or bowie-knife, or other knife of like kind or description, must, on conviction, be fined not less than fifty, nor more than five hundred dollars.

Wade Keyes, The Code of Alabama, 1876: with References to the Decisions of the Supreme Court of the State upon the Construction of the Statutes; and in Which the General and Permenent Acts of the Session of 1876-7 have been Incorporated Page 901, Image 917 (1877) available at The Making of Modern Law: Primary Sources. 1877
Offenses Against Public Health, etc. § 4230 (3751). Selling, giving, or lending, pistol or bowie knife, or like knife, to boy under eighteen. – Any person who sells, gives, or lends, to any boy under eighteen years of age, any pistol, or bowie knife, or other knife of like kind or description, must on conviction, be fined not less than fifty, nor more than five hundred dollars.

### CALIFORNIA

L. W. Moultrie, City Attorney, Charter and Ordinances of the City of Fresno, 1896 Page 37, Image 35 (1896) available at The Making of Modern Law: Primary Sources. 1896
Misdemeanors. Section 53. No junk-shop keeper or pawnbroker shall hire, loan or deliver to any minor under the age of 18 years any gun, pistol or other firearm, dirk, bowie-knife, powder, shot, bullets or any weapon, or any combustible or dangerous material, without the written consent of the parent or guardian of such minor.

### CONNECTICUT

The By-Laws of the City of New London, with the Statute Laws of the State of Connecticut Relative to Said City Page 47-48, Image 47-48 (1855) available at The Making of Modern Law: Primary Sources. 1835
Chapter 26. A ByLaw in relation to the Firing of Guns and Pistols, within the limits of the city of New-London, and making parents and guardians, and masters, liable for breaches of by-laws by minors and apprentices. Be it ordained by the mayor and aldermen, and common council and freemen of the city of New-London, That no gun or pistol shall be fired at any time within the limits of said city, unless on some public day of review, and then by order of the officers of the

1

Pl.0050

military companies of said city, or by permission of the mayor, or one of the aldermen of said city; and whosoever shall fire any gun or pistol, contrary to the form and effect of this by-law, shall for every such offence, forfeit and pay the sum of two dollars, to be recovered by due process in any court in said city, proper to try the same. § 2. And whereas the firing of guns and pistols, crackers, or other fire works is most frequently done by apprentices and minors under age, who are unable to pay the forfeiture incurred by the by-law of this city – be it also ordained that where any minor or apprentice shall be guilty of any breach of the by-laws relating to the firing of guns, pistols, crackers, or other fire-works, the parent, guardian, or master of such minor or apprentice, shall be liable to pay the forfeitures incurred by said by-law, and the same shall be recoverable of any parent, guardian or master, by action of debt brought on said by law, before any court in said city proper to try the same. And it shall be the duty of the city attorney and lawful for any other person to prosecute for said penalty; and one-half of said penalty shall go to the informer, or the person prosecuting for the same, and the other half to the use of the city.

Henry Dutton, A Revision of Swift's Digest of the Laws of Connecticut. Also, Practice, Forms and Precedents, in Connecticut Page 564, Image 565 (Vol 1, 1871) available at The Making of Modern Law: Primary Sources. 1871
Of Trespass on the Case. A person, before he trusts a gun with an incautious person, is bound to render it perfectly innoxious. Where the defendant negligently and imprudently entrusted a loaded gun to a young mulatto girl, who discharged it against the son of the plaintiff, and severely wounded him by which the plaintiff lost his service and was put to great expense for his cure, the defendant was subjected to 100 pounds damages.

Charter of the City of New Haven Page 142-143, Image 241-242 (1881) available at The Making of Modern Law: Primary Sources. 1881
Charter of the City of New Haven. Trade. § 18. No person shall sell to any child under the age of sixteen years, without the written consent of the parent or guardian of such child, any cartridge or fixed ammunition of which any fulminate is a component part, or any gun, pistol or other mechanical contrivance arranged for the explosion of cartridge, or of any fulminate.

## DELAWARE

Act of Feb. 4, 1812, 195 Del. Laws 522 (1812)
An Act to prevent the discharging of fire-arms within the towns and villages, and other public places within this State, and for other purposes.
SEC. 1. Be it enacted by the Senate and House of Representatives of the State of Delaware, in General Assembly met, That from and after the first day of June next, if any person or persons shall presume to fire or discharge any gun, ordnance, musket, fowling-piece, fusee or pistol, within any of the towns or villages of this State, or within the limits thereof; of where the limits cannot be ascertained, within one quarter of a mile of the center of such town or village, shall fire or discharge any gun, ordnance, musket, fowling piece, fusee or pistol, within or on any of the greens, streets, alleys or lanes of any of the towns and villages within this State, whereon any buildings are or shall be erected, or within one hundred yards of any mill-dam, over or across where any of the main public or State roads may go or pass; every person or persons so offending, shall be fined or punished as hereinafter directed.

2

Pl.0051

SEC. 2. And be it enacted by the authority aforesaid, That if any free white person or persons, or the child or children of any such person or persons, shall fire or discharge any gun, ordnance, musket, fowling-piece, fusee or pistol, within any, or at any of the places or limits aforesaid, every such person or persons, or the child or children of every such person or persons, shall forfeit and pay for every such offence, any sum, not exceeding five dollars, to be recovered from the person or persons, or from the parent of such child or children, before any justice of the peace of this State, on his own view, or on the oath or affirmation of any one or more credible witnesses, to be recovered as debts under forty shillings are recoverable by the laws of the State. SEC. 3. And be it enacted by the authority aforesaid, That if any free negro or mulatto, or the child or children of any such free negro or mulatto, or any manumitted negro or mulatto, or any servant or servants, slave or slaves, apprentice or apprentices, of any person or persons whatsoever, shall fire or discharge any gun, ordnance, musket, fusee, fowling-piece or pistol, within the limits herein before described, and be thereof convicted by the view of any one justice of the peace, or on the oath or affirmation of one or more credible witnesses, every person so offending, shall forfeit and pay any sum, not exceeding five dollars: Provided nevertheless, That in all and every case where the money is not immediately paid on such conviction, into the hands of the justice before whom such conviction is had, it shall and may be lawful, and the said justice is hereby directed and commanded to commit such person or persons to the fail of his county, there to remain, until the forfeitures and costs are paid. SEC. 4. And be it enacted by the authority aforesaid, That all fines and forfeitures incurred under this law, shall be paid over for the use of the poor of the county where the offence shall have been committed. SEC. 5. Provided nevertheless, and be it enacted by the authority aforesaid, That nothing in this act shall extend, or be construed to prevent any such firing, on any day or days of public rejoicing, or where it is authorized by any law of this State, or where it shall be deemed by the justice before whom the information is lodged, that the necessity of the case required the same.

Revised Statutes of the State of Delaware, of Eight Hundred and Fifty-Two. As They Have Since Been Amended, Together with the Additional Laws of a Public and General Nature, Which Have Been Enacted Since the Publication of the Revised Code of Eighteen Fifty-Two. To the Year of Our Lord One Thousand Eight Hundred and Ninety-Three; to Which are Added the Constitutions of the United States and of this State, the Declaration of Independence, and Appendix Page 987, Image 1048 (1893) available at The Making of Modern Law: Primary Sources. 1881 An Act Providing for the Punishment of Persons Carrying Concealed Deadly Weapons, § 1. That if any person shall carry concealed a deadly weapon upon or about his person other than an ordinary pocket knife, or shall knowingly sell a deadly weapon to a minor other than an ordinary pocket knife, such person shall, upon conviction thereof, be fined not less than twenty-five nor more than one hundred dollars or imprisoned in the county jail for not less than ten nor more than thirty days, or both at the discretion of the court: Provided, that the provisions of this section shall not apply to the carrying of the usual weapons by policemen and other peace officers. § 2. That if any person shall, except in lawful self-defense discharge any firearm in any public road in this State, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by fine not exceeding fifty dollars or by imprisonment not exceeding one month, or both at the discretion of the court. 16 Del. Laws 716 (1881).

3

Pl.0052

1881 Del. Laws 987, An Act Providing for the Punishment of Persons Carrying Concealed Deadly Weapons, ch. 548, § 1.
That if any person shall carry concealed a deadly weapon upon or about his person other than an ordinary pocket knife, or shall knowingly sell a deadly weapon to a minor other than an ordinary pocket knife, such person shall, upon conviction thereof, be fined not less than twenty-five nor more than two hundred dollars or imprisoned in the county jail for not less than ten nor more than thirty days, or both at the discretion of the court: Provided, that the provisions of this section shall not apply to the carrying of the usual weapons by policemen and peace officers.

Vol. 26 Del. Laws 28, 28- 29 (1911)
Section 3. It shall be unlawful for any person or per- sons, or a member of any firm, or the agents or officers of any corporation to sell to a minor, or any intoxicated person, any revolver, pistol, or revolver or pistol cartridges, stiletto, steel or brass knuckles, or other deadly weapons, made especially for the defense of one's person.

1918–1919 Del. Laws 484, Minors Under Fifteen Not to Use Gun Unless Accompanied by an Adult, § 2382 A. Sec. 25 A. 1918
It shall be unlawful for any minor under fifteen years of age to hunt game birds or game animals anywhere in this state with a rifle or shotgun of any kind unless accompanied by an adult lawfully hunting.

Vol. 30 Del. Laws 55, 55-56 (1919)
Section 222. It shall be unlawful for any person or persons, or a member of any firm, or the agents or officers of any corporation to sell to a minor or any intoxicated person, any revolver, pistol, or revolver or pistol cartridges, stiletto, steel or brass knuckles, or other deadly weapons made for the defense of one's person.
It shall be the duty of any person or persons, firm, company or corporation desiring to engage in the business aforesaid, to keep and maintain in his place of business at all times a book which shall be furnished him by the Clerk of the Peace of the County wherein he does business, in which said book lie shall enter the date of the sale, the name and address of the person purchasing any such deadly weapon, the number and kind of deadly weapon so purchased, the color of the person so purchasing the same, and the apparent age of the purchaser, and the names and addresses of at least two freeholders resident in the County wherein the sale is made, who shall positively identify the purchaser before the sale can be made; Provided, that no clerk, employee or other person associated with the seller shall act as one of the identifying freeholders. This book shall at all times be open for inspection by any Judge, Justice of the Peace, Police Officer, Constable, or other Peace Officer of this State.

## DISTRICT OF COLUMBIA

Washington D.C. 27 Stat. 116 (1892)
CHAP. 159.–An Act to punish the carrying or selling of deadly or dangerous weapons within the District of Columbia, and for other purposes.
Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That it shall not be lawful for any person or persons within the District of Columbia, to have concealed about their person any deadly or dangerous weapons, such as

4

Pl.0053

daggers, air-guns, pistols, bowie-knives, dirk knives or dirks, blackjacks, razors, razor blades, sword canes, slung shot, brass or other metal knuckles.

SEC. 2. That it shall not be lawful for any person or persons within the District of Columbia to carry openly any such weapons as hereinbefore described with intent to unlawfully use the same, and any person or persons violating either of these sections shall be deemed guilty of a misdemeanor, and upon conviction thereof shall, for the first offense, forfeit and pay a fine or penalty of not less than fifty dollars nor more than five hundred dollars, of which one half shall be paid to any one giving information leading to such conviction, or be imprisoned in the jail of the District of Columbia not exceeding six months, or both such fine and imprisonment, in the discretion of the court: Provided, That the officers, non-commissioned officers, and privates of the United States Army, Navy, or Marine Corps, or of any regularly organized Militia Company, police officers, officers guarding prisoners, officials of the United States or the District of Columbia engaged in the execution of the laws for the protection of persons or property, when any of such persons are on duty, shall not be liable for carrying necessary arms for use in performance of their duty: Provided, further, that nothing contained in the first or second sections of this act shall be so construed as to prevent any person from keeping or carrying about his place of business, dwelling house, or premises any such dangerous or deadly weapons, or from carrying the same from place of purchase to his dwelling house or place of business or from his dwelling house or place of business to any place where repairing is done, to have the same repaired, and back again: Provided further, That nothing contained in the first or-second sections of this act shall be so construed as to apply. to any person who shall have been granted a written permit to carry such weapon or weapons by any judge of the police court of the District of Columbia, and authority is hereby given to any such judge to grant such permit for a period of not more than one month at any one time, upon satisfactory proof to him of the necessity for the granting thereof; and further, upon the filing with such judge of a bond, with sureties to be approved by said judge, by the applicant for such permit, conditioned to the United States in such penal sum as said judge shall require for the keeping of the peace, save in the case of necessary self defense by such applicant during the continuance of said permit, which bond shall be put in suit by the United States for its benefit upon any breach of such condition.

SEC. 3. That for the second violation of the provisions of either of the preceding sections the person or persons offending shall be proceeded against by indictment in the supreme court of the District of Columbia, and upon conviction thereof shall be imprisoned in the penitentiary for not more than three years.

SEC. 4. That all such weapons as hereinbefore described which may be taken from any person offending against any of the provisions shall, upon conviction of such person, be disposed of as may be ordered by the judge trying the case, and the record shall show any and all such orders relating thereto as a part of the judgment in the case.

SEC. 5. That any person or persons who shall, within the District of Columbia, sell, barter, hire, lend or give to any minor under the age of twenty-one years any such weapon as hereinbefore described shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, pay a fine or penalty of not less than twenty dollars nor more than one hundred dollars, or be imprisoned in the jail of the District of Columbia not more than three months. No person shall engage in or conduct  the business of selling, bartering, hiring, lending, or giving any weapon or weapons of the kind hereinbefore named without having previously obtained from the Commissioners of the District of Columbia a special license authorizing the conduct of such business by such person, and the said Commissioners are hereby authorized to grant such license,

5

Pl.0054

without fee therefor, upon the filing with them by the applicant therefor of a bond with sureties, to be by them approved, conditioned in such penal sum as they shall fix to the United States for the compliance by said applicant with all the provisions of this section; and upon any breach or breaches of said condition said bond shall be put in suit by said United States for its benefit, and said Commissioners may revoke said license. Any person engaging in said business without having previously obtained said special license shall be guilty of a misdemeanor and upon conviction thereof shall be sentenced to pay a fine of not less than one hundred dollars nor more than five hundred dollars, of which one half shall be paid to the informer, if any, whose information shall lead to the conviction of the person paying said fine. All persons whose business it is to sell barter, hire, lend or give any such weapon or weapons shall be and they hereby, are, required to keep a written register of the name and residence of every purchaser, barterer, hirer, borrower, or donee of any such weapon or weapons, which register shall be subject to the inspection of the major and superintendent of Metropolitan Police of the District of Columbia, and further to make a weekly report, under oath to said major and superintendent of all such sales, barterings, hirings, lendings or gifts. And one half of every fine imposed under this section shall be paid to the informer, if any, whose information shall have led to the conviction of the person paying said fine. Any police officer failing to arrest any person guilty in his sight or presence and knowledge, of any violation of any section of this act shall be fined not less than fifty nor more than five hundred dollars.

SEC 6. That all acts or parts of acts inconsistent with the provisions of this act be, and the same hereby are, repealed.


Washington D.C. 47 Stat. 650, 651-652 (1932)

CARRYING CONCEALED WEAPONS

SEC. 4. No person shall within the District of Columbia carry concealed on or about his person, except in his dwelling house or place of business or on other land possessed by him, a pistol, without a license therefor issued as hereinafter provided, or any deadly or dangerous weapon.

EXCEPTIONS

SEC. 5. The provisions of the preceding section shall not apply to marshals, sheriffs, prison or jail wardens, or their deputies, policemen or other duly appointed law-enforcement officers, or to members of the Army, Navy, or Marine Corps of the United States or of the National Guard or Organized Reserves when on duty, or to the regularly enrolled members of any organization duly authorized to purchase or receive such weapons from the United States, provided such members are at or are going to or from their places of assembly or target practice, or to officers or employees of the United States duly authorized to carry a concealed pistol, or to any person engaged in the business of manufacturing, repairing or dealing in firearms, or the agent or representative of any such person having in his possession, using, or carrying a pistol in the usual or ordinary course of such business or to any person while carrying a pistol unloaded and in a secure wrapper from the place of purchase to his home or place of business or to a place of repair or back to his home or place of business or in moving goods from one place of abode or business to another.

ISSUE OF LICENSES TO CARRY

SEC. 6. The superintendent of police of the District of Columbia may, upon the application of any person having a bona fide residence or place of business-within the District of Columbia or of any person having a bona fide residence or place of business within the United States and a

6

Pl.0055

license to carry a pistol concealed upon his person issued by the lawful authorities of any State or subdivision of the United States, issue a license to such person to carry a pistol within the District of Columbia for not more than one year from date of issue, if it appears that the applicant has good reason to fear injury to his person or property or has any other proper reason for carrying a pistol and that he is a suitable person to be so licensed. The license shall be in duplicate, in form to be prescribed by the Commissioners of the District of Columbia and shall bear the name, address, description, photograph, and signature of the licensee and the reason given for desiring a license. The original thereof shall be delivered to the licensee, and the duplicate shall be retained by the superintendent of police of the District of Columbia and preserved in his office for six years.

SELLING TO MINORS AND OTHERS

SEC. 7. No person shall within the District of Columbia sell any pistol to a person who he has reasonable cause to believe is not of sound mind, or is a drug addict, or is a person who has been convicted in the District of Columbia or elsewhere of a crime of violence or, except when the relation of parent and child or guardian and ward exists, is under the age of eighteen years.

## FLORIDA

1881 Fla. Laws 87, An Act to Prevent the Selling, Hiring, Bartering, Lending or Giving to § 1. it shall be unlawful for any person or persons to sell, hire, barter, lend or give to any minor under sixteen years of age any pistol, dirk or other arm or weapon, other than an ordinary pocket-knife, or a gun or rifle used for hunting, without the permission of the parent of such minor, or the person having charge to such minor, and it shall be unlawful for any person or persons to sell, hire, barter, lend or give to any person or persons of unsound mind any dangerous weapon, other than an ordinary pocket-knife. § 2. Any person or persons so offending shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined not less than twenty nor more than fifty dollars, or imprisoned in the county jail not more than three months.

## GEORGIA

1876 Ga. Laws 112.

Section I. That from an after the passage of this Act it shall not be lawful for any person or persons knowingly to sell, give, lend or furnish any minor or minors any pistol, dirk, bowie knife or sword cane. Any person found guilty of a violation of this Act shall be guilty of a misdemeanor, and punished as prescribed in section 4310 of the Code of 1873: Provided, that nothing herein contained shall be construed as forbidding the furnishing of such weapons under circumstances justifying their use in defending life, limb or property. Sec. II. Repeals conflicting laws.

1920 Ga. Laws 134, § 2. 1910 (forbids the sale of pistols to minors and makes the violations of the statute a misdemeanor). See Spires v. Goldberg, 26 Ga. App. 530 (1921).

## HAWAII

Pl.0056

1927 Haw. Sess. Laws 209-217, AN ACT Regulating the Sale, Transfer and Possession of Certain Firearms and Ammunitions, and Amending Sections 2136, 2137, 2138, 2139, 2140, 2141, 2142, 2143, 2146 and 2147 of the Revised Laws of Hawaii 1925 (the "Small Arms Act"), § 8.

Section 8. Selling to minors. No person shall sell, barter, hire, lend, or give any pistol or revolver to any person under the age of eighteen years.

1933 Haw. Sess. Laws 37-38, An Act Regulating the Sale, Transfer, and Possession of Firearms and Ammunition, § 4.

§ 4. No person residing or doing business or temporarily sojourning within the Territory shall take possession of any fire arm of any description, whether usable or unusable, serviceable or unserviceable, modern or antique, registered under prior Acts or unregistered, or of any ammunition of any kind or description, except shotgun ammunition, either through sale, gift, loan, bequest, or otherwise, whether procured in the Territory or imported by mail, express, freight, or otherwise, until he shall first have procured from the chief of police of the city and county of Honolulu or the sheriff of the county, other than the city and county of Honolulu, wherein is his place of business, or if there be no place of business, his residence, or if there be neither place of business nor residence, his place of sojourn, a permit to acquire as prescribed herein. The chief of police of the city and county of Honolulu or the sheriffs of the several counties, other than the city and county of Honolulu, are hereby authorized, within their discretion, to issue permits, within their respective jurisdictions, to acquire rifles, pistols, and revolvers to citizens of the United States, of the age of twenty years or more, and to duly accredited official representatives of foreign nations. Permits to acquire ammunition for rifles, pistols and revolvers acquired prior to the effective date of this Act and registered in accordance with the provisions hereof, may be granted persons [sic] of the age of twenty years or more irrespective of citizenship. Permits to acquire shotguns may be granted to persons of the age of sixteen years or more, irrespective of citizenship. Applications for such permits shall be signed by the applicant upon forms to be specified by the bureau of crime statistics, and shall be signed by the issuing authority. One copy of such permit shall be retained by the issuing authority, as a permanent official record. Such permit shall be void unless used within ten days after the date of issue. In all cases where possession is acquired from another person in the Territory the permit shall be signed in ink by the holder thereof and shall thereupon he delivered to and taken up by the person selling, loaning, giving or delivering the firearm or ammunition, who shall make entry thereon setting forth in the space provided therefor the name of the person to whom the firearm or ammunition was delivered, and the make, style, caliber, and number, as applicable. He shall then sign it in ink and cause it to he delivered or sent by registered mail to the issuing authority within forty-eight hours. In case receipt of such firearms or ammunition is had by mail, express, freight, or otherwise, from sources outside the Territory, the person to whom such permit has been issued, shall make the prescribed entries thereon, sign in ink, and cause it to be delivered or sent by registered mail to the issuing authority within forty-eight hours after taking possession of the firearms or ammunition. No person shall sell, give, loan, or deliver into the possession of another any firearm or ammunition except in accordance with the Provisions of this section. Any person acquiring a firearm or ammunition under the provisions of this section shall, within five days of acquisition, register same in the manner prescribed by Section 3 of this Act. No fee shall be charged for permits under this section. Any person who violates any provision of this section

8

Pl.0057

shall be punished by a fine of not more than five hundred dollars ($500.00) or imprisonment for not more than one year, or by both.

## IDAHO

1909 Id. Sess. Laws 6, An Act To Regulate the Use and Carrying of Concealed Deadly Weapons and to Regulate the Sale or Delivery of Deadly Weapons to Minors Under the Age of Sixteen Years to Provide a Penalty for the Violation of the Provisions of this Act, and to Exempt Certain Persons, § 1.

If any person . . . or shall have or carry any such weapon upon or about his person when intoxicated, or under the influence of intoxicating drinks, or shall, directly or indirectly, sell or deliver, loan or barter to any minor under the age of sixteen (16) years any such weapon, without the consent of the parent or guardian of such minor, he shall upon conviction, be punished by a fine of not less than twenty-five dollars ($25.00) nor more than two hundred dollars ($200.00), or by imprisonment in the county jail for a period of not less than twenty (20) nor more than sixty (60) days, or by both such fine and imprisonment: Provided, however, that it shall be a good defense to the charge of carrying such concealed weapons if the defendant shall show that he has been threatened with great bodily harm or had good reason to carry the same in the necessary defense of his person, family home or property.

## ILLINOIS

Proceedings of the Common Council of the City of Chicago Page 140, Image 185 (Vol. 5, 1874) available at The Making of Modern Law: Primary Sources.  1873 Ordinances of Chicago: An Ordinance Prohibiting the Sale to or Furnishing Minors with Firearms. § 1. That no person within said city shall sell to or in any manner furnish any minor with any gun, pistol, revolver, or other firearms; and any person offending against this ordinance shall on conviction be fined in a sum not less than twenty-five dollars nor more than one hundred dollars for each offense.

Harvey Bostwick Hurd, Late Commissioner, The Revised Statutes of the State of Illinois. 1882. Comprising the "Revised Statutes of 1874," and All Amendments Thereto, Together with the General Acts of 1875, 1877, 1879, 1881 and 1882, Being All the General Statutes of the State, in Force on the First Day of December, 1882 Page 375, Image 392 (1882) available at The Making of Modern Law: Primary Sources. 1881 Deadly Weapons: Selling or Giving to Minor. § 54b. Whoever, not being the father, guardian, or employer or the minor herein named, by himself or agent, shall sell, give, loan, hire or barter, or shall offer to sell, give, loan, hire or barter to any minor within this state, any pistol, revolver, derringer, bowie knife, dirk or other deadly weapon of like character, capable of being secreted upon the person, shall be guilty of a misdemeanor, and shall be fined in any sum not less than twenty-five dollars ($25), nor more than two hundred ($200).

Samuel A. Ettelson, Opinions of the Corporation Counsel and Assistants from May 1, 1915, to June 30, 1916 Page 458-459, IMage 458-459 (Vol. 7, 1916) available at The Making of Modern Law: Primary Sources.  1914

9

Pl.0058

Ordinance of May 25, 1914, § 4a. It shall be unlawful for any person, firm or corporation to sell, barter or give away to any person within the City of Chicago, any pistol, revolver, derringer, bowie knife, dirk or other weapon of like character which can be concealed on the person, except to licensed dealers and to persons who have secured a permit for the purchase of such articles from the general superintendent of police as hereinafter required; provided, this section shall not apply to sales made of such articles which are delivered or furnished outside the City of Chicago. § 5. It shall be unlawful for any person to purchase any pistol, revolver, derringer, bowie knife, dirk or other weapon of like character, which can be concealed on the person, without first securing from the General Superintendent of Police a permit so to do. Before any such permit is granted, an application in writing shall be made therefor, setting forth in such application the name, address, age, height, weight, complexion, nationality and other elements of identification, of the person desiring such permit, and the applicant shall present such evidence of good character as the General Superintendent of Police in his discretion may require. § 6. It shall be the duty of the General Superintendent of Police to refuse such permit to (a) All persons having been convicted of any crime. (b) all minors. "Otherwise, in case he shall be satisfied that the applicant is a person of good moral character, it shall be the duty of the General Superintendent of Police to grant such permit, upon the payment of a fee of one dollar. § 8. Any person, firm or corporation violating any of the provisions of this ordinance, shall be fined not less than Fifty Dollars ($50.00) nor more than Two hundred Dollars ($200.00) for each offense, and every purchase, sale or gift of any weapon mentioned in this ordinance shall be deemed a separate offense.

Samuel Irwin, Reports of Cases At Law And In Chancery 566 (vol. #278, Chicago, Ill, 1917). 1917
It shall be the duty of the general superintendent of police to refuse such permit to (a) all persons having been convicted of any crime; (b) all minors. Otherwise, in case he shall be satisfied that the applicant is a person of good moral character, it shall be the duty of the general superintendent of police to grant such permit upon the payment of a fee of one dollar.

## INDIANA

Edwin Augustine Davis, LL.B., The Statutes of the State of Indiana: Containing the Revised Statutes of 1852, with the Amendments Thereto, and the Subsequent Legislation, 246with Notes and References to Judicial Decisions. Second Edition Vol. 2 Page 482, Image 493 (1877) available at The Making of Modern Law: Primary Sources. 1875 An Act to prohibit the sale, gift or bartering of deadly weapons or ammunition therefor, to minors. § 1. Be it enacted by the General Assembly of the State of Indiana, That it shall be unlawful for any person to sell, barter, or give to any other person, under the age of twenty-one years, any pistol, dirk, or bowie-knife, slung-shot, knucks, or other deadly weapon that can be worn, or carried, concealed upon or about the person, or to sell, barter, or give to any person, under the age of twenty-one years, any cartridges manufactured and designed for use in a pistol. § 2. Be it further enacted, That any person who shall violate any of the provisions of the foregoing section shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be fined in any sum not less than five dollars, nor more than fifty dollars.

10

Pl.0059

The Revised Statutes of the State of Indiana, the Revision of 1881 and All General Laws Enacted to that Revision (1888) Section 1986-87, Furnishing Deadly Weapon to Minor. 1881
1986. It shall be unlawful for any person to sell, barter or give to any other person under the age of twenty-one years any pistol, dirk or bowie-knife, slung-shot, knucks or other deadly weapon that can be worn or carried concealed upon or about the person, or to sell, barter or give to any person under the age of twenty-one years any cartridges manufactured and designed to be used in a pistol. 1987. Any person who shall violate any of the provisions of this section shall be deemed guilty of a misdemeanor, and, on conviction hall be fined not less than five dollars nor more than fifty dollars.

1905 Ind. Acts 688, Weapon— Furnishing to Minor, § 450.
It shall be unlawful for any person to sell, barter or give to any other person under the age of twenty-one years any pistol, dirk or bowie-knife, slung-shot, knucks or other deadly weapon that can be worn or carried concealed upon or about the person, or to sell, barter or give to any person under the age of twenty-one years any cartridges manufactured and designed to be used in a pistol or revolver. Any person who shall violate any of the provisions of this section shall be deemed guilty of a misdemeanor, and, on conviction hall be fined not less than five dollars nor more than fifty dollars.

1925 Ind. Acts 496, ch. 207, An Act to Regulate and Control the Possession, Sale, and Use of Pistols and Revolvers in the State of Indiana
Sec 8. Any person or persons who shall, within the State of Indiana, sell, barter, hire, lend, or give to any minor under the age of twenty-one years, any pistol or revolver shall be deemed guilty of a misdemeanor and shall upon conviction thereof be fined not more than one hundred dollars, or be imprisoned for not more than three months, or both, except for uses as hereinbefore provided.

1929 Ind. Acts 139, Criminal Offenses—Commission of or Attempt to Commit Crime While Armed with Deadly Weapon, ch.55, § 1.
Be it enacted by the general assembly of the State of Indiana, That any person who being over sixteen years of age, commits or attempts to commit either the crime of rape, robbery, bank robbery, petit larceny or grand larceny while armed with a pistol, revolver, rifle, shotgun, machine gun or any other firearm or any dangerous or deadly weapon, or while any other person present and aiding or assisting in committing or attempting ot commit either of said crimes is armed with any of said weapons, shall be guilty of a seperate felony in addition to the crimes above named and upon conviction shall be imprisoned for a determinate period of not less than ten years nor more than twenty years . . . .

## IOWA

1884 Iowa Acts 86.
Section 1. That it shall be unlawful for any person to knowingly sell, present or give any pistol, revolver or toy pistol to any minor. Sec. 2. Any violation of this act shall be punishable by a fine of not less than twenty-five nor more than one hundred dollars or by imprisonment in the county jail of not less than ten nor more than thirty days. Sec. 3. This act being deemed of immediate

11

**Pl.0060**

importance shall be in full force and take effect from and after its publication in the Iowa State Leader and Iowa State Register, newspapers published at Des Moines, Iowa.

Geoffrey Andrew Holmes, Compiled Ordinances of the City of Council Bluffs, and Containing the Statutes Applicable to Cities of the First-Class, Organized under the Laws of Iowa Page 168-169, Image 171-172 (1887) available at The Making of Modern Law: Primary Sources. 1887. Ordinances, City of Council Bluffs, Shooting Gallery, § 5. No person shall carry on or take part in carrying on any pistol gallery or shooting gallery without license therefor from said city, and the charge for such license shall be ten dollars per month, or fifty dollars per annum. §6. No licensee or his employee, or any person in charge of any pin alley, ball alley, pistol gallery or shooting gallery, shall at any time, without gain or profit, permit or allow any minor to be or remain in or about the same to play threat, under penalty of the same fine and forfeiture as set forth in section 2 of this chapter.

Annotated Code of the State of Iowa Containing All the Laws of a General Nature Enacted by The Twenty-Sixth General Assembly at the Extra Session, Which Adjourned July 2, 1897 Page 1955, Image 787 (Vol. 1, 1897) available at The Making of Modern Law: Primary Sources. 1897 § 5004. Selling Firearms to Minors. No person shall knowingly sell, present or give any pistol, revolver or toy pistol to any minor. Any violation of this section shall be punished by a fine of not less than twenty-five nor more than one hundred dollars, or by imprisonment in the county jail not less than ten nor more than thirty days.


## KANSAS

1883 Kan. Sess. Laws 159, An Act to Prevent Selling, Trading or Giving Deadly Weapons or Toy Pistols to Minors, and to Provide Punishment Therefor, ch. 106, §§ 1-2. § 1. Any person who shall sell, trade, give, loan or otherwise furnish any pistol, revolver or toy pistol, by which cartridges or caps may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot, or other dangerous weapons to any minor, or to any person of notoriously unsound mind, shall be deemed guilty of a misdemeanor, and shall, upon conviction before any court of competent jurisdiction, be fined not less than five nor more than one hundred dollars. § 2. Any minor who shall have in his possession any pistol, revolver or toy pistol, by which cartridges may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot or other dangerous weapon, shall be deemed guilty of a misdemeanor, and upon conviction before any court of competent jurisdiction shall be fined not less than one nore more than ten dollars.

Sam Kimble Revised Ordinances of the City of Manhattan and Rules of the Council Page 49-50, Image 51-52 (1887) available at The Making of Modern Law: Primary Sources. 1887 Ordinances of Manhattan, KS; Offenses Against the Public Peace, Health and Safety, Toy Pistols, §13. Any person who shall give, trade, loan or otherwise furnish any pistol, revolver, or toy pistol by which cartridges or caps may be exploded, or any dirk, bowie-knife sling shot or toy known as "rubber sling shot" or other dangerous weapon, to any minor or to any person of notoriously unsound mind, shall be deemed guilty of a misdemeanor, and shall upon conviction before the Police Judge be fined not less than five nor more than one hundred dollars. § 14.

12

**Pl.0061**

Having Possession of the Same. Any minor who shall have in his possession any pistol, revolver, or toy pistol by which cartridges may be exploded or any dirk, bowie knife, brass knuckles, slung shot or toy known as "rubber sling shot" or other dangerous weapons shall be deemed guilty of a misdemeanor and upon conviction shall be fined not less than one nor more than ten dollars.

## KENTUCKY

Oliver H. Strattan, City Clerk A Collection of the State and Municipal Laws, in Force, and Applicable to the City of Louisville, Ky. Prepared and Digested, under an Order from the General Council of Said City by Oliver H. Strattan and John M. Vaughan, City Clerks, which Includes the State Constitution and City Charter, with Notes of Reference Page 175, Image 176 (1857) available at The Making of Modern Law: Primary Sources. 1853
No. 68. An Ordinance as to Retailing Gun Powder. No person shall retail gunpowder to minors under fifteen years of age, or free colored persons, without authority from his parent or guardian, or to slaves without authority from his master. Any person doing so in either case, shall be fined twenty dollars.

1859 Ky. Acts 245, An Act to Amend an Act Entitled "An Act to Reduce to One of the Several Acts in Relation to the Town of Harrodsburg," § 23.
If any person, other than the parent or guardian, shall sell, give or loan, any pistol, dirk, bowie-knife, brass knucks, slung-shot, colt, cane-gun, or other deadly weapon, which is carried concealed, to any minor, or slave, or free negro, he shall be fined fifty dollars.

1860 Ky. Acts 245, AN ACT to amend an act, entitled "An act to reduce into one the several acts in relation to the town of Harrodsburg, Ch. 33, § 23.
If any person, other than the parent or guardian, shall sell, give, or loan, any pistol, dirk, bowie-knife, brass-knucks, slung-shot, colt, cane-gun, or other deadly weapon, which is carried concealed, to any minor, or slave, or free negro, he shall be fined fifty dollars.

## LOUISIANA

1890 La. Acts 39, An Act Making it a Misdemeanor for Any Person to Sell, Give or Lease, to Any Minor, Any Pistol, Bowie-Knife, Dirk or Any Weapons, Intended to be Carried or Used as a Concealed Weapon, § 1.
. . . [I]t shall be unlawful, for any person to sell, or lease or give through himself or any other person, any pistol, dirk, bowie-knife or any other dangerous weapon which may be carried concealed to any person under the age of twenty-one years.

John Q. Flynn Flynn's Digest of the City Ordinances, Together with the Constitutional Provisions, Acts of the General Assembly, and Decisions of the Courts Relative to the Government of the City of New Orleans Page 545, Image 617 (1896) available at The Making of Modern Law: Primary Sources. 1893
Ordinances of the City of New Orleans. Offences, Misdemeanors and Nuisances. § 1342. It shall be unlawful for any one to sell, or lease, or give through himself or any other person, any pistol, dirk, bowieknife, toy pistol for which cartridges are used, or any other dangerous weapon which may be carried concealed, to any person under the age of eighteen years. § 1343. That any person

13

Pl.0062

violating the provisions of this ordinance shall be deemed guilty of a misdemeanor and shall be liable to a fine not exceeding twenty-five dollars or imprisonment for a period not exceeding thirty days, or both, at the discretion of the Recorder having jurisdiction.

## MAINE

Seth L. Haarrabee, The Charter and Ordinances of the City of Portland , Me.Page 136, Image 150 (1892) available at The Making of Modern Law: Primary Sources. 1892 Nuisances. Sale of blank cartridges and pistols prohibited. § 4. No person shall sell to any child under the age of sixteen years, without the written consent of a parent or guardian of such child, any blank cartridge, or any pistol, or mechanical contrivance specially arranged or designed for the explosion of the same and any person violating the provisions of this ordinance shall be liable to a penalty of not less than fifty, and not exceeding one hundred dollars, to be recovered on complaint to the use of the City of Portland.

## MARYLAND

1882 Md. Laws 656
Section 1. Be it enacted by the General Assembly of Maryland, That it shall be unlawful for any person or persons within the State of Maryland to manufacture or sell, barter or give away the cartridge toy pistol to any one whomsoever Sec. 2. Be it enacted, That it shall be unlawful for any person, be he or she licensed dealer or not, to sell, barter or give away any firearm whatsoever or other deadly weapons, except shotgun, fowling pieces and rifles, to any person who is a minor under the age of twenty-one years. Any person or persons violating any of the provisions of this act shall, on conviction thereof, pay a fine of not less than fifty nor more than two hundred dollars, together with the cost of prosecution, and upon failure to pay said fine and cost, be committed to jail and confined therein until such fine and costs are paid, or for the period of sixty days, whichever shall first occur.

1904 Md. Laws 295, An Act to Prohibit all Persons Under Fifteen Years of Age from Carrying or Having in Their Possession Firearms of any Description Within the Limits of Garrett County, ch. 177, §§ 1-2
§ 1. Be it enacted by the General Assembly of Maryland, That it shall be unlawful for all persons under the age of fifteen years to carry or have in his or her possession any shot gun, rifle, revolver or other firearm of any description within the limits of Garrett County. § 2. And be it enacted, That any person convicted of violating this Act before any court of competent jurisdiction shall be fined not less than five dollars nor more than twenty dollars, or be imprisoned in the county jail for not less than ten nor more than thirty days for each and every offense.

1908 Md. Laws 397, § 31.
It shall be unlawful for any person under the age of twenty-one years to fire a gun, cat rifle, pistol, or any explosive instrument of metal, within one mile in any direction of the Library Hall in Catonsville, Baltimore county; and any person under said age of twenty-one years, violating this section, shall upon conviction before the Circuit Court, or any justice of the peace for said

14

Pl.0063

county, be fined a sum not less than one dollar nor more than ten dollars, or be imprisoned in the county jail for not less than five days nor more than thirty days, or be both fined and imprisoned, in the discretion of the court or the justice of the peace.

## MASSACHUSETTS

Report of Commissioners on Revision of Ordinances Page 141, Image 146 (1882) available at The Making of Modern Law: Primary Sources. 1882
Of Explosive Compounds. Penalty for selling guns, pistols, cartridges, etc., to children. § 1. Whoever sells to a child under the age of sixteen years, without the written consent of its parent or guardian, any cartridge or fixed ammunition of which any fulminate is a component part, or a gun, pistol, or other mechanical contrivance arranged for the explosion of such cartridge or of any fulminate, shall be liable to a penalty of not less than five nor more than fifty dollars.

The Revised Ordinances of 1885, of the City of Boston, as Passed and Approved December 14, 1885. (With Amendments Thereto, Passed and Approved, to May 1, 1886): Being the Ninth Revision. To Which are Added the Revised Standing Regulations of the Board of Aldermen. 9th Rev. Page 172, Image 182 (1886) available at The Making of Modern Law: Primary Sources. 1884
Ordinances of the City of Boston. Of Fire-Arms, Bonfires, and Brick-Kilns. § 4. No person shall sell to any child under the age of sixteen years without the written consent of a parent or guardian of such child, any cartridge or fixed ammunition of which any fulminate is a component part, or any gun, pistol, or other mechanical contrivance arranged for the explosion of such cartridge, or of any fulminate. But the provisions of this section shall not apply to paper caps of which the only component parts are chlorate of potash and sulphide of antimony, nor to any appliance for exploding the same. The provisions of this section shall be inserted in every license granted for the sale of gunpowder.

1909 Mass. Acts 148, An Act to Prohibit the Sale of Air Guns to Certain Minors
Section ninety-two of chapter one hundred and two of the Revised Laws is hereby amended by inserting after the word "firearms", in the second line, the words — air guns, — so as to read as follows: Section 92. Whoever sells or furnishes to a minor under the age of fifteen years any firearms, air guns or other dangerous weapon shall be punished by a fine of not less than ten nor more than fifty dollars for each offence; but instructors and teachers may furnish military weapons to pupils for instruction and drill.

1922 Mass. Acts 563, ch. 485, An Act Relative to the Sale and Carrying of Firearms, ch. 485, § 8 (amending § 130)
§ 8 (amending § 130). Whoever sells or furnishes to a minor under the age of fifteen, or to an unnaturalized foreign born person who has who has not a permit to carry firearms under section one hundred and thirty-one, any firearm, air gun or other dangerous weapon or ammunition therefor shall be punished by a fine of not less than ten nor more than fifty dollars, but instructors and teachers may furnish military weapons to pupils for instruction and drill.

## MICHIGAN

15

**Pl.0064**

1883 Mich. Pub. Acts 144, An Act To Prevent The Sale And Use Of Toy Pistols, § 1. That no person shall sell, give, or furnish to any child under the age of thirteen years, any cartridge of any form or material, or any pistol, gun, or other mechanical contrivance, specially arranged or designated for the explosion of the same.

## MISSISSIPPI

1878 Miss. Laws 175-76, An Act To Prevent The Carrying Of Concealed Weapons And For Other Purposes, ch. 46, §§ 2-3. § 2. It shall not be lawful for any person to sell to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any weapon of the kind or description in the first section of this Act described [pistols, various knives etc.], or any pistol cartridge, and on conviction shall be punished by a fine not exceeding two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors or of the court, not exceeding six months. § 3. Any father, who shall knowingly suffer or permit any minor son under the age of sixteen years to carry concealed, in whole or in part, any weapon of the kind or description in the first section of this act described [pistols, knives, etc.], shall be deemed guilty of a misdemeanor, and on conviction, shall be fined not less than twenty dollars, nor more than two hundred dollars, and if the fine and costs are not paid, shall be condemned to hard labor under the direction of the board of supervisors or of the court.

Josiah A.Patterson Campbell, The Revised Code of the Statute Laws of the State of Mississippi: With References to Decisions of the High Court of Errors and Appeals, and of the Supreme Court, Applicable to the Statutes Page 776-777, Image 776-777 (1880) available at The Making of Modern Law: Primary Sources. 1880 Carrying Concealed Weapons, § 2986. It shall not be lawful for any person to sell to any minor or person intoxicated knowing him to a a minor or in a state of intoxication, any weapons of the kind or description in the foregoing section described, or any pistol cartridge and on conviction he shall be punished by a fine not exceeding two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors or of the court not exceeding six months. § 2987. Any father who shall knowingly suffer or permit any minor son under the age of sixteen years to carry concealed, in whole or in part, any person of the kind or description in the forgoing section described, shall be deemed guilty of a misdemeanor, and on conviction, shall be fined not less than twenty dollars, nor more than two hundred dollars, and if the fine and costs are not paid, shall be condemned to hard labor as provided in the proceeding section. § 2988. Any student of any university, college, or school, who shall carry concealed, in whole or in part, any weapon of the kind or description in the foregoing section described, or any teacher, instructor or professor who shall knowingly, suffer or permit any such weapon to be carried by any student or pupil, shall be deemed guilty of a misdemeanor and on conviction be fined not exceeding three hundred dollars, and if the fine and costs are not paid, be condemned to hard labor as above provided.

## MISSOURI

MO. REV. STAT. § 1274 (1879), reprinted in 1 The Revised Statutes of the State of Missouri 1879 224 (John A. Hockaday et al. eds. 1879).

16

Pl.0065

1883 Mo. Laws 76, An Act To Amend Section 1274, Article 2, Chapter 24 Of The Revised Statutes Of Missouri, Entitled "Of Crimes And Criminal Procedure," § 1.
If any person shall carry concealed, upon or about his person, any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill or meetings called under the militia law of this state, having upon or about his person any kind of fire arms, bowie knife, dirk, dagger, slung-shot, or other deadly weapon, or shall in the presence of one or more persons shall exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, or shall directly or indirectly sell or deliver, loan or barter to any minor any such weapon, without the consent of the parent or guardian of such minor, he shall, upon conviction, be punished by a fine of not less than twenty-five nor more than two hundred dollars, or by imprisonment in the county jail not exceeding six months, or by both such fine and imprisonment.

Chester H. Krum, Reviser, The Revised Ordinance City of St. Louis. No. 17188. Approved April 7, 1893 Page 885, Image 894 (1895) available at The Making of Modern Law: Primary Sources. 1887
Ordinances of the City of St. Louis. Minors – Conditions of Sale to, of Ammunition. – No person shall sell to any child under the age of sixteen years, without the written consent of the parents or guardian of such child, any cartridge of fixed ammunition of which any fulminate is a component part, or any gun, pistol or other mechanical contrivance arranged for the explosion of such cartridge, or of any fulminate.

Joplin Code of 1917, Art. 67, § 1201. Weapons; Deadly. 1917
If any person shall carry concealed upon or about his person a dangerous or deadly weapon of any kind or description, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, political, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill, or meetings called under militia law of this state, having upon or about his person, concealed or exposed, any kind of firearms, bowie knife, spring-back knife, razor, knuckles, bill, sword cane, dirk, dagger, slung shot, or other similar deadly weapons, or shall, in the presence of one or more persons, exhibit any such weapon in a rude, angry or threatening manner, or shall have any such weapons in his possession when intoxicated, or directly or indirectly shall sell or deliver, loan or barter, to any minor any such weapon, without the consent of the parent or guardian of such minor, he shall be deemed guilty of a misdemeanor. Provided, that nothing contained in this section shall apply to legally qualified sheriffs, police officers, and other persons whose bona fide duty is to execute process, civil or criminal, make arrests, or aid in conserving the public peace, nor to persons traveling in a continuous journey peaceably through this state.

**NEBRASKA**

17

**Pl.0066**

1895 Neb. Laws 237-38, Laws of Nebraska Relating to the City of Lincoln, An Ordinance Regulating and Prohibiting the Use of Fire-arms, Fire-works and Cannon in the City of Lincoln . . . Prescribing Penalties for Violation of the Provisions of This Ordinance, and Repealing Ordinances in Conflict Herewith, Art. XXVI, §§ 2, 5.
§ 2. No person shall sell, loan, or furnish, to any minor, any gun, fowling-piece, or other fire-arm, within the limits of the city, under penalty of a fine of fifty dollars for each offense. § 5. It shall be unlawful for any parent, guardian, or other person having the care and custody of any minor, to purchase for or give to any such minor or knowingly to permit any minor to have any toy pistol, toy gun, or other toy arm or arms, or sling shot, out of which any leaden or other dangerous missiles may be discharged. Any such person so offending shall, upon conviction thereof, be fined in any amount not exceeding twenty dollars, and stand committed until such fine and costs are paid and secured.

## NEVADA

David E. Baily, The General Statutes of the State of Nevada. In Force. From 1861 to 1885, Inclusive. With Citations of the Decisions of the Supreme Court Relating Thereto Page 1077, Image 1085 (1885) available at The Making of Modern Law: Primary Sources. 1881 An Act to prohibit the carrying of concealed weapons by minors. § 1. Every person under the age of twenty-one (21) years who shall wear or carry any dirk, pistol, sword in case, slung shot, or other dangerous or deadly weapon concealed upon his person, shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, be fined not less than twenty nor more than two hundred ($200) dollars, or by imprisonment in the county jail not less than thirty days nor more than six months or by both such fine and imprisonment. See also NEV. REV. STAT. § 4864 (1885).

## NEW HAMPSHIRE

William Martin Chase, The Public Statutes of the State of New Hampshire, To which are Prefixed the Constitutions of the United States and State of New Hampshire with a Glossary and Digested Index Page 713, Image 732 (1891) available at The Making of Modern Law: Primary Sources. 1883 Offenses Against Minors. § 4. If any person shall have in his possession a toy pistol, toy revolver, or other toy firearms, for the explosion of percussion caps or blank cartridges, with intent to sell the same, or shall sell, or offer to sell or to give away the same, he shall be fined not more than fifty dollars; and he shall be liable for all damages resulting from the use of the toy pistol, revolver, or other firearms by him sold or given away, to be recovered in an action on the case.

## NEW JERSEY

1885 N.J. Laws 52, An Amendment to an Act to Prevent Vending, Using, or Exploding of Guns, Pistols, Toy Pistols, or Other Fire-Arms to or by Persons under the Age of Fifteen Years in this State, ch. 44, § 2.
That it shall not be lawful to sell, hire or loan to any person under the age of fifteen years any gun, pistol, toy pistol, or other fire-arms; or for any person under the age of fifteen years to

18

Pl.0067

purchase, barter or exchange any gun, pistol, toy pistol or other fire-arms; nor for any person under the age of fifteen years to carry, fire or use any gun, pistol, toy pistol or other fire-arms, except in the presence of his father or guardian, or for the purpose of military drill in accordance with the rules of a school.

1903 N.J. Laws 337-38, An Act to Amend an Act Entitled "An Act for the Punishment of Crimes," ch. 169, § 1.
It shall not be lawful to sell, barter, exchange, hire or loan to any person under the age of fifteen years, any gun, pistol, toy pistol, or other firearms, or for any person under the age of fifteen years to purchase, barter or exchange any gun, pistol, toy pistol or other firearms, nor for any person under the age of fifteen years to carry, fire or use a gun, pistol, toy pistol or other firearms, except in the presence of his father or guardian, or for the purpose of military drill in accordance with the rules of a school; it shall be the duty of all persons selling, hiring, bartering or exchanging pistols, revolvers, guns or other firearms, to keep and maintain a book of registry of the same, in which said book of registry shall be entered the number of the article sold, if any, the name of the maker, together with such other means of identification as may be obtainable concerning the same, and also the name and address of the person to whom such pistol, revolver, gun or other firearm is sold, bartered, exchanged or hired[.]

1914 N.J. Laws 65, Supplement to an Act Entitled "An Act to License Citizens of this State to Hunt and Pursue Wild Animals and Fowl," ch. 43, § 1.
No license to hunt, pursue or kill with a gun or any fire-arm any of the game birds, wild animals or fowl of this State, shall be issued to any person under the age of fourteen years, and if any applicant for license shall misrepresent his age he shall be liable to a penalty of twenty dollars, to be sued for and recovered as other penalties under the fish and game laws.

## NEW YORK

Laws, Statutes, Ordinances and Constitutions, Ordained, Made and Established, by the Mayor, Aldermen, and Commonalty, of the City of New York, Convened in Common-Council, for the Good Rule and Government of the Inhabitants and Residents of the Said City Page 11, Image 12 (1763) available at The Making of Modern Law: Primary Sources. 1763.
Ordinances of the City of New York, § VI. And be it further ordained by the authority aforesaid, That if any Children, Youth, apprentices, Servants, or other persons, do fire and discharge any gun, pistol, leaden-gun, rockets, crackers, squibs, or other fire works, at any mark, or at random against any fence, pales or other place in any street, lane or alley, or within any orchard, garden or other inclosure, or in any place where persons frequent to walk, such person so offending shall forfeit for every such offense, the sum of forty shillings, current money of New York; and on refusal to pay the same, shall be committed to the House of Correction, at the discretion of the Mayor, recorder or aldermen, or any one of them before whom such offender shall be convicted, there to remain committed, not exceeding Twenty days; unless such forfeiture as aforesaid, be sooner paid with the lawful fees of commitment; one half thereof to the informer with costs, and the other half to the church wardens of this City, for the use of the poor thereof.

Edward Livingston, Laws and Ordinances, Ordained and Established by the Mayor, Aldermen, and Commonalty of the City of New-York, in Common-Council Convened, for the Good Rule

Pl.0068

and Government of the Inhabitants and Residents of Said City Page 83-84, Image 84-85 (1803) available at The Making of Modern Law: Primary Sources. 1803. Ordinances of the City of New York, To Prevent the Firing of guns in the City of New York, § 1. Whereas the firing of guns and the practice of fowling in the public streets and in the roads or highways in the vicinity of this city, are frequently productive of accidents and dangerous consequences are always to be apprehended therefrom: Be it therefore ordained by the Mayor, Aldermen, and Commonality of the City of New York, in the Common Council convened, That no person shall hereafter be permitted to fire or discharge any gun, pistol, fowling piece, or fire-arm, at any place on the island of New York, within the distance of four miles from the City Hall, under the penalty of five dollars upon each offender, to be recovered with costs. And if the person so offending shall be a minor, apprentice, servant or slave, the said fine shall be recoverable form his father, mother, master or mistress, together with costs. Provided always, that nothing contained in this ordinance shall be constructed to extend to the reviews or exercises of any military company, or of the State Prison Guards.

D. T. Valentine, Ordinances of the Mayor, Aldermen and Commonaly of the City of New York: Revised A. D. 1859 Adopted by the Common Council Page 235, Image 243 (1859) available at The Making of Modern Law: Primary Sources. 1859. Ordinances of the City of New York. Firing of Fire-Arms, Cannons and Fireworks. § 6. No tavern-keeper, keeper of a public house, garden or place of resort, nor any other person, shall suffer or permit any person to practice with or fire off any pistol, gun, fowling-piece or other fire-arms, in or upon his or her premises, nor shall suffer or permit any pistol gallery, erected in his or her house, or upon his or her premises, to be used for the purpose of practicing with any pistol gun, fowling-piece or other fire-arms, upon the first day of the week, called Sunday, under the penalty of fifty dollars for each offense, to be sued for and recovered from the person keeping such public house, tavern, public garden, pistol gallery, place of resort or premises; and also the further penalty of fifty dollars for each offense, to be sued for and recovered from the person firing off or practicing with a pistol, gun, fowling-piece, or other fire-arms; and in case of such person so offending shall be an apprentice, such penalty shall be sued for and recovered from the master of such apprentice, or in case such person so offending shall be a minor and not an apprentice, the same shall be sued for and recovered from the father of, or in case of the death of the father, then from the mother or guardian of such minor.

George R. Donnan, Annotated Code of Criminal Procedure and Penal Code of the State of New York as Amended 1882-5 Page 172, Image 699 (1885) available at The Making of Modern Law: Primary Sources. 1884 Carrying, Using, Etc., Certain Weapons, § 410. A person who attempts to use against another, or who, with intent so to use, carries, conceals or possesses any instrument or weapon of the kind commonly known as the slung-shot, billy, sand –club or metal knuckles, or a dagger, dirk or dangerous knife, is guilty of a felony. Any person under the age of eighteen years who shall have, carry or have in his possession in any public street, highway or place in any city of this state, without a written license from a police magistrate of such city, any pistol or other fire-arm of any kind, shall be guilty of a misdemeanor. This section shall not apply to the regular and ordinary transportation of fire-arms as merchandise, or for use without the city limits. § 411. Possession, Presumptive Evidence. The possession, by any person other than a public officer, of any of the weapons specified in the last section, concealed or furtively carried on the person, is

20

PI.0069

presumptive evidence of carrying, or concealing, or possessing, with intent to use the same in violation of that section.

George R. Donnan, Annotated Code of Criminal Procedure and Penal Code of the State of New York as Amended 1882-5. Fourth Edition Page 172, image 699 (1885) available at The Making of Modern Law: Primary Sources. 1885
Making Selling, Etc., Dangerous Weapons, § 409. A person who manufactures, or causes to be manufactured, or sells or keeps for sale, or offers, or gives, or disposes of, any instrument or weapon of the kind usually known as slung-shot, billy, sand club or metal knuckles, or who, in any city in this state, without the written consent of a police magistrate, sells or gives any pistol or other fire-arm to any person under the age of eighteen years is guilty of a misdemeanor.

George R. Donnan, Annotated Code of Criminal Procedure and Penal Code of the State of New York as Amended 1882-5. Fourth Edition Page 298, Image 824 (1885) available at The Making of Modern Law: Primary Sources. 1885
An Act to Limit the Carrying and Sale of Pistols and other fire arms in the cities of this state. Chap. 375, § 1. No person under the age of eighteen years shall have, carry or have in his possession in any public street, highway or place in any of the cities of this state, any pistol or other firearms of any kind, and no person shall in such cities sell or give any pistol or other fire-arms to any person under such age. § 2. Any person violating any of the provisions of this act shall be guilty of a misdemeanor, and in all trials or examinations for said offense the appearance of the person so alleged or claimed to be under the age of eighteen years shall be evidence to the magistrate or jury as to the age of such person. § 3. Nothing herein contained shall apply to the regular and ordinary transportation of pistols or fire-arms as articles of merchandise in said cities, or to the carrying of a gun or rifle through a street or highway of any city, with the intent to use the same outside the said city; nor to any person under such age carrying an pistol or firearms under license given by the mayor of said cities; but no license so given shall be in force more than one year from its date; and all such licenses may be revoked at the pleasure of the mayor, and a full complete and public record shall be kept by the mayor of said cities of all such licenses and the terms and date thereof.

1900 N.Y. Laws 459, An Act to Amend Section Four Hundred and Nine of the Penal Code, Relative to Dangerous Weapons, ch. 222, § 1.
Making, et cetera, dangerous weapons. – A person who manufactures, or causes to be manufactured, or sells or keeps for sale, or offers, or gives, or disposes of any instrument or weapon of the kind usually known as slunghsot, billy, sand-club or metal knuckes, or who, in any city or incorporated village in this state, without the written consent of the police magistrate, sells or gives any pisol or other firearm, to any person under the age of eighteen years or without a like consent sells or gives away any air-gun, or spring-gun, or other instrument or weapon in which the propelling force is a spring or air to any person under ht age of twelve years, or who sells or gives away any instrument or weapon commonly known as a toy pistol, in or upon which any loaded or blank cartridges are used or may be used, to any person under the age of sixteen years, is guilty of a misdemeanor.

1911 N.Y. Laws 442-43, An Act to Amend the Penal Law, in Relation to the Sale and Carrying of Dangerous Weapons. ch. 195, §1.

Pl.0070

Section . . . eighteen hundred and ninety-seven . . . [is] hereby amended to read as follows: § 1897. Carrying and use of dangerous weapons. A person who attempts to use against another, or who carries, or possesses any instrument or weapon of the kind commonly known as a blackjack, slunghsot, billy, sandclub, sandbag, metal knuckles or bludgeon, or who with intent to use the same unlawfully against another, carries or possesses a dagger, dirk, dangerous knife, razor, stiletto, or any other dangerous or deadly instrument or weapon, is guilty of a felony. Any person under the age of sixteen years, who shall have, carry, or have in his possession, any of the articles named or described in the last section, which is forbidden therein to offer, sell, loan, lease or give to him, shall be guilty of a misdemeanor. . . . Any person over the age of sixteen years, who shall have or carry concealed upon his person in any city, village, or town of this state, any pistol, revolver, or other firearm without a written license therefor, theretofore issued to him by a police magistrate of such city or village, or by a justice of the peace of such town, or in such manner as may be prescribed by ordinance of such city, village or town, shall be guilty of a felony.

1911 N.Y. Laws 442, An Act to Amend the Penal Law, in Relation to the Sale and Carrying of Dangerous Weapons. ch. 195, § 1.
Section[] eighteen hundred and ninety-six . . . [is] hereby amended . . . § 1896. Making and disposing of dangerous weapons. A person who manufactures, or causes to be manufactured, or sells or keeps for sale, or offers, or gives, or disposes of any instrument or weapon of the kind usually known as a blackjack, slungshot, billy, sandclub, sandbag, bludgeon, or metal knuckles, to any person; or a person who offers, sells, loans, leases or gives any gun, revolver, pistol or other firearm or any airgun, spring-gun or other instrument or weapon in which the propelling force is a spring or air or any instrument or weapon commonly known as a toy pistol or in or upon which any loaded or blank cartridges are used, or may be used, or any loaded or blank cartridges or ammunition therefor, to any person under the age of sixteen years, is guilty of a misdemeanor.

## NORTH CAROLINA

1893 N.C. Sess. Laws 468–69
Section 1: That it shall be unlawful for any person, corporation or firm knowingly to sell or offer for sale, give or in any way dispose of to a minor any pistol or pistol cartridge, brass knucks, bowie-knife, dirk, loaded cane, or sling shot. Sec. 2. That any person, corporation or firm violating this act shall be guilty of a misdemeanor, and upon conviction for each and every offense shall be fined or imprisoned, one or both, in the discretion of the court.

1913 N.C. Sess. Laws 57, Pub. Laws, An Act to Prevent the Use of Firearms by Children, ch. 32 § 1.
That any person being the parent or guardian of, or standing in loco parentis to, any child under the age of twelve years who shall knowlingly permit such child to have the possession or custody of, or use in any manner whatever, any gun, pistol, or other dangerous firearm, whether such firearm be loaded or unloaded, or any other person, who shall knowingly furnish such child any such firearm, shall be guilty of a misdemeanor, and upon conviction shall be fined not exceeding fifty dollars, or imprisoned not exceeding thirty days.

22

Pl.0071

## NORTH DAKOTA

1923 N.D. Laws 381, Pistols and Revolvers, ch. 266, § 9.
Sec. 9. Selling to Minors. Any person or persons who shall sell, barter, hire, lend or give to any minor under the age of eighteen years any pistol or revolver shall be deemed guilty of a misdemeanor, and shall upon conviction thereof be fined not less than $100, nor more than $1,000, or be imprisoned not less than three months, nor more than one year, or both.

## OHIO

1883 Ohio Laws 222, An Act to Prohibit the Sale of Toy Pistols in the State of Ohio, § 1. That it shall be unlawful for any firm, company or person in the state of Ohio, to sell or exhibit for sale any pistol manufactured out of any metallic or hard substance, commonly known as the "toy pistol"; to a minor under the age of fourteen years; any firm company or person violating the provisions of this act, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined not less than ten nor more than fifty dollars, or be imprisoned not less than ten days nor more than twenty days, or both, and shall be liable to a civil action in damages ot any person injured by such sale.

1913 Ohio Laws 906, An Act: A Bill to Amend  and Supplement [Certain] Sections . . . and to Repeal [Certain] Sections of the General Code; Relating to Children and to Females under Twenty-One Years of Age and to Organizations which Include within Their Objects Matters Relating to Children, ch. 11, §§ 12966-67.
§ 12966. Whoever sells or exhibits for sale, to a minor under sixteen years of age, a pistol manufactured of a metallic or hard substance, commonly known as a "toy pistol" or air gun, or any form of explosive gun ,shall be fined not less than ten dollars nor more than fifty dollars or imprisoned not less than ten days nor more than twenty days, or both, and be liable in damages to any person injured by such sale. § 12967. Whoever sells, barters, furnishes or gives to a minor under the age of seventeen years, an air-gun, musket, rifle, shotgun, revolver, pistol, or other fire-arm, or ammunition therefor, or, being the owner or having charge or control thereof, knowingly permits it to be used by a minor under such age, shall be fined not more than one hundred dollars or imprisoned in jail not more than thirty days, or both.

## OKLAHOMA

1890 Okla. Laws 495, art. 47
Sec. 1. It shall be unlawful for any person in the Territory of Oklahoma to carry concealed on or about his person, saddle, or saddle bags, any pistol, revolver, bowie knife, dirk, dagger, slung-shot, sword cane, spear, metal knuckles, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this article provided.
Sec. 2. It shall be unlawful for any person in the Territory of Oklahoma, to carry upon or about his person any pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided.
Sec. 3. It shall be unlawful for any person within this Territory, to sell or give to any minor any of the arms or weapons designated in sections one and two of this article.

23

Pl.0072

Sec. 4. Public officers while in the discharge of their duties or while going from their homes to their place of duty, or returning therefrom, shall be permitted to carry arms, but at no other time and under to other circumstances: Provided, however, That if any public officer be found carrying such arms while under the influence of intoxicating drinks, he shall be deemed guilty of a violation of this article as though he were a private person.

Sec. 5. Persons shall be permitted to carry shot-guns or rifles for the purpose of hunting, having them repaired, or for killing animals, or for the purpose of using the same in public muster or military drills, or while traveling or removing from one place to another, and not otherwise.

. . .

Sec. 7. It shall be unlawful for any person, except a peace officer, to carry into any church or religious assembly, any school room or other place where persons are assembled for public worship, for amusement, or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into any ball room, or to any social party or social gathering, or to any election, or to any place where intoxicating liquors are sold, or to any political convention, or to any other public assembly, any of the weapons designated in sections one and two of this article.

Sec. 8. It shall be unlawful for any person in this Territory to carry or wear any deadly weapons or dangerous instrument whatsoever, openly or secretly, with the intent or for the avowed purpose of injuring his fellow man.

Sec. 9. It shall be unlawful for any person to point any pistol or any other deadly weapon whether loaded or not, at any other person or persons either in anger or otherwise.

Leander G. Pitman, The Statutes of Oklahoma, 1890. (From the Laws Passed by the First Legislative Assembly of the Territory) Page 495-496, Image 511-512 (1891) available at The Making of Modern Law: Primary Sources. 1891 Concealed Weapons. (2434) § 3. It shall be unlawful for any person within this Territory, to sell or give to any minor any of the arms or weapons designated in section one and two of this article (§ 1…pistol, revolver, bowie knife, dirk, dagger, slung-shot, sword cane, spear, metal knuckles, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this article provided) (§ 2…pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided).

## OREGON

1868 Or. Laws 18-19, An Act to Protect the Owners of Firearms, §§ 1-2.

Whereas, the constitution of the United States, in article second of amendments to the constitution, declares that "the right to the people to keep and bear arms shall not be infringed;" and the constitution for the state of Oregon, in article first, section twenty-seven, declares that "the people shall have the right to bear arms for the defense of themselves and the state;" therefore . . . § 1. Every white male citizen of this state above the age of sixteen years, shall be entitled to have, hold, and keep, for his own use and defense, the following firearms, to wit: either or any one of the following-named guns, and one revolving pistol: a rifle, shot-gun (double or single barrel), yager, or musket; the same to be exempt from execution, in all cases, under the laws of Oregon. § 2. No officer, civil or military, or other person, shall take from or demand of the owner any fire-arms mentioned in this act, except where the services of the owner are also required to keep the peace or defend the state.

24

Pl.0073

1903 Or. Laws 309-10, An Act to Regulate and Prohibit the Sale, Barter, Exchange, or Gift of Explosives, Firearms or Other Articles of a Like Kind, to Children Under the Age of Fourteen Years, and to Punish the Violation of the Provisions of this Act. §§ 1-2.

§ 1. It shall be unlawful to sell, exchange, barter, or give to any child, under the age of fourteen years, any explosive article or substance, other than an ordinary firecracker, containing ten grains of gunpowder; or to sell, exchange, barter, or give to any such child any firearms, or other device of a like kind, ordinarily used or ordinarily capable of being used in discharging gunpowder in a greater quantity than ten grains; and it is herby made unlawful in any event to sell, exchange, barter, or give to any child, under the age of fourteen years, any instrument or apparatus, the chief utility of which consists in the fact that it is used, or is ordinarily capable of being used, as an article or device to increase the force or intensity of such explosive, or to direct or control the discharge of any such explosive. § 2. Any person violating the provisions of this act shall be guilty of a misdemeanor.

1917 Or. Sess. Laws 804-808, An Act Prohibiting the manufacture, sale, possession, carrying, or use of any blackjack, slungshot, billy, sandclub, sandbag, metal knuckles, dirk, dagger or stiletto, and regulating the carrying and sale of certain firearms, and defining the duties of certain executive officers, and providing penalties for violation of the provisions of this Act, § 10. Section 10. It shall be unlawful for any person, firm or corporation to sell, offer for sale, give or dispose of any pistol, revolver or other firearm of a size which may be concealed upon the person, to any minor under the age of twenty-one years. A violation of this section is a misdemeanor and punishable by imprisonment in the county jail for a period not exceeding six months, or by a fine not exceeding Five Hundred Dollars, or both such fine and imprisonment.

## **PENNSYLVANIA**

Act of June 10, 1881, § 1

makes any person, "who shall knowingly and willfully sell or cause to be sold, to any person under sixteen years of age, any cannon, revolver, pistol or other such deadly weapon, … shall, in every such case, be guilty of a misdemeanor, and upon conviction thereof shall be sentenced to pay a fine not exceeding three hundred dollars."

John Purdon, A Digest of the Laws of Pennsylvania: From the Year One Thousand Seven Hundred to the Sixth Day of July, One Thousand Eight Hundred and Eighty-Three.11th Edition Page 423-424, Image 472-473 (Vol. 1, 1885) available at The Making of Modern Law: Primary Sources. 1883 Crimes, Carrying and Sale of Explosives, § 113. Any person who shall knowingly and willfully sell or cause to be sold to any person under sixteen years of age, any cannon, revolver, pistol or other such deadly weapon, or who shall knowingly and willfully sell, or cause to be sold, to any such minor, any imitation or toy cannon, revolver or pistol so made, constructed or arranged as to be capable of being loaded with gunpowder or other explosive substance, cartridges, shot, slugs or balls and being exploded, fired off and discharged, and thereby become a dangerous or deadly weapon, or who shall knowingly and willfully sell, or cause to be sold to any such minor, any cartridge, gunpowder or other dangerous and explosive substance, shall in every such case,

25

Pl.0074

be guilty of a misdemeanor, and upon conviction thereof shall be sentenced to pay a fine not exceeding three hundred dollars.

## RHODE ISLAND

1883 R.I. Pub. Laws 157, An Act In Amendment Of And in Addition To Chapter 92 Of The Public Statutes "Of Fire-arms and Fire-works", § 1
§ 1. No person shall sell to any child under the age of fifteen years, without the written consent of a parent or guardian of such child, any cartridge or fixed ammunition of which any fulminate is a component part, or any gun, pistol or other mechanical contrivance arranged for the explosion of such cartridge or of any fulminate.

General Laws of the State of Rhode Island and Providence Plantations to Which are Prefixed the Constitutions of the United States and of the State Page 372, Image 388 (1896) available at The Making of Modern Law: Primary Sources. 1883
Firearms and Fire-works. § 7. No person shall sell to any child under the age of fifteen years, without the written consent of a parent or guardian of such child, any cartridge or fixed ammunition of which any fulminate is a component part, or any gun, pistol or other mechanical contrivance arranged for the explosion of such cartridge or of any fulminate. § 8. Every person violating the provisions of the foregoing section shall be fined not less than ten dollars nor more than twenty dollars for each offence.

## SOUTH CAROLINA

Ordinances, of the Town of Columbia, (S. C.) Passed Since the Incorporation of Said Town: To Which are Prefixed, the Acts of the General Assembly, for Incorporating the Said Town, and Others in Relation Thereto Page 61-61, Image 61-62 (1823) available at The Making of Modern Law: Primary Sources. 1817.
[Ordinances of the Town of Columbia, An Ordinance for Prohibiting the Firing of Guns in the Town of Columbia (1817). Whereas the practice of firing small arms within the town of Columbia is extremely dangerous to the lives; as well as the property of the inhabitants thereof, and ought to be strictly prohibited: Be it ordained by the Intendent and Municipal Wardens of the towns aforesaid, in council assembled, and it is hereby ordained by the authority of the same, That hereafter it shall not be lawful for any person to fire or discharge any gun, pistol or other small arms within the limits bounded by Henderson, Blossom, Lincoln and Upper streets; and if any person shall wantonly, knowingly, and willfully fire or discharge any gun, pistol, or other small arms within the said limits, such person shall forfeit and pay to the use of the town aforesaid, a sum not exceeding five dollars, for each and every such offence, to be sued for and recovered according to law. And whereas, offences of this kind may be committed by minors or other disorderly persons, who have no ostensible property whereof the said penalty can be levied. Be it therefore ordained by the authority aforesaid, That any gun, pistol or other small arms, fired or discharged by any such person in breach of this ordinance, shall be liable for the payment of the penalty or penalties aforesaid; and it shall be lawful for the intendant, either of the Wardens or constables, who shall see such person offending against this ordinance, to seize and take into possession the gun or pistol, or other small arms so fired or discharged, and despite the same with the Intendant or either of the Wardens; and if the person charged with the said offense, and

26

**Pl.0075**

convicted thereof, shall not within ten days after conviction pay the penalty incurred and the costs of prosecution, the same shall be sold to discharge the said penalty and costs: Provided nevertheless, That nothing in this ordinance contained shall extend to prohibit or restrain the usual exercises or duties of the military on muster or parade days, or in performance of patrol or other duties enjoined by law, or to prohibit or restrain any of the inhabitants of said town from shooting any mad dog, or any other dangerous animal found within the same, or from firing guns on the fourth of July, Christmas and New-Years days, or on any other day of general rejoicing of said town.]

1923 S.C. Acts 221
If any person shall knowingly sell, offer for sale, give, or in any way dispose of to a minor any pistol or pistol cartridge, brass knucks, bowie knife, dirk, loaded cane or sling shot, he shall be guilty of a misdemeanor. Any person being the parent or guardian, of or attending in loco parentis to any child under the age of twelve years who shall knowingly permit such child to have the possession or custody of, or use in any manner whatever any gun, pistol, or other dangerous firearm, whether such firearm be loaded or unloaded, or any person who shall knowingly furnish such child any firearm, shall be guilty of a misdemeanor, and, upon conviction, shall be fined not exceeding Fifty Dollars or imprisoned not exceeding thirty days.

## SOUTH DAKOTA

1903 S.D. Sess. Laws 168-69, Prohibiting the Use of Fire Arms by Persons under Fifteen Years of Age, ch. 144, §§ 1-3.
§1. It shall be unlawful for any person under the age of fifteen years to carry, use or discharge any rifle, shot gun, revolver or other fire arms except with the consent and knowledge of their parents or guardians. § 2. It shall be unlawful for any parent or guardian, having the legal charge or control of any minor under the age of fifteen years, to allow or permit such minor to use or carry while loaded any of the arms mentioned in section one of this act within the platted portion or within the distance of one mile of the platted portion of any city, town or village. § 3. Any person or persons violating the provisions of this act shall be deemed guilty of a misdemeanor and upon conviction thereof shall be fined in a sum not exceeding Fifty Dollars.

## TENNESSEE

Seymour Dwight Thompson, A Compilation of the Statute Laws of the State of Tennessee, of a General and Permanent Nature, Compiled on the Basis of the Code of Tennessee, With Notes and References, Including Acts of Session of 1870-'71 Page 125, Image 794 (Vol. 2, 1873) available at The Making of Modern Law: Primary Sources. 1856
Offences Against Public Policy and Economy. § 4864. Any person who sells, loans, or gives, to any minor a pistol, bowie-knife, dirk, Arkansas tooth-pick, hunter's knife, or like dangerous weapon, except a gun for hunting or weapon for defense in traveling, is guilty of a misdemeanor, and shall be fined not less than twenty-five dollars, and be imprisoned in the county jail at the discretion of the court.

Pl.0076

The Code of Tennessee Enacted by the General Assembly of 1857-8, 871 (Return J. Meigs & William F. Cooper eds. 1858). Chapter 9, Article II, Selling Liquors or Weapons to Minors or Slaves. Page 871. 1858.

4864. Any person who sells, loans, or gives to any minor [under 21*] a pistol, bowie-knife, dirk, Arkansas tooth-pick, hunter's knife, or like dangerous weapon, except a gun for hunting or weapon for defence in travelling, is guilty of a misdemeanor, and shall be fined not less than twenty-five dollars, and be imprisoned in the county jail at the discretion of the court.
https://heinonline-org.proxy.wm.edu/HOL/Page?collection=sstatutes&handle=hein.sstatutes/ctengas0001&id=903&men_tab=srchresults

*Warwick v. Cooper*, 37 Tenn. 659, 660–61 (1858) (describing "an infant under the age of twenty-one")

William H. Bridges, Digest of the Charters and Ordinances of the City of Memphis, Together with the Acts of the Legislature Relating to the City, with an Appendix Page 148-149, Image 149-150 (1863) available at The Making of Modern Law: Primary Sources. 1863. [Ordinances of the City of Memphis, Shooting Galleries, § 1. That no person or persons shall set up or use any pistol gallery, or place for the discharging of pistols, guns or other firearms in the first story of any building in the city; nor shall any gallery be used in any manner involving risk or danger to any person in the city; nor shall any person setting up or using such pistol gallery be exempt from the ordinance and penalties now in force, for discharging or shooting any pistol, gun or firearms within the city limits, until such person or persons have applied and paid for license to set up and use such pistol gallery, according to the provisions of this ordinance. § 2. That the person or persons applying for license to keep such pistol gallery, shall, at the time of obtaining such license, enter into bond with good security, to be approved by the City Register, in the sum of three thousand dollars, payable as other city bonds, conditioned that no gambling of any kind be permitted in such pistol gallery, or in the room used for such pistol gallery, or any room adjacent thereto, under the control and connected with said pistol gallery, or its proprietors or keepers; and that all shooting or discharging of firearms shall be done only with the perfect security against any harm to persons or property in the vicinity of such pistol gallery; such penalty to be recoverable for every violation of this section of this ordinance, and of the conditions of said bond. § 3. That the proprietors or persons keeping such pistol gallery shall not permit any minors to shoot in such gallery without the written consent of the lawful guardian of such minor, unless such guardian be personally present, and consenting to such shooting; nor shall the proprietors or keepers of such gallery permit any shooting in the same after eleven o'clock at night, or on Sunday, nor shall such shooting gallery be allowed to be kept open for shooting after eleven o'clock at night or on Sunday. Any violation of this ordinance is hereby declared a misdemeanor, and each offender, on conviction shall be fined in any sum not less than five nor more than fifty dollars for any violation of this ordinance, recoverable as other fines. § 4. Any person or persons shall before putting up or using such pistol or shooting gallery, first apply for, and obtain license, as other licenses are obtained, and shall pay for such license the sum of one hundred dollars per annum for each and every pistol or shooting gallery establishment under the provision of this ordinance. § 5. That the board of Mayor and Aldermen retain the power and right to, at any time, repeal this ordinance and revoke and recall any license to keep a pistol gallery, by refunding a pro rata part of the amount paid for any license then outstanding.]

28

Pl.0077

William H. Bridges, Digest of the Charters and Ordinances of the City of Memphis, from 1826 to 1867, Inclusive, Together with the Acts of the Legislature Relating to the City, with an Appendix Page 50, Image 50 (1867) available at The Making of Modern Law: Primary Sources. 1867 Police Regulations of the State. Selling Liquors or Weapons to Minors. § 4864. Any person who sells, loans or gives to any minor a pistol, bowie-knife, dirk, Arkansas toothpick, hunter's knife, or like dangerous weapon, except a gun for hunting or weapon for defense in traveling, is guilty of a misdemeanor and shall be fined not less than twenty-five dollars, and imprisoned in the county jail at the discretion of the court.

## TEXAS

1897 Tex. Gen. Laws 221-22, An Act to Prevent the Barter, Sale and Gift of Any Pistol, Dirk, Dagger, Slung Shot, Sword Cane, Spear, or Knuckles Made of Any Metal or Hard Substance to Any Minor Without the Written Consent of the Parent or Guardian of Such Minor. . . , ch. 155, § 1.
That if any person in this State shall knowingly sell, give or barter, or cause to be sold, given or bartered to any minor, any pistol, dirk, dagger, slung shot, sword-cane, spear or knuckles made of any metal or hard substance, bowie knife or any other knife manufactured or sold for the purpose of offense or defense, without the written consent of the parent or guardian of such minor, or of someone standing in lieu thereof, he shall be punished by fine of not less then twenty-five nor more than two hundred dollars, or by imprisonment in the county jail not less than ten nor more than thirty days, or by both such fine and imprisonment. And during the time of such imprisonment such offender may be put to work upon any public work in the county in which such offense is committed.

## UTAH

1905 Utah Laws 60, An Act to Prohibit the Sale of Firearms to Minors and the Carrying of Firearms by Minors, and Prescribing Penalties for Violation Thereof, ch. 52, §§ 1-2.
§ 1. Selling or giving firearms to minors under fourteen. Any person who sells, gives or disposes of, or offers to sell, give or dispose of any pistol, gun, target gun, or other firearm, to any person under the age of fourteen years, is guilty of a misdemeanor. § 2. Minor under fourteen must not carry firearms. Any person under the ager of fourteen years who shall carry, or have in his possession, any pistol, gun, target gun or other firearm, unless accompanied by a parent or guardian, shall be guilty of a misdemeanor.

## VERMONT

1912 Vt. Acts and Resolves 306, An Act . . . Relating to Firearms, §§ 1-2.
§ 1. A person, other than a parent or guardian, who sells or furnishes to a minor under the age of sixteen years a firearm or other dangerous weapon, shall be fined not more than fifty dollars nor less than ten dollars. This section shall not apply to an instructor or teacher who furnishes military weapons to pupils for instruction and drill. § 2. A child under the age of sixteen years who, without the consent of his parent or guardian, has in his possession or control a pistol or

29

Pl.0078

revolver constructed or designed for the use of gunpowder or other explosive substance with leaden ball or shot shall be fined not more than twenty dollars.

## VIRGINIA

The Charter and General Ordinances of the Town of Lexington, Virginia Page 87, Image 107 (1892) available at The Making of Modern Law: Primary Sources. 1869 Ordinances of the town of Lexington. Of Concealed Weapons and Cigarettes. § 2. If any person sell, barter, give or furnish, or cause to be sold, bartered, given or furnished to any minor under sixteen years of age, cigarettes, or pistols, or dirks, or bowie knives, having good cause to believe him or her to be a minor under sixteen years of age, shall be fined not less than ten dollars nor more than one hundred dollars.

1902-1904 Va. Acts 261, An Act to Prevent the Sale or Gift of Toy Firearms to Persons Under Twelve Years of Age, and to Provide a Penalty Therefor, ch. 186, §§ 1-2. 1903
1. Be it enacted by the general assembly of Virginia, That it shall be unlawful for any person, firm, corporation, or association, to sell, barter, exchange, furnish, or dispose of by purchase, gift, or in any other manner, any toy gun, pistol, rifle, or other toy firearm, if the same shall, by means of powder or other explosive discharge blank or ball charges, to any person under the age of twelve years. Any firm, corporation, or association violating the provisions of this act shall be deemed guilty of a misdemeanor, and, upon conviction thereof, shall be fined not less than fifty dollars nor more than one hundred dollars, or confined in jail for a period not less than thirty, nor more than ninety days, either or both. 2. Each sale of any of the articles hereinbefore specified to any person under the age mentioned shall constitute a separate offense, and any person over the age of twelve years who shall purchase, accept, or in any manner acquire any of the toy articles of the kind hereinbefore enumerated for any person under the age of twelve years, shall be deemed guilty of a misdemeanor, and, upon conviction thereof, shall be fined not less than one hundred dollars nor more than two hundred dollars, or confined in jail for a period not less than thirty days nor more than six months, either or both.

## WASHINGTON

Edward D. McLaughlin, The Revised Statutes and Codes of the State of Washington Page 1042, Image 1094 (1896) available at The Making of Modern Law: Primary Sources. 1883 Sale of Toy Pistols to Children, It shall be unlawful for any person or persons to sell or offer for sale, any toy pistols within this state, and every person who shall sell, give, furnish, or cause to be furnished to any person under the age of sixteen years, any pistol, toy pistol or other pocket weapon, in which explosives may be used, shall be deemed guilty of a misdemeanor, and upon conviction, shall be fined in any sum not less than five, nor more than twenty-five dollars.

1909 Wash. Sess. Laws 984, An Act Relating to Crimes and Punishments and the Rights and Custody of Persons Accused or Convicted of Crime, and Repealing Certain Acts, ch. 249, ch. 8, § 308.
Use of Firearms by Minor. No minor under the age of fourteen years shall handle or have in his possession or under his control, except while accompanied by or under his control, except while accompanied by or under the immediate charge of his parent or guardian, any firearm of any

30

**PI.0079**

kind for hunting or target practice or for other purposes. Every person violating any of the foregoing provisions, or aiding or knowingly permitting any such minor to violate the same, shall be guilty of a misdemeanor.

## WEST VIRGINIA

1882 W. Va. Acts 421–22
If a person carry about his person any revolver or other pistol, dirk, bowie knife, razor, slung shot, billy, metalic or other false knuckles, or any other dangerous or deadly weapon of like kind or character, he shall be guilty of a misdemeanor, and fined not less that twenty-five nor more than two hundred dollars, and may, at the discretion of the court, be confined in jail not less than one, nor more than twelve months; and if any person shall sell or furnish any such weapon as is hereinbefore mentioned to a person whom he knows, or has reason, from his appearance or otherwise, to believe to be under the age of twenty-one years, he shall be punished as hereinbefore provided; but nothing herein contained shall be so construed as to prevent any person from keeping or carrying about his dwelling house or premises any such revolver or other pistol, or from carrying the same from the place of purchase to his dwelling house, or from his dwelling house to any place where repairing is done, to have it repaired, and back again. And if upon the trial of an indictment for carrying any such pistol, dirk, razor or bowie knife, the defendant shall prove to the satisfaction of the jury that he is a quiet and peacable citizen, of good character and standing in the community in which he lives, and at the time he was found with such pistol, dirk, razor or bowie knife, as charged in the indictment, he had good cause to believe and did believe that he was in danger of death or great bodily harm at the hands of another person, and that he was, in good faith, carrying such weapon for self-defense and for no other purpose, the jury shall find him not guilty. But nothing in this section contained shall be construed as to prevent any officer charged with the execution of the laws of the state from carrying a revolver or other pistol, dirk or bowie knife.

See State v. Workman, 14 L.R.A. 600 (1891): John Augustus Warth, The Code of West Virginia. Containing the Constitution and Naturalization of the United States – the Constitution of the State – the Code, as Amended by Legislation to and Including the Year 1891 and Marginal Notes to all Prior Laws and Applicable Decisions, with an Appendix, Containing all the Statutes of the State in Force, of a General and Prospective Nature, not Enacted or Inserted in the Several Chapters of the Code Page 915-916, Image 920-921 (1891) available at The Making of Modern Law: Primary Sources. 1891
Offenses Against the Peace, § 7. If a person carry about his person any revolver or other pistol, dirk, bowie knife, razor, slung shot, billy, metallic or other false knuckles, or any other dangerous or deadly weapon of like kind or character, he shall be guilty of a misdemeanor, and fined not less than twenty-five nor more than two hundred dollars, and may, at the discretion of the court, be confined in jail not less than one nor more than twelve months; and if any person shall sell or furnish any such weapon as is hereinbefore mentioned to a person whom he knows, or has reason, from his appearance or otherwise, to believe to be under the age of twenty-one years, he shall be punished as hereinbefore provided; but nothing herein contained shall be so construed as to prevent any person from keeping or carrying about his dwelling house or premises, any such revolver or other pistol, or from carrying the same from the place of purchase to his dwelling house, or from his dwelling house to any place where repairing is done, to have it

31

Pl.0080

repaired and back again. And if upon the trial of an indictment for carrying any such pistol, dirk, razor or bowie knife, the defendant shall prove to the satisfaction of the jury that he is a quiet and peaceable citizen, of good character and standing in the community in which he lives, and at the time he was found with such pistol, dirk, razor or bowie knife, as charged in the indictment he had good cause to believe and did believe that he was in danger of death or great bodily harm at the hands of another person, and that he was in good faith, carrying such weapon for self-defense and for no other purpose, the jury shall find him not guilty. But nothing in this section contained shall be so construed as to prevent any officer charged with the execution of the laws of the State, from carrying a revolver or other pistol, dirk or bowie knife.

1925 W.Va. Acts 25-30, 1st Extraordinary Sess., An Act to Amend and Re-Enact Section Seven . . . Relating to Offenses Against the Peace; Providing for the Granting and Revoking of Licenses and Permits Respecting the Use, Transportation and Possession of Weapons and Fire Arms. . . , ch. 3, § 7, pt. a.

Section 7 (a). If any person, without a state license therefor, carry about his person any revolver or other pistol, dirk, bowie-knife, slung shot, razor, billy, metallic or other false knuckles, or any other dangerous or deadly weapon of like kind or character, he shall be guilty of a misdemeanor and upon conviction thereof be confined in the county jail for a period of not less than six nor more than twelve months for the first offense; but upon conviction of the same person for the second offense in this state, he shall be guilty of a felony and be confined in the penitentiary not less than one or more than five years, and in either case fined not less than fifty nor more than two hundred dollars, in the discretion of the court; and it shall be the duty of the prosecuting attorney in all cases to ascertain whether or not the charge made by the grand jury is the first or second offense, and if it shall be the second offense, it shall be so stated in the indictment returned, and the prosecuting attorney shall introduce the record evidence before the trial court of said second offense, and shall not be permitted to use his discretion in charging said second offense nor in introducing evidence to prove the same on the trial; provided, that boys or girls under the age of eighteen years, upon the second conviction, may, at the discretion of the court, be sent to the industrial homes for boys and girls, respectively, of the state. Any person desiring to obtain a state license to carry any such weapon within one or more counties in this state shall first publish a notice in some newspaper, published in the county in which he resides, setting forth his name, residence and occupation, and that on a certain day he will apply to the circuit court of his county for such state license; and after the publication of such notice for at least ten days before said application is made and at the time stated in said notice upon application to said court, it may grant such person a license in the following manner, to-wit: The applicant shall file with said court his application in writing, duly verified, which said application shall show: First: That said applicant is a citizen of the United States of America. Second: That such applicant has been a bona fide resident of this state for at least one year next prior to the date of such application, and of the county sixty days next prior thereto. Third: That such applicant is over twenty-one years of age; that he is a person of good moral character, of temperate habits, not addicted to intoxication, and has not been convicted of a felony nor of any offense involving the use on his part of such weapon in an unlawful manner. Fourth: The purpose or purposes for which the applicant desires to carry such weapon and the necessity therefor and the county or counties in which said license is desired to be effective. Upon the hearing of such application the court shall hear evidence upon all matters stated in such application and upon any other matter deemed pertinent by the court, and if such court be satisfied from the proof that there is good

32

Pl.0081

reason and cause for such person to carry such weapon, and all of the other conditions of this act be complied with, said circuit court or the judge thereof in vacation, may grant said license for such purposes, and no other, as said a circuit court may set out in the said license (and the word "court" as used in this act shall include the circuit judge thereof, acting in vacation); but before the said license shall be effective such person shall pay to the sheriff, and the court shall so certify in its order granting the license, the sum of twenty dollars, and shall also file a bond with the clerk of said court, in the penalty of three thousand five hundred dollars, with good security, signed by a responsible person or persons, or by some surety company, authorized to do business in this state, conditioned that such applicant will not carry such weapon except in accordance with his said application and as authorized by the court, and that he will pay all costs and damages accruing to any person by the accidental discharge or improper, negligent or illegal use of said weapon or weapons. Any such license granted after this act becomes effective shall be good for one year, unless sooner revoked, as hereinafter provided, and be co-extensive with the county in which granted, and such other county or counties as the court shall designate in the order granting such license; except that regularly appointed deputy sheriffs having license shall be permitted to carry such revolver or other weapons at any place, within the state, while in the performance of their duties as such deputy sheriffs and except that any such license granted to regularly appointed railway police shall be co-extensive with the state, and all license fees collected hereunder shall be paid by the sheriff and accounted for to the auditor as other license taxes are collected and paid, and the state tax commissioner shall prepare all suitable forms for licenses and bonds and certificates showing that such license has been granted and to do anything else in the premises to protect the state and see to the enforcement of this act. The clerk of the court shall immediately after license is granted as aforesaid, furnish the superintendent of the department of public safety a certified copy of the order of the court granting such license, for which service the clerk shall be paid a fee of two dollars which shall be taxed as cost in the proceeding; within thirty days after this act becomes effective it shall be the duty of the clerks of each court in this state having jurisdiction to issue pistol licenses to certify to the superintendent of the department of public safety a list of all such licenses issued in his county. Provided, that nothing herein shall prevent any person from carrying any such weapon, in good faith and not for a felonious purpose, upon his own premises, nor shall anything herein prevent a person from carrying any such weapon (unloaded) from the place of purchase to his home or place of residence, or to a place of repair and back to his home or residence; but nothing herein shall be construed to authorize any employee of any person, firm or corporation doing business in this state to carry on or about the premises of such employer any such pistol, or other weapon mentioned in this act for which a license is herein required, without having first obtained the license and given the bond as herein provided; and, provided, further, that nothing herein shall prevent agents, messengers and other employees of express companies doing business as common carriers, whose duties require such agents, messengers and other employees to have the care, custody or protection of money, valuables and other property for such express companies, from carrying any such weapon while actually engaged in such duties, or in doing anything reasonably incident to such duties; provided, such express company shall execute a continuing bond in the penalty of thirty thousand dollars, payable unto the state of West Virginia, and with security to be approved by the secretary of state of the state of West Virginia, conditioned that said express company will pay all damages, accruing to anyone by the accidental discharge or improper, negligent or illegal discharge or use of such weapon or weapons by such agent, messenger or other employee while actually engaged in such duties for such express company, in

33

Pl.0082

doing anything that is reasonably incident to such duties; but the amount which may be recovered for breach of such condition shall not exceed the sum of three thousand five hundred dollars in any one case, and such bond shall be filed with and held by the said secretary of state, for the purpose aforesaid, but upon the trial of any cause for the recovery of damages upon said bond, the burden of proof shall be upon such express company to establish that such agent, messenger or other employee was not actually employed in such duties for such express company nor in doing anything that was reasonably incident to such duties at the time such damages were sustained; and, provided further, that nothing herein shall prevent railroad police officers duly appointed and qualified under authority of section thirty-one of chapter one hundred forty-five of Barnes' code or duly qualified under the laws of any other state, from carrying any such weapon while actually engaged in their duties or in doing anything reasonably incident to such duties; provided, such railroad company shall execute a continuing bond in the penalty of ten thousand dollars payable unto the state of West Virginia and with security to be approved by the secretary of state of the state of West Virginia conditioned that said railroad company will pay all damages accruing to anyone by the accidental discharge or improper, negligent or illegal discharge or use of such weapon or weapons by such railroad special police officer whether appointed in this or some other state while actually engaged in such duties for such railroad company, in doing anything that is reasonably incident to such duties, but the amount which may be recovered for breach of such condition shall not exceed the sum of three thousand five hundred dollars in any one case, and such bond shall be filed with and held by the said secretary of state for the purpose aforesaid but upon the trial of any cause for the recovery of damages upon said bond, the burden of proof shall be upon such railroad company to establish that such railroad police officer was not actually employed in such duties for such railroad company nor in doing anything that was reasonably incident to such duties at the time such damages were sustained; and provided, further, that in case of riot, public danger and emergency, a justice of the peace, or other person issuing a warrant, may authorize a special constable and his posse whose names shall be set forth in said warrant, to carry weapons for the purpose of executing a process, and a sheriff in such cases may authorize a deputy or posse to carry weapons, but the justice shall write in his docket the cause and reasons for such authority and the name of the person, or persons, so authorized, and index the same, and the sheriff or other officer shall write out and file with the clerk of the county court the reasons and causes for such authority and the name, or names of the persons so authorized, and the same shall always be open to public inspection, and such authority shall authorize such special constable, deputies and posses to carry weapons in good faith only for the specific purposes and times named in such authority, and upon the trial of every indictment the jury shall inquire into the good faith of the person attempting to defend such indictment under the authority granted by any such justice, sheriff or other officer, and any such person or persons so authorized shall be personally liable for the injury caused to any person by the negligent or unlawful use of any such weapon or weapons. It shall be the duty of all ministerial officers, consisting of the justices of the peace, notaries public and other conservators of the peace of this state, to report to the prosecuting attorney of the county the names of all persons guilty of violating this section, and any person willfully failing so to do, shall be guilty of a misdemeanor and shall be fined not exceeding two hundred dollars, and shall, moreover, be liable to removal from office for such willful failure; and it shall likewise be the duty of every person having knowledge of the violation of this act, to report the same to the prosecuting attorney, and to freely and fully give evidence concerning the same, and any one failing so to do, shall be guilty of a misdemeanor and upon conviction thereof

Pl.0083

shall be fined not exceeding one hundred dollars; provided, further, that nothing herein contained shall be so construed as to prohibit sheriffs, their regularly appointed deputies, who actually collect taxes in each county, and all constables in their respective counties and districts, and all regularly appointed police officers of their respective cities, towns or villages, all jailors and game protectors who have been duly appointed as such, and members of the department of public safety of this state, from carrying such weapons as they are now authorized by law to carry, who shall have given bond in the penalty of not less than three thousand five hundred dollars, conditioned for the faithful performance of their respective duties, which said officers shall be liable upon their said official bond, for the damages done by the unlawful or careless use of any such weapon or weapons, whether such bond is so conditioned or not. It shall be unlawful for any person armed with a pistol, gun, or other dangerous or deadly weapon, whether licensed to carry same or not, to carry, expose, brandish, or use, such weapon in a way or manner to cause, or threaten, a breach of the peace. Any person violating this provision of this act shall be guilty of a misdemeanor, and upon conviction, shall be fined not less than fifty nor more than three hundred dollars or imprisoned in the county jail not less than thirty nor more than ninety days, or be punished by both fine and imprisonment in the discretion of the court. Any circuit court granting any such license to carry any of the weapons mentioned in this act, the governor, or the superintendent of the department of public safety, with the consent of the governor, may, for any cause deemed sufficient by said court, or by the governor or by the superintendent of the department of public safety with the approval of the governor aforesaid, as the case may be, revoke any such license to carry a pistol or other weapon mentioned in this act for which a license is required, and immediate notice of such revocation shall be given such licensee in person, by registered mail or in the same manner as provided by law for the service of other notices, and no person whose license has been so revoked shall be re-licensed within one year thereafter; provided, that the authority so revoking such license may, after a hearing, sooner reinstate such licensee.

## WISCONSIN

Supplement to the Revised Statutes of the State of Wisconsin, 1878, Containing the General Laws from 1879 to 1883, with the Revisers' Notes to the Statutes of 1878 and Notes to Cases Construing and Applying These and Similar Statutes by the Supreme Court of Wisconsin and the Courts of Other States Page 847, Image 889 (1883) available at The Making of Modern Law: Primary Sources. 1882 Offenses Against Lives and Persons of Individuals. §4397a. (1) It shall be unlawful for any person to sell or use, or have in his possession, for the purpose of exposing for sale or use, any toy pistol, toy revolver, or other toy fire-arm. (2) Any person violating any of the provisions of this act, on conviction thereof, shall be punished by imprisonment in the county jail not exceeding six months, or by fine not exceeding one hundred dollars, or by both fine and imprisonment, in the discretion of the court. § 4397b. (1) It shall be unlawful for any minor, within this state, to go armed with any pistol or revolver, and it shall be the duty of all sheriffs, constables, or other public police officers, to take from any minor any pistol or revolver, found in his possession. (2) It shall be unlawful for any dealer in pistols or revolvers, or any other person to sell, loan or give any pistol or revolver to any minor in this state.

1883 Wis. Sess. Laws 290

35

Pl.0084

Section 1. It shall be unlawful for any minor, within this state, to go armed with any pistol or revolver, and it shall be the duty of all sheriffs, constables, or other public police officers, to take from any minor, any pistol or revolver, found in his possession. Section 2. It shall be unlawful for any dealer in pistols or revolvers, or any other person, to sell, loan, or give any pistol or revolver to any minor in this state. Section 3. It shall be unlawful for any person in a state of intoxication, to go armed with any pistol or revolver. Any person violating the provisions of this act, shall be punished by imprisonment in the county jail not exceeding six months, or by fine not exceeding one hundred dollars ($100).

## WYOMING

1890 Wyo. Terr. Sess. Laws 140. Josiah A. Van Orsdel, Attorney General, Revised Statutes of Wyoming, in Force December 1, 1899 Including the Magna Charta, Declaration of Independence, Articles of Confederation, Organic Act of Territory of Wyoming, Act of Admission of the State of Wyoming, Constitution of the United States and of Wyoming, and the Rules of the Supreme Court Page 1253, Image 1253 (1899) available at The Making of Modern Law: Primary Sources.
1890
Furnishing Deadly Weapons to Minor. § 5052. It shall be unlawful for any person to sell, barter or give to any other person under the age of twenty-one years any pistol, dirk or bowie knife, slung-shot, knucks or other deadly weapon that can be worn or carried concealed upon or about the person, or to sell, barter or give to any person under the age of sixteen years any cartridges manufactured and designed for use in a pistol; and any person who shall violate any of the provisions of this section shall be fined in any sum not more than fifty dollars.

Pl.0085

**Plaintiffs' Exhibit J**

Pl.0086

| | | EXHIBIT B | |
|---|---|---|---|
| | | **GUN/WEAPONS RESTRICTIONS FOR MINORS** | |
| **State** | **Year** | **Law** | **Source** |
| AL | 1856 | To Amend the Criminal Law, §1.That anyone who shall sell or give or lend, to any male minor, a bowie knife, or knife or instrument of the like kind or description, by whatever name called, or air gun or pistol, shall, on conviction be fined not less than three hundred, nor more than one thousand dollars. | Acts 17 |
| AL | 1866 | Miscellaneous Offenses § 204. Selling or giving fire-arms to minor. – Any person who sells,  gives, or lends to any boy under eighteen years of age, any pistol, or bowie-knife, or other knife of like kind or description, must, on conviction, be fined not less than fifty, nor more than five hundred dollars. | George Washington Stone, The Penal Code  of Alabama,  Montgomery, 1866 Page 63, (1866) |
| AL | 1876 | Offenses Against Public Health, etc. § 4230 (3751). Selling, giving, or lending, pistol or bowie  knife, or like knife, to boy under eighteen. – Any person who sells, gives, or lends, to any boy  under eighteen years of age, any pistol, or bowie knife, or other knife of like kind or description,  must on conviction, be fined not less, nor more than five hundred dollars. | Wade Keyes, The Code of Alabama, 1876 : with References to  the Decisions of the Supreme Court of the State upon the Construction of the  Statutes; and in Which the General and Permanent Acts of the Session of  1876-7 have been Incorporated Page 901, Image 917 (1877) available at The Making of Modern Law: Primary Sources. 1877 |
| CA | 1896 | Misdemeanors. Section 53. No junk-shop keeper or pawnbroker shall hire, loan or deliver to any  minor under the age of 18 years any gun, pistol or other firearm, dirk, bowie-knife, powder, shot,  bullets or any weapon, or any combustible or dangerous material, without the written consent of  the parent or guardian of such minor. | L. W. Moultrie, City Attorney, Charter and Ordinances of the City of Fresno,  1896 Page 37(1896) |
| CT | 1835 | A By Law in relation to the Firing of Guns and Pistols, within the limits of the city of New-London, and making parents and guardians, and masters, liable for breaches of by-laws by minors and apprentices. Be it ordained by the mayor and aldermen, and common council and freemen of the city of New-London, That no gun or pistol shall be fired at any time within the limits of said city, unless on some public day of review, and then by order of the officers of the military companies of said city, or by permission of the mayor, or one of the aldermen of said city; and whosoever shall fire any gun or pistol, contrary to the form and effect of this by-law, shall for every such offence, forfeit and pay the sum of two dollars, to be recovered by due process in any court in said city, proper to try the same. § 2. And whereas the firing of guns and pistols, crackers, or other fire works is most frequently done by apprentices and minors under age, who are unable to pay the forfeiture incurred by the by-law of this city – be it also ordained that where any minor or apprentice shall be guilty of any breach of the by-laws relating to the firing of guns, pistols, crackers, or other fire-works, the parent, guardian, or master of such minor or apprentice, shall be liable to pay the forfeitures incurred by said by-law, and the same shall be recoverable of any parent, guardian or master, by action of debt brought on said by law, before any court in said city proper to try the same. And it shall be the duty of the city attorney and lawful for any other person to prosecute for said penalty; and one-half of said penalty shall go to the informer, or the person prosecuting for the same, and the other half to the use of the city. | The By-Laws of the City of New London, with the Statute Laws of the State  of Connecticut Relative to Said City Page 47-48, Image 47-48 (1855)  available at The Making of Modern Law: Primary Sources. 1835 Chapter 26. |
| CT | 1871 | Of Trespass on the Case. A person, before he trusts a gun with an incautious person, is bound  to render it perfectly innoxious. Where the defendant negligently and imprudently entrusted a  loaded gun to a young mulatto girl, who discharged it against the son of the plaintiff, and  severely wounded him by which the plaintiff lost his service and was put to great expense for his cure, the defendant was subjected to 100 pounds damages. | Henry Dutton, A Revision of Swift's Digest of the Laws of Connecticut. Also, Practice, Forms and Precedents, in Connecticut Page 564, (Vol 1, 1871) |
| CT | 1881 | Charter of the City of New Haven. Trade. § 18. No person shall sell to any child under the age of sixteen years, without the written consent of the parent or guardian of such child, any  cartridge or fixed ammunition of which any fulminate is a component part, or any gun, pistol or  other mechanical contrivance arranged for the explosion of cartridge, or of any fulminate. | Charter of the City of New Haven Page 142-143, (1881) |
| D.C. | 1892 | CHAP. 159.–An Act to punish the carrying or selling of deadly or dangerous weapons within the District of Columbia, and for other purposes. Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That it shall not be lawful for any person or persons within the District of Columbia, to have concealed about their person any deadly or dangerous weapons, such as daggers, air-guns, pistols, bowie-knives, dirk knives or dirks, blackjacks, razors, razor blades, sword canes, slung shot, brass or other metal knuckles. SEC. 2. That it shall not be lawful for any person or persons within the District of Columbia to carry openly any such weapons as hereinbefore described with intent to unlawfully use the same, and any person or persons violating either of these sections shall be deemed guilty of a misdemeanor, and upon conviction thereof shall, for the first offense, forfeit and pay a fine or penalty of not less than fifty dollars nor more than five hundred dollars, of which one half shall be paid to any one giving information leading to such conviction, or be imprisoned in the jail of the District of Columbia not exceeding six months, or both such fine and imprisonment, in the discretion of the court: Provided, That the officers, non-commissioned officers, and privates of the United States Army, Navy, or Marine Corps, or of any regularly organized Militia Company, police officers, officers guarding prisoners, officials of the United States or the District of Columbia engaged in the execution of the laws for the protection of persons or property, when any of such persons are on duty, shall not be liable for carrying necessary arms for use in performance of their duty: Provided, further, that nothing contained in the first or second sections of this act shall be so construed as to prevent any person from keeping or carrying about his place of business, dwelling house, or premises any such dangerous or deadly weapons, or from carrying the same from place of purchase to his dwelling house or place of business or from his dwelling house or place of business to any place where repairing is done, to have the same repaired, and back again: Provided further, That nothing contained in the first or-second sections of this act shall be so construed as to apply. to any person who shall have been granted a written permit to carry such weapon or weapons by any judge of the police court of the District of Columbia, and authority is hereby given to any such judge to grant such permit for a period of not more than one month at any one time, upon satisfactory proof to him of the necessity for the granting thereof; and further, upon the filing with such judge of a bond, with sureties to be approved by said judge, by the applicant for such permit, conditioned to the United States in such penal sum as said judge shall require for the keeping of the peace, which bond shall be put in suit by the United States for its benefit upon any breach of such condition. SEC. 3. That for the second violation of the provisions of either of the preceding sections the person or persons offending shall be proceeded against by indictment in the supreme court of the District of Columbia, and upon conviction thereof shall be imprisoned in the penitentiary for not more than three years. SEC. 4. That all such weapons as hereinbefore described which shall be so construed as to apply. to any person offending against any of the provisions shall, upon conviction of such person, be disposed of as may be ordered by the judge trying the case, and the record shall show any and all such orders relating thereto as a part of the judgment in the case. | Washington D.C. 27 Stat. 116 (1892) |

**Pl.0087**

| | | | |
|---|---|---|---|
| | | SEC. 5. That any person or persons who shall, within the District of Columbia, sell, barter, hire, lend or give to any minor under the age of twenty-one years any such weapon as hereinbefore described shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, pay a fine or penalty of not less than twenty dollars nor more than one hundred dollars, or be imprisoned in the jail of the District of Columbia not more than three months. No person shall engage in or conduct the business of selling, bartering, hiring, lending, or giving any weapon or weapons of the kind hereinbefore named without having previously obtained from the Commissioners of the District of Columbia a special license authorizing the conduct of such business by such person, and the said Commissioners are hereby authorized to grant such license, without fee therefor, upon the filing with them by the applicant therefor of a bond with sureties, to be by them approved, conditioned in such penal sum as they shall fix to the United States for the compliance by said applicant with all the provisions of this section; and upon any breach or breaches of said condition said bond shall be put in suit by said United States for its benefit, and said Commissioners may revoke said license. Any person engaging in said business without having previously obtained said special license shall be guilty of a misdemeanor and upon conviction thereof shall be sentenced to pay a fine of not less than one hundred dollars nor more than five hundred dollars, of which one half shall be paid to the informer, if any, whose information shall lead to the conviction of the person paying said fine. All persons whose business it is to sell barter, hire, lend or give any such weapon or weapons shall be and they hereby, are, required to keep a written register of the name and residence of every purchaser, barterer, hirer, borrower, or donee of any such weapon or weapons, which register shall be subject to the inspection of the major and superintendent of Metropolitan Police of the District of Columbia, and further to make a weekly report, under oath to said major and superintendent of all such sales, barterings, hirings, lendings or gifts. And one half of every fine imposed under this section shall be paid to the informer, if any, whose information shall have led to the conviction of the person paying said fine. Any police officer failing to arrest any person guilty in his sight or presence and knowledge, of any violation of any section of this act shall be fined not less than fifty nor more than five hundred dollars.<br>SEC. 6. That all acts or parts of acts inconsistent with the provisions of this act be, and the same hereby are, repealed. | |
| D.C. | 1932 | CARRYING CONCEALED WEAPONS<br>SEC. 4. No person shall within the District of Columbia carry concealed on or about his person, except in his dwelling house or place of business or on other land possessed by him, a pistol, without a license therefor issued as hereinafter provided, or any deadly or<br>dangerous weapon.<br>EXCEPTIONS<br>SEC. 5. The provisions of the preceding section shall not apply to marshals, sheriffs, prison or jail wardens, or their deputies, policemen or other duly appointed law-enforcement officers, or to members of the Army, Navy, or Marine Corps of the United States or of the National Guard or Organized Reserves when on duty, or to the regularly enrolled members of any organization duly authorized to purchase or receive such weapons from the United States, provided such members are at or are going to or from their places of assembly or target practice, or to officers or employees of the United States duly authorized to carry a concealed pistol, or to any person engaged in the business of manufacturing, repairing or dealing in firearms, or the agent or representative of any such person having in his possession, using, or carrying a pistol in the usual or ordinary course of such business or to any person while carrying a pistol unloaded and in a secure wrapper from the place of purchase to his home or place of business or to a place of repair or back to his home or place of business or in moving goods from one place of abode or business to another.<br>ISSUE OF LICENSES TO CARRY<br>SEC. 6. The superintendent of police of the District of Columbia may, upon the application of any person having a bona fide residence or place of business-within the District of Columbia or of any person having a bona fide residence or place of business within the United States and a license to carry a pistol concealed upon his person issued by the lawful authorities of any State or subdivision of the United States, issue a license to such person to carry a pistol within the District of Columbia for not more than one year from date of issue, if it appears that the applicant has good reason to fear injury to his person or property or has any other proper reason for carrying a pistol and that he is a suitable person to be so licensed. The license shall be in duplicate, in form to be prescribed by the Commissioners of the District of Columbia and shall bear the name, address, description, photograph, and signature of the licensee and the reason given for desiring a license. The original thereof shall be delivered to the licensee, and the duplicate shall be retained by the superintendent of police of the District of Columbia and preserved in his office for six years.<br>SELLING TO MINORS AND OTHERS<br>SEC. 7. No person shall within the District of Columbia sell any pistol to a person who he has reasonable cause to believe is not of sound mind, or is a drug addict, or is a person who has been convicted in the District of Columbia or elsewhere of a crime of violence or, except when the relation of parent and child or guardian and ward exists, is under the age of eighteen years. | Washington D.C. 47 Stat. 650, 651-652 (1932) |

Pl.0088

| DE | 1812 | An Act to prevent the discharging of fire-arms within the towns and villages, and other public places within this State, and for other purposes.<br>SEC. 1. Be it enacted by the Senate and House of Representatives of the State of Delaware, in General Assembly met, That from and after the first day of June next, if any person or persons shall presume to fire or discharge any gun, ordnance, musket, fowling-piece, fusee or pistol, within any of the towns or villages of this State, or within the limits thereof; of where the limits cannot be ascertained, within one quarter of a mile of the center of such town or village, shall fire or discharge any gun, ordnance, musket, fowling piece, fusee or pistol, within or on any of the greens, streets, alleys or lanes of any of the towns and villages within this State, whereon any buildings are or shall be erected, or within one hundred yards of any mill-dam, over or across where any of the main public or State roads may go or pass; every person or persons so offending, shall be fined or punished as hereinafter directed.<br><br>SEC. 2. And be it enacted by the authority aforesaid, That if any free white person or persons, or the child or children of any such person or persons, shall fire or discharge any gun, ordnance, musket, fowling-piece, fusee or pistol, within any, or at any of the places or limits aforesaid, every such person or persons, or the child or children of every such person or persons, shall forfeit and pay for every such offence, any sum, not exceeding five dollars, to be recovered from the person or persons, or from the parent of such child or children, before any justice of the peace of this State, on his own view, or on the oath or affirmation of any one or more credible witnesses, to be recovered as debts under forty shillings are recoverable by the laws of the State.<br>SEC. 3. And be it enacted by the authority aforesaid, That if any free negro or mulatto, or the child or children of any such free negro or mulatto, or any manumitted negro or mulatto, or any servant or servants, slave or slaves, apprentice or apprentices, of any person or persons whatsoever, shall fire or discharge any gun, ordnance, musket, fusee, fowling-piece or pistol, within the limits herein before described, and be thereof convicted by the view of any one justice of the peace, or on the oath or affirmation of one or more credible witnesses, every person so offending, shall forfeit and pay any sum, not exceeding five dollars: Provided nevertheless, That in all and every case where the money is not immediately paid on such conviction, into the hands of the justice before whom such conviction is had, it shall and may be lawful, and the said justice is hereby directed and commanded to commit such person or persons to the fail of his county, there to remain, until the forfeitures and costs are paid.<br>SEC. 4. And be it enacted by the authority aforesaid, That all fines and forfeitures incurred under this law, shall be paid over for the use of the poor of the county where the offence shall have been committed.<br>SEC. 5. Provided nevertheless, and be it enacted by the authority aforesaid, That nothing in this act shall extend, or be construed to prevent any such firing, on any day or days of public rejoicing, or where it is authorized by any law of this State, or where it shall be deemed by the justice before whom the information is lodged, that the necessity of the case required the same. | Act of Feb. 4, 1812, 195 Del. Laws 522 (1812) |
| DE | 1881 | An Act Providing for the Punishment of Persons Carrying Concealed Deadly Weapons, § 1.  That if any person shall carry concealed a deadly weapon upon or about his person other than  an ordinary pocket knife, or shall knowingly sell a deadly weapon to a minor other than an  ordinary pocket knife, such person shall, upon conviction thereof, be fined not less than twenty-  five nor more than one hundred dollars or imprisoned in the county jail for not less than ten nor  more than thirty days, or both at the discretion of the court: Provided, that the provisions of this  section shall not apply to the carrying of the usual weapons by policemen and other peace  officers. § 2. If any person shall, except in lawful self-defense discharge any firearm in any  public road in this State, shall be deemed guilty of a misdemeanor and upon conviction thereof  shall be punished by fine not exceeding fifty dollars or by imprisonment not exceeding one  month, or both at the discretion of the court. 16 Del. Laws 716 (1881). | Revised Statutes of the State of Delaware, of Eight Hundred and Fifty-Two.  As They Have Since Been Amended, Together with the Additional Laws  of a Public and General Nature, Which Have Been Enacted Since the  Publication of the Revised Code of Eighteen Fifty-Two. To the Year of Our  Lord One Thousand Eight Hundred and Ninety-Three; to Which are Added  the Constitutions of the United States and of this State, the Declaration of  Independence, and Appendix Page 987, (1893) |
| DE | 1881 | An Act Providing for the Punishment of Persons Carrying Concealed Deadly Weapons, ch. 548, § 1.<br>That if any person shall carry concealed a deadly weapon upon or about his person other than  an ordinary pocket knife, or shall knowingly sell a deadly weapon to a minor other than  ordinary pocket knife, such person shall, upon conviction thereof, be fined not less than twenty-  five nor more than two hundred dollars or imprisoned in the county jail for not less than ten nor  more than thirty days, or both at the discretion of the court: Provided, that the provisions of this  section shall not apply to the carrying of the usual weapons by policemen and peace officers. | Del. Laws 987 |
| DE | 1918 | Minors Under Fifteen Not to Use Gun Unless Accompanied by an Adult, § 2382 A. Sec. 25 A.  1918 It shall be unlawful for  any minor under fifteen years of age to hunt game birds or game  animals anywhere in this state with a rifle or shotgun of any kind unless accompanied by an  adult lawfully hunting. | 1918–1919 Del. Laws 484 |
| DE | 1919 | It shall be unlawful for any person or persons, or a member of any firm, or the agents or officers  of any corporation to sell to a minor or any intoxicated person, any revolver, pistol, or revolver  or pistol cartridges, stiletto, steel or brass knuckles, or other deadly weapons made for the  defense of one's person.<br><br>It shall be the duty of any person or persons, firm, company or corporation desiring to engage in the business aforesaid, to keep and maintain in his place of business at all times a book which  shall be furnished him by the Clerk of the Peace of the County wherein he does business, in  which said book he shall enter the date of the sale, the name and address of the person  purchasing any such deadly weapon, the number and kind of deadly weapon so purchased, the  color of the person so purchasing the same, and the apparent age of the purchaser, and the  names and addresses of at least two freeholders resident in the County wherein the sale is  made, who shall positively identify the purchaser before the sale can be made; Provided, that  no clerk, employee or other person associated with the seller shall act as one of the identifying  freeholders. This book shall at all times be open for inspection by any Judge, Justice of the  Peace, Police Officer, Constable, or other Peace Officer of this State. | Vol. 30 Del. Laws 55, 55-56 (1919) Section 222. |

Pl.0089

| | | | |
|---|---|---|---|
| FL | 1881 | Fla. Laws 87, An Act to Prevent the Selling, Hiring, Bartering, Lending or Giving to § 1. it shall be unlawful for any person or persons to sell, hire, barter, lend or give to any minor under sixteen years of age any pistol, dirk or other arm or weapon, other than an ordinary pocket-knife, or a gun or rifle used for hunting, without the permission of the parent of such minor, or the person having charge to such minor, and it shall be unlawful for any person or persons to sell, hire, barter, lend or give to any person or persons of unsound mind any dangerous weapon, other than an ordinary pocket-knife. § 2. Any person so offending shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined not less than twenty nor more than fifty dollars, or imprisoned in the county jail not more than three months. | Fla. Laws 87 |
| GA | 1876 | Section I. That from an after the passage of this Act it shall not be lawful for any person or persons knowingly to sell, give, lend or furnish any minor or minors any pistol, dirk, bowie knife or sword cane. Any person found guilty of a violation of this Act shall be guilty of a misdemeanor, and punished as prescribed in section 4310 of the Code of 1873: Provided, that nothing herein contained shall be construed as forbidding the furnishing of such weapons under circumstances justifying their use in defending life, limb or property. Sec. II. Repeals conflicting laws. | Ga. Laws 112. |
| GA | 1920 | Laws 134, § 2. 1910 forbids the sale of pistols to minors and makes the violations of the statute a misdemeanor). See Spires v. Goldberg, 26 Ga. App. 530 (1921). | Ga. Laws 134, § 2. 1910 |
| HI | 1927 | Section 8. Selling to minors. No person shall sell, barter, hire, lend, or give any pistol or revolver to any person under the age of eighteen years. | Haw. Sess. Laws 209-217 , AN ACT Regulating the Sale, Transfer and Possession of Certain Firearms and Ammunitions, and Amending Sections 2136, 2137, 2138, 2139, 2140, 2141, 2142, 2143, 2146 and 2147 of the Revised Laws of Hawaii 1925 (the "Small Arms Act"), § 8. |
| HI | 1933 | § 4. No person residing or doing business or temporarily sojourning within the Territory shall take possession of any fire arm of any description, whether usable or unusable, serviceable or unserviceable, modern or antique, registered under prior Acts or unregistered, or of any ammunition of any kind or description, except shotgun ammunition, either through sale, gift, loan, bequest, or otherwise, whether procured in the Territory or imported by mail, express, freight, or otherwise, until he shall first have procured from the chief of police of the city and county of Honolulu or the sheriff of the county, other than the city and county of Honolulu, wherein is his place of business, or if there be no place of business, his residence, or if there be neither place of business nor residence, his place of sojourn, a permit to acquire as prescribed herein. The chief of police of the city and county of Honolulu or the sheriffs of the several counties, other than the city and county of Honolulu, are hereby authorized, within their discretion, to issue permits, within their respective jurisdictions, to acquire rifles, pistols, and revolvers to citizens of the United States, of the age of twenty years or more, and to duly accredited official representatives of foreign nations. Permits to acquire ammunition for rifles, pistols and revolvers acquired prior to the effective date of this Act and registered in accordance with the provisions hereof, may be granted persons [sic] of the age of twenty years or more irrespective of citizenship. Permits to acquire shotguns may be granted to persons of the age of sixteen years or more, irrespective of citizenship. Applications for such permits shall be signed by the applicant upon forms to be specified by the bureau of crime statistics, and shall be signed by the issuing authority. One copy of such permit shall be retained by the issuing authority, as a permanent official record. Such permit shall be void unless used within ten days after the date of issue. In all cases where possession is acquired from another person in the Territory the permit shall be signed in ink by the holder thereof and shall thereupon he delivered to and taken up by the person selling, loaning, giving or delivering the firearm or ammunition, who shall make entry thereon setting forth in the space provided therefor the name of the person to whom the firearm or ammunition was delivered, and the make, style, caliber, and number, as applicable. He shall then sign it in ink and cause it to be delivered or sent by registered mail to the issuing authority within forty-eight hours. In case receipt of such firearms or ammunition is had by mail, express, freight, or otherwise, from sources outside the Territory, the person to whom such permit has been issued, shall make the prescribed entries thereon, sign in ink, and cause it to be delivered or sent by registered mail to the issuing authority within forty-eight hours after taking possession of the firearms or ammunition. No person shall sell, give, loan, or deliver into the possession of another any firearm or ammunition except in accordance with the Provisions of this section. Any person acquiring a firearm or ammunition under the provisions of this section shall, within five days of acquisition, register same in the manner prescribed by Section 3 of this Act. No fee shall be charged for permits under this section. Any person who violates any provision of this section shall be punished by a fine of not more than five hundred dollars ($500.00) or imprisonment for not more than one year, or by both. | Haw. Sess. Laws 37-38, An Act Regulating the Sale, Transfer, and Possession of Firearms and Ammunition, § 4. |
| IA | 1884 | Section 1. That it shall be unlawful for any person to knowingly sell, present or give any pistol, revolver or toy pistol to any minor. Sec. 2. Any violation of this act shall be punishable by a fine of not less than twenty-five nor more than one hundred dollars or by imprisonment in the county jail of not less than ten nor more than thirty days. Sec. 3. This act being deemed of immediate importance shall be in full force and take effect from and after its publication in the Iowa State Leader and Iowa State Register, newspapers published at Des Moines, Iowa. | Iowa Acts 86. |
| IA | 1887 | Ordinances, City of Council Bluffs, Shooting Gallery, § 5. No person shall carry on or take part in carrying on any pistol gallery or shooting gallery without license therefor from said city, and the charge for such license shall be ten dollars per month, or fifty dollars per annum. §6. No licensee or his employee, or any person in charge of any pin alley, ball alley, pistol gallery or shooting gallery, shall at any time, without gain or profit, permit or allow any minor to be or remain in or about the same to play thereat, under penalty of the same fine and forfeiture as set forth in section 2 of this chapter. | Geoffrey Andrew Holmes, Compiled Ordinances of the City of Council Bluffs, and Containing the Statutes Applicable to Cities of the First-Class, Organized under the Laws of Iowa Page 168-169, Image 171-172 (1887) available at The Making of Modern Law: Primary Sources. |
| IA | 1987 | § 5004. Selling Firearms to Minors. No person shall knowingly sell, present or give any pistol, revolver or toy pistol to any minor. Any violation of this section shall be punished by a fine of not less than twenty-five nor more than one hundred dollars, or by imprisonment in the county jail not less than ten nor more than thirty days. | Annotated Code of the State of Iowa Containing All the Laws of a General Nature Enacted by The Twenty-Sixth General Assembly at the Extra Session, Which Adjourned July 2, 1897 Page 1955, Image 787 (Vol. 1, 1897) available at The Making of Modern Law: Primary Sources. |

Pl.0090

| | | | |
|---|---|---|---|
| ID | 1909 | An Act To Regulate the Use and Carrying of Concealed Deadly Weapons and to Regulate the Sale or Delivery of Deadly Weapons to Minors Under the Age of Sixteen Years to Provide a Penalty for the Violation of the Provisions of this Act, and to Exempt Certain Persons, § 1. If any person . . . or shall have or carry any such weapon upon or about his person when intoxicated, or under the influence of intoxicating drinks, or shall, directly or indirectly, sell or deliver, loan or barter to any minor under the age of sixteen (16) years any such weapon,  without the consent of the parent or guardian of such minor, he shall upon conviction, be  punished by a fine of not less than twenty-five dollars ($25.00) nor more than two hundred  dollars ($200.00), or by imprisonment in the county jail for a period of not less than twenty (20)  nor more than sixty (60) days, or by both such fine and imprisonment: Provided, however, that it  shall be a good defense to the charge of carrying such concealed weapons if the defendant  shall show that he has been threatened with great bodily harm or had good reason to carry the same in the necessary defense of his person, family home or property. | Id. Sess. Laws 6, An Act To Regulate the Use and Carrying of Concealed  Deadly Weapons and to Regulate the Sale or Delivery of Deadly Weapons  to Minors Under the Age of Sixteen Years to Provide a Penalty for the  Violation of the Provisions of this Act, and to Exempt Certain Persons, § 1. |
| IL | 1873 | Ordinances of Chicago: An Ordinance Prohibiting the Sale to or Furnishing Minors with  Firearms. § 1. That no person within said city shall sell to or in any manner furnish any minor  with any gun, pistol, revolver, or other firearms; and any person offending against this  ordinance with conviction be fined in a sum not less than twenty-five dollars nor more than one hundred dollars for each. | Proceedings of the Common Council of the City of Chicago Page 140, Image 185 (Vol. 5, 1874) available at The Making of Modern Law: Primary  Sources. |
| IL | 1882 | Deadly Weapons: Selling or Giving to Minor. § 54b. Whoever, not being the father, guardian, or employer or the minor herein named, by himself or agent, shall sell, give, loan, hire or barter, or shall offer to sell, give, loan, hire or barter to any minor within this state, any pistol, revolver,  derringer, bowie knife, dirk or other deadly weapon of like character, capable of being secreted  upon the person, shall be guilty of a misdemeanor, and shall be fined in any sum not less than twenty-five dollars ($25), nor more than two hundred ($200). | Harvey Bostwick Hurd, Late Commissioner, The Revised Statutes of the  State of Illinois. 1882. Comprising the "Revised Statutes of 1874," and All  Amendments Thereto, Together with the General Acts of 1875, 1877, 1879,  1881 and 1882, Being All the General Statutes of the State, in Force on the  First Day of December, 1882 Page 375, Image 392 (1882) available at The Making of Modern Law: Primary Sources. |
| IL | 1914 | Ordinance of May 25, 1914, § 4a. It shall be unlawful for any person, firm or corporation to sell,  barter or give away to any person within the City of Chicago, any pistol, revolver, derringer,  bowie knife, dirk or other weapon of like character which can be concealed on the person,  except to licensed dealers and to persons who have secured a permit for the purchase of such  articles from the general superintendent of police as hereinafter required; provided, this section  shall not apply to sales made of such articles which are delivered or furnished outside the City  of Chicago. § 5. It shall be unlawful for any person to purchase any pistol, revolver, derringer,  bowie knife, dirk or other weapon of like character, which can be concealed on the person,  without first securing from the General Superintendent of Police a permit so to do. Before any  such permit is granted, an application in writing shall be made therefor, setting forth in such  application the name, address, age, height, weight, complexion, nationality and other elements  of identification, of the person desiring such permit, and the applicant shall present such  evidence of good character as the General Superintendent of Police in his discretion may  require. § 6. It shall be the duty of the General Superintendent of Police to refuse such permit to (a) All persons having been convicted of any crime. (b) all minors. "Otherwise, in case he shall  be satisfied that the applicant is a person of good moral character, it shall be the duty of the  General Superintendent of Police to grant such permit, upon the payment of a fee of one dollar. § 8. Any person, firm or corporation violating any of the provisions of this ordinance, shall be  fined not less than Fifty Dollars ($50.00) nor more than Two hundred Dollars ($200.00) for each  offense, and every purchase, sale or gift of any weapon mentioned in this ordinance shall be  deemed a separate offense. | Samuel A. Ettelson, Opinions of the Corporation Counsel and Assistants  from May 1, 1915, to June 30, 1916 Page 458-459, IMage 458-459 (Vol. 7,  1916) available at The Making of Modern Law: Primary Sources. |
| IL | 1917 | It shall be the duty of the general superintendent of police to refuse such permit to (a) all  persons having been convicted of any crime; (b) all minors. Otherwise, in case he shall be  satisfied that the applicant is a person of good moral character, it shall be the duty of the  General superintendent of police to grant such permit upon the payment of a fee of one dollar. | Samuel Irwin, Reports of Cases At Law And In Chancery 566 (vol. #278,  Chicago, Ill, 1917). |
| IN | 1875 | An Act to prohibit the sale, gift or bartering of deadly weapons or ammunition therefor, to  minors. § 1. Be it enacted by the General Assembly of the State of Indiana, That it shall be  unlawful for any person to sell, barter, or give to any other person, under the age of twenty-one  years, any pistol, dirk, or bowie-knife, slung-shot, knucks, or other deadly weapon that can be  worn, or carried, concealed upon or about the person, or to sell, barter, or give to any person,  under the age of twenty-one years, any cartridges manufactured and designed for use in a pistol. § 2 Be it further enacted, That any person who shall  violate any of the provisions of the  foregoing section shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall  be fined in any sum not less than five dollars, nor more than fifty dollars. | Edwin Augustine Davis, LL.B., The Statutes of the State of Indiana:  Containing the Revised Statutes of 1852, with the Amendments Thereto,  and the Subsequent Legislation, 246with Notes and References to Judicial  Decisions. Second Edition Vol. 2 Page 482, Image 493 (1877) available at  The Making of Modern Law: Primary Sources. |
| IN | 1905 | It shall be unlawful for any person to sell, barter or give to any other person under the age of  twenty-one years any pistol, dirk or bowie-knife, slung-shot, knucks or other deadly weapon that  can be worn or carried concealed upon or about the person, or to sell, barter or give to any  person under the age of twenty-one years any cartridges manufactured and designed to be  used in a pistol or revolver. Any person who shall violate any of the provisions of this section  shall be deemed guilty of a misdemeanor, and, on conviction hall be fined not less than five dollars nor more than fifty dollars. | Ind. Acts 688, Weapon— Furnishing to Minor, § 450. |
| IN | 1925 | Sec 8. Any person or persons who shall, within the State of Indiana, sell, barter, hire, lend, or  give to any minor under the age of twenty-one years, any pistol or revolver shall be deemed  guilty of a misdemeanor and shall upon conviction thereof be fined not more than one hundred  dollars, or be imprisoned for not more than three months, or both, except for uses as  hereinbefore provided. | Ind. Acts 496, ch. 207, An Act to Regulate and Control the Possession,  Sale, and Use of Pistols and Revolvers in the State of Indiana |
| IN | 1929 | Be it enacted by the general assembly of the State of Indiana, That any person who being over  sixteen years of age, commits or attempts to commit either the crime of rape, robbery, bank  robbery, petit larceny or grand larceny while armed with a pistol, revolver, rifle, shotgun,  machine gun or any other firearm or any dangerous or deadly weapon, or while any other  person present and aiding or assisting in committing or attempting to commit either of said  crimes is armed with any of said weapons, shall be guilty of a seperate felony in addition to the  crimes above named and upon conviction shall be imprisoned for a determinate period of not more than twenty years.... | Ind. Acts 139, Criminal Offenses—Commission of or Attempt to Commit  Crime While Armed with Deadly Weapon, ch.55, § 1. |
| IN | 1986 | It shall be unlawful for any person to sell, barter or give to any other person under the age of  twenty-one years any pistol, dirk or bowie-knife, slung-shot, knucks or other deadly weapon that  can be worn or carried concealed upon or about the person, or to sell, barter or give to any  person under the age of twenty-one years any cartridges manufactured and designed to be  used in a pistol. 1987. Any person who shall violate any of the provisions of this section shall be  deemed guilty of a misdemeanor, and, on conviction hall be fined not less than five dollars nor more than fifty dollars. | The Revised Statutes of the State of Indiana, the Revision of 1881 and All  General Laws Enacted to that Revision (1888) Section 1986-87, Furnishing  Deadly Weapon to Minor. 1881 - 1986. |

Pl.0091

| | | | |
|---|---|---|---|
| KS | 1883 | Any person who shall sell, trade, give, loan or otherwise furnish any pistol, revolver or toy pistol, by which cartridges or caps may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot, or other dangerous weapons to any minor, or to any person of notoriously unsound mind, shall be deemed guilty of a misdemeanor, and shall, upon conviction before any court of competent jurisdiction, be fined not less than five nor more than one hundred dollars. § 2. Any minor who shall have in his possession any pistol, revolver or toy pistol, by which cartridges may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot or other dangerous weapon, shall be deemed guilty of a misdemeanor, and upon conviction before any court of competent jurisdiction shall be fined not less than one nor more than ten dollars. | Kan. Sess. Laws 159, An Act to Prevent Selling, Trading or Giving Deadly Weapons or Toy Pistols to Minors, and to Provide Punishment Therefor, ch. 106, §§ 1-2. § 1. |
| KS | 1887 | Any person who shall give, trade, loan or otherwise furnish any pistol, revolver, or toy pistol by which cartridges or caps may be exploded, or any dirk, bowie-knife sling shot or toy known as "rubber sling shot" or other dangerous weapon, to any minor or to any person of notoriously unsound mind, shall be deemed guilty of a misdemeanor, and shall upon conviction before the Police Judge be fined not less than five nor more than one hundred dollars. § 14. Having Possession of the Same. Any minor who shall have in his possession any pistol, revolver, or toy pistol by which cartridges may be exploded or any dirk, bowie knife, brass knuckles, sling shot or toy known as "rubber sling shot" or other dangerous weapons shall be deemed guilty of a misdemeanor and upon conviction shall be fined not less than one nor more than ten dollars. | Sam Kimble Revised Ordinances of the City of Manhattan and Rules of the Council Page 49-50, Image 51-52 (1887) available at The Making of Modern Law: Primary Sources. 1887 Ordinances of Manhattan, KS; Offenses Against the Public Peace, Health and Safety, Toy Pistols, §13. |
| KY | 1853 | No. 68. An Ordinance as to Retailing Gun Powder. No person shall retail gunpowder to minors under fifteen years of age, or free colored persons, without authority from his parent or guardian, or to slaves without authority from his master. Any person doing so in either case, shall be fined twenty dollars. | Oliver H. Strattan, City Clerk A Collection of the State and Municipal Laws, in Force, and Applicable to the City of Louisville, Ky. Prepared and Digested, under an Order from the General Council of Said City by Oliver H. Strattan and John M. Vaughan, City Clerks, which Includes the State Constitution and City Charter, with Notes of Reference Page 175, Image 176 (1857) available at The Making of Modern Law: Primary Sources. |
| KY | 1859 | If any person, other than the parent or guardian, shall sell, give or loan, any pistol, dirk, bowie- knife, brass knucks, slung-shot, colt, cane-gun, or other deadly weapon, which is carried concealed, to any minor, or slave, or free negro, he shall be fined fifty dollars. | Ky. Acts 245, An Act to Amend an Act Entitled "An Act to Reduce to One of the Several Acts in Relation to the Town of Harrodsburg," § 23. |
| KY | 1860 | If any person, other than the parent or guardian, shall sell, give, or loan, any pistol, dirk, bowie- knife, brass-knucks, slung-shot, colt, cane-gun, or other deadly weapon, which is carried concealed, to any minor, or slave, or free negro, he shall be fined fifty dollars. | Ky. Acts 245, AN ACT to amend an act, entitled "An act to reduce into one several acts in relation to the town of Harrodsburg, Ch. 33, § 23. |
| LA | 1890 | . . . [I]t shall be unlawful, for any person to sell, or lease or give through himself or any other person, any pistol, dirk, bowie-knife or any other dangerous weapon which may be carried concealed to any person under the age of twenty-one years. | La. Acts 39, An Act Making it a Misdemeanor for Any Person to Sell, Give or Lease, to Any Minor, Any Pistol, Bowie-Knife, Dirk or Any Weapons, Concealed or Carried or Used as a Concealed Weapon, § 1. |
| LA | 1893 | Ordinances of the City of New Orleans. Offences, Misdemeanors and Nuisances. § 1342. It shall be unlawful for any one to sell, or lease, or give through himself or any other person, any pistol, dirk, bowieknife, toy pistol for which cartridges are used, or any other dangerous weapon which may be carried concealed, to any person under the age of eighteen years. § 1343. That any person violating the provisions of this ordinance shall be deemed guilty of a misdemeanor and shall be liable to a fine not exceeding twenty-five dollars or imprisonment for a period not exceeding thirty days, or both, at the discretion of the Recorder having jurisdiction. | John Q. Flynn Flynn's Digest of the City Ordinances, Together with the Constitutional Provisions, Acts of the General Assembly, and Decisions of the Courts Relative to the Government of the City of New Orleans Page 545, Image 617 (1896) available at The Making of Modern Law: Primary Sources. |
| MA | 1882 | Of Explosive Compounds. Penalty for selling guns, pistols, cartridges, etc., to children. § 1. Whoever sells to a child under the age of sixteen years, without the written consent of its parent or guardian, any cartridge or fixed ammunition of which any fulminate is a component part, or a gun, pistol, or other mechanical contrivance arranged for the explosion of such cartridge or of any fulminate, shall be liable to a penalty of not less than five nor more than fifty dollars. | Report of Commissioners on Revision of Ordinances Page 141, Image 146 (1882) available at The Making of Modern Law: Primary Sources |
| MA | 1884 | Ordinances of the City of Boston. Of Fire-Arms, Bonfires, and Brick-Kilns. § 4. No person shall sell to any child under the age of sixteen years without the written consent of a parent or guardian of such child, any cartridge or fixed ammunition of which any fulminate is a component part, or any gun, pistol, or other mechanical contrivance arranged for the explosion of such cartridge, or of any fulminate. But the provisions of this section shall not apply to paper caps of which the only component parts are chlorate of potash and sulphide of antimony, nor to any appliance for exploding the same. The provisions of this section shall be inserted in every license granted for the sale of gunpowder. | The Revised Ordinances of 1885, of the City of Boston, as Passed and Approved December 14, 1885. (With Amendments Thereto, Passed and Approved, to May 1, 1886): Being the Ninth Revision. To Which are Added the Revised Standing Regulations of the Board of Aldermen. 9th Rev. Page 172, Image 182 (1886) available at The Making of Modern Law: Primary Sources. |
| MA | 1909 | Section ninety-two of chapter one hundred and two of the Revised Laws is hereby amended by inserting after the word "firearms", in the second line, the words — air guns, — so as to read as follows: Section 92. Whoever sells or furnishes to a minor under the age of fifteen years any firearms, air guns or other dangerous weapon shall be punished by a fine of not less than ten nor more than fifty dollars for each offence; but instructors and teachers may furnish military weapons to pupils for instruction and drill. | Acts 148, An Act to Prohibit the Sale of Air Guns to Certain Minors |
| MA | 1922 | Whoever sells or furnishes to a minor under the age of fifteen, or to an unnaturalized foreign born person who has who has not a permit to carry firearms under section one hundred and thirty-one, any firearm, air gun or other dangerous weapon or ammunition therefor shall be punished by a fine of not less than ten nor more than fifty dollars, but instructors and teachers may furnish military weapons to pupils for instruction and drill. | Acts 563, ch. 485, An Act Relative to the Sale and Carrying of Firearms, ch. 485, § 8 (amending § 130) § 8 (amending § 130). |
| MD | 1882 | Section 1. Be it enacted by the General Assembly of Maryland, That it shall be unlawful for any person or persons within the State of Maryland to manufacture or sell, barter or give away the cartridge toy pistol to any one whomsoever Sec. 2. Be it enacted, That it shall be unlawful for any person, be he or she licensed dealer or not, to sell, barter or give away any firearm whatsoever or other deadly weapons, except shotgun, fowling pieces and rifles, to any person who is a minor under the age of twenty-one years. Any person or persons violating any of the provisions of this act shall, on conviction thereof, pay a fine of not less than fifty nor more than two hundred dollars, together with the cost of prosecution, and upon failure to pay said fine and cost, be committed to jail and confined therein until such fine and costs are paid, or for the period of sixty days, whichever shall first occur. | Md. Laws 656 |
| MD | 1904 | § 1. Be it enacted by the General Assembly of Maryland, That it shall be unlawful for all persons under the age of fifteen years to carry or have in his or her possession any shot gun, rifle, revolver or other firearm of any description within the limits of Garrett County. § 2. And be it enacted, That any person convicted of violating this Act before any court of competent jurisdiction shall be fined not less than five dollars nor more than twenty dollars, or be imprisoned in the county jail for not less than ten nor more than thirty days for each and every offense. | Md. Laws 295, An Act to Prohibit all Persons Under Fifteen Years of Age from Carrying or Having in Their Possession Firearms of any Description Within the Limits of Garrett County, ch. 177, §§ 1-2 |

Pl.0092

| MD | 1908 | It shall be unlawful for any person under the age of twenty-one years to fire a gun, cat rifle, pistol, or any explosive instrument of metal, within one mile in any direction of the Library Hall in Catonsville, Baltimore county; and any person under said age of twenty-one years, violating this section, shall upon conviction before the Circuit Court, or any justice of the peace for said county, be fined a sum not less than one dollar nor more than ten dollars, or be imprisoned in the county jail for not less than five days nor more than thirty days, or be fined and imprisoned, in the discretion of the court or the justice of the peace. | Md. Laws 397, § 31. |
|---|---|---|---|
| ME | 1892 | Nuisances. Sale of blank cartridges and pistols prohibited. § 4. No person shall sell to any child under the age of sixteen years, without the written consent of a parent or guardian of such child, any blank cartridge, or any pistol, or mechanical contrivance specially arranged or designed for the explosion of the same and any person violating the provisions of this ordinance shall be liable to a penalty of not less than fifty, and not exceeding one hundred dollars, to be recovered on complaint to the use of the City of Portland. | Seth L. Haarrabee, The Charter and Ordinances of the City of Portland , Me.Page 136, Image 150 (1892) available at The Making of Modern Law: Primary Sources. |
| MI | 1883 | That no person shall sell, give, or furnish to any child under the age of thirteen years, any cartridge of any form or material, or any pistol, gun, or other mechanical contrivance, specially arranged or designated for the explosion of the same. | Mich. Pub. Acts 144, An Act To Prevent The Sale And Use Of Toy Pistols, § 1. |
| MO | 1883 | If any person shall carry concealed, upon or about his person, any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill or meetings called under the militia law of this state, having upon or about his person any kind of fire arms, bowie knife, dirk, dagger, slung-shot, or other deadly weapon, or shall in the presence of one or more persons shall exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, or shall directly or indirectly sell or deliver, loan or barter to any minor any such weapon, without the consent of the parent or guardian of such minor, he shall, upon conviction, be punished by a fine of not less than twenty-five nor more than two hundred dollars, or by imprisonment in the county jail not exceeding six months, or by both such fine and imprisonment. | MO. REV. STAT. § 1274 (1879), reprinted in 1 The Revised Statutes of the State of Missouri 1879 224 (John A. Hockaday et al. eds. 1879). 1883 Mo. Laws 76, An Act To Amend Section 1274, Article 2, Chapter 24 Of The Revised Statutes Of Missouri, Entitled "Of Crimes And Criminal Procedure," § 1. |
| MO | 1887 | Ordinances of the City of St. Louis. Minors – Conditions of Sale to, of Ammunition. – No person shall sell to any child under the age of sixteen years, without the written consent of the parents or guardian of such child, any cartridge of fixed ammunition of which any fulminate is a component part, or any gun, pistol or other mechanical contrivance arranged for the explosion of such cartridge, or of any fulminate. | Chester H. Krum, Reviser, The Revised Ordinance City of St. Louis. No. 17188. Approved April 7, 1893 Page 885, Image 894 (1895) available at The Making of Modern Law: Primary Sources. |
| MO | 1917 | If any person shall carry concealed upon or about his person a dangerous or deadly weapon of any kind or description, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, political, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill, or meetings called under militia law of this state, having upon or about his person, concealed or exposed, any kind of firearms, bowie knife, spring-back knife, razor, knuckles, bill, sword cane, dirk, dagger, slung shot, or other similar deadly weapons, or shall, in the presence of one or more persons, exhibit any such weapon in a rude, angry or threatening manner, or shall have any such weapons in his possession when intoxicated, or directly or indirectly shall sell or deliver, loan or barter, to any minor any such weapon, without the consent of the parent or guardian of such minor, he shall be deemed guilty of a misdemeanor. Provided, that nothing contained in this section shall apply to legally qualified sheriffs, police officers, and other persons whose bona fide duty is to execute process, civil or criminal, make arrests, or aid in conserving the public peace, nor to persons traveling in a continuous journey peaceably through this state. | Joplin Code of 1917, Art. 67, § 1201. Weapons; Deadly. |
| MS | 1878 | § 2. It shall not be lawful for any person to sell to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any weapon of the kind or description in the first section of this Act described [pistols, various knives etc.], or any pistol cartridge, and on conviction shall be punished by a fine not exceeding two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors or of the court, not exceeding six months. § 3. Any father, who shall knowingly suffer or permit any minor son under the age of sixteen years to carry concealed, in whole or in part, any weapon of the kind or description in the first section of this act described [pistols, knives, etc.], shall be deemed guilty of a misdemeanor, and on conviction, shall be fined not less than twenty dollars, nor more than two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors or of the court. | Miss. Laws 175-76, An Act To Prevent The Carrying Of Concealed Weapons And For Other Purposes, ch. 46, §§ 2-3. |
| MS | 1880 | Carrying Concealed Weapons, § 2986. It shall not be lawful for any person to sell to any minor or person intoxicated knowing him to a minor or in a state of intoxication, any weapons of the kind or description in the foregoing section described, or any pistol cartridge and on conviction he shall be punished by a fine not exceeding two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors or of the court not exceeding six months. § 2987. Any father who shall knowingly suffer or permit any minor son under the age of sixteen years to carry concealed, in whole or in part, any weapon of the kind or description in the forgoing section described, shall be deemed guilty of a misdemeanor, and on conviction, shall be fined not less than twenty dollars, nor more than two hundred dollars, and if the fine and costs are not paid, shall be condemned to hard labor as provided in the proceeding section. § 2988. Any student of any university, college, or school, who shall carry concealed, in whole or in part, any weapon of the kind or description in the foregoing section described, or any teacher, instructor or professor who shall knowingly, suffer or permit any such weapon to be carried by any student or pupil, shall be deemed guilty of a misdemeanor and on conviction be fined not exceeding three hundred dollars, and if the fine and costs are not paid, be condemned to hard labor as above provided. | Josiah A.Patterson Campbell, The Revised Code of the Statute Laws of the State of Mississippi: With References to Decisions of the High Court of Errors and Appeals, and of the Supreme Court, Applicable to the Statutes Page 776-777, Image 776-777 (1880) available at The Making of Modern Law: Primary Sources. |
| NC | 1893 | Section 1: That it shall be unlawful for any person, corporation or firm knowingly to sell or offer for sale, give or in any way dispose of to a minor any pistol or pistol cartridge, brass knucks, bowie-knife, dirk, loaded cane, or sling shot. Sec. 2. That any person, corporation or firm violating this act shall be guilty of a misdemeanor, and upon conviction for each and every offense shall be fined or imprisoned, one or both, in the discretion of the court. | N.C. Sess. Laws 468–69. |

Pl.0093

| | | | |
|---|---|---|---|
| NC | 1913 | That any person being the parent or guardian of, or standing in loco parentis to, any child under the age of twelve years who shall knowingly permit such child to have the possession or custody of, or use in any manner whatever, any gun, pistol, or other dangerous firearm, whether such firearm be loaded or unloaded, or any other person, who shall knowingly furnish such child any such firearm, shall be guilty of a misdemeanor, and upon conviction shall be fined not exceeding fifty dollars, or imprisoned not exceeding thirty days. | N.C. Sess. Laws 57, Pub. Laws, An Act to Prevent the Use of Firearms by Children, ch. 32 § 1. |
| ND | 1923 | Sec. 9. Selling to Minors. Any person or persons who shall sell, barter, hire, lend or give to any minor under the age of eighteen years any pistol or revolver shall be deemed guilty of a misdemeanor, and shall upon conviction thereof be fined not less than fifty dollars nor more than $1,000, or be imprisoned not less than three months, nor more than one year, or both. | N.D. Laws 381, Pistols and Revolvers, ch. 266, § 9. |
| NE | 1895 | § 2. No person shall sell, loan, or furnish, to any minor, any gun, fowling-piece, or other fire-arm, within the limits of the city, under penalty of a fine of fifty dollars for each offense. § 5. It shall be unlawful for any parent, guardian, or other person having the care and custody of any minor, to purchase for or give to any such minor or knowingly to permit any minor to have any toy pistol, toy gun, or other toy arm or arms, or sling shot, out of which any leaden or other dangerous missiles may be discharged. Any such person so offending shall, upon conviction thereof, be fined in any amount not exceeding twenty dollars, and stand committed until such fine and costs are paid and secured. | Neb. Laws 237-38, Laws of Nebraska Relating to the City of Lincoln, An Ordinance Regulating and Prohibiting the Use of Fire-arms, Fire-works and Cannon in the City of Lincoln . . . Prescribing Penalties for Violation of the Provisions of This Ordinance, and Repealing Ordinances in Conflict Herewith, Art. XXVI, §§ 2, 5. |
| NH | 1883 | Offenses Against Minors. § 4. If any person shall have in his possession any toy pistol, toy revolver, or other toy firearms, for the explosion of percussion caps or blank cartridges, with intent to sell the same, or shall sell, or offer to sell or to give away the same, he shall be fined not more than fifty dollars; and he shall be liable for all damages resulting from the use of the toy pistol, revolver, or other firearms by him sold or given away, to be recovered in an action on the case. | William Martin Chase, The Public Statutes of the State of New Hampshire, To which are Prefixed the Constitutions of the United States and State of New Hampshire with a Glossary and Digested Index Page 713, Image 732 (1891) available at The Making of Modern Law: Primary Sources. |
| NJ | 1885 | That it shall not be lawful to sell, hire or loan to any person under the age of fifteen years any gun, pistol, toy pistol, or other fire-arms; or for any person under the age of fifteen years to purchase, barter or exchange any gun, pistol, toy pistol or other fire-arms; nor for any person under the age of fifteen years to carry, fire or use any gun, pistol, toy pistol or other fire-arms, except in the presence of his father or guardian, or for the purpose of military drill in accordance with the rules of a school. | N.J. Laws 52, An Amendment to an Act to Prevent Vending, Using, or Exploding of Guns, Pistols, Toy Pistols, or Other Fire-Arms to or by Persons under the Age of Fifteen Years in this State, ch. 44, § 2. |
| NJ | 1903 | It shall not be lawful to sell, barter, exchange, hire or loan to any person under the age of fifteen years, any gun, pistol, toy pistol, or other firearms, or for any person under the age of fifteen years to purchase, barter or exchange any gun, pistol, toy pistol or other firearms, nor for any person under the age of fifteen years to carry, fire or use a gun, pistol, toy pistol or other firearms, except in the presence of his father or guardian, or for the purpose of military drill in accordance with the rules of a school; it shall be the duty of all persons selling, hiring, bartering or exchanging pistols, revolvers, guns or other firearms, to keep and maintain a book of registry of the same, in which said book of registry shall be entered the number of the article sold, if any, the name of the maker, together with such other means of identification as may be obtainable concerning the same, and also the name and address of the person to whom such pistol, revolver, gun or other firearm is sold, bartered, exchanged or hired[.] | N.J. Laws 337-38, An Act to Amend an Act Entitled "An Act for the Punishment of Crimes," ch. 169, § 1. |
| NJ | 1914 | No license to hunt, pursue or kill a gun or any fire-arm any of the game birds, wild animals or fowl of this State, shall be issued to any person under the age of fourteen years, and if any applicant for license shall misrepresent his age he shall be liable to a penalty of twenty dollars, to be sued for and recovered as other penalties under the fish and game laws. | N.J. Laws 65, Supplement to an Act Entitled "An Act to License Citizens of this State to Hunt and Pursue Wild Animals and Fowl," ch. 43, § 1. |
| NV | 1881 | An Act to prohibit the carrying of concealed weapons by minors. § 1. Every person under the age of twenty-one (21) years who shall wear or carry any dirk, pistol, sword in case, slung shot, or other dangerous or deadly weapon concealed upon his person, shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, be fined not less than twenty nor more than two hundred ($200) dollars, or by imprisonment in the county jail not less than thirty days nor more than six months or by both such fine and imprisonment. See also NEV. REV. STAT. § 4864 (1885). | David E. Baily, The General Statutes of the State of Nevada. In Force. From 1861 to 1885, Inclusive. With Citations of the Decisions of the Supreme Court Relating Thereto Page 1085 (1885) available at The Making of Modern Law: Primary Sources. |
| NY | 1763 | Ordinances of the City of New York, § VI. And be it further ordained by the authority aforesaid, That if any Children, Youth, apprentices, Servants, or other persons, do fire and discharge any gun, pistol, leaden-gun, rockets, crackers, squibs, or other fire works, in at any mark, or at random against any fence, pales or other place in any street, lane or alley, or within any orchard, garden or other inclosure, or in any place where persons frequent to walk, such person so offending shall forfeit for every such offense, the sum of forty shillings, current money of New York; and on refusal to pay the same, shall be committed to the House of Correction, at the discretion of the Mayor, recorder or aldermen, or any one of them before whom such offender shall be convicted, there to remain committed, not exceeding Twenty days; unless such forfeiture as aforesaid, be sooner paid with the lawful fees of commitment; one half thereof to the informer with costs, and the other half to the church wardens of this City, for the use of the proof thereof. | Laws, Statutes, Ordinances and Constitutions, Ordained, Made and Established, by the Mayor, Aldermen, and Commonalty, of the City of New York, Convened in Common-Council, for the Good Rule and Government of the Inhabitants and Residents of Said City Page 11, Image 12 (1763) available at The Making of Modern Law: Primary Sources. |
| NY | 1803 | Ordinances of the City of New York, To Prevent the Firing of guns in the City of New York, § 1. Whereas the firing of guns and the practice of fowling in the public streets and in the roads or highways in the vicinity of this city, are frequently productive of accidents and dangerous consequences are always to be apprehended therefrom: Be it therefore ordained by the Mayor, Aldermen, and Commonality of the City of New York, in the Common Council convened, That no person shall hereafter be permitted to fire or discharge any gun, pistol, fowling piece, or fire-arm, at any place on the island of New York, within the distance of four miles from the City Hall, under the penalty of five dollars upon each offender, to be recovered with costs. And if the person so offending shall be a minor, apprentice, servant or slave, the said fine shall be recoverable form his father, mother, master or mistress, together with costs. Provided always, that nothing contained in this ordinance shall be constructed to extend to the reviews or exercises of any military company, or of the State Prison Guards. | Edward Livingston, Laws and Ordinances, Ordained and Established by the Mayor, Aldermen, and Commonalty of the City of New-York, in Common-Council Convened, for the Good Rule and Government of the Inhabitants and Residents of Said City Page 83-84, Image 84-85 (1803) available at The Making of Modern Law: Primary Sources. |

Pl.0094

| NY | 1859 | Ordinances of the City of New York. Firing of Fire-Arms, Cannons and Fireworks. § 6. No tavern- keeper keeper of a public house, garden or place of resort, nor any other person, shall suffer or permit any person to practice with or fire off any pistol, gun, fowling-piece or other fire-arms, in or upon his or her premises, nor shall suffer or permit any pistol gallery, erected in his or her house, or upon his or her premises, to be used for the purpose of practicing with any pistol gun, fowling-piece or other fire-arms, upon the first day of the week, called Sunday, under the penalty of fifty dollars for each offense, to be sued for and recovered from the person keeping such public house, tavern, public garden, pistol gallery, place of resort or premises; and also the further penalty of fifty dollars for each offense, to be sued for and recovered from the person firing off or practicing with a pistol, gun, fowling-piece, or other fire-arms; and in case of such person so offending shall be an apprentice, such penalty shall be sued for and recovered from the master of such apprentice, or in case such person so offending shall be a minor and not an apprentice, the same shall be sued for and recovered from the father of, or in case of the death of the father, then from the mother or guardian of such minor. | D. T. Valentine, Ordinances of the Mayor, Aldermen and Commonalty of the City of New York: Revised A. D. 1859 Adopted by the Common Council Page 235, Image 243 (1859) available at The Making of Modern Law: Primary Sources. |
| NY | 1884 | Carrying, Using, Etc., Certain Weapons, § 410. A person who attempts to use against another, or who, with intent to so use, carries, conceals or possesses any instrument or weapon of the kind commonly known as the slung-shot, billy, sand –club or metal knuckles, or a dagger, dirk or dangerous knife, is guilty of a felony. Any person under the age of eighteen years who shall have, carry or have in his possession in any public street, highway or place in any city of this state, without a written license from a police magistrate of such city, any pistol or other fire-arm of any kind, shall be guilty of a misdemeanor. This section shall not apply to the regular and ordinary transportation of fire-arms as merchandise, or for use without the city limits. § 411. Possession, Presumptive Evidence. The possession, by any person other than a public officer, of any of the weapons specified in the last section, concealed or furtively carried on the person, is presumptive evidence of carrying, or concealing, or possessing, with intent to use the same in violation of that section. | George R. Donnan, Annotated Code of Criminal Procedure and Penal Code of the State of New York as Amended 1882-5 Page 172, Image 699 (1885) available at The Making of Modern Law: Primary Sources. |
| NY | 1885 | Making Selling, Etc., Dangerous Weapons, § 409. A person who manufactures, or causes to be manufactured, or sells or keeps for sale, or offers, or gives, or disposes of, any instrument or weapon of the kind usually known as slung-shot, billy, sand club or metal knuckles, or who, in any city in this state, without the written consent of a police magistrate, sells or gives any pistol or other fire-arm to any person under the age of eighteen years is guilty of a misdemeanor. | George R. Donnan, Annotated Code of Criminal Procedure and Penal Code of the State of New York as Amended 1882-5. Fourth Edition Page 172, image 699 (1885) available at The Making of Modern Law: Primary Sources. |
| NY | 1885 | An Act to Limit the Carrying and Sale of Pistols and other fire arms in the cities of this state. Chap. 375, § 1. No person under the age of eighteen years shall have, carry or have in his possession in any public street, highway or place of any of the cities of this state, any pistol or other firearms of any kind, and no person shall in such cities sell or give any pistol or other fire-arms to any person under such age. § 2. Any person violating any of the provisions of this act shall be guilty of a misdemeanor, and in all trials or examinations for said offense the appearance of the person so alleged or claimed to be under the age of eighteen years shall be evidence to the magistrate or jury as to the age of such person. § 3. Nothing herein contained shall apply to the regular and ordinary transportation of pistols or fire-arms as articles of merchandise in said cities, or to the carrying of a gun or rifle through a street or highway of any city, with the intent to use the same outside the said city; nor to any person under such age carrying an pistol or firearms under license given by the mayor of said cities; but no license so given shall be in force more than one year from its date; and all such licenses may be revoked at the pleasure of the mayor, and a full complete and public record shall be kept by the mayor of said cities of all such licenses and the terms and date thereof. | George R. Donnan, Annotated Code of Criminal Procedure and Penal Code of the State of New York as Amended 1882-5. Fourth Edition Page 298, Image 824 (1885) available at The Making of Modern Law: Primary Sources. |
| NY | 1900 | Making, et cetera, dangerous weapons. – A person who manufactures, or causes to be manufactured, or sells or keeps for sale, or offers, or gives, or disposes of any instrument or weapon of the kind usually known as slungshot, billy, sand-club or metal knuckes, or who, in any city or incorporated village in this state, without the written consent of the police magistrate, sells or gives any pistol or other firearm, to any person under the age of eighteen years or without a like consent sells or gives away any air-gun, or spring-gun, or other instrument or weapon in which the propelling force is a spring or air to any person under ht age of twelve years, or who sells or gives away any instrument or weapon commonly known as a toy pistol, in or upon which any loaded or blank cartridges are used or may be used, to any person under the age of sixteen years, is guilty of a misdemeanor. | N.Y. Laws 459, An Act to Amend Section Four Hundred and Nine of the Penal Code, Relative to Dangerous Weapons, ch. 222, § 1. |
| NY | 1911 | Section . . . eighteen hundred and ninety-seven . . . [is] hereby amended to read as follows: § 1897. Carrying and use of dangerous weapons. A person who attempts to use against another, or who carries, or possesses any instrument or weapon of the kind commonly known as a blackjack, slingshot, billy, sandclub, sandbag, metal knuckles or bludgeon, or with intent to use the same unlawfully against another, carries or possesses a dagger, dirk, dangerous knife, razor, stiletto, or any other dangerous or deadly instrument or weapon, is guilty of a felony. Any person under the age of sixteen years, who shall have, carry, or have in his possession, any of the articles named or described in the last section, which is forbidden therein to offer, sell, loan, lease or give to him, shall be guilty of a misdemeanor ..............................................................Any person over the age of sixteen years, who shall have or carry concealed upon his person in any city, village, or town of this state, any pistol, revolver, or other firearm without a written license therefor, theretofore issued to him by a police magistrate of such city or village, or by a justice of the peace of such town, or in such manner as may be prescribed by ordinance of such city, village or town, shall be guilty of a felony. | N.Y. Laws 442-43, An Act to Amend the Penal Law, in Relation to the Sale and Carrying of Dangerous Weapons. ch. 195, §1. |
| NY | 1911 | Section[] eighteen hundred and ninety-six . . . [is] hereby amended . . . § 1896. Making and disposing of dangerous weapons. A person who manufactures, or causes to be manufactured, or sells or keeps for sale, or offers, or gives, or disposes of any instrument or weapon of the kind usually known as a blackjack, slungshot, billy, sandclub, sandbag, bludgeon, or metal knuckles, to any person; or a person who offers, sells, loans, leases or gives any gun, revolver, pistol or other firearm or any airgun, spring- gun or other instrument or weapon in which the propelling force is a spring or air or any instrument or weapon commonly known as a toy pistol or in or upon which any loaded or blank cartridges are used, or may be used, or any loaded or blank cartridges or ammunition therefor, to any person under the age of sixteen years, is guilty of a misdemeanor. | N.Y. Laws 442, An Act to Amend the Penal Law, in Relation to the Sale and Carrying of Dangerous Weapons. ch. 195, § 1. |

Pl.0095

| | | | |
|---|---|---|---|
| OH | 1883 | That it shall be unlawful for any firm, company or person in the state of Ohio, to sell or exhibit for sale any pistol manufactured out of any metallic or hard substance, commonly known as the "toy pistol"; to a minor under the age of fourteen years; any firm company or person violating the provisions of this act, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined not less than ten nor more than fifty dollars, or be imprisoned not less than ten days nor more than twenty days, or both, and shall be liable to a civil action in damages or any person injured by such sale. | Ohio Laws 222, An Act to Prohibit the Sale of Toy Pistols in the State of Ohio, § 1. |
| OH | 1913 | § 12966. Whoever sells or exhibits for sale, to a minor under sixteen years of age, a pistol manufactured of a metallic or hard substance, commonly known as a "toy pistol" or air gun, or any form of explosive gun ,shall be fined not less than ten dollars nor more than fifty dollars or imprisoned not less than ten days nor more than twenty days, or both, and be liable in damages to any person injured by such sale. § 12967. Whoever sells, barters, furnishes or gives to a minor under the age of seventeen years, an air-gun, musket, rifle, shotgun, revolver, pistol, or other fire-arm, or ammunition therefor, or, being the owner or having charge or control thereof, knowingly permits it to be used by a minor under such age, shall be fined not more than one hundred dollars or imprisoned in jail not more than thirty days, or both. | Ohio Laws 906, An Act: A Bill to Amend and Supplement [Certain] Sections . . . and to Repeal [Certain] Sections of the General Code; Relating to Children and to Females under Twenty-One Years of Age and to Organizations which Include within Their Objects Matters Relating to Children, ch. 11, §§ 12966-67. |
| OK | 1890 | Sec. 1. It shall be unlawful for any person in the Territory of Oklahoma to carry concealed on or about his person, saddle, or saddle bags, any pistol, revolver, bowie knife, dirk, dagger, slung-shot, sword cane, spear, metal knuckles, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this article provided.<br>Sec. 2. It shall be unlawful for any person in the Territory of Oklahoma, to carry upon or about his person any pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided.<br>Sec. 3. It shall be unlawful for any person within this Territory, to sell or give to any minor any of the arms or weapons designated in sections one and two of this article.<br>Sec. 4. Public officers while in the discharge of their duties or while going from their homes to their place of duty, or returning therefrom, shall be permitted to carry arms, but at no other time and under no other circumstances: Provided, however, That if any public officer be found carrying such arms while under the influence of intoxicating drinks, he shall be deemed guilty of a violation of this article as though he were a private person.<br>Sec. 5. Persons shall be permitted to carry shot-guns or rifles for the purpose of hunting, having them repaired, or for killing animals, or for the purpose of using the same in public muster or military drills, or while traveling or removing from one place to another, and not otherwise.<br>. . .<br>Sec. 7. It shall be unlawful for any person, except a peace officer, to carry into any church or religious assembly, any school room or other place where persons are assembled for public worship, for amusement, or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into any ball room, or to any social party or social gathering, or to any election, or to any place where intoxicating liquors are sold, or to any political convention, or to any other public assembly, any of the weapons designated in sections one and two of this article.<br>Sec. 8. It shall be unlawful for any person in this Territory to carry or wear any deadly weapons or dangerous instrument whatsoever, openly or secretly, with the intent or for the avowed purpose of injuring his fellow man.<br>Sec. 9. It shall be unlawful for any person to point any pistol or any other deadly weapon whether loaded or not, at any other person or persons either in anger or otherwise. | Okla. Laws 495, art. 47. |
| OK | 1891 | Concealed Weapons. (2434) § 3. It shall be unlawful for any person within this Territory, to sell or give to any minor any of the arms or weapons designated in section one and two of this article (§ 1....pistol, revolver, bowie knife, dirk, dagger, slung-shot, sword cane, spear, metal knuckles, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this article provided) (§ 2...pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided). | Leander G. Pitman, The Statutes of Oklahoma, 1890. (From the Laws Passed by the First Legislative Assembly of the Territory) Page 495-496, Image 511-512 (1891) available at The Making of Modern Law: Primary Sources. |
| OR | 1868 | Whereas, the constitution of the United States, in article second of amendments to the constitution, declares that "the right to the people to keep and bear arms shall not be infringed;" and the constitution for the state of Oregon, in article first, section twenty-seven, declares that "the people shall have the right to bear arms for the defense of themselves and the state;" therefore . . . § 1. Every white male citizen of this state above the age of sixteen years, shall be entitled to have, hold, and keep, for his own use and defense, the following firearms, to wit: either or any one of the following-named guns, and one revolving pistol: a rifle, shot-gun (double or single barrel), yager, or musket; the same to be exempt from execution, in all cases, under the laws of Oregon. § 2. No officer, civil or military, or other person, shall take from or demand of the owner any fire-arms mentioned in this act, except where the services of the owner are also required to keep the peace or defend the state. | Or. Laws 18-19, An Act to Protect the Owners of Firearms, §§ 1-2. |
| OR | 1903 | § 1. It shall be unlawful to sell, exchange, barter, or give to any child, under the age of fourteen years, any explosive article or substance, other than an ordinary firecracker, containing ten grains of gunpowder; or to sell, exchange, barter, or give to any such child any firearms, or other device of a like kind, ordinarily used or ordinarily capable of being used in discharging gunpowder in a greater quantity than ten grains; and it is herby made unlawful in any event to sell, exchange, barter, or give to any child, under the age of fourteen years, any instrument or apparatus, the chief utility of which consists in the fact that it is used, or is ordinarily capable of being used, as an article or device to increase the force or intensity of such explosive, or to direct or control the discharge of any such explosive. § 2. Any person violating the provisions of | Or. Laws 309-10, An Act to Regulate and Prohibit the Sale, Barter, Exchange, or Gift of Explosives, Firearms or Other Articles of a Like Kind, to Children Under the Age of Fourteen Years, and to Punish the Violation of the Provisions of this Act. §§ 1-2. |
| OR | 1917 | Section 10. It shall be unlawful for any person, firm or corporation to sell, offer for sale, give or dispose of any pistol, revolver or other firearm of a size which may be concealed upon the person, to any minor under the age of twenty-one years. A violation of this section is a misdemeanor and punishable by imprisonment in the county jail for a period not exceeding six months, or by a fine not exceeding Five Hundred Dollars, or both such fine and imprisonment. | Or. Sess. Laws 804-808, An Act Prohibiting the manufacture, sale, possession, carrying, or use of any blackjack, slingshot, billy, sandclub, sandbag, metal knuckles, dirk, dagger or stiletto, and regulating the carrying and sale of certain firearms, and defining the duties of certain executive officers, and providing penalties for violation of the provisions of this Act, § 10. |
| PA | 1881 | makes any person, "who shall knowingly and willfully sell or cause to be sold, to any person under sixteen years of age, any cannon, revolver, pistol or other such deadly weapon, … shall, in every such case, be guilty of a misdemeanor, and upon conviction thereof shall be sentenced to pay a fine not exceeding three hundred dollars." | Act of June 10, 1881, § 1 |

Pl.0096

| PA | 1883 | Crimes, Carrying and Sale of Explosives, § 113. Any person who shall knowingly and willfully sell or cause to be sold to any person under sixteen years of age, any cannon, revolver, pistol or other such deadly weapon, or who shall knowingly and willfully sell, or cause to be sold, to any such minor, any imitation or toy cannon, revolver or pistol so made, constructed or arranged as to be capable of being loaded with gunpowder or other explosive substance, cartridges, shot, slugs or balls and being exploded, fired off and discharged, and thereby become a dangerous or deadly weapon, or who shall knowingly and willfully sell, or cause to be sold to any such minor, any cartridge, gunpowder or other dangerous and explosive substance, shall in every such case, be guilty of a misdemeanor, and upon conviction thereof shall be sentenced to pay a fine not exceeding three hundred dollars. | John Purdon, A Digest of the Laws of Pennsylvania: From the Year One Thousand Seven Hundred to the Sixth Day of July, One Thousand Eight Hundred and Eighty-Three.11th Edition Page 423-424, Image 472-473 (Vol. 1, 1885) available at The Making of Modern Law: Primary Sources. |
|----|------|----|----|
| RI | 1883 | § 1. No person shall sell to any child under the age of fifteen years, without the written consent of a parent or guardian of such child, any cartridge or fixed ammunition of which any fulminate is a component part, or any gun, pistol or other mechanical contrivance arranged for the explosion of such cartridge or of any fulminate. | R.I. Pub. Laws 157, An Act In Amendment Of And in Addition To Chapter 92 Of The Public Statutes "Of Fire-arms and Fire-works", § 1 |
| RI | 1883 | Firearms and Fire-works. § 7. No person shall sell to any child under the age of fifteen years, without the written consent of a parent or guardian of such child, any cartridge or fixed ammunition of which any fulminate is a component part, or any gun, pistol or other mechanical contrivance arranged for the explosion of such cartridge or of any fulminate. § 8. Every person violating the provisions of the foregoing section shall be fined not less than ten dollars nor more than twenty dollars for each offence. | General Laws of the State of Rhode Island and Providence Plantations to Which are Prefixed the Constitutions of the United States and of the State Page 388, Image 388 (1896) available at The Making of Modern Law: Primary Sources. |
| SC | 1817 | [Ordinances of the Town of Columbia, An Ordinance for Prohibiting the Firing of Guns in the Town of Columbia (1817). Whereas the practice of firing small arms within the town of Columbia is extremely dangerous to the lives; as well as the property of the inhabitants thereof, and ought to be strictly prohibited: Be it ordained by the Intendent and Municipal Wardens of the towns aforesaid, in council assembled, and it is hereby ordained by the authority of the same, That hereafter it shall not be lawful for any person to fire or discharge any gun, pistol or other small arms within the limits bounded by Henderson, Blossom, Lincoln and Upper streets; and if any person shall wantonly, knowingly, and willfully fire or discharge any gun, pistol, or other small arms within the said limits, such person shall forfeit and pay to the use of the town aforesaid, a sum not exceeding five dollars, for each and every such offence, to be sued for and recovered according to law. And whereas, offence of this kind may be committed by minors or other disorderly persons, who have no ostensible property whereof the said penalty can be levied. Be it therefore ordained by the authority aforesaid, That any gun, pistol or other small arms, fired or discharged by any such person in breach of this ordinance, shall be liable for the payment of the penalty or penalties aforesaid; and it shall be lawful for the intendant, either of the Wardens or constables, who shall see such person offending against this ordinance, to seize and take into possession the gun or pistol, or other small arms so fired or discharged, and despite the same with the Intendant or either of the Wardens; and if the person charged with the said offense, and convicted thereof, shall not within ten days after conviction pay the penalty incurred and the costs of prosecution, the same shall be sold to discharge the said penalty and costs: Provided nevertheless, That nothing in this ordinance contained shall extend to prohibit or restrain the usual exercises or duties of the military on muster or parade days, or in performance of patrol or other duties enjoined by law, or to prohibit or restrain any of the inhabitants of said town from shooting any mad dog, or any other dangerous animal found within the same, or from firing guns on the fourth of July, Christmas and New-Years days, or on any other day of general rejoicing of said town.] | Ordinances, of the Town of Columbia, (S. C.) Passed Since the Incorporation of Said Town: To Which are Prefixed, the Acts of the General Assembly, for Incorporating the Said Town, and Others in Relation Thereto Page 61-61, Image 61-62 (1823) available at The Making of Modern Law: Primary Sources. |
| SC | 1923 | If any person shall knowingly sell, offer for sale, give, or in any way dispose of to a minor any pistol or pistol cartridge, brass knucks, bowie knife, dirk, loaded cane or sling shot, he shall be guilty of a misdemeanor. Any person being the parent or guardian, or of attending in loco parentis to any child under the age of twelve years who shall knowingly permit such child to have the possession or custody of, or use in any manner whatever any gun, pistol, or other dangerous firearm, whether such firearm be loaded or unloaded, or any person who shall knowingly furnish such child any firearm, shall be guilty of a misdemeanor, and, upon conviction, shall be fined not exceeding Fifty Dollars or imprisoned not exceeding thirty days. | S.C. Acts 221 |
| SD | 1903 | §1. It shall be unlawful for any person under the age of fifteen years to carry, use or discharge any rifle, shot gun, revolver or other fire arms except with the consent and knowledge of their parents or guardians. § 2. It shall be unlawful for any parent or guardian, having the legal charge or control of any minor under the age of fifteen years, to allow or permit such minor to use or carry while loaded any of the arms mentioned in section one of this act within the platted portion or within the distance of one mile of the platted portion of any city, town or village. § 3. Any person or persons violating the provisions of this act shall be deemed guilty of a misdemeanor and upon conviction thereof shall be fined in a sum not exceeding Fifty Dollars. | S.D. Sess. Laws 168-69, Prohibiting the Use of Fire Arms by Persons under Fifteen Years of Age, ch. 144, §§ 1-3. |
| TN | 1856 | Offences Against Public Policy and Economy. § 4864. Any person who sells, loans, or gives to any minor a pistol, bowie-knife, dirk, Arkansas tooth-pick, hunter's knife, or like dangerous weapon, except a gun for hunting or weapon for defense in traveling, is guilty of a misdemeanor, and shall be fined not less than twenty-five dollars, and be imprisoned in the county jail at the discretion of the court. | Seymour Dwight Thompson, A Compilation of the Statute Laws of the State of Tennessee, of a General and Permanent Nature, Compiled on the Basis of the Code of Tennessee, With Notes and References, Including Acts of Session of 1870-'71 Page 125, Image 794 (Vol. 2, 1873) available at The Making of Modern Law: Primary Sources. |

Pl.0097

| | | | |
|---|---|---|---|
| TN | 1863 | [Ordinances of the City of Memphis, Shooting Galleries.] § 1. That no person or persons shall set up or use any pistol gallery, or place for the discharging of pistols, guns or other firearms in the first story of any building in the city; nor shall any gallery be used in any manner involving risk or danger to any person in the city; nor shall any person setting up or using such pistol gallery be exempt from the ordinance and penalties now in force, for discharging or shooting any pistol, gun or firearms within the city limits, until such person or persons have applied and paid for license to set up and use such pistol gallery, according to the provisions of this ordinance. § 2. That the person or persons applying for license to keep such pistol gallery, shall, at the time of obtaining such license, enter into bond with good security, to be approved by the City Register, in the sum of three thousand dollars, payable as other city bonds, conditioned that no gambling of any kind be permitted in such pistol gallery, or in the room used for such pistol gallery, or any room adjacent thereto, under the control and connected with said pistol gallery, or its proprietors or keepers; and that all shooting or discharging of firearms shall be done only with the perfect security against any harm to persons or property in the vicinity of such pistol gallery; such penalty to be recoverable for every violation of this section of this ordinance, and of the conditions of said bond. § 3. That the proprietors or persons keeping such pistol gallery shall not permit any minors to shoot in such gallery without the written consent of the lawful guardian of such minor, unless such guardian be personally present, and consenting to such shooting; nor shall the proprietors or keepers of such gallery permit any shooting in the same after eleven o'clock at night, or on Sunday, nor shall such shooting gallery be allowed to be kept open for shooting after eleven o'clock at night on Sunday. Any violation of this ordinance is hereby declared a misdemeanor, and each offender, on conviction shall be fined in any sum not less than five nor more than fifty dollars for any violation of this ordinance, recoverable as other fines. § 4. Any person or persons shall before putting up or using such pistol or shooting gallery, first apply for, and obtain license, as other licenses are obtained, and shall pay for such license the sum of one hundred dollars per annum for each and every pistol or shooting gallery establishment under the provision of this ordinance. § 5. That the board of Mayor and Aldermen retain the power and right to, at any time, repeal this ordinance and revoke and recall any license to keep a pistol gallery, by refunding a pro rata part of the amount paid for any license then outstanding.] | William H. Bridges, Digest of the Charters and Ordinances of the City of Memphis, Together with the Acts of the Legislature Relating to the City, with an Appendix Page 148-149, Image 149-150 (1863) available at The Making of Modern Law: Primary Sources. |
| TN | 1876 | Police Regulations of the State. Selling Liquors or Weapons to Minors. § 4864. Any person who sells, loans or gives to any minor a pistol, bowie-knife, dirk, Arkansas toothpick, hunter's knife, or like dangerous weapon, except a gun for hunting or weapon for defense in traveling, is guilty of a misdemeanor and shall be fined not less than twenty-five dollars, and imprisoned in the county jail at the discretion of the court. | William H. Bridges, Digest of the Charters and Ordinances of the City of Memphis, from 1826 to 1867, Inclusive, Together with the Acts of the Legislature Relating to the City, with an Appendix Page 50, Image 50 (1867) available at The Making of Modern Law: Primary Sources. |
| TX | 1897 | That if any person in this State shall knowingly sell, give or barter, or cause to be sold, given or bartered to any minor, any pistol, dirk, dagger, slung shot, sword-cane, spear or knuckles made of any metal or hard substance, bowie knife or any other knife manufactured or sold for the purpose of offense or defense, without the written consent of the parent or guardian of such minor, or of someone standing in lieu thereof, he shall be punished by fine of not less than twenty-five nor more than two hundred dollars, or by imprisonment in the county jail not less than ten nor more than thirty days, or by both such fine and imprisonment. And during the time of such imprisonment such offender may be put to work upon any public work in the county in which such offense is committed. | Tex. Gen. Laws 221-22, An Act to Prevent the Barter, Sale and Gift of Any Pistol, Dirk, Dagger, Slung Shot, Sword Cane, Spear or Knuckles Made of Any Metal or Hard Substance to Any Minor Without the Written Consent of the Parent or Guardian of Such Minor. . . , ch. 155, § 1. |
| UT | 1905 | § 1. Selling or giving firearms to minors under fourteen. Any person who sells, gives or disposes of, or offers to sell, give or dispose of any pistol, gun, target gun, or other firearm, to any person under the age of fourteen years, is guilty of a misdemeanor. § 2. Minor under fourteen must not carry firearms. Any person under the age of fourteen years who shall carry, or have in his possession, any pistol, gun, target gun or other firearm, unless accompanied by a parent or guardian, shall be guilty of a misdemeanor. | Utah Laws 60, An Act to Prohibit the Sale of Firearms to Minors and the Carrying of Firearms by Minors, and Prescribing Penalties for Violation Thereof, ch. 52, §§ 1-2. |
| VA | 1869 | Ordinances of the town of Lexington. Of Concealed Weapons and Cigarettes. § 2. If any person sell, barter, give or furnish, or cause to be sold, bartered, given or furnished to any minor under sixteen years of age, cigarettes, or pistols, dirks, or bowie knives, having good cause to believe him or her to be a minor under sixteen years of age, shall be fined not less than five dollars nor more than one hundred dollars. | The Charter and General Ordinances of the Town of Lexington, Virginia Page 87, Image 107 (1892) available at The Making of Modern Law: Primary Sources. |
| VA | 1903 | 1. Be it enacted by the general assembly of Virginia, That it shall be unlawful for any person, firm, corporation, or association, to sell, barter, exchange, furnish, or dispose of by purchase, gift, or in any other manner, any toy gun, pistol, rifle, or other toy firearm, if the same shall, by means of powder or other explosive discharge blank or ball charges, to any person under the age of twelve years. Any firm, corporation, or association violating the provisions of this act shall be deemed guilty of a misdemeanor, and, upon conviction thereof, shall be fined not less than fifty dollars nor more than one hundred dollars, or confined in jail for a period not less than thirty, nor more than ninety days, either or both. 2. Each sale of any of the articles hereinbefore specified to any person under the age mentioned shall constitute a separate offense, and any person over the age of twelve years who shall purchase, accept, or in any manner acquire any of the toy articles of the kind hereinbefore enumerated for any person under the age of twelve years, shall be deemed guilty of a misdemeanor, and, upon conviction thereof, shall be fined not less than one hundred dollars nor more than two hundred dollars, or confined in jail for a period not less than thirty days nor more than six months, either or both. | 1902-1904 Va. Acts 261, An Act to Prevent the Sale or Gift of Toy Firearms to Persons Under Twelve Years of Age, and to Provide a Penalty Therefor, ch. 186, §§ 1-2. |
| VT | 1912 | § 1. A person, other than a parent or guardian, who sells or furnishes to a minor under the age of sixteen years a firearm or other dangerous weapon, shall be fined not more than fifty dollars nor less than ten dollars. This section shall not apply to an instructor or teacher who furnishes military weapons to pupils for instruction and drill. § 2. A child under the age of sixteen years who, without the consent of his parent or guardian, has in his possession or control a pistol or revolver constructed or designed for the use of gunpowder or other explosive substance with leaden ball or shot shall be fined not more than twenty dollars. | Vt. Acts and Resolves 306, An Act . . . Relating to Firearms, §§ 1-2. |
| WA | 1883 | Sale of Toy Pistols to Children. It shall be unlawful for any person or persons to sell or offer for sale, any toy pistols within this state, and every person who shall sell, give, furnish, or cause to be furnished to any person under the age of sixteen years, any pistol, toy pistol or other pocket weapon, in which explosives may be used, shall be deemed guilty of a misdemeanor, and upon conviction, shall be fined in any sum not less than five, nor more than twenty-five dollars. | Edward D. McLaughlin, The Revised Statutes and Codes of the State of Washington Page 1042, Image 1094 (1896) available at The Making of Modern Law: Primary Sources. |
| WA | 1909 | Use of Firearms by Minor. No minor under the age of fourteen years shall handle or have in his possession or under his control, except while accompanied by or under his control, except while accompanied by or under the immediate charge of his parent or guardian, any firearm of any kind for hunting or target practice or for other purposes. Every person violating any of the foregoing provisions, or aiding or knowingly permitting any such minor to violate the same, shall be guilty of a misdemeanor. | 1909 Wash. Sess. Laws 984, An Act Relating to Crimes and Punishments and the Rights and Custody of Persons Accused or Convicted of Crime, and Repealing Certain Acts, ch. 249, ch. 8, § 308. |

Pl.0098

| WI | 1882 | Offenses Against Lives and Persons of Individuals. §4397a. (1) It shall be unlawful for any person to sell or use, or have in his possession, for the purpose of exposing for sale or use, any toy pistol, toy revolver, or other toy fire-arm. (2) Any person violating any of the provisions of this act, on conviction thereof, shall be punished by imprisonment in the county jail not exceeding six months, or by fine not exceeding one hundred dollars, or by both fine and imprisonment, in the discretion of the court. § 4397b. (1) It shall be unlawful for any minor, within this state, to go armed with any pistol or revolver, and it shall be the duty of all sheriffs, constables, or other public police officers, to take from any minor any pistol or revolver, found in his possession. (2) It shall be unlawful for any dealer in pistols or revolvers, or any other person to sell, loan or give any pistol or revolver to any minor in this state. | Supplement to the Revised Statutes of the State of Wisconsin, 1878, Containing the General Laws from 1879 to 1883, with the Revisers' Notes to the Statutes of 1878 and Notes to Cases Construing and Applying These and Similar Statutes by the Supreme Court of Wisconsin and the Courts of Other States Page 847, Image 889 (1883) available at The Making of Modern Law: Primary Sources. |
|---|---|---|---|
| WI | 1883 | Section 1. It shall be unlawful for any minor, within this state, to go armed with any pistol or revolver, and it shall be the duty of all sheriffs, constables, or other public police officers, to take from any minor, any pistol or revolver, found in his possession. Section 2. It shall be unlawful for any dealer in pistols or revolvers, or any other person, to sell, loan, or give any pistol or revolver to any minor in this state. Section 3. It shall be unlawful for any person in a state of intoxication, to go armed with any pistol or revolver. Any person violating the provisions of this act, shall be punished by imprisonment in the county jail not exceeding six months, or by fine not exceeding one hundred dollars ($100). | Wis. Sess. Laws 290 |
| WV | 1882 | (making it unlawful for a person to "sell or furnish" "any revolver or other pistol, dirk, bowie knife, razor, slung shot, billy metallic or other false knuckles, or any other dangerous or deadly weapon of like kind or character" "to a per-son whom he knows, or has reason, from his appearance or otherwise, to believe to be under the age of twenty-one years"). | W. Va. Acts 421 |
| WV | 1891 | Offenses Against the Peace, § 7. If a person carry about his person any revolver or other pistol, dirk, bowie knife, razor, slung shot, billy, metallic or other false knuckles, or any other dangerous or deadly weapon of like kind or character, he shall be guilty of a misdemeanor, and fined not less than twenty-five nor more than two hundred dollars, and may, at the discretion of the court, be confined in jail not less than one nor more than twelve months; and if any person shall sell or furnish any such weapon as is hereinbefore mentioned to a person whom he knows, or has reason, from his appearance or otherwise, to believe to be under the age of twenty-one years, he shall be punished as hereinbefore provided; but nothing herein contained shall be so construed as to prevent any person from keeping or carrying about his dwelling house or premises, any such revolver or other pistol, or from carrying the same from the place of purchase to his dwelling house, or from his dwelling house to any place where repairing is done, to have it repaired and back again. And if upon the trial of an indictment for carrying any such pistol, dirk, razor or bowie knife, the defendant shall prove to the satisfaction of the jury that he is a quiet and peaceable citizen, of good character and standing in the community in which he lives, and at the time he was found with such pistol, dirk, razor or bowie knife, as charged in the indictment he had good cause to believe and did believe that he was in danger of death or great bodily harm at the hands of another person, and that he was in good faith, carrying such weapon for self-defense and for no other purpose, the jury shall find him not guilty. But nothing in this section contained shall be so construed as to prevent any officer charged with the execution of the laws of the State, from carrying a revolver or other pistol, dirk or bowie knife. | See State v. Workman, 14 L.R.A. 600 (1891): John Augustus Warth, The Code of West Virginia. Containing the Constitution and Naturalization of the United States – the Constitution of the State – the Code, as Amended by Legislation to and Including the Year 1891 and Marginal Notes to all Prior Laws and Applicable Decisions, with an Appendix, Containing all the Statutes of the State in Force, of a General and Prospective Nature, not Enacted or Inserted in the Several Chapters of the Code Page 915-916, Image 920-921 (1891) available at The Making of Modern Law: Primary Sources. |

Pl.0099

| WV | 1925 | Section 7 (a). If any person, without a state license therefor, carry about his person any revolver or other pistol, dirk, bowie-knife, slung shot, razor, billy, metallic or other false knuckles, or any other dangerous or deadly weapon of like kind or character, he shall be guilty of a misdemeanor and upon conviction thereof be confined in the county jail for a period of not less than six nor more than twelve months for the first offense; but upon conviction of the same person for the second offense in this state, he shall be guilty of a felony and be confined in the penitentiary not less than one or more than five years, and in either case fined not less than fifty nor more than two hundred dollars, in the discretion of the court; and it shall be the duty of the prosecuting attorney in all cases to ascertain whether or not the charge made by the grand jury is the first or second offense, and if it shall be the second offense, it shall be so stated in the indictment returned, and the prosecuting attorney shall introduce the record evidence before the trial court of said second offense, and shall not be permitted to use his discretion in charging said second offense nor in introducing evidence to prove the same on the trial; provided, that boys or girls under the age of eighteen years, upon the second conviction, may, at the discretion of the court, be sent to the industrial homes for boys and girls, respectively, of the state. Any person desiring to obtain a state license to carry any such weapon within one or more counties in this state shall first publish a notice in some newspaper, published in the county in which he resides, setting forth his name, residence and occupation, and that on a certain day he will apply to the circuit court of his county for such state license; and after the publication of such notice for at least ten days before said application is made and at the time stated in said notice upon application to said court, it may grant such person a license in the following manner, to-wit: The applicant shall file with said court his application in writing, duly verified, which said application shall show: First: That said applicant is a citizen of the United States of America. Second: That said applicant has been a bona fide resident of this state for at least one year next prior to the date of such application, and of the county sixty days next prior thereto. Third: That such applicant is over twenty-one years of age; that he is a person of good moral character, of temperate habits, not addicted to intoxication, and has not been convicted of a felony nor of a crime involving the use on his part of such weapon in an unlawful manner. Fourth: The purpose or purposes for which the applicant desires to carry such weapon and the necessity therefor and the county or counties in which said license is desired to be effective. Upon the hearing of such application the court shall hear evidence upon all matters stated in such application and upon any other matter deemed pertinent by the court, and if such court be satisfied from the proof that there is good reason and that such person to carry such weapon, and all of the other conditions of this act be complied with, said circuit court or the judge thereof in vacation, may grant said license for such purposes, and no other, as said a circuit court may set out in the said license (and the word "court" as used in this act shall include the circuit judge thereof, acting in vacation); but before the said license shall be effective such person shall pay to the sheriff, and the court shall so certify in its order granting the license, the sum of twenty dollars, and shall also file a bond with the clerk of said court, in the penalty of three thousand five hundred dollars, with good security, signed by a responsible person or persons, or by some surety company, authorized to do business in this state, conditioned that such applicant will not carry such weapon except in accordance with his said application and as authorized by the court, and that he will pay all costs and damages accruing to any person by the accidental discharge or improper, negligent or illegal use of said weapon or weapons. Any such license granted after this act becomes effective shall be good for one year, unless sooner revoked, as hereinafter provided, and be co-extensive with the county in which granted, and such other county or counties as the court shall designate in the order granting such license; except that regularly appointed deputy sheriffs having license shall be permitted to carry such revolver or other weapons at any place, within the state, while in the performance of their duties as such deputy sheriffs and except that any such license granted to regularly appointed railway police shall be co-extensive with the state, and all license fees collected hereunder shall be paid by the sheriff and accounted for to the auditor as other license taxes are collected and paid, and the state tax commissioner shall prepare all suitable forms for licenses and bonds and certificates showing that such license has been granted and to do anything else in the premises to protect the state and see to the enforcement of this act. The clerk of the court shall immediately after license is granted as aforesaid, furnish the superintendent of the department of public safety a certified copy of the order of the court granting such license, for which service the clerk shall be paid a fee of two dollars which shall be taxed as cost in the proceeding; within thirty days after this act becomes effective it shall be the duty of the clerks of each court in this state having jurisdiction to issue pistol licenses to certify to the superintendent of the department of public safety a list of all such licenses issued in his county. Provided, that nothing herein shall prevent any person from carrying any such weapon, in good faith and not for a felonious purpose, upon his own premises, nor shall anything herein prevent a person from carrying any such weapon (unloaded) from the place of purchase to his home or place of residence, or to a place of repair and back to his home or residence; but nothing herein shall be construed to authorize any employee of any person, firm or corporation doing business in this state to carry on or about the premises of such employer any such pistol, or other weapon mentioned in this act for which a license is herein required, without having first obtained the license and given the bond as herein provided; and, provided, further, that nothing herein shall prevent agents, messengers and other employees of express companies doing business as common carriers, whose duties require such agents, messengers and other employees to have the care, custody or protection of money, valuables and other property for such express companies, from carrying any such weapon while actually engaged in such duties, or in doing anything reasonably incident to such duties; provided, such express company shall execute a continuing bond in the penalty of thirty thousand dollars, payable unto the state of West Virginia, and with security to be approved by the secretary of state of the state of West Virginia, conditioned that said express company will pay all damages, accruing to anyone by the accidental discharge or improper, negligent or illegal discharge or use of such weapon or weapons by such agent, messenger or other employee while actually engaged in such duties for such express company, in doing anything that is reasonably incident to such duties; but the amount which may be recovered for breach of such condition shall not exceed the sum of three thousand five hundred dollars in any one case, and such bond shall be filed with and held by the said secretary of state, for the purpose aforesaid, but upon the trial of any cause for the recovery of damages upon said bond, the burden of proof shall be upon such express company to establish that such agent, messenger or other employee was not actually employed in such duties for such express company nor in doing anything that was reasonably incident to such duties at the time such damages were sustained; and, provided further, that nothing herein shall prevent railroad police officers duly appointed and qualified under authority of section thirty-one of chapter one hundred forty-five of Barnes' code or duly qualified under the laws of any other state, from carrying any such weapon while actually engaged in their duties or in doing anything reasonably incident to such duties; provided, such railroad company shall execute a continuing bond in the penalty of ten thousand dollars payable unto the state of West Virginia and with security to be approved by the secretary of state of the state of West Virginia conditioned that said railroad company will pay all damages accruing to anyone by the accidental discharge or improper, negligent or illegal discharge or use of such weapon or weapons by such railroad special police officer whether appointed in this or some other state while actually engaged in such duties for such railroad company, in doing anything that is reasonably incident to such duties, but the amount which may be recovered for breach of such condition shall not exceed the sum of three thousand five hundred dollars in any one case, and such bond shall be filed with and held by the said secretary of state for the purpose aforesaid but upon the trial of any cause for the recovery of damages upon said bond, the burden of proof shall be upon such railroad company to establish that such railroad police officer was not actually employed in such duties for such railroad company nor in doing anything that was reasonably incident to such duties at the time such damages were sustained; and provided, further, that in case of riot, public danger and emergency, a justice of the peace, or other person issuing a warrant, may authorize a special constable and his posse whose names shall be set forth in said warrant, to carry weapons for the purpose of executing a process, and a sheriff in such cases may authorize a deputy or posse to carry | W.Va. Acts 25-30, 1st Extraordinary Sess., An Act to Amend and Re-Enact Section Seven . . . Relating to Offenses Against the Peace; Providing for the Granting and Revoking of Licenses and Permits Respecting the Use, Transportation and Possession of Weapons and Fire Arms. . . , ch. 3, § 7,  pt. a. |
|---|---|---|---|

Pl.0100

| | | | |
|---|---|---|---|
| | | weapons, but the justice shall write in his docket the cause and reasons for such authority and the name of the person, or persons, so authorized, and index the same, and the sheriff or other officer shall write out and file with the clerk of the county court the reasons and causes for such authority and the name, or names of the persons so authorized, and the same shall always be open to public inspection, and such authority shall authorize such special constable, deputies and posses to carry weapons in good faith only for the specific purposes and times named in such authority, and upon the trial of every indictment the jury shall inquire into the good faith of the person attempting to defend such indictment under the authority granted by any such justice, sheriff or other officer, and any such person or persons so authorized shall be personally liable for the injury caused to any person by the negligent or unlawful use of any such weapon or weapons. It shall be the duty of all ministerial officers, consisting of the justices of the peace, notaries public and other conservators of the peace of this state, to report to the prosecuting attorney of the county the names of all persons guilty of violating this section, and any person willfully failing so to do, shall be guilty of a misdemeanor and shall be fined not exceeding two hundred dollars, and shall, moreover, be liable to removal from office for such willful failure; and it shall likewise be the duty of every person having knowledge of the violation of this act, to report the same to the prosecuting attorney, and to freely and fully give evidence concerning the same, and any one failing so to do, shall be guilty of a misdemeanor and upon conviction thereof shall be fined not exceeding one hundred dollars; provided, further, that nothing herein contained shall be so construed as to prohibit sheriffs, their regularly appointed deputies, who actually collect taxes in each county, and all constables in their respective counties and districts, and all regularly appointed police officers of their respective cities, towns or villages, all jailors and game protectors who have been duly appointed as such, and members of the department of public safety of this state, from carrying such weapons as they are now authorized by law to carry, who shall have given bond in the penalty of not less than three thousand five hundred dollars, conditioned for the faithful performance of their respective duties, which said officers shall be liable upon their said official bond, for the damages done by the unlawful or careless use of any such weapon or weapons, whether such bond is so conditioned or not. It shall be unlawful for any person armed with a pistol, gun, or other dangerous or deadly weapon, whether licensed to carry same or not, to carry, expose, brandish, or use, such weapon in a way or manner to cause, or threaten, a breach of the peace. Any person violating this provision of this act shall be guilty of a misdemeanor, and upon conviction, shall be fined not less than fifty nor more than three hundred dollars or imprisoned in the county jail not less than thirty nor more than ninety days, or be punished by both fine and imprisonment in the discretion of the court. Any circuit court granting any such license to carry any of the weapons mentioned in this act, the governor, or the superintendent of the department of public safety, with the consent of the governor, may, for any cause deemed sufficient by said court, or by the superintendent of the department of public safety with the approval of the governor aforesaid, as the case may be, revoke any such license to carry a pistol or other weapon mentioned in this act for which a license is required, and immediate notice of such revocation shall be given such licensee in person, by registered mail or in the same manner as provided by law for the service of other notices, and no person whose license has been so revoked shall be re-licensed within one year thereafter; provided, that the authority so revoking such license may, after a hearing, sooner reinstate such licensee. | |
| WY | 1890 | Furnishing Deadly Weapons to Minor. § 5052. It shall be unlawful for any person to sell, barter or give to any other person under the age of twenty-one years any pistol, dirk or bowie knife, slung-shot, knucks or other deadly weapon that can be worn or carried concealed upon or  about the person, or to sell, barter or give to any person under the age of sixteen years any  cartridges manufactured and designed for use in a pistol; and any person who shall violate any  of the provisions of this section shall be fined in any sum not more than fifty dollars. | 1890 Wyo. Terr. Sess. Laws 140. Josiah A. Van Orsdel, Attorney General, Revised Statutes of Wyoming, in Force December 1, 1899 Including the Magna Charta, Declaration of Independence, Articles of Confederation, Organic Act of Territory of Wyoming, Act of Admission of the State of Wyoming, Constitution of the United States and of Wyoming, and the Rules  of the Supreme Court Page 1253, Image 1253 (1899) available at The Making of Modern Law: Primary Sources. |

Pl.0101

**Plaintiffs' Exhibit K**

Pl.0102

Case 3:19-cv-01226-L-AHG Document 136-2 Filed 03/15/24 PageID.16404 Page 111 of 424

  

ASK YALE LIBRARY          MY LIBRARY ACCOUNTS          HOURS

**FIND, REQUEST, AND USE          HELP AND RESEARCH SUPPORT          VISIT AND STUDY          EXPLORE COLLECTIONS          ABOUT US**

Yale University Library Research Guides / Manuscripts and Archives / Resources on Yale History / A Brief History of Yale

# Resources on Yale History: A Brief History of Yale

Search this Guide | Search

A Brief History of Yale          Timeline ⧉          Officer Lists ⧉          Alumni Information          Yale Publications          Additional Resources

5:58



**Pl.0103**

Case 3:19-cv-01226-L-AHG Document 136-2 Filed 03/15/24 PageID.16405 Page 112 of 424

# A Brief History of Yale

By Judith Schiff, Chief Research Archivist, Manuscripts and Archives

## Beginnings

Yale University had its beginnings with the founding of the New Haven Colony in 1638 by a band of 500 Puritans who fled from persecution in Anglican England. It was the dream of the Reverend John Davenport, the religious leader of the colony, to establish a theocracy and a college to educate its leaders. Purchases and plans for a college library date back to 1656 but were suspended when King Charles II forced the colony to unite with Connecticut in 1665.

According to the early histories of Yale, a group of ten ministers led by the Reverend James Pierpont of New Haven met in nearby Branford in 1700 to found a college. Each minister presented a donation of books, stating, "I give these books for the founding [of] a College in this Colony."

In 1701 New Haven was designated a co-capital of the colony with Hartford. When the Governor and General Assembly met in New Haven for the first time in October, they passed "An Act for Liberty to Erect a Collegiate School." Its mission was to instruct youth in the arts and sciences and fit them "for Publick employment both in Church & Civil State." The school's appointed trustees selected Saybrook, a town at the mouth of the Connecticut River, as the most convenient site for the school and Abraham Pierson, a minister in Killingworth, as the first rector, or president. However, the college operated in his home until his death in 1707, when it moved to Saybrook.

Over time the out-of-the-way location proved to be unpopular. In 1716, the site was moved to New Haven, whose citizens had outbid all other communities in both land and money to support the college. In 1718,

## Contact



## Manuscripts and Archives

Email Me

**Contact:**
Manuscripts and Archives

Yale University Library

P.O. Box 208240

New Haven, CT 06520-8240

(203) 432-1735



5:58

Pl.0104

3/14/24, 2:12 PM
Case 3:19-cv-01226-LAHG Document 136-2 Filed 03/15/24 PageID.16406 Page 113 of 424
A Brief History of Yale | About Research Services – Yale History – Library Guides at Yale University

when wealthy London merchant Elihu Yale—step grandson of Theophilus Eaton, co-founder of the New Haven colony—donated over 400 books, a portrait of King George I, and cloth goods that sold for 562 pounds, the college was named Yale College.

Connecticut Hall, a fine brick structure (now the oldest standing Yale and New Haven building), was constructed in the early 1750s. Students and alumni of the 1770s so actively supported the American revolutionary cause that the British looked upon Yale as a hotbed of sedition. Yale patriots included Nathan Hale, Noah Webster, Joel Barlow, and Timothy Dwight. On July 4, 1779 Yale President Ezra Stiles (1778–1795) first spied the British fleet approaching New Haven harbor through his telescope from the steeple of the college chapel. The student militia helped defend the town the following day.

## Academic Advances

Yale's next president, Timothy Dwight the elder (1795–1817), advanced the sciences in America by appointing Benjamin Silliman the first science professor in America in 1802. Over the next half century Silliman developed both the arts and sciences: working to establish a medical school in 1810; bringing the fine arts to academia and the city by arranging for John Trumbull's paintings to be given to Yale and housed in the country's first university art gallery in 1832; and founding a graduate school and scientific school in 1847.

Yale led the way in graduate and specialized school education, creating in the same year the first professorships in agricultural and applied chemistry. In 1852 the engineering school and the degree of Bachelor of Philosophy (science) were instituted. Instruction was consolidated in 1854 into the Yale Scientific School that, renamed the Sheffield Scientific School, became Connecticut's Land Grant College.



Case 3:19-cv-01226-LAHG  Document 136-2  Filed 03/15/24  PageID.16407  Page 114 of 424

Graduate education in America advanced when Yale awarded the first doctor of philosophy degrees in America in 1861. In 1876 New Haven native Edward Bouchet received the degree of Doctor of Philosophy from Yale, the first doctorate awarded to an African American by an American university. Bouchet was also the first African American to graduate from Yale College, in 1874, and the first to be elected to Phi Beta Kappa.

In the 1820s the divinity and law schools were established, and by mid-century Yale was the largest college in the United States. In 1869 the first university art school—Yale's first coeducational school—was opened with the donation of a New Haven alumnus and his wife, Augustus and Caroline Street. In the 1870s, the Peabody Museum opened to exhibit the dinosaur and other bones and fossils collected by Professor O.C. Marsh and his "bonediggers" during their Western expeditions. In 1880 Yale enrollment reached 1000, and in 1887 Yale College changed its name to Yale University. Women were admitted to the graduate school in 1892, and seven of the group received doctor of philosophy degrees in 1894. Later that year the music department was ranked as a separate school. From 1870 to 1899, the faculty grew from 64 to 260, and the student body from 755 to 2684. Gifford Pinchot (Class of 1889), chief of the U.S. Forest Service, established the forestry school in 1900 with funds given by his family.

Yale's great teachers and researchers in the late nineteenth and early twentieth century—physicist Josiah Willard Gibbs, lexicographer William Dwight Whitney, economist Irving Fisher, sociologist William Graham Sumner, and English literature professor William Lyon Phelps, to name a few—earned international reputations. For two centuries all of Yale's presidents had been ministers, but in 1899 the Yale Corporation, its board of trustees, elected the first lay president: Arthur Twining Hadley, an economist specializing in railroad



Case 3:19-cv-01226-LAHG  Document 136-2  Filed 03/15/24  PageID.16408  Page 115 of 424

legislation. In the first quarter of the twentieth century, Yale made further advances in the education of women, admitting them to the medical school in 1916 and to the law school in 1919, and establishing a school of nursing in 1923. The first honorary degree Yale awarded to a woman went to Jane Addams in 1910.

## Athletic Roots

College sports and its associated traditions in the United States were largely developed at Yale, beginning with the first collegiate rowing races in the New Haven harbor in 1843. The first intercollegiate races against Harvard in 1859 not only established the ancient Yale-Harvard rivalry but the use of school colors as well, Yale Blue and Harvard Crimson, to identify the teams. Yale's greatest sports contributions have been in the field of football, owing mainly to Walter Camp (Class of 1880), who transformed the rough and tumble game of rugby into American football.

Yale's football golden years lasted through the 1930s, when two of the first three Heisman trophy winners were Yale men. Some of Yale's greatest football heroes were in fact fictional: Dink Stover of the best-selling novel, Stover at Yale, and Frank Merriwell, whose exploits were followed in 250 dime novels. The Yale Bowl, the largest stadium constructed since the Roman Colosseum when it was completed in 1914, was filled with a record 80,000 fans for the Yale-Harvard game of 1920. Yale also led the way in developing the sports of swimming by coach Bob Kiphuth; basketball with the introduction of the five-man team in 1895; and boxing with the 1920 Olympic gold-medalist Eddy Eagan.

## Building Boom

By the end of the nineteenth century, the Old Campus had grown into

Pl.0107



Case 3:19-cv-01226-LAHG Document 136-4 Filed 03/15/24 PageID.16409 Page 116 of 424

a large quadrangle housing the library, chapel, dormitories, and classrooms. Across Elm Street were the beautiful Victorian Gothic Divinity School, the Berkeley Oval complex of dormitories, and the Old Gym. During and after World War I a new campus was planned and constructed. The first major project, completed in 1921, was the Memorial Quadrangle, later named Branford and Saybrook Colleges. Looming above the Quadrangle was Harkness Tower, for many years the world's tallest freestanding tower and the city's most visible landmark.

The administration of President James Rowland Angell (1921–1937) was marked by great development of the graduate and professional schools as well as the college. A large bequest from John W. Sterling and donations of the Harkness family enabled the university to reform its educational system and build residential colleges, graduate and professional schools, and libraries to strengthen and broaden its educational mission. The centerpiece of the Sterling buildings is the Sterling Memorial Library, completed in 1930. Featuring the largest library stack tower constructed to that time, Sterling is now the hub of a library system that is one of the world's largest.

Edward S. Harkness (Class of 1897), transformed Yale, first in the area of the arts by gifts to establish a drama school in 1924 and construct a new art gallery, completed in 1928. In 1930, Yale accepted his plan to construct and endow the undergraduate residential college system to develop closer student-teacher relationships and create communities composed of cross-sections of the student body. Yale's extensive building program in the late twenties and thirties economically mitigated the effects of the Great Depression on the city of New Haven.

## Political and Military Leadership



Pl.0108

Case 3:19-cv-01226-LAHG Document 136-2 Filed 03/15/24 PageID.16410 Page 117 of 424

Yale graduates have played an important role in the political and military life of the United States. Five U.S. presidents have attended Yale: William Howard Taft (Class of 1878), Gerald Ford (Law School, 1941), George H.W. Bush (Class of 1948), William Jefferson Clinton (Law School, 1973), and George W. Bush (Class of 1968). Taft also served as Chief Justice of the Supreme Court (1921–31). John C. Calhoun (Class of 1804) served as Vice President under two different presidents. Yale graduates have served with distinction in every armed conflict of our country from the Revolution to the Vietnam War; the names of those who died are carved on the white marble walls of Memorial Hall. Nathan Hale (Class of 1773) died in service as America's first spy. Over 750 Yale men served in the Civil War in both the Union and the Confederate armies. During World War II, the University operated year-round under an accelerated program; nearly 22,000 men and women were trained for service in the Army, Navy, Air Force, and Marine Corps, while the regular curriculum was carried on for civilian students.

## Recent Developments

After World War II, Yale President A. Whitney Griswold (1950–1963) redefined the liberal arts educational mission of Yale and enlivened the university's architectural appearance by inviting the best modern architects to design its buildings. Under the administration of President Kingman Brewster (1963–1977), Yale became more diverse. Women were admitted to Yale College in 1969, and the first women transfer students received the bachelor of arts degree in 1971. In 1972 the School of Art and Architecture was divided into separate schools. The School of Management was established in 1973.

The university is now New Haven's largest employer with over 11,000 faculty, professionals, and staff, and a student body of about 12,000. In 1997, Yale appointed the first vice president of New Haven and state



Case 3:19-cv-01226-LAHG · Document 136-2 · Filed 03/15/24 · PageID.1641.1 · Page 118 of 424

1997, Yale appointed the first vice president of New Haven and state affairs in recognition of the importance to Yale of relations with the city and region at this juncture of the university's history. Through the administrations of Yale presidents A. Bartlett Giamatti, Benno C. Schmidt, Richard C. Levin, and current president Peter Salovey, Yale and the city have continued to work cooperatively in developing mutually beneficial educational, cultural, and economic projects.

## Related resources

- "Old Yale" Articles from the *Yale Alumni Magazine*

- *Yale: A Short History* by George W. Pierson Online version of the 1991 reprint, digitized in 2004.



**Pl.0110**

STAFF LOGIN

## SITE NAVIGATION

FIND, REQUEST, AND USE

HELP AND RESEARCH SUPPORT

VISIT AND STUDY

EXPLORE COLLECTIONS

ABOUT US

ASK YALE LIBRARY

MY LIBRARY ACCOUNTS

HOURS


P.O. BOX 208240
New Haven, CT
06250-8240
(203) 432-1775

## YALE'S LIBRARIES

Bass Library

Beinecke Rare Book and Manuscript Library

Classics Library

Cushing/Whitney Medical Library

Divinity Library

East Asia Library

Gilmore Music Library

Haas Family Arts Library

Lewis Walpole Library

Lillian Goldman Law Library

Marx Science and Social Science Library

Sterling Memorial Library

Yale Center for British Art

SUBSCRIBE TO OUR NEWSLETTER

5:58

@YALELIBRARY



**YALE LIBRARY INSTAGRAM**

**Pl.0111**

# Yale

ACCESSIBILITY     DIVERSITY, EQUITY, AND INCLUSION     GIVING     PRIVACY AND DATA USE     CONTACT O

WEB TEAM

© 2022 Yale University Library • All Rights Reserved

**Plaintiffs' Exhibit L**

Pl.0113



ASK YALE LIBRARY                    MY LIBRARY ACCOUNTS                    HOURS

**FIND, REQUEST, AND USE**        **HELP AND RESEARCH SUPPORT**        **VISIT AND STUDY**        **EXPLORE COLLECTIONS**
                                    **ABOUT US**

Yale University Library Research Guides  /  Manuscripts and Archives  /  Yale History Timeline  /

1820 - 1829

# Yale History Timeline: 1820 - 1829

Search this Guide | Search

Home        **18th Century** ▾        **19th Century** ▾        **20th Century** ▾        **21st Century** ▾



## 1821 - 1828

**1821**     Chi Delta Theta founded by Professor James Luce Kingsley.

**1822**     Theological Department organized.  Rev. Nathaniel W. Taylor called to professorship of Didactic Theology.

**1822**     Statement of the courses of instruction, expenses, etc., added to the annual catalogue.

**May 1823**     Assent to the Saybrook Platform by members of Faculty abrogated.

**1823**     Beginning of gifts from Sheldon Clark, for many years the large individual donor to the College.

**1824**     Private law school conducted in New Haven by Seth P. Staples (BA. 1797), Judge David Daggett (B.A. 1783), and Samuel Hitchcock (B.A. 1809) affiliated with Yale College and names students included in the catalogue.

**May 24 1825**     The Gibbs Cabinet of Minerals, which had been on exhibition since 1810, purchased.

**Sep 12 1826**     The graduating class numbered 101; the largest previous class (82) graduated in 1814.

**Sep 1827**     The Society of the Alumni was formed with the avowed object of "sustaining and advancing the interests of the college. "

**Summer 1828**     Bread and Butter Rebellion.

**1828**     The Illinois Association formed in the Theological Department following the organization of the American Home Missionary Society.

## Contact



# Manuscripts and Archives

Email Me

**Contact:** Manuscripts and Archives

Yale University Library

P.O. Box 208240

New Haven, CT 06520-8240

(203) 432-1735

Pl.0115

STAFF LOGIN

## SITE NAVIGATION

FIND, REQUEST, AND USE

HELP AND RESEARCH SUPPORT

VISIT AND STUDY

EXPLORE COLLECTIONS

ABOUT US

ASK YALE LIBRARY

MY LIBRARY ACCOUNTS

HOURS

P.O. BOX 208240
New Haven, CT
06250-8240
(203) 432-1775

## YALE'S LIBRARIES

Bass Library

Beinecke Rare Book and Manuscript
Library

Classics Library

Cushing/Whitney Medical Library

Divinity Library

East Asia Library

Gilmore Music Library

Haas Family Arts Library

Lewis Walpole Library

Lillian Goldman Law Library

Marx Science and Social Science
Library

Sterling Memorial Library

SUBSCRIBE TO OUR
NEWSLETTER

   

@YALELIBRARY



Pl.0116

3/14/24, 2:11 PM

Yale Center for British Art

# Yale

**YALE LIBRARY INSTAGRAM**

**ACCESSIBILITY**    **DIVERSITY, EQUITY, AND INCLUSION**    **GIVING**    **PRIVACY AND DATA USE**    **CONTACT OUR WEB TEAM**

**© 2022 Yale University Library • All Rights Reserved**

**Pl.0117**

**Plaintiffs' Exhibit M**

Pl.0118

# NATIONAL CENTER FOR EDUCATION STATISTICS

# 120 Years
# of American Education:
# A Statistical Portrait



U.S. Department of Education
Office of Educational Research and Improvement

Pl.0119

# *120 Years of American Education: A Statistical Portrait*

**Editor**
**Thomas D. Snyder**
**Center for Education Statistics**

Pl.0120

**U.S. Department of Education**
Lamar Alexander
*Secretary*

**Office of Educational Research and Improvement**
Diane Ravitch
*Assistant Secretary*

**National Center for Education Statistics**
Emerson J. Elliott
*Commissioner*

**National Center for Education Statistics**

"The purpose of the Center shall be to collect, analyze, and disseminate statistics and other data related to education in the United States and in other nations."—Section 406(b) of the General Education Provisions Act, as amended (20 U.S.C. 1221e–1).

January 1993

Pl.0121

# Foreword

**Emerson J. Elliott**
**Commissioner of Education Statistics**

NCES statistics and reports are used for myriad purposes. Congress, federal agencies, state and local officials, business leaders, scholars and researchers, the news media, and the general public use our data to formulate programs, apportion resources, monitor services, research issues, and inform and make decisions.

Since 1870, the federal government has collected statistics on the condition and progress of American education. In the beginning, data were collected on very basic items, such as public elementary and secondary school enrollment, attendance, teachers and their salaries, high school graduates, and expenditures. Over the years, the level of detail has gradually increased. Today, the National Center for Education Statistics has a staff of approximately 130 who collect information through nearly 40 surveys and studies and produce more than 175 publications per year.

Statistics paint a portrait of our Nation. By looking at changes in the data over time—like number of schools, participation rates, completion rates, and expenditures—we see how our Nation has progressed. But the questions, too, have changed. Illiteracy, for example, is defined differently today than it was in earlier years. While we once looked only at whether a person could read or write, today we are concerned with how well a person can function in a modern society. Recent additions to the long-term data series contain more qualitative information, especially on student performance and classroom activities.

During the period in which this report was prepared, Diane Ravitch, an educational historian by profession, was Assistant Secretary for Educational Research and Improvement. Dr. Ravitch knows the importance of the record that America's education data collections form, and it was her personal interest and initiative that prompted preparation of this report. Her support, both as Assistant Secretary and as an historian of education, has been invaluable to the production of this volume and in all other efforts of NCES.

The Assistant Secretary's Introduction to this volume states that an historical perspective is indispensable for a full understanding of American education and the changes it has undergone. Such a perspective will help supply that meaning, understanding, and judgment needed to help improve education in America.

I join her in thanking Vance Grant of OERI and Tom Snyder of NCES for producing this work. We will benefit from the better understanding of our past that these education statistics bring to us.

This work supplements other major compilations of education statistics, including the annual *Digest* and the *Condition of Education* reports, and reaffirms the mission of the National Center for Education Statistics to provide the Nation with data on the condition and progress of education. Our goal is to make education data accessible, useful, and meaningful to our many publics. I welcome comments for improvements to our data collections and publications.

Pl.0122   iii

# Acknowledgments

Many people have contributed in one way or another to the development of *120 Years of American Education.* Foremost among these contributors is W. Vance Grant, who has served as an education statistics expert since 1955. Thomas D. Snyder was responsible for the overall development and preparation of *120 Years of American Education,* which was prepared under the general direction of Jeanne E. Griffith, Associate Commissioner for Data Development.

William Sonnenberg served as a statistical consultant in all phases of *120 Years of American Education* and was responsible for chapter 2, "Elementary and Secondary Education." Irene Baden Harwarth developed a table on higher education enrollment and was responsible for developing charts for the report. Charlene Hoffman developed tables on degrees conferred and managed the typesetting. Carol Sue Fromboluti managed the review process of the publication. Celestine Davis provided statistical assistance.

A number of people outside the Center also expended large amounts of time and effort on *120 Years of American Education.* James J. Corina and Robert Craig of Pinkerton Computer Consultants, Inc., provided computer support. Louise Woerner, Barbara Robinson, Jeannette Bernardo, and Jeffrey Sisson of HCR provided research assistance. Nancy Floyd copyedited this book, and Margery Martin and Wilma Greene provided editorial assistance. Annie Lunsford designed the cover. Jerry Fairbanks and Kim Stiles of the U.S. Government Printing Office provided typesetting assistance.

*120 Years of American Education* has received extensive reviews by individuals within and outside the Department of Education. We wish to thank them for their time and expert advice. In the Office of Educational Research and Improvement (OERI), Diane Ravitch, Maris Vinovskis, Mary Frase, W. Vance Grant, Fred Beamer, Frank Morgan, John Sietsema, and Irene Baden Harwarth reviewed the entire manuscript. Rosemary Clark and Dave Fleck of the Bureau of the Census also reviewed the entire document. Agency reviews were conducted by the Office of Bilingual Education and Minority Languages Affairs, Office of Management and Budget, Office of Policy and Planning, Office of Private Education, and Office of Vocational and Adult Education, U.S. Department of Education.

OERI Deputy Assistant Secretary Francie Alexander and NCES Chief of Staff Paul R. Hall provided leadership and gave enthusiastic support to this project.

# Introduction

**Diane Ravitch**
**Assistant Secretary**

As an historian of education, I have been a regular consumer of education statistics from the U.S. Department of Education. For many years, I kept the Department's telephone number in my address book and computer directory. It did not take long to discover there was one person to whom I should address all my queries: Vance Grant. In my many telephone calls for information, I discovered he is the man who knows what data and statistics have been gathered over the years by the Department of Education. No matter how exotic my question, Dr. Grant could always tell me, without delay, whether the information existed; usually, he produced it himself. When I asked a statistical question, I could often hear the whir of an adding machine in the background, even after the advent of the electronic calculator.

Imagine my surprise, therefore, to find myself in the position of Assistant Secretary of the Office of Educational Research and Improvement (OERI), the very home of the National Center for Education Statistics (NCES). The latter agency is headed by Emerson Elliott, the first presidentially appointed Commissioner of Education Statistics. And imagine my delight when I encountered Vance Grant, face to face, for the first time. The voice on the telephone, always cheerful and confident, belonged to a man employed by the Department or Office of Education since 1955.

Vance Grant, a Senior Education Program Specialist, and Tom Snyder, NCES' Chief of the Compilations and Special Studies Branch in the Data Development Division, prepared *120 Years of American Education: A Statistical Portrait.* They did so enthusiastically, because—like me—they knew it was needed. Historians of education customarily must consult multiple, often disparate, sources to find and collect the information in this one volume. They can never be sure if the data they locate are consistent and reliable. This compilation aggregates all relevant statistics about the history of our educational system in one convenient book. It will, I believe, become a classic, an indispensable volume in every library and on every education scholar's bookshelf, one that will be periodically updated. Vance Grant's and Tom Snyder's careful preparation of this report substantially enriches our knowledge of American education.

But collecting these historical data in one volume not only benefits professional historians. As a Nation, we need to develop an historical perspective in analyzing change. Too often, newspapers report important political, economic, or social events without supplying the necessary historical context. We are all now accustomed to reading headlines about the latest test scores. Whether up or down, they invariably overstate the meaning of a single year's change. And the same short-sightedness often flaws journalistic reports of other major educational trends.

## Historical Context

One does not need to be an historian to recognize the tremendous importance of historical context. Each of us should be able to assess events, ideas, and trends with reliable knowledge of what has happened in the past. If we cannot, our ability to understand and make sense of events will be distorted. This volume would become a reference for all who wish to make informed judgments about American education. We must struggle mightily against the contemporary tendency towards presentism, the idea inspired by television journalism that today's news has no precedent. As we struggle to preserve history, we preserve our human capacity to construct meaning and to reach independent judgment.

In an age when we are awash with information and instantaneous news, it is meaning, understanding, and judgment that are in short supply. This collection of historical statistics about American education provides its readers with the perspective they need to understand how far we have come in our national commitment to education and how far we must still go in pursuit of our ideals.

I especially thank Vance Grant and Tom Snyder for their untiring efforts in assembling this book. Without their dedication, and without Emerson Elliott's support for the importance of this work, it would never have happened.

# Contents

| | Page |
|---|---|
| Foreword, by Emerson J. Elliott | iii |
| Acknowledgments | v |
| Introduction, by Diane Ravitch | vii |
| Statistics in the U.S. Department of Education: Highlights from the Past 120 Years, by W. Vance Grant. | 1 |
| Chapter 1. Education Characteristics of the Population, by Thomas D. Snyder | 5 |
| Chapter 2. Elementary and Secondary Education, by William C. Sonnenberg | 25 |
| Chapter 3. Higher Education, by Thomas D. Snyder | 63 |
| Methodology | 95 |

## Figures

| | | Page |
|---|---|---|
| 1. | Percent of 5- to 19-year-olds enrolled in school, by race: 1850 to 1991 | 6 |
| 2. | Percent of 20- to 24-year-olds and 25- to 34-year-olds enrolled in school, by sex: 1940 to 1991 | 7 |
| 3. | Percent of persons 25 years old and over completing 4 years of high school, by sex and race: 1940 to 1991 | 8 |
| 4. | Percent of persons 25 years old and over completing 4 years of college, by sex and race: 1940 to 1991 | 8 |
| 5. | Annual average income of high school and college graduates, 25 years old and over, in constant 1991 dollars, by sex: 1959 to 1991 | 10 |
| 6. | Enrollment in public elementary and secondary schools, by level: 1869–70 to 1992–93 | 26 |
| 7. | Elementary and secondary enrollment as a percentage of 5- to 17-year-olds, by level: 1869–70 to fall 1991 | 27 |
| 8. | Average number of days per year attended by public school students: 1869–70 to 1980–81 | 28 |
| 9. | Pupil/teacher ratio in public elementary and secondary schools: 1869–70 to fall 1990 | 29 |
| 10. | Percentage of elementary and secondary school teachers, by sex: 1869–70 to fall 1990 | 29 |
| 11. | Number of public and private high school graduates per 100 17-year-olds: 1869–70 to 1991–92 | 31 |
| 12. | Sources of revenues for public elementary and secondary schools: 1889–90 to 1989–90 | 32 |
| 13. | Current expenditure per pupil in average daily attendance, in constant 1989–90 dollars: 1919–20 to 1989–90 | 33 |

Pl.0125 ix

14.  Enrollment in institutions of higher education, by sex: 1869–70 to 1990–91 ................ 65

15.  Percentage of students in institutions of higher education, by control, type, and attendance status: 1931–32 to 1991–92 ...................................................... 66

16.  Bachelor's, master's, and doctor's degrees conferred by institutions of higher education: 1869–70 to 1989–90 ...................................................... 67

17.  Bachelor's degrees per 1,000 23-year-olds: 1889–90 to 1989–90 .............................. 68

18.  Percentage of higher education degrees conferred to females, by level: 1869–70 to 1989–90 ...................................................................................... 69

19.  Bachelor's degrees per 100 high school graduates 4 years earlier and master's degrees per 100 bachelor's degrees 2 years earlier: 1869–70 to 1989–90 .............. 69

20.  Sources of current-fund revenue for institutions of higher education: 1909–10 to 1989–90 ...................................................................................... 71

21.  Expenditures of institutions of higher education per student in constant 1990–91 dollars: 1929–30 to 1989–90 ...................................................... 73

## Tables

**Education Characteristics of the Population**

1.  Population, by age and race, live births, and birth rate: 1790 to 1991 ......................... 11

2.  School enrollment of 5- to 19-year-olds per 100 persons, by sex and race: 1850 to 1991 ...................................................................................... 14

3.  School enrollment and school enrollment rates, by age and sex: 1940 to 1991 .......... 15

4.  Years of school completed by persons 25 years old and over, by race and sex: April 1940 to March 1991 ...................................................................... 18

5.  Median years of school completed by persons age 25 and over and 25 to 29, by race and sex: 1910 to 1991 ...................................................... 21

6.  Percentage of persons 14 years old and over who were illiterate, by race and nativity: 1870 to 1979 ...................................................... 21

7.  Annual mean income of males and females 25 years old and over, by years of school completed: 1939 to 1991 ...................................................... 22

**Elementary and Secondary Education**

8.  Historical summary of public elementary and secondary school statistics: 1869–70 to 1989–90 ...................................................................................... 34

9.  Enrollment in regular public and private elementary and secondary schools, by grade level: 1869–70 to fall 1992 ...................................................... 36

10.  Enrollment in regular public elementary and secondary schools, by grade: 1910–11 to fall 1990 ...................................................................................... 38

11.  Enrollment in regular public elementary and secondary schools, by state: 1870–71 to fall 1990 ...................................................................................... 42

12.  Children served in special education programs, by type of disability: 1921–22 to 1989–90 ...................................................................................... 44

**Pl.0126**

13. Public school pupils transported at public expense and current expenditures for transportation: 1929–30 to 1989–90 ............................................................................ 45

14. Average daily attendance, instructional staff, and teachers in public elementary and secondary schools: 1869–70 to 1990–91 ................................................... 46

15. Catholic elementary and secondary enrollment, teachers, and schools, by level: 1919–20 to 1990–91 ................................................................... 49

16. Public school enrollment in grades 9 to 12, by subject: 1889–90 to fall 1981 ............. 50

17. Student proficiency in reading, writing, mathematics, and science, by age and race/ethnicity: 1969–70 to 1989–90 ............................................ 51

18. Percentage of students at or above selected reading, mathematics, and science proficiency levels, by age and race/ethnicity: 1970–71 to 1989–90 ............................... 52

19. High school graduates, by sex and control of institution: 1869–70 to 1991–92 ........... 55

20. Public school districts and public and private elementary and secondary schools: 1929–30 to 1990–91 ................................................................... 56

21. Revenues for public elementary and secondary schools, by source of funds: 1889–90 to 1989–90 ................................................................... 57

22. Total and current expenditures and expenditure per pupil in public elementary and secondary schools, by purpose: 1869–70 to 1989–90 ................................................. 59

**Higher Education**

23. Historical summary of higher education statistics: 1869–70 to 1989–90 ...................... 75

24. Enrollment in institutions of higher education, by sex, attendance status, and type and control of institution: 1869–70 to fall 1991 ........................................... 76

25. Enrollment in institutions of higher education, by state: 1869–70 to fall 1990 ............. 78

26. Number and professional employees of institutions of higher education: 1869–70 to 1991–92 ................................................................... 80

27. Number of permanent colleges and universities founded before 1860, by decade of founding and by state ............................................................... 81

28. Degrees conferred by institutions of higher education, by sex and level: 1869–70 to 1989–90 ................................................................... 82

29. Bachelor's degrees conferred by institutions of higher education, by field of study: 1959–60 to 1989–90 ................................................................... 85

30. Master's degrees conferred by institutions of higher education, by field of study: 1959–60 to 1989–90 ................................................................... 86

31. Doctor's degrees conferred by institutions of higher education, by field of study: 1959–60 to 1989–90 ................................................................... 87

32. First-professional degrees conferred by institutions of higher education in dentistry, medicine, and law, by sex: 1949–50 to 1989–90 ....................................... 88

33. Current-fund revenue of institutions of higher education, by source of funds: 1889–90 to 1989–90 ................................................................... 89

34. Current-fund expenditures and educational and general expenditures per student of institutions of higher education, by function: 1929–30 to 1989–90 .......................... 90

Pl.0127

35.   Value of property and endowment, and liabilities of institutions of higher education: 1899–1900 to 1989–90 ........................................................................................    92

**Appendix**

36.   Gross domestic product, state and local expenditures, personal income, disposable personal income, and median family income: 1940 to 1991 ....................................    93

37.   Gross domestic product deflator, Consumer Price Index, education price indexes, and federal budget composite deflator: 1919 to 1992 ..............................................    94

Pl.0128

# Statistics in the U.S. Department of Education: Highlights from the Past 120 Years

## W. Vance Grant

In 1867, the Congress of the United States passed legislation providing "That there shall be established at the City of Washington, a department of education, for the purpose of collecting such statistics and facts as shall show the condition and progress of education in the several States and Territories, and of diffusing such information respecting the organization and management of schools and school systems, and methods of teaching, as shall aid the people of the United States in the establishment and maintenance of efficient school systems, and otherwise promote the cause of education throughout the country." The department was to be headed by a Commissioner of Education. The Commissioner was to be paid a salary of $4,000 a year, and he was authorized to appoint three clerks, at annual salaries of $2,000, $1,800, and $1,600, to help him carry out his duties.

Two years later, the name of the new department was changed to the Office of Education, its budget was cut back, and the Commissioner's support staff was reduced from three to two clerks. The Office of Education became one of the constituent agencies within the Department of the Interior in 1869, and it remained there for 70 years. During most of those years, it was known as the Bureau of Education, but in 1929 its name was restored to the Office of Education. In 1939, it became part of the Federal Security Agency, and in 1953, it was assigned to the newly established Department of Health, Education, and Welfare. In 1980, education was separated from health and welfare, and a new cabinet-level Department of Education came into existence.

Early in its history, the federal education agency moved to fulfill its mandate to "collect" and "diffuse" statistics on education in the United States. The development of a statistical program proved to be a formidable task. The country was large, its educational system was decentralized, and the staff available to collect statistics was almost nonexistent.

In the beginning, no effort was made to estimate for nonresponding institutions (probably because there were no bench marks from which to make reasonable estimates). There were also some inconsistencies in the data obtained from the states and territories and from the various colleges and universities. Early on, the compilers of education statistics learned to look to the decennial censuses of population to fill some of the gaps in the data reported to this office.

Some of the problems faced by the new agency, along with some of the progress made in the early years, are evident in a quotation from Commissioner John Eaton, who wrote in the *Report of the Commissioner of Education for the Year 1875:* "When the work of collecting educational statistics was begun by the Office, it was found that there was no authentic list of the colleges in the United States, or of academies, or normal schools, or schools of science, law, or medicine, or of any other class of educational institutions. The lists of nearly all grades of schools are now nearly complete. Information on all other matters relating to educational systems was equally incomplete and difficult of access."

The statistical surveys of what is now the National Center for Education Statistics[1] date from 1870. The first statistics were apparently the responsibility of the chief clerk, but in 1872, Congress authorized the agency to hire its first statistician at a salary of $1,800 a year. In the beginning, data were collected on basic items, such as public elementary and secondary school enrollment, attendance, teachers and their salaries, high school graduates, and expenditures. At the higher education level, the data in the early years included the number of colleges and universities, enrollment, faculty, and bachelor's and higher degrees conferred.

The level of detail obtained in the surveys of this office gradually increased. By 1890, the data collection program had been expanded to include private

---

[1] The statistical component of the Department of Education has had many names. A staff member who joined this office in 1955 recalls that in the past 37 years it has been called the Research and Statistical Services Branch, the Educational Statistics Branch, the Division of Educational Statistics, the National Center for Educational Statistics, the National Center for Education Statistics, the Center for Statistics, the Center for Education Statistics, and, once again, the National Center for Education Statistics. For convenience it will be referred to in this paper as the National Center for Education Statistics or simply National Center.

Pl.0129   1

elementary and secondary school enrollment, teachers, and graduates; enrollment by subject field in public high schools; public school revenue receipts by source; and income and value of physical plants of institutions of higher education. By 1920, the statistical program included a detailed breakdown of public school expenditures by purpose and of higher education income by source of funds.

The statistical program of the National Center for Education Statistics took a major step forward in 1923 when it was authorized to hire four new "Principal Statistical Assistants." A major responsibility of these new employees was to make visits "to the field" every two years. During these field visits, they worked with the state departments of education and with the institutions of higher education that had not responded fully to the Center's requests for statistical information. The field staff brought back a great deal of information that would not have been available otherwise, thus enabling the Center to report national totals that were virtually 100 percent complete. These field visits were made biennially for many years. The last extensive use of a field staff was made in 1962 when representatives of the National Center visited every state department of education in connection with the *National Inventory of School Facilities and Personnel.*

By 1930, the education data collected included the number of public elementary and secondary schools, the approximate number of private elementary and secondary schools, the endowments of institutions of higher education, and a breakdown of the expenditures of colleges and universities by purpose. The collection of education statistics was curtailed during the early and middle 1940s, as the office assumed various responsibilities related to the war effort.

Following the end of World War II, there was a further expansion in the statistical information collected by this office. College enrollment increased as many war veterans took advantage of the G.I. Bill of Rights to attend the Nation's institutions of higher education. The office responded with an annual survey of fall enrollment in colleges and universities.[2] While there have been some modifications in the coverage and in the amount of detail requested over time, this survey continues in an unbroken series 47 years later.

A survey of earned degrees conferred by major field of study was initiated in 1948, and it continues today to provide annual data on the supply of trained personnel coming out of colleges and universities with bachelor's, master's, doctor's, and first-professional degrees. This survey was extended to include associate degrees and other awards below the baccalaureate in 1966. Data by sex have been collected

in the fall enrollment and earned degree surveys for many years. Beginning in 1976, both surveys were expanded to include the race/ethnicity of the students and degree recipients. Statistics on the number of foreign (nonresident alien) students and degree recipients have also been collected periodically since 1976.

An annual survey of public school enrollment, teachers, and schoolhousing was begun in 1954. This survey has continued through the years, but the amount of information collected has increased substantially over time. Today, it is our primary source of state and national data on the enrollment, staff, graduates, and finances of public elementary and secondary schools.

The professional and clerical staff of the National Center had grown gradually from 16 in 1948 to 26 in 1956. A major expansion of its staff and responsibilities occurred in fiscal year 1957 when the Center was authorized to increase its personnel to 76, including 32 statisticians and education specialists. The increase in staff enabled the Center to collect more statistical information and to process it more expeditiously. The period from the late 1950s through the early 1960s was a productive time for the Center. The quantity and quality of the statistical publications coming out of the Center in those years were quite high.

In the mid-1960s, the National Center's education statistics were put to a new use—that of supporting the education proposals that were making their way through the legislative process on Capitol Hill. It is no exaggeration to say that the Center's statistics played an indispensable role in the passage of a number of acts of Congress which provided support to elementary, secondary, and higher education. For those staff members of the Center who were involved in preparing testimony and in supplying statistical analyses to Capitol Hill for legislative purposes, it was a very exciting time indeed.

For many years, the National Center for Education Statistics has prepared a directory of public school districts in the United States. Recent editions of this directory provide the name, address, and telephone number, as well as statistics on the number of schools, enrollment, teachers, high school graduates, and grade span of each public school district. In 1967, the Center assumed the responsibility for the preparation of a directory of institutions of higher education. Today, this publication has evolved into a two-volume *Directory of Postsecondary Institutions:* Volume 1 provides data on 4-year and 2-year institutions (primarily colleges and universities); Volume 2 contains information about institutions that offer less than 2 years of postsecondary education (mainly vocational schools).

---

[2] Earlier, surveys of enrollment in the "third week of fall term" had been conducted biennially.

Pl.0130

Traditionally the information collected by the National Center for Education Statistics emphasized inputs rather than outcomes. Recognizing the need to provide data on the quality of education as well, the Center in 1969 launched the National Assessment of Educational Progress. For the past two decades, the National Assessment surveys have measured the achievement of a nationwide sample of students aged 9, 13, and 17 in reading, writing, mathematics, and science. Surveys of civics, history, and geography achievement also have been conducted on a periodic basis. The Center also has participated in several international studies which provide comparative data on student achievement in mathematics, science, and reading.

The longitudinal surveys of the National Center for Education Statistics date from 1972. In these surveys, a nationwide sample of students is tracked over a period of years. Their educational and occupational experiences are recorded, and some information is collected on their family lives and other experiences and on their goals in life. The first series began with a group of high school seniors in 1972, and the second longitudinal series began with both high school sophomores and seniors in 1980. A third longitudinal study of students who were in the eighth grade in the spring of 1988 will contribute to our knowledge of when and why students drop out of high school. Future longitudinal studies based on other student levels are planned.

Among the new surveys added to the National Center's statistical program in recent years are the National Postsecondary Student Aid Study, the National Survey of Postsecondary Faculty, the Schools and Staffing Survey, and the National Household Education Survey. The Student Aid Study, first conducted in 1986–87, provides data on the proportion of postsecondary students who obtain financial assistance, the kinds and sources of assistance they receive, and the average amounts of aid awarded. The National Survey of Postsecondary Faculty, first conducted in 1987–88, collected information about the characteristics of academic departments and college faculty members. The Schools and Staffing Survey, first conducted in 1987–88, provides a wealth of information on elementary and secondary school teachers, including their personal characteristics, their teaching assignments, and their attitudes toward the teaching profession. The data on teacher turnover and teacher characteristics, which are derived from this study, make possible a variety of analyses, such as a projection of the number of teachers that will be needed in the years ahead. The National Household Education Survey, first conducted in 1991, is used to collect data that are difficult to obtain through surveys of institutions. For example, this system was used to collect information about the day-care experiences and preparation of children for elementary school.

In addition to completely new survey systems, other existing survey systems have been expanded during the 1980s. For example, the new Integrated Postsecondary Education Data System (IPEDS) was designed to include all postsecondary education providers, rather than just colleges and universities.

A review of the statistical program of the Department of Education would not be complete without mentioning a few of the major publications that cover the field of education from a broad perspective. From 1870 through 1917, the statistics collected by this office appeared in the Annual Report of the Commissioner of Education. These impressive volumes, produced by a small but dedicated staff, provide the framework for much of the National Center's statistical program today.

From 1918 through 1958, the major surveys of this office were collected and published as chapters in the *Biennial Survey of Education in the United States.* The *Biennial Survey* usually contained chapters on state school systems, city school systems, and institutions of higher education, and a summary chapter covering all levels of education. From time to time, there were additional chapters covering a variety of subjects, including offerings and enrollments in high school subjects, statistics of public secondary schools, special education for exceptional children, statistics of private elementary and secondary schools, and library statistics.

After the demise of the *Biennial Survey,* a need was felt for a publication that would bring together in one convenient volume a summary of the different kinds of data being collected by the National Center. To fulfill this objective, the first *Digest of Education Statistics* [3] was prepared and published in 1962. Thirty years later, a greatly expanded *Digest* continues to meet the needs of thousands of users of education statistics each year by providing numerous trend tables as well as the latest survey data.

In 1964, the National Center initiated a series entitled *Projections of Education Statistics.* [4] This report, which is now prepared annually, provides projections for each of the next 10 years of many key data items collected by the National Center, including enrollment, instructional staff, high school and college graduates, and educational finances. In recent years, the report has been expanded to include some forecasts at the state level.

Responding to a congressional mandate expressed in the Education Amendments of 1974, the National Center has prepared a report on the "condi-

---

[3] Early editions of the *Digest of Education Statistics* were called *Digest of Educational Statistics.*
[4] Early editions of the *Projections of Education Statistics* were called *Projections of Educational Statistics.*

Pl.0131

tion of education'' each year since 1975. *The Condition of Education* provides timely data on the status and progress of education in this country. It uses an ''indicators'' approach to highlight specific issues with relevant information. Recent editions of this report have added a new dimension by comparing the educational attainment, achievement, and expenditures in the United States with those in other countries.

From humble beginnings 120 years ago, the National Center for Education Statistics has emerged as one of the major statistical agencies of the federal government. Today, it is headed by a Commissioner of Education Statistics and has a staff of approximately 130 people. It issues approximately 175 publications a year. These documents include early releases, bulletins, statistical reports, directories, and handbooks of standard terminology. Electronic formats, including data tapes, diskettes, CD-ROMs, and bulletin boards, are also used to make data available to the public.

The demand for the National Center's products continues to grow. The number of requests for education statistics and related information directed to the information office now averages close to 1,000 a week. The requests come from a variety of sources, including Members of Congress and congressional committees, government agencies, state and local school officials, institutions of higher education, organizations representing the education community, the news media, business organizations, students, and the general public. As the 21st century approaches, the National Center will be looking for additional ways to serve its wide audience of users of education statistics.

## Bibliography

*Annual Reports of the Commissioner of Education, 1870 to 1917.* Bureau of Education, Washington, D.C.: various years.

*Biennial Survey of Education in the United States, 1916–18 to 1956–58.* Office of Education, Washington, D.C.: various years.

Blauch, Lloyd E. *To Promote the Cause of Education, A Review of Historic Background of Today's Office of Education.* Office of Education, Washington, D.C.: 1953.

Grant, W. Vance. Specialist in Education Statistics, personal reminiscences.

Kappel, Joseph W. (1957) and Henry G. Badger (1962), unpublished staff papers.

Lykes, Richard Wayne. *Higher Education and the United States Office of Education (1867–1953).* Office of Education, Washington, D.C.: 1975.

Smith, Darrell Hevenor. *The Bureau of Education, Its History, Activities, and Organization.* The Johns Hopkins Press, Baltimore: 1923.

Sniegoski, Stephen J. *The Department of Education.* Chelsea House Publishers, New York: 1988.

U.S. Bureau of the Census. *Historical Statistics of the United States, Colonial Times to 1957.* U.S. Government Printing Office, Washington, D.C.: 1960.

Pl.0132

# Chapter 1
## Education Characteristics of the Population

*". . . [I]t is believed that the most effectual means of preventing [tyranny] would be, to illuminate, as far as practicable, the minds of the people at large, and more especially to give them knowledge of those facts, which history exhibiteth, that . . . they may be enabled to know . . ."* Thomas Jefferson's "Bill for the more general diffusion of knowledge" (1779).

*"By the year 2000: . . .*

*Every adult American will be literate and will possess the knowledge and skills necessary to compete in a global economy and exercise the rights and responsibilities of citizenship. . . ."*

Goal #5, The National Education Goals (1990).

We are unable to know the level of enthusiasm that the founding fathers actually had for public education. But it is clear that many Americans have shared Mr. Jefferson's vision of the need to have an educated population in order to "exercise the rights and responsibilities of citizenship." Thus, even as early as the Northwest Ordinance of 1787, the federal government set aside resources for education. The creation of the federal Department of Education in 1867, while not a cabinet level position, did reinforce the importance of education.

The Act of 1867 directed the Department of Education to collect and report the "condition and progress of education" in annual reports to Congress. In the first report of 1870, the Commissioner proudly reported that nearly 7 million children were enrolled in elementary schools and 80,000 were enrolled in secondary schools. Also, some 9,000 college degrees had been awarded. This contrasts with 1990, when 30 million were enrolled in public elementary schools and 11 million were enrolled in secondary schools. Over 1.5 million bachelor's and higher degrees were awarded.

What path has American education taken from such modest beginnings to such an impressive present? These and other questions prompted the Office of Educational Research and Improvement to review historical data and report on historical education statistics. This publication presents information from the first Office of Education report for 1869–70 to current studies. It charts the development of the U.S. education enterprise from its past to the present, pointing toward its future.

One of the important determinants of the scope of an education system is the size of the population base. Changes in the birth rate and consequential shifts in population profoundly influence society for decades as larger or smaller groups (birth cohorts) move through school, adulthood, work force, and finally into retirement. Larger birth cohorts can cause pressure for building schools, hiring more teachers, and expanding medical services; reduced cohorts can have the opposite effect. During the historical period covered by this publication, there have been several of these population expansions and contractions that have impacted on public school systems.

The early years of the United States were marked by very rapid population growth. Between 1790 and 1860, the U.S. population grew by about a third each decade. This rate of growth is more than three times the population growth that has occurred in the past decade. These rises occurred despite the decline in the birth rate during the 19th century. Increases in immigration and in the number of women of childbearing age apparently compensated for the birthrate decline (table 1).

In the last decade of the 19th century, the population growth rate fell to 22 percent and the drops continued into the first two decades of the 20th century. The 1920s marked a period of shifts in the population outlook. The birth rate continued to fall, dropping from 118 per 1,000 women 15 to 44 years old in 1920 to 89 in 1930. Also, the actual number of births fell by 11 percent during the 1920s, marking a divergence from the relative stability of the teens. The decline in the birth rate stabilized during the 1930s, and then rose dramatically following World War II, reaching a peak of 123 births per 1,000 women in 1957. This post-war birth rate was nearly as high as those registered in the early teens. After this peak of the "baby boom," the birth rate resumed its historical decline. The low points in birth rates so far this century were in 1984 and in 1986, when there were 65 births per 1,000 women. The United States is now experiencing a surge in the number of births caused by the large number of "baby boomers" at child-bearing age. The 4.1 million births

Pl.0133   5

in 1991 is nearly as high as the peak of 4.3 million in 1957.

The number of births and the population size are important determinants of the scope of the school system. But the relative size of the school-age population is also an important consideration when examining the impact of the cost of education on the adult population. In 1870, about 35 percent of the population was 5 to 17 years old. This proportion fell rapidly to 28 percent at the turn of the century, but further changes in the beginning of the century were very small. In the 1930s, the percentage of 5– to 17-years-olds in the population began to decline, reaching a low point of 20 percent in 1947. During the late 1960s, the proportion of 5– to 17-year-olds rose to 26 percent. However, this proportion has fallen in recent years, hitting 18 percent in 1991. Thus, the proportion of the population requiring elementary and secondary school services is at or near a record low level. Given the recent rises in births, significant decreases in this proportion are not anticipated for the near future.

## Enrollment Rates

The proportion of young people enrolled in school remained relatively low in the last half of the 19th century. Although enrollment rates fluctuated, roughly half of all 5- to 19-year-olds were enrolled in school (table 2). Rates for males and females were roughly similar throughout the period, but rates for blacks were much lower than for whites. Prior to the emancipation of Southern blacks, school enrollment for blacks largely was limited to only a small number in Northern states. Following the Civil War, the enrollment rate for blacks rose rapidly from 10 percent in 1870 to 34 percent in 1880. However, in the ensuing 20 years there was essentially no change in the enrollment rate for blacks and the rate for whites actually fell. The beginning of the 20th century brought sustained increases in enrollment rates for both white and minority children. The overall enrollment rates for 5- to 19-year-olds rose from 51 percent in 1900 to 75 percent in 1940. The difference in the white and black enrollment rates narrowed from 23 points in 1900 to 7 points in 1940.

Enrollment rates continued to rise in the post-war period for all race groups. By the early 1970s, enrollment rates for both whites and blacks had risen to about 90 percent, and these rates since have remained relatively stable. In the most recent 1991 data, the enrollment rate for 5- to 19-year-olds was 93 percent for blacks, whites, males, and females.

Figure 1.-- Percent of 5- to 19-year-olds enrolled in school, by race: 1850 to 1991



SOURCE:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* and Current Population Reports, Series P-20, *School Enrollment - Social and Economic Characteristics of Students,* various issues.

Pl.0134

**Figure 2.--Percent of 20- to 24-year-olds and 25- to 34-year-olds enrolled in school, by sex: 1940 to 1991**



SOURCE:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970; and Current Population Reports,* Series P-20, *School Enrollment - Social and  Economic Characteristics of Students,* various issues.

While the enrollment rates for children of elementary school age have not shown major changes during the past 20 years, there have been some increases for younger students as well as for those persons attending high school and college (table 3). The enrollment rate for 7- to 13-year-olds has been 99 percent or better since the late 1940s, but the rate for the 14- to 17-year-olds has exhibited significant increases since that period. During the 1950s, the enrollment rate of 14- to 17-year-olds rose from 83 percent to 90 percent. Further increases during the 1960s and 1980s brought the enrollment rate to a high of 96 percent by the late 1980s. The rates for 5- and 6-year-olds also rose, from 58 percent in 1950 to 95 percent in 1991. Rates for those of college-age doubled or tripled throughout the 1950 to 1991 period, with much of the increase occurring during the 1980s. In 1950, only 30 percent of 18- and 19-year-olds were enrolled in school, compared to 60 percent in 1991. The rate for 20- to 24-year-olds rose from 9 percent in 1950 to 30 percent in 1990.

## Educational Attainment

The increasing rates of school attendance have been reflected in rising proportions of adults completing high school and college. Progressively fewer adults have limited their education to completion of the eighth grade which was typical in the early part of the century. In 1940, more than half of the U.S. population had completed no more than an eighth-grade education. Only 6 percent of males and 4 percent of females had completed 4 years of college (table 4). The median years of school attained by the adult population, 25 years old and over, had registered only a scant rise from 8.1 to 8.6 years over a 30-year period from 1910 to 1940 (table 5).

During the 1940s and 1950s, the more highly educated younger cohorts began to make their mark on the average for the entire adult population. More than half of the young adults of the 1940s and 1950s completed high school, and the median educational attainment of 25- to 29-year-olds rose to 12.3 years. By 1960, 42 percent of males, 25 years old and over, still had completed no more than the eighth grade, but 40 percent had completed high school and 10 percent had completed 4 years of college. The corresponding proportion for women completing high school was about the same, but the proportion completing college was somewhat lower (table 4).

Pl.0135

8     Education Characteristics of the Population

**Figure 3.--Percent of persons 25 years old and over completing
4 years of high school, by sex and race:  1940 to 1991**



SOURCE:  U.S. Department of Commerce, Bureau of the Census,   *Historical Statistics of the United States, Colonial Times to 1970; and
Current Population Reports,* Series P-20,   *Educational Attainment in  the United States,* various issues.

**Figure 4.--Percent of persons 25 years old and over completing
4 years of college, by sex and race:  1940 to 1991**



SOURCE:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970; and
Current Population Reports,* Series P-20, *Educational Attainment in  the United States,* various years.

Pl.0136

During the 1960s, there was a rise in the educational attainment of young adults, particularly for blacks. Between 1960 and 1970, the median years of school completed by black males, 25 to 29 years old, rose from 10.5 to 12.2. From the middle 1970s to 1991, the educational attainment for all young adults remained very stable, with virtually no change among whites, blacks, males or females. The average educational attainment for the entire population continued to rise as the more highly educated younger cohorts replaced older Americans who had fewer educational opportunities. In 1991, about 70 percent of black males [1] and 69 percent of black females [1] had completed high school. This is lower than the corresponding figures for white males and females (80 percent). However, the differences in these percentages have narrowed appreciably in recent years. Other data corroborate the rapid increase in the education level of the minority population. The proportion of black males [1] with 4 or more years of college rose from 12 percent in 1980 to 18 percent in 1991, with a similar rise for black females. [1]

## Illiteracy

Illiteracy statistics also give an important indication of the education level of the adult population. Today, illiteracy is a different issue than in earlier years. The more recent focus on illiteracy has centered on functional literacy, which addresses the issue of whether a person's reading and writing levels are sufficient to function in a modern society. The earlier surveys of illiteracy examined a very fundamental level of reading and writing. (See Methodology for additional detail.) The percent of illiteracy, according to earlier measurement methods, was less than 1 percent of persons 14 years old and over in 1979 (table 6). Modern measurements have suggested somewhat higher levels of functional illiteracy.

For the major part of this century, the illiteracy rates have been relatively low, registering only about 4 percent as early as 1930. However, in the late 19th century and early 20th century, illiteracy was very common. In 1870, 20 percent of the entire adult population was illiterate, and 80 percent of the black population was illiterate. By 1900, the situation had improved somewhat, but still 44 percent of blacks remained illiterate. The statistical data show significant improvements for black and other races in the early portion of the 20th century, as the former slaves who had no educational opportunities in their youth were replaced by younger individuals who grew up in the

post-Civil War period and often had some chance to obtain a basic education. The gap in illiteracy between white and black adults continued to narrow through the 20th century, and in 1979 the rates were about the same.

## Income

Education is generally considered important to individuals to help them obtain good jobs with relatively high pay. More highly educated individuals are paid more, on average, than less well educated persons. The historical changes that have occurred in the relative incomes for different levels of education are less well known.

Most of the increases in incomes for males over the past three decades may be attributed solely to inflation. After adjusting for inflation, incomes for males at all education levels rose rapidly during the 1950s and 1960s (table 7). Incomes for males with lower levels of education maintained pace with those with higher levels of education. Between 1961 and 1971, the incomes for males who had only 1 to 3 years of high school rose by 14 percent after adjustment for inflation, while incomes for those who completed high school rose by 16 percent. For males who had 4 years of college, the increase was only 8 percent.

After peaking in the early 1970s, incomes for males of all education levels suffered during the rest of the decade, especially during 1974 and 1975. Between 1971 and 1981, incomes for males who had not finished high school fell by 24 percent, while incomes for those who had completed high school fell by 16 percent. Incomes for males who had completed 4 years of college fell by 20 percent during the same period.

The 1980s showed some recovery in income for more educated groups; however, those with lower levels of education continued to suffer. For males with 1 to 3 years of high school, the average income fell by 13 percent between 1981 and 1991, after adjustment for inflation. The incomes for those who had completed only high school fell by 6 percent. In contrast, the average income for males with 4 years of college rose by 11 percent and the income of those with 5 or more years of college rose by 20 percent. Thus, in the 1980s there was a widening of the income gap between those with less education compared to those with more education. From an historical perspective over these three decades of changes, the income gap between males with 4 years of college and those with 4 years of high school has widened only slightly.

---

[1] Includes other races.

Pl.0137

**Figure 5.--Annual average income of high school and college graduates, 25 years old and over, in constant 1991 dollars, by sex: 1959 to 1991**



SOURCE:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970; and Current Population Reports, Money Income of Families and Persons in the United States;* unpublished data.

The patterns in salary increases for females have been somewhat similar to those for males. However, the incomes for females continued to rise during the 1970s. For example, between 1971 and 1981, the average income for females with a high school diploma rose by 19 percent compared to the 16 percent decline for males. The incomes for women with 4 or more years of college increased by 6 percent during the period. During the 1980s, the growth in incomes for females continued to outpace those for males. The incomes for women with less than 4 years of high school increased by 17 percent and the incomes for women completing 4 years of high school rose by 27 percent. Incomes for women with 4 years of college rose by 45 percent.

Despite very large increases for females, salaries for males continue to be significantly higher than those for females with equivalent levels of education. For example, the salary for males with 4 years of college is 86 percent higher than that for women with equivalent education, and the salary for males with 4 years of high school is nearly double that of women with a similar level of education. More detailed statistics for specific age groups, and controlled for full-time year-round workers, generally show smaller income gaps, but substantial differences remain.[2]

The historical data show large increases in enrollment ratios and rates over the past 140 years, with some significant rises even in more recent years. The higher levels of education attained by young adults in the most recent decades suggest that the overall education level of the population will continue to rise slowly into at least the early 21st century.

_____

[2] For example, see *Youth Indicators, 1991.* The 1989 income for male full-time year-round workers, 15 to 24 years of age was 13 percent higher than for females. Additional material appears in *Digest of Education Statistics, 1992* and U.S. Department of Commerce, Bureau of the Census, *Money Income of Households, Families and Persons in the United States.*

Pl.0138

**Table 1.—Population, by age and race, live births, and birth rate: 1790 to 1991**

[Population and births in thousands]

| Year | Population, by age | | | | | | | | | | | | Population, by race [1] | | | | Live births | Birth rate [2] |
| | Total | Under 5 | 5 to 13 | 14 to 17 | 18 and 19 | 20 to 24 | 25 to 29 | 30 to 34 | 35 to 39 | 40 to 49 | 50 to 59 | 60 and over | Total | White | Black | Other races | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 1790 | 3,929 | — | — | — | — | — | — | — | — | — | — | — | 3,929 | 3,172 | 757 | — | — | — |
| 1800 | 5,308 | — | — | — | — | — | — | — | — | — | — | — | 5,308 | 4,306 | 1,002 | — | — | [3]278.0 |
| 1810 | 7,240 | — | — | — | — | — | — | — | — | — | — | — | 7,240 | 5,862 | 1,378 | — | — | [3]274.0 |
| 1820 | 9,638 | — | — | — | — | — | — | — | — | — | — | — | 9,638 | 7,867 | 1,772 | — | — | [3]260.0 |
| 1830 | 12,866 | — | — | — | — | — | — | — | — | — | — | — | 12,866 | 10,537 | 2,329 | — | — | [3]240.0 |
| 1840 | 17,069 | 3,498 | [5]6,132 | [6]2,530 | (7) | [8]4,277 | (9) | | [10]2,826 | (11) | 1,847 | 1,110 | 959 | 17,069 | 14,196 | 2,874 | — | — | [3]222.0 |
| 1850 [4] | 23,192 | 3,593 | [5]7,892 | [6]3,361 | (7) | [8]5,726 | (9) | | [10]4,021 | (11) | 2,614 | 1,586 | 1,348 | 23,192 | 19,553 | 3,639 | — | — | [3]194.0 |
| 1860 [4] | 31,443 | 4,842 | [5]7,892 | [6]3,361 | (7) | [8]5,726 | (9) | | [10]4,021 | (11) | 2,614 | 1,586 | 1,348 | 31,443 | 26,923 | 4,442 | 79 | — | [3]184.0 |
| 1870 [4] | 38,558 | 5,515 | [9]9,601 | [6]4,041 | (7) | 3,748 | 3,075 | 2,563 | 2,315 | 3,515 | 2,245 | 1,933 | 38,558 | 33,589 | 4,880 | 89 | — | [3]167.0 |
| 1880 | 50,156 | 6,915 | [5]12,195 | [5]5,011 | (7) | 5,088 | 4,081 | 3,369 | 3,000 | 4,558 | 3,111 | 2,828 | 50,156 | 43,403 | 6,581 | 172 | — | [3]155.0 |
| 1890 [12] | 62,622 | 7,635 | [5]14,608 | [6]6,558 | (7) | 6,197 | 5,228 | 4,579 | 3,866 | 5,917 | 3,999 | 3,875 | 62,622 | 54,984 | 7,470 | 168 | — | [3]137.0 |
| 1900 | 76,094 | 9,181 | 15,402 | 6,132 | 3,000 | 7,383 | 6,572 | 5,589 | 4,996 | 7,752 | 5,186 | 4,901 | 75,995 | 66,809 | 8,834 | 351 | — | [3]130.0 |
| 1901 | 77,584 | 9,336 | 15,572 | 6,228 | 3,056 | 7,544 | 6,729 | 5,713 | 5,126 | 7,939 | 5,324 | 5,017 | — | — | — | — | — | — |
| 1902 | 79,163 | 9,502 | 15,750 | 6,333 | 3,119 | 7,713 | 6,890 | 5,847 | 5,261 | 8,138 | 5,472 | 5,138 | — | — | — | — | — | — |
| 1903 | 80,632 | 9,645 | 15,893 | 6,433 | 3,180 | 7,876 | 7,048 | 5,971 | 5,394 | 8,324 | 5,610 | 5,258 | — | — | — | — | — | — |
| 1904 | 82,166 | 9,791 | 16,044 | 6,539 | 3,245 | 8,047 | 7,210 | 6,105 | 5,530 | 8,518 | 5,757 | 5,380 | — | — | — | — | — | — |
| 1905 | 83,822 | 9,944 | 16,210 | 6,654 | 3,313 | 8,237 | 7,382 | 6,249 | 5,677 | 8,724 | 5,914 | 5,518 | — | — | — | — | — | — |
| 1906 | 85,450 | 10,092 | 16,365 | 6,769 | 3,383 | 8,414 | 7,553 | 6,399 | 5,823 | 8,925 | 6,069 | 5,658 | — | — | — | — | — | — |
| 1907 | 87,008 | 10,220 | 16,513 | 6,878 | 3,448 | 8,584 | 7,715 | 6,542 | 5,967 | 9,124 | 6,224 | 5,793 | — | — | — | — | — | — |
| 1908 | 88,710 | 10,364 | 16,687 | 6,999 | 3,516 | 8,764 | 7,888 | 6,697 | 6,121 | 9,343 | 6,388 | 5,943 | — | — | — | — | — | — |
| 1909 | 90,490 | 10,509 | 16,888 | 7,123 | 3,587 | 8,943 | 8,063 | 6,860 | 6,281 | 9,571 | 6,564 | 6,101 | — | — | — | — | 2,718 | 126.8 |
| 1910 | 92,407 | 10,671 | 17,138 | 7,252 | 3,655 | 9,117 | 8,243 | 7,031 | 6,453 | 9,822 | 6,751 | 6,274 | 91,972 | 81,732 | 9,828 | 413 | 2,777 | 126.8 |
| 1911 | 93,863 | 10,796 | 17,379 | 7,319 | 3,679 | 9,192 | 8,371 | 7,159 | 6,598 | 10,038 | 6,904 | 6,428 | — | — | — | — | 2,809 | 126.3 |
| 1912 | 95,335 | 10,915 | 17,645 | 7,388 | 3,698 | 9,249 | 8,491 | 7,281 | 6,742 | 10,272 | 7,063 | 6,591 | — | — | — | — | 2,840 | 125.8 |
| 1913 | 97,225 | 11,082 | 18,016 | 7,477 | 3,727 | 9,333 | 8,634 | 7,436 | 6,920 | 10,555 | 7,262 | 6,783 | — | — | — | — | 2,869 | 124.7 |
| 1914 | 99,111 | 11,244 | 18,397 | 7,563 | 3,748 | 9,404 | 8,779 | 7,591 | 7,097 | 10,851 | 7,452 | 6,985 | — | — | — | — | 2,966 | 126.6 |
| 1915 | 100,546 | 11,347 | 18,717 | 7,619 | 3,752 | 9,416 | 8,873 | 7,707 | 7,241 | 11,098 | 7,615 | 7,161 | — | — | — | — | 2,965 | 125.0 |
| 1916 | 101,961 | 11,442 | 19,043 | 7,665 | 3,749 | 9,423 | 8,959 | 7,817 | 7,383 | 11,355 | 7,784 | 7,341 | — | — | — | — | 2,964 | 123.4 |
| 1917 | 103,268 | 11,527 | 19,380 | 7,715 | 3,740 | 9,370 | 8,997 | 7,916 | 7,526 | 11,609 | 7,957 | 7,531 | — | — | — | — | 2,944 | 121.0 |
| 1918 | 103,208 | 11,606 | 19,716 | 7,794 | 3,651 | 8,642 | 8,573 | 7,872 | 7,648 | 11,859 | 8,123 | 7,724 | — | — | — | — | 2,948 | 119.8 |
| 1919 | 104,514 | 11,536 | 19,834 | 7,737 | 3,672 | 9,071 | 8,918 | 7,994 | 7,715 | 11,997 | 8,208 | 7,832 | — | — | — | — | 2,740 | 111.2 |
| 1920 | 106,461 | 11,631 | 20,122 | 7,869 | 3,749 | 9,329 | 9,321 | 8,095 | 7,843 | 12,232 | 8,408 | 7,952 | 105,711 | 94,821 | 10,463 | 427 | 2,950 | 117.9 |
| 1921 | 108,538 | 11,879 | 20,426 | 8,079 | 3,827 | 9,323 | 9,505 | 8,242 | 7,942 | 12,492 | 8,662 | 8,161 | — | — | — | — | 3,055 | 119.8 |
| 1922 | 110,049 | 12,031 | 20,656 | 8,260 | 3,901 | 9,373 | 9,502 | 8,422 | 7,914 | 12,738 | 8,927 | 8,325 | — | — | — | — | 2,882 | 111.2 |
| 1923 | 111,947 | 12,119 | 20,913 | 8,454 | 3,996 | 9,524 | 9,458 | 8,773 | 7,929 | 13,078 | 9,172 | 8,531 | — | — | — | — | 2,910 | 110.5 |
| 1924 | 114,109 | 12,269 | 21,136 | 8,669 | 4,116 | 9,751 | 9,415 | 9,142 | 7,992 | 13,456 | 9,388 | 8,775 | — | — | — | — | 2,979 | 110.9 |
| 1925 | 115,829 | 12,316 | 21,364 | 8,825 | 4,209 | 9,907 | 9,350 | 9,370 | 8,076 | 13,804 | 9,579 | 9,029 | — | — | — | — | 2,909 | 106.6 |
| 1926 | 117,397 | 12,189 | 21,633 | 8,956 | 4,290 | 10,064 | 9,387 | 9,480 | 8,195 | 14,118 | 9,793 | 9,292 | — | — | — | — | 2,839 | 102.6 |
| 1927 | 119,035 | 12,111 | 21,853 | 9,093 | 4,378 | 10,258 | 9,473 | 9,475 | 8,424 | 14,397 | 9,997 | 9,576 | — | — | — | — | 2,802 | 99.8 |
| 1928 | 120,509 | 11,978 | 21,995 | 9,213 | 4,451 | 10,472 | 9,584 | 9,369 | 8,732 | 14,643 | 10,195 | 9,877 | — | — | — | — | 2,674 | 93.8 |

Pl.0139

## Table 1.—Population, by age and race, live births, and birth rate: 1790 to 1991—Continued

[Population and births in thousands]

| Year | Population, by age | | | | | | | | | | | | Population, by race [1] | | | | Live births | Birth rate [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Under 5 | 5 to 13 | 14 to 17 | 18 and 19 | 20 to 24 | 25 to 29 | 30 to 34 | 35 to 39 | 40 to 49 | 50 to 59 | 60 and over | Total | White | Black | Other races | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 1929 | 121,767 | 11,734 | 22,131 | 9,283 | 4,513 | 10,694 | 9,729 | 9,212 | 9,032 | 14,865 | 10,410 | 10,164 | — | — | — | — | 2,582 | 89.3 |
| 1930 | 123,077 | 11,372 | 22,266 | 9,370 | 4,567 | 10,915 | 9,894 | 9,145 | 9,218 | 15,128 | 10,718 | 10,484 | 122,775 | 110,287 | 11,891 | 597 | 2,618 | 89.2 |
| 1931 | 124,040 | 11,179 | 22,263 | 9,389 | 4,592 | 11,003 | 10,051 | 9,191 | 9,170 | 15,402 | 11,006 | 10,793 | — | — | — | — | 2,506 | 84.6 |
| 1932 | 124,840 | 10,903 | 22,238 | 9,404 | 4,611 | 11,077 | 10,195 | 9,289 | 9,069 | 15,689 | 11,267 | 11,099 | — | — | — | — | 2,440 | 81.7 |
| 1933 | 125,579 | 10,612 | 22,129 | 9,445 | 4,625 | 11,152 | 10,326 | 9,424 | 8,974 | 15,961 | 11,504 | 11,418 | — | — | — | — | 2,307 | 76.3 |
| 1934 | 126,374 | 10,331 | 21,964 | 9,526 | 4,637 | 11,238 | 10,448 | 9,574 | 8,941 | 16,228 | 11,729 | 11,759 | — | — | — | — | 2,396 | 78.5 |
| 1935 | 127,250 | 10,170 | 21,730 | 9,652 | 4,643 | 11,317 | 10,558 | 9,717 | 8,973 | 16,437 | 11,941 | 12,112 | — | — | — | — | 2,377 | 77.2 |
| 1936 | 128,053 | 10,044 | 21,434 | 9,784 | 4,659 | 11,375 | 10,660 | 9,845 | 9,051 | 16,596 | 12,148 | 12,459 | — | — | — | — | 2,355 | 75.8 |
| 1937 | 128,825 | 10,009 | 21,082 | 9,858 | 4,701 | 11,411 | 10,768 | 9,955 | 9,164 | 16,714 | 12,366 | 12,797 | — | — | — | — | 2,413 | 77.1 |
| 1938 | 129,825 | 10,176 | 20,668 | 9,908 | 4,772 | 11,453 | 10,892 | 10,061 | 9,306 | 16,828 | 12,622 | 13,140 | — | — | — | — | 2,496 | 79.1 |
| 1939 | 130,880 | 10,418 | 20,253 | 9,898 | 4,850 | 11,519 | 11,013 | 10,163 | 9,446 | 16,944 | 12,903 | 13,472 | — | — | — | — | 2,466 | 77.6 |
| 1940 | 132,122 | 10,580 | 19,942 | 9,846 | 4,916 | 11,689 | 11,157 | 10,290 | 9,597 | 17,097 | 13,182 | 13,826 | 131,669 | 118,215 | 12,866 | 589 | 2,559 | 79.9 |
| 1941 | 133,412 | 10,851 | 19,697 | 9,753 | 4,909 | 11,810 | 11,280 | 10,413 | 9,741 | 17,326 | 13,425 | 14,207 | — | — | — | — | 2,703 | 83.4 |
| 1942 | 134,865 | 11,300 | 19,460 | 9,618 | 4,883 | 11,953 | 11,374 | 10,536 | 9,869 | 17,562 | 13,668 | 14,642 | — | — | — | — | 2,989 | 91.5 |
| 1943 | 136,755 | 12,020 | 19,378 | 9,477 | 4,850 | 12,065 | 11,511 | 10,684 | 10,012 | 17,806 | 13,902 | 15,050 | — | — | — | — | 3,104 | 94.3 |
| 1944 | 138,398 | 12,525 | 19,302 | 9,361 | 4,846 | 12,061 | 11,670 | 10,838 | 10,157 | 18,049 | 14,134 | 15,455 | — | — | — | — | 2,939 | 88.8 |
| 1945 | 139,924 | 12,979 | 19,378 | 9,133 | 4,754 | 12,036 | 11,796 | 10,938 | 10,312 | 18,282 | 14,376 | 15,940 | — | — | — | — | 2,858 | 85.9 |
| 1946 | 141,392 | 13,246 | 19,664 | 8,915 | 4,645 | 12,003 | 11,893 | 11,060 | 10,459 | 18,509 | 14,600 | 16,398 | — | — | — | — | 3,411 | 101.9 |
| 1947 | 144,122 | 14,405 | 20,094 | 8,868 | 4,604 | 11,812 | 12,038 | 11,193 | 10,657 | 18,714 | 14,846 | 16,891 | — | — | — | — | 3,817 | 113.3 |
| 1948 | 146,634 | 14,919 | 20,949 | 8,705 | 4,510 | 11,795 | 12,156 | 11,336 | 10,873 | 18,920 | 15,089 | 17,382 | — | — | — | — | 3,637 | 107.3 |
| 1949 | 149,199 | 15,609 | 21,631 | 8,592 | 4,420 | 11,700 | 12,254 | 11,475 | 11,099 | 19,141 | 15,361 | 17,917 | — | — | — | — | 3,649 | 107.1 |
| 1950 | 151,689 | 16,328 | 22,266 | 8,445 | 4,392 | 11,614 | 12,314 | 11,614 | 11,301 | 19,365 | 15,597 | 18,435 | 150,697 | 134,942 | 15,042 | 713 | 3,632 | 106.2 |
| 1951 | 154,283 | 17,248 | 22,786 | 8,521 | 4,247 | 11,462 | 12,284 | 11,788 | 11,397 | 19,773 | 15,806 | 18,975 | — | — | — | — | 3,823 | 111.5 |
| 1952 | 156,947 | 17,211 | 24,279 | 8,723 | 4,154 | 11,266 | 12,184 | 12,006 | 11,434 | 20,173 | 15,993 | 19,522 | — | — | — | — | 3,913 | 113.9 |
| 1953 | 159,559 | 17,528 | 25,452 | 8,864 | 4,216 | 11,005 | 12,023 | 12,212 | 11,456 | 20,566 | 16,183 | 20,057 | — | — | — | — | 3,965 | 115.2 |
| 1954 | 162,388 | 17,941 | 26,645 | 8,993 | 4,315 | 10,762 | 11,870 | 12,368 | 11,524 | 20,944 | 16,396 | 20,627 | — | — | — | — | 4,078 | 118.1 |
| 1955 | 165,276 | 18,448 | 27,716 | 9,221 | 4,333 | 10,633 | 11,728 | 12,434 | 11,648 | 21,281 | 16,629 | 21,202 | — | — | — | — | 4,104 | 118.5 |
| 1956 | 168,225 | 18,869 | 28,776 | 9,526 | 4,430 | 10,558 | 11,603 | 12,427 | 11,829 | 21,582 | 16,886 | 21,739 | — | — | — | — | 4,218 | 121.2 |
| 1957 | 171,278 | 19,362 | 29,539 | 10,148 | 4,564 | 10,554 | 11,434 | 12,344 | 12,056 | 21,838 | 17,155 | 22,287 | — | — | — | — | 4,308 | 122.9 |
| 1958 | 174,154 | 19,745 | 30,559 | 10,606 | 4,597 | 10,698 | 11,209 | 12,205 | 12,274 | 22,055 | 17,430 | 22,775 | — | — | — | — | 4,255 | 120.2 |
| 1959 | 177,080 | 20,031 | 31,683 | 10,951 | 4,695 | 10,921 | 11,001 | 12,064 | 12,433 | 22,273 | 17,737 | 23,291 | — | — | — | — | 4,245 | 118.8 |
| 1960 | 179,979 | 20,341 | 32,965 | 11,211 | 4,886 | 10,808 | 10,823 | 11,905 | 12,481 | 22,539 | 18,130 | 23,828 | 179,979 | 159,381 | 18,960 | 1,638 | 4,258 | 118.0 |
| 1961 | 182,992 | 20,522 | 33,217 | 12,046 | 5,411 | 11,222 | 10,756 | 11,738 | 12,481 | 22,792 | 18,518 | 24,290 | 182,992 | 161,891 | 19,385 | 1,716 | 4,268 | 117.1 |
| 1962 | 185,771 | 20,469 | 33,897 | 12,751 | 5,617 | 11,653 | 10,740 | 11,547 | 12,413 | 23,053 | 18,915 | 24,717 | 185,771 | 164,185 | 19,792 | 1,795 | 4,167 | 112.0 |
| 1963 | 188,483 | 20,342 | 34,578 | 13,492 | 5,461 | 12,397 | 10,848 | 11,348 | 12,294 | 23,322 | 19,295 | 25,108 | 188,483 | 166,413 | 20,194 | 1,876 | 4,098 | 108.3 |
| 1964 | 191,141 | 20,165 | 35,244 | 14,265 | 5,429 | 12,941 | 11,051 | 11,144 | 12,133 | 23,562 | 19,648 | 25,560 | 191,141 | 168,577 | 20,610 | 1,954 | 4,027 | 104.7 |
| 1965 | 193,526 | 19,824 | 35,754 | 14,145 | 6,450 | 13,404 | 11,226 | 11,040 | 11,952 | 23,751 | 19,957 | 26,023 | 193,526 | 170,499 | 20,999 | 2,028 | 3,760 | 96.3 |
| 1966 | 195,576 | 19,208 | 36,283 | 14,398 | 7,183 | 13,615 | 11,521 | 10,962 | 11,763 | 23,909 | 20,226 | 26,510 | 195,576 | 172,111 | 21,346 | 2,119 | 3,606 | 90.8 |
| 1967 | 197,457 | 18,563 | 36,629 | 14,729 | 6,928 | 14,566 | 11,943 | 10,953 | 11,569 | 24,061 | 20,458 | 27,058 | 197,457 | 173,562 | 21,671 | 2,224 | 3,521 | 87.2 |
| 1968 | 199,399 | 17,913 | 36,804 | 15,170 | 6,988 | 15,054 | 12,624 | 11,076 | 11,356 | 24,144 | 20,667 | 27,602 | 199,399 | 175,096 | 21,983 | 2,318 | 3,502 | 85.2 |

Pl.0140

**Table 1.—Population, by age and race, live births, and birth rate: 1790 to 1991—Continued**

[Population and births in thousands]

| Year | Population, by age | | | | | | | | | | | | Population, by race [1] | | | | Live births | Birth rate [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Under 5 | 5 to 13 | 14 to 17 | 18 and 19 | 20 to 24 | 25 to 29 | 30 to 34 | 35 to 39 | 40 to 49 | 50 to 59 | 60 and over | Total | White | Black | Other races | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 1969 | 201,385 | 17,376 | 36,836 | 15,550 | 7,119 | 15,767 | 13,119 | 11,287 | 11,155 | 24,141 | 20,888 | 28,147 | 201,385 | 176,641 | 22,301 | 2,443 | 3,600 | 86.1 |
| 1970 | 203,984 | 17,166 | 36,672 | 15,921 | 7,410 | 16,579 | 13,604 | 11,505 | 11,079 | 24,099 | 21,167 | 28,783 | 203,984 | 178,703 | 22,687 | 2,593 | 3,731 | 87.9 |
| 1971 | 206,827 | 17,244 | 36,236 | 16,326 | 7,644 | 17,703 | 13,927 | 11,842 | 11,052 | 23,957 | 21,461 | 29,433 | 206,827 | 180,938 | 23,143 | 2,746 | 3,556 | 81.6 |
| 1972 | 209,284 | 17,101 | 35,679 | 16,637 | 7,854 | 17,865 | 15,142 | 12,321 | 11,105 | 23,700 | 21,803 | 30,077 | 209,284 | 182,799 | 23,572 | 2,913 | 3,258 | 73.1 |
| 1973 | 211,357 | 16,851 | 35,046 | 16,864 | 8,044 | 18,273 | 15,694 | 13,094 | 11,222 | 23,472 | 22,074 | 30,724 | 211,357 | 184,316 | 23,954 | 3,088 | 3,137 | 68.8 |
| 1974 | 213,342 | 16,487 | 34,465 | 17,033 | 8,196 | 18,758 | 16,428 | 13,644 | 11,400 | 23,197 | 22,344 | 31,388 | 213,342 | 185,745 | 24,326 | 3,271 | 3,160 | 67.8 |
| 1975 | 215,465 | 16,121 | 33,919 | 17,125 | 8,418 | 19,137 | 17,183 | 14,131 | 11,585 | 22,953 | 22,617 | 32,095 | 215,465 | 187,216 | 24,696 | 3,553 | 3,144 | 66.0 |
| 1976 | 217,563 | 15,617 | 33,516 | 17,117 | 8,604 | 19,794 | 18,177 | 14,428 | 11,883 | 22,793 | 22,853 | 32,780 | 217,563 | 188,693 | 25,079 | 3,791 | 3,168 | 65.0 |
| 1977 | 219,760 | 15,564 | 32,855 | 17,042 | 8,613 | 20,311 | 18,180 | 15,661 | 12,310 | 22,685 | 23,059 | 33,480 | 219,760 | 190,271 | 25,472 | 4,017 | 3,327 | 66.8 |
| 1978 | 222,095 | 15,735 | 32,094 | 16,944 | 8,617 | 20,748 | 18,585 | 16,218 | 13,052 | 22,673 | 23,239 | 34,189 | 222,095 | 191,960 | 25,886 | 4,249 | 3,333 | 65.5 |
| 1979 | 224,567 | 16,063 | 31,431 | 16,610 | 8,698 | 21,096 | 19,077 | 16,961 | 13,592 | 22,734 | 23,306 | 35,000 | 224,567 | 193,736 | 26,310 | 4,521 | 3,494 | 67.2 |
| 1980 | 227,255 | 16,458 | 31,095 | 16,140 | 8,713 | 21,380 | 19,697 | 17,754 | 14,080 | 22,774 | 23,314 | 35,849 | 227,255 | 195,208 | 26,784 | 5,263 | 3,612 | 68.4 |
| 1981 | 229,637 | 16,931 | 30,754 | 15,598 | 8,553 | 21,614 | 20,200 | 18,786 | 14,381 | 23,011 | 23,195 | 36,611 | 229,637 | 196,774 | 27,207 | 5,656 | 3,629 | 67.4 |
| 1982 | 231,996 | 17,298 | 30,614 | 15,041 | 8,425 | 21,587 | 20,753 | 18,808 | 15,599 | 23,478 | 22,965 | 37,429 | 231,996 | 198,321 | 27,636 | 6,039 | 3,681 | 67.3 |
| 1983 | 234,284 | 17,651 | 30,410 | 14,720 | 8,204 | 21,489 | 21,202 | 19,211 | 16,165 | 24,361 | 22,741 | 38,131 | 234,284 | 199,849 | 28,056 | 6,379 | 3,639 | 65.8 |
| 1984 | 236,477 | 17,830 | 30,238 | 14,704 | 7,818 | 21,328 | 21,535 | 19,696 | 16,932 | 25,077 | 22,476 | 38,843 | 236,477 | 201,290 | 28,457 | 6,730 | 3,669 | 65.4 |
| 1985 | 238,736 | 18,004 | 30,110 | 14,865 | 7,500 | 21,000 | 21,758 | 20,269 | 17,708 | 25,701 | 22,286 | 39,535 | 238,736 | 202,769 | 28,870 | 7,097 | 3,761 | 66.2 |
| 1986 | 241,107 | 18,154 | 30,351 | 14,797 | 7,322 | 20,411 | 22,005 | 20,773 | 18,722 | 26,274 | 22,162 | 40,136 | 241,107 | 204,326 | 29,303 | 7,478 | 3,757 | 65.4 |
| 1987 | 243,419 | 18,276 | 30,824 | 14,467 | 7,315 | 19,791 | 21,979 | 21,333 | 18,737 | 27,919 | 22,051 | 40,727 | 243,419 | 205,827 | 29,748 | 7,845 | 3,809 | 65.7 |
| 1988 | 245,807 | 18,456 | 31,406 | 13,982 | 7,480 | 19,184 | 21,877 | 21,798 | 19,140 | 29,150 | 22,033 | 41,301 | 245,807 | 207,377 | 30,202 | 8,228 | 3,910 | 67.3 |
| 1989 | 248,239 | 18,752 | 31,834 | 13,496 | 7,644 | 18,702 | 21,699 | 22,135 | 19,621 | 30,403 | 22,101 | 41,851 | 248,239 | 208,961 | 30,660 | 8,618 | 4,021 | 68.8 |
| 1990 | 249,415 | 18,874 | 32,000 | 13,312 | 7,697 | 19,131 | 21,229 | 21,907 | 19,976 | 31,608 | 21,840 | 41,842 | — | — | — | — | 4,179 | — |
| 1991 | 252,177 | 19,222 | 32,500 | 13,423 | 7,191 | 19,194 | 20,718 | 22,159 | 20,518 | 32,848 | 22,068 | 42,336 | — | — | — | — | 4,111 | — |

[1] Data for 1790 through 1950 are from the decennial Census. These figures differ from the age data tabulated from 1900 to 1950 because of data calculation and timing differences.
[2] Number of live births per 1,000 women, 15 to 44 years old.
[3] Data are for white women only.
[4] Total includes persons not identified by age.
[5] Data for persons 5 to 14 years old.
[6] Data for persons 15 to 19 years old.
[7] Data included in column 5.
[8] Includes persons 25 to 29 years old.
[9] Data included in column 7.
[10] Includes persons 35 to 39 years old.
[11] Data included in column 9.
[12] Excludes population (325,464) in the Indian Territory and on Indian reservations.
—Data not available.

NOTE.—Population data for 1790 through 1959 include U.S. population overseas; data for later years are for U.S. resident population only. Population data for 1790 through 1890 are from decennial censuses. Age data for later years are estimates of population for July 1, but race data are from decennial censuses through 1950. Population data for 1990 and 1991 are consistent with the 1990 Census, as enumerated. Data for early years are for continental population. Excludes Indians living in Indian Territory or reservations until 1890. Beginning in 1960, data include Alaska and Hawaii. Beginning in 1959, birth data include Alaska. Because of rounding, details may not add to totals.

SOURCE: U.S. Department of Commerce, Bureau of the Census, Current Population Reports, Series P-25, *United States Population Estimates*, various years, and unpublished data; *Historical Statistics of the United States, Colonial Times to 1970*; U.S. Department of Health and Human Services, National Center for Health Statistics, *Monthly Vital Statistics Report*, various years. (This table was prepared October 1992.)

14    Education Characteristics of the Population

## Table 2.—School enrollment of 5– to 19–year-olds per 100 persons, by sex and race: 1850 to 1991

| Year | Both sexes | | | Male | | | Female | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | White | Black and other races [1] | Total | White | Black and other races [1] | Total | White | Black and other races [1] |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1850 | 47.2 | 56.2 | 1.8 | 49.6 | 59.0 | 2.0 | 44.8 | 53.3 | 1.8 |
| 1860 | 50.6 | 59.6 | 1.9 | 52.6 | 62.0 | 1.9 | 48.5 | 57.2 | 1.8 |
| 1870 | 48.4 | 54.4 | 9.9 | 49.8 | 56.0 | 9.6 | 46.9 | 52.7 | 10.0 |
| 1880 | 57.8 | 62.0 | 33.8 | 59.2 | 63.5 | 34.1 | 56.5 | 60.5 | 33.5 |
| 1890 | 54.3 | 57.9 | 32.9 | 54.7 | 58.5 | 31.8 | 53.8 | 57.2 | 33.9 |
| 1900 [2] | 50.5 | 53.6 | 31.1 | 50.1 | 53.4 | 29.4 | 50.9 | 53.9 | 32.8 |
| 1910 [2] | 59.2 | 61.3 | 44.8 | 59.1 | 61.4 | 43.1 | 59.4 | 61.3 | 46.6 |
| 1920 [2] | 64.3 | 65.7 | 53.5 | 64.1 | 65.6 | 52.5 | 64.5 | 65.8 | 54.5 |
| 1930 [2,3] | 69.9 | 71.2 | 60.3 | 70.2 | 71.4 | 59.7 | 69.7 | 70.9 | 60.8 |
| 1940 | 74.8 | 75.6 | 68.4 | 74.9 | 75.9 | 67.5 | 74.7 | 75.4 | 69.2 |
| 1950 | 78.7 | 79.3 | 74.8 | 79.1 | 79.7 | 74.7 | 78.4 | 78.9 | 74.9 |
| 1954 | 86.2 | 87.0 | 80.8 | 87.5 | 88.4 | 80.9 | 84.8 | 85.4 | 80.7 |
| 1955 | 86.5 | 87.0 | 82.9 | 88.4 | 88.9 | 84.6 | 84.5 | 85.0 | 81.2 |
| 1956 | 87.2 | 87.8 | 83.6 | 88.6 | 89.4 | 83.6 | 85.8 | 86.1 | 83.5 |
| 1957 | 87.8 | 88.2 | 85.3 | 89.4 | 90.0 | 85.6 | 86.2 | 86.4 | 85.0 |
| 1958 | 88.4 | 88.9 | 85.1 | 90.1 | 90.5 | 87.2 | 86.7 | 87.2 | 82.9 |
| 1959 | 88.5 | 88.8 | 85.9 | 89.7 | 90.2 | 86.8 | 87.1 | 87.5 | 85.0 |
| 1960 [4] | 88.6 | 89.0 | 86.1 | 90.0 | 90.6 | 86.6 | 87.1 | 87.3 | 85.7 |
| 1961 | 88.5 | 88.9 | 86.3 | 90.2 | 90.5 | 87.7 | 86.9 | 87.2 | 84.9 |
| 1962 | 89.1 | 89.6 | 86.3 | 90.8 | 91.3 | 87.6 | 87.4 | 87.8 | 85.0 |
| 1963 | 89.6 | 89.8 | 88.0 | 91.1 | 91.5 | 88.7 | 88.0 | 88.1 | 87.3 |
| 1964 | 89.6 | 89.8 | 88.4 | 91.1 | 91.4 | 89.2 | 88.1 | 88.2 | 87.6 |
| 1965 | 89.6 | 89.8 | 88.5 | 91.0 | 91.2 | 89.8 | 88.3 | 88.5 | 87.2 |
| 1966 | 89.7 | 89.9 | 88.5 | 91.2 | 91.5 | 89.9 | 88.2 | 88.4 | 87.2 |
| 1967 | 90.5 | 90.8 | 88.6 | 91.9 | 92.2 | 89.8 | 89.0 | 89.3 | 87.4 |
| 1968 | 90.8 | 91.0 | 89.4 | 92.2 | 92.5 | 90.5 | 89.3 | 89.5 | 88.4 |
| 1969 | 90.9 | 91.1 | 89.5 | 92.1 | 92.5 | 90.0 | 89.5 | 89.7 | 88.9 |
| 1970 | 90.6 | 90.8 | 89.4 | 91.6 | 91.9 | 89.6 | 89.6 | 89.7 | 89.1 |
| 1971 | 90.9 | 90.9 | 90.8 | 91.9 | 92.0 | 91.3 | 89.9 | 89.8 | 90.3 |
| 1972 | 90.0 | 90.0 | 90.1 | 91.0 | 91.0 | 90.9 | 89.0 | 89.0 | 89.3 |
| 1973 | 89.3 | 89.4 | 88.9 | 90.3 | 90.4 | 90.1 | 88.2 | 88.3 | 87.7 |
| 1974 | 89.4 | 89.2 | 90.1 | 90.1 | 89.9 | 90.9 | 88.6 | 88.5 | 89.3 |
| 1975 | 89.9 | 89.8 | 90.4 | 90.7 | 90.6 | 91.1 | 89.1 | 89.0 | 89.6 |
| 1976 | 89.6 | 89.4 | 90.8 | 90.4 | 90.1 | 91.9 | 88.9 | 88.7 | 89.6 |
| 1977 | 89.6 | 89.3 | 91.1 | 90.3 | 89.9 | 91.9 | 89.0 | 88.8 | 90.2 |
| 1978 | 89.2 | 89.0 | 90.6 | 89.8 | 89.5 | 91.6 | 88.6 | 88.4 | 89.7 |
| 1979 | 89.0 | 88.8 | 90.2 | 89.7 | 89.4 | 91.5 | 88.3 | 88.1 | 88.8 |
| 1980 | 89.1 | 88.9 | 90.4 | 89.5 | 89.3 | 90.4 | 88.8 | 88.4 | 90.4 |
| 1981 | 89.6 | 89.4 | 90.5 | 90.0 | 89.8 | 91.4 | 89.2 | 89.1 | 89.7 |
| 1982 | 89.6 | 89.5 | 90.0 | 90.0 | 89.9 | 90.6 | 89.1 | 89.1 | 89.4 |
| 1983 | 90.3 | 90.3 | 90.3 | 90.4 | 90.3 | 90.8 | 90.2 | 90.2 | 89.8 |
| 1984 | 90.3 | 90.3 | 90.2 | 90.7 | 90.6 | 90.9 | 89.9 | 90.0 | 89.5 |
| 1985 | 91.0 | 91.1 | 90.7 | 91.2 | 91.2 | 91.4 | 90.7 | 90.9 | 89.9 |
| 1986 | 91.4 | 91.3 | 91.6 | 92.0 | 91.8 | 92.6 | 90.8 | 90.8 | 90.7 |
| 1987 | 91.7 | 91.5 | 92.3 | 92.4 | 92.2 | 93.2 | 90.9 | 90.8 | 91.4 |
| 1988 | 91.8 | 91.7 | 92.2 | 92.1 | 91.6 | 94.5 | 91.5 | 91.4 | 91.9 |
| 1989 | 91.8 | 91.7 | 92.1 | 92.1 | 92.1 | 92.2 | 91.5 | 91.3 | 92.0 |
| 1990 | 92.6 | 92.5 | 92.8 | 92.9 | 92.6 | 93.8 | 92.2 | 92.3 | 91.8 |
| 1991 | 93.1 | 93.1 | 93.2 | 93.4 | 93.1 | 94.2 | 92.8 | 93.0 | 92.2 |

[1] For 1971 to 1990, black and other races is calculated by subtracting whites from total.
[2] Enrollment rates are for 5– to 20–year-olds.
[3] Revised to include Mexicans as white persons.
[4] Denotes first year for which figures include Alaska and Hawaii.

NOTE.—Data for 1850 through 1950 are based on April 1 counts. Data for 1954 to 1991 are based on October counts.

SOURCE: U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* and Current Population Reports, Series P-20, *School Enrollment - Social and Economic Characteristics of Students,* various years. (This table was prepared September 1992.)

PI.0142

### Table 3.—School enrollment and school enrollment rates, by age and sex: 1940 to 1991

| Year | Males and females, by age | | | | | | | Males, by age | | | | | | | Females, by age | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total, 5 to 34 [1] | 5 and 6 | 7 to 13 | 14 to 17 | 18 and 19 | 20 to 24 | 25 to 34 | Total, 5 to 34 [1] | 5 and 6 | 7 to 13 | 14 to 17 | 18 and 19 | 20 to 24 | 25 to 34 | Total, 5 to 34 [1] | 5 and 6 | 7 to 13 | 14 to 17 | 18 and 19 | 20 to 24 | 25 to 34 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| | Enrollment, in thousands | | | | | | | | | | | | | | | | | | | | |
| 1940 [2] | 26,759 | 1,805 | 15,035 | 7,709 | 1,449 | 761 | — | 13,615 | 901 | 7,607 | 3,870 | 770 | 467 | — | 13,145 | 904 | 7,428 | 3,840 | 680 | 294 | — |
| 1945 | 25,515 | 2,833 | 14,747 | 6,956 | 668 | 311 | — | 12,660 | 1,423 | 7,456 | 3,475 | 192 | 114 | — | 12,855 | 1,410 | 7,291 | 3,481 | 476 | 197 | — |
| 1946 | 26,924 | 3,030 | 14,966 | 6,900 | 884 | 1,144 | — | 13,941 | 1,514 | 7,585 | 3,435 | 469 | 938 | — | 12,983 | 1,516 | 7,381 | 3,465 | 415 | 206 | — |
| 1947 | 27,746 | 3,069 | 15,302 | 6,737 | 1,007 | 1,183 | 448 | 14,635 | 1,549 | 7,781 | 3,364 | 587 | 947 | 407 | 13,111 | 1,520 | 7,521 | 3,373 | 420 | 236 | 41 |
| 1948 | 28,390 | 3,237 | 15,688 | 6,824 | 1,134 | 1,103 | 405 | 14,991 | 1,628 | 7,990 | 3,436 | 682 | 898 | 358 | 13,399 | 1,608 | 7,698 | 3,388 | 452 | 206 | 48 |
| 1949 | 29,283 | 3,487 | 16,374 | 6,778 | 1,028 | 1,041 | 576 | 15,489 | 1,807 | 8,330 | 3,447 | 593 | 827 | 487 | 13,794 | 1,679 | 8,045 | 3,331 | 435 | 215 | 89 |
| 1950 | 30,073 | 3,304 | 17,222 | 6,988 | 1,199 | 1,001 | [3] 360 | 15,736 | 1,649 | 8,773 | 3,568 | 680 | 733 | [3] 333 | 14,337 | 1,655 | 8,449 | 3,420 | 519 | 268 | [3] 27 |
| 1951 | 30,466 | 3,196 | 17,946 | 7,216 | 1,199 | 974 | 846 | 15,774 | 1,648 | 9,148 | 3,614 | 534 | 602 | [3] 228 | 14,692 | 1,548 | 8,798 | 3,602 | 440 | 244 | [3] 60 |
| 1952 | 31,980 | 3,732 | 18,414 | 7,440 | 1,062 | 904 | 428 | 16,644 | 1,912 | 9,382 | 3,758 | 612 | 630 | 350 | 15,336 | 1,820 | 9,032 | 3,682 | 450 | 274 | 78 |
| 1953 | 32,796 | 4,038 | 18,525 | 7,538 | 1,180 | 981 | 534 | 16,974 | 2,035 | 9,405 | 3,844 | 642 | 636 | 414 | 15,822 | 2,003 | 9,120 | 3,695 | 538 | 346 | 120 |
| 1954 | 36,083 | 5,443 | 19,952 | 7,784 | 1,268 | 999 | 635 | 18,759 | 2,746 | 10,138 | 4,002 | 730 | 677 | 465 | 17,324 | 2,697 | 9,813 | 3,782 | 538 | 322 | 171 |
| 1955 | 37,426 | 5,520 | 21,028 | 7,970 | 1,232 | 1,010 | 667 | 19,573 | 2,821 | 10,725 | 4,096 | 752 | 686 | 494 | 17,853 | 2,700 | 10,304 | 3,873 | 480 | 324 | 173 |
| 1956 | 39,353 | 5,597 | 21,946 | 8,413 | 1,407 | 1,192 | 798 | 20,522 | 2,839 | 11,179 | 4,275 | 809 | 830 | 620 | 18,801 | 2,758 | 10,767 | 4,138 | 598 | 362 | 178 |
| 1957 | 41,166 | 5,829 | 22,705 | 9,067 | 1,409 | 1,336 | 820 | 21,509 | 2,963 | 11,584 | 4,646 | 780 | 897 | 639 | 19,657 | 2,866 | 11,121 | 4,421 | 629 | 439 | 181 |
| 1958 | 42,900 | 6,101 | 23,623 | 9,446 | 1,564 | 1,307 | 858 | 22,497 | 3,123 | 12,059 | 4,854 | 898 | 915 | 648 | 20,404 | 2,978 | 11,564 | 4,591 | 667 | 393 | 211 |
| 1959 | 44,370 | 6,222 | 24,626 | 9,839 | 1,601 | 1,283 | 799 | 23,192 | 3,158 | 12,556 | 5,041 | 918 | 892 | 627 | 21,178 | 3,064 | 12,070 | 4,798 | 683 | 391 | 172 |
| 1960 | 46,259 | 6,438 | 25,621 | 10,240 | 1,817 | 1,350 | 792 | 24,234 | 3,292 | 13,074 | 5,247 | 1,063 | 936 | 621 | 22,025 | 3,146 | 12,547 | 4,993 | 754 | 414 | 171 |
| 1961 | 47,708 | 6,638 | 25,801 | 11,163 | 1,952 | 1,468 | 686 | 24,944 | 3,402 | 13,167 | 5,705 | 1,170 | 989 | 511 | 22,764 | 3,236 | 12,634 | 5,458 | 782 | 479 | 175 |
| 1962 | 48,704 | 6,651 | 25,634 | 11,740 | 2,144 | 1,725 | 810 | 25,452 | 3,399 | 13,000 | 6,032 | 1,212 | 1,177 | 629 | 23,252 | 3,252 | 12,631 | 5,708 | 932 | 548 | 181 |
| 1963 | 50,356 | 6,768 | 26,203 | 12,517 | 2,061 | 2,014 | 793 | 26,243 | 3,440 | 13,280 | 6,402 | 1,180 | 1,365 | 576 | 24,113 | 3,328 | 12,923 | 6,115 | 881 | 649 | 217 |
| 1964 | 51,660 | 6,842 | 26,725 | 13,014 | 2,196 | 2,048 | 835 | 26,851 | 3,478 | 13,548 | 6,658 | 1,238 | 1,332 | 597 | 24,809 | 3,364 | 13,177 | 6,356 | 958 | 716 | 238 |
| 1965 | 53,769 | 6,995 | 27,450 | 13,033 | 2,930 | 2,360 | 1,001 | 28,059 | 3,555 | 13,932 | 6,613 | 1,689 | 1,559 | 711 | 25,710 | 3,440 | 13,518 | 6,420 | 1,241 | 801 | 290 |
| 1966 | 55,070 | 7,156 | 27,895 | 13,293 | 3,176 | 2,547 | 1,003 | 28,733 | 3,619 | 14,139 | 6,770 | 1,841 | 1,667 | 697 | 26,337 | 3,537 | 13,756 | 6,523 | 1,335 | 880 | 306 |
| 1967 | 56,511 | 7,352 | 28,286 | 13,638 | 3,026 | 3,002 | 1,207 | 29,368 | 3,719 | 14,342 | 6,975 | 1,637 | 1,862 | 832 | 27,144 | 3,632 | 13,944 | 6,662 | 1,390 | 1,139 | 375 |
| 1968 | 57,564 | 7,241 | 28,620 | 14,118 | 3,317 | 2,988 | 1,280 | 30,051 | 3,683 | 14,513 | 7,199 | 1,892 | 1,867 | 897 | 27,513 | 3,558 | 14,106 | 6,919 | 1,425 | 1,121 | 383 |
| 1969 | 58,718 | 7,155 | 28,844 | 14,452 | 3,351 | 3,380 | 1,536 | 30,583 | 3,623 | 14,620 | 7,374 | 1,886 | 2,070 | 1,011 | 28,135 | 3,532 | 14,223 | 7,078 | 1,465 | 1,310 | 526 |
| 1970 | 58,896 | 7,000 | 28,943 | 14,796 | 3,322 | 3,359 | 1,477 | 30,642 | 3,545 | 14,688 | 7,531 | 1,821 | 2,062 | 996 | 28,254 | 3,455 | 14,255 | 7,265 | 1,501 | 1,297 | 480 |
| 1971 | 59,630 | 6,818 | 28,823 | 15,144 | 3,557 | 3,606 | 1,682 | 31,114 | 3,450 | 14,633 | 7,720 | 1,939 | 2,217 | 1,155 | 28,515 | 3,368 | 14,190 | 7,424 | 1,617 | 1,389 | 527 |
| 1972 | 58,486 | 6,340 | 27,907 | 15,267 | 3,458 | 3,692 | 1,822 | 30,505 | 3,220 | 14,195 | 7,795 | 1,857 | 2,243 | 1,195 | 27,980 | 3,120 | 13,712 | 7,471 | 1,601 | 1,449 | 627 |
| 1973 | 57,703 | 6,228 | 27,289 | 15,354 | 3,284 | 3,659 | 1,889 | 30,012 | 3,162 | 13,884 | 7,845 | 1,783 | 2,118 | 1,220 | 27,689 | 3,066 | 13,405 | 7,509 | 1,500 | 1,540 | 669 |
| 1974 | 58,252 | 6,421 | 26,833 | 15,529 | 3,375 | 3,816 | 2,278 | 30,178 | 3,280 | 13,650 | 7,906 | 1,731 | 2,202 | 1,409 | 28,075 | 3,140 | 13,183 | 7,624 | 1,644 | 1,615 | 869 |
| 1975 | 58,867 | 6,590 | 26,104 | 15,698 | 3,765 | 4,121 | 2,589 | 30,502 | 3,346 | 13,267 | 8,042 | 1,940 | 2,334 | 1,573 | 28,365 | 3,244 | 12,837 | 7,657 | 1,825 | 1,786 | 1,016 |
| 1976 | 58,533 | 6,701 | 25,455 | 15,649 | 3,768 | 4,379 | 2,581 | 30,209 | 3,422 | 12,951 | 8,014 | 1,907 | 2,358 | 1,557 | 28,323 | 3,279 | 12,503 | 7,634 | 1,861 | 2,021 | 1,025 |
| 1977 | 58,078 | 6,433 | 25,052 | 15,529 | 3,762 | 4,390 | 2,912 | 29,831 | 3,246 | 12,751 | 7,934 | 1,919 | 2,401 | 1,580 | 28,246 | 3,187 | 12,301 | 7,594 | 1,844 | 1,988 | 1,332 |
| 1978 | 56,544 | 5,997 | 24,597 | 15,356 | 3,700 | 4,245 | 2,649 | 29,002 | 3,054 | 12,514 | 7,814 | 1,902 | 2,290 | 1,428 | 27,544 | 2,944 | 12,083 | 7,542 | 1,798 | 1,955 | 1,222 |
| 1979 | 55,717 | 5,846 | 24,145 | 14,970 | 3,693 | 4,290 | 2,773 | 28,459 | 3,003 | 12,285 | 7,680 | 1,874 | 2,229 | 1,388 | 27,258 | 2,843 | 11,860 | 7,290 | 1,819 | 2,061 | 1,385 |
| 1980 | 55,068 | 5,853 | 23,751 | 14,411 | 3,788 | 4,446 | 2,819 | 27,952 | 2,971 | 12,110 | 7,321 | 1,879 | 2,299 | 1,372 | 27,115 | 2,882 | 11,641 | 7,089 | 1,910 | 2,147 | 1,446 |
| 1981 | 56,057 | 5,955 | 24,025 | 14,373 | 3,976 | 4,700 | 3,028 | 28,577 | 3,051 | 12,253 | 7,309 | 2,018 | 2,467 | 1,479 | 27,482 | 2,904 | 11,771 | 7,065 | 1,958 | 2,234 | 1,550 |
| 1982 | 55,483 | 6,070 | 23,654 | 13,928 | 3,837 | 4,897 | 3,097 | 28,255 | 3,093 | 12,075 | 7,108 | 1,937 | 2,534 | 1,508 | 27,227 | 2,977 | 11,579 | 6,820 | 1,899 | 2,363 | 1,589 |
| 1983 | 55,120 | 6,214 | 23,278 | 13,791 | 3,938 | 4,720 | 3,179 | 28,230 | 3,166 | 11,887 | 7,021 | 1,956 | 2,582 | 1,618 | 26,891 | 3,048 | 11,391 | 6,770 | 1,983 | 2,138 | 1,561 |
| 1984 | 54,704 | 6,332 | 22,854 | 13,793 | 3,724 | 4,886 | 3,115 | 28,013 | 3,220 | 11,665 | 7,018 | 1,924 | 2,651 | 1,535 | 26,690 | 3,112 | 11,190 | 6,774 | 1,800 | 2,235 | 1,579 |

Pl.0143

**Table 3.—School enrollment and school enrollment rates, by age and sex: 1940 to 1991—Continued**

| Year | Males and females, by age | | | | | | | Males, by age | | | | | | | Females, by age | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total, 5 to 34[1] | 5 and 6 | 7 to 13 | 14 to 17 | 18 and 19 | 20 to 24 | 25 to 34 | Total, 5 to 34[1] | 5 and 6 | 7 to 13 | 14 to 17 | 18 and 19 | 20 to 24 | 25 to 34 | Total, 5 to 34[1] | 5 and 6 | 7 to 13 | 14 to 17 | 18 and 19 | 20 to 24 | 25 to 34 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 1985 | 55,214 | 6,697 | 22,849 | 14,016 | 3,716 | 4,776 | 3,160 | 28,087 | 3,422 | 11,666 | 7,186 | 1,852 | 2,467 | 1,494 | 27,125 | 3,274 | 11,182 | 6,830 | 1,864 | 2,309 | 1,666 |
| 1986 | 55,340 | 6,917 | 22,987 | 13,868 | 3,872 | 4,584 | 3,112 | 28,262 | 3,544 | 11,768 | 7,095 | 1,998 | 2,305 | 1,552 | 27,079 | 3,373 | 11,221 | 6,772 | 1,874 | 2,279 | 1,560 |
| 1987 | 55,943 | 6,956 | 23,521 | 13,532 | 3,982 | 4,792 | 3,160 | 28,547 | 3,580 | 12,057 | 6,928 | 2,047 | 2,469 | 1,466 | 27,396 | 3,376 | 11,463 | 6,603 | 1,936 | 2,324 | 1,694 |
| 1988 | 56,049 | 7,044 | 24,044 | 13,042 | 4,059 | 4,816 | 3,044 | 28,483 | 3,573 | 12,329 | 6,679 | 2,032 | 2,448 | 1,422 | 27,565 | 3,471 | 11,714 | 6,363 | 2,028 | 2,367 | 1,622 |
| 1989 | 56,338 | 6,990 | 24,431 | 12,747 | 4,125 | 4,837 | 3,208 | 28,539 | 3,551 | 12,509 | 6,583 | 2,061 | 2,339 | 1,496 | 27,798 | 3,439 | 11,922 | 6,164 | 2,063 | 2,498 | 1,712 |
| 1990 | 57,297 | 7,207 | 25,016 | 12,653 | 4,044 | 5,083 | 3,294 | 29,077 | 3,705 | 12,832 | 6,491 | 2,038 | 2,552 | 1,459 | 28,222 | 3,502 | 12,184 | 6,163 | 2,006 | 2,532 | 1,835 |
| 1991 | 58,208 | 7,178 | 25,445 | 12,789 | 3,969 | 5,406 | 3,422 | 29,612 | 3,655 | 13,033 | 6,584 | 1,976 | 2,710 | 1,653 | 28,596 | 3,522 | 12,412 | 6,205 | 1,993 | 2,695 | 1,769 |
| | Percent of population enrolled | | | | | | | | | | | | | | | | | | | | |
| 1940[2] | 57.7 | 43.0 | 95.0 | 79.3 | 28.9 | 6.6 | — | 58.6 | 42.3 | 94.8 | 78.9 | 30.8 | 8.2 | — | 56.9 | 43.7 | 95.2 | 79.7 | 26.9 | 5.0 | — |
| 1945 | 64.0 | 60.4 | 98.1 | 78.4 | 20.7 | 3.9 | — | 72.7 | 59.6 | 97.7 | 78.0 | 21.6 | 5.6 | — | 57.3 | 61.3 | 98.4 | 78.7 | 20.3 | 3.3 | — |
| 1946 | 61.1 | 62.0 | 98.3 | 79.6 | 22.5 | 10.1 | — | 64.9 | 60.8 | 98.0 | 79.2 | 29.0 | 17.7 | — | 57.5 | 63.3 | 98.5 | 80.1 | 18.0 | 3.4 | — |
| 1947 | 41.1 | 58.0 | 98.5 | 79.3 | 24.3 | 10.2 | 2.0 | 44.3 | 57.4 | 98.6 | 78.9 | 31.4 | 17.0 | 3.8 | 38.0 | 58.7 | 98.5 | 79.8 | 18.5 | 3.9 | 0.3 |
| 1948 | 41.5 | 56.6 | 98.1 | 81.8 | 26.9 | 9.7 | 1.8 | 44.8 | 55.1 | 98.3 | 81.9 | 34.3 | 16.5 | 3.3 | 38.4 | 56.8 | 98.0 | 81.7 | 20.3 | 3.4 | 0.4 |
| 1949 | 42.4 | 59.3 | 98.6 | 81.6 | 25.3 | 9.2 | 2.5 | 45.8 | 60.2 | 98.5 | 82.5 | 31.6 | 15.4 | 4.5 | 39.2 | 58.4 | 98.7 | 80.7 | 19.9 | 3.7 | 0.7 |
| 1950 | 51.6 | 58.2 | 98.7 | 83.4 | 29.7 | 9.2 | [3]3.0 | 54.8 | 56.8 | 98.7 | 84.4 | 35.7 | 14.3 | [3]5.9 | 48.4 | 59.5 | 98.7 | 82.3 | 24.3 | 4.6 | [3]0.4 |
| 1951 | 52.8 | 54.5 | 99.1 | 85.2 | 26.2 | 8.6 | [3]2.5 | 56.6 | 55.1 | 99.1 | 85.2 | 32.4 | 14.3 | [3]4.2 | 49.1 | 54.0 | 99.1 | 85.2 | 21.3 | 4.3 | [3]1.0 |
| 1952 | 45.4 | 54.7 | 98.8 | 85.2 | 28.8 | 9.7 | 1.8 | 49.4 | 54.8 | 98.7 | 85.4 | 37.2 | 16.9 | 3.2 | 41.9 | 54.6 | 98.9 | 85.0 | 22.1 | 4.9 | 0.6 |
| 1953 | 46.4 | 55.7 | 99.4 | 85.9 | 31.2 | 11.1 | 2.3 | 50.2 | 55.0 | 99.2 | 86.8 | 37.7 | 18.5 | 3.7 | 43.0 | 56.6 | 99.6 | 85.0 | 25.9 | 6.4 | 0.9 |
| 1954 | 50.0 | 77.3 | 99.4 | 87.1 | 32.4 | 11.2 | 2.7 | 54.0 | 76.3 | 99.2 | 88.7 | 40.6 | 19.1 | 4.2 | 46.3 | 78.3 | 99.6 | 85.4 | 25.4 | 6.0 | 1.4 |
| 1955 | 50.8 | 78.1 | 99.2 | 86.9 | 31.5 | 11.1 | 2.9 | 54.9 | 78.1 | 99.2 | 88.6 | 42.5 | 18.1 | 4.5 | 47.0 | 78.1 | 99.1 | 85.2 | 22.5 | 6.1 | 1.4 |
| 1956 | 52.3 | 77.6 | 99.3 | 88.2 | 35.4 | 12.8 | 3.5 | 56.3 | 77.1 | 99.1 | 89.1 | 45.1 | 20.6 | 5.7 | 48.7 | 78.2 | 99.4 | 87.3 | 27.4 | 6.8 | 1.5 |
| 1957 | 53.6 | 78.6 | 99.5 | 89.5 | 34.9 | 14.0 | 3.6 | 57.5 | 78.3 | 99.5 | 91.1 | 43.3 | 21.3 | 5.9 | 50.0 | 79.0 | 99.5 | 87.8 | 28.1 | 8.2 | 1.5 |
| 1958 | 54.8 | 80.4 | 99.5 | 89.2 | 37.6 | 13.4 | 3.8 | 58.7 | 80.6 | 99.5 | 90.7 | 47.5 | 21.0 | 6.0 | 51.0 | 80.2 | 99.4 | 87.6 | 29.4 | 7.3 | 1.8 |
| 1959 | 55.5 | 80.0 | 99.4 | 90.2 | 36.8 | 12.7 | 3.8 | 59.1 | 79.5 | 99.3 | 91.4 | 45.6 | 19.6 | 5.9 | 52.0 | 80.5 | 99.6 | 89.0 | 29.2 | 7.1 | 1.5 |
| 1960 | 56.4 | 80.7 | 99.5 | 90.3 | 38.4 | 13.1 | 3.6 | 60.0 | 80.8 | 99.5 | 91.3 | 47.8 | 19.9 | 5.9 | 52.8 | 80.6 | 99.6 | 89.2 | 30.0 | 7.4 | 1.7 |
| 1961 | 56.8 | 81.7 | 99.3 | 91.4 | 38.0 | 13.7 | 3.2 | 60.4 | 82.0 | 99.3 | 92.2 | 48.6 | 20.2 | 4.9 | 53.4 | 81.4 | 99.3 | 90.5 | 28.6 | 8.3 | 1.5 |
| 1962 | 57.8 | 82.2 | 99.3 | 92.0 | 41.8 | 15.6 | 3.8 | 61.7 | 82.6 | 99.2 | 93.7 | 51.2 | 23.4 | 6.2 | 54.0 | 81.7 | 99.4 | 90.3 | 33.7 | 9.1 | 1.6 |
| 1963 | 58.5 | 82.7 | 99.3 | 92.9 | 40.9 | 17.3 | 3.7 | 62.3 | 82.7 | 99.1 | 94.2 | 51.0 | 25.6 | 5.7 | 54.9 | 82.6 | 99.6 | 91.6 | 32.3 | 10.3 | 1.9 |
| 1964 | 58.7 | 83.3 | 99.0 | 93.1 | 41.6 | 16.8 | 3.9 | 62.3 | 83.4 | 98.8 | 94.4 | 50.9 | 23.8 | 5.9 | 55.3 | 83.2 | 99.2 | 91.8 | 33.7 | 10.9 | 2.1 |
| 1965 | 59.7 | 84.4 | 99.4 | 93.2 | 46.3 | 19.0 | 4.7 | 63.5 | 84.4 | 99.3 | 93.6 | 55.6 | 27.6 | 7.0 | 56.0 | 84.4 | 99.4 | 92.8 | 37.7 | 11.8 | 2.6 |
| 1966 | 60.0 | 85.1 | 99.3 | 93.7 | 47.2 | 19.9 | 4.6 | 64.1 | 84.5 | 99.2 | 94.4 | 57.8 | 29.2 | 6.8 | 56.1 | 85.7 | 99.5 | 92.9 | 37.7 | 12.4 | 2.7 |
| 1967 | 60.2 | 87.4 | 99.3 | 93.7 | 47.6 | 22.0 | 5.4 | 64.1 | 86.6 | 99.1 | 94.7 | 56.3 | 30.6 | 7.8 | 56.5 | 88.2 | 99.4 | 92.6 | 40.3 | 15.1 | 3.2 |
| 1968 | 60.1 | 87.6 | 99.1 | 94.2 | 50.4 | 21.4 | 5.5 | 64.3 | 87.3 | 98.9 | 95.0 | 60.4 | 30.5 | 8.1 | 56.1 | 88.0 | 99.3 | 93.4 | 41.3 | 14.3 | 3.2 |
| 1969 | 60.1 | 88.4 | 99.1 | 94.0 | 50.2 | 23.0 | 6.4 | 64.1 | 87.7 | 98.9 | 95.0 | 59.4 | 32.0 | 8.9 | 56.3 | 89.1 | 99.5 | 93.1 | 41.8 | 16.0 | 4.2 |
| 1970 | 59.0 | 89.5 | 99.2 | 94.1 | 47.7 | 21.5 | 6.0 | 62.6 | 88.9 | 99.0 | 94.8 | 54.4 | 29.3 | 8.4 | 55.5 | 90.2 | 99.4 | 93.4 | 41.6 | 15.2 | 3.8 |
| 1971 | 58.6 | 91.6 | 99.1 | 94.5 | 49.2 | 21.9 | 6.6 | 62.1 | 90.9 | 98.9 | 95.3 | 55.4 | 29.2 | 9.4 | 55.2 | 92.3 | 99.4 | 93.7 | 43.4 | 15.7 | 4.0 |
| 1972 | 56.9 | 91.9 | 99.2 | 93.3 | 46.3 | 21.6 | 6.8 | 60.1 | 91.7 | 99.1 | 94.0 | 51.2 | 27.8 | 9.2 | 53.8 | 92.2 | 99.3 | 92.6 | 41.8 | 16.0 | 4.5 |
| 1973 | 55.4 | 92.5 | 99.2 | 92.9 | 42.9 | 20.8 | 6.7 | 58.3 | 92.2 | 99.2 | 93.7 | 47.9 | 25.2 | 9.0 | 52.6 | 92.9 | 99.3 | 92.1 | 38.2 | 16.7 | 4.6 |
| 1974 | 55.3 | 94.2 | 99.3 | 92.9 | 43.1 | 21.4 | 7.8 | 57.9 | 94.4 | 99.2 | 93.3 | 45.8 | 25.8 | 10.0 | 52.7 | 93.9 | 99.5 | 92.5 | 40.7 | 17.3 | 5.8 |

Pl.0144

Table 3.—School enrollment and school enrollment rates, by age and sex: 1940 to 1991—Continued

| Year | Males and females, by age | | | | | | | Males, by age | | | | | | | Females, by age | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total, 5 to 34 [1] | 5 and 6 | 7 to 13 | 14 to 17 | 18 and 19 | 20 to 24 | 25 to 34 | Total, 5 to 34 [1] | 5 and 6 | 7 to 13 | 14 to 17 | 18 and 19 | 20 to 24 | 25 to 34 | Total, 5 to 34 [1] | 5 and 6 | 7 to 13 | 14 to 17 | 18 and 19 | 20 to 24 | 25 to 34 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 1975 ........... | 55.1 | 94.7 | 99.3 | 93.6 | 46.9 | 22.4 | 8.5 | 57.7 | 94.4 | 99.0 | 94.6 | 49.9 | 26.4 | 10.7 | 52.6 | 95.1 | 99.6 | 92.6 | 44.2 | 18.7 | 6.5 |
| 1976 ........... | 54.3 | 95.6 | 99.2 | 93.7 | 46.2 | 23.3 | 8.2 | 56.6 | 95.6 | 99.0 | 94.6 | 48.2 | 26.0 | 10.2 | 52.1 | 95.5 | 99.3 | 92.8 | 44.4 | 20.8 | 6.3 |
| 1977 ........... | 53.6 | 95.8 | 99.4 | 93.6 | 46.2 | 22.9 | 9.0 | 55.6 | 94.7 | 99.3 | 94.3 | 48.4 | 25.9 | 10.0 | 51.7 | 96.9 | 99.5 | 93.0 | 44.0 | 20.0 | 8.0 |
| 1978 ........... | 52.2 | 95.3 | 99.1 | 93.7 | 45.4 | 21.8 | 8.0 | 54.0 | 95.1 | 99.0 | 93.9 | 47.8 | 24.3 | 8.8 | 50.4 | 95.5 | 99.3 | 93.5 | 43.0 | 19.4 | 7.1 |
| 1979 ........... | 51.2 | 95.8 | 99.2 | 93.6 | 45.0 | 21.7 | 8.1 | 52.8 | 96.3 | 99.0 | 94.5 | 46.6 | 23.3 | 8.3 | 49.7 | 95.2 | 99.4 | 92.6 | 43.4 | 20.2 | 7.8 |
| 1980 ........... | 50.4 | 95.7 | 99.3 | 93.4 | 46.4 | 22.3 | 7.9 | 51.6 | 95.0 | 99.2 | 93.7 | 47.1 | 23.8 | 7.9 | 49.2 | 96.4 | 99.3 | 93.1 | 45.8 | 20.8 | 7.9 |
| 1981 ........... | 49.7 | 94.0 | 99.2 | 94.1 | 49.0 | 22.5 | 8.0 | 51.0 | 94.2 | 99.1 | 94.3 | 50.5 | 24.4 | 8.0 | 48.4 | 93.8 | 99.4 | 93.9 | 47.5 | 20.8 | 8.0 |
| 1982 ........... | 49.3 | 95.0 | 99.0 | 94.4 | 47.8 | 23.5 | 8.0 | 50.5 | 94.7 | 99.1 | 94.9 | 48.9 | 25.0 | 8.0 | 48.1 | 95.3 | 99.3 | 94.0 | 46.8 | 22.1 | 8.0 |
| 1983 ........... | 49.0 | 95.5 | 99.2 | 95.0 | 50.4 | 22.7 | 8.1 | 50.4 | 95.1 | 99.1 | 95.1 | 50.5 | 25.5 | 8.4 | 47.6 | 95.8 | 99.3 | 94.9 | 50.3 | 20.1 | 7.8 |
| 1984 ........... | 48.6 | 94.5 | 99.2 | 94.7 | 50.1 | 23.7 | 7.7 | 50.0 | 94.0 | 99.1 | 94.7 | 52.4 | 26.3 | 7.8 | 47.3 | 95.1 | 99.4 | 94.7 | 47.9 | 21.2 | 7.7 |
| 1985 ........... | 48.9 | 96.1 | 99.2 | 94.9 | 51.6 | 24.0 | 7.7 | 50.1 | 95.3 | 99.2 | 95.4 | 52.2 | 25.6 | 7.5 | 47.8 | 97.0 | 99.3 | 94.5 | 51.0 | 22.5 | 8.0 |
| 1986 ........... | 48.8 | 95.3 | 99.2 | 94.9 | 54.6 | 23.6 | 7.4 | 50.0 | 96.0 | 99.1 | 94.9 | 57.1 | 24.5 | 7.5 | 47.6 | 94.6 | 94.5 | 90.6 | 53.5 | 24.2 | 7.6 |
| 1987 ........... | 49.3 | 95.2 | 99.5 | 95.0 | 55.6 | 25.5 | 7.5 | 50.5 | 95.7 | 99.7 | 95.3 | 57.9 | 27.2 | 7.0 | 48.1 | 94.6 | 99.4 | 94.5 | 53.4 | 24.0 | 7.9 |
| 1988 ........... | 49.3 | 96.0 | 99.7 | 95.1 | 55.6 | 26.1 | 7.1 | 50.4 | 95.9 | 99.7 | 95.4 | 56.2 | 27.6 | 6.8 | 48.3 | 96.0 | 99.7 | 94.8 | 55.2 | 24.7 | 7.5 |
| 1989 ........... | 49.7 | 95.2 | 99.3 | 95.7 | 56.0 | 27.0 | 7.5 | 50.4 | 95.1 | 99.2 | 96.1 | 56.6 | 26.9 | 7.1 | 48.9 | 95.2 | 99.4 | 95.3 | 55.4 | 27.1 | 7.9 |
| 1990 ........... | 50.6 | 96.5 | 99.6 | 95.8 | 57.2 | 28.6 | 7.7 | 51.4 | 96.5 | 99.6 | 95.9 | 58.2 | 29.6 | 6.9 | 49.8 | 96.4 | 99.7 | 95.7 | 56.3 | 27.7 | 8.5 |
| 1991 ........... | 51.4 | 95.4 | 99.6 | 96.0 | 59.6 | 30.2 | 8.1 | 52.3 | 95.0 | 99.8 | 96.4 | 59.8 | 31.0 | 7.9 | 50.5 | 95.8 | 99.5 | 95.6 | 59.4 | 29.4 | 8.3 |

[1] Data for 1940 through 1946 are for ages 5–24. Data for 1950 and 1951 are for ages 5–29.
[2] As of April 1.
[3] 25 to 29 years old.
—Data not available.

NOTE.—Unless otherwise noted, data are for October.

SOURCE: U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* and Current Population Reports, Series P-20, *School Enrollment - Social and Economic Characteristics of Students,* various years. (This table was prepared September 1992.)

Pl.0145

**Table 4.—Years of school completed by persons 25 years old and over, by race and sex: April 1940 to March 1991**

| Year[1] and race | Percent of male population completing — | | | | | | | Median school years completed, males | Percent of female population completing — | | | | | | | Median school years completed, females |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Elementary school | | | High school | | College | | | Elementary school | | | High school | | College | | |
| | 0–4 years | 5–7 years | 8 years | 1–3 years | 4 years | 1–3 years | 4 years or more | | 0–4 years | 5–7 years | 8 years | 1–3 years | 4 years | 1–3 years | 4 years or more | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| **Total** | | | | | | | | | | | | | | | | |
| 1940 [2,3] | 15.1 | 19.0 | 28.8 | 14.5 | 12.2 | 4.9 | 5.5 | 8.6 | 12.4 | 18.0 | 27.5 | 15.9 | 16.4 | 6.1 | 3.8 | 8.7 |
| 1950 [2,3] | 12.2 | 16.9 | 21.4 | 16.9 | 18.2 | 7.0 | 7.3 | 9.0 | 10.0 | 15.8 | 20.3 | 17.9 | 23.2 | 7.7 | 5.2 | 9.6 |
| 1960 [3] | 9.4 | 14.6 | 17.8 | 18.7 | 21.2 | 8.6 | 9.7 | 10.3 | 7.4 | 13.1 | 17.3 | 19.7 | 27.8 | 9.0 | 5.8 | 10.7 |
| 1962 | 8.7 | 12.2 | 16.7 | 17.4 | 24.7 | 8.9 | 11.4 | 11.1 | 6.9 | 11.2 | 16.5 | 17.9 | 31.6 | 9.3 | 6.7 | 11.6 |
| 1964 | 8.1 | 11.4 | 16.1 | 17.4 | 26.3 | 9.0 | 11.7 | 11.5 | 6.3 | 10.8 | 15.6 | 18.5 | 33.4 | 8.8 | 6.8 | 11.8 |
| 1966 | 7.3 | 10.7 | 15.6 | 17.4 | 27.7 | 8.8 | 12.5 | 11.8 | 5.7 | 10.2 | 14.6 | 18.8 | 34.4 | 9.0 | 7.4 | 12.0 |
| 1967 | 6.8 | 10.5 | 15.1 | 17.0 | 28.2 | 9.6 | 12.8 | 12.0 | 5.4 | 9.8 | 14.5 | 18.5 | 34.8 | 9.4 | 7.6 | 12.0 |
| 1968 | 6.5 | 10.3 | 14.3 | 16.9 | 28.9 | 9.8 | 13.3 | 12.1 | 5.3 | 9.4 | 13.9 | 18.1 | 35.7 | 9.5 | 8.0 | 12.1 |
| 1969 | 6.1 | 9.9 | 14.0 | 16.4 | 29.7 | 10.3 | 13.5 | 12.1 | 5.1 | 9.0 | 13.5 | 17.9 | 36.9 | 9.4 | 8.2 | 12.1 |
| 1970 | 5.9 | 9.5 | 13.6 | 16.1 | 30.1 | 10.8 | 14.1 | 12.2 | 4.7 | 8.7 | 13.1 | 17.9 | 37.5 | 9.7 | 8.2 | 12.1 |
| 1971 | 5.6 | 8.9 | 13.4 | 15.8 | 30.6 | 11.1 | 14.6 | 12.2 | 4.5 | 8.5 | 12.7 | 17.7 | 37.8 | 10.3 | 8.5 | 12.2 |
| 1972 | 5.0 | 8.6 | 12.1 | 16.1 | 31.4 | 11.4 | 15.4 | 12.3 | 4.2 | 8.1 | 11.8 | 17.8 | 38.7 | 10.5 | 9.0 | 12.2 |
| 1973 | 4.9 | 8.2 | 11.5 | 15.3 | 32.1 | 12.0 | 16.0 | 12.3 | 4.2 | 7.7 | 11.3 | 17.2 | 39.2 | 10.8 | 9.6 | 12.2 |
| 1974 | 4.9 | 7.7 | 11.1 | 14.7 | 32.3 | 12.5 | 16.9 | 12.4 | 4.1 | 7.4 | 10.7 | 16.9 | 39.4 | 11.4 | 10.1 | 12.3 |
| 1975 | 4.7 | 7.5 | 10.2 | 14.5 | 32.3 | 13.2 | 17.6 | 12.4 | 3.8 | 7.2 | 10.4 | 16.6 | 39.7 | 11.7 | 10.6 | 12.3 |
| 1976 | 4.2 | 7.4 | 9.5 | 14.2 | 32.3 | 13.8 | 18.6 | 12.5 | 3.5 | 6.8 | 9.8 | 16.3 | 39.9 | 12.4 | 11.3 | 12.3 |
| 1977 | 4.0 | 7.0 | 9.4 | 14.0 | 32.1 | 14.2 | 19.2 | 12.5 | 3.4 | 6.5 | 9.2 | 16.2 | 39.6 | 12.7 | 12.0 | 12.4 |
| 1978 | 3.9 | 6.9 | 9.0 | 13.5 | 32.1 | 14.9 | 19.7 | 12.5 | 3.4 | 6.3 | 9.1 | 15.9 | 39.6 | 13.4 | 12.2 | 12.4 |
| 1979 | 3.7 | 6.3 | 8.6 | 12.9 | 32.6 | 15.4 | 20.4 | 12.6 | 3.2 | 6.1 | 8.6 | 15.0 | 40.2 | 14.0 | 12.9 | 12.4 |
| 1980 | 3.6 | 6.0 | 8.1 | 13.1 | 32.7 | 15.6 | 20.9 | 12.6 | 3.2 | 6.0 | 8.2 | 14.5 | 40.4 | 14.2 | 13.6 | 12.4 |
| 1981 | 3.4 | 5.8 | 7.5 | 12.9 | 33.6 | 15.6 | 21.1 | 12.6 | 3.1 | 5.8 | 7.8 | 14.1 | 41.1 | 14.6 | 13.4 | 12.5 |
| 1982 | 3.3 | 5.6 | 6.9 | 12.5 | 34.1 | 15.7 | 21.9 | 12.6 | 2.8 | 5.5 | 7.3 | 14.0 | 41.4 | 14.9 | 14.0 | 12.5 |
| 1983 | 3.2 | 5.2 | 6.7 | 12.1 | 33.9 | 15.9 | 23.0 | 12.7 | 2.8 | 5.3 | 7.0 | 13.4 | 41.1 | 15.4 | 15.1 | 12.5 |
| 1984 | 2.9 | 5.1 | 6.5 | 11.8 | 34.6 | 16.1 | 22.9 | 12.7 | 2.6 | 4.9 | 6.6 | 12.9 | 41.8 | 15.6 | 15.7 | 12.6 |
| 1985 | 2.9 | 5.0 | 6.3 | 11.5 | 34.8 | 16.5 | 23.1 | 12.7 | 2.5 | 4.5 | 6.5 | 12.9 | 41.3 | 16.2 | 16.0 | 12.6 |
| 1986 | 2.8 | 4.7 | 6.0 | 11.3 | 34.9 | 17.1 | 23.2 | 12.7 | 2.5 | 4.6 | 6.0 | 12.5 | 41.6 | 16.7 | 16.1 | 12.6 |
| 1987 | 2.5 | 4.6 | 5.7 | 11.2 | 35.4 | 17.1 | 23.6 | 12.7 | 2.4 | 4.4 | 5.8 | 12.1 | 41.6 | 17.1 | 16.5 | 12.6 |
| 1988 | 2.6 | 4.5 | 5.0 | 11.5 | 35.7 | 16.8 | 24.0 | 12.7 | 2.3 | 4.2 | 5.5 | 12.0 | 41.8 | 17.2 | 17.0 | 12.6 |
| 1989 | 2.7 | 4.3 | 4.8 | 11.0 | 35.4 | 17.4 | 24.5 | 12.8 | 2.4 | 4.0 | 5.2 | 11.9 | 41.3 | 17.2 | 18.1 | 12.6 |
| 1990 | 2.7 | 4.2 | 4.6 | 10.7 | 35.5 | 17.8 | 24.4 | 12.8 | 2.2 | 3.9 | 4.9 | 11.5 | 41.0 | 18.0 | 18.4 | 12.7 |
| 1991 | 2.7 | 3.9 | 4.5 | 10.4 | 36.0 | 18.2 | 24.3 | 12.8 | 2.1 | 3.7 | 4.4 | 11.4 | 41.0 | 18.6 | 18.8 | 12.7 |
| **White** | | | | | | | | | | | | | | | | |
| 1940 [2,3] | 12.0 | 18.1 | 30.5 | 15.1 | 13.0 | 5.3 | 5.9 | 8.7 | 9.8 | 16.7 | 29.0 | 16.5 | 17.5 | 6.5 | 4.0 | 8.8 |
| 1950 [2,3] | 9.8 | 15.9 | 22.4 | 17.4 | 19.3 | 7.4 | 7.9 | 9.3 | 8.1 | 14.4 | 21.1 | 18.2 | 24.6 | 8.1 | 5.4 | 10.0 |
| 1960 [3] | 7.4 | 13.7 | 18.4 | 18.9 | 22.2 | 9.1 | 10.3 | 10.6 | 6.0 | 11.9 | 17.8 | 19.6 | 29.2 | 9.5 | 6.0 | 11.0 |
| 1962 | 6.9 | 11.4 | 17.0 | 17.3 | 25.8 | 9.4 | 12.2 | 11.6 | 5.6 | 10.3 | 16.8 | 18.4 | 33.1 | 9.9 | 7.0 | 12.0 |
| 1964 | 6.5 | 10.5 | 16.5 | 17.1 | 27.6 | 9.4 | 12.3 | 11.9 | 5.2 | 9.7 | 15.9 | 18.1 | 34.8 | 9.2 | 7.1 | 12.0 |
| 1965 | 6.1 | 10.3 | 16.4 | 17.0 | 28.2 | 9.3 | 12.7 | 12.0 | 4.9 | 9.3 | 15.4 | 18.2 | 35.6 | 9.3 | 7.3 | 12.1 |
| 1966 | 5.7 | 10.1 | 15.8 | 17.1 | 28.8 | 9.2 | 13.3 | 12.0 | 4.7 | 9.1 | 14.9 | 18.2 | 35.9 | 9.4 | 7.7 | 12.1 |
| 1967 | 5.3 | 9.7 | 15.4 | 16.8 | 29.1 | 10.0 | 13.7 | 12.1 | 4.4 | 8.8 | 14.9 | 18.0 | 36.2 | 9.7 | 7.9 | 12.1 |
| 1968 | 4.9 | 9.5 | 14.7 | 16.6 | 29.9 | 10.3 | 14.1 | 12.1 | 4.3 | 8.5 | 14.1 | 17.7 | 37.2 | 9.9 | 8.2 | 12.1 |
| 1969 | 4.8 | 9.1 | 14.3 | 16.1 | 30.6 | 10.8 | 14.3 | 12.2 | 4.2 | 8.1 | 13.7 | 17.3 | 38.5 | 9.8 | 8.4 | 12.2 |
| 1970 | 4.5 | 8.8 | 13.9 | 15.6 | 30.9 | 11.3 | 15.0 | 12.2 | 3.9 | 7.8 | 13.4 | 17.3 | 39.0 | 10.1 | 8.6 | 12.2 |

Pl.0146

**Table 4.—Years of school completed by persons 25 years old and over, by race and sex: April 1940 to March 1991—Continued**

| Year[1] and race | Percent of male population completing — | | | | | | | Median school years completed, males | Percent of female population completing — | | | | | | | Median school years completed, females |
| | Elementary school | | | High school | | College | | | Elementary school | | | High school | | College | | |
| | 0–4 years | 5–7 years | 8 years | 1–3 years | 4 years | 1–3 years | 4 years or more | | 0–4 years | 5–7 years | 8 years | 1–3 years | 4 years | 1–3 years | 4 years or more | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 1971 | 4.4 | 8.1 | 13.7 | 15.3 | 31.3 | 11.6 | 15.5 | 12.3 | 3.8 | 7.5 | 12.9 | 17.0 | 39.2 | 10.7 | 8.9 | 12.2 |
| 1972 | 3.9 | 7.8 | 12.4 | 15.6 | 32.2 | 12.0 | 16.2 | 12.3 | 3.4 | 7.1 | 12.0 | 17.0 | 40.2 | 10.9 | 9.4 | 12.3 |
| 1973 | 3.9 | 7.5 | 11.7 | 14.8 | 32.8 | 12.5 | 16.8 | 12.4 | 3.4 | 6.9 | 11.5 | 16.5 | 40.7 | 11.1 | 9.9 | 12.3 |
| 1974 | 3.7 | 7.0 | 11.3 | 14.3 | 33.0 | 12.9 | 17.7 | 12.4 | 3.3 | 6.6 | 11.0 | 16.1 | 40.8 | 11.7 | 10.6 | 12.3 |
| 1975 | 3.6 | 6.8 | 10.5 | 14.0 | 33.1 | 13.6 | 18.4 | 12.5 | 3.0 | 6.4 | 10.6 | 15.9 | 41.1 | 12.1 | 11.0 | 12.3 |
| 1976 | 3.2 | 6.6 | 9.7 | 13.8 | 32.9 | 14.2 | 19.6 | 12.5 | 2.9 | 6.2 | 9.8 | 15.6 | 41.2 | 12.8 | 11.6 | 12.4 |
| 1977 | 3.1 | 6.3 | 9.6 | 13.5 | 32.7 | 14.6 | 20.2 | 12.5 | 2.8 | 6.1 | 9.3 | 15.3 | 40.9 | 13.2 | 12.4 | 12.4 |
| 1978 | 2.9 | 6.2 | 9.2 | 13.0 | 32.7 | 15.2 | 20.7 | 12.6 | 2.8 | 5.9 | 9.2 | 15.0 | 40.9 | 13.7 | 12.6 | 12.4 |
| 1979 | 2.8 | 5.7 | 8.7 | 12.4 | 33.1 | 15.8 | 21.4 | 12.6 | 2.6 | 5.5 | 8.6 | 14.1 | 41.6 | 14.3 | 13.3 | 12.5 |
| 1980 | 2.7 | 5.5 | 8.3 | 12.5 | 33.1 | 15.8 | 22.1 | 12.6 | 2.5 | 5.3 | 8.4 | 13.7 | 41.6 | 14.6 | 13.6 | 12.5 |
| 1981 | 2.7 | 5.3 | 7.7 | 12.3 | 34.1 | 15.7 | 22.2 | 12.6 | 2.5 | 5.0 | 8.1 | 13.3 | 42.4 | 14.9 | 13.8 | 12.5 |
| 1982 | 2.6 | 5.1 | 7.1 | 11.9 | 34.5 | 15.8 | 23.0 | 12.7 | 2.3 | 4.9 | 7.4 | 13.1 | 42.7 | 15.2 | 14.4 | 12.5 |
| 1983 | 2.6 | 4.8 | 6.8 | 11.5 | 34.3 | 16.1 | 24.0 | 12.7 | 2.3 | 4.8 | 7.1 | 12.7 | 42.2 | 15.7 | 15.4 | 12.6 |
| 1984 | 2.3 | 4.7 | 6.6 | 11.1 | 35.1 | 16.3 | 23.9 | 12.7 | 2.1 | 4.4 | 6.6 | 12.2 | 42.8 | 15.8 | 16.0 | 12.6 |
| 1985 | 2.3 | 4.6 | 6.3 | 10.8 | 35.3 | 16.7 | 24.0 | 12.7 | 2.1 | 4.1 | 6.6 | 12.1 | 42.4 | 16.4 | 16.3 | 12.6 |
| 1986 | 2.4 | 4.2 | 6.1 | 10.8 | 35.2 | 17.3 | 24.0 | 12.8 | 2.1 | 4.2 | 6.1 | 11.8 | 42.5 | 16.9 | 16.4 | 12.6 |
| 1987 | 2.1 | 4.2 | 5.8 | 10.6 | 35.6 | 17.2 | 24.5 | 12.8 | 2.0 | 4.0 | 6.0 | 11.4 | 42.6 | 17.3 | 16.9 | 12.6 |
| 1988 | 2.1 | 4.1 | 5.1 | 10.9 | 35.9 | 16.9 | 25.0 | 12.8 | 1.9 | 3.8 | 5.4 | 11.2 | 42.8 | 17.6 | 17.3 | 12.7 |
| 1989 | 2.2 | 3.9 | 4.8 | 10.4 | 35.7 | 17.6 | 25.4 | 12.8 | 1.8 | 3.5 | 5.2 | 11.2 | 42.3 | 17.4 | 18.5 | 12.7 |
| 1990 | 2.2 | 3.9 | 4.7 | 10.1 | 35.7 | 18.0 | 25.3 | 12.8 | 1.8 | 3.5 | 5.0 | 10.8 | 41.9 | 18.1 | 19.0 | 12.7 |
| 1991 | 2.2 | 3.6 | 4.5 | 9.9 | 36.1 | 18.4 | 25.4 | 12.8 | 1.8 | 3.3 | 4.5 | 10.5 | 41.8 | 18.8 | 19.3 | 12.7 |
| **Black and other races** | | | | | | | | | | | | | | | | |
| 1940[2,3] | 46.2 | 28.1 | 11.4 | 7.4 | 3.8 | 1.7 | 1.4 | 5.4 | 37.5 | 31.8 | 12.4 | 9.9 | 5.1 | 2.1 | 1.2 | 6.1 |
| 1950[2,3] | 36.9 | 27.1 | 11.3 | 12.1 | 7.5 | 2.9 | 2.1 | 6.4 | 28.6 | 29.3 | 14.8 | 9.2 | 3.2 | 2.4 | 7.2 |
| 1960[3] | 27.7 | 23.0 | 12.3 | 17.0 | 12.1 | 4.4 | 3.5 | 7.9 | 19.7 | 23.7 | 13.3 | 20.2 | 15.2 | 4.4 | 3.6 | 8.5 |
| 1962 | 26.1 | 19.3 | 13.2 | 18.2 | 14.5 | 4.8 | 4.0 | 8.3 | 18.5 | 19.3 | 13.9 | 22.1 | 18.2 | 4.0 | 4.0 | 8.9 |
| 1964 | 22.2 | 19.7 | 12.2 | 20.1 | 15.3 | 4.9 | 5.6 | 8.7 | 15.4 | 20.7 | 12.9 | 22.0 | 20.2 | 4.9 | 3.7 | 9.1 |
| 1966 | 22.5 | 16.6 | 13.1 | 20.1 | 17.4 | 5.3 | 5.0 | 8.8 | 14.0 | 19.4 | 11.5 | 24.0 | 21.2 | 5.4 | 4.4 | 9.6 |
| 1967 | 21.2 | 18.2 | 12.0 | 18.9 | 19.3 | 5.2 | 5.2 | 8.9 | 14.1 | 18.5 | 11.7 | 22.7 | 22.3 | 6.1 | 4.8 | 9.8 |
| 1968 | 20.4 | 17.3 | 10.6 | 20.2 | 20.3 | 5.6 | 5.7 | 9.2 | 14.6 | 17.5 | 12.6 | 22.0 | 22.5 | 5.3 | 5.3 | 9.7 |
| 1969 | 17.5 | 17.5 | 10.8 | 19.8 | 21.8 | 6.0 | 6.7 | 9.7 | 13.3 | 17.4 | 11.8 | 23.0 | 23.5 | 5.6 | 5.5 | 10.0 |
| 1970 | 17.9 | 15.3 | 10.9 | 20.6 | 22.4 | 6.2 | 6.8 | 9.9 | 11.9 | 16.7 | 11.3 | 23.5 | 24.6 | 6.4 | 5.6 | 10.3 |
| 1971 | 16.3 | 16.3 | 10.3 | 20.2 | 23.8 | 6.3 | 6.8 | 10.2 | 10.7 | 16.7 | 10.8 | 24.1 | 25.9 | 6.3 | 5.5 | 10.4 |
| 1972 | 15.3 | 15.9 | 9.4 | 20.6 | 24.3 | 6.5 | 8.0 | 10.3 | 10.8 | 15.9 | 9.5 | 24.4 | 26.5 | 6.9 | 6.0 | 10.6 |
| 1973 | 13.8 | 14.3 | 9.7 | 20.0 | 25.3 | 7.9 | 9.0 | 10.7 | 10.5 | 14.0 | 9.3 | 23.4 | 27.4 | 8.2 | 7.3 | 11.0 |
| 1974 | 14.6 | 14.0 | 8.8 | 18.2 | 25.9 | 9.1 | 9.4 | 11.0 | 10.1 | 13.8 | 8.2 | 23.8 | 28.7 | 8.7 | 6.8 | 11.1 |
| 1975 | 14.1 | 13.4 | 7.4 | 18.6 | 25.5 | 10.2 | 10.7 | 11.3 | 9.7 | 13.1 | 8.6 | 22.2 | 29.3 | 9.0 | 8.0 | 11.5 |
| 1976 | 13.1 | 13.8 | 8.1 | 17.6 | 27.1 | 9.9 | 10.3 | 11.5 | 8.7 | 11.9 | 7.6 | 21.7 | 30.0 | 9.1 | 9.0 | 11.7 |
| 1977 | 11.4 | 13.0 | 7.9 | 18.4 | 27.2 | 11.5 | 10.5 | 11.9 | 8.2 | 12.4 | 8.7 | 22.8 | 29.6 | 9.3 | 9.0 | 11.7 |
| 1978 | 11.3 | 12.4 | 7.1 | 17.7 | 27.7 | 12.7 | 11.0 | 12.1 | 8.2 | 11.0 | 8.4 | 22.5 | 29.8 | 10.9 | 9.2 | 12.0 |
| 1979 | 11.0 | 11.7 | 7.1 | 17.1 | 28.8 | 12.4 | 12.0 | 12.1 | 7.8 | 10.2 | 8.3 | 21.7 | 30.4 | 11.9 | 9.7 | 12.1 |
| 1980 | 10.3 | 9.7 | 6.7 | 17.9 | 29.3 | 14.1 | 11.9 | 12.2 | 7.6 | 11.0 | 6.9 | 20.4 | 31.6 | 12.1 | 10.4 | 12.1 |

**Table 4.—Years of school completed by persons 25 years old and over, by race and sex: April 1940 to March 1991—Continued**

| Year[1] and race | Percent of male population completing — | | | | | | | Median school years completed, males | Percent of female population completing — | | | | | | | Median school years completed, females |
| | Elementary school | | | High school | | College | | | Elementary school | | | High school | | College | | |
| | 0–4 years | 5–7 years | 8 years | 1–3 years | 4 years | 1–3 years | 4 years or more | | 0–4 years | 5–7 years | 8 years | 1–3 years | 4 years | 1–3 years | 4 years or more | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 1981 | 8.9 | 9.5 | 6.4 | 18.0 | 30.0 | 14.4 | 12.8 | 12.2 | 7.4 | 11.0 | 6.1 | 20.2 | 31.9 | 12.7 | 10.8 | 12.2 |
| 1982 | 8.5 | 9.3 | 5.9 | 16.6 | 31.0 | 15.0 | 13.7 | 12.3 | 6.4 | 9.9 | 6.8 | 19.9 | 32.5 | 12.9 | 11.3 | 12.2 |
| 1983 | 7.9 | 8.6 | 5.9 | 16.8 | 30.9 | 14.3 | 15.6 | 12.4 | 6.1 | 8.8 | 6.5 | 18.5 | 34.1 | 13.2 | 12.8 | 12.3 |
| 1984 | 7.8 | 8.1 | 6.0 | 16.8 | 31.2 | 14.2 | 15.6 | 12.4 | 5.8 | 8.1 | 6.4 | 17.4 | 35.0 | 13.9 | 13.4 | 12.4 |
| 1985 | 6.9 | 8.0 | 5.7 | 16.3 | 30.9 | 15.1 | 17.0 | 12.4 | 5.3 | 7.6 | 6.0 | 17.8 | 34.6 | 14.5 | 14.2 | 12.4 |
| 1986 | 6.0 | 8.1 | 5.1 | 15.2 | 33.1 | 15.6 | 16.9 | 12.5 | 5.1 | 7.3 | 5.7 | 16.7 | 35.7 | 15.6 | 13.8 | 12.4 |
| 1987 | 5.5 | 7.6 | 4.7 | 14.9 | 33.8 | 16.2 | 17.2 | 12.5 | 4.8 | 7.0 | 5.2 | 16.8 | 35.9 | 16.0 | 14.4 | 12.5 |
| 1988 | 5.6 | 7.4 | 4.3 | 15.1 | 34.0 | 16.0 | 17.7 | 12.5 | 4.8 | 6.7 | 5.6 | 17.0 | 35.8 | 15.1 | 15.1 | 12.4 |
| 1989 | 5.8 | 6.7 | 5.0 | 14.9 | 33.5 | 16.0 | 18.3 | 12.5 | 5.4 | 6.8 | 4.6 | 16.3 | 35.3 | 15.9 | 15.7 | 12.5 |
| 1990 | 5.9 | 6.2 | 4.0 | 14.8 | 34.1 | 16.7 | 18.3 | 12.6 | 5.0 | 6.3 | 4.3 | 16.0 | 35.9 | 17.4 | 15.1 | 12.5 |
| 1991 | 6.0 | 5.6 | 4.0 | 14.3 | 35.7 | 16.6 | 17.8 | 12.6 | 4.1 | 6.4 | 3.7 | 16.7 | 35.9 | 17.4 | 15.8 | 12.5 |

[1] Unless otherwise indicated, surveys were conducted in March of the years shown.
[2] Excludes population for whom school years were not reported.
[3] As of April.

—Data not available.

SOURCE: U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* and Current Population Reports, Series P-20, *Educational Attainment in the United States,* various years. (This table was prepared October 1992.)

Pl.0148

**Table 5.—Median years of school completed by persons age 25 and over and 25 to 29, by race and sex: 1910 to 1991**

| Year | Total | Male | | Female | | Total | Male | | Female | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | White | Black[1] | White | Black[1] | | White | Black[1] | White | Black[1] |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 1910[2] | 8.1 | — | — | — | — | — | — | — | — | — |
| 1920[2] | 8.2 | — | — | — | — | — | — | — | — | — |
| 1930[2] | 8.4 | — | — | — | — | — | — | — | — | — |
| 1940 | 8.6 | 8.7 | 5.4 | 8.8 | 6.1 | 10.3 | 10.5 | 6.5 | 10.9 | 7.5 |
| 1950 | 9.3 | 9.3 | 6.4 | 10.0 | 7.2 | 12.1 | 12.4 | 7.4 | 12.2 | 8.9 |
| 1960[3] | 10.5 | 10.6 | 7.9 | 11.0 | 8.5 | 12.3 | 12.4 | 10.5 | 12.3 | 11.1 |
| 1969 | 12.1 | 12.2 | 9.4 | 12.2 | 9.9 | 12.6 | 12.7 | 12.2 | 12.5 | 12.1 |
| 1970 | 12.2 | 12.2 | 9.6 | 12.2 | 10.2 | 12.6 | 12.7 | 12.1 | 12.5 | 12.2 |
| 1971 | 12.2 | 12.3 | 9.9 | 12.2 | 10.3 | 12.6 | 12.8 | 12.1 | 12.6 | 12.3 |
| 1972 | 12.2 | 12.3 | 10.1 | 12.3 | 10.5 | 12.7 | 12.8 | 12.3 | 12.6 | 12.4 |
| 1973 | 12.3 | 12.4 | 10.3 | 12.3 | 10.8 | 12.7 | 12.8 | 12.3 | 12.6 | 12.4 |
| 1974 | 12.3 | 12.4 | 10.5 | 12.3 | 10.9 | 12.8 | 12.9 | 12.5 | 12.7 | 12.4 |
| 1975 | 12.4 | 12.5 | 10.7 | 12.3 | 11.1 | 12.8 | 13.0 | 12.5 | 12.7 | 12.5 |
| 1976 | 12.4 | 12.5 | 10.8 | 12.4 | 11.4 | 12.9 | 13.2 | 12.5 | 12.8 | 12.5 |
| 1977 | 12.4 | 12.5 | 11.3 | 12.4 | 11.4 | 12.9 | 13.2 | 12.6 | 12.8 | 12.5 |
| 1978 | 12.4 | 12.6 | 11.7 | 12.4 | 11.7 | 12.9 | 13.3 | 12.7 | 12.8 | 12.6 |
| 1979 | 12.5 | 12.6 | 11.9 | 12.5 | 11.9 | 12.9 | 13.2 | 12.6 | 12.9 | 12.6 |
| 1980 | 12.5 | 12.6 | 12.0 | 12.5 | 12.0 | 12.9 | 13.0 | 12.6 | 12.8 | 12.6 |
| 1981 | 12.5 | 12.6 | 12.1 | 12.5 | 12.1 | 12.8 | 12.9 | 12.6 | 12.8 | 12.6 |
| 1982 | 12.6 | 12.7 | 12.2 | 12.5 | 12.1 | 12.8 | 12.9 | 12.7 | 12.8 | 12.7 |
| 1983 | 12.6 | 12.7 | 12.2 | 12.6 | 12.2 | 12.9 | 12.9 | 12.6 | 12.8 | 12.6 |
| 1984 | 12.6 | 12.7 | 12.2 | 12.6 | 12.3 | 12.8 | 12.9 | 12.6 | 12.9 | 12.7 |
| 1985 | 12.6 | 12.7 | 12.3 | 12.6 | 12.3 | 12.9 | 12.9 | 12.7 | 12.9 | 12.7 |
| 1986 | 12.6 | 12.8 | 12.3 | 12.6 | 12.4 | 12.9 | 12.9 | 12.7 | 12.9 | 12.7 |
| 1987 | 12.7 | 12.8 | 12.4 | 12.6 | 12.4 | 12.9 | 12.9 | 12.7 | 12.9 | 12.7 |
| 1988 | 12.7 | 12.8 | 12.4 | 12.6 | 12.4 | 12.9 | 12.9 | 12.7 | 12.9 | 12.6 |
| 1989 | 12.7 | 12.8 | 12.4 | 12.7 | 12.4 | 12.9 | 12.9 | 12.7 | 12.9 | 12.7 |
| 1990 | 12.7 | 12.8 | 12.4 | 12.7 | 12.4 | 12.9 | 12.9 | 12.7 | 12.9 | 12.7 |
| 1991 | 12.7 | 12.8 | 12.4 | 12.7 | 12.5 | 12.9 | 12.9 | 12.7 | 12.9 | 12.7 |

[1] Data for years 1940 through 1960 include persons of "other" races.
[2] Estimates based on retrojection, by the Bureau of the Census, of 1940 census data on education by age.
[3] Denotes first year in which figures include Alaska and Hawaii.
—Data not available.

NOTE.—Data for 1940, 1950, and 1960 are for April 1. Data for later years are as of March.

SOURCE: U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* Current Population Series, P-20, *Educational Attainment of the United States Population,* various years; and "Education of the American Population," by John K. Folger and Charles B. Nam. (This table was prepared February 1998.)

**Table 6.—Percentage of persons 14 years old and over who were illiterate,[1] by race and nativity: 1870 to 1979**

| Year | Total | White | | | Black and other |
|---|---|---|---|---|---|
| | | Total | Native | Foreign born | |
| 1 | 2 | 3 | 4 | 5 | 6 |
| 1870 | 20.0 | 11.5 | — | — | 79.9 |
| 1880 | 17.0 | 9.4 | 8.7 | 12.0 | 70.0 |
| 1890 | 13.3 | 7.7 | 6.2 | 13.1 | 56.8 |
| 1900 | 10.7 | 6.2 | 4.6 | 12.9 | 44.5 |
| 1910 | 7.7 | 5.0 | 3.0 | 12.7 | 30.5 |
| 1920 | 6.0 | 4.0 | 2.0 | 13.1 | 23.0 |
| 1930 | 4.3 | 3.0 | 1.6 | 10.8 | 16.4 |
| 1940 | 2.9 | 2.0 | 1.1 | 9.0 | 11.5 |
| 1947 | 2.7 | 1.8 | — | — | 11.0 |
| 1950 | 3.2 | — | — | — | — |
| 1952 | 2.5 | 1.8 | — | — | 10.2 |
| 1959 | 2.2 | 1.6 | — | — | 7.5 |
| 1969 | 1.0 | 0.7 | — | — | 3.6[2] |
| 1979 | 0.6 | 0.4 | — | — | 1.6[2] |

[1] Persons are counted as illiterate if they cannot read or write in any language.
[2] Based on black population only.
—Data not available.

SOURCE: U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* and Current Population Reports, Series P-23, *Ancestry and Language in the United States: November 1979.* (This table was prepared September 1992.)

Pl.0149

**Table 7.—Annual mean income of males and females 25 years old and over, by years of school completed: 1939 to 1991**

| Year | Elementary school | | High school | | College | | | |
|---|---|---|---|---|---|---|---|---|
| | Less than 8 years | 8 years | 1 to 3 years | 4 years | 1 to 3 years | 4 or more years | 4 years only | 5 or more years |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | Males | | | | | | | |
| | Current dollars | | | | | | | |
| 1939 | — | — | $1,379 | $1,661 | $1,931 | $2,607 | — | — |
| 1946 | $1,738 | $2,327 | 2,449 | 2,939 | 3,654 | 4,527 | — | — |
| 1949 | 2,062 | 2,829 | 3,226 | 3,784 | 4,423 | 6,179 | — | — |
| 1956 | 2,574 | 3,631 | 4,367 | 5,183 | 5,997 | 7,877 | — | — |
| 1958 | 2,530 | 3,677 | 4,452 | 5,257 | 6,272 | 8,643 | $7,565 | $9,118 |
| 1961 | 2,998 | 4,206 | 5,161 | 5,946 | 7,348 | 9,817 | 9,342 | 9,987 |
| 1963 | 3,078 | 4,410 | 5,348 | 6,557 | 7,633 | 9,811 | 9,392 | 10,353 |
| 1964 | 3,298 | 4,520 | 5,653 | 6,738 | 7,907 | 10,284 | 9,757 | 11,004 |
| 1966 | 3,520 | 4,867 | 6,294 | 7,494 | 8,783 | 11,739 | 11,135 | 12,563 |
| 1967 | 3,540 | 5,002 | 6,258 | 7,515 | 8,713 | 11,753 | 11,022 | 12,639 |
| 1968 | 4,135 | 5,689 | 6,454 | 7,688 | 8,890 | 11,851 | 11,086 | 12,794 |
| 1969 | 4,679 | 6,170 | 7,063 | 8,313 | 9,553 | 12,644 | 12,111 | 13,274 |
| 1970 | 4,948 | 6,674 | 7,575 | 8,998 | 10,554 | 14,018 | 13,434 | 14,727 |
| 1971 | 5,175 | 6,901 | 7,941 | 9,321 | 10,942 | 14,563 | 13,634 | 15,687 |
| 1972 | 5,436 | 7,088 | 8,273 | 9,741 | 11,205 | 15,017 | 14,192 | 15,983 |
| 1973 | 6,101 | 7,559 | 8,755 | 10,591 | 11,534 | 15,593 | 15,189 | 16,966 |
| 1974 | 6,422 | 8,259 | 9,526 | 11,408 | 12,640 | 16,769 | 15,859 | 17,817 |
| 1975 | 6,581 | 8,604 | 10,019 | 11,983 | 13,317 | 16,996 | 16,194 | 17,912 |
| 1976 | 6,673 | 8,957 | 9,920 | 12,559 | 14,104 | 18,750 | 17,599 | 20,141 |
| 1977 | 7,306 | 9,679 | 10,690 | 13,334 | 14,674 | 20,114 | 18,857 | 21,553 |
| 1978 | 7,841 | 10,131 | 11,400 | 14,312 | 15,728 | 21,464 | 20,056 | 23,103 |
| 1979 | 8,347 | 10,991 | 12,361 | 15,440 | 16,781 | 22,822 | 21,669 | 24,343 |
| 1980 | 8,757 | 12,050 | 12,956 | 16,657 | 18,232 | 24,417 | 22,949 | 26,065 |
| 1981 | 9,263 | 12,350 | 13,578 | 17,496 | 19,362 | 25,816 | 24,545 | 27,313 |
| 1982 | 10,151 | 13,214 | 14,362 | 18,468 | 20,889 | 28,896 | 26,612 | 31,434 |
| 1983 | 9,593 | 13,124 | 14,131 | 18,750 | 21,212 | 30,489 | 28,058 | 33,240 |
| 1984 | 9,944 | 13,451 | 14,529 | 19,289 | 22,219 | 31,969 | 29,530 | 34,731 |
| 1985 | 10,832 | 14,049 | 15,479 | 20,763 | 23,334 | 34,992 | 32,266 | 38,211 |
| 1986 | 10,401 | 14,193 | 15,722 | 21,265 | 25,046 | 36,883 | 33,793 | 40,732 |
| 1987 | 11,078 | 14,756 | 16,606 | 21,848 | 26,197 | 38,627 | 35,454 | 42,414 |
| 1988 | 12,184 | 14,787 | 17,350 | 22,747 | 27,383 | 39,241 | 35,800 | 43,487 |
| 1989 | 12,063 | 16,017 | 17,191 | 23,855 | 28,050 | 41,484 | 37,648 | 46,189 |
| 1990 | 12,446 | 15,754 | 17,331 | 24,940 | 29,792 | 44,257 | 40,384 | 49,085 |
| 1991 | 12,582 | 15,525 | 17,702 | 24,737 | 30,650 | 44,485 | 40,750 | 49,259 |
| | Constant 1991 dollars | | | | | | | |
| 1939 | — | — | $13,512 | $16,275 | $18,921 | $25,545 | — | — |
| 1946 | $12,139 | $16,253 | 17,105 | 20,528 | 25,522 | 31,619 | — | — |
| 1949 | 11,800 | 16,189 | 18,461 | 21,655 | 25,311 | 35,360 | — | — |
| 1956 | 12,889 | 18,182 | 21,867 | 25,953 | 30,029 | 39,443 | — | — |
| 1958 | 11,923 | 17,329 | 20,981 | 24,775 | 29,559 | 40,733 | $35,652 | $43,254 |
| 1961 | 13,656 | 19,159 | 23,509 | 27,085 | 33,471 | 44,718 | 42,555 | 45,493 |
| 1963 | 13,700 | 19,629 | 23,804 | 29,185 | 33,974 | 43,669 | 41,804 | 46,081 |
| 1964 | 14,490 | 19,859 | 24,837 | 29,604 | 34,740 | 45,183 | 42,868 | 48,347 |
| 1966 | 14,797 | 20,459 | 26,458 | 31,503 | 36,921 | 49,347 | 46,808 | 52,811 |
| 1967 | 14,436 | 20,397 | 25,519 | 30,645 | 35,530 | 47,927 | 44,946 | 51,540 |
| 1968 | 16,184 | 22,266 | 25,260 | 30,089 | 34,794 | 46,382 | 43,388 | 50,073 |
| 1969 | 17,365 | 22,898 | 26,212 | 30,851 | 35,453 | 46,924 | 44,946 | 49,262 |
| 1970 | 17,369 | 23,428 | 26,591 | 31,586 | 37,048 | 49,208 | 47,157 | 51,696 |
| 1971 | 17,403 | 23,208 | 26,705 | 31,346 | 36,798 | 48,975 | 45,851 | 52,755 |
| 1972 | 17,713 | 23,095 | 26,957 | 31,740 | 36,510 | 48,931 | 46,243 | 52,079 |
| 1973 | 18,715 | 23,709 | 26,857 | 32,489 | 36,608 | 49,060 | 46,593 | 52,044 |
| 1974 | 17,742 | 23,646 | 26,317 | 31,517 | 34,920 | 46,327 | 43,813 | 49,223 |
| 1975 | 16,660 | 21,782 | 25,364 | 30,336 | 33,713 | 43,027 | 40,997 | 45,346 |
| 1976 | 15,973 | 21,440 | 23,745 | 30,062 | 33,760 | 44,881 | 42,126 | 48,211 |
| 1977 | 16,420 | 21,754 | 24,026 | 29,968 | 32,980 | 45,207 | 42,382 | 48,441 |
| 1978 | 16,380 | 21,163 | 23,814 | 29,897 | 32,855 | 44,837 | 41,896 | 48,261 |
| 1979 | 15,659 | 20,619 | 23,190 | 28,966 | 31,482 | 43,002 | 40,652 | 45,668 |
| 1980 | 14,475 | 19,918 | 21,415 | 27,533 | 30,136 | 40,359 | 37,933 | 43,083 |
| 1981 | 13,879 | 18,505 | 20,345 | 26,215 | 29,011 | 38,681 | 36,777 | 40,924 |
| 1982 | 14,327 | 18,650 | 20,271 | 26,066 | 29,483 | 40,784 | 37,560 | 44,366 |
| 1983 | 13,118 | 17,947 | 19,324 | 25,640 | 29,007 | 41,693 | 38,368 | 45,455 |
| 1984 | 13,035 | 17,633 | 19,046 | 25,285 | 29,126 | 41,907 | 38,710 | 45,528 |
| 1985 | 13,711 | 17,783 | 19,593 | 26,282 | 29,536 | 44,293 | 40,842 | 48,367 |
| 1986 | 12,925 | 17,638 | 19,538 | 26,426 | 31,125 | 45,835 | 41,995 | 50,618 |
| 1987 | 13,282 | 17,692 | 19,910 | 26,195 | 31,409 | 46,312 | 42,507 | 50,852 |
| 1988 | 14,028 | 17,024 | 19,975 | 26,189 | 31,526 | 45,179 | 41,217 | 50,067 |
| 1989 | 13,250 | 17,593 | 18,882 | 26,202 | 30,810 | 45,565 | 41,352 | 50,733 |
| 1990 | 12,970 | 16,417 | 18,060 | 25,990 | 31,046 | 46,119 | 42,083 | 51,151 |
| 1991 | 12,582 | 15,525 | 17,702 | 24,737 | 30,650 | 44,485 | 40,750 | 49,259 |

Pl.0150

**Table 7.—Annual mean income of males and females 25 years old and over, by years of school completed: 1939 to 1991—Continued**

| Year | Elementary school | | High school | | College | | | |
|---|---|---|---|---|---|---|---|---|
| | Less than 8 years | 8 years | 1 to 3 years | 4 years | 1 to 3 years | 4 or more years | 4 years only | 5 or more years |
| 1 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| Current dollars | | | | | | | | |
| 1939 | — | — | — | — | — | — | — | — |
| 1946 | — | — | — | — | — | — | — | — |
| 1949 | — | — | — | — | — | — | — | — |
| 1956 | — | — | — | — | — | — | — | — |
| 1958 | — | — | — | — | — | — | — | — |
| 1961 | — | — | — | — | — | — | — | — |
| 1963 | — | — | — | — | — | — | — | — |
| 1964 | — | — | — | — | — | — | — | — |
| 1966 | — | — | — | — | — | — | — | — |
| 1967 | — | — | — | — | — | — | — | — |
| 1968 | $1,039 | $1,323 | $1,550 | $1,879 | $2,297 | $3,862 | $3,210 | $5,667 |
| 1969 | 1,205 | 1,515 | 1,701 | 2,099 | 2,468 | 4,063 | 3,266 | 5,977 |
| 1970 | 1,274 | 1,621 | 1,825 | 2,280 | 2,753 | 4,610 | 3,824 | 6,479 |
| 1971 | 1,406 | 1,731 | 1,905 | 2,452 | 3,006 | 5,056 | 4,241 | 6,900 |
| 1972 | 1,458 | 1,766 | 2,075 | 2,577 | 3,087 | 5,310 | 4,450 | 7,250 |
| 1973 | 1,559 | 1,916 | 2,219 | 2,819 | 3,285 | 5,502 | 4,587 | 7,544 |
| 1974 | 1,782 | 2,058 | 2,395 | 3,026 | 3,761 | 5,807 | 4,909 | 7,682 |
| 1975 | 1,999 | 2,315 | 2,709 | 3,314 | 4,133 | 6,313 | 5,371 | 8,175 |
| 1976 | 2,054 | 2,456 | 2,835 | 3,611 | 4,548 | 7,213 | 6,086 | 9,381 |
| 1977 | 2,225 | 2,725 | 3,057 | 4,044 | 4,858 | 7,616 | 6,449 | 9,894 |
| 1978 | 2,448 | 3,082 | 3,330 | 4,455 | 5,514 | 8,114 | 6,834 | 10,412 |
| 1979 | 2,840 | 3,250 | 3,718 | 5,063 | 6,181 | 9,007 | 7,601 | 11,389 |
| 1980 | 2,926 | 3,639 | 4,228 | 5,844 | 7,325 | 10,305 | 8,848 | 12,798 |
| 1981 | 3,314 | 4,025 | 4,562 | 6,535 | 8,389 | 11,500 | 10,066 | 14,013 |
| 1982 | 3,650 | 4,554 | 4,848 | 7,119 | 9,055 | 12,673 | 10,912 | 15,543 |
| 1983 | 3,610 | 4,662 | 5,090 | 7,682 | 9,707 | 14,113 | 12,243 | 17,061 |
| 1984 | 3,876 | 4,991 | 5,400 | 8,122 | 10,440 | 15,372 | 13,237 | 18,813 |
| 1985 | 4,278 | 5,408 | 5,991 | 8,788 | 11,394 | 16,743 | 14,517 | 20,366 |
| 1986 | 4,230 | 5,314 | 6,129 | 9,333 | 12,212 | 17,979 | 15,739 | 21,721 |
| 1987 | 4,526 | 5,268 | 6,380 | 9,751 | 12,746 | 19,365 | 17,197 | 22,939 |
| 1988 | 4,685 | 5,727 | 6,749 | 10,419 | 14,021 | 20,375 | 17,982 | 24,237 |
| 1989 | 5,026 | 5,577 | 6,952 | 11,114 | 15,159 | 21,827 | 19,570 | 25,462 |
| 1990 | 5,224 | 6,201 | 7,575 | 11,791 | 15,681 | 23,478 | 20,837 | 27,843 |
| 1991 | 5,583 | 6,298 | 7,987 | 12,429 | 16,310 | 24,684 | 21,859 | 29,466 |
| Constant 1991 dollars | | | | | | | | |
| 1939 | — | — | — | — | — | — | — | — |
| 1946 | — | — | — | — | — | — | — | — |
| 1949 | — | — | — | — | — | — | — | — |
| 1956 | — | — | — | — | — | — | — | — |
| 1958 | — | — | — | — | — | — | — | — |
| 1961 | — | — | — | — | — | — | — | — |
| 1963 | — | — | — | — | — | — | — | — |
| 1964 | — | — | — | — | — | — | — | — |
| 1966 | — | — | — | — | — | — | — | — |
| 1967 | — | — | — | — | — | — | — | — |
| 1968 | $4,066 | $5,178 | $6,066 | $7,354 | $8,990 | $15,115 | $12,563 | $22,179 |
| 1969 | 4,472 | 5,622 | 6,313 | 7,790 | 9,159 | 15,078 | 12,121 | 22,182 |
| 1970 | 4,472 | 5,690 | 6,406 | 8,004 | 9,664 | 16,183 | 13,423 | 22,743 |
| 1971 | 4,728 | 5,821 | 6,406 | 8,246 | 10,109 | 17,003 | 14,262 | 23,204 |
| 1972 | 4,751 | 5,754 | 6,761 | 8,397 | 10,059 | 17,302 | 14,500 | 23,623 |
| 1973 | 4,782 | 5,877 | 6,807 | 8,647 | 10,077 | 16,878 | 14,071 | 23,142 |
| 1974 | 4,951 | 5,686 | 6,617 | 8,360 | 10,390 | 16,043 | 13,562 | 21,223 |
| 1975 | 5,061 | 5,861 | 6,858 | 8,390 | 10,463 | 15,982 | 13,597 | 20,696 |
| 1976 | 4,917 | 5,879 | 6,786 | 8,644 | 10,886 | 17,266 | 14,568 | 22,455 |
| 1977 | 5,001 | 6,125 | 6,871 | 9,089 | 10,918 | 17,117 | 14,494 | 22,237 |
| 1978 | 5,114 | 6,438 | 6,956 | 9,306 | 11,519 | 16,950 | 14,276 | 21,750 |
| 1979 | 5,328 | 6,097 | 6,975 | 9,498 | 11,596 | 16,897 | 14,260 | 21,366 |
| 1980 | 4,836 | 6,015 | 6,989 | 9,660 | 12,108 | 17,033 | 14,625 | 21,154 |
| 1981 | 4,966 | 6,031 | 6,835 | 9,792 | 12,570 | 17,231 | 15,082 | 20,996 |
| 1982 | 5,152 | 6,428 | 6,842 | 10,048 | 12,780 | 17,887 | 15,401 | 21,937 |
| 1983 | 4,937 | 6,375 | 6,960 | 10,505 | 13,274 | 19,299 | 16,742 | 23,330 |
| 1984 | 5,081 | 6,543 | 7,079 | 10,647 | 13,686 | 20,151 | 17,352 | 24,662 |
| 1985 | 5,415 | 6,845 | 7,583 | 11,124 | 14,423 | 21,193 | 18,376 | 25,779 |
| 1986 | 5,257 | 6,604 | 7,617 | 11,598 | 15,176 | 22,343 | 19,559 | 26,993 |
| 1987 | 5,426 | 6,316 | 7,649 | 11,691 | 15,282 | 23,218 | 20,618 | 27,503 |
| 1988 | 5,394 | 6,594 | 7,770 | 11,996 | 16,143 | 23,458 | 20,703 | 27,904 |
| 1989 | 5,520 | 6,126 | 7,636 | 12,207 | 16,650 | 23,974 | 21,495 | 27,967 |
| 1990 | 5,444 | 6,462 | 7,894 | 12,287 | 16,341 | 24,466 | 21,714 | 29,015 |
| 1991 | 5,583 | 6,298 | 7,987 | 12,429 | 16,310 | 24,684 | 21,859 | 29,466 |

—Data not available.

SOURCE: U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970*; Current Population Reports, *Money Income of Families and Persons in the United States,* and unpublished data. (This table was prepared September 1992.)

Pl.0151

# Chapter 2
## Elementary and Secondary Education
### William C. Sonnenberg

Several cities in the colonies, particularly in Massachusetts, set up a variety of elementary schools. These efforts were often modest, taught by housewives, clergy, or missionaries in their spare time, with sparse resources. Boston, and several other large cities, did provide some structure and some resources for their schools. But no colony centralized control of education. As towns prospered, the need for public education standards became a concern of colonial governments. Thus, in 1642, the General Court of Massachusetts enacted into law a condemnation of parents and masters who did not take steps to guarantee that their children could "read & understand the principles of religion & the capitall lawes of this country." It is important to note that the responsibility for providing education was placed on parents rather than borne by the government.

Perhaps in response to a lack of direction in the above legislation, albeit a clear expression of concern, Massachusetts enacted provisions in 1647 for the creation of grammar schools in any town which attained a population level of 100 families or households. The stated aim of these schools was to "instruct youth so farr as they shall be fited for y university Harvard." These Massachusetts laws served as models for other colonies.

Boston also took the lead in establishing the first public secondary school, Latin Grammar School, in 1635. This institution focused primarily on college preparatory studies, such as mathematics and ancient languages. In subsequent years, the concept spread throughout the Massachusetts colony, especially with the acts of the legislature in 1647.

The Northwest Ordinances of 1787 represent a significant federal step in providing education. This legislation authorized grants of land for the establishment of educational institutions. The Continental Congress stated, "Religion, morality and knowledge being necessary to good government and the happiness of mankind, schools and the means of education shall forever be encouraged."

Other governmental efforts also followed independence, as many local legislatures moved to establish the concept of a uniform public system of elementary education. This was necessary to guarantee such essentials as a common language and technical and agricultural training. In 1805, New York City adopted a concept known as monitorial schools which were designed to provide mass education to large numbers of children. However, success was limited when teachers had to try to teach hundreds of children at once using better students as helpers. But the stage was set for what has been termed the "educational awakening," a movement strongly influenced by Horace Mann. As Secretary of the State Board of Education of Massachusetts, he presided over the enactment of the first compulsory elementary school attendance law in 1852. Although significant progress was made in providing formal education to residents in some states, such as Massachusetts, there were wide variations in the availability of education services.

From colonial times, America has recognized the value, both individually and collectively, of a basic education. By the time of the first national surveys of education statistics in 1869–70, millions of young people were enrolled in public elementary schools.

## Statistical Trends

### Enrollment

The most fundamental measure of the scope of an education system is a measure of enrollment. Over the period covered in this report, total enrollment in U.S. public elementary and secondary schools rose from 7.6 million in 1870–71 to 41.2 million in 1990–91. This increase may be attributed to growth in the population, as well as to increases in the proportion of young people attending school. Detailed information on the increases in the enrollment rates can be found in chapter 1. The pattern of the rise in public school enrollment has not been consistent. Enrollment increases have occurred at different rates, and there have been two periods of enrollment declines: the first, from the mid-1930s to the mid-1940s; and the second, from the early 1970s to the mid-1980s (table 9).

Public school enrollment expanded rapidly during the late 19th century, with a particularly large increase of 44 percent during the 1870s. The increases of the 1870s and 1880s were fueled by increases in the school-age population and increases

Pl.0152   25

in the enrollment ratios. Some of the apparent increase, particularly during the 1870s, may be due to improvements in the relatively primitive data collection systems. Enrollment growth continued in the 1890s and the early 20th century, primarily driven by population increases. Between 1889–90 and 1909–10, the ratio of enrollment to the number of 5- to 17-year-olds rose only slightly, from 77 percent to 81 percent. Enrollment growth accelerated again between 1909–10 and 1919–20, especially at the secondary level. Between 1909–10 and 1919–20, the ratio of high school enrollment to the 14- to 17-year-old population rose from 14 percent to 31 percent. The enrollment ratio for the younger 5- to 13-year-old children was over 100 percent, indicating both the high enrollment rate for the age group and the number of older students attending below ninth grade. Enrollment growth continued during the 1920s aided by further increases in the high school enrollment ratios. During the mid 1930s, changes in enrollment ratios moderated and enrollments began to decline as the number of 5- to 13-year-olds declined. Between 1933–34 and 1944–45, public school enrollment fell by 12 percent.

After World War II, public school enrollment began increasing again. The 1950s were a period of dynamic growth, with public school enrollment jumping by 44 percent. The enrollment increase was driven by the entry of the "baby boomers" into elementary schools, as well as by the increase in the high school enrollment ratio of 14- to 17-year-olds. During the rush to accommodate the growing numbers of students during this period, school buildings were constructed in expanding suburban areas, and teacher demand rose dramatically. Enrollment increases continued through the 1960s and until 1971. Since 1971, enrollment ratios have been relatively stable, showing an increase only at the elementary level in the 1980s. The enrollment declines after 1971 were due to a decline in births following the end of the "baby boom." Between 1971 and 1984, public school enrollment declined by 15 percent. The increase in enrollment from 1985 to 1992 has been driven by increases in population and, to a smaller extent, by rises in the enrollment rate of prekindergarten and kindergarten pupils.

### Figure 6.--Enrollment in public elementary and secondary schools, by level:  1869-70 to 1992-93



Source:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* and U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics,* various issues.

Pl.0153

### Figure 7.--Elementary and secondary enrollment as a percentage of 5- to 17-year-olds, by level: 1869-70 to fall 1991



Source:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* and U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics,* various issues.

#### School Attendance

Enrollment figures show the progress made in encouraging students to participate at the secondary education level, but they do not fully illustrate the progress that has been made in the amount of education provided to students. The average number of days that students attended school increased substantially during the late 19th century and early 20th century (table 14).

In 1869–70, the school year was only about 132 days long compared to about 180 today. Not only was the year much shorter, but the attendance rate of 59 percent was much lower than the 90 percent figure calculated for 1979–80. The net result of these factors is that students in 1869–70 attended school for an average of only 78 days compared to 161 days in 1979–80. In the early years, students were likely to take time off to help with harvests or other farm work. Also, the less advanced state of medicine and hygiene left students more susceptible to long-term illnesses that prevented school attendance. The length of the school year and the average number of days attended rose slowly during the late 19th century, but rapid increases did not occur until the 1920s. Between 1919–20 and 1929–30, the average number of days attended rose from 121 to 143. During the 1930s, the average number of days attended increased to 152, and the school year lengthened to 175 days, almost as long as today. Since then the changes have been relatively small. The increase in the number of school days for the average student during the early 20th century meant that a more extensive instructional program could be provided.

Pl.0154



## Figure 8.--Average number of days per year attended by public school students:  1869-70 to 1980-81

Number of days per year

Year ending

Source:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* and U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics,* various issues.

### Pupil/Teacher Ratios

As might be expected, the increases in enrollment were mirrored by rises in the number of teachers employed in public school systems. During the late 19th and early 20th centuries, the number of teachers rose at almost exactly the same rate as enrollment (table 14). A steady pupil/teacher ratio of about 34 to 37 resulted. During the mid 1920s, a long-term pattern developed of a slowly falling pupil/teacher ratio. This slow movement picked up in the 1960s, when the pupil/teacher ratio fell from 27 to 23. During the 1970s, the number of teachers remained relatively steady during the enrollment decline, causing the pupil/teacher ratio to drop to 18 in 1984-85. By 1990, 2.4 million Americans, an all-time high, were elementary-secondary teachers (nearly one percent of the population). More complex and diverse school offerings, including special education and enrichment programs, required increasing numbers of specialized teachers.

Over the past 120 years, there have been several shifts in the proportion of female teachers. During the late 19th and early 20th centuries, the proportion of female teachers increased steadily, from 57 percent in 1879–80 to 86 percent in 1919–20. This shift in the composition of the teacher force was brought about by the extensive hiring of women teachers to provide instruction for the rising enrollment and the 22 percent decline in the number of male teachers. During the 1920s and 1930s, the proportion of female teachers dipped to a slightly lower level, before returning to the 85 percent level during World War II, when many young men left their positions to enter the military. After the war, the proportion of female teachers began falling, as the number of male teachers increased more rapidly than the number of female teachers. In 1959–60, about 71 percent of the teachers were women. After dipping to a slightly lower proportion during the late 1960s and 1970s, the proportion of women returned to the 1959–60 level during the late 1980s (table 14).

Pl.0155

**Figure 9.--Pupil/teacher ratio in public elementary and secondary schools:  1869-70 to fall 1990**



Source:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* and U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics,* various issues.

**Figure 10.--Percentage of elementary and secondary school teachers, by sex:  1869-70 to fall 1990**



Source:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* and U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics,* various issues.

Pl.0156

### Student Assessment

The overall trends in science, mathematics, and reading suggest few changes in levels of educational achievement across the two decades covered by the National Assessment of Educational Progress (NAEP). Although students appear to be mastering the lower-level skills and virtually all students appear to have grasped mathematics, science, and reading fundamentals, few demonstrate competency with more sophisticated materials and tasks.

In 1990, science achievement was no better at ages 9 and 13 and somewhat worse at age 17 than in 1969–70 (table 17). At all three ages, across the 20-year span, performance declined significantly in the 1970s, but improved significantly during the 1980s. At ages 9 and 13, these recent gains returned performance to levels observed two decades earlier. However, at age 17, average proficiency in 1990 remained significantly below that in 1969. In addition, science proficiency did not improve during the 1980s for the lower-performing 25 percent of the 17-year-olds.

Average mathematics proficiency improved between 1973 and 1990 at ages 9 and 13. For 17-year-olds, statistically significant declines in performance between 1973 and 1982 were followed by recovery during the 1980s to the original level of performance. At all three ages, students' average proficiency was significantly higher in 1990 than in 1978.

The reading achievement of 9- and 13-year-olds in 1990 was unchanged from 1971, but 17-year-olds were reading better. However, the pattern at age 9 is the reverse of that found for science and for mathematics at age 17. Significant improvement during the 1970s has been all but eradicated by commensurate declines during the 1980s. Little change occurred for 13-year-olds. Seventeen-year-olds showed relatively steady progress across the assessments.

The call for improved education and equal opportunity for all students is at the heart of many education reform recommendations. Across the NAEP assessments, both black and Hispanic students have, on average, demonstrated significantly lower proficiency than white students.

The 1990 results show that white students consistently had higher average achievement than their black and Hispanic counterparts at all three ages in all three curriculum areas. The trends, however, do indicate a lessening of the achievement gap. For example, between 1969–70 and 1990, science proficiency has remained stable for white 9- and 13-year-olds but decreased at age 17. In contrast, black and Hispanic students showed gains at ages 9 and 13, and these students maintained their initial levels of achievement at age 17.

In mathematics, the only significant progress by white students since 1973 was at age 9. In comparison, black students showed significant improvements at all three ages, as did Hispanic students at ages 9 and 13. The reading results show a similar pattern. Although the proficiency of white 17-year-olds has improved significantly since 1971, 9- and 13-year-olds were reading at about the same level in 1990 as nearly two decades ago. Black students, however, demonstrated significantly higher proficiency in 1990 at all three ages. Hispanic students also showed gains at age 17, yet their reading performance did not change significantly at the younger ages.

### High School Graduates

The large enrollment in high schools is one of the many success stories of American education during the 20th century. Not surprisingly, the high enrollment ratios have resulted in the growth in the number of high school graduates. An indicator of high school graduation success can be measured by comparing the number of high school graduates to the 17-year-old population. This measurement does not account for students receiving their diplomas through GED programs, night schools, or other special programs; however, this ratio does allow rough historical comparisons to be made over the past 120 years.

In 1869–70, there were only about two persons receiving high school diplomas per 100 17-year-olds (table 19). While this ratio increased to 9 per 100 during the ensuing 40 years, high school graduation remained an atypical occurrence, at least in most areas of the country. It should be noted that graduation ratios for females have consistently been higher than those for males. In 1909–10, about 60 percent of the graduates were women. During the 1910s, the 1920s, and the 1930s, the graduation ratios increased rapidly. In 1939–40, the ratio rose above 50 percent for the first time. In that year, about 53 percent of the graduates were females. During World War II, the graduation ratio dipped as some young men left school to join the armed forces.

Immediately after the war, the graduation ratio resumed its upward trend, reaching 70 percent in 1959–60. A peak ratio of 77 percent was attained at the end of the 1960s. After falling to around 71 percent in 1979–80, the ratio has returned to about the same level as the late 1960s. More students now obtain diplomas through non-traditional programs than in the earlier years. If these graduates were included, the total graduation ratio for young adults might now be higher than ever.

Pl.0157

## Figure 11.--Number of public and private high school graduates per 100 17-year-olds:  1869-70 to 1991-92



SOURCE:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;*  and Current Population Reports, Series P-25; and U.S. Department of Education, National Center for Education Statistics,  *Digest of Education Statistics,* various issues.

### Public Elementary and Secondary School Revenues

Today, public schools derive most of their funds from state and local governments. Smaller amounts of federal funds are directed to specific programs, such as those for disabled or educationally disadvantaged children. Prior to the Great Depression of the 1930s, most of the funding came from local (county and city) sources. From 1889–90 until the mid 1930s, local governments provided over three-quarters of financial support for elementary and secondary education. In 1935–36, local governments provided 70 percent of the revenues for public schools and 29 percent came from state governments (table 21). The federal government provided less than 1 percent.

During the post-war period, the proportions from state and federal governments began to rise, while the local proportion declined. By the early 1970s, the federal government proportion had risen to 9 percent, and it remained around this level until the early 1980s. The state proportion continued to rise in the 1970s and, in 1978–79, exceeded the local proportion for the first time. During the 1980s, the proportion from the federal government declined, while the proportion from state governments continued to increase, reaching a high of 50 percent in 1986–87. During the late 1980s, the local proportion began growing again, while the state proportions dipped slightly.

Pl.0158

## Figure 12.--Sources of revenues for public elementary and secondary schools:  1889-90 to 1989-90



SOURCE: U.S. Department of Education, National Center for Education Statistics, *Annual Report of the Commissioner of Education; Biennial Survey of Education in the United States; Statistics of State School Systems; Revenues and Expenditures for Public Elementary and Secondary Education;* and Common Core of Data survey.

### *Public Elementary and Secondary School Expenditures*

Current expenditures are those costs associated with providing educational services to children (e.g., instruction, transportation, and administration). Two of the most important factors that affect school costs are the relative number and pay of teachers. If there is a drop in the pupil/teacher ratio, school expenditures per student will rise if other factors are held constant. Consistent price indexes to adjust older historical education finance data are not available. However, an examination of the 1869–70 to 1909–10 data indicates an increase in per student funding. The total expenditure (including current expenditures, plus capital outlay and interest on school debt) per student rose from $16 to $33 during the 40-year pe-

riod (table 22). This increase in spending would not indicate a real increase if even very modest levels of inflation occurred during the 40 years. Also, the stable pupil/teacher ratio during this period suggests that little additional resources on a per student basis were devoted to education.

In 1919–20, current expenditure per student in average daily attendance stood at about $53, or about $355 after adjusting to 1989–90 dollars. The expenditure per student jumped 81 percent in the 1920s, after adjusting for inflation. The real value of teacher salaries rose by 82 percent during this economic boom period, while pupil/teacher ratios changed little (table 14). During the Depression of the 1930s, expenditures per student continued to increase, registering a rise of 24 percent by the end of the decade.

Pl.0159

### Figure 13.--Current expenditure per pupil in average daily attendance, in constant 1989-90 dollars:  1919-20 to 1989-90



SOURCE:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;*  and U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics,*  various years.

Large rises in current expenditure per pupil have occurred in every decade since World War II, even after adjusting for inflation. The 45 percent boost in the 1950s and the 69 percent jump in the 1960s are particularly impressive considering the rapidly rising enrollment that occurred during these decades. During the 1970s and 1980s, the rate of increase in expenditures per student slowed to a more moderate rate of 35 percent and 33 percent, respectively. The steady increase in expenditure per pupil has been interrupted only twice during the past 70 years, during the periods 1931–32 to 1933–34 and 1978–79 to 1980–81. In each case, the Nation was experiencing economic difficulties. In 1989–90, the current expenditure per student in the public schools was nearly $5,000.

These historical elementary and secondary education statistics depict a great achievement during the first half of the 20th century in the development of high schools. Enrollment in high school, once limited to the elite, is now an opportunity that is shared by nearly all America's young people. A higher proportion of students are graduating than ever, and education funding and teacher salaries are at historic highs.

Pl.0160

**Table 8.—Historical summary of public elementary and secondary school statistics: 1869–70 to 1989–90**

| Item | 1869–70 | 1879–80 | 1889–90 | 1899–1900 | 1909–10 | 1919–20 | 1929–30 | 1939–40 | 1949–50 | 1959–60 | 1969–70 | 1979–80 | 1988–89 | 1989–90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| **Population, pupils, and instructional staff** | | | | | | | | | | | | | | |
| Total population, [1] in thousands | 38,558 | 50,156 | 62,622 | 75,995 | 90,490 | 104,514 | 121,767 | 130,880 | 149,199 | 177,080 | 201,385 | 224,567 | 245,807 | 248,239 |
| Population aged 5–17 years, [1] in thousands | 11,683 | 15,066 | 18,473 | 21,573 | 24,011 | 27,571 | 31,414 | 30,151 | 30,223 | 42,634 | 52,386 | 48,041 | 45,388 | 45,330 |
| Percent of total population 5–17 | 30.3 | 30.0 | 29.5 | 28.4 | 26.5 | 26.4 | 25.8 | 23.0 | 20.3 | 24.1 | 26.0 | 21.4 | 18.5 | 18.3 |
| Total enrollment in elementary and secondary schools, in thousands[2] | [3] 7,562 | 9,868 | 12,723 | 15,503 | 17,814 | 21,578 | 25,678 | 25,434 | 25,111 | 36,087 | 45,550 | 41,651 | 40,189 | 40,543 |
| Kindergarten and grades 1–8, in thousands[2] | [3] 7,481 | 9,757 | 12,520 | 14,984 | 16,899 | 19,378 | 21,279 | 18,832 | 19,387 | 27,602 | 32,513 | 28,034 | 28,499 | 29,152 |
| Grades 9–12 and postgraduate, in thousands [2] | [3] 80 | 110 | 203 | 519 | 915 | 2,200 | 4,399 | 6,601 | 5,725 | 8,485 | 13,037 | 13,616 | 11,690 | 11,390 |
| Enrollment as a percent of total population | 17.8 | 19.7 | 20.3 | 20.4 | 19.7 | 20.6 | 21.1 | 19.4 | 16.8 | 20.4 | 22.6 | 18.5 | 16.3 | 16.3 |
| Enrollment as a percent of 5- to 17-year-olds | 57.0 | 65.5 | 68.9 | 71.9 | 74.2 | 78.3 | 81.7 | 84.4 | 83.1 | 84.6 | 87.0 | 86.7 | 88.5 | 89.4 |
| Percent of total enrollment in high schools (grades 9–12 and postgraduate) | 1.2 | 1.1 | 1.6 | 3.3 | 5.1 | 10.2 | 17.1 | 26.0 | 22.8 | 23.5 | 28.6 | 32.7 | 29.1 | 28.1 |
| High school graduates, in thousands | — | — | 22 | 62 | 111 | 231 | 592 | 1,143 | 1,063 | 1,627 | 2,589 | 2,748 | 2,459 | 2,320 |
| Average daily attendance, in thousands | 4,077 | 6,144 | 8,154 | 10,633 | 12,827 | 16,150 | 21,265 | 22,042 | 22,284 | 32,477 | 41,934 | 38,289 | 37,268 | 37,779 |
| Total number of days attended by pupils enrolled, in millions | 539 | 801 | 1,098 | 1,535 | 2,011 | 2,615 | 3,673 | 3,858 | 3,964 | 5,782 | 7,501 | [4] 6,835 | — | — |
| Percent of enrolled pupils attending daily | 59.3 | 62.3 | 64.1 | 68.6 | 72.0 | 74.8 | 82.8 | 86.7 | 88.7 | 90.0 | 90.4 | [4] 90.1 | — | — |
| Average length of school term, in days | 132.2 | 130.3 | 134.7 | 144.3 | 156.8 | 161.9 | 172.7 | 175.0 | 177.9 | 178.0 | 178.9 | [4] 178.5 | — | — |
| Average number of days attended per pupil | 78.4 | 81.1 | 86.3 | 99.0 | 112.9 | 121.2 | 143.0 | 151.7 | 157.9 | 160.2 | 161.7 | [4] 160.8 | — | — |
| Total instructional staff, in thousands | — | — | — | — | — | 700 | 892 | 912 | 962 | 1,464 | 2,253 | 2,441 | — | — |
| Supervisors, in thousands | — | — | — | — | — | 7 | 7 | 5 | 9 | 14 | 32 | [4] 35 | — | — |
| Principals, in thousands | — | — | — | — | — | 14 | 31 | 32 | 39 | 64 | 91 | 106 | — | — |
| Teachers, librarians, and other nonsupervisory instructional staff, [5] in thousands | 201 | 287 | 364 | 423 | 523 | 680 | 854 | 875 | 914 | 1,387 | 2,131 | 2,300 | 2,447 | 2,528 |
| Men, in thousands | 78 | 123 | 126 | 127 | 110 | 96 | 142 | 195 | 195 | [4] 402 | [4] 691 | [4] 782 | — | — |
| Women, in thousands | 123 | 164 | 238 | 296 | 413 | 584 | 712 | 681 | 719 | [4] 985 | [4] 1,440 | [4] 1,518 | — | — |
| Percent men | 38.7 | 42.8 | 34.5 | 29.9 | 21.1 | 14.1 | 16.6 | 22.2 | 21.3 | [4] 29.0 | [4] 32.4 | [4] 34.0 | — | — |
| | | | | | | Amounts in millions of current dollars | | | | | | | | |
| **Finance** | | | | | | | | | | | | | | |
| Total revenue receipts | — | — | $143 | $220 | $433 | $970 | $2,089 | $2,261 | $5,437 | $14,747 | $40,267 | $96,881 | $192,016 | $207,584 |
| Federal government | — | — | — | — | — | 2 | 7 | 40 | 156 | 652 | 3,220 | 9,504 | 11,902 | 12,751 |
| State governments | — | — | — | — | — | 160 | 354 | 684 | 2,166 | 5,768 | 16,063 | 45,349 | 91,769 | 98,060 |
| Local sources, including intermediate | — | — | — | — | — | 808 | 1,728 | 1,536 | 3,116 | 8,327 | 20,985 | 42,029 | 88,345 | 96,774 |
| Percent of revenue receipts from | | | | | | | | | | | | | | |
| Federal government | — | — | — | — | — | 0.3 | 0.4 | 1.8 | 2.9 | 4.4 | 8.0 | 9.8 | 6.2 | 6.1 |
| State governments | — | — | — | — | — | 16.5 | 16.9 | 30.3 | 39.8 | 39.1 | 39.9 | 46.8 | 47.8 | 47.2 |
| Local sources, including intermediate | — | — | — | — | — | 83.2 | 82.7 | 68.0 | 57.3 | 56.5 | 52.1 | 43.4 | 46.0 | 46.6 |
| Total expenditures for public schools [6] | $63 | $78 | $141 | $215 | $426 | $1,036 | $2,317 | $2,344 | $5,838 | $15,613 | $40,683 | $95,962 | $192,977 | $211,731 |
| Current expenditures [6] | — | — | [7] 114 | [7] 180 | [7] 356 | 861 | 1,844 | 1,942 | 4,687 | [8] 12,329 | [8] 34,218 | [8] 86,984 | [8] 173,099 | [8] 187,384 |
| Capital outlay [9] | — | — | 26 | 35 | 70 | 154 | 371 | 258 | 1,014 | 2,662 | 4,659 | 6,506 | 14,101 | 17,685 |
| Interest on school debt | — | — | — | — | — | 18 | 93 | 131 | 101 | 490 | 1,171 | 1,874 | 3,213 | 3,693 |
| Other expenditures [10] | — | — | — | — | — | 3 | 10 | 13 | 36 | 133 | 636 | [11] 598 | [11] 2,564 | [11] 2,969 |
| Percent of total expenditures devoted to | | | | | | | | | | | | | | |
| Current expenditures [6] | — | — | [7] 81.3 | [7] 83.5 | [7] 83.6 | 83.1 | 79.6 | 82.8 | 80.3 | [7] 79.0 | [8] 84.1 | [8] 90.6 | [8] 89.7 | [8] 88.5 |
| Capital outlay [8] | — | — | 18.7 | 16.5 | 16.4 | 14.8 | 16.0 | 11.0 | 17.4 | 17.0 | 11.5 | 6.8 | 7.3 | 8.4 |
| Interest on school debt | — | — | — | — | — | 1.8 | 4.0 | 5.6 | 1.7 | 3.1 | 2.9 | 2.0 | 1.7 | 1.7 |
| Other expenditures [10] | — | — | — | — | — | 0.3 | 0.4 | 0.6 | 0.6 | 0.8 | 1.6 | [11] 0.6 | [11] 1.3 | [11] 1.4 |

Pl.0161

**Table 8.—Historical summary of public elementary and secondary school statistics: 1869–70 to 1989–90—Continued**

| Item | 1869–70 | 1879–80 | 1889–90 | 1899–1900 | 1909–10 | 1919–20 | 1929–30 | 1939–40 | 1949–50 | 1959–60 | 1969–70 | 1979–80 | 1988–89 | 1989–90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| **Amounts** | | | | | | | | | | | | | | |
| Annual salary of instructional staff [12] | $189 | $195 | $252 | $325 | $485 | $871 | $1,420 | $1,441 | $3,010 | $5,174 | $8,840 | [13]$16,715 | [13]$30,969 | [13]$32,723 |
| Personal income per member of labor force [1] | — | — | — | — | — | — | 1,634 | 1,356 | 3,400 | 5,413 | 8,750 | 19,087 | 33,036 | 34,886 |
| Total school expenditures per capita of total population | 1.59 | 1.56 | 2.23 | 2.83 | 4.71 | 9.91 | 19.03 | 17.91 | 39 | 88 | 202 | 427 | 785 | 853 |
| National income [1] per capita | — | — | — | — | — | — | 667 | 587 | 1,520 | 2,272 | 3,829 | 9,117 | 16,284 | 17,099 |
| Current expenditure [14] per pupil in A.D.A. [15] | — | — | [7]13.99 | [7]16.67 | [7]27.85 | 53.32 | 86.70 | 88.09 | 209 | 375 | 816 | 2,272 | 4,645 | 4,960 |
| Total expenditure [16] per pupil in A.D.A. | 15.55 | 12.71 | 17.23 | 20.21 | 33.23 | 64.16 | 108.49 | 105.74 | 259 | 472 | 955 | 2,491 | 5,109 | 5,526 |
| National income per pupil in A.D.A. | — | — | — | — | — | — | 3,845 | 3,502 | 10,312 | 12,547 | 18,656 | 53,470 | 107,400 | 112,358 |
| Current expenditure per day [17] per pupil in A.D.A. | — | — | [7].10 | [7].12 | [7].18 | 0.33 | 0.50 | 0.50 | 1.17 | 2.11 | 4.56 | 12.73 | — | — |
| Total expenditure per day per pupil in A.D.A. | 0.12 | 0.10 | 0.13 | 0.14 | 0.21 | 0.40 | 0.63 | 0.60 | 1.46 | 2.65 | 5.34 | 13.95 | — | — |
| **Amounts in constant 1989–90 dollars** | | | | | | | | | | | | | | |
| Annual salary of instructional staff [12] | — | — | — | — | — | $5,803 | $10,534 | $13,093 | $16,138 | $22,359 | $29,714 | [13]$27,339 | [13]$32,447 | [13]$32,723 |
| Personal income per member of labor force [1] | — | — | — | — | — | — | 12,121 | 12,320 | 18,229 | 23,392 | 29,412 | 31,218 | 34,612 | 34,886 |
| Total school expenditures per capita of total population | — | — | — | — | — | 66 | 141 | 163 | 210 | 381 | 679 | 699 | 823 | 853 |
| National income [1] per capita | — | — | — | — | — | — | 4,948 | 5,333 | 8,149 | 9,818 | 12,871 | 14,911 | 17,061 | 17,099 |
| Current expenditure [14] per pupil in A.D.A. [15] | — | — | — | — | — | 355 | 643 | 800 | 1,120 | 1,621 | 2,743 | 3,716 | 4,866 | 4,960 |
| Total expenditure [16] per pupil in A.D.A. | — | — | — | — | — | 427 | 805 | 961 | 1,388 | 2,040 | 3,210 | 4,074 | 5,353 | 5,526 |
| National income per pupil in A.D.A. | — | — | — | — | — | — | 28,522 | 31,819 | 55,287 | 54,220 | 62,709 | 87,454 | 112,525 | 112,358 |
| Current expenditure per day [17] per pupil in A.D.A. | — | — | — | — | — | 2.20 | 3.71 | 4.55 | 6.27 | 9.12 | 15.33 | 20.82 | — | — |
| Total expenditure per day per pupil in A.D.A. | — | — | — | — | — | 2.67 | 4.67 | 5.45 | 7.83 | 11.45 | 17.95 | 22.82 | — | — |

[1] Data on population and labor force are from the Bureau of the Census, and data on personal income and national income are from the Bureau of Economic Analysis, U.S. Department of Commerce. Population data through 1900 are based on total population from the decennial census. From 1909–10 to 1959–60, population data are total population, including armed forces overseas, as of July 1. Data for later years are for resident population, excluding armed forces overseas.

[2] Data for 1869–70 through 1959–60 are school year enrollment. Data for later years are fall enrollment.

[3] Data for 1870–71.

[4] Estimated by the National Center for Education Statistics.

[5] Prior to 1919–20, data are for the number of different persons employed rather than number of positions.

[6] Prior to 1919–20, includes expenditures for interest.

[7] Includes interest on school debt.

[8] Because of the modification of the scope of "current expenditures for elementary and secondary schools," data for 1959–60 and later years are not entirely comparable with prior years.

[9] Beginning in 1969–70, includes capital outlay by state and local school building authorities.

[10] Includes summer schools, community colleges, and adult education. Beginning in 1959–60, also includes community services, formerly classified with "current expenditures for elementary and secondary schools."

[11] Excludes community colleges and adult education.

[12] Average includes supervisors, principals, teachers, and other nonsupervisory instructional staff.

[13] Estimated by the National Education Association.

[14] Excludes current expenditures not allocable to pupil costs.

[15] "A.D.A." means average daily attendance in elementary and secondary schools.

[16] The expenditure figure used here is the sum of current expenditures allocable to pupil costs, capital outlay, and interest on school debt.

[17] Per-day rates derived by dividing annual rates by average length of term.

—Data not collected.

NOTE.—Kindergarten enrollment includes a relatively small number of nursery school pupils. Because of rounding, details may not add to totals. Some data have been revised from previously published figures. Beginning in 1959–60, data include Alaska and Hawaii.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Statistics of State School Systems; Statistics of Public Elementary and Secondary School Systems; Revenues and Expenditures for Public Elementary and Secondary Education, FY 1980;* Common Core of Data survey; Council of Economic Advisers, *Economic Indicators;* and National Education Association, *Estimates of School Statistics* (copyright by the National Education Association.) (This table was prepared October 1992.)

Pl.0162

36    Elementary and Secondary Education

**Table 9.—Enrollment in regular public and private elementary and secondary schools, by grade level: 1869–70 to fall 1992**

[Enrollment in thousands]

| Year | All schools | | | Public schools | | | Private schools [1] | | | All public and private schools | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Kindergarten to grade 8 | Grades 9 to 12 | Total | Kindergarten to grade 8 | Grades 9 to 12 | Total | Kindergarten to grade 8 | Grades 9 to 12 | Ratio of kindergarten to grade 12 enrollment to 5- to 17-year-olds | Ratio of kindergarten to grade 8 enrollment to 5- to 13-year-olds | Ratio of grades 9 to 12 enrollment to 14- to 17-year-olds |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 1869–70 | — | — | — | 6,872 | — | — | — | — | — | [2]57.0 | — | — |
| 1870–71 | — | — | — | 7,562 | 7,481 | 80 | — | — | — | — | — | 12.0 |
| 1871–72 | — | — | — | 7,815 | — | — | — | — | — | — | — | 12.0 |
| 1872–73 | — | — | — | 8,004 | — | — | — | — | — | — | — | — |
| 1873–74 | — | — | — | 8,444 | — | — | — | — | — | — | — | — |
| 1874–75 | — | — | — | 8,786 | — | — | — | — | — | — | — | — |
| 1875–76 | — | — | — | 8,869 | — | — | — | — | — | — | — | — |
| 1876–77 | — | — | — | 8,965 | — | — | — | — | — | — | — | — |
| 1877–78 | — | — | — | 9,439 | — | — | — | — | — | — | — | — |
| 1878–79 | — | — | — | 9,504 | — | — | — | — | — | — | — | — |
| 1879–80 | — | — | — | 9,868 | 9,757 | 110 | — | — | — | [2]65.5 | — | — |
| 1880–81 | — | — | — | 10,001 | — | — | — | — | — | — | — | — |
| 1881–82 | — | — | — | 10,212 | — | — | — | — | — | — | — | — |
| 1882–83 | — | — | — | 10,652 | — | — | — | — | — | — | — | — |
| 1883–84 | — | — | — | 10,982 | — | — | — | — | — | — | — | — |
| 1884–85 | — | — | — | 11,398 | — | — | — | — | — | — | — | — |
| 1885–86 | — | — | — | 11,664 | — | — | — | — | — | — | — | — |
| 1886–87 | — | — | — | 11,885 | — | — | — | — | — | — | — | — |
| 1887–88 | — | — | — | 12,183 | — | — | — | — | — | — | — | — |
| 1888–89 | 13,661 | — | — | 12,392 | — | — | 1,269 | — | — | — | — | — |
| 1889–90 | 14,334 | 14,036 | 298 | 12,723 | 12,520 | 203 | 1,611 | 1,516 | 95 | 77.3 | — | — |
| 1890–91 | 14,541 | 14,231 | 310 | 13,050 | 12,839 | 212 | 1,491 | 1,392 | 98 | — | — | — |
| 1891–92 | 14,556 | 14,215 | 340 | 13,256 | 13,016 | 240 | 1,300 | 1,199 | 101 | — | — | — |
| 1892–93 | 14,826 | 14,470 | 356 | 13,483 | 13,229 | 254 | 1,343 | 1,240 | 102 | — | — | — |
| 1893–94 | 15,314 | 14,906 | 408 | 13,995 | 13,706 | 289 | 1,319 | 1,200 | 119 | — | — | — |
| 1894–95 | 15,455 | 14,987 | 468 | 14,244 | 13,894 | 350 | 1,211 | 1,093 | 118 | — | — | — |
| 1895–96 | 15,834 | 15,347 | 487 | 14,499 | 14,118 | 380 | 1,335 | 1,228 | 107 | — | — | — |
| 1896–97 | 16,140 | 15,623 | 517 | 14,823 | 14,414 | 409 | 1,317 | 1,209 | 108 | — | — | — |
| 1897–98 | 16,459 | 15,904 | 555 | 15,104 | 14,654 | 450 | 1,355 | 1,250 | 105 | — | — | — |
| 1898–99 | 16,474 | 15,894 | 580 | 15,176 | 14,700 | 476 | 1,298 | 1,194 | 104 | — | — | — |
| 1899–1900 | 16,855 | 16,225 | 630 | 15,503 | 14,984 | 519 | 1,352 | 1,241 | 111 | 78.1 | — | — |
| 1900–01 | 17,072 | 16,422 | 650 | 15,703 | 15,161 | 542 | 1,370 | 1,262 | 108 | 79.3 | 106.6 | 10.6 |
| 1901–02 | 17,126 | 16,471 | 655 | 15,917 | 15,367 | 551 | 1,209 | 1,104 | 105 | 78.6 | 105.8 | 10.5 |
| 1902–03 | 17,205 | 16,511 | 694 | 16,009 | 15,417 | 592 | 1,196 | 1,094 | 102 | 77.9 | 104.8 | 11.0 |
| 1903–04 | 17,560 | 16,821 | 739 | 16,256 | 15,620 | 636 | 1,304 | 1,201 | 103 | 78.7 | 105.8 | 11.5 |
| 1904–05 | 17,806 | 17,019 | 787 | 16,468 | 15,789 | 680 | 1,338 | 1,231 | 107 | 78.8 | 106.1 | 12.0 |
| 1905–06 | 18,056 | 17,231 | 824 | 16,642 | 15,919 | 723 | 1,414 | 1,312 | 102 | 79.0 | 106.3 | 12.4 |
| 1906–07 | 18,292 | 17,444 | 848 | 16,891 | 16,140 | 751 | 1,402 | 1,305 | 97 | 79.1 | 106.6 | 12.5 |
| 1907–08 | 18,537 | 17,675 | 862 | 17,062 | 16,292 | 770 | 1,475 | 1,383 | 92 | 79.2 | 107.0 | 12.5 |
| 1908–09 | 18,917 | 17,982 | 935 | 17,506 | 16,665 | 841 | 1,411 | 1,317 | 94 | 79.9 | 107.8 | 13.4 |
| 1909–10 | 19,372 | 18,340 | 1,032 | 17,814 | 16,899 | 915 | 1,558 | 1,441 | 117 | 80.7 | 108.6 | 14.5 |
| 1910–11 | 19,636 | 18,349 | 1,288 | 18,035 | 16,878 | 1,157 | 1,601 | 1,471 | 131 | 80.5 | 107.1 | 17.8 |
| 1911–12 | 19,830 | 18,488 | 1,342 | 18,183 | 16,982 | 1,201 | 1,647 | 1,506 | 141 | 80.3 | 106.4 | 18.3 |
| 1912–13 | 20,348 | 18,866 | 1,482 | 18,609 | 17,276 | 1,333 | 1,739 | 1,591 | 148 | 81.3 | 106.9 | 20.1 |
| 1913–14 | 20,935 | 19,348 | 1,587 | 19,154 | 17,722 | 1,432 | 1,781 | 1,626 | 155 | 82.1 | 107.4 | 21.2 |
| 1914–15 | 21,474 | 19,758 | 1,717 | 19,704 | 18,143 | 1,562 | 1,770 | 1,615 | 155 | 82.7 | 107.4 | 22.7 |
| 1915–16 | 22,172 | 20,306 | 1,866 | 20,352 | 18,641 | 1,711 | 1,820 | 1,665 | 155 | 84.2 | 108.5 | 24.5 |
| 1916–17 [3] | 22,344 | 20,392 | 1,952 | 20,603 | 18,808 | 1,795 | 1,741 | 1,584 | 157 | 83.7 | 107.1 | 25.5 |
| 1917–18 | 22,516 | 20,423 | 2,093 | 20,854 | 18,920 | 1,934 | 1,662 | 1,504 | 159 | 83.1 | 105.4 | 27.1 |
| 1918–19 [3] | 22,897 | 20,643 | 2,253 | 21,216 | 19,149 | 2,067 | 1,681 | 1,495 | 186 | 83.2 | 104.7 | 28.9 |
| 1919–20 | 23,278 | 20,863 | 2,414 | 21,578 | 19,378 | 2,200 | 1,699 | 1,486 | 214 | 84.4 | 105.2 | 31.2 |
| 1920–21 [3] | 24,049 | 21,292 | 2,757 | 22,409 | 19,872 | 2,537 | 1,640 | 1,420 | 220 | 85.9 | 105.8 | 35.0 |
| 1921–22 | 24,820 | 21,721 | 3,099 | 23,239 | 20,366 | 2,873 | 1,581 | 1,355 | 226 | 87.1 | 106.3 | 38.4 |
| 1922–23 [3] | 25,418 | 22,047 | 3,371 | 23,764 | 20,633 | 3,131 | 1,654 | 1,414 | 240 | 87.9 | 106.7 | 40.8 |
| 1923–24 | 26,016 | 22,372 | 3,644 | 24,289 | 20,899 | 3,390 | 1,727 | 1,473 | 254 | 88.6 | 107.0 | 43.1 |
| 1924–25 [3] | 26,733 | 22,807 | 3,926 | 24,650 | 20,999 | 3,651 | 2,083 | 1,808 | 275 | 89.7 | 107.9 | 45.3 |
| 1925–26 | 27,180 | 23,127 | 4,053 | 24,741 | 20,984 | 3,757 | 2,439 | 2,143 | 296 | 90.0 | 108.3 | 45.9 |
| 1926–27 [3] | 27,495 | 23,342 | 4,153 | 24,961 | 21,126 | 3,834 | 2,535 | 2,216 | 318 | 89.9 | 107.9 | 46.4 |
| 1927–28 | 27,810 | 23,558 | 4,252 | 25,180 | 21,268 | 3,911 | 2,631 | 2,289 | 341 | 89.9 | 107.8 | 46.8 |
| 1928–29 [3] | 28,070 | 23,573 | 4,497 | 25,429 | 21,274 | 4,155 | 2,641 | 2,300 | 341 | 89.9 | 107.2 | 48.8 |
| 1929–30 | 28,329 | 23,588 | 4,741 | 25,678 | 21,279 | 4,399 | 2,651 | 2,310 | 341 | 90.2 | 106.6 | 51.1 |
| 1930–31 [3] | 28,695 | 23,553 | 5,142 | 25,977 | 21,207 | 4,770 | 2,719 | 2,346 | 372 | 90.7 | 105.8 | 54.9 |
| 1931–32 | 29,061 | 23,518 | 5,543 | 26,275 | 21,135 | 5,140 | 2,786 | 2,383 | 403 | 91.8 | 105.6 | 59.0 |
| 1932–33 [3] | 29,112 | 23,326 | 5,786 | 26,355 | 20,950 | 5,405 | 2,757 | 2,375 | 382 | 92.0 | 104.9 | 61.5 |
| 1933–34 | 29,163 | 23,133 | 6,029 | 26,434 | 20,765 | 5,669 | 2,729 | 2,368 | 360 | 92.4 | 104.5 | 63.8 |
| 1934–35 [3] | 29,084 | 22,889 | 6,196 | 26,401 | 20,579 | 5,822 | 2,684 | 2,310 | 374 | 92.4 | 104.2 | 65.0 |
| 1935–36 | 29,006 | 22,644 | 6,362 | 26,367 | 20,393 | 5,975 | 2,639 | 2,251 | 387 | 92.4 | 103.4 | 65.9 |
| 1936–37 [3] | 28,834 | 22,316 | 6,518 | 26,171 | 20,070 | 6,101 | 2,663 | 2,246 | 417 | 92.4 | 104.1 | 66.6 |
| 1937–38 | 28,663 | 21,989 | 6,674 | 25,975 | 19,748 | 6,227 | 2,687 | 2,241 | 447 | 92.6 | 103.7 | 67.7 |
| 1938–39 [3] | 28,354 | 21,487 | 6,866 | 25,704 | 19,290 | 6,414 | 2,649 | 2,197 | 452 | 92.7 | 102.0 | 69.3 |

Pl.0163

## Table 9.—Enrollment in regular public and private elementary and secondary schools, by grade level: 1869–70 to fall 1992—Continued

[Enrollment in thousands]

| Year | All schools | | | Public schools | | | Private schools[1] | | | All public and private schools | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Kindergarten to grade 8 | Grades 9 to 12 | Total | Kindergarten to grade 8 | Grades 9 to 12 | Total | Kindergarten to grade 8 | Grades 9 to 12 | Ratio of kindergarten to grade 12 enrollment to 5- to 17-year-olds | Ratio of kindergarten to grade 8 enrollment to 5- to 13-year-olds | Ratio of grades 9 to 12 enrollment to 14- to 17-year-olds |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 1939–40 .............. | 28,045 | 20,985 | 7,059 | 25,434 | 18,832 | 6,601 | 2,611 | 2,153 | 458 | 93.0 | 103.6 | 71.3 |
| 1940–41[3] ........... | 27,910 | 20,726 | 7,184 | 25,296 | 18,582 | 6,714 | 2,614 | 2,143 | 470 | 93.7 | 103.9 | 73.0 |
| 1941–42 .............. | 27,179 | 20,308 | 6,871 | 24,562 | 18,175 | 6,388 | 2,617 | 2,133 | 483 | 92.3 | 103.1 | 70.5 |
| 1942–43[3] ........... | 26,709 | 20,135 | 6,574 | 24,155 | 18,033 | 6,122 | 2,554 | 2,102 | 452 | 91.9 | 103.5 | 68.4 |
| 1943–44 .............. | 25,758 | 19,783 | 5,974 | 23,267 | 17,713 | 5,554 | 2,491 | 2,070 | 421 | 89.3 | 102.1 | 63.0 |
| 1944–45[3] ........... | 25,884 | 19,830 | 6,053 | 23,226 | 17,666 | 5,560 | 2,658 | 2,165 | 493 | 90.3 | 102.7 | 64.7 |
| 1945–46 .............. | 26,124 | 19,937 | 6,187 | 23,300 | 17,678 | 5,622 | 2,825 | 2,259 | 565 | 91.6 | 102.6 | 67.7 |
| 1946–47[3] ........... | 26,598 | 20,177 | 6,421 | 23,659 | 17,821 | 5,838 | 2,939 | 2,355 | 584 | 93.1 | 102.6 | 72.0 |
| 1947–48 .............. | 26,998 | 20,743 | 6,256 | 23,945 | 18,291 | 5,653 | 3,054 | 2,451 | 602 | 93.2 | 103.2 | 70.5 |
| 1948–49[3] ........... | 27,694 | 21,398 | 6,296 | 24,477 | 18,818 | 5,658 | 3,217 | 2,580 | 637 | 93.4 | 102.1 | 72.3 |
| 1949–50 .............. | 28,492 | 22,095 | 6,397 | 25,111 | 19,387 | 5,725 | 3,380 | 2,708 | 672 | 94.3 | 102.1 | 74.5 |
| 1950–51[3] ........... | 29,301 | 22,831 | 6,470 | 25,706 | 19,900 | 5,806 | 3,595 | 2,931 | 664 | 95.4 | 102.5 | 76.6 |
| 1951–52 .............. | 30,372 | 23,834 | 6,538 | 26,563 | 20,681 | 5,882 | 3,809 | 3,154 | 656 | 97.0 | 104.6 | 76.7 |
| 1952–53[3] ........... | 31,581 | 24,997 | 6,584 | 27,507 | 21,625 | 5,882 | 4,074 | 3,373 | 702 | 95.7 | 103.0 | 75.5 |
| 1953–54 .............. | 33,175 | 26,138 | 7,038 | 28,836 | 22,546 | 6,290 | 4,339 | 3,592 | 747 | 96.7 | 102.7 | 79.4 |
| 1954–55[3] ........... | 34,569 | 27,210 | 7,359 | 30,045 | 23,471 | 6,574 | 4,524 | 3,739 | 785 | 97.0 | 102.1 | 81.8 |
| 1955–56 .............. | 35,872 | 28,177 | 7,696 | 31,163 | 24,290 | 6,873 | 4,709 | 3,886 | 823 | 97.1 | 101.7 | 83.5 |
| 1956–57 .............. | 37,303 | 29,107 | 8,195 | 32,334 | 25,016 | 7,318 | 4,968 | 4,092 | 877 | 97.4 | 101.2 | 86.0 |
| 1957–58 .............. | 38,756 | 29,966 | 8,790 | 33,529 | 25,669 | 7,860 | 5,227 | 4,297 | 931 | 97.7 | 101.4 | 86.6 |
| 1958–59 .............. | 40,290 | 31,040 | 9,250 | 34,839 | 26,581 | 8,258 | 5,451 | 4,459 | 993 | 97.9 | 101.6 | 87.2 |
| 1959–60 .............. | 41,762 | 32,242 | 9,520 | 36,087 | 27,602 | 8,485 | 5,675 | 4,640 | 1,035 | 98.0 | 101.8 | 86.9 |
| 1960–61 .............. | 43,070 | 33,191 | 9,879 | 37,260 | 28,439 | 8,821 | 5,810 | 4,752 | 1,058 | 97.5 | 100.4 | 89.0 |
| 1961–62 .............. | 44,146 | 33,451 | 10,694 | 38,253 | 28,686 | 9,566 | 5,893 | 4,765 | 1,128 | 97.5 | 100.7 | 88.8 |
| 1962–63 .............. | 45,798 | 34,224 | 11,574 | 39,746 | 29,374 | 10,372 | 6,052 | 4,850 | 1,202 | 98.2 | 101.0 | 90.8 |
| 1963–64 .............. | 47,199 | 34,825 | 12,375 | 41,025 | 29,915 | 11,110 | 6,174 | 4,910 | 1,265 | 98.2 | 100.7 | 91.7 |
| 1964–65 .............. | 48,580 | 35,652 | 12,928 | 42,280 | 30,652 | 11,628 | 6,300 | 5,000 | 1,300 | 98.1 | 101.2 | 90.6 |
| Fall 1965 ............. | 48,368 | 35,366 | 13,002 | 42,068 | 30,466 | 11,602 | 6,300 | 4,900 | 1,400 | 96.9 | 98.9 | 91.9 |
| Fall 1966 ............. | 49,242 | 35,962 | 13,280 | 43,042 | 31,162 | 11,880 | 6,200 | 4,800 | 1,400 | 97.2 | 99.1 | 92.2 |
| Fall 1967 ............. | 49,890 | 36,243 | 13,647 | 43,890 | 31,643 | 12,247 | 6,000 | 4,600 | 1,400 | 97.1 | 98.9 | 92.7 |
| Fall 1968 ............. | 50,703 | 36,581 | 14,123 | 44,903 | 32,181 | 12,723 | 5,800 | 4,400 | 1,400 | 97.6 | 99.4 | 93.1 |
| Fall 1969 ............. | 51,050 | 36,713 | 14,337 | 45,550 | 32,513 | 13,037 | 5,500 | 4,200 | 1,300 | 97.5 | 99.7 | 92.2 |
| Fall 1970 ............. | 51,257 | 36,610 | 14,647 | 45,894 | 32,558 | 13,336 | 5,363 | 4,052 | 1,311 | 97.5 | 99.8 | 92.0 |
| Fall 1971 ............. | 51,271 | 36,218 | 15,053 | 46,071 | 32,318 | 13,753 | 5,200 | 3,900 | 1,300 | 97.3 | 99.2 | 92.4 |
| Fall 1972 ............. | 50,726 | 35,579 | 15,148 | 45,726 | 31,879 | 13,848 | 5,000 | 3,700 | 1,300 | 97.0 | 99.7 | 91.0 |
| Fall 1973 ............. | 50,445 | 35,101 | 15,344 | 45,445 | 31,401 | 14,044 | 5,000 | 3,700 | 1,300 | 97.2 | 100.2 | 91.0 |
| Fall 1974 ............. | 50,073 | 34,671 | 15,403 | 45,073 | 30,971 | 14,103 | 5,000 | 3,700 | 1,300 | 97.2 | 100.6 | 90.4 |
| Fall 1975 ............. | 49,819 | 34,215 | 15,604 | 44,819 | 30,515 | 14,304 | 5,000 | 3,700 | 1,300 | 97.6 | 100.9 | 91.1 |
| Fall 1976 ............. | 49,478 | 33,822 | 15,656 | 44,311 | 29,997 | 14,314 | 5,167 | 3,825 | 1,342 | 97.7 | 100.9 | 91.5 |
| Fall 1977 ............. | 48,717 | 33,172 | 15,546 | 43,577 | 29,375 | 14,203 | 5,140 | 3,797 | 1,343 | 97.6 | 101.0 | 91.2 |
| Fall 1978 ............. | 47,637 | 32,195 | 15,441 | 42,551 | 28,463 | 14,088 | 5,086 | 3,732 | 1,353 | 97.1 | 101.3 | 91.1 |
| Fall 1979 ............. | 46,651 | 31,734 | 14,916 | 41,651 | 28,034 | 13,616 | 5,000 | 3,700 | 1,300 | 97.1 | 101.0 | 89.8 |
| Fall 1980 ............. | 46,208 | 31,639 | 14,570 | 40,877 | 27,647 | 13,231 | 5,331 | 3,992 | 1,339 | 97.8 | 101.7 | 90.3 |
| Fall 1981 ............. | 45,544 | 31,380 | 14,164 | 40,044 | 27,280 | 12,764 | 5,500 | 4,100 | 1,400 | 98.3 | 102.0 | 90.8 |
| Fall 1982 ............. | 45,166 | 31,361 | 13,805 | 39,566 | 27,161 | 12,405 | 5,600 | 4,200 | 1,400 | 98.9 | 102.4 | 91.8 |
| Fall 1983 ............. | 44,967 | 31,296 | 13,671 | 39,252 | 26,981 | 12,271 | 5,715 | 4,315 | 1,400 | 99.6 | 102.9 | 92.9 |
| Fall 1984 ............. | 44,908 | 31,205 | 13,704 | 39,208 | 26,905 | 12,304 | 5,700 | 4,300 | 1,400 | 99.9 | 103.2 | 93.2 |
| Fall 1985 ............. | 44,979 | 31,229 | 13,750 | 39,422 | 27,034 | 12,388 | 5,557 | 4,195 | 1,362 | 100.0 | 103.7 | 92.5 |
| Fall 1986 ............. | 45,205 | 31,536 | 13,669 | 39,753 | 27,420 | 12,333 | 5,452 | 4,116 | 1,336 | 100.1 | 103.9 | 91.9 |
| Fall 1987 ............. | 45,486 | 32,162 | 13,324 | 40,007 | 27,930 | 12,077 | 5,479 | 4,232 | 1,247 | 100.4 | 104.3 | 92.1 |
| Fall 1988 ............. | 45,430 | 32,535 | 12,896 | 40,189 | 28,499 | 11,690 | 5,241 | 4,036 | 1,206 | 100.1 | 104.3 | 92.2 |
| Fall 1989 ............. | 45,898 | 33,314 | 12,583 | 40,543 | 29,152 | 11,390 | 5,355 | 4,162 | 1,193 | 101.3 | 104.6 | 93.2 |
| Fall 1990 ............. | 46,450 | 33,978 | 12,472 | 41,224 | 29,888 | 11,336 | 5,226 | 4,090 | 1,136 | 102.5 | 106.2 | 93.7 |
| Fall 1991[3] .......... | 47,032 | 34,447 | 12,585 | 41,839 | 30,378 | 11,461 | 5,193 | 4,069 | 1,124 | 102.4 | 106.0 | 93.8 |
| Fall 1992[3] .......... | 47,601 | 34,855 | 12,746 | 42,250 | 30,663 | 11,587 | 5,351 | 4,192 | 1,159 | — | — | — |

[1] For 1958–59 and 1960–61 through 1963–64, numbers were estimated using linear interpolation. Data for most years are at least partially estimated.

[2] Data are for public elementary and secondary schools only.

[3] Estimated.

—Data not available.

NOTE.—Prior to 1965, enrollment data include students who enrolled at any time during the school year. Enrollment ratios based on cumulative enrollment figures tend to be approximately 1 to 2 percentage points higher than counts based on fall enrollment. In later years, data for grades kindergarten through 8 include a relatively small number of prekindergarten students. Data for grades 9 to 12 contain a small number of post-graduate students. Population data for 1870 through 1961 include U.S. population overseas; data for later years are for U.S. resident population only. Population data for 1870 to 1890 are from the decennial census. Data for later years are based on counts of population for July 1 preceding the school year. Because of rounding, details may not add to totals.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Annual Report of the Commissioner of Education, Biennial Survey of Education in the United States; Statistics of State School Systems; Digest of Education Statistics;* and U.S. Department of Commerce, Bureau of the Census, Current Population Reports, Series P-20, and unpublished data. (This table was prepared September 1992.)

Pl.0164

### Table 10.—Enrollment in regular public elementary and secondary schools, by grade: 1910–11 to fall 1990

| Year | Total | Kindergarten through grade 8 | | | | | | | |
| | | Total | Kinder-garten[1] | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1910–11 .......... | 18,035,118 | 16,878,123 | 326,883 | 3,889,542 | 2,449,584 | 2,300,622 | 2,201,315 | 1,870,290 | 1,522,714 |
| 1911–12 .......... | 18,182,937 | 16,982,139 | 348,303 | 3,875,684 | 2,445,174 | 2,295,469 | 2,212,300 | 1,879,624 | 1,546,947 |
| 1912–13 .......... | 18,609,040 | 17,275,684 | 369,723 | 3,922,183 | 2,468,270 | 2,316,117 | 2,248,493 | 1,910,374 | 1,589,160 |
| 1913–14 .......... | 19,153,786 | 17,721,691 | 391,143 | 3,986,026 | 2,495,599 | 2,374,285 | 2,287,632 | 1,975,683 | 1,663,733 |
| 1914–15 .......... | 19,704,209 | 18,142,653 | 409,083 | 4,043,254 | 2,535,900 | 2,411,766 | 2,340,831 | 2,021,627 | 1,720,156 |
| 1915–16 .......... | 20,351,687 | 18,640,815 | 434,022 | 4,114,735 | 2,585,365 | 2,476,124 | 2,403,297 | 2,075,574 | 1,784,266 |
| 1916–17[3] ...... | 20,602,602 | 18,807,710 | 433,700 | 4,224,907 | 2,600,418 | 2,503,813 | 2,425,708 | 2,104,986 | 1,814,236 |
| 1917–18 .......... | 20,853,516 | 18,919,695 | 433,377 | 4,323,170 | 2,607,727 | 2,524,215 | 2,440,871 | 2,128,086 | 1,838,770 |
| 1918–19[3] ...... | 21,215,916 | 19,148,811 | 457,322 | 4,321,996 | 2,622,775 | 2,510,915 | 2,498,633 | 2,140,588 | 1,864,631 |
| 1919–20 .......... | 21,578,316 | 19,377,927 | 481,266 | 4,320,823 | 2,637,822 | 2,497,615 | 2,556,395 | 2,153,091 | 1,890,492 |
| 1920–21[3] ...... | 22,408,773 | 19,872,124 | 505,252 | 4,248,745 | 2,743,417 | 2,606,922 | 2,558,036 | 2,221,331 | 1,974,256 |
| 1921–22 .......... | 23,239,227 | 20,366,218 | 529,235 | 4,176,567 | 2,849,013 | 2,716,229 | 2,559,677 | 2,289,571 | 2,058,019 |
| 1922–23[3] ...... | 23,764,017 | 20,632,624 | 569,447 | 4,180,450 | 2,831,210 | 2,755,947 | 2,634,084 | 2,365,065 | 2,089,418 |
| 1923–24 .......... | 24,288,808 | 20,898,930 | 609,659 | 4,184,232 | 2,813,409 | 2,795,665 | 2,708,491 | 2,440,558 | 2,120,817 |
| 1924–25[3] ...... | 24,650,291 | 20,999,078 | 599,684 | 4,048,598 | 2,799,520 | 2,730,383 | 2,696,479 | 2,514,493 | 2,186,346 |
| 1925–26 .......... | 24,741,468 | 20,984,002 | 673,231 | 3,976,750 | 2,819,896 | 2,729,252 | 2,662,205 | 2,473,053 | 2,234,246 |
| 1926–27[3] ...... | 24,960,582 | 21,126,210 | 684,360 | 4,073,894 | 2,818,218 | 2,695,615 | 2,647,339 | 2,454,260 | 2,238,844 |
| 1927–28 .......... | 25,179,696 | 21,268,417 | 695,490 | 4,171,037 | 2,816,540 | 2,661,977 | 2,632,474 | 2,435,466 | 2,243,443 |
| 1928–29[3] ...... | 25,428,856 | 21,273,505 | 709,467 | 4,160,978 | 2,809,727 | 2,697,108 | 2,615,851 | 2,408,979 | 2,249,846 |
| 1929–30 .......... | 25,678,015 | 21,278,593 | 723,443 | 4,150,919 | 2,802,914 | 2,732,239 | 2,599,229 | 2,382,491 | 2,256,249 |
| 1930–31[3] ...... | 25,976,728 | 21,207,007 | 712,423 | 4,040,558 | 2,789,646 | 2,697,881 | 2,594,164 | 2,422,527 | 2,267,081 |
| 1931–32 .......... | 26,275,441 | 21,135,420 | 701,403 | 3,930,196 | 2,776,378 | 2,663,524 | 2,589,098 | 2,462,563 | 2,277,913 |
| 1932–33[3] ...... | 26,354,817 | 20,950,229 | 649,001 | 3,826,112 | 2,704,053 | 2,637,885 | 2,581,064 | 2,448,002 | 2,282,982 |
| 1933–34 .......... | 26,434,193 | 20,765,037 | 601,775 | 3,716,852 | 2,631,728 | 2,612,246 | 2,573,010 | 2,433,441 | 2,288,051 |
| 1934–35[3] ...... | 26,400,646 | 20,578,799 | 604,264 | 3,623,589 | 2,594,659 | 2,568,491 | 2,535,875 | 2,433,216 | 2,303,760 |
| 1935–36 .......... | 26,367,098 | 20,392,561 | 606,753 | 3,530,325 | 2,557,589 | 2,524,736 | 2,498,741 | 2,432,991 | 2,319,470 |
| 1936–37[3] ...... | 26,171,103 | 20,070,368 | 606,893 | 3,423,735 | 2,522,070 | 2,484,558 | 2,450,679 | 2,387,710 | 2,286,096 |
| 1937–38 .......... | 25,975,108 | 19,748,174 | 607,034 | 3,317,144 | 2,486,550 | 2,444,381 | 2,402,617 | 2,342,428 | 2,252,722 |
| 1938–39[3] ...... | 25,704,325 | 19,290,136 | 600,841 | 3,167,803 | 2,409,813 | 2,387,970 | 2,362,242 | 2,295,060 | 2,214,428 |
| 1939–40 .......... | 25,433,542 | 18,832,098 | 594,647 | 3,018,463 | 2,333,076 | 2,331,559 | 2,321,867 | 2,247,692 | 2,176,133 |
| 1940–41[3] ...... | 25,296,138 | 18,582,225 | 613,213 | 2,991,738 | 2,285,614 | 2,263,315 | 2,270,749 | 2,211,285 | 2,155,538 |
| 1941–42 .......... | 24,562,473 | 18,174,668 | 625,783 | 2,930,762 | 2,215,100 | 2,175,245 | 2,196,732 | 2,166,018 | 2,124,494 |
| 1942–43[3] ...... | 24,155,146 | 18,033,080 | 664,915 | 2,919,242 | 2,228,945 | 2,179,843 | 2,148,889 | 2,101,723 | 2,071,396 |
| 1943–44 .......... | 23,266,616 | 17,713,096 | 697,468 | 2,878,843 | 2,220,739 | 2,162,878 | 2,079,788 | 2,016,635 | 1,997,806 |
| 1944–45[3] ...... | 23,225,784 | 17,665,594 | 733,974 | 2,881,849 | 2,265,796 | 2,173,078 | 2,083,552 | 2,007,988 | 1,950,624 |
| 1945–46 .......... | 23,299,941 | 17,677,744 | 772,957 | 2,894,588 | 2,318,502 | 2,190,617 | 2,094,352 | 2,006,120 | 1,910,028 |
| 1946–47[3] ...... | 23,659,158 | 17,821,481 | 872,835 | 2,896,451 | 2,319,772 | 2,204,573 | 2,119,317 | 2,012,212 | 1,907,319 |
| 1947–48 .......... | 23,944,532 | 18,291,227 | 988,680 | 2,951,300 | 2,363,477 | 2,258,858 | 2,183,171 | 2,055,115 | 1,939,500 |
| 1948–49[3] ...... | 24,476,658 | 18,818,254 | 1,016,186 | 3,067,375 | 2,502,828 | 2,314,645 | 2,220,554 | 2,088,826 | 1,994,735 |
| 1949–50 .......... | 25,111,427 | 19,386,806 | 1,034,203 | 3,170,343 | 2,644,707 | 2,395,904 | 2,254,028 | 2,150,678 | 2,055,741 |
| 1950–51[3] ...... | 25,706,000 | 19,900,000 | 941,138 | 3,052,806 | 2,739,176 | 2,600,440 | 2,357,752 | 2,211,306 | 2,117,360 |
| 1951–52 .......... | 26,562,664 | 20,680,867 | 1,272,127 | 2,957,485 | 2,670,162 | 2,717,947 | 2,559,115 | 2,320,132 | 2,165,741 |
| 1952–53[3] ...... | 27,506,630 | 21,624,682 | 1,399,064 | 3,357,598 | 2,638,816 | 2,633,457 | 2,684,145 | 2,520,163 | 2,275,680 |
| 1953–54 .......... | 28,836,052 | 22,545,807 | 1,474,007 | 3,666,466 | 2,940,285 | 2,569,243 | 2,565,345 | 2,606,983 | 2,449,174 |
| 1954–55[3] ...... | 30,045,000 | 23,471,000 | 1,415,000 | 3,518,000 | 3,391,000 | 2,896,000 | 2,535,000 | 2,523,000 | 2,584,000 |

Pl.0165

**Table 10.—Enrollment in regular public elementary and secondary schools, by grade: 1910–11 to fall 1990—Continued**

| Year | Kindergarten through grade 8 | | | Grades 9 through 12 and postgraduate | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Grade 7 | Grade 8 | Elementary unclassified [2] | Total | Grade 9 | Grade 10 | Grade 11 | Grade 12 | Post-graduate | Secondary unclassified [2] |
| 1 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 1910–11 .......... | 1,257,894 | 1,059,279 | — | 1,156,995 | 495,194 | 308,918 | 208,259 | 144,624 | — | — |
| 1911–12 .......... | 1,280,805 | 1,097,833 | — | 1,200,798 | 500,733 | 325,416 | 218,545 | 156,104 | — | — |
| 1912–13 .......... | 1,318,665 | 1,132,699 | — | 1,333,356 | 546,676 | 358,673 | 248,004 | 180,003 | — | — |
| 1913–14 .......... | 1,369,113 | 1,178,477 | — | 1,432,095 | 584,295 | 383,801 | 266,370 | 197,629 | — | — |
| 1914–15 .......... | 1,418,686 | 1,241,350 | — | 1,561,556 | 638,677 | 416,935 | 287,326 | 218,618 | — | — |
| 1915–16 .......... | 1,474,750 | 1,292,682 | — | 1,710,872 | 692,903 | 460,225 | 316,511 | 241,233 | — | — |
| 1916–17 [3] ....... | 1,481,027 | 1,218,915 | — | 1,794,892 | 743,064 | 476,406 | 324,163 | 251,259 | — | — |
| 1917–18 .......... | 1,482,675 | 1,140,804 | — | 1,933,821 | 816,396 | 506,974 | 341,534 | 268,917 | — | — |
| 1918–19 [3] ....... | 1,537,385 | 1,194,566 | — | 2,067,105 | 866,519 | 541,462 | 368,888 | 290,236 | — | — |
| 1919–20 .......... | 1,592,095 | 1,248,328 | — | 2,200,389 | 916,642 | 575,950 | 396,242 | 311,555 | — | — |
| 1920–21 [3] ....... | 1,668,158 | 1,346,007 | — | 2,536,649 | 1,065,177 | 678,752 | 455,842 | 336,878 | — | — |
| 1921–22 .......... | 1,744,222 | 1,443,685 | — | 2,873,009 | 1,213,713 | 781,553 | 515,542 | 362,201 | — | — |
| 1922–23 [3] ....... | 1,795,314 | 1,411,689 | — | 3,131,393 | 1,271,062 | 850,766 | 583,386 | 426,179 | — | — |
| 1923–24 .......... | 1,846,407 | 1,379,692 | — | 3,389,878 | 1,328,412 | 919,979 | 651,329 | 490,158 | — | — |
| 1924–25 [3] ....... | 1,930,732 | 1,492,843 | — | 3,651,213 | 1,424,304 | 970,415 | 715,978 | 540,516 | — | — |
| 1925–26 .......... | 1,927,265 | 1,488,104 | — | 3,757,466 | 1,425,204 | 1,004,503 | 736,254 | 591,505 | — | — |
| 1926–27 [3] ....... | 1,974,451 | 1,539,229 | — | 3,834,372 | 1,450,564 | 1,025,030 | 751,980 | 606,798 | — | — |
| 1927–28 .......... | 2,021,636 | 1,590,354 | — | 3,911,279 | 1,475,924 | 1,045,558 | 767,706 | 622,091 | — | — |
| 1928–29 [3] ....... | 2,025,686 | 1,595,863 | — | 4,155,351 | 1,551,374 | 1,118,871 | 823,616 | 661,490 | — | — |
| 1929–30 .......... | 2,029,736 | 1,601,373 | — | 4,399,422 | 1,626,823 | 1,192,185 | 879,525 | 700,889 | — | — |
| 1930–31 [3] ....... | 2,041,280 | 1,641,447 | — | 4,769,721 | 1,702,216 | 1,289,758 | 973,140 | 786,337 | 18,270 | — |
| 1931–32 .......... | 2,052,825 | 1,681,520 | — | 5,140,021 | 1,777,608 | 1,387,331 | 1,066,755 | 871,786 | 36,541 | — |
| 1932–33 [3] ....... | 2,119,972 | 1,701,168 | — | 5,404,588 | 1,816,317 | 1,463,793 | 1,137,967 | 938,580 | 47,931 | — |
| 1933–34 .......... | 2,187,119 | 1,720,815 | — | 5,669,156 | 1,855,026 | 1,540,254 | 1,209,180 | 1,005,375 | 59,321 | — |
| 1934–35 [3] ....... | 2,184,553 | 1,730,392 | — | 5,821,847 | 1,912,549 | 1,580,058 | 1,229,295 | 1,034,922 | 65,023 | — |
| 1935–36 .......... | 2,181,987 | 1,739,969 | — | 5,974,537 | 1,970,072 | 1,619,862 | 1,249,409 | 1,064,469 | 70,725 | — |
| 1936–37 [3] ....... | 2,177,580 | 1,731,047 | — | 6,100,735 | 1,974,726 | 1,644,571 | 1,314,404 | 1,107,487 | 59,547 | — |
| 1937–38 .......... | 2,173,173 | 1,722,125 | — | 6,226,934 | 1,979,379 | 1,669,281 | 1,379,398 | 1,150,506 | 48,370 | — |
| 1938–39 [3] ....... | 2,140,420 | 1,711,559 | — | 6,414,189 | 1,995,360 | 1,718,297 | 1,432,500 | 1,216,121 | 51,911 | — |
| 1939–40 .......... | 2,107,667 | 1,700,994 | — | 6,601,444 | 2,011,341 | 1,767,312 | 1,485,603 | 1,281,735 | 55,453 | — |
| 1940–41 [3] ....... | 2,049,791 | 1,690,982 | — | 6,713,913 | 2,034,316 | 1,792,615 | 1,517,344 | 1,322,641 | 46,997 | — |
| 1941–42 .......... | 2,060,752 | 1,679,782 | — | 6,387,805 | 1,927,040 | 1,705,746 | 1,450,788 | 1,273,141 | 31,090 | — |
| 1942–43 [3] ....... | 2,022,880 | 1,695,247 | — | 6,122,066 | 1,897,750 | 1,653,586 | 1,374,470 | 1,170,319 | 25,941 | — |
| 1943–44 .......... | 1,964,997 | 1,683,942 | — | 5,553,520 | 1,774,593 | 1,519,638 | 1,230,168 | 1,009,611 | 19,510 | — |
| 1944–45 [3] ....... | 1,897,743 | 1,670,990 | — | 5,560,190 | 1,742,873 | 1,529,857 | 1,236,883 | 1,015,959 | 34,618 | — |
| 1945–46 .......... | 1,836,897 | 1,653,683 | — | 5,622,197 | 1,728,499 | 1,555,302 | 1,255,907 | 1,032,420 | 50,069 | — |
| 1946–47 [3] ....... | 1,850,394 | 1,638,548 | — | 5,837,677 | 1,761,020 | 1,583,245 | 1,308,592 | 1,119,968 | 64,852 | — |
| 1947–48 .......... | 1,897,740 | 1,653,386 | — | 5,653,305 | 1,672,920 | 1,502,743 | 1,271,645 | 1,130,805 | 75,192 | — |
| 1948–49 [3] ....... | 1,919,462 | 1,693,643 | — | 5,658,404 | 1,708,838 | 1,499,477 | 1,267,483 | 1,126,022 | 56,584 | — |
| 1949–50 .......... | 1,947,227 | 1,733,975 | — | 5,724,621 | 1,760,740 | 1,513,086 | 1,275,295 | 1,133,673 | 41,827 | — |
| 1950–51 [3] ....... | 1,995,238 | 1,884,784 | — | 5,806,000 | 1,780,738 | 1,547,895 | 1,313,207 | 1,127,527 | 36,633 | — |
| 1951–52 .......... | 2,082,533 | 1,935,625 | — | 5,881,797 | 1,819,732 | 1,582,142 | 1,337,930 | 1,110,638 | 31,355 | — |
| 1952–53 [3] ....... | 2,143,106 | 1,972,653 | — | 5,881,948 | 1,861,411 | 1,579,177 | 1,306,615 | 1,107,884 | 26,861 | — |
| 1953–54 .......... | 2,242,116 | 2,032,188 | — | 6,290,245 | 1,944,357 | 1,716,758 | 1,411,722 | 1,190,138 | 27,270 | — |
| 1954–55 [3] ....... | 2,432,000 | 2,177,000 | — | 6,574,000 | 2,028,000 | 1,765,000 | 1,520,000 | 1,246,000 | 15,000 | — |

Pl.0166

**Table 10.—Enrollment in regular public elementary and secondary schools, by grade: 1910–11 to fall 1990—Continued**

| Year | Total | Kindergarten through grade 8 | | | | | | | |
| | | Total | Kindergarten [1] | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1955–56 ......... | 31,162,843 | 24,290,257 | 1,564,396 | 3,494,997 | 3,242,407 | 3,290,740 | 2,847,741 | 2,481,210 | 2,470,310 |
| 1956–57 ......... | 32,334,333 | 25,015,873 | 1,675,373 | 3,491,387 | 3,240,771 | 3,183,406 | 3,237,852 | 2,808,290 | 2,442,701 |
| 1957–58 ......... | 33,528,591 | 25,668,820 | 1,771,753 | 3,586,683 | 3,213,900 | 3,175,704 | 3,127,702 | 3,180,952 | 2,758,859 |
| 1958–59 ......... | 34,838,641 | 26,580,774 | 1,834,014 | 3,678,772 | 3,345,722 | 3,179,087 | 3,141,825 | 3,099,426 | 3,135,641 |
| 1959–60 ......... | 36,086,771 | 27,601,902 | 1,922,712 | 3,732,924 | 3,436,173 | 3,302,366 | 3,146,168 | 3,117,885 | 3,069,692 |
| 1960–61 [3] ......... | 37,260,000 | 28,439,000 | 2,000,000 | 3,822,000 | 3,502,000 | 3,405,000 | 3,278,000 | 3,131,000 | 3,095,000 |
| 1961–62 ......... | 38,252,673 | 28,686,420 | 2,064,852 | 3,857,075 | 3,567,852 | 3,428,206 | 3,342,980 | 3,218,277 | 3,064,577 |
| 1962–63 [3] ......... | 39,746,000 | 29,374,000 | 2,162,000 | 3,928,000 | 3,630,000 | 3,518,000 | 3,391,000 | 3,332,000 | 3,190,000 |
| 1963–64 [3] ......... | 41,025,000 | 29,915,000 | 2,177,000 | 4,023,000 | 3,705,000 | 3,560,000 | 3,467,000 | 3,366,000 | 3,299,000 |
| 1964–65 [3] ......... | 42,280,000 | 30,652,000 | 2,250,000 | 4,014,000 | 3,800,000 | 3,662,000 | 3,523,000 | 3,465,000 | 3,362,000 |
| Fall 1965 ......... | 42,068,117 | 30,465,838 | 2,259,978 | 3,914,890 | 3,644,283 | 3,595,485 | 3,475,718 | 3,376,965 | 3,311,608 |
| Fall 1966 ......... | 43,042,127 | 31,162,189 | 2,370,462 | 3,954,328 | 3,696,457 | 3,615,340 | 3,580,280 | 3,462,525 | 3,369,162 |
| Fall 1967 ......... | 43,889,800 | 31,643,017 | 2,420,163 | 3,979,641 | 3,722,925 | 3,658,900 | 3,579,595 | 3,562,040 | 3,449,982 |
| Fall 1968 ......... | 44,903,166 | 32,180,510 | 2,510,856 | 3,926,204 | 3,758,260 | 3,692,353 | 3,628,751 | 3,572,609 | 3,555,465 |
| Fall 1969 ......... | 45,550,284 | 32,513,403 | 2,544,675 | 3,868,874 | 3,715,875 | 3,720,273 | 3,660,367 | 3,621,198 | 3,568,291 |
| Fall 1970 ......... | 45,893,960 | 32,558,308 | 2,563,579 | 3,816,598 | 3,654,267 | 3,662,935 | 3,675,187 | 3,635,354 | 3,597,730 |
| Fall 1971 ......... | 46,071,327 | 32,318,229 | 2,483,175 | 3,569,907 | 3,586,811 | 3,611,940 | 3,623,135 | 3,662,163 | 3,622,049 |
| Fall 1972 ......... | 45,726,408 | 31,878,600 | 2,503,475 | 3,351,551 | 3,381,182 | 3,532,508 | 3,553,633 | 3,596,637 | 3,638,617 |
| Fall 1973 ......... | 45,444,787 | 31,400,809 | 2,654,770 | 3,239,246 | 3,191,806 | 3,335,705 | 3,505,015 | 3,538,470 | 3,592,162 |
| Fall 1974 ......... | 45,073,441 | 30,970,723 | 2,800,625 | 3,198,255 | 3,106,126 | 3,169,434 | 3,344,721 | 3,510,207 | 3,558,679 |
| Fall 1975 ......... | 44,819,327 | 30,515,131 | 2,971,538 | 3,238,299 | 3,027,189 | 3,038,127 | 3,112,233 | 3,281,102 | 3,476,322 |
| Fall 1976 ......... | 44,310,966 | 29,996,835 | 2,918,189 | 3,332,225 | 3,086,214 | 2,986,432 | 3,024,788 | 3,116,272 | 3,298,200 |
| Fall 1977 ......... | 43,577,373 | 29,374,503 | 2,741,820 | 3,294,755 | 3,199,609 | 3,059,474 | 2,979,007 | 3,018,803 | 3,111,480 |
| Fall 1978 ......... | 42,550,893 | 28,463,348 | 2,652,467 | 3,062,180 | 3,148,000 | 3,158,000 | 3,046,000 | 2,980,000 | 3,036,000 |
| Fall 1979 ......... | 41,650,712 | 28,034,345 | 2,674,708 | 2,936,788 | 2,908,724 | 3,119,639 | 3,147,912 | 3,054,764 | 2,999,408 |
| Fall 1980 ......... | 40,877,481 | 27,646,536 | 2,689,243 | 2,894,473 | 2,799,593 | 2,893,007 | 3,107,126 | 3,129,864 | 3,037,601 |
| Fall 1981 ......... | 40,044,093 | 27,280,220 | 2,687,151 | 2,950,609 | 2,782,406 | 2,806,394 | 2,917,954 | 3,126,877 | 3,180,311 |
| Fall 1982 ......... | 39,565,610 | 27,160,518 | 2,845,402 | 2,937,054 | 2,790,497 | 2,763,006 | 2,797,859 | 2,911,721 | 3,141,580 |
| Fall 1983 ......... | 39,252,308 | 26,980,962 | 2,858,783 | 3,079,916 | 2,781,355 | 2,772,025 | 2,758,011 | 2,797,905 | 2,928,288 |
| Fall 1984 ......... | 39,208,252 | 26,904,517 | 3,009,630 | 3,112,800 | 2,904,385 | 2,764,966 | 2,771,972 | 2,760,549 | 2,830,629 |
| Fall 1985 ......... | 39,421,961 | 27,034,244 | 3,192,406 | 3,238,855 | 2,940,995 | 2,894,524 | 2,771,015 | 2,776,402 | 2,788,817 |
| Fall 1986 ......... | 39,753,172 | 27,420,063 | 3,309,782 | 3,357,949 | 3,054,039 | 2,933,018 | 2,895,932 | 2,774,856 | 2,805,770 |
| Fall 1987 ......... | 40,007,022 | 27,930,296 | 3,387,202 | 3,407,023 | 3,172,777 | 3,046,374 | 2,937,636 | 2,900,558 | 2,811,047 |
| Fall 1988 ......... | 40,188,690 | 28,499,136 | 3,433,124 | 3,460,049 | 3,223,428 | 3,167,036 | 3,050,506 | 2,945,065 | 2,936,696 |
| Fall 1989 ......... | 40,542,707 | 29,152,224 | 3,486,358 | 3,484,789 | 3,289,081 | 3,234,961 | 3,182,098 | 3,066,633 | 2,987,333 |
| Fall 1990 ......... | 41,223,804 | 29,887,650 | 3,611,561 | 3,499,091 | 3,328,109 | 3,298,633 | 3,249,437 | 3,197,495 | 3,111,713 |

**Table 10.—Enrollment in regular public elementary and secondary schools, by grade: 1910–11 to fall 1990—Continued**

| Year | Kindergarten through grade 8 | | | Grades 9 through 12 and postgraduate | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Grade 7 | Grade 8 | Elementary unclassi-fied [2] | Total | Grade 9 | Grade 10 | Grade 11 | Grade 12 | Post-graduate | Secondary unclassi-fied [2] |
| 1 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 1955–56 .......... | 2,541,719 | 2,356,737 | — | 6,872,586 | 2,142,573 | 1,848,570 | 1,542,646 | 1,325,726 | 13,071 | — |
| 1956–57 .......... | 2,475,610 | 2,460,483 | — | 7,318,460 | 2,367,969 | 1,973,829 | 1,614,593 | 1,349,315 | 12,754 | — |
| 1957–58 .......... | 2,457,872 | 2,395,395 | — | 7,859,771 | 2,479,588 | 2,193,739 | 1,736,180 | 1,431,302 | 18,962 | — |
| 1958–59 .......... | 2,785,211 | 2,381,076 | — | 8,257,867 | 2,412,495 | 2,317,913 | 1,954,578 | 1,537,872 | 35,009 | — |
| 1959–60 .......... | 3,172,798 | 2,701,184 | — | 8,484,869 | 2,412,413 | 2,258,010 | 2,063,322 | 1,747,311 | 3,813 | — |
| 1960–61 [3] ...... | 3,123,000 | 3,083,000 | — | 8,821,000 | 2,750,000 | 2,252,000 | 1,997,000 | 1,820,000 | 2,000 | — |
| 1961–62 .......... | 3,121,946 | 3,020,655 | — | 9,566,253 | 3,155,544 | 2,594,694 | 2,017,988 | 1,790,759 | 7,268 | — |
| 1962–63 [3] ...... | 3,140,000 | 3,083,000 | — | 10,372,000 | 3,172,000 | 2,981,000 | 2,348,000 | 1,866,000 | 5,000 | — |
| 1963–64 [3] ...... | 3,241,000 | 3,077,000 | — | 11,110,000 | 3,190,000 | 3,006,000 | 2,747,000 | 2,160,000 | 6,000 | — |
| 1964–65 [3] ...... | 3,363,000 | 3,212,000 | — | 11,628,000 | 3,198,000 | 3,085,000 | 2,778,000 | 2,560,000 | 7,000 | — |
| Fall 1965 ........ | 3,296,830 | 3,185,613 | 404,468 | 11,602,279 | 3,215,090 | 2,993,191 | 2,740,889 | 2,477,142 | 6,563 | 169,404 |
| Fall 1966 ........ | 3,408,884 | 3,271,929 | 432,822 | 11,879,938 | 3,318,359 | 3,110,920 | 2,755,522 | 2,507,943 | 8,117 | 179,077 |
| Fall 1967 ........ | 3,454,124 | 3,356,821 | 458,826 | 12,246,783 | 3,395,030 | 3,221,364 | 2,879,107 | 2,525,408 | 16,266 | 209,608 |
| Fall 1968 ........ | 3,552,276 | 3,423,191 | 560,545 | 12,722,656 | 3,508,374 | 3,310,258 | 2,986,249 | 2,650,172 | 16,701 | 250,902 |
| Fall 1969 ........ | 3,666,623 | 3,519,625 | 627,602 | 13,036,881 | 3,567,783 | 3,404,835 | 3,047,342 | 2,731,777 | 20,680 | 264,464 |
| Fall 1970 ........ | 3,661,771 | 3,601,368 | 689,519 | 13,335,652 | 3,653,691 | 3,454,845 | 3,127,721 | 2,775,013 | 28,002 | 293,224 |
| Fall 1971 ........ | 3,710,030 | 3,635,020 | 813,999 | 13,753,098 | 3,781,001 | 3,571,024 | 3,200,171 | 2,863,832 | 9,037 | 328,033 |
| Fall 1972 ........ | 3,713,030 | 3,648,987 | 958,980 | 13,847,808 | 3,779,014 | 3,468,003 | 3,248,310 | 2,873,311 | 9,527 | 289,563 |
| Fall 1973 ........ | 3,741,103 | 3,675,682 | 926,850 | 14,043,978 | 3,800,743 | 3,650,445 | 3,323,148 | 2,917,920 | 3,695 | 348,027 |
| Fall 1974 ........ | 3,711,508 | 3,708,183 | 862,985 | 14,102,718 | 3,832,324 | 3,675,111 | 3,302,021 | 2,954,753 | 12,524 | 325,985 |
| Fall 1975 ........ | 3,618,952 | 3,635,697 | 1,115,672 | 14,304,196 | 3,878,760 | 3,723,241 | 3,353,888 | 2,986,296 | 22,598 | 339,413 |
| Fall 1976 ........ | 3,572,142 | 3,578,411 | 1,083,962 | 14,314,131 | 3,825,463 | 3,738,005 | 3,372,577 | 3,015,123 | 23,222 | 339,741 |
| Fall 1977 ........ | 3,384,593 | 3,533,583 | 1,051,379 | 14,202,870 | 3,779,103 | 3,686,352 | 3,387,650 | 3,026,115 | 12,732 | 310,918 |
| Fall 1978 ........ | 3,228,000 | 3,355,000 | 797,701 | 14,087,545 | 3,726,000 | 3,610,217 | 3,312,222 | 3,023,181 | — | 415,925 |
| Fall 1979 ........ | 3,127,695 | 3,170,749 | 893,958 | 13,616,367 | 3,526,450 | 3,531,995 | 3,240,825 | 2,968,747 | — | 348,350 |
| Fall 1980 ........ | 3,085,185 | 3,086,215 | 924,229 | 13,230,945 | 3,376,921 | 3,367,839 | 3,194,840 | 2,925,093 | — | 366,252 |
| Fall 1981 ........ | 3,182,613 | 3,058,995 | 586,910 | 12,763,873 | 3,286,288 | 3,217,564 | 3,038,979 | 2,907,276 | — | 313,766 |
| Fall 1982 ........ | 3,287,557 | 3,123,326 | 562,516 | 12,405,092 | 3,248,270 | 3,137,434 | 2,916,632 | 2,787,292 | — | 315,464 |
| Fall 1983 ........ | 3,247,425 | 3,222,136 | 535,118 | 12,271,346 | 3,330,074 | 3,102,912 | 2,860,892 | 2,678,093 | — | 299,375 |
| Fall 1984 ........ | 3,035,837 | 3,186,075 | 527,674 | 12,303,735 | 3,440,090 | 3,145,206 | 2,819,417 | 2,599,348 | — | 299,674 |
| Fall 1985 ........ | 2,938,307 | 2,981,883 | 511,040 | 12,387,717 | 3,438,951 | 3,230,130 | 2,866,025 | 2,549,614 | — | 302,997 |
| Fall 1986 ........ | 2,899,352 | 2,869,754 | 519,611 | 12,333,109 | 3,256,407 | 3,214,941 | 2,953,561 | 2,600,516 | — | 307,684 |
| Fall 1987 ........ | 2,910,432 | 2,838,513 | 518,685 | 12,076,726 | 3,143,179 | 3,020,018 | 2,935,626 | 2,680,825 | — | 297,078 |
| Fall 1988 ........ | 2,905,036 | 2,853,007 | 525,189 | 11,689,554 | 3,106,280 | 2,894,602 | 2,748,750 | 2,649,674 | — | 290,248 |
| Fall 1989 ........ | 3,027,491 | 2,853,464 | 540,016 | 11,390,483 | 3,141,456 | 2,867,522 | 2,629,483 | 2,473,278 | — | 278,744 |
| Fall 1990 ........ | 3,067,077 | 2,980,984 | 543,550 | 11,336,154 | 3,169,211 | 2,896,670 | 2,612,157 | 2,380,470 | — | 277,646 |

[1] In later years, data contain a relatively small number of prekindergarten students.
[2] Prior to fall 1965, enrollment in ungraded and special classes was prorated among the regular grades.
[3] Estimated.
—Data not available.

NOTE.—Prior to 1965 enrollment data include students who enrolled at any time during the school year.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Annual Report of the Commissioner of Education, Biennial Survey of Education in the United States; Statistics of State School Systems; and Digest of Education Statistics.* (This table was prepared February 1998.)

Pl.0168

**Table 11.—Enrollment in regular public elementary and secondary schools, by state: 1870–71 to fall 1990**

| State | Students enrolled at any time during the school year | | | | | | | | | | Fall enrollment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated 1870–71 | 1879–80 | 1889–90 | 1899–1900 | 1909–10 | 1919–20 | 1929–30 | 1939–40 | 1949–50 | 1959–60 | 1969 | 1979 | 1989 | 1990 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| **United States [1]** | 7,561,582 | 9,867,505 | 12,722,581 | 15,503,110 | 17,813,852 | 21,578,316 | 25,678,015 | 25,433,542 | 25,111,427 | 36,086,771 | 45,550,284 | 41,650,712 | 40,542,707 | 41,223,804 |
| Alabama | 141,312 | 179,400 | 301,615 | 376,423 | 424,611 | 569,940 | 622,988 | 686,767 | 680,066 | 787,269 | 826,237 | 754,181 | 723,743 | 721,806 |
| Alaska [1] | — | | | | | 3,360 | 3,436 | 6,312 | 13,910 | 44,450 | 76,828 | 88,573 | 109,280 | 113,874 |
| Arizona | — | 4,212 | 7,989 | 16,504 | 31,312 | 76,505 | 103,806 | 110,205 | 139,244 | 302,672 | 418,069 | 509,252 | 607,615 | 639,853 |
| Arkansas | 69,927 | 81,972 | 223,071 | 314,662 | 395,978 | 483,172 | 456,185 | 465,339 | 407,084 | 424,206 | 460,115 | 453,125 | 434,960 | 436,286 |
| California | 91,332 | 158,765 | 221,756 | 269,736 | 368,391 | 696,238 | 1,068,683 | 1,189,106 | 1,757,424 | [2]3,199,455 | 4,597,700 | 4,119,511 | 4,771,978 | 4,950,474 |
| Colorado | 4,357 | 22,119 | 65,490 | 117,555 | 168,798 | 220,232 | 240,482 | 221,409 | 229,196 | 393,690 | 538,175 | 550,527 | 562,755 | 574,213 |
| Connecticut | 113,588 | 119,694 | 126,505 | 155,228 | 190,353 | 261,463 | 319,453 | 281,032 | 273,015 | 476,828 | 646,393 | 566,634 | 461,560 | 469,123 |
| Delaware | 20,058 | 27,823 | 31,434 | 36,895 | 35,950 | 38,483 | 42,360 | 44,046 | 46,055 | [3]80,874 | 130,471 | 104,035 | 97,808 | 99,658 |
| District of Columbia | 15,157 | 26,439 | 36,906 | 46,519 | 55,774 | 65,298 | 80,965 | 96,170 | 96,323 | 122,486 | 149,054 | 106,156 | 81,301 | 80,694 |
| Florida | 14,000 | 39,315 | 92,472 | 108,874 | 148,089 | 225,160 | 346,434 | 369,214 | 449,836 | 993,496 | 1,408,095 | 1,508,337 | 1,789,925 | 1,861,592 |
| Georgia | 49,578 | 236,533 | 381,297 | 482,673 | 555,794 | 690,918 | 713,290 | 737,979 | 718,037 | 949,099 | 1,112,416 | 1,078,462 | 1,126,535 | 1,151,687 |
| Hawaii [1] | — | | | | | 41,350 | 71,657 | 91,821 | 89,820 | [2]139,029 | 178,448 | 168,660 | 169,493 | 171,708 |
| Idaho | 906 | 5,834 | 14,311 | 36,669 | 76,168 | 115,192 | 120,947 | 120,987 | 122,259 | 162,839 | 179,873 | 202,758 | 214,932 | 220,840 |
| Illinois | 672,787 | 704,041 | 778,319 | 958,911 | 1,002,687 | 1,127,560 | 1,395,907 | 1,248,827 | 1,153,683 | 1,787,869 | 2,324,516 | 2,043,239 | 1,797,355 | 1,821,407 |
| Indiana | 450,057 | 511,283 | 512,955 | 564,807 | 531,459 | 566,288 | 667,379 | 671,364 | 689,869 | 989,259 | 1,223,747 | 1,083,826 | 954,165 | 954,581 |
| Iowa | 341,938 | 426,057 | 493,267 | 566,223 | 510,661 | 514,521 | 554,655 | 503,481 | 477,720 | 598,103 | 660,389 | 548,317 | 478,486 | 483,652 |
| Kansas | 89,777 | 231,434 | 399,322 | 389,582 | 398,746 | 406,880 | 431,166 | 376,349 | 347,626 | 478,630 | 518,867 | 422,924 | 430,864 | 437,034 |
| Kentucky | 178,457 | [4]276,000 | 399,660 | 500,294 | 494,863 | 535,332 | 588,354 | 604,064 | 562,883 | 631,412 | 703,720 | 677,123 | 630,688 | 636,401 |
| Louisiana | 57,639 | 77,642 | 120,253 | 196,169 | 263,617 | 354,079 | 434,557 | 473,020 | 483,363 | 693,202 | 853,766 | 800,435 | 783,025 | 784,757 |
| Maine | 152,600 | 149,827 | 139,676 | 130,918 | 144,278 | 137,681 | 154,455 | 163,640 | 158,247 | 195,325 | 240,169 | 227,823 | 213,775 | 215,149 |
| Maryland | 115,683 | 162,431 | 184,251 | 222,373 | 238,393 | 241,618 | 277,459 | 287,225 | 335,018 | 596,375 | 891,981 | 777,725 | 698,806 | 715,176 |
| Massachusetts | 273,661 | 306,777 | 371,492 | 474,891 | 535,869 | 623,586 | 759,492 | 700,305 | 632,285 | [2]860,667 | 1,147,561 | 1,035,724 | 825,588 | 834,314 |
| Michigan | 292,466 | 362,556 | 427,032 | 504,985 | 541,501 | 691,674 | 970,582 | 970,188 | 1,069,435 | [2]1,625,247 | 2,138,979 | 1,860,498 | 1,576,785 | 1,581,925 |
| Minnesota | 113,983 | 180,248 | 280,960 | 399,207 | 440,083 | 503,597 | 551,741 | 512,224 | 481,612 | 681,938 | 913,915 | 778,056 | 739,553 | 756,374 |
| Mississippi | 117,000 | 236,654 | 334,158 | 386,507 | 469,117 | [4]412,670 | 595,449 | 594,799 | 527,440 | 566,421 | 575,284 | 482,039 | 502,020 | 502,417 |
| Missouri | 330,070 | 482,986 | 620,314 | 719,817 | 707,031 | 672,483 | 656,073 | 700,640 | 644,457 | 820,724 | 1,077,288 | 872,933 | 807,934 | 812,234 |
| Montana | 1,657 | 4,270 | 16,980 | 39,430 | 66,141 | 126,576 | 120,337 | 107,302 | 105,917 | 144,988 | 174,784 | 158,208 | 151,265 | 152,974 |
| Nebraska | 23,265 | 92,549 | 240,300 | 288,227 | [4]281,375 | 311,821 | 325,216 | 276,188 | 227,879 | 282,721 | 330,990 | 287,288 | 270,920 | 274,081 |
| Nevada | 3,106 | 9,045 | 7,387 | 6,676 | [4]10,200 | 14,114 | 18,041 | 20,746 | 25,144 | 66,415 | 123,663 | 147,734 | 186,834 | 201,316 |
| New Hampshire | 71,957 | 64,341 | 59,813 | 65,688 | 63,972 | 64,205 | 74,240 | 75,697 | 71,733 | 105,827 | 152,188 | 170,546 | 171,696 | 172,785 |
| New Jersey | 169,430 | 204,961 | 234,072 | 322,575 | 429,797 | 594,780 | 792,012 | 716,527 | 674,915 | 1,051,079 | 1,454,378 | 1,287,809 | 1,076,005 | 1,089,646 |
| New Mexico | 1,320 | 4,755 | 18,215 | 36,735 | 56,304 | 81,399 | 102,084 | 132,589 | 148,978 | 231,004 | 276,286 | 275,572 | 296,057 | 301,881 |
| New York | 1,028,110 | 1,031,593 | 1,042,160 | 1,209,574 | 1,422,969 | 1,719,841 | 2,141,479 | 2,227,870 | 1,998,129 | 2,828,853 | 3,442,809 | 2,969,216 | 2,565,841 | 2,598,337 |
| North Carolina | 115,000 | 252,612 | 322,533 | 400,452 | 520,404 | 691,249 | 866,939 | 886,484 | 884,733 | 1,105,412 | 1,185,592 | 1,150,053 | 1,080,744 | 1,086,871 |
| North Dakota | 1,660 | 13,718 | 35,543 | 77,686 | 139,802 | 168,283 | 169,277 | 140,126 | 114,661 | 136,766 | 147,782 | 117,688 | 117,816 | 117,825 |
| Ohio | 719,372 | 729,499 | 797,439 | 829,160 | 838,080 | 1,020,663 | 1,277,636 | 1,213,978 | 1,202,967 | 1,905,995 | 2,423,831 | 2,025,256 | 1,764,410 | 1,771,516 |
| Oklahoma | — | — | | 99,602 | 422,399 | 589,282 | 682,650 | 611,818 | 441,263 | 533,928 | 612,374 | 583,458 | 578,580 | 579,087 |
| Oregon | 21,000 | 37,533 | 63,254 | 89,405 | 118,412 | 151,028 | 202,595 | 188,876 | 255,032 | 388,772 | 478,923 | 467,128 | 472,394 | 484,652 |
| Pennsylvania | 834,614 | 937,310 | 1,020,522 | 1,151,880 | 1,282,965 | 1,610,459 | 1,937,433 | 1,851,780 | 1,550,286 | 1,927,832 | 2,346,002 | 1,968,801 | 1,655,279 | 1,667,834 |
| Rhode Island | 34,000 | 40,604 | 52,774 | 67,231 | 80,061 | 93,501 | 118,704 | 114,161 | 96,305 | 133,317 | 180,285 | 154,699 | 135,729 | 138,813 |
| South Carolina | 66,056 | 134,072 | 201,260 | 281,891 | 340,415 | 478,045 | 469,370 | 481,750 | 494,185 | 610,099 | 648,182 | 624,795 | 616,177 | 622,112 |
| South Dakota | [5] | [5] | 78,043 | 98,822 | 126,253 | 146,955 | 165,624 | 136,447 | 117,675 | 153,596 | 166,693 | 133,840 | 127,329 | 129,164 |
| Tennessee | 140,500 | 300,217 | 447,950 | 485,354 | 521,753 | 619,852 | 627,747 | 648,131 | 659,785 | 810,300 | 891,414 | 866,117 | 819,660 | 824,595 |
| Texas | 63,504 | [4]220,000 | 466,872 | 659,598 | 821,631 | 1,035,648 | 1,308,028 | 1,328,822 | 1,354,167 | 2,068,158 | 2,754,600 | 2,872,719 | 3,328,514 | 3,382,887 |
| Utah | 16,992 | 24,326 | 37,279 | 73,042 | 91,611 | 117,406 | 138,046 | 136,519 | 153,648 | 235,934 | 302,394 | 333,049 | 438,554 | 447,891 |

Pl.0169

**Table 11.—Enrollment in regular public elementary and secondary schools, by state: 1870–71 to fall 1990—Continued**

| State | Students enrolled at any time during the school year | | | | | | | | | | Fall enrollment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated 1870–71 | 1879–80 | 1889–90 | 1899–1900 | 1909–10 | 1919–20 | 1929–30 | 1939–40 | 1949–50 | 1959–60 | 1969 | 1979 | 1989 | 1990 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| Vermont | 65,384 | 75,328 | 65,608 | 65,964 | 66,615 | 61,785 | 65,976 | 64,911 | 61,143 | [2] 72,822 | 99,957 | 98,338 | 94,779 | 95,762 |
| Virginia | 131,088 | 220,736 | 342,269 | 370,595 | 402,109 | 505,190 | 562,956 | 568,131 | 597,867 | 841,574 | 1,076,749 | 1,031,403 | 985,346 | 998,601 |
| Washington | 5,000 | 14,780 | 55,964 | 115,104 | 215,688 | 291,053 | 344,731 | 331,409 | 400,867 | [2] 609,035 | 820,482 | 764,879 | 810,232 | 839,709 |
| West Virginia | 76,999 | 142,850 | 193,064 | 232,343 | 276,458 | 346,256 | 395,505 | 452,821 | 438,498 | 460,429 | 401,366 | 387,966 | 327,540 | 322,389 |
| Wisconsin | 265,285 | 299,457 | 351,723 | 445,142 | 464,311 | 465,243 | 564,022 | 535,880 | 493,949 | [2] 698,509 | 980,064 | 857,855 | 782,905 | 797,621 |
| Wyoming | 450 | 2,907 | 7,052 | 14,512 | 24,584 | 43,112 | 54,505 | 56,199 | 59,585 | 81,431 | 86,440 | 95,422 | 97,172 | 98,226 |

[1] National totals include data for Alaska and Hawaii beginning in 1959–60.
[2] Includes only students enrolled on a specific date.
[3] Includes an estimate for kindergarten.
[4] Estimated.
[5] Included in North Dakota.
—Data not available.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Annual Report of the Commissioner of Education, Biennial Survey of Education in the United States; Statistics of State School Systems; Statistics of Public Elementary and Secondary Day Schools; Digest of Education Statistics;* and *Historical Trends: State Education Facts, 1969 to 1989.* (This table was prepared September 1992.)

Pl.0170

44   Elementary and Secondary Education

### Table 12.—Children served in special education programs, by type of disability: 1921–22 to 1989–90

[In thousands]

| Year | Total | Percent of public school enroll-ment | Learning disabled | Speech impaired | Mentally retarded | Seriously emotion-ally disturbed | Hard-of-hear-ing and deaf | Ortho-pedically handi-capped | Other health impaired | Visually handi-capped | Multi-handi-capped | Deaf-blind | Pre-school handi-capped | Other handi-capped |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 1921–22 | — | — | — | — | 23 | — | 4 | — | — | — | — | — | — | — |
| 1926–27 | — | — | — | — | 52 | — | 4 | — | — | 4 | — | — | — | — |
| 1929–30 | — | — | — | — | — | 10 | — | ¹ 32 | — | — | — | — | — | — |
| 1931–32 | 161 | 0.6 | — | 23 | 75 | 14 | 4 | ¹ 40 | — | 5 | — | — | — | — |
| 1935–36 | 294 | 1.1 | — | 117 | 100 | 13 | 9 | ¹ 48 | — | 7 | — | — | — | — |
| 1939–40 | 310 | 1.2 | — | 126 | 98 | 10 | 13 | ¹ 53 | — | 9 | — | — | — | — |
| 1947–48 | 356 | 1.5 | — | 182 | 87 | 15 | 14 | ¹ 50 | — | 8 | — | — | — | — |
| 1952–53 | 475 | 1.7 | — | 307 | 114 | — | 16 | ¹ 29 | — | 9 | — | — | — | — |
| 1957–58 | 838 | 2.5 | — | 490 | 223 | 29 | 20 | ¹ 52 | — | 12 | — | — | — | 12 |
| 1962–63 | 1,469 | 3.7 | — | 802 | 432 | 80 | 46 | ¹ 65 | — | 22 | — | — | — | 22 |
| 1965–66 | 1,794 | 4.3 | — | 990 | 540 | 88 | 51 | ¹ 69 | — | 23 | — | — | — | 33 |
| 1969–70 | 2,677 | 5.9 | — | 1,237 | 830 | 113 | 78 | ¹ 269 | — | 24 | — | — | — | 126 |
| 1976–77 | 3,692 | 8.3 | 796 | 1,302 | 959 | 283 | 87 | 87 | 141 | 38 | — | — | (²) | — |
| 1977–78 | 3,751 | 8.6 | 964 | 1,223 | 933 | 288 | 85 | 87 | 135 | 35 | — | — | (²) | — |
| 1978–79 | 3,889 | 9.1 | 1,130 | 1,214 | 901 | 300 | 85 | 70 | 105 | 32 | 50 | 2 | (²) | — |
| 1979–80 | 4,005 | 9.6 | 1,276 | 1,186 | 869 | 329 | 80 | 66 | 106 | 31 | 60 | 2 | (²) | — |
| 1980–81 | 4,142 | 10.1 | 1,462 | 1,168 | 829 | 346 | 79 | 58 | 98 | 31 | 68 | 3 | (²) | — |
| 1981–82 | 4,198 | 10.5 | 1,622 | 1,135 | 786 | 339 | 75 | 58 | 79 | 29 | 71 | 2 | (²) | — |
| 1982–83 | 4,255 | 10.8 | 1,741 | 1,131 | 757 | 352 | 73 | 57 | 50 | 28 | 63 | 2 | (²) | — |
| 1983–84 | 4,298 | 10.9 | 1,806 | 1,128 | 727 | 361 | 72 | 56 | 53 | 29 | 65 | 2 | (²) | — |
| 1984–85 | 4,315 | 11.0 | 1,832 | 1,126 | 694 | 372 | 69 | 56 | 68 | 28 | 69 | 2 | (²) | — |
| 1985–86 | 4,317 | 11.0 | 1,862 | 1,125 | 660 | 375 | 66 | 57 | 57 | 27 | 86 | 2 | (²) | — |
| 1986–87 | 4,374 | 11.0 | 1,914 | 1,136 | 643 | 383 | 65 | 57 | 52 | 26 | 97 | 2 | (²) | — |
| 1987–88 | 4,447 | 11.1 | 1,928 | 953 | 582 | 373 | 56 | 47 | 45 | 22 | 77 | 1 | 363 | — |
| 1988–89 | 4,544 | 11.3 | 1,987 | 967 | 564 | 376 | 56 | 47 | 43 | 23 | 85 | 2 | 394 | — |
| 1989–90 | 4,641 | 11.4 | 2,050 | 973 | 548 | 381 | 57 | 48 | 52 | 22 | 86 | 2 | 422 | — |

¹ Includes special health problems.

² Prior to 1987–88, these students were included in the counts by handicapping condition. Beginning in 1987–88, states are no longer required to report preschool handicapped students (0 to 5 years) by handicapping condition.

—Data not available.

NOTE.—Data for years 1957–58 to 1969–70 are as of February. Data for other years are for the school year. Data for 1976–77 and later years are for children participating in federal programs. Increases since 1987–88 are due in part to new legislation enacted fall 1986, which mandates public school special education services for all handicapped children ages 3 through 5.

SOURCE: U.S. Department of Education, National Center for Education Statistics, Biennial Survey of Education in the United States; Digest of Education Statistics; Office of Special Education and Rehabilitative Services, Annual Report to Congress on the Implementation of the Education of the Handicapped Act; and unpublished tabulations. (This table was prepared September 1992.)

Pl.0171

**Table 13.—Public school pupils transported at public expense and current expenditures for transportation: 1929–30 to 1989–90**

| School year | Average daily attendance, all students | Pupils transported at public expense | | Expenditures for transportation (in current dollars) | | Expenditures for transportation (in constant 1989–90 dollars) | |
| | | Number | Percent of total | Total [1] (In thousands) | Average per pupil transported | Total [1] (In thousands) | Average per pupil transported |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 1929–30 .................. | 21,265,000 | 1,902,826 | 8.9 | $54,823 | $29 | $406,681 | $214 |
| 1931–32 .................. | 22,245,000 | 2,419,173 | 10.9 | 58,078 | 24 | 511,511 | 211 |
| 1933–34 .................. | 22,458,000 | 2,794,724 | 12.4 | 53,908 | 19 | 516,913 | 185 |
| 1935–36 .................. | 22,299,000 | 3,250,658 | 14.6 | 62,653 | 19 | 578,909 | 178 |
| 1937–38 .................. | 22,298,000 | 3,769,242 | 16.9 | 75,637 | 20 | 670,437 | 178 |
| 1939–40 .................. | 22,042,000 | 4,144,161 | 18.8 | 83,283 | 20 | 756,698 | 183 |
| 1941–42 .................. | 21,031,000 | 4,503,081 | 21.4 | 92,922 | 21 | 756,720 | 168 |
| 1943–44 .................. | 19,603,000 | 4,512,412 | 23.0 | 107,754 | 24 | 785,197 | 174 |
| 1945–46 .................. | 19,849,000 | 5,056,966 | 25.5 | 129,756 | 26 | 903,178 | 179 |
| 1947–48 .................. | 20,910,000 | 5,854,041 | 28.0 | 176,265 | 30 | 960,569 | 164 |
| 1949–50 .................. | 22,284,000 | 6,947,384 | 31.2 | 214,504 | 31 | 1,150,050 | 166 |
| 1951–52 .................. | 23,257,000 | 7,697,130 | 33.1 | 268,827 | 35 | 1,298,722 | 169 |
| 1953–54 .................. | 25,643,871 | 8,411,719 | 32.8 | 307,437 | 37 | 1,451,614 | 173 |
| 1955–56 .................. | 27,740,149 | 9,695,819 | 35.0 | 353,972 | 37 | 1,671,897 | 172 |
| 1957–58 .................. | 29,722,275 | 10,861,689 | 36.5 | 416,491 | 38 | 1,851,808 | 170 |
| 1959–60 .................. | 32,477,440 | 12,225,142 | 37.6 | 486,338 | 40 | 2,101,650 | 172 |
| 1961–62 .................. | 34,682,340 | 13,222,667 | 38.1 | 576,361 | 44 | 2,434,741 | 184 |
| 1963–64 .................. | 37,405,058 | 14,475,778 | 38.7 | 673,845 | 47 | 2,774,187 | 192 |
| 1965–66 .................. | 39,154,497 | 15,536,567 | 39.7 | 787,358 | 51 | 3,133,220 | 202 |
| 1967–68 .................. | 40,827,965 | 17,130,873 | 42.0 | 981,006 | 57 | 3,662,763 | 214 |
| 1969–70 .................. | 41,934,376 | 18,198,577 | 43.4 | 1,218,557 | 67 | 4,095,997 | 225 |
| 1971–72 .................. | 42,254,272 | 19,474,355 | 46.1 | 1,507,830 | 77 | 4,652,654 | 239 |
| 1973–74 .................. | 41,438,054 | 21,347,039 | 51.5 | 1,858,141 | 87 | 5,060,321 | 237 |
| 1975–76 .................. | 41,269,720 | 21,772,483 | 52.8 | 2,377,313 | 109 | 5,443,026 | 250 |
| 1977–78 .................. | 40,079,590 | [2] 21,800,000 | 54.4 | 2,731,041 | 125 | 5,536,601 | 254 |
| 1979–80 .................. | 38,288,911 | 21,713,515 | 56.7 | 3,833,145 | 177 | 6,269,416 | 289 |
| 1980–81 .................. | 37,703,744 | [2] 22,272,000 | 59.1 | [2] 4,408,000 | 198 | [2] 6,461,000 | 290 |
| 1981–82 .................. | 37,094,652 | [2] 22,246,000 | 60.0 | [2] 4,793,000 | 215 | [2] 6,467,000 | 291 |
| 1982–83 .................. | 36,635,868 | [2] 22,199,000 | 60.6 | [2] 5,000,000 | 225 | [2] 6,468,000 | 291 |
| 1983–84 .................. | 36,362,978 | [2] 22,031,000 | 60.6 | [2] 5,284,000 | 240 | [2] 6,592,000 | 299 |
| 1984–85 .................. | 36,404,261 | [2] 22,320,000 | 61.3 | [2] 5,722,000 | 256 | [2] 6,869,000 | 308 |
| 1985–86 .................. | 36,523,103 | [2] 22,041,000 | 60.3 | [2] 6,123,000 | 278 | [2] 7,145,000 | 324 |
| 1986–87 .................. | 36,863,867 | [2] 22,397,000 | 60.8 | [2] 6,551,000 | 292 | [2] 7,478,000 | 334 |
| 1987–88 .................. | 37,050,707 | [2] 22,158,000 | 59.8 | [2] 6,888,000 | 311 | [2] 7,550,000 | 341 |
| 1988–89 .................. | 37,268,072 | [2] 22,635,000 | 60.7 | [2] 7,550,000 | 334 | [2] 7,910,000 | 349 |
| 1989–90 .................. | 37,778,512 | [2] 22,459,000 | 59.4 | [2] 8,304,000 | 370 | [2] 8,304,000 | 370 |

[1] Excludes capital outlay for years through 1979–80. Beginning in 1980–81, total transportation figures include capital outlay.

[2] Estimate based on data appearing in January issues of *School Bus Fleet.*

NOTE.—Constant dollars are adjusted for inflation using the Consumer Price Index computed on a school year basis. Some data have been revised from previously published figures.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Statistics of State School Systems; Revenues and Expenditures for Public Elementary and Secondary Education,* and unpublished data; and Bobbit Publishing Co., *School Bus Fleet,* January issues. (This table was prepared October 1992.)

Pl.0172

Table 14.—Average daily attendance, instructional staff, and teachers in public elementary and secondary schools: 1869–70 to 1990–91

| School year | School attendance | | | Instructional staff | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average daily attendance, in thousands | Average length of school term (days) | Average number of days attended per pupil enrolled | Total, in thousands | Principals, in thousands | Other supervisory staff, in thousands | Classroom teachers, in thousands [1] | | | | Average annual salary of instructional staff [2] | | Average annual salary of teachers [3] | |
| | | | | | | | Total | Male | Female | Pupil-teacher ratio | In current dollars | In constant 1990–91 dollars | In current dollars | In constant 1990–91 dollars |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 1869–70 ............ | 4,077 | 132.2 | 78.4 | — | — | — | 201 | 78 | 123 | 34.3 | $189 | — | — | — |
| 1870–71 ............ | 4,545 | 132.1 | 79.4 | — | — | — | 220 | 90 | 130 | 34.4 | — | — | — | — |
| 1871–72 ............ | 4,659 | 133.4 | 79.5 | — | — | — | 230 | 95 | 135 | 34.0 | — | — | — | — |
| 1872–73 ............ | 4,745 | 129.1 | 76.5 | — | — | — | 238 | 98 | 140 | 33.6 | — | — | — | — |
| 1873–74 ............ | 5,051 | 128.8 | 77.0 | — | — | — | 248 | 103 | 145 | 34.0 | — | — | — | — |
| 1874–75 ............ | 5,248 | 134.4 | 77.9 | — | — | — | 258 | 109 | 149 | 34.1 | — | — | — | — |
| 1875–76 ............ | 5,291 | 133.1 | 79.4 | — | — | — | 260 | 110 | 150 | 34.1 | — | — | — | — |
| 1876–77 ............ | 5,427 | 132.1 | 80.0 | — | — | — | 267 | 114 | 153 | 33.6 | — | — | — | — |
| 1877–78 ............ | 5,783 | 132.0 | 80.9 | — | — | — | 277 | 119 | 158 | 34.1 | — | — | — | — |
| 1878–79 ............ | 5,876 | 130.2 | 80.5 | — | — | — | 280 | 121 | 159 | 33.9 | — | — | — | — |
| 1879–80 ............ | 6,144 | 130.3 | 81.1 | — | — | — | 287 | 123 | 164 | 34.4 | 195 | — | — | — |
| 1880–81 ............ | 6,146 | 130.0 | 80.0 | — | — | — | 294 | 123 | 171 | 34.0 | — | — | — | — |
| 1881–82 ............ | 6,331 | 131.2 | 81.3 | — | — | — | 299 | 119 | 180 | 34.2 | — | — | — | — |
| 1882–83 ............ | 6,652 | 129.8 | 81.1 | — | — | — | 304 | 116 | 188 | 35.0 | — | — | — | — |
| 1883–84 ............ | 7,056 | 129.1 | 82.9 | — | — | — | 314 | 119 | 195 | 35.0 | — | — | — | — |
| 1884–85 ............ | 7,298 | 130.7 | 83.6 | — | — | — | 326 | 122 | 204 | 35.0 | 224 | — | — | — |
| 1885–86 ............ | 7,526 | 130.4 | 84.1 | — | — | — | 331 | 124 | 208 | 35.2 | — | — | — | — |
| 1886–87 ............ | 7,682 | 131.3 | 84.9 | — | — | — | 339 | 127 | 212 | 35.1 | — | — | — | — |
| 1887–88 ............ | 7,907 | 132.3 | 85.9 | — | — | — | 347 | 126 | 221 | 35.1 | — | — | — | — |
| 1888–89 ............ | 8,006 | 133.7 | 86.4 | — | — | — | 357 | 124 | 232 | 34.7 | — | — | — | — |
| 1889–90 ............ | 8,154 | 134.7 | 86.3 | — | — | — | 364 | 126 | 238 | 35.0 | 252 | — | — | — |
| 1890–91 ............ | 8,329 | 135.7 | 86.6 | — | — | — | 368 | 123 | 245 | 35.5 | — | — | — | — |
| 1891–92 ............ | 8,561 | 136.9 | 88.4 | — | — | — | 374 | 122 | 253 | 35.4 | — | — | — | — |
| 1892–93 ............ | 8,856 | 136.3 | 89.6 | — | — | — | 383 | 122 | 261 | 35.2 | — | — | — | — |
| 1893–94 ............ | 9,188 | 139.5 | 91.6 | — | — | — | 389 | 125 | 264 | 36.0 | — | — | — | — |
| 1894–95 ............ | 9,549 | 139.5 | 93.5 | — | — | — | 398 | 130 | 268 | 35.8 | 286 | — | — | — |
| 1895–96 ............ | 9,781 | 140.5 | 94.8 | — | — | — | 400 | 130 | 270 | 36.2 | — | — | — | — |
| 1896–97 ............ | 10,053 | 142.0 | 96.3 | — | — | — | 405 | 131 | 274 | 36.6 | — | — | — | — |
| 1897–98 ............ | 10,356 | 143.0 | 98.0 | — | — | — | 411 | 132 | 279 | 36.7 | — | — | — | — |
| 1898–99 ............ | 10,389 | 143.0 | 97.9 | — | — | — | 414 | 131 | 283 | 36.7 | — | — | — | — |
| 1899–1900 ........ | 10,633 | 144.3 | 99.0 | — | — | — | 423 | 127 | 296 | 36.6 | 325 | — | — | — |
| 1900–01 ............ | 10,716 | 143.7 | 98.0 | — | — | — | 432 | 126 | 306 | 36.3 | — | — | — | — |
| 1901–02 ............ | 11,064 | 144.7 | 100.6 | — | — | — | 442 | 121 | 321 | 36.0 | — | — | — | — |
| 1903–03 ............ | 11,055 | 147.2 | 101.7 | — | — | — | 449 | 117 | 332 | 35.7 | — | — | — | — |
| 1903–04 ............ | 11,318 | 146.7 | 102.1 | — | — | — | 455 | 114 | 341 | 35.7 | — | — | — | — |
| 1904–05 ............ | 11,482 | 150.9 | 105.2 | — | — | — | 460 | 111 | 350 | 35.8 | 386 | — | — | — |
| 1905–06 ............ | 11,712 | 150.6 | 106.0 | — | — | — | 466 | 109 | 357 | 35.7 | — | — | — | — |
| 1906–07 ............ | 11,926 | 151.8 | 107.3 | — | — | — | 481 | 104 | 377 | 35.1 | — | — | — | — |
| 1907–08 ............ | 12,154 | 154.1 | 109.8 | — | — | — | 495 | 104 | 391 | 34.5 | — | — | — | — |
| 1908–09 ............ | 12,685 | 155.3 | 112.6 | — | — | — | 506 | 108 | 398 | 34.6 | — | — | — | — |
| 1909–10 ............ | 12,827 | 157.5 | 113.0 | — | — | — | 523 | 110 | 413 | 34.0 | 485 | — | — | — |

Pl.0173

Table 14.—Average daily attendance, instructional staff, and teachers in public elementary and secondary schools: 1869–70 to 1990–91—Continued

| | School attendance | | | Instructional staff | | | | | | | | | | |
| School year | Average daily attendance, in thousands | Average length of school term (days) | Average number of days attended per pupil enrolled | Total, in thousands | Principals, in thousands | Other supervisory staff, in thousands | Classroom teachers, in thousands [1] | | | | Average annual salary of instructional staff [2] | | Average annual salary of teachers [3] | |
| | | | | | | | Total | Male | Female | Pupil-teacher ratio | In current dollars | In constant 1990–91 dollars | In current dollars | In constant 1990–91 dollars |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 1910–11 | 12,872 | 156.8 | 111.8 | — | — | — | 534 | 110 | 423 | 33.8 | 466 | — | — | — |
| 1911–12 | 13,302 | 158.8 | 115.6 | — | — | — | 547 | 115 | 433 | 33.2 | 492 | — | — | — |
| 1912–13 | 13,614 | 158.1 | 115.6 | — | — | — | 565 | 113 | 452 | 32.9 | 512 | — | — | — |
| 1913–14 | 14,216 | 158.7 | 117.8 | — | — | — | 580 | 115 | 465 | 33.0 | 525 | — | — | — |
| 1914–15 | 14,986 | 159.4 | 121.2 | — | — | — | 604 | 118 | 486 | 32.6 | 543 | — | — | — |
| 1915–16 | 15,359 | 160.3 | 120.9 | — | — | — | 622 | 123 | 499 | 32.7 | 563 | — | — | — |
| 1917–18 | 15,549 | 160.7 | 119.8 | — | — | — | 651 | 105 | 546 | 32.0 | 635 | — | — | — |
| 1919–20 | 16,150 | 161.9 | 121.2 | 700 | 13.6 | 6.6 | 680 | 96 | 584 | 31.8 | 871 | $6,120 | — | — |
| 1921–22 | 18,432 | 164.0 | 130.6 | 756 | 18.6 | 14.1 | 723 | 118 | 605 | 32.1 | 1,166 | 9,109 | — | — |
| 1923–24 | 19,132 | 168.3 | 132.5 | 787 | 17.9 | 7.9 | 761 | 129 | 633 | 31.9 | 1,227 | 9,572 | — | — |
| 1925–26 | 19,856 | 169.3 | 135.9 | 850 | 26.9 | 8.4 | 778 | 131 | 647 | 31.8 | 1,277 | 9,603 | — | — |
| 1927–28 | 20,608 | 171.5 | 140.4 | 868 | 28.8 | 7.7 | 832 | 138 | 694 | 30.3 | 1,364 | 10,605 | — | — |
| 1929–30 | 21,265 | 172.7 | 143.0 | 892 | 30.9 | 6.9 | 854 | 142 | 712 | 30.1 | 1,420 | 11,110 | — | — |
| 1931–32 | 22,245 | 171.2 | 144.9 | 901 | 23.9 | 5.7 | 872 | 154 | 718 | 30.1 | 1,417 | 13,162 | — | — |
| 1933–34 | 22,458 | 171.6 | 145.8 | 880 | 28.1 | 5.0 | 847 | 162 | 685 | 31.2 | 1,227 | 12,409 | — | — |
| 1935–36 | 22,299 | 173.0 | 146.3 | 906 | 29.6 | 5.8 | 871 | 179 | 692 | 30.3 | 1,283 | 12,503 | — | — |
| 1937–38 | 22,298 | 173.9 | 149.3 | 919 | 36.4 | 5.0 | 877 | 185 | 692 | 29.6 | 1,374 | 12,845 | — | — |
| 1939–40 | 22,042 | 175.0 | 151.7 | 912 | 31.5 | 4.8 | 875 | 195 | 681 | 29.1 | 1,441 | 13,809 | — | — |
| 1941–42 | 21,031 | 174.7 | 149.6 | 898 | 33.1 | 6.1 | 859 | 183 | 676 | 28.6 | 1,507 | 12,943 | — | — |
| 1943–44 | 19,603 | 175.5 | 147.9 | 865 | 31.6 | 5.5 | 828 | 127 | 701 | 28.1 | 1,728 | 13,280 | — | — |
| 1945–46 | 19,849 | 176.8 | 150.6 | 867 | 29.4 | 6.8 | 831 | 138 | 693 | 28.0 | 1,995 | 14,646 | — | — |
| 1947–48 | 20,910 | 177.6 | 155.1 | 907 | 37.1 | 9.2 | 861 | 162 | 699 | 27.8 | 2,639 | 15,168 | — | — |
| 1949–50 | 22,284 | 177.9 | 157.9 | 962 | 39.3 | 9.2 | 914 | 195 | 719 | 27.5 | 3,010 | 17,020 | — | — |
| 1951–52 | 23,257 | 178.2 | 156.0 | 1,012 | 39.7 | 9.8 | 963 | 235 | 728 | 27.6 | 3,450 | 17,578 | — | — |
| 1953–54 | 25,644 | 178.6 | 158.9 | 1,098 | 45.7 | 10.3 | 1,032 | 254 | 779 | 27.9 | 3,825 | 19,048 | — | — |
| 1955–56 | 27,740 | 178.0 | 158.5 | 1,213 | 51.0 | 13.3 | 1,149 | 299 | 850 | 27.1 | 4,156 | 20,703 | $4,000 | $19,926 |
| 1957–58 | 29,722 | 177.6 | 157.4 | 1,333 | 59.0 | 14.0 | 1,238 | 332 | 906 | 27.1 | 4,702 | 22,049 | 4,520 | 21,196 |
| 1959–60 [4] | 32,477 | 178.0 | 160.2 | 1,464 | 63.6 | 13.8 | 1,355 | 393 | 962 | 26.6 | 5,174 | 23,581 | 4,995 | 22,765 |
| 1961–62 | 34,682 | 179.1 | 162.3 | 1,588 | 67.2 | 16.2 | 1,458 | 451 | 1,053 | 26.2 | 5,700 | 25,395 | 5,515 | 24,571 |
| 1963–64 | 37,405 | 179.0 | 163.2 | 1,717 | 72.6 | 18.7 | 1,568 | 488 | 1,080 | 26.2 | 6,240 | 27,094 | 5,995 | 26,030 |
| 1965–66 | 39,154 | 178.9 | 163.5 | 1,885 | 77.3 | 21.6 | 1,711 | 544 | 1,167 | 24.6 | 6,935 | 29,106 | 6,485 | 27,217 |
| 1967–68 | 40,828 | 178.8 | 163.2 | 2,071 | 85.5 | 29.0 | 1,864 | 584 | 1,280 | 23.5 | 7,885 | 31,050 | 7,423 | 29,230 |
| 1969–70 | 41,934 | 178.9 | 161.7 | 2,253 | 90.6 | 31.5 | 2,023 | 690 | 1,333 | 22.5 | 8,840 | 31,339 | 8,626 | 30,580 |
| 1970–71 | 42,428 | — | — | 2,059 | — | — | 2,059 | 5 676 | 5 1,383 | 22.3 | 9,698 | 32,693 | 9,268 | 31,243 |
| 1971–72 | 42,254 | 179.3 | 161.7 | 2,322 | — | — | 2,070 | 5 688 | 5 1,382 | 22.3 | 10,213 | 33,237 | 9,705 | 31,584 |
| 1972–73 | 42,179 | — | — | — | — | — | 2,106 | 5 703 | 5 1,403 | 21.7 | 10,634 | 33,267 | 10,174 | 31,827 |
| 1973–74 | 41,438 | 178.7 | 159.5 | 2,338 | 100.0 | 38.0 | 2,136 | 5 715 | 5 1,421 | 21.3 | 11,254 | 32,324 | 10,770 | 30,934 |
| 1974–75 | 41,524 | — | — | — | — | — | 2,165 | 5 727 | 5 1,438 | 20.8 | 12,167 | 31,460 | 11,641 | 30,100 |

Pl.0174

**Table 14.—Average daily attendance, instructional staff, and teachers in public elementary and secondary schools: 1869–70 to 1990–91—Continued**

| School year | School attendance | | | Instructional staff | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average daily attendance, in thousands | Average length of school term (days) | Average number of days attended per pupil enrolled | Total, in thousands | Principals, in thousands | Other supervisory staff, in thousands | Classroom teachers, in thousands [1] | | | | Average annual salary of instructional staff [2] | | Average annual salary of teachers [3] | |
| | | | | | | | Total | Male | Female | Pupil-teacher ratio | In current dollars | In constant 1990–91 dollars | In current dollars | In constant 1990–91 dollars |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 1975–76 ............ | 41,270 | 178.3 | 161.1 | 2,337 | 104.0 | 35.0 | 2,198 | 5 742 | 5 1,456 | 20.4 | 13,124 | 31,691 | 12,600 | 30,426 |
| 1976–77 ............ | 40,832 | — | — | 2,189 | — | — | 2,189 | 5 734 | 5 1,455 | 20.2 | 13,840 | 31,579 | 13,354 | 30,470 |
| 1977–78 ............ | 40,079 | — | — | 2,209 | — | — | 2,209 | 5 742 | 5 1,467 | 19.7 | 14,698 | 31,426 | 14,198 | 30,357 |
| 1978–79 ............ | 39,075 | — | — | 2,297 | — | — | 2,207 | 5 735 | 5 1,472 | 19.3 | 15,764 | 30,819 | 15,032 | 29,387 |
| 1979–80 ............ | 38,289 | 178.5 | 160.8 | 2,441 | 106.0 | 35.0 | 2,185 | 5 743 | 5 1,442 | 19.1 | 5 16,715 | 28,833 | 15,970 | 27,548 |
| 1980–81 ............ | 37,704 | 178.2 | 160.7 | 2,452 | 107.0 | 20.6 | 2,184 | 5 708 | 5 1,476 | 18.7 | 18,404 | 28,451 | 17,644 | 27,277 |
| 1981–82 ............ | 37,095 | — | — | 2,118 | — | — | 2,118 | 5 679 | 5 1,439 | 18.9 | 20,327 | 28,926 | 19,274 | 27,427 |
| 1982–83 ............ | 36,636 | — | — | 2,133 | — | — | 2,133 | 5 679 | 5 1,454 | 18.6 | 21,641 | 29,527 | 20,695 | 28,236 |
| 1983–84 ............ | 36,363 | — | — | 2,139 | — | — | 2,139 | 5 679 | 5 1,460 | 18.4 | 23,005 | 30,268 | 21,935 | 28,860 |
| 1984–85 ............ | 36,404 | — | — | 2,692 | 124.5 | — | 2,168 | 5 679 | 5 1,489 | 18.1 | 24,666 | 31,231 | 23,600 | 29,881 |
| 1985–86 ............ | 36,523 | — | — | 2,757 | 129.3 | — | 2,206 | 5 669 | 5 1,537 | 17.9 | 26,362 | 32,443 | 25,199 | 31,011 |
| 1986–87 ............ | 36,864 | — | — | 2,823 | 131.6 | — | 2,244 | 5 674 | 5 1,570 | 17.7 | 27,706 | 33,356 | 26,569 | 31,987 |
| 1987–88 ............ | 37,051 | — | — | 2,860 | 125.9 | — | 2,279 | 5 665 | 5 1,614 | 17.6 | 29,233 | 33,794 | 28,034 | 32,408 |
| 1988–89 ............ | 37,268 | — | — | 2,931 | 126.6 | — | 2,323 | 5 659 | 5 1,664 | 17.3 | 30,899 | 34,143 | 29,568 | 32,673 |
| 1989–90 ............ | 37,779 | — | — | 2,986 | 125.6 | — | 2,357 | 5 658 | 5 1,699 | 17.2 | 32,685 | 34,472 | 31,350 | 33,064 |
| 1990–91 ............ | — | — | — | 3,051 | 127.0 | — | 2,397 | 5 669 | 5 1,728 | 17.2 | 34,385 | 34,385 | 32,977 | 32,977 |

[1] For select years prior to 1951–52, includes a small number of librarians and other non-supervisory instructional staff.
[2] Prior to 1919–20, computed for teaching positions only; beginning 1919–20, also includes supervisors and principals. Data for 1980–81 and subsequent years are estimates from the National Education Association.
[3] Data for 1970–71 and subsequent years are estimated by the National Education Association.
[4] Denotes first year for which figures include Alaska and Hawaii.
[5] Estimated.

—Data not available.

SOURCE: U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970*; U.S. Department of Education, National Center for Education Statistics, *Annual Report of the Commissioner of Education, Biennial Survey of Education in the United States, Digest of Education Statistics*, and unpublished data: National Education Association, *Estimates of School Statistics*. (This table was prepared September 1992.)

Pl.0175

**Table 15.—Catholic elementary and secondary enrollment, teachers, and schools, by level: 1919–20 to 1990–91**

| School year | Number of schools | | | Enrollment | | | Instructional staff [1] | | | Student-instructional staff ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Elementary | Secondary | Total | Elementary | Secondary | Total | Elementary | Secondary | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 1919–20 ........ | 8,103 | 6,551 | 1,552 | 1,925,521 | 1,795,673 | 129,848 | 49,516 | 41,592 | 7,924 | 38.9 |
| 1929–30 ........ | 10,046 | 7,923 | 2,123 | 2,464,467 | 2,222,598 | 241,869 | 72,552 | 58,245 | 14,307 | 34.0 |
| 1935–36 ........ | 9,875 | 7,929 | 1,946 | 2,388,000 | 2,103,000 | 285,000 | 76,000 | 59,000 | 17,000 | 31.4 |
| 1939–40 ........ | 10,049 | 7,944 | 2,105 | 2,396,305 | 2,035,182 | 361,123 | 81,057 | 60,081 | 20,976 | 29.6 |
| 1946–47 ........ | — | — | 2,111 | — | — | 467,000 | — | — | 27,000 | — |
| 1947–48 ........ | 10,435 | 8,285 | 2,150 | 2,788,000 | 2,305,000 | 483,000 | 89,000 | 62,000 | 27,000 | 31.3 |
| 1949–50 ........ | 10,778 | 8,589 | 2,189 | 3,066,387 | 2,560,815 | 505,572 | 94,295 | 66,525 | 27,770 | 32.5 |
| 1951–52 ........ | 11,060 | 8,880 | 2,180 | 3,391,000 | 2,842,000 | 549,000 | 101,000 | 72,000 | 29,000 | 33.6 |
| 1953–54 ........ | 11,575 | 9,279 | 2,296 | 3,859,000 | 3,235,000 | 624,000 | 109,000 | 77,000 | 32,000 | 35.4 |
| 1955–56 ........ | 11,926 | 9,615 | 2,311 | 4,276,000 | 3,571,000 | 705,000 | 120,000 | 85,000 | 35,000 | 35.6 |
| 1960–61 ........ | 12,893 | 10,501 | 2,392 | 5,253,791 | 4,373,422 | 880,369 | 151,902 | 108,169 | 43,733 | 34.6 |
| 1961–62 ........ | 13,007 | 10,631 | 2,376 | 5,383,000 | 4,445,000 | 938,000 | 158,000 | 111,000 | 47,000 | 34.1 |
| 1962–63 ........ | 13,178 | 10,676 | 2,502 | 5,494,000 | 4,485,000 | 1,009,000 | 159,000 | 112,000 | 47,000 | 34.6 |
| 1963–64 ........ | 13,205 | 10,775 | 2,430 | 5,590,000 | 4,546,000 | 1,044,000 | 166,000 | 115,000 | 51,000 | 33.7 |
| 1964–65 ........ | 13,249 | 10,832 | 2,417 | 5,601,000 | 4,534,000 | 1,067,000 | 171,000 | 118,000 | 53,000 | 32.8 |
| 1965–66 ........ | 13,292 | 10,879 | 2,413 | 5,574,000 | 4,492,000 | 1,082,000 | 177,000 | 120,000 | 57,000 | 31.5 |
| 1966–67 ........ | 13,232 | 10,769 | 2,463 | 5,485,000 | 4,375,000 | 1,110,000 | 176,000 | 120,000 | 56,000 | 31.2 |
| 1967–68 ........ | 12,627 | 10,350 | 2,277 | 5,199,000 | 4,106,000 | 1,093,000 | 179,000 | 124,000 | 55,000 | 29.0 |
| 1968–69 ........ | 12,305 | 10,113 | 2,192 | 4,941,000 | 3,860,000 | 1,081,000 | 183,000 | 126,000 | 57,000 | 27.0 |
| 1969–70 ........ | 11,771 | 9,695 | 2,076 | 4,658,098 | 3,607,168 | 1,050,930 | [2] 195,400 | [2] 133,200 | [2] 62,200 | 23.8 |
| 1970–71 ........ | 11,350 | 9,370 | 1,980 | 4,363,566 | 3,355,478 | 1,008,088 | 166,208 | 112,750 | 53,458 | 26.3 |
| 1971–72 ........ | 10,841 | 8,982 | 1,859 | 4,034,785 | 3,075,785 | 959,000 | 159,083 | 106,686 | 52,397 | 25.4 |
| 1972–73 ........ | 10,504 | 8,761 | 1,743 | 3,790,000 | 2,871,000 | 919,000 | 155,964 | 105,384 | 50,580 | 24.3 |
| 1973–74 ........ | 10,297 | 8,569 | 1,728 | 3,621,000 | 2,714,000 | 907,000 | 153,883 | 102,785 | 51,098 | 23.5 |
| 1974–75 ........ | 10,127 | 8,437 | 1,690 | 3,504,000 | 2,602,000 | 902,000 | 150,179 | 100,011 | 50,168 | 23.3 |
| 1975–76 ........ | 9,993 | 8,340 | 1,653 | 3,415,000 | 2,525,000 | 890,000 | 149,276 | 99,319 | 49,957 | 22.9 |
| 1976–77 ........ | 9,904 | 8,281 | 1,623 | 3,365,000 | 2,483,000 | 882,000 | 150,610 | 100,016 | 50,594 | 22.3 |
| 1977–78 ........ | 9,797 | 8,204 | 1,593 | 3,289,000 | 2,421,000 | 868,000 | 150,648 | 99,739 | 50,909 | 21.8 |
| 1978–79 ........ | 9,723 | 8,159 | 1,564 | 3,218,000 | 2,365,000 | 853,000 | 147,948 | 98,539 | 49,409 | 21.8 |
| 1979–80 ........ | 9,640 | 8,100 | 1,540 | 3,139,000 | 2,293,000 | 846,000 | 147,294 | 97,724 | 49,570 | 21.3 |
| 1980–81 ........ | 9,559 | 8,043 | 1,516 | 3,106,000 | 2,269,000 | 837,000 | 145,777 | 96,739 | 49,038 | 21.3 |
| 1981–82 ........ | 9,494 | 7,996 | 1,498 | 3,094,000 | 2,266,000 | 828,000 | 146,172 | 96,847 | 49,325 | 21.2 |
| 1982–83 ........ | 9,432 | 7,950 | 1,482 | 3,026,000 | 2,225,000 | 801,000 | 146,460 | 97,337 | 49,123 | 20.7 |
| 1983–84 ........ | 9,380 | 7,917 | 1,463 | 2,969,000 | 2,179,000 | 790,000 | 146,913 | 98,591 | 48,322 | 20.2 |
| 1984–85 ........ | 9,325 | 7,876 | 1,449 | 2,903,000 | 2,119,000 | 784,000 | 149,888 | 99,820 | 50,068 | 19.4 |
| 1985–86 ........ | 9,220 | 7,790 | 1,430 | 2,821,000 | 2,061,000 | 760,000 | 146,594 | 96,741 | 49,853 | 19.2 |
| 1986–87 ........ | 9,102 | 7,693 | 1,409 | 2,726,000 | 1,998,000 | 728,000 | 141,930 | 93,554 | 48,376 | 19.2 |
| 1987–88 ........ | 8,992 | 7,601 | 1,391 | 2,623,000 | 1,942,000 | 681,000 | 139,887 | 93,199 | 46,688 | 18.8 |
| 1988–89 ........ | 8,867 | 7,505 | 1,362 | 2,551,000 | 1,912,000 | 639,000 | 137,700 | 93,154 | 44,546 | 18.5 |
| 1989–90 ........ | 8,719 | 7,395 | 1,324 | 2,499,000 | 1,894,000 | 606,000 | 136,900 | 94,197 | 42,703 | 18.3 |
| 1990–91 ........ | 8,587 | 7,291 | 1,296 | 2,475,439 | 1,883,906 | 591,533 | 131,198 | 91,039 | 40,159 | 18.9 |

[1] Beginning in 1970–71, includes full-time teaching staff only.
[2] Includes estimates for the nonreporting schools.
—Data not available.

NOTE.—Data reported by the National Catholic Educational Association and data reported by the National Center for Education Statistics are not directly comparable because survey procedures and definitions differ.

SOURCE: National Catholic Educational Association, *A Statistical Report on Catholic Elementary and Secondary Schools for the Years 1967–68 to 1969–70,* as compiled from the *Official Catholic Directory; United States Catholic Elementary and Secondary Schools, 1989 and 1990-91;* and Franklin Press, *Catholic Schools in America* and *United States Catholic Elementary and Secondary Schools, 1989–90 and 1990–91.* (This table was prepared September 1992.)

Pl.0176

**Table 16.—Public school enrollment in grades 9 to 12, by subject: 1889–90 to fall 1981**

| Subject | 1889–90 | 1899–1900 | 1909–10 | 1914–15 | 1921–22 | 1927–28 | 1933–34 | 1948–49 | 1954–55 | 1958–59 | 1960–61 | 1962–63 | 1964–65 | Fall 1972 | Fall 1981 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| **Total, in thousands** | **203** | **519** | **915** | **1,562** | **2,873** | **3,911** | **5,669** | **5,658** | **6,574** | **8,258** | **8,821** | **10,372** | **11,628** | **13,848** | **12,764** |
| | Percentage of students taking specific subject | | | | | | | | | | | | | | |
| General science | — | — | — | — | 18.3 | 17.5 | 17.8 | 20.8 | — | 19.6 | 22.2 | 17.6 | 18.7 | 11.3 | 23.0 |
| Biology | — | — | 1.1 | 6.9 | 8.8 | 13.6 | 14.6 | 18.4 | 20.0 | 20.8 | 21.7 | 24.0 | 23.2 | 19.6 | 23.2 |
| Chemistry | 10.1 | 7.7 | 6.9 | 7.4 | 7.4 | 7.1 | 7.6 | 7.6 | 7.5 | 8.1 | 9.1 | 8.3 | 9.3 | 8.7 | 9.8 |
| Physics | 22.8 | 19.0 | 14.6 | 14.2 | 8.9 | 6.8 | 6.3 | 5.4 | 4.7 | 4.7 | 4.9 | 3.8 | 4.5 | 2.9 | 1.0 |
| Physiology | — | 27.4 | 15.3 | 9.5 | 5.1 | 2.7 | 1.8 | 1.0 | — | — | 0.8 | — | — | 0.9 | 1.2 |
| Earth science | — | 29.8 | 21.0 | 15.3 | 4.5 | 2.8 | 1.7 | 0.4 | — | — | 0.9 | — | — | 3.6 | 0.2 |
| Algebra | 45.4 | 56.3 | 56.9 | 48.8 | 40.2 | 35.2 | 30.4 | 26.8 | 25.3 | 29.9 | 28.6 | 30.4 | 28.5 | 19.7 | 29.5 |
| General mathematics | — | — | — | — | 12.4 | 7.9 | 7.4 | 13.1 | 12.3 | 12.7 | 17.4 | 11.7 | 15.4 | 13.8 | 21.7 |
| Geometry | 21.3 | 27.4 | 30.9 | 26.5 | 22.7 | 19.8 | 17.1 | 12.8 | 12.5 | 13.4 | 13.8 | 14.7 | 13.9 | 11.6 | 11.4 |
| Trignometry | — | 1.9 | 1.9 | 1.5 | 1.5 | 1.3 | 1.3 | 2.0 | 2.6 | 2.7 | 3.0 | 2.0 | 2.0 | 6.2 | 3.5 |
| Spanish | — | — | 0.7 | 2.7 | 11.3 | 9.4 | 6.2 | 8.2 | — | — | 9.8 | — | 14.5 | 12.3 | 12.3 |
| French | 5.8 | 7.8 | 9.9 | 8.8 | 15.5 | 14.0 | 10.9 | 4.7 | — | — | 8.0 | — | 12.4 | 7.6 | 6.6 |
| German | 10.5 | 14.3 | 23.7 | 24.4 | 0.6 | 1.8 | 2.4 | 0.8 | — | — | 1.7 | — | 2.7 | 3.1 | 2.1 |
| English | — | 38.5 | 57.1 | 58.4 | 76.7 | 93.1 | 90.5 | 92.9 | — | — | 94.6 | — | — | 89.8 | 86.5 |
| Latin | 34.7 | 50.6 | 49.0 | 37.3 | 27.5 | 22.0 | 16.0 | 7.8 | — | — | 7.8 | — | — | 1.5 | 1.1 |
| U.S. and English history [1] | 27.3 | 38.2 | 55.0 | 50.5 | 18.2 | 18.8 | 17.8 | 22.8 | — | — | 24.3 | — | — | 32.3 | 32.5 |
| Civics and government | — | 21.7 | 15.6 | 15.7 | 19.3 | 20.0 | 16.4 | 8.0 | — | — | 9.5 | — | — | 15.2 | 19.7 |
| Industrial subjects | — | — | — | 11.2 | 13.7 | 13.5 | 21.0 | 26.6 | — | — | 28.0 | — | — | 3.7 | 4.6 |
| Bookkeeping | — | — | — | 3.4 | 12.6 | 10.7 | 9.9 | 8.7 | — | — | 7.7 | — | — | 5.8 | 3.2 |
| Typewriting | — | — | — | — | 13.1 | 15.2 | 16.7 | 22.5 | — | — | 23.1 | — | — | 20.3 | 21.0 |
| Shorthand | — | — | — | — | 8.9 | 8.7 | 9.0 | 7.8 | — | — | 6.7 | — | — | 4.6 | 3.1 |
| Home economics | — | — | 3.8 | 12.9 | 14.3 | 16.5 | 16.7 | 24.2 | — | — | 23.1 | — | — | 20.4 | 23.9 |
| Agriculture | — | — | 4.7 | 7.2 | 5.1 | 3.7 | 3.6 | 6.7 | — | — | 6.2 | — | — | 2.7 | 3.3 |
| Physical education | — | — | — | — | 5.7 | 15.0 | 50.7 | 69.4 | — | — | 73.7 | — | — | 57.0 | 59.0 |
| Music | — | — | — | 31.5 | 25.3 | 26.0 | 25.5 | 30.1 | — | — | 28.0 | — | — | 25.1 | 21.6 |
| Art | — | — | — | 22.9 | 14.7 | 11.7 | 8.7 | 9.0 | — | — | 19.3 | — | — | 17.9 | 24.2 |

[1] For 1914–15 and earlier years, includes ancient, medieval, and modern history.

—Data not available.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Biennial Survey of Education in the United States; A Trend Study of High School Offerings and Enrollments: 1972–73 and 1981–82;* and *Digest of Education Statistics.* (This table was prepared October 1992.)

Pl.0177

**Table 17.—Student proficiency in reading, writing, mathematics, and science, by age and race/ethnicity: 1969–70 to 1989–90**

| Year and race/ethnicity | Reading | | | Writing | | | Mathematics | | | Science | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9-year-olds | 13-year-olds | 17-year-olds | Grade 4 | Grade 8 | Grade 11 | 9-year-olds | 13-year-olds | 17-year-olds | 9-year-olds | 13-year-olds | 17-year-olds |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| **Total** | | | | | | | | | | | | |
| 1969–70 | — | — | — | — | — | — | — | — | — | 225 | 255 | 305 |
| 1970–71 | 208 | 255 | 285 | — | — | — | — | — | — | — | — | — |
| 1972–73 | — | — | — | — | — | — | 219 | 266 | 304 | 220 | 250 | 296 |
| 1974–75 | 210 | 256 | 286 | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | 220 | 247 | 290 |
| 1977–78 | — | — | — | — | — | — | 219 | 264 | 300 | — | — | — |
| 1979–80 | 215 | 259 | 286 | — | — | — | — | — | — | — | — | — |
| 1981–82 | — | — | — | — | — | — | 219 | 269 | 299 | 221 | 250 | 283 |
| 1983–84 | 211 | 257 | 289 | 179 | 206 | 212 | — | — | — | — | — | — |
| 1985–86 | — | — | — | — | — | — | 222 | 269 | 302 | 224 | 251 | 289 |
| 1987–88 | 212 | 258 | 290 | 186 | 203 | 214 | — | — | — | — | — | — |
| 1989–90 | 209 | 257 | 290 | 183 | 198 | 212 | 230 | 270 | 305 | 229 | 255 | 290 |
| **White** | | | | | | | | | | | | |
| 1969–70 [1] | — | — | — | — | — | — | — | — | — | 236 | 263 | 312 |
| 1970–71 [1] | 214 | 261 | 291 | — | — | — | — | — | — | — | — | — |
| 1972–73 | — | — | — | — | — | — | 225 | 274 | 310 | 231 | 259 | 304 |
| 1974–75 | 217 | 262 | 293 | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | 230 | 256 | 298 |
| 1977–78 | — | — | — | — | — | — | 224 | 272 | 306 | — | — | — |
| 1979–80 | 221 | 264 | 293 | — | — | — | — | — | — | — | — | — |
| 1981–82 | — | — | — | — | — | — | 224 | 274 | 304 | 229 | 257 | 293 |
| 1983–84 | 218 | 263 | 295 | 186 | 210 | 218 | — | — | — | — | — | — |
| 1985–86 | — | — | — | — | — | — | 227 | 274 | 308 | 232 | 259 | 298 |
| 1987–88 | 218 | 261 | 295 | 193 | 207 | 219 | — | — | — | — | — | — |
| 1989–90 | 217 | 262 | 297 | 191 | 202 | 217 | 235 | 276 | 310 | 238 | 264 | 301 |
| **Black** | | | | | | | | | | | | |
| 1969–70 | — | — | — | — | — | — | — | — | — | 179 | 215 | 258 |
| 1970–71 | 170 | 222 | 239 | — | — | — | — | — | — | — | — | — |
| 1972–73 | — | — | — | — | — | — | 190 | 228 | 270 | 177 | 205 | 250 |
| 1974–75 | 181 | 226 | 241 | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | 175 | 208 | 240 |
| 1977–78 | — | — | — | — | — | — | 192 | 230 | 268 | — | — | — |
| 1979–80 | 189 | 233 | 243 | — | — | — | — | — | — | — | — | — |
| 1981–82 | — | — | — | — | — | — | 195 | 240 | 272 | 187 | 217 | 235 |
| 1983–84 | 186 | 236 | 264 | 154 | 190 | 195 | — | — | — | — | — | — |
| 1985–86 | — | — | — | — | — | — | 202 | 249 | 279 | 196 | 222 | 253 |
| 1987–88 | 189 | 243 | 274 | 154 | 190 | 200 | — | — | — | — | — | — |
| 1989–90 | 182 | 242 | 267 | 155 | 182 | 194 | 208 | 249 | 289 | 196 | 226 | 253 |
| **Hispanic** | | | | | | | | | | | | |
| 1972–73 | — | — | — | — | — | — | 202 | 239 | 277 | — | — | — |
| 1974–75 | 183 | 233 | 252 | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | 192 | 213 | 262 |
| 1977–78 | — | — | — | — | — | — | 203 | 238 | 276 | — | — | — |
| 1979–80 | 190 | 237 | 261 | — | — | — | — | — | — | — | — | — |
| 1981–82 | — | — | — | — | — | — | 204 | 252 | 277 | 189 | 226 | 249 |
| 1983–84 | 187 | 240 | 268 | 163 | 191 | 188 | — | — | — | — | — | — |
| 1985–86 | — | — | — | — | — | — | 205 | 254 | 283 | 199 | 226 | 259 |
| 1987–88 | 194 | 240 | 271 | 169 | 188 | 199 | — | — | — | — | — | — |
| 1989–90 | 189 | 238 | 275 | 168 | 189 | 198 | 214 | 255 | 284 | 206 | 232 | 262 |

[1] Includes persons of Hispanic origin.

—Data not available.

SOURCE: U.S. Department of Education, National Center for Education Statistics, National Assessment of Educational Progress, *Trends in Academic Progress*, November 1991. (This table was prepared December 1992.)

**Table 18.—Percentage of students at or above selected reading, mathematics, and science proficiency levels, by age and race/ethnicity: 1970–71 to 1989–90**

| Age, year and race/ethnicity | Reading | | | | | Mathematics | | | | | Science | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Level 150[1] | Level 200[2] | Level 250[3] | Level 300[4] | Level 350[5] | Level 150[6] | Level 200[7] | Level 250[8] | Level 300[9] | Level 350[10] | Level 150[11] | Level 200[12] | Level 250[13] | Level 300[14] | Level 350[15] |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| **9-year-olds[16]** | | | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | | | |
| 1970–71 | 90.6 | 58.7 | 15.6 | 0.9 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1974–75 | 93.1 | 62.1 | 14.6 | 0.6 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | — | 93.5 | 68.0 | 25.7 | 3.2 | 0.1 |
| 1977–78 | — | — | — | — | — | 96.7 | 70.4 | 19.6 | 0.8 | 0.0 | — | — | — | — | — |
| 1979–80 | 94.6 | 67.7 | 17.7 | 0.6 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1981–82 | — | — | — | — | — | 97.1 | 71.4 | 18.8 | 0.6 | 0.0 | — | — | — | — | — |
| 1983–84 | 92.3 | 61.5 | 17.2 | 1.0 | 0.0 | — | — | — | — | — | 95.2 | 70.7 | 24.3 | 2.3 | 0.0 |
| 1985–86 | — | — | — | — | — | 97.9 | 74.1 | 20.7 | 0.6 | 0.0 | 96.2 | 72.0 | 27.5 | 3.0 | 0.1 |
| 1987–88 | 92.7 | 62.6 | 17.5 | 1.4 | 0.0 | — | — | — | — | — | 96.2 | 72.0 | 27.5 | 3.0 | 0.1 |
| 1989–90 | 90.1 | 58.9 | 18.4 | 1.7 | 0.0 | 99.1 | 81.5 | 27.7 | 1.2 | 0.0 | 97.0 | 76.4 | 31.1 | 3.1 | 0.1 |
| **White** | | | | | | | | | | | | | | | |
| 1970–71[17] | 94.0 | 65.0 | 18.0 | 1.1 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1974–75 | 96.0 | 69.0 | 17.4 | 0.7 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | — | 97.7 | 76.8 | 30.8 | 3.9 | 0.1 |
| 1977–78 | — | — | — | — | — | 98.3 | 76.3 | 22.9 | 0.9 | 0.0 | — | — | — | — | — |
| 1979–80 | 97.1 | 74.2 | 21.0 | 0.8 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1981–82 | — | — | — | — | — | 98.5 | 76.8 | 21.8 | 0.6 | 0.0 | — | — | — | — | — |
| 1983–84 | 95.4 | 68.6 | 20.9 | 1.2 | 0.0 | — | — | — | — | — | 98.3 | 78.4 | 29.4 | 2.9 | 0.1 |
| 1985–86 | — | — | — | — | — | 98.8 | 79.6 | 24.6 | 0.8 | 0.0 | 98.2 | 78.9 | 32.7 | 3.8 | 0.1 |
| 1987–88 | 95.1 | 68.4 | 20.3 | 1.6 | 0.0 | — | — | — | — | — | 98.2 | 78.9 | 32.7 | 3.8 | 0.1 |
| 1989–90 | 93.5 | 66.0 | 22.6 | 2.2 | 0.0 | 99.6 | 86.9 | 32.7 | 1.5 | 0.0 | 99.2 | 84.4 | 37.5 | 3.9 | 0.1 |
| **Black** | | | | | | | | | | | | | | | |
| 1970–71 | 69.7 | 22.0 | 1.6 | 0.0 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1974–75 | 80.7 | 31.6 | 2.0 | 0.0 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | — | 72.4 | 27.2 | 3.5 | 0.2 | 0.0 |
| 1977–78 | — | — | — | — | — | 88.4 | 42.0 | 4.1 | 0.0 | 0.0 | — | — | — | — | — |
| 1979–80 | 84.9 | 41.3 | 4.1 | 0.0 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1981–82 | — | — | — | — | — | 90.2 | 46.1 | 4.4 | 0.0 | 0.0 | 82.1 | 38.9 | 3.9 | 0.1 | 0.0 |
| 1983–84 | 81.3 | 36.6 | 4.5 | 0.1 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1985–86 | — | — | — | — | — | 93.9 | 53.4 | 5.6 | 0.1 | 0.0 | 88.6 | 46.2 | 8.3 | 0.3 | 0.0 |
| 1987–88 | 83.2 | 39.4 | 5.6 | 0.2 | 0.0 | — | — | — | — | — | 88.6 | 46.2 | 8.3 | 0.3 | 0.0 |
| 1989–90 | 76.9 | 33.9 | 5.2 | 0.3 | 0.0 | 96.9 | 60.0 | 9.4 | 0.1 | 0.0 | 88.0 | 46.4 | 8.5 | 0.1 | 0.0 |
| **Hispanic** | | | | | | | | | | | | | | | |
| 1974–75 | 80.8 | 34.6 | 2.6 | 0.0 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | — | 84.6 | 42.0 | 8.8 | 0.3 | 0.0 |
| 1977–78 | — | — | — | — | — | 93.0 | 54.2 | 9.2 | 0.2 | 0.0 | — | — | — | — | — |
| 1979–80 | 84.5 | 41.6 | 5.0 | 0.0 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1981–82 | — | — | — | — | — | 94.3 | 55.7 | 7.8 | 0.0 | 0.0 | 85.1 | 40.2 | 4.2 | 0.0 | 0.0 |
| 1983–84 | 82.0 | 39.6 | 4.3 | 0.1 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1985–86 | — | — | — | — | — | 96.4 | 57.6 | 7.3 | 0.1 | 0.0 | 89.6 | 50.1 | 10.7 | 0.2 | 0.0 |
| 1987–88 | 85.6 | 45.9 | 8.6 | 0.4 | 0.0 | — | — | — | — | — | 89.6 | 50.1 | 10.7 | 0.2 | 0.0 |
| 1989–90 | 83.7 | 40.9 | 5.8 | 0.2 | 0.0 | 98.0 | 68.4 | 11.3 | 0.2 | 0.0 | 93.6 | 56.3 | 11.6 | 0.4 | 0.0 |
| **13-year-olds[16]** | | | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | | | |
| 1970–71 | 99.8 | 93.0 | 57.8 | 9.8 | 0.1 | — | — | — | — | — | — | — | — | — | — |
| 1974–75 | 99.7 | 93.2 | 58.6 | 10.2 | 0.2 | — | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | — | 98.5 | 86.0 | 48.8 | 11.1 | 0.7 |
| 1977–78 | — | — | — | — | — | 99.8 | 94.6 | 64.9 | 18.0 | 1.0 | — | — | — | — | — |
| 1979–80 | 99.9 | 94.8 | 60.7 | 11.3 | 0.2 | — | — | — | — | — | — | — | — | — | — |

Pl.0179

**Table 18.—Percentage of students at or above selected reading, mathematics, and science proficiency levels, by age and race/ethnicity: 1970–71 to 1989–90—Continued**

| Age, year and race/ethnicity | Reading | | | | | Mathematics | | | | | Science | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Level 150[1] | Level 200[2] | Level 250[3] | Level 300[4] | Level 350[5] | Level 150[6] | Level 200[7] | Level 250[8] | Level 300[9] | Level 350[10] | Level 150[11] | Level 200[12] | Level 250[13] | Level 300[14] | Level 350[15] |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 1981–82 | 99.8 | 93.9 | 59.0 | 11.0 | 0.3 | 100.0 | 97.7 | 71.4 | 17.4 | 0.5 | 99.5 | 89.8 | 50.9 | 9.6 | 0.4 |
| 1983–84 | — | — | — | — | — | 100.0 | 98.6 | 73.3 | 15.8 | 0.4 | — | — | — | — | — |
| 1985–86 | — | — | — | — | — | — | — | — | — | — | 99.7 | 91.6 | 52.5 | 9.1 | 0.2 |
| 1987–88 | 99.9 | 94.9 | 58.7 | 10.9 | 0.2 | — | — | — | — | — | — | — | — | — | — |
| 1989–90 | 99.8 | 93.8 | 58.7 | 11.0 | 0.4 | 100.0 | 98.5 | 74.7 | 17.3 | 0.4 | 99.7 | 92.3 | 56.5 | 11.2 | 0.4 |
| **White** | | | | | | | | | | | | | | | |
| 1970–71 [17] | 99.9 | 96.2 | 64.2 | 11.3 | 0.2 | — | — | — | — | — | — | — | — | — | — |
| 1974–75 | 99.9 | 96.4 | 65.5 | 12.1 | 0.3 | — | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | — | 99.6 | 92.2 | 56.5 | 13.4 | 0.8 |
| 1977–78 | — | — | — | — | — | 100.0 | 97.6 | 72.9 | 21.4 | 1.2 | — | — | — | — | — |
| 1979–80 | 100.0 | 97.1 | 67.8 | 13.6 | 0.3 | — | — | — | — | — | — | — | — | — | — |
| 1981–82 | 99.9 | 96.2 | 65.3 | 13.1 | 0.4 | 100.0 | 99.1 | 78.3 | 20.5 | 0.6 | 99.9 | 94.4 | 58.3 | 11.5 | 0.4 |
| 1983–84 | — | — | — | — | — | 100.0 | 99.3 | 78.9 | 18.6 | 0.4 | — | — | — | — | — |
| 1985–86 | — | — | — | — | — | — | — | — | — | — | 99.9 | 96.1 | 61.0 | 11.3 | 0.3 |
| 1987–88 | 99.9 | 96.0 | 63.7 | 12.4 | 0.3 | — | — | — | — | — | — | — | — | — | — |
| 1989–90 | 99.9 | 96.0 | 64.8 | 13.3 | 0.5 | 100.0 | 99.4 | 82.0 | 21.0 | 0.4 | 100.0 | 96.9 | 66.5 | 14.2 | 0.5 |
| **Black** | | | | | | | | | | | | | | | |
| 1970–71 | 98.6 | 74.2 | 21.1 | 0.8 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1974–75 | 98.4 | 76.9 | 24.8 | 1.5 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | — | 93.1 | 57.3 | 14.9 | 1.2 | 0.0 |
| 1977–78 | — | — | — | — | — | 98.6 | 79.7 | 28.7 | 2.3 | 0.0 | — | — | — | — | — |
| 1979–80 | 99.3 | 84.1 | 30.1 | 1.8 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1981–82 | 99.4 | 85.5 | 34.6 | 2.8 | 0.0 | 99.8 | 90.2 | 37.9 | 2.9 | 0.0 | 97.5 | 68.6 | 17.1 | 0.8 | 0.0 |
| 1983–84 | — | — | — | — | — | 100.0 | 95.4 | 49.0 | 4.0 | 0.1 | — | — | — | — | — |
| 1985–86 | — | — | — | — | — | — | — | — | — | — | 99.0 | 73.6 | 19.6 | 1.1 | 0.0 |
| 1987–88 | 99.8 | 91.3 | 40.2 | 4.6 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1989–90 | 99.4 | 87.7 | 41.7 | 4.6 | 0.1 | 100.0 | 95.4 | 48.7 | 3.9 | 0.1 | 98.8 | 77.6 | 24.3 | 1.5 | 0.1 |
| **Hispanic** | | | | | | | | | | | | | | | |
| 1974–75 | 99.6 | 81.3 | 32.0 | 2.2 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | — | 94.3 | 62.2 | 18.1 | 1.8 | 0.0 |
| 1977–78 | — | — | — | — | — | 99.6 | 86.4 | 36.0 | 4.0 | 0.1 | — | — | — | — | — |
| 1979–80 | 99.7 | 86.8 | 35.4 | 2.3 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1981–82 | 99.5 | 86.7 | 39.0 | 4.1 | 0.1 | 99.9 | 95.9 | 52.2 | 6.3 | 0.0 | 98.0 | 75.5 | 24.1 | 2.4 | 0.0 |
| 1983–84 | — | — | — | — | — | 100.0 | 96.9 | 56.0 | 5.5 | 0.2 | 99.0 | 76.7 | 24.9 | 1.5 | 0.0 |
| 1985–86 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 1987–88 | 99.2 | 87.4 | 38.0 | 4.4 | 0.0 | — | — | — | — | — | — | — | — | — | — |
| 1989–90 | 99.1 | 85.8 | 37.2 | 3.9 | 0.1 | 99.9 | 96.8 | 56.7 | 6.4 | 0.1 | 98.9 | 80.2 | 30.0 | 3.3 | 0.1 |
| **17-year-olds [16]** | | | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | | | |
| 1970–71 | 99.6 | 96.0 | 78.6 | 39.0 | 6.8 | — | — | — | — | — | — | — | — | — | — |
| 1974–75 | 99.7 | 96.4 | 80.1 | 38.7 | 6.2 | — | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | — | 99.8 | 97.1 | 81.6 | 41.7 | 8.5 |
| 1977–78 | — | — | — | — | — | 100.0 | 99.8 | 92.0 | 51.5 | 7.3 | — | — | — | — | — |
| 1979–80 | 99.9 | 97.2 | 80.7 | 37.8 | 5.3 | — | — | — | — | — | — | — | — | — | — |
| 1981–82 | — | — | — | — | — | 100.0 | 99.9 | 93.0 | 48.5 | 5.5 | — | — | — | — | — |
| 1983–84 | 100.0 | 98.3 | 83.1 | 40.3 | 5.7 | — | — | — | — | — | — | — | — | — | — |
| 1985–86 | — | — | — | — | — | 100.0 | 99.9 | 95.6 | 51.7 | 6.5 | 99.9 | 97.1 | 80.7 | 41.3 | 7.9 |
| 1987–88 | 100.0 | 98.9 | 85.7 | 40.9 | 4.6 | — | — | — | — | — | — | — | — | — | — |
| 1989–90 | 99.9 | 98.1 | 84.1 | 41.4 | 7.0 | 100.0 | 100.0 | 96.0 | 56.1 | 7.2 | 99.9 | 96.7 | 81.2 | 43.3 | 9.2 |
| **White** | | | | | | | | | | | | | | | |
| 1970–71 [17] | 99.9 | 97.9 | 83.7 | 43.2 | 7.7 | — | — | — | — | — | — | — | — | — | — |
| 1974–75 | 99.9 | 98.6 | 86.2 | 43.9 | 7.2 | — | — | — | — | — | — | — | — | — | — |
| 1976–77 | — | — | — | — | — | — | — | — | — | — | 100.0 | 99.2 | 88.2 | 47.5 | 10.0 |
| 1977–78 | — | — | — | — | — | 100.0 | 100.0 | 95.6 | 57.6 | 8.5 | — | — | — | — | — |

**Table 18.—Percentage of students at or above selected reading, mathematics, and science proficiency levels, by age and race/ethnicity: 1970–71 to 1989–90—Continued**

| Age, year and race/ethnicity | Reading | | | | | Mathematics | | | | | Science | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Level 150[1] | Level 200[2] | Level 250[3] | Level 300[4] | Level 350[5] | Level 150[6] | Level 200[7] | Level 250[8] | Level 300[9] | Level 350[10] | Level 150[11] | Level 200[12] | Level 250[13] | Level 300[14] | Level 350[15] |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 1979–80 | 100.0 | 99.1 | 86.9 | 43.3 | 6.2 | — | — | — | — | — | — | — | — | — | — |
| 1981–82 | — | | | | | 100.0 | 100.0 | 96.2 | 54.7 | 6.4 | 100.0 | 98.6 | 84.9 | 43.9 | 8.6 |
| 1983–84 | 100.0 | 99.0 | 88.0 | 46.3 | 6.9 | — | | | | | — | | | | |
| 1985–86 | — | | | | | 100.0 | 100.0 | 98.0 | 59.1 | 7.9 | 100.0 | 98.8 | 87.8 | 48.7 | 9.6 |
| 1987–88 | 100.0 | 99.3 | 88.7 | 45.4 | 5.5 | — | | | | | — | | | | |
| 1989–90 | 100.0 | 98.8 | 88.3 | 47.5 | 8.7 | 100.0 | 100.0 | 97.6 | 63.2 | 8.3 | 100.0 | 99.0 | 89.6 | 51.2 | 11.4 |
| **Black** | | | | | | | | | | | | | | | |
| 1970–71 | 97.6 | 81.9 | 40.1 | 7.7 | 0.4 | — | | | | | — | | | | |
| 1974–75 | 97.7 | 82.0 | 43.0 | 8.1 | 0.4 | — | | | | | — | | | | |
| 1976–77 | — | | | | | — | | | | | 98.5 | 83.6 | 40.5 | 7.7 | 0.4 |
| 1977–78 | — | | | | | 100.0 | 98.8 | 70.7 | 16.8 | 0.5 | — | | | | |
| 1979–80 | 99.0 | 85.6 | 44.0 | 7.1 | 0.2 | — | | | | | — | | | | |
| 1981–82 | — | | | | | 100.0 | 99.7 | 76.4 | 17.1 | 0.5 | 97.9 | 79.7 | 35.0 | 6.5 | 0.2 |
| 1983–84 | 99.9 | 95.9 | 65.7 | 16.2 | 0.9 | — | | | | | — | | | | |
| 1985–86 | — | | | | | 100.0 | 100.0 | 85.6 | 20.8 | 0.2 | 99.7 | 90.9 | 52.2 | 12.5 | 0.9 |
| 1987–88 | 100.0 | 98.0 | 75.8 | 24.9 | 1.4 | — | | | | | — | | | | |
| 1989–90 | 99.6 | 95.7 | 69.1 | 19.7 | 1.5 | 100.0 | 99.9 | 92.4 | 32.8 | 2.0 | 99.4 | 88.3 | 51.4 | 15.7 | 1.5 |
| **Hispanic** | | | | | | | | | | | | | | | |
| 1974–75 | 99.3 | 88.7 | 52.9 | 12.6 | 1.2 | — | | | | | — | | | | |
| 1976–77 | — | | | | | — | | | | | 99.7 | 93.1 | 61.5 | 18.5 | 1.8 |
| 1977–78 | — | | | | | 100.0 | 99.3 | 78.3 | 23.4 | 1.4 | — | | | | |
| 1979–80 | 99.8 | 93.3 | 62.2 | 16.5 | 1.3 | — | | | | | — | | | | |
| 1981–82 | — | | | | | 100.0 | 99.8 | 81.4 | 21.6 | 0.7 | 98.9 | 86.9 | 48.0 | 11.1 | 1.4 |
| 1983–84 | 99.8 | 95.6 | 68.3 | 21.2 | 2.0 | — | | | | | — | | | | |
| 1985–86 | — | | | | | 100.0 | 99.4 | 89.3 | 26.5 | 1.1 | 99.8 | 93.3 | 60.0 | 14.8 | 1.1 |
| 1987–88 | 99.9 | 96.3 | 71.5 | 23.3 | 1.3 | — | | | | | — | | | | |
| 1989–90 | 99.7 | 95.9 | 75.2 | 27.1 | 2.4 | 100.0 | 99.6 | 85.8 | 30.1 | 1.9 | 99.6 | 91.9 | 59.9 | 21.1 | 2.1 |

[1] Able to follow brief written directions and select phrases to describe pictures.
[2] Able to understand combined ideas and make references based on short uncomplicated passages about specific or sequentially related information.
[3] Able to search for specific information, interrelate ideas, and make generalizations about literature, science, and social studies materials.
[4] Able to find, understand, summarize, and explain relatively complicated literary and informational material.
[5] Able to understand the links between ideas even when those links are not explicitly stated and to make appropriate generalizations even when the text lacks clear introductions or explanations.
[6] Able to perform elementary addition and subtraction.
[7] Able to perform simple additive reasoning and problem solving.
[8] Able to perform simple multiplicative reasoning and 2–step problem solving.
[9] Able to perform reasoning and problem solving involving fractions, decimals, percents, elementary geometry, and simple algebra.
[10] Able to perform reasoning and problem solving involving geometry, algebra, and beginning statistics and probability.
[11] Exhibit knowledge of some general scientific facts of the type that could be learned from everyday experiences.
[12] Developing some understanding of simple scientific principles, particularly in the life sciences.

[13] Able to interpret data from simple tables and make inferences about the outcomes of experimental procedures. Exhibit knowledge and understanding of the life sciences, and also demonstrate some knowledge of basic information from the physical sciences.
[14] Able to evaluate the appropriateness of the design of an experiment and have the skill to apply scientific knowledge in interpreting information from text and graphs. Exhibit a growing understanding of principles from the physical sciences.
[15] Able to infer relationships and draw conclusions using detailed scientific knowledge from the physical sciences, particularly chemistry. Able to apply basic principles of genetics and interpret the societal implications of research in this field.
[16] All participants of this age were in school.
[17] Includes persons of Hispanic origin.

—Data not available.

SOURCE: U.S. Department of Education, National Center for Education Statistics, National Assessment of Educational Progress, *Trends in Academic Progress,* November 1991. (This table was prepared December 1992.)

Pl.0181

### Table 19.—High school graduates, by sex and control of institution: 1869–70 to 1991–92

[Numbers in thousands]

| School year | Population 17 years old [1] | High school graduates | | | | | Graduates per 100 17-year-olds |
| | | Total | Sex | | Control | | |
| | | | Male | Female | Public [2] | Private [3] | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 1869–70 ..................... | 815 | 16 | 7 | 9 | — | — | 2.0 |
| 1879–80 ..................... | 946 | 24 | 11 | 13 | — | — | 2.5 |
| 1889–90 ..................... | 1,259 | 44 | 19 | 25 | 22 | 22 | 3.5 |
| 1899–1900 .................. | 1,489 | 95 | 38 | 57 | 62 | 33 | 6.4 |
| 1909–10 ..................... | 1,786 | 156 | 64 | 93 | 111 | 45 | 8.8 |
| 1919–20 ..................... | 1,855 | 311 | 124 | 188 | 231 | 80 | 16.8 |
| 1929–30 ..................... | 2,296 | 667 | 300 | 367 | 592 | 75 | 29.0 |
| 1930–31 ..................... | 2,327 | 747 | 337 | 409 | — | — | 32.1 |
| 1931–32 ..................... | 2,330 | 827 | 375 | 452 | — | — | 35.5 |
| 1932–33 ..................... | 2,335 | 871 | 403 | 468 | — | — | 37.3 |
| 1933–34 ..................... | 2,334 | 915 | 432 | 483 | — | — | 39.2 |
| 1934–35 ..................... | 2,348 | 965 | 459 | 506 | — | — | 41.1 |
| 1935–36 ..................... | 2,377 | 1,015 | 486 | 530 | — | — | 42.7 |
| 1936–37 ..................... | 2,416 | 1,068 | 505 | 563 | — | — | 44.2 |
| 1937–38 ..................... | 2,456 | 1,120 | 524 | 596 | — | — | 45.6 |
| 1939–40 ..................... | 2,403 | 1,221 | 579 | 643 | 1,143 | 78 | 50.8 |
| 1941–42 ..................... | 2,421 | 1,242 | 577 | 666 | — | — | 51.3 |
| 1943–44 ..................... | 2,386 | 1,019 | 424 | 595 | — | — | 42.7 |
| 1945–46 ..................... | 2,278 | 1,080 | 467 | 613 | — | — | 47.4 |
| 1947–48 ..................... | 2,261 | 1,190 | 563 | 627 | 1,073 | 117 | 52.6 |
| 1949–50 ..................... | 2,034 | 1,200 | 571 | 629 | 1,063 | 136 | 59.0 |
| 1951–52 ..................... | 2,086 | 1,197 | 569 | 627 | 1,056 | 141 | 57.4 |
| 1953–54 ..................... | 2,135 | 1,276 | 613 | 664 | 1,129 | 147 | 59.8 |
| 1955–56 ..................... | 2,242 | 1,415 | 680 | 735 | 1,252 | 163 | 63.1 |
| 1956–57 ..................... | 2,272 | 1,434 | 690 | 744 | 1,270 | 164 | 63.1 |
| 1957–58 ..................... | 2,325 | 1,506 | 725 | 781 | 1,332 | 174 | 64.8 |
| 1958–59 ..................... | 2,458 | 1,627 | 784 | 843 | 1,435 | 192 | 66.2 |
| 1959–60 ..................... | 2,672 | 1,858 | 895 | 963 | 1,627 | 231 | 69.5 |
| 1960–61 ..................... | 2,892 | 1,964 | 955 | 1,009 | 1,725 | 239 | 67.9 |
| 1961–62 ..................... | 2,768 | 1,918 | 938 | 980 | 1,678 | 240 | 69.3 |
| 1962–63 ..................... | 2,740 | 1,943 | 956 | 987 | 1,710 | 233 | 70.9 |
| 1963–64 ..................... | 2,978 | 2,283 | 1,120 | 1,163 | 2,008 | 275 | 76.7 |
| 1964–65 ..................... | 2,684 | 2,658 | 1,311 | 1,347 | 2,360 | 298 | 72.1 |
| 1965–66 ..................... | 3,489 | 2,665 | 1,323 | 1,342 | 2,367 | 298 | 76.4 |
| 1966–67 ..................... | 3,500 | 2,672 | 1,328 | 1,344 | 2,374 | 298 | 76.3 |
| 1967–68 ..................... | 3,532 | 2,695 | 1,338 | 1,357 | 2,395 | 300 | 76.3 |
| 1968–69 ..................... | 3,659 | 2,822 | 1,399 | 1,423 | 2,522 | 300 | 77.1 |
| 1969–70 ..................... | 3,757 | 2,889 | 1,430 | 1,459 | 2,589 | 300 | 76.9 |
| 1970–71 ..................... | 3,872 | 2,937 | 1,454 | 1,483 | 2,637 | 300 | 75.9 |
| 1971–72 ..................... | 3,973 | 3,001 | 1,487 | 1,514 | 2,699 | 302 | 75.5 |
| 1972–73 ..................... | 4,049 | 3,036 | 1,500 | 1,536 | 2,730 | 306 | 75.0 |
| 1973–74 ..................... | 4,132 | 3,073 | 1,512 | 1,561 | 2,763 | 310 | 74.4 |
| 1974–75 ..................... | 4,256 | 3,133 | 1,542 | 1,591 | 2,823 | 310 | 73.6 |
| 1975–76 ..................... | 4,272 | 3,148 | 1,552 | 1,596 | 2,837 | 311 | 73.7 |
| 1976–77 ..................... | 4,272 | 3,155 | 1,548 | 1,607 | 2,840 | 315 | 73.9 |
| 1977–78 ..................... | 4,286 | 3,127 | 1,531 | 1,596 | 2,825 | 302 | 73.0 |
| 1978–79 ..................... | 4,327 | 3,117 | 1,523 | 1,594 | 2,817 | 300 | 72.0 |
| 1979–80 ..................... | 4,262 | 3,043 | 1,491 | 1,537 | 2,748 | 295 | 71.4 |
| 1980–81 ..................... | 4,207 | 3,020 | 1,483 | 1,537 | 2,725 | 295 | 71.8 |
| 1981–82 ..................... | 4,121 | 2,995 | 1,471 | 1,524 | 2,705 | 290 | 72.7 |
| 1982–83 ..................... | 3,939 | 2,888 | 1,437 | 1,451 | 2,598 | 290 | 73.3 |
| 1983–84 ..................... | 3,753 | 2,767 | [4]1,313 | [4]1,454 | 2,495 | 272 | 73.7 |
| 1984–85 ..................... | 3,658 | 2,677 | [4]1,291 | [4]1,386 | 2,414 | 263 | 73.2 |
| 1985–86 ..................... | 3,621 | 2,643 | [4]1,263 | [4]1,380 | 2,383 | 260 | 73.0 |
| 1986–87 ..................... | 3,697 | 2,694 | [4]1,301 | [4]1,393 | 2,429 | 265 | 72.9 |
| 1987–88 ..................... | 3,781 | 2,773 | [4]1,384 | [4]1,389 | 2,500 | 273 | 73.4 |
| 1988–89 ..................... | 3,761 | 2,727 | [4]1,343 | [4]1,384 | 2,459 | 268 | 72.5 |
| 1989–90 ..................... | 3,485 | 2,587 | [4]1,285 | [4]1,302 | 2,320 | 268 | 74.2 |
| 1990–91 [5] ................. | 3,325 | 2,511 | [4]1,257 | [4]1,254 | 2,263 | 247 | 75.5 |
| 1991–92 [5] ................. | 3,286 | 2,485 | — | — | 2,251 | 234 | 75.6 |

[1] Population as of July 1, derived from *Current Population Reports,* Series P-25. Adjusted to reflect October 17–year-old population.

[2] Data for 1929–30 and preceding years are from *Statistics of Public High Schools* and exclude graduates of high schools which failed to report to the Office of Education.

[3] For most years, private school data have been estimated based on periodic private school surveys. For years through 1957–58, private includes data for subcollegiate departments of institutions of higher education and residential schools for exceptional children.

[4] Estimates based on data published by the Bureau of Labor Statistics.

[5] Public high school graduates based on state estimates.

—Data not available.

SOURCE: U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970; Current Population Reports,* Series P-25; U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics,* various years. (This table was prepared September 1992.)

Pl.0182

**Table 20.—Public school districts and public and private elementary and secondary schools: 1929–30 to 1990–91**

| School year | Public school districts[1] | Public schools[2] | | Elementary schools | | Secondary schools | Private schools[2,3] | | |
| | | Total, all schools[4] | Total, regular schools[5] | Total | One-teacher | | Total[4] | Elementary | Secondary |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1929–30 | — | — | — | 238,306 | 149,282 | 23,930 | — | 9,275 | 3,258 |
| 1937–38 | 119,001 | — | — | 221,660 | 121,178 | 25,467 | — | 9,992 | 3,327 |
| 1939–40 | 117,108 | — | — | — | 113,600 | — | — | 11,306 | 3,568 |
| 1945–46 | 101,382 | — | — | 160,227 | 86,563 | 24,314 | — | 9,863 | 3,294 |
| 1947–48 | 94,926 | — | — | 146,760 | 75,096 | 25,484 | — | 10,071 | 3,292 |
| 1949–50 | 83,718 | — | — | 128,225 | 59,652 | 24,542 | — | 10,375 | 3,331 |
| 1951–52 | 71,094 | — | — | 123,763 | 50,742 | 23,746 | — | 10,666 | 3,322 |
| 1953–54 | 63,057 | — | — | 110,875 | 42,865 | 25,637 | — | 11,739 | 3,913 |
| 1955–56 | 54,859 | — | — | 104,427 | 34,964 | 26,046 | — | 12,372 | 3,887 |
| 1957–58 | 47,594 | — | — | 95,446 | 25,341 | 25,507 | — | 13,065 | 3,994 |
| 1959–60 | 40,520 | — | — | 91,853 | 20,213 | 25,784 | — | 13,574 | 4,061 |
| 1961–62 | 35,676 | — | — | 81,910 | 13,333 | 25,350 | — | 14,762 | 4,129 |
| 1963–64 | 31,705 | — | — | 77,584 | 9,895 | 26,431 | — | — | 4,451 |
| 1965–66 | 26,983 | — | — | 73,216 | 6,491 | 26,597 | 17,849 | 15,340 | 4,606 |
| 1967–68 | 22,010 | — | 94,197 | 70,879 | 4,146 | 27,011 | — | — | — |
| 1970–71 | 17,995 | — | 89,372 | 65,800 | 1,815 | 25,352 | — | 14,372 | 3,770 |
| 1973–74 | 16,730 | — | 88,655 | 65,070 | 1,365 | 25,906 | — | — | — |
| 1975–76 | 16,376 | 88,597 | 87,034 | 63,242 | 1,166 | 25,330 | — | — | — |
| 1976–77 | 16,271 | — | 86,501 | 62,644 | 1,111 | 25,378 | 19,910 | 16,385 | 5,904 |
| 1978–79 | 16,014 | — | 84,816 | 61,982 | 1,056 | 24,504 | 19,489 | 16,097 | 5,766 |
| 1980–81 | 15,912 | 85,982 | 83,688 | 61,069 | 921 | 24,362 | 20,764 | 16,792 | 5,678 |
| 1982–83 | 15,824 | 84,740 | 82,039 | 59,656 | 798 | 23,988 | — | — | — |
| 1983–84 | 15,747 | 84,178 | 81,418 | 59,082 | 838 | 23,947 | [6]27,694 | [6]20,872 | [6]7,862 |
| 1984–85 | — | 84,007 | 81,147 | 58,827 | 825 | 23,916 | — | — | — |
| 1985–86 | — | — | — | — | — | — | [6]25,616 | [6]20,252 | [6]7,387 |
| 1986–87 | [7]15,713 | 83,455 | 82,190 | 60,784 | 763 | 23,389 | — | — | — |
| 1987–88 | [7]15,577 | 83,248 | 82,248 | 61,490 | 729 | 22,937 | [6]26,807 | [6]22,959 | [6]8,418 |
| 1988–89 | [7]15,376 | 83,165 | 82,081 | 61,531 | 583 | 22,785 | — | — | — |
| 1989–90 | [7]15,367 | 83,425 | 82,396 | 62,037 | 630 | 22,639 | — | — | — |
| 1990–91 | [7]15,358 | 84,538 | 81,746 | 61,340 | 617 | 22,731 | — | — | — |

[1] Includes operating and nonoperating districts.
[2] Schools with both elementary and secondary programs are included under elementary schools and also under secondary schools.
[3] Data for most years are partly estimated.
[4] Includes regular schools and special schools not classified by grade span.
[5] Includes elementary, secondary, and combined elementary/secondary schools.
[6] These data are from sample surveys and should not be compared directly with the data for earlier years.
[7] Because of expanded survey coverage, data are not directly comparable with figures for earlier years.

—Data not available.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Statistics of State School Systems; Statistics of Public Elementary and Secondary School Systems; Statistics of Nonpublic Elementary and Secondary Schools; Private Schools in American Education;* and Common Core of Data surveys. (This table was prepared April 1992.)

Pl.0183

**Table 21.—Revenues for public elementary and secondary schools, by source of funds: 1889–90 to 1989–90**

| School year | In thousands | | | | Percentage distribution | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | Federal | State [1] | Local (including intermediate) [2] | Total | Federal | State [1] | Local (including intermediate) [2] |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 1889–90 [3] .... | $143,195 | — | $26,345 | $97,222 | 100.0 | — | 21.3 | 78.7 |
| 1890–91 [3] .... | 147,915 | — | 27,632 | 100,359 | 100.0 | — | 21.6 | 78.4 |
| 1891–92 [3] .... | 157,175 | — | 29,908 | 105,630 | 100.0 | — | 22.1 | 77.9 |
| 1892–93 [3] .... | 165,023 | — | 33,695 | 108,425 | 100.0 | — | 23.7 | 76.3 |
| 1893–94 [3] .... | 170,404 | — | 32,750 | 112,785 | 100.0 | — | 22.5 | 77.5 |
| 1894–95 [3] .... | 176,565 | — | 34,638 | 118,915 | 100.0 | — | 22.6 | 77.4 |
| 1895–96 [3] .... | 182,480 | — | 35,032 | 124,880 | 100.0 | — | 21.9 | 78.1 |
| 1896–97 [3] .... | 191,959 | — | 33,942 | 130,318 | 100.0 | — | 20.7 | 79.3 |
| 1897–98 [3] .... | 199,833 | — | 35,122 | 135,516 | 100.0 | — | 20.6 | 79.4 |
| 1898–99 [3] .... | 203,337 | — | 35,341 | 144,898 | 100.0 | — | 19.6 | 80.4 |
| 1899–1900 [3] .... | 219,766 | — | 37,887 | 149,487 | 100.0 | — | 20.2 | 79.8 |
| 1900–01 [3] .... | 235,339 | — | 36,281 | 163,897 | 100.0 | — | 18.1 | 81.9 |
| 1901–02 [3] .... | 245,498 | — | 39,216 | 173,151 | 100.0 | — | 18.5 | 81.5 |
| 1902–03 [3] .... | 251,637 | — | 40,456 | 173,731 | 100.0 | — | 18.9 | 81.1 |
| 1903–04 [3] .... | 279,134 | — | 42,553 | 193,216 | 100.0 | — | 18.0 | 82.0 |
| 1904–05 [3] .... | 301,819 | — | 44,349 | 210,168 | 100.0 | — | 17.4 | 82.6 |
| 1905–06 [3] .... | 322,106 | — | 47,943 | 223,491 | 100.0 | — | 17.7 | 82.3 |
| 1906–07 [3] .... | 355,016 | — | 44,706 | 231,738 | 100.0 | — | 16.2 | 83.8 |
| 1907–08 [3] .... | 381,920 | — | 58,097 | 259,341 | 100.0 | — | 18.3 | 81.7 |
| 1908–09 [3] .... | 403,647 | — | 63,547 | 288,643 | 100.0 | — | 18.0 | 82.0 |
| 1909–10 [3] .... | 433,064 | — | 64,605 | 312,222 | 100.0 | — | 17.1 | 82.9 |
| 1910–11 [3] .... | 451,151 | — | 69,071 | 333,832 | 100.0 | — | 17.1 | 82.9 |
| 1911–12 [3] .... | 469,111 | — | 75,814 | 346,898 | 100.0 | — | 17.9 | 82.1 |
| 1912–13 [3] .... | 507,227 | — | 78,376 | 375,582 | 100.0 | — | 17.3 | 82.7 |
| 1913–14 [3] .... | 561,743 | — | 87,895 | 425,457 | 100.0 | — | 17.1 | 82.9 |
| 1914–15 [3] .... | 589,652 | — | 91,104 | 456,956 | 100.0 | — | 16.6 | 83.4 |
| 1915–16 [3] .... | 633,901 | — | 95,278 | 488,120 | 100.0 | — | 16.3 | 83.7 |
| 1917–18 ......... | 736,876 | $1,669 | 122,256 | 612,951 | 100.0 | 0.2 | 16.6 | 83.2 |
| 1919–20 ......... | 970,121 | 2,475 | 160,085 | 807,561 | 100.0 | 0.3 | 16.5 | 83.2 |
| 1921–22 [3] .... | 1,444,242 | 2,891 | 230,517 | 1,184,530 | 100.0 | 0.2 | 16.3 | 83.5 |
| 1923–24 [3] .... | 1,618,438 | 3,986 | 261,997 | 1,290,239 | 100.0 | 0.3 | 16.8 | 82.9 |
| 1925–26 ......... | 1,830,017 | 5,552 | 284,569 | 1,539,896 | 100.0 | 0.3 | 15.6 | 84.1 |
| 1927–28 ......... | 2,025,750 | 6,174 | 333,279 | 1,686,297 | 100.0 | 0.3 | 16.5 | 83.2 |
| 1929–30 ......... | 2,088,557 | 7,334 | 353,670 | 1,727,553 | 100.0 | 0.4 | 16.9 | 82.7 |
| 1931–32 ......... | 2,068,029 | 8,262 | 410,550 | 1,649,218 | 100.0 | 0.4 | 19.9 | 79.7 |
| 1933–34 ......... | 1,810,652 | 21,548 | 423,178 | 1,365,926 | 100.0 | 1.2 | 23.4 | 75.4 |
| 1935–36 ......... | [4]1,971,402 | [4]9,850 | 578,369 | 1,383,184 | 100.0 | 0.5 | 29.3 | 70.2 |
| 1937–38 ......... | 2,222,885 | 26,535 | 655,996 | 1,540,353 | 100.0 | 1.2 | 29.5 | 69.3 |
| 1939–40 ......... | 2,260,527 | 39,810 | 684,354 | 1,536,363 | 100.0 | 1.8 | 30.3 | 68.0 |
| 1941–42 ......... | 2,416,580 | 34,305 | 759,993 | 1,622,281 | 100.0 | 1.4 | 31.4 | 67.1 |
| 1943–44 ......... | 2,604,322 | 35,886 | 859,183 | 1,709,253 | 100.0 | 1.4 | 33.0 | 65.6 |
| 1945–46 ......... | 3,059,845 | 41,378 | 1,062,057 | 1,956,409 | 100.0 | 1.4 | 34.7 | 63.9 |
| 1947–48 ......... | 4,311,534 | 120,270 | 1,676,362 | 2,514,902 | 100.0 | 2.8 | 38.9 | 58.3 |
| 1949–50 ......... | 5,437,044 | 155,848 | 2,165,689 | 3,115,507 | 100.0 | 2.9 | 39.8 | 57.3 |
| 1951–52 ......... | 6,423,816 | 227,711 | 2,478,596 | 3,717,507 | 100.0 | 3.5 | 38.6 | 57.9 |
| 1953–54 ......... | 7,866,852 | 355,237 | 2,944,103 | 4,567,512 | 100.0 | 4.5 | 37.4 | 58.1 |
| 1955–56 ......... | 9,686,677 | 441,442 | 3,828,886 | 5,416,350 | 100.0 | 4.6 | 39.5 | 55.9 |
| 1957–58 ......... | 12,181,513 | 486,484 | 4,800,368 | 6,894,661 | 100.0 | 4.0 | 39.4 | 56.6 |
| 1959–60 ......... | 14,746,618 | 651,639 | 5,768,047 | 8,326,932 | 100.0 | 4.4 | 39.1 | 56.5 |
| 1961–62 ......... | 17,527,707 | 760,975 | 6,789,190 | 9,977,542 | 100.0 | 4.3 | 38.7 | 56.9 |
| 1963–64 ......... | 20,544,182 | 896,956 | 8,078,014 | 11,569,213 | 100.0 | 4.4 | 39.3 | 56.3 |
| 1965–66 ......... | 25,356,858 | 1,996,954 | 9,920,219 | 13,439,686 | 100.0 | 7.9 | 39.1 | 53.0 |
| 1967–68 ......... | 31,903,064 | 2,806,469 | 12,275,536 | 16,821,063 | 100.0 | 8.8 | 38.5 | 52.7 |
| 1969–70 ......... | 40,266,923 | 3,219,557 | 16,062,776 | 20,984,589 | 100.0 | 8.0 | 39.9 | 52.1 |

Pl.0184

**Table 21.—Revenues for public elementary and secondary schools, by source of funds: 1889–90 to 1989–90—Continued**

| School year | In thousands | | | | Percentage distribution | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | Federal | State [1] | Local (including intermediate) [2] | Total | Federal | State [1] | Local (including intermediate) [2] |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 1970–71 ......... | 44,511,292 | 3,753,461 | 17,409,086 | 23,348,745 | 100.0 | 8.4 | 39.1 | 52.5 |
| 1971–72 ......... | 50,003,645 | 4,467,969 | 19,133,256 | 26,402,420 | 100.0 | 8.9 | 38.3 | 52.8 |
| 1972–73 ......... | 52,117,930 | 4,525,000 | 20,843,520 | 26,749,412 | 100.0 | 8.7 | 40.0 | 51.3 |
| 1973–74 ......... | 58,230,892 | 4,930,351 | 24,113,409 | 29,187,132 | 100.0 | 8.5 | 41.4 | 50.1 |
| 1974–75 ......... | 64,445,239 | 5,811,595 | 27,211,116 | 31,422,528 | 100.0 | 9.0 | 42.2 | 48.8 |
| 1975–76 ......... | 71,206,073 | 6,318,345 | 31,776,101 | 33,111,627 | 100.0 | 8.9 | 44.6 | 46.5 |
| 1976–77 ......... | 75,322,532 | 6,629,498 | 32,688,903 | 36,004,134 | 100.0 | 8.8 | 43.4 | 47.8 |
| 1977–78 ......... | 81,443,160 | 7,694,194 | 35,013,266 | 38,735,700 | 100.0 | 9.4 | 43.0 | 47.6 |
| 1978–79 ......... | 87,994,143 | 8,600,116 | 40,132,136 | 39,261,891 | 100.0 | 9.8 | 45.6 | 44.6 |
| 1979–80 ......... | 96,881,165 | 9,503,537 | 45,348,814 | 42,028,813 | 100.0 | 9.8 | 46.8 | 43.4 |
| 1980–81 ......... | 105,949,087 | 9,768,262 | 50,182,659 | 45,998,166 | 100.0 | 9.2 | 47.4 | 43.4 |
| 1981–82 ......... | 110,191,257 | 8,186,466 | 52,436,435 | 49,568,356 | 100.0 | 7.4 | 47.6 | 45.0 |
| 1982–83 ......... | 117,497,502 | 8,339,990 | 56,282,157 | 52,875,354 | 100.0 | 7.1 | 47.9 | 45.0 |
| 1983–84 ......... | 126,055,419 | 8,576,547 | 60,232,981 | 57,245,892 | 100.0 | 6.8 | 47.8 | 45.4 |
| 1984–85 ......... | 137,294,678 | 9,105,569 | 67,168,684 | 61,020,425 | 100.0 | 6.6 | 48.9 | 44.4 |
| 1985–86 ......... | 149,127,779 | 9,975,622 | 73,619,575 | 65,532,582 | 100.0 | 6.7 | 49.4 | 43.9 |
| 1986–87 ......... | 158,523,693 | 10,146,013 | 78,830,437 | 69,547,243 | 100.0 | 6.4 | 49.7 | 43.9 |
| 1987–88 [2] ......... | 169,561,974 | 10,716,687 | 84,004,415 | 74,840,873 | 100.0 | 6.3 | 49.5 | 44.1 |
| 1988–89 ......... | 192,016,374 | 11,902,001 | 91,768,911 | 88,345,462 | 100.0 | 6.2 | 47.8 | 46.0 |
| 1989–90 ......... | 207,583,910 | 12,750,530 | 98,059,659 | 96,773,720 | 100.0 | 6.1 | 47.2 | 46.6 |

[1] Prior to 1917–18, excludes receipts other than state taxes and appropriations.

[2] Includes a relatively small amount from nongovernmental sources (gifts and tuition and transportation fees from patrons). These sources accounted for 0.4 percent of total revenues in 1967–68. Prior to 1917–18, excludes receipts from sources other than local taxes and appropriations.

[3] Total includes receipts not distributed by source. Percents based on funds reported by source.

[4] Excludes federal funds other than aid for vocational education.

—Data not available.

NOTE.—Beginning in 1980–81, revenues for state education agencies are excluded. Data for 1988–89 reflect new survey collection procedures and may not be entirely comparable to figures for earlier years. Because of rounding, details may not add to totals.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Annual Report of the Commissioner of Education, 1890 to 1917; Biennial Survey of Education in the United States, 1916–18 to 1956–58; Statistics of State School Systems, 1959–60 to 1969–70; Revenues and Expenditures for Public Elementary and Secondary Education;* and Common Core of Data survey. (This table was prepared September 1992.)

Pl.0185

**Table 22.—Total and current expenditures and expenditure per pupil in public elementary and secondary schools, by purpose: 1869–70 to 1989–90**

| School year | Total expenditures, in millions | Current expenditures, day schools (in millions) — Total[1] | Administration | Instruction[2] | Plant operation and maintenance | Other[3] | Capital outlay,[4] in millions | Interest on school debt, in millions | Other expenditures,[5] in millions | Expenditures in current dollars — Total — Per capita | Per pupil enrolled | Per pupil in average daily attendance | Current, per pupil in average daily attendance | Expenditures in constant 1989–90 dollars — Total — Per capita | Per pupil enrolled | Per pupil in average daily attendance | Current per pupil in average daily attendance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 1869–70 | $63 | — | — | $38 | — | — | — | — | — | $2 | $9 | $16 | — | — | — | — | — |
| 1870–71 | 69 | — | — | 43 | — | — | — | — | — | — | 9 | 15 | — | — | — | — | — |
| 1871–72 | 74 | — | — | 46 | — | — | — | — | — | — | 9 | 16 | — | — | — | — | — |
| 1872–73 | 76 | — | — | 48 | — | — | — | — | — | — | 10 | 16 | — | — | — | — | — |
| 1873–74 | 80 | — | — | 51 | — | — | — | — | — | — | 9 | 16 | — | — | — | — | — |
| 1874–75 | 84 | — | — | 55 | — | — | — | — | — | — | 10 | 16 | — | — | — | — | — |
| 1875–76 | 83 | — | — | 55 | — | — | — | — | — | — | 9 | 16 | — | — | — | — | — |
| 1876–77 | 79 | — | — | 55 | — | — | — | — | — | — | 9 | 15 | — | — | — | — | — |
| 1877–78 | 79 | — | — | 56 | — | — | — | — | — | — | 8 | 14 | — | — | — | — | — |
| 1878–79 | 76 | — | — | 55 | — | — | — | — | — | — | 8 | 13 | — | — | — | — | — |
| 1879–80 | 78 | — | — | 56 | — | — | — | — | — | 2 | 8 | 13 | — | — | — | — | — |
| 1880–81 | 84 | — | — | 58 | — | — | — | — | — | — | 8 | 14 | — | — | — | — | — |
| 1881–82 | 89 | — | — | 61 | — | — | — | — | — | — | 9 | 14 | — | — | — | — | — |
| 1882–83 | 97 | — | — | 65 | — | — | — | — | — | — | 9 | 15 | — | — | — | — | — |
| 1883–84 | 103 | — | — | 68 | — | — | — | — | — | — | 9 | 15 | — | — | — | — | — |
| 1884–85 | 110 | — | — | 73 | — | — | — | — | — | — | 10 | 15 | — | — | — | — | — |
| 1885–86 | 113 | — | — | 76 | — | — | — | — | — | — | 10 | 15 | — | — | — | — | — |
| 1886–87 | 116 | — | — | 79 | — | — | — | — | — | — | 10 | 15 | — | — | — | — | — |
| 1887–88 | 124 | — | — | 83 | — | — | — | — | — | — | 10 | 16 | — | — | — | — | — |
| 1888–89 | 133 | $109 | — | 88 | — | $22 | $23 | — | — | — | 11 | 17 | $14 | — | — | — | — |
| 1889–90 | 141 | 114 | — | 92 | — | 22 | 26 | — | — | 2 | 11 | 17 | 14 | — | — | — | — |
| 1890–91 | 147 | 121 | — | 96 | — | 25 | 26 | — | — | — | 11 | 18 | 15 | — | — | — | — |
| 1891–92 | 156 | 126 | — | 100 | — | 26 | 29 | — | — | — | 12 | 18 | 15 | — | — | — | — |
| 1892–93 | 164 | 134 | — | 105 | — | 29 | 30 | — | — | — | 12 | 19 | 15 | — | — | — | — |
| 1893–94 | 173 | 142 | — | 109 | — | 33 | 30 | — | — | — | 12 | 19 | 16 | — | — | — | — |
| 1894–95 | 176 | 146 | — | 114 | — | 33 | 29 | — | — | — | 12 | 18 | 16 | — | — | — | — |
| 1895–96 | 183 | 151 | — | 117 | — | 34 | 33 | — | — | — | 13 | 19 | 15 | — | — | — | — |
| 1896–97 | 188 | 155 | — | 119 | — | 36 | 32 | — | — | — | 13 | 19 | 15 | — | — | — | — |
| 1897–98 | 194 | 163 | — | 124 | — | 39 | 31 | — | — | — | 13 | 19 | 16 | — | — | — | — |
| 1898–99 | 200 | 169 | — | 129 | — | 40 | 31 | — | — | — | 13 | 19 | 16 | — | — | — | — |
| 1899–1900 | 215 | 180 | — | 138 | — | 42 | 35 | — | — | 3 | 14 | 20 | 17 | — | — | — | — |
| 1900–01 | 228 | 188 | — | 143 | — | 44 | 40 | — | — | 3 | 14 | 21 | 18 | — | — | — | — |
| 1901–02 | 238 | 198 | — | 151 | — | 47 | 40 | — | — | 3 | 15 | 22 | 18 | — | — | — | — |
| 1902–03 | 251 | 205 | — | 157 | — | 48 | 46 | — | — | 3 | 16 | — | — | — | — | — | — |
| 1903–04 | 273 | 224 | — | 168 | — | 56 | 49 | — | — | 3 | 17 | 23 | 19 | — | — | — | — |
| 1904–05 | 292 | 235 | — | 177 | — | 58 | 56 | — | — | 4 | 18 | 24 | 20 | — | — | — | — |
| 1905–06 | 308 | 247 | — | 186 | — | 61 | 61 | — | — | 4 | 18 | 26 | 21 | — | — | — | — |
| 1906–07 | 337 | 272 | — | 202 | — | 70 | 65 | — | — | 4 | 20 | 28 | 23 | — | — | — | — |
| 1907–08 | 371 | 298 | — | 220 | — | 78 | 74 | — | — | 4 | 22 | 31 | 24 | — | — | — | — |
| 1908–09 | 401 | 320 | — | 237 | — | 83 | 82 | — | — | 5 | 23 | 32 | 25 | — | — | — | — |
| 1909–10 | 426 | 356 | $7 | 260 | — | 89 | 70 | — | — | 5 | 24 | 33 | 28 | — | — | — | — |

Pl.0186

**Table 22.—Total and current expenditures and expenditure per pupil in public elementary and secondary schools, by purpose: 1869–70 to 1989–90—Continued**

| School year | Total expenditures, in millions | Current expenditures, day schools (in millions) | | | | | Capital outlay,[4] in millions | Interest on school debt, in millions | Other expenditures,[5] in millions | Expenditures in current dollars | | | | Expenditures in constant 1989–90 dollars | | | |
| | | Total[1] | Administration | Instruction[2] | Plant operation and maintenance | Other[3] | | | | Total | | | Current, per pupil in average daily attendance | Total | | | Current per pupil in average daily attendance |
| | | | | | | | | | | Per capita | Per pupil enrolled | Per pupil in average daily attendance | | Per capita | Per pupil enrolled | Per pupil in average daily attendance | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 1910–11 | 447 | 371 | 6 | 273 | — | 91 | 76 | — | | 5 | 25 | 35 | 29 | — | — | — | — |
| 1911–12 | 483 | 405 | 9 | 295 | — | 101 | 78 | — | | 5 | 27 | 36 | 30 | — | — | — | — |
| 1912–13 | 522 | 438 | 10 | 316 | — | 112 | 84 | — | | 5 | 28 | 38 | 32 | — | — | — | — |
| 1913–14 | 555 | 463 | 12 | 335 | — | 116 | 92 | — | | 6 | 29 | 39 | 33 | — | — | — | — |
| 1914–15 | 605 | 503 | 13 | 358 | — | 131 | 103 | — | | 6 | 31 | 40 | 34 | — | — | — | — |
| 1915–16 | 641 | 537 | 15 | 378 | — | 144 | 104 | — | | 6 | 31 | 42 | 35 | — | — | — | — |
| 1917–18 | 764 | 629 | 25 | 444 | $133 | 27 | 119 | $15 | | 7 | 37 | 49 | 40 | — | — | — | — |
| 1919–20 | 1,036 | 861 | 37 | 633 | 146 | 46 | 154 | 18 | $3 | 10 | 48 | 64 | 53 | $66 | $320 | $427 | $355 |
| 1921–22 | 1,581 | 1,235 | 51 | 903 | 203 | 69 | 306 | 36 | 4 | 15 | 68 | 86 | 67 | 108 | 504 | 635 | 496 |
| 1923–24 | 1,821 | 1,369 | 55 | 1,001 | 221 | 92 | 388 | 59 | 5 | 16 | 75 | 95 | 72 | 120 | 555 | 704 | 529 |
| 1925–26 | 2,026 | 1,538 | 68 | 1,127 | 244 | 99 | 411 | 72 | 5 | 17 | 82 | 102 | 77 | 125 | 585 | 727 | 552 |
| 1927–28 | 2,184 | 1,706 | 77 | 1,220 | 278 | 130 | 383 | 92 | 4 | 18 | 87 | 106 | 83 | 135 | 641 | 781 | 610 |
| 1929–30 | 2,317 | 1,844 | 79 | 1,318 | 295 | 152 | 371 | 93 | 10 | 19 | 90 | 108 | 87 | 141 | 668 | 805 | 643 |
| 1931–32 | 2,175 | 1,810 | 75 | 1,333 | 257 | 144 | 211 | 140 | 13 | 18 | 83 | 98 | 81 | 154 | 731 | 861 | 717 |
| 1933–34 | 1,720 | 1,516 | 64 | 1,121 | 203 | 127 | 59 | 137 | 8 | 14 | 65 | 76 | 67 | 131 | 623 | 731 | 647 |
| 1935–36 | 1,969 | 1,657 | 67 | 1,214 | 233 | 142 | 171 | 133 | 8 | 15 | 75 | 88 | 74 | 143 | 693 | 816 | 687 |
| 1937–38 | 2,233 | 1,870 | 86 | 1,360 | 260 | 164 | 239 | 114 | 10 | 17 | 86 | 100 | 84 | 154 | 762 | 884 | 743 |
| 1939–40 | 2,344 | 1,942 | 92 | 1,403 | 268 | 179 | 258 | 131 | 13 | 18 | 92 | 106 | 88 | 163 | 836 | 961 | 800 |
| 1941–42 | 2,323 | 2,068 | 101 | 1,458 | 289 | 220 | 138 | 109 | 9 | 17 | 95 | 110 | 98 | 142 | 774 | 900 | 801 |
| 1943–44 | 2,453 | 2,293 | 111 | 1,591 | 316 | 276 | 54 | 97 | 9 | 18 | 105 | 125 | 117 | 131 | 765 | 908 | 852 |
| 1945–46 | 2,907 | 2,707 | 133 | 1,854 | 372 | 349 | 111 | 77 | 11 | 21 | 125 | 145 | 136 | 145 | 870 | 1,007 | 949 |
| 1947–48 | 4,311 | 3,795 | 170 | 2,572 | 526 | 527 | 412 | 76 | 28 | 30 | 180 | 203 | 179 | 163 | 981 | 1,105 | 978 |
| 1949–50 | 5,838 | 4,687 | 220 | 3,112 | 642 | 713 | 1,014 | 101 | 36 | 39 | 232 | 259 | 209 | 210 | 1,244 | 1,388 | 1,120 |
| 1951–52 | 7,344 | 5,722 | 266 | 3,782 | 757 | 917 | 1,477 | 114 | 30 | 48 | 276 | 313 | 244 | 230 | 1,333 | 1,511 | 1,180 |
| 1953–54 | 9,092 | 6,791 | 311 | 4,552 | 908 | 1,020 | 2,055 | 154 | 92 | 57 | 315 | 351 | 265 | 269 | 1,487 | 1,657 | 1,250 |
| 1955–56 | 10,955 | 8,251 | 373 | 5,502 | 1,072 | 1,304 | 2,387 | 216 | 101 | 66 | 352 | 388 | 294 | 313 | 1,663 | 1,833 | 1,390 |
| 1957–58 | 13,569 | 10,252 | 443 | 6,901 | 1,302 | 1,605 | 2,853 | 342 | 123 | 79 | 405 | 449 | 341 | 352 | 1,801 | 1,995 | 1,517 |
| 1959–60 [6] | 15,613 | 12,329 | 528 | 8,351 | 1,508 | 1,943 | 2,662 | 490 | 133 | 88 | 433 | 472 | 375 | 381 | 1,871 | 2,040 | 1,621 |
| 1961–62 | 18,373 | 14,729 | 648 | 10,016 | 1,760 | 2,304 | 2,862 | 588 | 194 | 100 | 480 | 530 | 419 | 424 | 2,028 | 2,238 | 1,770 |
| 1963–64 | 21,325 | 17,218 | 745 | 11,750 | 1,985 | 2,738 | 2,978 | 701 | 428 | 113 | 519 | 559 | 460 | 466 | 2,137 | 2,300 | 1,895 |
| 1965–66 | 26,248 | 21,053 | 938 | 14,445 | 2,386 | 3,284 | 3,755 | 792 | 648 | 136 | 613 | 654 | 537 | 540 | 2,439 | 2,602 | 2,138 |
| 1967–68 | 32,977 | 26,877 | 1,249 | 18,376 | 2,864 | 4,388 | 4,256 | 978 | 866 | 167 | 737 | 786 | 658 | 624 | 2,752 | 2,936 | 2,458 |
| 1969–70 | 40,683 | 34,218 | 1,607 | 23,270 | 3,512 | 5,829 | 4,659 | 1,171 | 636 | 202 | 877 | 955 | 816 | 679 | 2,948 | 3,210 | 2,743 |
| 1970–71 | 45,500 | 39,630 | 1,789 | 26,224 | 3,960 | 7,657 | 4,552 | 1,318 | 973 | 223 | 970 | 1,049 | 911 | 713 | 3,100 | 3,353 | 2,912 |
| 1971–72 | 48,050 | 41,818 | 1,876 | 28,148 | 4,325 | 7,469 | 4,459 | 1,378 | 396 | 232 | 1,034 | 1,128 | 990 | 717 | 3,191 | 3,481 | 3,055 |
| 1972–73 | 51,852 | 46,213 | 2,018 | 30,119 | 4,677 | 9,399 | 4,091 | 1,547 | 1,698 | 248 | 1,116 | 1,211 | 1,077 | 735 | 3,310 | 3,592 | 3,195 |
| 1973–74 | 56,970 | 50,025 | 2,276 | 32,609 | 5,291 | 9,849 | 4,978 | 1,514 | 453 | 270 | 1,244 | 1,364 | 1,207 | 734 | 3,388 | 3,715 | 3,287 |
| 1974–75 | 64,846 | 57,363 | 2,670 | 36,482 | 6,136 | 12,075 | 5,746 | 1,737 | 702 | 304 | 1,424 | 1,545 | 1,365 | 745 | 3,491 | 3,788 | 3,346 |

**Table 22.—Total and current expenditures and expenditure per pupil in public elementary and secondary schools, by purpose: 1869–70 to 1989–90—Continued**

| School year | Total expenditures, in millions | Current expenditures, day schools (in millions) | | | | | Capital outlay, in millions | Interest on school debt, in millions | Other expenditures, in millions | Expenditures in current dollars | | | | Expenditures in constant 1989–90 dollars | | | |
| | | Total [1] | Administration | Instruction [2] | Plant operation and maintenance | Other [3] | | | | Total | | | Current, per pupil in average daily attendance | Total | | | Current per pupil in average daily attendance |
| | | | | | | | | | | Per capita | Per pupil enrolled | Per pupil in average daily attendance | | Per capita | Per pupil enrolled | Per pupil in average daily attendance | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 1975–76 | 70,601 | 62,054 | 2,808 | 39,687 | 6,675 | 12,884 | 6,146 | 1,846 | 553 | 328 | 1,564 | 1,697 | 1,504 | 750 | 3,581 | 3,885 | 3,444 |
| 1976–77 | 74,194 | 66,864 | 3,273 | 41,869 | 7,331 | 14,391 | 5,344 | 1,953 | 853 | 341 | 1,673 | 1,816 | 1,638 | 738 | 3,619 | 3,929 | 3,544 |
| 1977–78 | 80,844 | 73,058 | 3,867 | 45,024 | 8,096 | 16,071 | 5,245 | 1,952 | 589 | 368 | 1,842 | 2,002 | 1,823 | 746 | 3,734 | 4,059 | 3,696 |
| 1978–79 | 86,712 | 78,951 | 3,896 | 48,403 | 8,565 | 18,087 | 5,448 | 1,955 | 357 | 390 | 2,029 | 2,210 | 2,020 | 724 | 3,761 | 4,097 | 3,744 |
| 1979–80 | 95,962 | 86,984 | 4,264 | 53,258 | 9,745 | — | 6,506 | 1,874 | 598 | 427 | 2,290 | 2,491 | 2,272 | 699 | 3,745 | 4,074 | 3,716 |
| 1980–81 | 104,125 | 94,321 | — | — | — | — | — | — | — | [7]458 | [7]2,529 | [7]2,742 | 2,502 | [7]672 | [7]3,707 | [7]4,019 | 3,667 |
| 1981–82 | 111,186 | 101,109 | — | — | — | — | — | — | — | [7]484 | [7]2,754 | [7]2,973 | 2,726 | [7]653 | [7]3,716 | [7]4,011 | 3,678 |
| 1982–83 | 118,425 | 108,268 | — | — | — | — | — | — | — | [7]510 | [7]2,966 | [7]3,203 | 2,955 | [7]660 | [7]3,837 | [7]4,144 | 3,823 |
| 1983–84 | 127,500 | 115,392 | — | — | — | — | — | — | — | [7]544 | [7]3,216 | [7]3,471 | 3,173 | [7]679 | [7]4,012 | [7]4,330 | 3,958 |
| 1984–85 | 137,000 | 126,337 | — | — | — | — | — | — | — | [7]579 | [7]3,456 | [7]3,722 | 3,470 | [7]696 | [7]4,149 | [7]4,468 | 4,166 |
| 1985–86 | 148,600 | 137,165 | — | 83,463 | — | — | — | — | — | [7]622 | [7]3,724 | [7]4,020 | 3,756 | [7]726 | [7]4,345 | [7]4,691 | 4,383 |
| 1986–87 | 160,900 | 146,365 | — | 89,559 | — | — | — | — | — | [7]667 | [7]3,995 | [7]4,308 | 3,970 | [7]762 | [7]4,560 | [7]4,918 | 4,532 |
| 1987–88 | 172,400 | 157,098 | — | 96,967 | — | — | — | — | — | [7]708 | [7]4,310 | [7]4,654 | 4,240 | [7]776 | [7]4,724 | [7]5,101 | 4,647 |
| 1988–89 | 192,977 | 173,099 | — | 101,016 | — | — | 14,101 | 3,213 | 2,564 | 785 | 4,738 | 5,109 | 4,645 | 823 | 4,964 | 5,353 | 4,866 |
| 1989–90 | 211,731 | 187,384 | — | 108,964 | — | — | 17,685 | 3,693 | 2,969 | 853 | 5,149 | 5,526 | 4,960 | 853 | 5,149 | 5,526 | 4,960 |

[1] Prior to 1917–18, includes expenditures for interest.
[2] Prior to 1909–10, includes only expenditures for salaries of teachers and superintendents.
[3] Prior to 1917–18, includes plant operation and maintenance; prior to 1909–10, includes all current expenditures except salaries of teachers and superintendents.
[4] Beginning in 1965–66, includes capital outlay by state and local school building authorities.
[5] Beginning in 1953–54, includes expenditures for community services, previously included in "current expenditures, day schools."
[6] Denotes first year for which figures include Alaska and Hawaii.
[7] Estimated.
—Data not available.

SOURCE: U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970*; U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics*; and unpublished data. (This table was prepared September 1992.)

# Chapter 3
## Higher Education

Development of American institutions of higher education began early in the colonial period. Many of the first European colonists left their homelands to avoid religious persecution and were particularly interested in literacy, as well as more advanced scholarship, to facilitate religious instruction. Thus, one of the most important missions of colonial colleges was to prepare men to be ministers or priests. The first colonial college, now Harvard University, was founded in 1636 to prepare ministers. The profusion of small theological and religious colleges served the expanding frontier by providing ministers to serve local communities. The religious zeal which became more pronounced after 1800 played an important role in stimulating the growth of educational enterprises. Prior to the Civil War, it has been estimated that perhaps one-fourth of all college graduates became ministers.[1] Besides meeting the demand for religious leaders, these religiously affiliated colleges assisted in the general diffusion of knowledge.

Public colleges also expanded westward across the United States as states made higher education available to their citizens. Benjamin Franklin was among the first prominent Americans to advocate higher education without religious control. After the Revolutionary War, considerable discussion was devoted to the thought of establishing a national or federal university.[2] Although all six of the first U.S. presidents supported the concept of a national university, such an institution was never approved by Congress.[3] Despite Thomas Jefferson's lack of success with the national university concept, he was influential in the founding of the U.S. Military Academy at West Point in 1802.

Another major development of the early 19th century was the creation of normal schools. These institutions were designed to help prepare teachers for the expanding school systems. The first of the normal schools was founded in 1823. Later in 1839,

Horace Mann established the first public normal school in Massachusetts. These schools typically offered a 2-year program.

Although national education statistics were not collected prior to 1869-70, some inferences about the number of colleges can be made by examining the current colleges that have founding dates during the late 18th and early 19th centuries. Some 37 of today's colleges were founded prior to 1800 (table 27). Only four of these colleges were founded as public institutions. The evidence suggests that the first of the public colleges to obtain a charter was the University of Georgia, though the University of North Carolina was the first to open.[4] Most of these 37 colleges had their beginning in the last two decades of the 18th century. The growth of colleges accelerated during the 19th century. During the first two decades of the 1800s, 31 more colleges were founded, of which 5 were publicly controlled (6, if the federally controlled West Point is included). The next two decades brought 102 more colleges that still exist today, and between 1840 and 1859, an additional 210 colleges were founded. Whether college enrollments kept pace with the rise in population from 3.9 million in 1790 to 31.5 million in 1860 is unknown, but at least the increase in the number of colleges suggests sharp rises in enrollment.[5] Public colleges also expanded in the first half of the 19th century, and by 1860, there were 21 state colleges in 20 different states.[6] Today, many of the 380 colleges founded prior to 1860 are independent or public, but most were originally controlled by religious groups.[7] Public higher education was assisted through such programs as the First Morrill Act in 1862, which provided land grants for the creation and maintenance of agricultural and mechanical colleges.

[1] Donald G. Tewksbury, *The Founding of American Colleges and Universities*, (New York: Columbia University Press, 1932; reprint ed., New York: Archon Books, 1965), 90–91.

[2] Adolphe E. Meyer, *Grandmasters of Educational Thought* (New York: McGraw Hill, 1975), 146.

[3] Richard Hofstadter and Wilson Smith, ed., *American Higher Education, A Documentary History, Vol. I* (Chicago: University of Chicago Press, 1961), 157.

[4] Tewksbury, *The Founding of American Colleges and Universities*, 167.

[5] U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970*, 2 vols. (Washington, D.C.: U.S. Government Printing Office, 1973), 1:8. U.S. Department of Education, National Center for Education Statistics, "Institutional Characteristics, 1980–81," unpublished data.

[6] Tewksbury, *The Founding of American Colleges and Universities*, 169.

[7] Raphael M. Huber, *The Part Played by Religion in the History of Education in the United States of America* (Trenton: MacCrillish & Quigley & Co., 1951), 27.

Pl.0189   63

Higher education in the early 19th century was characterized by heavy emphasis on the classics. Higher education often began at 14 to 16 years of age, though 17 to 20 was more common. Generally, prospective students were expected to have an understanding of Greek and Latin and were frequently tested on these before being allowed entrance. Some knowledge of basic mathematics, such as algebra, was assumed. The college curriculum generally comprised four years of study, and the typical core of this instruction was equal parts of mathematics, Greek, and Latin. Sometimes these were the sole elements of freshman and sophomore education. At more progressive and prestigious colleges, juniors and seniors might delve into a variety of scientific topics, perhaps including some medical lectures, though physical sciences were more common. Other common subjects for upperclassmen included rhetoric, philosophy, and Christian studies.[8] Thomas Jefferson in his founding of the University of Virginia designed what was considered a progressive institution that provided electives for students to choose particular courses of study. The courses of study at the university included medicine, ancient and modern languages, mathematics, philosophy, and sciences.[9] During the 1820s and 1830s, developments at other colleges such as Harvard and Brown, reflected more interest in science and mathematics instruction at the expense of ancient studies.[10] Colleges reacted to the changing times. The first exclusively scientific institution, Rensselaer Polytechnic University, opened in 1824.[11]

Higher education continued to maintain a strong attachment to traditional studies through much of the 19th century. In 1886–87, 62 percent of college students were enrolled in classical courses.[12] In 1878, more than 10 percent of those students wishing to enter colleges where entrance examinations were given were rejected only because of their lack of proficiency with the Greek language. Altogether, about one fourth of students were rejected because of deficiencies in Latin, Greek, or sometimes mathematics.[13]

### Enrollment

Higher education enrollment in the colonies was largely limited to the well-to-do. This situation prevailed through the late 19th and early 20th century. When the federal Office of Education began collecting education data in 1869–70, only 63,000 students were attending higher education institutions throughout the country, which amounted to only about 1 percent of the 18- to 24-year-old population. This small number of students was divided among 563 campuses, giving an average enrollment size of only 112 students. About 21 percent of students were female. Today, there are over 14,000,000 students in the U.S. attending some 3,600 institutions, for an average enrollment of 3,931 students. More than half of college students are women (table 23). About 33 percent of all 18- to 24-year-olds are enrolled in college today. Not only are many more students involved in higher education today, but the system itself has shown dynamic change over the past century, evolving from small institutions serving a relatively restricted student body with instruction focussing on instruction in the classics and mathematics into today's large enterprises offering a vast array of courses.

During the latter part of the 1800s, enrollment grew rapidly in higher education institutions, but much of this growth was due to increases in the population. Enrollment grew by 278 percent between 1869–70 and 1899–1900, but students as a percent of 18- to 24-year-olds rose from 1 percent to 2 percent. The proportion of women students in colleges grew significantly from 21 percent in 1869–70 to 36 percent in 1899–1900. While the number of colleges grew during this period, it did not rise as fast as the number of students. As a result, the average size of colleges grew as well, reaching 243 in 1899–1900 (table 24).

---

[8] For examples, see (*Exposition of the System of Instruction and Discipline Pursued in the University of Vermont by the Faculty* [Burlington: University of Vermont, 1829], 30) and (*Catalogue of the Officers and Students of the University in Cambridge, October 1825* [Cambridge: University Press, 1825], 19. These standards remained in effect at many campuses well after the Civil War (*Catalogue of the University of North Carolina, 1866–67* [Raleigh: Nichols, Gorman & Neathery Printers, 1867], 15.)

[9] *Catalogue of the Officers and Students of the University of Virginia, Session of 1839–40* (Charlottesville: Robert Noel, 1840), 1. and N.J. Cabell, ed., *Early History of the University of Virginia, as Contained in the Letters of Thomas Jefferson and Joseph C. Cabell* (Richmond: J.W. Randolph, 1856), 142–143.

[10] *Catalogue of the Officers and Students of Brown University, March 1824* (Providence: Carlile & Co., 1824), 5; *Catalogue of the Officers and Students of Brown University, 1827–28* (Providence: Carlile & Co., 1828), 13; *Catalogue of the Officers and Students of the Univer-*

[11] This excludes the military science academy at West Point. Nicholas Butler, gen. ed., *Education in the United States, Monographs on Education in the United States* (New York: Arno Press & The New York Times, 1969), ''Scientific, Technical, and Engineering Education,'' by T.C. Mendenhall, 555.

*sity in Cambridge, October 1820 (Cambridge: University Press, 1820); and Catalogue of the Officers and Students of Harvard University for the Academical Year 1827–28* (Cambridge: University Press, 1827).

[12] U.S. Department of the Interior, *Annual Report of the Secretary of the Interior for the Fiscal Year Ending June 30, 1890*, 5 vols., (Washington, D.C.: U.S. Government Printing Office, 1893), Part 2, 5:772–773.

[13] U.S. Department of the Interior, Bureau of Education, *Report of the Commissioner of Education for the Year 1878* (Washington, D.C.: U.S. Government Printing Office, 1880), XCIV.

Pl.0190

### Figure 14.--Enrollment in institutions of higher education, by sex: 1869-70 to 1990-91



Source:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;*  and U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics,*  various issues.

Enrollment growth accelerated in the first 30 years of the 20th century, driven by population growth and continuing rises in participation rates. Between 1899–1900 and 1909–10, enrollment rose by 50 percent. In the following decade, enrollment rose by 68 percent, and between 1919–20 and 1929–30, enrollment rose by 84 percent. During these 30 years, the ratio of college students to 18- to 24-year-olds rose from 2 to 7 per 100. However, the proportion of women students in higher education dropped during the 1920s from 47 percent to 44 percent. The depression of the 1930s may have contributed to slower growth in college enrollment and participation. By the end of the decade, college enrollment had reached 1.5 million with 9 college students per 100 18- to 24-year-olds. The total was still 36 percent higher than 1929–30, but the proportion of women students had fallen to 40 percent. By this time, enrollment in public colleges

had risen to the point where more than half of college students were enrolled in public institutions.

During the early 1940s, the enrollment of males dropped precipitously as large numbers of young men went to fight World War II. In 1943–44, about half of the students in colleges were women. By the end of the 1940s, college enrollment was surging. Large numbers of World War II veterans entered colleges assisted by such programs as the Servicemen's Readjustment Act which provided education benefits. In fall 1949, about 2.4 million students enrolled in colleges, or about 15 per 100 18- to 24-year-olds. The proportion of women on campus dropped to 30 percent. The proportion of students enrolled in public colleges was about half, the same as in the 1929–30. Enrollment was still concentrated at 4-year colleges, with less than 10 percent of students at 2-year colleges.

Pl.0191



**Figure 15.--Percentage of students in institutions of higher education, by control, type, and attendance status: 1931-32 to 1991-92**

Source:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;*  and U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics,*  various issues.

The 1950s and 1960s marked two major developments. First, large numbers of young people entered college and second, public colleges expanded dramatically to meet the demand. College enrollment rose by 49 percent in the 1950s, partly because of the rise in the enrollment/population ratio from 15 percent to 24 percent. During the 1960s, enrollment rose by 120 percent. By 1969, college enrollment was as large as 35 percent of the 18- to 24-year-old population. About 41 percent of the college students were women. Public institutions accounted for 74 percent of enrollment, and about one-fourth of all students were enrolled at 2-year colleges.

The 1970s were a period of slower growth in college enrollment despite record numbers of young people of college age and increasing participation of older adults in college. During the 1970s, enrollment rose by 45 percent, somewhat slower than the 1960s, but about the same as the 1950s. The proportion of part-time students also increased, from 31 percent in 1969 to 41 percent in 1979. This rise was partly due to increased participation rates of older students and the expansion of 2-year college systems, whose enrollment more than doubled. By 1979, women constituted the majority on college campuses. Enrollment growth slowed substantially during the 1980s, with only a 17 percent increase between 1979 and 1989. Incremental increases have continued during the early 1990s. The proportion of part-time students has increased only slightly during the 1980s as participation rates for older age groups have remained stable. In contrast, enrollment rates for younger, traditional college-age people rose significantly, and college enrollment showed increases during the 1980s, despite drops in the college-age population.

### Institutions and Professional Staff

Historical trends in numbers of institutions reflect steady growth over the past 120 years, but the rate of growth has been substantially slower than the rise in enrollment. The result of these differing rates of increase has been that the average size of colleges has steadily increased. The average size of colleges rose from only 112 students in 1869–70 to 243 at the turn of the century. By 1929–30, average size had risen to 781, and it more than doubled by 1960. In 1989–90, the average size of colleges was 3,830 students (table 23).

Pl.0192

The growth in the number of professional staff employed by colleges and universities has closely paralleled the rise in enrollment. The ratio of students to staff has remained remarkably stable for more than 100 years. In 1869–70, there were 11 students for every professional, and in 1989–90, there were 9 students for every professional (table 26). Although the measure fluctuated somewhat over the time period, the changes have not been dramatic, and some of them are due to changes in survey procedures and definitions. Full-time-equivalent data which might be used to make more precise measurements of staff resources are not available for the entire time period.

### Degrees Conferred

The number of bachelor's degrees conferred exhibited substantial increases during the 20th century. The periods of most rapid growth were the 1920s, the 1940s, and the 1960s (table 28). The increase in the 1920s corresponds to rising proportions of young people completing high school and consequently becoming eligible for college admission. The 1940s surge was partly a result of the federal financial aid program for veterans which encouraged huge numbers of returning servicemen to enter higher education programs. In the 1960s, the "baby boom" generation entered college, and their large numbers resulted in substantial increases in bachelor's degrees conferred. An additional factor in the increase in the number of students and degrees was that over time a higher proportion of young people sought access to higher education. During the 1970s, interest in higher education remained relatively steady, but the number of bachelor's degree recipients in relation to the 23-year-old population was somewhat lower than the peaks attained during the late 1960s and early 1970s. The number of bachelor's degrees continued to grow during the 1980s, despite declines in the traditional college-age population. This may be partly attributed to rising proportions of high school graduates attending college as well as to the graduation of older students.



**Figure 16.--Bachelor's, master's, and doctor's degrees conferred by institutions of higher education:  1869-70 to 1989-90**

Source:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;*  and U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics,*  various issues.

Pl.0193

The proportion of women earning bachelor's degrees rose slowly during the latter part of the 19th and early 20th century. Between 1869–70 and 1909–10, the proportion of bachelor's degrees earned by women rose from 15 percent to 23 percent. During the teens and the twenties, the proportion received by women grew more rapidly, reaching 40 percent in 1929–30. The proportion remained about the same during the 1930s, but rose dramatically during the early 1940s as large numbers of men left home to fight in World War II. During some of the war years,

women constituted the majority of graduates. Following the war, the number of male graduates surged as large numbers of former soldiers took advantage of financial assistance to complete their studies. In 1949–50, only 24 percent of the graduates were women, but subsequently the proportion of women began to grow again, reaching 43 percent in 1970. By the early 1980s, the majority of bachelor's degree recipients were women, and in 1989–90, women earned 53 percent of all bachelor's degrees.

### Figure 17.--Bachelor's degrees per 1,000 23-year-olds: 1889-90 to 1989-90



SOURCE:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* Current Population Reports, *Population Estimates and Projections;* and U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics, 1992.*

Pl.0194

**Figure 18.--Percentage of higher education degrees conferred to females, by level:  1869-70 to 1989-90**



SOURCE:  U.S. Department of Education, National Center for Education Statistics, *Biennial Survey of Education in the United States; Earned Degrees Conferred;*  and Integrated Postsecondary Education Data System (IPEDS) "Completions" survey.

**Figure 19.--Bachelor's degrees per 100 high school graduates 4 years earlier and master's degrees per 100 bachelor's degrees 2 years earlier:  1869-70 to 1989-90**



SOURCE:  U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* Current Population Reports, *Population Estimates and Projections,* various years; and U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics, various years.*

Pl.0195

### Master's Degrees

The pattern of growth in the number of master's degrees conferred is similar to that displayed by bachelor's degrees. The number of master's degrees grew between 1871–72 and 1899–1900, but the rate was erratic with year-to-year fluctuations, some of which may have been caused by survey anomalies. Still the number of master's degrees per 100 bachelor's degrees remained steady, generally remaining between 6 and 8. This pattern shifted upward during the 1920s as more bachelor's degree recipients sought master's degrees, and the ratio rose to 16 in 1931–32. The ratio rose rapidly immediately after World War II, especially compared to the relatively small number of bachelor's degrees awarded during the war years. The rise in master's degrees probably was influenced by veterans returning to college to complete their studies. The next period of dramatic growth began in the early 1960s when both the number of bachelor's degree recipients and the ratio of master's degrees per 100 bachelor's degrees began to rise. In 1969–70, there were 33 master's degrees per 100 bachelor's degrees awarded 2 years earlier. This ratio has remained fairly stable since that time period.

The number of master's degrees reached a peak of 317,000 in 1976–77 and then declined for several years. The former 1976–77 peak finally was exceeded in 1989–90 when 324,000 degrees were awarded.

The proportion of master's degrees awarded to women rose significantly after the turn of the century, reaching 26 percent in 1909–10. The proportion continued to increase during the teens and twenties, like the bachelor's degrees. However, there was little rise in the proportion of women receiving master's degrees during the 1930s. The proportion of degrees awarded to women fell during the 1940s, and by 1949–50, the proportion had fallen to 29 percent, partly as a result of the influx of veterans. Not until 1969–70 did the proportion of women reach 40 percent again, about the same as 1929–30. During the 1970s and 1980s, the proportion of degrees awarded to women continued to rise, reaching 53 percent in 1989–90.

### Doctor's Degrees

The number of doctor's degrees conferred by U.S. colleges remained very small until the 1920s. While the number of doctor's degrees in relation to the number of bachelor's degrees rose somewhat during the late 1880s and 1890s, the doctor's degrees grew at a slower rate in the later years of the 19th century. During the 1920s, the number of doctor's degrees per 1,000 bachelor's degrees rose indicating that more people were pursuing advanced degrees after their bachelor's degrees. Also, more people were receiving bachelor's degrees which increased the size of the pool for potential graduate school students. As a function of these shifts, the number of doctor's degrees conferred in 1929–30 showed an increase of 274 percent compared to 1919–20.

During the 1930s, the number of doctor's degrees continued to rise, but at a slower rate. The ratio of doctor's to bachelor's degrees fell significantly during the 1930s and continued to fall during World War II. The lapse in time from bachelor's to doctor's degree also lengthened significantly during the postwar years, suggesting that many young people took time from their studies to serve during the war. The number of doctor's degrees continued to rise through the 1950s, but at much slower rate than the 1920s or 1940s. Also, the ratio of doctor's degrees to bachelor's degrees rose and then fell sharply. As in the lower levels of degrees, the 1960s brought a surge of interest in doctor's degrees. Not only did the absolute number of degrees rise by 204 percent between 1959–60 and 1969–70, but the ratio of doctor's degrees to 1,000 bachelor's degrees rose from 23 to 78. Also, the time-lapse from bachelor's degree to doctor's degree hit a low of 7.9 years, as short as any period measured except in 1919–20.

Through the 1970s, the number of doctor's degrees conferred fluctuated within a narrow range. The ratio of doctor's degrees per 1,000 bachelor's degrees fell sharply, and the average length of time to obtain the degree began to rise. The 1980s saw the average time to complete the doctor's degree lengthen to a record 10.5 years in 1987–88, 1988–89, and 1989–90. The number of these degrees per 1,000 bachelor's degrees held steady during the 1980s and actually rose slightly at the end of the decade. Because of the increases in the pool of graduate students, the number of doctor's degrees rose somewhat during the 1980s from 32,600 in 1979–80 to 38,200 in 1989–90.

Women generally have obtained a lower proportion of doctor's degrees than master's or bachelor's. Only a small number of doctor's degrees were awarded to women in the last 30 years of the 19th century, perhaps fewer than might be awarded by a large university in a single year today. The proportion of doctor's degrees awarded to women rose at an irregular rate between 1899–1900 and 1939–40, from 6 percent to 13 percent. After the war years, the proportion awarded to women fell. By 1970 the proportion of doctor's degrees awarded to women had reached 13 percent again. During the 1970s, more women began graduating from doctor's degree programs, and the proportion reached 30 percent by 1979-80. In 1989-90, about 36 percent of all doctor's degrees were earned by women.

Pl.0196

### First-Professional Degrees

Prior to 1960–61, separate figures on first-professional degrees did not exist because these programs were tabulated with the bachelor's degrees. In the late 18th and early 19th century, professional degrees frequently did not require attainment of a bachelor's degree before entrance into the programs. Since 1960–61, first professional degrees, such as degrees in law, medicine, and dentistry, have risen in a different pattern than other types of degrees (table 31). For example, first-professional degrees grew more rapidly during the 1970s than in the 1960s. In contrast to the increases of bachelor's, master's, and doctor's degrees, the number of first-professional degrees fell during the latter half of the 1980s.

Over the past 30 years, the number of degrees awarded in law has grown much more rapidly than degrees conferred in medicine or dentistry. However, the number of degrees conferred in each of the three areas is down from peaks reached during the mid-1980s. The number of degrees in dentistry grew by 72 percent between 1959–60 and 1982–83, before falling dramatically by 27 percent between 1982–83 and 1989–90. The number of medical degrees rose by 128 percent between 1959–60 and 1984–85, and

then fell 6 percent by 1989-90. The number of degrees conferred in law rose the most rapidly with an increase of 306 percent between 1959–60 and 1984–85, but since then the number of law degrees has fluctuated at a slightly lower level.

One of the most significant trends in first-professional degrees has been the dramatic increase in the portion of degrees earned by women. In 1959–60, women received 1 percent of the dentistry degrees, 6 percent of the medical degrees, and only 2 percent of the law degrees. The number of women earning degrees in these fields rose rapidly, particularly during the 1970s. In 1989–90 women accounted for 31 percent of the dentistry degrees, 34 percent of the degrees in medicine, and 42 percent of the degrees in law.

### Revenues for Higher Education

Although there have been huge increases in the total revenues for higher education during the 20th century, the sources of the funds have shown relatively stable patterns. For example, the proportion of revenues from tuition and fees was 24 percent in 1909–10 and in 1989–90. However, there have been some significant shifts through the period, notably during World War II (table 33).



**Figure 20.--Sources of current-fund revenue for institutions of higher education:  1909-10 to 1989-90**

SOURCE:  U.S. Department of Education, National Center for Education Statistics, *Annual Report of the Commissioner; Biennial Survey of Education in the United States; Financial Statistics of Institutions of Higher Education; Digest of Education Statistics, 1992;* and unpublished data.

Pl.0197

From 1909–10 to 1939–40, revenue sources evolved slowly. The proportion of revenues from tuition dropped slightly during the teens and then rose to 26 percent in 1929–30 and 28 percent in 1939–40. The proportion from federal sources fluctuated between 4 and 7 percent during this 30-year period. The proportion of revenues from state sources fluctuated around 30 percent between 1909–10 and 1931–32, and then fell significantly during the Great Depression of the 1930s. By the early 1940s, only 21 percent of revenues came from the state governments. The proportion of revenues from endowments fell from 16 percent in 1909–10 to 10 percent in 1939–40. Part of this drop may have been due to the rapidly rising number of institutions. The new schools usually did not have the resources of some of the older, well-established institutions. Also the stock market crash of 1929 and the ensuing depression dampened revenues from endowments. One significant rise during the early part of the century was in income from auxiliary enterprises, which rose from 12 percent of all revenues in 1909–10 to 20 percent of all revenues in 1939–40.

The war years were marked by an increase in federal funding of higher education. Some of this funding was earmarked for research, and some was for training programs specifically contracted by the federal government. After the war, the proportion of revenues coming from the federal government began to decline, dipping to 14 percent in 1955–56. After some rises during the early 1960s, the proportion of revenues from the federal government began a long, slow slide to 10 percent in 1989–90. In contrast, the proportion of revenues from state sources increased in the 1950s, 1960s, and 1970s, but dipped slightly in the 1980s. The percent of revenues from local government has fluctuated between 2 and 4 percent since World War II. Similarly, the proportions of revenues from endowments and from private gifts, grants, and contracts have shown only small fluctuations during the postwar period. One significant shift in college finances of the postwar period has been the steady increase in revenues from university hospitals. Between 1949–50 and 1989–90, the proportion of revenues rose from 5 percent in 1949–50 to 9 percent in 1989–90. This increase occurred during the 1970s and 1980s, after falling in the early part of the postwar period.

### Expenditures

In the 60-year period between 1929–30 and 1989–90, there were several significant developments in the expenditure patterns of colleges and universities. Although changes in definitions and data collection procedures sometimes hamper direct comparisons, there appears to have been some increase in the proportion of expenditures for administration, research, and university hospitals, and a decline in the proportion of expenditures for instruction, auxiliary enterprises, and plant operation and maintenance. However, these shifts have not been consistent over the 60-year period (table 24).

Administrative and general expenditures as a percent of current-fund expenditures rose slowly throughout the 1929–30 to 1989–90 period. In 1929–30, administrative expenditures accounted for about 8 percent of college budgets, but they increased to 10 percent in 1959–60 and 14 percent in 1989–90. The administrative costs rose most rapidly in the 1960s while changes in most of the other decades amounted to about 1 percentage point or less.

One of the most rapidly growing areas of college budgets in recent years has been university hospitals. When data were first tabulated separately in 1966–67, university hospitals accounted for 2 percent of the budget. Hospitals accounted for 8 percent of the budget in 1979–80 and 9 percent in 1989–90.

The proportion of college budgets for instruction is lower now than in 1929–30, but most of the change occurred during the 1930s and 1940s. Between 1929–30 and 1949–50, the share of college budgets for instruction fell from 44 percent to 35 percent. In the following 40 years, the proportion dipped slightly, reaching 31 percent in 1989–90.

Although there have been significant fluctuations, the proportion of college budgets spent on plant operation and maintenance has fallen over the 60-year period. The share of college budgets for plant operation and maintenance fell from 12 percent in 1929–30 to 10 percent in 1939–40. Between 1939–40 and 1943–44, there was a further drop to 8 percent, likely caused by conservation policies prompted by the war. After jumping to 10 percent again after the war, the proportion of funds for plant operation and maintenance fell to 7 percent through the late 1960s. In the early 1970s, partly due to the sharply higher costs of energy, the plant operation share returned to 8 percent. In the latter part of the 1980s, the proportion fell to 7 percent.

The part of the college budget that goes to auxiliary enterprises such as residence halls, food service, and sports arenas has fallen through much of the 60-year period. These auxiliary enterprises rose from 17 percent of the budget in 1931–32 to 23 percent in 1947–48. But during the 1950s and the 1960s, the proportion fell steadily. After stabilizing in the 1970s, the proportion dipped slightly again to about 10 percent in 1989–90. At least part of this shift may be attributed to the increased popularity of 2-year colleges, which have lower spending on auxiliary enterprises compared to 4-year colleges with larger numbers of students living on campus.

Pl.0198

## Figure 21.--Expenditures of institutions of higher education per student in constant 1990-91 dollars:  1929-30 to 1989-90



SOURCE:  U.S. Department of Education, National Center for Education Statistics, *Annual Report of the Commissioner; Biennial Survey of Education in the United States; Financial Statistics of Institutions of Higher Education;* and Integrated Postsecondary Education Data System (IPEDS) "Finance" survey.

Another way of examining college and university expenditures is to look at per student spending. After adjustment for inflation, expenditures per student have risen in nearly every decade since 1929–30. Because consistent data on full-time-equivalent enrollment were not available for this historical analysis, data on total head-count enrollment were used instead. Because of the rising proportion of students attending college part-time, the use of total enrollment makes the expenditure per student percentage changes lower than they would have been if more precise FTE enrollment data had been used.

Educational and general spending on a per student basis held up remarkably well during the Great Depression of the 1930s, even registering a 25 percent increase. Per student expenditures rose a further 18 percent during the 1940s. The 1950s saw the most rapid growth. The large 49 percent increase in expenditures per student may be partly attributed to the enrollment drop during the early part of the decade when the high expenditures of the immediate post-war years remained steady. Expenditures per student rose a further 27 percent during the 1960s, but dropped 11 percent in the 1970s. The drops were particularly notable during the years with the highest inflation rates. During the 1980s, the expenditures

per student rose a further 24 percent reaching an all time record of $7,799 per student in 1989–90.

### Endowment and Physical Plant

Endowment funds and physical plant value are long-term assets that can be used to analyze institutional resources. Physical plant value measures the book value of land, buildings, and equipment owned by colleges and universities. Endowment funds are economic resources that are acquired by colleges through donations or deliberate transfers from current operating funds. The principal of the endowment is maintained in investments while the interest is diverted to fund special programs, such as faculty members in specific disciplines, or student aid, or scholarships for particular categories of students.

Endowments at colleges represent a sizeable economic resource amounting to $68 billion in 1989–90. Endowment funds are deposited in a variety of investments, including relatively volatile ones like stocks. Thus, their value tends to fluctuate more over time than other types of higher education finances. When examined on a per student basis, there was a drop in the book value of the endowments per student between the mid-1930s and the early 1950s. A more reliable indicator of market value of endowment became available in the mid-1960s. Market value of

Pl.0199

endowment takes into account unrealized losses and gains in the value of the investments. The market value data indicate a continuing drop in value per student through the early 1980s. Some of this may be attributed to the rapid growth of new public colleges, especially 2-year colleges, which generally have either no or small endowments. During the 1980s, the market value of endowment per student rose a dramatic 71 percent. Some of this may be due to favorable stock market performances, as well as to institutional drives to boost endowments even at public colleges.

The plant value data must be interpreted with caution since the book value of buildings or land may differ considerably from their replacement value. After adjustment for student enrollment and inflation, it appears that plant fund value per student generally is lower now than in the late 1960s and early 1970s. Some of this may be attributed to the growth in the enrollment of 2-year colleges which accounted for 38 percent of students in 1989 compared to 26 percent of students in 1969. Two-year colleges generally have lower physical plant value per student than 4-year colleges because relatively few students live on campus, and equipment and land holdings are generally less extensive. Property value per student remained stable during the 1980s after adjustment for student enrollment and inflation. Like other expenditure-per-student measures, the use of total enrollment rather than FTE enrollment tends to depress percentage changes.

The 20th century has been a period of dynamic growth for higher education institutions. Colleges have evolved from institutions largely limited to the social elite to much more egalitarian institutions attended today by nearly two out of three high school graduates. Colleges showed particularly strong growth during the late teens and in the twenties, fifties, sixties and eighties. The missions of colleges have evolved with the times as has the student composition. College enrollments, degrees, and finances are now at record highs.

Pl.0200

**Table 23.—Historical summary of higher education statistics: 1869–70 to 1989–90**

| Item | 1869–70 | 1879–80 | 1889–90 | 1899–1900 | 1909–10 | 1919–20 | 1929–30 | 1939–40 | 1949–50 | 1959–60 | 1969–70 | 1979–80 | 1987–88 | 1988–89 | 1989–90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| **Total institutions** [1] | **563** | **811** | **998** | **977** | **951** | **1,041** | **1,409** | **1,708** | **1,851** | **2,004** | **2,525** | **3,152** | **3,587** | **3,565** | **3,535** |
| Professional staff [2] | [3]5,553 | [3]11,522 | [3]15,809 | 23,868 | 36,480 | 48,615 | — | 146,929 | 246,722 | 380,554 | — | — | 1,437,975 | — | 1,531,071 |
| Male | [3]4,887 | [3]7,328 | [3]12,704 | 19,151 | 29,132 | 35,807 | — | 106,328 | 186,189 | 296,773 | — | — | 850,451 | — | 880,766 |
| Female | [3]666 | [3]4,194 | [3]3,105 | 4,717 | 7,348 | 12,808 | — | 40,601 | 60,533 | 83,781 | — | — | 587,524 | — | 650,305 |
| Instructional staff [4] | — | — | — | — | — | — | 82,386 | 110,885 | 190,353 | 281,506 | 551,000 | — | 954,534 | — | 987,518 |
| Total fall enrollment [5] | 62,839 | 115,850 | 156,756 | 237,592 | 355,430 | 597,880 | 1,100,737 | 1,494,203 | 2,444,900 | 3,639,847 | 8,004,660 | 11,569,899 | 12,766,642 | 13,055,337 | 13,538,560 |
| Male | [3]49,467 | [3]77,994 | [3]100,453 | 152,254 | [3]214,779 | 314,938 | 619,935 | 893,250 | 1,721,572 | 2,332,617 | 4,746,201 | 5,682,877 | 5,932,056 | 6,001,896 | 6,190,015 |
| Female | [3]13,372 | [3]37,856 | [3]56,303 | 85,338 | [3]140,651 | 282,942 | 480,802 | 600,953 | 723,328 | 1,307,230 | 3,258,459 | 5,887,022 | 6,834,586 | 7,053,441 | 7,348,545 |
| Earned degrees conferred | | | | | | | | | | | | | | | |
| Associate, total | — | — | — | — | — | — | — | — | — | — | 206,023 | 400,910 | 435,085 | 436,764 | [6]454,679 |
| Male | — | — | — | — | — | — | — | — | — | — | 117,432 | 183,737 | 190,047 | 186,316 | [6]191,072 |
| Female | — | — | — | — | — | — | — | — | — | — | 88,591 | 217,173 | 245,038 | 250,448 | [6]263,607 |
| Bachelor's, [7] total | 9,371 | 12,896 | 15,539 | 27,410 | 37,199 | 48,622 | 122,484 | 186,500 | 432,058 | 392,440 | 792,317 | 929,417 | 994,829 | 1,018,755 | [6]1,049,657 |
| Male | 7,993 | 10,411 | 12,857 | 22,173 | 28,762 | 31,980 | 73,615 | 109,546 | 328,841 | 254,063 | 451,097 | 473,611 | 477,203 | 483,346 | [6]491,488 |
| Female | 1,378 | 2,485 | 2,682 | 5,237 | 8,437 | 16,642 | 48,869 | 76,954 | 103,217 | 138,377 | 341,220 | 455,806 | 517,626 | 535,409 | [6]558,169 |
| Master's, [8] total | — | 879 | 1,015 | 1,583 | 2,113 | 4,279 | 14,969 | 26,731 | 58,183 | 74,435 | 208,291 | 298,081 | 299,317 | 310,621 | [6]323,844 |
| Male | — | 868 | 821 | 1,280 | 1,555 | 2,985 | 8,925 | 16,508 | 41,220 | 50,898 | 125,624 | 150,749 | 145,163 | 149,354 | [6]153,643 |
| Female | — | 11 | 194 | 303 | 558 | 1,294 | 6,044 | 10,223 | 16,963 | 23,537 | 82,667 | 147,332 | 154,154 | 161,267 | [6]170,201 |
| First-professional, [7] total | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) | 34,578 | 70,131 | 70,735 | 70,856 | [6]70,980 |
| Male | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) | 32,794 | 52,716 | 45,484 | 45,046 | [6]44,002 |
| Female | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) | 1,784 | 17,415 | 25,251 | 25,810 | [6]26,978 |
| Doctor's, total | 1 | 54 | 149 | 382 | 443 | 615 | 2,299 | 3,290 | 6,420 | 9,829 | 29,912 | 32,615 | 34,870 | 35,720 | [6]38,238 |
| Male | 1 | 51 | 147 | 359 | 399 | 522 | 1,946 | 2,861 | 5,804 | 8,801 | 25,890 | 22,943 | 22,615 | 22,648 | [6]24,371 |
| Female | 0 | 3 | 2 | 23 | 44 | 93 | 353 | 429 | 616 | 1,028 | 4,022 | 9,672 | 12,255 | 13,072 | [6]13,867 |
| Finances, in thousands | | | | | | | | | | | | | | | |
| Current-fund revenue [8] | — | — | — | — | [8]76,883 | [8]199,922 | [8]554,511 | [8]715,211 | [8]2,374,645 | [8]5,785,537 | [8]21,515,242 | [8]58,519,982 | [8]117,340,109 | [8]128,501,638 | [6]139,635,477 |
| Educational and general income | — | — | $21,464 | $35,084 | 67,917 | 172,929 | 494,092 | 538,511 | 1,751,393 | 4,593,485 | 17,144,194 | 46,534,023 | 91,863,743 | 100,598,033 | [6]109,241,902 |
| Current-fund expenditures [8] | — | — | — | — | — | — | 507,142 | 674,688 | 2,245,661 | 5,601,376 | 21,043,110 | 56,913,588 | 113,786,476 | 123,867,184 | [6]134,655,571 |
| Educational and general expenditures | — | — | — | — | — | — | 377,903 | 521,990 | 1,706,444 | 4,685,258 | 16,845,210 | 44,542,843 | 89,157,430 | 96,803,377 | [6]105,585,076 |
| Value of physical property | — | — | 95,426 | 253,599 | 457,954 | 747,333 | 2,065,049 | 2,753,780 | 4,799,964 | 13,548,548 | 42,093,580 | 83,733,387 | 133,228,717 | 142,425,392 | 155,401,508 |
| Endowment funds [9] | — | — | 78,788 | 194,998 | 323,661 | 569,071 | 1,372,068 | [10]1,686,283 | [10]2,601,223 | [10]5,322,080 | [10]10,837,343 | [10]18,561,472 | — | — | — |

[1] Prior to 1979–80, excludes branch campuses.
[2] Total number of different individuals (not reduced to full-time equivalent). Beginning in 1959–60, data are for the first term of the academic year.
[3] Estimated.
[4] Includes all faculty, instructors and above, and research assistants.
[5] Data for 1869–70 to 1939–40 are for resident degree-credit students who enrolled at any time during the academic year.
[6] Preliminary data.
[7] From 1869–70 to 1959–60, first-professional degrees included under bachelor's degrees.
[8] Figures for years prior to 1969–70 are not precisely comparable with later data.
[9] Book value. Includes annuity funds.
[10] Endowment funds only.

—Data not available.

NOTE.—Beginning in 1959–60, includes Alaska and Hawaii. Some data have been revised from previously published figures.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Biennial Survey of Education in the United States; Education Directory, Colleges and Universities; Faculty and Other Professional Staff in Institutions of Higher Education; Fall Enrollment in Colleges and Universities; Earned Degrees Conferred; Financial Statistics of Institutions of Higher Education;* and "Fall Enrollment in Institutions of Higher Education," "Degrees and Other Formal Awards Conferred," and "Financial Statistics of Institutions of Higher Education" surveys; and Integrated Postsecondary Education Data System (IPEDS), "Fall Enrollment," "Completions," and "Finance" surveys. (This table was prepared November 1992.)

Higher Education   75

Pl.0201

**Table 24.—Enrollment in institutions of higher education, by sex, attendance status, and type and control of institution: 1869–70 to fall 1991**

[In thousands]

| Year | Total enrollment | Enrollment as a percent of 18- to 24-year-old population [1] | Male | Female | Full-time | Part-time | 4-year | 2-year | Public institutions | | | Private institutions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Total | 4-year | 2-year | Total | 4-year | 2-year |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 1869–70 ............ | 63 | 1.3 | 49 | 13 | — | — | — | — | — | — | — | — | — | — |
| 1879–80 ............ | 116 | 1.6 | 78 | 38 | — | — | — | — | — | — | — | — | — | — |
| 1889–90 ............ | 157 | 1.8 | 100 | 56 | — | — | — | — | — | — | — | — | — | — |
| 1899–1900 ........ | 238 | 2.3 | 152 | 85 | — | — | — | — | — | — | — | — | — | — |
| 1904–05 ............ | 264 | 2.3 | — | — | — | — | — | — | — | — | — | — | — | — |
| 1909–10 ............ | 355 | 2.8 | 215 | 141 | — | — | — | — | — | — | — | — | — | — |
| 1910–11 ............ | 354 | 2.8 | — | — | — | — | — | — | — | — | — | — | — | — |
| 1911–12 ............ | 356 | 2.8 | — | — | — | — | — | — | — | — | — | — | — | — |
| 1912–13 ............ | 361 | 2.8 | — | — | — | — | — | — | — | — | — | — | — | — |
| 1913–14 ............ | 379 | 2.9 | — | — | — | — | — | — | — | — | — | — | — | — |
| 1914–15 ............ | 404 | 3.1 | — | — | — | — | — | — | — | — | — | — | — | — |
| 1915–16 ............ | 441 | 3.3 | — | — | — | — | — | — | — | — | — | — | — | — |
| 1917–18 ............ | 441 | 3.4 | — | — | — | — | — | — | — | — | 1 | — | — | 3 |
| 1919–20 ............ | 598 | 4.7 | 315 | 283 | — | — | — | — | — | — | 3 | — | — | 5 |
| 1921–22 ............ | 681 | 5.2 | — | — | — | — | — | — | — | — | 5 | — | — | 7 |
| 1923–24 ............ | [2]823 | 6.1 | — | — | — | — | — | — | — | — | 9 | — | — | 11 |
| 1925–26 ............ | 941 | 6.7 | — | — | — | — | — | — | — | — | 14 | — | — | 13 |
| 1927–28 ............ | 1,054 | 7.2 | — | — | — | — | — | — | — | — | 28 | — | — | 16 |
| 1929–30 ............ | 1,101 | 7.2 | 620 | 481 | — | — | — | — | 531 | — | 37 | 591 | — | 19 |
| 1931–32 ............ | 1,154 | 7.4 | 667 | 487 | — | — | 1,069 | 85 | 582 | 523 | 59 | 572 | 546 | 26 |
| 1933–34 ............ | 1,055 | 6.7 | 616 | 440 | — | — | 977 | 78 | 530 | 474 | 56 | 525 | 503 | 23 |
| 1935–36 ............ | 1,208 | 7.6 | 710 | 499 | — | — | 1,106 | 102 | 614 | 544 | 71 | 594 | 562 | 32 |
| 1937–38 ............ | 1,351 | 8.4 | 804 | 547 | — | — | 1,229 | 122 | 689 | 607 | 82 | 661 | 622 | 39 |
| 1939–40 ............ | 1,494 | 9.1 | 893 | 601 | — | — | 1,344 | 150 | 797 | 689 | 108 | 698 | 655 | 42 |
| 1941–42 ............ | 1,404 | 8.4 | 819 | 585 | — | — | 1,263 | 141 | 732 | 631 | 101 | 672 | 631 | 40 |
| 1943–44 ............ | 1,155 | 6.8 | 579 | 576 | — | — | 1,066 | 89 | 571 | 511 | 61 | 584 | 556 | 28 |
| 1945–46 ............ | 1,677 | 10.0 | 928 | 749 | — | — | 1,520 | 156 | 834 | 724 | 110 | 843 | 796 | 47 |
| Fall 1946 ............ | 2,078 | 12.5 | 1,418 | 661 | — | — | — | — | — | — | — | — | — | — |
| Fall 1947 ............ | 2,338 | 14.2 | 1,659 | 679 | — | — | 2,116 | 222 | 1,152 | 989 | 163 | 1,186 | 1,127 | 59 |
| Fall 1948 ............ | 2,403 | 14.7 | 1,709 | 694 | — | — | 2,192 | 211 | 1,186 | 1,032 | 154 | 1,218 | 1,161 | 57 |
| Fall 1949 ............ | 2,445 | 15.2 | 1,722 | 723 | — | — | 2,216 | 229 | 1,207 | 1,036 | 171 | 1,238 | 1,179 | 58 |
| Fall 1950 ............ | 2,281 | 14.3 | 1,560 | 721 | — | — | 2,064 | 217 | 1,140 | 972 | 168 | 1,142 | 1,092 | 50 |
| Fall 1951 ............ | 2,102 | 13.4 | 1,391 | 711 | — | — | 1,902 | 200 | 1,038 | 882 | 156 | 1,064 | 1,020 | 44 |
| Fall 1952 ............ | 2,134 | 13.8 | 1,380 | 754 | — | — | 1,896 | 238 | 1,101 | 910 | 192 | 1,033 | 986 | 47 |
| Fall 1953 ............ | 2,231 | 14.7 | 1,423 | 808 | — | — | 1,973 | 258 | 1,186 | 976 | 210 | 1,045 | 997 | 48 |
| Fall 1954 ............ | 2,447 | 16.2 | 1,563 | 883 | — | — | 2,164 | 282 | 1,354 | 1,112 | 241 | 1,093 | 1,052 | 41 |
| Fall 1955 ............ | 2,653 | 17.7 | 1,733 | 920 | — | — | 2,345 | 308 | 1,476 | 1,211 | 265 | 1,177 | 1,134 | 43 |
| Fall 1956 ............ | 2,918 | 19.5 | 1,911 | 1,007 | — | — | 2,571 | 347 | 1,656 | 1,359 | 298 | 1,262 | 1,212 | 50 |
| Fall 1957 ............ | 3,324 | 22.0 | 2,171 | 1,153 | — | — | — | — | 1,973 | — | — | 1,351 | — | — |
| Fall 1959 ............ | 3,640 | 23.8 | 2,333 | 1,307 | — | — | — | — | 2,181 | — | — | 1,459 | — | — |
| Fall 1961 ............ | 4,145 | 23.6 | 2,586 | 1,559 | — | — | — | — | 2,561 | — | — | 1,584 | — | — |

Pl.0202

**Table 24.—Enrollment in institutions of higher education, by sex, attendance status, and type and control of institution:—Continued 1869–70 to fall 1991**

[In thousands]

| Year | Total enrollment | Enrollment as a percent of 18– to 24–year-old population [1] | Male | Female | Full-time | Part-time | 4-year | 2-year | Public institutions | | | Private institutions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Total | 4-year | 2-year | Total | 4-year | 2-year |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| Fall 1963 | 4,780 | 27.7 | 2,962 | 1,818 | 3,184 | 1,596 | 3,929 | 850 | 3,081 | 2,341 | 740 | 1,698 | 1,588 | 111 |
| Fall 1964 | 5,280 | 28.7 | 3,249 | 2,031 | 3,573 | 1,707 | 4,291 | 989 | 3,468 | 2,593 | 875 | 1,812 | 1,698 | 114 |
| Fall 1965 | 5,921 | 29.8 | 3,630 | 2,291 | 4,096 | 1,825 | 4,748 | 1,173 | 3,970 | 2,928 | 1,041 | 1,951 | 1,820 | 132 |
| Fall 1966 | 6,390 | 30.7 | 3,856 | 2,534 | 4,439 | 1,951 | 5,064 | 1,326 | 4,349 | 3,160 | 1,189 | 2,041 | 1,904 | 137 |
| Fall 1967 | 6,912 | 32.2 | 4,133 | 2,779 | 4,793 | 2,119 | 5,399 | 1,513 | 4,816 | 3,444 | 1,372 | 2,096 | 1,955 | 141 |
| Fall 1968 | 7,513 | 34.1 | 4,478 | 3,035 | 5,210 | 2,303 | 5,721 | 1,792 | 5,431 | 3,784 | 1,646 | 2,082 | 1,937 | 146 |
| Fall 1969 | 8,005 | 35.0 | 4,746 | 3,258 | 5,499 | 2,506 | 5,937 | 2,068 | 5,897 | 3,963 | 1,934 | 2,108 | 1,975 | 133 |
| Fall 1970 | 8,581 | 35.8 | 5,044 | 3,537 | 5,816 | 2,765 | 6,262 | 2,319 | 6,428 | 4,233 | 2,195 | 2,153 | 2,029 | 124 |
| Fall 1971 | 8,949 | 35.3 | 5,207 | 3,742 | 6,077 | 2,871 | 6,369 | 2,579 | 6,804 | 4,347 | 2,457 | 2,144 | 2,022 | 122 |
| Fall 1972 | 9,215 | 35.8 | 5,239 | 3,976 | 6,072 | 3,142 | 6,459 | 2,756 | 7,071 | 4,430 | 2,641 | 2,144 | 2,029 | 115 |
| Fall 1973 | 9,602 | 36.5 | 5,371 | 4,231 | 6,189 | 3,413 | 6,590 | 3,012 | 7,420 | 4,530 | 2,890 | 2,183 | 2,060 | 122 |
| Fall 1974 | 10,224 | 37.9 | 5,622 | 4,601 | 6,370 | 3,853 | 6,820 | 3,404 | 7,989 | 4,703 | 3,285 | 2,235 | 2,117 | 119 |
| Fall 1975 | 11,185 | 40.3 | 6,149 | 5,036 | 6,841 | 4,344 | 7,215 | 3,970 | 8,835 | 4,998 | 3,836 | 2,350 | 2,217 | 134 |
| Fall 1976 | 11,012 | 38.8 | 5,811 | 5,201 | 6,717 | 4,295 | 7,129 | 3,883 | 8,653 | 4,902 | 3,752 | 2,359 | 2,227 | 132 |
| Fall 1977 | 11,286 | 39.0 | 5,789 | 5,497 | 6,793 | 4,493 | 7,243 | 4,043 | 8,847 | 4,945 | 3,902 | 2,439 | 2,298 | 141 |
| Fall 1978 | 11,260 | 38.3 | 5,641 | 5,619 | 6,668 | 4,592 | 7,232 | 4,028 | 8,786 | 4,912 | 3,874 | 2,474 | 2,319 | 155 |
| Fall 1979 | 11,570 | 38.8 | 5,683 | 5,887 | 6,794 | 4,776 | 7,353 | 4,217 | 9,037 | 4,980 | 4,057 | 2,533 | 2,373 | 160 |
| Fall 1980 | 12,097 | 40.2 | 5,874 | 6,223 | 7,098 | 4,999 | 7,571 | 4,526 | 9,457 | 5,129 | 4,329 | 2,640 | 2,442 | [3]198 |
| Fall 1981 | 12,372 | 41.0 | 5,975 | 6,397 | 7,181 | 5,190 | 7,655 | 4,716 | 9,647 | 5,166 | 4,481 | 2,725 | 2,489 | [3]236 |
| Fall 1982 | 12,426 | 41.4 | 6,031 | 6,394 | 7,221 | 5,205 | 7,654 | 4,772 | 9,696 | 5,176 | 4,520 | 2,730 | 2,478 | 252 |
| Fall 1983 | 12,465 | 42.0 | 6,024 | 6,441 | 7,261 | 5,204 | 7,741 | 4,723 | 9,683 | 5,223 | 4,459 | 2,782 | 2,518 | 264 |
| Fall 1984 | 12,242 | 42.0 | 5,864 | 6,378 | 7,098 | 5,144 | 7,711 | 4,531 | 9,477 | 5,198 | 4,279 | 2,765 | 2,513 | 252 |
| Fall 1985 | 12,247 | 43.0 | 5,818 | 6,429 | 7,075 | 5,172 | 7,716 | 4,531 | 9,479 | 5,210 | 4,270 | 2,768 | 2,506 | 261 |
| Fall 1986 | 12,504 | 45.1 | 5,885 | 6,619 | 7,120 | 5,384 | 7,824 | 4,680 | 9,714 | 5,300 | 4,414 | 2,790 | 2,524 | [4]266 |
| Fall 1987 | 12,767 | 47.1 | 5,932 | 6,835 | 7,231 | 5,536 | 7,990 | 4,776 | 9,973 | 5,432 | 4,541 | 2,793 | 2,558 | [4]235 |
| Fall 1988 | 13,055 | 49.0 | 6,002 | 7,053 | 7,437 | 5,619 | 8,180 | 4,875 | 10,161 | 5,546 | 4,615 | 2,894 | 2,634 | 260 |
| Fall 1989 | 13,539 | 51.4 | 6,190 | 7,349 | 7,661 | 5,878 | 8,388 | 5,151 | 10,578 | 5,694 | 4,884 | 2,961 | 2,693 | 267 |
| Fall 1990 [5] | 13,710 | 51.1 | 6,239 | 7,472 | 7,780 | 5,930 | 8,529 | 5,181 | 10,741 | 5,803 | 4,938 | 2,970 | 2,726 | 243 |
| Fall 1991 [6] | 14,157 | 53.7 | 6,405 | 7,752 | 8,031 | 6,126 | — | — | 11,174 | — | — | 2,983 | — | — |

[1] Population ratio data are based on persons 18 to 24 years old, as of July 1 prior to the opening of school, except for 1899–1900 which is based on July 1 population after the closing of school in June. Population data through 1959 are total population, including armed forces overseas. Data for 1960 to 1991 are resident population. Many students are over age 24, particularly in the later years. In fall 1990, about 44 percent of college students were over age 24.

[2] Data for 1923–24 and previous years based on U.S. Office of Education, *Education for Victory,* vol. 3, no. 6, 1944.

[3] Large increases are due to the addition of schools accredited by the National Association of Trade and Technical Schools in 1980 and 1981.

[4] Because of imputation techniques, data are not consistent with figures for other years.

[5] Preliminary data.

[6] Preliminary estimate.

—Data not available.

NOTE.—Prior to 1970, data for 2-year branch campuses of 4–year institutions are included with the 4–year institutions. Data for 1869–70 through fall 1956 are degree-credit enrollment. Data for later years include degree-credit and non-degree-credit enrollment. Data for 1869–70 through 1945–46 are cumulative enrollment for the entire academic year. Beginning in fall 1960, data include Alaska and Hawaii.

SOURCE: U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* and U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics.* (This table was prepared September 1992.)

## Table 25.—Enrollment in institutions of higher education, by state: 1869–70 to fall 1990

| State | Academic year degree-credit enrollment | | | | | | | | Total enrollment | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1869–70 | 1879–80 | 1889–90 | 1899–1900 | 1909–10 | 1919–20 | 1929–30 | 1939–40 | 1949–50 | Fall 1959 | Fall 1969 | Fall 1979 | Fall 1989 | Fall 1990 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| **United States** ......... | **62,839** | **115,850** | **156,756** | **237,592** | **355,430** | **597,880** | **1,100,737** | **1,494,203** | **2,444,900** | **3,639,847** | **8,004,660** | **11,569,899** | **13,538,560** | **13,710,150** |
| Alabama ...................... | 560 | 2,250 | 3,003 | — | 4,802 | 6,421 | 15,290 | 19,987 | 31,760 | 46,397 | 97,816 | 159,784 | 208,562 | 217,550 |
| Alaska ........................ | 0 | 0 | 0 | — | 0 | 0 | 86 | 268 | 328 | 3,074 | 7,514 | 20,052 | 28,627 | 29,833 |
| Arizona ....................... | 0 | 0 | 31 | — | 407 | 1,357 | 3,742 | 5,969 | 13,144 | 33,121 | 97,692 | 188,976 | 252,625 | 264,735 |
| Arkansas .................... | 80 | 709 | 454 | — | 2,343 | 2,900 | 6,445 | 10,928 | 19,445 | 24,371 | 51,530 | 74,453 | 88,572 | 90,425 |
| California .................... | 1,790 | 2,155 | 3,209 | — | 11,394 | 24,257 | 69,087 | 120,290 | 200,447 | 507,302 | 1,149,148 | 1,698,788 | 1,802,884 | 1,769,997 |
| Colorado ..................... | 0 | 195 | 402 | — | 4,601 | 6,050 | 11,290 | 17,376 | 35,063 | 45,745 | 111,893 | 156,100 | 201,114 | 227,131 |
| Connecticut ................ | 1,173 | 1,775 | 2,688 | — | 4,917 | 5,403 | 9,183 | 12,860 | 32,105 | 49,082 | 114,419 | 156,067 | 169,438 | 168,530 |
| Delaware .................... | 188 | 96 | 169 | — | 225 | 498 | 711 | 1,118 | 3,441 | 6,783 | 23,012 | 32,308 | 40,562 | 42,004 |
| District of Columbia ...... | 1,587 | 920 | 2,536 | — | 4,710 | 9,564 | 15,944 | 22,319 | 37,454 | 49,518 | 77,886 | 87,855 | 79,800 | 80,669 |
| Florida ........................ | 238 | 39 | 185 | — | 650 | 1,794 | 5,857 | 11,473 | 36,093 | 70,788 | 218,303 | 395,233 | 578,123 | 538,389 |
| Georgia ....................... | 957 | 2,990 | 3,366 | — | 6,283 | 9,442 | 15,838 | 23,229 | 39,094 | 49,054 | 117,198 | 178,017 | 242,289 | 251,810 |
| Hawaii ........................ | 0 | 0 | 0 | — | 0 | 198 | 1,005 | 2,730 | 4,822 | 9,769 | 33,586 | 48,994 | 54,188 | 53,772 |
| Idaho .......................... | 0 | 0 | 0 | — | 724 | 2,322 | 3,812 | 6,615 | 8,266 | 12,579 | 31,450 | 40,661 | 48,969 | 51,881 |
| Illinois ........................ | 3,992 | 7,075 | 11,512 | — | 29,069 | 48,649 | 81,701 | 107,074 | 151,622 | 193,680 | 425,002 | 613,874 | 709,952 | 729,246 |
| Indiana ....................... | 3,367 | 5,812 | 7,652 | — | 16,477 | 20,044 | 26,118 | 37,065 | 70,363 | 93,549 | 185,290 | 228,397 | 275,821 | 283,015 |
| Iowa ........................... | 1,644 | 3,269 | 4,863 | — | 11,146 | 19,994 | 23,688 | 29,753 | 44,045 | 54,253 | 106,063 | 132,599 | 169,901 | 170,515 |
| Kansas ....................... | 466 | 952 | 2,723 | — | 9,409 | 16,437 | 21,326 | 27,244 | 37,061 | 50,775 | 104,568 | 133,360 | 158,497 | 163,375 |
| Kentucky .................... | 2,097 | 3,945 | 4,779 | — | 7,061 | 7,048 | 16,877 | 22,414 | 32,455 | 45,360 | 97,243 | 135,179 | 166,014 | 177,852 |
| Louisiana .................... | 1,097 | 851 | 2,389 | — | 3,883 | 4,829 | 11,180 | 25,996 | 35,641 | 54,958 | 114,995 | 153,812 | 180,202 | 186,599 |
| Maine .......................... | 957 | 1,556 | 1,554 | — | 2,994 | 3,221 | 4,659 | 6,092 | 9,507 | 12,320 | 30,498 | 42,912 | 58,230 | 57,186 |
| Maryland ..................... | 1,715 | 3,601 | 3,162 | — | 5,211 | 7,430 | 13,084 | 18,557 | 36,570 | 59,267 | 135,712 | 218,447 | 254,533 | 259,700 |
| Massachusetts ........... | 3,007 | 6,256 | 10,255 | — | 19,792 | 33,138 | 54,424 | 57,772 | 102,351 | 134,589 | 285,709 | 396,267 | 426,476 | 418,874 |
| Michigan ..................... | 2,445 | 2,812 | 6,039 | — | 14,967 | 21,833 | 44,144 | 60,961 | 101,390 | 160,313 | 366,568 | 503,839 | 560,320 | 569,803 |
| Minnesota .................. | 675 | 1,170 | 2,787 | — | 9,724 | 18,102 | 24,884 | 34,647 | 50,709 | 73,013 | 158,359 | 193,830 | 253,097 | 253,789 |
| Mississippi ................. | 251 | 1,527 | 1,989 | — | 3,298 | 4,521 | 10,070 | 14,019 | 19,695 | 34,501 | 68,594 | 100,272 | 116,370 | 122,883 |
| Missouri ...................... | 2,668 | 5,657 | 7,606 | — | 14,844 | 21,031 | 31,458 | 40,393 | 65,183 | 80,564 | 174,486 | 221,088 | 278,505 | 289,407 |
| Montana ...................... | 0 | 0 | 37 | — | 612 | 2,048 | 3,897 | 6,685 | 8,622 | 12,408 | 28,868 | 31,906 | 37,660 | 35,876 |
| Nebraska .................... | 102 | 411 | 1,305 | — | 7,630 | 10,565 | 15,685 | 16,579 | 22,024 | 31,776 | 65,239 | 86,446 | 108,844 | 112,831 |
| Nevada ....................... | 0 | 35 | 52 | — | 235 | 430 | 1,046 | 1,267 | 1,775 | 3,964 | 12,746 | 35,935 | 56,471 | 61,728 |
| New Hampshire ........... | 491 | 655 | 651 | — | 1,713 | 3,505 | 4,846 | 5,897 | 9,069 | 12,624 | 28,114 | 42,112 | 59,081 | 59,510 |
| New Jersey .................. | 1,449 | 1,711 | 2,314 | — | 4,731 | 5,596 | 14,662 | 20,515 | 45,562 | 84,579 | 188,810 | 312,460 | 314,091 | 323,947 |
| New Mexico ................ | 0 | 0 | 22 | — | 342 | 2,562 | 2,635 | 4,950 | 9,592 | 17,125 | 41,478 | 56,487 | 81,350 | 85,596 |
| New York ..................... | 7,869 | 16,767 | 19,482 | — | 31,482 | 64,727 | 156,730 | 195,596 | 312,971 | 376,508 | 728,379 | 970,286 | 1,029,518 | 1,035,323 |
| North Carolina ............ | 885 | 2,396 | 2,311 | — | 6,898 | 9,109 | 18,901 | 32,118 | 45,195 | 68,500 | 161,038 | 269,065 | 345,502 | 351,990 |
| North Dakota .............. | 0 | 0 | 60 | — | 1,382 | 4,161 | 6,891 | 8,332 | 8,673 | 14,448 | 29,830 | 31,904 | 40,404 | 37,878 |
| Ohio ........................... | 5,207 | 8,796 | 9,965 | — | 17,584 | 36,779 | 66,985 | 84,367 | 137,743 | 169,762 | 358,892 | 463,310 | 550,720 | 554,787 |
| Oklahoma ................... | 0 | 0 | 0 | — | 4,942 | 11,671 | 22,770 | 32,908 | 45,401 | 57,836 | 106,269 | 152,683 | 175,855 | 173,221 |
| Oregon ....................... | 368 | 768 | 849 | — | 2,920 | 7,929 | 11,796 | 16,141 | 25,588 | 41,630 | 110,780 | 154,597 | 161,822 | 166,641 |
| Pennsylvania .............. | 8,085 | 12,845 | 15,562 | — | 32,813 | 44,098 | 78,086 | 83,401 | 151,218 | 193,967 | 393,518 | 481,347 | 610,479 | 604,060 |
| Rhode Island .............. | 217 | 392 | 500 | — | 1,604 | 2,189 | 4,262 | 5,425 | 13,841 | 19,915 | 42,788 | 64,435 | 76,503 | 78,273 |

Pl.0204

**Table 25.—Enrollment in institutions of higher education, by state: 1869–70 to fall 1990—Continued**

| State | Academic year degree-credit enrollment | | | | | | | | Total enrollment | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1869–70 | 1879–80 | 1889–90 | 1899–1900 | 1909–10 | 1919–20 | 1929–30 | 1939–40 | 1949–50 | Fall 1959 | Fall 1969 | Fall 1979 | Fall 1989 | Fall 1990 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| South Carolina ............ | 381 | 1,069 | 1,774 | — | 5,152 | 5,246 | 10,666 | 15,914 | 23,038 | 30,875 | 62,320 | 131,459 | 145,730 | 159,302 |
| South Dakota ................ | 0 | 0 | 677 | — | 1,763 | 4,676 | 6,113 | 6,583 | 8,157 | 14,621 | 30,908 | 31,294 | 32,666 | 34,208 |
| Tennessee .................... | 1,663 | 4,872 | 5,531 | — | 8,134 | 9,219 | 20,496 | 25,253 | 39,748 | 59,887 | 127,568 | 199,902 | 218,866 | 226,238 |
| Texas ............................. | 421 | 1,929 | 2,441 | — | 8,344 | 23,490 | 46,703 | 74,552 | 129,477 | 185,518 | 407,918 | 676,047 | 879,335 | 901,437 |
| Utah .............................. | 296 | 55 | 141 | — | 1,102 | 2,313 | 7,127 | 13,043 | 22,380 | 34,903 | 81,540 | 88,608 | 114,815 | 121,303 |
| Vermont ........................ | 759 | 782 | 896 | — | 1,245 | 1,813 | 2,442 | 3,975 | 7,767 | 9,571 | 21,964 | 29,550 | 35,946 | 36,398 |
| Virginia ......................... | 2,408 | 3,178 | 4,273 | — | 6,540 | 10,738 | 19,316 | 26,156 | 37,393 | 57,511 | 138,561 | 270,599 | 344,284 | 353,442 |
| Washington .................. | 0 | 138 | 84 | — | 4,524 | 10,675 | 17,903 | 26,226 | 43,093 | 65,018 | 170,107 | 303,469 | 255,760 | 263,278 |
| West Virginia ................ | 325 | 973 | 1,174 | — | 2,708 | 4,334 | 11,632 | 14,444 | 22,834 | 28,838 | 62,052 | 81,335 | 82,455 | 84,790 |
| Wisconsin ..................... | 1,255 | 2,659 | 3,293 | — | 10,763 | 20,159 | 23,758 | 33,135 | 49,678 | 73,556 | 190,496 | 255,907 | 291,966 | 299,774 |
| Wyoming ....................... | 0 | 0 | 9 | — | 125 | 375 | 1,177 | 2,264 | 3,817 | 6,371 | 14,115 | 19,490 | 29,159 | 31,326 |
| U.S. Service Schools .... | — | — | — | — | 1,211 | 2,990 | 3,400 | 4,326 | 7,340 | 13,411 | 15,828 | 18,102 | 55,607 | 48,023 |

—Data not available.

NOTE.—National totals exclude data for Utah in 1869–70 and 1879–80, and Washington in 1879–80. Beginning in 1959–60, data include Alaska and Hawaii.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Report of the Commissioner of Education, Biennial Survey of Education in the United States; Total Enrollment in Institutions of Higher Education, First Term, 1959–60; Fall Enrollment in Institutions of Higher Education;* and Integrated Postsecondary Education Data System, "Fall Enrollment" survey. (This table was prepared September 1992.)

### Table 26.—Number and professional employees of institutions of higher education: 1869–70 to 1991–92

| Year | Number of institutions [1] | | | | | | | Number of medical schools [2] | Number of dental schools [2] | Professional staff | | | Instructional staff [3] |
| | Total | 4-year colleges | | | 2-year colleges | | | | | Total | Male | Female | |
| | | Total | Public | Private | Total | Public | Private | | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 1869–70 | 563 | — | — | — | — | — | — | 75 | 10 | 5,553 | 4,887 | 666 | — |
| 1879–80 | 811 | — | — | — | — | — | — | 100 | 14 | 11,522 | 7,328 | 4,194 | — |
| 1889–90 | 998 | — | — | — | — | — | — | 133 | 31 | 15,809 | 12,704 | 3,105 | — |
| 1899–1900 | 977 | — | — | — | — | — | — | 160 | 57 | 23,868 | 19,151 | 4,717 | — |
| 1909–10 | 951 | — | — | — | — | — | — | 131 | 54 | 36,480 | 29,132 | 7,348 | — |
| 1915–16 | — | — | — | — | — | — | — | 95 | 49 | — | — | — | — |
| 1917–18 | 980 | 934 | — | — | 46 | 14 | 32 | 90 | 46 | — | — | — | — |
| 1919–20 | 1,041 | 989 | — | — | 52 | 10 | 42 | 85 | 46 | 48,615 | 35,807 | 12,808 | — |
| 1921–22 | 1,162 | 1,082 | — | — | 80 | 17 | 63 | 81 | 45 | — | — | — | 56,486 |
| 1923–24 | 1,295 | 1,163 | — | — | 132 | 39 | 93 | 79 | 43 | — | — | — | 63,999 |
| 1925–26 | 1,377 | 1,224 | — | — | 153 | 47 | 106 | 79 | 44 | — | — | — | 70,674 |
| 1927–28 | 1,410 | 1,162 | — | — | 248 | 114 | 134 | 80 | 40 | — | — | — | 76,080 |
| 1929–30 | 1,409 | 1,132 | — | — | 277 | 129 | 148 | 76 | 38 | — | — | — | 82,386 |
| 1931–32 | 1,478 | 1,136 | — | — | 342 | 159 | 183 | 76 | 38 | 100,789 | 71,680 | 29,109 | 88,172 |
| 1933–34 | 1,418 | 1,096 | — | — | 322 | 152 | 170 | 77 | 39 | 108,873 | 78,369 | 30,504 | 86,914 |
| 1935–36 | 1,628 | 1,213 | — | — | 415 | 187 | 228 | 77 | 39 | 121,036 | 86,567 | 34,469 | 92,580 |
| 1937–38 | 1,690 | 1,237 | — | — | 453 | 209 | 244 | 77 | 39 | 135,989 | 97,362 | 38,627 | 102,895 |
| 1939–40 | 1,708 | 1,252 | — | — | 456 | 217 | 239 | 77 | 39 | 146,929 | 106,328 | 40,601 | 110,885 |
| 1941–42 | 1,769 | 1,308 | — | — | 461 | 231 | 230 | 77 | 39 | 151,066 | 109,309 | 41,757 | 114,693 |
| 1943–44 | 1,650 | 1,237 | — | — | 413 | 210 | 203 | 77 | 39 | 150,980 | 106,254 | 44,726 | 105,841 |
| 1945–46 | 1,768 | 1,304 | — | — | 464 | 242 | 222 | 77 | 39 | 165,324 | 116,134 | 49,190 | 125,811 |
| 1947–48 | 1,788 | 1,316 | — | — | 472 | 242 | 230 | 77 | 40 | 223,660 | 164,616 | 59,044 | 174,204 |
| 1949–50 | 1,851 | 1,327 | 344 | 983 | 524 | 297 | 227 | 72 | 40 | 246,722 | 186,189 | 60,533 | 190,353 |
| 1950–51 | 1,852 | 1,312 | 341 | 971 | 540 | 295 | 245 | 72 | 40 | — | — | — | — |
| 1951–52 | 1,832 | 1,326 | 350 | 976 | 506 | 291 | 215 | 72 | 41 | 244,488 | 187,136 | 57,352 | 183,758 |
| 1952–53 | 1,882 | 1,355 | 349 | 1,006 | 527 | 290 | 237 | 72 | 41 | — | — | — | — |
| 1953–54 | 1,863 | 1,345 | 369 | 976 | 518 | 293 | 225 | 73 | 42 | 265,911 | 204,871 | 61,040 | 207,365 |
| 1954–55 | 1,849 | 1,333 | 353 | 980 | 516 | 295 | 221 | 72 | 42 | — | — | — | — |
| 1955–56 | 1,850 | 1,347 | 360 | 987 | 503 | 290 | 213 | 73 | 42 | 298,910 | 230,342 | 68,568 | 228,188 |
| 1956–57 | 1,878 | 1,355 | 359 | 996 | 523 | 297 | 226 | 75 | 43 | — | — | — | — |
| 1957–58 | 1,930 | 1,390 | 366 | 1,024 | 540 | 300 | 240 | 75 | 43 | 344,525 | 267,482 | 77,043 | 258,184 |
| 1958–59 | 1,947 | 1,394 | 366 | 1,028 | 553 | 307 | 246 | 76 | 43 | — | — | — | — |
| 1959–60 | 2,004 | 1,422 | 367 | 1,055 | 582 | 328 | 254 | 79 | 45 | 380,554 | 296,773 | 83,781 | 281,506 |
| 1960–61 | 2,021 | 1,431 | 368 | 1,063 | 590 | 332 | 258 | 79 | 46 | — | — | — | — |
| 1961–62 | 2,033 | 1,443 | 374 | 1,069 | 590 | 344 | 246 | 81 | 46 | 424,862 | 332,006 | 92,856 | 310,772 |
| 1962–63 | 2,093 | 1,468 | 376 | 1,092 | 625 | 364 | 261 | 81 | 46 | — | — | — | — |
| 1963–64 | 2,132 | 1,499 | 386 | 1,113 | 633 | 374 | 259 | 82 | 46 | 494,514 | 385,405 | 109,109 | 355,542 |
| 1964–65 | 2,175 | 1,521 | 393 | 1,128 | 654 | 406 | 248 | 81 | 45 | — | — | — | — |
| 1965–66 | 2,230 | 1,551 | 401 | 1,150 | 679 | 420 | 259 | 84 | 47 | — | — | — | — |
| 1966–67 | 2,329 | 1,577 | 403 | 1,174 | 752 | 477 | 275 | 83 | 47 | 646,264 | — | — | 445,484 |
| 1967–68 | 2,374 | 1,588 | 414 | 1,174 | 786 | 520 | 266 | 85 | 48 | 709,811 | — | — | 484,387 |
| 1968–69 | 2,483 | 1,619 | 417 | 1,202 | 864 | 594 | 270 | 84 | 48 | — | — | — | — |
| 1969–70 | 2,525 | 1,639 | 426 | 1,213 | 886 | 634 | 252 | 86 | 48 | — | — | — | 551,000 |
| 1970–71 | 2,556 | 1,665 | 435 | 1,230 | 891 | 654 | 237 | 89 | 48 | — | — | — | 574,592 |
| 1971–72 | 2,606 | 1,675 | 440 | 1,235 | 931 | 697 | 234 | 92 | 48 | — | — | — | — |
| 1972–73 | 2,665 | 1,701 | 449 | 1,252 | 964 | 733 | 231 | 97 | 51 | 881,665 | 639,251 | 242,414 | 652,517 |
| 1973–74 | 2,720 | 1,717 | 440 | 1,277 | 1,003 | 760 | 243 | 99 | 52 | — | — | — | — |
| | | | | Including branch campuses | | | | | | | | | |
| 1974–75 | 3,004 | 1,866 | 537 | 1,329 | 1,138 | 896 | 242 | 104 | 52 | — | — | — | — |
| 1975–76 | 3,026 | 1,898 | 545 | 1,353 | 1,128 | 897 | 231 | 107 | 56 | — | — | — | — |
| 1976–77 | 3,046 | 1,913 | 550 | 1,363 | 1,133 | 905 | 228 | 109 | 57 | 1,073,119 | 729,169 | 343,950 | 793,296 |
| 1977–78 | 3,095 | 1,938 | 552 | 1,386 | 1,157 | 921 | 236 | 109 | 57 | — | — | — | — |
| 1978–79 | 3,134 | 1,941 | 550 | 1,391 | 1,193 | 924 | 269 | 109 | 58 | — | — | — | — |
| 1979–80 | 3,152 | 1,957 | 549 | 1,408 | 1,195 | 926 | 269 | 112 | 58 | — | — | — | — |
| 1980–81 | 3,231 | 1,957 | 552 | 1,405 | 1,274 | 945 | 329 | 116 | 58 | — | — | — | — |
| 1981–82 | 3,253 | 1,979 | 558 | 1,421 | 1,274 | 940 | 334 | 119 | 59 | — | — | — | — |
| 1982–83 | 3,280 | 1,984 | 560 | 1,424 | 1,296 | 933 | 363 | 118 | 59 | — | — | — | — |
| 1983–84 | 3,284 | 2,013 | 565 | 1,448 | 1,271 | 916 | 355 | 119 | 60 | — | — | — | — |
| 1984–85 | 3,331 | 2,025 | 566 | 1,459 | 1,306 | 935 | 371 | 120 | 59 | — | — | — | — |
| 1985–86 | 3,340 | 2,029 | 566 | 1,463 | 1,311 | 932 | 379 | 120 | 59 | — | — | — | — |
| 1986–87 | 3,406 | 2,070 | 573 | 1,497 | 1,336 | 960 | 376 | 122 | 58 | — | — | — | — |
| 1987–88 | 3,587 | 2,135 | 599 | 1,536 | 1,452 | 992 | 460 | 122 | 57 | 1,437,975 | 850,451 | 587,524 | 954,534 |
| 1988–89 | 3,565 | 2,129 | 598 | 1,531 | 1,436 | 984 | 452 | 124 | 58 | — | — | — | — |
| 1989–90 | 3,535 | 2,127 | 595 | 1,532 | 1,408 | 968 | 440 | 124 | 57 | 1,531,071 | 880,766 | 650,305 | 987,518 |
| 1990–91 | 3,559 | 2,141 | 595 | 1,546 | 1,418 | 972 | 446 | — | — | — | — | — | — |
| 1991–92 | 3,601 | 2,157 | 599 | 1,558 | 1,444 | 999 | 445 | — | — | — | — | — | — |

[1] Data for 1869–70 through 1973–74 include main campuses only and exclude branch campuses. Data for later years include both main and branch campuses.
[2] Medical and dental schools are included, as appropriate, in columns 2 through 5.
[3] Includes regular faculty, junior faculty, and research assistants.
—Data not available.

NOTE.—Beginning in 1959–60, data include Alaska and Hawaii.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Annual Report of the Commissioner; Biennial Survey of Education in the United States; Numbers and Characteristics of Employees in Institutions of Higher Education;* and *Digest of Education Statistics.* (This table was prepared October 19 __.)

**Table 27.—Number of permanent colleges and universities founded before 1860, by decade of founding and by state**

| State | Total before 1860 | Before 1769 | 1770 to 1779 | 1780 to 1789 | 1790 to 1799 | 1800 to 1809 | 1810 to 1819 | 1820 to 1829 | 1830 to 1839 | 1840 to 1849 | 1850 to 1859 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| **United States** | **381** | **11** | **4** | **14** | **9** | **10** | **21** | **36** | **66** | **79** | **131** |
| Alabama | 10 | — | — | — | — | — | — | 1 | 4 | 2 | 3 |
| Alaska | (1) | — | — | — | — | — | — | — | — | — | — |
| Arizona | (1) | — | — | — | — | — | — | — | — | — | — |
| Arkansas | 1 | — | — | — | — | — | — | — | 1 | — | — |
| California | 6 | — | — | — | — | — | — | — | — | — | 6 |
| Colorado | (1) | — | — | — | — | — | — | — | — | — | — |
| Connecticut | 5 | 1 | — | — | — | — | — | 1 | 3 | — | — |
| Delaware | 1 | — | — | — | — | — | — | — | 1 | — | — |
| District of Columbia | 3 | — | — | 1 | — | — | 1 | — | — | 1 | — |
| Florida | 2 | — | — | — | — | — | — | — | — | — | 2 |
| Georgia | 10 | — | — | 1 | — | — | — | 2 | 5 | 1 | 1 |
| Hawaii | (1) | — | — | — | — | — | — | — | — | — | — |
| Idaho | (1) | — | — | — | — | — | — | — | — | — | — |
| Illinois | 21 | — | — | — | — | — | — | 3 | 1 | 5 | 12 |
| Indiana | 17 | — | — | — | — | 1 | — | 2 | 3 | 5 | 5 |
| Iowa | 13 | — | — | — | — | — | — | — | 1 | 4 | 8 |
| Kansas | 3 | — | — | — | — | — | — | — | — | — | 3 |
| Kentucky | 9 | — | — | 1 | 1 | — | 2 | 1 | — | 1 | 3 |
| Louisiana | 3 | — | — | — | — | — | — | 1 | 1 | — | 1 |
| Maine | 4 | — | — | — | 1 | — | 2 | — | 1 | — | — |
| Maryland | 11 | — | — | 2 | 1 | 2 | — | 1 | 1 | 1 | 3 |
| Massachusetts | 18 | 1 | — | 1 | 1 | 2 | — | 2 | 4 | 2 | 5 |
| Michigan | 8 | — | — | — | — | — | 1 | — | 2 | 3 | 2 |
| Minnesota | 4 | — | — | — | — | — | — | — | — | — | 4 |
| Mississippi | 2 | — | — | — | — | — | — | 1 | — | 1 | — |
| Missouri | 15 | — | — | — | — | — | — | 2 | 1 | 3 | 2 | 7 |
| Montana | (1) | — | — | — | — | — | — | — | — | — | — |
| Nebraska | (1) | — | — | — | — | — | — | — | — | — | — |
| Nevada | (1) | — | — | — | — | — | — | — | — | — | — |
| New Hampshire | 2 | 1 | — | — | — | — | — | — | 1 | — | — |
| New Jersey | 8 | 2 | — | — | 1 | — | — | 1 | — | — | 4 |
| New Mexico | (1) | — | — | — | — | — | — | — | — | — | — |
| New York | 39 | 1 | — | 1 | 1 | 1 | 5 | 5 | 5 | 7 | 13 |
| North Carolina | 16 | — | 1 | 2 | — | — | — | — | 5 | 2 | 6 |
| North Dakota | (1) | — | — | — | — | — | — | — | — | — | — |
| Ohio | 30 | — | — | — | — | 2 | 1 | 3 | 6 | 8 | 10 |
| Oklahoma | 1 | — | — | — | — | — | — | — | — | — | 1 |
| Oregon | 5 | — | — | — | — | — | — | — | — | 3 | 2 |
| Pennsylvania | 44 | 2 | 1 | 3 | 1 | — | 3 | 6 | 6 | 9 | 13 |
| Rhode Island | 2 | 1 | — | — | — | — | — | — | — | — | 1 |
| South Carolina | 11 | — | 1 | — | — | 1 | — | 2 | 2 | 2 | 3 |
| South Dakota | 1 | — | — | — | — | — | — | — | — | — | 1 |
| Tennessee | 12 | — | — | — | 2 | — | — | 1 | — | 6 | 3 |
| Texas | 5 | — | — | — | — | — | — | — | — | 4 | 1 |
| Utah | 1 | — | — | — | — | — | — | — | — | — | 1 |
| Vermont | 7 | — | — | 1 | 1 | 1 | 1 | 1 | 2 | — | — |
| Virginia | 16 | 2 | 1 | — | — | — | 2 | 1 | 6 | 3 | 1 |
| Washington | 1 | — | — | — | — | — | — | — | — | — | 1 |
| West Virginia | 3 | — | — | — | — | — | — | — | 2 | 1 | — |
| Wisconsin | 11 | — | — | — | — | — | — | — | — | 7 | 4 |
| Wyoming | (1) | — | — | — | — | — | — | — | — | — | — |

¹No permanent colleges founded prior to 1860.
—No permanent colleges reported.

SOURCE: U.S. Department of Education, National Center for Education Statistics, "Institutional Characteristics of Colleges and Universities, 1980–81," and unpublished data. (This table was prepared November 1992.)

Pl.0207

**Table 28.—Degrees conferred by institutions of higher education, by sex and level: 1869–70 to 1989–90**

| Year | Bachelor's degrees | | | | | Master's degrees (includes second-professional for years prior to 1959–60) | | | | First-professional degrees | | | Doctor's degrees | | | Total lapse time in years, bachelor's to doctor's | Per 1,000 bachelor's degrees x-years earlier [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Per 1,000 persons 23 years old | Per 100 high school graduates 4 years earlier | Total | Male | Female | Per 100 bachelor's degrees 2 years earlier | Total | Male | Female | Total | Male | Female | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 1869–70 | [2]9,371 | [2]7,993 | [2]1,378 | — | — | — | — | — | — | [3] | [3] | [3] | 1 | 1 | 0 | — | — |
| 1870–71 | [2]12,357 | [2]10,484 | [2]1,873 | — | — | — | — | — | — | [3] | [3] | [3] | 13 | — | — | — | — |
| 1871–72 | [2]7,852 | [2]6,626 | [2]1,226 | — | — | 794 | — | — | 8 | [3] | [3] | [3] | 14 | — | — | — | — |
| 1872–73 | [2]10,807 | [2]9,070 | [2]1,737 | — | — | 890 | — | — | 7 | [3] | [3] | [3] | 26 | — | — | — | — |
| 1873–74 | [2]11,493 | [2]9,593 | [2]1,900 | — | — | 860 | — | — | 11 | [3] | [3] | [3] | 13 | — | — | — | — |
| 1874–75 | [2]11,932 | [2]9,905 | [2]2,027 | — | — | 661 | — | — | 6 | [3] | [3] | [3] | 23 | — | — | — | — |
| 1875–76 | [2]12,005 | [2]9,911 | [2]2,094 | — | — | 835 | — | — | 7 | [3] | [3] | [3] | 31 | — | — | — | — |
| 1876–77 | [2]10,145 | [2]8,329 | [2]1,816 | — | — | 731 | — | — | 6 | [3] | [3] | [3] | 39 | — | — | — | — |
| 1877–78 | [2]11,533 | [2]9,416 | [2]2,117 | — | — | 816 | — | — | 7 | [3] | [3] | [3] | 32 | — | — | — | 3.4 |
| 1878–79 | [2]12,081 | [2]9,808 | [2]2,273 | — | — | 919 | — | — | 9 | [3] | [3] | [3] | 36 | — | — | — | 2.9 |
| 1879–80 | [2]12,896 | [2]10,411 | [2]2,485 | — | — | 879 | 868 | 11 | 8 | [3] | [3] | [3] | 54 | 51 | 3 | — | 5.7 |
| 1880–81 | [2]14,871 | [2]12,035 | [2]2,836 | — | — | 922 | — | — | 8 | [3] | [3] | [3] | 37 | — | — | — | 3.7 |
| 1881–82 | [2]14,998 | [2]12,168 | [2]2,830 | — | — | 884 | — | — | 7 | [3] | [3] | [3] | 46 | — | — | — | 3.7 |
| 1882–83 | [2]15,116 | [2]12,294 | [2]2,822 | — | — | 863 | — | — | 6 | [3] | [3] | [3] | 50 | — | — | — | 4.2 |
| 1883–84 | [2]12,765 | [2]10,408 | [2]2,357 | — | 53 | 901 | — | — | 6 | [3] | [3] | [3] | 66 | — | — | — | 3.8 |
| 1884–85 | [2]14,734 | [2]12,043 | [2]2,691 | — | 59 | 1,071 | — | — | 7 | [3] | [3] | [3] | 77 | — | — | — | 5.8 |
| 1885–86 | [2]13,097 | [2]10,731 | [2]2,366 | — | 48 | 859 | — | — | 7 | [3] | [3] | [3] | 84 | — | — | — | 2.9 |
| 1886–87 | [2]13,402 | [2]11,008 | [2]2,394 | — | 48 | 923 | — | — | 6 | [3] | [3] | [3] | 77 | — | — | — | 6.4 |
| 1887–88 | [2]15,256 | [2]12,562 | [2]2,694 | — | 49 | 987 | — | — | 8 | [3] | [3] | [3] | 140 | — | — | — | 6.1 |
| 1888–89 | [2]15,020 | [2]12,397 | [2]2,623 | — | 47 | 1,161 | — | — | 9 | [3] | [3] | [3] | 124 | — | — | — | 8.1 |
| 1889–90 | [2]15,539 | [2]12,857 | [2]2,682 | — | 47 | 1,015 | 821 | 194 | 7 | [3] | [3] | [3] | 149 | 147 | 2 | — | 9.0 |
| 1890–91 | [2]16,840 | [2]13,902 | [2]2,938 | — | 53 | 776 | — | — | 5 | [3] | [3] | [3] | 187 | — | — | — | 9.2 |
| 1891–92 | [2]16,802 | [2]13,840 | [2]2,962 | — | 51 | 730 | — | — | 5 | [3] | [3] | [3] | 190 | — | — | — | 13.0 |
| 1892–93 | [2]18,667 | [2]15,342 | [2]3,325 | — | 49 | 1,104 | — | — | 7 | [3] | [3] | [3] | 218 | — | — | — | 13.2 |
| 1893–94 | [2]21,850 | [2]17,917 | [2]3,933 | — | 50 | 1,223 | 1,013 | 210 | 7 | [3] | [3] | [3] | 279 | 261 | 18 | — | 18.5 |
| 1894–95 | [2]24,106 | [2]19,723 | [2]4,383 | — | 56 | 1,334 | 1,124 | 210 | 7 | [3] | [3] | [3] | 272 | 247 | 25 | — | 18.3 |
| 1895–96 | [2]24,593 | [2]20,076 | [2]4,517 | — | 46 | 1,478 | 1,213 | 265 | 7 | [3] | [3] | [3] | 271 | 236 | 35 | — | 16.0 |
| 1896–97 | [2]25,231 | [2]20,550 | [2]4,681 | — | 43 | 1,413 | 1,163 | 250 | 6 | [3] | [3] | [3] | 319 | 299 | 20 | — | 19.8 |
| 1897–98 | [2]25,052 | [2]20,358 | [2]4,694 | — | 37 | 1,440 | 1,188 | 252 | 6 | [3] | [3] | [3] | 324 | 285 | 39 | — | 15.2 |
| 1898–99 | [2]25,980 | [2]21,064 | [2]4,916 | — | 36 | 1,542 | 1,275 | 267 | 6 | [3] | [3] | [3] | 345 | 327 | 18 | — | 13.3 |
| 1899–1900 | [2]27,410 | [2]22,173 | [2]5,237 | [2]19 | [2]36 | 1,583 | 1,280 | 303 | 6 | [3] | [3] | [3] | 382 | 359 | 23 | — | 14.2 |
| 1900–01 | [2]28,681 | [2]23,099 | [2]5,582 | [2]19 | [2]36 | 1,744 | 1,405 | 339 | 7 | [3] | [3] | [3] | 365 | 334 | 31 | — | 13.7 |
| 1901–02 | [2]28,966 | [2]23,225 | [2]5,741 | [2]19 | 34 | 1,858 | 1,464 | 394 | 7 | [3] | [3] | [3] | 293 | 264 | 29 | — | 10.2 |
| 1902–03 | [2]29,907 | [2]23,872 | [2]6,035 | [2]19 | 33 | 1,718 | 1,385 | 333 | 6 | [3] | [3] | [3] | 337 | 302 | 35 | — | 11.2 |
| 1903–04 | [2]30,501 | [2]24,237 | [2]6,264 | [2]19 | 32 | 1,679 | 1,340 | 339 | 6 | [3] | [3] | [3] | 334 | 302 | 32 | — | 11.8 |
| 1904–05 | [2]31,519 | [2]24,934 | [2]6,585 | [2]19 | [2]32 | 1,925 | 1,538 | 387 | 6 | [3] | [3] | [3] | 369 | 341 | 28 | — | 12.9 |
| 1905–06 | [2]32,019 | [2]25,215 | [2]6,804 | [2]19 | [2]32 | 1,787 | 1,366 | 421 | 6 | [3] | [3] | [3] | 383 | 358 | 25 | — | 13.0 |
| 1906–07 | [2]32,234 | [2]25,269 | [2]6,965 | [2]19 | [2]31 | 1,619 | 1,215 | 404 | 5 | [3] | [3] | [3] | 349 | 320 | 29 | — | 12.6 |
| 1907–08 | [2]33,800 | [2]26,376 | [2]7,424 | [2]19 | 30 | 1,971 | 1,511 | 460 | 6 | [3] | [3] | [3] | 391 | 339 | 52 | — | 13.8 |
| 1908–09 | [2]37,892 | [2]29,433 | [2]8,459 | [2]21 | [2]32 | 2,188 | 1,713 | 475 | 7 | [3] | [3] | [3] | 451 | 397 | 54 | — | 13.6 |
| 1909–10 | [2]37,199 | [2]28,762 | [2]8,437 | [2]20 | [2]30 | 2,113 | 1,555 | 558 | 6 | [3] | [3] | [3] | 443 | 399 | 44 | — | 12.5 |

Pl.0208

**Table 28.—Degrees conferred by institutions of higher education, by sex and level: 1869–70 to 1989–90—Continued**

| Year | Bachelor's degrees | | | | | Master's degrees (includes second-professional for years prior to 1959–60) | | | | First-professional degrees | | | Doctor's degrees | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Per 1,000 persons 23 years old | Per 100 high school graduates 4 years earlier | Total | Male | Female | Per 100 bachelor's degrees 2 years earlier | Total | Male | Female | Total | Male | Female | Total lapse time in years, bachelor's to doctor's | Per 1,000 bachelor's degrees x-years earlier [1] |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 1910–11 ......... | [2]37,481 | [2]28,547 | [2]8,934 | [2]20 | [2]30 | 2,456 | 1,821 | 635 | 6 | [3] | [3] | [3] | 497 | 449 | 48 | — | 14.9 |
| 1911–12 ......... | [2]39,408 | [2]29,560 | [2]9,848 | [2]21 | [2]30 | 3,035 | 2,215 | 820 | 8 | [3] | [3] | [3] | 500 | 436 | 64 | — | 15.9 |
| 1912–13 ......... | [2]42,396 | [2]31,312 | [2]11,084 | [2]23 | [2]30 | 3,025 | 2,021 | 1,004 | 8 | [3] | [3] | [3] | 538 | 481 | 57 | — | 14.9 |
| 1913–14 ......... | [2]44,268 | [2]32,183 | [2]12,085 | [2]24 | [2]28 | 3,270 | 2,256 | 1,014 | 8 | [3] | [3] | [3] | 559 | 486 | 73 | — | 15.7 |
| 1914–15 ......... | [2]43,912 | [2]31,417 | [2]12,495 | [2]23 | [2]26 | 3,577 | 2,638 | 939 | 8 | [3] | [3] | [3] | 611 | 549 | 62 | — | 17.2 |
| 1915–16 ......... | [2]45,250 | [2]31,852 | [2]13,398 | [2]24 | [2]25 | 3,906 | 2,934 | 972 | 9 | [3] | [3] | [3] | 667 | 586 | 81 | — | 18.1 |
| 1917–18 ......... | [2]38,585 | [2]26,269 | [2]12,316 | [2]22 | [2]18 | 2,900 | 1,806 | 1,094 | 6 | [3] | [3] | [3] | 556 | 491 | 65 | — | 15.0 |
| 1919–20 ......... | [2]48,622 | [2]31,980 | [2]16,642 | [2]26 | [2]19 | 4,279 | 2,985 | 1,294 | 11 | [3] | [3] | [3] | 615 | 522 | 93 | 7.7 | 15.6 |
| 1921–22 ......... | [2]61,668 | [2]41,306 | [2]20,362 | [2]33 | [2]22 | 5,984 | 4,304 | 1,680 | 12 | [3] | [3] | [3] | 836 | 708 | 128 | 7.8 | 18.9 |
| 1923–24 ......... | [2]82,783 | [2]54,908 | [2]27,875 | [2]43 | [2]27 | 8,216 | 5,515 | 2,701 | 13 | [3] | [3] | [3] | 1,098 | 939 | 159 | 8.4 | 24.3 |
| 1925–26 ......... | [2]97,263 | [2]62,218 | [2]35,045 | [2]49 | [2]27 | 9,876 | 6,202 | 3,533 | 12 | [3] | [3] | [3] | 1,409 | 1,216 | 193 | 8.6 | 33.6 |
| 1927–28 ......... | [2]111,161 | [2]67,659 | [2]43,502 | [2]55 | [2]22 | 12,387 | 7,727 | 4,660 | 13 | [3] | [3] | [3] | 1,447 | 1,249 | 198 | 8.4 | 29.8 |
| 1929–30 ......... | [2]122,484 | [2]73,615 | [2]48,869 | [2]57 | [2]22 | 14,969 | 8,925 | 6,044 | 13 | [3] | [3] | [3] | 2,299 | 1,946 | 353 | 8.7 | 41.7 |
| 1931–32 ......... | [2]138,063 | [2]83,271 | [2]54,792 | [2]63 | [2]23 | 19,367 | 12,210 | 7,157 | 16 | [3] | [3] | [3] | 2,654 | 2,247 | 407 | 9.1 | 36.7 |
| 1933–34 ......... | [2]136,156 | [2]82,341 | [2]53,815 | [2]61 | [2]20 | 18,293 | 11,516 | 6,777 | 13 | [3] | [3] | [3] | 2,830 | 2,456 | 374 | 8.5 | 29.1 |
| 1935–36 ......... | [2]143,125 | [2]86,067 | [2]57,058 | [2]63 | [2]17 | 18,302 | 11,503 | 6,799 | 13 | [3] | [3] | [3] | 2,770 | 2,370 | 400 | 9.2 | 26.6 |
| 1937–38 ......... | [2]164,943 | [2]97,678 | [2]67,265 | [2]72 | [2]18 | 21,628 | 13,400 | 8,228 | 15 | [3] | [3] | [3] | 2,932 | 2,502 | 430 | 9.5 | 26.4 |
| 1939–40 ......... | [2]186,500 | [2]109,546 | [2]76,954 | [2]81 | [2]18 | 26,731 | 16,508 | 10,223 | 16 | [3] | [3] | [3] | 3,290 | 2,861 | 429 | 9.4 | 25.3 |
| 1941–42 ......... | [2]185,346 | [2]103,889 | [2]81,457 | [2]78 | [2]16 | 24,648 | 14,179 | 10,469 | 13 | [3] | [3] | [3] | 3,497 | 3,036 | 461 | 8.8 | 25.5 |
| 1943–44 ......... | [2]125,863 | [2]55,865 | [2]69,998 | [2]52 | [2]10 | 13,414 | 5,711 | 7,703 | 7 | [3] | [3] | [3] | 2,305 | 1,880 | 425 | 9.4 | 16.5 |
| 1945–46 ......... | [2]136,174 | [2]58,664 | [2]77,510 | [2]56 | [2]11 | 19,209 | 9,484 | 9,725 | 15 | [3] | [3] | [3] | 1,966 | 1,580 | 386 | 11.0 | 14.1 |
| 1947–48 ......... | [2]271,186 | [2]175,615 | [2]95,571 | [2]113 | [2]27 | 42,432 | 28,931 | 13,501 | 31 | [3] | [3] | [3] | 3,989 | 3,496 | 493 | 10.8 | 25.9 |
| 1948–49 ......... | [2]365,492 | [2]263,608 | [2]101,884 | [2]154 | [2]36 | 50,741 | 35,212 | 15,529 | 25 | [3] | [3] | [3] | 5,049 | 4,527 | 522 | 10.2 | 28.7 |
| 1949–50 ......... | [2]432,058 | [2]328,841 | [2]103,217 | [2]182 | [2]40 | 58,183 | 41,220 | 16,963 | 21 | [3] | [3] | [3] | 6,420 | 5,804 | 616 | 10.2 | 34.4 |
| 1950–51 ......... | [2]382,546 | [2]278,240 | [2]104,306 | [2]161 | [2]35 | 65,077 | 46,196 | 18,881 | 18 | [3] | [3] | [3] | 7,337 | 6,663 | 674 | 9.8 | 39.5 |
| 1951–52 ......... | [2]329,986 | [2]225,981 | [2]104,005 | [2]143 | [2]28 | 63,534 | 43,557 | 19,977 | 15 | [3] | [3] | [3] | 7,683 | 6,969 | 714 | 9.8 | 41.5 |
| 1952–53 ......... | [2]303,049 | [2]199,793 | [2]103,256 | [2]132 | [2]25 | 60,959 | 40,946 | 20,013 | 16 | [3] | [3] | [3] | 8,307 | 7,515 | 792 | 9.7 | 53.4 |
| 1953–54 ......... | [2]291,508 | [2]186,884 | [2]104,624 | [2]129 | [2]24 | 56,823 | 38,147 | 18,676 | 17 | [3] | [3] | [3] | 8,996 | 8,181 | 815 | 9.7 | 71.5 |
| 1954–55 ......... | [2]285,841 | [2]182,839 | [2]103,002 | [2]151 | [2]24 | 58,200 | 38,739 | 19,461 | 19 | [3] | [3] | [3] | 8,840 | 8,014 | 826 | 9.9 | 67.5 |
| 1955–56 ......... | [2]309,514 | [2]198,615 | [2]110,899 | [2]147 | [2]26 | 59,281 | 39,393 | 19,888 | 20 | [3] | [3] | [3] | 8,903 | 8,018 | 885 | 10.3 | 65.4 |
| 1956–57 ......... | [2]338,436 | [2]221,650 | [2]116,786 | [2]163 | [2]28 | 61,940 | 41,329 | 20,611 | 22 | [3] | [3] | [3] | 8,756 | 7,817 | 939 | 10.2 | 43.0 |
| 1957–58 ......... | [2]363,502 | [2]241,560 | [2]121,942 | [2]167 | [2]28 | 65,586 | 44,229 | 21,357 | 21 | [3] | [3] | [3] | 8,942 | 7,978 | 964 | 10.3 | 33.0 |
| 1958–59 ......... | [2]379,931 | [2]252,517 | [2]127,414 | [2]178 | [2]28 | 72,532 | 48,360 | 24,172 | 21 | [3] | [3] | [3] | 9,360 | 8,371 | 989 | 10.3 | 25.6 |
| 1959–60 [4] ..... | [2]392,440 | [2]254,063 | [2]138,377 | [2]182 | [2]27 | 74,435 | 50,898 | 23,537 | 20 | [3] | [3] | [3] | 9,829 | 8,801 | 1,028 | 10.4 | 22.7 |
| 1960–61 ......... | 365,174 | 224,538 | 140,636 | 165 | 25 | 84,609 | 57,830 | 26,779 | 22 | 25,253 | 24,577 | 676 | 10,575 | 9,463 | 1,112 | 10.3 | 27.6 |
| 1961–62 ......... | 383,961 | 230,456 | 153,505 | 173 | 25 | 91,418 | 62,603 | 28,815 | 23 | 25,607 | 24,836 | 771 | 11,622 | 10,377 | 1,245 | 10.2 | 35.2 |
| 1962–63 ......... | 411,420 | 241,309 | 170,111 | 181 | 25 | 98,684 | 67,302 | 31,382 | 27 | 26,590 | 25,753 | 837 | 12,822 | 11,448 | 1,374 | 10.2 | 42.3 |
| 1963–64 ......... | 461,266 | 265,349 | 195,917 | 192 | 25 | 109,183 | 73,850 | 35,333 | 28 | 27,209 | 26,357 | 852 | 14,490 | 12,955 | 1,535 | 10.0 | 49.7 |
| 1964–65 ......... | 493,757 | 282,173 | 211,584 | 194 | 25 | 121,167 | 81,319 | 39,848 | 29 | 28,290 | 27,283 | 1,007 | 16,467 | 14,692 | 1,775 | 10.0 | 57.6 |

**Pl.0209**

84  Higher Education

**Table 28.—Degrees conferred by institutions of higher education, by sex and level: 1869–70 to 1989–90—Continued**

| Year | Bachelor's degrees | | | | | Master's degrees (includes second-professional for years prior to 1959–60) | | | | First-professional degrees | | | Doctor's degrees | | | | |
| | Total | Male | Female | Per 1,000 persons 23 years old | Per 100 high school graduates 4 years earlier | Total | Male | Female | Per 100 bachelor's degrees 2 years earlier | Total | Male | Female | Total | Male | Female | Total lapse time in years, bachelor's to doctor's | Per 1,000 bachelor's degrees x-years earlier [1] |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 1965–66 | 520,115 | 299,287 | 220,828 | 181 | 27 | 140,602 | 93,081 | 47,521 | 30 | 30,124 | 28,982 | 1,142 | 18,237 | 16,121 | 2,116 | 10.0 | 58.9 |
| 1966–67 | 558,534 | 322,711 | 235,823 | 208 | 29 | 157,726 | 103,109 | 54,617 | 32 | 31,695 | 30,401 | 1,294 | 20,617 | 18,163 | 2,454 | 8.1 | 54.3 |
| 1967–68 | 632,289 | 357,682 | 274,607 | 238 | 28 | 176,749 | 113,552 | 63,197 | 34 | 33,939 | 32,402 | 1,537 | 23,089 | 20,183 | 2,906 | 8.1 | 58.8 |
| 1968–69 | 728,845 | 410,595 | 318,250 | 278 | 27 | 193,756 | 121,531 | 72,225 | 35 | 35,114 | 33,595 | 1,519 | 26,158 | 22,722 | 3,436 | 8.0 | 71.6 |
| 1969–70 | 792,317 | 451,097 | 341,220 | 218 | 30 | 208,291 | 125,624 | 82,667 | 33 | 34,578 | 32,794 | 1,784 | 29,912 | 25,890 | 4,022 | 7.9 | 77.9 |
| 1970–71 | 839,730 | 475,594 | 364,136 | 247 | 31 | 230,509 | 138,146 | 92,363 | 32 | 37,946 | 35,544 | 2,402 | 32,107 | 27,530 | 4,577 | 7.9 | 78.0 |
| 1971–72 | 887,273 | 500,590 | 386,683 | 258 | 33 | 251,633 | 149,550 | 102,083 | 32 | 43,411 | 40,723 | 2,688 | 33,363 | 28,090 | 5,273 | 8.2 | 72.3 |
| 1972–73 | 922,362 | 518,191 | 404,171 | 267 | 33 | 263,371 | 154,468 | 108,903 | 31 | 50,018 | 46,489 | 3,529 | 34,777 | 28,571 | 6,206 | 8.4 | 70.4 |
| 1973–74 | 945,776 | 527,313 | 418,463 | 262 | 33 | 277,033 | 157,842 | 119,191 | 31 | 53,816 | 48,530 | 5,286 | 33,816 | 27,365 | 6,451 | 8.5 | 65.0 |
| 1974–75 | 922,933 | 504,841 | 418,092 | 249 | 31 | 292,450 | 161,570 | 130,880 | 32 | 55,916 | 48,956 | 6,960 | 34,083 | 26,817 | 7,266 | 8.6 | 65.5 |
| 1975–76 | 925,746 | 504,925 | 420,821 | 242 | 31 | 311,771 | 167,248 | 144,523 | 33 | 62,649 | 52,892 | 9,757 | 34,064 | 26,267 | 7,797 | 8.6 | 61.0 |
| 1976–77 | 919,549 | 495,545 | 424,004 | 234 | 30 | 317,164 | 167,783 | 149,381 | 34 | 64,359 | 52,374 | 11,985 | 33,232 | 25,142 | 8,090 | 8.7 | 52.6 |
| 1977–78 | 921,204 | 487,347 | 433,857 | 229 | 30 | 311,620 | 161,212 | 150,408 | 34 | 66,581 | 52,270 | 14,311 | 32,131 | 23,658 | 8,473 | 8.9 | 44.1 |
| 1978–79 | 921,390 | 477,344 | 444,046 | 225 | 29 | 301,079 | 153,370 | 147,709 | 33 | 68,848 | 52,652 | 16,196 | 32,730 | 23,541 | 9,189 | 9.0 | 41.3 |
| 1979–80 | 929,417 | 473,611 | 455,806 | 218 | 30 | 298,081 | 150,749 | 147,332 | 32 | 70,131 | 52,716 | 17,415 | 32,615 | 22,943 | 9,672 | 9.3 | 38.8 |
| 1980–81 | 935,140 | 469,883 | 465,257 | 218 | 30 | 295,739 | 147,043 | 148,696 | 32 | 71,956 | 52,792 | 19,164 | 32,958 | 22,711 | 10,247 | 9.4 | 37.1 |
| 1981–82 | 952,998 | 473,364 | 479,634 | 222 | 30 | 295,546 | 145,532 | 150,014 | 32 | 72,032 | 52,223 | 19,809 | 32,707 | 22,224 | 10,483 | 9.6 | 36.9 |
| 1982–83 | 969,510 | 479,140 | 490,370 | 227 | 31 | 289,921 | 144,697 | 145,224 | 31 | 73,136 | 51,310 | 21,826 | 32,775 | 21,902 | 10,873 | 9.8 | 35.5 |
| 1983–84 | 974,309 | 482,319 | 491,990 | 225 | 32 | 284,263 | 143,595 | 140,668 | 30 | 74,407 | 51,334 | 23,073 | 33,209 | 22,064 | 11,145 | 10.0 | 35.1 |
| 1984–85 | 979,477 | 482,528 | 496,949 | 230 | 32 | 286,251 | 143,390 | 142,861 | 30 | 75,063 | 50,455 | 24,608 | 32,943 | 21,700 | 11,243 | 10.2 | 35.7 |
| 1985–86 | 987,823 | 485,923 | 501,900 | 236 | 34 | 288,567 | 143,508 | 145,059 | 30 | 73,910 | 49,261 | 24,649 | 33,653 | 21,819 | 11,834 | 10.4 | 36.4 |
| 1986–87 | 991,339 | 480,854 | 510,485 | 241 | 34 | 289,557 | 141,363 | 148,194 | 30 | 72,750 | 47,460 | 25,290 | 34,120 | 22,099 | 12,021 | 10.4 | 37.1 |
| 1987–88 | 994,829 | 477,203 | 517,626 | 252 | 36 | 299,317 | 145,163 | 154,154 | 30 | 70,735 | 45,484 | 25,251 | 34,870 | 22,615 | 12,255 | 10.5 | 37.9 |
| 1988–89 | 1,018,755 | 483,346 | 535,409 | 272 | 38 | 310,621 | 149,354 | 161,267 | 31 | 70,856 | 45,046 | 25,810 | 35,720 | 22,648 | 13,072 | 10.5 | 38.8 |
| 1989–90 [5] | 1,049,657 | 491,488 | 558,169 | 282 | 40 | 323,844 | 153,643 | 170,201 | 33 | 70,980 | 44,002 | 26,978 | 38,238 | 24,371 | 13,867 | 10.5 | 41.1 |

[1] Represents the number of years from the receipt of the bachelor's degree to the receipt of the doctorate degree. See column 17.

[2] Includes first-professional degrees.

[3] First-professional degrees included with bachelor's degrees.

[4] Denotes the first year for which figures include Alaska and Hawaii.

[5] Preliminary data.

—Data not available.

SOURCE: U.S. Department of Commerce, Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970;* Current Population Reports, Series P-25, *Population Estimates and Projectons;* U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics;* and National Academy of Sciences, *Doctorate Recipients from United States Universities.* (This table was prepared November 1992.)

Pl.0210

**Table 29.—Bachelor's degrees conferred by institutions of higher education, by field of study: 1959–60 to 1989–90**

| Year | Total | Agriculture and natural resources | Architecture and environmental design | Business and management | Communications | Computer and information sciences | Education | Engineering | Foreign languages | Health sciences | Letters | Library sciences | Life sciences | Mathematics | Physical sciences | Psychology | Public affairs | Social sciences | Visual and performing arts | Other [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 1959–60 [2] | 392,440 | 6,241 | 1,801 | 51,076 | 1,548 | 0 | 89,002 | 37,679 | 5,405 | 24,455 | 22,457 | 1,938 | 15,576 | 11,399 | 16,007 | 8,061 | 3,714 | 48,002 | 13,163 | 34,916 |
| 1960–61 | 365,174 | 5,649 | 1,674 | 48,074 | 1,830 | 0 | 91,028 | 35,698 | 6,364 | 11,314 | 24,003 | 439 | 16,060 | 13,097 | 15,452 | 8,460 | 1,688 | 50,221 | 12,942 | 21,181 |
| 1961–62 | 383,961 | 5,841 | 1,774 | 49,017 | 1,519 | 0 | 96,280 | 34,735 | 7,906 | 11,366 | 26,609 | 423 | 16,915 | 14,570 | 15,851 | 9,578 | 1,560 | 55,296 | 13,609 | 21,112 |
| 1962–63 | 411,420 | 6,013 | 2,028 | 50,639 | 1,687 | 0 | 101,338 | 33,458 | 9,707 | 11,854 | 30,225 | 462 | 19,114 | 16,078 | 16,215 | 10,993 | 1,957 | 63,104 | 14,518 | 22,030 |
| 1963–64 | 461,266 | 6,169 | 2,059 | 55,474 | 2,001 | 0 | 111,215 | 35,226 | 12,160 | 15,225 | 35,146 | 510 | 22,723 | 18,624 | 17,456 | 13,258 | 2,032 | 74,729 | 16,159 | 24,798 |
| 1964–65 | 493,757 | 6,734 | 2,333 | 59,288 | 1,928 | 87 | 117,137 | 36,795 | 13,859 | 11,611 | 38,836 | 623 | 25,166 | 19,460 | 17,861 | 14,626 | 2,320 | 81,919 | 17,391 | 25,783 |
| 1965–66 | 520,115 | 7,178 | 2,663 | 62,721 | 2,357 | 89 | 116,448 | 35,615 | 15,186 | 14,965 | 42,262 | 619 | 26,916 | 19,977 | 17,129 | 16,897 | 2,960 | 90,632 | 18,679 | 26,822 |
| 1966–67 | 558,534 | 7,866 | 2,937 | 69,032 | 2,741 | 222 | 118,955 | 35,954 | 16,706 | 15,908 | 45,900 | 701 | 28,849 | 21,207 | 17,739 | 19,364 | 3,242 | 100,550 | 21,548 | 28,113 |
| 1967–68 | 632,289 | 8,308 | 3,057 | 79,074 | 3,173 | 459 | 133,965 | 37,368 | 19,128 | 17,429 | 52,467 | 814 | 31,826 | 23,513 | 19,380 | 23,819 | 4,912 | 117,093 | 25,521 | 30,983 |
| 1968–69 | 728,845 | 9,965 | 3,477 | 93,094 | 4,269 | 933 | 150,985 | 41,248 | 21,493 | 19,925 | 59,674 | 1,000 | 35,308 | 27,209 | 21,480 | 29,532 | 5,257 | 137,517 | 31,588 | 35,166 |
| 1969–70 | 792,317 | 11,321 | 4,105 | 104,706 | 5,199 | 1,544 | 164,080 | 44,479 | 20,895 | 21,674 | 62,583 | 1,054 | 37,389 | 27,442 | 21,439 | 33,606 | 5,762 | 150,331 | 35,901 | 38,807 |
| 1970–71 | 839,730 | 12,672 | 5,570 | 114,865 | 10,802 | 2,388 | 176,614 | 50,046 | 19,945 | 25,190 | 64,933 | 1,013 | 35,743 | 24,801 | 21,412 | 37,880 | 6,252 | 155,236 | 30,394 | 43,974 |
| 1971–72 | 887,273 | 13,516 | 6,440 | 121,360 | 12,340 | 3,402 | 191,220 | 51,164 | 18,849 | 28,570 | 64,670 | 989 | 37,293 | 23,713 | 20,745 | 43,093 | 8,221 | 158,037 | 33,831 | 49,820 |
| 1972–73 | 922,362 | 14,756 | 6,962 | 126,263 | 14,317 | 4,304 | 194,229 | 51,265 | 18,964 | 33,523 | 61,799 | 1,159 | 42,233 | 23,067 | 20,696 | 47,695 | 11,346 | 155,922 | 36,017 | 57,845 |
| 1973–74 | 945,776 | 16,253 | 7,822 | 131,766 | 17,096 | 4,756 | 185,225 | 50,286 | 18,840 | 41,394 | 55,469 | 1,164 | 48,340 | 21,635 | 21,178 | 51,821 | 12,671 | 150,298 | 39,730 | 70,032 |
| 1974–75 | 922,933 | 17,528 | 8,226 | 133,010 | 19,248 | 5,033 | 167,015 | 46,852 | 17,606 | 48,858 | 48,534 | 1,069 | 51,741 | 18,181 | 20,778 | 50,988 | 14,730 | 135,165 | 40,782 | 77,589 |
| 1975–76 | 925,746 | 19,402 | 9,146 | 142,379 | 21,282 | 5,652 | 154,807 | 46,331 | 15,471 | 53,813 | 43,019 | 843 | 54,275 | 15,984 | 21,465 | 49,908 | 16,751 | 126,287 | 42,138 | 86,793 |
| 1976–77 | 919,549 | 21,467 | 9,222 | 150,964 | 23,214 | 6,407 | 143,722 | 49,283 | 13,944 | 57,122 | 38,849 | 781 | 53,605 | 14,196 | 22,064 | 47,373 | 17,627 | 116,879 | 41,793 | 90,604 |
| 1977–78 | 921,204 | 22,650 | 9,250 | 160,187 | 25,400 | 7,201 | 136,141 | 55,654 | 12,730 | 59,168 | 36,365 | 693 | 51,502 | 12,569 | 22,986 | 44,559 | 18,078 | 112,827 | 40,951 | 92,293 |
| 1978–79 | 921,390 | 23,134 | 9,273 | 171,764 | 26,457 | 8,719 | 126,109 | 62,375 | 11,825 | 61,819 | 34,557 | 558 | 48,846 | 11,806 | 23,207 | 42,461 | 18,882 | 107,922 | 40,969 | 90,707 |
| 1979–80 | 929,417 | 22,802 | 9,132 | 185,361 | 28,616 | 11,154 | 118,169 | 68,893 | 11,133 | 63,607 | 33,497 | 398 | 46,370 | 11,378 | 23,410 | 41,962 | 18,422 | 103,519 | 40,892 | 90,702 |
| 1980–81 | 935,140 | 21,886 | 9,455 | 199,338 | 31,282 | 15,121 | 108,309 | 75,000 | 10,319 | 63,348 | 33,208 | 375 | 43,216 | 11,078 | 23,952 | 40,833 | 18,714 | 100,345 | 40,479 | 88,882 |
| 1981–82 | 952,998 | 21,029 | 9,728 | 214,001 | 34,222 | 20,267 | 101,113 | 80,005 | 9,841 | 63,385 | 34,334 | 307 | 41,639 | 11,599 | 24,052 | 41,031 | 18,739 | 99,545 | 40,422 | 87,739 |
| 1982–83 | 969,510 | 20,909 | 9,823 | 226,893 | 38,602 | 24,510 | 97,991 | 89,270 | 9,685 | 64,614 | 32,743 | 258 | 39,982 | 12,453 | 23,405 | 40,364 | 16,290 | 95,088 | 39,469 | 87,161 |
| 1983–84 | 974,309 | 19,317 | 9,186 | 230,031 | 40,165 | 32,172 | 92,382 | 94,444 | 9,479 | 64,338 | 33,739 | 255 | 38,640 | 13,211 | 23,671 | 39,872 | 14,396 | 93,212 | 39,833 | 85,966 |
| 1984–85 | 979,477 | 18,107 | 9,325 | 233,351 | 42,083 | 38,878 | 88,161 | 96,105 | 9,954 | 64,513 | 34,091 | 202 | 38,445 | 15,146 | 23,732 | 39,811 | 13,838 | 91,461 | 37,936 | 84,338 |
| 1985–86 | 987,823 | 16,823 | 9,119 | 238,160 | 43,091 | 41,889 | 87,221 | 95,953 | 10,102 | 64,535 | 35,434 | 157 | 38,524 | 16,306 | 21,731 | 40,521 | 13,878 | 93,703 | 36,949 | 83,727 |
| 1986–87 | 991,339 | 14,991 | 8,922 | 241,156 | 45,408 | 39,664 | 87,115 | 93,074 | 10,184 | 63,206 | 37,133 | 139 | 38,114 | 16,489 | 19,974 | 42,868 | 14,161 | 96,185 | 36,223 | 86,333 |
| 1987–88 | 994,829 | 14,222 | 8,603 | 243,725 | 46,726 | 34,523 | 91,287 | 88,706 | 10,045 | 60,754 | 39,051 | 123 | 36,755 | 15,904 | 17,806 | 45,003 | 14,294 | 100,005 | 36,638 | 88,878 |
| 1988–89 | 1,018,755 | 13,492 | 9,150 | 247,175 | 48,645 | 30,454 | 97,082 | 85,225 | 10,780 | 59,138 | 43,387 | 122 | 36,059 | 15,218 | 17,186 | 48,737 | 15,277 | 107,914 | 37,925 | 95,796 |
| 1989–90 | 1,049,657 | 13,070 | 9,261 | 249,081 | 51,283 | 27,434 | 104,715 | 82,110 | 11,326 | 58,816 | 48,075 | 84 | 37,170 | 14,597 | 16,131 | 53,586 | 16,241 | 116,925 | 39,835 | 100,057 |

[1] "Other" includes degrees in area and ethnic studies, home economics, law, liberal/general studies, military sciences, multi/interdisciplinary studies, parks and recreation, philosophy and religion, protective services, theology, and degrees not classified by field of study.

[2] All of the first-professional degrees and some master degrees are included. The degrees that are affected by business and management, education, health sciences, letters, library sciences, public affairs, and other categories.

SOURCE: U.S. Department of Education, National Center for Education Statistics, Earned Degrees Conferred and "Degrees and Other Formal Awards Conferred" surveys; and Integrated Postsecondary Education Data System (IPEDS), "Completions" surveys.

Pl.0211

### Table 30.—Master's degrees conferred by institutions of higher education, by field of study: 1959–60 to 1989–90

| Year | Total | Agriculture and natural resources | Architecture and environmental design | Business and management | Communications | Computer and information sciences | Education | Engineering | Foreign languages | Health sciences | Letters | Library sciences | Life sciences | Mathematics | Physical sciences | Psychology | Public affairs | Social sciences | Visual and performing arts | Other [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 1959–60 [2] | 74,435 | 1,203 | 319 | 4,643 | 0 | 0 | 33,433 | 7,159 | 1,055 | 1,838 | 3,262 | 305 | 2,154 | 1,757 | 3,376 | 1,406 | 568 | 5,448 | 2,892 | 3,617 |
| 1960–61 | 84,609 | 1,241 | 378 | 6,723 | 37 | 0 | 34,368 | 8,178 | 1,274 | 1,632 | 3,556 | 1,931 | 2,358 | 2,231 | 3,790 | 1,719 | 2,706 | 5,825 | 2,910 | 3,752 |
| 1961–62 | 91,420 | 1,357 | 311 | 7,691 | 44 | 0 | 36,182 | 8,909 | 1,480 | 1,632 | 3,947 | 2,140 | 2,642 | 2,680 | 3,925 | 1,832 | 2,841 | 6,678 | 3,151 | 3,978 |
| 1962–63 | 98,684 | 1,261 | 356 | 8,334 | 32 | 0 | 37,878 | 9,635 | 1,849 | 2,011 | 4,490 | 2,363 | 2,921 | 3,313 | 4,123 | 1,918 | 3,180 | 7,637 | 3,363 | 4,020 |
| 1963–64 | 109,183 | 1,344 | 383 | 9,251 | 32 | 0 | 41,091 | 10,827 | 2,196 | 2,279 | 5,006 | 2,717 | 3,296 | 3,597 | 4,561 | 2,059 | 3,651 | 8,493 | 3,673 | 4,727 |
| 1964–65 | 121,167 | 1,366 | 373 | 10,602 | 38 | 146 | 44,314 | 12,055 | 2,690 | 2,493 | 5,745 | 3,211 | 3,598 | 4,141 | 4,914 | 2,241 | 4,085 | 9,565 | 4,244 | 5,346 |
| 1965–66 | 140,602 | 1,661 | 702 | 12,959 | 44 | 238 | 50,397 | 13,675 | 3,393 | 2,833 | 7,033 | 3,939 | 4,232 | 4,769 | 4,987 | 2,530 | 4,769 | 11,477 | 5,019 | 5,945 |
| 1966–67 | 157,726 | 1,750 | 812 | 14,892 | 107 | 449 | 55,760 | 13,880 | 4,017 | 3,398 | 8,231 | 4,489 | 4,996 | 5,278 | 5,405 | 3,138 | 5,087 | 13,460 | 5,812 | 6,765 |
| 1967–68 | 176,749 | 1,797 | 1,021 | 17,795 | 65 | 548 | 63,399 | 15,182 | 4,511 | 3,677 | 9,021 | 5,165 | 5,506 | 5,527 | 5,499 | 3,479 | 5,858 | 14,539 | 6,563 | 7,597 |
| 1968–69 | 193,756 | 2,070 | 1,143 | 19,281 | 129 | 1,012 | 70,967 | 15,240 | 4,691 | 4,067 | 9,684 | 5,932 | 5,743 | 5,713 | 5,895 | 4,011 | 6,318 | 16,068 | 7,413 | 8,379 |
| 1969–70 | 208,291 | 1,793 | 1,427 | 21,287 | 130 | 1,459 | 79,293 | 15,593 | 4,803 | 4,488 | 9,713 | 6,511 | 5,800 | 5,636 | 5,935 | 4,111 | 7,067 | 16,281 | 7,849 | 9,115 |
| 1970–71 | 230,509 | 2,457 | 1,705 | 26,481 | 1,856 | 1,588 | 88,952 | 16,443 | 4,755 | 5,445 | 11,148 | 7,001 | 5,728 | 5,191 | 6,367 | 4,431 | 8,215 | 16,476 | 6,675 | 9,595 |
| 1971–72 | 251,633 | 2,680 | 1,899 | 30,367 | 2,200 | 1,977 | 98,143 | 16,960 | 4,616 | 6,875 | 11,074 | 7,383 | 6,101 | 5,198 | 6,287 | 5,289 | 9,183 | 17,416 | 7,537 | 10,448 |
| 1972–73 | 263,371 | 2,807 | 2,307 | 31,007 | 2,406 | 2,113 | 105,565 | 16,619 | 4,289 | 7,879 | 10,808 | 7,696 | 6,263 | 5,028 | 6,257 | 5,831 | 10,899 | 17,288 | 7,254 | 11,055 |
| 1973–74 | 277,033 | 2,928 | 2,702 | 32,644 | 2,640 | 2,276 | 112,610 | 15,379 | 3,964 | 9,090 | 10,384 | 8,134 | 6,552 | 4,834 | 6,062 | 6,588 | 12,077 | 17,249 | 8,001 | 12,919 |
| 1974–75 | 292,450 | 3,067 | 2,938 | 36,247 | 2,794 | 2,299 | 120,169 | 15,348 | 3,807 | 9,901 | 10,068 | 8,091 | 6,550 | 4,327 | 5,807 | 7,066 | 14,610 | 16,892 | 8,362 | 14,107 |
| 1975–76 | 311,771 | 3,340 | 3,215 | 42,512 | 3,126 | 2,603 | 128,417 | 16,342 | 3,531 | 11,885 | 9,468 | 8,037 | 6,582 | 3,857 | 5,466 | 7,811 | 16,117 | 15,824 | 8,817 | 14,821 |
| 1976–77 | 317,164 | 3,724 | 3,213 | 46,420 | 3,091 | 2,798 | 126,825 | 16,245 | 3,147 | 12,323 | 8,701 | 7,572 | 7,114 | 3,695 | 5,331 | 8,301 | 17,917 | 15,395 | 8,636 | 16,716 |
| 1977–78 | 311,620 | 4,023 | 3,115 | 48,326 | 3,296 | 3,038 | 119,038 | 16,398 | 2,726 | 13,619 | 8,306 | 6,914 | 6,806 | 3,373 | 5,561 | 8,160 | 18,341 | 14,578 | 9,036 | 16,966 |
| 1978–79 | 301,079 | 3,994 | 3,113 | 50,372 | 2,882 | 3,055 | 111,995 | 15,495 | 2,426 | 14,781 | 7,289 | 5,906 | 6,831 | 3,036 | 5,451 | 8,003 | 18,300 | 12,807 | 8,524 | 16,819 |
| 1979–80 | 298,081 | 3,976 | 3,139 | 55,006 | 3,082 | 3,647 | 103,951 | 16,243 | 2,236 | 15,068 | 6,807 | 5,374 | 6,510 | 2,860 | 5,219 | 7,806 | 18,413 | 12,101 | 8,708 | 17,935 |
| 1980–81 | 295,739 | 4,003 | 3,153 | 57,898 | 3,105 | 4,218 | 98,938 | 16,709 | 2,104 | 16,004 | 6,515 | 4,859 | 5,978 | 2,567 | 5,284 | 7,998 | 18,524 | 11,855 | 8,629 | 17,398 |
| 1981–82 | 295,546 | 4,163 | 3,327 | 61,299 | 3,327 | 4,935 | 93,757 | 17,939 | 2,008 | 15,942 | 6,421 | 4,506 | 5,874 | 2,727 | 5,514 | 7,791 | 18,216 | 11,892 | 8,746 | 17,162 |
| 1982–83 | 289,921 | 4,254 | 3,357 | 65,319 | 3,604 | 5,321 | 84,853 | 19,350 | 1,759 | 17,068 | 5,767 | 3,979 | 5,696 | 2,837 | 5,290 | 8,378 | 16,245 | 11,112 | 8,742 | 16,990 |
| 1983–84 | 284,263 | 4,178 | 3,223 | 66,653 | 3,656 | 6,190 | 77,187 | 20,661 | 1,773 | 17,443 | 5,818 | 3,805 | 5,406 | 2,741 | 5,576 | 8,002 | 15,373 | 10,465 | 8,520 | 17,593 |
| 1984–85 | 286,251 | 3,928 | 3,275 | 67,527 | 3,669 | 7,101 | 76,137 | 21,557 | 1,724 | 17,383 | 5,934 | 3,893 | 5,059 | 2,882 | 5,796 | 8,408 | 16,045 | 10,380 | 8,714 | 16,839 |
| 1985–86 | 288,567 | 3,801 | 3,260 | 67,137 | 3,823 | 8,070 | 76,353 | 21,661 | 1,721 | 18,624 | 6,291 | 3,626 | 5,013 | 3,159 | 5,902 | 8,293 | 16,300 | 10,428 | 8,416 | 16,689 |
| 1986–87 | 289,557 | 3,523 | 3,142 | 67,496 | 3,937 | 8,491 | 75,501 | 22,693 | 1,746 | 18,426 | 6,123 | 3,815 | 4,954 | 3,321 | 5,652 | 8,204 | 17,032 | 10,397 | 8,506 | 16,598 |
| 1987–88 | 299,317 | 3,479 | 3,159 | 69,655 | 3,925 | 9,197 | 77,867 | 23,388 | 1,844 | 18,665 | 6,194 | 3,713 | 4,784 | 3,442 | 5,733 | 7,872 | 17,290 | 10,294 | 7,937 | 20,879 |
| 1988–89 | 310,621 | 3,245 | 3,383 | 73,521 | 4,257 | 9,414 | 82,533 | 24,572 | 1,898 | 19,293 | 6,576 | 3,953 | 4,961 | 3,447 | 5,723 | 8,552 | 17,918 | 10,867 | 8,265 | 18,143 |
| 1989–90 | 323,844 | 3,373 | 3,492 | 77,203 | 4,369 | 9,643 | 86,057 | 24,848 | 1,995 | 20,354 | 7,223 | 4,349 | 4,861 | 3,657 | 5,447 | 9,231 | 17,993 | 11,419 | 8,546 | 19,764 |

[1] "Other" includes degrees in area and ethnic studies, home economics, law, liberal/general studies, military sciences, multi/interdisciplinary studies, parks and recreation, philosophy and religion, protective services, theology, and degrees not classified by field of study.

[2] Some master degrees are included in bachelor's degrees.

SOURCE: U.S. Department of Education, National Center for Education Statistics, Earned Degrees Conferred and "Degrees and Other Formal Awards Conferred" surveys; and Integrated Postsecondary Education Data System (IPEDS), "Completions" surveys.

Pl.0212

### Table 31.—Doctor's degrees conferred by institutions of higher education, by field of study: 1959–60 to 1989–90

| Year | Total | Agriculture and natural resources | Architecture and environmental design | Business and management | Communications | Computer and information sciences | Education | Engineering | Foreign languages | Health sciences | Letters | Library sciences | Life sciences | Mathematics | Physical sciences | Psychology | Public affairs | Social sciences | Visual and performing arts | Other [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 1959–60 | 9,829 | 440 | 17 | 135 | 0 | 0 | 1,591 | 786 | 203 | 107 | 431 | 19 | 1,205 | 303 | 1,838 | 641 | 43 | 1,211 | 292 | 567 |
| 1960–61 | 10,575 | 450 | 3 | 172 | 16 | 0 | 1,742 | 943 | 232 | 133 | 439 | 14 | 1,193 | 344 | 1,991 | 703 | 66 | 1,302 | 303 | 529 |
| 1961–62 | 11,622 | 465 | 1 | 226 | 9 | 0 | 1,898 | 1,207 | 228 | 148 | 526 | 10 | 1,338 | 396 | 2,122 | 781 | 67 | 1,309 | 311 | 580 |
| 1962–63 | 12,822 | 449 | 3 | 250 | 7 | 0 | 2,075 | 1,378 | 237 | 157 | 565 | 17 | 1,455 | 490 | 2,380 | 844 | 77 | 1,461 | 379 | 598 |
| 1963–64 | 14,490 | 555 | 3 | 275 | 12 | 0 | 2,348 | 1,693 | 326 | 192 | 618 | 13 | 1,625 | 596 | 2,455 | 939 | 72 | 1,719 | 422 | 627 |
| 1964–65 | 16,467 | 529 | 10 | 321 | 9 | 6 | 2,705 | 2,124 | 376 | 173 | 766 | 12 | 1,928 | 682 | 2,829 | 847 | 87 | 1,913 | 428 | 722 |
| 1965–66 | 18,237 | 588 | 12 | 387 | 11 | 19 | 3,065 | 2,304 | 426 | 251 | 801 | 19 | 2,097 | 782 | 3,045 | 1,046 | 108 | 2,033 | 476 | 767 |
| 1966–67 | 20,617 | 637 | 18 | 437 | 5 | 38 | 3,529 | 2,614 | 478 | 250 | 972 | 16 | 2,255 | 832 | 3,462 | 1,231 | 123 | 2,388 | 504 | 828 |
| 1967–68 | 23,089 | 648 | 15 | 441 | 1 | 36 | 4,078 | 2,932 | 610 | 243 | 1,116 | 22 | 2,784 | 947 | 3,593 | 1,268 | 129 | 2,684 | 528 | 1,014 |
| 1968–69 | 26,158 | 699 | 32 | 530 | 14 | 64 | 4,830 | 3,387 | 659 | 283 | 1,275 | 17 | 3,051 | 1,097 | 3,859 | 1,551 | 137 | 3,016 | 684 | 983 |
| 1969–70 | 29,866 | 823 | 35 | 601 | 10 | 107 | 5,895 | 3,681 | 760 | 357 | 1,339 | 40 | 3,289 | 1,236 | 4,312 | 1,668 | 152 | 3,638 | 734 | 1,189 |
| 1970–71 | 32,107 | 1,086 | 36 | 807 | 145 | 128 | 6,403 | 3,638 | 781 | 459 | 1,857 | 39 | 3,645 | 1,199 | 4,390 | 1,782 | 185 | 3,659 | 621 | 1,247 |
| 1971–72 | 33,363 | 971 | 50 | 896 | 111 | 167 | 7,044 | 3,671 | 841 | 425 | 2,023 | 64 | 3,653 | 1,128 | 4,103 | 1,881 | 219 | 4,078 | 572 | 1,466 |
| 1972–73 | 34,777 | 1,059 | 58 | 923 | 139 | 196 | 7,318 | 3,492 | 991 | 643 | 2,170 | 102 | 3,636 | 1,068 | 4,006 | 2,089 | 214 | 4,230 | 616 | 1,827 |
| 1973–74 | 33,816 | 930 | 69 | 981 | 175 | 198 | 7,293 | 3,312 | 923 | 568 | 2,076 | 60 | 3,439 | 1,031 | 3,626 | 2,336 | 214 | 4,123 | 585 | 1,877 |
| 1974–75 | 34,083 | 991 | 69 | 1,009 | 165 | 213 | 7,446 | 3,138 | 857 | 609 | 1,951 | 56 | 3,384 | 975 | 3,626 | 2,442 | 271 | 4,209 | 649 | 2,053 |
| 1975–76 | 34,064 | 928 | 82 | 953 | 204 | 244 | 7,778 | 2,821 | 864 | 577 | 1,884 | 71 | 3,392 | 856 | 3,431 | 2,581 | 298 | 4,154 | 620 | 2,326 |
| 1976–77 | 33,232 | 893 | 73 | 863 | 171 | 216 | 7,963 | 2,586 | 752 | 538 | 1,723 | 75 | 3,397 | 823 | 3,341 | 2,761 | 316 | 3,784 | 662 | 2,295 |
| 1977–78 | 32,131 | 971 | 73 | 866 | 191 | 196 | 7,595 | 2,440 | 649 | 638 | 1,616 | 67 | 3,309 | 805 | 3,133 | 2,587 | 385 | 3,583 | 700 | 2,319 |
| 1978–79 | 32,730 | 950 | 96 | 860 | 192 | 236 | 7,736 | 2,506 | 641 | 705 | 1,504 | 70 | 3,542 | 730 | 3,102 | 2,662 | 344 | 3,358 | 700 | 2,796 |
| 1979–80 | 32,615 | 991 | 79 | 792 | 193 | 240 | 7,941 | 2,507 | 549 | 771 | 1,500 | 73 | 3,636 | 724 | 3,089 | 2,768 | 372 | 3,219 | 655 | 2,516 |
| 1980–81 | 32,958 | 1,067 | 93 | 842 | 182 | 252 | 7,900 | 2,561 | 588 | 827 | 1,380 | 71 | 3,718 | 728 | 3,141 | 2,955 | 388 | 3,114 | 654 | 2,497 |
| 1981–82 | 32,707 | 1,079 | 80 | 855 | 200 | 251 | 7,680 | 2,636 | 536 | 910 | 1,313 | 84 | 3,743 | 681 | 3,286 | 2,780 | 389 | 3,061 | 670 | 2,473 |
| 1982–83 | 32,775 | 1,149 | 97 | 809 | 214 | 262 | 7,551 | 2,831 | 488 | 1,155 | 1,176 | 52 | 3,341 | 698 | 3,269 | 3,108 | 347 | 2,931 | 692 | 2,605 |
| 1983–84 | 33,209 | 1,172 | 84 | 977 | 219 | 251 | 7,473 | 2,981 | 462 | 1,163 | 1,215 | 74 | 3,437 | 695 | 3,306 | 2,973 | 421 | 2,911 | 728 | 2,667 |
| 1984–85 | 32,943 | 1,213 | 89 | 866 | 234 | 248 | 7,151 | 3,230 | 437 | 1,199 | 1,239 | 87 | 3,432 | 699 | 3,403 | 2,908 | 431 | 2,851 | 693 | 2,533 |
| 1985–86 | 33,653 | 1,158 | 73 | 969 | 223 | 344 | 7,110 | 3,410 | 448 | 1,241 | 1,215 | 62 | 3,358 | 742 | 3,551 | 3,088 | 385 | 2,955 | 722 | 2,599 |
| 1986–87 | 34,120 | 1,049 | 92 | 1,098 | 275 | 374 | 6,909 | 3,820 | 441 | 1,213 | 1,181 | 57 | 3,423 | 725 | 3,672 | 3,123 | 398 | 2,916 | 792 | 2,562 |
| 1987–88 | 34,870 | 1,142 | 98 | 1,109 | 234 | 428 | 6,553 | 4,191 | 411 | 1,261 | 1,172 | 46 | 3,629 | 750 | 3,809 | 2,987 | 470 | 2,781 | 725 | 3,074 |
| 1988–89 | 35,720 | 1,183 | 86 | 1,149 | 253 | 551 | 6,800 | 4,523 | 420 | 1,436 | 1,234 | 61 | 3,520 | 866 | 3,858 | 3,222 | 429 | 2,885 | 752 | 2,492 |
| 1989–90 | 38,238 | 1,272 | 97 | 1,142 | 269 | 623 | 6,922 | 4,965 | 512 | 1,543 | 1,266 | 41 | 3,844 | 915 | 4,168 | 3,353 | 495 | 3,023 | 842 | 2,946 |

[1] "Other" includes degrees in area and ethnic studies, home economics, law, liberal/general studies, military sciences, multi/interdisciplinary studies, parks and recreation, philosophy and religion, protective services, theology, and degrees not classified by field of study.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Earned Degrees Conferred* and "Degrees and Other Formal Awards Conferred" surveys; and Integrated Postsecondary Education Data System (IPEDS), "Completions" surveys.

**Table 32.—First-professional degrees conferred by institutions of higher education in dentistry, medicine, and law, by sex: 1949–50 to 1989–90**

| Year | Dentistry (D.D.S. or D.M.D.) | | | | Medicine (M.D.) | | | | Law (LL.B. or J.D.) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of institutions conferring degrees | Degrees conferred | | | Number of institutions conferring degrees | Degrees conferred | | | Number of institutions conferring degrees | Degrees conferred | | |
| | | Total | Male | Female | | Total | Male | Female | | Total | Male | Female |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 1949–50 .... | 40 | 2,579 | 2,561 | 18 | 72 | 5,612 | 5,028 | 584 | (1) | (1) | (1) | (1) |
| 1951–52 .... | 41 | 2,918 | 2,895 | 23 | 72 | 6,201 | 5,871 | 330 | (1) | (1) | (1) | (1) |
| 1953–54 .... | 42 | 3,102 | 3,063 | 39 | 73 | 6,712 | 6,377 | 335 | (1) | (1) | (1) | (1) |
| 1955–56 .... | 42 | 3,009 | 2,975 | 34 | 73 | 6,810 | 6,464 | 346 | 131 | 8,262 | 7,974 | 288 |
| 1957–58 .... | 43 | 3,065 | 3,031 | 34 | 75 | 6,816 | 6,469 | 347 | 131 | 9,394 | 9,122 | 272 |
| 1959–60 .... | 45 | 3,247 | 3,221 | 26 | 79 | 7,032 | 6,645 | 387 | 134 | 9,240 | 9,010 | 230 |
| 1961–62 .... | 46 | 3,183 | 3,166 | 17 | 81 | 7,138 | 6,749 | 389 | 134 | 9,364 | 9,091 | 273 |
| 1963–64 .... | 46 | 3,180 | 3,168 | 12 | 82 | 7,303 | 6,878 | 425 | 133 | 10,679 | 10,372 | 307 |
| 1965–66 .... | 47 | 3,178 | 3,146 | 32 | 84 | 7,673 | 7,170 | 503 | 136 | 13,246 | 12,776 | 470 |
| 1967–68 .... | 48 | 3,422 | 3,375 | 47 | 85 | 7,944 | 7,318 | 626 | 138 | 16,454 | 15,805 | 649 |
| 1969–70 .... | 48 | 3,718 | 3,684 | 34 | 86 | 8,314 | 7,615 | 699 | 145 | 14,916 | 14,115 | 801 |
| 1970–71 .... | 48 | 3,745 | 3,703 | 42 | 89 | 8,919 | 8,110 | 809 | 147 | 17,421 | 16,181 | 1,240 |
| 1971–72 .... | 48 | 3,862 | 3,819 | 43 | 92 | 9,253 | 8,423 | 830 | 147 | 21,764 | 20,266 | 1,498 |
| 1972–73 .... | 51 | 4,047 | 3,992 | 55 | 97 | 10,307 | 9,388 | 919 | 152 | 27,205 | 25,037 | 2,168 |
| 1973–74 .... | 52 | 4,440 | 4,355 | 85 | 99 | 11,356 | 10,093 | 1,263 | 151 | 29,326 | 25,986 | 3,340 |
| 1974–75 .... | 52 | 4,773 | 4,627 | 146 | 104 | 12,447 | 10,818 | 1,629 | 154 | 29,296 | 24,881 | 4,415 |
| 1975–76 .... | 56 | 5,425 | 5,187 | 238 | 107 | 13,426 | 11,252 | 2,174 | 166 | 32,293 | 26,085 | 6,208 |
| 1976–77 .... | 57 | 5,138 | 4,764 | 374 | 109 | 13,461 | 10,891 | 2,570 | 169 | 34,104 | 26,447 | 7,657 |
| 1977–78 .... | 57 | 5,189 | 4,623 | 566 | 109 | 14,279 | 11,210 | 3,069 | 169 | 34,402 | 25,457 | 8,945 |
| 1978–79 .... | 58 | 5,434 | 4,794 | 640 | 109 | 14,786 | 11,381 | 3,405 | 175 | 35,206 | 25,180 | 10,026 |
| 1979–80 .... | 58 | 5,258 | 4,558 | 700 | 112 | 14,902 | 11,416 | 3,486 | 179 | 35,647 | 24,893 | 10,754 |
| 1980–81 .... | 58 | 5,460 | 4,672 | 788 | 116 | 15,505 | 11,672 | 3,833 | 176 | 36,331 | 24,563 | 11,768 |
| 1981–82 .... | 59 | 5,282 | 4,467 | 815 | 119 | 15,814 | 11,867 | 3,947 | 180 | 35,991 | 23,965 | 12,026 |
| 1982–83 .... | 59 | 5,585 | 4,631 | 954 | 118 | 15,484 | 11,350 | 4,134 | 177 | 36,853 | 23,550 | 13,303 |
| 1983–84 .... | 60 | 5,353 | 4,302 | 1,051 | 119 | 15,813 | 11,359 | 4,454 | 179 | 37,012 | 23,382 | 13,630 |
| 1984–85 .... | 59 | 5,339 | 4,233 | 1,106 | 120 | 16,041 | 11,167 | 4,874 | 181 | 37,491 | 23,070 | 14,421 |
| 1985–86 .... | 59 | 5,046 | 3,907 | 1,139 | 120 | 15,938 | 11,022 | 4,916 | 181 | 35,844 | 21,874 | 13,970 |
| 1986–87 .... | 58 | 4,741 | 3,603 | 1,138 | 122 | 15,620 | 10,566 | 5,054 | 180 | 36,172 | 21,643 | 14,529 |
| 1987–88 .... | 57 | 4,477 | 3,300 | 1,177 | 122 | 15,358 | 10,278 | 5,080 | 180 | 35,397 | 21,067 | 14,330 |
| 1988–89 [2] .... | 58 | 4,265 | 3,124 | 1,141 | 124 | 15,460 | 10,310 | 5,150 | 182 | 35,634 | 21,069 | 14,565 |
| 1989–90 [3] .... | 57 | 4,093 | 2,830 | 1,263 | 124 | 15,115 | 9,977 | 5,138 | 182 | 36,437 | 21,059 | 15,378 |

[1] Data prior to 1955–56 are not shown because they lack comparability with the figures for subsequent years.
[2] Revised from previously published data.
[3] Preliminary data.

SOURCE: U.S. Department of Education, National Center for Education Statistics, "Degrees and Other Formal Awards Conferred" surveys, and Integrated Postsecondary Education Data System (IPEDS), "Completions" surveys. (This table was prepared November 1991.)

Pl.0214

### Table 33.—Current-fund revenue of institutions of higher education, by source of funds: 1889–90 to 1989–90

[In thousands]

| Year | Total current-fund revenue | Educational and general revenue — Total | Student tuition and fees | Government: Federal[1] | Government: State | Government: Local | Endowment income | Private gifts and grants | Organized activities related to educational departments | Sales and services of educational activities | Student aid | Other | Other revenue: Hospitals | Independent operations[2] | Auxiliary enterprises |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 1889–90 | — | $21,464 | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 1899–1900 | 35,084 | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 1909–10 | $76,883 | 67,917 | $18,463 | $4,607 | $20,937 | — | $12,584 | $3,551 | — | — | — | — | $7,775 | — | $8,966 |
| 1919–20 | 199,922 | 172,929 | 42,254 | [3]12,783 | 61,690 | [4] | 26,482 | 7,584 | — | — | — | 22,135 | — | — | 26,993 |
| 1929–30 | 554,511 | 494,092 | 144,126 | 20,658 | 150,847 | [4] | 68,605 | 26,172 | — | — | — | 72,657 | — | — | 60,419 |
| 1931–32 | 566,264 | 441,987 | 150,649 | [4] | 174,663 | [4] | 60,303 | 29,948 | — | — | $11,027 | 14,826 | [5]$21,008 | — | 87,983 |
| 1933–34 | 486,362 | 380,620 | 138,257 | 19,827 | 117,551 | [4] | 55,534 | 27,468 | — | — | 9,653 | 12,330 | [5]17,759 | — | — |
| 1935–36 | 597,585 | 466,163 | 158,134 | 43,224 | 119,585 | $21,050 | 60,090 | 37,115 | — | — | — | 26,955 | [5]24,943 | — | 106,479 |
| 1937–38 | 652,631 | 494,161 | 178,996 | 29,345 | 140,959 | 22,091 | 70,654 | 36,908 | — | — | — | 15,208 | [5]27,947 | — | 130,523 |
| 1939–40 | 715,211 | 538,511 | 200,897 | 38,860 | 151,222 | 24,392 | 71,304 | 40,453 | — | — | — | 11,383 | [5]32,777 | — | 143,923 |
| 1941–42 | 783,720 | 585,988 | 201,365 | 58,232 | 166,532 | 27,057 | 74,075 | 45,916 | — | — | — | 12,811 | [5]40,308 | — | 157,424 |
| 1943–44 | 1,047,298 | 810,077 | 154,485 | 308,162 | 175,169 | 26,449 | 75,196 | 50,449 | — | — | — | 20,167 | [5]53,577 | — | 183,644 |
| 1945–46 | 1,169,394 | 857,874 | 214,345 | 197,250 | 225,161 | 31,005 | 89,763 | 77,572 | — | — | — | 22,279 | [5]67,084 | — | 244,436 |
| 1947–48 | 2,027,051 | 1,469,172 | 304,601 | 526,476 | 352,281 | 47,521 | 86,680 | 91,468 | — | — | 23,821 | 36,324 | [5]92,725 | — | 465,154 |
| 1949–50 | 2,374,645 | 1,751,393 | 394,610 | 524,319 | 491,958 | 61,378 | 96,341 | 118,627 | — | — | 29,535 | 34,625 | [5]111,987 | — | 511,265 |
| 1951–52 | 2,562,451 | 1,916,463 | 446,591 | 451,011 | 611,302 | 72,013 | 112,859 | 149,826 | — | — | 32,027 | 40,636 | [5]136,442 | — | 509,546 |
| 1953–54 | 2,945,550 | 2,205,901 | 551,424 | 417,097 | 740,043 | 88,198 | 127,475 | 190,899 | — | — | 32,212 | 58,553 | [5]164,880 | — | 574,769 |
| 1955–56 | 3,603,370 | 2,719,804 | 722,215 | 489,800 | 878,349 | 106,857 | 145,000 | 245,085 | — | — | 52,361 | 80,133 | [5]191,829 | — | 691,737 |
| 1957–58 | 4,641,387 | 3,650,492 | 934,203 | 707,048 | 1,138,454 | 129,324 | 181,585 | 324,426 | $46,877 | $47,302 | 70,058 | 71,214 | [5]152,078 | — | 838,817 |
| 1959–60 | 5,785,537 | 4,593,485 | 1,157,481 | 1,036,988 | 1,374,476 | 151,715 | 206,619 | 382,570 | 57,102 | 45,423 | 92,902 | 88,208 | 187,769 | — | 1,004,283 |
| 1961–62 | 7,429,379 | 5,919,927 | 1,499,924 | 1,537,697 | 1,668,289 | 191,188 | 232,289 | 450,145 | 65,533 | 52,252 | 118,073 | 104,537 | 238,567 | — | 1,270,885 |
| 1963–64 | 9,543,514 | 7,642,763 | 1,892,839 | 2,160,889 | 2,110,981 | 239,851 | 266,157 | 550,684 | 69,443 | 64,742 | 148,093 | 139,082 | 293,777 | — | 1,606,974 |
| 1965–66 | 12,734,225 | 10,345,108 | 2,640,641 | 2,587,893 | 2,894,893 | 303,401 | 288,833 | 613,718 | 373,573 | 34,680 | 309,855 | 297,621 | [5]250,000 | — | 2,139,117 |
| 1966–67 | 14,561,039 | 11,111,063 | 2,972,050 | 2,200,276 | 3,371,986 | 405,561 | 328,068 | 765,927 | 317,627 | 116,862 | 394,386 | 238,320 | 253,790 | $951,668 | 2,244,518 |
| 1967–68 | 16,825,199 | 13,288,034 | 3,380,294 | 2,695,681 | 4,181,070 | 503,661 | 363,990 | 848,450 | 399,821 | 118,618 | 497,930 | 298,519 | 290,000 | 765,495 | 2,481,670 |
| 1968–69 | 18,874,602 | 14,901,466 | 3,814,160 | 2,924,547 | 4,812,482 | 614,462 | 413,276 | 915,909 | 421,301 | 127,461 | 571,536 | 286,332 | 497,280 | 708,542 | 2,767,314 |
| 1969–70 | 21,515,242 | 17,144,194 | 4,419,845 | 3,146,869 | 5,787,910 | 774,803 | 447,275 | 1,001,454 | 484,977 | 127,800 | 658,016 | 295,245 | 619,578 | 768,498 | 2,982,973 |
| 1970–71 | 23,879,188 | 19,101,148 | 5,021,211 | 3,359,027 | 6,502,813 | 907,274 | 470,655 | 1,091,654 | 524,697 | 137,775 | 709,101 | 376,941 | 821,478 | 831,324 | 3,125,238 |
| 1971–72 | 26,234,258 | 20,964,859 | 5,594,095 | 3,659,506 | 7,120,982 | 991,034 | 480,806 | 1,208,070 | 590,448 | 148,711 | 764,549 | 406,616 | 1,006,865 | 953,577 | 3,308,957 |
| 1972–73 | 28,606,217 | 22,927,142 | 6,010,926 | 3,994,490 | 7,917,825 | 1,143,529 | 515,045 | 1,300,343 | 610,342 | 163,482 | 800,075 | 471,090 | 1,181,390 | 1,030,751 | 3,466,934 |
| 1973–74 | 31,712,452 | 25,510,428 | 6,500,101 | 4,176,226 | 9,182,189 | 1,263,145 | 576,915 | 1,430,882 | [7]611,678 | 222,382 | 882,585 | 664,227 | 1,436,481 | 1,031,314 | 3,734,229 |
| 1974–75 | 35,686,902 | 28,373,036 | 7,232,908 | 4,990,969 | 10,857,376 | 1,424,392 | 717,915 | 1,744,967 | — | 554,882 | (8) | 849,625 | 2,152,079 | 1,081,585 | 4,080,202 |
| 1975–76 | 39,703,166 | 31,597,873 | 8,171,942 | 5,413,847 | 12,260,885 | 1,616,975 | 687,470 | 1,917,036 | — | 645,420 | (8) | 884,298 | 2,494,340 | 1,063,331 | 4,547,622 |
| 1976–77 | 43,436,827 | 34,218,636 | 9,024,932 | 5,729,818 | 13,285,684 | 1,626,908 | 764,788 | 2,105,070 | — | 779,058 | (8) | 902,377 | 2,859,376 | 1,439,213 | 4,919,602 |
| 1977–78 | 47,034,032 | 37,581,559 | 9,855,270 | 6,112,805 | 14,746,166 | 1,744,230 | 832,258 | 2,320,368 | — | 882,715 | (8) | 1,087,719 | 3,268,958 | [9]855,696 | 5,327,821 |
| 1978–79 | 51,837,789 | 41,325,437 | 10,704,171 | 6,843,736 | 16,363,784 | 1,573,018 | 985,242 | 2,489,366 | — | 1,037,130 | (8) | 1,328,931 | 3,763,453 | 1,007,590 | 5,741,309 |
| 1979–80 | 58,519,982 | 46,534,023 | 11,930,340 | 7,771,726 | 18,378,299 | 1,587,552 | 1,176,627 | 2,808,075 | — | 1,239,439 | (8) | 1,641,965 | 4,373,384 | 1,131,117 | 6,481,458 |
| 1980–81 | 65,584,789 | 52,048,276 | 13,773,259 | 8,478,709 | 20,106,222 | 1,790,740 | 1,364,443 | 3,176,670 | — | 1,409,730 | (8) | 1,948,503 | 4,980,346 | 1,268,877 | 7,287,290 |
| 1981–82 | 72,190,856 | 56,958,692 | 15,774,038 | 8,319,817 | 21,848,791 | 1,937,669 | 1,596,813 | 3,563,558 | — | 1,582,922 | (8) | 2,335,084 | 5,838,565 | 1,271,988 | 8,121,611 |
| 1982–83 | 77,595,726 | 60,844,948 | 17,776,041 | 8,181,402 | 23,065,636 | 2,031,353 | 1,720,677 | 4,052,649 | — | 1,723,484 | (8) | 2,293,706 | 6,531,562 | 1,449,695 | 8,769,521 |
| 1983–84 | 84,417,287 | 66,296,893 | 19,714,884 | 8,782,803 | 24,706,990 | 2,192,275 | 1,873,945 | 4,415,275 | — | 1,970,747 | (8) | 2,639,973 | 7,040,662 | 1,623,363 | 9,456,369 |
| 1984–85 | 92,472,694 | 73,003,805 | 21,283,329 | 9,615,221 | 27,583,011 | 2,387,212 | 2,096,298 | 4,896,325 | — | 2,126,927 | (8) | 3,015,483 | 7,474,575 | 1,893,904 | 10,100,410 |
| 1985–86 | 100,437,616 | 79,298,586 | 23,116,605 | 10,466,491 | 29,911,500 | 2,544,506 | 2,275,898 | 5,410,905 | — | 2,373,494 | (8) | 3,199,186 | 8,226,635 | 2,238,259 | 10,674,136 |
| 1986–87 | 108,809,827 | 85,488,436 | 25,705,827 | 11,224,680 | 31,309,303 | 2,799,321 | 2,377,958 | 5,952,682 | — | 2,641,906 | (8) | 3,476,760 | 9,277,834 | 2,679,369 | 11,364,188 |
| 1987–88 | 117,340,109 | 91,863,743 | 27,836,781 | 11,869,932 | 33,517,166 | 3,006,263 | 2,584,266 | 6,359,282 | — | 2,918,090 | (8) | 3,769,787 | 10,626,566 | 2,902,022 | 11,947,778 |
| 1988–89 | 128,501,638 | 100,598,033 | 30,806,566 | 12,837,218 | 36,031,208 | 3,363,676 | 2,914,396 | 7,060,730 | — | 3,315,620 | (8) | 4,268,618 | 11,991,265 | 3,056,760 | 12,855,580 |
| 1989–90[10] | 139,635,477 | 109,241,902 | 33,926,060 | 14,016,432 | 38,349,383 | 3,639,902 | 3,143,696 | 7,781,422 | — | 3,632,100 | (8) | 4,753,051 | 13,216,664 | 3,238,442 | 13,938,469 |

[1] Excludes federally funded research and development centers (FFRDCs) from 1966–67 to 1989–90.
[2] Primarily limited to federally funded research and development centers (FFRDCs). Where separate data are not shown, they are included under federal.
[3] Universities, colleges, and professional schools only; teachers and normal colleges included under state.
[4] Included under state governments.
[5] Includes organized activities related to educational departments.
[6] Estimated.
[7] In later years, data are included primarily under sales and services of hospitals.
[8] Data are included under source of student aid money.
[9] Drop from previous year caused by a change in jurisdiction of one of the centers.
[10] Preliminary data.
—Data not available.

NOTE.—Beginning in 1959–60, data include Alaska and Hawaii. Because of changes in data collection instruments and definitions, a number of data comparability problems exist in this table. See methodology for more details. Data for years prior to 1929–30 give only a rough indication of the scope of the higher education enterprise at that time. Because of rounding, details may not add to totals.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Annual Report of the Commissioner; Biennial Survey of Education in the United States; Financial Statistics of Institutions of Higher Education; Digest of Education Statistics;* and unpublished data. (This table was prepared September 1992.)

**Table 34.—Current-fund expenditures and educational and general expenditure per student of institutions of higher education, by function: 1929–30 to 1989–90**

[In thousands]

| Year | Current-fund expenditures | Educational and general expenditures | | | | | | | |
| | | Total | Administration and general expense | Instruction and departmental research | Organized research | Libraries | Plant operation and maintenance | Organized activities related to instructional departments | Other sponsored programs [1] |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1929–30 .............. | $507,142 | $377,903 | $42,633 | $221,598 | [5]$18,007 | $9,622 | $61,061 | (6) | — |
| 1931–32 .............. | 536,523 | 420,633 | 47,232 | 232,645 | [5] 21,978 | 11,379 | 56,797 | [7]$21,297 | — |
| 1933–34 .............. | 469,329 | 369,661 | 43,155 | 203,332 | [5] 17,064 | 13,387 | 51,046 | [7] 14,155 | — |
| 1935–36 .............. | 541,391 | 419,883 | 48,069 | 225,143 | [5] 22,091 | 15,531 | 56,802 | [7] 20,241 | — |
| 1937–38 .............. | 614,385 | 475,191 | 56,406 | 253,006 | [5] 25,213 | 17,588 | 62,738 | [7] 24,031 | — |
| | | | | | | | | | |
| 1939–40 .............. | 674,688 | 521,990 | 62,827 | 280,248 | [5] 27,266 | 19,487 | 69,612 | [7] 27,225 | — |
| 1941–42 .............. | 738,169 | 572,465 | 66,968 | 298,558 | [5] 34,287 | 19,763 | 72,594 | [7] 37,771 | — |
| 1943–44 .............. | 974,118 | 753,846 | 69,668 | 334,189 | [5] 58,456 | 20,452 | 81,201 | [7] 48,415 | [8]$97,044 |
| 1945–46 .............. | 1,088,422 | 820,326 | 104,808 | 375,122 | [5] 86,812 | 26,560 | 110,947 | [7] 60,604 | — |
| 1947–48 .............. | 1,883,269 | 1,391,594 | 171,829 | 657,945 | [5] 159,090 | 44,208 | 201,996 | [7] 85,346 | — |
| | | | | | | | | | |
| 1949–50 .............. | 2,245,661 | 1,706,444 | 213,070 | 780,994 | [5] 225,341 | 56,147 | 225,110 | [7] 119,108 | — |
| 1951–52 .............. | 2,471,008 | 1,960,481 | 233,844 | 823,117 | [5] 317,928 | 60,612 | 240,446 | [7] 147,854 | — |
| 1953–54 .............. | 2,882,864 | 2,345,331 | 288,147 | 960,556 | [5] 372,643 | 72,944 | 277,874 | [7] 186,905 | — |
| 1955–56 .............. | 3,499,463 | 2,861,858 | 355,207 | 1,140,655 | [5] 500,793 | 85,563 | 324,229 | [7] 222,007 | — |
| 1957–58 .............. | 4,509,666 | 3,734,350 | 473,945 | 1,465,603 | [5] 727,776 | 109,715 | 406,226 | [7] 238,455 | — |
| | | | | | | | | | |
| 1959–60 .............. | 5,601,376 | 4,685,258 | 583,224 | 1,793,320 | [5] 1,022,353 | 135,384 | 469,943 | [7] 294,255 | — |
| 1961–62 .............. | 7,154,526 | 5,997,007 | 730,429 | 2,202,443 | [5] 1,474,406 | 177,362 | 564,225 | [7] 375,040 | — |
| 1963–64 .............. | 9,177,677 | 7,725,433 | 957,512 | 2,801,707 | [5] 1,973,383 | 236,718 | 686,054 | [7] 458,507 | — |
| 1965–66 .............. | 12,509,489 | 10,376,630 | 1,251,107 | 3,756,175 | [5] 2,448,300 | 346,248 | 844,506 | [7] 558,170 | 155,202 |
| 1966–67 .............. | 14,230,341 | 10,724,974 | 1,445,074 | 4,356,413 | 1,565,102 | 415,903 | 969,275 | 591,848 | 350,950 |
| 1967–68 .............. | 16,480,786 | 12,847,350 | 1,738,946 | 5,139,179 | 1,933,473 | 493,266 | 1,127,290 | 350,711 | 514,294 |
| | | | | | | | | | |
| 1968–69 .............. | 18,481,583 | 14,718,140 | 2,277,585 | 5,941,972 | 2,034,074 | 571,572 | 1,337,903 | 535,269 | 668,483 |
| 1969–70 .............. | 21,043,110 | 16,845,210 | 2,627,993 | 6,883,844 | 2,144,076 | 652,596 | 1,541,698 | 648,089 | 769,253 |
| 1970–71 .............. | 23,375,197 | 18,714,642 | 2,983,911 | 7,804,410 | 2,209,338 | 716,212 | 1,730,664 | 693,011 | 890,507 |
| 1971–72 .............. | 25,559,560 | 20,441,878 | 3,344,215 | 8,443,261 | 2,265,282 | 764,481 | 1,927,553 | 779,728 | 1,059,989 |
| 1972–73 .............. | 27,955,624 | 22,400,379 | 3,713,068 | 9,243,641 | 2,394,261 | 840,727 | 2,141,162 | 791,290 | 1,284,085 |
| | | | | | | | | | |
| 1973–74 .............. | 30,713,581 | 24,653,849 | 4,200,955 | 10,219,118 | 2,480,450 | 939,023 | 2,494,057 | 838,170 | 1,355,027 |
| 1974–75 .............. | 35,057,563 | 27,547,620 | 4,495,391 | 11,797,823 | 3,132,132 | 1,001,868 | 2,786,768 | 1,253,824 | — |
| 1975–76 .............. | 38,903,177 | 30,598,685 | 5,240,066 | 13,094,943 | 3,287,364 | 1,223,723 | 3,082,959 | 1,248,670 | — |
| 1976–77 .............. | 42,599,816 | 33,151,681 | 5,590,669 | 14,031,145 | 3,600,067 | 1,250,314 | 3,436,705 | 1,544,646 | — |
| 1977–78 .............. | 45,970,790 | 36,256,604 | 6,177,029 | 15,336,229 | 3,919,830 | 1,348,747 | 3,795,043 | 1,781,160 | — |
| | | | | | | | | | |
| 1978–79 .............. | 50,720,984 | 39,833,116 | 6,832,004 | 16,662,820 | 4,447,760 | 1,426,614 | 4,178,574 | 2,044,386 | — |
| 1979–80 .............. | 56,913,588 | 44,542,843 | 7,621,143 | 18,496,717 | 5,099,151 | 1,623,811 | 4,700,070 | 2,252,577 | — |
| 1980–81 .............. | 64,052,938 | 50,073,805 | 8,681,513 | 20,733,166 | 5,657,719 | 1,759,784 | 5,350,310 | 2,513,502 | — |
| 1981–82 .............. | 70,339,448 | 54,848,752 | 9,648,069 | 22,962,527 | 5,929,894 | 1,922,416 | 5,979,281 | 2,734,038 | — |
| 1982–83 .............. | 75,935,749 | 58,929,218 | 10,412,233 | 24,673,293 | 6,265,280 | 2,039,671 | 6,391,596 | 3,047,220 | — |
| | | | | | | | | | |
| 1983–84 .............. | 81,993,360 | 63,741,276 | 11,561,260 | 26,436,308 | 6,723,534 | 2,231,149 | 6,729,825 | 3,300,003 | — |
| 1984–85 .............. | 89,951,263 | 70,061,324 | 12,765,452 | 28,777,183 | 7,551,892 | 2,361,793 | 7,345,482 | 3,712,460 | — |
| 1985–86 .............. | 97,535,742 | 76,127,965 | 13,913,724 | 31,032,099 | 8,437,367 | 2,551,331 | 7,605,226 | 4,116,061 | — |
| 1986–87 .............. | 105,763,557 | 82,955,555 | 15,060,576 | 33,711,146 | 9,352,309 | 2,441,184 | 7,819,032 | 5,134,267 | — |
| 1987–88 .............. | 113,786,476 | 89,157,430 | 16,171,015 | 35,833,563 | 10,350,931 | 2,836,498 | 8,230,986 | 5,305,083 | — |
| | | | | | | | | | |
| 1988–89 .............. | 123,867,184 | 96,803,377 | 17,309,956 | 38,812,690 | 11,432,170 | 3,009,870 | 8,739,895 | 5,894,409 | — |
| 1989–90 [10] | 134,655,571 | 105,585,076 | 19,062,179 | 42,145,987 | 12,505,961 | 3,254,239 | 9,458,262 | 6,183,405 | — |

Pl.0216

**Table 34.—Current-fund expenditures and educational and general expenditure per student of institutions of higher education, by function: 1929–30 to 1989–90—Continued**

[In thousands]

| Year | Educational and general expenditures | | | Auxiliary enterprises | Independent operations [2] | Hospitals | Other current expenditures | Educational and general expenditures per student in fall enrollment [3] | |
|---|---|---|---|---|---|---|---|---|---|
| | Extension and public service | Scholarships and fellowships | Other general expenditures | | | | | Current dollars | Constant 1989–90 dollars [4] |
| 1 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 1929–30 ............ | $24,982 | ([6]) | — | $3,127 | ( [5]) | ([7]) | $126,112 | 343 | 2,547 |
| 1931–32 ............ | 24,066 | ([6]) | $5,239 | 90,897 | ([5]) | ([7]) | 24,993 | 364 | 3,210 |
| 1933–34 ............ | 20,020 | ([6]) | 7,502 | 78,730 | ([5]) | ([7]) | 20,938 | 350 | 3,359 |
| 1935–36 ............ | 29,426 | ([6]) | 2,580 | 95,332 | ([5]) | ([7]) | 26,176 | 348 | 3,211 |
| 1937–38 ............ | 34,189 | ([6]) | 2,020 | 115,620 | ([5]) | ([7]) | 23,574 | 352 | 3,118 |
| 1939–40 ............ | 35,325 | ([6]) | — | 124,184 | ( [5]) | ([7]) | 28,514 | 349 | 3,174 |
| 1941–42 ............ | 42,525 | ([6]) | — | 137,328 | ( [5]) | ([7]) | 28,375 | 408 | 3,320 |
| 1943–44 ............ | 44,421 | ([6]) | — | 199,344 | ( [5]) | ([7]) | 20,928 | 653 | 4,755 |
| 1945–46 ............ | 55,473 | ([6]) | — | 242,028 | ( [5]) | ([7]) | 26,068 | 489 | 3,405 |
| 1947–48 ............ | 71,180 | ([6]) | — | 438,988 | ( [5]) | ([7]) | 52,687 | 595 | 3,243 |
| 1949–50 ............ | 86,674 | ([6]) | — | 476,401 | ( [5]) | ([7]) | 62,816 | 698 | 3,742 |
| 1951–52 ............ | 97,408 | $39,272 | — | 477,672 | ( [5]) | ([7]) | 32,855 | 933 | 4,506 |
| 1953–54 ............ | 112,227 | 74,035 | — | 537,533 | ( [5]) | ([7]) | — | 1,051 | 4,964 |
| 1955–56 ............ | 137,914 | 95,490 | — | 637,605 | ( [5]) | ([7]) | — | 1,079 | 5,095 |
| 1957–58 ............ | 175,256 | 129,935 | 7,439 | 775,316 | ([5]) | ([7]) | — | 1,124 | 4,995 |
| 1959–60 ............ | 205,595 | 172,050 | 9,134 | 916,117 | ([5]) | ([7]) | — | 1,287 | 5,563 |
| 1961–62 ............ | 244,337 | 228,765 | — | 1,157,517 | ( [5]) | ([7]) | — | 1,447 | 6,112 |
| 1963–64 ............ | 297,350 | 300,370 | 13,832 | 1,452,244 | ([5]) | ([7]) | — | 1,616 | 6,654 |
| 1965–66 ............ | 438,385 | 425,524 | 153,013 | 1,887,744 | ([5]) | ([7]) | [9] 245,115 | 1,753 | 6,974 |
| 1966–67 ............ | 226,566 | 583,390 | 220,453 | 2,060,130 | $951,668 | $253,790 | [9] 239,780 | 1,678 | 6,474 |
| 1967–68 ............ | 597,544 | 712,425 | 240,222 | 2,302,419 | 765,495 | 290,000 | [9] 275,523 | 1,859 | 6,940 |
| 1968–69 ............ | 536,527 | 814,755 | — | 2,539,183 | 697,317 | 526,943 | — | 1,959 | 6,974 |
| 1969–70 ............ | 593,067 | 984,594 | — | 2,769,276 | 757,388 | 671,236 | — | 2,104 | 7,074 |
| 1970–71 ............ | 588,390 | 1,098,198 | — | 2,988,407 | 829,596 | 842,552 | — | 2,181 | 6,971 |
| 1971–72 ............ | 615,997 | 1,241,372 | — | 3,178,272 | 940,825 | 998,585 | — | 2,284 | 7,049 |
| 1972–73 ............ | 669,735 | 1,322,411 | — | 3,337,789 | 1,033,746 | 1,183,709 | — | 2,431 | 7,210 |
| 1973–74 ............ | 730,560 | 1,396,488 | — | 3,613,256 | 1,014,872 | 1,431,604 | — | 2,568 | 6,992 |
| 1974–75 ............ | 1,097,788 | 1,449,542 | 532,485 | 4,073,590 | 1,085,590 | 2,350,763 | — | 2,694 | 6,606 |
| 1975–76 ............ | 1,238,603 | 1,635,859 | 546,498 | 4,476,841 | 1,132,016 | 2,695,635 | — | 2,736 | 6,264 |
| 1976–77 ............ | 1,343,404 | 1,770,214 | 584,515 | 4,858,328 | 1,434,738 | 3,155,069 | — | 3,010 | 6,513 |
| 1977–78 ............ | 1,425,294 | 1,839,298 | 633,973 | 5,261,477 | 855,054 | 3,597,655 | — | 3,213 | 6,513 |
| 1978–79 ............ | 1,593,097 | 1,944,599 | 703,262 | 5,749,974 | 1,007,119 | 4,130,775 | — | 3,538 | 6,557 |
| 1979–80 ............ | 1,816,521 | 2,200,468 | 732,385 | 6,485,608 | 1,127,728 | 4,757,409 | — | 3,850 | 6,297 |
| 1980–81 ............ | 2,057,770 | 2,504,525 | 815,516 | 7,288,089 | 1,257,934 | 5,433,111 | — | 4,139 | 6,068 |
| 1981–82 ............ | 2,203,726 | 2,684,945 | 783,854 | 7,997,632 | 1,258,777 | 6,234,287 | — | 4,433 | 5,982 |
| 1982–83 ............ | 2,320,478 | 2,922,897 | 856,548 | 8,614,316 | 1,406,126 | 6,986,089 | — | 4,742 | 6,135 |
| 1983–84 ............ | 2,499,203 | 3,301,673 | 958,321 | 9,250,196 | 1,622,233 | 7,379,654 | — | 5,114 | 6,379 |
| 1984–85 ............ | 2,861,095 | 3,670,355 | 1,015,613 | 10,012,248 | 1,867,550 | 8,010,141 | — | 5,723 | 6,871 |
| 1985–86 ............ | 3,119,533 | 4,160,174 | 1,192,449 | 10,528,303 | 2,187,361 | 8,692,113 | — | 6,216 | 7,253 |
| 1986–87 ............ | 3,448,453 | 4,776,100 | 1,212,488 | 11,037,333 | 2,597,655 | 9,173,014 | — | 6,635 | 7,574 |
| 1987–88 ............ | 3,786,362 | 5,325,358 | 1,317,633 | 11,399,953 | 2,822,632 | 10,406,461 | — | 6,984 | 7,655 |
| 1988–89 ............ | 4,227,323 | 5,918,666 | 1,458,397 | 12,280,063 | 2,958,962 | 11,824,782 | — | 7,415 | 7,769 |
| 1989–90 [10] ............ | 4,689,758 | 6,655,544 | 1,629,742 | 13,203,984 | 3,187,224 | 12,679,286 | — | 7,799 | 7,799 |

[1] Includes all separately budgeted programs, other than research, which are supported by sponsors outside the institution. Examples are training programs, workshops, and training and instructional institutes. For years not shown, most expenditures for these programs are included under "Extension and public service."

[2] Generally includes only those expenditures associated with federally funded research and development centers (FFRDCs).

[3] Data for 1929–30 to 1945–56 are based on school year enrollment.

[4] Data adjusted by the Consumer Price Index computed on a school year basis.

[5] Expenditures for federally funded research and development centers are included under "Research."

[6] Included under "Other current expenditures."

[7] Expenditures for hospitals and independent operations included under "Organized activities related to instructional departments."

[8] Expenditures were for federal contract courses.

[9] Includes current expenditures for physical plant assets. In later years, the educational and general expenditures for physical plant assets are included under "Other educational and general expenditures."

[10] Preliminary data.

—Data not available.

NOTE.—The data in this table reflect limitations of data availability and comparability. Major changes in data collection forms in 1965–66 and 1974–75 cause significant data comparability problems among the three mostly consistent time periods, 1929–30 to 1963–64, 1965–66 to 1973–74, and 1974–75 to 1989–90. The largest problems affect Hospitals, Independent operations, Organized research, Other sponsored programs, Extension and public service, and Scholarships and fellowships.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Biennial Survey of Education in the United States, Financial Statistics of Institutions of Higher Education;* and Integrated Postsecondary Education Data System, "Finance" survey. (This table was prepared September 1992.)

Pl.0217

### Table 35.—Value of property and endowment, and liabilities of institutions of higher education: 1899–1900 to 1989–90

[In thousands]

| Year | Property value at end of year | | | | | | Endowment (end of year market value) [1] | Liabilities of plant funds |
| | Total | Physical plant value | | | | Endowment (book value) [1] | | |
| | | Total | Land | Buildings | Equipment | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 1899–1900 ............... | $448,597 | $253,599 | — | — | — | [2] $194,998 | — | — |
| 1909–10 ................... | 781,255 | 457,594 | $92,353 | $297,153 | $68,082 | [2] 323,661 | — | — |
| 1919–20 ................... | 1,316,404 | 747,333 | 128,922 | 495,920 | 122,491 | [2] 569,071 | — | — |
| 1929–30 ................... | 3,437,117 | 2,065,049 | 304,114 | 1,490,014 | 270,921 | [2] 1,372,068 | — | — |
| 1935–36 ................... | 3,913,028 | 2,359,418 | 334,085 | 1,636,722 | 388,611 | [2] 1,553,610 | — | — |
| 1937–38 ................... | 4,208,695 | 2,556,075 | 313,665 | 1,811,309 | 431,101 | 1,652,620 | — | — |
| 1939–40 ................... | 4,440,063 | 2,753,780 | — | — | — | 1,686,283 | — | — |
| 1941–42 ................... | 4,525,925 | 2,759,261 | — | — | — | [2] 1,766,664 | — | — |
| 1947–48 ................... | 6,076,212 | 3,691,725 | — | — | — | 2,384,487 | — | — |
| 1949–50 ................... | 7,401,187 | 4,799,964 | — | — | — | [2] 2,601,223 | — | — |
| 1951–52 ................... | 9,241,725 | 6,373,195 | — | — | — | 2,868,530 | — | — |
| 1953–54 ................... | 10,717,082 | 7,523,193 | — | — | — | 3,193,889 | — | — |
| 1955–56 ................... | 12,561,046 | 8,858,907 | 624,467 | [3] 6,697,648 | 1,536,792 | 3,702,139 | — | $894,383 |
| 1957–58 ................... | 15,770,197 | 11,124,489 | 733,182 | [3] 8,540,429 | 1,850,878 | 4,645,708 | — | 1,444,602 |
| 1959–60 ................... | 18,870,628 | 13,548,548 | 842,664 | [3] 10,472,478 | 2,233,407 | 5,322,080 | — | 1,964,306 |
| 1961–62 ................... | 22,761,193 | 16,681,844 | 1,009,294 | [3] 12,900,093 | 2,772,457 | 6,079,349 | — | 2,806,868 |
| 1963–64 ................... | 28,232,362 | 21,279,346 | 1,292,691 | [3] 16,460,867 | 3,525,788 | 6,953,016 | — | 4,190,189 |
| 1965–66 ................... | 35,274,597 | 26,851,273 | 1,758,901 | [3] 20,653,028 | 4,439,344 | 8,423,324 | $11,126,831 | 6,071,750 |
| 1967–68 ................... | — | 34,506,348 | 2,062,545 | [3] 26,673,826 | 5,769,977 | — | — | — |
| 1969–70 ................... | 52,930,923 | 42,093,580 | 3,076,751 | 31,865,179 | 7,151,649 | 10,837,343 | 11,206,632 | 9,384,731 |
| 1970–71 ................... | 57,394,951 | 46,053,585 | 3,117,895 | 35,042,590 | 7,893,100 | 11,341,366 | 13,714,330 | 9,786,240 |
| 1971–72 ................... | 62,136,459 | 50,153,251 | 3,287,326 | 38,131,339 | 8,734,586 | 11,983,208 | 15,180,934 | 10,291,095 |
| 1972–73 ................... | 66,814,103 | 53,814,596 | 3,492,611 | 40,808,481 | 9,513,503 | 12,999,507 | 15,099,840 | 10,823,595 |
| 1973–74 ................... | 71,305,817 | 58,002,777 | 3,888,372 | 43,701,491 | 10,412,914 | 13,303,040 | 13,168,076 | 11,400,916 |
| 1974–75 ................... | 75,585,674 | 62,183,078 | 4,210,901 | 46,453,642 | 11,518,536 | 13,402,596 | 14,364,545 | 12,413,420 |
| 1975–76 ................... | 80,300,595 | 66,348,304 | 4,345,232 | 49,349,224 | 12,653,847 | 13,952,291 | 15,488,265 | 12,687,015 |
| 1976–77 ................... | 85,486,550 | 70,739,427 | 4,444,927 | 52,384,393 | 13,910,107 | 14,747,123 | 16,304,553 | 13,068,341 |
| 1977–78 ................... | 90,337,044 | 74,770,804 | 4,621,071 | 55,188,603 | 14,961,131 | 15,566,240 | 16,840,129 | 13,437,861 |
| 1978–79 ................... | 95,442,468 | 78,637,991 | 4,824,250 | 57,563,005 | 16,250,737 | 16,804,477 | 18,158,634 | 13,712,648 |
| 1979–80 ................... | 102,294,859 | 83,733,387 | 5,037,172 | 60,847,097 | 17,849,119 | 18,561,472 | 20,743,045 | 14,181,991 |
| 1980–81 ................... | 109,701,242 | 88,760,567 | 5,212,453 | 64,158,017 | 19,390,097 | 20,940,675 | 23,465,001 | 14,794,669 |
| 1981–82 ................... | 117,601,954 | 94,516,512 | 5,402,339 | 67,794,877 | 21,319,297 | 23,085,442 | 24,415,245 | 15,487,618 |
| 1982–83 ................... | 127,345,302 | 100,992,841 | 5,889,080 | 71,519,718 | 23,584,042 | 26,352,461 | 32,691,133 | 16,749,900 |
| 1983–84 ................... | 137,141,741 | 107,640,113 | 6,109,746 | 75,220,765 | 26,309,602 | 29,501,629 | 32,975,610 | 18,277,315 |
| 1984–85 ................... | 148,163,096 | 114,763,986 | 6,236,159 | 79,133,998 | 29,393,829 | 33,399,110 | 39,916,361 | 22,105,712 |
| 1985–86 ................... | 160,959,517 | 122,261,355 | 6,573,923 | 82,886,012 | 32,801,419 | 38,698,162 | 50,280,775 | 25,699,408 |
| 1986–87 ................... | — | 126,996,079 | 7,220,353 | 85,176,226 | 34,599,500 | — | 56,470,724 | — |
| 1987–88 ................... | — | 133,228,717 | 7,827,226 | 88,356,303 | 37,045,188 | — | 57,338,768 | — |
| 1988–89 ................... | — | 142,425,392 | 8,403,922 | 93,983,463 | 40,038,007 | — | 64,096,719 | — |
| 1989–90 ................... | — | 155,401,508 | 8,969,805 | 101,909,833 | 44,521,870 | — | 67,927,188 | — |

[1] Includes funds functioning as endowment.
[2] Includes annuity funds.
[3] Includes improvements to land and equipment. These funds are included under appropriate categories after 1967–68.
—Data not available.

NOTE.—Because of rounding, details may not add to totals.

SOURCE: U.S. Department of Education, National Center for Education Statistics, *Biennial Survey of Education in the United States; and Financial Statistics of Institutions of Higher Education survey.* (This table was prepared September 1992.)

Pl.0218

**Table 36.—Gross domestic product, state and local expenditures, personal income, disposable personal income, and median family income: 1940 to 1991**

| Year | Gross domestic product, in billions | | State and local expenditures,[1] in millions | | Personal income, in billions | Disposable personal income, in billions of 1987 dollars | Disposable personal income per capita | | Median family income |
|---|---|---|---|---|---|---|---|---|---|
| | Current dollars | Constant 1987 dollars | All general expenditures | Education expenditures | | | Current dollars | Constant 1987 dollars | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1940 ........................ | — | — | $9,229 | $2,638 | — | — | — | — | — |
| 1941 ........................ | — | — | — | — | — | — | — | — | — |
| 1942 ........................ | — | — | 9,190 | 2,586 | — | — | — | — | — |
| 1943 ........................ | — | — | — | — | — | — | — | — | — |
| 1944 ........................ | — | — | 8,863 | 2,793 | — | — | — | — | — |
| 1945 ........................ | — | — | — | — | — | — | — | — | — |
| 1946 ........................ | — | — | 11,028 | 3,356 | — | — | — | — | — |
| 1947 ........................ | — | — | — | — | — | — | — | — | $3,031 |
| 1948 ........................ | — | — | 17,684 | 5,379 | — | — | — | — | 3,187 |
| 1949 ........................ | — | — | — | — | — | — | — | — | 3,107 |
| 1950 ........................ | — | — | 22,787 | 7,177 | — | — | — | — | 3,319 |
| 1951 ........................ | — | — | — | — | — | — | — | — | 3,709 |
| 1952 ........................ | — | — | 26,098 | 8,318 | — | — | — | — | 3,890 |
| 1953 ........................ | — | — | 27,910 | 9,390 | — | — | — | — | 4,242 |
| 1954 ........................ | — | — | 30,701 | 10,557 | — | — | — | — | 4,167 |
| 1955 ........................ | — | — | 33,724 | 11,907 | — | — | — | — | 4,418 |
| 1956 ........................ | — | — | 36,711 | 13,220 | — | — | — | — | 4,780 |
| 1957 ........................ | — | — | 40,375 | 14,134 | — | — | — | — | 4,966 |
| 1958 ........................ | — | — | 44,851 | 15,919 | — | — | — | — | 5,087 |
| 1959 ........................ | $494.2 | $1,931.3 | 48,887 | 17,283 | $391.2 | $1,284.9 | $1,958 | $7,256 | 5,417 |
| 1960 ........................ | 513.4 | 1,973.2 | 51,876 | 18,719 | 409.2 | 1,313.0 | 1,994 | 7,264 | 5,620 |
| 1961 ........................ | 531.8 | 2,025.6 | 56,201 | 20,574 | 426.5 | 1,356.4 | 2,048 | 7,382 | 5,735 |
| 1962 ........................ | 571.6 | 2,129.8 | 60,206 | 22,216 | 453.4 | 1,414.8 | 2,137 | 7,583 | 5,956 |
| 1963 ........................ | 603.1 | 2,218.0 | 63,977 | 23,729 | 476.4 | 1,461.1 | 2,210 | 7,718 | 6,249 |
| 1964 ........................ | 648.0 | 2,343.3 | 69,302 | 26,286 | 510.7 | 1,562.2 | 2,369 | 8,140 | 6,569 |
| 1965 ........................ | 702.7 | 2,473.5 | 74,678 | 28,563 | 552.9 | 1,653.5 | 2,527 | 8,508 | 6,957 |
| 1966 ........................ | 769.8 | 2,622.3 | 82,843 | 33,287 | 601.7 | 1,734.3 | 2,699 | 8,822 | 7,532 |
| 1967 ........................ | 814.3 | 2,690.3 | 93,350 | 37,919 | 646.5 | 1,811.4 | 2,861 | 9,114 | 7,933 |
| 1968 ........................ | 889.3 | 2,801.0 | 102,411 | 41,158 | 709.9 | 1,886.8 | 3,077 | 9,399 | 8,632 |
| 1969 ........................ | 959.5 | 2,877.1 | 116,728 | 47,238 | 773.7 | 1,947.4 | 3,274 | 9,606 | 9,433 |
| 1970 ........................ | 1,010.7 | 2,875.8 | 131,332 | 52,718 | 831.0 | 2,025.3 | 3,521 | 9,875 | 9,867 |
| 1971 ........................ | 1,097.2 | 2,965.1 | 150,674 | 59,413 | 893.5 | 2,099.9 | 3,779 | 10,111 | 10,285 |
| 1972 ........................ | 1,207.0 | 3,107.1 | 168,550 | 65,814 | 980.5 | 2,186.2 | 4,042 | 10,414 | 11,116 |
| 1973 ........................ | 1,349.6 | 3,268.6 | 181,357 | 69,714 | 1,098.7 | 2,334.1 | 4,521 | 11,013 | 12,051 |
| 1974 ........................ | 1,458.6 | 3,248.1 | 198,959 | 75,833 | 1,205.7 | 2,317.0 | 4,893 | 10,832 | 12,902 |
| 1975 ........................ | 1,585.9 | 3,221.7 | 230,721 | 87,858 | 1,307.3 | 2,355.4 | 5,329 | 10,906 | 13,719 |
| 1976 ........................ | 1,768.4 | 3,380.8 | 256,731 | 97,216 | 1,446.3 | 2,440.9 | 5,796 | 11,192 | 14,958 |
| 1977 ........................ | 1,974.1 | 3,533.2 | 274,215 | 102,780 | 1,601.3 | 2,512.6 | 6,316 | 11,406 | 16,009 |
| 1978 ........................ | 2,232.7 | 3,703.5 | 296,983 | 110,758 | 1,807.9 | 2,638.4 | 7,042 | 11,851 | 17,640 |
| 1979 ........................ | 2,488.6 | 3,796.8 | 327,517 | 119,448 | 2,033.1 | 2,710.1 | 7,787 | 12,039 | 19,587 |
| 1980 ........................ | 2,708.0 | 3,776.3 | 369,086 | 133,211 | 2,265.4 | 2,733.6 | 8,576 | 12,005 | 21,023 |
| 1981 ........................ | 3,030.6 | 3,843.1 | 407,449 | 145,784 | 2,534.7 | 2,795.8 | 9,455 | 12,156 | 22,388 |
| 1982 ........................ | 3,149.6 | 3,760.3 | 436,896 | 154,282 | 2,690.9 | 2,820.4 | 9,989 | 12,146 | 23,433 |
| 1983 ........................ | 3,405.0 | 3,906.6 | 466,421 | 163,876 | 2,862.5 | 2,893.6 | 10,642 | 12,349 | 24,674 |
| 1984 ........................ | 3,777.2 | 4,148.5 | 505,008 | 176,108 | 3,154.6 | 3,080.1 | 11,673 | 13,029 | 26,433 |
| 1985 ........................ | 4,038.7 | 4,279.8 | 553,899 | 192,686 | 3,379.8 | 3,162.1 | 12,339 | 13,258 | 27,735 |
| 1986 ........................ | 4,268.6 | 4,404.5 | 605,623 | 210,819 | 3,590.4 | 3,261.9 | 13,010 | 13,552 | 29,458 |
| 1987 ........................ | 4,539.9 | 4,540.0 | 657,134 | 226,619 | 3,802.0 | 3,288.6 | 13,545 | 13,545 | [2] 30,970 |
| 1988 ........................ | 4,900.4 | 4,718.6 | 704,921 | 242,683 | 4,075.9 | 3,404.3 | 14,477 | 13,890 | [2] 32,191 |
| 1989 ........................ | 5,244.0 | 4,836.9 | 762,360 | 263,898 | 4,380.2 | 3,471.2 | 15,313 | 14,030 | [2] 34,213 |
| 1990 ........................ | 5,513.8 | 4,884.9 | 834,786 | 288,148 | 4,679.8 | 3,538.3 | 16,236 | 14,154 | [2] 35,353 |
| 1991 ........................ | 5,671.8 | 4,848.4 | — | — | 4,833.9 | 3,534.1 | 16,693 | 13,987 | — |

[1] Data for years prior to 1963 include expenditures for government fiscal years ending during that particular calendar year. Data for 1963 and later years are the aggregations of expenditures for government fiscal years which ended on June 30 of the stated year. General expenditures exclude expenditures of publicly owned utilities and liquor stores, and of insurance-trust activities. Intergovernmental payments between state and local governments are excluded. Payments to the federal government are included.

[2] Revised methodology.

—Data not available.

NOTE.—Gross Domestic Product (GDP) data are adjusted by the GDP implicit price deflator. Personal income data are adjusted by the personal consumption deflator. Some data have been revised from previously published figures.

SOURCE: Executive Office of the President, *Economic Report of the President*, February 1992: U.S. Department of Commerce, Bureau of the Census, *Consumer Income*, Series P-60, No. 174: U.S. Census Bureau, news release, December 30, 1991. (This table was prepared May 1992.)

Pl.0219

94 Appendix

**Table 37.—Gross domestic product deflator, Consumer Price Index, education price indexes, and federal budget composite deflator: 1919 to 1992**

| Calendar year | | | School year | | | | Federal fiscal year | |
|---|---|---|---|---|---|---|---|---|
| Year | Gross domestic product deflator | Consumer Price Index [1] | Year | Consumer Price Index [2] | Elementary/ Secondary Price Index | Higher Education Price Index | Year | Federal budget composite deflator |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 1919 | — | 17.3 | 1919–20 | 19.1 | — | — | 1919 | — |
| 1929 | — | 17.1 | 1929–30 | 17.1 | — | — | 1929 | — |
| 1934 | — | 13.4 | 1934–35 | 13.6 | — | — | 1934 | — |
| 1939 | — | 13.9 | 1939–40 | 14.0 | — | — | 1939 | — |
| 1940 | — | 14.0 | 1940–41 | 14.2 | — | — | 1940 | 0.0988 |
| 1941 | — | 14.7 | 1941–42 | 15.6 | — | — | 1941 | 0.1036 |
| 1942 | — | 16.3 | 1942–43 | 16.9 | — | — | 1942 | 0.1136 |
| 1943 | — | 17.3 | 1943–44 | 17.4 | — | — | 1943 | 0.1234 |
| 1944 | — | 17.6 | 1944–45 | 17.8 | — | — | 1944 | 0.1198 |
| 1945 | — | 18.0 | 1945–46 | 18.2 | — | — | 1945 | 0.1157 |
| 1946 | — | 19.5 | 1946–47 | 21.2 | — | — | 1946 | 0.1129 |
| 1947 | — | 22.3 | 1947–48 | 23.3 | — | — | 1947 | 0.1419 |
| 1948 | — | 24.1 | 1948–49 | 24.1 | — | — | 1948 | 0.1637 |
| 1949 | — | 23.8 | 1949–50 | 23.7 | — | — | 1949 | 0.1701 |
| 1950 | — | 24.1 | 1950–51 | 25.1 | — | — | 1950 | 0.1702 |
| 1951 | — | 26.0 | 1951–52 | 26.3 | — | — | 1951 | 0.1597 |
| 1952 | — | 26.5 | 1952–53 | 26.7 | — | — | 1952 | 0.1683 |
| 1953 | — | 26.7 | 1953–54 | 26.9 | — | — | 1953 | 0.1787 |
| 1954 | — | 26.9 | 1954–55 | 26.8 | — | — | 1954 | 0.1835 |
| 1955 | — | 26.8 | 1955–56 | 26.9 | — | — | 1955 | 0.1897 |
| 1956 | — | 27.2 | 1956–57 | 27.7 | — | — | 1956 | 0.1995 |
| 1957 | — | 28.1 | 1957–58 | 28.6 | — | — | 1957 | 0.2081 |
| 1958 | — | 28.9 | 1958–59 | 29.0 | — | — | 1958 | 0.2205 |
| 1959 | 25.6 | 29.1 | 1959–60 | 29.4 | — | — | 1959 | 0.2317 |
| 1960 | 26.0 | 29.6 | 1960–61 | 29.8 | — | 25.1 | 1960 | 0.2367 |
| 1961 | 26.3 | 29.9 | 1961–62 | 30.1 | — | 26.1 | 1961 | 0.2392 |
| 1962 | 26.8 | 30.2 | 1962–63 | 30.4 | — | 27.1 | 1962 | 0.2435 |
| 1963 | 27.2 | 30.6 | 1963–64 | 30.8 | — | 28.1 | 1963 | 0.2539 |
| 1964 | 27.7 | 31.0 | 1964–65 | 31.2 | — | 29.3 | 1964 | 0.2586 |
| 1965 | 28.4 | 31.5 | 1965–66 | 31.9 | — | 30.8 | 1965 | 0.2641 |
| 1966 | 29.4 | 32.4 | 1966–67 | 32.9 | — | 32.4 | 1966 | 0.2705 |
| 1967 | 30.3 | 33.4 | 1967–68 | 34.0 | — | 34.3 | 1967 | 0.2780 |
| 1968 | 31.7 | 34.8 | 1968–69 | 35.7 | — | 36.7 | 1968 | 0.2903 |
| 1969 | 33.3 | 36.7 | 1969–70 | 37.8 | — | 39.2 | 1969 | 0.3086 |
| 1970 | 35.1 | 38.8 | 1970–71 | 39.7 | — | 41.6 | 1970 | 0.3273 |
| 1971 | 37.0 | 40.5 | 1971–72 | 41.2 | — | 44.0 | 1971 | 0.3497 |
| 1972 | 38.8 | 41.8 | 1972–73 | 42.8 | — | 46.3 | 1972 | 0.3731 |
| 1973 | 41.3 | 44.4 | 1973–74 | 46.6 | — | 49.6 | 1973 | 0.3961 |
| 1974 | 44.9 | 49.3 | 1974–75 | 51.8 | 52.7 | 53.8 | 1974 | 0.4307 |
| 1975 | 49.2 | 53.8 | 1975–76 | 55.5 | 57.1 | 57.9 | 1975 | 0.4758 |
| 1976 | 52.3 | 56.9 | 1976–77 | 58.7 | 60.8 | 61.7 | 1976 | 0.5098 |
| 1977 | 55.9 | 60.6 | 1977–78 | 62.6 | 64.6 | 65.8 | 1977 | 0.5623 |
| 1978 | 60.3 | 65.2 | 1978–79 | 68.5 | 70.3 | 70.6 | 1978 | 0.5928 |
| 1979 | 65.5 | 72.6 | 1979–80 | 77.6 | 76.5 | 77.5 | 1979 | 0.6441 |
| 1980 | 71.7 | 82.4 | 1980–81 | 86.6 | 85.7 | 85.9 | 1980 | 0.7102 |
| 1981 | 78.9 | 90.9 | 1981–82 | 94.1 | 93.7 | 94.0 | 1981 | 0.7817 |
| 1982 | 83.8 | 96.5 | 1982–83 | 98.2 | 100.0 | 100.0 | 1982 | 0.8369 |
| 1983 | 87.2 | 99.6 | 1983–84 | 101.8 | 105.6 | 104.7 | 1983 | 0.8776 |
| 1984 | 91.0 | 103.9 | 1984–85 | 105.8 | 112.6 | 110.5 | 1984 | 0.9125 |
| 1985 | 94.4 | 107.6 | 1985–86 | 108.8 | 119.6 | 115.6 | 1985 | 0.9452 |
| 1986 | 96.9 | 109.6 | 1986–87 | 111.2 | 125.7 | 120.3 | 1986 | 0.9735 |
| 1987 | 100.0 | 113.6 | 1987–88 | 115.8 | 132.7 | 125.8 | 1987 | 1.0000 |
| 1988 | 103.9 | 118.3 | 1988–89 | 121.2 | 139.7 | 133.1 | 1988 | 1.0361 |
| 1989 | 108.4 | 124.0 | 1989–90 | 127.0 | 147.6 | 140.8 | 1989 | 1.0815 |
| 1990 | 112.9 | 130.7 | 1990–91 | 133.9 | — | — | 1990 | 1.1283 |
| 1991 | 117.0 | 136.2 | 1991–92 | 138.2 | — | — | 1991 | 1.1782 |
| 1992 | — | — | 1992–93 | — | — | — | 1992 | 1.2147 |

[1] Index for urban wage earners and clerical workers through 1977; 1978 and later figures are for all urban consumers.

[2] Consumer Price Index adjusted to a school-year basis (July through June).

—Data not available.

NOTE.—Some data have been revised from previously published figures.

SOURCE: Council of Economic Advisers, *Economic Indicators*, February 1991, and *Economic Report of the President*, February 1992; U.S. Department of Education, National Institute of Education, *Inflation Measures for Schools and Colleges*; U.S. Department of Labor, Bureau of Labor Statistics, *Consumer Price Index; Research Associates of Washington*, "Inflation Measures for Schools and Colleges, 1990 Update;" U.S. Office of Management and Budget, *Budget of the U.S. Government, Fiscal Year 1993*. (This table was prepared July 1992.)

# Methodology
## General Note

Nationwide statistics on education have been collected and published primarily by the U.S. Department of Education (formerly the Office of Education) and the U.S. Bureau of the Census. Data on education have also been collected and published by other federal, state and local governmental agencies, and by independent research organizations.

The Department of Education obtained the data for this publication from reports of state and local school systems and institutions of higher education. These data relate to school enrollment and attendance, graduates, instructional staff, curricula, school district organization, and receipts and expenditures for elementary and secondary schools, and enrollment, faculty, degrees conferred, income, expenditures, property, and plant fund operations for institutions of higher education.

Data in this report from the Bureau of the Census were obtained from households in the decennial censuses and monthly sample surveys, and relate primarily to school enrollment, literacy, and educational attainment of the general population.

The Department of Education has issued statistical reports on elementary, secondary, and higher education since 1870. From 1869–70 to 1916–17, statistics were included as part of the *Annual Report of the Commissioner of Education.* From 1917–18 to 1957–58, a report was issued for each even-numbered school year under the title, *Biennial Survey of Education in the United States.* Chapter 1 of the *Biennial Survey,* ''Statistical Summary of Education,'' and chapter 2, ''Statistics of State School Systems,'' are primary sources for some derived measures relating to education. Beginning with 1940–41 and ending with 1950–51, chapter 2 was supplemented by an abridged report issued as a circular for each odd-numbered school year. Biennial survey data were based on report forms completed by state departments of education (a copy of the report form appears in the *Biennial Survey* of 1951–52 and 1953–54). Beginning with the *Biennial Survey* of 1951–52 and 1953–54, these forms have been completed by education officials in accordance with detailed instructions contained in the Office of Education, *Handbook I, the Common Core of State Educational Information.* Prior to that date, the forms were completed

in accordance with various circulars of information distributed by the Office of Education.

Since 1962, the annual publication, *Digest of Education Statistics,* has provided an abstract of statistical information covering the broad field of American education from kindergarten through graduate school. The *Digest* utilizes materials from numerous sources, including the statistical surveys and estimates of the Department of Education and other appropriate agencies, both governmental and nongovernmental. It is divided into seven chapters: (1) all levels of education; (2) elementary and secondary education; (3) postsecondary education; (4) federal programs for education; (5) outcomes of education; (6) international comparisons of education; and (7) learning resources and technology.

A major issue in presenting accurate statistical data on a national basis is the uniformity with which all recording units use standard terms, definitions, and procedures. Prior to 1908–09, this was controlled only by definitions on the questionnaires requesting information. Since 1908–09, the Office of Education in cooperation with other national and state organizations has improved uniform recording and reporting through the means of national committees, publications, and national and regional conferences.

A major problem in the collection and processing of comprehensive nationwide school statistics is getting all the schools to respond within reasonable time limits. School authorities are not compelled to report to the Department of Education. There is some evidence that the proportion of schools reporting has increased through the years. This increase is most evident in the data for secondary schools. Prior to 1929–30, a complete list of public secondary day schools had not been compiled, and consequently there is no way to measure the degree of response in the earlier years. Since there was no attempt to estimate data for the nonrespondents in the early years, the secondary school data are undercounted. This was especially problematic for high school enrollment and graduate data of the 1870s and 1880s. In 1929–30, there were 23,930 public secondary day schools on file, and reports were received from 22,237. In 1937–38, the number of schools on file increased to 35,308, and the number reporting was

Pl.0221

95

25,091. In 1951–52, there were 23,757 schools, and replies were received from all but 12 schools. The data for the missing schools were estimated, and the published totals for 1951–52 cover all public secondary day schools.

Since 1869–70, there have been both major and minor changes in the collection patterns with changes in the administration of the program. Some patterns lasted for many years. With voluntary response and no field service (until 1924), response rates varied in their completeness for both reporting in general and for specific items. The completeness of the coverage is not always made evident in the publications. For example, field service supplemented returns by mail for the 1923–24 biennial chapters. From 1923 to 1963, visits were made to state departments of education and colleges and universities to complete the coverage from basic or secondary records available in the state departments of education or at individual schools and institutions. The introduction of sampling in recent years has also insured adequate coverage.

The data in these historical tables will not always agree with similar data in the publications cited as sources for a specific year because tabulations were "kept open" for many years, and as data came in, they were added and reflected in future historical tables. In addition, when feasible, missing data have been imputed to produce consistent national information.

### Table 1.—Population, by age and race, live births, and birth rate: 1970 to 1991

Source: U.S. Department of Commerce, Bureau of the Census, Current Population Reports, Series P-25, and unpublished data; *Historical Statistics of the United States, Colonial Times to 1970.* U.S. Department of Health and Human Services, National Center for Health Statistics, *Monthly Vital Statistics Report,* various issues.

The annual population estimates are as of July 1 and, thus, differ from decennial census population estimates. Annual estimates prior to 1900 are based on linear interpolation between decennial years. Estimates between 1900 and 1919 are based on interpolation applied to decennial age data. Subsequent data are based on decennial data augmented by information on births, deaths, and international migration. Population data for the period from 1980 to 1989 are likely to be revised when they are controlled to the 1990 census. However, experience from past decennial census changes indicates that these changes will be small.

Births and deaths are classified in the category of information known as vital statistics. These data are compiled by the National Center for Health Statistics

(originally by the National Office of Vital Statistics). Since 1900, these have been collected by the Bureau of the Census from various state offices. Since 1951, birth statistics have been estimated based on a 50 percent sample of all registered births. Data on death registrations are compiled in a similar manner. However, each of these relies on the purported reliability of registrations at state and local levels.

### Table 2.—School enrollment of 5- to 19-year-olds per 100 persons, by sex and race: 1850 to 1991

Source: U.S. Bureau of the Census. Decennial data, 1850 to 1930, Fifteenth Census Reports, Population, vol. II; 1940 to 1950, U.S. Census of Population: 1950, vol. II, part 1; U.S. Census of Population: 1960, PC(1)-1D. Other data, Current Population Reports, series P-20, Nos. 54, 66, 74, 80, 93, 101, 110, 117, 126, 129, 148, 162, 167, 206, and 222; 1970 to 1991, Current Population Survey, survey data files.

For decennial census years, the statistics refer to the total population within the specified age group; figures from the Current Population Survey (CPS) refer to the civilian noninstitutional population. Persons not covered in the CPS (Armed Forces and institutional population) are known to have low enrollment rates.

In the Census of Population for 1940 and 1950, and in the CPS, 1954 to 1991, enrollment was defined as enrollment in "regular" schools only—that is, schools where enrollment may lead toward an elementary or high school diploma, or to a college, university, or professional school degree. Such schools included public and private nursery schools, kindergartens, elementary and secondary schools, colleges, universities, and professional schools. Enrollment could be either full-time or part-time, day or night.

If a person was receiving regular instruction at home from a tutor and if the instruction was considered comparable to that of a regular school or college, the person was counted as enrolled. Enrollment in a correspondence course was counted only if the person received credit in the regular school system. Enrollments in business and trade schools at the postsecondary level were excluded if the coursework did not lead to a degree.

Children enrolled in kindergarten were included in the "regular" school enrollment figures in the Current Population Survey beginning in 1950; children enrolled in nursery school were included beginning in 1967. Children enrolled in kindergarten were not included in the "regular" school enrollment figures in the 1950 Census of Population; however, they have been included here to make the data comparable

Pl.0222

with earlier years and with current practice. In censuses prior to 1950, no attempt was made to exclude children in kindergarten so that the statistics for those years include varying proportions attending kindergarten. Also, in censuses prior to 1940, the data were not restricted as to type of school or college the person was attending.

In addition to differences in definitions of school enrollment and in population coverage, the enrollment data for different years may differ because of variations in the dates when the questions were asked and the time periods to which enrollment referred. Data from the Current Population Survey were obtained in October and refer to enrollment in the current school term. In 1940, 1950, and 1960, the censuses were taken as of April 1, but enrollment related to any time after March 1 in 1940 and any time after February 1 in 1950 and 1960. The corresponding question in the censuses from 1850 to 1930 applied to a somewhat longer period: in 1850 to 1900, to the 12 months preceding the census date; and in 1910, 1920, and 1930, to the period between the preceding September 1 and the census date (April 15 in 1910, January 1 in 1920, and April 1 in 1930).

Information on school enrollment is also collected and published by the Department of Education. These data are obtained from reports of school surveys and censuses. They are, however, only roughly comparable with data collected by the Bureau of the Census from households, because of differences in definitions, time references, population coverage, and enumeration methods.

### Table 3.—School enrollment and school enrollment rates, by age and sex: 1940 to 1991

Source: U.S. Bureau of the Census, 1940, U.S. Census of Population: 1950, vol. II, part 1; 1945 to 1969, Current Population Reports, series P-20, Nos. 19, 24, 30, 34, 45, 52, 54, 66, 74, 80, 93, 101, 110, 117, 126, 129, 148, 162, 167, 190, 206, and 222; 1970 to 1991, Current Population Survey, survey data files.

The estimates are based on data obtained in October in the Current Population Survey of the Bureau of the Census, except that data shown for 1940 are based on complete enumeration of the population and were published in volume II of the 1950 census reports on population. Except for 1940, data are for the civilian population excluding the relatively small number in institutions. Data shown for 1940 relate to the total population, including those in institutions and all members of the Armed Forces (about 267,000) enumerated on April 1.

The school enrollment statistics from the Current Population Survey are based on replies to the enumerator's inquiry as to whether the person was enrolled in school. See description of CPS procedures under previous table.

### Table 4.—Years of school completed by persons 25 years old and over, by race and sex: April 1940 to March 1991

### Table 5.—Median years of school completed by persons age 25 and over and 25 to 29, by race and sex: 1910 to 1991

Source: U.S. Bureau of the Census, 1940 and 1950, U.S. Census of Population, 1950, vol. II; 1960, U.S. Census of Population: 1960, series PC-l; 1970 to 1991, Current Population Survey, survey data files.

The median years of school completed is defined as the value which divides the population into two equal parts—one-half having completed more and the other half less schooling than the median. The median was computed after the statistics on years of school completed had been converted to a continuous series of numbers (e.g., completion of the 1st year of high school was treated as completion of the 9th year and completion of the 1st year of college as completion of the 13th year). The persons completing a given school year were assumed to be distributed evenly within the interval from .0 to .9 of the year (e.g., persons completing the 12th year were assumed to be distributed evenly between 12.0 and 12.9). The effect of the assumption is to place the median for younger persons slightly below, and for older persons slightly above, the true median. Because of the inexact assumption as to the distribution within an interval, this median is more appropriately used for comparing groups and the same group at different dates than as an absolute measure of educational attainment.

The data for 1940, 1950, and 1960 are based on the decennial censuses: complete count in 1940, 20 percent sample in 1950, and 25 percent sample in 1960. The data for 1970 through 1991 are based on the March Current Population Survey and may differ from decennial census data for the following reasons: (1) only those members of the Armed Forces in the United States living off post or with their families on post are included in the CPS whereas all members of the Armed Forces in the United States are included in the census data and (2) there are differences between the CPS and the censuses in coverage, enumeration techniques, and methods of allocating responses.

The procedure used both in 1940 and 1950 for calculating the median years of school completed made allowance for the fact that many persons reported as having completed a given full school year had also completed a part of the next higher grade. Thus, it

is assumed that persons who reported 12 full years of school completed had actually completed 12.5 years, on the average.

Although the statistics on median years of school completed have been available only since 1940, the data by age give further indication of time trends. The 1910 to 1930 data cited in the table are based on a retrojection of educational attainment of older age groups.

Differences in the quality of education data for the three censuses may have resulted in part from changes in the way the information was requested. In 1940, a single question was asked on highest grade of school completed. In the 1950 and 1960 censuses and the various CPS surveys, data on years of school completed were obtained from a combination of responses to two questions, one asking for the highest grade of school attended and another whether that grade was finished. Analysis of data from the 1940 census returns and from surveys conducted by the Bureau of the Census based on the same question wording as in 1940 indicated that respondents frequently reported the year or grade they had last attended, instead of the one completed. There is evidence that, as a result of the change in the questions in 1950, there was relatively less exaggeration in reporting educational attainment than in 1940. Hence, the indicated increases in attainment between 1940 and 1950 tend slightly to understate the true increase.

The 1970 to 1991 data are based on sample surveys and relate to the resident population, including inmates of institutions and members of the Armed Forces living off post or with their families on post; all other members of the Armed Forces are excluded. Except for 1940, the data were derived from the combination of answers to two questions: (a) "What is the highest grade of school he has ever attended?" and (b) "Did he finish the grade?" In 1940, a single question was asked on highest grade of school completed. The questions on educational attainment apply only to progress in "regular" schools.

### Table 6.—Percentage of persons 14 years old and over who are illiterate, by race and nativity: 1870 to 1979

Source: U.S. Bureau of the Census, 1870 to 1930, Fifteenth Census Reports, Population, vol. II; 1940 to 1979, Current Population Reports, series P-20, Nos. 20, 45, and 217; and series P-23, No. 116.

Persons were regarded as illiterate if they could not read and write, either in English or some other language. Information on illiteracy of the population was obtained from direct questions in the censuses of 1870 to 1930. The data for 1947, 1952, 1959, 1969, and 1979 were obtained from sample surveys;

they exclude the Armed Forces and inmates of institutions. The statistics for the census years 1940 and 1950 were derived by estimating procedures. In 1947, the literacy question was asked only of persons who had completed less than 5 years of school; in 1952, 1959, 1969, and 1979, the same general procedure was used, but the question was asked of those who had completed less than 6 years of school.

These surveys examined a very fundamental level of reading and writing. More recent studies on this issue have analyzed functional illiteracy. Functional illiteracy indicates a lack of ability to function effectively in a modern society. These functional illiteracy percentages are substantially higher than earlier studies based on fundamental illiteracy.

Some variation has existed over the years in the way the question on illiteracy was asked. Since 1930, reference has been made as to whether or not the person was able to read and write. In the censuses of 1870 to 1930, two questions were asked; one on whether the person was able to read and one on whether he could write. Illiteracy was defined as inability to write "regardless of ability to read." Since the data showed that nearly all persons who were able to write could also read, the earlier statistics should be generally comparable with data obtained through the consolidated question used in later years.

Ability to read and write cannot be defined so precisely in a census to cover all cases with certainty. No specific test of ability to read and write was used, but enumerators were instructed not to classify a person as literate simply because he was able to write his name. Analysts of earlier census data assumed that the illiterate population comprised only those persons who had no education whatever. Information on the educational attainment of illiterates obtained in recent sample surveys indicates, however, that some persons cannot read and write even though they have had some formal schooling. For example, data from the Current Population Survey of October 1952 show that among persons 14 years old and over the proportion reported as illiterate ranged from 77.8 percent of those who had not completed a year of school to 1.3 percent of those who had completed 5 years. Comparable figures from the November 1969 survey were 57.4 percent and 2.3 percent, respectively.

Data on illiteracy were also collected in the censuses of 1840, 1850, and 1860, but are not included here because they are not comparable with statistics for subsequent years and because of limitations in the quality of data for those early years. In 1840, the head of the family was asked for the total number of illiterates in each family, a method which undoubtedly led to some understatement. Beginning with 1850,

the individual entry system was used, the question being asked regarding each member of the family. By 1870, another change in census methods was introduced, separate questions being asked on ability to read and ability to write. In addition to changes in the form of the inquiry, the statistics on illiteracy for 1840, 1850, and 1860 related to the population 20 years old and over, whereas in the 1870 and later censuses, they referred to the population 10 years old and over.

The percentages of illiterates in the total population 20 years old and over, as recorded in those earlier censuses, were as follows: 1840, 22.0 percent; 1850, 22.6 percent; and 1860, 19.7 percent. The comparable percentages for the white population 20 years old and over in those years were 9.0, 10.7 and 8.9 percent, respectively. The apparent increases in illiteracy of white persons in 1850 and 1870 may be due, in part, to the large influx of immigrants during those periods, many of whom could not read and write in any language. It is more likely, however, that the apparent increases resulted from improvements in the way the information was obtained at those census dates.

### Table 7.—Annual mean income of males and females 25 years old and over, by years of school completed: 1939 to 1991

Source: 1939 to 1949, Herman P. Miller, "Annual and Lifetime Income in Relation to Education"; 1939 to 1959, American Economic Association, *The American Economic Review,* December 1960 (copyright); 1956 to 1969, U.S. Bureau of the Census, Current Population Reports, series P-60, No. 74; and 1970 to 1991, Current Population Survey, survey data files.

Data for 1939 were derived from 1940 Census of Population, *Education: Educational Attainment by Economic Characteristics and Marital Status*; for 1946, from Current Population Reports, series P-60, No. 5; and for 1949, from 1950 Census of Population, series P-E, No. 5B, *Education.* For details of methodology, see the source.

Neither the income concept nor the universe covered is directly comparable for all years shown. Most of the differences, however, are relatively small and are not believed to seriously distort the relationships. The figures for 1939 are based on the 1940 census and are restricted to males 25 to 64 years of age with $1 or more of wage or salary income and less than $50 of nonwage income. For this group the averages represent total money income; however, this group includes only about three-fifths of all men 25 to 64 years old in 1940. The effects of this restriction cannot be measured, but it is undoubtedly more important than restrictions cited for other years. It is also possible that this restriction affects college grad-

uates more than persons with less schooling and for them tends to create a biased sample since college graduates are more likely to have income other than earnings.

The 1946 figures are based on the Current Population Survey and represent the total money earnings (not total income) of the civilian noninstitutional male population 25 years old and over. Although the conceptual differences between income and earnings are substantial, the actual differences in the averages are quite small, primarily because the amount of nonearned income is small relative to the total, and this type of income tends to be seriously underreported in household surveys of income. The 1949 figures are based on the 1950 census and also represent the total money income of all males 25 years old and over, including a relatively small number of institutional inmates.

The 1956 to 1991 figures are entirely comparable since they are based on the Current Population Survey and represent the total money income of the civilian noninstitutional population of the United States and members of the Armed Forces in the United States living off post or with their families on post, but excluding all other members of the Armed Forces. For each person in the sample, 14 years old and over, questions were asked on the amount of money income received during the preceding calendar year from each of the following sources: (1) money wages or salary; (2) net income from nonfarm self-employment; (3) net income from farm self-employment; (4) social security; (5) dividends, interest (on savings or bonds), income from estates or trusts or net rental income; (6) public assistance or welfare payments; (7) unemployment compensation, government employee pensions, or veterans' payments; (8) private pensions, annuities, alimony, regular contributions from persons not living in this household, royalties, and other periodic income. The amounts received represent income before deductions for personal taxes, social security, bonds, etc.

### Table 8.—Historical summary of public elementary and secondary school statistics: 1869–70 to 1989–90

### Table 9.—Enrollment in regular public and private elementary and secondary schools, by grade level: 1869–70 to fall 1992

### Table 10.—Enrollment in regular public elementary and secondary schools, by grade: 1910–11 to fall 1990

### Table 11.—Enrollment in regular public elementary and secondary schools, by state: 1870–71 to fall 1990

Pl.0225

Source: U.S. Department of Education (Office of Education), 1869–70 to 1915–16, *Annual Report of the United States Commissioner of Education,* various issues; 1916–17 to 1955–56, *Biennial Survey of Education in the United States, Statistics of State School Systems,* various issues; 1957–58 to 1991–92, National Center for Education Statistics, *Digest of Education Statistics,* various issues, and unpublished tabulations. U.S. Bureau of the Census, *Historical Statistics of the United States, Colonial Times to 1970.*

A school is defined as a division of the school system consisting of a group of pupils composed of one or more grade groups, organized as one unit with one or more teachers to give instruction of a defined type and housed in a school plant of one or more buildings. More than one school may be housed in one school plant, as is the case when the elementary and secondary programs are housed in the same school plant. The actual operation of public schools is generally the sole responsibility of local school systems in the various states. The local basic administrative unit or school district is an area organized as a quasi-corporation under the jurisdiction of a board of education responsible for the administration of all public schools in the area. School districts provide the machinery through which local control of schools is exercised and are largely responsible for the location and size of schools, the types of educational programs and services offered, and the amount of financial support to be provided locally.

A public school is defined as one operated by publicly elected or appointed school officials in which the program and activities are under the control of these officials and which is supported by public funds.

Enrollment and other figures prior to 1959–60 for public elementary and secondary day schools only include the coterminous United States. Excluded are public schools in the outlying areas of the United States, public schools operated directly by the federal government on military reservations and schools for Indians, public residential schools for exceptional children, and subcollegiate departments of institutions of higher education. Only regular day school pupils are included; pupils enrolled in night schools and summer schools are excluded.

Private schools, while subject to certain regulatory controls of the state, are under the operational control of private individuals or religiously affiliated or nonsectarian institutions. Whether operated on a profit or nonprofit basis, private schools are generally supported by private funds as distinguished from public funds.

Private school figures are not strictly comparable. For example, in some of the earlier years, the figures include enrollment of secondary pupils in subcolle-

giate departments of institutions of higher education, normal schools, etc. Enrollment figures prior to 1976 do not include private schools for exceptional children or private vocational or trade schools. They cover only regular day school pupils. Summer school pupils are excluded in all years.

It should be noted that the annual public enrollment information such as that tabulated in the Biennial Survey of Education was collected on a state-by-state basis and represented a cumulative count of the total number of different pupils registered at any time during the school year in each state. Pupils enrolled in two or more states at any time during the school year are, therefore, counted more than once, resulting in a tendency to increase the total enrollment figure for the Nation.

The number of pupils per classroom teacher, otherwise known as the "pupil/teacher ratio," has often been used as a measure of teacher workload. For years prior to the 1940s, the available figures on "teachers" sometimes included librarians and guidance and psychological personnel as well as classroom teachers.

### Table 12.—Children served in special education programs, by type of disability: 1921–22 to 1989–90

Source: U.S. Department of Education (Office of Education), 1921–22 to 1947–48, *Biennial Survey of Education in the United States;* 1951–52 and 1952–53, *Statistics of Special Schools and Classes for Exceptional Children;* and 1957–58 to 1989–90, National Center for Education Statistics, *Digest of Education Statistics,* various issues.

Children served in these programs include "exceptional children" in years prior to 1970. This term applies to pupils who need additional education services, referred to as "special education," because of their physical, intellectual, or personal-social differences from other children. Included are the unusually bright or gifted children; the mentally retarded; the disabled, including the physically handicapped, learning disabled, and cerebral-palsied; those with special health problems such as cardiac involvement, epilepsy, and other debilitating conditions; the blind and partially seeing; the deaf and hard-of-hearing; those with speech impairments; and the emotionally disturbed. Pupils are reported according to the major type of exceptionality for which they were receiving special education.

Data for years after 1970 are based on counts of students participating in PL 94–142, Education of the Handicapped Act, and the successor, Individuals with Disabilities Education Act (IDEA) programs.

Pl.0226

**Table 13.—Public school pupils transported at public expense and current expenditures for transportation: 1929–30 to 1989–90**

Source: 1929–30 to 1989–90, U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics, 1992.* 1979–80 to 1989–90, Bobbit Publishing Co., *School Bus Fleet,* January issues.

More than half of U.S. public school children ride buses to school, frequently because walking to school would be inconvenient or unsafe. Pupil transportation services may also be provided as a result of state or local legislation for reorganizing school systems, consolidating widely scattered school attendance areas, or achieving equalization of educational opportunity.

Expenditures of public funds for transportation include salaries, vehicle replacement, supplies and maintenance for vehicles and garages, transportation insurance, contracted services, fares for public transportation, and payments in lieu of transportation. Data through 1979–80 are based on reports by state education agencies to the National Center for Education Statistics. Data for later years are estimates based on data reported by *School Bus Fleet.*

**Table 14.—Average daily attendance, instructional staff, and teachers in public elementary and secondary schools: 1869–70 to 1990–91**

Source: U.S. Department of Education (Office of Education), 1869–70 to 1915–16, *Annual Report of the United States Commissioner of Education,* various issues; 1917–18 to 1957–58, *Biennial Survey of Education in the United States,* various issues; 1959–60 to 1989–90, National Center for Education Statistics, *Digest of Education Statistics,* various issues. 1969–70 to 1980–91, National Education Association, *Estimates of School Statistics,* various issues.

Figures for average daily attendance in public schools were computed by dividing the total number of days attended by all pupils enrolled by the number of days school was actually in session. Only days when the pupils were under the guidance and direction of teachers are considered as days in session.

"Instructional staff" refers to personnel who render direct and personal services which are in the nature of teaching or the improvement of the teacher-learning situation. Included, therefore, are supervisors of instruction, principals, teachers, guidance personnel, librarians, and psychological personnel. The duty of supervisors of instruction, including consultants, is to assist teachers in improving the learning situation and instructional methods at a particular level or in a particular subject. Principals are the administrative heads of schools. They usually administer a building or a group of buildings with or without the aid of supervisors.

The term "teacher" is defined as a person employed to instruct pupils or students. At the elementary and secondary levels, it does not include supervisors and principals, or librarians and guidance and psychological personnel when separately reported.

Beginning with 1919–20, the Department of Education has collected data on salaries of total instructional staff (supervisors, principals, teachers, librarians, and guidance and psychological personnel). Salary information for prior years is available for teachers only. Average annual salaries of instructional staff members were obtained by dividing total expenditures for salaries by the number of such personnel.

**Table 15.—Catholic elementary and secondary enrollment, teachers, and schools, by level: 1919–20 to 1990–91**

Source: National Catholic Educational Association, *A Statistical Report on Catholic Elementary and Secondary Schools for the Years 1967–68 and 1969–70,* as compiled from the Official Catholic Directory, and *United States Catholic Elementary and Secondary Schools, 1989–90 and 1990–91.* Franklin Press, *Catholic Schools in America* (1978 edition). U.S. Bureau of the Census, 1919–20 to 1959–60, *Historical Statistics of the United States, Colonial Times to 1970.*

The elementary division of the Catholic school system includes five types of schools: (1) parochial schools are operated in connection with parishes; (2) inter-parochial schools are under the administrative control of two or more parishes; (3) archdiocesan or diocesan schools are under the direct administration of an ordinary and serve the parishes designated by him; (4) private schools are conducted independently of parishes by religious communities; and (5) institutional schools include industrial schools; schools for blind, deaf, delinquent, or other disadvantaged children; and schools conducted in orphanages.

In Catholic secondary education, there are, broadly, three types of administrative control, defined generally as for the elementary above: (1) central or diocesan; (2) parochial; and (3) private. However, many parochial and private schools really function as diocesan schools. The data for elementary school teachers exclude priests serving as part-time teachers of religion.

**Table 16.—Public school enrollment in grades 9 to 12, by subject: 1889–90 to fall 1981**

Source: U.S. Department of Education (Office of Education), 1889–90 to 1948–49, *Biennial Survey of Education in the United States, 1947–48 to 1949–50;* 1954–55 to 1964–65, National Center for Education

Pl.0227

Statistics, *Digest of Educational Statistics;* fall 1972 and fall 1981, *A Trend Study of High School Offerings and Enrollments;* and unpublished data.

For 1919–10 to 1933–34, the percentages are based on the number of pupils enrolled in the last 4 years of all schools that returned usable questionnaires. For 1889–90, 1899–1900, and 1948–49 to 1964–65, the figures are based on the total number of pupils enrolled in the last 4 years of all schools. The source for 1889–90 to 1948–49 states that "when necessary, the subjects reported in previous surveys were analyzed, and appropriate components were either recombined, separately listed, or eliminated (with corresponding changes in the number and percentage enrolled) in a manner to yield as close comparability as possible with the data in the current (1948–49) survey."

**Table 17.—Student proficiency in reading, writing, mathematics, and science, by age and race/ethnicity: 1969–70 to 1989–90**

**Table 18.—Percentage of students at or above selected reading, mathematics, and science proficiency levels, by age and race/ethnicity: 1970–71 to 1989–90**

Source: U.S. Department of Education, National Center for Education Statistics, National Assessment of Educational Progress, *Trends in Academic Progress.*

The idea of an indicator of student achievement at the national level first emerged in 1963 when then Commissioner of Education Frank Keppel decided to collect information on how well the Nation's schools were doing. In 1969, a National Assessment of Educational Progress (NAEP) was designed as a voluntary, cooperative program to monitor the scholastic achievement of our Nation's 9-, 13-, and 17-year-olds. NAEP is a congressionally mandated project of the U.S. Department of Education's National Center for Education Statistics.

Over the past 20 years, NAEP has generated more than 200 reports spanning 11 instructional areas. Commonly known as the "Nation's report card," it is the only ongoing, comparable, and representative assessment of what U.S. students know and can do. The NAEP trend data in this report are based on four science assessments (1976–77, 1981–82, 1985–86, and 1989–90), four mathematics assessments (1977–78, 1981–82, 1985–86, and 1989–90), and six reading assessments (1970–71, 1974–75, 1979–80, 1983–84, 1987–88, and 1989–90).

Students are randomly selected based on a stratified, three-stage sampling plan designed to yield nationally representative results as well as results for particular subpopulations of students, as defined by sex, race/ethnicity, region of the country, and size/type of community. NAEP samples about 40,000 students per subject, per assessment. For the trend assessments, NAEP assesses 9-, 13-, and 17-year-old students. To reduce the burden for students, NAEP uses a variant of matrix sampling called Focused-Balanced Incomplete Block (BIB) Spiraling. Thus, not all students are asked to answer all questions. This system provides broad coverage of the subject being assessed while minimizing the classroom time required of any one student.

**Table 19.—High school graduates, by sex and control of institution: 1869–70 to 1991–92**

Source: U.S. Department of Education (Office of Education), 1869–70 to 1937–38, *Statistical Summary of Education, 1937–38*; 1939–40 to 1951–52, *Biennial Survey of Education in the United States,* various issues; 1953–54 to 1991–92, National Center for Education Statistics, *Digest of Education Statistics, 1992.* Seventeen-year-olds computed on the basis of U.S. Bureau of the Census, Current Population Reports, series P-25, Nos. 310, 311, and 511, and unpublished tabulations.

Figures for high school graduates include graduates from public and private schools and exclude persons granted equivalency certificates.

**Table 20.—Public school districts and public and private elementary and secondary schools: 1929–30 to 1990–91**

Source: U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics, 1992.*

These data are fall counts of local education agencies and public schools. Since schools are organizational units and not counts of physical plants, there may be more schools than school buildings (see additional notes for tables 9, 10, and 11). In addition, school districts include various entities which provide specialized instruction and administrative and other student-related assistance to schools. These entities include various kinds of units such as vocational and special education districts and supervisory unions.

Counts of private schools are estimated from various sources. Specifically, key elements of the private school universe, such as the Catholic schools and other private schools, are located with the assistance of private school associations. In addition, sampling techniques are used to discover the existence of other religious and non-affiliated schools. After 1980, estimates of the number of these schools and other data were obtained from sample surveys.

Pl.0228

**Table 21.—Revenues for public elementary and secondary schools, by source of funds: 1889–90 to 1989–90**

Source: U.S. Department of Education (Office of Education), 1889–90 to 1915–16, *Annual Report of the United States Commissioner of Education,* various issues; 1917–18 to 1957–58, *Biennial Survey of Education in the United States,* various issues; 1959–60 to 1989–90, National Center for Education Statistics, *Digest of Education Statistics, 1992.*

Revenue receipts represent additions to assets (cash) from taxes, appropriations, and other funds which do not incur an obligation that must be met at some future date and do not represent exchanges of property for money. Receipts from county and other intermediate sources are included with local receipts. Other sources of revenue include gifts, tuition, and transportation fees from patrons.

Nonrevenue receipts represent amounts which either incur an obligation that must be met at some future date or change the form of an asset from property to cash and therefore decrease the amount and the value of school property. Money received from loans, sale of bonds, sale of property purchased from capital funds, and proceeds from insurance adjustments constitute most of the nonrevenue receipts. Nonrevenue receipts are not included in the table.

**Table 22.—Total and current expenditures and expenditure per pupil in public elementary and secondary schools, by purpose: 1869–70 to 1989–90**

Source: U.S. Department of Education (Office of Education), 1869–70 to 1915–16, *Annual Report of the United States Commissioner of Education,* various issues; 1917–18 to 1955–56, *Biennial Survey of Education in the United States,* various issues; 1957–58 to 1989–90, National Center for Education Statistics, *Digest of Education Statistics,* various issues.

Expenditures for administration include those for the central office staff for administrative functions and all general control which is system wide and not confined to one school, subject, or narrow phase of school services. Instruction expenditures include salaries of instructional staff and clerical assistants, expenditures for free textbooks, school library books, supplies, and other expenditures for instruction. Plant operation and maintenance expenditures include salaries of custodians, engineers, carpenters, painters, etc.; fuel, light, water, and power; and supplies, expenses, and contractual service. Other current expenditures include those for fixed charges and for attendance, health, transportation, food, and miscellaneous services.

Capital outlay includes expenditures for the acquisition of fixed assets or additions to fixed assets (such as land or existing buildings, improvement of grounds, construction of buildings, additions to buildings, remodeling of buildings, and initial or additional equipment). Interest includes interest payments on short-term and current loans from current funds and on bonds from current and sinking funds. Other expenditures include those separately reported for summer schools, community colleges, and adult education.

**Table 23.—Historical summary of higher education statistics: 1869–70 to 1989–90**

Source: U.S. Department of Education (Office of Education), 1869–70 to 1915–16, *Annual Report of the United States Commissioner of Education,* various issues; 1917–18 to 1955–56, *Biennial Survey of Education in the United States,* various issues; 1957–58 to 1979–80, National Center for Education Statistics, *Education Directory, Colleges and Universities; Faculty and Other Professional Staff in Institutions of Higher Education; Fall Enrollment in Colleges and Universities; Earned Degrees Conferred; Financial Statistics of Institutions of Higher Education; and* "Fall Enrollment in Institutions of Higher Education," "Degrees and Other Formal Awards Conferred," and "Financial Statistics of Institutions of Higher Education" surveys; and 1989–90, *Digest of Education Statistics, 1992.*

The Office of Education has issued statistical reports on higher education on a periodic basis since 1869–70. Until 1915–16, these statistics appeared in the *Annual Report of the United States Commissioner of Education.* For 1917–18 through 1957–58, statistical reports were issued biennially, as chapters of the *Biennial Survey of Education in the United States.* Since 1962, data have appeared in the annual *Digest of Education Statistics.* In addition, an annual report on conferral of earned degrees has been issued since 1948 and one on fall enrollments since 1946. An annual report on current income and expenditures and other finance items was also issued from 1933 to 1940, first under the title *The Economic Outlook in Higher Education* and later under the title *College Income and Expenditures.*

Among the major problems involved in the collecting and processing of nationwide statistics of higher education have been those of uniformity and promptness of reporting and completeness of coverage of the field. The problem of uniformity of reporting was attacked in 1930 with the formation of the National Committee on Standard Reports for Institutions of Higher Education; this committee was disbanded in 1935. Its successor, the Financial Advisory Service of the American Council on Education, carried on the

104   Methodology

work until 1940, when it, too, was discontinued. These two organizations, voluntary in character and operating with no official status, did much to conventionalize finance accounting and reporting procedures in universities and colleges.

The problems of promptness of reporting and completeness of coverage stem from the fact that only the land-grant institutions (fewer than 4 percent of all the institutions in the Nation) are under legal obligation to submit financial or statistical reports to the Office of Education. The percent of institutions supplying usable reports within a reasonable time, however, has increased materially in the last two or three decades, in spite of the fact that inquiries emanating from the Office of Education have increased in number and scope. Since 1966, data have been collected from individual colleges and universities by the Higher Education General Information Survey and the successor, Integrated Postsecondary Education Data System. These survey systems allow for extensive data checks and imputations for nonrespondents. Response rates are generally quite high, over 90 percent, for most survey components. All of the data in this report are for institutions of higher education only. Institutions which do not offer a program creditable towards an associate or higher level degree are excluded.

Another problem in the compilation of historical statistics of higher education is the double counting of data for some institutions. Until 1916, the tabulations of the Office of Education were built largely around the various professional curricula, with the result that in many instances the data of a professional school within a university were included both in the overall tabulations of universities and colleges and in those of the profession involved. With the inception of the *Biennial Survey of Education* in 1918, the emphasis in tabulation was shifted to the administrative organization, and the data relating to certain professional schools were so tabulated that any possible duplication was identifiable without too much difficulty. Since 1932, the Office of Education has maintained a master list of all institutions in the Nation; thus, the problem of duplicate tabulation is no longer important.

Institutions reporting include universities, colleges, professional schools, junior colleges, teachers colleges, and normal schools, both privately and publicly controlled, regular session. The figures for institutions represent administrative organizations rather than individual campuses, i.e., a university operating one or more branches away from the main campus is counted as one institution. Beginning in 1969–70, or as noted, figures for institutions represent individual campuses. The branch campuses are counted as individual units according to their length of program. There is some (undeterminable) underreporting in the earlier years. Since 1946, this underreporting has been corrected by the use of estimated reports prepared from secondary sources for nonrespondent institutions.

The term "junior college" is used comprehensively to designate all institutions, of whatever curricular organization, which offer at least 2 but fewer than 4 years of college-level work immediately beyond high school.

Faculty figures include full-time and part-time faculty members. No attempt has been made to systematically evaluate these services on a full-time equivalent basis. Faculty figures also include the administrative, instructional, research, and other professional personnel. Resident instructional staff, however, excluded administrative and other professional personnel not engaged in instructional activities.

**Table 24.—Enrollment in institutions of higher education, by sex, attendance status, and type and control of institution: 1869–70 to fall 1991**

**Table 25.—Enrollment in institutions of higher education, by state: 1869–70 to fall 1990**
Source: U.S. Department of Education (Office of Education), 1869–70 to 1915–16, *Annual Report of the United States Commissioner of Education,* various issues; 1917–18 to 1945–46, *Biennial Survey of Education in the United States,* various issues; and Fall 1946 to 1990, National Center for Education Statistics, *Digest of Education Statistics,* various editions.

The term "degree-credit enrollment" refers to students whose current program in an institution of higher education consisted wholly or principally of work which was creditable toward a bachelor's or higher degree, either in the student's own institution or by transfer to another institution.

**Table 26.—Number and professional employees of institutions of higher education: 1869–70 to 1991–92**
Source: U.S. Department of Education (Office of Education), 1869–70 to 1915–16, *Annual Report of the United States Commissioner of Education,* various issues; 1917–18 to 1943–44, *Biennial Survey of Education in the United States,* various issues; and 1961–62 to 1990, National Center for Education Statistics, *Digest of Education Statistics,* various editions.

An institution of higher education is authorized and currently offering either a 2-year or 4-year degree or credit transferable to such an institution leading to such a degree. In addition, such an institution must be accredited by an agency recognized as a valid accrediting agency by the Secretary of Education.

Pl.0230

**Table 27.—Number of permanent colleges and universities founded before 1860, by decade of founding and by state**

Source: U.S. Department of Education, Higher Education General Information Survey (HEGIS), "Institutional Characteristics of Colleges and Universities," unpublished tabulation.

The Department of Education has maintained a data file on the characteristics of colleges and universities, which includes a founding date for each higher education institution in the country. An analysis was conducted based on the 1980–81 data file to find the number of colleges founded prior to the Civil War. According to the tabulation, some 381 of today's colleges existed prior to 1860; however, some were probably not providing college-level education during that time period. This estimate seems to give a reasonable measure of the number of institutions that existed prior to 1860. The 1860 census reported that there were 467 colleges which, after allowing for closures gives some credibility to the figure of 381 permanent colleges.

**Table 28.—Degrees conferred by institutions of higher education, by sex and level: 1869–70 to 1989–90**

**Table 29.—Bachelor's degrees conferred by institutions of higher education, by field of study: 1959–60 to 1989–90**

**Table 30.—Master's degrees conferred by institutions of higher education, by field of study: 1959–60 to 1989–90**

**Table 31.—Doctor's degrees conferred by institutions of higher education, by field of study: 1959–60 to 1989–90**

**Table 32.—First-professional degrees conferred by institutions of higher education in dentistry, medicine, and law, by sex: 1949–50 to 1989–90**

Source: U.S. Department of Education (Office of Education), 1869–70 to 1952–53, *Biennial Survey of Education in the United States, Statistics of Higher Education,* biennial issues, and unpublished data; 1953–54 to 1989–90, *Digest of Education Statistics,* annual issues. National Research Council, Commission on Human Resources, Washington, D.C., Doctorate Records File.

The first-level degree (designated as "bachelor's or first professional") is defined as the first degree granted upon completion of a course of study in a given academic field. The degree must be based on at least 4 years of college work or the equivalent thereof. The same classification (namely, "first level") is given to a degree, e.g., LL.B., regardless of whether the degree is based on 7 years' preparation or less; and regardless of whether the student had previously earned a degree in another field. The first-level degree is ordinarily a bachelor's degree, but important exceptions occur in certain of the professional fields. The second-level degree is a degree beyond the first level but below the doctorate; ordinarily, a master's degree. The doctorate (the highest level of earned degrees) includes such advanced degrees as Ph.D., Ed.D., D.Eng., and Dr. P.H.; it includes only earned degrees, not honorary.

Although the first medical school in the United States was established in 1765, the accuracy of data recorded for years prior to 1900 is questionable. Inspection and classification of medical schools was initiated by the American Medical Association Council on Medical Education in 1904; by 1929, there was only one unapproved school. As far as the data permit, only approved medical and basic science schools are included. Before the founding of the first dental school in 1840, dental work was done by medical doctors or by persons who were self-taught or apprentice-trained. By 1880, most states required dental practitioners to be dental school graduates.

The Doctorate Records File is a virtually complete source of data about persons receiving doctorates since 1920. This survey was used as a source of data on the average length of time required to earn a doctor's degree. The doctoral degrees reported are those earned at regionally accredited U.S. universities and include such degree titles as Doctor of Philosophy (Ph.D.), Doctor of Education (Ed.D.), Doctor of Engineering (D.Eng.), etc. Professional degrees such as Doctor of Medicine (M.D.), Doctor of Dental Surgery (D.D.S.), and Doctor of Veterinary Medicine (D.V.M.) are excluded.

**Table 33.—Current-fund revenue of institutions of higher education, by source of funds: 1889–90 to 1989–90**

Source: U.S. Department of Education (Office of Education), 1889–90 to 1919–10, *Annual Report of the United States Commissioner of Education,* various issues; 1919–20 to 1959–60, *Biennial Survey of Education in the United States,* various issues; 1961–62 to 1963–64, National Center for Education Statistics, *Higher Education Finances,* and unpublished data; 1965–66 to 1979–80, *Financial Statistics of Institutions of Higher Education,* various issues; and 1980–81 to 1989–90, *Digest of Education Statistics,* various issues.

Total current-fund revenue represents funds accruing to, or received by, higher education institutions, usable for their recurring day-to-day activities.

Educational and general revenue are those available for the regular or customary activities of an institution which are part of, contributory to, or necessary

Pl.0231

to its instructional or research program. These include salaries and travel of faculty and administrative or other employees; purchase of supplies or materials for current use in classrooms, libraries, laboratories, or offices; and operation and maintenance of the educational plant.

Income from students' tuition and fees represents funds (matriculation, tuition, laboratory, library, health, and other fees, but not charges for rooms or meals) regularly paid by students themselves or for them by their relatives or philanthropic groups.

Endowment income is derived from invested funds. Only the income of the endowment funds is to be used for the current purposes of the institution. If funds are merely temporarily placed in the endowment fund, the right to withdraw them being reserved by the donor or the governing board of the institution concerned, they are known as "funds functioning as endowment" and are not subject to the principal of "once endowment, always endowment."

Private gifts and grants are voluntary contributions from philanthropically minded individuals and organizations to the various institutions of higher education.

Sales and services of educational activities and of organized activities related to them are frequently referred to briefly as "related activities." The term includes all the incidental earnings of an institution, such as sales of livestock or dairy products of an agricultural school; tuition and other income of a laboratory school, a demonstration school, or a museum; fees for care at a medical or dental clinic; and other income of this nature derived from services directly connected with the instructional program of the institution.

Student-aid funds are funds having to do with the provision of scholarships, fellowships, prizes, and student-financed aid of any type not involving employment by or repayment to the institution. Student-aid funds may be lent to students to help them defray their expenses while in school.

Other sources of income include annuity and plant funds. Annuity funds are funds acquired subject to the condition that the recipient institution pay a stipulated sum of money annually or at other regular intervals to a designated beneficiary or beneficiaries, not necessarily the same person as the donor. These payments continue until the death of the beneficiary (the last beneficiary, if more than one), at which time the principal of the fund becomes the property of the institution. Plant funds are funds which have been or are to be invested in buildings, grounds, furniture, scientific equipment, or other permanent physical property of the institution. Real estate held for direct educational or auxiliary use by the institution is thus part of the plant-fund group.

Income from auxiliary enterprises and activities includes income of dormitories, dining halls, cafeterias, union buildings, college bookstores, university presses, student hospitals, faculty housing, intercollegiate athletic programs, concerts, industrial plants operated on a student self-help basis, and other enterprises conducted primarily for students and staff and intended to be self-supporting without competing with the industries of the community in which the institution is located.

The other account of an institution of higher education includes income which is either so incidental in its nature, so irregular in its frequency, or so minor in its amount as to make its classification difficult or impractical. The most common types of other income are probably (1) interest on current funds; (2) rent of institutional property for noninstitutional purposes; (3) transcript fees of students; (4) library fines; and possibly other minor items.

**Table 34.—Current-fund expenditures and educational and general expenditure per student of institutions of higher education, by function: 1929–30 to 1989–90**

Source: U.S. Department of Education (Office of Education), 1929–30 to 1959–60, *Biennial Survey of Education in the United States,* various issues; 1961–62 to 1963–64, *Higher Education Finances,* and unpublished tabulations; 1965–66 to 1989–90, National Center for Education Statistics, *Digest of Education Statistics,* various issues.

Expenditure data were not tabulated for all institutions of higher education until 1930. Prior to that time, they were collected from land-grant institutions and teacher-education institutions only. Other professional schools and non-land-grant institutions were omitted from the surveys.

Organized research expenditures cover research programs of sufficient magnitude to warrant carrying them separately in the finance budget.

Plant operation and maintenance expenditures include wages of janitors and other caretakers; cost of fuel, light, trucking of materials about the campuses, and repairs to buildings; and other costs connected with keeping the physical plant in good order.

Expenditures for conducting laboratory or demonstration schools, medical-school hospitals, dental clinics, home-economics cafeterias, agricultural-college creameries, college-operated industries, and other activities closely connected with the instructional program but not actually integral parts of it are frequently referred to briefly as "related activities."

Extension and public service expenditures cover correspondence courses, radio and television courses, adult study courses and other non-degree-credit courses, institutes, public lectures, cooperative extension in land-grant institutions, radio and television stations, and similar media for carrying the

Pl.0232

work of an institution beyond its traditional and cus-tomary campus activities.

### Table 35.—Value of property and endowment, and liabilities of institutions of higher education: 1899–1900 to 1989–90

Source: U.S. Department of Education (Office of Education), 1919–20 to 1957–58, *Biennial Survey of Education in the United States,* various issues; 1959–60, *Statistics of Higher Education-Receipts, Expenditures, and Property, 1959-60;* 1961–62 to 1963–64, *Higher Education Finances;* 1965–66 to 1985–86, *Digest of Education Statistics, 1992;* and 1986–87 to 1989–90, Integrated Postsecondary Education Data System (IPEDS), "Finance" survey, survey data files.

Data represent moneys received and spent by higher education institutions for expanding their physical holdings (land, buildings, equipment of various sorts) held or utilized primarily for instructional, recreational, or student residence purposes. Real estate held and operated for investment purposes is not included.

Property data represent value of all permanent or quasi-permanent assets which include lands, buildings, and equipment; funds held for investment purposes only (the income from such funds being available for current use); funds subject to annuity or living trust agreements; and funds the principal of which may be lent to students to help defray their living expenses or tuition bills. The term "fund" is used in its accounting sense of cash or other valuable assets (real estate, bonds, stock certificates, and other evidences of ownership or equity).

### Table 36.—Gross domestic product, state and local expenditures, personal income, disposable personal income, and median family income: 1940 to 1991

Source: Gross domestic product, state and local expenditures, personal income and disposable personal income, 1940 to 1991, Executive Office of the President, *Economic Report of the President, February 1992.* Median family income, 1947 to 1989, U.S. Department of Commerce, Bureau of the Census, Current Population Reports, series P-60, No. 174; and 1990, Bureau of the Census, News Release, December 30, 1991.

### Table 37.—Gross domestic product deflator, Consumer Price Index, education price indexes, and federal budget composite deflator: 1919 to 1992

Source: Gross domestic product deflator, Consumer Price Index, and federal budget composite deflator, 1919 to 1992, Executive Office of the President, *Economic Report of the President, February 1992.* Education price indexes, Research Associates of Washington, *Inflation Measures for Schools and Colleges,* various issues.

Pl.0233

**Plaintiffs' Exhibit N**

Pl.0234

NBER WORKING PAPER SERIES
ON
HISTORICAL FACTORS IN LONG RUN GROWTH

A BRIEF HISTORY OF EDUCATION
IN THE UNITED STATES

Claudia Goldin

Historical Paper 119

NATIONAL BUREAU OF ECONOMIC RESEARCH
1050 Massachusetts Avenue
Cambridge, MA 02138
August 1999

The data series compilation was funded by a grant from The Spencer Foundation through the NBER.  I am grateful to the research assistants who ably helped with this project: Nora Gordon, Marina Jovanovic, and Michael Pisetsky.  I thank Caroline Hoxby for consultation on some of the series and Tom Snyder of the U.S. Department of Education, National Center of Education Statistics for unstinting help with numerous details.  The series that are not included with this essay can be obtained by request to cgoldin@harvard.edu Any opinions expressed are those of the authors and not those of the National Bureau of Economic Research.

© 1999 by Claudia Goldin.  All rights reserved.  Short sections of text, not to exceed two paragraphs, may

Pl.0235

be quoted without explicit permission provided that full credit, including © notice, is given to the source.

A Brief History of Education in the United States
Claudia Goldin

NBER Historical Paper No. 119
August 1999
JEL No.  I2, N3
Development of the American Economy

## ABSTRACT

This essay is the companion piece to about 550 individual data series on education to be included in the updated *Historical Statistics of the United States, Millennial Edition* (Cambridge University Press 2000, forthcoming).  The essay reviews the broad outlines of U.S. educational history from the nineteenth century to the present, including changes in enrollments, attendance, schools, teachers, and educational finance at the three main schooling levels -- elementary, secondary, and higher education.  Data sources are discussed at length, as are issues of comparability across time and data reliability.  Some of the data series are provided, as is a brief chronology of important U.S. educational legislation, judicial decisions, and historical time periods.

Claudia Goldin
Department of Economics
Harvard University
Cambridge, MA 02138
and NBER
cgoldin@harvard.edu

Pl.0236

*I. General and Comparative Aspects of Nineteenth and Twentieth Century U.S. Schooling*

The education and training of a population, in the United States and elsewhere, is a critical input to productivity and thus to economic growth.  Education directly enhances productivity, and thus the incomes of those who receive schooling, by providing individuals with useful skills.  Schooling also spurs invention and innovation, and enables the more rapid diffusion of technological advances.  The role of education changes with technological progress; some technologies have placed heavy demands on the cognitive skills of workers, whereas others enabled the substitution of machinery for individual skill.  Formal education, especially basic literacy, is essential for a well-functioning democracy, and enhances citizenship and community. Religious beliefs have also been important in fostering both public and private education even in the United States with its long history of separation of church and state.  Schooling is also a pure consumption good, enabling people to better understand and enjoy their surroundings.  Education can, thus, serve a multitude of functions in the economy, polity, community, and religious and personal lives of a people.

It is, perhaps, no wonder that education diffused rapidly among the free residents of the world's greatest nineteenth century democracy.  By the 1840s, according to some estimates, primary school enrollment per capita in the United States had exceeded that in Germany, and by this standard Americans had become the best-educated people among those in the world's richer nations (Easterlin 1981).  U.S. literacy rates were also extremely high, once again among the free population.  America borrowed many educational concepts and institutions from Europe but tailored them in particularly American ways.  U.S. schools, at almost all levels, were more practical and applied than those in Europe, yet they were not industrial and were rarely vocational.  They became, early on, free and publicly funded and were generally forgiving in allowing youths to enter each level independent of age, social status, previous school record, and sex.  After the establishment of publicly funded primary schools, girls were educated for about the same number of years as were boys, and during the early to mid-twentieth century, a greater fraction of girls than boys attended and graduated from secondary schools (<**CG.A.11**>).[1]

Although it would be useful to present school enrollment, attendance, and literacy rates for the early to mid-nineteenth century, they are still fragmentary and subject to many potential biases.  They were not included in the previous edition of *Historical Statistics of the United States*, and although there has been considerable research on the subject in the past twenty-five years, the data remain imperfect.  Part of the problem is the incompleteness of the data geographically (see, e.g., Fishlow 1966).  Massachusetts and New York, for example, have been studied in great depth for 1790 to 1850 (see, e.g., Kaestle and Vinovskis 1980).  But even in those states, enrollment rates that have been estimated for youths 5 to 19 years old are too high be to consistent with independent evidence on the occupations of youths.  Perhaps some youths enrolled in school but did not attend, or perhaps school districts inflated enrollments.  Even though precise estimates are beyond the task here, there is no widespread disagreement among scholars that by the middle of the nineteenth century U.S. schooling rates were exceptionally high, schooling was widespread among the free population, and literacy was virtually universal, again among the free population (for illiteracy rates since 1870, see <CG.C.2>).

---

[1] Text in <> refers to the series I have compiled for the new edition of *Historical Statistics*. Only those that are **bolded** are included with this essay.  See *Table of Contents* at the end of the essay for a complete listing of the education data series to be included in the new *Historical Statistics*.

Pl.0237

How the new nation of the United States managed in the short span of a half-century to attain the status of the best-educated country in the world is a rather involved tale.  Until the mid-nineteenth century most elementary education was offered in "common schools" that were publicly operated but often not completely publicly funded.  In some districts, parents received a "rate bill" for their children's education.  Elsewhere, part of the term was publicly funded and the rate bill supported an extended term.  In large cities, such as New York City, there were, early on, pauper schools paid for by public funds and private schools for the more fortunate.  The details are complicated by the highly local nature of education in the United States.  What is perfectly clear, however, is that virtually every state in the nation shifted to publicly funded education at the elementary or common school level in the decades following the American Civil War.

The claim that Americans became the best-educated people in the world by the mid-nineteenth century may, however, be somewhat overstated.  Some European countries had, until the beginning of the twentieth century, far better institutions of higher education than did the United States.  But European educational systems were, with few exceptions, elitist well into the twentieth century.  Both secondary and higher education was reserved for those with exceptional abilities, stemming from both family background and innate differences.  The U.S. system of education, in contrast, was almost at its start distinctly egalitarian.  Americans eschewed different systems for different children, and embraced the notion that everyone should receive a "common," unified, academic education.  There were gaping holes in the system, of course.  Slaves received virtually no formal instruction, especially after southern states passed laws that prohibited the teaching of slaves to read (the first was passed in 1830).  Free blacks, even in the North, were in segregated schools, and southern schools remained *de jure* segregated even after the famous *Brown v. Board of Education* (1954) case judged such laws to be unconstitutional.  And there is also the difficult issue of *de facto* segregation by race, immigrant status, and income.

The substantial levels of schooling and literacy in the nineteenth century United States were achieved within a highly decentralized educational system.  The federal government today still accounts for a small fraction (7 percent) of primary and secondary educational expenditures, and even the states do not provide the majority of school revenues (<CG.D.1>).  School finance and curriculum decisions are the domain of school districts, and the origin of these districts is yet another detail from the earliest years of the Republic's educational history.

As the new nation expanded, the township model of school organization, begun in New England, was adopted by many states.  But most new states were too rural for township schools, and, instead, created even smaller jurisdictions.  School districts, first counted by the Office of Education in the early 1930s, numbered then about 128,000 (<**CG.A.1.1**>).  Some were not fiscally independent, in the sense of setting their own tax rates, but, rather, had tax rates set by larger governing units, such as counties or townships.  But many were fiscally independent.  Thus, even by the third decade of the twentieth century, the United States had an enormous number of school districts with independent decision-making powers.  America's large cities

-2-

Pl.0238

had, by that time, already experienced major school district consolidation and virtually all cities with populations exceeding 20,000 people had been consolidated into one school district by the early 1900s. Consolidation of rural districts occurred slowly until the 1950s. The central point is that most of the decisions regarding elementary and secondary education in America occurred at relatively disaggregated levels — cities, towns, and rural communities.

The large number of school districts across the United States, the vast majority of which were fiscally independent, means that decisions concerning resources devoted to schools, teachers, education generally, and curriculum were made locally. In many European countries, such decisions were made at a much higher level, often nationally. It is possible that the more disaggregated level of educational decision-making fostered education for the masses, particularly during the nineteenth and the early-twentieth centuries. Even though some districts were considerably poorer than others, the greater homogeneity within the districts could have greatly enhanced school expenditures. The reasoning is simple. Education, particularly at the secondary level, was primarily a "private good" that was publicly provided. Families could always opt out of the public system, although pay taxes to it, and send their children to private school. The greater the homogeneity within the community concerning "tastes" for education, the more citizens will vote to spend on education. If the decision-making unit includes families with widely differing incomes and tastes for education, it is possible that both the bottom and the top of the distribution will opt out of the public education system, leaving the middle group with a poorly financed or non-existent school system. Thus, greater local governance could account for the more rapid and more complete spread of secondary schooling in the United States than in Europe in the early to mid-twentieth century.

The greater level of education in the United States than Europe until late in the twentieth century is, of course, due to a host of factors and not just the decentralization of educational decision-making. These other factors include higher levels of wealth, lower relative opportunity cost for youths, competing religions that valued the ability of the laity to read the bible, and the ideology of democratic ideals of universal literacy (Goldin and Katz, 1997, 1999).

## II. Educational Institutions and Education Data

The large number of school districts and the highly localized nature of school finance and administration in the United States complicate the compilation of education data for the United States. Rather than being collected by one national agency or even many state agencies, most of the series are built up first at the state level from the localities and then at the federal level from surveys of the states. The procedure differs from series to series, although most come from the states through the federal government. The federal government began to collect data on education from the states just after the establishment of the Office of Education in 1867.

The Office of Education has had a rather complicated history but is of sufficient importance to the data series that it shall be told in brief. The Bureau of Education, the forerunner of today's Department of Education, was established in 1867 and became the Office

Pl.0239

of Education in 1869, an agency of the Department of the Interior where it stayed for 70 years. It was known as the Bureau of Education for those 70 years, but in 1929 it was renamed the Office of Education. In 1939 it became part of the Federal Security Agency and was, in 1953, included in the new agency of Health, Education, and Welfare (HEW). The Department of Education became a separate cabinet-level agency in 1980. Each of the states also eventually appointed a superintendent or commissioner of education and founded an office, bureau, or board of education. The first state board of education was established in Massachusetts in 1837 and was headed by Horace Mann, an individual best known for his tireless crusade for free common schools.

Most of the data in the series begin with the establishment of the federal Bureau (or Office or Department) of Education. Thus the earliest date for education series is around 1870 (e.g., <**CG.A.2**>). As noted before, this is especially unfortunate with regard to the history of the common and elementary schools. The data for secondary school education suffer less from this omission since the expansion of high schools began in the late nineteenth century. Private academies, functioning much like secondary schools, proliferated in the mid-nineteenth century but no hard data can be found on their numbers and impact. Institutions of higher education in the United States date back to the opening of Harvard University in 1638. But at the aggregate level they, too, can be examined quantitatively only after 1870. As with secondary schools, there is little lost since only a small fraction of Americans could have been attending colleges and universities before.

Despite various problems in assembling the education data series, the relative stability and uniformity of U.S. educational institutions has simplified the task. The levels of education in the United States have not varied much across time and space. "Common school" generally includes youths between ages 6 or 7 and 14 or 15 (or older, if the youth had not attended regularly). That is, common school generally means grades 1 to 8, even though the schools were "ungraded," occupied a single room, and had but one teacher. Common schools were mainly found in the "open country" or rural areas, and continued to be numerous until the mid-twentieth century (<**CG.A.1.6**>). Youths in rural areas often went to common school for longer than eight years, but this was generally remedial. Only rarely did it mean they were being taught at the secondary school level (see, e.g., Goldin and Katz 1999b). Towns, villages, and cities had graded elementary schools.

Secondary or high school generally means grades 9 to 12, or ages 14 or 15 to 17 or 18. At the start of the "high school movement" in the early 1900s, however, many high schools in small towns covered only grades 9 to 10 or 11. Several curriculum changes have altered the two levels, elementary and high, across the twentieth century. The "junior high school" was introduced in 1909 (in both Columbus, OH and Berkeley, CA) and spread rapidly to other districts. It was adopted to keep pupils, who would otherwise leave at age 14, to grade 9, award them a diploma, and give them practical training, for example in shop and home economics. Since junior highs included grades 7 to 9, elementary school was shortened to grades 1 to 6, and high schools became "senior highs," covering from grades 9 to 12. This system is known as "6-3-3," and the previous one as "8-4." At various points in the past century, some districts returned

-4-

Pl.0240

to the previous model whereas others eliminated the junior high school and introduced the middle school, encompassing grades 5 to 8.  Curriculum changes are far more difficult to track, as will be discussed in the section on secondary schooling.

Most of the series presented employ the school, rather than the calendar, year.  That on primary and secondary school enrollment, however, switches in 1965 to "opening fall" enrollment (<**CG.A.3**>) and that for higher education switches in 1946 (<**CG.B.2**>).  The distinction concerns the period within which enrollments are accumulated.  "Opening fall" enrollment is believed to be the more accurate method and counts only those students enrolled at the beginning of the school year, whereas the other method accumulates enrollments during the entire year.  The difference is trivial for elementary and secondary school students.  For college and university enrollments, however, there could be more substantial differences if students transfer from one institution to another.

Each state, today and in the past, determines what constitutes promotion and graduation.  With the establishment of the state universities, graduation from high school often implied automatic college admission.  Thus states took great interest in the level of proficiency required to graduate from high school.  Similarly, promotion from eighth grade in many states meant admission to public high schools and many states also took an interest in that transition.  In the early twentieth century, particularly after World War I, various states pioneered in the testing of students.  A version of the well-known Iowa Test of Educational Development began in the 1920s, but was not administered statewide for another decade.  The New York and California Regents also produced their own exams.  Only scant evidence, however, exists on time trends regarding elementary and secondary school exam scores (Bishop 1989).  One aspect of the history of promotion and graduation is clear.  There was considerable age-in-grade retention until the mid-twentieth century when automatic promotion became a more common phenomenon.  Retention rates can be computed using <**CG.A.3**> on the fraction of pupils continuing from grade 5.  Because these data are for public school students only, the transit of private students (generally Catholic) to public schools after grade 8 complicates the calculation.

Higher education, at least since the mid-nineteenth century, has been a four-year program, although there are various exceptions and some important changes.  One exception is that until the twentieth century, many professional degrees (e.g., law, medicine) did not require a baccalaureate degree and thus the first professional degree often included a B.A.  Because of this feature, the series on undergraduate enrollment and degrees includes first professional degrees until the mid-twentieth century.  Junior (or community) colleges have been two-year institutions ever since the beginning of the twentieth century.  Normal (or teacher-training) schools were often two-year programs but became four-year in some states starting in the 1920s and in most others in the 1940s and 1950s.  Teacher-training institutions complicate the higher education data to a considerable degree since the number of women enrolled in them was substantial and program length was not always specified.  For that reason, some researchers exclude them in the older data but include them after the 1940s (e.g., Goldin and Katz 1999a).

-5-

Pl.0241

Schools at all levels can be under public or private control.  At the elementary and secondary levels, the type of control is generally unambiguous in the data series.  This is especially true with regard to denominational institutions.  The vast majority of private kindergarten to twelfth grade (K-12) schools are denominational.  (It is likely that control will be a more ambiguous concept in the future if school vouchers can be used in denominational schools, as they have been in a recent policy experiment involving Catholic schools.)  Control of higher education has been a somewhat less transparent concept.  In the first place, some institutions of higher education that were under private control received the initial Morrill Land Grant (1862) funds from the state (e.g., Cornell University, M.I.T., Yale, Rutgers).  More important, the federal government supports research at private institutions and allocates student aid on the basis of need, not the control of the institution.  All the G.I. Bills, for example, paid private and public tuitions, and Pell Grants subsidize students at a range of institutions.  Thus, the control of the institution is not necessarily coterminous with the source of funding.  It never was.  Harvard University, for example, received funds from the Massachusetts colonial government and afterwards from the state until the early nineteenth century.

This essay ends with an extensive "note on the sources," but there are some details that must be addressed before.  As already mentioned, most of the sources are the "administrative records" of localities and states.  That is why the existence of the U.S. Bureau of Education, which compiled these data, is important to the construction of the series and why the earliest date for the series is about 1870.  These administrative sources provide "flow" data, rather than "stock" data.  That is, they give contemporaneous information on students, teachers, schools, finances, and so on, rather than the number of years of schooling of the population or the number of individuals who ever taught, to provide two examples.  They reveal little about student characteristics in terms of age, sex, race, ethnicity, and family background, although some are occasionally indicated.  Racial segregation of public schools in the South, for example, allows the calculation of high school graduation by race after 1930 (<**CG.A.17**>).  Some administrative data are given by sex (e.g., <**CG.A.11**>).  Because the administrative data are rarely given by age, the contemporaneous "flow" numbers have to be divided by the relevant population group to obtain rates.

Other potential sources of education data are the U.S. census, or Current Population Survey (CPS), or state censuses.  The U.S. census, ever since 1850, has asked whether an individual had attended (almost any kind of) school (for at least one day) during the preceding year.  But it was not until 1940 that the U.S. census, and later the CPS, asked the "stock" of education, that is the accumulated years of school or "highest grade completed" of the population.  Only two states (Iowa and South Dakota) asked questions on educational attainment before 1940, and research on the subject has been done using the Iowa State Census of 1915 (Goldin and Katz 1999b).

The relationship between education and income, at the individual level, can be presented for the entire United States only beginning with 1940 (<CG.F.1> and <CG.F.2>).  But even the 1940 data are subject to considerable bias.  Although the 1940 federal population census was the

Pl.0242

first to inquire of income and education, both variables contains omissions and biases. Wage and salary income was requested in 1940, but that from self-employment was first asked in 1950.

The education and income series (<CG.F.1> and <CG.F.2>) use comparable income measures for the decennial census years 1940, 1950, and 1960 (wage and salary income) and then switch, by necessity, to a more inclusive measure of income when using the Current Population Survey. Caution should be exercised in using these data to make inferences about the role of education in enhancing income. One reason is that the aggregate population is used (males greater than or equal to 25 years old) and there were large compositional changes between census years. From 1940 to 1950, for example, the fraction of young men with high school diplomas increased substantially. Because these persons had little job market experience, their average earnings were lower than those of older high school graduates and not much higher than those of older individuals without a high school diploma. The compositional change means that, in times of rapid educational advance, the role of more education (here a high school diploma) will not be as apparent than had the series been divided by age.

"Highest grade completed" was asked in 1940, but many older Americans had not attended graded schools and some went to school for more years than grades. There is considerable evidence that the 1940 census overstates the high school graduation rate of older Americans to a considerable degree (Goldin 1998). The graduation data are often inconsistent with those from administrative data, although those for lower grades are not. Educational data from the census  (and also those from the Current Population Surveys) are also important because they allow tabulation of education by individual and family characteristics (e.g., <**CG.A.4**>).

Even though the U.S. population census asked whether an individual had attended school during the previous year, the answers overstate the number of youths who were actually attending formal day school for at least several months during the year (they are, however, given for 5 to 19 year olds in <**CG.A.15**> and graphed in Figure 1). The length of time attended, as previously noted, was "for at least one day" and the type of school was virtually any, including night and commercial schools. Thus, for most of the period under consideration, the administrative data must be relied on for virtually all the series. It should be noted that the terms enrollment and attendance are used interchangeably in this series. Although the census question concerned attendance of school for at least one day, the convention is to use the term enrollment in this case.

Schools took various forms over the period in question. The common school was a simple one-room structure, often situated on someone's quarter section or farm. The town school in almost any era would be recognizable to those reading this essay, although there would be various differences across time. One is that elementary and high schools, early on, were often in the same building. Thus, it is impossible to produce separate series on these schools until the 1930s (<**CG.A.1**>). Some states listed virtually all elementary schools as high schools, whereas others had state laws requiring secondary schools to be separate structures. Similar ambiguities plague issues regarding instructional staff. States each had regulations concerning who could

-7-

Pl.0243

teach and what the prerequisites were.  But these varied enormously across space and time.  The series presented here accept the definitions in the administrative records.  Someone who taught secondary school students was a secondary school teacher.  But there are times, when even this distinction is opaque.

One last important data issue must be mentioned.  Education is "life-long learning," and much of it does not take place in formal settings and is, thus, difficult to track.  The series presented here will, by necessity, omit on-the-job training and also proprietary training institutions.  It is possible to study the latter for much of the twentieth century because the Office of Education often collected information on them.  Commercial schools proliferated in the 1910s and 1920s, but there is, at present, no readily available, comprehensive, and reliable series on them.

## III. The Three Transformations of American Education

Schooling is intrinsically a hierarchical process both in terms of how one is taught and how teachers are trained.  Thus any state or nation that has elementary schools must have teachers with knowledge exceeding that of the highest grade being taught in them.  The teachers, in turn, would have to have been trained by someone with even greater knowledge.  Thus, although the United States underwent three transformations of education (primary, secondary, and tertiary), all three levels were in place simultaneously for all of U.S. history.  Europe, to be sure, was relied on in the nineteenth and early twentieth centuries particularly at the level of higher education.  America imported instructional staff for colleges and universities and also exported students (many of whom returned as trained academics).  But the fact that many American institutions of higher learning were founded far in advance of the third transformation is an indication of the importance of the highest levels of education for training at the most elementary.

The periodization of the three transformations dates the completion of each schooling level by the majority of youth.  The completion of each of the transformations can be thought of as the moment when an education level was available and taken up by the "masses" or, put another way, when "mass education" reached that level.  The first transformation brought the bulk of youth through common or elementary school (eighth grade) and occurred during the nineteenth century.  The second transformation brought the majority of youth through secondary or high school and occurred in the first half of the twentieth century.  The third transformation, still on-going, is bringing the majority of young adults through four-year higher education.

### A.  Primary or Common School and Elementary Education

The first educational transformation occurred over an extended period but moved rapidly during the middle of nineteenth century when fully free, publicly funded common schools diffused throughout the nation.  Although compulsory education laws were also passed during the period of the common school transformation, it is believed that they lagged rather than led it.  That is, the state laws were passed only after the majority of youths had already gone beyond the

Pl.0244

age of compulsion in the laws.  As noted previously, the most interesting period of common school diffusion predates the era of readily accessible data.

Almost all of the data series concerning K-12 education begin with 1870.  The exception is that for school attendance (for 5 to 19 year olds) from the U.S. federal population census (<**CG.A.15**>, see also Figure 1).  Beginning with the collection of the administrative information by the Office of Education in 1870, data exist on public and private enrollments by level or grade (<**CG.A.2**>), where common school students are classified in the K-8 group.   More detailed data on students by grade can be computed after 1910 for public school students (<**CG.A.3**>).  But it is not until the late 1910s, with the publication of the *Biennial Survey of Education in the United States* (see *A Note on the Data Sources and Data Issues*) that data are available to calculate student-teacher ratios (e.g., <**CG.A.2.5**>).  Because the age of students was not collected in most administrative data, rates of attendance have to be computed by assuming an age group (e.g., 14 to 17 for secondary school) and using the data on population by age (and sex and race) contained in another chapter of *Historical Statistics*.

According to the data in <**CG.A.2**> and <**CG.A.15**>, the transformation to "mass" primary school education (among the free population) was completed by the mid-nineteenth century.  The transition, moreover, was similar for males and females (see Figure 2).  Although none of these series reveals the precise fraction of males and females at different ages attending school, considerable work by educational historians has shown that, at least in the elementary and secondary grades, females attended school for more months than did males for much of the period.  Even though a large fraction of youths were enrolled in and attending school, the attendance of those enrolled was between 60 to 70 percent of the school year from the 1850s to the 1910s or between 80 and 110 days per year (<**CG.A.6.3**>).  All the data, as previously reported, regrettably say nothing about the pre-1850 period.

Among the more important changes in elementary public school education since 1970 has been the increase in the fraction of public school youths in "special education programs" (<CG.A.5>), the unionization of teachers (<**CG.A.16**>), the decrease in classroom size (<**CG.A.2**>), and the increase in real expenditures per child (<CG.D.2>).  The increase in real expenditures per child should not be too surprising since the real cost of teachers, (nominal amounts are given in <**CG.A.7**> which must be deflated by a price index series in *Historical Statistics*), rises with general levels of productivity.  But simple decompositions show that the increase in expenditures per pupil cannot be fully explained by the increase in the real wage of teachers, the decrease in classroom size, and the increase in more costly special education students.  Administrative costs per pupil, it appears, have enormously increased.  Another important recent change is the increase in pre-school education (<CG.A.14>).

Most education data measure the quantity of schooling received, in years or grades.  The quality of education is an equally important, yet less transparent, aspect.  Quality can be proxied by the student-teacher ratio (<**CG.A.2**>) or the length of the term (<**CG.A.6.2**>), to mention two measures that can be used over the long run.  Current concern with K-12 educational quality has focused on another measure, that of test-scores.  Among the most widely used is the National

Pl.0245

Assessment of Educational Progress or NAEP (<CG.A.13>).  Although the United States has done poorly in international test comparisons, NAEP scores have generally risen since the 1970s. A reconciliation of these two observations is yet to be accomplished.

### B.  Secondary or High School

The second transformation of American education was the "high school movement" and it was the most rapid of the three.  In 1910 less than 10 percent of all U.S. youths graduated high school, but by 1940 the median youth was a high school graduate (<**CG.A.11**>).  And in certain parts of the nation (e.g., the Pacific, West North Central, and New England states), the "high school movement" was even more rapid (see <**CG.A.17**> and Figure 3).  In those states, graduation and enrollment rates were as high in the 1930s as they would be until the 1960s (<**CG.A.17**> and <CG.A.18>).  Because the "high school movement" began in the early part of the twentieth century and secondary school attendance was relatively meager before, little is lost from the late starting date for the series.  (On the "high school movement" see Goldin 1998.)

The secondary school graduation rates in Figure 3 (and <**CG.A.17**>) are computed by dividing the administrative data on high school graduates by the number of 17 year olds in the census division (aggregated up from the states).  The secondary school enrollment rates are similarly computed, but the denominator is the number of 14 to 17 year olds.  The fact that some students were older than 17 or younger than 14 may trivially affect the calculation.  More important is that the state population data are available only for decennial census years and must be interpolated between them.

It may appear odd that the contemporaneous high school graduation rate, graphed in Figure 3, is higher in 1970 than it is after.  Those data, it will be recalled, were obtained from administrative sources.  Data from the major household survey of population — the Current Population Survey — show, to the contrary, that the fraction of 25 to 29 year olds, for example, claiming to have graduated from high school does not decline from 1975 to 1985 (corresponding to the approximate year of high school graduation of 1966 and 1976).  Rather the fraction graduating high school increases and attains a level that is about 7 percentage points higher than in the administrative records for the same birth cohorts.  That is, the contemporaneous public and private high school graduation rate in 1985 is about 73 percent (see Figure 3), but is 86 percent for the same cohorts in the household survey.  Most of the difference in the two numbers is accounted for by the General Education Development (GED) credential (discussed below).  The administrative records on high school graduation capture only those who receive diplomas from regular secondary schools, whereas the GED is an examination that can be passed later in life by those who dropped out of high school.

The series in <**CG.A.17**> and <CG.A.18> include public and private secondary school students.  Also included are college preparatory students in institutions of higher education. Before high schools spread across the nation, many public and private universities and colleges had their own preparatory programs.  Youths often entered these programs straight from elementary school or after several years at their local high school.  The fraction of secondary

-10-

Pl.0246

school graduates coming from all private programs, including an estimate of those from the preparatory departments of colleges and universities regardless of control, is given in <CG.A.19>.

Secondary schooling spread rapidly in the early twentieth century because schools were built and students in districts already having high schools were enticed to enter and remain. The increased demand for white-collar workers and for trained blue-collar workers spurred an interest in and demand for schooling beyond eighth grade. But secondary schools in the nineteenth century were institutions that generally trained youths to attend university. They often prepped pupils to pass the entrance examination of the local private college or the state university, if it had one. High schools were reinvented beginning in the late nineteenth century to be places of practical and applied learning. They also, of course, retained courses of study to train youth to enter institutions of higher education.

Curriculum is difficult to track because of changes in subject matter, among other details. The Office or Department of Education requested information from secondary schools from 1889-90 to 1981-82 on the number of pupils taking various subjects. These data are measured in "pupil-courses" and are expressed in <CG.A.9> as the percentage of pupils taking a course. A course that occupied one hour per week is, by necessity, given equal weight to one that occupied five hours per week. Thus the total can exceed 400 percentage points, even if each student took an average of four full-time courses. The data were systematized in several ways beginning in 1982. Courses were measured in "Carnegie units," where each Carnegie unit is a one-year course, generally equal to five 45-minute periods per week for the entire year (<CG.A.10>). The course of study for the entire high school program (at graduation) is given in <CG.A.10>, rather than an average for those currently in school (as often the case in <CG.A.9>). Whatever the defects of the historical data, they clearly show that the secondary school curriculum became more practically based and also broader in academic subject matter sometime in the 1920s.

As in the first transformation of American education, one may wonder what the effects of state legislation were in the "high school movement." All states passed compulsory education laws at some point in their history and most were accompanied by related legislation regarding child labor. The laws are complex and, prior to the late 1920s, the maximum age of compulsion was generally not binding. Rather, youths could be excused if they obtained a labor permit and had attained some minimum level of schooling. Although the jury is still out, there is considerable evidence that compulsory education laws did not "cause" much of the high school movement. States did, however, pass other legislation that aided secondary school expansion. One neglected piece of legislation is the "free tuition law." Because school districts were small and numerous in rural areas, some districts would have had high schools while others would not have. Families would be responsible to pay tuition to the district with the high school if they lived in a district without one but sent their child to the school. The "free tuition laws" made the sending district responsible for the payment of tuition. Most of these laws were passed in the 1910s and 1920s; Nebraska, for example, passed a "free tuition law" in 1907 and Iowa did in 1913.

-11-

Pl.0247

A more recent development in secondary schooling is the General Educational Development (GED) credential. The GED was instituted during World War II (in 1942) to give veterans without a high school diploma a chance to earn credit for their informal education outside school. Civilians were allowed to take the examination in 1952. The data on individuals taking (and passing) the exam exist from 1971 and are given in <CG.A.12>.

At the start of this essay, it was noted that, by most accounts, the United States exceeded all other nations in mass elementary school education by the 1840s. It not only retained that lead, but with the "high school movement," it increased it substantially (Goldin and Katz 1997). Although Germany instituted various types of secondary schools in the early twentieth century, neither it nor any other European country was able to put their "masses" through non-vocational full-time secondary school until well after World War II. Thus, when the United States passed the G.I. Bill of Rights (1944), it could promise to put returning veterans through college because the median eighteen year old was already a high school graduate. No other country could accomplish the same task nor would for some time after.

### C. Tertiary or Higher Education

The third great transformation of American education — that to mass higher education — has been the most prolonged and is still ongoing. Part of the reason for the length of the transition, as noted previously, is that lower levels of education need higher ones to train teachers. All nations require institutions of higher education long before they are to be transformed into nations of highly educated people. Institutions of higher education serve many purposes, of course. Early in American history, for example, these institutions trained ministers, as well as lawyers, and military and political leaders.

Institutions of higher education (B.A. granting, four-year) increased steadily in numbers in the United States across the nineteenth century. There was a large burst of activity in the 1870s in the public sector and in the 1890s in the private sector (Goldin and Katz 1999a, analyze institutions surviving to the 1930s). The increase in public universities in the 1870s owes to the celebrated Morrill Land Grant Act of 1862, one of many pieces of legislation passed during the Civil War's 37th Congress that had been previously defeated or vetoed. The Morrill Land Grant Act gave scrip in the form of federal land to each of the states "for the endowment, support and maintenance of at least one college where the leading object shall be — without excluding other scientific and classical studies and including military tactics — to teach branches of learning as are related to agriculture and mechanic arts" (Nevins 1962). The institutions could be publicly controlled, or privately controlled, as they were in states such as New York and New Jersey.

The Morrill Land Grant Act did not, however, set up the first state universities. By 1862 the majority of existing states outside the northeast (19 out of 24) already had a state institution of higher education; some states (e.g., Virginia, Ohio) had more than one. States used their Morrill funds in various ways. Some established their first institution (e.g., Nebraska), some gave the money to the existing state institution (e.g., Wisconsin), and others established an additional university (e.g., Michigan). It should also be noted that the Morrill Land Grant Act of

-12-

PI.0248

1862 was but the first of several related acts. An amendment to the original act extended the land grants to states as they entered the union. The second Morrill Act in 1890 set up annual appropriations to the land-grant institutions, and was indirectly responsible for establishing those now termed the "historically-black" institutions of higher education by denying funds to states that did not provide facilities to black students (<CG.B.7>).

The series in <CG.B.1> on the number of institutions of higher education contain several complicated features. One concerns teacher-training institutions, also known as normal schools and teachers' colleges. Teachers' colleges often began as 2-year institutions but later became 4-year institutions, able to grant the baccalaureate degree. Many of the state teachers' colleges were later made into the second tier of the state university system (as, for example, in California and Illinois) or the state university system itself (as in New York State). Thus, in the absence of detailed knowledge of the type of degrees awarded in each year, it is impossible to separate the institutions into 2-year and 4-year. Another complication is that state universities often establish separate campuses across the state. Before 1975 these branch campuses were treated as part of the central university, whereas after 1975 they are treated as separate institutions (see demarcation in <CG.B.1>).

The series on the enrollment of individuals in institutions of higher education (<CG.B.2>) is more complicated than that for elementary and secondary schools. In the first place, many students in their first professional degree program were simultaneously in an undergraduate program, until the middle of the twentieth century. Undergraduates and first professional degree students are, therefore, combined for consistency in the historical series. The computed undergraduate enrollment rates (<CG.B.2.2>) are therefore more inflated after the 1940s, when few professional students would not have had an undergraduate degree. Another difficulty is deciding what age group to use in the denominator. College students more widely disbursed by age than are those in K-12, and the inclusion of the professional and graduate students means that a wider age group is required. The standard is to use 18 to 24 year olds.

The main gender difference in education in U.S. history has been the greater enrollment of males in colleges and universities, particularly 4-year institutions. But ever since the early 1980s women have enrolled in institutions of higher education and received B.A. degrees in greater numbers than have men (see <CG.B.3> on degrees, and <CG.B.2> on enrollment). As can be seen in Figure 4, the fraction of 20 to 24 year olds enrolled in school is now greater for females than for males. It should also be noted in Figure 4 that the fraction of males enrolled in school has only recently exceeded the peak level of the late 1960s (the same is true for 20 to 24 year olds). This anomaly is mainly due to the war in Viet Nam and draft deferments.

The transition to mass higher education in the United States owes to several factors. One is the increase in high school graduation early in the twentieth century. Another is the G.I. Bill for World War II and Korean veterans. Recent research has shown that these G.I. Bills increased the level of undergraduate education above what would have been the case in their absence (Stanley 1999). Further, they were more than compensatory. A somewhat higher fraction of men went to college than had they not served in these wars. The spread of the Scholastic

-13-

PI.0249

Aptitude Test (SAT) particularly in the 1940s also democratized the admissions procedure for college.  Finally, the explosion of public junior colleges (also known as two-year or community colleges, see <CG.B.1>) in the 1970s allowed even the financially and scholastically constrained individual to continue in higher education.

*IV. Interpretation*

This essay has emphasized the leadership of the United States in education — the rapid increase in schooling in the early nineteenth century, the widening lead in the early to mid-twentieth century, and the high levels of tertiary education in the post-World War II period.  By the very end of the twentieth century, however, many of the world's rich nations, and even some of the "newly industrialized economies," are closing the gap with the United States in educational quantities.  More important, they are rapidly exceeding the United States with respect to educational quality, and even with respect to quantities adjusted by quality, although this concept is difficult to measure.

Many of the virtues of the U.S. educational system, that served Americans so well in the past, are fast becoming disadvantages and drawbacks.  The extremely open and forgiving system that enabled generations of Americans to continue to secondary school and college now means that there are no rigid standards and no national examinations.  The upper half may be doing well, but the bottom half is often left behind in the United States.  In many European countries, the bottom half is challenged and sorted by standardized tests or offered technical tracks.  The localized nature of educational finance in the United States may have advanced schooling in previous decades.  But it is, more and more, coming under attack for its inherent inequities.  Rich districts can afford good schools but poor districts cannot.  School finance equalization attempts to reallocate funds within states.  But it often has deleterious and unintended consequences leaving the poor no better off than before and occasionally worse off.

Describing educational change in American history is a much easier task than understanding why change occurred and what its consequences have been.  With regard to advances in schooling, it is clear that there is a complicated interrelationship between the demand for educated workers and citizens, and the public's response.  Legislation, as pointed out throughout this essay, has been important at various critical junctures in U.S. history, was *not* the driving force behind "mass education."  The public provision and funding of education, however, have been strong positive forces in spurring the three great transformations of American education.

There are many studies (e.g., Goldin and Katz 1999b) demonstrating positive relationships between education and income and between schooling and productivity.  Many countrywide studies also reveal strong relationships between education and income and between schooling and economic growth.  Several potential biases plague these fine research efforts.  Though we still do not know for certain, it would appear that the extraordinary record of economic growth, income, and productivity throughout U.S. history owes something to its lead in education for the masses.

-14-

**Pl.0250**

*A Note on the Data Sources and Data Issues*

The majority of the series are updated versions of those in *Historical Statistics* (U.S. Bureau of the Census 1975).  Many, however, are new to the volume.  Most, although not all, of the series are updated annually by the National Center for Education Statistics (NCES) of the U.S. Department of Education and are published in the *Digest of Education Statistics*.  Tables from recent editions of the *Digest of Education Statistics* and other NCES publications can be accessed at http://nces.ed.gov/.  In the process of updating, the NCES often revises previously published data and thus these series may in the future be altered in small ways by NCES.  NCES also published *120 Years of American Education: A Statistical Portrait* (U.S. Department of Education 1993) and its editor, Thomas Snyder of NCES, was enormously giving of his time during the preparation of the new *Historical Statistics* education series.  The series presented here borrow from some of the tables in *120 Years*, which are updated versions of the historical series in the *Digest* and many from *Historical Statistics*.

The primary sources for most of the series begin in 1869-70 with U.S. Office of Education, *Annual Reports of the Commissioner of Education*.  These reports extend to 1916-17 when they were superseded by the *Biennial Survey of Education in the United States*.  The *Biennials*, published for the even numbered school year from 1917-18 to 1957-58, include general information on the U.S. school systems, reports from the state school systems and those of the cities.  The *Biennials* also include a wealth of data on all levels of education and types of school, including private and commercial.

Much of the detailed data in the early *Biennials* came from surveys of school districts, and complementary data came from surveys of the states.  Sometime in the early 1930s, the Office of Education revised some of the earlier data to take account of obvious underreporting from the school districts.  The Office never mentioned the procedure that was used nor commented that the revisions were being made.  It simply published series with different numbers.  (See Goldin 1994, 1998 for a discussion of the procedure that the Office must have used in the construction of the secondary school data.)

The *Digest of Education Statistics*, published since 1962, picks up where the *Biennials* leave off.  Recent tables can be accessed through the NCES website.  The sources for the *Digest* are surveys and estimates of the Department of Education and other agencies.

Private school data were often collected by the Office or Department of Education but, beginning in the 1950s, data from the National Catholic Welfare Conference have been relied on for the bulk of private students, those in Catholic schools (see, e.g., <**CG.A.17**>).  The pioneering work of Abbott L. Ferriss (1969) in rendering consistent many of the historical education series should also be mentioned.

Pl.0251

*Bibliography*

Bishop, John H. 1989. "Is the Test Score Decline Responsible for the Productivity Growth Decline?" *American Economic Review* 79 (March): 178-97.

Easterlin, Richard A. 1981.  "Why Isn't the Whole World Developed?" *Journal of Economic History* 41 (March): 1-17.

Ferriss, Abbott L. 1969. *Indicators of Trends in American Education*.  New York: Russell Sage Foundation.

Fishlow, Albert. 1966.  "The American Common School Revival: Fact or Fancy?"  In Henry Rosovsky, ed., *Industrialization in Two Systems: Essays in honor of Alexander Gerschenkron* New York: Wiley.

Goldin, Claudia. 1994. "Appendix to How America Graduated from High School: An Exploratory Study, 1910 to 1960."  NBER Working Paper No. H57 (June).

Goldin, Claudia. 1998. "America's Graduation from High School: The Evolution and Spread of Secondary Schooling in the Twentieth Century," *Journal of Economic History* 58 (June): 345-74.

Goldin, Claudia and Lawrence F. Katz. 1997. "Why the United States Led in Education: Lessons from Secondary School Expansion, 1910 to 1940."  NBER Working Paper No. 6144 (August).

Goldin, Claudia and Lawrence F. Katz. 1999. "Human Capital and Social Capital: The Rise of Secondary Schooling in America, 1910-1940," *Journal of Interdisciplinary History* 26 (Spring): 683-723.

Goldin, Claudia and Lawrence F. Katz. 1999a. "The Shaping of Higher Education: The Formative Years in the United States, 1890 to 1940," *Journal of Economic Perspectives* 13 (Winter): 37-62.

Goldin, Claudia, and Lawrence F. Katz. 1999b. "Education and Income in the Early 20th Century: Evidence from the Prairies, 1915 to 1950."  NBER Working Paper No. 7217 (July).

Kaestle, Carl F. and Maris A. Vinovskis. 1980. *Education and Social Change in Nineteenth-Century Massachusetts.*  New York: Cambridge University Press.

Nevins, Allan. 1962. *The State Universities and Democracy.*  Urbana, IL: University of Illinois Press.

Stanley, Marcus. 1999. "College Education and the Mid-Century G.I. Bills."  NBER Working Paper (forthcoming).  Paper presented to the 1999 NBER Summer Institute.

**Pl.0252**

U.S. Bureau of the Census. 1975. *Historical Statistics of the United States from Colonial Times to the Present*.  Washington, D.C.: U.S. GPO.

U.S. Department of Education, National Center for Education Statistics. 1993. *120 Years of American Education: A Statistical Portrait*.  Washington, D.C.: U.S. GPO.

Pl.0253

&lt;/ref_section&gt;

Pl.0254

-18-



Figure 1: School Enrollments/(5 to 19 year olds) by Race for Both Sexes (expressed as a percentage), 1850 to 1994

Source: <**CG.A.15**>.

**Pl.0255**



Figure 2: School Enrollments/(5 to 19 year olds) by Sex for Whites (expressed as a percentage), 1850 to 1994

Source: <**CG.A.15**>.

Pl.0256



Figure 3: Public and Private High School Graduation Rates (percentage of 17 year olds) for the United States and Four Census Divisions

Sources: <**CG.A.11**> and <**CG.A.17**>.

Note: The data on high school graduates come from administrative sources and do not include those who might later earn the GED credential.  See text.

Pl.0257



Figure 4: Enrollment by Sex for 18-19 year olds and 20-24 year olds

Source: <**CG.A.4**>.

Pl.0258

*Timeline of Important State and Federal Legislation, Judicial Decisions, and Historical Periods in U.S. Education*

1635    *Boston Latin School*: first "grammar" or secondary school in the colonies opens; Boston Latin was funded, in part, by income from a public land sale, making it the first public school in America.

1638    *Harvard University*: the first university in America, founded in 1636, is opened to students.

1647    *Old Deluder Satan Act of the General Court of the Colony of Massachusetts Bay*: Towns of 50 families or more must established a public elementary school and towns of 100 families or more must establish a public "grammar" school "with a master capable of preparing young people for university level study."

1785    *First state university*: chartered in Georgia.

1785    *Land Ordinance of 1785*: "an Ordinance for ascertaining the mode of disposing of Lands in the Western Territory" (north of the Ohio River and east of the Mississippi) passed by the Continental Congress, reserved section 16 of each congressional township (36 square-mile sections) for the support of public schools within the township.

1787    *Northwest Ordinance*: "an Ordinance for the government of the Territory of the United States northwest of the River Ohio" passed by the Continental Congress, noted that because "religion, morality, and knowledge" are essential to good government, "schools and the means of education shall forever be encouraged."

1789    *U.S. Constitution*: Tenth Amendment provides legal basis for making education a state function.  First Amendment and Fourteenth Amendment together assure separation of church and state in the provision of education at the local level.

1789 → *State constitutions*: provide for the establishment of statewide school systems and, for states entering the union after 1862, contain allotments of federal lands to support state institutions of higher education.

1819    *Dartmouth College v. Woodward*: charter of Dartmouth College was determined to be a contract and thus the state legislature of New Hampshire could not abrogate it and set up a state college instead.

1830    *Laws prohibiting the teaching of slaves to read*: first such law passed in Louisiana; Georgia and Virginia follow in 1831; Alabama in 1832, South Carolina in 1834, and North Carolina in 1835.

1833    *Oberlin College*: (was Oberlin Collegiate Institute) in Ohio is founded as the first coeducational college in the United States.

1837    *Massachusetts Board of Education*: Horace Mann appointed to head the first state board of education.

1850    *Amendment to the Land Ordinance of 1785*: increased educational allotment to two sections, 16 and 36, for states entering after 1850.

1852    *Compulsory school-attendance act*: Massachusetts passed the first such law in the United States.

1862    *Morrill Land Grant Act*: Congress granted funds (scrip in federal land) to states to found colleges of mechanical arts (engineering), military science, and agriculture.

1867    *U.S. Office of Education*: established

-22-

Pl.0259

1872   *Kalamazoo Decision*: Michigan Supreme Court decision validated use of local funds for secondary school education similar to their use for elementary (common) school education.

1887   *Hatch Act*: provided government support of state agricultural experiment stations, as joint research projects of state agricultural colleges and the U.S. Department of Agriculture.

1890   *Second Morrill Land Grant Act*: Congress instituted regular appropriations for the land-grant colleges; the "historically black" institutions were set up in response to the demands of this act that nonwhite students be provided facilities.

1896   *Plessy v. Ferguson*: Supreme Court validated the separation of black and white pupils and established the "separate but equal" doctrine.

1909   *The Junior High School*: first ones established in Columbus, OH and Berkeley, CA.

1914   *Smith-Lever Agriculture Extension Act*: set up agricultural extension.

1917   *Smith-Hughes Vocational Act*: gave funds to support agriculture, industry, and home economics education and created the Federal Board for Vocational Education.

1918   *Compulsory school-attendance laws*: all states have such a law, although the maximum age of compulsion often exceeds the age at which a work-permit can be granted.

1942   *General Education Development (GED) Program*: initiated to provide World War II veterans lacking a high school diploma with an opportunity to earn a secondary school credential; civilians were first able to take the test in 1952.

1943   *West Virginia Board of Education v. Barnette*: Supreme Court ruled that students who are Jehovah's Witnesses were not obliged to participate in saluting the flag.

1944   *G.I. Bill of Rights*: 78th Congress provided subsistence allowances, tuition fees, and supplies for the education and training of veterans of World War II in a wide variety of settings including colleges, high schools, and vocational training institutions.

1950   *National Science Foundation*: established to "promote the progress of science; to advance the national health, prosperity, and welfare; to secure the national defense; and for other purposes."

1952   *Korean War G.I. Bill of Rights*: educational benefits of the 1944 Bill are extended to Korean War veterans and others who served in the armed forces during the war period.

1954   *Cooperative Research Program*: authorized the U.S. Commissioner of Education to contract with institutions of higher education and state education agencies for educational research.

1954   *Brown v. Board of Education*: held unconstitutional the deliberate segregation of schools by law on account of race

1958   *National Defense Education Act*: provided extensive aid to schools and students.

1962   *Engel v. Vitale*: Supreme Court ruled that the state could not enforce prayer in public schools.

1963   *Vocational Education Act*: further expanded agricultural extension.

1964   *Civil Rights Act, Title IX of the Education Amendments of 1972 and Section 1983 of the 1964 Act*: outlaws discrimination by sex and protects students from receiving different resources and other disparate treatment on account of sex.

1965   *Head Start*: established in the Office of Economic Opportunity as a way to serve children of low-income families; later administered by the Administration for Children and Families.

-23-

**Pl.0260**

1973    *Federal Pell Grant Program*: authorized under the Higher Education Act of 1965, provides for undergraduate student aid based on need.

1975    *Education for All Handicapped Children Act* (EAHCA): requires better access to schools for disabled students.

1975    *Individuals with Disabilities Education Act* (IDEA): replaces EAHCA and addresses the failure of many states to comply with EAHCA.

1978    *University of California Regents v. Bakke*: Supreme Court rules against reverse discrimination, fixed quotas cannot be set.

1980    *Department of Education*: established as a separate cabinet-level agency.

Pl.0261

### Data Series Table of Contents for
### Education Chapter (old *Historical Statistics* Series H 412-787)
(Note: Only tables in **bold** are included with this essay.)

**1. Educational Flow**

    **A.  K-12, public and private**

**CG.A.1**    *Public school districts and elementary and secondary schools, 1916-1996*

**CG.A.2**    *Public and private enrollments, grades K-8 and 9-12: 1869-70 to fall 1996*

**CG.A.3**    *Enrollment in public elementary and secondary schools, by grade: 1910-11 to 1995-96*

**CG.A.4**    *School enrollment and school enrollment rates, by age and sex: 1940 to 1995*

CG.A.5    *Children served in special education programs, by type of disability, 1921-22 to 1995-96*

**CG.A.6**    *Average daily attendance and the average school term of public elementary and secondary schools: 1869-70 to 1994-95*

**CG.A.7**    *Public elementary and secondary day school teachers and instructional staff, counts and average annual salaries: 1869-70 to 1994-95*

CG.A.8    *Catholic elementary and secondary schools, enrollment, and staff: 1920 to 1996*

**CG.A.9**    *Public school enrollment by subject in grades nine to twelve: 1889-90 to 1981-82*

CG.A.10    *Average number of Carnegie units earned by public high school graduates in various subject fields, by race and sex: 1982 to 1994*

CG.A.11    *High school graduates, by sex and control of institution: 1870 to 1997*

CGA.12    *General Educational Development (GED) credentials issued, and number and age distribution of test takers: United States and outlying areas, 1971 to 1995*

CG.A.13    *Student proficiency in reading, mathematics, and writing, as measured by the National Assessment of Educational Progress (NAEP), by age, sex, and race/ethnicity: 1971 to 1996*

CG.A.14    *Enrollment of 3 to 5 year olds in preprimary programs: 1965 to 1996*

**CG.A.15**    *School enrollment per 100 5- to 19-year-olds, by sex and race: 1850 to 1994*

**CG.A.16**    *Unionization of teachers and instructional staff: NEA and AFT membership and union density measures, 1960 to 1997*

**CG.A.17**    *Public and private secondary school graduation rates, by census division and race: 1910 to 1962*

CG.A.18    *Public and private secondary school enrollment rates, by census division: 1910 to 1962*

CG.A.19    *Private secondary school graduates as a fraction of all secondary school graduates, by census division: 1910 to 1962*

    **B. Higher Education**

CG.B.1    *Number of institutions of higher education, by control and type: 1869-70 to 1995-96*

CG.B.2    *Enrollment in institutions of higher education, by sex, attendance status, and type and control of institution: 1869-70 to fall 1995*

Pl.0262

CG.B.3    *Degrees conferred by institutions of higher education, by sex and level: 1869-70 to 1994-95*

CG.B.4    *Doctorate degrees conferred by institutions of higher education, by field of study: 1920 to 1994-95*

CG.B.5    *Bachelors degrees conferred by institutions of higher education, by field of study: 1959-60 to 1994-95*

CG.B.6    *Professional staff, by sex, and instructional staff, by control, at institutions of higher education: 1869-70 to 1993-94*

CG.B.7    *Fall enrollment in "historically black" colleges and total college enrollment among non-Hispanic African-Americans: 1976 to 1995*

## 2. Educational Stock

CG.C.1    *Years of school or highest grade completed by persons 25 years old and over, by sex, race and ethnicity: April 1940 to March 1997*

CG.C.2    *Percentage illiterate among persons 14 years old and over, by race and nativity: 1870 to 1979*

## 3. Educational Finance

### A. K-12 (public and private)

CG.D.1    *Revenues for public elementary and secondary schools, by source of funds: 1889-90 to 1995-96*

CG.D.2    *Total and current expenditures and expenditure per pupil in public elementary and secondary schools, by purpose: 1869-70 to 1994-95*

CG.D.3    *Private elementary and secondary school receipts and expenditures, by purpose: 1930 to 1970*

CG.D.4    *Public school pupils transported at public expense and current expenditures for transportation: 1929-30 to 1994-95*

### B. Higher Education

CG.E.1    *Current-fund revenue of institutions of higher education, by source of funds: 1889-90 to 1994-95*

CG.E.2    *Current-fund expenditures and educational and general expenditures per student of institutions of higher education, by function: 1929-30 to 1994-95*

CG.E.3    *Value of property and endowment, and liabilities of institutions of higher education: 1899-1900 to 1994-95*

CG.E.4    *Average undergraduate tuition and fees and board rates paid by students in institutions of higher education, by type and control of institution: 1964-65 to 1996-97*

## 4. Returns to Education

CG.F.1    *Mean annual income of persons twenty-five years old and over by years of school completed, sex, and full-time, year-round work status: 1939 to 1996*

CG.F.2    *Median annual income of persons twenty-five years old and over by years of school completed, sex, and full-time, year-round work status: 1939 to 1996*

-26-

**Pl.0263**

&lt;CG.A.1&gt; Public school districts and elementary and secondary schools: 1916 to 1996[1]

| School year ending | School districts[2,3] | Number of schools | | | | One-teacher public schools[6] |
| | | Elementary | | Secondary | | |
| | | Public[1,4,5] | Private | Public[1,4,5] | Private | |
| Units | Number | Number | Number | Number | Number | Number |
| HS no. | H412 | H413 | H414 | H415 | H416 | H417 |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) |
| 1916 | ----- | ----- | ----- | ----- | ----- | 200,100 |
| 1918 | ----- | ----- | ----- | ----- | ----- | 196,000 |
| 1920 | ----- | ----- | ----- | ----- | ----- | 190,700 |
| 1922 | ----- | ----- | ----- | ----- | ----- | 180,800 |
| 1924 | ----- | ----- | ----- | ----- | ----- | 169,700 |
| 1926 | ----- | ----- | ----- | ----- | ----- | 162,800 |
| 1928 | ----- | ----- | ----- | ----- | ----- | 156,100 |
| 1930 | ----- | 247,581 | 238,306 | 27,188 | 23,930 | 149,282 |
| 1932 | 127,531 | 242,484 | 232,750 | 29,698 | 26,409 | 143,391 |
| 1934 | (NA) | 246,228 | 236,236 | 28,041 | 24,714 | 139,166 |
| 1936 | (NA) | 242,166 | 232,174 | 28,979 | 25,652 | 131,101 |
| 1938 | 119,001 | 231,652 | 221,660 | 28,794 | 25,467 | 121,178 |
| 1940 | 117,108 | (NA) | (NA) | (NA) | (NA) | 113,600 |
| 1942 | 115,493 | 193,397 | 183,112 | 28,134 | 25,123 | 107,692 |
| 1944 | 111,383 | 180,190 | 169,905 | 31,984 | 28,973 | 96,302 |
| 1946 | 101,382 | 170,090 | 160,227 | 27,608 | 24,314 | 86,563 |
| 1948 | 94,926 | 156,831 | 146,760 | 28,776 | 25,484 | 75,096 |
| 1950 | 83,718 | 138,600 | 128,225 | 27,873 | 24,542 | 59,652 |
| 1952 | 71,094 | 134,429 | 123,763 | 27,068 | 23,746 | 50,742 |
| 1954 | 63,057 | 122,614 | 110,875 | 29,550 | 25,637 | 42,865 |
| 1956 | 54,859 | 116,799 | 104,427 | 29,933 | 26,046 | 34,964 |
| 1958 | 47,594 | 108,511 | 95,446 | 29,501 | 25,507 | 25,341 |
| 1960* | 40,520 | 105,427 | 91,853 | 29,845 | 25,784 | 20,213 |
| 1962 | 35,676 | 96,672 | 81,910 | 29,479 | 25,350 | 13,333 |
| 1964 | 31,705 | (NA) | 77,584 | 30,882 | 26,431 | 9,895 |
| 1966 | 26,983 | 88,556 | 73,216 | 31,203 | 26,597 | 6,491 |
| 1968 | 22,010 | 85,779 | 70,879 | 31,311 | 27,011 | 4,146 |
| 1970 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1971 | 17,995 | 80,172 | 65,800 | 29,122 | 25,352 | 1,815 |
| 1972 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1973 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1974 | 16,730 | (NA) | 65,070 | (NA) | 25,906 | 1,365 |
| 1975 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1976 | 16,376 | (NA) | 63,242 | (NA) | 25,330 | 1,166 |
| 1977 | 16,271 | 79,029 | 62,644 | 31,282 | 25,378 | 1,111 |
| 1978 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1979 | 16,014 | 78,079 | 61,982 | 30,270 | 24,504 | 1,056 |
| 1980 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1981 | 15,912 | 77,861 | 61,069 | 30,040 | 24,362 | 921 |
| 1982 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1983 | 15,824 | (NA) | 59,656 | (NA) | 23,988 | 798 |
| 1984 | 15,747 | 79,954 | 59,082 | 31,809 | 23,947 | 838 |
| 1985 | (NA) | (NA) | 58,827 | (NA) | 23,916 | 825 |
| 1986 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1987 | 15,713 | (NA) | 60,784 | (NA) | 23,389 | 763 |
| 1988 | 15,577 | 82,704 | 59,754 | 32,259 | 23,841 | 729 |
| 1989 | 15,376 | (NA) | 60,176 | (NA) | 23,638 | 583 |
| 1990 | 15,367 | (NA) | 60,699 | (NA) | 23,461 | 630 |
| 1991 | 15,358 | 83,563 | 61,340 | 32,449 | 23,460 | 617 |
| 1992 | 15,173 | 85,262 | 61,739 | 32,530 | 23,248 | 569 |
| 1993 | 15,025 | (NA) | 62,225 | (NA) | 23,220 | 430 |
| 1994 | 14,881 | 86,269 | 62,726 | 33,934 | 23,379 | 442 |
| 1995 | 14,772 | (NA) | 63,572 | (NA) | 23,668 | 458 |
| 1996 | 14,883 | (NA) | 63,961 | (NA) | 23,793 | 474 |

-27-

Pl.0264

*Sources*: <CG.A.1.1> through <CG.A.1.6>, 1916-1956, U.S. Bureau of the Census, *Historical Statistics of the United States* (Washington, D.C.: U.S. G.P.O., 1975), series H 412 to H 417.  The original sources are: 1916, U.S. Office of Education, *Annual Report of the United States Commissioner of Education*; 1918-1956, U.S. Office of Education, *Biennial Survey of Education in the United States*, Statistics of State School Systems, various issues.  1958-1996, U.S. Department of Education, *Digest of Education Statistics 1997* (Washington, D.C.: U.S. G.P.O., 1997), table 89.

A school is defined as a division of the school system consisting of a group of pupils composed of one or more grades, organized as one unit with one or more teachers to give instruction of a defined type, and housed in a school plant of one or more buildings.  More than one school may be housed in one school plant, as is the case when the elementary and secondary programs are housed in the same school plant.  The actual operation of schools is generally the responsibility of local school systems.  The local basic administrative unit or school district*,* <CG.A.1.1>, is an area organized as a quasi-corporation under the jurisdiction of an elected or appointed board of education responsible for the administration of all public schools in the area.  School districts provide the machinery through which local control of schools is exercised, and are largely responsible for the location and size of schools, the types of educational programs and services offered, and the amount of financial support to be provided locally.

One-teacher public schools, <CG.A.1.6>, are those in which one teacher is employed to teach all grades authorized in the school, regardless of the number of rooms in the building.

A public school is defined as one operated by publicly elected or appointed school officials in which the program and activities are under the control of these officials and which is supported by public funds.  School data, prior to 1960, are for public elementary and secondary day schools in the contiguous United States.  Excluded are public schools in the outlying areas of the United States, public schools operated directly by the Federal Government on military reservations and schools for Native Americans, public residential schools for special needs children, and subcollegiate departments of institutions of higher education.  Beginning in 1960, public schools in Alaska and Hawaii are included in the data.

Nonpublic schools, while subject to certain regulatory controls of the state, are under the operational control of private individuals or church-affiliated or nonsectarian institutions.  Whether operated on a profit or nonprofit basis, nonpublic schools are generally supported by private funds as distinguished from public funds.

*Footnotes:*
\1:  Schools with both elementary and secondary programs are included both under elementary and secondary headings.
\2: Includes operating and nonoperating districts.
\3: Because of expanded survey coverage, data after the school year ending in 1984 are not directly comparable with figures for earlier years.
\4:  Data for private schools in most years are partly estimated.
\5:  Data for private schools after the school year ending in 1983 are from sample surveys and should not be compared directly to the data for earlier years.
\6: The wording in the reports changes over time from "one-room schoolhouse" to "one-teacher schoolhouse," but they appear to be measuring the same construct.
\7: Data prior to 1930 are estimated on the basis of the number of schools that responded to state surveys, whereas subsequent data are the number of schools on file with the state, not all of which responded to the surveys.
* Alaska and Hawaii are included in and after this year.

-28-

Pl.0265

<CG.A.2> Public and private enrollments, grades K-8 and 9-12: 1869-70 to fall 1996[1]

| School year | All Public and private schools | | Public Schools | | | | | Private Schools | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total enrollment, kinder-garten to grade 12 | Ratio of kinder-garten to grade 12 enrollment to 5- to 17-year olds | Total enrollment, kinder-garten to grade 12 | Kinder-garten to grade 8 | (Pupils/teachers), kinder-garten to grade 8[2] | Grades 9 to 12 | (Pupils/teachers), grades 9 to 12[2] | Total enrollment, kinder-garten to grade 12[3] | Kinder-garten to grade 8[3] | (Pupils/teachers), kinder-garten to grade 8[2,3] | Grades 9 to 12[3] | (Pupils/teachers), grades 9 to 12[2,3] |
| Units | thousands | percentage | thousands | thousands | percentage | thousands | percentage | thousands | thousands | percentage | thousands | percentage |
| HS no. | H418 | H419 | H420 | New | H423 | H424 | H425 | H426 | H427 | H428 | H429 | H430 |
| col. No. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
| 1869-70 | ---- | 57.0[4] | 6,872 | ---- | ---- | ---- | ---- | ----- | ----- | ---- | ----- | ----- |
| 1870-71 | ---- | (NA) | 7,562 | 7,481 | ---- | 80 | ---- | ----- | ----- | ---- | ----- | ----- |
| 1871-72 | ---- | (NA) | 7,815 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1872-73 | ---- | (NA) | 8,004 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1873-74 | ---- | (NA) | 8,444 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1874-75 | ---- | (NA) | 8,786 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1875-76 | ---- | (NA) | 8,869 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1876-77 | ---- | (NA) | 8,965 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1877-78 | ---- | (NA) | 9,439 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1878-79 | ---- | (NA) | 9,504 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1879-80 | ---- | 65.5[4] | 9,868 | 9,757 | ---- | 110 | ---- | ----- | ----- | ---- | ----- | ----- |
| 1880-81 | ---- | (NA) | 10,001 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1881-82 | ---- | (NA) | 10,212 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1882-83 | ---- | (NA) | 10,652 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1883-84 | ---- | (NA) | 10,982 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1884-85 | ---- | (NA) | 11,398 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1885-86 | ---- | (NA) | 11,664 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1886-87 | ---- | (NA) | 11,885 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1887-88 | ---- | (NA) | 12,183 | (NA) | ---- | (NA) | ---- | ----- | ----- | ---- | ----- | ----- |
| 1888-89 | 13,661 | (NA) | 12,392 | (NA) | ---- | (NA) | ---- | 1,269 | ----- | ---- | ----- | ----- |
| 1889-90 | 14,334 | 77.3 | 12,723 | 12520[5] | ---- | 203 | ---- | 1,611 | 1,516[5] | ---- | 95 | 13.2 |
| 1890-91 | 14,541 | (NA) | 13,050 | 12,839 | ---- | 212 | ---- | 1,491 | 1,392 | ---- | 98 | (NA) |

Pl.0266

<CG.A.2> continued

| School year | All Public and private schools | | Public Schools | | | | | Private Schools | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total enrollment, kindergarten to grade 12 | Ratio of kindergarten to grade 12 enrollment to 5- to 17-year olds | Total enrollment, kindergarten to grade 12 | Kindergarten to grade 8 | (Pupils/teachers), kindergarten to grade 8[2] | Grades 9 to 12 | (Pupils/teachers), grades 9 to 12[2] | Total enrollment, kindergarten to grade 12[3] | Kindergarten to grade 8[3] | (Pupils/teachers), kindergarten to grade 8[2,3] | Grades 9 to 12[3] | (Pupils/teachers), grades 9 to 12[2,3] |
| Units | thousands | percentage | thousands | thousands | percentage | thousands | percentage | thousands | thousands | percentage | thousands | percentage |
| HS no. | H418 | H419 | H420 | New | H423 | H424 | H425 | H426 | H427 | H428 | H429 | H430 |
| col. No. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
| 1891-92 | 14,556 | (NA) | 13,256 | 13,016 | ---- | 240 | ---- | 1,300 | 1,199 | ---- | 101 | (NA) |
| 1892-93 | 14,826 | (NA) | 13,483 | 13,229 | ---- | 254 | ---- | 1,343 | 1,240 | ---- | 102 | (NA) |
| 1893-94 | 15,314 | (NA) | 13,995 | 13,706 | ---- | 289 | ---- | 1,319 | 1,200 | ---- | 119 | (NA) |
| 1894-95 | 15,455 | (NA) | 14,244 | 13,894 | ---- | 350 | ---- | 1,211 | 1,093 | ---- | 118 | (NA) |
| 1895-96 | 15,834 | (NA) | 14,499 | 14,118 | ---- | 380 | ---- | 1,335 | 1,228 | ---- | 107 | (NA) |
| 1896-97 | 16,140 | (NA) | 14,823 | 14,414 | ---- | 409 | ---- | 1,317 | 1,209 | ---- | 108 | (NA) |
| 1897-98 | 16,459 | (NA) | 15,104 | 14,654 | ---- | 450 | ---- | 1,355 | 1,250 | ---- | 105 | (NA) |
| 1898-99 | 16,474 | (NA) | 15,176 | 14,700 | ---- | 476 | ---- | 1,298 | 1,194 | ---- | 104 | (NA) |
| 1899-1900 | 16,855 | 78.1 | 15,503 | 14,984 | ---- | 519 | ---- | 1,352 | 1,241 | ---- | 111 | 10.9 |
| 1900-01 | 17,072 | 79.3 | 15,703 | 15,161 | ---- | 542 | ---- | 1,370 | 1,262 | ---- | 108 | (NA) |
| 1901-02 | 17,126 | 78.6 | 15,917 | 15,367 | ---- | 551 | ---- | 1,209 | 1,104 | ---- | 105 | (NA) |
| 1902-03 | 17,205 | 77.9 | 16,009 | 15,417 | ---- | 592 | ---- | 1,196 | 1,094 | ---- | 102 | (NA) |
| 1903-04 | 17,560 | 78.7 | 16,256 | 15,620 | ---- | 636 | ---- | 1,304 | 1,201 | ---- | 103 | (NA) |
| 1904-05 | 17,806 | 78.8 | 16,468 | 15,789 | ---- | 680 | ---- | 1,338 | 1,231 | ---- | 107 | (NA) |
| 1905-06 | 18,056 | 79.0 | 16,642 | 15,919 | ---- | 723 | ---- | 1,414 | 1,312 | ---- | 102 | (NA) |
| 1906-07 | 18,292 | 79.1 | 16,891 | 16,140 | ---- | 751 | ---- | 1,402 | 1,305 | ---- | 97 | (NA) |
| 1907-08 | 18,537 | 79.2 | 17,062 | 16,292 | ---- | 770 | ---- | 1,475 | 1,383 | ---- | 92 | (NA) |
| 1908-09 | 18,917 | 79.9 | 17,506 | 16,665 | ---- | 841 | ---- | 1,411 | 1,317 | ---- | 94 | (NA) |
| 1909-10 | 19,372 | 80.7 | 17,814 | 16,899 | 34.4 | 915 | ---- | 1,558 | 1,441 | ---- | 117 | 10.5 |
| 1910-11 | 19,636 | 80.5 | 18,035 | 17,050 | (NA) | 985 | ---- | 1,601 | 1,471 | ---- | 131 | (NA) |
| 1911-12 | 19,830 | 80.3 | 18,183 | 17,078 | (NA) | 1,105 | ---- | 1,647 | 1,506 | ---- | 141 | (NA) |
| 1912-13 | 20,348 | 81.3 | 18,609 | 17,474 | (NA) | 1,135 | ---- | 1,739 | 1,591 | ---- | 148 | (NA) |
| 1913-14 | 20,935 | 82.1 | 19,154 | 17,935 | (NA) | 1,219 | ---- | 1,781 | 1,626 | ---- | 155 | (NA) |

Pl.0267

<CG.A.2> continued

| School year | All Public and private schools | | Public Schools | | | | | Private Schools | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total enrollment, kindergarten to grade 12 | Ratio of kindergarten to grade 12 enrollment to 5- to 17-year olds | Total enrollment, kindergarten to grade 12 | Kindergarten to grade 8 | (Pupils/teachers), kindergarten to grade 8[2] | Grades 9 to 12 | (Pupils/teachers), grades 9 to 12[2] | Total enrollment, kindergarten to grade 12[3] | Kindergarten to grade 8[3] | (Pupils/teachers), kindergarten to grade 8[2,3] | Grades 9 to 12[3] | (Pupils/teachers), grades 9 to 12[2,3] |
| Units | thousands | percentage | thousands | thousands | percentage | thousands | percentage | thousands | thousands | percentage | thousands | percentage |
| HS no. | H418 | H419 | H420 | New | H423 | H424 | H425 | H426 | H427 | H428 | H429 | H430 |
| col. No. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
| 1914-15 | 21,474 | 82.7 | 19,704 | 18,375 | (NA) | 1,329 | ---- | 1,770 | 1,615 | ---- | 155 | (NA) |
| 1915-16 | 22,172 | 84.2 | 20,352 | 18,896 | (NA) | 1,456 | ---- | 1,820 | 1,665 | ---- | 157 | (NA) |
| 1917-18 | 22,516 | 83.1 | 20,854 | 18,920 | 32.6 | 1,934 | 23.0 | 1,662 | 1,504 | ---- | 159 | (NA) |
| 1919-20 | 23,278 | 84.4 | 21,578 | 19,378 | 33.6 | 2,200 | 21.6 | 1,699 | 1,486 | ---- | 214 | 12.3 |
| 1921-22 | 24,820 | 87.1 | 23,239 | 20,366 | 34.3 | 2,873 | 22.2 | 1,581 | 1,355 | ---- | 226 | (NA) |
| 1923-24 | 26,016 | 86.6 | 24,289 | 20,899 | 33.9 | 3,390 | 23.5 | 1,727 | 1,473 | ---- | 254 | (NA) |
| 1925-26 | 27,180 | 90.0 | 24,741 | 20,984 | 32.6 | 3,757 | 22.2 | 2,439 | 2,143 | ---- | 296 | (NA) |
| 1927-28 | 27,810 | 89.9 | 25,180 | 21,268 | 33.1 | 3,911 | 20.7 | 2,631 | 2,289 | ---- | 341 | (NA) |
| 1929-30 | 28,329 | 90.2 | 25,678 | 21,279 | 33.2 | 4,399 | 20.6 | 2,651 | 2,310 | ---- | 341 | 14.0 |
| 1931-32 | 29,061 | 91.8 | 26,275 | 21,135[b] | 33.0 | 5,140 | 22.2 | 2,786 | 2,383[b] | ---- | 403 | (NA) |
| 1933-34 | 29,163 | 92.4 | 26,434 | 20,765[b] | 33.5 | 5,669 | 24.9 | 2,729 | 2,368[b] | ---- | 360 | (NA) |
| 1935-36 | 29,006 | 92.4 | 26,367 | 20,393[b] | 33.8 | 5,975 | 22.3 | 2,639 | 2,251[b] | 34.0 | 387 | 15.3 |
| 1937-38 | 28,663 | 92.6 | 25,975 | 19,748 | 33.2 | 6,227 | 22.0 | 2,687 | 2,241 | 33.4 | 447 | 16.0 |
| 1939-40 | 28,045 | 93.0 | 25,434 | 18,832 | 32.7 | 6,601 | 22.0 | 2,611 | 2,153 | 33.2 | 458 | 15.2 |
| 1941-42 | 27,179 | 92.3 | 24,562 | 18,175 | 32.5 | 6,388 | 21.3 | 2,617 | 2,133 | 32.6 | 483 | 15.3 |
| 1943-44 | 25,758 | 89.3 | 23,267 | 17,713 | 32.9 | 5,554 | 19.2 | 2,491 | 2,070 | (NA) | 421 | (NA) |
| 1945-46 | 26,124 | 91.6 | 23,300 | 17,678 | 32.6 | 5,622 | 19.4 | 2,825 | 2,259 | 35.0 | 565 | 15.5 |
| 1947-48 | 26,998 | 93.2 | 23,945 | 18,291 | 33.0 | 5,653 | 18.5 | 3,054 | 2,451 | 36.4 | 602 | 14.4 |
| 1949-50 | 28,492 | 94.3 | 25,111 | 19,387 | 32.9 | 5,725 | 17.7 | 3,380 | 2,708 | 35.6 | 672 | 15.9 |
| 1951-52 | 30,372 | 97.0 | 26,563 | 20,681 | 33.4 | 5,882 | 17.1 | 3,809 | 3,154 | 38.3 | 656 | 15.7 |
| 1953-54 | 33,175 | 96.7 | 28,836 | 22,546 | 34.3 | 6,290 | 16.8 | 4,339 | 3,592 | 42.3 | 747 | 15.2 |
| 1955-56 | 35,872 | 97.1 | 31,163 | 24,290 | 30.2[2] | 6,873 | 20.9[2] | 4,709 | 3,886 | 40.4[2] | 823 | 15.7[2] |
| 1956-57 | 37,303 | 97.4 | 32,334 | 25,016 | 29.6 | 7,318 | 21.2 | 4,968 | 4,092 | 38.8 | 877 | 17.3 |

Pl.0268

<CG.A.2> continued

| School year | All Public and private schools | | Public Schools | | | | | Private Schools | | | | |
| | Total enrollment, kinder-garten to grade 12 | Ratio of kinder-garten to grade 12 enrollment to 5- to 17-year olds | Total enrollment, kinder-garten to grade 12 | Kinder-garten to grade 8 | (Pupils/teachers), kinder-garten to grade 8[2] | Grades 9 to 12 | (Pupils/teachers), grades 9 to 12[2] | Total enrollment, kinder-garten to grade 12[3] | Kinder-garten to grade 8[3] | (Pupils/teachers), kinder-garten to grade 8[2,3] | Grades 9 to 12[3] | (Pupils/teachers), grades 9 to 12[2,3] |
| Units | thousands | percentage | thousands | thousands | percentage | thousands | percentage | thousands | thousands | percentage | thousands | percentage |
| HS no. | H418 | H419 | H420 | New | H423 | H424 | H425 | H426 | H427 | H428 | H429 | H430 |
| col. No. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
| 1957-58 | 38,756 | 97.7 | 33,529 | 25,669 | 29.1 | 7,860 | 21.3 | 5,227 | 4,297 | 38.4 | 931 | 17.0 |
| 1958-59 | 40,290 | 97.9 | 34,839 | 26,581 | 28.7 | 8,258 | 21.7 | 5,451 | 4,459 | 38.8 | 993 | 18.9 |
| Fall 1959 | 40,857 | 98.0 | 35,182 | 26,911 | 28.7 | 8,271 | 21.5 | 5,675 | 4,640 | 38.7 | 1,035 | 18.5 |
| Fall 1960* | 43,070 | 97.5 | 37,260 | 28,439 | 28.4 | 8,821 | 21.7 | 5,810 | 4,752 | 36.1 | 1,058 | 18.6 |
| Fall 1961 | 44,146 | 97.5 | 38,253 | 28,686 | 28.3 | 9,566 | 21.7 | 5,893 | 4,765 | 39.0 | 1,128 | 19.0 |
| Fall 1962 | 45,798 | 98.2 | 39,746 | 29,374 | 28.5 | 10,372 | 21.7 | 6,052 | 4,850 | 36.3 | 1,202 | 18.5 |
| Fall 1963 | 47,199 | 98.2 | 41,025 | 29,915 | 28.4 | 11,110 | 21.5 | 6,174 | 4,910 | 35.2 | 1,265 | 18.6 |
| Fall 1964 | 47,716 | 98.1 | 41,416 | 30,025 | 27.9 | 11,391 | 21.5 | 6,300 | 5,000 | 34.2 | 1,300 | 18.3 |
| Fall 1965 | 48,473 | 96.9 | 42,173 | 30,563 | 27.6 | 11,610 | 20.8 | 6,300 | 4,900 | 33.3 | 1,400 | 18.4 |
| Fall 1966 | 49,239 | 97.2 | 43,039 | 31,145 | 26.9 | 11,894 | 20.3 | 6,200 | 4,800 | 32.7 | 1,400 | 18.4 |
| Fall 1967 | 49,891 | 97.1 | 43,891 | 31,641 | 26.3 | 12,250 | 20.3 | 6,000 | 4,600 | 31.1 | 1,400 | 18.4 |
| Fall 1968 | 50,744 | 97.6 | 44,944 | 32,226 | 25.4 | 12,718 | 20.4 | 5,800 | 4,400 | 29.9 | 1,400 | 17.9 |
| Fall 1969 | 51,050 | 97.5 | 45,550 | 32,513 | 24.7 | 13,037 | 20.0 | 5,500 | 4,200 | 27.8 | 1,300 | 16.7 |
| Fall 1970 | 51,257 | 97.5 | 45,894 | 32,558 | 24.3 | 13,336 | 19.8 | 5,363 | 4,052 | 26.5 | 1,311 | 16.4 |
| Fall 1971 | 51,271 | 97.5 | 46,071 | 32,318 | 24.9 | 13,753 | 19.3 | 5,200 | 3,900 | 25.7 | 1,300 | 16.7 |
| Fall 1972 | 50,726 | 97.0 | 45,726 | 31,879 | 23.9 | 13,848 | 19.1 | 5,000 | 3,700 | 24.0 | 1,300 | 16.9 |
| Fall 1973 | 50,445 | 97.2 | 45,445 | 31,401 | 23.0 | 14,044 | 19.3 | 5,000 | 3,700 | 23.6 | 1,300 | 16.5 |
| Fall 1974 | 50,073 | 97.2 | 45,073 | 30,971 | 22.6 | 14,103 | 18.7 | 5,000 | 3,700 | 22.6 | 1,300 | 16.0 |
| Fall 1975 | 49,819 | 97.6 | 44,819 | 30,515 | 21.7 | 14,304 | 18.8 | 5,000 | 3,700 | 21.5 | 1,300 | 15.7 |
| Fall 1976 | 49,478 | 97.7 | 44,311 | 29,997 | 21.8 | 14,314 | 18.5 | 5,167 | 3,825 | 20.9 | 1,342 | 15.8 |
| Fall 1977 | 48,717 | 97.6 | 43,577 | 29,375 | 21.1 | 14,203 | 18.2 | 5,140 | 3,797 | 20.0 | 1,343 | 15.1 |
| Fall 1978 | 47,637 | 97.1 | 42,551 | 28,463 | 21.0 | 14,088 | 17.3 | 5,086 | 3,732 | 20.2 | 1,353 | 15.6 |
| Fall 1979 | 46,651 | 97.1 | 41,651 | 28,034 | 20.6 | 13,616 | 17.2 | 5,000 | 3,700 | 19.7 | 1,300 | 14.8 |

PI.0269

<CG.A.2> continued

| School year | All Public and private schools | | Public Schools | | | | | Private Schools | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total enrollment, kinder-garten to grade 12 | Ratio of kinder-garten to grade 12 enrollment to 5- to 17-year olds | Total enrollment, kinder-garten to grade 12 | Kinder-garten to grade 8 | (Pupils/ teachers), kinder-garten to grade 8[2] | Grades 9 to 12 | (Pupils/ teachers), grades 9 to 12[2] | Total enrollment, kinder-garten to grade 12[3] | Kinder-garten to grade 8[3] | (Pupils/ teachers), kinder-garten to grade 8[2, 3] | Grades 9 to 12[3] | (Pupils/ teachers), grades 9 to 12[2, 3] |
| Units | thousands | percentage | thousands | thousands | percentage | thousands | percentage | thousands | thousands | percentage | thousands | percentage |
| HS no. | H418 | H419 | H420 | New | H423 | H424 | H425 | H426 | H427 | H428 | H429 | H430 |
| col. No. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
| Fall 1980 | 46,208 | 97.8 | 40,877 | 27,647 | 20.4 | 13,231 | 16.8 | 5,331 | 3,992 | 18.8 | 1,339 | 15.0 |
| Fall 1981 | 45,544 | 98.3 | 40,044 | 27,280 | 20.3 | 12,764 | 16.9 | 5,500 | 4,100 | 18.6 | 1,400 | 15.2 |
| Fall 1982 | 45,166 | 98.9 | 39,566 | 27,161 | 20.2 | 12,405 | 16.6 | 5,600 | 4,200 | 18.2 | 1,400 | 14.9 |
| Fall 1983 | 44,967 | 99.6 | 39,252 | 26,981 | 19.9 | 12,271 | 16.4 | 5,715 | 4,315 | 18.0 | 1,400 | 14.4 |
| Fall 1984 | 44,908 | 99.9 | 39,208 | 26,905 | 19.7 | 12,304 | 16.1 | 5,700 | 4,300 | 17.7 | 1,400 | 14.4 |
| Fall 1985 | 44,979 | 100.0 | 39,422 | 27,034 | 19.5 | 12,388 | 15.8 | 5,557 | 4,195 | 17.1 | 1,362 | 14.0 |
| Fall 1986 | 45,205 | 100.1 | 39,753 | 27,420 | 19.3 | 12,333 | 15.7 | 5,452 | 4,116 | 16.5 | 1,336 | 13.6 |
| Fall 1987 | 45,488 | 100.4 | 40,008 | 27,933 | 19.3 | 12,076 | 15.2 | 5,479 | 4,232 | 16.4 | 1,247 | 13.1 |
| Fall 1988 | 45,430 | 100.1 | 40,189 | 28,501 | 19.0 | 11,687 | 14.9 | 5,241 | 4,036 | 16.1 | 1,206 | 12.8 |
| Fall 1989 | 45,898 | 101.3 | 40,543 | 29,152 | 19.0 | 11,390 | 14.6 | 5,355 | 4,162 | 15.1 | 1,193 | 11.7 |
| Fall 1990 | 46,448 | 102.5 | 41,217 | 29,878 | 19.0 | 11,338 | 14.6 | 5,232 | 4,095 | 16.1 | 1,137 | 11.3 |
| Fall 1991 | 47,246 | 102.9 | 42,047 | 30,506 | 18.9 | 11,541 | 14.9 | 5,199 | 4,074 | 16.0 | 1,125 | 11.1 |
| Fall 1992 | 48,198 | 103.3 | 42,823 | 31,088 | 18.9 | 11,735 | 15.1 | 5,375 | 4,212 | 16.2 | 1,163 | 11.3 |
| Fall 1993 | 48,936 | 103.2 | 43,465 | 31,504 | 18.8 | 11,961 | 15.2 | 5,471 | 4,280 | 16.3 | 1,191 | 11.5 |
| Fall 1994 | 49,707 | 102.9 | 44,111 | 31,898 | 19.0 | 12,213 | 14.9 | 5,596 | 4,360 | 16.8 | 1,236 | 11.2 |
| Fall 1995 (P) | 50,528 | 102.5 | 44,840 | 32,341 | 19.1 | 12,500 | 14.9 | 5,688 | 4,427 | 16.7 | 1,260 | 11.3 |
| Fall 1996[6] | (F) | (F) | 45,229 | (F) | (F) | 12,874 | (F) | (F) | (F) | (F) | 1,293 | (F) |

-33-

**Pl.0270**

Sources: <CG.A.2.1> through <CG.A.2.12>, 1869-70 to 1957-58, U.S. Department of Education, *120 Years of American Education: A Statistical Portrait* (Washington, D.C.: U.S. G.P.O., 1993), table 9. The original sources are: 1869-70 to 1915-16, U.S. Office of Education, *Annual Report of the United States Commissioner of Education*, various issues; 1917-18 to 1957-58, U.S. Office of Education, *Biennial Survey of Education in the United States*, Statistics of State School Systems, various issues; fall 1959 to fall 1996, U.S. Department of Education, *Digest of Education Statistics 1997* (Washington, D.C.: U.S. G.P.O., 1997), table 3. When the data in *120 Years* differ from those in *Digest 1997*, the latter is relied on. <CG.A.2.2>, for number of 5-17 year-olds, U.S. Department of Commerce, Bureau of the Census, *Current Population Reports*, series P-25, nos. 519, 917, 1000, 1022, 1045, 1057, 1092, and *U.S. Population Estimates, by Age, Sex, Race, and Hispanic Origin: 1990-1995*, PPL-41. <CG.A.2.4>, 1910-11 to 1915-16, revisions provided by Thomas D. Snyder, of the National Center for Education Statistics. <CG.A.2.5>, <CG.A.2.7>, <CG.A.2.10>, and <CG.A.2.12>, for number of teachers, Abbott L. Ferriss, *Indicators of Trends in American Education* (N.Y.: Russell Sage Foundation, 1969), series B-5, B-6, B-9, and B-10. See also <CG.A.7.3> and <CG.A.7.4>, but see note \2 to this table.

Enrollment and other figures prior to 1959-60 for public day schools, grades K-12, include just the contiguous United States. Generally excluded from the entire series are public schools in the outlying areas of the United States, public schools operated directly by the federal government on military bases or exclusively for Native Americans, public residential schools for exceptional children, and subcollegiate departments of institutions of higher education. The excluded category represents a small percentage of all schools. There has been no comprehensive data collection effort for these schools in recent years. Only regular day school pupils are included; pupils enrolled in night schools and summer schools are excluded.

Private school figures are not strictly comparable over time. For example, in some of the earlier years, the figures may include enrollment of secondary pupils in subcollegiate departments of institutions of higher education and normal schools. Enrollment figures prior to 1976 do not include private schools for exceptional children or private vocational or trade schools. They cover only regular day school pupils. Summer school pupils are excluded in all years.

The enrollment information in the *Biennial Survey of Education* was collected at the state level and represents a cumulative count of the total number of different pupils registered at any time during the school year in each state. Pupils enrolled in two or more states during the school year may be counted more than once. Beginning with the fall of 1965, enrollment data come from fall enrollment counts (pupils enrolled in a given school unit on a particular fall date).

Many earlier enrollment series classify enrollments by instructional level (elementary or secondary). National Center of Education Statistics (NCES) now collects enrollment data by grade, not instructional level. Students enrolled in grades K-8 do not necessarily correspond one-to-one with students enrolled in elementary schools, nor do students enrolled in grades 9-12 correspond one-to-one with students enrolled in secondary schools. Junior high schools with grades 7-9 may be classified as secondary schools, though some of their pupils would be considered as enrolled in elementary grades.

The figures for total enrollment per 100 persons, 5-17 years old, series <CG.A.2.2>, divide the total enrollment numbers, series <CG.A.2.1>, by the number of persons 5-17 years old as of July 1 of the academic year. For example, for fall 1992, the ratio is the result of dividing enrollment for the academic year 1992-93 by the number of persons 5-17 years old on July 1, 1992. This rate has been increasing steadily, and in the 1980s exceeded 100 percent, where it has remained. Several factors cause this result. The population data come from the census, whereas the enrollment data come from reports from state

-34-

Pl.0271

school systems.  Some immigrants are not included in the census but are included in school enrollment data.  The school enrollment data can double-count some students; the census should not.  Also, some enrolled students are outside of the 5-17 age range the July before the school year.

In series <CG.A.2.5>, <CG.A.2.7>, <CG.A.2.10>, and <CG.A.2.12>, the "pupil-teacher ratio" is defined as the number of pupils enrolled divided by the number of classroom teachers.  Past series have varied in their methods of counting both pupils and teachers.  At times, the pupil counts have been based on average daily attendance or average daily membership, or cumulative enrollment rather than on fall enrollment.  Prior to the 1940s, the available figures on "teachers" generally included librarians and guidance and psychological personnel as well as classroom teachers.  When considering pupil-teacher ratios by instructional level, there are further complications.  Under current NCES data collection practices, teacher data are grouped by instructional level (e.g., elementary, secondary), but the enrollment data, as discussed above, are given by grade level.  The mapping from one to the other is not exact in large measure because certain teachers who instruct seventh and eighth grade students often are counted as "secondary school" teachers.  After NCES discontinued the collection of teacher and enrollment data by elementary and secondary instructional levels in the mid-1960s, the distribution was estimated based on data collected by the National Education Association (NEA).  Proportions of teachers and enrollments by instructional level from the NEA publication "Estimates of School Statistics" were used to distribute counts of teachers and enrollments for the purpose of calculating pupil-teacher ratios by instructional level.  The series given here are based on data adjusted for consistency with current definitions, and are not replicable for all years by simply dividing enrollment by teachers.  It should also be realized that national averages tend to obscure significant differences in pupil-teacher ratios, such as those between urban and rural areas and between large and small schools.

Footnotes:
\1: Prior to 1965, enrollment data include students who enrolled at any time during the school year. Enrollment ratios based on cumulative enrollment figures tend to be approximately 1 to 2 percentage points higher than counts based on fall enrollment.  In later years, data for grades kindergarten through 8 include a relatively small number of pre-kindergarten students.  Data for grades 9 to 12 contain a small number of postgraduate students.  Population data for 1870 through 1961 include U.S. population overseas; data for later years are for U.S. resident population only.  Population data for 1870 to 1890 are from the decennial census.  Data for later years are based on counts of population for July 1 preceding the school year.  Because of rounding, details may not round to totals.
\2: As reported here, the data show a considerable jump between 1954 and 1956.  This reflects a change in the calculation of the ratio.  Before 1956, some junior high school teachers were classified as secondary school teachers, while their pupils in seventh and eighth grades were classified as elementary school pupils, making K-8 (or elementary) pupil-teacher ratios look higher than they were and 9-12 (or secondary) pupil-teacher ratios look lower than they were.  The most recent revisions of these data adjust for this bias back to 1956, but not earlier.
\3: For 1958-59 and 1960-61 through 1963-64, numbers were estimated by linear interpolation. Data for most years are at least partially estimated.  Beginning in fall 1980, data include estimates for an expanded universe of private schools.  Therefore, these totals may differ from figures shown in other tables, and direct comparisons with earlier years should not be made.
\4: Underlying data are for public elementary and secondary schools only.
\5: Data for 1890 and 1931-32 to 1935-36 exclude kindergarten enrollment; all other years include it to the extent that it was reported.  Public kindergarten enrollments become significant in later years.
\6: Public elementary and secondary data are based on "Early Estimates" surveys.  Other data are projected.

Pl.0272

<CG.A.3> Enrollment in public elementary and secondary schools, by grade: 1910-11 to 1995-96[1]

| School year | Total | Public Schools, kindergarten through grade 8 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Kinder-garten[2] | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Ungraded[3] |
| *Units* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* |
| *HS no.* | *new* | *new* | *new* | *new* | *new* | *new* | *new* | *new* | *new* | *new* | *new* | *new* |
| *col. no.* | *(1)* | *(2)* | *(3)* | *(4)* | *(5)* | *(6)* | *(7)* | *(8)* | *(9)* | *(19)* | *(11)* | *(12)* |
| 1910-11 | 18,035 | 16,878 | 327 | 3,890 | 2,450 | 2,301 | 2,201 | 1,870 | 1,523 | 1,258 | 1,059 | ---- |
| 1911-12 | 18,183 | 16,982 | 348 | 3,876 | 2,445 | 2,295 | 2,212 | 1,880 | 1,547 | 1,281 | 1,098 | ---- |
| 1912-13 | 18,609 | 17,276 | 370 | 3,922 | 2,468 | 2,316 | 2,248 | 1,910 | 1,589 | 1,319 | 1,133 | ---- |
| 1913-14 | 19,154 | 17,722 | 391 | 3,986 | 2,496 | 2,374 | 2,288 | 1,976 | 1,664 | 1,369 | 1,178 | ---- |
| 1914-15 | 19,704 | 18,143 | 409 | 4,043 | 2,536 | 2,412 | 2,341 | 2,022 | 1,720 | 1,419 | 1,241 | ---- |
| 1915-16 | 20,352 | 18,641 | 434 | 4,115 | 2,585 | 2,476 | 2,403 | 2,076 | 1,784 | 1,475 | 1,293 | ---- |
| 1916-17[5] | 20,603 | 18,808 | 434 | 4,225 | 2,600 | 2,504 | 2,426 | 2,105 | 1,814 | 1,481 | 1,219 | ---- |
| 1917-18 | 20,854 | 18,920 | 433 | 4,323 | 2,608 | 2,524 | 2,441 | 2,128 | 1,839 | 1,483 | 1,141 | ---- |
| 1918-19[5] | 21,216 | 19,149 | 457 | 4,322 | 2,623 | 2,511 | 2,499 | 2,141 | 1,865 | 1,537 | 1,195 | ---- |
| 1919-20 | 21,578 | 19,388 | 481 | 4,321 | 2,638 | 2,498 | 2,556 | 2,153 | 1,890 | 1,592 | 1,248 | ---- |
| 1920-21[5] | 22,409 | 19,872 | 505 | 4,249 | 2,743 | 2,607 | 2,558 | 2,221 | 1,974 | 1,668 | 1,346 | ---- |
| 1921-22 | 23,239 | 20,366 | 529 | 4,177 | 2,849 | 2,716 | 2,560 | 2,290 | 2,058 | 1,744 | 1,444 | ---- |
| 1922-23[5] | 23,764 | 20,633 | 569 | 4,180 | 2,831 | 2,756 | 2,634 | 2,365 | 2,089 | 1,795 | 1,412 | ---- |
| 1923-24 | 24,289 | 20,899 | 610 | 4,184 | 2,813 | 2,796 | 2,708 | 2,441 | 2,121 | 1,846 | 1,380 | ---- |
| 1924-25[5] | 24,650 | 20,999 | 600 | 4,049 | 2,800 | 2,730 | 2,696 | 2,514 | 2,186 | 1,931 | 1,493 | ---- |
| 1925-26 | 24,741 | 20,984 | 673 | 3,977 | 2,820 | 2,729 | 2,662 | 2,473 | 2,234 | 1,927 | 1,488 | ---- |
| 1926-27[5] | 24,961 | 21,126 | 684 | 4,074 | 2,818 | 2,696 | 2,647 | 2,454 | 2,239 | 1,974 | 1,539 | ---- |
| 1927-28 | 25,180 | 21,268 | 695 | 4,171 | 2,817 | 2,662 | 2,632 | 2,435 | 2,243 | 2,022 | 1,590 | ---- |
| 1928-29[5] | 25,429 | 21,274 | 709 | 4,161 | 2,810 | 2,697 | 2,616 | 2,409 | 2,250 | 2,026 | 1,596 | ---- |
| 1929-30 | 25,678 | 21,279 | 723 | 4,151 | 2,803 | 2,732 | 2,599 | 2,382 | 2,256 | 2,030 | 1,601 | ---- |
| 1930-31[5] | 25,977 | 21,207 | 712 | 4,041 | 2,790 | 2,698 | 2,594 | 2,423 | 2,267 | 2,041 | 1,641 | ---- |
| 1931-32 | 26,275 | 21,135 | 701 | 3,930 | 2,776 | 2,664 | 2,589 | 2,463 | 2,278 | 2,053 | 1,682 | ---- |
| 1932-33[5] | 26,355 | 20,950 | 649 | 3,826 | 2,704 | 2,638 | 2,581 | 2,448 | 2,283 | 2,120 | 1,701 | ---- |
| 1933-34 | 26,434 | 20,765 | 602 | 3,717 | 2,632 | 2,612 | 2,573 | 2,433 | 2,288 | 2,187 | 1,721 | ---- |
| 1934-35[5] | 26,401 | 20,579 | 604 | 3,624 | 2,595 | 2,568 | 2,536 | 2,433 | 2,304 | 2,185 | 1,730 | ---- |
| 1935-36 | 26,367 | 20,393 | 607 | 3,530 | 2,558 | 2,525 | 2,499 | 2,433 | 2,319 | 2,182 | 1,740 | ---- |
| 1936-37[5] | 26,171 | 20,070 | 607 | 3,424 | 2,522 | 2,485 | 2,451 | 2,388 | 2,286 | 2,178 | 1,731 | ---- |

PI.0273

<CG.A.3> continued

| School year | Total | Public Schools, kindergarten through grade 8 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Kinder-garten[2] | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Ungraded[3] |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (19) | (11) | (12) |
| 1937-38 | 25,975 | 19,748 | 607 | 3,317 | 2,487 | 2,444 | 2,403 | 2,342 | 2,253 | 2,173 | 1,722 | ---- |
| 1938-39[5] | 25,704 | 19,290 | 601 | 3,168 | 2,410 | 2,388 | 2,362 | 2,295 | 2,214 | 2,140 | 1,712 | ---- |
| 1939-40 | 25,434 | 18,832 | 595 | 3,018 | 2,333 | 2,332 | 2,322 | 2,248 | 2,176 | 2,108 | 1,701 | ---- |
| 1940-41[5] | 25,296 | 18,582 | 613 | 2,992 | 2,286 | 2,263 | 2,271 | 2,211 | 2,156 | 2,050 | 1,691 | ---- |
| 1941-42 | 24,562 | 18,175 | 626 | 2,931 | 2,215 | 2,175 | 2,197 | 2,166 | 2,124 | 2,061 | 1,680 | ---- |
| 1942-43[5] | 24,155 | 18,033 | 665 | 2,919 | 2,229 | 2,180 | 2,149 | 2,102 | 2,071 | 2,023 | 1,695 | ---- |
| 1943-44 | 23,267 | 17,713 | 697 | 2,879 | 2,221 | 2,163 | 2,080 | 2,017 | 1,998 | 1,965 | 1,694 | ---- |
| 1944-45[5] | 23,226 | 17,666 | 734 | 2,882 | 2,266 | 2,173 | 2,084 | 2,008 | 1,951 | 1,898 | 1,671 | ---- |
| 1945-46 | 23,300 | 17,678 | 773 | 2,895 | 2,319 | 2,191 | 2,094 | 2,006 | 1,910 | 1,837 | 1,654 | ---- |
| 1946-47[5] | 23,659 | 17,821 | 873 | 2,896 | 2,320 | 2,205 | 2,119 | 2,012 | 1,907 | 1,850 | 1,639 | ---- |
| 1947-48 | 23,945 | 18,291 | 989 | 2,951 | 2,363 | 2,259 | 2,183 | 2,055 | 1,940 | 1,898 | 1,653 | ---- |
| 1948-49[5] | 24,477 | 18,818 | 1,016 | 3,067 | 2,503 | 2,315 | 2,221 | 2,089 | 1,995 | 1,919 | 1,694 | ---- |
| 1949-50 | 25,111 | 19,387 | 1,034 | 3,170 | 2,645 | 2,396 | 2,254 | 2,151 | 2,056 | 1,947 | 1,734 | ---- |
| 1950-51[5] | 25,706 | 19,900 | 941 | 3,053 | 2,739 | 2,600 | 2,358 | 2,211 | 2,117 | 1,995 | 1,885 | ---- |
| 1951-52 | 26,563 | 20,681 | 1,272 | 2,957 | 2,670 | 2,718 | 2,559 | 2,320 | 2,166 | 2,083 | 1,936 | ---- |
| 1952-53[5] | 27,507 | 21,625 | 1,399 | 3,358 | 2,639 | 2,633 | 2,684 | 2,520 | 2,276 | 2,143 | 1,973 | ---- |
| 1953-54 | 28,836 | 22,546 | 1,474 | 3,666 | 2,940 | 2,569 | 2,565 | 2,607 | 2,449 | 2,242 | 2,032 | ---- |
| 1954-55[5] | 30,045 | 23,471 | 1,415 | 3,518 | 3,391 | 2,896 | 2,535 | 2,523 | 2,584 | 2,432 | 2,177 | ---- |
| 1955-56 | 31,163 | 24,290 | 1,564 | 3,495 | 3,242 | 3,291 | 2,848 | 2,481 | 2,470 | 2,542 | 2,357 | ---- |
| 1956-57 | 32,334 | 25,016 | 1,675 | 3,491 | 3,241 | 3,183 | 3,238 | 2,808 | 2,443 | 2,476 | 2,460 | ---- |
| 1957-58 | 33,529 | 25,669 | 1,772 | 3,587 | 3,214 | 3,176 | 3,128 | 3,181 | 2,759 | 2,458 | 2,395 | ---- |
| 1958-59 | 34,839 | 26,581 | 1,834 | 3,679 | 3,346 | 3,179 | 3,142 | 3,099 | 3,136 | 2,785 | 2,381 | ---- |
| 1959-60 | 36,087 | 27,602 | 1,923 | 3,733 | 3,436 | 3,302 | 3,146 | 3,118 | 3,070 | 3,173 | 2,701 | ---- |
| 1960-61[5] | 37,260 | 28,439 | 2,000 | 3,822 | 3,502 | 3,405 | 3,278 | 3,131 | 3,095 | 3,123 | 3,083 | ---- |
| 1961-62 | 38,253 | 28,686 | 2,065 | 3,857 | 3,568 | 3,428 | 3,343 | 3,218 | 3,065 | 3,122 | 3,021 | ---- |
| 1962-63[5] | 39,746 | 29,374 | 2,162 | 3,928 | 3,630 | 3,518 | 3,391 | 3,332 | 3,190 | 3,140 | 3,083 | ---- |
| 1963-64[5] | 41,025 | 29,915 | 2,177 | 4,023 | 3,705 | 3,560 | 3,467 | 3,366 | 3,299 | 3,241 | 3,077 | ---- |
| 1964-65[5] | 42,280 | 30,652 | 2,250 | 4,014 | 3,800 | 3,662 | 3,523 | 3,465 | 3,362 | 3,363 | 3,212 | ---- |
| 1965-66 | 42,068 | 30,466 | 2,260 | 3,915 | 3,644 | 3,595 | 3,476 | 3,377 | 3,312 | 3,297 | 3,186 | 404 |

Pl.0274

<CG.A.3> continued

| School year | Total | Public Schools, kindergarten through grade 8 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Kindergart[2] | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Ungraded[3] |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (19) | (11) | (12) |
| 1966-67 | 43,042 | 31,162 | 2,370 | 3,954 | 3,696 | 3,615 | 3,580 | 3,463 | 3,369 | 3,409 | 3,272 | 433 |
| 1967-68 | 43,890 | 31,643 | 2,420 | 3,980 | 3,723 | 3,659 | 3,580 | 3,562 | 3,450 | 3,454 | 3,357 | 459 |
| 1968-69 | 44,903 | 32,181 | 2,511 | 3,926 | 3,758 | 3,692 | 3,629 | 3,573 | 3,555 | 3,552 | 3,423 | 561 |
| 1969-70 | 45,550 | 32,513 | 2,545 | 3,869 | 3,716 | 3,720 | 3,660 | 3,621 | 3,568 | 3,667 | 3,520 | 628 |
| 1970-71 | 45,894 | 32,558 | 2,564 | 3,817 | 3,654 | 3,663 | 3,675 | 3,635 | 3,598 | 3,662 | 3,601 | 690 |
| 1971-72 | 46,071 | 32,318 | 2,483 | 3,570 | 3,587 | 3,612 | 3,623 | 3,662 | 3,622 | 3,710 | 3,635 | 814 |
| 1972-73 | 45,726 | 31,879 | 2,503 | 3,352 | 3,381 | 3,533 | 3,554 | 3,597 | 3,639 | 3,713 | 3,649 | 959 |
| 1973-74 | 45,445 | 31,401 | 2,655 | 3,239 | 3,192 | 3,336 | 3,505 | 3,538 | 3,592 | 3,741 | 3,676 | 927 |
| 1974-75 | 45,073 | 30,971 | 2,801 | 3,198 | 3,106 | 3,169 | 3,345 | 3,510 | 3,559 | 3,712 | 3,708 | 863 |
| 1975-76 | 44,819 | 30,515 | 2,972 | 3,238 | 3,027 | 3,038 | 3,112 | 3,281 | 3,476 | 3,619 | 3,636 | 1,116 |
| 1976-77 | 44,311 | 29,997 | 2,918 | 3,332 | 3,086 | 2,986 | 3,025 | 3,116 | 3,298 | 3,572 | 3,578 | 1,084 |
| 1977-78 | 43,577 | 29,375 | 2,742 | 3,295 | 3,200 | 3,059 | 2,979 | 3,019 | 3,111 | 3,385 | 3,534 | 1,051 |
| 1978-79 | 42,551 | 28,463 | 2,652 | 3,062 | 3,148 | 3,158 | 3,046 | 2,980 | 3,036 | 3,228 | 3,355 | 798 |
| 1979-80 | 41,651 | 28,034 | 2,675 | 2,937 | 2,909 | 3,120 | 3,148 | 3,055 | 2,999 | 3,128 | 3,171 | 894 |
| 1980-81 | 40,877 | 27,647 | 2,689 | 2,894 | 2,800 | 2,893 | 3,107 | 3,130 | 3,038 | 3,085 | 3,086 | 924 |
| 1981-82 | 40,044 | 27,280 | 2,688 | 2,951 | 2,782 | 2,806 | 2,918 | 3,127 | 3,180 | 3,183 | 3,059 | 587 |
| 1982-83 | 39,566 | 27,161 | 2,846 | 2,937 | 2,790 | 2,763 | 2,798 | 2,912 | 3,142 | 3,288 | 3,123 | 563 |
| 1983-84 | 39,252 | 26,981 | 2,859 | 3,080 | 2,781 | 2,772 | 2,758 | 2,798 | 2,928 | 3,247 | 3,222 | 535 |
| 1984-85 | 39,208 | 26,905 | 3,009 | 3,113 | 2,904 | 2,765 | 2,772 | 2,761 | 2,831 | 3,036 | 3,186 | 528 |
| 1985-86 | 39,422 | 27,034 | 3,192 | 3,239 | 2,941 | 2,895 | 2,771 | 2,776 | 2,789 | 2,938 | 2,982 | 511 |
| 1986-87 | 39,753 | 27,420 | 3,310 | 3,358 | 3,054 | 2,933 | 2,896 | 2,775 | 2,806 | 2,899 | 2,870 | 520 |
| 1987-88 | 40,008 | 27,933 | 3,389 | 3,407 | 3,173 | 3,046 | 2,938 | 2,901 | 2,811 | 2,910 | 2,839 | 520 |
| 1988-89 | 40,189 | 28,501 | 3,433 | 3,460 | 3,223 | 3,167 | 3,051 | 2,945 | 2,937 | 2,905 | 2,853 | 527 |
| 1989-90 | 40,543 | 29,152 | 3,487 | 3,485 | 3,289 | 3,235 | 3,182 | 3,067 | 2,987 | 3,027 | 2,853 | 540 |
| 1990-91 | 41,217 | 29,878 | 3,609 | 3,499 | 3,327 | 3,297 | 3,248 | 3,197 | 3,110 | 3,067 | 2,979 | 543 |
| 1991-92 | 42,047 | 30,506 | 3,686 | 3,556 | 3,360 | 3,334 | 3,315 | 3,268 | 3,239 | 3,181 | 3,020 | 545 |
| 1992-93 | 42,823 | 31,088 | 3,818 | 3,542 | 3,431 | 3,361 | 3,342 | 3,325 | 3,303 | 3,299 | 3,129 | 539 |
| 1993-94 | 43,465 | 31,504 | 3,922 | 3,529 | 3,429 | 3,437 | 3,361 | 3,350 | 3,356 | 3,355 | 3,249 | 515 |
| 1994-95 | 44,111 | 31,898 | 4,047 | 3,593 | 3,440 | 3,439 | 3,426 | 3,372 | 3,381 | 3,404 | 3,302 | 494 |
| 1995-96 | 44,840 | 32,341 | 4,173 | 3,671 | 3,507 | 3,445 | 3,431 | 3,438 | 3,395 | 3,422 | 3,356 | 502 |

Pl.0275

<CG.A.3> continued

| School year | Public schools, grades 9 through 12 and postgraduate | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Grade 9 | Grade 10 | Grade 11 | Grade 12 | Ungraded[4] | Post-graduate[3] |
| Units | thousands | thousands | thousands | thousands | thousands | thousands | thousands |
| col. no. | (13) | (14) | (15) | (16) | (17) | (18) | (19) |
| 1910-11 | 1,157 | 495 | 309 | 208 | 145 | ---- | ---- |
| 1911-12 | 1,201 | 501 | 325 | 219 | 156 | ---- | ---- |
| 1912-13 | 1,333 | 547 | 359 | 248 | 180 | ---- | ---- |
| 1913-14 | 1,432 | 584 | 384 | 266 | 198 | ---- | ---- |
| 1914-15 | 1,562 | 639 | 417 | 287 | 219 | ---- | ---- |
| 1915-16 | 1,711 | 693 | 460 | 317 | 241 | ---- | ---- |
| 1916-17[5] | 1,795 | 743 | 476 | 324 | 251 | ---- | ---- |
| 1917-18 | 1,934 | 816 | 507 | 342 | 269 | ---- | ---- |
| 1918-19[5] | 2,067 | 867 | 541 | 369 | 290 | ---- | ---- |
| 1919-20 | 2,200 | 917 | 576 | 396 | 312 | ---- | ---- |
| 1920-21[5] | 2,537 | 1,065 | 679 | 456 | 337 | ---- | ---- |
| 1921-22 | 2,873 | 1,214 | 782 | 516 | 362 | ---- | ---- |
| 1922-23[5] | 3,131 | 1,271 | 851 | 583 | 426 | ---- | ---- |
| 1923-24 | 3,390 | 1,328 | 920 | 651 | 490 | ---- | ---- |
| 1924-25[5] | 3,651 | 1,424 | 970 | 716 | 541 | ---- | ---- |
| 1925-26 | 3,757 | 1,425 | 1,005 | 736 | 592 | ---- | ---- |
| 1926-27[5] | 3,834 | 1,451 | 1,025 | 752 | 607 | ---- | ---- |
| 1927-28 | 3,911 | 1,476 | 1,046 | 768 | 622 | ---- | ---- |
| 1928-29[5] | 4,155 | 1,551 | 1,119 | 824 | 661 | ---- | ---- |
| 1929-30 | 4,399 | 1,627 | 1,192 | 880 | 701 | ---- | ---- |
| 1930-31[5] | 4,770 | 1,702 | 1,290 | 973 | 786 | 18 | ---- |
| 1931-32 | 5,140 | 1,778 | 1,387 | 1,067 | 872 | 37 | ---- |
| 1932-33[5] | 5,405 | 1,816 | 1,464 | 1,138 | 939 | 48 | ---- |
| 1933-34 | 5,669 | 1,855 | 1,540 | 1,209 | 1,005 | 59 | ---- |
| 1934-35[5] | 5,822 | 1,913 | 1,580 | 1,229 | 1,035 | 65 | ---- |
| 1935-36 | 5,975 | 1,970 | 1,620 | 1,249 | 1,064 | 71 | ---- |
| 1936-37[5] | 6,101 | 1,975 | 1,645 | 1,314 | 1,107 | 60 | ---- |
| 1937-38 | 6,227 | 1,979 | 1,669 | 1,379 | 1,151 | 48 | ---- |
| 1938-39[5] | 6,414 | 1,995 | 1,718 | 1,433 | 1,216 | 52 | ---- |
| 1939-40 | 6,601 | 2,011 | 1,767 | 1,486 | 1,282 | 55 | ---- |
| 1940-41[5] | 6,714 | 2,034 | 1,793 | 1,517 | 1,323 | 47 | ---- |
| 1941-42 | 6,388 | 1,927 | 1,706 | 1,451 | 1,273 | 31 | ---- |
| 1942-43[5] | 6,122 | 1,898 | 1,654 | 1,374 | 1,170 | 26 | ---- |
| 1943-44 | 5,554 | 1,775 | 1,520 | 1,230 | 1,010 | 20 | ---- |
| 1944-45[5] | 5,560 | 1,743 | 1,530 | 1,237 | 1,016 | 35 | ---- |
| 1945-46 | 5,622 | 1,728 | 1,555 | 1,256 | 1,032 | 50 | ---- |
| 1946-47[5] | 5,838 | 1,761 | 1,583 | 1,309 | 1,120 | 65 | ---- |
| 1947-48 | 5,653 | 1,673 | 1,503 | 1,272 | 1,131 | 75 | ---- |
| 1948-49[5] | 5,658 | 1,709 | 1,499 | 1,267 | 1,126 | 57 | ---- |
| 1949-50 | 5,725 | 1,761 | 1,513 | 1,275 | 1,134 | 42 | ---- |
| 1950-51[5] | 5,806 | 1,781 | 1,548 | 1,313 | 1,128 | 37 | ---- |
| 1951-52 | 5,882 | 1,820 | 1,582 | 1,338 | 1,111 | 31 | ---- |

Pl.0276

| School year | Public schools, grades 9 through 12 and postgraduate | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Total | Grade 9 | Grade 10 | Grade 11 | Grade 12 | Ungraded[4] | Post-graduate[3] |
| Units | thousands | thousands | thousands | thousands | thousands | thousands | thousands |
| col. no. | (13) | (14) | (15) | (16) | (17) | (18) | (19) |
| 1953-54 | 6,290 | 1,944 | 1,717 | 1,412 | 1,190 | 27 | ---- |
| 1954-55[5] | 6,574 | 2,028 | 1,765 | 1,520 | 1,246 | 15 | ---- |
| 1955-56 | 6,873 | 2,143 | 1,849 | 1,543 | 1,326 | 13 | ---- |
| 1956-57 | 7,318 | 2,368 | 1,974 | 1,615 | 1,349 | 13 | ---- |
| 1957-58 | 7,860 | 2,480 | 2,194 | 1,736 | 1,431 | 19 | ---- |
| 1958-59 | 8,258 | 2,412 | 2,318 | 1,955 | 1,538 | 35 | ---- |
| 1959-60 | 8,485 | 2,412 | 2,258 | 2,063 | 1,747 | 4 | ---- |
| 1960-61[5] | 8,821 | 2,750 | 2,252 | 1,997 | 1,820 | 2 | ---- |
| 1961-62 | 9,566 | 3,156 | 2,595 | 2,018 | 1,791 | 7 | ---- |
| 1962-63[5] | 10,372[6] | 3,172 | 2,981 | 2,348 | 1,866 | 5 | ---- |
| 1963-64[5] | 11,110[6] | 3,190 | 3,006 | 2,747 | 2,160 | 6 | ---- |
| 1964-65[5] | 11,628[6] | 3,198 | 3,085 | 2,778 | 2,560 | 7 | ---- |
| 1965-66 | 11,602[6] | 3,215 | 2,993 | 2,741 | 2,477 | 7 | 169 |
| 1966-67 | 11,880[6] | 3,318 | 3,111 | 2,756 | 2,508 | 8 | 179 |
| 1967-68 | 12,247 | 3,395 | 3,221 | 2,879 | 2,525 | 16 | 210 |
| 1968-69 | 12,723 | 3,508 | 3,310 | 2,986 | 2,650 | 17 | 251 |
| 1969-70 | 13,037 | 3,568 | 3,405 | 3,047 | 2,732 | 21 | 264 |
| 1970-71 | 13,336 | 3,654 | 3,458 | 3,128 | 2,775 | 28 | 293 |
| 1971-72 | 13,753 | 3,781 | 3,571 | 3,200 | 2,864 | 9 | 328 |
| 1972-73 | 13,848 | 3,779 | 3,648 | 3,248 | 2,873 | 10 | 290 |
| 1973-74 | 14,044 | 3,801 | 3,650 | 3,323 | 2,918 | 4 | 348 |
| 1974-75 | 14,103 | 3,832 | 3,675 | 3,302 | 2,955 | 13 | 326 |
| 1975-76 | 14,304 | 3,879 | 3,723 | 3,354 | 2,986 | 23 | 339 |
| 1976-77 | 14,314 | 3,825 | 3,738 | 3,373 | 3,015 | 23 | 340 |
| 1977-78 | 14,203 | 3,779 | 3,686 | 3,388 | 3,026 | 13 | 311 |
| 1978-79 | 14,088 | 3,726 | 3,610 | 3,312 | 3,023 | (NA) | 416 |
| 1979-80 | 13,616 | 3,526 | 3,532 | 3,241 | 2,969 | (NA) | 348 |
| 1980-81 | 13,231 | 3,377 | 3,368 | 3,195 | 2,925 | (NA) | 366 |
| 1981-82 | 12,764 | 3,286 | 3,218 | 3,039 | 2,907 | (NA) | 314 |
| 1982-83 | 12,405 | 3,248 | 3,137 | 2,917 | 2,787 | (NA) | 315 |
| 1983-84 | 12,271 | 3,330 | 3,103 | 2,861 | 2,678 | (NA) | 299 |
| 1984-85 | 12,304 | 3,440 | 3,145 | 2,819 | 2,599 | (NA) | 300 |
| 1985-86 | 12,388 | 3,439 | 3,230 | 2,866 | 2,550 | (NA) | 303 |
| 1986-87 | 12,333 | 3,256 | 3,215 | 2,954 | 2,601 | (NA) | 308 |
| 1987-88 | 12,076 | 3,143 | 3,020 | 2,936 | 2,681 | (NA) | 296 |
| 1988-89 | 11,687 | 3,106 | 2,895 | 2,749 | 2,650 | (NA) | 288 |
| 1989-90 | 11,390 | 3,141 | 2,868 | 2,629 | 2,473 | (NA) | 279 |
| 1990-91 | 11,338 | 3,169 | 2,896 | 2,612 | 2,381 | (NA) | 282 |
| 1991-92 | 11,541 | 3,313 | 2,915 | 2,645 | 2,392 | (NA) | 275 |
| 1992-93 | 11,735 | 3,352 | 3,027 | 2,656 | 2,431 | (NA) | 269 |
| 1993-94 | 11,961 | 3,487 | 3,050 | 2,751 | 2,424 | (NA) | 248 |
| 1994-95 | 12,213 | 3,604 | 3,131 | 2,748 | 2,488 | (NA) | 242 |
| 1995-96 | 12,500 | 3,704 | 3,237 | 2,826 | 2,487 | (NA) | 245 |

-40-

Pl.0277

Sources:  <CG.A.3.1> to <CG.A.3.19>, 1910-11 to 1980-81, U.S. Department of Education, *120 Years of American Education: A Statistical Portrait* (Washington, D.C.: U.S. G.P.O., 1993), table 10.  The underlying sources are U.S. Office of Education, *Annual Report of the Commissioner of Education*, U.S. Office of Education, *Biennial Survey of Education in the United States,* and U.S. Department of Education, *Digest of Education Statistics*, annual issues (Washington, D.C.: U.S. G.P.O.).  1981-82 to 1995-96, *Digest of Education Statistics 1997,* table 43.

The proportion of eighth graders continuing to ninth grade is often too large, and the proportion of seventh graders continuing to eighth grade is often too small, in these data.  For example, the proportion of continuing from eighth to ninth grade is above one for most cohorts entering fifth grade since 1925, whereas the proportion continuing from seventh to eighth grade for cohorts entering fifth grade from 1925 to the early 1940s is distinctly too low.  On average, however, the proportion continuing from seventh to ninth grade appears reasonable in comparison with the other transition statistics.  There are several possible reasons.  The number of ninth graders in public schools may be inflated, compared with the number of eighth graders, because many pupils in private schools transfer to public schools for high school.  The discrepancies, however, may also be due to the misclassification of eighth graders as secondary school pupils.

Footnotes:
\1: Enrollment data prior to 1965 include students who enrolled at any time during the school year.  After 1965, enrollment data include only those students who enrolled at the beginning of the year.
\2: In later years, data contain a relatively small number of prekindergarten students.
\3: Ungraded enrollment includes those children enrolled in schools or special programs that do not differentiate by grade level.  Prior to fall 1965, enrollment in ungraded and special classes was prorated among the regular grades.
\4: Postgraduate students include those who have finished their requirements for a diploma but are taking classes at a secondary school.
\5: Estimated.
\6: These data are not identical to those in the underlying sources because of the inclusion of seventh and eighth grade enrollments in the secondary school data for several states.

Pl.0278

&lt;CG.A.4&gt; School enrollment and school enrollment rates, by age and sex: 1940 to 1995[1]

| Year | School enrollment and enrollment rates of males and females, by age | | | | | | | | | | | | | |
| | Total, 5 to 34 | | 5 and 6 | | 7 to 13 | | 14 to 17 | | 18 and 19 | | 20 to 24 | | 25 to 34 | |
| | number | rate | number | rate | number | rate | number | rate | number | rate | number | rate | number | rate |
| HS no. | H442 | H442 | H443 | H443 | H444 | H444 | H445 | H445 | H446 | H446 | H447 | H447 | H448 | H448 |
| Units | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) |
| 1940[2] | 26,759[3] | 57.7 | 1,805 | 43.0 | 15,035 | 95.0 | 7,709 | 79.3 | 1,449 | 28.9 | 761 | 6.6 | --- | --- |
| 1945 | 25,515[3] | 64.0 | 2,833 | 60.4 | 14,747 | 98.1 | 6,956 | 78.4 | 668 | 20.7 | 311 | 3.9 | --- | --- |
| 1946 | 26,924[3] | 61.1 | 3,030 | 62.0 | 14,966 | 98.3 | 6,900 | 79.6 | 884 | 22.5 | 1,144 | 10.1 | --- | --- |
| 1947 | 27,746 | 41.1 | 3,069 | 58.0 | 15,302 | 98.5 | 6,737 | 79.3 | 1,007 | 24.3 | 1,183 | 10.2 | 448 | 2.0 |
| 1948 | 28,390 | 41.5 | 3,237 | 56.0 | 15,688 | 98.1 | 6,824 | 81.8 | 1,134 | 26.9 | 1,103 | 9.7 | 405 | 1.8 |
| 1949 | 29,283 | 42.4 | 3,487 | 59.3 | 16,374 | 98.6 | 6,778 | 81.6 | 1,028 | 25.3 | 1,041 | 9.2 | 576 | 2.5 |
| 1950 | 30,073[4] | 51.6 | 3,304 | 58.2 | 17,222 | 98.7 | 6,988 | 83.4 | 1,199 | 29.7 | 1,001 | 9.2 | 360[5] | 3.0 |
| 1951 | 30,466[4] | 52.8 | 3,196 | 54.5 | 17,946 | 99.1 | 7,216 | 85.2 | 974 | 26.2 | 846 | 8.6 | 288[5] | 2.5 |
| 1952 | 31,980 | 45.4 | 3,732 | 54.7 | 18,414 | 98.8 | 7,440 | 85.2 | 1,062 | 28.8 | 904 | 9.7 | 428 | 1.8 |
| 1953 | 32,796 | 46.4 | 4,038 | 55.7 | 18,525 | 99.4 | 7,538 | 85.9 | 1,180 | 31.2 | 981 | 11.1 | 534 | 2.3 |
| 1954 | 36,083 | 50.0 | 5,443 | 77.3 | 19,952 | 99.4 | 7,784 | 87.1 | 1,268 | 32.4 | 999 | 11.2 | 635 | 2.7 |
| 1955 | 37,426 | 50.8 | 5,520 | 78.1 | 21,028 | 99.2 | 7,970 | 86.9 | 1,232 | 31.5 | 1,010 | 11.1 | 667 | 2.9 |
| 1956 | 39,353 | 52.3 | 5,597 | 77.6 | 21,946 | 99.3 | 8,413 | 88.2 | 1,407 | 35.4 | 1,192 | 12.8 | 798 | 3.5 |
| 1957 | 41,166 | 53.6 | 5,829 | 78.6 | 22,705 | 99.5 | 9,067 | 89.5 | 1,409 | 34.9 | 1,336 | 14.0 | 820 | 3.6 |
| 1958 | 42,900 | 54.8 | 6,101 | 80.4 | 23,623 | 99.5 | 9,446 | 89.2 | 1,564 | 37.6 | 1,307 | 13.4 | 858 | 3.8 |
| 1959 | 44,370 | 55.5 | 6,222 | 80.0 | 24,626 | 99.4 | 9,839 | 90.2 | 1,601 | 36.8 | 1,283 | 12.7 | 799 | 3.8 |
| 1960 | 46,259 | 56.4 | 6,438 | 80.7 | 25,621 | 99.5 | 10,240 | 90.3 | 1,817 | 38.4 | 1,350 | 13.1 | 792 | 3.6 |
| 1961 | 47,708 | 56.8 | 6,638 | 81.7 | 25,801 | 99.3 | 11,163 | 91.4 | 1,952 | 38.0 | 1,468 | 13.7 | 686 | 3.2 |
| 1962 | 48,704 | 57.8 | 6,651 | 82.2 | 25,634 | 99.3 | 11,740 | 92.0 | 2,144 | 41.8 | 1,725 | 15.6 | 810 | 3.8 |
| 1963 | 50,356 | 58.5 | 6,768 | 82.7 | 26,203 | 99.3 | 12,517 | 92.9 | 2,061 | 40.9 | 2,014 | 17.3 | 793 | 3.7 |
| 1964 | 51,660 | 58.7 | 6,842 | 83.3 | 26,725 | 99.0 | 13,014 | 93.1 | 2,196 | 41.6 | 2,048 | 16.8 | 835 | 3.9 |
| 1965 | 53,769 | 59.7 | 6,995 | 84.4 | 27,450 | 99.4 | 13,033 | 93.2 | 2,930 | 46.3 | 2,360 | 19.0 | 1,001 | 4.7 |
| 1966 | 55,070 | 60.0 | 7,156 | 85.1 | 27,895 | 99.3 | 13,293 | 93.7 | 3,176 | 47.2 | 2,547 | 19.9 | 1,003 | 4.6 |
| 1967 | 56,511 | 60.2 | 7,352 | 87.4 | 28,286 | 99.3 | 13,638 | 93.7 | 3,026 | 47.6 | 3,002 | 22.0 | 1,207 | 5.4 |
| 1968 | 57,564 | 60.1 | 7,241 | 87.6 | 28,620 | 99.1 | 14,118 | 94.2 | 3,317 | 50.4 | 2,988 | 21.4 | 1,280 | 5.5 |
| 1969 | 58,718 | 60.1 | 7,155 | 88.4 | 28,844 | 99.1 | 14,452 | 94.0 | 3,351 | 50.2 | 3,380 | 23.0 | 1,536 | 6.4 |

-42-

PI.0279

\<CG.A.4\> continued

| Year | School enrollment and enrollment rates of males and females, by age | | | | | | | | | | | | | |
|------|--------|------|--------|------|--------|------|--------|------|--------|------|--------|------|--------|------|
| | Total, 5 to 34 | | 5 and 6 | | 7 to 13 | | 14 to 17 | | 18 and 19 | | 20 to 24 | | 25 to 34 | |
| | number | rate | number | rate | number | rate | number | rate | number | rate | number | rate | number | rate |
| *Units* | *000* | *%* | *000* | *%* | *000* | *%* | *000* | *%* | *000* | *%* | *000* | *%* | *000* | *%* |
| *col. no.* | *(1)* | *(2)* | *(3)* | *(4)* | *(5)* | *(6)* | *(7)* | *(8)* | *(9)* | *(10)* | *(11)* | *(12)* | *(13)* | *(14)* |
| 1970 | 58,896 | 59.0 | 7,000 | 89.5 | 28,943 | 99.2 | 14,796 | 94.1 | 3,322 | 47.7 | 3,359 | 21.5 | 1,477 | 6.0 |
| 1971 | 59,630 | 58.6 | 6,818 | 91.6 | 28,823 | 99.1 | 15,144 | 94.5 | 3,557 | 49.2 | 3,606 | 21.9 | 1,682 | 6.6 |
| 1972 | 58,486 | 56.9 | 6,340 | 91.9 | 27,907 | 99.2 | 15,267 | 93.3 | 3,458 | 46.3 | 3,692 | 21.6 | 1,822 | 6.8 |
| 1973 | 57,703 | 55.4 | 6,228 | 92.5 | 27,289 | 99.2 | 15,354 | 92.9 | 3,284 | 42.9 | 3,659 | 20.8 | 1,889 | 6.7 |
| 1974 | 58,252 | 55.3 | 6,421 | 94.2 | 26,833 | 99.3 | 15,529 | 92.9 | 3,375 | 43.1 | 3,816 | 21.4 | 2,278 | 7.8 |
| 1975 | 58,867 | 55.1 | 6,590 | 94.7 | 26,104 | 99.3 | 15,698 | 93.6 | 3,765 | 46.9 | 4,121 | 22.4 | 2,589 | 8.5 |
| 1976 | 58,533 | 54.3 | 6,701 | 95.6 | 25,455 | 99.2 | 15,649 | 93.7 | 3,768 | 46.2 | 4,379 | 23.3 | 2,581 | 8.2 |
| 1977 | 58,078 | 53.6 | 6,433 | 95.8 | 25,052 | 99.4 | 15,529 | 93.6 | 3,762 | 46.2 | 4,390 | 22.9 | 2,912 | 9.0 |
| 1978 | 56,544 | 52.2 | 5,997 | 95.3 | 24,597 | 99.1 | 15,356 | 93.7 | 3,700 | 45.4 | 4,245 | 21.8 | 2,649 | 8.0 |
| 1979 | 55,717 | 51.2 | 5,846 | 95.8 | 24,145 | 99.2 | 14,970 | 93.6 | 3,693 | 45.0 | 4,290 | 21.7 | 2,773 | 8.1 |
| 1980 | 55,068 | 50.4 | 5,853 | 95.7 | 23,751 | 99.3 | 14,411 | 93.4 | 3,788 | 46.4 | 4,446 | 22.3 | 2,819 | 7.9 |
| 1981 | 56,057 | 49.7 | 5,955 | 94.0 | 24,025 | 99.2 | 14,373 | 94.1 | 3,976 | 49.0 | 4,700 | 22.5 | 3,028 | 8.0 |
| 1982 | 55,483 | 49.3 | 6,070 | 95.0 | 23,654 | 99.0 | 13,928 | 94.4 | 3,837 | 47.8 | 4,897 | 23.5 | 3,097 | 8.0 |
| 1983 | 55,120 | 49.0 | 6,214 | 95.5 | 23,278 | 99.2 | 13,791 | 95.0 | 3,938 | 50.4 | 4,720 | 22.7 | 3,179 | 8.1 |
| 1984 | 54,704 | 48.6 | 6,332 | 94.5 | 22,854 | 99.2 | 13,793 | 94.7 | 3,724 | 50.1 | 4,886 | 23.7 | 3,115 | 7.7 |
| 1985 | 55,214 | 48.9 | 6,697 | 96.1 | 22,849 | 99.2 | 14,016 | 94.9 | 3,716 | 51.6 | 4,776 | 24.0 | 3,160 | 7.7 |
| 1986 | 55,340 | 48.8 | 6,917 | 95.3 | 22,987 | 99.2 | 13,868 | 94.9 | 3,872 | 54.6 | 4,584 | 23.6 | 3,112 | 7.4 |
| 1987 | 55,943 | 49.3 | 6,956 | 95.2 | 23,521 | 99.5 | 13,532 | 95.0 | 3,982 | 55.6 | 4,792 | 25.5 | 3,160 | 7.5 |
| 1988 | 56,049 | 49.3 | 7,044 | 96.0 | 24,044 | 99.7 | 13,042 | 95.1 | 4,059 | 55.6 | 4,816 | 26.1 | 3,044 | 7.1 |
| 1989 | 56,338 | 49.7 | 6,990 | 95.2 | 24,431 | 99.3 | 12,747 | 95.7 | 4,125 | 56.0 | 4,837 | 27.0 | 3,208 | 7.5 |
| 1990 | 57,297 | 50.6 | 7,207 | 96.5 | 25,016 | 99.6 | 12,653 | 95.8 | 4,044 | 57.2 | 5,083 | 28.6 | 3,294 | 7.7 |
| 1991 | 58,208 | 51.4 | 7,178 | 95.4 | 25,445 | 99.6 | 12,789 | 96.0 | 3,969 | 59.6 | 5,406 | 30.2 | 3,422 | 8.1 |
| 1992 | 59,021 | 52.2 | 7,252 | 95.5 | 25,768 | 99.4 | 13,133 | 96.7 | 4,012 | 61.4 | 5,604 | 31.6 | 3,251 | 7.8 |
| 1993 | 59,455 | 52.6 | 7,298 | 95.4 | 26,110 | 99.5 | 13,350 | 96.5 | 4,063 | 61.6 | 5,389 | 30.8 | 3,245 | 7.9 |
| 1994 | 62,510 | 53.8 | 7,752 | 96.7 | 26,768 | 99.3 | 14,414 | 96.6 | 4,180 | 60.2 | 5,857 | 32.0 | 3,538 | 8.6 |
| 1995 | 62,897 | 54.1 | 7,901 | 96.0 | 27,003 | 98.9 | 14,648 | 96.3 | 4,274 | 59.4 | 5,570 | 31.5 | 3,500 | 8.6 |

Pl.0280

<CG.A.4> continued

| Year | School enrollment and enrollment rates of males, by age | | | | | | | | | | | | | |
| | Total, 5 to 34 | | 5 and 6 | | 7 to 13 | | 14 to 17 | | 18 and 19 | | 20 to 24 | | 25 to 34 | |
| | number | rate | number | rate | number | rate | number | rate | number | rate | number | rate | number | rate |
| HS no. | H442 | H442 | H443 | H443 | H444 | H444 | H445 | H445 | H446 | H446 | H447 | H447 | H448 | H448 |
| Units | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) |
| 1940[2] | 13,615 | 58.6 | 901 | 42.3 | 7,607 | 94.8 | 3,870 | 78.9 | 770 | 30.8 | 467 | 8.2 | --- | --- |
| 1945 | 12,660 | 72.7 | 1,423 | 59.6 | 7,456 | 97.7 | 3,475 | 78.0 | 192 | 21.6 | 114 | 5.6 | --- | --- |
| 1946 | 13,941 | 64.9 | 1,514 | 60.8 | 7,585 | 98.0 | 3,435 | 79.2 | 469 | 29.0 | 938 | 17.7 | --- | --- |
| 1947 | 14,635 | 44.3 | 1,549 | 57.4 | 7,781 | 98.6 | 3,364 | 78.9 | 587 | 31.4 | 947 | 17.0 | 407 | 3.8 |
| 1948 | 14,991 | 44.8 | 1,628 | 55.1 | 7,990 | 98.3 | 3,436 | 81.9 | 682 | 34.3 | 898 | 16.5 | 358 | 3.3 |
| 1949 | 15,489 | 45.8 | 1,807 | 60.2 | 8,330 | 98.5 | 3,447 | 82.5 | 593 | 31.6 | 827 | 15.4 | 487 | 4.5 |
| 1950 | 15,736 | 54.8 | 1,649 | 56.8 | 8,773 | 98.7 | 3,568 | 84.4 | 680 | 35.7 | 733 | 14.3 | 333 | 5.9 |
| 1951 | 15,774 | 56.8 | 1,648 | 55.1 | 9,148 | 99.1 | 3,614 | 85.2 | 534 | 32.4 | 602 | 14.3 | 228 | 4.2 |
| 1952 | 16,644 | 49.4 | 1,912 | 54.8 | 9,382 | 98.7 | 3,758 | 85.4 | 612 | 37.2 | 630 | 16.9 | 350 | 3.2 |
| 1953 | 16,974 | 50.2 | 2,035 | 55.0 | 9,405 | 99.2 | 3,844 | 86.8 | 642 | 37.7 | 636 | 18.5 | 414 | 3.7 |
| 1954 | 18,759 | 54.0 | 2,746 | 76.3 | 10,138 | 99.2 | 4,002 | 88.7 | 730 | 40.6 | 677 | 19.1 | 465 | 4.2 |
| 1955 | 19,573 | 54.9 | 2,821 | 78.1 | 10,725 | 99.2 | 4,096 | 88.6 | 752 | 42.5 | 686 | 18.1 | 494 | 4.5 |
| 1956 | 20,522 | 56.3 | 2,839 | 77.1 | 11,179 | 99.1 | 4,275 | 89.1 | 809 | 45.1 | 830 | 20.6 | 620 | 5.7 |
| 1957 | 21,509 | 57.5 | 2,963 | 78.3 | 11,584 | 99.5 | 4,646 | 91.1 | 780 | 43.3 | 897 | 21.3 | 639 | 5.9 |
| 1958 | 22,497 | 58.7 | 3,123 | 80.6 | 12,059 | 99.5 | 4,854 | 90.7 | 898 | 47.5 | 915 | 21.0 | 648 | 6.0 |
| 1959 | 23,192 | 59.1 | 3,158 | 79.5 | 12,556 | 99.3 | 5,041 | 91.4 | 918 | 45.6 | 892 | 19.6 | 627 | 5.9 |
| 1960 | 24,234 | 60.0 | 3,292 | 80.8 | 13,074 | 99.5 | 5,247 | 91.3 | 1,063 | 47.8 | 936 | 19.9 | 621 | 5.9 |
| 1961 | 24,944 | 60.4 | 3,402 | 82.0 | 13,167 | 99.3 | 5,705 | 92.2 | 1,170 | 48.6 | 989 | 20.2 | 511 | 4.9 |
| 1962 | 25,452 | 61.7 | 3,399 | 82.6 | 13,003 | 99.2 | 6,032 | 93.7 | 1,212 | 51.2 | 1,177 | 23.4 | 629 | 6.2 |
| 1963 | 26,243 | 62.3 | 3,440 | 82.7 | 13,280 | 99.1 | 6,402 | 94.2 | 1,180 | 51.0 | 1,365 | 25.6 | 576 | 5.7 |
| 1964 | 26,851 | 62.3 | 3,478 | 83.4 | 13,548 | 98.8 | 6,658 | 94.4 | 1,238 | 50.9 | 1,332 | 23.8 | 597 | 5.9 |
| 1965 | 28,059 | 63.5 | 3,555 | 84.4 | 13,932 | 99.3 | 6,613 | 93.6 | 1,689 | 55.6 | 1,559 | 27.6 | 711 | 7.0 |
| 1966 | 28,733 | 64.1 | 3,619 | 84.5 | 14,139 | 99.2 | 6,770 | 94.4 | 1,841 | 57.8 | 1,667 | 29.2 | 697 | 6.8 |
| 1967 | 29,368 | 64.1 | 3,719 | 86.6 | 14,342 | 99.1 | 6,975 | 94.7 | 1,637 | 56.3 | 1,862 | 30.6 | 832 | 7.8 |
| 1968 | 30,051 | 64.3 | 3,683 | 87.3 | 14,513 | 98.9 | 7,199 | 95.0 | 1,892 | 60.4 | 1,867 | 30.5 | 897 | 8.1 |
| 1969 | 30,583 | 64.1 | 3,623 | 87.7 | 14,620 | 98.9 | 7,374 | 95.0 | 1,886 | 59.4 | 2,070 | 32.0 | 1,011 | 8.9 |

Pl.0281

<CG.A.4> continued

| Year | School enrollment and enrollment rates of males, by age (continued) | | | | | | | | | | | | | |
| | Total, 5 to 34 | | 5 and 6 | | 7 to 13 | | 14 to 17 | | 18 and 19 | | 20 to 24 | | 25 to 34 | |
| | number | rate | number | rate | number | rate | number | rate | number | rate | number | rate | number | rate |
| Units | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) |
| 1970 | 30,642 | 62.6 | 3,545 | 88.9 | 14,688 | 99.0 | 7,531 | 94.8 | 1,821 | 54.4 | 2,062 | 29.3 | 996 | 8.4 |
| 1971 | 31,114 | 62.1 | 3,450 | 90.9 | 14,633 | 98.9 | 7,720 | 95.3 | 1,939 | 55.4 | 2,217 | 29.2 | 1,155 | 9.4 |
| 1972 | 30,505 | 60.1 | 3,220 | 91.7 | 14,195 | 99.1 | 7,795 | 94.0 | 1,857 | 51.2 | 2,243 | 27.8 | 1,195 | 9.2 |
| 1973 | 30,012 | 58.3 | 3,162 | 92.2 | 13,884 | 99.2 | 7,845 | 93.7 | 1,783 | 47.9 | 2,118 | 25.2 | 1,220 | 9.0 |
| 1974 | 30,178 | 57.9 | 3,280 | 94.4 | 13,650 | 99.2 | 7,906 | 93.3 | 1,731 | 45.8 | 2,202 | 25.8 | 1,409 | 10.0 |
| 1975 | 30,502 | 57.7 | 3,346 | 94.4 | 13,267 | 99.0 | 8,042 | 94.6 | 1,940 | 49.9 | 2,334 | 26.4 | 1,573 | 10.7 |
| 1976 | 30,209 | 56.6 | 3,422 | 95.6 | 12,951 | 99.0 | 8,014 | 94.6 | 1,907 | 48.2 | 2,358 | 26.0 | 1,557 | 10.2 |
| 1977 | 29,831 | 55.6 | 3,246 | 94.7 | 12,751 | 99.3 | 7,934 | 94.3 | 1,919 | 48.4 | 2,401 | 25.9 | 1,580 | 10.0 |
| 1978 | 29,002 | 54.0 | 3,054 | 95.1 | 12,514 | 99.0 | 7,814 | 93.9 | 1,902 | 47.8 | 2,290 | 24.3 | 1,428 | 8.8 |
| 1979 | 28,459 | 52.8 | 3,003 | 96.3 | 12,285 | 99.0 | 7,680 | 94.5 | 1,874 | 46.6 | 2,229 | 23.3 | 1,388 | 8.3 |
| 1980 | 27,952 | 51.6 | 2,971 | 95.0 | 12,110 | 99.2 | 7,321 | 93.7 | 1,879 | 47.1 | 2,299 | 23.8 | 1,372 | 7.9 |
| 1981 | 28,577 | 51.0 | 3,051 | 94.2 | 12,253 | 99.1 | 7,309 | 94.3 | 2,018 | 50.5 | 2,467 | 24.4 | 1,479 | 8.0 |
| 1982 | 28,255 | 50.5 | 3,093 | 94.7 | 12,075 | 99.1 | 7,108 | 94.9 | 1,937 | 48.9 | 2,534 | 25.0 | 1,508 | 8.0 |
| 1983 | 28,230 | 50.4 | 3,166 | 95.1 | 11,887 | 99.1 | 7,021 | 95.1 | 1,956 | 50.5 | 2,582 | 25.5 | 1,618 | 8.4 |
| 1984 | 28,013 | 50.0 | 3,220 | 94.0 | 11,665 | 99.1 | 7,018 | 94.7 | 1,924 | 52.4 | 2,651 | 26.3 | 1,535 | 7.8 |
| 1985 | 28,087 | 50.1 | 3,422 | 95.3 | 11,666 | 99.2 | 7,186 | 95.4 | 1,852 | 52.2 | 2,467 | 25.6 | 1,494 | 7.5 |
| 1986 | 28,262 | 50.0 | 3,544 | 96.0 | 11,768 | 99.1 | 7,095 | 94.9 | 1,998 | 57.1 | 2,305 | 24.5 | 1,552 | 7.5 |
| 1987 | 28,547 | 50.5 | 3,580 | 95.7 | 12,057 | 99.7 | 6,928 | 95.3 | 2,047 | 57.9 | 2,469 | 27.2 | 1,466 | 7.0 |
| 1988 | 28,483 | 50.4 | 3,573 | 95.9 | 12,329 | 99.7 | 6,679 | 95.4 | 2,032 | 56.2 | 2,448 | 27.6 | 1,422 | 6.8 |
| 1989 | 28,539 | 50.4 | 3,551 | 95.1 | 12,509 | 99.2 | 6,583 | 96.1 | 2,061 | 56.6 | 2,339 | 26.9 | 1,496 | 7.1 |
| 1990 | 29,077 | 51.4 | 3,705 | 96.5 | 12,832 | 99.6 | 6,491 | 95.9 | 2,038 | 58.2 | 2,552 | 29.6 | 1,459 | 6.9 |
| 1991 | 29,612 | 52.3 | 3,655 | 95.0 | 13,033 | 99.8 | 6,584 | 96.4 | 1,976 | 59.8 | 2,710 | 31.0 | 1,653 | 7.9 |
| 1992 | 29,802 | 52.7 | 3,721 | 95.7 | 13,197 | 99.5 | 6,770 | 97.3 | 2,018 | 61.6 | 2,666 | 30.7 | 1,431 | 7.0 |
| 1993 | 30,236 | 53.4 | 3,750 | 95.5 | 13,359 | 99.6 | 6,890 | 97.1 | 2,049 | 61.6 | 2,727 | 31.8 | 1,461 | 7.2 |
| 1994 | 31,586 | 54.2 | 3,965 | 97.0 | 13,701 | 99.3 | 7,358 | 96.6 | 2,104 | 60.4 | 2,831 | 31.2 | 1,628 | 8.0 |
| 1995 | 31,865 | 54.6 | 4,041 | 95.3 | 13,800 | 99.0 | 7,554 | 96.7 | 2,150 | 59.5 | 2,711 | 31.0 | 1,608 | 8.0 |

Pl.0282

&lt;CG.A.4&gt; continued

| Year | Total, 5 to 34 | | 5 and 6 | | 7 to 13 | | 14 to 17 | | 18 and 19 | | 20 to 24 | | 25 to 34 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | number | rate | number | rate | number | rate | number | rate | number | rate | number | rate | number | rate |
| HS no. | H442 | H442 | H443 | H443 | H444 | H444 | H445 | H445 | H446 | H446 | H447 | H447 | H448 | H448 |
| Units | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) |
| 1940[2] | 13,145[3] | 56.9 | 904 | 43.7 | 7,428 | 95.2 | 3,840 | 79.7 | 680 | 26.9 | 294 | 5.0 | --- | --- |
| 1945 | 12,855[3] | 57.3 | 1,410 | 61.3 | 7,291 | 98.4 | 3,481 | 78.7 | 476 | 20.3 | 197 | 3.3 | --- | --- |
| 1946 | 12,983[3] | 57.5 | 1,516 | 63.3 | 7,381 | 98.5 | 3,465 | 80.1 | 415 | 18.0 | 206 | 3.4 | --- | --- |
| 1947 | 13,111 | 38.0 | 1,520 | 58.7 | 7,521 | 98.5 | 3,373 | 79.8 | 420 | 18.5 | 236 | 3.9 | 41 | 0.3 |
| 1948 | 13,399 | 38.4 | 1,608 | 56.8 | 7,698 | 98.0 | 3,388 | 81.7 | 452 | 20.3 | 206 | 3.4 | 48 | 0.4 |
| 1949 | 13,794 | 39.2 | 1,679 | 58.4 | 8,045 | 98.7 | 3,331 | 80.7 | 435 | 19.9 | 215 | 3.7 | 89 | 0.7 |
| 1950 | 14,337[4] | 48.4 | 1,655 | 59.5 | 8,449 | 98.7 | 3,420 | 82.3 | 519 | 24.3 | 268 | 4.6 | 27[5] | 0.4 |
| 1951 | 14,692[4] | 49.1 | 1,548 | 54.0 | 8,798 | 99.1 | 3,602 | 85.2 | 440 | 21.3 | 244 | 4.3 | 60[5] | 1.0 |
| 1952 | 15,336 | 41.9 | 1,820 | 54.6 | 9,032 | 98.9 | 3,682 | 85.0 | 450 | 22.1 | 274 | 4.9 | 78 | 0.6 |
| 1953 | 15,822 | 43.0 | 2,003 | 56.6 | 9,120 | 99.6 | 3,695 | 85.0 | 538 | 25.9 | 346 | 6.4 | 120 | 0.9 |
| 1954 | 17,324 | 46.3 | 2,697 | 78.3 | 9,813 | 99.6 | 3,782 | 85.4 | 538 | 25.4 | 322 | 6.0 | 171 | 1.4 |
| 1955 | 17,853 | 47.0 | 2,700 | 78.1 | 10,304 | 99.1 | 3,873 | 85.2 | 480 | 22.5 | 324 | 6.1 | 173 | 1.4 |
| 1956 | 18,801 | 48.7 | 2,758 | 78.2 | 10,767 | 99.4 | 4,138 | 87.3 | 598 | 27.4 | 362 | 6.8 | 178 | 1.5 |
| 1957 | 19,657 | 50.0 | 2,866 | 79.0 | 11,121 | 99.5 | 4,421 | 87.8 | 629 | 28.1 | 439 | 8.2 | 181 | 1.5 |
| 1958 | 20,404 | 51.0 | 2,978 | 80.2 | 11,564 | 99.4 | 4,591 | 87.6 | 667 | 29.4 | 393 | 7.3 | 211 | 1.8 |
| 1959 | 21,178 | 52.0 | 3,064 | 80.5 | 12,070 | 99.6 | 4,798 | 89.0 | 683 | 29.2 | 391 | 7.1 | 172 | 1.5 |
| 1960 | 22,025 | 52.8 | 3,146 | 80.6 | 12,547 | 99.6 | 4,993 | 89.2 | 754 | 30.0 | 414 | 7.4 | 171 | 1.7 |
| 1961 | 22,764 | 53.4 | 3,236 | 81.4 | 12,634 | 99.3 | 5,458 | 90.5 | 782 | 28.6 | 479 | 8.3 | 175 | 1.5 |
| 1962 | 23,252 | 54.0 | 3,252 | 81.7 | 12,631 | 99.4 | 5,708 | 90.3 | 932 | 33.7 | 548 | 9.1 | 181 | 1.6 |
| 1963 | 24,113 | 54.9 | 3,328 | 82.6 | 12,923 | 99.6 | 6,115 | 91.6 | 881 | 32.3 | 649 | 10.3 | 217 | 1.9 |
| 1964 | 24,809 | 55.3 | 3,364 | 83.2 | 13,177 | 99.2 | 6,356 | 91.8 | 958 | 33.7 | 716 | 10.9 | 238 | 2.1 |
| 1965 | 25,710 | 56.0 | 3,440 | 84.4 | 13,518 | 99.4 | 6,420 | 92.8 | 1,241 | 37.7 | 801 | 11.8 | 290 | 2.6 |
| 1966 | 26,337 | 56.1 | 3,537 | 85.7 | 13,756 | 99.5 | 6,523 | 92.9 | 1,335 | 37.7 | 880 | 12.4 | 306 | 2.7 |
| 1967 | 27,144 | 56.5 | 3,632 | 88.2 | 13,944 | 99.4 | 6,662 | 92.6 | 1,390 | 40.3 | 1,139 | 15.1 | 375 | 3.2 |
| 1968 | 27,513 | 56.1 | 3,558 | 88.0 | 14,106 | 99.3 | 6,919 | 93.4 | 1,425 | 41.3 | 1,121 | 14.3 | 383 | 3.2 |
| 1969 | 28,135 | 56.3 | 3,532 | 89.1 | 14,223 | 99.5 | 7,078 | 93.1 | 1,465 | 41.8 | 1,310 | 16.0 | 526 | 4.2 |

The header "School enrollment and enrollment rates of females, by age" spans the table.

Pl.0283

<CG.A.4> continued

| Year | Total, 5 to 34 | | 5 and 6 | | 7 to 13 | | 14 to 17 | | 18 and 19 | | 20 to 24 | | 25 to 34 | |
|------|--------|------|--------|------|--------|------|--------|------|--------|------|--------|------|--------|------|
| | number | rate | number | rate | number | rate | number | rate | number | rate | number | rate | number | rate |
| HS no. | H442 | H442 | H443 | H443 | H444 | H444 | H445 | H445 | H446 | H446 | H447 | H447 | H448 | H448 |
| Units | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % | 000 | % |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) |
| 1970 | 28,254 | 55.5 | 3,455 | 90.2 | 14,255 | 99.4 | 7,265 | 93.4 | 1,501 | 41.6 | 1,297 | 15.2 | 480 | 3.8 |
| 1971 | 28,515 | 55.2 | 3,368 | 92.3 | 14,190 | 99.4 | 7,424 | 93.7 | 1,617 | 43.4 | 1,389 | 15.7 | 527 | 4.0 |
| 1972 | 27,980 | 53.8 | 3,120 | 92.2 | 13,712 | 99.3 | 7,471 | 92.6 | 1,601 | 41.8 | 1,449 | 16.0 | 627 | 4.5 |
| 1973 | 27,689 | 52.6 | 3,066 | 92.9 | 13,405 | 99.3 | 7,509 | 92.1 | 1,500 | 38.2 | 1,540 | 16.7 | 669 | 4.6 |
| 1974 | 28,075 | 52.7 | 3,140 | 93.9 | 13,183 | 99.5 | 7,624 | 92.5 | 1,644 | 40.7 | 1,615 | 17.3 | 869 | 5.8 |
| 1975 | 28,365 | 52.6 | 3,244 | 95.1 | 12,837 | 99.6 | 7,657 | 92.6 | 1,825 | 44.2 | 1,786 | 18.7 | 1,016 | 6.5 |
| 1976 | 28,323 | 52.1 | 3,279 | 95.5 | 12,503 | 99.3 | 7,634 | 92.8 | 1,861 | 44.4 | 2,021 | 20.8 | 1,025 | 6.3 |
| 1977 | 28,246 | 51.7 | 3,187 | 96.9 | 12,301 | 99.5 | 7,594 | 93.0 | 1,844 | 44.0 | 1,988 | 20.0 | 1,332 | 8.0 |
| 1978 | 27,544 | 50.4 | 2,944 | 95.5 | 12,083 | 99.3 | 7,542 | 93.5 | 1,798 | 43.0 | 1,955 | 19.4 | 1,222 | 7.1 |
| 1979 | 27,258 | 49.7 | 2,843 | 95.2 | 11,860 | 99.4 | 7,290 | 92.6 | 1,819 | 43.4 | 2,061 | 20.2 | 1,385 | 7.8 |
| 1980 | 27,115 | 49.2 | 2,882 | 96.4 | 11,641 | 99.3 | 7,089 | 93.1 | 1,910 | 45.8 | 2,147 | 20.8 | 1,446 | 7.9 |
| 1981 | 27,482 | 48.4 | 2,904 | 93.8 | 11,771 | 99.4 | 7,065 | 93.9 | 1,958 | 47.5 | 2,234 | 20.8 | 1,550 | 8.0 |
| 1982 | 27,227 | 48.1 | 2,977 | 95.3 | 11,579 | 99.3 | 6,820 | 94.0 | 1,899 | 46.8 | 2,363 | 22.1 | 1,589 | 8.0 |
| 1983 | 26,891 | 47.6 | 3,048 | 95.8 | 11,391 | 99.3 | 6,770 | 94.9 | 1,983 | 50.3 | 2,138 | 20.1 | 1,561 | 7.8 |
| 1984 | 26,690 | 47.3 | 3,112 | 95.1 | 11,190 | 99.5 | 6,774 | 94.7 | 1,800 | 47.9 | 2,235 | 21.2 | 1,579 | 7.7 |
| 1985 | 27,125 | 47.8 | 3,274 | 97.0 | 11,182 | 99.3 | 6,830 | 94.5 | 1,864 | 51.0 | 2,309 | 22.5 | 1,666 | 8.0 |
| 1986 | 27,079 | 47.6 | 3,373 | 94.6 | 11,221 | 94.5 | 6,772 | 90.6 | 1,874 | 53.5 | 2,279 | 24.2 | 1,560 | 7.6 |
| 1987 | 27,396 | 48.1 | 3,376 | 94.6 | 11,463 | 99.4 | 6,603 | 94.5 | 1,936 | 53.4 | 2,324 | 24.0 | 1,694 | 7.9 |
| 1988 | 27,565 | 48.3 | 3,471 | 96.0 | 11,714 | 99.7 | 6,363 | 94.8 | 2,028 | 55.2 | 2,367 | 24.7 | 1,622 | 7.5 |
| 1989 | 27,798 | 48.9 | 3,439 | 95.2 | 11,922 | 99.4 | 6,164 | 95.3 | 2,063 | 55.4 | 2,498 | 27.1 | 1,712 | 7.9 |
| 1990 | 28,222 | 49.8 | 3,502 | 96.4 | 12,184 | 99.7 | 6,163 | 95.7 | 2,006 | 56.3 | 2,532 | 27.7 | 1,835 | 8.5 |
| 1991 | 28,596 | 50.5 | 3,522 | 95.8 | 12,412 | 99.5 | 6,205 | 95.6 | 1,993 | 59.4 | 2,695 | 29.4 | 1,769 | 8.3 |
| 1992 | 29,218 | 51.7 | 3,531 | 95.2 | 12,571 | 99.2 | 6,363 | 96.0 | 1,994 | 61.2 | 2,938 | 32.5 | 1,820 | 8.6 |
| 1993 | 29,219 | 51.8 | 3,547 | 95.2 | 12,752 | 99.4 | 6,461 | 95.9 | 2,014 | 61.7 | 2,662 | 29.8 | 1,784 | 8.6 |
| 1994 | 30,924 | 53.3 | 3,787 | 96.4 | 13,068 | 99.4 | 7,056 | 96.6 | 2,076 | 60.0 | 3,025 | 32.8 | 1,911 | 9.1 |
| 1995 | 31,031 | 53.5 | 3,860 | 96.8 | 13,203 | 98.8 | 7,093 | 95.7 | 2,124 | 59.2 | 2,859 | 31.9 | 1,892 | 9.2 |

The table header continues: School enrollment and enrollment rates of females, by age (continued)

PI.0284

Sources:  <CG.A.4.1> to <CG.A.4.42>, 1940 to 1991, U.S. Department of Education, *120 Years of American Education: A Statistical Portrait* (Washington, D.C.: U.S. G.P.O., 1993), table 3.  The underlying sources are: 1940, U.S. Bureau of the Census, *U.S. Census of Population*: *1950*, vol. II, part 1; 1945 to 1969, *Current Population Reports*, series P-20, nos. 10, 24, 30, 34, 45, 52, 54, 66, 74, 80, 93, 101, 110, 117, 126, 129, 148, 162, 167, 190, 206, and 222; 1970 to 1991, Current Population Survey, survey data files. 1992 to 1995, *Current Population Reports,* series P-20, nos. 474, 479, 487, and 495.

The estimates are based on data obtained in October in the Current Population Survey of the Bureau of the Census, except that data shown for 1940 are based on complete enumeration of the population and were published in volume II of the 1950 census reports on population.  Except for 1940, data are for the civilian population excluding the relatively small number in institutions.  Data shown for 1940 relate to the total population, including those in institutions and all members of the Armed Forces (about 267,000) enumerated on April 1.

The school enrollment statistics from the Current Population Survey (CPS) are based on replies to the enumerator's inquiry as to whether the person was enrolled in school.  In the Census of Population for 1940 and 1950, and in the CPS, 1954 to 1991, enrollment was defined as enrollment in "regular" schools only—that is, schools where enrollment may lead toward an elementary or high school diploma, or to a college, university, or professional degree.  Such schools included public and private nursery schools, kindergartens, elementary and secondary schools, colleges, universities, and professional schools.  Enrollment could be either full-time or part-time, day or night.

If a person was receiving regular instruction at home from a tutor and if the instruction was considered comparable to that of a regular school or college, the person was counted as enrolled.  Enrollment in a correspondence course was counted only if the person received credit in the regular school system.  Enrollments in business and trade schools at the postsecondary level were excluded if the coursework did not lead to a degree.

Children in kindergarten were included in the "regular" school enrollment figures in the Current Population Survey beginning in 1950; children enrolled in nursery school were included in 1967.  Children enrolled in kindergarten were not included in the "regular" school enrollment figures in the 1950 Census of Population; however, they have been included here to make the data comparable with earlier years and with current practice.  In censuses prior to 1950, no attempt was made to exclude children in kindergarten so that the statistics for those years include varying proportions attending kindergarten.

Information on school enrollment is also collected and published by the Department of Education.  These data are obtained from reports of school surveys and censuses.  They are, however, only roughly comparable with data collected by the Bureau of the Census from households, because of differences in definitions, time references, population coverage, and enumeration methods.

Footnotes:
\1: Unless otherwise noted, enrollment data are for October.
\2: As of April 1.
\3: Data for 1940 through 1946 are for ages 5 to 24.
\4: Data for 1950 and 1951 are for ages 5 to 29.
\5: 25 to 29 years old.

Pl.0285

<CG.A.6> Average daily attendance in, and the average school term of, public elementary and secondary schools: 1869-70 to 1994-95

| School year | School attendance | | |
|---|---|---|---|
| | Average daily attendance | Average length of school term | Average number of days attended per pupil enrolled |
| Units | thousands | days | days |
| HS no. | H520 | H521 | H522 |
| col. no. | (1) | (2) | (3) |
| 1869-70 | 4,077,000 | 132.2 | 78.4 |
| 1870-71 | 4,545,000 | 132.1 | 79.4 |
| 1871-72 | 4,659,000 | 133.4 | 79.5 |
| 1872-73 | 4,745,000 | 129.1 | 76.5 |
| 1873-74 | 5,051,000 | 128.8 | 77.0 |
| 1874-75 | 5,248,000 | 134.4 | 77.9 |
| 1875-76 | 5,291,000 | 133.1 | 79.4 |
| 1876-77 | 5,427,000 | 132.1 | 80.0 |
| 1877-78 | 5,783,000 | 132.0 | 80.9 |
| 1878-79 | 5,876,000 | 130.2 | 80.5 |
| 1879-80 | 6,144,000 | 130.3 | 81.1 |
| 1880-81 | 6,146,000 | 130.0 | 80.0 |
| 1881-82 | 6,331,000 | 131.2 | 81.3 |
| 1882-83 | 6,652,000 | 129.8 | 81.1 |
| 1883-84 | 7,056,000 | 129.1 | 82.9 |
| 1884-85 | 7,298,000 | 130.7 | 83.6 |
| 1885-86 | 7,526,000 | 130.4 | 84.1 |
| 1886-87 | 7,682,000 | 131.3 | 84.9 |
| 1887-88 | 7,907,000 | 132.3 | 85.9 |
| 1888-89 | 8,006,000 | 133.7 | 86.4 |
| 1889-90 | 8,154,000 | 134.7 | 86.3 |
| 1890-91 | 8,329,000 | 135.7 | 86.6 |
| 1891-92 | 8,561,000 | 136.9 | 88.4 |
| 1892-93 | 8,856,000 | 136.3 | 89.6 |
| 1893-94 | 9,188,000 | 139.5 | 91.6 |
| 1894-95 | 9,549,000 | 139.5 | 93.5 |
| 1895-96 | 9,781,000 | 140.5 | 94.8 |
| 1896-97 | 10,053,000 | 142.0 | 96.3 |
| 1897-98 | 10,356,000 | 143.0 | 98.0 |
| 1898-99 | 10,389,000 | 143.0 | 97.9 |
| 1899-1900 | 10,633,000 | 144.3 | 99.0 |
| 1900-01 | 10,716,000 | 143.7 | 98.0 |
| 1901-02 | 11,064,000 | 144.7 | 100.6 |
| 1903-03 | 11,055,000 | 147.2 | 101.7 |
| 1903-04 | 11,318,000 | 146.7 | 102.1 |
| 1904-05 | 11,482,000 | 150.9 | 105.2 |
| 1905-06 | 11,712,000 | 150.6 | 106.0 |
| 1906-07 | 11,926,000 | 151.8 | 107.3 |
| 1907-08 | 12,154,000 | 154.1 | 109.8 |

-49-

Pl.0286

&lt;CG.A.6&gt; continued

| School year | School attendance (continued) | | |
|---|---|---|---|
| | Average daily attendance | Average length of school term | Average number of days attended per pupil enrolled |
| *Units* | *thousands* | *days* | *days* |
| *col. no.* | *(1)* | *(2)* | *(3)* |
| 1908-09 | 12,685,000 | 155.3 | 112.6 |
| 1909-10 | 12,827,000 | 157.5 | 113.0 |
| 1910-11 | 12,872,000 | 156.8 | 111.8 |
| 1911-12 | 13,302,000 | 158.8 | 115.6 |
| 1912-13 | 13,614,000 | 158.1 | 115.6 |
| 1913-14 | 14,216,000 | 158.7 | 117.8 |
| 1914-15 | 14,986,000 | 159.4 | 121.2 |
| 1915-16 | 15,359,000 | 160.3 | 120.9 |
| 1917-18 | 15,549,000 | 160.7 | 119.8 |
| 1919-20 | 16,150,000 | 161.9 | 121.2 |
| 1921-22 | 18,432,000 | 164.0 | 130.6 |
| 1923-24 | 19,132,000 | 168.3 | 132.5 |
| 1925-26 | 19,856,000 | 169.3 | 135.9 |
| 1927-28 | 20,608,000 | 171.5 | 140.4 |
| 1929-30 | 21,265,000 | 172.7 | 143.0 |
| 1931-32 | 22,245,000 | 171.2 | 144.9 |
| 1933-34 | 22,458,000 | 171.6 | 145.8 |
| 1935-36 | 22,299,000 | 173.0 | 146.3 |
| 1937-38 | 22,298,000 | 173.9 | 149.3 |
| 1939-40 | 22,042,000 | 175.0 | 151.7 |
| 1941-42 | 21,031,000 | 174.7 | 149.6 |
| 1943-44 | 19,603,000 | 175.5 | 147.9 |
| 1945-46 | 19,849,000 | 176.8 | 150.6 |
| 1947-48 | 20,910,000 | 177.6 | 155.1 |
| 1949-50 | 22,284,000 | 177.9 | 157.9 |
| 1951-52 | 23,257,000 | 178.2 | 156.0 |
| 1953-54 | 25,643,871 | 178.6 | 158.9 |
| 1955-56 | 27,740,149 | 178.0 | 158.5 |
| 1957-58 | 29,722,275 | 177.6 | 157.4 |
| 1959-60* | 32,477,440 | 178.0 | 160.2 |
| 1961-62 | 34,682,340 | 179.1 | 162.3 |
| 1963-64 | 37,405,058 | 179.0 | 163.2 |
| 1965-66 | 39,154,497 | 178.9 | 163.5 |
| 1967-68 | 40,827,965 | 178.8 | 163.2 |
| 1969-70 | 41,934,376 | 178.9 | 161.7 |
| 1970-71 | 42,428,000 | (NA) | (NA) |
| 1971-72 | 42,254,272 | 179.3 | 161.7 |
| 1972-73 | 42,179,000 | (NA) | (NA) |
| 1973-74 | 41,438,054 | 178.7 | 159.5 |
| 1974-75 | 41,524,000 | (NA) | (NA) |
| 1975-76 | 41,269,720 | 178.3 | 161.1 |

-50-

Pl.0287

<CG.A.6> continued

| School year | School attendance (continued) | | |
|---|---|---|---|
| | Average daily attendance | Average length of school term | Average number of days attended per pupil enrolled |
| *Units* | *thousands* | *days* | *days* |
| *col. no.* | *(1)* | *(2)* | *(3)* |
| 1976-77 | 40,832,000 | (NA) | (NA) |
| 1977-78 | 40,079,590 | (NA) | (NA) |
| 1978-79 | 39,075,000 | (NA) | (NA) |
| 1979-80 | 38,288,911 | 178.5[1] | 160.8[1] |
| 1980-81 | 37,703,744 | 178.2 | 160.7 |
| 1981-82 | 37,094,652 | (NA) | (NA) |
| 1982-83 | 36,635,868 | (NA) | (NA) |
| 1983-84 | 36,362,978 | (NA) | (NA) |
| 1984-85 | 36,404,261 | (NA) | (NA) |
| 1985-86 | 36,523,103 | (NA) | (NA) |
| 1986-87 | 36,863,867 | (NA) | (NA) |
| 1987-88 | 37,050,707 | (NA) | (NA) |
| 1988-89 | 37,268,072 | (NA) | (NA) |
| 1989-90 | 37,799,296 | (NA) | (NA) |
| 1990-91 | 38,426,543 | 179.8 | (NA) |
| 1991-92 | 38,960,783 | (NA) | (NA) |
| 1992-93 | 39,570,462 | (NA) | (NA) |
| 1993-94 | 40,146,393 | (NA) | (NA) |
| 1994-95 | 40,720,763 | (NA) | (NA) |

Sources:  <CG.A.6.1> to <CG.A.6.3>, 1869-70 to 1989-90, U.S. Department of Education, *120 Years of American Education: A Statistical Portrait* (Washington, D.C.: U.S. G.P.O., 1993), table 14, although see below for additional source for <CG.A.6.1>. The underlying sources are: U.S. Office of Education, *Annual Report of the United States Commissioner of Education;* U.S. Office of Education, *Biennial Survey of Education in the United States,* and U.S. Department of Education, *Digest of Education Statistics*, annual issues (Washington, D.C.: U.S. G.P.O.). <CG.A.6.1>, even years 1953-54 to 1977-78, and all years 1979-80 to 1994-95, *Digest 1997,* table 51.  <CG.A.6.2>, 1990-91, *Digest of Education Statistics 1997*, table 39

Figures for average daily attendance in public schools were computed by dividing the total number of days attended by all pupils enrolled by the number of days school was actually in session.  Only days when the pupils were under the guidance and direction of teachers are considered as days in session.

Footnotes:
\1: Estimated by the National Center for Education Statistics.

-51-

Pl.0288

<CG.A.7> Public elementary and secondary day school teachers and instructional staff, counts and average annual salaries: 1869-70 to 1994-95

| School year | Elementary and secondary schools | | Elementary school classroom teachers[2] | Secondary school classroom teachers[2] | Elementary and secondary school classroom teachers[1,2] | | Average annual salary (current dollars) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Instructional staff | Classroom teachers[1,2] | | | Males | Females | All Instructional staff[3] | All classroom teachers[4] | Elementary school classroom teachers | Secondary school classroom teachers |
| *Units* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *current dollars* | *current dollars* | *current dollars* | *current dollars* |
| *HS no.* | *H523* | *H526[2]* | *new* | *New* | *H527[2]* | *H528[2]* | *H524[3]* | *new* | *new* | *new* |
| *col. no.* | *(1)* | *(2)* | *(3)* | *(4)* | *(5)* | *(6)* | *(7)* | *(8)* | *(9)* | *(10)* |
| 1869-70 | ---- | 201 | ---- | ---- | 78 | 123 | 189 | ---- | ---- | ---- |
| 1870-71 | ---- | 220 | ---- | ---- | 90 | 130 | (NA) | ---- | ---- | ---- |
| 1871-72 | ---- | 230 | ---- | ---- | 95 | 135 | (NA) | ---- | ---- | ---- |
| 1872-73 | ---- | 238 | ---- | ---- | 98 | 140 | (NA) | ---- | ---- | ---- |
| 1873-74 | ---- | 248 | ---- | ---- | 103 | 145 | (NA) | ---- | ---- | ---- |
| 1874-75 | ---- | 258 | ---- | ---- | 109 | 149 | (NA) | ---- | ---- | ---- |
| 1875-76 | ---- | 260 | ---- | ---- | 110 | 150 | (NA) | ---- | ---- | ---- |
| 1876-77 | ---- | 267 | ---- | ---- | 114 | 153 | (NA) | ---- | ---- | ---- |
| 1877-78 | ---- | 277 | ---- | ---- | 119 | 158 | (NA) | ---- | ---- | ---- |
| 1878-79 | ---- | 280 | ---- | ---- | 121 | 159 | (NA) | ---- | ---- | ---- |
| 1879-80 | ---- | 287 | ---- | ---- | 123 | 164 | 195 | ---- | ---- | ---- |
| 1880-81 | ---- | 294 | ---- | ---- | 123 | 171 | (NA) | ---- | ---- | ---- |
| 1881-82 | ---- | 299 | ---- | ---- | 119 | 180 | (NA) | ---- | ---- | ---- |
| 1882-83 | ---- | 304 | ---- | ---- | 116 | 188 | (NA) | ---- | ---- | ---- |
| 1883-84 | ---- | 314 | ---- | ---- | 119 | 195 | (NA) | ---- | ---- | ---- |
| 1884-85 | ---- | 326 | ---- | ---- | 122 | 204 | 224 | ---- | ---- | ---- |
| 1885-86 | ---- | 331 | ---- | ---- | 124 | 208 | (NA) | ---- | ---- | ---- |
| 1886-87 | ---- | 339 | ---- | ---- | 127 | 212 | (NA) | ---- | ---- | ---- |
| 1887-88 | ---- | 347 | ---- | ---- | 126 | 221 | (NA) | ---- | ---- | ---- |
| 1888-89 | ---- | 357 | ---- | ---- | 124 | 232 | (NA) | ---- | ---- | ---- |
| 1889-90 | ---- | 364 | 355 | 9 | 126 | 238 | 252 | ---- | ---- | ---- |
| 1890-91 | ---- | 368 | (NA) | (NA) | 123 | 245 | (NA) | ---- | ---- | ---- |
| 1891-92 | ---- | 374 | (NA) | (NA) | 122 | 253 | (NA) | ---- | ---- | ---- |

-52-

Pl.0289

<CG.A.7> continued

| School year | Elementary and secondary schools | | Elementary school classroom teachers[2] | Secondary school classroom teachers[2] | Elementary and secondary school classroom teachers[1,2] | | Average annual salary (current dollars) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Instructional staff | Classroom teachers[1,2] | | | Males | Females | All Instructional staff[3] | All classroom teachers[4] | Elementary school classroom teachers | Secondary school classroom teachers |
| Units | thousands | thousands | thousands | thousands | thousands | thousands | current dollars | current dollars | current dollars | current dollars |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 1892-93 | ---- | 383 | (NA) | (NA) | 122 | 261 | (NA) | ---- | ---- | ---- |
| 1893-94 | ---- | 389 | (NA) | (NA) | 125 | 264 | (NA) | ---- | ---- | ---- |
| 1894-95 | ---- | 398 | (NA) | (NA) | 130 | 268 | 286 | ---- | ---- | ---- |
| 1895-96 | ---- | 400 | (NA) | (NA) | 130 | 270 | (NA) | ---- | ---- | ---- |
| 1896-97 | ---- | 405 | (NA) | (NA) | 131 | 274 | (NA) | ---- | ---- | ---- |
| 1897-98 | ---- | 411 | (NA) | (NA) | 132 | 279 | (NA) | ---- | ---- | ---- |
| 1898-99 | ---- | 414 | (NA) | (NA) | 131 | 283 | (NA) | ---- | ---- | ---- |
| 1899-1900 | ---- | 423 | 403 | 20 | 127 | 296 | 325 | ---- | ---- | ---- |
| 1900-01 | ---- | 432 | (NA) | (NA) | 126 | 306 | (NA) | ---- | ---- | ---- |
| 1901-02 | ---- | 442 | (NA) | (NA) | 121 | 321 | (NA) | ---- | ---- | ---- |
| 1902-03 | ---- | 449 | (NA) | (NA) | 117 | 332 | (NA) | ---- | ---- | ---- |
| 1903-04 | ---- | 455 | (NA) | (NA) | 114 | 341 | (NA) | ---- | ---- | ---- |
| 1904-05 | ---- | 460 | (NA) | (NA) | 111 | 350 | 386 | ---- | ---- | ---- |
| 1905-06 | ---- | 466 | (NA) | (NA) | 109 | 357 | (NA) | ---- | ---- | ---- |
| 1906-07 | ---- | 481 | (NA) | (NA) | 104 | 377 | (NA) | ---- | ---- | ---- |
| 1907-08 | ---- | 495 | (NA) | (NA) | 104 | 391 | (NA) | ---- | ---- | ---- |
| 1908-09 | ---- | 506 | (NA) | (NA) | 108 | 398 | (NA) | ---- | ---- | ---- |
| 1909-10 | ---- | 523 | 482 | 42 | 110 | 413 | 485 | ---- | ---- | ---- |
| 1910-11 | ---- | 534 | (NA) | (NA) | 110 | 423 | 466 | ---- | ---- | ---- |
| 1911-12 | ---- | 547 | (NA) | (NA) | 115 | 433 | 492 | ---- | ---- | ---- |
| 1912-13 | ---- | 565 | (NA) | (NA) | 113 | 452 | 512 | ---- | ---- | ---- |
| 1913-14 | ---- | 580 | (NA) | (NA) | 115 | 465 | 525 | ---- | ---- | ---- |
| 1914-15 | ---- | 604 | (NA) | (NA) | 118 | 486 | 543 | ---- | ---- | ---- |
| 1915-16 | ---- | 622 | (NA) | (NA) | 123 | 499 | 563 | ---- | ---- | ---- |

Pl.0290

<CG.A.7> continued

| School year | Elementary and secondary schools | | Elementary school classroom teachers[2] | Secondary school classroom teachers[2] | Elementary and secondary school classroom teachers[1,2] | | Average annual salary (current dollars) | | | |
| | Instructional staff | Classroom teachers[1,2] | | | Males | Females | All Instructional staff[3] | All classroom teachers[4] | Elementary school classroom teachers | Secondary school classroom teachers |
| Units | thousands | thousands | thousands | thousands | Thousands | thousands | current dollars | Current dollars | current dollars | current dollars |
| HS no. | H523 | H526[2] | new | New | H527[2] | H528[2] | H524[3] | New | new | new |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 1917-18 | ---- | 651 | 562 | 84 | 105 | 546 | 635 | ---- | ---- | ---- |
| 1919-20 | 700 | 680 | 576 | 102 | 96 | 584 | 871 | ---- | ---- | ---- |
| 1921-22 | 756 | 723 | 593 | 130 | 118 | 605 | 1,166 | ---- | ---- | ---- |
| 1923-24 | 787 | 761 | 617 | 144 | 129 | 633 | 1,227 | ---- | ---- | ---- |
| 1925-26 | 850 | 814 | 645 | 170 | 139 | 675 | 1,277 | ---- | ---- | ---- |
| 1927-28 | 868 | 832 | 643 | 189[5] | 138 | 694 | 1,364 | ---- | ---- | ---- |
| 1929-30 | 892 | 854 | 641 | 213[5] | 142 | 712 | 1,420 | ---- | ---- | ---- |
| 1931-32 | 901 | 872 | 640 | 231 | 154 | 718 | 1,417 | ---- | ---- | ---- |
| 1933-34 | 880 | 847 | 619 | 228 | 162 | 685 | 1,227 | ---- | ---- | ---- |
| 1935-36 | 906 | 871 | 603 | 268 | 179 | 692 | 1,283 | ---- | ---- | ---- |
| 1937-38 | 919 | 877 | 595 | 282[5] | 185 | 692 | 1,374 | ---- | ---- | ---- |
| 1939-40 | 912 | 875 | 575 | 300[5] | 195 | 681 | 1,441 | ---- | ---- | ---- |
| 1941-42 | 898 | 859 | 559 | 300[5] | 183 | 676 | 1,507 | ---- | ---- | ---- |
| 1943-44 | 865 | 828 | 539 | 289 | 127 | 701 | 1,728 | ---- | ---- | ---- |
| 1945-46 | 867 | 831 | 542 | 289 | 138 | 693 | 1,995 | ---- | ---- | ---- |
| 1947-48 | 907 | 861 | 555 | 306 | 162 | 699 | 2,639 | ---- | ---- | ---- |
| 1949-50 | 962 | 914 | 590 | 324 | 195 | 719 | 3,010 | ---- | ---- | ---- |
| 1951-52 | 1,012 | 963 | 620 | 343 | 235 | 728 | 3,450 | ---- | ---- | ---- |
| 1953-54 | 1,098 | 1,032 | 658 | 375 | 254 | 779 | 3,825 | ---- | ---- | ---- |
| 1955-56 | 1,213 | 1,141 | 733 | 408 | 299 | 850 | 4,156 | ---- | ---- | ---- |
| 1956-57 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | ---- | ---- | ---- |
| 1957-58 | 1,333 | 1,238 | (NA) | (NA) | 332 | 906 | 4,702 | ---- | ---- | ---- |
| 1958-59 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | ---- | ---- | ---- |

-54-

PI.0291

\<CG.A.7\> continued

| School year | Elementary and secondary schools | | Elementary school classroom teachers[2] | Secondary school classroom teachers[2] | Elementary and secondary school classroom teachers[1,2] | | Average annual salary (current dollars) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Instructional staff | Classroom teachers[1,2] | | | Males | Females | All Instructional staff[3] | All classroom teachers[4] | Elementary school classroom teachers | Secondary school classroom teachers |
| Units | thousands | Thousands | thousands | thousands | thousands | thousands | current dollars | current dollars | current dollars | current dollars |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 1959-60* | 1,464 | 1,355 | (NA) | (NA) | 393 | 962 | 5,174 | 4,995 | 4,815 | 5,276 |
| 1960-61 | (NA) | 1,408 | 858 | 550 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1961-62 | 1,588 | 1,458 | (NA) | (NA) | 451 | 1,053 | 5,700 | 5,515 | 5,340 | 5,775 |
| 1962-63 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1963-64 | 1,717 | 1,568 | (NA) | (NA) | 488 | 1,080 | 6,240 | 5,995 | 5,805 | 6,266 |
| 1964-65 | (NA) | 1,648 | 940 | 708 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1965-66 | 1,885 | 1,711 | 965 | 746 | 544 | 1,167 | 6,935 | 6,485 | 6,279 | 6,761 |
| 1966-67 | (NA) | 1,789 | 1,006 | 783 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1967-68 | 2,071 | 1,864 | 1,040 | 815 | 584 | 1,280 | 7,630 | 7,423 | 7,208 | 7,692 |
| 1968-69 | (NA) | (NA) | 1,076 | 860 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| 1969-70 | 2,253 | 2,023 | 1,109 | 908 | 690 | 1,333 | 9047 | 8,626 | 8,412 | 8,891 |
| 1970-71 | (NA) | 2,059 | 1,130 | 929 | 676[6] | 1,383[6] | 9698 | 9,268 | 9,021 | 9,568 |
| 1971-72 | 2,322 | 2,063 | 1,111 | 952 | 688[6] | 1,382[6] | 10,213 | 9,705 | 9,424 | 10,031 |
| 1972-73 | (NA) | 2,106 | 1,142 | 964 | 703[6] | 1,403[6] | 10,634 | 10,174 | 9,893 | 10,507 |
| 1973-74 | 2,338 | 2,136 | 1,151 | 985 | 715[6] | 1,421[6] | 11,254 | 10,770 | 10,507 | 11,077 |
| 1974-75 | (NA) | 2,165 | 1,166 | 998 | 727[6] | 1,438[6] | 12,167 | 11,641 | 11,334 | 12,000 |
| 1975-76 | 2,337 | 2198 | 1,181 | 1017 | 742[6] | 1,456[6] | 13,124 | 12,600 | 12,280 | 12,937 |
| 1976-77 | (NA) | 2,189 | 1,168 | 1021 | 734[6] | 1,455[6] | 13,840 | 13,354 | 12,989 | 13,776 |
| 1977-78 | (NA) | 2,209 | 1,185 | 1024 | 742[6] | 1,467[6] | 14,698 | 14,198 | 13,845 | 14,602 |
| 1978-79 | 2,297 | 2,207 | 1,191 | 1016 | 735[6] | 1,472[6] | 15,764 | 15,032 | 14,681 | 15,450 |
| 1979-80 | (NA) | 2,185 | 1,191 | 994 | 743[6] | 1,442[6] | 16,715 | 15,970 | 15,569 | 16,459 |
| 1980-81 | 2,860 | 2,184 | 1,189 | 995 | 708[6] | 1,476[6] | 18,404 | 17,644 | 17,230 | 18,142 |
| 1981-82 | (NA) | 2,127 | 1,183 | 945 | 679[6] | 1,439[6] | 20,327 | 19,274 | 18,853 | 19,805 |

Pl.0292

<CG.A.7> continued

| School year | Elementary and secondary schools | | Elementary school classroom teachers[2] | Secondary school classroom teachers[2] | Elementary and secondary school classroom teachers[1,2] | | Average annual salary (current dollars) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Instructional staff | Classroom teachers[1,2] | | | Males | Females | All Instructional staff[3] | All classroom teachers[4] | Elementary school classroom teachers | Secondary school classroom teachers |
| *Units* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *current dollars* | *current dollars* | *current dollars* | *current dollars* |
| *HS no.* | *H523* | *H526[2]* | *new* | *new* | *H527[2]* | *H528[2]* | *H524[3]* | *new* | *new* | *new* |
| *col. no.* | *(1)* | *(2)* | *(3)* | *(4)* | *(5)* | *(6)* | *(7)* | *(8)* | *(9)* | *(10)* |
| 1982-83 | (NA) | 2,133 | 1,182 | 951 | 679[6] | 1,454[6] | 21,641 | 20,695 | 20,227 | 21,291 |
| 1983-84 | (NA) | 2,139 | 1,186 | 953 | 679[6] | 1,460[6] | 23,005 | 21,935 | 21,487 | 22,554 |
| 1984-85 | 2,692[7] | 2,168 | 1,208 | 960 | 679[6] | 1,489[6] | 24,666 | 23,600 | 23,200 | 24,187 |
| 1985-86 | 2,756[7] | 2,206 | 1,237 | 969 | 669[6] | 1,537[6] | 26,362 | 25,199 | 24,718 | 25,846 |
| 1986-87 | 2,822[7] | 2,244 | 1,271 | 973 | 674[6] | 1,570[6] | 27,706 | 26,569 | 26,057 | 27,244 |
| 1987-88 | 2,860[7] | 2,279 | 1,307 | 973 | 665[6] | 1,614[6] | 29,219 | 28,034 | 27,519 | 28,798 |
| 1988-89 | 2,931[7] | 2,323 | 1,353 | 970 | 659[6] | 1,664[6] | 30,850 | 29,564 | 29,022 | 30,218 |
| 1989-90 | 2,986[7] | 2,357 | 1,387 | 970 | 658[6] | 1,699[6] | 32,638 | 31,367 | 30,832 | 32,049 |
| 1990-91 | 3,051[7] | 2,398 | 1,426 | 972 | 669[6] | 1,728[6] | 34,401 | 33,084 | 32,490 | 33,896 |
| 1991-92 | 3,104[7] | 2,432 | 1,459 | 973 | 679 | 1,753 | 35,556 | 34,063 | 33,479 | 34,827 |
| 1992-93 | 3,140[7] | 2,459 | 1,486 | 972 | (NA) | (NA) | 36,460 | 35,029 | 34,350 | 35,880 |
| 1993-94 | 3,209[7] | 2,504 | 1,515 | 989 | 679 | 1,825 | 37,441 | 35,733 | 35,233 | 36,555 |
| 1994-95 | 3,285[7] | 2,552 | 1,510 | 1,041 | (NA) | (NA) | 38,441 | 36,609 | 36,084 | 37,404 |
| 1995-96 | (F) | 2,586 | 1,529 | 1,058 | (NA) | (NA) | 39,451 | 37,560 | 36,976 | 38,423 |
| 1996-97 | (F) | 2,679 | 1,576 | 1,103 | (NA) | (NA) | 40,580 | 38,509 | 37,969 | 39,310 |

Pl.0293

Sources: <CG.A.7.1>, 1919-20 to 1969-70, U.S. Bureau of the Census, *Historical Statistics of the United States* (Washington, D.C.: U.S. G.P.O., 1975), series H 523; 1970-71 to 1994-95, Department of Education, *Digest of Education Statistics*, annual issues (Washington, D.C.: U.S. G.P.O.); see, for example, 1996 issue, table 81, column 8.  <CG.A.7.3>, and <CG.A.7.4>, 1870-1954, Abbott L. Ferris, *Indicators of Trends in American Education* (N.Y.: Russell Sage Foundation, 1969), series B-5 and B-6; subsequent years from *Digest* annual issues; see, for example, 1996 issue, table 63, columns 5, 6, and 7. <CG.A.7.2>, <CG.A.7.5>, <CG.A.7.6>, U.S. Department of Education, *120 Years of American Education: A Statistical Portrait* (Washington, D.C.: U.S. G.P.O., 1993), table 14.  The series rely on Ferris, *Indicators*, series B-1, B-2, and B-3; U.S. Office of Education, *Biennial Survey of Education in the United States*; and the *Digest*, which has been used for updates since 1991.  See, especially, *Digest of Education Statistics 1996*, tables 4 and 63.  On rare occasions, the Ferris data have been used in place of those in *120 Years*.  The sex breakdown is continued in the *Digest* sporadically after 1990.  <CG.A.7.7>, *120 Years*, table 14, which is from *Historical Statistics* (1975) to 1968 and from the *Digest* after 1968. Updated data are from *Digest of Education Statistics 1997*, table 81.  <CG.A.7.8>, <CG.A.7.9>, and <CG.A.7.10>, *Digest 1997*, table 77.

The instructional staff category includes all public elementary and secondary day-school positions that are concerned with teaching or its improvement, including consultants or supervisors of instruction, principals, teachers, guidance personnel, librarians, psychological personnel, and other instructional staff. The category excludes administrative staff, attendance personnel, clerical personnel, and junior college staff.

Classroom teachers are defined as staff members who instruct pupils in self-contained classes or courses, or in classroom situations.  The Schools and Staffing Survey (SASS), first conducted in 1987-88, provides a more precise description of a teacher.  For the purposes of SASS, a teacher is any full- or part-time instructor whose primary assignment is to teach in any of the K-12 grades.  Beginning in 1993-94, anyone in a school who taught grades K-12 but whose primary assignment was something else (e.g., a principal) was also defined as a teacher.  The following individuals were not considered teachers: short-term substitutes, student teachers, non-teaching specialists (such as guidance counselors, librarians, nurses, and psychologists), administrators, teacher aides, or other professional or support staff.  SASS classified teachers as elementary or secondary on the basis of the grades they taught rather than the schools in which they taught.  An elementary school teacher was one who, when asked for the grades taught, stated below ninth or ungraded and designated an elementary school teacher.  A secondary school teacher was one who, when asked for the grades taught, stated ninth or higher, seventh and higher with no primary assignments at the elementary level, or ungraded and designated as a secondary school teacher. Previous definitions of elementary and secondary teachers are less precise.  In most cases, data have been revised to account for teachers in secondary schools (e.g., junior high schools for grades 7 to 9).

Footnotes:
\1: For select years prior to 1951-52, includes a small number of librarians and other non-supervisory instructional staff.  May not always exactly equal the sum of elementary and secondary teachers, <CG.A.7.3> and <CG.A.7.4>, nor the sum of male and female teachers, <CG.A.7.5> and <CG.A.7.6>.
\2: Prior to 1938, number of different persons employed rather than number of positions.
\3: Prior to 1919-20, computed for teaching positions only; beginning 1919-20, also includes supervisors and principals.  Data for 1980-81 and subsequent years are estimates from the National Education Association.
\4: Data for 1970-71 and subsequent years are estimated by the National Education Association.
\5: Includes teachers in junior high schools.
\6: Estimated figures.
\7: Data not comparable with figures prior to 1984.

Pl.0294

<CG.A.9> Public school enrollment by subject in grades nine to twelve: 1889-90 to 1981-82[1]

| Subject | 1889-90[2] | 1899-1900[2] | 1909-10 | 1914-15 | 1921-22 | 1927-28 | 1933-34 | 1948-49 | 1954-55[3] | 1958-59[3] | 1960-61 | 1962-63[3] | 1964-65 | 1972-73[3] | 1981-82 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Units* | % | % | % | % | % | % | % | % | % | % | % | % | % | % | % |
| *col no.* | *(1)* | *(2)* | *(3)* | *(4)* | *(5)* | *(6)* | *(7)* | *(8)* | *(9)* | *(10)* | *(11)* | *(12)* | *(13)* | *(14)* | *(15)* |
| Physical and biological sciences | | | | | | | | | | | | | | | |
| Biology[4] | (NA) | (NA) | 23.8 | 19.3 | 14.1 | 15.9 | 16.1 | 18.6 | 20.0 | 20.8 | 21.7 | 24.0 | 23.2 | 18.6 | 24.1 |
| General science | (NA) | (NA) | (NA) | (NA) | 18.3 | 17.5 | 17.8 | 20.8 | (NA) | 19.6 | 22.2 | 17.6 | 18.7 | 11.3 | 23 |
| Chemistry | 10.1 | 7.7 | 6.9 | 7.4 | 7.4 | 7.1 | 7.6 | 7.6 | 7.5 | 8.1 | 9.1 | 8.3 | 9.3 | 8.7 | 9.8 |
| Physiology | (NA) | 27.4 | 15.3 | 9.5 | 5.2 | 2.7 | 1.8 | 1.0 | (NA) | (NA) | 0.8 | (NA) | (NA) | 0.9 | 1.2 |
| Physics | 22.2 | 19.0 | 14.6 | 14.2 | 8.9 | 6.9 | 6.3 | 5.4 | 4.7 | 4.7 | 4.9 | 3.8 | 4.5 | 2.9 | 1.0 |
| Earth science[5] | (NA) | 29.8 | 21.0 | 15.3 | 4.5 | 2.8 | 1.8 | 0.4 | (NA) | (NA) | 0.9 | (NA) | (NA) | 3.8 | 0.7 |
| Mathematics | | | | | | | | | | | | | | | |
| Algebra | 45.4 | 56.3 | 56.9 | 48.8 | 40.2 | 35.2 | 30.4 | 26.8 | 25.3 | 29.9 | 28.6 | 30.4 | 28.5 | 19.7 | 29.5 |
| General mathematics[6] | (NA) | (NA) | (NA) | (NA) | 12.4 | 7.9 | 7.4 | 13.1 | 12.3 | 12.7 | 17.4 | 11.7 | 15.4 | 13.8 | 21.7 |
| Geometry | 21.3 | 27.4 | 30.9 | 26.6 | 22.7 | 19.8 | 17.1 | 12.8 | 12.5 | 13.4 | 13.8 | 14.7 | 13.9 | 11.6 | 11.4 |
| Trigonometry | (NA) | 1.9 | 1.9 | 1.5 | 1.5 | 1.3 | 1.3 | 2.0 | 2.6 | 2.7 | 3.0 | 2.0 | 2.0 | 6.2 | 3.5 |
| Languages and literature | | | | | | | | | | | | | | | |
| English[7] | (NA) | 42.1 | 57.1 | 55.8 | 78.6 | 93.1 | 90.5 | 92.9 | (NA) | (NA) | 94.6 | (NA) | (NA) | 89.8 | 86.5 |
| Rhetoric[7] | (NA) | 38.5 | 57.1 | 58.4 | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| Spanish | (NA) | (NA) | 0.7 | 2.4 | 11.3 | 9.4 | 6.2 | 8.2 | (NA) | (NA) | 9.8 | (NA) | 14.5 | 12.3 | 12.3 |
| French | 5.8 | 7.8 | 9.9 | 8.8 | 15.5 | 14.0 | 10.9 | 4.7 | (NA) | (NA) | 8.0 | (NA) | 12.4 | 7.6 | 6.6 |
| German | 10.5 | 14.3 | 23.7 | 24.4 | 0.7 | 1.8 | 2.4 | 0.8 | (NA) | (NA) | 1.7 | (NA) | 2.7 | 3.1 | 2.1 |
| Latin | 34.7 | 50.6 | 49.1 | 37.3 | 27.5 | 22.0 | 16.0 | 7.8 | (NA) | (NA) | 7.8 | (NA) | (NA) | 1.5 | 1.1 |
| Other foreign languages[8] | 3.1 | 2.9 | 0.8 | 0.3 | 0.1 | 0.1 | 0.2 | 0.3 | (NA) | (NA) | 0.3 | (NA) | (NA) | 0.3 | 0.3 |
| History and social sciences | | | | | | | | | | | | | | | |
| History[9] | 27.31 | 38.16 | 55.0 | 50.5 | 50.7 | 46.5 | 42.7 | 42.7 | (NA) | (NA) | 44.4 | (NA) | (NA) | 46.3 | 44.7 |
| Civics and government[10] | (NA) | 21.66 | 15.6 | 15.7 | 19.3 | 21.1 | 19.8 | 13.2 | (NA) | (NA) | 23.0 | (NA) | (NA) | 15.2 | 18.7 |
| Other social sciences[11] | (NA) | 2.38 | 1.0 | 1.2 | 8.1 | 8.8 | 7.7 | 15.3 | (NA) | (NA) | 16.0 | (NA) | (NA) | 20.0 | 29.8 |
| | | | | | | | | | | | | | | | |
| All academic subjects | (NA) | (NA) | 417.2 | 378.2 | 332.8 | 317.9 | 287.9 | 275.8 | (NA) | (NA) | 306.3 | (NA) | (NA) | 275.0 | 303.9 |

Pl.0295

\<CG.A.9> continued

| Subject | 1889-90[2] | 1899-1900[2] | 1909-10 | 1914-15 | 1921-22 | 1927-28 | 1933-34 | 1948-49 | 1954-55[3] | 1958-59[3] | 1960-61 | 1962-63[3] | 1964-65 | 1972-73[3] | 1981-82 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Units* | % | % | % | % | % | % | % | % | % | % | % | % | % | % | % |
| *col no.* | *(1)* | *(2)* | *(3)* | *(4)* | *(5)* | *(6)* | *(7)* | *(8)* | *(9)* | *(10)* | *(11)* | *(12)* | *(13)* | *(14)* | *(15)* |
| Industrial and commercial subjects | | | | | | | | | | | | | | | |
| Typewriting | (NA) | (NA) | (NA) | (NA) | 13.1 | 15.2 | 16.7 | 22.5 | (NA) | (NA) | 23.2 | (NA) | (NA) | 20.3 | 21 |
| Industrial subjects[12] | (NA) | (NA) | (NA) | 11.2 | 13.7 | 13.5 | 21.0 | 26.6 | (NA) | (NA) | 28.0 | (NA) | (NA) | 3.7 | 14.8 |
| Bookkeeping | (NA) | (NA) | (NA) | 3.4 | 12.6 | 10.7 | 9.9 | 8.7 | (NA) | (NA) | 7.7 | (NA) | (NA) | 5.8 | 3.2 |
| Shorthand | (NA) | (NA) | (NA) | (NA) | 8.9 | 8.7 | 9.0 | 7.8 | (NA) | (NA) | 6.7 | (NA) | (NA) | 4.6 | 3.1 |
| Other business subjects[13] | (NA) | (NA) | (NA) | (NA) | 5.4 | 13.7 | 16.9 | 14.5 | (NA) | (NA) | 10.0 | (NA) | (NA) | 9.9 | 12.3 |
| Other subjects, generally non-academic | | | | | | | | | | | | | | | |
| Physical education | (NA) | (NA) | (NA) | (NA) | 5.7 | 15.0 | 50.7 | 69.4 | (NA) | (NA) | 73.8 | (NA) | (NA) | 56.9 | 59 |
| Art[12] | (NA) | (NA) | (NA) | 22.9 | 14.7 | 11.7 | 8.7 | 9.0 | (NA) | (NA) | 19.3 | (NA) | (NA) | 17.9 | 24.2 |
| Home economics | (NA) | (NA) | 3.8 | 12.9 | 14.3 | 16.5 | 16.7 | 24.2 | (NA) | (NA) | 23.1 | (NA) | (NA) | 23.9 | 23.9 |
| Music | (NA) | (NA) | (NA) | 31.5 | 25.4 | 26.0 | 25.5 | 30.1 | (NA) | (NA) | 28.0 | (NA) | (NA) | 25.1 | 21.6 |
| Agriculture | (NA) | (NA) | 4.7 | 7.2 | 5.1 | 3.7 | 3.6 | 6.7 | (NA) | (NA) | 6.2 | (NA) | (NA) | 2.7 | 3.3 |
| Miscellaneous[14] | (NA) | (NA) | (NA) | (NA) | 7.0 | 8.4 | 9.5 | 6.5 | (NA) | (NA) | 7.2 | (NA) | (NA) | 30.0 | 20.1 |
| | | | | | | | | | | | | | | | |
| All subjects | (NA) | (NA) | 425.7 | 467.2 | 458.7 | 461.0 | 475.9 | 501.8 | (NA) | (NA) | 539.4 | (NA) | (NA) | 472.3 | 510.4 |

Pl.0296

Sources: <CG.A.9.1>, *Annual Report of the Commissioner of Education, 1890*, p. 1392; <CG.A.9.2>, *Annual Report of the Commissioner of Education, 1900*, tables 10 and 11, pp. 2138-39; <CG.A.9.3>, *Annual Report of the Commissioner of Education, 1910*, tables 138, 139 and 140, pp. 1182-84; <CG.A.9.4>, *Annual Report of the Commissioner of Education, 1916*, tables 34, 47, 48, 49 and 50, p. 487 and p. 500; <CG.A.9.5>, U.S.  Office of Education, *Biennial Survey of Education in the United States, 1920-22*, table 34, p. 599; <CG.A.9.6>, U.S.  Office of Education, *Biennial Survey of Education in the United States, 1926-28*, tables 59 and 61, pp. 1057-60; <CG.A.9.7>, U.S.  Office of Education, *Biennial Survey of Education in the United States, 1936-38*, table 24, p. 24; <CG.A.9.8>, U.S.  Office of Education, *Biennial Survey of Education in the United States, 1948-50*, tables 5 and 7, chap. 5; <CG.A.9.9>, <CG.A.9.10>, <CG.A.9.12>, and <CG.A.9.13>, U.S.  Department of Education, *120 Years of American Education: A Statistical Portrait* (Washington, D.C.: U.S.  G.P.O., 1993), table 16; <CG.A.9.11>, U.S.  Department of Health, Education and Welfare, Office of Education, *Subject Offerings and Enrollments in Public Secondary Schools, 1965*, table 7; <CG.A.9.14> and <CG.A.9.15>, U.S.  Department of Education, National Center for Education Statistics, *A Trend Study of High School Offerings and Enrollments: 1972-73 and 1981-82* (Washington, D.C.: U.S.  G.P.O., 1984), tables 1 and 2.

All series are based on surveys of schools requested by the U.S.  Commissioner of Education or the Department (Office) of Education.  However, the collection of these data changed over the years.  For <CG.A.9.3> through <CG.A.9.7>, the percentages are based on the number of pupils enrolled in the last four years of all schools that returned usable questionnaires.  For subsequent years, the figures are based on the total number of pupils enrolled in the last four years of all schools.  Thus, starting with <CG.A.9.8> schools were sampled and the results were then weighted to approximate the percentages taking specific subjects in all public secondary schools.

The caution noted in the *Biennial, 1948-50*, p. 5, is worth repeating: "Obviously special caution should be used in drawing conclusions … Because subjects are represented … only as they have from time to time been judged important in the number of their enrollments, many desirable details are missing.  It is possible to do little more than trace the broad outlines of most changes which have occurred.  Percentage enrollments in the different investigations reported in the historical table are not precisely comparable.  Beginning with 1910 and until the present investigation, the percentage of pupils in each subject is based upon the number of pupils in the schools reporting subject enrollments."  By implication, then, the percentages for <CG.A.9.1> and <CG.A.9.2> are based on all students in grades nine through twelve.  These two series may, therefore, seriously understate the percentages taking various courses of study because the denominator may include those in schools responding incompletely or not at all.

In all years, the percentages are intended to give the number of pupils, in grades nine to twelve, taking specific courses of study during the school year divided by the total number of pupils in those grades.  Information was not given concerning whether the subjects listed were semester or full-year courses.  Some were clearly full-year courses, others were probably semester courses, yet others may have been half-semester in length.  If all courses of study were full-year the "all subjects" totals, for <CG.A.9.3> to <CG.A.9.15> (excluding the four incomplete years), ranging from about 450 and 550, imply that pupils in grades nine to twelve were taking about five full-year courses each year.

Prior versions of this table (see, for example, *120 Years*, table 16) aggregated various subjects and omitted others.  The reasons are given in the source for the revised data (*Biennial Survey, 1948-50*): "when necessary, the subjects reported in previous surveys were analyzed, and appropriate components were either recombined, separately listed, or eliminated (with corresponding changes in the number and percentage enrolled) in a manner to yield as close comparability as possible with the data in the current (1948-49) survey."  In constructing this table, the original sources were used to obtain greater detail and more accurately reflect changes in curriculum over time.  However, there are cases in which the procedure will overstate the number of full-year courses taken.  See \7 regarding English.  With regard to history, see \9.  By adding together various other history courses, the percentage taking history may be overstated if students took history courses covering English history and modern history, for example.  Previous versions of this table aggregated only U.S.  history and English history to form the history group.

Subjects surveyed were intended to include only those for which secondary school credit was given and to exclude extracurricular activities.  The large increase in the percentage taking physical education between 1927-28 and 1933-34 may represent a change in the category rather than an increase in the activity.

**Pl.0297**

Footnotes:

\1: Percentages may not add up to totals because of rounding.  Subjects in each group are in descending order relative to <CG.A.9.15>.

\2: See series note concerning undercounts.

\3: Incomplete listing of subjects in original source.

\4: Includes botany and zoology.

\5: For <CG.A.9.1> to <CG.A.9.7>, physical geography, astronomy, and geology were reported separately, but subsequently were combined under the heading of earth science.  Earth science for <CG.A.9.14> and <CG.A.9.15> also includes geology and astronomy.  The subject geography, which appears after 1948, is included in "other social sciences."

\6: Includes arithmetic, business arithmetic, and general mathematics, not all of which are listed in each year.

\7: For <CG.A.9.2> to <CG.A.9.4>, enrollments in English (termed English literature) and rhetoric were listed separately.  In 1909-10 and 1914-15, the combined enrollments in these two subjects was 114 percent of the total enrollment and many students were probably taking the two subjects as a part of one course.  In 1922, the U.S. Office of Education attempted to collect enrollments in the various English subjects, but it became necessary to combine them all under the heading "English."  The Office of Education reported that, in 1921-22, 78.6 percent of the pupils in schools reporting enrollment by subject (excluding duplicates) were taking one or more English subjects.  The implication, therefore, is that about half of the students previously listed as taking both English literature and rhetoric were taking them as part of the same course.  English literature and rhetoric enrollments are not available for <CG.A.9.1>.

\8: Includes Greek, Russian, and Italian.

\9: Includes U.S., English, world, ancient, medieval, and modern history.

\10: Includes "problems of democracy."

\11: Includes geography, sociology, economics, consumer education, and psychology.

\12: Original sources for <CG.A.9.4> to <CG.A.9.7> give higher numbers for art and lower numbers for industrial subjects than in the revised estimates in *Biennial Survey, 1948-50*.  It is likely that the subject of draftsmanship was shifted from art to industrial subjects.

\13: Includes business English, business law, commercial geography, commercial history, penmanship, office practice, elementary business training, retailing, cooperative store training, cooperative office training, and salesmanship and advertising.  Some of the subjects contained enrollments throughout the years, although some disappeared.  The group as a whole, however, appears to reflect an interest in business and commercial subjects that was steady, but subject to compositional change.

\14: Includes teacher training, journalism, speech and public speaking, hygiene and sanitation, and safety and driver's education.

Pl.0298

<CG.A.11> High school graduates, by sex and control of institution:  1870 to 1997

| School year ending | High school graduates | | | | | Population 17 years old | Public and private high school graduates per 100 17-year olds[4] |
|---|---|---|---|---|---|---|---|
| | Total[1] | Sex[2] | | Control[3] | | | |
| | | Male | Female | Public | Private | | |
| *Units* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *percentage* |
| *HS no.* | *H598* | *H600* | *H601* | *new* | *new* | *new* | *H599* |
| *col. no.* | *(1)* | *(2)* | *(3)* | *(4)* | *(5)* | *(6)* | *(7)* |
| 1870 | 16 | 7 | 9 | ---- | ---- | 815 | 2 |
| 1871 | 17 | 7 | 9 | ---- | ---- | (NA) | (NA) |
| 1872 | 17 | 8 | 10 | ---- | ---- | (NA) | (NA) |
| 1873 | 18 | 8 | 10 | ---- | ---- | (NA) | (NA) |
| 1874 | 19 | 8 | 11 | ---- | ---- | (NA) | (NA) |
| 1875 | 20 | 9 | 11 | ---- | ---- | (NA) | (NA) |
| 1876 | 20 | 9 | 11 | ---- | ---- | (NA) | (NA) |
| 1877 | 21 | 9 | 11 | ---- | ---- | (NA) | (NA) |
| 1878 | 22 | 10 | 12 | ---- | ---- | (NA) | (NA) |
| 1879 | 23 | 10 | 13 | ---- | ---- | (NA) | (NA) |
| 1880 | 24 | 11 | 13 | ---- | ---- | 946 | 3 |
| 1881 | 25 | 11 | 14 | ---- | ---- | (NA) | (NA) |
| 1882 | 27 | 12 | 15 | ---- | ---- | (NA) | (NA) |
| 1883 | 28 | 13 | 16 | ---- | ---- | (NA) | (NA) |
| 1884 | 31 | 14 | 17 | ---- | ---- | (NA) | (NA) |
| 1885 | 32 | 14 | 18 | ---- | ---- | (NA) | (NA) |
| 1886 | 33 | 15 | 18 | ---- | ---- | (NA) | (NA) |
| 1887 | 32 | 14 | 18 | ---- | ---- | (NA) | (NA) |
| 1888 | 33 | 14 | 19 | ---- | ---- | (NA) | (NA) |
| 1889 | 39 | 16 | 22 | ---- | ---- | (NA) | (NA) |
| 1890 | 44 | 19 | 25 | ---- | ---- | 1,259 | 3 |
| 1891 | 48 | 20 | 28 | ---- | ---- | (NA) | (NA) |
| 1892 | 53 | 21 | 32 | ---- | ---- | (NA) | (NA) |
| 1893 | 59 | 24 | 35 | ---- | ---- | (NA) | (NA) |
| 1894 | 65 | 27 | 39 | ---- | ---- | (NA) | (NA) |
| 1895 | 72 | 29 | 43 | ---- | ---- | (NA) | (NA) |
| 1896 | 76 | 31 | 45 | ---- | ---- | (NA) | (NA) |
| 1897 | 80 | 32 | 47 | ---- | ---- | (NA) | (NA) |
| 1898 | 84 | 34 | 50 | ---- | ---- | (NA) | (NA) |
| 1899 | 90 | 36 | 53 | ---- | ---- | (NA) | (NA) |
| 1900 | 95 | 38 | 57 | ---- | ---- | 1,489 | 6 |
| 1901 | 97 | 37 | 60 | ---- | ---- | (NA) | (NA) |
| 1902 | 99 | 39 | 61 | ---- | ---- | (NA) | (NA) |
| 1903 | 105 | 41 | 64 | ---- | ---- | (NA) | (NA) |
| 1904 | 112 | 44 | 68 | ---- | ---- | (NA) | (NA) |
| 1905 | 119 | 47 | 72 | ---- | ---- | (NA) | (NA) |
| 1906 | 126 | 50 | 76 | ---- | ---- | (NA) | (NA) |
| 1907 | 127 | 51 | 76 | ---- | ---- | (NA) | (NA) |
| 1908 | 129 | 52 | 77 | ---- | ---- | (NA) | (NA) |
| 1909 | 142 | 57 | 84 | ---- | ---- | (NA) | (NA) |

PI.0299

&lt;CG.A.11&gt; continued

| School year ending | High school graduates | | | | | Population 17 years old | Public and private high school graduates per 100 17-year olds[4] |
|---|---|---|---|---|---|---|---|
| | Total[1] | Sex[2] | | Control[3] | | | |
| | | Male | Female | Public | Private | | |
| Units | thousands | thousands | thousands | thousands | thousands | thousands | percentage |
| HS no. | H598 | H600 | H601 | new | new | new | H599 |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| 1910 | 156 | 64 | 93 | 123 | 33 | 1,814[5] | 9 |
| 1911 | 168 | 69 | 99 | 133 | 35 | 1,823 | 9 |
| 1912 | 181 | 74 | 106 | (NA) | (NA) | 1,832 | 10 |
| 1913 | 200 | 82 | 117 | 163 | 37 | 1,842 | 11 |
| 1914 | 219 | 90 | 129 | 180 | 39 | 1,851 | 12 |
| 1915 | 240 | 99 | 140 | (NA) | (NA) | 1,860 | 13 |
| 1916 | 259 | 108 | 151 | 220 | 39 | 1,870 | 14 |
| 1917 | 272 | 110 | 162 | (NA) | (NA) | 1,879 | 14 |
| 1918 | 285 | 112 | 173 | 245 | 40 | 1,889 | 15 |
| 1919 | 298 | 118 | 180 | (NA) | (NA) | 1,898 | 16 |
| 1920 | 311 | 124 | 188 | 268 | 43 | 1,908[5] | 16 |
| 1921 | 334 | 137 | 198 | (NA) | (NA) | 1,944 | 17 |
| 1922 | 357 | 150 | 207 | 313 | 44 | 1,980 | 18 |
| 1923 | 426 | 181 | 244 | (NA) | (NA) | 2,017 | 21 |
| 1924 | 494 | 213 | 281 | 437 | 57 | 2,055 | 24 |
| 1925 | 528 | 230 | 298 | (NA) | (NA) | 2,093 | 25 |
| 1926 | 561 | 246 | 315 | 495 | 66 | 2,132 | 26 |
| 1927 | 579 | 256 | 323 | (NA) | (NA) | 2,172 | 27 |
| 1928 | 597 | 266 | 330 | 533 | 64 | 2,213 | 27 |
| 1929 | 632 | 283 | 349 | (NA) | (NA) | 2,254 | 28 |
| 1930 | 667 | 300 | 367 | 599 | 68 | 2,296 | 29 |
| 1931 | 747 | 337 | 409 | (NA) | (NA) | 2,327 | 32 |
| 1932 | 827 | 375 | 452 | 747 | 80 | 2,330 | 35 |
| 1933 | 871 | 403 | 468 | (NA) | (NA) | 2,335 | 37 |
| 1934 | 915 | 432 | 483 | 843 | 72 | 2,334 | 39 |
| 1935 | 965 | 459 | 506 | (NA) | (NA) | 2,348 | 41 |
| 1936 | 1,015 | 486 | 530 | 941 | 74 | 2,377 | 43 |
| 1937 | 1,068 | 505 | 563 | (NA) | (NA) | 2,416 | 44 |
| 1938 | 1,120 | 524 | 596 | 1,039 | 81 | 2,456 | 46 |
| 1940 | 1,221 | 579 | 643 | 1,136 | 85 | 2,403 | 51 |
| 1942 | 1,242 | 577 | 666 | (NA) | (NA) | 2,421 | 51 |
| 1944 | 1,019 | 424 | 595 | (NA) | (NA) | 2,386 | 43 |
| 1946 | 1,080 | 467 | 613 | (NA) | (NA) | 2,278 | 47 |
| 1948 | 1,190 | 563 | 627 | 1,073 | 117 | 2,261 | 53 |
| 1950 | 1,200 | 571 | 629 | 1,063 | 136 | 2,034 | 59 |
| 1952 | 1,197 | 569 | 627 | 1,056 | 141 | 2,086 | 57 |
| 1954 | 1,276 | 613 | 664 | 1,129 | 147 | 2,135 | 60 |
| 1956 | 1,415 | 680 | 735 | 1,252 | 163 | 2,242 | 63 |
| 1957 | 1,434 | 690 | 744 | 1,270 | 164 | 2,272 | 63 |

Pl.0300

<CG.A.11> continued

| School year ending | High school graduates | | | | | Population 17 years old | Public and private high school graduates per 100 17-year olds[4] |
|---|---|---|---|---|---|---|---|
| | Total[1] | Sex[2] | | Control[3] | | | |
| | | Male | Female | Public | Private | | |
| *Units* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *thousands* | *percentage* |
| *HS no.* | H598 | H600 | H601 | new | new | new | H599 |
| *col. no.* | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| 1958 | 1,506 | 725 | 781 | 1,332 | 174 | 2,325 | 65 |
| 1959 | 1,627 | 784 | 843 | 1,435 | 192 | 2,458 | 66 |
| 1960 | 1,858 | 895 | 963 | 1,627 | 231 | 2,672 | 70 |
| 1961 | 1,964 | 955 | 1,009 | 1,725 | 239 | 2,892 | 68 |
| 1962 | 1,918 | 938 | 980 | 1,678 | 240 | 2,768[6] | 69 |
| 1963 | 1,943 | 956 | 987 | 1,710 | 233 | 2,740[6] | 71[6] |
| 1964 | 2,283 | 1,120 | 1,163 | 2,008 | 275 | 2,978[6] | 77[6] |
| 1965 | 2,658 | 1,311 | 1,347 | 2,360 | 298 | 3,684[6] | 72[6] |
| 1966 | 2,665 | 1,323 | 1,342 | 2,367 | 298 | 3,489[6] | 76[6] |
| 1967 | 2,672 | 1,328 | 1,344 | 2,374 | 298 | 3,500 | 76 |
| 1968 | 2,695 | 1,338 | 1,357 | 2,395 | 300 | 3,532 | 76 |
| 1969 | 2,822 | 1,399 | 1,423 | 2,522 | 300 | 3,659 | 77 |
| 1970 | 2,889 | 1,430 | 1,459 | 2,589 | 300 | 3,757 | 77 |
| 1971 | 2,937 | 1,454 | 1,483 | 2,638 | 300 | 3,872 | 76 |
| 1972 | 3,001 | 1,487 | 1,514 | 2,700 | 302 | 3,973 | 76 |
| 1973 | 3,036 | 1,500 | 1,536 | 2,729 | 306 | 4,049 | 75 |
| 1974 | 3,073 | 1,512 | 1,561 | 2,763 | 310 | 4,132 | 74 |
| 1975 | 3,133 | 1,542 | 1,591 | 2,823 | 310 | 4,256 | 74 |
| 1976 | 3,148 | 1,552 | 1,596 | 2,837 | 311 | 4,272 | 74 |
| 1977 | 3,152 | 1,548 | 1,604 | 2,837 | 315 | 4,272 | 74 |
| 1978 | 3,127 | 1,531 | 1,596 | 2,825 | 302 | 4,286 | 73 |
| 1979 | 3,101 | 1,517 | 1,584 | 2,801 | 300 | 4,327 | 72 |
| 1980 | 3,043 | 1,491 | 1,552 | 2,748 | 295 | 4,262 | 71 |
| 1981 | 3,020 | 1,483 | 1,537 | 2,725 | 295 | 4,212 | 72 |
| 1982 | 2,995 | 1,471 | 1,524 | 2,705 | 290 | 4,134 | 72 |
| 1983 | 2,888 | 1,437 | 1,451 | 2,598 | 290 | 3,962 | 73 |
| 1984 | 2,767[7] | 1,313[7] | 1,454 | 2,495 | 272 | 3,784 | 73 |
| 1985 | 2,677[7] | 1,291[7] | 1,386 | 2,414 | 263 | 3,699 | 72 |
| 1986 | 2,643[7] | 1,263[7] | 1,380 | 2,383 | 260 | 3,670 | 72 |
| 1987 | 2,694[7] | 1,301[7] | 1,393 | 2,429 | 265 | 3,754 | 72 |
| 1988 | 2,773[7] | 1,384[7] | 1,389 | 2,500 | 273 | 3,849 | 72 |
| 1989 | 2,727[7] | 1,343[7] | 1,384 | 2,459 | 268 | 3,842 | 71 |
| 1990 | 2,586[7] | 1,285[7] | 1,302 | 2,320 | 266 | 3,574 | 72 |
| 1991 | 2,503[7] | 1,257[7] | 1,254 | 2,235 | 268 | 3,417 | 73 |
| 1992 | 2,482 | (NA) | (NA) | 2,226 | 256 | 3,381 | 73 |
| 1993 | 2,490 | (NA) | (NA) | 2,233 | 257 | 3,433 | 73 |
| 1994 | 2,479 | (NA) | (NA) | 2,221 | 258 | 3,442 | 72 |
| 1995 | 2,531 | (NA) | (NA) | 2,274 | 257 | 3,571 | 71 |
| 1996 | 2,557 | (NA) | (NA) | 2,293 | 264 | 3,629 | 70 |
| 1997 | 2,623 | (NA) | (NA) | 2,358 | 265 | 3,762 | 70 |

Pl.0301

Sources:
<CG.A.11.1>, 1870-1930, U.S. Bureau of the Census, *Historical Statistics of the United States* (Washington, D.C.: U.S. G.P.O., 1975) series H 598, for which the original source is U.S. Office of Education, *Statistical Summary of Education, 1937-38*, table 15; 1931-1976, U.S. Department of Education, *120 Years of American Education: A Statistical Portrait* (Washington, D.C.: U.S. G.P.O., 1993), table 19, the underlying sources of which are: 1931-38, *Statistical Summary*, table 15; 1940-52, U.S. Office of Education, *Biennial Survey of Education in the United States*; 1954-70, *Projections of Educational Statistics*; and 1971-1976, U.S. Department of Education, *Digest of Education Statistics,* annual issues (Washington, D.C.: U.S. G.P.O.); 1977-1997, U.S. Department of Education, *Digest of Education Statistics 1997* (Washington, D.C.: U.S. G.P.O., 1997), table 99. <CG.A.11.2>, and <CG.A.11.3>, 1870-1930, *Historical Statistics* (1975), series H 600 and H 601, for which the original source is U.S. Office of Education, *Statistical Summary of Education, 1937-38*, table 15; 1931-1976 and 1984-1991, *120 Years of American Education* (1993), table 19 for which the original sources are the same as for <CG.A.11.1> to 1976; 1977-1983: *Digest of Education Statistics 1997* (1997), table 99.

<CG.A.11.4> and <CG.A.11.5>, 1910-1940, for sources see discussion in Claudia Goldin, "America's Graduation from High School: The Evolution and Spread of Secondary Schooling in the Twentieth Century," *Journal of Economic History* 58 (June 1998), pp. 345-74; the public and private breakdown implicit in the Goldin data is applied to the total in <CG.A.11.1>. Goldin's estimates are derived from the same data as are the official estimates and differences between the official estimates of all high school graduates and those in Goldin are small (1910, 0.8%; 1920, 0.3%; 1930, 1.4%). Private secondary school data in Goldin include students in the preparatory departments of colleges and universities. 1948-1997, *Digest of Education Statistics 1997* (1997), table 99.

<CG.A.11.6>, 1870-1997, *Digest of Education Statistics 1997* (1997), table 99, with the exceptions of 1910 and 1920 for which the data implicit in *Historical Statistics* (1975) series H 598 and H 599 are used. Data for the intercensal years from 1911 to 1929 are estimated using an exponential growth rate extrapolation procedure.

<CG.A.11.7> is the ratio of <CG.A.11.1> and <CG.A.11.6> multiplied by 100.

High school graduates include graduates from public and nonpublic schools and exclude persons granted equivalency certificates, such as the General Education Development credential (see <CG.A.12>). Individuals of any age receiving a high school diploma are included. The offical Department (Office) of Education data on the number of graduates differ from those in the contemporaneous publications of the Office of Education particularly prior to the mid-1930s when the series were substantially revised. There appears to be no extant documentation of the rationale for the revisions, but see Claudia Goldin, "America's Graduation from High School: The Evolution and Spread of Secondary Schooling in the Twentieth Century," *Journal of Economic History* 58 (June 1998): 345-74, for a method that produces estimates close to those of the Department (Office) of Education which are given here. The inference from Goldin's work is that the Department (Office) of Education revisions applied reasonable estimates of undercounts to schools reporting and added to the private school figures students exiting from the preparatory departments of colleges and universities.

Footnotes:
\1: Graduates do not include those receiving General Education Development (GED) credentials. For data on GED credentials issues, see <CG.A.12>.
\2: The sum of males and females may not always equal the total because of rounding error and because different sources are used for the series after 1989. Graduation data by sex are not given in the *Digest* after 1983.
\3: The sum of public and private may not always equal the total because of rounding error.
\4: The division by the number of 17-year olds is customary and should not be taken to imply that graduates were 17-years old. The estimation of the number of 17-year olds and the fact that not all graduates were 17-years old, creates some problems for the year-to-year movement in the overall series. See notes 5 and 6.
\5: The number of 17-year olds for 1910 and 1920 given in the U.S. population census is considerably lower than the number of 16 and 18-year olds. The data implicit in *Historical Statistics* (1975) series H 598 and H 599 appear to have averaged the numbers in the larger group of older teens. Those are the numbers given here.
\6: The change in graduation rate from 1963 to 1966 appears to be a function of the number of 17-year olds rather than the number of graduates. The increase from 1964 to 1965 in the number of 17-year olds is the largest on record in the United States.
\7: Data for 1984 to1991 are estimates based on data published by the Bureau of Labor Statistics.

**Pl.0302**

\<CG.A.15\> School enrollment of 5- to 19-year-olds per 100 persons, by sex and race: 1850 to 1994

| Year | Both sexes | | | Male | | | Female | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | White | African-American and other races[1] | Total | White | African-American and other races[1] | Total | White | African-American and other races[1] |
| *Units* | % | % | % | % | % | % | % | % | % |
| *HS no.* | *H433* | *H434* | *H435* | *H436* | *H437* | *H438* | *H439* | *H440* | *H441* |
| *col. no.* | *(1)* | *(2)* | *(3)* | *(4)* | *(5)* | *(6)* | *(7)* | *(8)* | *(9)* |
| 1850 | 47.2 | 56.2 | 1.8 | 49.6 | 59.0 | 2.0 | 44.8 | 53.3 | 1.8 |
| 1860 | 50.6 | 59.6 | 1.9 | 52.6 | 62.0 | 1.9 | 48.5 | 57.2 | 1.8 |
| 1870 | 48.4 | 54.4 | 9.9 | 49.8 | 56.0 | 9.6 | 46.9 | 52.7 | 10.0 |
| 1880 | 57.8 | 62.0 | 33.8 | 59.2 | 63.5 | 34.1 | 56.5 | 60.5 | 33.5 |
| 1890 | 54.3 | 57.9 | 32.9 | 54.7 | 58.5 | 31.8 | 53.8 | 57.2 | 33.9 |
| 1900[2] | 50.5 | 53.6 | 31.1 | 50.1 | 53.4 | 29.4 | 50.9 | 53.9 | 32.8 |
| 1910[2] | 59.2 | 61.3 | 44.8 | 59.1 | 61.4 | 43.1 | 59.4 | 61.3 | 46.6 |
| 1920[2] | 64.3 | 65.7 | 53.5 | 64.1 | 65.6 | 52.5 | 64.5 | 65.8 | 54.5 |
| 1930[2, 3] | 69.9 | 71.2 | 60.3 | 70.2 | 71.4 | 59.7 | 69.7 | 70.9 | 60.8 |
| 1940 | 74.8 | 75.6 | 68.4 | 74.9 | 75.9 | 67.5 | 74.7 | 75.4 | 69.2 |
| 1950 | 78.7 | 79.3 | 74.8 | 79.1 | 79.7 | 74.7 | 78.4 | 78.9 | 74.9 |
| 1954 | 86.2 | 87.0 | 80.8 | 87.5 | 88.4 | 80.9 | 84.8 | 85.4 | 80.7 |
| 1955 | 86.5 | 87.0 | 82.9 | 88.4 | 88.9 | 84.6 | 84.5 | 85.0 | 81.2 |
| 1956 | 87.2 | 87.8 | 83.6 | 88.6 | 89.4 | 83.6 | 85.8 | 86.1 | 83.5 |
| 1957 | 87.8 | 88.2 | 85.3 | 89.4 | 90.0 | 85.6 | 86.2 | 86.4 | 85.0 |
| 1958 | 88.4 | 88.9 | 85.1 | 90.1 | 90.5 | 87.2 | 86.7 | 87.2 | 82.9 |
| 1959 | 88.5 | 88.8 | 85.9 | 89.7 | 90.2 | 86.8 | 87.1 | 87.5 | 85.0 |
| 1960* | 88.6 | 89.0 | 86.1 | 90.0 | 90.6 | 86.6 | 87.1 | 87.3 | 85.7 |
| 1961 | 88.5 | 88.9 | 86.3 | 90.2 | 90.5 | 87.7 | 86.9 | 87.2 | 84.9 |
| 1962 | 89.1 | 89.6 | 86.3 | 90.8 | 91.3 | 87.6 | 87.4 | 87.8 | 85.0 |
| 1963 | 89.6 | 89.8 | 88.0 | 91.1 | 91.5 | 88.7 | 88.0 | 88.0 | 87.3 |
| 1964 | 89.6 | 89.8 | 88.4 | 91.1 | 91.4 | 89.2 | 88.1 | 88.2 | 87.6 |
| 1965 | 89.6 | 89.8 | 88.5 | 91.0 | 91.2 | 89.8 | 88.3 | 88.5 | 87.2 |
| 1966 | 89.7 | 89.9 | 88.5 | 91.2 | 91.5 | 89.9 | 88.2 | 88.4 | 87.2 |
| 1967 | 90.5 | 90.8 | 88.6 | 91.9 | 92.2 | 89.8 | 89.0 | 89.3 | 87.4 |
| 1968 | 90.8 | 91.0 | 89.4 | 92.2 | 92.5 | 90.5 | 89.3 | 89.5 | 88.4 |
| 1969 | 90.9 | 91.1 | 89.5 | 92.1 | 92.5 | 90.0 | 89.5 | 89.7 | 88.9 |
| 1970 | 90.6 | 90.8 | 89.4 | 91.6 | 91.9 | 89.6 | 89.6 | 89.7 | 89.1 |
| 1971 | 90.9 | 90.9 | 90.8 | 91.9 | 92.0 | 91.3 | 89.9 | 89.8 | 90.3 |
| 1972 | 90.0 | 90.0 | 90.1 | 91.0 | 91.0 | 90.9 | 89.0 | 89.0 | 89.3 |
| 1973 | 89.3 | 89.4 | 88.9 | 90.3 | 90.4 | 90.1 | 88.2 | 88.3 | 87.7 |
| 1974 | 89.4 | 89.2 | 90.1 | 90.1 | 89.9 | 90.9 | 88.6 | 88.5 | 89.3 |
| 1975 | 89.9 | 89.8 | 90.4 | 90.7 | 90.6 | 91.1 | 89.1 | 89.0 | 89.6 |
| 1976 | 89.6 | 89.4 | 90.8 | 90.4 | 90.1 | 91.9 | 88.9 | 88.7 | 89.6 |
| 1977 | 89.6 | 89.3 | 91.1 | 90.3 | 89.9 | 91.9 | 89.0 | 88.8 | 90.2 |
| 1978 | 89.2 | 89.0 | 90.6 | 89.8 | 89.5 | 91.6 | 88.6 | 88.4 | 89.7 |
| 1979 | 89.0 | 88.8 | 90.2 | 89.7 | 89.4 | 91.5 | 88.3 | 88.1 | 88.8 |
| 1980 | 89.1 | 88.9 | 90.4 | 89.5 | 89.3 | 90.4 | 88.8 | 88.4 | 90.4 |
| 1981 | 89.6 | 89.4 | 90.5 | 90.0 | 89.8 | 91.4 | 89.2 | 89.1 | 89.7 |

Pl.0303

<CG.A.15> continued

| Year | Both sexes | | | Male | | | Female | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | White | African-American and other races[1] | Total | White | African-American and other races[1] | Total | White | African-American and other races[1] |
| Units | % | % | % | % | % | % | % | % | % |
| HS no. | H433 | H434 | H435 | H436 | H437 | H438 | H439 | H440 | H441 |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| 1982 | 89.6 | 89.5 | 90.0 | 90.0 | 89.9 | 90.6 | 89.1 | 89.1 | 89.4 |
| 1983 | 90.3 | 90.3 | 90.3 | 90.4 | 90.3 | 90.8 | 90.2 | 90.2 | 89.8 |
| 1984 | 90.3 | 90.3 | 90.2 | 90.7 | 90.6 | 90.9 | 89.9 | 90.0 | 89.5 |
| 1985 | 91.0 | 91.1 | 91.6 | 91.2 | 91.2 | 91.4 | 90.7 | 90.9 | 89.9 |
| 1986 | 91.4 | 91.3 | 91.6 | 92.0 | 91.8 | 92.6 | 90.8 | 90.8 | 90.7 |
| 1987 | 91.7 | 91.5 | 92.3 | 92.4 | 92.2 | 93.2 | 90.9 | 90.8 | 91.4 |
| 1988 | 91.8 | 91.7 | 92.2 | 92.1 | 91.6 | 94.5 | 91.5 | 91.4 | 91.9 |
| 1989 | 91.8 | 91.7 | 92.1 | 92.1 | 92.1 | 92.2 | 91.5 | 91.3 | 92.0 |
| 1990 | 92.6 | 92.5 | 92.8 | 92.9 | 92.6 | 93.8 | 92.2 | 92.3 | 91.8 |
| 1991 | 93.1 | 93.1 | 93.2 | 93.4 | 93.1 | 94.2 | 92.8 | 93.0 | 92.2 |
| 1992 | 93.5 | 93.5 | 93.4 | 93.9 | 93.7 | 94.8 | 93.1 | 93.4 | 92.0 |
| 1993 | 93.6 | 93.6 | 93.3 | 93.8 | 93.6 | 94.5 | 93.3 | 93.5 | 92.4 |
| 1994 | 93.5 | 93.5 | 93.6 | 93.6 | 93.6 | 93.6 | 93.4 | 93.3 | 93.5 |

Sources: <CG.A.15.1> to <CG.A.15.9>, 1850 to 1991, U.S. Department of Education, *120 Years of American Education: A Statistical Portrait* (Washington, D.C.: U.S. G.P.O., 1993), table 2.  The underlying sources are: U.S. Bureau of the Census, *Fifteenth Census (1940) Reports, Population,* vol. II; U.S. Bureau of the Census, *Census of Population: 1950,* vol. II, part 1; U.S. Bureau of the Census, *Census of Population: 1960*, PC(1)-1D; and Current Population Reports, series P-20, "School Enrollment: Social and Economic Characteristics of Students," various years, and Current Population Survey, survey data files.  1991 to 1994, Current Populations Reports, series P-20, nos. 474, 479, and 487.

Data for 1850 through 1950 are based on April 1 counts of population.  Data for 1954 to 1994 are based on October counts.

For decennial census years, the statistics refer to the total population within the specified age group; figures from the Current Population Survey (CPS) refer to the civilian noninstitutional population.  Persons not covered in the CPS (Armed Forces and institutional population) are known to have low enrollment rates.

In the U.S. population census for 1940 and 1950, and in the CPS, 1954 to 1991, enrollment was defined as enrollment in "regular" schools only – that is, schools where enrollment may lead toward an elementary or high school diploma, or to a college, university, or professional school degree.  Such schools included public and private nursery schools, kindergartens, elementary and secondary schools, colleges, universities, and professional schools.  Enrollment could be either full-time or part-time, day or night.

If a person was receiving regular instruction at home from a tutor and if the instruction was considered comparable to that of a regular school or college, the person was counted as enrolled.  Enrollment in a correspondence course was counted only if the person received credit in the regular school system.  Enrollments in business and trade schools at the postsecondary level were excluded if the coursework did not lead to a degree.

Pl.0304

Children enrolled in kindergarten were included in the "regular" school enrollment figures in the Current Population Survey beginning in 1950; children enrolled in nursery school were included beginning in 1967.  Children enrolled in kindergarten were not included in the "regular" school enrollment figures in the 1950 U.S. population census, however, they have been included here to make the data comparable with earlier years and with current practice.  In censuses prior to 1950, no attempt was made to exclude children in kindergarten so that statistics for those years include various proportions attending kindergarten.  Also, in censuses prior to 1940, the data were not restricted as to type of school or college the person was attending.

In addition to differences in definition of school enrollment and in population coverage, the enrollment data for different years may differ because of variations in the dates when the questions were asked and the time periods to which enrollment referred.  Data from the Current Population Survey were obtained in October and refer to enrollment in the current school term.  In 1940, 1950, and 1960, the censuses were taken as of April 1, but enrollment related to any time after March 1 in 1940 and any time after February 1 in 1950 and 1960.  The corresponding questions in the censuses from 1850 to 1930 applied to a somewhat longer period: in 1850 to 1900, to the 12 months preceding the census date; and in 1910, 1920, and 1930, to the period between the preceding September 1 and the census date (April 15 in 1910, January 1 in 1920, and April 1 in 1930).

Information on school enrollment is also collected and published by the Department of Education.  These data are obtained from reports of school surveys and censuses.  They are, however, only roughly comparable with data collected by the Bureau of the Census from households, because of differences in definitions, time references, population coverage, and enumeration methods.  It is almost always the case that the enrollment percentages in the household survey data exceed those in the school surveys for individuals of roughly comparable ages.

Footnotes:
\1: For 1971 to 1994, the category "African-American and other races" is calculated by subtracting whites from the total.
\2: Enrollment rates are for 5- to 20-year-olds.
\3: Revised to include Mexicans as white persons.

Pl.0305

<CG.A.16> Unionization of teachers and instructional staff: NEA and AFT membership and union density measures, 1960 to 1997

| Year | National Educational Association (NEA) | | American Federation of Teachers (AFT), total membership | (NEA, K-12 and AFT membership)/ all public school instructional staff | Fraction union members | | Fraction covered by collective bargaining agreements | |
|------|----------------|----------------|----------------|----------------|----------------|----------------|----------------|----------------|
| | Total membership | K-12 instructional staff membership | | | Elementary school teachers | Secondary school teachers | Elementary school teachers | Secondary school teachers |
| Units | number | number | thousands | fraction | fraction | fraction | fraction | fraction |
| HS no. | new | new | new | new | new | new | new | new |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| 1960 | 713,994 | ---- | 56 | ---- | ---- | ---- | ---- | ---- |
| 1961 | 765,616 | ---- | (NA) | ---- | ---- | ---- | ---- | ---- |
| 1962 | 812,497 | ---- | 58 | ---- | ---- | ---- | ---- | ---- |
| 1963 | 859,505 | ---- | (NA) | ---- | ---- | ---- | ---- | ---- |
| 1964 | 903,384 | ---- | (NA) | ---- | ---- | ---- | ---- | ---- |
| 1965 | 943,581 | ---- | (NA) | ---- | ---- | ---- | ---- | ---- |
| 1966 | 986,113 | ---- | (NA) | ---- | ---- | ---- | ---- | ---- |
| 1967 | 1,028,456 | ---- | (NA) | ---- | ---- | ---- | ---- | ---- |
| 1968 | 1,081,660 | ---- | (NA) | ---- | ---- | ---- | ---- | ---- |
| 1969 | 1,014,275 | ---- | (NA) | ---- | ---- | ---- | ---- | ---- |
| 1970 | 1,100,155 | ---- | 188 | ---- | ---- | ---- | ---- | ---- |
| 1971 | 1,103,485 | ---- | 197 | ---- | ---- | ---- | ---- | ---- |
| 1972 | 1,166,203 | ---- | 225 | ---- | ---- | ---- | ---- | ---- |
| 1973 | 1,377,998 | ---- | 204 | ---- | ---- | ---- | ---- | ---- |
| 1974 | 1,467,186 | ---- | 326 | ---- | 0.264 | 0.286 | ---- | ---- |
| 1975 | 1,684,909 | ---- | 380 | ---- | 0.288 | 0.306 | ---- | ---- |
| 1976 | 1,886,532 | ---- | 323 | ---- | 0.344 | 0.379 | ---- | ---- |
| 1977 | 1,679,689 | ---- | 347 | ---- | 0.416 | 0.455 | ---- | ---- |
| 1978 | 1,696,469 | ---- | 390 | ---- | 0.505 | 0.558 | ---- | ---- |
| 1979 | 1,709,673 | ---- | 452 | ---- | 0.528 | 0.579 | ---- | ---- |
| 1980 | 1,680,566 | ---- | 393 | ---- | 0.544 | 0.599 | ---- | ---- |
| 1981 | 1,659,459 | ---- | 515 | ---- | (NA) | (NA) | ---- | ---- |
| 1982 | 1,644,459 | ---- | 459 | ---- | (NA) | (NA) | ---- | ---- |
| 1983 | 1,633,205 | 1,496,930 | 457 | ---- | 0.577 | 0.574 | 0.691 | 0.694 |
| 1984 | 1,654,825 | 1,541,070 | (NA) | ---- | 0.568 | 0.575 | 0.672 | 0.689 |
| 1985 | 1,688,057 | 1,496,993 | 470 | 0.556 | 0.566 | 0.580 | 0.667 | 0.676 |

**Pl.0306**

\<CG.A.16\> continued

| Year | National Educational Association (NEA) | | American Federation of Teachers (AFT), total membership | (NEA, K-12 and AFT membership)/ all public school instructional staff | Fraction union members | | Fraction covered by collective bargaining agreements | |
|---|---|---|---|---|---|---|---|---|
| | Total membership | K-12 instructional staff membership | | | Elementary school teachers | Secondary school teachers | Elementary school teachers | Secondary school teachers |
| Units | number | number | thousands | fraction | fraction | fraction | fraction | fraction |
| HS no. | new | new | new | new | new | new | new | new |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| 1986 | 1,799,144 | (NA) | (NA) | (NA) | 0.546 | 0.574 | 0.647 | 0.684 |
| 1987 | 1,828,649 | 1,552,236 | 494 | 0.550 | 0.578 | 0.584 | 0.667 | 0.675 |
| 1988 | 1,919,773 | 1,579,689 | (NA) | 0.552 | 0.564 | 0.603 | 0.661 | 0.693 |
| 1989 | 1,992,917 | 1,765,862 | 544 | 0.602 | 0.554 | 0.588 | 0.658 | 0.673 |
| 1990 | 2,057,286 | 1,814,669 | (NA) | 0.608 | 0.560 | 0.556 | 0.656 | 0.666 |
| 1991 | 2,109,866 | 1,859,480 | 459 | 0.609 | 0.558 | 0.569 | 0.636 | 0.661 |
| 1992 | 2,143,170 | 1,884,001 | (NA) | 0.607 | 0.540 | 0.571 | 0.622 | 0.667 |
| 1993 | 2,171,682 | 1,906,694 | 574 | 0.607 | 0.582 | 0.571 | 0.660 | 0.659 |
| 1994 | 2,205,661 | 1,935,642 | (NA) | 0.603 | 0.570 | 0.586 | 0.644 | 0.665 |
| 1995 | 2,249,703 | (NA) | 613 | (NA) | 0.559 | 0.584 | 0.634 | 0.652 |
| 1996 | 2,279,101 | 1,998,016 | (NA) | (NA) | 0.556 | 0.578 | 0.632 | 0.648 |
| 1997 | 2,323,339 | 2,034,087 | (F) | (NA) | 0.570 | 0.561 | 0.645 | 0.634 |

**Pl.0307**

Sources:
<CG.A.16.1> and <CG.A.16.2>, 1960 to 1997, *NEA Handbook, [year]* (Washington, D.C.: National Education Association), annual issues.  <CG.A.16.3>, 1960 to 1983, Leo Troy and Neil Sheflin, *U.S. Union Sourcebook: Membership, Finances, Structure, Directory* (West Orange, NJ: Industrial Relations Data and Information Services, 1985); 1984 to 1995, *Statistical Abstract of the United States [year]* (Washington, D.C.: U.S. G.P.O.), various issues.  <CG.A.16.4>, is equal to <CG.A.16.2> plus <CG.A.16.3> divided by <CG.A.7.1>.  <CG.A.16.5> and <CG.A.16.6>, 1973 to 1980, Edward C. Kokkelenberg and Donna R. Sockell, "Union Membership in the United States, 1973-1981," *Industrial and Labor Relations Review* 28 (July 1985), p. 507.  <CG.A.16.5> to <CG.A.16.8>, 1983 to 1997, Barry T. Hirsch and David A. Macpherson, *Union Membership and Earnings Data Book: Compilations from the Current Population Survey* (Washington, D.C.: Bureau of National Affairs), annual issues. Underlying source is Current Population Survey (CPS) Outgoing Rotation Group (ORG) Earnings Files, 1983 to 1997.

The National Education Association (NEA) has been in existence since 1857, when it was the National Teachers' Association, as a professional association of teachers and other instructional staff.  As various localities and states granted formal bargaining rights to their public-sector workers in the early 1950s and states passed legislation for school bargaining (beginning with Wisconsin in 1959), local NEA chapters became the bargaining agents for teachers.  Although some states still do not allow public-sector employees to bargain collectively, most states passed enabling legislation in the 1960s and 1970s (forty-one states had such legislation in 1975).  The American Federation of Teachers (AFT), a union affiliated with the AFL-CIO since its founding in 1916, also has local chapters that are bargaining agents for teachers.

NEA membership data in <CG.A.16.1> include dues-paying members who are K-12 and higher-education teachers (including substitute teachers), other instructional staff, non-instructional staff, NEA staff, and post-secondary school students in training for educational positions.  Members can be active, retired, or lifetime.  NEA membership data in <CG.A.16.2> include only K-12 teachers and other instructional staff, active and lifetime members.  Thus <CG.A.16.1> can exceed the total number of public-sector, K-12 active instructional staff.  The NEA and AFT data do not, according to Troy and Sheflin, include Canadian members or private school teachers and instructional staff, but there may be a trivial number of private higher education teachers in the NEA membership data.

The CPS data include all wage and salary workers who listed their occupation as teacher (elementary or secondary school).

By "union density" is meant the fraction of a group (here an occupation) who belong to a union or are represented in a collective bargaining agreement by a union.

**PI.0308**

<CG.A.17> Public and private secondary school graduation rates by census division and race: 1910 to 1962

| School year ending | Public and private secondary school graduation rate | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | New England | Middle Atlantic | South Atlantic | | East South Central | | West South Central | | East North Central | West North Central | Mountain | Pacific |
| | | | All | Whites[2] | All | Whites[2] | All | Whites[2] | | | | |
| Units | fraction | fraction | fraction | fraction | fraction | fraction | fraction | fraction | fraction | fraction | fraction | fraction |
| HS no. | new | new | new | new | new | new | new | new | new | new | new | new |
| col. no. | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
| 1910 | 0.155 | 0.080 | 0.041 | ---- | 0.038 | ---- | 0.043 | ---- | 0.125 | 0.106 | 0.088 | 0.117 |
| 1911 | 0.165 | 0.088 | 0.046 | ---- | 0.042 | ---- | 0.051 | ---- | 0.130 | 0.111 | 0.102 | 0.132 |
| 1913 | 0.187 | 0.102 | 0.059 | ---- | 0.056 | ---- | 0.062 | ---- | 0.153 | 0.136 | 0.130 | 0.171 |
| 1914 | 0.201 | 0.110 | 0.065 | ---- | 0.062 | ---- | 0.068 | ---- | 0.162 | 0.146 | 0.129 | 0.192 |
| 1916 | 0.228 | 0.129 | 0.075 | ---- | 0.074 | ---- | 0.079 | ---- | 0.183 | 0.174 | 0.164 | 0.229 |
| 1918 | 0.246 | 0.142 | 0.085 | ---- | 0.084 | ---- | 0.110 | ---- | 0.215 | 0.199 | 0.185 | 0.248 |
| 1920 | 0.253 | 0.139 | 0.086 | ---- | 0.086 | ---- | 0.120 | ---- | 0.209 | 0.205 | 0.198 | 0.273 |
| 1922 | 0.272 | 0.165 | 0.105 | ---- | 0.103 | ---- | 0.130 | ---- | 0.250 | 0.246 | 0.239 | 0.309 |
| 1924 | 0.309 | 0.197 | 0.135 | ---- | 0.133 | ---- | 0.166 | ---- | 0.298 | 0.304 | 0.293 | 0.359 |
| 1926 | 0.337 | 0.217 | 0.156 | ---- | 0.139 | ---- | 0.184 | ---- | 0.311 | 0.387 | 0.312 | 0.394 |
| 1928 | 0.359 | 0.223 | 0.171 | ---- | 0.162 | ---- | 0.198 | ---- | 0.334 | 0.394 | 0.353 | 0.432 |
| 1930 | 0.394 | 0.254 | 0.192 | 0.242 | 0.170 | 0.214 | 0.225 | 0.253 | 0.360 | 0.410 | 0.380 | 0.447 |
| 1932 | 0.478 | 0.316 | 0.225 | 0.288 | 0.184 | 0.233 | 0.276 | 0.314 | 0.430 | 0.476 | 0.454 | 0.551 |
| 1934 | 0.512 | 0.389 | 0.250 | 0.297 | 0.210 | 0.248 | 0.295 | 0.327 | 0.494 | 0.504 | 0.481 | 0.567 |
| 1936 | 0.586 | 0.474 | 0.307 | 0.378 | 0.245 | 0.299 | 0.343 | 0.385 | 0.530 | 0.545 | 0.532 | 0.625 |
| 1938 | 0.599 | 0.516 | 0.353 | 0.432 | 0.260 | 0.310 | 0.381 | 0.423 | 0.543 | 0.578 | 0.557 | 0.678 |
| 1940 | 0.602 | 0.543 | 0.377 | 0.444 | 0.303 | 0.356 | 0.427 | 0.473 | 0.572 | 0.615 | 0.576 | 0.711 |
| 1942[1] | 0.616 | 0.579 | 0.409 | 0.484 | 0.309 | 0.364 | 0.463 | 0.518 | 0.618 | 0.623 | 0.589 | 0.666 |
| 1944[1] | 0.454 | 0.514 | 0.355 | 0.411 | 0.260 | 0.302 | 0.376 | 0.420 | 0.541 | 0.543 | 0.476 | 0.532 |
| 1946[1] | 0.563 | 0.553 | 0.310 | 0.349 | 0.292 | 0.339 | 0.383 | 0.425 | 0.579 | 0.582 | 0.523 | 0.597 |
| 1948[1] | 0.625 | 0.622 | 0.369 | 0.410 | 0.347 | 0.397 | 0.450 | 0.501 | 0.637 | 0.636 | 0.580 | 0.653 |
| 1950[1] | 0.665 | 0.631 | 0.408 | 0.441 | 0.388 | 0.441 | 0.450 | 0.496 | 0.638 | 0.64 | 0.573 | 0.638 |
| 1952 | 0.591 | 0.567 | 0.387 | 0.420 | 0.379 | 0.421 | 0.443 | 0.481 | 0.584 | 0.623 | 0.539 | 0.557 |
| 1954 | 0.610 | 0.561 | 0.433 | 0.464 | 0.455 | 0.448 | 0.515 | 0.501 | 0.625 | 0.668 | 0.588 | 0.599 |
| 1958[1] | 0.622 | 0.592 | 0.475 | (NA) | 0.478 | (NA) | 0.531 | (NA) | 0.623 | 0.68 | 0.595 | 0.624 |
| 1962 | 0.682 | 0.652 | 0.542 | (NA) | 0.523 | (NA) | 0.579 | (NA) | 0.656 | 0.702 | 0.651 | 0.716 |

Pl.0309

Sources: <CG.A.17.1> to <CG.A.17.12>, 1910 to 1962, U.S. Office (Department) of Education, *Biennial Surveys of Education of the United States,* various years; U.S. Department of Health, Education, and Welfare, *Statistics of State School Systems* and *Statistics of Non-Public Secondary Schools*, various years; National Catholic Welfare Conference, *Summary of Catholic Education*, various years.  See Claudia Goldin, "America's Graduation from High School: The Evolution and Spread of Secondary Schooling in the Twentieth Century," *Journal of Economic History* 58 (June 1998): 345-74, and "Appendix to How America Graduated from High School," National Bureau of Economic Research Historical Working Paper no. 57 (June 1994), although some of the numbers have been reestimated.  The numbers of 17-year olds (or half the number of 17- and 18-year olds) by state are from the decennial U.S. population censuses (1910 to 1970) and are interpolated between census years using a constant growth rate procedure.

The graduation rate is the number of secondary school graduates in a given year divided by the number of 17-year olds in that year.  Thus, the data represent the contemporaneous graduation rate.  It does not matter that secondary school graduates can be more (or less) than seventeen years old.  The age of seventeen is chosen for convenience and because there is generally less understatement for males at that age than after.  Graduates can be from public schools (junior highs, senior highs, regular high schools, and so on), private schools (secular and denominational), or the preparatory departments of colleges and universities.  The criterion for graduation may depend on state regulations.  See <CG.A.11> for the national graduation rates.  The data underlying the estimates for the states (aggregated here to the census division level), sum to approximately the aggregate data for the nation by year.  See references under sources for details.  Because of the lack of private school statistics, these data cannot easily be extended beyond 1962.

Census divisions are standard; see, for example, U.S. Bureau of the Census, *Historical Statistics of the United States* (Washington, D.C.: U.S. G.P.O., 1975), p. 5.

Footnotes:
\1: Extrapolated on the basis of the public secondary school graduate rate because the number of private school graduates cannot be estimated reliably for 1942 to 1950 and for 1958.
\2: Derived from the total number of graduates minus those from non-white segregated schools.

**Pl.0310**

**Plaintiffs' Exhibit O**

Pl.0311

BRITANNICA
ProCon.org    RELIABLE.
NONPARTISAN.
EMPOWERING.

Last updated on: 6/22/2023 | Author: ProCon.org

# History of College Education

The American debate over whether a college education is worth it began when the colonists arrived from Europe and founded "New College" (later renamed Harvard University) in 1636. In spring 2023, there were over 17 million college students in the United States, and over 43 million borrowers owe a collective $1.75 trillion in total student debt. [133] [134]

## College in America, 1600s – 1800s

Colonial America produced nine colleges that still operate: Harvard University (1636), the College of William & Mary (1693), Yale University (1701), Princeton University (1746), Columbia University (1754), Brown University (1764), Dartmouth College (1769), Rutgers University (1766), and the University of Pennsylvania (1740 or 1749). These universities were funded by the colony or England and usually catered to a specific religious denomination such as Congregational or Presbyterian (Puritan). Primary and secondary school systems were not yet established so "college students" were sometimes boys as young as fourteen or fifteen years old and were admitted to receive preparatory education with the assumption that they would matriculate to college-level courses. [3] [78] [79] [80] [81] [82] [83] [84] [85] [86]

Colonial colleges were mainly founded and attended by wealthy Puritans, and followed the models of British and Scottish universities, which focused on general education and moral character. The goal of the college was to produce Christian gentlemen who would inherit family businesses, remain within the Congregational or Presbyterian (Puritan) faith, and be responsible leaders in the new world. Colonial college tuition costs and the loss of an able-bodied man from the family farm or business made the prestige and social status conferred by college unattainable for most families. About 1% of white males aged 18-21 attended college and students frequently left college after their first or second year, with no "dropout" stigma. Out of 35 students, Yale conferred nine bachelor's degrees by 1711. Colonial colleges excluded women and sometimes had "Indian schools," to spread Puritanism in Native American communities for religious indoctrination purposes. The American Revolution (1775-1783) drained colleges of students who became soldiers and buildings that became barracks and of the funds from England resulting in the closing of many colleges postwar. [3] [87] [88]

The late eighteenth and early nineteenth centuries created a college-building boom, increasing the number of schools from 25 colleges in 1800 to 241 colleges in 1860; increasing the variety of schools to include seminaries, scientific schools, military service academies, and teaching



schools; and increasing the programs of study to include medicine, law, military science, and agriculture. State universities came into prominence beginning with the University of North Carolina (1795) and the University of Georgia (1801). In the spring of 1833, Oberlin Collegiate Institute (now Oberlin College) admitted women to a "Ladies Course" program and in 1837 admitted four women to the baccalaureate program, three of whom graduated in 1841 with degrees. [3] [100]

The *1862 Morrill Land Grant Act* gave federally controlled land to states to open "land grant" colleges, which were required to focus on "useful arts" like agriculture, mechanics, mining, and military instruction and thus often included "A&M" (Agricultural & Mechanical) in the names. The idea of a "useful" education also created schools like the Massachusetts Institute of Technology (MIT) in 1851. Many craftsmen who relied upon apprenticeships were skeptical of college training and distrusted scholars and scientists. A college degree was still seen by many as a social marker rather than a marker of educational attainment. [3] [89]

By 1865 most Southern colleges ceased offering classes because the American Civil War caused significant physical damage to many colleges while others were made into hospitals and shelters for soldiers and many Southern students and faculty left college for the Confederate Army. In 1870, the number of colleges was 560 (up from just 9 colleges at the American Revolution). [3] [87]

## College in the Early 1900s

The early 1900s saw institutions created to educate groups excluded by traditional colleges: women, Black people, immigrants, and Roman Catholics. Black colleges remained restricted to grade-school and agricultural- or industrial-focused instruction with little college-level education offered. Iowa State University was the first co-ed land grant college, though women remained segregated and were expected to study "domestic science" or similar topics. Colleges were built in the South to keep Southern sons "far from the dangerous notions circulating at a Harvard or a Yale," with high tuitions and a code of honor that included duels amongst students. "Hilltop colleges" in New England opened to cater to older working students training to be teachers or ministers. Colleges built on the emerging western frontier had small populations to support them and there were often less than a few hundred students who could attend the college. "Diploma mills" also popped up during this time, especially the "medical college," which frequently had no campus or faculty but would confer degrees in exchange for donations. [3] [90] [91]

The goal of college attendance still was not completion of a bachelor's degree. Some students took two years of courses in order to earn an LI (license of instruction) certificate to teach public school but many did not complete the degree because, as explained by Roger L. Geiger, Distinguished Professor of Education at Pennsylvania State University, "there was nothing to be done with a bachelor" degree that could not also be done without one." [3] [92]



By 1900, 5% (about 256,000) of 18-21 year old males attended college, up from 3.1% (32,364) in 1860 and 1% (1,237) in 1800. Students were normally accepted based on gender, religion, and race. Graduation rates continued to be low; about 30% of the 1903 freshman class at Kentucky State College graduated, while Transylvania University averaged a 50% drop out rate in the first year and barely 10% graduated with a degree in four years. [3] [87]

Although tuition had seen no major increases, the price of college was still too high for the average family. For the 1907-1908 academic year, Brown University published an average tuition budget: $105 for tuition, $48 for "incidental fees," $60 for room, $150 for board, and $30 for books and lab fees; totaling $393 per year, or $9,535.67 in 2012 U.S. dollars, By 1910, "undergraduate life" came into prominence with mascots, school colors, college hymns, intercollegiate athletics, and other traditions. [3]

World War I dropped enrollments on the east coast by 27-40% but only 10% of Stanford men left college for the war. In total, 540 colleges were made into training campuses for the Students' Army Training Corps to train 125,000 men. Around this time the American Medical Association began lobbying for medical schools to require some college science (if not a completed college degree) for admission into medical schools, law schools followed Harvard Law School's example to require baccalaureate degrees for admission, and seminaries were requiring at least a year of college. [3] [92]

After 1920 college students became associated with parties, gambling, and bathtub gin. But, such partying was tolerated because of the upward social mobility gained by making contacts and partying with the right crowd. [3]

Between 1920 and 1945 secondary schools expanded, increasing the number of high school graduates, the number of college students from 250,000 to 1.3 million, and the percentage of college students from 5% to 15%. However, an 18-24 year old white person was four times more likely to attend college than a black person of the same age and women constituted about 40% of college enrollments but were still being trained in segregation as teachers, good wives, and mothers. [3]

In the 1920s and 1930s, college tuition started to rise. One national survey showed tuition at $70 in 1920 and $133 in 1940, or from $$1,064.44 to $$2,889.21 in 2023 U.S. dollars. In comparison, a 1940 new Pontiac car cost $483 ($10,492.38 in 2023 dollars). [3]

## U.S. Colleges, WWII through the 1980s

After World War II colleges and universities moved toward advanced, selective programs and expanded the base of students admitted. Research universities, junior colleges (now called community colleges), and for-profit institutions thrived. [3]



In the 1939-1940 school year, student enrollment was under 1.5 million nationally, but, by the 1949-1950 school year, student enrollment grew to 2.7 million. The 1944 GI Bill contributed to some of the enrollment gains and by the beginning of the 1945-1946 school year, 88,000 veterans were accepted into the program; by 1946, over one million were accepted; and by 1950, 14 million veterans were in the program. Women represented about 40% of enrollment in the 1939-1940 school year but that number dropped to 32% in 1950. Individual schools implemented honor programs, specialty seminars, study abroad, and smaller class sizes to attract more discerning students. By 1960, national enrollment was at 3.6 million and at 7.9 million in 1970. Society became interested in the college lives of "Joe College" and "Betty Coed" and created the college ideal of graduating in four years, marrying the college sweetheart, and finding a good job. [3]

The federal government created the Higher Education General Information Survey (HEGIS), later renamed the Integrated Postsecondary Education Data System (IPEDS), and collected data in the fall of 1968, the first time standardized data was collected about colleges and universities nationwide. [93]

Pell Grants were introduced in 1972 and increased the number of students for whom higher education was possible. By 1978, the financial aid focus changed from grants to loans, increasing the amount of debt a graduating college student owned. In the 1975-1976 school year 75% of students received grants, 21% received loans compared to the 1984-1985 school year in which 29% of students received grants and 66% received loans. [3] [94]

The major shift in higher education during this time was the transition from mass higher education, expecting to educate 40-50% of high school graduates, to universal higher education, expecting to educate all high school graduates. The shift was seen in public school enrollments which accounted for about 75% of enrollments in 1970, up from the almost equal split between public and private colleges in 1950. Community colleges and technical institutes also gained students: from 82,000 in 1950 to 1.3 million in 1980. [3]

Transfer students were accommodated, classes were offered at military bases, and courses were offered at extension sites for non-traditional students while colleges were opening to diverse student populations. Title IX (1972) and affirmative action demanded inclusive admission practices for women and black students. [3] [95] [96]

The 1970s also saw the shift from higher education for education's sake to a need for pre-professional studies and a translation to work after graduation. For many, to be considered middle-class or to get a middle-class job required a college degree. [2]

The 1970s and 1980s brought questions of whether the return on a college degree was worth the investment. In 1971 a male college graduate earned 22% more than a high school graduate but by 1979 a college degree increased earnings by 13%. By 1987, the earning gap was 38%, which was an improvement but added doubts about the stability of higher education as an investment. The 1980s also brought a dramatic increase in the cost of college, which was rising faster than inflation and the average family income. [7] [29]



## College Enrollment, Costs, and Purposes from 1990s to Present

The 1990s and 2000s saw a rise in enrollment and tuition costs, and a steadily lower unemployment rate for college graduates. College enrollment increased 11% between 1990 and 2000 and increased 37% from 2000 to 2010 to 21 million students. The average college tuition in the 1990-1991 school year was $10,620 and rose to $13,393 in 2000-2001. Between the 2000-2001 school year and the 2010-2011 school year, public college costs (tuition, room, and board) increased 42% to $18,133. The unemployment rate for workers with a bachelor's degree or higher in 1990 was 6.5% (compared to 24.9% for high school drop outs) and was 3.7% in 2000 (compared to 18.4% for high school drop outs). By 2010, the unemployment rate for college graduates increased to 5.5% while the rate for college dropouts was 17.3% [97] [98] [99]

A 2011 Pew Research survey showed 50% of college presidents said college is meant to "mature and grow intellectually," while 48% said college should "provide skills, knowledge and training to help… [students] succeed in the working world." [25]

The number of colleges and universities grew from 1,851 in 1950 to 3,535 in 1990 to 6,900 in 2013. In the 1949-1950 school year 2.66 million students were enrolled in colleges and universities; by the 1989-1990 school year 13.54 million students were enrolled. [2] In fall of 2013, 19.9 million students were enrolled in colleges and universities. [1]

According to the U.S. Census Bureau, 33.4% of the adult U.S. population had a bachelor's degree or higher as of Mar. 30, 2017 (up from 28% in 2006), with 20.8% holding bachelor's degrees, 9.3% with associates degrees, 1.5% with professional degrees, and 1.9% with doctorates. In 1940, when the U.S. Census Bureau began collecting education data, only 4.6% of adults held bachelor's degrees. [109] [110]

## College Education amid COVID-19

As many colleges went online or to a hybrid online and in-person model during the COVID-19 (coronavirus) pandemic, colleges overall saw a significant fall 2020 enrollment drop. Undergraduate enrollment fell 3.6% (about 560,000 students) from fall 2019. Community colleges were hit especially hard, with a drop of more than 10% (more than 544,000 students). [130]

21.7% fewer high school seniors (class of 2020) had enrolled in college, with a larger drop (32.6%) at high-poverty high schools. 14% fewer students in the class of 2021 filed FAFSA (Free Application for Federal Student Aid) forms. [130] [131]

Doug Shapiro, Executive Research Director at the National Student Clearinghouse called the drops "completely unprecedented." [130]

75% of households with at least one member attending college classes in fall 2020 changed higher education plans during the COVID-19 (coronavirus) pandemic. Most often households took classes in a different format (39%), or canceled plans altogether (37%), according to Anthony P.



Carnevale, PhD, Director and Research Professor, and Megan L. Fasules, PhD, Assistant Research Professor and Research Economist, both at the Georgetown University Center on Education and the Workforce. [132]

## Post-Pandemic College Experience

College enrollment continued to decline after the pandemic with 17,153,317 students enrolled in spring 2023, a 7.1% decrease in college enrollment from 2019. Both college students and college instructors are facing challenges of limited online learning during the pandemic. Rocky classroom experiences resulted in lower test scores, incomplete instruction in vital courses such as math, and increased mental health issues like anxiety. Colleges fear the fall-out will last years as test results already show elementary students feeling the same effects of the pandemic. [133] [135]







**Pl.0317**



## More College Debates

Should student loan debt be eliminated via forgiveness or bankruptcy?

Should public college be tuition-free?

Should colleges and universities pay athletes?

## Popular in the Community



ProCon.org - Pros and Cons of 100+...

Emmett Harth...

This is honestly a really helpful website, reliab...

🔥 Top Comment        👍 15

TikTok Bans - T
Pros and Cons

Eri-Chan

I personally believ
Tik Tok should be

🔥 Top Comment

AdChoices ▷                    Sponsored



## Conversation 2 Comments

Log in Sign up

What do you think?

Sort by **Best**

T

**Tracy**

6 March, 2023

Why did you leave St. John's College, Annapolis, off your list of colleges founded in Colonial days and still in operation? https://www.sjc.edu/about/history

Reply · 1 1 · Share

@

**@NatalieProCon** STAFF

8 March, 2023

Hi Tracy, St. John's College, Annapolis is not on the list because it was founded as King William's School, which was a college prep school, not a college. The school did not become a college until after the American Revolutionary War.

Reply · 2 · Share

Powered by OpenWeb

Terms | Privacy | Feedback

7:45

HOME

ABOUT

CITE THIS PAGE

REPRINTING POLICY

PRIVACY POLICY

DISCLAIMER

Contact Us

ProCon/Encyclopaedia Britannica, Inc.
325 N. LaSalle Street, Suite 200
Chicago, Illinois 60654 USA



Natalie Leppard
Managing Editor
procon@eb.com

© 2023 Encyclopaedia Britannica, Inc.
All rights reserved



PI.0320

**Plaintiffs' Exhibit P**

Pl.0321

NORTHERN KENTUCKY LAW REVIEW
VOLUME 29, NO. 4, PAGES 823-847 (2002)

# WHAT STATE CONSTITUTIONS TEACH ABOUT THE SECOND AMENDMENT

*by David B. Kopel*[1]

## I. INTRODUCTION

It is well-settled that state constitutions can serve as an aid to interpreting the federal Bill of Rights.[2] Regarding the Second Amendment, state constitutions are especially helpful. First, right to arms provisions are contained in forty-four state constitutions.[3] Few parts of the Bill of Rights have as many state analogues as does the Second Amendment.[4] Second, the state language has been written or amended from 1776 until the present,[5] so we can see how arms rights have or have not changed in a wide variety of American linguistic communities. Third, state arms guarantees have been created or amended by special conventions, by state legislatures, and by initiative and referenda. Thus, we can see how arms rights language is created by both elite and non-elite types of lawmakers.

A great deal of ink has been spilled trying to discern the intent of the authors of the Second Amendment. If we simply look at how the same words in the Second Amendment have been used in state constitutions, we find that these words have had a stable, consistent meaning

Pl.0322

throughout American history. From 1776 until the present, the words have guaranteed a right of individuals to own and carry guns.

At least regarding gun rights, modern Americans speak the same language as the founders. Since 1963, the people of Alaska, Connecticut, Delaware, Florida, Georgia, Idaho, Illinois, Louisiana, Maine, Michigan, Montana, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, Utah, Virginia, West Virginia, and Wisconsin have chosen, either through their legislature or through a direct vote, to add a right to arms to their state constitution, to re-adopt the right to arms, or to strengthen an existing right. In every state where the people have had the opportunity to vote directly, they have voted for the right to arms by overwhelming margins.

In this article, I examine each of the state constitutions that contain an arms rights guarantee. For each state, I detail how the state arms right has been interpreted and what implications about the Second Amendment may be drawn from the language of the state provision.

Throughout the analysis, several key questions recur:

- When the Second Amendment was written and adopted, was the language chosen already familiar as guaranteeing and individual's right to keep and bear arms, or was the language familiar as protecting the power of states over their own militias?

- Is the phrase "bear arms" a term of art referring exclusively to bearing arms while in militia service, or is the phrase used in its more ordinary sense to encompass bearing arms for a variety of purposes, such as personal or family defense or sporting purposes?

<div align="right">Pl.0323</div>

- When states adopted the Second Amendment verbatim in their own state constitutions, what did this particular language do?
- What is the effect when concerns about standing armies are expressed contemporaneously or even in the same sentence as arms rights language?
- What is the implication when states create explicit exceptions to the right to arms, such as excepting the concealed carrying of weapons, or excepting large assemblies of armed men, or reserving the power to create certain types of gun laws?

# I. STATE CONSTITUTIONS CONTEMPORANEOUS WITH THE SECOND AMENDMENT

The Second Amendment to the United States Constitution was written in 1789 and sent by Congress to the States for ratification.[6] Ratification was achieved in 1791.[7] Four state constitutions from the very early Republic -- Pennsylvania, Vermont, North Carolina and Kentucky -- provide important evidence about the meaning of the right to arms in the period surrounding the adoption of the Second Amendment.

**Pennsylvania**: The present-day Pennsylvania Constitution, using language adopted in 1790, declares: "The right of the citizens to bear arms in defence of themselves and the State shall not be questioned."[8]

Pennsylvania's first constitution, adopted in 1776, stated in its Declaration of Rights: "That the people have a right to bear arms for the defence of themselves and the state; and as standing armies in the time of peace are dangerous to liberty, they ought not to be kept up; And that the military should be kept under strict subordination, to, and governed by, the civil power."[9]

Pl.0324

It is sometimes claimed that the phrase "bear arms" in the Second Amendment is a term of art referring only to bearing arms while serving in a militia.[10] Both in 1790 and 1776, the drafters in Pennsylvania used the language "bear arms in the [or 'for'] defence of themselves and the state."[11] This language has always been interpreted by Pennsylvania courts to protect the right of all Pennsylvanians, not just militiamen, to possess firearms.[12] The Pennsylvania language suggests that "bear arms" is *not* a term of art which means only militia usage and nothing else.

A recent opinion by Justice Ruth Bader Ginsburg suggests that "bear arms" continues to encompass carrying guns for diverse purposes.[13] Analyzing the statutory phrase "carries a firearm," she wrote:

> Surely a most familiar meaning is, as the Constitution's Second Amendment ("keep and bear Arms") and Black's Law Dictionary indicate, "wear, bear, or carry...upon the person or in the clothing or in a pocket, for the purpose...of being armed and ready for offensive or defense action in case of a conflict with another person."[14]

**Vermont:** Adopted in 1777, the Vermont Constitution closely tracks the Pennsylvania Constitution.[15] It states "That the people have a right to bear arms for the defence of themselves and the State -- and as standing armies in time of peace are dangerous to liberty, they ought not to be kept up; and that the military should be kept under strict subordination to and governed by the civil power."[16] Vermont, like Pennsylvania, contributed part of this language to the federal Second Amendment, evidencing the state's interpretation that recognition of the people's right to bear arms was a recognition of an individual right. Vermont courts have been especially strict in protecting individual arms rights when interpreting the state constitution. For example, an 1892 decision declared that the government could not require licenses for the carrying of concealed weapons.[17]

One of the most important elements of Vermont's right to arms language is the

Pl.0325

juxtaposition of a right to bear arms with a denunciation of standing armies. The fact that Vermont's right to bear arms has been interpreted as individual shows that concern about standing armies does not negate the guarantee of a fundamental personal right to arms.

**North Carolina**: Like Pennsylvania, North Carolina adopted an arms right in 1776.[18]  The North Carolina Bill of Rights reads in part, "[t]hat the people have a right to bear arms, for the defence of the State; and, as standing armies, in time of peace, are dangerous to liberty, they ought not to be kept up; and that the military should be kept under strict subordination to, and governed by, the civil power."[19]

The 1776 adoption of the phrase "the people have a right to bear arms" precedes James Madison's derivative use of a substantially similar phrase when he wrote the Second Amendment in 1789.[20] The 1776 North Carolina Constitution declares the right is "for the defence of the State," but delineates no other purpose.[21] This "right to bear arms" language is included *in the same sentence* as denunciations of and restrictions on standing armies. This language would be expected to lend strong support to arguments that the Second Amendment was intended exclusively to promote state militias so as to reduce the power of the federal standing army[22] and that the only purpose of the Second Amendment is collective defense, not individual arms possession for personal defense.[23]

However, the North Carolina Constitution has always been, without dissent, construed to guarantee a right of ordinary citizens to carry weapons for personal protection.[24]  The language of the state constitution, unlike the Second Amendment, explicitly denounces and controls standing armies and specifies only one purpose for the right to bear arms: "the defence of the state."[25] *A fortiori*, the 1776 North Carolina Constitution would protect, at most, people in active militia service, but in 1843, the North Carolina Supreme Court explained that "[f]or any lawful purpose -- either of business or amusement -- the citizen is at perfect liberty to carry his gun."[26]

**Pl.0326**

In 1868, after the Civil War, North Carolina recreated its state constitution, adopting language which directly copied the federal Second Amendment.[27] The same constitutional clause also denounced standing armies: "A well-regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed; and, as standing armies, in time of peace, are dangerous to liberty, they ought not to be kept up, and the military should be kept under strict subordination to, and governed by, the civil power."[28]

Again, if the federal Second Amendment is only about controlling standing armies, then the 1868 North Carolina arms right should, *a fortiori*, only be about controlling standing armies, since standing army language appears in the very same sentence as the arms right. Yet the North Carolina provision has always been construed as protecting an individual right.[29]

The individual nature of the 1868 North Carolina guarantee, mimicking the Second Amendment, was underscored by an 1875 amendment: "Nothing herein contained shall justify the practice of carrying concealed weapons, or prevent the Legislature from enacting penal statutes against said practice."[30] If the North Carolina arms right were only about controlling standing armies, or only about affirming the state militia, it would make no sense for North Carolina to carve out an exception in order to allow the legislature to ban or restrict the carrying of concealed weapons. The concealed weapons control is aimed at individuals, not at active militiamen, who can simply be ordered to carry their guns in the manner their commanding officers insist.  Again, the North Carolina constitution has always been interpreted to protect an individual right to arms.[31]

Therefore, from the North Carolina Constitution, we see:

- Concerns about standing armies do not negate the individual nature of the arms right.

Pl.0327

- A reference to "the defence of the state" does not negate the individual nature of the arms right.

- The creation of an exception to allow restrictions on concealed carry underscores the nature of the arms right.

- The exact wording of the Second Amendment is interpreted as recognizing an individual right in North Carolina state courts.

These themes will be continually supported by examination of other state constitutions.

**Kentucky**: The 1792 Kentucky constitution was nearly contemporaneous with the Second Amendment, which was ratified in 1791.[32] Kentucky declared: "That the right of the citizens to bear arms in defence of themselves and the State, shall not be questioned."[33]

The year after the Second Amendment became the law of the land, Kentucky's constitutional drafters used the phrase "bear arms" to include bearing arms for personal and collective defense: "in defence of themselves *and* the state."[34] This language suggests that "bear arms" was not commonly understood as encompassing only militia service.

In 1822, a Kentucky Supreme Court decision declared a law against carrying concealed weapons invalid.[35] This led to an 1850 revision in the Kentucky Constitution to allow restrictions on concealed carry.[36] This was also the basis for the restrictions on concealed carry written into many state constitutions. The final form of the Kentucky arms right was enacted in 1891:

All men are, by nature, free and equal, and have certain inherent and inalienable rights, among which may be reckoned:

First: The right of enjoying and defending their lives and liberties. . . .

**Pl.0328**

Seventh: The right to bear arms in defense of themselves and of the State, subject to the power of the General Assembly to enact laws to prevent persons from carrying concealed weapons.[37]

# II.   IS   THE   SECOND   AMENDMENT   MAINLY ABOUT FEDERALISM?

Having examined some very early states' right to arms guarantees, let us now jump ahead to 1959 and to the last states that joined the Union.[38]

**Alaska and Hawaii:** Both Alaska and Hawaii copied the Second Amendment verbatim into their state constitutions.[39] The arms right provision in both states reads: "A well-regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed."[40]

It is sometimes argued that the Second Amendment right belongs only to state militias, to protect them from disarmament by the federal government.[41] The guarantees made by the Alaska and Hawaii Constitutions contradict this argument. If the argument were true, then it would be preposterous for the people of Alaska and Hawaii to place in their constitution language which is *identical* to the Second Amendment. Because of the Supremacy Clause in the United States Constitution,[42] nothing in the Alaska or Hawaii Constitutions could prevent the federal government from disarming a state militia. The obvious reason that the people of Alaska and Hawaii placed the exact language of the Second Amendment in their state constitutions was to keep the state governments from disarming the people of their respective state. The people of Alaska and Hawaii chose these precise words because they understood those words as used in the

Pl.0329

United States Constitution to prevent the United States government from disarming the people of the United States.

In 1994, the people of Alaska added additional protection to their arms right by specifically labeling the right "individual," by specifically prohibiting local governments from restricting the right, and by changing "infringed" to "denied or infringed."[43] The people of Alaska may have been acting with a great abundance of caution, since the 1994 addition merely restated what was already in the 1959 Constitution: that the arms right limited the power of local government as well as state government,[44] that the right was individual, and that the right could not be "denied."[45]

Hawaii simply interprets its state constitutional right to arms[46] and gets the same result. Hawaiians have an individual right to arms, which may not be denied by the state or by local governments1 Of course, Hawaii has extensive gun controls, while Alaska has very few.[47] The issue for this article, however, is not whether any particular gun control is constitutional, but simply whether the text of state constitutions suggests that the federal Second Amendment protects a meaningful individual right.

**South Carolina:**  Like North Carolina, Alaska, and Hawaii, the state of South Carolina adopted the Second Amendment verbatim.[48] South Carolina also copied North Carolina's language denouncing standing armies: "A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed.  As, in times of peace, armies are dangerous to liberty, they shall not be maintained without the consent of the General Assembly.  The military power of the State shall always be held in subordination to the civil authority and be governed by it."[49]

Pl.0330

In South Carolina, the state constitutional right to arms, with the exact same language as the Second Amendment, is read just as it is in Alaska, Hawaii, and North Carolina: as guaranteeing a right of individuals to bear arms. If Second Amendment language were about state's rights, rather than about individual rights, then surely one would expect the state's rights interpretation to prevail in South Carolina, the state which affirmed state's rights by seceding and thereby starting the Civil War – providing the South Carolina militia with an opportunity to assert its independence from federal control. Yet even in South Carolina, the precise language of the Second Amendment is recognized as guaranteeing individual rights, not militia independence.

# III. STABILITY ACROSS TIME AND PLACE

Having examined constitutions from very old states to the newest states, let us now look at the constitutions of the rest of the states. We will proceed mostly, in alphabetical order, although some states will be combined where profitable. We will find great diversity of geography and time, and will we find consistent support for the themes established in Parts I and II.

**Alabama**: The Alabama Constitution, adopted in 1819, guarantees "[t]hat every citizen has a right to bear arms in defense of himself and the state.[50]

Alabama's guarantee refers to community protection (such as might be provided in militia service) with the phrase "bear arms in defense of...the state."[51] Alabama also refers to personal protection: "bear arms in defense of himself."[52] Thus, one can bear arms "in defense. .. of the state" *or* "in defense of himself." Bearing arms can include community protection or personal protection.[53]

**Arizona and Washington:** These states were among the last to be admitted to the Union.[54] Their right to arms language is identical: "The right of the individual citizen to bear arms in defense of

Pl.0331

himself, or the state, shall not be impaired, but nothing in this section shall be construed as authorizing individuals or corporations to organize, maintain or employ an armed body of men."[55]

The Washington and Arizona Constitutions make explicit a principle which has been considered implicit in the Second Amendment: protection of an individual right "to bear arms" does not forbid the government from controlling large assemblies of armed men.[56] Just a few years before the Washington Constitution was adopted, the U.S. Supreme Court upheld a state ban on armed parades in public, even as the Court plainly treated the Second Amendment as an individual right protected against federal infringement.[57]

**Arkansas:** "The citizens of this State shall have the right to keep and bear arms for their common defense.[58] As in many states, Arkansas's state constitution is narrower than the Second Amendment, because it guarantees the right only "for their common defense."

An 1842 case interpreted the state constitution narrowly, holding that it protected only the kind of people who might serve the militia, i.e. free males, and only the kind of weapons suitable for militia use.59 A concurring opinion stated that "The provision of the Federal Constitution [and of the state Constitution] . . . is but an assertion of that general right of sovereignty belonging to independent nations, to regulate their military force."[60]

This concurrence was never followed in Arkansas, and does not appear to have been cited in any court for the remainder of the nineteenth century. Subsequent Arkansas case law has interpreted the state constitution to guarantee all law-abiding Arkansans the right to own firearms.[61] Arkansas courts apply the "common defense" language so that the right only includes the *type* of arms that might be useful for militia service.[62] For example, in *Fife v. State*,[63] an 1876 decision, the Arkansas Supreme Court held that large military-sized pistols are within the scope of the arms right, but small concealable handguns are not.[64]

PI.0332

Thus, the Arkansas courts effectuate every word of the state constitution: the right belongs to every "citizen" but the right includes only ownership of the type of firearms useable for the "common defense." The *Fife* case is one of many state cases whose precedent was followed in *United States v. Miller*,[65] which allowed for a Second Amendment claim on behalf of two individual citizens (Jack Miller and Frank Layton, who were not in any militia), while holding that the Second Amendment does not extend to firearms which are unsuitable for militia use.[66]

**Colorado**: "The right of no person to keep and bear arms in defense of his home, person and property, or in aid of the civil power when thereto legally summoned, shall be called in question; but nothing herein contained shall be construed to justify the practice of carrying concealed weapons."[67]

Again, the phrase "keep and bear arms" is used for more than militia use. The Colorado Constitution shows that a person may "keep and bear arms in defense of his home, person, or property."[68] The Colorado provision includes the concealed carry exception.[69] The right is unquestionably individual.[70]

**Connecticut:** "Every citizen has a right to bear arms in defense of himself and the state."[71] Connecticut too uses "bear arms" to encompass personal defense.[72]

**Delaware:** "A person has the right to keep and bear arms for the defense of self, family, home and State, and for hunting and recreational use."1As Delaware shows, "bear arms" can include "hunting and recreational use" as well as defense of "self, family, home and State."[73]

**Florida:** As enacted in 1968, Florida's provision states: "(a) The right of the people to keep and bear arms in defense of themselves and of the lawful authority of the state shall not be infringed, except that the manner of bearing arms may be regulated by law."[74] Earlier versions were:

**Pl.0333**

1838: "That the free white men of this State shall have a right to keep and to bear arms for their common defence."[75]

1868: "The people shall have the right to bear arms in defence of themselves and of the lawful authority of the State."[76]

1885: "The right of the people to bear arms in defence of themselves and the lawful authority of the State, shall not be infringed, but the Legislature may prescribe the manner in which they may be borne."[77]

The people of Florida have repeatedly used "right of the people to keep and bear arms" to protect the right of every individual citizen of Florida to possess a firearm.[78] If the Second Amendment does nothing more than protect state militias from federal interference, it is impossible to explain why language based on the Second Amendment appears again and again in state constitutional language throughout the nineteenth and twentieth centuries.

**Georgia:** "The right of the people to keep and bear arms shall not be infringed, but the General Assembly shall have power to prescribe the manner in which arms may be borne."[79]

Again, language nearly identical to the Second Amendment is used to guarantee a right of individuals.[80] Before Georgia had its own right to arms guarantee, the Georgia Supreme Court used the Second Amendment to declare a state handgun ban illegal.[81] The Georgia Court explained that the Second Amendment protects:

The right of the whole people, old and young, men, women and boys, and not militia only, to keep and bear arms of every description, and not such merely as are used by the militia, shall not be infringed, curtailed, or broken in upon, in the smallest degree; and all this for the important end to be attained: the rearing up

Pl.0334

and qualifying a well-regulated militia, so vitally necessary to the security of free State.[82]

The *Nunn* decision was consistent with *every* nineteenth century Supreme Court case, *every* state court case[83] and *every* legal treatise which discussed the Second Amendment. Throughout the nineteenth century, it was undisputed that the Second Amendment guaranteed an individual right of every citizen to own and carry firearms.[84]

**Idaho:** The people have the right to keep and bear arms, which right shall not be abridged; but this provision shall not prevent the passage of laws to govern the carrying of weapons concealed on the person nor prevent passage of legislation providing minimum sentences for crimes committed while in possession of a firearm, nor prevent the passage of legislation providing penalties for the possession of firearms by a convicted felon, nor prevent the passage of any legislation punishing the use of a firearm. No law shall impose licensure, registration or special taxation on the ownership or possession of firearms or ammunition. Nor shall any law permit the confiscation of firearms, except those actually used in the commission of a felony.[85]

Once more, language which tracks the Second Amendment is used to protect an individual right.[86]

**Illinois:** "Subject only to the police power, the right of the individual citizen to keep and bear arms shall not be infringed."[87]

This is another modern usage of language from the Second Amendment to protect the rights of individual citizens, and another usage of "bear arms" outside an exclusively military context.[88]

Pl.0335

**Indiana:** "The people shall have a right to bear arms, for the defense of themselves and the State."[89] The earlier version dated from 1816: "That the people have a right to bear arms for the defense of themselves and the State, and that the military shall be kept in strict subordination to the civil power."[90]

As the 1816 Indiana Constitution shows, one major rationale for the right to arms in the early republic was concern about the dangers of standing armies.[91] That is why the people of Indiana put the right to arms provision in the same section as a restriction on standing armies. But it would be erroneous to conclude that the right to arms only includes people who are in a militia which might fight a standing army. Even with the anti-standing army language, Indiana's Constitution, which tracks the Second Amendment, was always construed to protect a right of all citizens of Indiana, not just militiamen, to own and carry firearms -- subject, of course, to reasonable restrictions.[92] The same is true of the constitutions of North Carolina, Ohio, South Carolina, and Vermont, all of which use a single constitutional section to denounce standing armies and to protect a right of every citizen to possess arms.[93]

**Louisiana:** "The right of each citizen to keep and bear arms shall not be abridged, but this provision shall not prevent the passage of laws to prohibit the carrying of weapons concealed on the person."[94]

Louisiana is one of many states to use language almost identical to the Second Amendment, while including an explicit provision to allow regulation of the carrying of concealed weapons.[95] These arms-carrying restrictions show that Second Amendment language was understood to include ordinary citizens walking around with firearms for personal protection or hunting.[96] That is why the legislature was given authority to control the carrying of weapons -- to control ordinary people carrying guns.[97]

**Pl.0336**

**Maine:** Maine's 1819 Constitution stated: "Every citizen has a right to keep and bear arms for the common defence; and this right shall never be questioned."[98]

In *State v. Friel*, decided in 1986, the Maine Supreme Court read the 1819 language as guaranteeing only a "collective" right.[99] Like "collective property" in a Communist country, the "collective" right to arms favored by the *Friel* court really belonged exclusively to the government. Thus, this "collective" right was antithetical to the ordinary American understanding of rights as belonging to individuals, not governments. The people of Maine quickly demonstrated that the *Friel* court was grossly out of step with contemporary norms. In 1987 the people overwhelmingly adopted language which reaffirmed that the Maine Constitution guaranteed an individual right to arms: "Every citizen has a right to keep and bear arms and this right shall never be questioned."[100]

**Michigan:** "Every person has a right to keep and bear arms for the defense of himself and the state."[101]

If "to keep and bear arms" is a "term of art" used to mean militia service only,[102] that "art" must have been entirely unknown to the people who drafted the state constitutions of the early American republic, for those drafters used "keep and bear arms" again and again to protect the right of individuals to possess and carry firearms for personal defense. Michigan recognizes the state constitution as guaranteeing an individual right.[103]

**Mississippi:** "The right of every citizen to keep and bear arms in defense of his home, person, or property, or in aid of the civil power when thereto legally summoned, shall not be called in question, but the legislature may regulate or forbid carrying concealed weapons."[104]

The concealed weapon restriction underscores that "the right to keep and bear arms" includes the right to carry non-concealed firearms for personal protection.

**Pl.0337**

**Missouri**: "That the right of every citizen to keep and bear arms in defense of his home, person and property, or when lawfully summoned in aid of the civil power, shall not be questioned; but this shall not justify the wearing of concealed weapons."[105]

The 1820 provision stated: "That the people have the right peaceably to assemble for their common good, and to apply to those vested with the powers of government for redress of grievances by petition or remonstrance; and that their right to bear arms in defence of themselves and of the State cannot be questioned."[106] This language described "the people" as possessing "the right peaceably to assemble for their common good" and "their right to bear arms."[107]  That the right to assemble was specified as being "for their common good" did not, of course, mean that the right did not belong to individuals, or that the right was a "collective" right which belonged only to the government.  Likewise, as has been shown, the provision in many state constitutions mentioning only "the common defense" in the arms guarantee has almost always been interpreted to recognize a right of individuals.

The 1876 U.S. Supreme Court case *United States v. Cruikshank*, also treated the right to assemble and the right to bear arms *in pari materia*.[108]  Both were rights "found wherever civilization exists," both were recognized but not created by the Constitution, and neither were within the power of Congress under the Fourteenth Amendment to protect against infringement by private persons.[109]

**Montana:** "The right of any person to keep or bear arms in defense of his own home, person, and property, or in aid of the civil power when thereto legally summoned, shall not be called in question, but nothing herein contained shall be held to permit the carrying of concealed weapons."1 This 1889 language closely tracks the Colorado provision from 1876.[110] It supports that point that one may "bear" arms in personal defense.  It also underscores that carrying concealed weapons, which militiamen would not do, but individuals might, was something that

Pl.0338

might be considered part of the arms guarantee, and for which a specific exception was therefore necessary.

**Nebraska and North Dakota:** Nebraska's right, adopted in 1988 referendum, states:

> All persons are by nature free and independent, and have certain inherent and inalienable rights; among these are life, liberty, the pursuit of happiness, and the right to keep and bear arms for security or defense of self, family, home, and others, and for lawful common defense, hunting, recreational use, and all other lawful purposes, and such rights shall not be denied or infringed by the state or any subdivision thereof. To secure these rights, and the protection of property, governments are instituted among people, deriving their just powers from the consent of the governed.[111]

North Dakota also added an arms right by a referendum,

> All individuals are by nature equally free and independent and have certain inalienable rights, among which are those of enjoying and defending life and liberty; acquiring, possessing and protecting property and reputation; pursuing and obtaining safety and happiness; and to keep and bear arms for the defense of their person, family, property, and the state, and for lawful hunting, recreational, and other lawful purposes, which shall not be infringed.[112]

Like Kentucky, the states of Nebraska and North Dakota interpolate the right to arms in a larger section that guarantees numerous individual rights.[113] Similarly, James Madison's original proposal for the right to keep and bear arms was to put that clause in Article I, section 9, of the U.S. Constitution, which guarantees various individual rights, such as habeas corpus. If Madison viewed the Second Amendment as a restriction on federal power over the militia, then he would

Pl.0339

have put the Second Amendment in Article I, section 8, the portion of the Constitution which grants militia powers to the federal government.[114]

**Nevada and New Hampshire**: In 1982, the people of both of these states voted to add an arms right to the state constitution.[115] Nevada's provision is "Every citizen has the right to keep and bear arms for security and defense, for lawful hunting and recreational use and for other lawful purposes."[116] New Hampshire's states: "All persons have the right to keep and bear arms in defense of themselves, their families, their property and the state."[117]

The vote to include these rights shows the continued importance of the right to arms to Americans. These votes also show modern usage of "the right to keep and bear arms" as encompassing the individual possession and carrying of arms for a variety of purposes, not just militia service.

**New Mexico**: The 1912 New Mexico Constitution guaranteed: "The people have the right to bear arms for their security and defense, but nothing herein shall be held to permit the carrying of concealed weapons."[118] In 1971, the people voted to rephrase the guarantee, to make explicit that the protection encompassed recreational as well as defensive purposes.[119] The change reads: "No law shall abridge the right of the citizen to keep and bear arms for security and defense, for lawful hunting and recreational use and for other lawful purposes, but nothing herein shall be held to permit the carrying of concealed weapons."[120] In 1986, New Mexico did what Alaska would do in 1994, constitutionally forbid local regulation of firearms, adding "No municipality or county shall regulate, in any way, an incident of the right to keep and bear arms."[121] In most states, "preemption" laws against local gun control are accomplished by statute, not by constitutional mandate. Even before the 1986 amendment, however, overly restrictive local gun laws were forbidden by the New Mexico constitution.[122]

Pl.0340

The constitutional right to arms provisions New Mexico, New Hampshire, Nebraska, and Montana were adopted as early as 1889 and as late as 1988,[123] but each constitution uses "right to keep and bear arms" to refer unmistakably to an individual right to arms. The usage reflects the shared understanding of the vast majority of the American people that the same phrase in the Second Amendment likewise guarantees a right to every responsible citizen. The popular votes in favor of creating and strengthening these provisions attest to the perceived contemporary importance of the right to keep and bear arms.

**Ohio:** "The people have the right to bear arms for their defense and security; but standing armies, in time of peace, are dangerous to liberty, and shall not be kept up; and the military shall be in strict subordination to the civil power."[124] This 1851 language replaced an 1802 provision: "That the people have a right to bear arms for the defence of themselves and the State; and as standing armies, in time of peace, are dangerous to liberty, they shall not be kept up, and that the military shall be kept under strict subordination to the civil power."[125]

The 1851 phrase "for their defense and security" apparently served as a model for New Mexico's 1912 "security and defense" language.[126] The 1851 Ohio language was less explicit in protecting personal defense than was the 1802 Ohio language "for the defence of themselves and the State." Even so, Ohio courts have always construed their constitution to protect an individual right of Ohio citizens to own and carry guns for lawful purposes.[127] The fact that Ohio -- like Oregon, Pennsylvania, South Carolina, Texas, Vermont, and Virginia -- combines an arms right with anti-standing army language, does not prevent the arms right from being interpreted as applying to all citizens, not just the militia.

**Oklahoma**: Oklahoma copied Colorado's provision "The right of a citizen to keep and bear arms in defense of his home, person, or property, or in aid of the civil power, when thereunto legally

Pl.0341

summoned, shall never be prohibited; but nothing herein contained shall prevent the Legislature from regulating the carrying of weapons."[128]

**Oregon**: "The people shall have the right to bear arms for the defence of themselves, and the State, but the Military shall be kept in strict subordination to the civil power[.]"[129] Although half the sentence is about controlling the military, Oregon courts have always construed the state constitution to protect the bearing of arms, including those suitable for militia purposes, as well as those unsuitable for the militia but useful for personal defense, such as black jacks and knives.[130]

**Rhode Island**:  Although Rhode Island became independent in 1776, no state constitution was created until 1842.[131] The constitution was created after an unsuccessful attempted revolution, known as The Dorr War, against Rhode Island's highly aristocratic and undemocratic government.[132] Although the drafters of the Rhode Island Constitution writers had just suppressed what they considered an illegitimate armed insurrection, the popular appeal of the right to bear arms was apparently so strong that the right was included in the constitution: "The right of the people to keep and bear arms shall not be infringed."[133]

**South Dakota:** South Dakota's 1889 Constitution reflects strong popular support for gun rights, as the constitution omits the exceptions for concealed carrying of arms and for large assemblies of armed men which were common in other state constitutions from the period: "The right of the citizens to bear arms in defense of themselves and the state shall not be denied."[134]

**Tennessee**: The original 1796 constitution provided: "That the freemen of this State have a right to keep and bear arms for their common defence."[135] During Reconstruction, the clause was re-written: "That the citizens of this State have a right to keep and to bear arms for their common defense; but the Legislature shall have power, by law, to regulate the wearing of arms with a view to prevent crime."[136]

Pl.0342

Tennessee's Constitution mentions "common defence" and does not specifically state any other purposes for the arms right. The Tennessee Supreme Court in the 1840 *Aymette* case interpreted the Tennessee guarantee, and suggested that the Second Amendment was intended "[i]n the same view."[137] The Court held that bearing arms was only for militia purposes, and that keeping arms was only for collective resistance to tyranny, not for "private" defense.[138] But even in *Aymette*, the right to own firearms was not restricted solely to people who might be militiamen; rather the right belonged to all citizens: "The citizens have the unqualified right to *keep* the weapon . But the right to *bear arms* is not of that unqualified character."[139] Thus, even with the most restrictive reading possible of the scope of "bear arms" and the purpose of the right to arms, all (law-abiding) citizens retain a right to keep arms. In 1866, a gun confiscation law was declared unconstitutional under the Tennessee guarantee.[140]

In Andrews v. State[141] the court expanded upon *Aymette*. The court began by opining that the Tennessee Constitution and the Second Amendment, while not identically worded, had the same meaning.[142] The Tennessee court acknowledged that a militia purpose underlay the Tennessee Constitution and the Second Amendment, but this purpose was consistent with the right of ordinary citizens to use ordinary firearms for non-militia purposes.

The right to keep arms, necessarily involves the right to purchase them, to keep them in a state of efficiency for use, and to purchase and provide ammunition suitable for such arms, and to keep them in repair. And clearly for this purpose, a man would have the right to carry them to and from his home, and no one could claim that the Legislature had the right to punish him for it, without violating this clause of the Constitution.

But farther than this, it must be held, that the right to keep arms involves, necessarily, the right to use such arms for all the ordinary purposes, and in all the

Pl.0343

> ordinary modes usual in the country, and to which arms are adapted, limited by the duties of a good citizen in times of peace . . .
>
> What, then, is he protected in the right to keep and thus use? Not every thing that may be useful for offense or defense; but what may properly be included or understood under the title of arms, taken in connection with the fact that the citizen is to keep them, as a citizen[143]. . . . [W]e would hold, that the rifle of all descriptions, the shot gun, the musket, and repeater, are such arms . . . .[144]

Like some scholars of today, the Tennessee Attorney General recognized that the Tennessee Constitution and the Second Amendment have been more concerned with the balance of power in a free society than with individual protection against common criminals. Accordingly, the Attorney General argued that right to arms was a "political right."[145] In the legal discourse of 1870s, a "political right" could be restricted without limit by the political branch, the legislature, whereas a "civil right" was inviolate. The Tennessee court wrote that the Attorney General:

> fails to distinguish between the nature of the right to keep, and its necessary incidents, and the right to bear arms for the common defense. Bearing arms for the common defense may well be held to be a political right, or for protection and maintenance of such rights, intended to be guaranteed; but the right to *keep* them, with all that is implied fairly as an incident to this right, is a private individual right, guaranteed to the citizen, not the soldier.[146]

Accordingly, even when "bear arms" is read in its narrowest sense, as the Tennessee courts did, there is no parallel constrictive reading of the right to "keep" arms. The latter right is undeniably an individual civil right.[147]

Pl.0344

**Texas:** "Every citizen shall have the right to keep and bear arms in the lawful defense of himself or the State; but the Legislature shall have power, by law, to regulate the wearing of arms, with a view to prevent crime."[148]   Like many other states, Texas allows strict controls on concealed carrying, but not denial of the right itself. An early case decided under the Texas guarantee, *Jennings v. State*, struck down a statute requiring forfeiture of pistol after misdemeanor conviction.[149]

**Utah:** The 1896 Utah Constitution stated: "The people have the right to bear arms for their security and defense, but the legislature may regulate the exercise of this right by law."[150] In 1984, the people of Utah adopted a new provision, strengthening the right.[151] "The people" was replaced by "The individual right of the people," apparently to forestall the kind of "collective rights" misreading which, in 1984, was often applied to the Second Amendment. The purposes of the right were broadened to all "other lawful purposes." And the legislature was no longer allowed to regulate "the exercise" of the right, but only to define "the lawful use of arms."[152]

**Virginia:** Virginia's 1776 constitution extolled the militia and denounced standing armies.[153] "That a well regulated militia, composed of the body of the people, trained to arms, is the proper, natural, and safe defense of a free state; that standing armies, in time of peace, should be avoided as dangerous to liberty; and that in all cases the military should be under strict subordination to, and governed by, the civil power."[154] The militia part of this provision contributed language which, in more concise form, became the first part of the Second Amendment.

In 1971, the people of Virginia sought explicit protection of their individual right to arms, and so a clause was added after "safe defense of a free state."[155] The clause read: "therefore, the right to keep and bear arms shall not be infringed."[1]

Pl.0345

Some scholars read the Second Amendment as if it contains only the first clause, concerning the militia. Yet this misreading ignores the fact that when Virginians wanted to add an explicit individual right to their state constitution, they added the main clause of the Second Amendment.

**West Virginia and Wisconsin:** The West Virginia provision, adopted in 1986, states: "A person has the right to keep and bear arms for the defense of self, family, home and state, and for lawful hunting and recreational use."[156] Wisconsin's provision, adopted in 1998, states: "The people have the right to keep and bear arms for security, defense, hunting, recreation or any other lawful purpose."[1]

The voters of Wisconsin adopted a guarantee by a vote of 1,161,942 to 412,508.[157] The voters of West Virginia adopted their guarantee by an overwhelming margin as well.[158] West Virginia is a mostly rural state where "traditional values" are especially popular; Wisconsin is the home of the American progressive movement. In both states, the right to arms was adopted by a huge majority.

The voters of West Virginia and Wisconsin, like the voters of Nebraska, Maine, and Utah, have adopted or strengthened their state right to arms in modern times, with an awareness of modern conditions, such as urbanization, powerful modern firearms, and crime. These votes suggest that the American people do not regard the right to arms as an obsolete relic of frontier days, or as a quaint expression of early republic worries about standing armies. Thus, these votes contradict the notion of some academics that the Second Amendment should be regarded as obsolete or irrelevant.[159]

**Wyoming**: "The right of citizens to bear arms in defense of themselves and of the state shall not be denied."[160]

Pl.0346

Once more, "bear arms" is something that citizens can do "in defence of themselves," and not only in defense of "the state."

# TWO EXCEPTIONS

We have examined forty-two states where the right to keep and bear arms as expressed in the state constitutions have been consistently interpreted as protecting an individual right.  In two states, however, the interpretation has shifted.

**Kansas**: The Kansas Bill of Rights was adopted in 1859, and guaranteed: "The people have the right to bear arms for their defense and security; but standing armies, in time of peace, are dangerous to liberty, and shall not be tolerated, and the military shall be in strict subordination to the civil power."[161]

The Kansas approach to interpreting the Second Amendment was created in dicta from a 1905 Kansas Supreme Court decision, *City of Salina v. Blaksley*, interpreting the state constitution. [162] The case arose out of enforcement of an ordinance against carrying concealed weapons.[163] The government, on appeal, simply urged that the ordinance was a reasonable regulation of the right to arms, but the Kansas Supreme Court went much further, and declared that the right to arms protected the state government, not the individual citizen,[164] thereby adopting a "collective rights" theory, meaning the state was not bound to respect it.

Except for the concurring opinion in the 1840 Arkansas case,[165] which was ignored by future Arkansas courts, there was no legal precedent for the Kansas court's theory.  All precedent had treated the Second Amendment and its state analogues as individual rights.[166] Thus, the Kansas Supreme Court, prefiguring the scholarship of Michael Bellesiles,[167] simply offered citations to precedents[168] which, when actually examined, were contrary to the court's theory. All

Pl.0347

of the precedents cited by the Kansas Supreme Court upheld particular gun controls, while treating the right to arms as an individual right.[169]

In 1979, Kansas's courts abandoned the 1905 interpretation. Kansas citizens -- regardless of whether they are in the Kansas National Guard -- may raise claims under the Kansas Bill of Rights guarantee.[170]

**Massachusetts:** According to the Massachusetts Constitution adopted in 1780, "The people have a right to keep and to bear arms for the common defence. And as, in time of peace, armies are dangerous to liberty, they ought not to be maintained without the consent of the legislature; and the military power shall always be held in an exact subordination to the civil authority, and be governed by it."[171]

In the nineteenth century, Massachusetts's courts interpreted this clause as guaranteeing an individual right to arms.[172] But in 1976, the Massachusetts high court ruled that the Massachusetts arms rights provision is merely an affirmation of the state government's militia powers.[173]

Today, Massachusetts is the only state where the state constitutional right to arms has been held not to extend to individuals who are not in a militia.

Textually, the Massachusetts Constitution offers strong language for the anti-individual interpretation; the right is only "for the common defence"[174] and the right is in the same sentence as restrictions on standing armies, whereas the Second Amendment contains no such language. Also, the 1976 Massachusetts court could rely on the 1905 Kansas case, since the Kansas Supreme Court did not abandon that case until 1979.

Pl.0348

Current interpretation of the right to arms in Massachusetts is the exception that proves the rule. Out of forty-four states with a right to arms, Massachusetts is the only one that does not protect individual rights, and that policy was not created until nearly 200 years after the state constitution was adopted, and was contrary to Massachusetts precedent.

# V. CONCLUSION

We have examined the text of the forty-four state constitutions which guarantee a right to arms. In forty-two of those states, we have found an unbroken interpretive mode: language identical to or similar to the federal Second Amendment that has been consistently interpreted as guaranteeing an individual right. This individual rights interpretation has prevailed even when the state constitution text denounces standing armies or mentions only "the common defense." Even then, the state arms guarantees have been held to protect individual rights. *A fortiori*, the federal Second Amendment -- which has no "standing army" language, and whose drafters specifically rejected the inclusion of a "for the common defence" clause -- also guarantees an individual right.

In contrast to the standard of the forty-two states, we did find two states with an exception. In 1976, Massachusetts rejected state precedent, and ruled that the state's arms right was not an individual one.[175] From 1905 to 1979, Kansas had a similar interpretation.[176]

Clever attorneys can sometimes torture constitutional language to mean almost anything. But from 1776 until the present, we have seen that the American people, through the language they have created and revised for their state constitutions, have continued to use arms rights language in a remarkably consistent way. For well over two centuries, language similar or identical to the Second Amendment has been used to guarantee the right of law-abiding individuals, not just militiamen, to personally own and carry firearms. It is simply perverse to suggest that words which from century to century and from state to state have had such a widely-

Pl.0349

shared meaning in state constitutions, should have an entirely contrary meaning when the same words appear in the federal constitution.

[177] State v. Mendoza, 920 P.2d 357, 363 n. 9 (Haw. 1996) (The court did not decide the question of what type of right the arms guarantee was, but noted that interpreting the arms right as both collective and individual, subject to state police power, would be consistent with the majority of other state constitutions); Morgan v. State, 943 P.2d 1208 (Alaska Ct. App. 1997) (holding right is not violated by prohibition on gun possession by citizens on probation).

[1] *In re* Brickey, 70 P. 609 (Idaho 1902); *see also* State v. Hart, 157 P.2d 72 (Idaho 1945); State v. Woodward, 74 P.2d 92 (Idaho 1937); Jennings v. State, 5 Tex. App. 298 (1878)

[179] ILL. CONST. art. I, § 22.

[180] *Id.*

[181] WIS. CONST. art. I, § 25.

---

Kopel Home Page | Kopel policy areas: Criminal Justice. Digital Economy. Environment. International. Media Analysis & First Amendment. Second Amendment. Terrorism. Waco | Kopel columns and short articles | Kopel books and journal articles | Shop for Great Books and Movies | Links

Independence Institute Home Page | Ind. Inst. Policy Centers | Contribute to Ind. Inst. | Ind. Inst. Events | II Publications | Contact Ind. Inst.

**Browse or shop at Dave Kopel's Great Books and Great Movies pages.**

Copyright© 2002
Please notify us regarding any problems.

---

[1] David Kopel received his B.A. with honors from Brown University, and his J.D., magna cum laude, from the University of Michigan Law School. Currently, he is the Research Director of the Independence Institute, a non-partisan, non-profit public policy research organization. He has also served as an Assistant Attorney General for the State of Colorado and as a Professor of Law at New York University School of Law. Kopel is Editor-in-Chief of the Journal on Firearms and Public Policy, and he is a contributing editor of Gun Week and the magazine Gun News Digest. In 1999, the Citizen's Committee for the Right to Keep and Bear Arms named Kopel the Gun Rights Defender of the Year.

Pl.0350

[2] *See, e.g.,* Harmelin v. Michigan, 501 U.S. 957, 966 (1991) (using state constitutions as aid in interpreting cruel and unusual punishment); Benton v. Maryland, 395 U.S. 784, 795-96 (1969) (using state constitutions to interpret guarantee against double jeopardy).

[3] Those states who have provided a right to arms guarantee are: Alabama, Alaska, Arizona, Arkansas, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Kansas, Kentucky, Louisiana, Maine, Massachusetts, Michigan, Mississippi, Missouri, Montana, Nebraska, North Carolina, North Dakota, Nevada, New Hampshire, New Mexico, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia,  Washington, West Virginia, Wisconsin and Wyoming.  The states that have not included an arms right provision in their state constitutions are: California, Iowa, Maryland, Minnesota, New Jersey and New York.  All past and present state constitution arms rights guarantees may be found at Eugene Volokh, *State Constitutional Right to Keep and Bear Arms*

*Provisions* (visited Feb. 20, 2002) <http://www.law.ucla.edu/faculty/volokh/beararms/statecon.htm>.

[4] For example, the rights of free exercise of religion and of freedom from religious discrimination are protected by only 34 state constitutions.  *See* JENNIFER FRIESEN, STATE CONSTITUTIONAL LAW: LITIGATING INDIVIDUAL RIGHTS, CLAIMS AND DEFENSES App. 4A-12 (1993).

[5] *See* Eugene Volokh, *State Constitutional Right to Keep and Bear Arms Provisions* (visited Feb. 20, 2002) <http://www.law.ucla.edu/faculty/volokh/beararms/statecon.htm>.

[6]    *See    U.S.    Constitution:    Amendments*    (visited    Feb.    21,    2002) <http://caselaw.lp.findlaw.com/data/constitution/amendments/html>.

[6] *See id.*

[8] PA. CONST. art. 1,  sec. 21.

[9] PA. CONST. of 1776, Declaration of Rights, cl. XIII.

[10] *See, e.g.,* David Yassky, *The Second Amendment: Structure, History and Constitutional Change,* 99 MICH. L. REV. 588, 589 (2000).

[11] PA. CONST. of 1776, Declaration of Rights, cl. XIII; PA. CONST. art. 1, § 21.

[12] *See, e.g.,* Ortiz v. Commonwealth, 681 A.2d 152 (Pa. 1996) (declaring that the individual right to possess firearms was a matter of statewide concern; therefore, the legislature's preemption of local "assault weapon" ban was proper);  Wright v. Commonwealth, 77 Pa. St. 470 (1875) (holding an act prohibiting carrying concealed weapons is consistent with the Pennsylvania Bill of Rights, saving the right of citizens to bear arms in defense of themselves and the state).

[13] Muscarello v. U.S., 524 U.S. 125, 150 (1998) (Ginsburg, J., dissenting).

[14] *Id.*

**Pl.0351**

---

[15] *See* Eugene Volokh, *State Constitutional Right to Keep and Bear Arms Provisions* (visited Feb. 20, 2002) <http://www.law.ucla.edu/faculty/volokh/beararms/statecon.htm>.

[16] VT. CONST. ch. I, art. 16.

[17] State v. Rosenthal, 55 A. 610 (Vt. 1903).

[18] *See* Eugene Volokh, *State Constitutional Right to Keep and Bear Arms Provisions* (visited Feb. 20, 2002) <http://www.law.ucla.edu/faculty/volokh/beararms/statecon.htm>.

[19] N.C. CONST. of 1776, Bill of Rights, § XVII.

[20] 1 ANNALS OF CONG. 460 (Joseph Gales ed., 1789).

[21] N.C. CONST. of 1776, Bill of Rights, § XVII.

[22] Garry Wills, *Why We Have No Right to Keep and Bear Arms,* N.Y. REV. BOOKS, Sept. 21, 1995, at 62.

[23] *See, e.g.,* Love v. Pepersack, 47 F.3d 120, 124 (4th Cir. 1995); Hickman v. Block, 81 F.3d 98, 101 (9th Cir. 1996); U.S. v. Wann, 530 F.2d 103,106 (6th Cir. 1976); Gillespie v. City of Indianapolis, 185 F.3d 693, 710 (7th Cir. 1999) (all concluding the Second Amendment protects a collective right of the people to bear arms).

[24] *See* State v. Kerner, 107 S.E. 222 (N.C. 1921) (upholding constitutional right to possess ordinary rifles, shotguns and handguns).

[25] N.C. CONST. of 1776, Bill of Rights, § XVII.

[26] State v. Huntley, 25 N.C. 418, 422 (1843). *See also* State v. Newsom, 27 N.C. (5 Ired.) 250, 251 (1844) (upholding gun licensing law for free people of color only because they, unlike citizens, were not parties to the social compact); State v. Kerner, 107 S.E. 222 (N.C. 1921)(upholding constitutional right to possess ordinary rifles, shotguns, and handguns).

[27] *See* Eugene Volokh, *State Constitutional Right to Keep and Bear Arms Provisions* (visited Feb. 20, 2002) <http://www.law.ucla.edu/faculty/volokh/beararms/statecon.htm>.

[28] N.C. CONST. of 1868, art. I, § 24.

[29] *See, e.g.*, State v. Kerner, 181 N.C. 574, 107 S.E. 222 (1921), *supra* note 24 (pistol carrying license and bond requirement is unconstitutional); State v. Dawson, 159 S.E.3d 1, 9 (N.C. 1968) (stating the right is both individual and collective and is not infringed by punishment of persons who bear arms so as to deliberately disturb the peace).

[30] In 1971, the North Carolina Constitution was reorganized, and the words "General Assembly" replaced "legislature" in the clause about controlling concealed weapons. Art. 1, § 30 (1971).

**PI.0352**

---

[31] *See, e.g.,* Kerner, 107 S.E. 222 (N.C. 1921); *see also* State v. Dawson, 159 S.E.2d 1, 9 (N.C. 1968); State v. Fennell, 382 S.E.2d 231, 233 (N.C. 1989).

[32] *See U.S. Constitution: Amendments* (visited Feb. 21, 2002) <http://caselaw.lp.findlaw.com/data/constitution/amendments.html>.

[33] KY. CONST. of 1792, art. XII, § 23.

[34] *Id.* (emphasis added).

[35] *See* Bliss v. Commonwealth, 12 Ky. (2 Litt.) 90, 92 (1822).

[36] KY. CONST. of 1850, art. XIII, § 25.

[37] KY. CONST. Bill of Rights sec. 1.

[38] *Order in Which States Joined the Union* (visited Feb. 20, 2002) <http://www.brittanica.com/eb/article?eu=121257&tocid=214534>.

[39] Both states made slight alterations in punctuation and capitalization to conform to modern usage.

[40] ALASKA CONST. of 1959, art. I, § 19; HAW. CONST. art. I, § 17.

[41] Yassky, *supra* note 10, at 609-610.

[42] U.S. CONST. art. VI, § 2.  This section provides:

> This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be mad, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

*Id.*

[43] ALASKA CONST. art. I, § 19. "The individual right to keep and bear arms shall not be denied or infringed by the State or a political subdivision of the State."  *Id.*

[44] A local government is the creature of a state government, therefore, it cannot perform an act which the state government cannot.

[45] ALASKA CONST. art I, § 19.

[46] The same as Alaska's 1959 language, without the 1994 Alaska addition.

[47] *See generally* ALASKA STAT. § 18.65.700-790 (Michie 2000), HAW. REV. STAT. § 134-51 (1993)

[48] *See* State v. Mendoza, 920 P.2d 357, 360 (Haw. 1996).

[49] S.C. CONST. art. 1, § 20. (The South Carolina language makes some minor punctuation changes to the Second Amendment and to the North Carolina constitution).

[50] ALA. CONST. art. I, § 26 ("defence" changed to "defense" in 1901).

[51] *Id.*

[52] *Id.*

[53] *See* Owen v. State, 31 Ala. 387 (1858) (recognizing that restriction on individual concealed carrying of weapons raises a constitutional issue, but finding restriction to be constitutional); State v. Reid, 1 Ala. 12 (1840) (declaring legislature has broad discretion in determining how arms may be borne; yet "A statute which, under the pretense of regulating, amounts to a destruction of the right, or which requires arms to be so borne as to render them wholly useless for the purpose of defence, would be clearly unconstitutional").

[54] *See Order in Which States Joined the Union* (visited Feb. 20, 2002) <http://www.brittanica.com/eb/article?eu=121257&tocid=214534>.

[55] WASH. CONST. art. I, § 24; ARIZ. CONST. art. II, § 26. (The Arizona version does not have commas around "or the state" and capitalizes "State"). For application, see City of Tucson v. Rineer, 971 P.2d 207 (Ariz. Ct. App. 1998) (holding city's restrictions on weapons in parks do not violate the right); City of Renton, 668 P.2d 596 (Wash. Ct. App. 1983) (upholding restriction on possession of arms in places where alcohol is served).

[56] *See generally* Presser v. Illinois, 116 U.S. 252 (1886).

[57] Presser v. Illinois, 116 U.S. 252, 264-66 (1886). For analysis of *Presser*, see David B. Kopel, Cynthia Leonardatos and Stephen P. Halbrook, *Miller versus Texas: Police Violence, Race Relations, Capital Punishment, and Gun-toting in Texas in the Nineteenth Century—and Today*, 9 J. L. & POL. 737 (2001); Stephen. Halbrook, *The Right of Workers to Assemble and to Bear Arms: Presser v. Illinois, One of the Last Holdouts Against Application of the Bill of Rights to the States*, 76 U. DET. MERCY L. REV. 943 (1999).

[58] ARK. CONST. art. II, § 5 (modifying 1836 version by extending the right to citizens, rather than only whites).

[59] State v. Buzzard, 4 Ark. 18, 27 (1842).

[60] *Id.* at 32 (Dickinson, J., concurring).

[61] Fife v. State, 31 Ark. 455, 460-461 (1876); *see also* Wilson v. State, 33 Ark. 557 (1878).

[62] *See generally id.*

Pl.0354

---

[63] 31 Ark. 455 (1876).

[64] *Id.* at 460-61; *see also* Wilson v. State, 33 Ark. 557, 34 Am. Rep. 52 (1878) (holding a statute making it a misdemeanor to carry a pistol except on a person's own property or when traveling was an unwarranted restriction on right to bear arms).

[65] 307 U.S. 174 (1939).

[66] *Id.* at 178.  For more on *Miller*, see David B. Kopel, *The Supreme Court's Thirty-five Other Second Amendment Cases*, 18 ST. LOUIS U. PUB. L. REV. 99 (1999).

[67] COLO. CONST. art. II, § 13.

[68] *Id.*

[69] *Id.*

[70] See, *e.g.,* Douglass v. Kelton, 610 P.2d 1067 (Colo. 1980) (noting that individual right does not include concealed carry); Hilberg v. F.W. Woolworth Co., 761 P.2d 236 (Colo. Ct. App. 1988) (ruling against civil liability for firearms retailer, noting "The right to bear arms is guaranteed by the Constitution of the United States and the Colorado Constitution, subject to the valid exercise of police power"); State ex rel. City of Princeton v. Buckner, 180 W.Va. 457, 377 S.E.2d 139 (1988); Barnett v. State, 72 Or. App. 585, 695 P.2d 991; Junction City v. Mevis, 226 Kan. 526, 601 P.2d 1145; City of Lakewood v. Pillow, 180 Colo. 20, 501 P.2d 744 (1972) (restrictions on firearms sale, possession, and carrying were too broad); City of Las Vegas v. Moberg, 82 N.M. 626, 485 P.2d 737 (Ct.App. 1971); People v. Nakamura, 99 Colo. 262, 62 P.2d 246 (1936) (prohibition of firearm possession by lawful aliens is unconstitutional).

[71] CONN. CONST. art. I, § 15.

[72] *See, e.g.,* State v. Wilchinski, 700 A.2d 1 (Conn. 1997) (adopting a narrow construction of home gun storage law, so as to avoid constitutional issue); Benjamin v. Bailey, 662 A.2d 1226 (Conn. 1995) (declaring state constitution guarantees right to possess arms for personal defense, but right is not violated by ban on assault weapons).

[73] DEL. CONST. art. I, § 20.

[73] *Id.*

[74]  FLA. CONST. art. I, § 8. Sections (b)-(d) were adopted in 1990.  These sections provide:

> (b) There shall be a mandatory period of three days, excluding weekends and legal holidays, between the purchase and delivery at retail of any handgun.  For the purposes of this section, "purchase" means the transfer of money or other valuable consideration to the retailer, and "handgun" means a firearm capable of being carried and used by one hand, such as a pistol or revolver.  Holders of a concealed weapon permit as prescribed in Florida law shall not be subject to
>  the provisions of this paragraph.
> (c) The legislature shall enact legislation implementing subsection (b) of this section,

Pl.0355

effective no later than December 31, 1991, which shall provide that anyone violating the provisions of subsection (b) shall be guilty of a felony.
(d) This restriction shall not apply to a trade in of another handgun. .

*Id.*

[75] FLA. CONST. of 1838, art. I, § 21.

[76] FLA. CONST. of 1868, art. I, § 22.

[77] FLA. CONST. of 1885, art. I, § 20.

[78] Decisions affirming the individual right, while upholding particular controls, include: Rinzler v. Carson, 262 So.2d 661 (Fla. 1972) (prohibiting machine guns); Nelson v. State, 195 So.2d 853 (Fla. 1967) (Banning possession of certain weapons by convicted felons); Davis v. State, 146 So.2d 892 (Fla. 1962) (requiring a license to carry certain weapons); Carlton v. State, 58 So. 480 (1912) (restricting concealed carry).

[79] GA. CONST. art. I, § 1, cl. VIII. *Cf.* Hill v. State, 53 Ga. 472 (1874) (interpreting 1868 state constitutional language as an individual right, but the legislature may ban the bearing of arms in courthouses).

[80] *See* Rhodes v. R.G. Industries, Inc. 325 S.E.2d 465 (Ga. Ct. App. 1984) (dismissing strict liability action against handgun manufacturers because the Second Amendment guarantees the right of people to keep and bear arms, as does the Georgia Constitution).

[81] Nunn v. State, 1 Ga. 243, 251 (1846)

[82] *Id.*; *see generally also* AKHIL AMAR, THE BILL OF RIGHTS: CREATION AND RECONSTRUCTION (1998)(explaining *Nunn* as part of a group of antebellum decisions applying the Bill of Rights to the states). Chief Justice Joseph Henry Lumpkin, author of the *Nunn* opinion, is recognized as one of the leading State Supreme Court judges of the nineteenth century. For more information on his career see Judge Lumpkin In Memoriam, 36 Ga. 19 (1867); 6 Dictionary of American Biography 502 (Dumas Malone ed. 1933); THE STORY OF GEORGIA 243 (Am. Historical Soc'y 1938).

[83] Except for the lone concurring opinion from State v. Buzzard, 4 Ark. 18 (1842).

[84] *See generally* David B. Kopel, *The Second Amendment in the Nineteenth Century*, 1998 B.Y.U. L. REV. 1359 (1998).

[85] IDAHO CONST. art. I, § 11.

[88] *See, e.g.,* Kalodimos v. Village of Morton Grove, 470 N.E.2d 266 (Ill. 1984) (relying on special circumstances of legislative history of the Illinois provision, the court held the individual right is not violated by handgun ban).

[89] IND. CONST. art. I, § 32.

Pl.0356

90 IND. CONST. of 1816, art. I, § 20.

91 *See generally* Garry Wills, *supra* note 22.

92 *See, e.g.*, Kellogg v. City of Gary, 562 N.E.2d 685 (Ind. 1990); Gaddis v. State, 680 N.E.2d 860 (Ind. Ct. App. 1997) (right includes the substantive right to carry a handgun with a license); Mcintyre v. State, 83 N.E. 1005 (Ind. 1908) (upholding restrictions on concealed weapons and emphasizing similarity of 1816 and 1851 arms rights); Schubert v. DeBard, 398 N.E.2d 1339 (Ind. Ct. App. 1980) (holding an applicant for license to carry a handgun for self-protection could not be denied for lack of a proper reason unless that person has been convicted of a felony or crime of violence).

93 *See* Eugene Volokh, *State Constitutional Right to Keep and Bear Arms Provisions* (visited Feb. 20, 2002) <http://www.law.ucla.edu/faculty/volokh/beararms/statecon.htm>.

94 LA. CONST. art. I, § 11.

95 Other states which have similar provisions include: Colorado, Idaho, Kentucky, Mississippi, Missouri, Montana, New Mexico, and North Carolina; *see also* Florida, Georgia, Tennessee and Texas Constitutions (power to regulate all types of arms carrying).

96 *E.g.*, State v. Hamlin, 497 So.2d 1369 (La. 1986) (restricting sawed-off shotguns does not violate the individual right).

97 *See generally* State v. Jumel, 13 La. Ann. 399 (1858); State v. Chandler, 5 La. Ann. 489 (1850); State v. Smith, 11 La. Ann. 633 (1856).

98 ME. CONST. of 1819, art. I, § 16.

99 Tate v. Freil, 508 A.2d 123 (Me. 1986).

100 ME. CONST. art. I, § 16.

101 MICH. CONST. art. I, § 6.

102 *See generally* David Yassky, *supra* note 10.

103 *See, e.g.*, People v. Zerillo, 189 N.W. 927 (Mich. 1922) (prohibition on unnaturalized, foreign-born residents possessing a firearm is unconstitutional); People v. Brown, 235 N.W. 245 (Mich. 1931) ("The protection of the constitution is not limited to militiamen nor military purposes, in terms, but extends to every person to bear arms for the defense of himself as well as of the state."); *see also* State v. Swint, 572 N.W.2d 666 (Mich. Ct. App. 1997).

104 MISS. CONST. art. III, § 12.

105 MO. CONST. art. I, § 23.

106 MO. CONST. of 1820, art. XIII, § 3.

107 *Id.*

108 92 U.S. 542 (1876).

Pl.0357

109 *Id.* at 555.

110 Art. II, § 12 (1889; readopted 1972).

110 *See* COLO. CONST. art. II, § 13.

111 NEB. CONST. art. I, § 1.

112 N.D. CONST. art. I, § 1.

113 *See, e.g.*, Kasprowicz v. Finck, 574 N.W.2d 564 (N.D. 1998); State v. Richhill, 415 N.W.2d 481 (N.D. 1987) (both holding that North Dakota's right is individual and subject to reasonable regulation); State v. LaChapelle, 449 N.W.2d 762 (Neb. 1990) (holding Nebraska's right as individual, but upholding restriction on short shotguns).

114 U.S. CONST. art. I, § 8, cl. 15 states in part: To provide for calling for the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions. *See also* Don B. Kates, *Second Amendment, in* ENCYCLOPEDIA OF THE AMERICAN CONSTITUTION 1639 (Leonard Levy ed., 1986); Joyce Malcolm, *The Right of the People to Keep and Bear Arms: The Common Law Tradition*, 10 HASTINGS CONST. L.Q. 285 (1983).

115 *See* Eugene Volokh, *State Constitutional Right to Keep and Bear Arms Provisions* (visited Feb. 20, 2002) <http://www.law.ucla.edu/faculty/volokh/beararms/statecon.htm>

116 NEV. CONST. art. I, § 11(1).

117 N.H. CONST. pt. 1, art. 2-a.

118 N.M. CONST. of 1912, art. II, § 6.

119 N.M. CONST. art. II, § 6

120 *Id.*

121 *Id.*

122 City of Las Vegas v. Moberg, 485 P.2d 737 (N.M. Ct. App. 1971) (declaring void a gun carrying ordinance making it unlawful for any person to carry a deadly weapon, concealed or otherwise, within the corporation limits of the municipality).

123 *See* Eugene Volokh, *State Constitutional Right to Keep and Bear Arms Provisions* (visited Feb. 20, 2002) <http://www.law.ucla.edu/faculty/volokh/beararms/statecon.htm>.

124 OHIO CONST. art. I, § 4.

125 OHIO CONST. of 1802, art. VIII, § 20.

126 *See* N.M. CONST. of 1912, art.II, § 6.

Pl.0358

127 *See, e.g.,* Arnold v. City of Cleveland, 616 N.E.2d 163 (Ohio 1993)(upholding "assault weapon" ban as reasonable regulation of the right to possess certain firearms for defense of self and property); In re Reilly, 31 Ohio Dec. 364 (C.P. 1919) (striking ordinance forbidding hiring armed guard to protect property); *see also* David B. Kopel, Clayton Cramer & Scott Hattrup, *A Tale of Three Cities: The Right to Bear Arms in State Courts*, 68 TEMPLE L. REV. 1177 (1995) (discussing jurisprudence in Colorado, Ohio, and Oregon).

128 OKLA. CONST. art. II, § 26.

129 OR. CONST. art. I, § 27.

130 Barnett v. State, 695 P.2d 991 (Or. Ct. App. 1985) (holding a prohibition on black jacks was unconstitutional); State v. Delgado, 298 Or. 395, 692 P.2d 610 (1984) (holding a prohibition on switchblade knives was unconstitutional); State v. Blocker, 291 Or. 255, 630 P.2d 824 (1981) (holding that possession of a billy club in public was protected by constitutional right to bear arms); State v. Kessler, 289 Or. 359, 614 P.2d 94 (1980) (possessing a billy club in own home is protected by right to bear arms provision of Oregon Constitution).

131 *See* Luther v. Borden, 48 U.S. 1, 4 (1849).

132 *See generally id.*

133 R.I. CONST. art. I, § 22.

134 S.D. CONST. art. VI, § 24.

135 TENN. CONST. of 1796, art. XI, § 26. (In 1836, "freemen" was changed to "free white citizens," thereby preventing the assertion of the right to arms by free blacks. The North Carolina Supreme Court was forced to confront this issue in 1843.) *See* State v. Huntley, 25 N.C. 418 (1843).

136 TENN. CONST. art. I, § 26.

137 Aymette v. State, 21 Tenn. (2 Hum.) 154, 157 (1840).

138 *See id.* at 158.

139 *Id.* at 160.

140 *See* Smith v. Ishenhour, 43 Tenn. (3 Cold.) 214 (1866).

141 50 Tenn. (3 Heisk.) 165 (1871).

142 *Id.* at 177.

143 *I.e.*, as someone who may be called upon to participate in the common defense.

144 50 Tenn. (3 Heisk.) at 178-79.

145 *Id.* at 162.

Pl.0359

146 *Id.* at 182 (emphasis in original).

147  For post-*Andrews* jurisprudence, *see*, *e.g.*, Glasscock v. City of Chattanooga, 157 Tenn. 518, 11 S.W.2d 678 (Tenn. 1928) (holding an ordinance unconstitutional that made carrying a pistol a misdemeanor on the basis it violated the citizens' right to keep and bear arms); State v. Foutch, 34 S.W.1, 6 (Tenn. 1896) (holding the prosecution of a man who shot a home invader was unconstitutional, the court said, "Under our constitution every citizen of the State has the right to keep and bear arms for his proper defense and the Legislature only has power by law to regulate the wearing of arms to prevent crime") himself."

148 TEX. CONST. art. I, § 23.  Earlier provisions of the right provided:  "Every citizen shall have the right to bear arms in defence of himself and the republic.  The military shall at all times and in all cases be subordinate to the civil power."  TEX. CONST. of 1836, Declaration of Rights, cl. 14.  "Every citizen shall have the right to keep and bear arms in lawful defence of himself or the State."  TEX. CONST. of 1845, art. I, § 13.  For an interpretation, see Cockrum v. State, 24 Tex. 394 (1859) (interpreting this provision as an individual right in a case upholding additional punishment for use of a knife in a homicide). "Every person shall have the right to keep and bear arms in the lawful defence of himself or the State, under such regulations as the legislature may prescribe."  TEX. CONST. of 1868, art. I, § 13. For an interpretation, see English v. State, 35 Tex. 473 (1872) (interpreting this provision as an individual right, but not as encompassing dirks and bowie knives).

149 5 Tex. App. 298 (1878).

150 UTAH CONST. of 1896, art. 1, § 6.

151  *See*  Eugene  Volokh,  *State  Constitutional  Right  to  Keep  and  Bear  Arms  Provisions*  (visited  Feb.  20,  2002) <http://www.law.ucla.edu/faculty/volokh/beararms/statecon.htm>.

152 UTAH CONST. art. I, § 6.

153 VA. CONST. of 1776.

154 *Id.* at art. I, § 13.

155 VA. CONST.  art. I, § 13.

156 W. VA. CONST. art. III, § 22.  For an application, *see* State ex rel. City of Princeton v. Buckner, 377 S.E.2d 139 (W.Va. 1988) (holding unconstitutional a law banning carrying a concealed weapon and making no provision for obtaining a permit).

157 *See 1998 Election Results* (visited Feb. 21, 2002) <http://www.legis.state.wi.us/leginfo/ref_cbc.pdf>.

158 *See* David Lamb, *Anti-Drug Mood in Oregon; Most Abortion Curbs Fail; Five States Pass Lotteries*, L.A. TIMES, Nov. 6, 1986 at pt.1,  p. 20.

159  *See generally* Michael C. Dorf, *What Does the Second Amendment Mean Today?*, 76 CHI.-KENT L. REV. 291, 338 (2000); David C. Williams, *Civic Republicanism and the Citizen Militia: Terrifying Second Amendment*, 101 YALE L.J. 551 (1991) (arguing that modern society does not share the founders' distrust of standing armies, thus what the Second Amendment accomplished in 1789 has now become irrelevant).

160 WYO. CONST. art. I, § 24.

161 KAN. CONST. of 1859, Bill of Rights, § 4.

162 City of Salina v. Blaksley, 83 P. 619 (Kan. 1905).

Pl.0360

163 *Id.*

164 *See generally id.*

165 State v. Buzzard, 4 Ark. 18 (1840).

166 Kopel, *supra* note 86, at 1510-12.

167 *See generally* Michael Bellesiles, *The Origins of Gun Culture in the United States*, 83 J. AM. HIST. 425 (1996).

167 One precedent cited was Bliss v. Commonwealth, 12 Ky. (2 Litt.) 90 (1822), discussed *infra* p. 5.

169 Kopel, *supra* note 86, at 1510-12.

170 Junction City v. Mevis, 601 P.2d 1145 (Kan. 1979).

171 MASS. CONST. pt. 1, art. 17.

172 Commonwealth v. Blanding, 20 Mass. (3 Pick.) 304, 313 (1825) (right to keep arms is an individual right); Commonwealth v. Murphy, 166 Mass. 171, 44 N.E. 138 (1896) (ordinary individual may invoke arms right, but right does not include mass armed parades in public).

173 Commonwealth v. Davis, 343 N.E.2d 847 (Mass. 1976).

174 This restriction was rejected in U.S. Senate debate on the proposed federal Second Amendment.  *See* 1 ANNALS OF CONG. 460 (Joseph Gales ed., 1789).

175 *See* Davis, 343 N.E.2d 847 (Mass. 1976).

176 *See* Salina v. Blaksley, 83 P. 619 (Kan. 1905).

Pl.0361

**Plaintiffs' Exhibit Q**

Pl.0362

# State Constitutional Rights to Keep and Bear Arms

## Eugene Volokh[*]

I.    Introduction .............................................................. 192
II.   Provisions by State, Current and Past ................... 193
III.  An Individual Right to Possess Firearms for Self-
      Defense? ........................................................................ 205
IV.   Provisions by Date ........................................................ 208

---

*  Gary T. Schwartz Professor of Law, UCLA (volokh@law.ucla.edu).

**Pl.0363**

VOLOKH - FORMAT12/22/2006 10:21:46 PM

192            *Texas Review of Law & Politics*            Vol. 11

## I. INTRODUCTION

Debates rage about the meaning of the Second Amendment; but observers often miss that there are forty-five right-to-bear-arms provisions in American constitutional law, not just one. Forty-four states have state constitutional rights to bear arms. Most are written quite differently from the Second Amendment. Nearly all secure (at least in part) an individual right to keep some kinds of guns for self-defense. Some date back to the Framing; some have been enacted in the last four decades.

Serious analyses of the original meaning of the Second Amendment should consider the Framing-era state provisions. Serious analyses of modern gun control proposals should consider the currently effective provisions. Serious analyses of American tradition as to the right to bear arms should consider all the provisions as they now are and as they have evolved over time.

Unfortunately, there are to my knowledge no print sources summarizing not just all the currently enacted rights but also all the past versions of these provisions. This article aims to fill that gap. Part II lists all the current and past provisions by state. Part III provides a table that indicates whether the provisions, as written or as interpreted by the state court, secure an individual right to keep some kinds of guns for self-defense, as opposed to merely a collective right or possibly an individual right aimed solely at some other purpose. Part IV lists all the current and past provisions by enactment date, and notes how each enactment differed from the preceding version.

Pl.0364

VOLOKH - FORMAT12/22/2006 10:21:46 PM

## II. PROVISIONS BY STATE, CURRENT AND PAST

Each provision is listed with the year it was first enacted; moves to different sections are not noted. If a provision first enacted in one year was changed very slightly some years later, the latter version is listed together with the original year, and the changes and change dates are noted in the footnotes.

*Alabama 1819:*  "That every citizen has a right to bear arms in defense of himself and the state."[1]

*Alaska 1994:*  "A well-regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed. The individual right to keep and bear arms shall not be denied or infringed by the State or a political subdivision of the State."[2]

*1959:*  "A well-regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed."[3]

*Arizona 1912:*  "The right of the individual citizen to bear arms in defense of himself or the State shall not be impaired, but nothing in this section shall be construed as authorizing individuals or corporations to organize, maintain, or employ an armed body of men."[4]

*Arkansas 1868:*  "The citizens of this State shall have the right to keep and bear arms, for their common defense."[5]

*1864:*  "That the free white men of this State shall have a right to keep and to bear arms for their common defence."[6]

*1861:*  "That the free white men and Indians of this State have the right to keep and bear arms for their individual or common defense."[7]

---

1. ALA. CONST. art. I, § 27 ("[t]hat added, and "defence" changed to "defense," in 1875).

2. ALASKA CONST. art. I, § 19.

3. *Id.*

4. ARIZ. CONST. art. II, § 26.

5. ARK. CONST. art. II, § 5 (comma after "arms" added, and "defence" changed to "defense," in 1874).

6. ARK. CONST. of 1864, art. II, § 21.

Pl.0365

Volokh - Format 12/22/2006 10:21:46 PM

*1836:* "That the free white men of this State shall have a right to keep and to bear arms for their common defence."[8]

*California:* No provision.

*Colorado 1876:* "The right of no person to keep and bear arms in defense of his home, person and property, or in aid of the civil power when thereto legally summoned, shall be called in question; but nothing herein contained shall be construed to justify the practice of carrying concealed weapons."[9]

*Connecticut 1818:* "Every citizen has a right to bear arms in defense of himself and the state."[10]

*Delaware 1987:* "A person has the right to keep and bear arms for the defense of self, family, home and State, and for hunting and recreational use."[11]

*Florida 1990:* "(a) The right of the people to keep and bear arms in defense of themselves and of the lawful authority of the state shall not be infringed, except that the manner of bearing arms may be regulated by law.

(b) There shall be a mandatory period of three days, excluding weekends and legal holidays, between the purchase and delivery at retail of any handgun. For the purposes of this section, 'purchase' means the transfer of money or other valuable consideration to the retailer, and 'handgun' means a firearm capable of being carried and used by one hand, such as a pistol or revolver. Holders of a concealed weapon permit as prescribed in Florida law shall not be subject to the provisions of this paragraph.

(c) The legislature shall enact legislation implementing subsection (b) of this section, effective no later than December 31, 1991, which shall provide that anyone violating the provisions of subsection (b) shall be guilty of a felony.

---

7. ARK. CONST. of 1861, art. I, § 21.
8. ARK. CONST. of 1836, art. II, § 21.
9. COLO. CONST. art. I, § 13.
10. CONN. CONST. art. I, § 15 ("defence" changed to "defense" in 1956).
11. DEL. CONST. art. I, § 20.

Pl.0366

VOLOKH - FORMAT 12/22/2006 10:21:46 PM

No. 1        *State Constitutional Rights to Keep and Bear Arms*        195

(d) This restriction shall not apply to a trade in of another handgun."[12]

*1968:* "The right of the people to keep and bear arms in defense of themselves and of the lawful authority of the state shall not be infringed, except that the manner of bearing arms may be regulated by law."[13]

*1885:* "The right of the people to bear arms in defence of themselves and the lawful authority of the State, shall not be infringed, but the Legislature may prescribe the manner in which they may be borne."[14]

*1868:* "The people shall have the right to bear arms in defence of themselves and of the lawful authority of the State."[15]

*1865:* Provision deleted.

*1838:* "That the free white men of this State shall have a right to keep and to bear arms for their common defence."[16]

**Georgia 1877:** "The right of the people to keep and bear arms shall not be infringed, but the General Assembly shall have power to prescribe the manner in which arms may be borne."[17]

*1868:* "A well-regulated militia being necessary to the security of a free people, the right of the people to keep and bear arms shall not be infringed; but the general assembly shall have power to prescribe by law the manner in which arms may be borne."[18]

*1865:* "A well-regulated militia, being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed."[19]

**Hawaii 1959:** "A well regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed."[20]

---

12. FLA. CONST. art. I § 8.
13. *Id.*
14. FLA. CONST. of 1885, art. I, § 20.
15. FLA. CONST. of 1868, art. I, § 22.
16. FLA. CONST. of 1838, art. I, § 21.
17. GA. CONST. art. I, § 1, para. VIII.
18. GA. CONST. of 1868, art. I, § 14.
19. GA. CONST. of 1865, art. I, § 4.
20. HAW. CONST. art. I, § 17.

Pl.0367

VOLOKH - FORMAT 12/22/2006 10:21:46 PM

196                 *Texas Review of Law & Politics*                 Vol. 11

*Idaho 1978:* "The people have the right to keep and bear arms, which right shall not be abridged; but this provision shall not prevent the passage of laws to govern the carrying of weapons concealed on the person nor prevent passage of legislation providing minimum sentences for crimes committed while in possession of a firearm, nor prevent the passage of legislation providing penalties for the possession of firearms by a convicted felon, nor prevent the passage of any legislation punishing the use of a firearm. No law shall impose licensure, registration or special taxation on the ownership or possession of firearms or ammunition. Nor shall any law permit the confiscation of firearms, except those actually used in the commission of a felony."[21]

*1889:* "The people have the right to bear arms for their security and defence; but the Legislature shall regulate the exercise of this right by law."[22]

*Illinois 1970:* "Subject only to the police power, the right of the individual citizen to keep and bear arms shall not be infringed."[23]

*Indiana 1851:* "The people shall have a right to bear arms, for the defense of themselves and the State."[24]

*1816:* "That the people have a right to bear arms for the defence of themselves, and the State; and that the military shall be kept in strict subordination to the civil power."[25]

*Iowa:* No provision.

*Kansas 1859:* "The people have the right to bear arms for their defense and security; but standing armies, in time of peace, are dangerous to liberty, and shall not be tolerated, and the military shall be in strict subordination to the civil power."[26]

---

21. IDAHO CONST. art. I, § 11.
22. IDAHO CONST. of 1889, art. I, § 11.
23. ILL. CONST. art. I, § 22.
24. IND. CONST. art. I, § 32.
25. IND. CONST. of 1816, art. I, § 20.
26. KAN. CONST. bill of rights, § 4.

Pl.0368

**Kentucky 1891:** "All men are, by nature, free and equal, and have certain inherent and inalienable rights, among which may be reckoned . . . [t]he right to bear arms in defense of themselves and of the State, subject to the power of the General Assembly to enact laws to prevent persons from carrying concealed weapons."[27]

*1850:* "That the rights of the citizens to bear arms in defence of themselves and the State shall not be questioned; but the general assembly may pass laws to prevent persons from carrying concealed arms."[28]

*1799:* "That the rights of the citizens to bear arms in defence of themselves and the State shall not be questioned."[29]

**Louisiana 1974:** "The right of each citizen to keep and bear arms shall not be abridged, but this provision shall not prevent the passage of laws to prohibit the carrying of weapons concealed on the person."[30]

*1879:* "A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be abridged. This shall not prevent the passage of laws to punish those who carry weapons concealed."[31]

**Maine 1987:** "Every citizen has a right to keep and bear arms and this right shall never be questioned."[32]

*1819:* "Every citizen has a right to keep and bear arms for the common defence; and this right shall never be questioned."[33]

**Maryland:** No provision.

**Massachusetts 1780:** "The people have a right to keep and to bear arms for the common defence. And as, in time of peace, armies are dangerous to liberty, they ought not to be maintained without the consent of the legislature; and the military power

---

27. KY. CONST. bill of rights § 1.

28. KY. CONST. of 1850, art. XIII, § 25.

29. KY. CONST. of 1792, art. XII, cl. 23 ("That" and the "s" in "rights" added in 1799).

30. LA. CONST. art. I, § 11.

31. LA. CONST. of 1879, art. 3.

32. ME. CONST. art. I, § 16 (enacted after Maine Supreme Court interpreted original provision as securing only collective right, State v. Friel, 508 A.2d 123, 125 (Me. 1986)).

33. ME. CONST. of 1819, art. I, § 16.

Pl.0369

VOLOKH - FORMAT 12/22/2006 10:21:46 PM

shall always be held in an exact subordination to the civil authority, and be governed by it."[34]

**Michigan 1963:** "Every person has a right to keep and bear arms for the defense of himself and the state."[35]

*1850:* "Every person has a right to bear arms for the defence of himself and the state."[36]

*1835:* "Every person has a right to bear arms for the defence of himself and the State."[37]

**Minnesota:** No provision.

**Mississippi 1890:** "The right of every citizen to keep and bear arms in defense of his home, person, or property, or in aid of the civil power when thereto legally summoned, shall not be called in question, but the Legislature may regulate or forbid carrying concealed weapons."[38]

*1868:* "All persons shall have a right to keep and bear arms for their defence."[39]

*1817:* "Every citizen has a right to bear arms in defence of himself and of the State."[40]

**Missouri 1945:** "That the right of every citizen to keep and bear arms in defense of his home, person and property, or when lawfully summoned in aid of the civil power, shall not be questioned; but this shall not justify the wearing of concealed weapons."[41]

*1875:* "That the right of no citizen to keep and bear arms in defence of his home, person and property, or in aid of the civil power, when thereto legally summoned, shall be called into question; but nothing herein contained is intended to justify the practice of wearing concealed weapons."[42]

---

34. MASS. CONST. pt. 1, art. 17.
35. MICH. CONST. art. I § 6.
36. MICH. CONST. of 1850, art. XVIII, § 7.
37. MICH. CONST. of 1835, art. I, § 13.
38. MISS. CONST. art. III, § 12.
39. MISS. CONST. of 1868, art. I, § 15.
40. MISS. CONST. of 1817, art. I, § 23 ("of" before "the State" added, and comma after "arms" deleted, in 1832).
41. MO. CONST. art. I, § 23.
42. MO. CONST. of 1875, art. II, § 17.

Pl.0370

Case 3:19-cv-01226-L-AHG   Document 136-2   Filed 03/15/24   PageID.16672   Page 379 of 424

*1865:* "That the people have the right peaceably to assemble for their common good, and to apply to those vested with the powers of government for redress of grievances, by petition or remonstrance; and that their right to bear arms in defence of themselves and of the lawful authority of the State cannot be questioned."[43]

*1820:* "That the people have the right peaceably to assemble for their common good, and to apply to those vested with the powers of government for redress of grievances by petition or remonstrance; and that their right to bear arms in defence of themselves and of the State cannot be questioned."[44]

*Montana 1889:* "The right of any person to keep or bear arms in defense of his own home, person, and property, or in aid of the civil power when thereto legally summoned, shall not be called in question, but nothing herein contained shall be held to permit the carrying of concealed weapons."[45]

*Nebraska 1988:* "All persons are by nature free and independent, and have certain inherent and inalienable rights; among these are life, liberty, the pursuit of happiness, and the right to keep and bear arms for security or defense of self, family, home, and others, and for lawful common defense, hunting, recreational use, and all other lawful purposes, and such rights shall not be denied or infringed by the state or any subdivision thereof."[46]

*Nevada 1982:* "Every citizen has the right to keep and bear arms for security and defense, for lawful hunting and recreational use and for other lawful purposes."[47]

*New Hampshire 1982:* "All persons have the right to keep and bear arms in defense of themselves, their families, their property and the state."[48]

---

43. MO. CONST. of 1865, art. I, § 8.
44. MO. CONST. of 1820, art. XIII, § 3.
45. MONT. CONST. art. II, § 12.
46. NEB. CONST. art. I, § 1 (right added to preexisting provision).
47. NEV. CONST. art. I, § 11(1).
48. N.H. CONST. pt. 1, art. 2-a.

Pl.0371

VOLOKH - FORMAT 12/22/2006 10:21:46 PM

200          *Texas Review of Law & Politics*          Vol. 11

**New Jersey:** No provision.

**New Mexico 1986:** "No law shall abridge the right of the citizen to keep and bear arms for security and defense, for lawful hunting and recreational use and for other lawful purposes, but nothing herein shall be held to permit the carrying of concealed weapons. No municipality or county shall regulate, in any way, an incident of the right to keep and bear arms."[49]

*1971:* "No law shall abridge the right of the citizen to keep and bear arms for security and defense, for lawful hunting and recreational use and for other lawful purposes, but nothing herein shall be held to permit the carrying of concealed weapons."[50]

*1912:* "The people have the right to bear arms for their security and defense, but nothing herein shall be held to permit the carrying of concealed weapons."[51]

**New York:** No provision.

**North Carolina** *1971:* "A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed; and, as standing armies in time of peace are dangerous to liberty, they shall not be maintained, and the military shall be kept under strict subordination to, and governed by, the civil power. Nothing herein shall justify the practice of carrying concealed weapons, or prevent the General Assembly from enacting penal statutes against that practice."[52]

*1876:* "A well-regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed; and as standing armies in time of peace are dangerous to liberty, they ought not to be kept up, and the military should be kept under strict subordination to and governed by the civil power. Nothing herein contained shall justify the practice of carrying concealed weapons, or prevent

---

49. N.M. CONST. art. II, § 6
50. *Id.*
51. N.M. CONST. of 1912, art. II, § 6.
52. N.C. CONST. art. I, § 30.

Pl.0372

VOLOKH - FORMAT 12/22/2006 10:21:46 PM

the legislature from enacting penal statutes against said practice."[53]

*1868:*  "A well-regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed; and as standing armies in time of peace are dangerous to liberty, they ought not to be kept up, and the military should be kept under strict subordination to and governed by the civil power."[54]

*1776:*  "That the people have a right to bear arms for the defence of the State; and as standing armies, in time of peace, are dangerous to liberty, they ought not to be kept up; and that the military should be kept under strict subordination to, and governed by the civil power."[55]

*North Dakota 1984:*  "All individuals are by nature equally free and independent and have certain inalienable rights, among which are those of enjoying and defending life and liberty; acquiring, possessing and protecting property and reputation; pursuing and obtaining safety and happiness; and to keep and bear arms for the defense of their person, family, property, and the state, and for lawful hunting, recreational, and other lawful purposes, which shall not be infringed."[56]

*Ohio 1851:*  "The people have the right to bear arms for their defense and security; but standing armies, in time of peace, are dangerous to liberty, and shall not be kept up; and the military shall be in strict subordination to the civil power."[57]

*1802:*  "That the people have a right to bear arms for the defence of themselves and the State; and as standing armies, in time of peace, are dangerous to liberty, they shall not be kept up, and that the military shall be kept under strict subordination to the civil power."[58]

*Oklahoma 1907:*  "The right of a citizen to keep and bear arms in defense of his home, person, or property, or in aid of the civil

---

53.  N.C. CONST. of 1876, art. I, § 24.
54.  N.C. CONST. of 1868, art. I, § 24.
55.  N.C. DECLARATION OF RIGHTS § XVII.
56.  N.D. CONST. art. I, § 1 (right to bear arms added to preexisting provision).
57.  OHIO CONST. art. I, § 4.
58.  OHIO CONST. of 1802, art. VIII, § 20.

Pl.0373

VOLOKH - FORMAT 12/22/2006 10:21:46 PM

power, when thereunto legally summoned, shall never be prohibited; but nothing herein contained shall prevent the Legislature from regulating the carrying of weapons."[59]

**Oregon 1857:** "The people shall have the right to bear arms for the defence of themselves, and the State, but the Military shall be kept in strict subordination to the civil power."[60]

**Pennsylvania 1790:** "The right of the citizens to bear arms in defence of themselves and the State shall not be questioned."[61]

*1776:* "That the people have a right to bear arms for the defence of themselves and the state; and as standing armies in the time of peace are dangerous to liberty, they ought not to be kept up; And that the military should be kept under strict subordination to, and governed by, the civil power."[62]

**Rhode Island 1842:** "The right of the people to keep and bear arms shall not be infringed."[63]

**South Carolina 1895:** "A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed. As, in times of peace, armies are dangerous to liberty, they shall not be maintained without the consent of the General Assembly. The military power of the State shall always be held in subordination to the civil authority and be governed by it."[64]

*1868:* "The people have a right to keep and bear arms for the common defence. As, in times of peace, armies are dangerous to liberty, they ought not to be maintained without the consent of the general assembly. The military power ought always to be held in an exact subordination to the civil authority, and be governed by it."[65]

---

59. OKLA. CONST. art. II, § 26.
60. OR. CONST. art. I, § 27.
61. PA. CONST. art. 1, § 21 ("the" before "citizens" added in 1838; commas after "arms" and "State" deleted in 1873).
62. PA. DECLARATION OF RIGHTS, cl. XIII.
63. R.I. CONST. art. I, § 22.
64. S.C. CONST. art. I, § 20.
65. S.C. CONST. of 1868, art. I, § 28.

Pl.0374

No. 1        *State Constitutional Rights to Keep and Bear Arms*        203

**South Dakota 1889:**  "The right of the citizens to bear arms in defense of themselves and the state shall not be denied."[66]

**Tennessee 1870:**  "That the citizens of this State have a right to keep and to bear arms for their common defense; but the Legislature shall have power, by law, to regulate the wearing of arms with a view to prevent crime."[67]
   *1834:* "That the free white men of this State have a right to keep and to bear arms for their common defence."[68]
   *1796:* "That the freemen of this State have a right to keep and to bear arms for their common defence."[69]

**Texas 1876:**  "Every citizen shall have the right to keep and bear arms in the lawful defense of himself or the State; but the Legislature shall have power, by law, to regulate the wearing of arms, with a view to prevent crime."[70]
   *1868:* "Every person shall have the right to keep and bear arms, in the lawful defence of himself or the State, under such regulations as the legislature may prescribe."[71]
   *1845:* "Every citizen shall have the right to keep and bear arms, in the lawful defence of himself or the State."[72]
   *1836:* "Every citizen shall have the right to bear arms in defence of himself and the republic. The military shall at all times and in all cases be subordinate to the civil power."[73]

**Utah 1984:**  "The individual right of the people to keep and bear arms for security and defense of self, family, others, property, or the state, as well as for other lawful purposes shall not be infringed; but nothing herein shall prevent the legislature from defining the lawful use of arms."[74]

---

66. S.D. CONST. art. VI, § 24.
67. TENN. CONST. art. I, § 26.
68. TENN. CONST. of 1834, art. I, § 26.
69. TENN. CONST. of 1796, art. XI, § 26.
70. TEX. CONST. art. I, § 23.
71. TEX. CONST. of 1868, art. I, § 13.
72. TEX. CONST. of 1845, art. I, § 13 (comma added after "arms" in 1866).
73. REPUB. TEX. CONST. of 1836, DECLARATION OF RIGHTS, cl. 14.
74. UTAH CONST. art. I, § 6.

Pl.0375

204          *Texas Review of Law & Politics*          Vol. 11

*1895:* "The people have the right to bear arms for their security and defense, but the legislature may regulate the exercise of this right by law."[75]

*Vermont 1777:* "That the people have a right to bear arms for the defence of themselves and the State—and as standing armies in time of peace are dangerous to liberty, they ought not to be kept up; and that the military should be kept under strict subordination to and governed by the civil power."[76]

*Virginia 1971:* "That a well regulated militia, composed of the body of the people, trained to arms, is the proper, natural, and safe defense of a free state, therefore, the right of the people to keep and bear arms shall not be infringed; that standing armies, in time of peace, should be avoided as dangerous to liberty; and that in all cases the military should be under strict subordination to, and governed by, the civil power."[77]

*Washington 1889:* "The right of the individual citizen to bear arms in defense of himself, or the state, shall not be impaired, but nothing in this section shall be construed as authorizing individuals or corporations to organize, maintain or employ an armed body of men."[78]

*West Virginia 1986:* "A person has the right to keep and bear arms for the defense of self, family, home and state, and for lawful hunting and recreational use."[79]

*Wisconsin 1998:* "The people have the right to keep and bear arms for security, defense, hunting, recreation or any other lawful purpose."[80]

*Wyoming 1889:* "The right of citizens to bear arms in defense of themselves and of the state shall not be denied."[81]

---

75. UTAH CONST. of 1895, art. I, § 6.
76. VT. CONST. ch. I, art. 16.
77. VA. CONST. art. I, § 13 (right added to preexisting 1776 provision).
78. WASH. CONST. art. I, § 24.
79. W. VA. CONST. art. III, § 22.
80. WIS. CONST. art. I, § 25.
81. WYO. CONST. art. I, § 24.

Pl.0376

### III. AN INDIVIDUAL RIGHT TO POSSESS FIREARMS FOR SELF-DEFENSE?

The table below characterizes each state's right-to-bear-arms provision, notes when the version that deserves this characterization was first enacted, and cites cases that support the characterization. Here are the codes used in the second column:

**9:** An individual self-defense right is expressly secured, though keeping and bearing arms for other purposes may also be protected (22 states). No case is cited because the language is clear. Example: Alabama, "That every citizen has a right to bear arms in defense of himself and the state."

**8:** An individual right is expressly secured, and court decisions treat the right as aimed at least in part at self-defense (3 states). Example: Maine, "Every citizen has a right to keep and bear arms and this right shall never be questioned."

**7:** Court decisions treat the right as individual and aimed at least in part at self-defense (14 states). Example: Florida, "The right of the people to keep and bear arms in defense of themselves and of the lawful authority of the state shall not be infringed, except that the manner of bearing arms may be regulated by law"; Florida cases make clear that "the right of the people to keep and bear arms in defense of themselves" means that each person has the right to keep and bear arms in defense of himself.

**6:** An individual right is expressly secured, and the provision was enacted at a time (1994) when the supporters of an individual right treated the right as aimed at least in part at self-defense (1 state, Alaska, "The individual right to keep and bear arms shall not be denied or infringed by the State or a political subdivision of the State").

**5:** The right is not expressly characterized as individual, and courts have not passed on the question (2 states, Hawaii, Virginia).

**1:** Courts have treated the right as collective (2 states, Kansas, Massachusetts).

**0:** No state constitutional right-to-bear-arms provision (6 states, California, Iowa, Maryland, Minnesota, New Jersey, New York).

Pl.0377

VOLOKH - FORMAT 12/22/2006 10:21:46 PM

206        *Texas Review of Law & Politics*        Vol. 11

## TABLE 1

| | | | |
|---|---|---|---|
| Ala. | 9 | 1819 | |
| Alaska | 6 | 1994 | |
| Ariz. | 9 | 1912 | |
| Ark. | 7 | 1836 | Wilson v. State, 33 Ark. 557 (1878) |
| Cal. | 0 | | |
| Colo. | 9 | 1876 | |
| Conn. | 9 | 1818 | |
| Del. | 9 | 1987 | |
| Fla. | 7 | 1868 | Alexander v. State, 450 So.2d 1212 (Fla. Dist. Ct. App. 1984) |
| Ga. | 7 | 1877 | McCoy v. State, 157 Ga. 767 (1924) |
| Haw. | 5 | 1959 | |
| Idaho | 7 | 1902 | *In re* Brickey, 70 P. 609 (Idaho 1902) |
| Ill. | 8 | 1970 | Kalodimos v. Village of Morton Grove, 470 N.E.2d 266, 273 (Ill. 1984) |
| Ind. | 7 | 1816 | Kellogg v. City of Gary, 562 N.E.2d 685, 694 (Ind. 1990) |
| Iowa | 0 | | |
| Kan. | 1 | 1859 | City of Salina v. Blaksley, 83 P. 619 (Kan. 1905), *adhered to by* City of Junction City v. Lee, 532 P.2d 1292 (Kan. 1975). *But see* City of Junction City v. Mevis, 601 P.2d 1145, 1151 (Kan. 1979) (striking down a gun control law, challenged by an individual citizen, on the grounds that the law was "unconstitutionally overbroad," and thus implicitly concluding that the right to bear arms did indeed belong to individual citizens) |
| Ky. | 9 | 1792 | |
| La. | 8 | 1984 | State v. Chaisson, 457 So.2d 1257, 1259 (La. App. 1984) |
| Me. | 8 | 1987 | State v. Brown, 571 A.2d 816 (Me. 1990) |
| Md. | 0 | | |
| Mass. | 1 | 1780 | Commonwealth v. Davis, 343 N.E.2d 847 (Mass. 1976) |
| Mich. | 9 | 1835 | |
| Minn. | 0 | | |
| Miss. | 9 | 1817 | |
| Mo. | 9 | 1875 | |
| Mont. | 9 | 1889 | |
| Neb. | 9 | 1988 | |

Pl.0378

VOLOKH - FORMAT12/22/2006 10:21:46 PM

No. 1     *State Constitutional Rights to Keep and Bear Arms*          207

| | | | |
|---|---|---|---|
| Nev. | 9 | 1982 | |
| N.H. | 9 | 1982 | |
| N.J. | 0 | | |
| N.M. | 9 | 1971 | |
| N.Y. | 0 | | |
| N.C. | 7 | 1868 | State v. Kerner. 107 S.E. 222, 225 (N.C. 1921) |
| N.D. | 9 | 1984 | |
| Ohio | 7 | 1802 | Arnold v. City of Cleveland, 616 N.E.2d 163, 169 (Ohio 1993) |
| Okla. | 9 | 1907 | |
| Or. | 7 | 1857 | State v. Hirsch, 114 P.3d 1104, 1110 (Ore. 2005) |
| Pa. | 7 | 1776 | Sayres v. Commonwealth, 88 Pa. 291 (1879) |
| R.I. | 7 | 1842 | Mosby v. Devine, 851 A.2d 1031, 1043 (R.I. 2004) |
| S.C. | 7 | 1881 | State v. Johnson, 16 S.C. 187 (1881) |
| S.D. | 7 | 1889 | Conaty v. Solem, 422 N.W.2d 102, 104 (S.D. 1988) |
| Tenn. | 7 | 1796 | State v. Foutch, 34 S.W. 1, 1 (Tenn. 1896) |
| Tex. | 9 | 1836 | |
| Utah | 9 | 1984 | |
| Vt. | 7 | 1777 | State v. Rosenthal, 55 A. 610 (Vt. 1903) |
| Va. | 5 | 1971 | *Compare* 1993 Va. Op. Atty. Gen. 13 (construing the right as collective) *with* 2006 WL 304006 (Va. Op. Atty. Gen.) (construing the right as individual) |
| Wash. | 9 | 1889 | |
| W. Va. | 9 | 1986 | |
| Wis. | 9 | 1998 | |
| Wyo. | 9 | 1889 | State v. McAdams, 714 P.2d 1236, 1238 (Wyo. 1986) |

Pl.0379

VOLOKH - FORMAT12/22/2006 10:21:46 PM

## IV. PROVISIONS BY DATE

New right-to-bear-arms provisions, and new portions of those provisions, are set in italics. Deletions are set in strikeout. Material that is the same as in a preceding version, or that isn't directly focused on the right to bear arms, is set in plain text. Changes of "defence" to "defense" marked as "defen*se*," with no separate strikeout of the "c." Some otherwise hard-to-see changes are also underlined.

*1776 **North Carolina:** That the people have a right to bear arms, for the defence of the State*, and as standing armies, in time of peace, are dangerous to liberty, they ought not to be kept up; and that the military should be kept under strict subordination to, and governed by the civil power.

*1776 **Pennsylvania:** That the people have a right to bear arms for the defence of themselves and the state*, and as standing armies in the time of peace are dangerous to liberty, they ought not to be kept up; And that the military should be kept under strict subordination to, and governed by, the civil power.

*1777 **Vermont:** That the people have a right to bear arms for the defence of themselves and the State*—and as standing armies in time of peace are dangerous to liberty, they ought not to be kept up; and that the military should be kept under strict subordination to and governed by the civil power.

*1780 **Massachusetts:** The people have a right to keep and to bear arms for the common defence.* And as, in time of peace, armies are dangerous to liberty, they ought not to be maintained without the consent of the legislature; and the military power shall always be held in an exact subordination to the civil authority, and be governed by it.

*1790 **Pennsylvania:*** ~~That the people have a right to bear arms for the defence of themselves and the state; and as standing armies in the time of peace are dangerous to liberty, they ought not to be kept up; And that the military should be kept under strict subordination, to, and governed by, the civil power.~~ *The right of the citizens to bear arms in defence of themselves and the State shall not be questioned.*

*1792 **Kentucky:** The right of the citizens to bear arms in defence of themselves and the State shall not be questioned.*

**Pl.0380**

No. 1     *State Constitutional Rights to Keep and Bear Arms*     209

**1796 Tennessee:** *That the freemen of this State have a right to keep and to bear arms for their common defence.*

**1799 Kentucky:** *That* the rights of the citizens to bear arms in defence of themselves and the State shall not be questioned.

**1802 Ohio:** *That the people have a right to bear arms for the defence of themselves and the State;* and as standing armies, in time of peace, are dangerous to liberty, they shall not be kept up, and that the military shall be kept under strict subordination to the civil power.

**1816 Indiana:** *That the people have a right to bear arms for the defense of themselves, and the State;* and that the military shall be kept in strict subordination to the civil power.

**1817 Mississippi:** *Every citizen has a right to bear arms, in defence of himself and the State.*

**1818 Connecticut:** *Every citizen has a right to bear arms in defence of himself and the state.*

**1819 Alabama:** *That every citizen has a right to bear arms in defence of himself and the state.*

**1819 Maine:** *Every citizen has a right to keep and bear arms for the common defence; and this right shall never be questioned.*

**1820 Missouri:** That the people have the right peaceably to assemble for their common good, and to apply to those vested with the powers of government for redress of grievances by petition or remonstrance; and *that their right to bear arms in defence of themselves and of the State cannot be questioned.*

**1832 Mississippi:** Every citizen has a right to bear arms; in defence of himself and *of* the State.

**1834 Tennessee:** That the *free white men* ~~freemen~~ of this State have a right to keep and to bear arms for their common defence.

**1835 Michigan:** *Every person has a right to bear arms for the defence of himself and the State.*

**1836 Arkansas:** *That the free white men of this State shall have a right to keep and to bear arms for their common defence.*

**1836 Texas:** *Every citizen shall have the right to bear arms in defence of himself and the republic.* The military shall at all times and in all cases be subordinate to the civil power.

**1838 Florida:** *That the free white men of this State shall have a right to keep and to bear arms for their common defence.*

Pl.0381

VOLOKH - FORMAT 12/22/2006 10:21:46 PM

210                    *Texas Review of Law & Politics*                    Vol. 11

*1842 Rhode Island:*  *The right of the people to keep and bear arms shall not be infringed.*

*1845 Texas:*  ~~The military shall at all times and in all cases be subordinate to the civil power.~~ Every citizen shall have the right to keep and bear arms in *lawful* defence of himself *or the State* ~~and the republic~~.

*1850 Kentucky:*  That the rights of the citizens to bear arms in defence of themselves and the State shall not be questioned*; but the general assembly may pass laws to prevent persons from carrying concealed arms.*

*1850 Michigan:*  Every person has a right to bear arms for the defence of himself and the ~~S~~state.

*1851 Indiana:*  The people shall have a right to bear arms, for the defense of themselves and the State~~, and that the military shall be kept in strict subordination to the civil power~~.

*1851 Ohio:*  ~~That t~~*T*he people have the right to bear arms for *their defense and security* ~~the defence of themselves and the State~~; *but* ~~and as~~ standing armies, in time of peace, are dangerous to liberty, *and* ~~they~~ shall not be kept up~~,~~*;* and ~~that~~ the military shall be *in* ~~kept under~~ strict subordination to the civil power.

*1857 Oregon:*  *The people shall have the right to bear arms for the defence of themselves, and the State,* but the Military shall be kept in strict subordination to the civil power.

*1859 Kansas:*  *The people have the right to bear arms for their defense and security; but standing armies, in time of peace, are dangerous to liberty, and shall not be tolerated, and the military shall be in strict subordination to the civil power.*

*1861 Arkansas:*  That the free white men *and Indians* of this State ~~shall~~ have the right to keep and ~~to~~ bear arms for their *individual or* common defen*s*e.

*1864 Arkansas:*  That the free white men ~~and Indians~~ of this State *shall* have the right to keep and *to* bear arms for their ~~individual or~~ common defen*c*e.

*1865 Florida:*  ~~That the free white men of this State shall have a right to keep and to bear arms for their common defence.~~ [Provision deleted.]

*1865 Georgia:*  *A well-regulated militia, being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed.*

Pl.0382

**1865 Missouri:** That the people have the right peaceably to assemble for their common good, and to apply to those vested with the powers of government for redress of grievances by petition or remonstrance; and that their right to bear arms in defence of themselves and of *the lawful authority of* the State cannot be questioned.

**1868 Arkansas:** ~~That the free white men of this State shall have a~~ *The citizens of this State shall have the* right to keep and ~~to~~ bear arms for their common defense.

**1868 Florida:** *The people shall have the right to bear arms in defence of themselves and of the lawful authority of the State.*

**1868 Georgia:** A well-regulated militia~~,~~ being necessary to the security of a free ~~State~~ *people*, the right of the people to keep and bear arms shall not be infringed*; but the general assembly shall have power to prescribe by law the manner in which arms may be borne.*

**1868 Mississippi:** ~~Every citizen has a right to bear arms in defence of himself and of the State~~ *All persons shall have a right to keep and bear arms for their defence.*

**1868 North Carolina:** ~~That the people have a right to bear arms, for the defence of the State~~ *A well-regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed*; and*,* as standing armies*,* in time of peace, are dangerous to liberty, they ought not to be kept up*;*, and the military should be kept under strict subordination to*,* and governed by the civil power.

**1868 South Carolina:** *The people have a right to keep and bear arms for the common defence.* As, in times of peace, armies are dangerous to liberty, they shall not be maintained without the consent of the General Assembly. The military power of the State shall always be held in subordination to the civil authority and be governed by it.

**1868 Texas:** Every *person* ~~citizen~~ shall have the right to keep and bear arms in the lawful defence of himself or the State*, under such regulations as the legislature may prescribe.*

**1870 Tennessee:** That the *citizens* ~~free white men~~ of this State have a right to keep and to bear arms for their common defen*se; but the Legislature shall have power, by law, to regulate the wearing of arms with a view to prevent crime.*

**1874 Arkansas:** The citizens of this State shall have the right to keep and to bear arms*,* for their common defen*se*.

Pl.0383

VOLOKH - FORMAT 12/22/2006 10:21:46 PM

212          *Texas Review of Law & Politics*          Vol. 11

*1875* **Alabama:**  That every citizen has a right to bear arms in defense of himself and the state.

*1875* *Missouri:*  ~~That the people have the right peaceably to assemble for their common good, and to apply to those vested with the powers of government for redress of grievances by petition or remonstrance; and that their right to bear arms in defence of themselves and of the lawful authority of the State cannot be questioned~~ *That the right of no citizen to keep and bear arms in defence of his home, person and property, or in aid of the civil power, when thereto legally summoned, shall be called into question; but nothing herein contained is intended to justify the practice of wearing concealed weapons.*

*1876* *Colorado:*  *The right of no person to keep and bear arms in defense of his home, person and property, or in aid of the civil power when thereto legally summoned, shall be called in question; but nothing herein contained shall be construed to justify the practice of carrying concealed weapons.*

*1876* *North Carolina:*  A well-regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed; and as standing armies in time of peace are dangerous to liberty, they ought not to be kept up, and the military should be kept under strict subordination to and governed by the civil power. *Nothing herein contained shall justify the practice of carrying concealed weapons, or prevent the legislature from enacting penal statutes against said practice.*

*1876* *Texas:*  Every *citizen* ~~person~~ shall have the right to keep and bear arms in the lawful defense of himself or the State*; but the Legislature shall have power, by law, to regulate the wearing of arms, with a view to prevent crime*, ~~under such regulations as the legislature may prescribe.~~

*1877* *Georgia:*  ~~A well-regulated militia being necessary to the security of a free people, t~~*T*he right of the people to keep and bear arms shall not be infringed~~;~~, but the ~~g~~*G*eneral ~~a~~*A*ssembly shall have power to prescribe the manner in which arms may be borne.

*1879* *Louisiana:*  *A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be abridged. This shall not prevent the passage of laws to punish those who carry weapons concealed.*

*1885* *Florida:*  ~~The people shall have the~~ *The* right *of the people* to bear arms in defence of themselves and of the lawful

Pl.0384

VOLOKH - FORMAT12/22/2006 10:21:46 PM

authority of the State, *shall not be infringed, but the Legislature may prescribe the manner in which they may be borne.*

**1889 Idaho:** *The people have the right to bear arms for their security and defense; but the Legislature shall regulate the exercise of this right by law.*

**1889 Montana:** *The right of any person to keep or bear arms in defense of his own home, person, and property, or in aid of the civil power when thereto legally summoned, shall not be called in question, but nothing herein contained shall be held to permit the carrying of concealed weapons.*

**1889 South Dakota:** *The right of the citizens to bear arms in defense of themselves and the state shall not be denied.*

**1889 Washington:** *The right of the individual citizen to bear arms in defense of himself, or the state, shall not be impaired, but nothing in this section shall be construed as authorizing individuals or corporations to organize, maintain or employ an armed body of men.*

**1889 Wyoming:** *The right of citizens to bear arms in defense of themselves and of the state shall not be denied.*

**1890 Mississippi:** *The right of every citizen to keep and bear arms in defense of his home, person, or property, or in aid of the civil power when thereto legally summoned, shall not be called in question, but the legislature may regulate or forbid carrying concealed weapons* ~~All persons shall have a right to keep and bear arms for their defence~~.

**1891 Kentucky:** All men are, by nature, free and equal, and have certain inherent and inalienable rights, among which may be reckoned: . . . Seventh: ~~That the rights of the citizens~~ *The right* to bear arms in defen~~s~~*e* of themselves and *of* the State ~~shall not be questioned; but~~, *subject to the power of* the General Assembly ~~may pass~~ *to enact* laws to prevent persons from carrying concealed weapons.

**1895 South Carolina:** *A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed.* ~~The people have a right to keep and bear arms for the common defence.~~ As, in times of peace, armies are dangerous to liberty, they shall not be maintained without the consent of the General Assembly. The military power of the State shall always be held in subordination to the civil authority and be governed by it.

**Pl.0385**

VOLOKH - FORMAT 12/22/2006 10:21:46 PM

214          *Texas Review of Law & Politics*          Vol. 11

*1895 Utah:  The people have the right to bear arms for their security and defense, but the legislature may regulate the exercise of this right by law.*

*1907 Oklahoma:  The right of a citizen to keep and bear arms in defense of his home, person, or property, or in aid of the civil power, when thereunto legally summoned, shall never be prohibited; but nothing herein contained shall prevent the Legislature from regulating the carrying of weapons.*

*1912 Arizona:  The right of the individual citizen to bear arms in defense of himself or the State shall not be impaired, but nothing in this section shall be construed as authorizing individuals or corporations to organize, maintain, or employ an armed body of men.*

*1912 New Mexico:  The people have the right to bear arms for their security and defense, but nothing herein shall be held to permit the carrying of concealed weapons.*

*1945 Missouri:*  That the right of ~~no~~ *every* citizen to keep and bear arms in defense of his home, person and property, or *when lawfully summoned* in aid of the civil power, ~~when thereto legally summoned,~~ shall *not be questioned* ~~be called into question~~; but *this shall not justify the* ~~nothing herein contained is intended to justify the practice of~~ wearing *of* concealed weapons.

*1959 Alaska:  A well-regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed.*

*1959 Hawaii:  A well regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed.*

*1963 Michigan:*  Every person has a right to *keep and* bear arms for the defense of himself and the state.

*1968 Florida:*  The right of the people to *keep and* bear arms in defense of themselves and of the lawful authority of the ~~S~~state shall not be infringed, ~~but the Legislature may prescribe the manner in which they may be borne~~ *except that the manner of bearing arms may be regulated by law.*

*1970 Illinois:  Subject only to the police power, the right of the individual citizen to keep and bear arms shall not be infringed.*

*1971 New Mexico:*  ~~The people have the right to bear arms for their security and defense~~ *No law shall abridge the right of the citizen to keep and bear arms for security and defense, for lawful hunting and*

Pl.0386

No. 1     *State Constitutional Rights to Keep and Bear Arms*     215

*recreational use and for other lawful purposes,* but nothing herein shall be held to permit the carrying of concealed weapons.

**1971 North Carolina:**  A well-regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed; and, as standing armies in time of peace are dangerous to liberty, they *shall not be maintained* ~~ought not to be kept up~~, and the military *shall* ~~should~~ be kept under strict subordination to, and governed by, the civil power. Nothing herein shall justify the practice of carrying concealed weapons, or prevent the ~~legislature~~ General Assembly from enacting penal statutes against that practice.

**1971 Virginia:**  That a well regulated militia, composed of the body of the people, trained to arms, is the proper, natural, and safe defense of a free state, *therefore, the right of the people to keep and bear arms shall not be infringed*; that standing armies, in time of peace, should be avoided as dangerous to liberty; and that in all cases the military should be under strict subordination to, and governed by, the civil power.

**1974 Louisiana:**  ~~A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be abridged. This shall not prevent the passage of laws to punish those who carry weapons concealed.~~ *The right of each citizen to keep and bear arms shall not be abridged, but this provision shall not prevent the passage of laws to prohibit the carrying of weapons concealed on the person.*

**1978 Idaho:**  The people have the right to ~~bear arms for their security and defense; but the Legislature shall regulate the exercise of this right by law~~ *keep and bear arms, which right shall not be abridged; but this provision shall not prevent the passage of laws to govern the carrying of weapons concealed on the person nor prevent passage of legislation providing minimum sentences for crimes committed while in possession of a firearm, nor prevent the passage of legislation providing penalties for the possession of firearms by a convicted felon, nor prevent the passage of any legislation punishing the use of a firearm. No law shall impose licensure, registration or special taxation on the ownership or possession of firearms or ammunition. Nor shall any law permit the confiscation of firearms, except those actually used in the commission of a felony.*

**1982 Nevada:**  *Every citizen has the right to keep and bear arms for security and defense, for lawful hunting and recreational use and for other lawful purposes.*

Pl.0387

Case 3:19-cv-01226-L-AHG   Document 136-2   Filed 03/15/24   PageID.16689   Page 396 of 424

VOLOKH - FORMAT12/22/2006 10:21:46 PM

*1982 New Hampshire:* *All persons have the right to keep and bear arms in defense of themselves, their families, their property and the state.*

*1984 North Dakota:* All individuals are by nature equally free and independent and have certain inalienable rights, among which are those of enjoying and defending life and liberty; acquiring, possessing and protecting property and reputation; pursuing and obtaining safety and happiness; *and to keep and bear arms for the defense of their person, family, property, and the state, and for lawful hunting, recreational, and other lawful purposes,* which shall not be infringed.

*1984 Utah:* *The individual right of the people to keep and bear arms for security and defense of self, family, others, property, or the state, as well as for other lawful purposes shall not be infringed; but nothing herein shall prevent the legislature from defining the lawful use of arms.* ~~The people have the right to bear arms for their security and defense, but the legislature may regulate the exercise of this right by law.~~

*1986 New Mexico:* No law shall abridge the right of the citizen to keep and bear arms for security and defense, for lawful hunting and recreational use and for other lawful purposes, but nothing herein shall be held to permit the carrying of concealed weapons. *No municipality or county shall regulate, in any way, an incident of the right to keep and bear arms.*

*1986 West Virginia:* *A person has the right to keep and bear arms for the defense of self, family, home and state, and for lawful hunting and recreational use.*

*1987 Delaware:* *A person has the right to keep and bear arms for the defense of self, family, home and State, and for hunting and recreational use.*

*1987 Maine:* Every citizen has a right to keep and bear arms ~~for the common defence;~~ and this right shall never be questioned.

*1988 Nebraska:* All persons are by nature free and independent, and have certain inherent and inalienable rights; among these are life, liberty, the pursuit of happiness, and *the right to keep and bear arms for security or defense of self, family, home, and others, and for lawful common defense, hunting, recreational use, and all other lawful purposes,* and such rights shall not be denied or infringed by the state or any subdivision thereof.

*1990 Florida:* *(a)* The right of the people to keep and bear arms in defense of themselves and of the lawful authority of the

Pl.0388

No. 1      *State Constitutional Rights to Keep and Bear Arms*      217

state shall not be infringed, except that the manner of bearing arms may be regulated by law.

*(b) There shall be a mandatory period of three days, excluding weekends and legal holidays, between the purchase and delivery at retail of any handgun. For the purposes of this section, "purchase" means the transfer of money or other valuable consideration to the retailer, and "handgun" means a firearm capable of being carried and used by one hand, such as a pistol or revolver. Holders of a concealed weapon permit as prescribed in Florida law shall not be subject to the provisions of this paragraph.*

*(c) The legislature shall enact legislation implementing subsection (b) of this section, effective no later than December 31, 1991, which shall provide that anyone violating the provisions of subsection (b) shall be guilty of a felony.*

*(d) This restriction shall not apply to a trade in of another handgun.*

**1994 Alaska:**  A well-regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed. *The individual right to keep and bear arms shall not be denied or infringed by the State or a political subdivision of the State.*

**1998 Wisconsin:**  *The people have the right to keep and bear arms for security, defense, hunting, recreation or any other lawful purpose.*

Pl.0389

**Plaintiffs' Exhibit R**

Pl.0390

# Journal on Firearms and Public Policy

## VOLUME 16

The Journal on Firearms and Public Policy is the official publication of the Center for the Study of Firearms and Public Policy of the Second Amendment Foundation.

Editor

Publisher

David B. Kopel, J.D.
Independence Institute

Julianne Versnel Gottlieb
Women & Guns Magazine

Board of Advisors

| | |
|---|---|
| Randy E. Barnett, J.D. | Edward F. Leddy, Ph.D. |
| David Bordua, Ph.D. | Andrew McClurg, J.D. |
| David I. Caplan, Ph.D., J.D. | Glenn Harlan Reynolds, J.D. |
| Brendan Furnish, Ph.D. | Joseph P. Tartaro |
| Alan M. Gottlieb | William Tonso, Ph.D. |
| Don B. Kates, Jr., J.D. | Eugene Volokh, J.D. |
| Gary Kleck, Ph.D. | James K. Whisker, Ph.D. |

Journal Policy

The Second Amendment Foundation sponsors this journal to encourage objective research. The Foundation invites submission of research papers of scholarly quality from a variety of disciplines, regardless of whether their conclusions support the Foundation's positions on controversial issues.

Manuscripts should be sent in duplicate to: Center for the Study on Firearms and Public Policy, a division of the Second Amendment Foundation, 12500 N.E. Tenth Place, Bellevue, Washington 98005 or sent via email to www.saf.org

PI.0391

This publication is copyrighted ©2004 by the Second Amendment Foundation. All rights reserved. No part of this publication may be reproduced in any form or by any electronic or mechanical means including information storage and retrieval systems without written permission except in the case of brief quotations embodied in critical articles and reviews.

The Second Amendment Foundation is a non-profit educational foundation dedicated to promoting a better understanding of our Constitutional heritage to privately own and possess firearms. For more information about Foundation activities, write to: Second Amendment Foundation, James Madison Building; 12500 N.E. Tenth Place; Bellevue, Washington 98005. Telephone number is (425) 454-7012. Additional copies of this publication may be ordered for $10.00 each. Please see www.saf.org for more research materials.

This publication is distributed to academia and the book trade by Merril Press, P.O. Box 1682, Bellevue, Washington 98009.

**Pl.0392**

# Journal on Firearms & Public Policy

## Volume 16                    Fall 2004

THIS PAGE CHANGES
Author One 1

**Article Two**
Author 2 35

**Instrumentality and Wounds in Civilian Homicides in Savannah: 1896 to 1903 & 1986 to 1993**
Vance McLaughlin 73

**The Highest Possible Generality: The Militia and Moral Philosophy in Enlightenment Scotland**
J. Norman Heath   93

**Wrongs and Rights: Britain's Firearms Control Legislation at Work**
Derek Phillips  123

**Christians and Guns**
Carlo Stagnaro  137

**Legal Scholarship 2003**
Joshua Samuel Kirk    165

**Survey of Federal Right to Keep and Bear Arms Cases since 2000**
William L. McCoskey & Wayne Warf    175

Pl.0393

Pl.0394

# Colonial Firearm Regulation

## Clayton E. Cramer

*Recently published scholarship concerning the regulation of firearms in Colonial America claims that because Colonial governments distrusted the free population with guns, the laws required guns to be stored centrally, and were not generally allowed in private hands. According to this view, even those guns allowed in private hands were always considered the property of the government. This Article examines the laws of the American colonies and demonstrates that at least for the free population, gun control laws were neither laissez-faire nor restrictive. If Colonial governments evinced any distrust of the free population concerning guns, it was a fear that not enough freemen would own and carry guns. Thus, the governments imposed mandatory gun ownership and carriage laws.*

*Clayton E. Cramer is an independent scholar who took the leading role in exposing the Michael Bellesiles hoax. His website is www.claytoncramer.com.*

## I. THE LEGAL SIGNIFICANCE OF COLONIAL FIREARM REGULATION TODAY

In much the same way that an understanding of the limits of free speech in Colonial America may provide insights into the intent of Congress and the states when they adopted the First Amendment, so an understanding of colonial firearms regulation has the potential to illuminate our understanding of the limits of the right protected by the Second Amendment. What types of firearms laws were common, and might therefore have been considered within the legitimate scope of governmental regulation?

In the last several years, widely publicized scholarship by Michael Bellesiles has asserted that the English colonies strictly regulated the individual possession and use of firearms. While acknowledging that the English government ordered the colonists to own firearms for the public defense as a cost-cutting measure, he asserts:

At the same time, legislators feared that gun-toting

1

Pl.0395

freemen might, under special circumstances, pose a threat to the very polity that they were supposed to defend. Colonial legislatures therefore strictly regulated the storage of firearms, with weapons kept in some central place, to be produced only in emergencies or on muster day, or loaned to individuals living in outlying areas. They were to remain the property of the government. The Duke of York's first laws for New York required that each town have a storehouse for arms and ammunition. Such legislation was on the books of colonies from New Hampshire to South Carolina.[1]

This assertion—that the Colonial governments distrusted their free people with firearms, and closely controlled their possession in governmental hands—has began to appear in court decisions concerning the meaning of the right to keep and bear arms provisions contained in the U.S. Constitution and 46 of the state constitutions.[2]

Then as now, laws were not always obeyed, and were sometimes indifferently or unequally enforced. The evidence from contemporary accounts, from probate records, or even from archaeological digs (which could suggest something about gun ownership levels by recovered artifacts), might provide us with evidence for evaluating how often those laws were followed. Under the best of conditions, however, analysis of this type is complex, and differing interpretative models may come to differing conclusions as to whether those laws were generally obeyed, generally ignored, or perhaps were somewhere in between. By comparison, evaluating the claim that Colonial governments passed laws that restricted firearms ownership and use (regardless of how those laws were actually enforced) is fairly easy.

An examination of the Colonial statutes reveals that, contrary to Bellesiles's claim of distrusted and disarmed freemen, almost all colonies *required* white adult men to possess firearms and ammunition. Some of these statutes were explicit that militiamen were to keep their guns at home; others imply the requirement, by specifying fines for failing to bring guns to musters or church. Colonies that did not explicitly require

2

Pl.0396

firearms ownership passed laws requiring the carrying of guns under circumstances that implied nearly universal ownership.

None of the Colonial militia statutes even *suggest* a requirement for central storage of all guns. None of the Colonial laws in any way limited the possession of firearms by the white non-Catholic population; quite the opposite. Most colonies did, however, pass laws restricting possession of firearms by blacks and Indians. In a few cases, in a few colonies, whites suspected of disloyalty (including Catholics) were also disarmed.

As the statutes demonstrate, colonial governments did not hold that firearms in private hands, "were to remain the property of the government."[3] Indeed, the evidence is largely in the other direction—that colonial governments were often reluctant to seize weapons for public use. When driven by necessity to do so, they compensated owners of those guns.

Colonial regulations that limited the use of firearms were usually for reasons of public safety. These regulations were similar in nature, though generally less restrictive in details, than similar laws today.

## II. FIREARMS AND CIVIC DUTY

The laws regulating firearms ownership adopted by the American colonies bear a strong resemblance to each other. This is not surprising, since by 1740, every colony bore allegiance to the English crown, and the laws reflected the shared heritage. The similarity in laws is especially noticeable with respect to the English duty of nearly all adult men to serve in the militia, and to bear arms in defense of the realm.

### A. Connecticut

Among the Colonial militia statutes, Connecticut's 1650 code contains one of the clearest expressions of the duty to own a gun: "That all persons that are above the age of sixteene yeares, except magistrates and church officers, shall beare arms...; and every male person with this jurisdiction, above the said age, shall have in continuall readines, a good muskitt or other gunn, fitt for service, and allowed by the clark of the band...." [4] A less elaborate form of the law appeared in 1636, with reiterations in 1637, 1665, 1673, 1696, and 1741.[5] Fines varied between two

Pl.0397

and ten shillings for lacking firearms or for failure to appear with firearms "compleat and well fixt upon the days of training…."[6]

### B. Virgina

Virginia provides another example of a militia statute obligating all free men to own a gun. A 1684 statute required free Virginians to "provide and furnish themselves with a sword, musquet and other furniture fitt for a soldier… two pounds of powder, and eight pounds of shott…."[7] A similar 1705 statute required every foot soldier to arm himself "with a firelock, muskett, or fusee well fixed" and gave him eighteen months to comply with the law before he would subject to fine.[8] There are minor modifications to the statute in 1738 that still required all members of the militia to appear at musters with the same list of gun choices, but reduced the ammunition requirement to one pound of powder and four pounds of lead balls.[9] A 1748 revision is also clear that militiamen were obligated to provide themselves with "arms and ammunition."[10] The 1748 statute, however, did acknowledge that all freemen might not be wealthy enough to arm themselves, and provided for issuance of arms "out of his majesty's magazine."[11] By 1755, all cavalry officers were obligated to provide themselves with "holsters and pistols well fixed…."[12]

### C. New York

Another typical colonial militia statute is the Duke of York's law for New York (adopted shortly after the colony's transfer from the Dutch), that provided, "Besides the Generall stock of each Town[,] Every Male within this government from Sixteen to Sixty years of age, or not freed by public Allowance, shall[,] if freeholders[,] at their own, if sons or Servants[,] at their Parents and Masters Charge and Cost, be furnished from time to time and so Continue well furnished with Arms and other Suitable Provition hereafter mentioned: under the penalty of five Shillings for the least default therein[:] Namely a good Serviceable Gun, allowed Sufficient by his Military Officer to be kept in Constant fitness for present Service" along with all the other equipment required in the field.[13]

4

Pl.0398

## D. Maryland

Similar to statutes appearing in other colonies, Maryland's "An Act for Military Discipline" enacted in February or March of 1638/9 (O.S.) required "that every house keeper or housekeepers within this Province shall have ready continually upon all occasions within his her or their house for him or themselves and for every person within his her or their house able to bear armes[,] one Serviceable fixed gunne of bastard muskett boare…" along with a pound of gunpowder, four pounds of pistol or musket shot, "match for matchlocks and of flints for firelocks…."[14] A different form of this law, ordering every member of the militia to "appear and bring with him one good serviceable Gun, fixed, with Six Charges of Powder," appears in a 1715 Maryland statute book as well.[15] Cavalrymen were obligated to "find themselves with Swords, Carbines, Pistols, Holsters and Ammunition" with a fine for failure to appear armed at militia muster.[16]

Of course, laws were sometimes passed but not enforced in colonial times, just as happens now. But the provisions for enforcement in Maryland would seem likely to encourage enforcement for purely selfish reasons. The officers of the militia were required to verify compliance with the law by "a Sight or view of the said armes and ammunition" every month. People who failed to possess arms and ammunition were to be fined thirty pounds of tobacco, payable to the militia officer responsible for the inspection. Anyone who lacked arms and ammunition was to be armed by their militia commander, who could force payment at "any price… not extending to above double the value of the said armes and ammunition according to the rate then usual in the Country."[17]

To make sure that householders moving to the new land were adequately armed, it appears that one of the conditions of receiving title to land in Maryland beginning in 1641 was bringing "Armes and Ammunition as are intended & required by the Conditions abovesaid to be provided & carried into the said Province of Maryland for every man betweene the ages of sixteene & fifty years w[hi]ch shalbe transported thether." The arms required included "one musket or bastard musket with a snaphance lock," ten pounds of gunpowder, forty pounds of bullets, pistol, and goose shot.[18]

The Maryland militia law of 1638/9 was revised in 1642

Pl.0399

requiring, "That all housekeepers provide fixed gunn and Sufficient powder and Shott for each person able to bear arms."[19] A 1658 revision of the law required "every houshoulder provide himselfe speedily with Armes & Ammunition according to a former Act of Assembly viz 2 [pounds] of powder and 5 [pounds] of shott & one good Gun well fixed for every man able to bear Armes in his house." A householder was subject to fines of 100, 200, or 300 pounds of tobacco, for the first, second, and third failures to keep every man in the house armed.[20]

In 1756, Maryland again made it explicit that " all and every Person and Persons of the Militia of this Province are as aforesaid, not only liable to the Duties and Services required by this Act, but also if able to find, at their own proper Cost and Charge, Suitable Arms…." At the same time, concerned that those exempted from militia duty who were wealthy were getting an unfair advantage, it ordered that exempts were obligated to "each of them find one good and Sufficient Firelock, with a Bayonet, and deliver the Same to the Colonel or Commanding Officer of the County wherein he shall reside, or pay to the Said Colonel or Commanding Officer the Sum of Three Pounds Current Money in lieu thereof…."[21]

At the start of the Revolution, Maryland still assumed that the freemen of the colony were armed as required by law. The Maryland Convention in 1775 threatened that: "if any Minute or Militia-man shall not appear at the time and place of Muster with his Firelock and other accoutrements in good order, … he shall forfeit and pay a sum not exceeding five shillings Common money…."[22]

### E. Massachusetts

Massachusetts adopted a measure March 22, 1630/1 that required all adult men to be armed.[23] Although this measure is not explicit that the arms were *firearms*, it is apparent that guns were not in short supply in Massachusetts, because within 15 years, the Colonial government had made the requirement for guns explicit, and had even become quite demanding as to what type of guns were acceptable for militia duty. An order of October 1, 1645 directed that in the future, the only arms that would be allowed "serviceable, in our trained bands… are ether

Pl.0400

full musket boare, or basterd musket at the least, & that none should be under three foote 9 inches…."[24] Even those exempt from militia duty were not exempt from the requirement to have a gun in their home. A June 18, 1645 order required "all inhabitants" including those exempt from militia duty, "to have armes in their howses fitt for service, with pouder, bullets, match, as other souldiers…."[25]

Massachusetts Bay Colony, like many modern governments, expressed its concern about the nexus of guns and children. A May 14, 1645 order directed that "all youth within this jurisdiction, from ten yeares ould to the age of sixteen yeares, shalbe instructed, by some one of the officers of the band, or some other experienced souldier… upon the usuall training dayes, in the exercise of armes, as small guns, halfe pikes, bowes & arrows….."[26] The duty to be armed meant that even children were required to learn to use a gun.

### F. New Haven and Plymouth

Other colonies also required their free adult males to own guns. New Haven Colony passed such laws in 1639, 1643, 1644, and 1646.[27] Plymouth Colony did the same in 1632, 1636, and 1671 (although the last statute is less clear than the earlier two as to requiring private ownership).[28]

### G. New Hampshire

A statute in New Hampshire's 1716 compilation ordered "That all Male Persons from Sixteen Years of Age to Sixty, (other than such as are herein after excepted) shall bear Arms … allowing Three Months time to every Son after his coming to Sixteen Years of Age, and every Servant so long, after his time is out, to provide themselves with Arms and Ammunition…. That every Listed Souldier and Housholder, (except Troopers) shall be always provided with a well fix'd, Firelock Musket, of Musket or Bastard-Musket bore,… or other good Fire-Arms, to the satisfaction of the Commission Officers of the Company… on penalty of *Six Shillings* for want of Such Arms, as is hereby required…." [emphasis in original] Similar requirements were imposed on cavalrymen.[29]

### H. New Jersey

New Jersey's 1703 militia statute was similar, requiring all

7

Pl.0401

men "between the Age of Sixteen and Fifty years" with the exception of ministers, physicians, school masters, "Civil Officers of the Government," members of the legislature, and slaves, to be members of the militia. "Every one of which is listed shall be sufficiently armed with one good sufficient Musquet or Fusee well fixed, a Sword or [Bayonet], a Cartouch box or Powder-horn, a pound of Powder, and twelve sizeable Bullets, who shall appear in the Field, so armed, twice every year…."[30]

### I. Delaware

In 1742, Delaware required, "That every Freeholder and taxable Person residing in this Government (except such as are hereafter excepted) shall, on or before the First Day of March next, provide himself with the following Arms and Ammunition, viz. One well fixed Musket or Firelock, one Cartouch-Box, with Twelve Charges of Gun-Powder and Ball therein, and Three good Flints, to be approved of by the Commanding Officer of the respective Company to which he belongs, and shall be obliged to keep such Arms and Ammunition by him, during the Continuance of this Act…." There was a fine of forty shillings for those who failed to do so.

While "every Freeholder and taxable Person" in Delaware was obligated to provide himself with a gun, not all were required to enlist in the militia, only "all Male Persons, above Seventeen and under Fifty Years of Age" with a few exceptions. The exemptions from militia duty are quite interesting. Quakers were exempted from the requirement to provide themselves with guns, from militia duty, and from nightly watch duty, in exchange for paying two shillings six pence for every day that "others are obliged to attend the said Muster, Exercise, or Watch…."

Others were exempted from militia musters, but not from the requirement to fight, or the requirement to own a gun. "[A]ll Justices of the Peace, Physicians, Lawyers, and Millers, and Persons incapable through Infirmities of Sickness or Lameness, shall be exempted and excused from appearing to muster, except in Case of an Alarm: They being nevertheless obliged, by this Act, to provide and keep by them Arms and Ammunition as aforesaid, as well as others. And if an Alarm happen, then all

Pl.0402

those, who by this Act are obliged to keep Arms as aforesaid... shall join the General Militia...." Ministers appear to have been exempted from all of these requirements.[31]

### J. Rhode Island

There seems to be no explicit Rhode Island law that required every man to own a gun. There is, however, a 1639 statute that ordered "noe man shall go two miles from the Towne unarmed, eyther with Gunn or Sword; and that none shall come to any public Meeting without his weapon."[32] While not an explicit order that every man was required to own a gun, widespread gun ownership was clearly assumed. The Rhode Island city of Portsmouth did impose a requirement to own a gun in 1643, and directed militia officers to personally inspect every inhabitant of the town to verify that they had both bullets and powder.[33]

### K. South Carolina

Much like Rhode Island, South Carolina's obligation to own a gun is not explicit, but did require "all, and every person and persons now in this Colony" to "appeare in armes ready fitted in their severall Companies...."[34] "Armes," of course, might include a sword or other non-firearm weapon, but South Carolina's 1743 requirement to bring guns to church (to be discussed later), suggests that "armes" meant guns.

### L. North Carolina

North Carolina passed militia laws in or before 1715 and in 1746 that were similar in form. The earlier statute required every member of the militia (every freeman between 16 and 60) to show up for muster "with a good Gun well-fixed Sword & at least Six Charges of Powder & Ball" or pay a fine.[35] The 1746 statute obligated "all the Freemen and Servants... between the Age of Sixteen Years, and Sixty" to enlist in the militia, and further, required all such persons "be well provided with a Gun, fit for Service,… and at least Twelve Charges of Powder and Ball, or Swan Shot, and Six spare Flints....." Failure to have those when called to militia muster would subject one to a fine of two shillings, eight pence, "for Want of any of the Arms, Accoutrements, or Ammunition...." Interestingly enough, unlike other colonies, the definition of militia member under both

9

Pl.0403

statutes did not exclude free blacks.[36] According to John Hope Franklin, "free Negroes served in the militia of North Carolina with no apparent discrimination against them."[37]

M. Georgia

Georgia's long and poorly written militia law of 1773 at first appears to provide for the government to arm the militia, since it declares that the governor or military commander may "assemble and call together all male Persons in this Province from the Age of Sixteen Years to Sixty Years… at such times, and arm and array them in such manner as is hereafter expressed…."[38] But later the statute directs that, "every Person liable to appear and bear arms at any Exercise Muster or Training… Shall constantly keep and bring with them… one Gun or Musket fit for Service[,] one Catridge [*sic*] Box with at least Nine Catridges filled with Good Gun Powder and Ball that shall fit his Piece[,] a horn or Flask containing at least a Quarter of a Pound of Gun Powder[,] a shot Pouch with half a pound of Bulletts…." This is followed by a *very* complete list of tools required to use a gun in the field.[39]

A member of the militia who was an indentured servant, or otherwise subject to "Government or Command" of another, was not obligated to arm himself, but like New York and other colonies, his master was. He "Shall constantly keep such arms amunition [*sic*] and Furniture for every such Indented Servant…."[40] The militia statute also provided for enlisting male slaves from 16 to 60 "as [their masters] can Recommend as Capable and faithful Slaves." Masters were also supposed to arm such slaves when in actual militia service "with one Sufficient Gun… powder Horn and shot pouch…."[41]

Failure to appear "completely armed and furnished as aforesaid at any General Muster" could result in a fine of twenty shillings. Militia officers were allowed to appear at the residence of any person obligated to militia duty up to six times a year, "and to Demand a Sight of their arms amunition [*sic*] and accoutrements aforesaid…." Failure to possess the arms and ammunition could result in a five shilling fine.[42] Similar provisions applied to those who were cavalry militiamen.[43]

N. Pennsylvania

10

Pl.0404

Pennsylvania is the only colony that does not appear to have imposed an obligation to own guns on its citizens.[44] It appears that Pennsylvania's exception was because of its Quaker origins and Quaker pacifism.

### O. Indentured Servants

As part of requiring the arming of all freemen, several colonies imposed requirements that masters give guns to indentured servants who had completed their term of service. A 1699 Maryland statute (reiterated in 1715) directed what goods the master was to provide a servant completing his term. Along with clothes and a variety of tools, the master was also directed to give a newly freed male servant, "One Gun of Twenty Shillings Price, not above Four Foot by the barrel, nor less than Three and a Half; which said Gun shall, by the Master or Mistress, in the Presence of the next Justice of the Peace, be delivered to such Free-man, under the Penalty of Five Hundred Pounds of Tobacco on such Master or Mistress omitting so to do…." To encourage the newly freed servant to keep his gun, "And the like Penalty on the said Free-man selling or disposing thereof within the Space of Twelve Months…." Starting in 1705, Virginia imposed a similar requirement that freedom dues include a musket worth at least twenty shillings.[45] A 1715 North Carolina statute gave masters the choice of fulfilling freedom dues with either a suit or "a good well-fixed Gun…."[46]

### P. Gunpowder

Gunpowder import records also provide some clues about firearms ownership and use—and suggest that if guns were kept centrally stored, it was no impediment to colonists using those guns. The British Board of Trade recorded quantities of gunpowder imported through American ports for a brief period just before the Revolution. We have surviving records for the years 1769, 1770, and 1771 that show the American colonies imported a total of 1,030,694 pounds.[47] Of course, this shows only gunpowder imported with knowledge of the Crown; Americans smuggled goods quite regularly during those years, and there was some domestic production of gunpowder as well.[48]

Gunpowder was used not only for civilian small arms, but also for cannon, blasting, and (in extremely small quantities), for

11

Pl.0405

tattooing. It seems likely that at least some of this million pounds of gunpowder was sold to the British military, colonial governments, or the Indians. Nonetheless, the quantity is enormous. Even if only one-quarter of the million pounds of gunpowder was used in civilian small arms, that is enough for eleven to seventeen million shots over those three years—in a nation where, according to some, few Americans owned guns, most guns were stored in central storehouses because of mistrust of the population, and few Americans hunted with guns.[49]

### Q. Summary

Common to nearly every colony was the requirement that members of the militia (nearly all free white men) possess muskets and ammunition; the rest, such as Rhode Island and South Carolina, clearly assume it. Some of these statutes are explicit that militiamen are to keep their guns at home; others imply it, by specifying fines for failure to appear with guns at church or militia musters. If the militiaman's gun was stored in an armory, and was issued "only in emergencies or on muster day," it is strange that the governments fined militiaman for failing to appear with gun and ammunition. None of the Colonial militia statutes even *suggest* a requirement for central storage of all guns. None of these laws in any way regulated the possession of firearms by the white population, except for requiring nearly all white men to own guns.

## III. THE OBLIGATION TO CARRY FIREARMS

Another part of the civic duty to be armed included the duty to bring guns to church and other public meetings, or while traveling.

### A. Guns in Church

The statute that most clearly states the intent of "bring your guns to church" laws is a 1643 Connecticut order, "To prevent or withstand such sudden assaults as may be made by Indeans upon the Sabboth or lecture dayes, It is Ordered, that one person in every several howse wherein is any souldear or souldears, shall bring a musket, pystoll or some peece, with powder and shott to e[a]ch meeting…." Connecticut found

Pl.0406

within a month that, "Whereas it is obsearved that the late Order for on[e] in a Family to bring his Arms to the meeting house every Sabboth and lecture day, hath not bine attended by divers persons" there was now a fine for failing to do so.[50]

Massachusetts Bay Colony also imposed a requirement to come to church armed, though it was repealed and reinstated several times as fear of Indian attack rose and fell. A March 9, 1636/7 ordinance required individuals to be armed. (Britain and its colonies changed from Julian to Gregorian calendar in 1752; as part of that change, the beginning of the new year changed from March 25 to January 1. What had been January 3, 1751 on the Julian calendar would be January 3, 1752 on the Gregorian calendar. Dates from before March 25, 1752 are typically recorded in a form that shows what year appears in the records—but also what year we would consider that date to have been.)

Because of the danger of Indian attack, and because much of the population neglected to carry their guns, every person above eighteen years of age (except magistrates and elders of the churches) was ordered to "come to the publike assemblies with their muskets, or other peeces fit for servise, furnished with match, powder, & bullets, upon paine of 12*d.* for every default...."[51]

The requirement to bring guns to church was repealed November 20, 1637[52] (perhaps because of the Antinomian crisis to be discussed below). A May 10, 1643 order that directed the military officer in each town to "appoint what armes to bee brought to the meeting houses on the Lords dayes, & other times of meeting" suggests that this requirement was again back in force. The motivation for the 1643 law appears to have been preventing theft of arms while the inhabitants were attending church.[53]

Rhode Island's 1639 law ordered that, "none shall come to any public Meeting without his weapon." There was a fine for five shillings for failing to be armed at public meetings.[54] Maryland did likewise in 1642: "Noe man able to bear arms to goe to church or Chappell... without fixed gunn and 1 Charge at least of powder and Shott."[55] The Rhode Island town of Portsmouth passed a similar requirement in 1643,[56] as did New Haven Colony in 1644.[57]

Plymouth's 1641 law is oddly worded, and might at first be

Pl.0407

read as referring to a communal obligation of the township: "It is enacted That every Township within this Government do carry a competent number of pieeces fixd and compleate with powder shott and swords every Lord's day to the meetings…." The rest of the sentence clarifies that at least one member of each household was obligated to bring weapons to church during that part of the year when Indian attack was most feared: "one of a house from the first of September to the middle of November, except their be some just & lawfull impedyment."[58] By 1658, Plymouth had reduced the requirement so that only one fourth of the militia was obligated to come to church armed on any particular Sunday.[59] In 1675, apparently in response to a current military crisis, all were again required to come to church armed "with att least six charges of powder and shott" during "the time of publicke danger…."[60]

The earliest mandatory gun carrying law is a 1619 Virginia statute that required everyone to attend church on the Sabbath, "and all suche as beare armes shall bring their pieces, swords, pouder and shotte." Those failing to bring their guns were subject to a three shilling fine.[61] This law was restated in 1632 as: "All men that are fittinge to beare arms, shall bring their pieces to the church…."[62]

While the original motivation in colonies both North and South for bringing guns to church was fear of Indian attack, by the eighteenth century, the Southern colonies' concerns appear to have shifted to fear of slave rebellion. Virginia's 1619 and 1632 statutes were somewhat vague as whether all white men were required to come armed to church or not, because of the qualification "fittinge to beare arms." The requirement was more clearly restated in a November 1738 statute that required all militiamen to come to church armed, if requested by the county's militia commander. Other language in the statute suggests that protection of the white inhabitants from possible slave uprising was now the principal concern.[63]

South Carolina's 1743 confusingly worded statute required "every white male inhabitant of this Province, (except travelers and such persons as shall be above sixty years of age,) who [are] liable to bear arms in the militia of this Province… shall, on any Sunday or Christmas day in the year, go and resort to any church or any other public place of divine worship within this Province,

14

Pl.0408

and shall not carry with him a gun or a pair of horse-pistols…
with at least six charges of gun-powder and ball, and shall not
carry the same into the church or other place of divine worship
as aforesaid" would be fined twenty shillings. Other provisions
required church-wardens, deacons, or elders to check each man
coming in, to make sure that he was armed. The purpose was
"for the better security of this Province against the insurrections
and other wicked attempts of Negroes and other Slaves…."[64] A
very similar statute appears in Georgia in 1770.[65]

### B. Guns for Travelers

Along with the duty to be armed at church, several colonies
required travelers to be armed. A 1623 Virginia law (reissued in
similar form in 1632) required, "That no man go or send abroad
without a sufficient parte will armed…. That go not to worke in
the ground without their arms (and a centinell upon them.)…
That the commander of every plantation take care that there be
sufficient of powder and am[m]unition within the plantation
under his command and their pieces fixt and their arms
compleate…."[66]

Massachusetts imposed a similar requirement in 1631,
ordering that no person was to travel singly between
Massachusetts Bay and Plymouth, "nor without some armes,
though 2 or 3 togeathr." While the law does not specify that
"armes" meant firearms, it would seem likely, considering
Massachusetts's other laws requiring all militiamen to own a
gun.[67] The measure was strengthened in 1636: "And no person
shall travel above one mile from his dwelling house, except in
places wheare other houses are neare together, without some
armes, upon paine of 12d. for every default…."[68]

Rhode Island imposed a similar requirement in 1639: "It is
ordered, that noe man shall go two miles from the Towne
unarmed, eyther with Gunn or Sword…." There was a fine of
five shillings for failing to be armed.[69] Maryland's 1642 law
requiring everyone to come to church armed also dictated, "Noe
man able to bear arms to goe… any considerable distance from
home without fixed gunn and 1 Charge at least of powder and
Shott."[70]

While the requirements varied from colony to colony, and
the motivations changed in the South from fear of Indians to
fear of slaves, common to many of the colonies was the duty to

come to church armed. Somewhat less commonly there was an obligation to be armed (sometimes explicitly with a gun) while traveling away from settled areas.

## IV. RACE, SLAVERY, & REGULATION

Colonial governments imposed a duty to own guns, but otherwise seem to have imposed few restrictions on gun possession—for whites. For Indians and blacks (either free or slave), colonial laws were much more restrictive.

### A. Indians

Colonial concern about Indians acquiring guns is not surprising. Firearms provided a significant advantage to whites because of the novelty of the weapon, because gunfire created fear and confusion, and because a gun could do damage under circumstances where an arrow could not.

William Bradford's account of the Pilgrims' first battle with Indians shows the advantage that guns provided the Europeans. A band of Pilgrims who were exploring the new land in December of 1620 found themselves under attack by Indians armed with bow and arrow. When the Pilgrims began firing muskets, most of the attacking Indians retreated. One brave member of the band, perhaps their leader, stood behind a tree, "within half a musket shot of us," and fired arrows repeatedly at the Pilgrims. He was far enough way, and making sufficiently good use of cover, that Myles Standish, the only professional soldier among the Pilgrim settlers, had little opportunity of hitting him. Finally, Standish, after taking "full aim at him… made the bark or splinters of the tree fly about his ears, after which he gave an extraordinary shriek, and away they went, all of them."[71]

When the Pilgrims arrived in 1620, the Indians of Massachusetts had no guns. Only three years later, John Pory's account reported that those Indians unfriendly to the Pilgrims had been "furnished (in exchange of skins) by some unworthy people of our nation with pieces, shot, [and] powder…."[72] By 1627, the Indians of Massachusetts Bay were believed to have at least sixty guns, largely supplied by Thomas Morton, an Englishman whose trading post, Merrymount, was filled with the

16

Pl.0410

sort of hedonists whom the Pilgrims had hoped to leave behind in England. Morton bartered guns for furs with the Indians, violating a royal proclamation against supplying firearms, powder, or shot to the Indians.[73]

Even after Morton's banishment to England, there were problems with other Europeans selling guns to the Indians. Governor Bradford's history of Plymouth details the arrest of an Englishman named Ashley for illegal sales in 1631, and complained about French traders selling guns and ammunition to the Indians.[74]

Attempts to regulate gun sales to the Indians appear in many colonies, and the severity of the punishments suggests that not all colonists shared their government's concerns. Much like the modern effort to disarm people who are not trusted, the colonial gun control efforts were a series of very strict bans that could not be enforced, and were sometimes replaced with more realistic laws that sought to control rather than prohibit sales.

The prohibitions vary in the severity of punishments and vigorous of enforcement. In 1640, Springfield, Massachusetts tried a woman accused of selling her late husband's gun to an Indian. Her defense was that she did not sell it, but lent it to the Indian, "for it lay [spoiling] in her [cellar]," and she expected to reclaim it shortly. The judge warned her that she should get it home again speedily, "for no commonwealth would allow of such a misdemeanor."[75] At the other extreme, a 1642 Maryland law prohibited providing gunpowder or shot to the Indians, and made execution one of the possible punishments.[76]

Massachusetts Bay Colony, to supplement the royal proclamation against providing guns or ammunition to the Indians, passed its own ordinance on May 17, 1637 prohibiting sale of guns, gunpowder, shot, lead, or shot molds to the Indians, or repair of their guns.[77] In 1642, Massachusetts Bay complained that "some of the English in the eastern parts" who were under no government at all, were supplying gunpowder and ammunition to the Indians. Unsurprisingly, Massachusetts Bay passed laws punishing those sales.[78]

Other evidence of a mistrust based on race can be seen in a pair of orders concerning militia duty. The first, on May 27, 1652, required all "Scotsmen, Negers, & Indians inhabiting with or servants to the English" between 16 and 60 to train with the militia.[79]   In May, 1656, perhaps after the military crisis of the

17

Pl.0411

moment had passed, "no Negroes or Indians… shalbe armed or permitted to trayne…."[80]

Connecticut struggled with unlawful sales of guns to Indians. The very first entry in *Public Records of the Colony of Connecticut* concerns a 1636 complaint that "Henry Stiles or some of the ser[vants] had traded a piece with the Indians for corn."[81] In 1640, Connecticut ordered George Abbott to pay a £5 fine for "selling a pistol & powder to the Indians…."[82] A few years later, Robert Slye, George Hubberd, John West, and Peter Blatchford were each fined £10 for "exchanging a gun with an Indian…."[83]

Connecticut found enforcement of its gun control law prohibiting sales to the Indians[84] frustrated by other colonies. Because merchants in the Dutch and French colonies were selling guns to the Indians, Connecticut next prohibited sale of guns outside the colony. Finally, Connecticut prohibited foreigners from doing business with Indians in Connecticut; the ban was retaliation for continued sales of guns to the Indians by Dutch and French traders elsewhere.[85] Connecticut also repeatedly fined colonists for selling ammunition to the Indians.[86]

By the middle of the seventeenth century, either the original fear of the Indians having guns was receding throughout the New England colonies, or the futility of trying to keep them disarmed was becoming apparent. The laws appear to have changed by the 1660s to less restrictive forms. In 1662, a Springfield, Massachusetts court fined two Indians for drunkenness. Not having the money for the fine, one of them, "Left a gun with the County Treasurer till they make payment."[87] On April 29, 1668, the Massachusetts General Court decided to license the sale of "powder, shot, lead, guns, i.e., hand guns [small arms]" to Indians "not in hostility with us or any of the English in New England…."[88] In 1668-69, an Indian sued Francis West in Plymouth for the theft of a hog and a gun. The court ordered West to pay for the stolen hog and return the gun to the Indian.[89]

A similar progression is visible in Connecticut in this same period. In 1660, Connecticut ordered that "if any Indians shall bring in guns into any of the towns" that the colonists were to seize them. The Indians could redeem their seized guns for 10*s.*

Pl.0412

each, with half paid to the Treasury, and the other half paid to the Englishman who seized the gun. Because the Indians could redeem their guns, it seems that the objection was not to the Indians having guns, but bringing them to town.

By the following year, this ban on Indians bringing guns to town was repealed for the Tunxis Indians that lived nearby, who "have free liberty to carry their guns, through the English towns, provided they are not above 10 men in company."[90] The Tunxis Indians were apparently trusted enough to come to town (in small numbers) armed.

Virginia provides perhaps the best example of the shifting views of the colonists about the effectiveness of such laws. A March 1658 Virginia statute provided that "what person or persons so ever shall barter or sell with any Indian or Indians for piece, powder or shot, and being lawfully convicted, shall forfeit his whole estate…." Any Virginian who found an Indian with gun, powder, or shot, was legally entitled to confiscate it.[91]

By the following year, "it is manifest that the neighboring plantations both of English and [foreigners] do plentifully furnish the Indians with guns, powder & shot, and do thereby draw from us the trade of beaver to our great loss and their profit, and besides the Indians being furnished with as much of both guns and ammunition as they are able to purchase, *It is enacted,* That every man may freely trade for guns, powder and shot: It derogating nothing from our safety and adding much to our advantage…."[92] [emphasis in original]

In October 1665, Virginia again prohibited the sale of guns and ammunition to the Indians. The statute admitted that New Amsterdam's sales of guns to the Indians had made the March 1658 law unenforceable. The seizure of New Amsterdam by the Duke of York in 1664 had changed the situation. "[T]hose envious neighbors are now by his majesty's justice and providence removed from us," the ban was again in force.[93]

The ban on gun sales was not obeyed, however. In March 1676, as tensions between whites and Indians escalated into Bacon's Rebellion, Virginia enacted a new statute, complaining "the traders with Indians by their [avarice] have so armed the Indians with powder, shot and guns, that they have been thereby emboldened…." The new statute made it a capital offense to sell guns or ammunition to the Indians, and also declared that any colonist found "within any Indian town or three miles without

19

Pl.0413

the English plantations" with more than one gun and "ten charges of powder and shot for his necessary use" would be considered guilty of selling to the Indians, and punished accordingly.[94]

In times of tension, of course, colonies might again pass restrictions on sale of guns or ammunition to Indians, but Maryland seems to have followed the model of Virginia—severe restrictions followed by more realistic regulations. A 1638/9 Maryland law made it a felony "to sell give or deliver to any Indian or to any other declared or professed enemie of the Province any gunne pistol powder or shott without the knowledge or lycence of the Leiutenant Generall…."[95] A 1649 statute provided that "noe Inhabitant of this Province shall deliver any Gunne or Gunnes or Ammunicon or other kind of martiall Armes, to any Indian borne of Indian Parentage…."[96] A 1763 Maryland law prohibited "any Person or Persons within this Province to Sell or give to any Indian Woman or Child any Gun Powder Shot or lead Whatsoever[,] nor to any Indian Man within this Province more than the Quantitys of one Pound of Gun Powder and six Pounds of Shot or lead at any one Time[,] and not those or lesser Quantitys of Powder or Lead oftener than once in Six Months…."[97]

### B. Blacks

Laws disarming blacks were more common in the southern colonies. A 1680 Virginia statute prohibited "any negroe or other slave to carry or arme himselfe with any club, staffe, gunn, sword or any other weapon of defence or offence…"[98]

By May, 1723, however, there seem to have been enough free blacks and Indians in the militia that the law was changed, "That every free negro, mulatto, or indian, being a house-keeper, or listed in the militia, may be permitted to keep one gun, powder, and shot…." Those blacks and Indians who were "not house-keepers, nor listed in the militia" were required to dispose of their weapons by the end of October, 1723. Blacks and Indians living on frontier plantations were required to obtain a license "to keep and use guns, powder, and shot…."[99] Even the small number of blacks and Indians who were members of the militia were apparently no longer trusted with guns in public by 1738. They were still required to muster, but "shall appear

20

Pl.0414

without arms…."[100]

Other southern colonies showed similar mistrust of blacks with guns. A Maryland statute passed in or before 1715 directed, "That no Negro or other slave, within this Province, shall be permitted to carry any Gun or any other offensive Weapon, from off their Master's Land, without Licence from their said Master...."[101] While less clear, Delaware's 1742 militia statute prohibited all indentured servants and slaves from bearing arms, or mustering in any company of the militia. It is unclear from the statute if this ban applied to free blacks as well.[102]

A Georgia statute of 1768 "for the Establishing and Regulating Patrols" prohibited slaves possessing or carrying "Fire Arms or any Offensive Weapon whatsoever, unless such Slave shall have a Ticket or License in Writing from his Master Mistress or Overseer to Hunt and Kill Game Cattle or Mischievous Birds or Birds of Prey…." Other provisions allowed a slave to possess a gun while in the company of a white person 16 years or older, or while actually protecting crops from birds. Under no conditions was a slave allowed to carry "any Gun Cutlass Pistol or other Offensive Weapon" from Saturday sunset until sunrise Monday morning. The "Patrols" alluded to in the law's title were for the purpose of "Searching and examining any Negroe house for Offensive Weapons Fire Arms and Ammunition."[103]

Unlike the white population, blacks and Indians were not generally trusted with guns, and the laws reflected this. While individual whites might be disarmed as punishment for a crime or suspected disloyalty (as will be discussed next), gun ownership was generally unrestricted, except for blacks or Indians.

## V. DISARMING THE DISLOYAL

Individual whites were sometimes disarmed if they were perceived as disloyal to the polity.

### A. Antinomians

In 1637 Massachusetts, Anne Hutchinson's Antinomian heresy threatened the social order. Hutchinson's beliefs had spread rapidly through Puritan society, and "some persons being

Pl.0415

so hot headed for maintaining of these sinfull opinions, that they feared breach of peace, even among the Members of the superiour Court… those in place of government caused certain persons to be disarmed in the severall Townes, as in the Towne of Boston, to the number of 58, in the Towne of Salem 6, in the Towne of Newbery 3, in the Towne of Roxbury 5, in the Towne of Ipswitch 2, and Charles Towne 2."[104]

Today we can look with disfavor on this disarming order for a variety of violations of the Constitution: as a bill of attainder; as a violation of due process; for granting favor to one religious point of view. These concerns, of course, are ahistorical. What the disarming order tells us about Colonial Massachusetts strongly indicates that gun regulation was generally *not* restrictive.

While consistent with the claim that Colonial governments disarmed persons who were not trusted, that there was a need to cause "certain persons to be disarmed" suggests that firearms were *not* stored in central storehouses and were not usually under governmental control. Most freemen were armed, as the laws of all the colonies except Pennsylvania required. Only as punishment for a specific crime—heresy—did Massachusetts disarm Hutchinson's partisans. The number disarmed—77 out of a population then in the thousands—is far less than the percentage legally disarmed in America today.

Virginia's statutes provide a positive variant of this notion. A 1676/7 statute directed, "It is ordered that all persons have hereby liberty to sell armes and ammunition to any of his majesties loyall subjects inhabiting this colony…."[105] Any loyal subject of the crown was permitted to purchase and own guns.

### B. Catholics

Maryland provides a somewhat different example. Catholics were exempted from militia duty because, like Hutchinson's Antinomians, and blacks almost everywhere in the colonies, they were not completely trusted. In light of the role that Catholics played in the recurring attempts to restore the Stuarts to the throne of England, the distrust is unsurprising.

In exchange for exemption from militia duty, Catholics were doubly taxed on their lands.[106] As part of the same statute, members of the militia were required to swear an oath of

Pl.0416