John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail:  jdillon@dillonlawgp.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, *et al.,* | Case No.: 3:19-cv-01226-L-AHG |
| Plaintiffs, | Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.,*[1] | **APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PART 2 (BATES Nos. Pl.0417-Pl.0520)** |
| Defendants. | Date: May 13, 2024 Time: 10:30 a.m. Place: Courtroom 5B (Fifth Floor) Hon. M. James Lorenz |
| | Third Amended Complaint Filed: March 22, 2023 |
| | No oral argument will be heard pursuant to local rules unless ordered by the Court |

---

[1]  Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as California Attorney General, and Allison Mendoza is automatically substituted for her predecessors, former Directors Louis Lopez and Martin Horan, and former Acting Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

allegiance to King George II. Catholics who refused the oath—thus refusing their legal obligation as British subjects to defend the realm—were not allowed to possess arms or ammunition.[107]

The law of Britain concerning Catholics and arms after the accession of William I to the throne is at first glance quite confusing. A 1689 law prohibited Catholics from possessing "any arms, Weapons, Gunpowder, or Ammunition (other than such necessary Weapons as shall be allowed to him by Order of the Justices of the Peace, at their general Quarter sessions, for the Defence of his House or Person)."[108]  The law both prohibited Catholics from possessing arms, and yet allowed them, under some restrictions, to have at least defensive arms. Joyce Malcolm argues that, "This exception is especially significant, as it demonstrates that even when there were fears of religious war, Catholic Englishmen were permitted the means to defend themselves and their households; they were merely forbidden to stockpile arms."[109]

At least in times of crisis, the English law would appear to have been the justification for disarming Catholics both in Britain and America. In Britain, for example, the death of the queen in 1714 caused orders that, "The Lords Leiutents of the severall Countrys were directed to draw out the Militia to take from Papists & other suspected Persons their Arms & Horses & to be watchfull of the Publick Tranquillity."[110]

Yet there seem to be relatively few incidents that appear in the *Archives of Maryland* that actually involve taking away arms from Catholics, and even these bear careful scrutiny. In 1744, "No Roman Catholick be for the future enrolled or mustered among the Militia of the said County and that if any of the *Publick Arms* be in the Possession of any Roman Catholick, the Colonel of the said County is hereby desired to oblige the Person in whose Custody such Arms are, to deliver the same to him." [emphasis added][111] The law apparently did not order confiscation of privately owned arms owned by Catholics.

By contrast, in 1756, "all Arms Gunpowder and Ammunition of what kind soever any Papist or reputed Papist within this Province hath or shall have in his House or Houses" were ordered seized.[112] That the order was adopted when it was, however, suggests that while the 1689 law *allowed* complete prohibition of Catholic gun ownership at the discretion of the government, in Maryland they were not *usually* prohibited from

23

Pl.0417

possession.

Catholics settled mainly in Maryland. In other colonies, there is no evidence that Catholics in general were disarmed.

Georgia provides an example of selective Catholic disarmament. At the start of the French & Indian War, British forces demanded that the French population of Nova Scotia swear an oath of allegiance to the crown. Persons who refused were forcibly removed to other British colonies. Some of these Acadians (the ancestors of the Cajuns) were bound as indentured servants in Georgia. A 1756 law prohibited indentured Acadians "to have or use any fire Arms or other Offensive Weapons otherwise than in his Masters Plantation or immediately under his Inspection…."[113] There seems to be no general prohibition on Catholic ownership of firearms in Georgia; the Acadians were disarmed because they had refused to be loyal subjects of the British government, and the suspicion of disloyalty followed them to Georgia.

## VI. PRIVATE VS. GOVERNMENT OWNERSHIP

Regarding Bellesiles's claim that guns "were to remain the property of the government,"[114] the evidence suggests quite the opposite.

### A. Guns for the Poor

On any number of occasions, the Colonial governments supplied guns to subjects too poor to purchase them. The laws usually specified that the recipient was to pay for the gun.

For example, a March 22, 1630/1 Massachusetts statute required the entire adult male population to be armed. Every person, including servants, was to own "good & sufficient armes" of a type "allowable by the captain or other officers, those that want & are of abilitie to buy them themselves, others that are unable to have them provided by the town…." Those who were armed by the town under the March 22 statute were to reimburse the town "when they shalbe able."[115] On March 6, 1632/3, the law was amended to require that any single person who had not provided himself with acceptable arms would be compelled to work for a master. The work earned him the cost of the arms provided to him by the government.[116]

24

Pl.0418

Connecticut's Code of 1650 provided that a person who were required to arm themselves, or arm a dependent, but "cannot purchase them by such means as he hath, hee shall bring to the clark so much corne or other merchantable goods" as was necessary to pay for them. The value of the arms was to be appraised by the clerk "and two others of the company, (whereof one to bee chosen by the party, and the other by the clarke,) as shall be judged of a greater value by a fifth parte, then such armes or ammunition is of.…"

Thus, the man who would not purchase a gun and ammunition would have one provided by the government, but at a price as much as twenty percent above the market price. The high price created an incentive to purchase a gun privately.

Another part of the law provided for hiring out any unarmed single men to earn the price of a gun and ammunition.[117] Very similar laws appeared in New York[118] and New Hampshire.[119]

A 1673 Virginia law, while less explicit about the process for determining the value of the arms, directed militia officers to purchase guns on the public account for distribution to those who could not afford them, "for them to dispose of the same as there shalbe occasion; and that those to whome distribution shalbe made doe pay for the same at a reasonable rate.…"[120] The law does not directly disprove that guns were "to remain the property of the government." It does, however, seem a bit strange for the government to provide guns to individual militiamen, and then require them to pay for those guns, if the guns were to remain governmental property.

B. Public Arms

Not every Virginia militiaman apparently succeeded in arming himself; a 1748 statute provided "it may be necessary in time of danger, to arm part of the militia, not otherwise sufficiently provided, out of his majesty's magazine and other stores within this colony.…" Contrary to the claim that all guns were considered the property of the government, the same statute criminalized embezzlement of "arms or ammunition" that were issued to those who were too poor to arm themselves, and thus drew a distinction between public arms issued from "his majesty's magazine" and other, presumably privately owned firearms.[121]

25

Pl.0419

Similarly, a Maryland statute of 1733 passed "to prevent the Embezzlement of the Public Arms" directed "That all the Public Arms shall be Marked with such Marks… to denote such Arms to belong to the Public; after which Marks so made, no Person or Persons whatsoever, shall presume to Sell or Purchase such Arms so Marked…."[122] If all guns automatically belonged to the government, it seems a bit odd that there was a need to mark them as "Public Arms."

In 1756, Maryland's militia officers were ordered to make a diligent search for arms and ammunition, demanding that everyone show what guns they had. The reason would appear to be, "Whereas on many Occasions Arms Ammunition and military Accoutrements of different Kinds have been delivered out of the public Magazines of this Province and are now dispersed among the Inhabitants and have been Sold or Sent from one to another and it is represented that the Locks have been taken of from many of the Said Arms and put to private Use…."[123] If all guns were "automatically government property," the careful search for publicly owned arms, distinguishing them from private property, would make no sense.

Massachusetts at one point directed that, "The surveyar genrall of the armes of the country shall have power to sell any of the country armes for an equall price, either in corne or other country pay, & to p[ro]vide armes againe therew[i]th so soone as may bee, so hee sell them not out of this jurisdiction."[124] Publicly owned arms were to be sold (not issued or loaned), as long as they were sold in Massachusetts.

A 1765 Virginia statute is also strong evidence that guns were not regarded as automatically government property. It provided for militia commanders in "each of the counties from which the militia has been sent into service in the pay of this colony shall, within the space of three months after the passing this act, sell, for the best price that be had for the same, all arms, ammunition, provisions, and necessaries purchased at the publick expense in the said counties…."[125] Surplus government guns were clearly sold, not loaned out to militiamen.

C. Private Arms

Other evidence establishes that Colonial governments at least sometimes recognized that guns could be private property,

Pl.0420

and were *not* regarded as automatically the property of the government. Connecticut's records provide such evidence. In 1639, after the Pequot War, "a musket with 2 letters I W" was found, "conceaved to be Jno. Woods who was killed att the Rivers mouth. It was ordered for the present [that] the musket should be delivered to Jno. Woods friends until other appeare."[126] If the Connecticut government regarded a dead man's musket as "government property," it is odd that they delivered it to his friends.

We also have examples of colonists fined for selling guns to the Indians—and with no suggestion that these were publicly owned arms. A 1636 complaint in the Connecticut records shows that "Henry Stiles or some of the ser[vants] had traded a peece with the Indians for Corne."[127] In 1640, George Abbott is ordered to pay a £5 fine for "selling a pystoll & powder to the Indeans…."[128] Fines are also repeatedly assessed for selling guns to the Indians, with no hint or suggestion that these were government property.[129]

Were guns privately owned or government property? We have evidence such as a Connecticut lawsuit in 1639 by a "Jno. Moody contra Blachford, for a fowling peece he bought and should have payd for it 40s."[130] In 1640, also in Connecticut, a William Hill was fined £4 "for buying a stolen peece of Mr. Plums man."[131] There is nothing in the reports of these cases that suggests that these guns were considered government property.

Similarly, in New Haven Colony, a civil suit of 1645 concerns a gun purchased by Stephen Medcalfe from a Francis Linley. The gun was defective, and when it exploded, Medcalfe lost an eye. There is nothing in the description of the suit that suggests that the gun was "property of the government" and no surprise that one person sold a gun to another.[132]

Bellesiles claims that "the government reserved to itself the right to impress arms on any occasion, either as a defensive measure against possible insurrection or for use by the state. No gun ever belonged unqualifiedly to an individual."[133]

Yet there are a number of examples that directly contradict this claim. An October 13, 1675 statute of Massachusetts Bay provided for assessments on persons exempt from militia training of "so many fire armes, muskets, or carbines, with a proportionable stocke of [powder] & am[m]unition, as the said

Pl.0421

committees respectively shall appoint….” It appears that this was an assessment in kind, not of money. Another part of the statute specified “all such persons as shall be assessed, and shall accordingly provide three fire armes, shall be freed from being sent abroad to the warrs, except in extreame & utmost necessity.”[134]

Thus, the government believed that there were enough people who owned at least three guns that the government was prepared to exempt them from the onerous duty to fight overseas if they offered those guns to the government. As much as the government needed the guns, it did not believe that it had the authority to confiscate them. Instead, it needed to make a deal with the owners. Apparently the government did not believe that all guns were its property.

More evidence that militiamen possessed their *own* arms, and that the arms were not always issued from government magazines for militia service, is Massachusetts Governor William Shirley’s 1755 order to the militia to appear for service. “To such of them as shall be provided with sufficient Arms at their first Muster, they shall be allowed a *Dollar* over and above their Wages, and full Recompence for such of their Arms as shall be inevitably lost or spoiled.”[135]

Clearly, Governor Shirley believed that there were some members of the militia who, contrary to law, did not have firearms appropriate to military service. Just as clearly, Governor Shirley believed that some members would show up appropriately armed, and he was prepared to pay them extra to do so. Most importantly from the standpoint of private vs. public ownership, “full Recompence” shows that militiamen would be compensated for the loss of their privately owned guns; the guns were not “property of the government.”

Maryland’s Governor Sharpe similarly directed calling up of the militia, offering to provide government arms in 1759, but also “That for Every One of such Arms as any of Your men shall bring with them, and that may be Spoiled or Lost in actual Service, I will pay at the rate of Twenty five Shillings a Firelock.”[136]

At the start of the Revolution, a number of colonies made arrangements for additional pay for those soldiers who showed up with their own guns. Connecticut, for example, provided

28

Pl.0422

"that each inlisted inhabitant that shall provide arms for himself, well fixed with a good bayonet and cartouch box, shall be paid a premium of ten shillings…."[137] Later measures also suggest that militia men showing up with their own guns, and being paid extra, were the rule, not the exception.[138] Like Governor Shirley's "full Recompense," the Connecticut laws provided for compensation for those whose guns were lost in the war. While Connecticut impressed guns from the population for militiamen who did not have their own, the owners were to be paid four shillings for the use of impressed guns, and "the just value of the such gun" if lost.[139]

At the start of the Revolution, the Provincial Congress of Massachusetts purchased firearms from private parties,[140] and requested private citizens to sell their guns to the government: "[I]t is strongly recommended to such inhabitants…, that they supply the colony with same."[141] A request of June 15, 1775 for individuals to sell their arms is also phrased in terms that seem quite voluntary. "*Resolved*, that any person or persons, who may have such to sell, shall receive so much for them, as the selectmen of the town or district in which or they may dwell, shall appraise such arms at…."[142]

Other colonies also purchased guns from private parties—a strange behavior if guns remained "the property of the government." [143] Similarly, in November of 1775, with the war well under way, the Pennsylvania government issued a very odd statement, if guns were automatically "property of the government":

> The Committee of Safety are of opinion, that it is not improper for Mr. James Innes to purchase any second hand Arms which he may find in the hands of Individuals of this Province, and therefore have no objection to his buying them; But as they have employed, and are endeavouring to employ, all the Artificers that can be procured in making new arms for the public, they apprehend any application by Mr. Innes to such Artificers, will be attended with bad consequences to the general Cause by enhancing the Price of arms….[144]

At the start of the Revolution, the Maryland government confiscated guns from Tories and others suspected of disloyalty

Pl.0423

to the Patriot cause. Yet even then, the owners received compensation for the value of their guns.[145] Even disloyalty was not just cause for confiscation without compensation.

Another piece of evidence that guns were not "property of the government" is a 1776 order of the Continental Congress:

> Whereas in the execution of the resolve of Congress of the 14th of March, respecting the disarming disaffected persons, many fire arms may be taken, which may not be fit for use to arm any of the troops mentioned therein: Therefore, Resolved, That all the fire arms so taken, being appraised according to said resolve, none of them shall be paid for, but those that are fit for the use of such troops, or that may conveniently be so made, and *the remainder shall be safely kept by the said assemblies, conventions, councils or committees of safety, for the owners, to be delivered to them when the Congress shall direct.*[146] [emphasis added]

The owners were to be paid for guns taken for military use. Government ownership of guns was not assumed. Quite the opposite, private ownership was assumed and respected, even for Tories.

In the days after Lexington and Concord, General Gage was understandably nervous about being attacked from the rear by armed rebels. General Gage consequently ordered the people of Boston to turn in their arms. Many Bostonians were also deeply interested in leaving town, both because of the increasing poverty caused by the Boston Port Act of 1774, and the likelihood that the revolutionary army would attack Boston.

As an incentive, General Gage offered passes to leave Boston to all who turned in their weapons. No weapons or ammunition were allowed to leave Boston. The arms were to be "marked with the names of the respective owners…that the arms aforesaid, at a suitable time, would be returned to the owners." The marking of the arms demonstrates that at least some these were personally owned, not public arms. On April 27th, "the people delivered to the selectman 1778 fire-arms, 634 pistols, 973 bayonets, and 38 blunderbusses…."[147]

30

Pl.0424

## VII. RESTRICTIONS ON PRIVATE USE

There are restrictions on the use of firearms in the Colonial law, and most of these are unsurprising. They are safety and hunting regulations of the same general form, though less restrictive, than current laws.

### A. Restrictions on Discharge

The need for such laws strongly suggests that the claim that guns were kept centrally stored is incorrect. A March 1655/6 Virginia statute, for example, prohibited shooting "any guns at drinkeing (marriages and funerals onely excepted)" because gunshots were the common alarm of Indian attack, "of which no certainty can be had in respect of the frequent shooting of gunns in drinking…."[148] Similarly, a 1642 Maryland statute also ordered that, "No man to discharge 3 guns within the space of ¼ hour… except to give or answer alarm."[149]

There are some regulations that appear to have been temporary measures designed to deal with a particular crisis, and we may only speculate as to the motivations. An example is a 1675 Plymouth statute that prohibited shooting except at an Indian or a wolf. Since this measure immediately followed one requiring everyone to come to church armed "during the time of publicke danger,"[150] it seems likely that the law was an attempt to prevent unnecessary alarm, for the same reasons as the Virginia and Maryland laws.

Shooting was apparently a common enough pastime in 1638 Massachusetts that when an Emanuell Downing had "brought over, at his great charges, all things fitting for takeing wild foule by way of [decoy]," the General Court felt it necessary to order "that it shall not bee lawfull for any person to shoote in any gun within halfe a mile of the pond where such [decoy] shalbee placed…."[151] The need for such a law suggests that guns were not kept locked in a central storehouse.

The laws were passed not only for the economic benefit of the community as a whole, but also because negligent misuse of firearms was not unknown. An incident from a history of Plymouth Colony described how:

Pl.0425

On 1 July 1684 Robert Trayes of Scituate, described as a 'negro,' was indicted for firing a gun at the door of Richard Standlake, thereby wounding and shattering the leg of Daniel Standlake, which occasioned his death. The jury found the death of Daniel Standlake by 'misadventure,' and the defendant, now called 'negro, John Trayes,' was cleared with admonition and fine of £5.[152]

A statute adopted at the Massachusetts 1713-14 legislative session complained, "Whereas by the indiscreet firing of guns laden with shot and ball within the town and harbour of Boston, the lives and limbs of many persons have been lost, and others have been in great danger, as well as other damage has been sustained…" the legislature prohibited firing of any "gun or pistol" in Boston ("the islands thereto belonging excepted").[153]

Perhaps for a similar reason—or just to allow the inhabitants to get some sleep—in 1759, Georgia made it unlawful to fire "any great gun or [small] arm in the town or harbour of Savannah after Sun Set without leave or permission from the Governor…."[154]

B. Restrictions on Hunting

Hunting with firearms was also sufficiently common for Colonial governments to adopt restrictions. A 1632 Virginia statute licensed hunting wild pigs, but "any man be permitted to kill deare or other wild beasts or fowle in the common woods, forests, or rivers…. That thereby the inhabitants may be trained in the use of theire armes, the Indians kept from our plantations, and the wolves and other vermine destroyed."[155] A March 1661/2 statute prohibited "hunting and shooting of diverse men" on land without the owner's permission "whereby many injuryes doe dayly happen to the owners of the said land…." The statute also provided that it was lawful to pursue game shot elsewhere onto private land without permission.[156] A 1699 statute, "prohibiting the unseasonable killing of Deer," complained about how the deer population "is very much destroyed and diminished" by killing "Does bigg with young…."[157]

Laws regulating hunting appear in at least two colonies by

Pl.0426

mid-eighteenth century, and the language in both statutes suggests that hunting was common. A 1722 New Jersey "Act to prevent the Killing of Deer out of Season" prohibited deer hunting from January through June. That same law included a provision prohibiting "Persons carrying of Guns, and presuming to Hunt on other Peoples Land" explaining that it was required because "divers Abuses have been committed, and great Damages and Inconveniencies arisen…." The same act prohibited a slave from hunting or carrying a gun without permission of his master.[158]

A 1738 North Carolina "Act, to Prevent killing Deer, at Unseasonable Times" made it unlawful "to kill or destroy any Deer… by Gun, or other Ways and Means whatsoever" from February 15 to July 15."[159]

Virginia temporarily banned deer hunting in 1772, complaining that "many idle people making a practice, in severe frozen weather, and deep snows, to destroy deer, in great numbers, with dogs, so that the whole breed is likely to be destroyed, in the inhabited parts of the colony…." The government's concern was that, "numbers of disorderly persons… almost destroyed the breed, by which the inhabitants will… be deprived of that wholesome and agreeable food…." Therefore, deer hunting was completely prohibited until August 1, 1776.[160] It is not made explicit that the hunting was with guns, however.

Maryland had a few hunting restrictions as well. A 1648 law complained that because licenses previously issued for "killing of Wild Hoggs [e]mploying Indians to kill deere with Gunnes" both to residents and non-residents of Maryland "hath occasioned some inconvenience & hath given great offence to divers of the Inhabitants of this Province," all existing licenses were repealed. Unfortunately, the statute failed to explain in what manner this hunting had inconvenienced or offended the "Inhabitants."[161]

Two years later, another law prohibited foreigners "either English or Indian" from hunting "in any part of this Province or kill any Venison or other Game" without a license from the governor,[162] again with no explanation of the problem this law was intended to solve.

A 1654 Maryland law sought to prohibit shooting on Sundays: "Noe work shall be done on the Sabboth day but that which is of Necessity and Charity to be done no Inordinate

33

Pl.0427

Recreations as fowling, fishing, hunting or other, no shooting of Gunns be used on that day Except in Case of Necessity[.]" Following immediately upon prohibitions on drunkenness, swearing and gossiping, the statute seems intended to improve morals of the population, and was not specifically directed at guns.[163] In 1678, the law was expanded to prohibit a larger list of amusements, and still prohibited fishing and hunting.[164]

C. Restrictions on Fire-hunting

One particularly destructive practice of Colonial America was "fire-hunting," well described by a 1760 account explaining why white pines in New York, New England, and New Jersey were protected for the use of the Royal Navy:

This restriction is absolutely necessary, whether considered as securing a provision for the navy, or as a check upon that very destructive practice, taken from the Indians, of fire-hunting. It used to be the custom for large companies to go into the woods in the winter, and to set fire to the brush and underwood in a circle of several miles. This circle gradually contracting itself, the deer, and other wild animals inclosed, naturally retired from the flames, till at length they got herded together in a very small compass.

Then, blinded and suffocated by the smoke, and scorched by the fire, which every moment came nearer to them, they forced their way, under the greatest trepidation and dismay, through the flames. As soon as they got into the open daylight again, they were shot by the hunters, who stood without and were in readiness to fire upon them.[165]

Fire-hunting was not confined to the Northeast colonies; there are a number of statutes of Colonial Virginia and Maryland that either directly prohibit fire-hunting with reference to guns,[166] or that license hunting on the frontier in an attempt to control fire-hunting.[167] Doubtless other restrictions on firearms use existed—but if so, those who argue that Colonial governments severely restricted firearms use have yet to produce

34

Pl.0428

them.

## CONCLUSION: COLONIAL FIREARMS REGULATIONS WERE NEITHER *LAISSEZ-FAIRE* NOR RESTRICTIVE

As should be clear from the preceding walk through these laws, the Colonial statutes were not *laissez-faire*; there were many obligations concerning the ownership and carrying of guns adopted for the public good. Neither were they restrictive, at least for whites (with the exception of Catholics in Maryland). There were, it is true, some severe restrictions on firearms ownership in Colonial America, but they applied only to people who were not trusted to be loyal members of the community, particularly Indians and blacks. For the vast majority of people, who were considered loyal members of the community, gun ownership was not only allowed, it was an obligation.

## ENDNOTES

1. Michael A. Bellesiles, *Arming America: The Origins of a National Gun Culture* (New York: Alfred A. Knopf, 2000), 73. Similar text, with a subset of the same footnotes, appears at Michael Bellesiles, "Gun Laws in Early America: The Regulation of Firearms Ownership, 1607-1794," *Law & History Review.* 16:575 (1998).

Bellesiles also asserts government ownership of all guns at *Arming America*, pp. 79-80. Because individuals failed to take adequate care of guns in private hands, "The eventual solution to the lack of care devoted to firearms was to make all guns into the property of the state, subject to storage in central storehouses where they could be cleaned and repaired by paid government gunsmiths." Similarly, Bellesiles asserts that while "the colonies supported and subsidized the private ownership of firearms, the government reserved to itself the right to impress arms on any occasion, either as a defensive measure against possible insurrection or for use by the state. No gun ever belonged unqualifiedly to an individual."

2. *State v. Hirsch*, 177 Or. App. 441, 34 P.3d 1209 (Or. App. 2001).

3. Bellesiles, *Arming America,* 73.

4. *Code of 1650, Being a Compilation of the Earliest Laws and Orders of the General Court of Connecticut* (Hartford, Conn.: Silas Andrus, 1822), 72-73; J. Hammond Trumbull (vol. 1-3), Charles J. Hoadly (vol. 4-15), *The*

*Public Records of the Colony of Connecticut, Prior to the Union with New Haven Colony* (Hartford, Conn.: Brown & Parsons, 1850) (hereinafter *Public Records of Connecticut*), 1:542-543.

5. *Public Records of Connecticut*, 1:3-4, 15-16, 2:19-20, 217-18, 4:177, 8:379-80.

6. *Id.*, 2:217-18, 4:177, 8:379-80.

7. William Waller Hening, *The Statutes at Large; Being a Collection of all the Laws of Virginia, from the First Session of the Legislature, in the Year 1619* (New York: R. & W. & G. Bartow, 1823), 3:13.

8. *Id.*, 3:338.

9. *Id.*, 5:17, 21.

10. *Id.*, 6:116.

11. *Id.*, 6:118.

12. *Id.*, 6:537.

13. *The Colonial Laws of New York from the Year 1664 to the Revolution…* (Albany, New York: James B. Lyon, 1894), 1:49-50.

14. William Hand Browne, ed., *Archives of Maryland* (Baltimore: Maryland Historical Society, 1885) (hereinafter *Archives of Maryland*), 1:77.

15. *Id.*, 75:258.

16. *Id.*, 75:259.

17. *Id.*, 1:77.

18. *Id.*, 3:100-1.

19. *Id.*, 3:103.

20. *Id.*, 3:345.

21. *Id.*, 52:469.

22. *Id.*, 11:21. But see *id.*, 11:90 for a complaint that many had failed to conform to the law, though the complaint alleges that that the problem was "would not," not "could not."

23. Nathaniel B. Shurtleff, *Records of the Governor and Company of the Massachusetts Bay in New England* (Boston: William White, 1853), 1:84. In 1752, England switched from the Julian calendar (in which the new year begins on March 25, the date of the Annunciation) to the Gregorian calendar (in which the new year begins on January 1). For some older documents which were published between January 1 and March 25, historians supply both "years" of publication, under the old

36

**Pl.0430**

calendar which was in effect at the time, and under the new calendar which we use today.

24. *Id.*, 2:134. This requirement is reiterated on November 11, 1647. *Id.*,2:222.

25. *Id.*, 3:84.

26. *Id.*, 2:99.

27. Charles J. Hoadly, ed., *Records Of The Colony And Plantation Of New Haven, From 1638 To 1649* (Hartford, Conn.: Case, Tiffany, 1857), 25-26, 96-97, 131, 202. Hoadly, 122-3, lists a number of men fined for failure to obey.

28. William Brigham, ed., *The Compact with the Charter and Laws of the Colony of New Plymouth…* (Boston: Dutton and Wentworth, 1836), 31, 44-45, 285-6.

29. *Acts and Laws, Passed by the General Court or Assembly of the Province of New-Hampshire in New-England…* (1716), 91-92, in Clifford K. Shipton, ed., *Early American Imprints, 1639-1800* (Worcester, Mass.: American Antiquarian Society, 1967), imprint 1985.

30. *The Laws and Acts of the General Assembly of Her Majesties Province of Nova Caesarea or New-Jersey* (W. Bradford, 1709), 12-13, in Clifford K. Shipton, ed., *Early American Imprints, 1639-1800* (Worcester, Mass.: American Antiquarian Society, 1967), imprint 1412.

31. *Laws of the Government of New-Castle, Kent and Sussex Upon Delaware* (Philadelphia: B. Franklin, 1741), 171-7. While the title page is clearly 1741, this must have been only for the first of annual series, since the law was passed in 1742. See also a 1740 statute, *Id.*, 151, imposing similar requirements on the town of Lewes, which was apparently considered especially exposed to naval attack.

32. John Russell Bartlett, ed., *Records of the Colony of Rhode Island and Providence Plantations, in New England* (Providence, R.I.: A. Crawford Greene and Brother, 1856), 1:94.

33. *Id.*, 1:79-80.

34. Alexander S. Salley, *Journal of the Grand Council of South Carolina* (Columbia, S.C.: Historical Commission of South Carolina, 1907), 1:10-11.

35. *Laws of North Carolina–1715*, ch. 25, in John D. Cushing, ed., *The Earliest Printed Laws of North Carolina, 1669-1751* (Wilmington, Del.: Michael Glazier, Inc., 1977), 2:29-31.

36. *A Collection of all the Public Acts of Assembly, of the Province of North-Carolina: Now in Force and Use...* (Newbern, N.C.: James Davis, 1751), 215-16.

Pl.0431

37. John Hope Franklin, *The Free Negro in North Carolina, 1790-1860* (Chapel Hill, N.C.: University of North Carolina Press, 1995), 101-102.

38. Allen D. Candler, comp., *The Colonial Records of the State of Georgia* (Atlanta, Ga.: Chas. P. Byrd, 1911), 19(part 1):291. Nearly identical language appears in the 1755 militia statute. *Id.*, 18:7, 11-12.

39. *Id.*, 19(part 1):296.

40. *Id.*, 19(part 1):303. There are many pages of highly detailed fines and provisions to handle any imaginable contingency in this statute.

41. *Id.*, 19(part 1):324-25.

42. *Id.*, 19(part 1):297-8.

43. *Id.*, 19(part 1):299. See the similar obligation imposed in 1757 on members of the militia to keep and carry "one good Gun or Pistol in Order… and a Cartridge Box with at least Six Cartridges" when on patrol duty. *Id.*, 18:231.

44. A few scattered scraps that give some idea of the conflict between governor and legislature on passage of a mandatory militia law can be found in *Pennsylvania Archives*, 4th series, 1:706-8, 2:441, 548, 555.

45. *Archives of Maryland*, 75:264; Abbot Emerson Smith, *Colonists in Bondage: White Servitude and Convict Labor in America, 1607-1776* (Gloucester, Mass.: Peter Smith, 1965), 239.

46. *Laws of North Carolina*—1715, ch. 46, in John D. Cushing, ed., *The Earliest Printed Laws of North Carolina, 1669-1751* (Wilmington, Del.: Michael Glazier, Inc., 1977), 63; Farley Grubb, "The Statutory Regulation of Colonial Servitude: An Incomplete-Contract Approach," *Explorations in Economic History* 37 (January, 2000):69.

47. Public Records Office, Customs 16:85, 109, 171. In 1769: 229,545 pounds; 1770: 410,591; 1771: 390,558 pounds.

48. William J. Novak, "*Salus Populi*: The Roots of Regulation in America, 1787-1873" (Ph.D. diss., Brandeis University, 1992), 188.

49. This calculation is necessarily imprecise, but is based on statutes of the time that assumed four pounds of lead for every pound of gunpowder, and a 0.75 caliber Brown Bess: *Archives of Maryland*, 1:77; Matthew Page Andrews, *Tercentenary History of Maryland* (Chicago and Baltimore: S.J. Clarke Publishing Co., 1925), 1:150; Hening, 5:17, 21. Many firearms in Colonial America were smaller caliber, and consequently used less powder, increasing the number of shots that could have been fired. Concerning the claim of gun ownership, storage requirements, and hunting, see generally Bellesiles, *Arming America*.

50. *Public Records of Connecticut,* 1:95, 96.

Pl.0432

51. Shurtleff, 1:190.

52. *Id.*, 1:210.

53. *Id.*, 2:38.

54. Bartlett, 1:94.

55. *Archives of Maryland*, 3:103.

56. Bartlett, 1:79.

57. Hoadly, 131-32. See *id.*, 122-23, for men fined for failure to bring their guns to church, and Hoadly, 500, for William Paine's request that he be exempted from this requirement, "he lives [far off] and hath three small children, and his wife is lame and cannot help to bring the children."

58. Brigham, 70.

59. *Id.*, 115.

60. *Id.*, 176.

61. August 2, 1619, "Proceedings of the Virginia Assembly, 1619," in Lyon Gardiner Tyler, *Narratives of Early Virginia, 1606-1625* (New York: Charles Scribner's Sons, 1907; reprinted New York: Barnes & Noble, 1959), 273.

62. Hening, 1:198.

63. *Id.*, 5:19.

64. David J. McCord, *Statutes at Large of South Carolina* (Columbia, S.C.: A. S. Johnson, 1840), 7:417-19.

65. Candler, *The Colonial Records of the State of Georgia*, 19(part 1):137-40.

66. Hening, 1:127, 198.

67. Shurtleff, 1:85.

68. *Id.*, 1:190.

69. Bartlett, 1:94.

70. *Archives of Maryland*, 3:103.

71. William Bradford, Samuel Eliot Morison, ed., *Of Plymouth Plantation, 1620-1647* (New York: Alfred A. Knopf, 2001), 70.

72. Sydney V. James, Jr., *Three Visitors to Early Plymouth* (Bedford, Mass.: Applewood Books, 1997), 16.

73. Francis Adams, Jr., ed., *New English Canaan of Thomas Morton* (Boston: The Prince Society, 1883; reprinted New York: Burt Franklin, 1967), 21-28.

74. Bradford, 204, 206-8, 232-3.

Pl.0433

75. Joseph H. Smith, ed., *Colonial Justice in Western Massachusetts (1639-1702): The Pynchon Court Record, An Original Judges' Diary of the Administration of Justice in the Springfield Courts in the Massachusetts Bay Colony* (Cambridge: Harvard University Press, 1961), 208.

76. *Archives of Maryland*, 3:103.

77. Shurtleff, 1:196.

78. *Id.*, 2:24.

79. *Id.*, 3:268.

80. *Id.*, 3:397.

81. *Public Records of Connecticut*, 1:1, 2.

82. *Id.*, 1:49.

83. *Id.*, 1:182.

84. *Id.*, 1:79-80.

85. *Id.*, 1:113-14, 138, 145-6, 197-8.

86. *Id.*, 1:146-7, Richard Lord fined £7 and Thomas Stanton, £5. *Id.*, 1:167, Thomas Lord ordered to appear. *Id.*, 1:242, Captain Sebadoe fined £10.

87. Smith, 263.

88. Shurtleff, 4 (part 2):365.

89. John E. Soule, Milton E. Terry, and Robert S. Wakefield, comp., *George Soule of the Mayflower and His Descendants for Four Generations*, 3rd ed. (Plymouth, Mass.: General Society of Mayflower Descendants, 1999), 6.

90. *Public Records of Connecticut,* 1:351, 375.

91. Hening, 1:441.

92. *Id.*, 1:525.

93. *Id.*, 2:215.

94. *Id.*, 2:336-7.

95. *Archives of Maryland*, 1:71.

96. *Id.*, 1:250.

97. *Id.*, 58:420.

98. Hening, 2:481.

99. *Id.*, 4:131.

100. *Id.*, 5:17. Indians and blacks to appear unarmed for muster reiterated in 1757. *Id.*, 7:95.

40

Pl.0434

101. *Archives of Maryland*, 75:268.

102. *Laws of the Government of New-Castle, Kent and Sussex Upon Delaware* (Philadelphia: B. Franklin, 1741), 178.

103. Candler, *The Colonial Records of the State of Georgia*, 19(part 1):76-78. Essentially identical language appears in the 1755 slave law, *Ibid.*, 18-117-18.

104. J. Franklin Jameson, ed., *Johnson's Wonder-Working Providence: 1628-1651* (New York: Barnes & Noble, Inc., 1959), 175. Shurtleff, 1:211-12, gives the disarming orders.

105. Hening, 2:403.

106. *Archives of Maryland,* 52:450-1 contains a 1756 militia law that exempts "Papists, the Persons commonly called Neutralls, Servants, and Slaves." See instructions at 52:598 ordering that no soldier be enlisted "Roman Catholic or Deserter, knowing them to be such…." Also discussed at 6:419-20, 9:315-6; 28:315

107. *Id.*, 52:451-2.

108. Joyce Lee Malcolm, *To Keep and Bear Arms: The Origins of an Anglo-American Right* (Cambridge, Mass.: Harvard University Press, 1994), 123. Britain and Ireland had different laws concerning the disarming of Catholics, with the Irish law somewhat more restrictive on the possession of arms for self-defense. Compare 1 W. & M., ch. 15 (1689) with the Irish law 7 Will III ch.5 (1695).

109. Joyce Lee Malcolm, "The Right of the People to Keep and Bear Arms: The Common Law Tradition," *Hastings Constitutional. Law Quarterly* 10:310 (1983).

110. *Archives of Maryland*, 25:288-9.

111. *Id.*, 28:315.

112. *Id.*, 52:454.

113. Candler, *The Colonial Records of the State of Georgia*, 18:190-1.

114. Bellesiles, *Arming America,* 73.

115. Shurtleff, 1:84.

116. *Id.*, 1:93.

117. *Code of 1650, Being a Compilation of the Earliest Laws and Orders of the General Court of Connecticut* (Hartford, Conn.: Silas Andrus, 1822), 72-73.

118. *Colonial Laws of New York*, 1:52.

119. *Acts and Laws, Passed by the General Court or Assembly of the Province of New-Hampshire in New-England…* (1716), 91-92, in Clifford K. Shipton,

Pl.0435

ed., *Early American Imprints, 1639-1800* (Worcester, Mass.: American Antiquarian Society, 1967), imprint 1985, 94.

120. Hening, 2:304.

121. *Id.*, 6:118.

122. *Archives of Maryland*, 75:425.

123. *Id.*, 52:452.

124. Shurtleff, 2:31. Shurtleff, 3:187, includes a May 23, 1650 order that the public arms to be sold not include cannon. An October 14, 1651 order at Shurtleff, 3:248, provides for the gift of five publicly owned muskets to inhabitants of Salem and "our present honored Governor."

125. Hening, 8:125-6.

126. *Public Records of Connecticut,* 1:29.

127. *Id.*, 1:1, 2.

128. *Id.*, 1:49.

129. *Id.*, 1:182, Robert Slye fined £10 for "exchanging a gunn with an Indian" with George Hubberd, John West, and Peter Blatchford "for the same" all fined the same amount.

130. *Id.*, 1:33.

131. *Id.*, 1:50.

132. Hoadly, *Records Of The Colony And Plantation Of New Haven,* 176-77.

133. Bellesiles, *Arming America*, 79.

134. Shurtleff, 5:48-49.

135. Library of Congress, Printed Ephemera Collection; Portfolio 35, Folder 15b.

136. *Archives of Maryland*, 9:565. Similar offers appear at 31:404, in 1760, and at 56:404 in 1761.

137. *Public Records of Connecticut,* 14:417-18. See *id.*, 15:188, for a similar measure in December 1775.

138. *Id.*, 15:97.

139. *Id.*, 14:418-19.

140. Massachusetts Provincial Congress, *The Journals of Each Provincial Congress of Massachusetts in 1774 and 1775* (Boston: Dutton and Wentworth, 1838), 536-37, 584-93. *Id.*, 584 (107 "small arms"); 585 (13 "guns"); 591 (28 "guns, for the use of the colony, collected by order of Congress").

141. *Id.*, 210.

Pl.0436

142. *Id.*, 336-37.

143. February 7, 1776, *Colonial Records of Pennsylvania* (Chicago: Library Resources, 1970), 10:478;    February 9, 1776, 10:481; April 9, 1776, 10:537; April 10, 1776, 10:537; July 30, 1776, 10:471; July 24, 1776, 10:653; August 23, 1776, 10:698; November 29, 1775, *Minutes of the Supreme Executive Council of Pennsylvania* (Harrisburg, Penn.: Theo. Fenn & Co., 1852), 10:416-67, 10:550-51, 686-67, 700.

144. November 30, 1775, *Min.Sup.Penn.*, 418.

145. See March 8, 1776, *American Archives* 4th series, 5:1509 for Baltimore, Maryland's confiscation and compensation of guns.

146. Worthington C. Ford, *et al,.* ed., *Journals of the Continental Congress, 1774-1789* (Washington, D.C., 1904-37), 4:220-21.

147. Richard Frothingham, *History of the Siege of Boston, and of the Battles of Lexington, Concord, and Bunker Hill,* 6th ed. (Boston: 1903), 94-95.

148. Hening, 1:401-2.

149. *Archives of Maryland,* 3:103.

150. Brigham, 176.

151. September 6, 1638, Shurtleff, 1:236.

152. Eugene Aubrey Stratton, *Plymouth Colony: Its History & People, 1620-1691* (Salt Lake City: Ancestry Publishing, 1986), 188.

153. *Acts and Resolves, Public and Private, of the Province of the Massachusetts Bay…* (Boston: Albert J. Wright, 1878), 3:305-6.

154. Candler, *The State Records of the Colony of Georgia,* 18:294-5.

155. Hening, 1:199.

156. *Id.*, 2:96-97. *Id.*, 3:328, contains a minor revision of this law in 1705.

157. *Id.*, 3:180.

158. *Laws and Acts of the General Assembly Of His Majesties Province of Nova Caesarea or New-Jersey…* (William Bradford, 1722), 143-45.

159. *Laws of North Carolina—1738,* ch. 10, in John D. Cushing, ed., *The Earliest Printed Laws of North Carolina, 1669-1751* (Wilmington, Del.: Michael Glazier, Inc., 1977), 2:128.

160. Hening, 8:592-3.

161. *Archives of Maryland,* 3:255.

162. *Id.*, 1:295-96. Also reiterated in 1654 at 1:351.

163. *Id.*, 1:343-44.

Pl.0437

164. *Id.*, 7:51-52.

165. Andrew Burnaby, "In the Woods" in Albert Bushnell Hart and Mabel Hill, *Camps and Firesides of the Revolution* (New York: Macmillan Co., 1937), 51. See also J. Franklin Jameson, ed., *Johnson's Wonder-Working Providence: 1628-1651* (New York: Barnes & Noble, Inc., 1959), 85, for what *may* be a description of Indian fire-hunting of deer in seventeenth century New England.

166. Hening, 5:62 is a 1738 statute prohibiting fire-hunting by both colonists and Indians. "And if any Indian be found fire-hunting… it shall and may be lawful, for the owner of such land… to take away the gun of such Indian, and the same to keep to his own use." *Id.*, 5:431 again punishes fire-hunting.

*Archives of Maryland,* 28:348-9 is a 1745 statute that prohibits fire-hunting, although it is not explicit that the "hunters" were using guns. *Id.*, 44:21, 36, 39, 173, 180-1, trace the legislative history from the request earlier that year from the backwoods farmers to prohibit fire-hunting and hunting by non-residents to final passage. For reasons not explained, a similar law is debated in 1753 at 50:211 and 251, where it was "referred to the Consideration of next Assembly."

Connecticut's 1733 statute regulating "Firing the Woods" at *Public Records of Connecticut*, 7:456-7, is not explicitly about hunting, nor does it ever mention firearms, but may have been motivated by the same concerns.

167. Hening, 3:69.

44

Pl.0438

**Plaintiffs' Exhibit S**

Pl.0439



Content downloaded/printed from                    *HeinOnline*

Thu Oct  3 15:38:15 2019

Citations:

Bluebook 20th ed.
1792 423 .

ALWD 6th ed.
1792 423 .

Chicago 7th ed.
, "," Connecticut - October Session : 423-434

OSCOLA 4th ed.
, " 1792 423

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
        *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Pl.0440

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16743   Page 26 of 105



# ACTS AND LAWS,

Made and passed by the General Court or Assembly of the State of Connecticut, in America, holden at New-Haven, (in said State) on the second Thursday of October, Anno Dom. 1792.

An Act for forming and conducting the military force of this state, conformable to the act of Congress, passed the eight day of May, A. D. 1792, which is as follows:—" An Act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States."

"SECTION I. **B**E *it enacted by the Senate, and house of Representatives, of the United States of America, in Congress assembled,* That each and every free able bodied white male citizen, of the respective states, resident therein, who is, or shall be of the age of eighteen years, and under the age of forty-five years (except as is herein after excepted) shall severally and respectively be enrolled in the militia, by the captain or commanding officer of the company, within whose bounds such citizen shall reside; and that within twelve months after the passing this act, it shall at all times hereafter be the duty of every such captain, or commanding officer of a company, to enrol every such citizen, as aforesaid; and also those who shall, from time to time, arrive at the age of eighteen years, and under the age of forty-five years (except as before excepted) shall come to reside within his bounds; and shall without delay, notify each citizen of the said enrolment, by a proper non-commissioned officer of the company, by whom such notice may be proved. That every such citizen so enrolled and notified, shall within six months thereafter, provide himself with a good musket or firelock, a sufficient bayonet and belt, two spare flints and knapsack, a pouch with a box therein to contain twenty-four cartridges, suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball; or with a good rifle, knapsack, shot-pouch and powder-horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder; and shall appear so armed, accoutred and provided, when called out to exercise, or into service, except that when called out on company days to exercise only, he may appear without a knapsack. That the commission officers shall severally be armed with a sword or hanger, and espontoon; and that from and after five years from the passing this act, all muskets for arming the militia, as herein required, shall be of bores sufficient for balls of the eighteenth part of a pound: And every citizen so enrolled, and providing himself with the arms, ammunition and accoutrements, required as aforesaid, shall hold the same exempt from all suits, distresses, executions, or sales for debt, or for the payment of taxes."

*Militia how & by whom to be enrolled.*

*How to be armed and accoutred.*

"SEC. II. *And be it further enacted,* That the vice-president of the United States, the officers, judicial and executive, of the United States, the members of both houses of Congress, and the respective officers, all custom-house officers, with their clerks, all post-officers, and stage drivers, who are employed in the care and conveyance of the mail of the post-office of the United States, all ferrymen employed at any ferry on the post-road, all inspectors of exports, all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States, and all persons who are, or may hereafter be exempted by the laws of the respective states, shall be, and are hereby exempted from military duty, notwithstanding their being above eighteen, and under the age of forty-five years."

*Executive officers, &c. exempt.*

Y y y                                                    SEC. III.

Pl.0441

*A C T S  A N D  L A W S.*

## Militia.

**Militia how to be arranged,**

" SEC. III. *And be it further enacted,* That within one year after the passing this act, the militia of the respective states shall be arranged into divisions, brigades, regiments and companies, as the legislature of each state shall direct; and each division, brigade, and regiment, shall be numbered at the formation thereof, and a record made of such numbers in the adjutant general's office in the state; and when in the field, or in service of the state, each division, brigade and regiment, shall respectively take rank according to their numbers, reckoning the first or lowest number highest in rank. That if the same be convenient, each brigade shall consist of four regiments, each regiment of two battalions, each battalion of five companies, each company of sixty-four privates. That the said militia shall be officered by the respective states, as follows, To each division one major-ge-

**by whom officered.**

neral, and two aids-de-camp, with the rank of major; to each brigade, one brigadier-general, with one brigade inspector, to serve also as brigade-major, with the rank of a major; to each regiment one lieutenant-colonel-commandant; and to each battalion one major; to each company one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer, one fifer or bugler. That there shall be a regimental staff, to consist of one adjutant, one quarter-master to rank as lieutenant, one pay-master, one surgeon and surgeon's-mate, one sergeant-major, one drum-major, and one fife-major."

**Each battalion to have 1 company of grenadiers, &c. and 1 company of artillery.**

" SEC. IV. *And be it further enacted,* That out of the militia enrolled as is herein directed, there shall be formed for each battalion, at least one company of grenadiers, light-infantry, or riflemen; and that to each division, there shall be at least one company of artillery, and one troop of horse. There shall be to each company of artillery, one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombadiers, one drummer, and one fifer; the officers to be armed with a sword or hanger, fusee, bayonet and belt, with a cartridge box,

**Officers how to be armed.**

to contain twelve cartridges, and each private or matross, shall furnish himself with all equipments of a private in the infantry, until proper ordnance and field artillery is provided. There shall be to each troop of horse, one captain, two lieutenants,

**Troops of horse how officered, &c.**

one cornet, four sergeants, four corporals, one saddler, one farrier, and one trumpeter. The commissioned officers to furnish themselves with good horses of at least fourteen hands and a half high, and to be armed with a sword and pair of pistols, the holsters of which to be covered with bearskin caps; each dragoon to furnish himself with a serviceable horse, at least fourteen hands and a half high, a good saddle, bridle, mail pillion and valeise, holsters, and a breastplate and crupper, a pair of boots and spurs, a pair of pistols, a sabre, and a cartridge box to contain 12 cartridges for pistols. That each company of artillery and troop of horse, shall

**Artillery and horse of whom to be formed; to be uniformly clad at their own expence.**

be formed of volunteers from the brigade, at the discretion of the commander in chief of the state, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry; and shall be uniformly clothed in regimentals, to be furnished at their own expence, the colour and fashion to be determined by the brigadier commanding the brigade to which they belong,"

**What colours &c. and by whom to be furnished.**

" SEC. V. *And be it further enacted,* That each battalion and regiment, shall be provided with a State and regimental colours by the field officers; and each company with a drum and fife, or bugle horn, by the commissioned officers of the company, in such manner as the legislature of the state shall direct."

**Adjutant-general in each state, his duty.**

" SEC. VI. *And be it further enacted,* That there shall be an adjutant-general appointed in each state, whose duty it shall be to distribute all orders from the commander in Chief of the State, to the several corps; to attend all public reviews when the commander in chief of the state shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution, and perfecting the system of military discipline established by this Act; to furnish blank forms or different returns that may be required, and to explain the principles on which they shall be made; to receive from the several officers of the different corps throughout the state, returns of the militia under their command, respecting the actual situation of their arms, accoutrements, and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline : All which the several officers of the division, of the brigades, regiments, and battalions, are hereby required to make in the usual manner, so that the said adjutant-general may be duly furnished therewith; from all which returns he shall make proper abstracts, and lay the same annually before the commander in chief of the state."

**Rules of discipline.**

" SEC. VII. *And be it further enacted,* That the rules of discipline approved and established by Congress in their resolutions of the 29th of March 1779, shall be the rules of discipline, to be observed by the militia, throughout the United States, except such deviations from the said rules as may be rendered necessary by the requisitions of this act, or by some other unavoidable circumstances. It shall be the duty of the Commanding Officer, at every muster, whether by battalion, regiment, or single company, to cause the militia to be exercised and trained, agreeably to the said rules of discipline."

**Officers how to take rank.**

" SEC. VIII. *And be it further enacted,* That all the commissioned officers shall take rank according to the date of their commissions; and when two of the same

grade

Pl.0442

## Militia.

grade bear an equal date, then their rank to be determined by lot, to be drawn by them, before the commanding officer of the brigade, regiment, battalion, company, or detachment."

"Sec. IX. *And be it further enacted,* That if any person, whether officer or soldier, belonging to the militia of any state, and called out into service of the U-nited States, be wounded, or disabled while in actual service, he shall be taken care of and provided for at the public expence." *Provision in case of wounds, &c.*

"Sec. X. *And be it further enacted,* That it shall be the duty of the brigade-inspector, to attend the regimental and battalion meeting of the militia, composing the several brigades during the time of their being under arms, to inspect their arms, ammunition, and accoutrements ; superintend their exercise and man-ouvres, and introduce the system of military discipline before described, through-out the brigade, agreeable to law ; and such orders as they shall from time to time receive from the commander in chief of the state ; to make returns to the adjutant-general of the state, at least once in every year, of the militia of the brigade to which he belongs ; reporting therein the actual situation of the arms, accoutre-ments, and ammunition, of the several corps ; and in every other thing which in his judgment relates to their government, and the general advancement of good order and military discipline. And the adjutant-general shall make a return of all the militia in the state, to the commander in chief of the said state, and a dupli-cate of the same to the President of the United States." *Brigade inspec-tor's duty.*

"And whereas sundry corps of artillery, cavalry, and infantry, now exist in se-veral of the said states, which by the laws, customs and usages thereof, have not been incorporated with, or subject to the general regulations of the militia ;" *Artillery, &c. now existing.*

"Sec. XI. *Be it further enacted,* That such corps retain their accustomed privileges, subject nevertheless to all other duties required by this act, in like man-ner with the other militia." *To retain their privileges.*

> JONATHAN TRUMBULL, *Speaker of the House of Representatives.*
> RICHARD HENRY LEE, *President pro tempore of the Senate.*

APPROVED MAY THE EIGHTH, 1792.

> GEORGE WASHINGTON, *President of the United States.*

In pursuance of which Act, and to carry the same into execution agree-ably to the requirements thereof,

BE it enacted by the Governor, Council, and House of Representatives, in General *Court assembled,* That the governor of this state, for the time being, shall be captain-general and commander in chief, of all the military force in this state ; and that the lieutenant governor shall be lieutenant-general of the same. *Capt. General and Lieut. Gen.*

And that all citizens in this state, required by said act of Congress, except mem-bers of the council, of the house of representatives, for the time being ; the state treasurer, and secretary ; justices of the peace ; field, commissioned, and staff offi-cers, honorably discharged ; ministers of the gospel ; the president, professors, and tutors of college, and students, till the time of taking their second degrees ; physicians and surgeons ; select-men ; constant school masters ; one miller to each grist-mill, being approved by the select-men, and having a certificate thereof ; she-riffs and constables ; constant ferrymen ; non-commissioned officers, who have re-moved out of the limits of their command and are not re-appointed, or such as have been honorably discharged ; and such non-commissioned officers and soldiers, as inlisted during the war, in the late war, and were honorably discharged ; and all such as are exempt by special act or resolve of this assembly ; shall be enrolled in companies as therein directed, and formed into regiments, brigades, and divi-sions, in the following manner, viz. *Persons exemp-ted from milita-ry duty.*

Those in the town of Hartford, (the governor's company of horse guards, and company of cadets excepted, which shall be under the immediate command of the captain-general) those in the town of Windsor (exclusive of what lies in the society of Turkey-Hills, in said Windsor,) and those in that part of Farmington lying in the society of Wintonbury, shall constitute the first regiment. *1st. Regiment.*

Those in the town of New-Haven, East-Haven, North-Haven, and Hamden, (ex-cept the governor's guard in New-Haven, who are under the immediate command of the captain-general) shall constitute the second regiment. *2d. Regiment.*

Those in the towns of New-London and Montville, shall constitute the third regiment. *3d. Regiment.*

Those in the towns of Fairfield, Weston, and Reading, shall constitute the fourth regiment. *4th. Regiment.*

Those in the towns of Windham, Hampton, (excepting the former bounds of Canterbury) Mansfield and Ashford, shall constitute the fifth Regiment. *5th Regiment.*

Those in the towns of Wethersfield and Glastonbury, and that part of Berlin for-merly Wethersfield, shall constitute the sixth Regiment. *6th Regiment.*

Those in the towns of Saybrook, Killingworth, and Haddam, shall constitute the seventh regiment. *7th Regiment.*

Those in the towns of Groton and Preston, (except those in that part of Preston that was formerly part of Norwich) shall constitute the eighth regiment. *8th Regiment.*

Those

Pl.0443

*A C T S  A N D  L A W S.*

# Militia.

**9th Regiment.** Those in the towns of Greenwich and Stamford, (except those in the societies in Canaan, and Middlesex in Stamford) shall constitute the ninth regiment.

**10th Regiment.** Those in the towns of Wallingford, Cheshire, and Durham, shall constitute the tenth regiment.

**11th Regiment.** Those in the towns of Pomfret, Woodstock, Killingly, Thompson, and Brooklin, (excepting the south company and artillery men) shall constitute the eleventh regiment.

**12th Regiment.** Those in the towns of Lebanon, Hebron, and the company in the society of Marlborough in Colchester, and those in the society of Andover, in Coventry, shall constitute the twelfth regiment.

**13th Regiment.** Those in the towns of Woodbury, Southbury, and Bethlehem, (except that part of Southbury included in Oxford company) shall constitute the thirteenth regiment.

**14th Regiment.** Those in the towns of Salisbury, Canaan, and Norfolk, shall constitute the fourteenth regiment.

**15th Regiment.** Those in the towns of Farmington, Berlin, Bristol, and Southington (except the former bounds of Wethersfield and Middletown, in Berlin) shall constitute the fifteenth regiment.

**16th Regiment.** Those in the towns of Danbury, Brookfield, Newtown, New-Fairfield, (except that part which now forms the north company) and Ridgefield, (except that part which now forms the south company) shall constitute the sixteenth regiment.

**17th Regiment.** Those in the towns of Litchfield, Harwinton, and Torrington, shall constitute the seventeenth Regiment.

**18th Regiment.** Those in the towns of Symsbury and Granby, and that part of the town of Windsor lying in the society of Turkey-Hills, and part of Suffield lying West of the mountain, shall constitute the eighteenth regiment.

**19th Regiment.** Those in the towns of East-Hartford, Bolton, East-Windsor, and that part of Ellington lying West of a line running north from the North-west corner of Tolland to Somers, shall constitute the nineteenth regiment.

**20th Regiment.** Those in the towns of Norwich, Bozrah, Franklin, Lisbon, and that part of Preston that was formerly part of Norwich, and that part of Canterbury in Hanover society, shall constitute the twentieth regiment.

**21st Regiment.** Those in the towns of Plainfield, Canterbury, Voluntown, and South Company, with the artillery men in Brooklyn, and that part of Hampton formerly in Canterbury, and the south company in Killingly, (except that part of Canterbury in Hanover society) shall constitute the twenty-first regiment.

**22d. Regiment.** Those in the towns of Tolland, Stafford, Willington, Union, and part of Ellington lying east of a line running north from the north-west corner of Tolland to Somers, and Coventry (except Andover society) shall constitute the twenty-second regiment.

**23d. Regiment.** Those in the towns of Middletown and Chatham, and part of Berlin, formerly Middletown, shall constitute the twenty-third Regiment.

**24th Regiment.** Those in the towns of Colchester and East-Haddam, (except the society of Marlborough in Colchester) shall constitute the twenty-fourth regiment.

**25th Regiment.** Those in the towns of New-Hartford, Hartland, Winchester, Barkhempstead and Colebrook, shall constitute the twenty-fifth Regiment.

**26th Regiment.** Those in the towns of Watertown and Waterbury (except that part of Waterbury included in Oxford company) shall constitute the twenty-sixth regiment.

**27th Regiment.** Those in the towns of Guilford and Branford, shall constitute the twenty-seventh regiment.

**28th Regiment.** Those in the towns of Stratford and Huntington, shall constitute the twenty-eighth regiment.

**29th Regiment.** Those in the towns of Washington, New-Milford, Warren, Kent, and New-Fairfield north society, shall constitute the twenty-ninth regiment.

**30th Regiment.** Those in the town of Stonington shall constitute the thirtieth regiment.

**31st Regiment.** Those in the towns of Suffield, Enfield and Somers, (except that part of Suffield lying west of the mountain) shall constitute the thirty-first regiment.

**32d Regiment.** Those in the towns of Milford, Derby and Woodbridge, and that part of Southbury and Waterbury, in Oxford company, shall constitute the thirty-second regiment.

**33d Regiment.** Those in the town of Lyme, shall constitute the thirty-third regiment.

**34th Regiment.** Those in the towns of Norwalk, and that part of Ridgefield that now includes the south company, and those in the societies of Canaan, and Middlesex, in Stamford, shall constitute the thirty-fourth regiment.

**35th Regiment.** Those in the towns of Sharon, Cornwall, Goshen, and part of Litchfield, and Kent, now forming a company with Goshen and Cornwall, shall constitute the thirty-fifth regiment.

**Where companies are divided.** And when by the division of companies into regiments, which hath or shall be made, it shall so happen that a company shall be divided, and part put into one regiment and part into another; in such case the minor part of such company, shall belong to the regiment, to which the major part belongs: Any descriptions or division herein before contained notwithstanding.

That

Pl.0444

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16747   Page 30 of 105

## Militia.

That the firft, eighteenth, nineteenth, twenty-fecond, and thirty-firft regiments, ſhall conftitute the firft brigade. | Bounds of the 1ſt brigade.

That the fecond, feventh, tenth, twenty-feventh, and thirty-fecond regiments, ſhall conftitute the fecond brigade. | 2d. brigade.

That the third, eighth, twentieth, thirtieth, and thirty-third regiments, ſhall conftitute the third brigade. | 3d. brigade.

That the fourth, ninth, twenty-eighth, and thirty-fourth regiments, ſhall conftitute the fourth brigade. | 4th brigade.

That the fifth, eleventh, twelveth, and twenty-firft regiments, ſhall conftitute the fifth brigade. | 5th brigade.

That the fourteenth, feventeenth, twenty-fifth, and thirty-fifth regiments, ſhall conftitute the fixth brigade. | 6th brigade.

That the fixth, fifteenth, twenty-third and twenty-fourth regiments, ſhall conftitute the feventh brigade. | 7th brigade.

That the thirteenth, fixteenth, twenty-fixth and twenty-ninth regiments, ſhall conftitute the eighth brigade. | 8th brigade.

That the firft divifion ſhall be compofed of the firft and feventh brigades. | 1ſt divifion.

That the fecond divifion ſhall be compofed of the fecond and fourth brigades. | 2d. divifion.

That the third divifion ſhall be compofed of the third and fifth brigades. | 3d. divifion.

That the fourth divifion ſhall be compofed of the fixth and eighth brigades. | 4th divifion.

And that all companies of artillery, grenadiers, and light infantry, that now or ſhall hereafter be raifed, and troops of horfe hereafter to be raifed, ſhall be attached and annexed to the regiments, brigades and divifions, from which they were raifed. And that the eftablifhment of the companies of light dragoons, ſhall be forty, exclufive of commiffion officers ; and that no officer of fuch company ſhall recruit his company of dragoons from any company of artillery, or troop of Horfe —nor from any company of infantry, unlefs the fame confift of more than fixty-four rank and file ; but may enlift any exempts from military duty. | Artillery, grenadiers, light-infantry & troop of horfe to be annexed to the regiments, &c. from which they were raifed.

*And be it further enacted,* That each company of artillery ſhall confift of thirty matroffes, exclufive of commiffioned and non commiffioned officers ; that each troop of horfe ſhall confift of forty exclufive of commiffion officers ; that each barrel of the fire lock, of the infantry ſhall be at leaft three feet and a half long, and furnifhed with a priming wire and bruſh ; and each fergeant and corporal of the infantry, ſhall furnifh himfelf with a fcrew driver and worm, more than is required by faid act ; and the fabres of the horfemen ſhall be four feet long. | Company of artillery to confift of 30 matroffes ; and troop of horfe of 40.

How furnifhed.

*And be it further enacted,* That the general, and field officers, ſhall be appointed by the legiflature, and commiffioned by the Governor—That the captains and fub-alterns, ſhall be nominated by their feveral companies, the commanding-officer firft giving three days notice to the individuals of their companies, that they are about to lead them to the choice of fuch commiffioned officers ; and if approved of by the legiflature, ſhall be commiffioned in like manner :—That the non-commiffioned officers ſhall be nominated by their feveral companies, and ſhall have a warrant from the commanding officer of the regiment ; which commanding officer of the regiment, has power to reduce to the ranks any non-commiffioned officer, upon complaint made, and due notice given, if he finds him guilty of mifconduct, or neglect of duty :—That all commiffions granted by the governor, or appointments made by the legiflature, of officers at one feffion of the legiflature, bear date the fame day, (except where two majors are appointed to one regiment) in which cafe the dates of their commiffions ſhall be according to the priority of their appointments. | Officers by whom appointed & commiffion'd.

Commiffions, & appointments, how regulated.

*And be it further enacted,* That the captain-general of the ſtate, ſhall appoint the adjutant-general of the ſtate, who ſhall have the rank of brigadier-general, and be commiffioned accordingly :—That the captain-general ſhall appoint for himfelf two aids-de-camp, who ſhall have the rank of lieutenant-colonels ; the lieutenant-general ſhall appoint for himfelf two aids-de-camp, who ſhall have the rank of major ; each major-general ſhall appoint his two aids-de-camp ; each brigadier-general ſhall appoint his brigade-infpector, and to ferve as brigade-major ; all which appointments, from time to time, as may be neceffary of aids-de-camp, and brigade-majors and infpectors, ſhall be publifhed in general orders :— | Capt. General to appoint adjutant-gen. & aids.

Lieut. gen. and maj. generals to appoint their aids.

That each commanding officer of a regiment, ſhall appoint his regimental ſtaff, and a chaplain, whofe appointment ſhall be publifhed in brigade orders ; and non-commiffion ſtaff, whofe appointments ſhall be made in regimental orders. | Regimental ſtaff.

*And whereas, fome regiments now conftituted, have more companies than the formation directed by the act of Congrefs :*

*Be it further enacted,* That the commanding officer of each regiment, conftituted by this act, ſhall form the companies in their regiments as near as may be to an act of congrefs, for numbers of men and companies ; and that where the field officers of any regiment ſhall judge beft, they may take a company already formed to ferve as a light infantry or grenadier company, to each battalion of their regiment ; or enlift fuch companies from exempts, or others, not reducing any company, by fuch enliftment, under the number of fixty-four. | Officers commanding regiments to form the companies agreeably to act of Congrefs.

*And be it further enacted,* That each non-commiffioned officer, horfeman, matrofs, and private of the feveral companies of horfe, artillery, and infantry of the militia | Non commiffion officers & private

Z z z

Pl.0445

*A C T S  A N D  L A W S.*

## Militia.

vates to furnish themselves with arms, &c. on penalty of 12s.
tia of this state, shall furnish himself with the arms, ammunition and accoutrements, required by the act of congress, and by this act, upon the penalty of forfeiting and paying a fine of *twelve shillings* lawful money, and the like penalty for every four weeks he shall be unprovided ; to be levied and collected by warrant of distress, as hereafter directed ; and that a horseman, or dragoon, who shall not furnish and provide himself with a horse and furniture, as required by the said act, shall be returned to, enrolled, and do duty in the infantry company in the limits of which he resides :—That the field and commissioned officers in each regiment,

Officers to be uniformly cloathed in regimentals. Field officers to furnish colours.
shall be uniformly cloathed in regimentals, at their own expence, and to be agreed upon by such officers ; that the field officers of each regiment shall furnish state and regimental colours for their regiment and battalions, at the state expence, not exceeding the sum of four pounds ten shillings lawful money, to each regiment.

*And be it further enacted,* That every commanding officer of a company of militia, shall order out his company or troop, three days in each year, and instruct

Companies to be out three days in each year, to be instructed, &c.
them in the use of arms and discipline of war ; and the days appointed, shall be in the month of March, April, May, September, October or November, and that on the first Monday of May and October annually, such commanding officer shall cause

Arms to be inspected.
the arms, ammunition and accoutrements, of all under his command, to be reviewed and inspected :—That the commanding officer of each regiment, shall order

Regiments to be reviewed once in each year.
out his regiment by battalion or regiment, once in each year for regimental exercise, inspection and review. And if any of the privates belonging to any compa-

Privates who do not appear equipt to pay 9s.
ny of horse, artillery or infantry, shall neglect to appear compleatly armed and equipped on the place of parade, appointed by the commanding officer of his company, being duly warned, he shall forfeit and pay a fine of *nine shillings* for each day : and if any non-commissioned officer, drummer, fifer, or trumpeter, shall ne-

and drummers, &c. 12s.
glect to appear as aforesaid, he shall forfeit and pay the fine of *twelve shillings* for each day—unless any such person shall appear before the commanding officer of such company, within twelve days after such day of exercise or review, and make satisfactory excuse for his non appearance on said day ; and the commanding offi-

Punishment inflicted.
cer of each company, battalion or regiment, shall order the correcting and punishing disorders and contempts, on days of company, battalion, or regimental exercise, inspection or review ; the punishment not being greater than riding a wooden horse, for a time not exceeding one hour, or a fine not exceeding *forty shillings* lawful money :—That each commanding officer of a company, battalion, regiment, brigade or division, shall have power and authority, and full power is here-

Officers to fix limits & bounds to their parades.
by given to ascertain and fix certain necessary limits and bounds to their respective parades, within which no spectator shall have right to enter, without liberty from said commanding officer ; and in case any person shall so intrude or offend, he shall be subjected to be confined in such way and manner as the commanding officer shall direct, during the continuance of the exercise.

*And be it further enacted,* That all warrants granted by the commanding officer, of any company, battalion or regiment, for any time or times incurred by virtue

Warrants by whom granted & to whom directed.
of this act, or any breach thereof, shall be directed by the officer commanding a company, to the orderly serjeant of his company ; which orderly serjeant he shall from time to time appoint, from the serjeants of his company ; and the officer commanding a battalion or regiment, to the adjutant or serjeant-major ; and to be by them levied on the goods or chattles of the respective delinquents, if upwards of twenty-one years of age—And for the want of such goods or chattles, a-

On whom & on what levied.
gainst the body of such delinquent, and against the goods and chattles of the parents, master or guardians, of such delinquents as have not arrived to the age of twenty-one years ; and for want of such goods and chattles, against the body of parent, master or guardian, and them commit and hold in goal, until such fine or fines shall be paid and satisfied, together with lawful fees for service, as in cases of execution for debt ; which fines and forfeitures shall be appropriated for the use

Fines how appropriated.
of the companies to which such delinquents respectively belong, for purchasing and maintaining colours, trumpets, drums and fifes ; and should there be any overplus of fines remaining in the hands of the commanding officers of companies, they shall pay it over to the commanding officer of their regiment to which they belong ; which together with the fines collected by virtue of warrants issued by the field officers, shall be applied to keeping colours in repair, and for band-music for the re-

Officers imposing fines, to give notice to the person fined, who shall have liberty within ten days to apply to, &c. for redress.
giment.   That whenever any commanding officer of a company shall impose any fine in any of the cases before mentioned in this act, he shall give notice to the person fined, who shall have liberty within ten days to apply to the commanding officer of the regiment, who on giving notice, and hearing the parties, may abate such fines, or any part thereof ; and if such commanding officer of the regiment, thinks not proper to abate such fine, the officer imposing the same may proceed to a collection thereof.

Soldiers unable to furnish themselves, &c.
*Provided nevertheless,* That if any soldier shall in the judgment of the select-men of the town to which he belongs, be unable to arm and accoutre himself agreeable to the directions of this act, it shall be the duty of such select-men to certify the same to the commissioned officers of the company to which such soldier belongs, in
order

Pl.0446

order that execution may not iffue againft him for deficiency in fuch arms and ac-
coutrements ; and alfo, at the expence of fuch town to provide fuch foldier with
arms, and the whole or any part of fuch accoutrements as may be neceffary, within
forty days from the time of granting fuch certificate, under penalty of the value
of fuch arms and accoutrements, to be recovered of any, or all of faid felect-men,
by warrant from an affiftant or juftice of the peace, upon proper information, and **Warrant to**
proof of fuch neglect, by faid commiffioned officers ; which warrant fhall be di- **whom directed.**
rected to any fheriff or conftable proper to ferve the fame, returnable in fixty days,
and the fine payable into the treafury of fuch town ; and all arms and accoutre- **Fines to be paid**
ments thus provided, fhall be the property of fuch town, and fhall by the com- **into the town**
manding officer of the company, be depofited in fuch places as he fhall think pro- **treafury.**
per, to be ready for fuch foldier, as occafion fhall require ; and fuch officer fhall **Arms, &c. to be**
ftand accountable for fuch arms and accoutrements, and fhall be liable to pay for **depofited in,&c.**
the fame, if loft through his neglect or default.

*Provided alfo,* That any of the people called *Quakers,* who fhall produce to the
commanding officer of the company in which he refides, a certificate from the
clerk of the fociety of Quakers to which he belongs, certifying that fuch perfon is
a Quaker, he fhall be exempt from equipping himfelf or doing military duty as re- **Quakers exempt**
quired by this act, on his paying the fum of twenty fhillings to fuch officer, at the **on paying 20s.**
expiration of each year during fuch exemption ; and in cafe fuch Quaker refufe to
pay faid fum of twenty fhillings, the fame fhall be collected and difpofed of in the
fame manner as is heretofore provided for fines incurred by a breach of this act.

*And be it further enacted,* That each rank and grade of officers, fhall furnifh **Officers to fur-**
themfelves with the rules of difcipline approved and eftablifhed by Congrefs, in **nifh themfelves**
their refolution of the 29th of March, 1779, and fhall fubmit themfelves to the or- **with the rules of**
ders and directions of their fuperior officers, or their fenior officers, of the fame **difcipline.**
grade ; and all officers in the ftaff and orderly departments, fhall be vigilant and
active in executing and difpatching orders in their refpective ftations.

That general, field, commiffioned, and ftaff officers, of all grades and ranks, **Officers to be**
fhall be amenable to, and fubject to trial by courts martial, according to the uf- **tried by courts**
age and practice of war, for all neglects of duty, for contempts or difrefpects to a **martial.**
fuperior officer, for difobedience of orders, and for all un-officer-like conduct ;
which court martial fhall confift of not lefs than nine, or more than thirteen mem- **Who to prefide.**
bers—the fenior officer of the higheft grade to prefide—that another officer of the
line or ftaff, to do the duty of judge advocate to the court—that the members **Judge advocate**
compofing the court, fhall take the following oath, before they proceed on the tri- **to be of the ftaff.**
al of an officer, viz.

*You fwear that you will well and truly try and determine according to evidence, the mat-* **Form of oath.**
*ter depending between the ftate of Connecticut and the prifoner, or prifoners, now to be*
*tried, that you will not divulge the fentence of the court until the fame fhall be approved, or*
*difapproved, purfuant to law ; neither will you upon any account at any time whatfoever,*
*difclofe or difcover, the vote or opinion of any particular member of the court martial, un-*
*lefs required by a due courfe of law.* So help you GOD.

The prefident of the faid court martial, is hereby authorized and required to ad- **Prefident of c.**
minifter an oath to the officer acting as judge advocate, who is hereby required to **martial to admi-**
take the fame before he proceeds further on bufinefs, viz.—*You do fwear that you* **nifter an oath to**
*will not on any account, at any time whatfoever, difclofe or difcover the vote or opinion of* **the judge advo-**
*any particular member of the court martial, unlefs required in a due courfe of law ; and that* **cate.**
*you will not divulge the fentence of this court, till the fame fhall be approved or difapprov-* **The form.**
*ed according to law ; and that you will well and truly do the duty of judge advocate, in this*
*court, impartially and uprightly, according to the beft of your abilities.*——So help you
GOD.

And no other perfon whatever, fhall be admitted to folicit, profecute or defend **No perfon ad-**
the officer arrefted ; which officer arrefted, if under the grade or rank of a field **mitted to folicit**
officer, fhall have twelve days notice of the articles of charge made againft him, **&c.**
by leaving a true and artelefs copy of the original articles of arreft, under the **Officers under**
hand of a fuperior officer arrefting him, and the names of the witneffes to be ufed **the grade of field**
againft him minuted thereon, lodged with him at his ufual place of abode by the **officers to have**
officer arrefting, or the proper orderly officer ; and of the grade and rank of a **12 days notice,**
field officer twenty days notice ; and of the rank of a general officer thirty days **&c.**
notice in like manner ; which court martial, for the tryal of an officer under the **Field officer to**
rank and grade of a field officer, fhall be appointed by the commanding officer of **have 20, & gen.**
the brigade to which he belongs, and the fentence approved or difapproved by **officer 30 days.**
the captain-general of the ftate—for the trial of an officer of the rank and grade **Court martials**
of a field officer, by the commanding officer of the divifion to which he belongs ; **by whom ap-**
and of a general officer by the captain-general of the ftate, and their fentence ap- **pointed.**
proved or difapproved by the legiflature of the ftate. That no fentence of a court
martial fhall inflict other punifhment than a reprimand, fufpenfion from office for **What punifh-**
a certain term of time, cafhiering, and cafhiering with a difability of holding any **ment may be in-**
military office in this ftate ; two thirds of the members of any fuch court agreeing **flicted.**
in fuch fentence.

*And*

Pl.0447

*A C T S   A N D   L A W S.*

Capt. gen. to order out the military force when neceffary.

*And be it further enacted,* That the captain-general, or in his abfence the next commanding officer of the ftate, is hereby authorized and empowered, as he may judge neceffary upon the occafion, on an alarm, invafion, or notice of the appearance of an enemy, either by fea or land, to order the whole, or any part of the military force of this ftate, to affemble and put the fame in warlike order; and the fame to lead, order or employ for the affiftance, or relieving any of the inhabitants of this ftate, attacked by an enemy, or in danger thereof; and generally to iffue and publifh by proper ftaff or orderly officer, fuch orders as he fhall judge expedient to carry into execution the intent and defign of this act. And all fubordinate officers are hereby required to yield entire obedience thereto; and the officers feverally commanding divifions, brigades, regiments, battalions and companies, are hereby vefted with the fame power and authority within the limits of their refpective commands; provided that when they or any of them find it neceffary to order out the force under their command, they fhall forthwith difpatch intelligence, and the occafion thereof, together with their movements and operations, to the captain-general of the ftate, or any other their fuperior officer, as may be judged moft conducive to the public fafety; and the officer receiving fuch intelligence, fhall obferve the fame line of conduct, in order that it may in the moft expeditious way, arrive to the captain-general.

Other officers powers to order out thofe under their command.

To inform the capt. general.

Divifions, &c. to be ordered out for review, &c. By whom.

Capt. gen. to direct uniform, &c.

*And be it further enacted,* That the divifions, brigades, and regiments, may be ordered out for infpection or review, by their commanding officers, at fuch times as fhall be thought expedient and neceffary; and whenever a divifion is out, they fhall be reviewed by the captain-general, when a brigade, by a major-general, and when a regiment, by a brigadier-general. And the captain-general fhall direct a uniform and badges of office, for the general officers, their aids-de-camp, and brigade-major and infpectors.

Surgeon to give certificate for inability to private.

Captain, &c. by whom difcharged.    Gen. and field officers, by legiflature.

*And he it further enacted,* That no private foldier, matrofs or horfeman, or non-commiffioned officer, of either of the companies of horfe, artillery or infantry, fhall be difcharged from his company and regiment, for inability, after his inliftment or enrollment in any of the companies, without a certificate from his furgeon; and for any other caufe by applying to his captain, and the confent of the commanding officer of his regiment. And that no captain or fubaltern officer, fhall refign his commiffion without permiffion of the captain-general, or fuch general officers as he may impower for that purpofe. And that no field or general officer, fhall refign his commiffion without the acceptance of the legiflature; and no officer fhall be allowed to refign his commiffion when under an arreft.

Oldcommiffions continued.

*And be it further enacted,* That any perfon now holding and fuftaining any commiffion by virtue of any act heretofore made, within any of the brigades, regiments and companies, heretofore, and by this act formed and eftablifhed, fhall continue to hold and exercife the fame, with all the powers and authorities vefted in fuch office, by virtue of this act, excepting the officers of fuch companies as fhall be reduced by virtue of this act.

Cavalry laws continued.

To be annexed to the feveral brigades, &c.

*Be it further enacted,* That the laws eftablifhing the cavalry in this ftate, be, and continue in force until they fhall be annexed to the infantry: and that his excellency the governor, be requefted and empowered to annex them in fuch proportion as he fhall judge proper, to the feveral brigades within this ftate, fubject to the orders and command of the brigadier of that brigade to which they fhall feverally be annexed; and thereafter to be fubjected to the acts and regulations of Congrefs.

Laws repealed.

*And be it further enacted,* That all the laws heretofore made by this ftate, for regulating and governing the military force thereof, be, and they are hereby repealed.

An Act for the fupport of miffionaries, to preach the gofpel, in the northern and weftern parts of the United States.

Contributions.

To whom paid.

How appropriated.

BE it enacted by the Governor, and Council, and houfe of Reprefentatives in General Court affembled, and by authority of the fame, That there be contributions in the feveral religious focieties and congregations in this ftate, on the firft fabbath in the month of May, annually, for the term of three years; and the minifter or clerk of fuch focieties or congregations, fhall receive and pay over fuch contributions to the Reverend Ezra Stiles, Nathan Williams and Jonathan Edwards, who fhall appropriate the fame to the fupport of fuch miffionaries as the general affociation of this ftate fhall, from time to time employ in preaching the gofpel, in thofe fettlements in the northern and weftern parts of the United States, where the ordinances of the gofpel are not eftablifhed: and fhall annually exhibit to this affembly, and faid affociation, an account of the receipts, and expenditures of fuch contributions.

An

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16751   Page 34 of 105

*ACTS AND LAWS.*

Eſtates. Perjury. Writs of Error. Equity. N. Haven Bank. 431

#### An Act in alteration of an Act, entitled, "An Act for the ſettlement of teſtate and inteſtate eſtates."

**B**E *it enacted by the Governor and Council and houſe of Repreſentatives, in General Court aſſembled,* That ſo much of ſaid act as is included under the exception, viz. " Except the eldeſt ſon then ſurviving, where there is no iſſue of the firſt born, or of any other elder ſon, who ſhall have two ſhares, or a double portion of the whole," be, and the ſame is hereby repealed.    *Act repealed,*

*Provided nevertheleſs,* That in the ſettlement of the eſtate of any perſon heretofore deceaſed, or who ſhall deceaſe before the riſing of the preſent ſeſſion of aſſembly, the court of probate ſhall proceed, and the rights of the heirs of ſuch deceaſed perſon, ſhall veſt in the ſame manner as if this act had not been paſſed.    *after the preſent ſeſſion of aſſembly.*

#### An Act in addition to, and alteration of an Act, entitled, "An Act for the puniſhment of perjury."

**B**E *it enacted by the Governor and Council, and houſe of Repreſentatives, in General Court aſſembled,* That it ſhall be the duty of all proper informing officers in this ſtate, to make preſent of all breaches of ſaid act, to any court proper to hear and determine the ſame.    *Informing officers to make preſentment.*

*And be it further enacted,* That upon conviction for that offence, agreeable to the proviſions of this act, the whole ſum forfeited by ſaid act, ſhall be to the public treaſury of this ſtate.    *Sum forfeited how applied.*

#### An Act, in addition to an Act, for regulating trials on writs of error, and for limiting the time for bringing the ſame.

**B**E *it enacted by the Governor, Council, and Houſe of Repreſentatives, in General Court aſſembled,* That the courts of this ſtate, having cognizance of writs of error, upon their affirmance of any judgment or decree, or upon any non-ſuit, or withdraw made by the plaintiff in error, may, according to their diſcretion, adjudge and decree to the defendant in error, beſides his coſt, the intereſt of the money delayed by ſuch writ of error, and grant execution therefor accordingly.    *Courts to have cognizance of writs of error.*

*And be it further enacted,* That the authority ſigning any writ of error, ſhall take good and ſufficient bond, with ſurety, that the plaintiff in error ſhall proſecute his writ to effect, and anſwer all damages, if he fail to make his plea good.    *Surety to be taken on writs of error.*

#### An Act in addition to an Act, entitled, " An Act for regulating proceedings in equity."

**B**E *it enacted by the Governor and Council, and houſe of Repreſentatives, in General Court aſſembled,* That the ſuperior court of this ſtate be, and they are hereby authoriſed as a court of equity, on petition brought before them, to authoriſe, and direct the taking of depoſitions to perpetuate the evidence of facts, where no ſuit is depending, agreeably to the rules and uſages in chancery proceedings ; which depoſitions ſo taken, ſhall be available in any court of law, or equity in this ſtate, in the ſame manner as depoſitions taken during the pendancy of a ſuit.    *Superior court authoriſed as a court of equity.*    *Depoſitions to be valid.*

#### An Act to incorporate the New-Haven Bank.

**B**E *it enacted by the Governor, and Council, and Houſe of Repreſentatives, in General Court aſſembled,* That the ſubſcribers to the New-Haven bank, their ſucceſſors and aſſigns, ſhall be, and are hereby created and made a corporation, and body politick, by the name and ſtyle of The Preſident, Directors and Company, of the New-Haven Bank ; and by that name ſhall be, and are hereby made capable in law to have, purchaſe, receive, poſſeſs and enjoy, to them and their ſucceſſors lands, rents, tenements, hereditaments, goods, chattles and effects of what kind or quality ſoever ; and the ſame to ſell, grant and aline ; to ſue and be ſued, plead and be impleaded, defend and be defended, in all courts of this ſtate, or other place whatſoever.  And alſo, to have and uſe a common ſeal, and the ſame to break, and afterwards renew at their pleaſure.  And alſo, to ordain and put in execution ſuch bye-laws and regulations, as ſhall be deemed neceſſary and convenient, for the well ordering and governing ſaid corporation, not being contrary to this charter, and the laws of this ſtate, or of the United ſtates ; and to do and execute all and ſingular acts, matters and things, which to them ſhall or may appertain to do, ſubject to the rules, reſtrictions and proviſions, herein after preſcribed.    *N. Haven bank named.*    *Privileges.*    *To have a ſeal.*    *To have by-laws*

The capital ſtock of ſaid bank, ſhall conſiſt of one hundred thouſand dollars, to be divided into five hundred ſhares, of two hundred dollars each : That no perſon, copartnerſhip, or body politick, ſhall ſubſcribe, or at any time hold more than ſixty ſhares.    *Capital ſtock,*

That

Pl.0449

*A C T S   A N D   L A W S.*

432                          New-Haven Bank.

Nine directors.

That for the ordering the affairs of said corporation, there shall be nine directors, chosen on the first Thursday of July, annually (after the first election) by the greatest number of votes given by the stockholders of said bank, at a general meeting; and those who shall be duly chosen at any election, shall be capable of serving as directors, until the expiration of the first Thursday of July next ensuing

To choose a president.

such election; and the directors, at their first meeting after such election, shall choose one of their number for a president.

Number of votes each stockholder shall be entitled to.

The number of votes each stockholder shall be entitled to, in the choice of directors, or any other business respecting the constitution, shall be according to the number of shares he shall hold, in the following proportion, viz.—For one share and not more than two shares, one vote; for every two shares above two shares, and not exceeding ten shares, one vote; for every four shares above ten, and not exceeding thirty shares, one vote; and for every six shares above thirty, one vote; but no person, copartnership, or body politick, shall be entitled to a greater number than fifteen votes.

Stockholders how to vote.

All stockholders shall be entitled to vote by themselves, or their agents duly appointed; none but stockholders shall be eligible as directors; and not less than

None but stockholders to be directors.

two thirds of the directors shall be actually resident in the city of New-Haven; and public notice shall be given by order of the directors, twenty days previous to holding an election, or general meeting of the stockholders, in a newspaper published in said city, and in such other places as the directors shall judge necessary;

Three fourths eligible.

not more than three fourths of the directors in office, exclusive of the president, shall be eligible as directors the next succeeding year; but the director who shall be president at any election, may always be elected a director.

Directors place may be filled.

In case of the death or resignation of a director, his place may be filled by a new choice for the remainder of the year, provided a majority of the directors judge it necessary. All elections for directors, shall be by ballot, and the nine persons who shall have at any election, the greatest number of votes, shall be declared to be duly elected.

Directors to appoint officers, &c.

The directors for the time being, shall have power to appoint such officers, clerks and servants, as they shall judge necessary, and shall be capable of executing such other powers for the well ordering and governing the affairs of the bank, as shall be determined by the regulations of the stockholders; but no director shall be entitled to any emolument, unless the same shall be ordered by the stockholders at a general meeting, except the president, who shall receive such compensation for his extra attendance at the bank, as the directors shall judge reasonable.

Not less than 3 directors to constitute a board, &c.

Not less than three directors shall constitute a board for transacting the business of the bank, of whom the president shall always be one, except in case of sickness or necessary absence, in which case the directors present shall supply his place, by electing one of their number as president for the occasion.

To determine the manner of doing business.

The directors, by a majority of votes, shall determine the manner of doing business, and the rules to be prescribed; shall dispose of, and manage the money and credit of the bank, for the interest of the proprietors; and shall at the end of the first year, and once in six months afterwards, make such dividends of the profits as they shall think proper, provided that they shall in no instance do any act contrary to the regulations of the stockholders; and the directors shall once in two

Statement of debts, &c.

years lay before the general meeting of the stockholders, for their information, a statement of the debts which shall remain unpaid after the expiration of the original credits, and the surplus of profits, if any be after deducting losses and dividends.

Corporation how to trade.

The corporation shall not trade in any thing except bills of exchange, gold or silver bullion, or in sale of goods pledged for money lent and not redeemed in due time, or in lands taken for debts previously contracted; nor shall the corporation take more than at the rate of six per cent per annum, for or upon its loans.

Stock to be assignable, &c.

The stock of said corporation shall be assignable and transferable according to such rules as shall be instituted by the laws of the same.

Bills signed by the cashier, &c. binding on the corporation.

The bills or notes issued by said corporation, signed by the president, and counter-signed by the cashier, or treasurer thereof, promising the payment of money to any person or persons, his, her, or their order, or to their bearer, shall be binding and obligatory on said corporation, and payable on demand; and all such bills and notes shall be assignable and negotiable according to the custom of merchants, and the laws relating to inland bills of exchange; and all notes in writing, which shall be made and signed after the first day of December next, by any person or persons, his, her, or their servants or agent, who is usually entrusted by

Bills assignable and negociable.

him, her, or them to sign such promissory notes, for him, her, or them, said notes being given for the payment of money only, and made payable to any person or persons, his or their order, or to the bearer, and indorsed over to said corporation, shall be assignable or indorsable over in the same manner as inland bills of exchange are, or may be according to the custom of merchants; and said corporation to which the same may be indorsed, shall and may maintain their action thereupon, for the money promised in said notes, against the person, whose agent as aforesaid

said

Pl.0450

*ACTS AND LAWS.*

## Newgate Prifon. · · Fifheries. 433

faid, fhall fign the fame ; or any of the perfons who fhall indorfe the fame in like manner as in cafe of inland bills of exchange.

Every cafhier, treafurer or clerk, employed in faid bank, fhall, before he enters on the duties of his office, give bond with two or more furties, to the fatisfaction of the directors, in a fum not lefs than five thoufand dollars for the cafhier, and not lefs than one thoufand for a clerk, conditioned for the faithful difcharge of his truft. <span style="float:right">*Cafhier, treafurer, & clerk to give bond.*</span>

David Auftin, Ifaac Beers, and Elias Shipman, Efquires, are authorifed to open a fubfcription for the capital of faid bank, at fuch time and place as they fhall think beft, receive the firft depofits ; and after faid fubfcription to call a meeting of the ftockholders to chufe directors. *Perfons authorifed to open a fubfcription.*
Five per cent on the fums fubfcribed, fhall be paid at the time of fubfcribing ; twenty per cent on each fhare fhall be paid, fixty days after faid fubfcription ; twenty-five per cent fix months after the time of the fecond payment ; and the refidue in fix months after the time of the third payment. *Money when paid in.*
If there fhall be a failure in the fecond payment of any fum fubfcribed by any perfon, copartnerfhip, or body politick, the party failing, fhall forfeit to the bank the fum by him, her or them, previoufly paid ; and if there fhould be a failure in any fubfequent payment, the party failing fhall forfeit to the bank, his, her, or their fhare of the dividend, during fuch delay—Provided, that in cafe the directors fhall judge it expedient, they are hereby authorifed to fufpend the two laft payments, or either of them for fuch time as they may think proper, giving fixty days notice previous to the time herein fixed for fuch payment. *Forfeiture for delay of payment.* *Provifo.*
And the fubfcribers fhall be held to make punctual payment, at fuch period or periods, as fhall be determined by the directors, having fixty days notice of the time on which any fuch payment fhall be required, which notice fhall be given in one of the newfpapers of faid city, and fuch other places and manner, as the directors my judge neceffary.

That a general meeting of the ftockholders fhall be annually held on the firft Thurfday of July, at fuch place as the directors may appoint. That the firft meeting of the ftockholders, being called by the petitioners, and convened, the ftockholders, or a majority of them, fhall elect one of their number to prefide at the election, who fhall be, and is hereby authorifed to receive and count the votes for directors, and declare what perfons are duly elected according to the provifions of this act. *General meeting to be held annually on the 1ft Thurfday of July.*

---

An Act in addition to an Act, entitled, " An Act, for rebuilding Newgate Prifon in Granby, and for regulating and governing the fame, and for the punifhment of certain atrocious crimes."

BE it enacted by the Governor, and Council, and Houfe of Reprefentatives, in General Court affembled, That if any male perfon of the age of fixteen years or more, fhall wilfully and felonioufly barn, or attempt to burn, by fetting on fire any dwelling houfe, barn, out-houfe, fhop, ftore, fhip or other veffel, and no prejudice or hazard to the life of any perfon happen thereby, fuch perfon fo offending, may at the difcretion of the fuperior court, on conviction thereof, be imprifoned in faid Newgate prifon, and there be kept to labour not exceeding feven years ; and if any male perfon of the age of fixteen years or more, who hath already been, or fhall be hereafter convicted of faid offence, fhall be a fecond time convicted of an offence of the fame kind, he fhall at the difcretion of the faid court, be imprifoned in faid prifon, and there be kept to labour for any limited period, or during his natural life, as the circumftances of the cafe may require. *Perfons to be confined in Newgate for burning houfes, &c.*

And be it further enacted, That the imprifonment directed to be inflicted on perfons convicted of the crime of perjury, and fubornation of perjury, in an act, entitled, " An Act for the punifhment of perjury," fhall be an imprifonment in faid Newgate, and keeping to labour, if the perfon fo convicted be a male perfon. *Perjury how punifhed.*

And be it further enacted, That if any perfon fhall with force and arms, and actual violence, an affault make on the body of any female, with an intent to commit a rape, the perfon fo offending, on conviction thereof, fhall be imprifoned and kept to labour in faid Newgate prifon, during his natural life, or for fuch other period as the fuperior court fhall determine. *Rape how punifhed.*

---

An Act in addition to an Act, entitled, " An Act for encouraging and regulating fifheries."

BE it enacted by the Governor and Council, and houfe of Reprefentatives, in General Court affembled, That no perfon or perfons, fhall draw any fein or other fifhcraft, in Willimantic and Natchaug rivers, except between the fetting of the fun on Tuefday evening, and the funs rifing on Saturday morning in each week, in the months of April, May and June, annually, on penalty of forfeiting ten pounds, for the ufe of him who fhall fue for, and profecute the fame to effect. *When feins may not be drawn, &c.*

An

Pl.0451

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16754   Page 37 of 105

An Act in alteration of an Act, entitled, "An Act in addition to an Act for encouraging and regulating fisheries."

*Act repealed.*

BE it enacted by the Governor and Council, and house of Representatives, in General Court assembled, That so much of the said act as relates to the fishery in New-Haven East-River, be, and the same is hereby repealed.

*Seins not to be drawn below Mansfield's bridge, during flood tide, on penalty of 4l.*

Be it further enacted, That no person shall at any time during flood tide, station or draw any sein or other fish-craft, in said river, below Mansfield's-bridge ; and that no person shall set or draw any sein or other fish-craft in said river, below said bridge, from the setting of the sun on Wednesday evening, until the setting of the sun on Thursday evening, in each week ; and every person that shall be convicted of a breach of this act, shall pay a fine of four pounds, one half to the use of him who shall sue for, and prosecute the same to effect, and the other half to the treasury of the county where such offence shall be committed ; and shall also forfeit the sein, ropes, and other implements used for catching fish contrary to this act, to be appropriated as aforesaid.

Pl.0452

**Plaintiffs' Exhibit T**

Pl.0453

1134                  LAWS OF THE STATE

C H A P.
XXXVI.                  C H A P.   XXXVI. c.
⏜
1793.            *An ACT for establishing the militia in this state. (a)*

Pream. bl.      WHEREAS a well regulated militia is the pro-
                       per and natural defence of every free state ;
                And as the several laws enacted by the Legislature of
                this state for the regulation of the militia thereof have
                been found to require material alterations ; in order
                to which it has been thought more advifeable to revife
                the whole system, than to amend it by supplementary
                statutes ; therefore,

                    SECTION I. *BE it enacted by the Senate and House of
                Representatives of the state of Delaware in General Af-
                sembly met, and it is hereby enacted by the authority of the
                same,* That each and every free able bodied white male
Who shall be    citizen of this state, who is or shall be of the age of
enrolled, and   eighteen years, and under the age of forty-five years,
by whom.        except as herein after excepted, shall severally and re-
                spectively be enrolled in the militia, by the Captain
                or Commanding Officer of the company within whose
                bounds such citizens shall refide, such bounds to be
                limited and fixed agreeable to the fubdivifions which
                have been made by the Lieutenants and Sub-lieute-
                nants of the different counties, and that within four
                months after the paffing of this act ; *(b)* and that it
                shall be at all times hereafter the duty of every such
                Captain or Commanding Officer of a company to en-
                rol every such citizen as aforesaid, and also those who
                shall from time to time arrive at the age of eighteen
                years, or being of the age of eighteen years, and un-
                der the age of forty-five years, and not excepted by
                this act, shall come to refide within his bounds, and
Notification of shall without delay notify such citizen of the said en-
the enrolment.  rolment, by a proper non-commissioned officer of the
                company by whom such notice may be proved ; and
                in all cafes of doubt refpecting the age of any person
                enrolled, or intended to be enrolled, the party quef-
                                                                  tioned

        *(a)* See a fupplement hereto, chap. 95. c. Anno, 1796.

        *(b)* See chap. 95. c. fect. 1, provifion made for dividing the counties into regi-
        mental and battalion diftricts, and thefe into company diftricts.

tioned fhall prove his age to the fatisfaction of the
officers of the company within whofe bounds he may
refide, or a majority of them.

SECT. 2. *And be it further enacted*, That the Vice-
Prefident of the United States, officers judicial and
executive of the government of the United States,
the Members of both Houfes of Congrefs and their
refpective officers, all Cuftomhoufe Officers and their
Clerks, Judges of the Supreme Court and of the
Court of Common Pleas, Chancellor, Attorney Ge-
neral, Secretary, and Treafurer of the State, Sheriffs,
Gaolers and keepers of workhoufes, all poft-officers
and ftage-drivers who are employed in the care and
conveyance of the mail of the Poft-office of the United
States, all ferrymen employed at any ferry on the
poft roads, all infpectors of exports, all pilots, all
mariners actually employed in the fea fervice of any
citizen or merchant within the United States, mini-
fters of religion of every denomination, profeffors and
teachers in colleges, academies, Latin fchools, and
fchoolmafters having twenty Englifh fcholars, and
no other perfon or perfons, fhall be excepted from
militia duty; but all young men under the age of
twenty-one years, and all fervants purchafed *bona fide*,
and for a valuable confideration, though enrolled
agreeable to the firft fection of this law, fhall be ex-
empted from furnifhing the neceffary arms, ammu-
nition and accoutrements as are required by the fourth
fection thereof, and fhall be exempted from militia
duties and fines during fuch minority or fervitude, ex-
cept in cafes of rebellion, or an actual or threatened
invafion of this or any of the neighbouring ftates.

*Perfons exempt-
ed from mili-
tary duty.*

*From furnifhing
arms, &c.*

SECT. 3. *And be it further enacted*, That the militia
of this ftate be arranged into divifions, brigades, re-
giments, battalions and companies in manner and
form following: The whole ftate to make one divi-
fion, and each county to confift of one brigade; each
brigade to confift of not lefs than two, or more than
eight regiments; each regiment to confift of two bat-
talions, and each battalion to confift of four com-
panies, in fuch manner that no company fhall confift
of more than eighty, or lefs than forty privates, or as
near as may be, having regard to their local fituation;

*Arrangement of
the militia.*

there

1136        L A W S OF T H E S T A T E



C H A P.
XXXVI.

1793.

How the militia
thall be armed.

there fhall be to each regiment at leaft one company
of grenadiers, light infantry, or riflemen; and to each
brigade there fhall be at leaft one company of artil-
lery, and one troop of horfe, which fhall be formed
of volunteers from the refpective regiments, at the
difcretion of the Governor. *(c)*

SECT. 4. *And be it further enacted,* That in order
that the militia may be properly armed, equipped and
accoutred, every citizen enrolled, and notified of his
enrolment in manner aforefaid, except as herein
before excepted, fhall, within fix months after re-
ceiving fuch notice, provide himfelf with the arms,
ammunition and accoutrements herein after mention-
ed, *viz.* every non-commiffioned officer and private
of the infantry (including grenadiers and light infan-
try, and of the artillery) fhall have a good mufket or
firelock, a fufficient bayonet and belt, two fpare flints
and a knapfack, a pouch, with a box therein to con-
tain not lefs than twenty-four cartridges fuited to the
bore of his gun, each cartridge to contain a proper
quantity of powder and ball, or with a good rifle,
knapfack, fhot pouch and powder horn, twenty balls
fuited to the bore of his rifle, and a quarter of a pound
of powder; the commiffioned officers of the infantry
fhall be armed with a fword or hanger, and an efpon-
toon, and thofe of artillery with a fword or hanger,
a fuzee, bayonet and belt, and a cartridge box to
contain twelve cartridges; the commiffioned officers
of the troops of horfe fhall furnifh themfelves with
good horfes of at leaft fourteen hands and a half high,
and fhall be armed with a fword and pair of piftols,
the holfters of which fhall be covered with bear fkin
caps; each light-horfeman or dragoon fhall furnifh
himfelf with a ferviceable horfe at leaft fourteen hands
and an half high, a good faddle, bridle, mail pillion
and valife holfters, and a breaft plate and crupper, a
pair of boots and fpurs, a pair of piftols, a fabre, and
cartouch box to contain twelve cartridges for piftols;
the artillery and horfe fhall be uniformly clothed in
regimentals, to be furnifhed at their own expence, the
                                 colour

*(c)* See chap. 95. c. fects. 2, 5, further and other arrangement of the militia.

colour and fashion to be determined by the Brigadier commanding the brigade to which they shall belong ; every militia-man shall appear so armed, accoutred and provided, when called out to exercise, or into service (except that when called out on company days, to exercise only, he may appear without a knapsack ;) and every man so enrolled as aforesaid, and providing himself with the arms, accoutrements and ammunition required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales for debt, or payment of taxes ; each battalion and regiment shall be provided with the state and regimental colours, by the fieldofficers, and each company with a drum and fife, or bugle horn, by the commissioned officers of the company ; the expences of such colours, drums, fifes, or bugle horns to be repaid to the officers out of the fines incurred by this act : *(d) Provided always,* That whenever the fieldofficers of any regiment shall judge any person enrolled therein unable to equip himself as aforesaid, such person shall not be subject to any fine for not arming, any thing herein contained to the contrary notwithstanding.

*Shall appear armed on days of exercise.*

*Arms exempted from distresses.*

*Who shall be exempted from fines for not arming.*

SECT. 5. *And be it further enacted,* That the militia shall be officered as follows: To a division one Major General, and two Aids de Camp, with the rank of Major ; to each brigade one Brigadier General, with one Brigade Inspector, to serve also as Brigade Major, with rank of Major ; to each regiment one Lieutenant Colonel Commandant, and to each battalion one Major ; to each company of infantry (including light infantry and grenadiers) one Captain, one Lieutenant, one Ensign, four Sergeants, four Corporals, one Clerk, one Drummer, and one Fifer or Bugler ; there shall be a regimental staff, to consist of one Adjutant and one Quarter Master, to rank as Lieutenants, one Paymaster, one Surgeon, and one Surgeon's Mate, one Sergeant Major, one Drum Major, and one Fife Major ; there shall be to each company of artillery, one

*How the militia shall be officered.*

*(d)* As per sect. 18, hereafter—but see chap. 95. c. sect. 15, the appropriation of fines given to the Commissary of military stores provided for in sect. 9, of that chap.

Digitized from Best Copy Available


one Captain, two Lieutenants, four Sergeants, four Corporals, fix Gunners, fix Bombardiers, one Drummer, and one Fifer; and to each troop of horfe there fhall be, one Captain, two Lieutenants, one Cornet, four Sergeants, four Corporals, one Saddler, one Farrier, and one Trumpeter.

*Officers, by whom to be appointed.*

SECT. 6. *And be it further enacted,* That the Governor fhall on or before the firft day of September next, appoint and commiffion the Major General, Brigadiers, Lieutenant Colonels, Majors, Captains, Lieutenants, Enfigns, and Cornets; that the Major General fhall appoint their own Aids de Camp out of the line of Captains or Subalterns; that the Brigadiers fhall appoint their Brigade Majors out of the line of Subalterns; *(e)* that the fieldofficers of each regiment fhall appoint their refpective regimental ftaffs; and that each Captain fhall appoint his Sergeants, one of which fhall be appointed Clerk to the company, Corporals, Drummer and Fifer; that all

*Of their commiffions and rank.*

commiffioned officers fhall be commiffioned for feven years, and fhall take rank according to the date of their commiffions; and when two of the fame grade bear equal date, then their rank fhall be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

*How the companies fhall be claffed.*

SECT. 7. *And be it further enacted,* That on the firft Tuefday in April next enfuing, the Captain or Commanding Officer of each company fhall call the perfons belonging to the fame together, giving due notice, and fhall divide them into eight claffes, as nearly equal in number to each other as conveniently may be, allotting a Sergeant or Corporal to each clafs; and eight flips of paper, numbered refpectively from one to eight, being prepared, every private fhall determine by drawing a ballot, what clafs he is to ferve in; and in cafe any of the perfons belonging to any company fhall neglect to attend, at the time and place appointed for claffing the faid company, or if prefent, fhall refufe to draw as aforefaid, then the
said

*(e)* Or " non-commiffioned officers or privates," by fect. 15, of chap. 95. c.

Digitized from Best Copy Available

Pl.0458

said Captain or Commanding Officer thereof shall appoint one disinterested freeholder to draw for the absentees, or persons so refusing; and when the classes shall be so settled, the Captain or Commanding Officer of each company shall form a roll, consisting of the eight classes, and the names and surnames of the men in each class, numbered according to the order of ballotting, which he shall keep for his own use, *(f)* transmitting forthwith a copy thereof, with a list of his commissioned and non-commissioned officers prefixed, to the Colonel or Commanding Officer of the regiment, who shall enter the same in a book by him to be provided for that purpose; and the said Captain or Commanding Officer shall, on the first Tuesday in April, in every succeeding year, add to the said roll the names and surnames of all such male white inhabitants between the ages aforesaid, who, on the next preceding twelve months, have removed to and are then residing in that subdivision, or therein have attained the age of eighteen years, except as herein before are excepted, annexing them respectively to such class or classes as may still render all the classes of a company as nearly equal in number to each other as conveniently may be.

*The Captain shall form a roll of the classes, and transmit a copy to the Colonel.*

SECT. 8. *And be it further enacted,* That to the end the militia when called by classes shall be properly officered, the following order is hereby directed and enjoined, *That is to say,* For the first draft, the Captain of the first company, the Lieutenant of the second, and the Ensign of the fourth; second draft, the Captain of the second company, the Lieutenant of the first, and the Ensign of the third; third draft, the Captain of the third company, the Lieutenant of the fourth, and the Ensign of the second; fourth draft, the fourth Captain, the Lieutenant of the third company, and the Ensign of the first; fifth draft, the fifth Captain, the Lieutenant of the sixth company, and the Ensign of the eighth; sixth draft, the sixth Captain, the Lieutenant of the fifth company, and

*Drafts of the militia how officered, and called into service by classes.*

VOL. II. 3 X the

---

*(f) See chap. 95, c. sect. 3, further provision for classing of companies and declaring what shall be a sufficient notification of enrolment in such class lists.*

Digitized from Best Copy Available

Pl.0459

C H A P.
XXXVI.

1793.

the Enſign of the ſeventh ; ſeventh draft, the Captain of the ſeventh company, the Lieutenant of the eighth, and the Enſign of the ſixth ; the eighth draft, the Captain of the eighth company, the Lieutenant of the ſeventh, and the Enſign of the fifth ; non-commiſſioned officers to take tour with the commiſſioned officers ; and the fieldofficers of regiments, in every diviſion and brigade in the ſtate, ſhall be divided in like manner ; and each claſs to be conſidered as a detachment from different corps, liable to ſerve two months, and no longer, and to be relieved by the claſs next in numerical order, the relief to arrive at leaſt two days before the expiration of the term of the claſs to be relieved ; but nothing herein contained ſhall prevent the Governor from employing and calling out part of any claſs, or any company or companies, regiment or regiments, without reſpect to this rule, whenever the exigency is too ſudden to allow the aſſembling of the ſcattered militia, which compoſe the particular claſſes ; and the ſervice of the perſons ſo called out ſhall be accounted as part of their tour of duty ; and the pay of the militia in actual ſervice ſhall commence two days before marching, and they ſhall receive pay and rations at the rate of fifteen miles *per* day on their return home.

*The rule not to be regarded in caſe of emergency.*

*When pay ſhall commence and end.*

SECT. 9. *And be it further enacted,* That when the militia, or any detachment thereof are called on duty, the pay of a Major General ſhall be Sixty Dollars *per* month ; of each Brigadier General Fifty Dollars *per* month ; of each Lieutenant Colonel Forty Dollars *per* month ; of each Major Thirty Dollars *per* month ; of each Captain Twenty-five Dollars ; of each Lieutenant Twenty Dollars *per* month ; of each Enſign Fifteen Dollars *per* month ; of each Sergeant Eight Dollars *per* month ; of each Corporal Seven Dollars *per* month ; and of each private and muſician Six Dollars *per* month ; and that every perſon refuſing or neglecting to perform his tour of duty, if a commiſſioned officer, ſhall pay the ſum of Twenty-five Dollars, and forfeit ſuch his commiſſion, and if a non commiſſioned officer or private, the ſum of Twelve Dollars for every ſuch neglect or refuſal.

*Pay of the militia.*

*Penalty for neglecting a tour of duty.*

SECT. 10. *And be it further enacted,* That when any claſs

clafs or claffes of the militia fhall be called to perform any tour of duty, the Brigade Major fhall caufe each and every fuch perfon fo called to be notified of fuch call, by a written or printed notice being delivered to him perfonally, or left at his houfe or ufual place of abode, by fome officer or other fit perfon to be employed for that purpofe, at leaft three days before the time of affembling the faid militia, unlefs the Governor on a fudden exigency, fhall think proper to order any part of the militia into immediate fervice, and then the notice fhall be given for immediate attendance. (g)

C H A P.
XXXVI.
1793.
How the militia called into fervice fhall be notified.

SECT. 11. *And be it further enacted,* That every male white perfon within this ftate, between the ages of eighteen and forty-five, or who fhall hereafter attain the age of eighteen years, except as before excepted, fhall attend at the time and places appointed, in purfuance of this act, for the appearance of the company or regiment to which he belongs; and if any noncommiffioned officer or private as aforefaid, required to be armed and accoutred with his firelock and accoutrements aforefaid in good order, or if any male white perfon between the ages aforefaid, although not required to be fo armed and accoutred, fhall neglect or refufe to appear on the parade, and anfwer to his name when the roll is called over, which the commanding officer is hereby directed to have done at the diftance of one hour after the time appointed for meeting, not having a reafonable excufe, to be adjudged of by a Court Martial to be appointed by the commanding officer of the company, which fhall confift of a Subaltern and four privates, the Subaltern to be Prefident thereof, every fuch perfon fhall forfeit and pay the fum of Fifty Cents. (h)

Penalty on privates for non-attendance on days of review and exercife;

As in fect. 4, Ante.

SECT. 12. *And be it further enacted,* That every perfon required to attend as aforefaid, at the time and place

and for neglect of duty.

---

(g) For further and more fpecial provifion relating to notification of tour of duty, called for to be performed by claffes of the militia, and the penalties on privates and officers for non-performance thereof, fee chap. 95, c. fects. 12, 13, 14.

(h) See chap. 95, c. fect. 6, alterations in the penalties above in fects. 11 and 13, diftinguifhing between non-attendance on days of exercife in company or battalion, and in regiments—and fee fect. 18, there penalties for neglect of exercife or duty in the troops of horfe—and fee alfo fect. 20, for the penalty on perfons enrolled in the militia who fhall thereafter continue to meet in volunteer companies.

Digitized from Best Copy Available

Pl.0461

1142                          LAWS OF THE STATE

C H A P.
XXXVI.

1791.

place of exercise in company or in regiment, who shall then and there appear, and shall neglect or refuse to answer to his name when the roll is called over, or to obey the lawful commands of his commanding officer, or to perform his exercise with the care and attention requisite therein, being convicted of any of the said offences by a Court Martial, to be appointed as aforesaid, shall forfeit and pay for every such offence any sum not exceeding One Dollar and Forty Cents.

Penalty on officers for non-attendance on field days.

SECT. 13. *And be it further enacted*, That every commissioned officer who shall neglect or refuse to appear at the time and place appointed for exercise in battalion or regiment, having no reasonable excuse, to be adjudged of by such of the officers present, as any two of the field officers shall appoint, and there do and perform his duty, according to his office and station, shall forfeit and pay, if a Lieutenant Colonel Commandant Four Dollars, if a Major Three Dollars, if a Captain Two Dollars, and if a Subaltern or Staff Officer One Dollar and Twenty-five Cents; and every commissioned officer, who shall refuse or neglect to appear at the time and place appointed for exercise or

On other muster days.

other muster days, having no reasonable excuse, to be adjudged of by the officers present, or a majority of them, shall forfeit and pay for every such neglect or refusal, if a Captain One Dollar and Twenty-five Cents, and if a Subaltern One Dollar. *(b)*

A Clerk to be appointed for each company.

SECT. 14. *And be it further enacted*, That the commissioned officers of every company shall appoint such Sergeant thereof, as they shall judge best qualified, to be Clerk thereto, who shall keep in a book to be provided by him for that purpose, to be viewed and examined from time to time by the commanding officer thereof, a fair and exact account of all fines and forfeitures incurred by persons belonging to the same, noting therein, at the time and place appointed for meeting in company, battalion or regiment, the names of the persons belonging to his company, and then absent; a transcript of which entries of fines and forfeitures, the said Clerk shall deliver to the Treasurer of his regiment, once in every three months, *(i)* by whom

His duty.

And pay.

*(i)* In sect. 7, chap. 95. c. an account of all fines is to be signed by the Captain

whom he shall be paid Four Dollars a year for his services as Clerk aforesaid.

SECT. 15. *And be it further enacted*, That it shall and may be lawful for the commissioned officers of each regiment, to meet on the first Tuesday in September annually, and chuse by ballot, to be taken under the inspection of the fieldofficers, or such of them as attend, one reputable freeholder to be Treasurer to such regiment for the year thence next ensuing.

*Treasurer for each regiment, to be chosen annually.*

SECT. 16. *And be it further enacted*, That the Treasurer of each regiment, before he enters on the duties by this act required of him, shall give bond to the Lieutenant Colonel Commandant of the same, in such sum and with such sureties as he shall approve of, conditioned for the faithful performance of the duties hereby enjoined him, and shall pay over all such sums of money as shall come to his hands, in pursuance of this act, in manner herein directed, and at the expiration of the year for which he was chosen, shall render an account *(k)* to the State Treasurer of all monies that have come into his hands as Treasurer of said regiment, and in what manner he hath disposed of the same; and the balance remaining in his hands, if any, shall be paid over to the State Treasurer, after deducting Twenty Cents in the Pound for his trouble.

*To give bond.*

*Shall account with the State Treasurer.*

*His compensation.*

SECT. 17. *And be it further enacted*, That the Treasurer is hereby impowered and required to sue for and recover all fines and forfeitures incurred by this act, *(l)* and if he shall neglect or refuse to sue for and recover all fines and forfeitures incurred by this act, once in every six months, he shall forfeit and pay for the

*Shall sue for all fines.*

first

*i* Commanding Officer of each company or troop, and by him transmitted to the Treasurer of the regiment, and a duplicate thereof to the Commissary of military stores, once in three months at the least, under the penalty of Twenty Dollars for every neglect.

*(k)* And pay over to the Military Commissary of his county all sums collected, every four months, deducting twelve Per Cent. for collection, by sect. 8, of said chap. 95. c—and in sect. 11, the said Military Commissary is to account annually with the Auditor of Accounts, retaining four Per Cent.

*(l)* See sect. 7, of said chap. 95, c. a summary mode of collection prescribed, viz, distress and sale under a justices warrant, as in the case of county rates and levies. See also sect. 16, there.

Digitized from Best Copy Available

C. H. A. P.
XXXVI.
1793.

first offence the sum of Eight Dollars, and for the second, and every other offence, the sum of Sixteen Dollars.

Appropriation of fines and forfeitures.

SECT. 18. *And be it further enacted,* That all fines and forfeitures, that shall be paid into the hands of any Treasurer of a regiment in pursuance of this act, shall be applied for the purpose of purchasing arms, accoutrements and ammunition for the use of the regiment, as the Governor shall order and direct, and for purchasing such drums, colours and fifes for the several companies; and also for paying adjutants, drummers and fifers, and in such manner as the field-officers thereof shall from time to time direct. *(m)*

Who shall have power to call the militia into service.

SECT. 19. *And be it further enacted,* That the Governor shall have full power and authority, in case of an invasion, rebellion, or insurrection within this state, or any of the neighbouring states, to call into service such part of the militia, by classes, as to him shall seem necessary; and in case of the absence of the Governor of this state or any insurrection, rebellion, or invasion, the commanding officer of each brigade is hereby authorised and directed to issue his orders, to call out such part of the militia as he may judge immediately necessary.

Militia exempted from arrests in civil actions.

SECT. 20. *And be it further enacted,* That no person or persons by this act directed to meet and muster, or perform any military duty, shall be liable to be arrested or taken by any Sheriff, Constable, or other officer, in any civil actions whatsoever, on the day of such meeting, in going to, or returning home from the place of such meeting or muster or other military duty; but every such arrest shall be void, and the officer making the same shall be liable to an action of trespass for false imprisonment at the suit of the party so arrested, and he shall be forthwith set at liberty and discharged from the custody of such officer, by order of any one Judge or Justice of the Peace of the county where such arrest is made, or of the Captain of the company to which such person doth belong.

SECT.

*(m)* See also sect. 10, of chap. 95. c. the power of appropriation of fines given to the Military Commissary, and the extention of them to a greater number of objects.

SECT. 21. *And be it further enacted*, That the rules of difcipline approved and eftablifhed by Congrefs, in their refolution of the twenty-ninth of March, One Thoufand Seven Hundred and Seventy-nine, fhall be the rules of difcipline to be obferved by the militia of this ftate, except fuch deviations from the faid rules as may be rendered neceffary by the requifitions of an act of Congrefs, intitled, *An act more effectually to provide for the national defence, by eftablifhing an uniform militia throughout the United States*, or by fome other unavoidable circumftances: It fhall be the duty of the commanding officer at every mufter, whether by regiment, battalion, or fingle company, to caufe the militia to be exercifed and trained agreeable to the faid rules of difcipline.

CHAP. XXXVI. 1793.

What rules of difcipline fhall be obferved by the militia.

SECT. 22. *And be it further enacted*, That if any perfon, whether officer or foldier, belonging to the militia, and called out into fervice, be wounded or difabled while in fervice, he fhall be taken care of, and provided for, at the public expenfe: That the Brigade Infpector, and two reputable freeholders, fhall appraife the horfe of each perfon ferving as light-horfemen, immediately before the time of going into actual fervice, and enter the fame in a book; and in cafe fuch horfe fhall be killed, die, or taken by the enemy, otherwife than by neglect, he fhall be paid the full value of his horfe.

Perfons difabled fhall be fupported at the public expenfe.

Horfes of light-horfemen to be appraifed,

and if killed, the value to be paid.

SECT. 23. *And be it further enacted*, That the militia of this ftate fhall be fubject to fuch articles of war, as may be eftablifhed by the General Affembly; and that they fhall be tried by their own officers only.

Of articles of war, and trial of the militia.

SECT. 24. *And be it further enacted*, That the militia in this ftate fhall be exercifed and inftructed in companies, in the months of April, June and September annually, at fuch time and place as the Captain or Commanding Officer fhall direct, he giving notice thereof by advertifements at three of the moft public places in his diftrict, at leaft five days before the day of mufter; and in regiments as follows: The firft regiment on the fecond Monday in October in every year, the fecond regiment on the Tuefday following, and the third regiment on the Wednefday, and fo on, according to their numerical rank, on

When to be exercifed in companies,

and in regiments.

every

Digitized from Best Copy Available

1146  LAWS OF THE STATE



C H A P.
XXXVI.
1793.

Monies paid in-
to the treafury
by virtue of this
act, how appro-
priated,

The Governor
fhall appoint an
Adjutant Gene-
ral.

His duty.

every day in the week, Saturdays and Sundays ex-
cepted, until the whole number of regiments fhall
have muftered and exercifed in the aforefaid man-
ner. (n)

SECT. 25. *And be it further enaEted,* That all monies
paffing into the treafury, by virtue of the directions
of this act, fhall be appropriated as a fund for the
purpofe of fupporting the neceffary officers for carry-
ing this law into effect, and of equipping and fur-
nifhing the militia with every neceffary apparatus for
the defence and fecurity of the ftate, the furplus, if
any, to be appropriated in fuch manner, and to fuch
ufes, as the General Affembly fhall from time to time
direct and appoint; and the State Treafurer fhall keep
all the monies arifing from fines by the militia law, fe-
parate from all other monies, and keep a feparate
book of the fame, and the expenditures thereof pur-
fuant to the directions of this act. (o)

SECT. 26. *And be it further enaEted,* That the Go-
vernor fhall appoint an Adjutant General in the ftate,
whofe duty it fhall be to diftribute all orders from the
Commander in Chief of the ftate to the feveral corps,
to attend all public reviews, when the Commander
in Chief fhall review the militia, or any part thereof,
to obey all orders from him relative to carrying into
execution and perfecting the fyftems of military difci-
pline eftablifhed by this act, to furnifh blank forms
of different returns that may be required, and to ex-
plain the principles on which they fhould be made,
to receive from the feveral officers of the different
corps throughout the ftate returns of the militia un-
der their command, reporting the actual fituation of
their arms, accoutrements and ammunition, and
every other thing which relates to the general ad-
vancement of good order and difcipline; all which
the feveral officers of brigades, regiments and batta-
lions are hereby required and directed to make in the
ufual

(n) See fect. 5, of chap. 95. c. the foregoing times altered, to wit, ef exercife in
companies once in the months of April, Auguft and November—in battalions in the
month of May—and in regiments in the month of June annually.

(o) See alfo fects. 10, 11, of chap. 95, c. fome alterations herein with more fpe-
cific appropriations.

Digitized from Best Copy Available

Pl.0466

uſual manner, ſo that the Adjutant General may be duly furniſhed therewith ; from all which returns he ſhall make proper extracts, and lay the ſame annually before the Governor or Commander in Chief of the ſtate, and tranſmit a duplicate of the ſame to the Preſident of the United States. *(p)*

Paſſed June 18, 1793.

---

## C H A P.  XXXVII. c.

*An* ACT *to enable Anna Adams and John Brown of Kent*            1793.
    *county, to bring from the ſtate of Maryland into this*
    *ſtate, two Negro ſlaves.*
        Paſſed June 18, 1793.——Private act.

---

## C H A P.  XXXVIII. c.

*An* ACT *to veſt the title of a tract of land in Phebe*          1793.
    *Snow, Jane Wilſon, and Robert Rees.*
        Paſſed June 18, 1793.——Private act.

---

## C H A P.  XXXIX. c.

*An* ACT *for the better regulation of diſtreſſes for rent,*       1793.
    *and for other purpoſes therein mentioned.*

WHEREAS for want of due regulation of diſ-  Preamble.
    treſſes for rent much injury hath been ſuffered,
    Section 1. BE *it therefore enacted by the Senate and Houſe of Repreſentatives of the ſtate of Delaware in General Aſſembly met*, That from and after the publication

VOL. II.                    3 Y                    of

---

*(p)* See ſect. 21, of chap. 95. c. a repeal of ſo much of this act as is there altered and amended, or otherways provided.

Digitized from Best Copy Available

Pl.0467

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16769   Page 52 of 105

**Plaintiffs' Exhibit U**

Pl.0468

This is a reproduction of a library book that was digitized by Google as part of an ongoing effort to preserve the information in books and make it universally accessible.





https://books.google.com

Pl.0469



Pl.0470

This edition contains the rare
"Yazoo laws" to be found on

p.304 no. 296

p.387 no. 418

p.557 no. 530

p.577 no. 543



ROBERT WATKINS.

STANFORD UNIVERSITY LIBRARY

G
TAX
D
1800

School of Law

Digitized by Google

Pl.0471

A

# DIGEST

OF THE

# L A W S

OF THE

# State of Georgia.

*FROM ITS FIRST ESTABLISHMENT AS A BRITISH PROVINCE DOWN TO THE YEAR 1798, INCLUSIVE,*

AND THE

## PRINCIPAL ACTS OF 1799:

IN WHICH

Is comprehended the declaration of Independence; the State Constitutions of 1777 and 1789, with the alterations and amendments in 1794.

ALSO THE

## *Constitution of 1798.*

IT CONTAINS

As well all the Laws in force, as those which are deemed useful and necessary, or which are explanatory of existing Laws: together, with the

### TITLES OF ALL THE OBSOLETE AND OTHER ACTS.

AND CONCLUDES

WITH AN APPENDIX containing the original Charters and other Documents, ascertaining and defining the Limits and Boundary of the State; all the Treaties with the southern tribes of Indians; the articles of Confederation and perpetual union; the Constitution of the United States, and a few Acts of Congress.

Together with a copious Index to the whole.

BY

## *ROBERT & GEORGE WATKINS.*

Philadelphia:

PRINTED BY *R. AITKEN,* N°. 22, MARKET STREET.

••••••••••••••••••••••••

## 1800.

Digitized by Google

L15009
OCT 4   1938

Digitized by Google

Pl.0473

## ADDRESS

# TO THE PUBLIC.

*THE following work is offered to the public under a conviction of its utility.   Not incited to the arduous undertaking, by ambition for literary fame, or with a view of having their names enrolled in the catalogue of contemporary authors, the compilers claim no merit but from their zealous assiduity and labor in the compilation. Having witnessed the numerous advantages resulting from the success of similar exertions, in other States, they determined to pursue the example and collect the whole of the State laws into one view. Such a work had been long called for by the public, and had been contemplated by others at an earlier period; but, either from the difficulty of the undertaking, or the want of legislative sanction, every attempt, in this State, has hitherto failed of success.   Notwithstanding these difficulties, the present compilers observing with much concern the great uncertainty in the municipal regulations of the State, and the embarrassments thereby introduced into every department of the government, but particularly in the courts of justice, whither one of them was led by professional duty, they determined though, strange to relate, not without opposition, to encounter the task upon the credit of their own fortunes, and hazard its success on their own individual reputations.*

*In a State whose government has been the theatre of political agitations, in which the reciprocal struggles of jarring and opposing interests, have produced the alternate adoption and abrogation of*
*opposite*


Digitized by Google

Pl.0474

[ iv ]

opposite measures, the civil polity cannot but be subject to frequent and variagated changes: This unfortunately has been too much the case with the State whose legislative acts are here presented to the public; and this too, has added much to the labor and perplexity of the undertaking.   Many of the laws have never been published, some are entirely lost or destroyed, others in a tattered and mutilated condition; and, the mass from whence this collection is made, has hitherto been, almost, as much out of the public reach as the laws of Caligula.   The compilers, however, have exercised their utmost assiduity, in collecting all the laws in force, passed since the first settlement of the State as a British province, together with such of the repealed or obsolete acts as were deemed useful and necessary, as governing the transactions under them, while in force: These they have arranged with the titles of all the other laws to be found, in the order of time in which they were passed, with such marginal notes and references as were deemed necessary to elucidate the objects of succeeding legislatures.   To which is subjoined the fundamental regulations under which they were enacted. . The constitution of the State as revised and amended at different periods, the articles of confederation and perpetual union, and the constitution of the United States.   They have also added, the original charters and other documents, ascertaining and defining the limits and boundary of the State; all the treaties with the southern tribes of Indians, and a few acts of congress.

Whilst the compilers have zealously endeavoured to fulfil their engagements, they have to regret the unexpected delay of the publication.   It is, however, to be hoped the causes will not be overlooked.   Soon after their commencement, measures were taken and pursued for a change in the constitution.   This was too important

not

Digitized by Google

Pl.0475

[ v ]

*not to wait the issue and incorporate the result. They have not only done this, but the delay has enabled them to add the laws of several years more than originally intended; and the whole code has recently undergone a thorough revision. In strict conformity with those engagements, a guide for justices of the peace should likewise have been annexed: but the new matter already added, it is presumed, will be deemed more than adequate. Indeed it has been considered that the guide will be more useful, by being published in a small portable volume. This will be done as soon as possible. The manuscript has been long prepared, but the many alterations in the constitution and laws have rendered a revision of that too, indispensably necessary. Such of the subscribers, however, as may not have occasion for the present work, without the guide, will be at liberty to withdraw their names.*

*Another cause of delay may justly be ascribed to the agitation of the public mind, during its progress, and to an opposition, which sought to destroy the effects and enjoy the fruits of their labor, by an indelicate interference, and an illiberal competition.\**

*Although*

---

* During the firſt ſeſſion of the legiſlature of 1799, when the digeſt was in the preſs, a candid repreſentation was made to them reſpecting its progreſs. They took up the ſubject and referred it to a large and reſpectable joint committee from the two branches. This committee reported ſpecially, and unanimouſly recommended an appropriation of fifteen hundred dollars, and added that they were the more induced to recommend the adoption of the meaſure " from a conviction that the ſaid digeſt is a work of great labor and merit and will be " of importance in forming a complete digeſt, agreeably to the 8th ſect. of the 3d art. of the conſtitution; and " that the ſaid Robert and George Watkins are entitled to a generous retribution for their labor and exertions." It was thereupon reſolved *unanimouſly* in the houſe of repreſentatives, " that the ſum of fifteen hundred dollars, " be appropriated" accordingly, to their uſe. The ſenate concurred by a large majority. During its progreſs, however, ſome oppoſition aroſe in the ſenate. This was at length explained by one of the governor's particular friends, who had the *moleſty*, openly, to move that an addition be made to the appropriation act, in the words following : " The ſum of two thouſand dollars, ſubject to the order of the governor, for the purpoſe of enabling " the executive to promulgate the laws of the State, agreeably to the 8th ſect. of the 3d art. of the conſti- " tution." This was negatived—yeas 4, nays 11. And his excellency was directed, by a ſecond reſolution, to pay the firſt mentioned ſum on demand " out of the contingent fund." Still unwilling to ſubmit to the will of the legiſlature, his excellency has not only been pleaſed, in the receſs of that body, to diſapprove of the appropriation, but has alſo charged the legiſlature with violating the conſtitution in making what he calls a " gratuity" of the public money, and withholds the amount.

On theſe facts, the compilers forbear to comment.

Digitized by Google

Pl.0476

[ vi ]

Although the authors of this work cannot boast of the patronage of ALL their rulers, they have the consolation to believe, that in offering it to the public, they are sanctioned by the approving voice of the best informed and most impartial characters in the community. To the indulgent eye of a generous public it is, therefore, cheerfully submitted.

The want of age and experience in the compilers, engaged in an arduous profession, added to the circumstances already stated, forbid the hope of perfect correctness. Conscious, however, of the best intentions, they venture to flatter themselves that the errors will be found neither numerous or important.

Should a greater number of copies be wanted than are now printed, a second edition will be published in octavo, in which all intermediate alterations in the laws, will be duly noticed, and the utmost care taken to correct and improve the former.

In a representative government, it is of the utmost consequence to the body of the nation, to be rightly informed of those laws and regulations by which their duties are defined and their rights secured. To promote this desirable object, as far as was in their power, has been the leading motive of the compilers. That it may answer the ends proposed, and advance the public good, is their ardent wish.

AUGUSTA, 1 JULY, 1799.

Digitized by Google

Pl.0477

HAVING been frequently consulted by Mess. ROBERT and GEORGE WATKINS, during the progress of the following work, we do certify, that in our opinion, it is correct, will be of great utility, and merits the public attention.

> GEORGE WALTON,
> WILLIAM STITH, Jun.
> SEABORN JONES,
> GEORGE WALKER.

*Augusta, Nov.* 15, 1798.

---

## Entered,

IN conformity to the act of the Congress of the UNITED STATES, intitled " An Act for the encouragement of Learning, by securing the Copies of Maps, Charts and Books, to the Authors and Proprietors of such copies during the times therein mentioned."

Digitized by Google

Pl.0478

458                    DIGEST OF THE

A. D. 1792.  *An Act to revise and amend the militia law of this State, and to adapt*
No. 468.    *the same to the act of the congress of the United States, passed the*
            *eighth day of May, one thousand seven hundred and ninety-two,*
            *entitled " An act more effectually to provide for the national*
            *defence by establishing an uniform militia throughout the United*
            *States."*

In conformity    I. BE *it enacted by the senate and house of representatives of the State of Georgia, in*
to act of con-        *general assembly met,* That in order to comply as nearly as may be convenient
gress, the mili-
tia laid off into with the act of congress of the United States, passed at Philadelphia, on the eighth
divisions, &c.    day of May, in the year of our Lord, one thousand seven hundred and ninety-two,
                  entitled " An act more effectually to provide for the national defence, by establish-
                  ing an uniform militia throughout the United States ;"—the militia of this State shall
                  be laid off and apportioned into divisions, brigades, regiments, battalions and compa-
                  nies, in the manner herein after particularly expressed.

Brigades and di-   II. *And be it further enacted,* That the counties of Camden, Glynn, Liberty and
visions defined.  Chatham* shall compose a brigade, to be known as the first brigade of the first di-
                  vision ; and the counties of Effingham and Burke† as the second brigade of the said
                  division ; and the said two several brigades shall compose the first division of the
                  militia of this State ; and the counties of Richmond and Columbia shall compose a
                  brigade, to be known as the first brigade of the second division ; and the counties of
                  Washington and Greene as the second brigade of the said division ; and the said two
                  several brigades shall compose the second division of the said militia ; and the county
                  of Wilkes‡ shall compose a brigade, to be known as the first brigade of the third
                  division ; and the counties of Franklin and Elbert§ as the second brigade of the third
                  division, and the said two several brigades shall compose the third division of the said
                  militia.

A major general   III. *And be it further enacted,* That each division of the said militia shall be under
to command        the direction of, and be commanded by a major general, and each brigade shall be
each division.
A brigadier ge-   under the direction of, and be commanded by a brigadier general ; and there likewise
neral, each bri-  shall be appointed an adjutant general, to have the rank of lieutenant-colonel : All
gade.
Adjutant gene-    which said officers shall be appointed and commissioned by the commander in chief of
ral, rank of      this State, under the regulations and restrictions herein after pointed out.
lieut. col.
Brigades to be    IV. *And be it further enacted,* That within two months after the passing of this act
subdivided in     the said several brigades shall be sub-divided into regiments, battalions and companies
regiments, bat-
talions and com-  as nearly as may be, in conformity to the aforementioned act of the congress of the
panies.           United States, by the executive department of this State.  *Provided,* That the respec-
Proviso.          tive counties be kept distinct from, and unblended with any other county in such
                  sub-division, unless alterations in such counties should hereafter by law take place.

                                                                                          V.

* Effingham, M'Intosh, and Bryan, added.
† Montgomery, Scriven, Bullock, and Jefferson, added.   } See acts of 1795, No. 334, and 1796, No. 562.
‡ Warren and Lincoln, added.
§ Oglethorpe and Jackson, added.

Pl.0479

LAWS OF GEORGIA. 459

V. *And be it further enacted,* That the officers of companies shall be nominated by election of the citizens liable to bear arms in each company district, and be appointed agreeably to the constitution by the governor of this State, under the following rules and restrictions, that is to say, the free white inhabitants so liable to do militia duty shall, within ten days after such company district shall have been defined by the executive, assemble at a place to be appointed therein by any two or more magistrates within such company district, or if there should not be two residing magistrates within such district, by any two or more magistrates of the county such company may be in, ten days public notice being first given by such magistrates of such meeting and the intention thereof; and the free white inhabitants liable to do duty therein, and so convened, shall proceed to nominate, by ballot, one fit and proper person to fill each respective commission of captain, lieutenant and ensign of such company; the election so held, and the names of the persons so nominated for each commission as aforesaid, shall be certified* under the hands and seals of such magistrates, and be by them sent, within fifteen days so certified, to his excellency the governor, who shall within five days after the receipt thereof, appoint and commission the persons so nominated for the respective commissions of captain, lieutenant or ensign, as the case may be, and in case of the neglect or refusal of the inhabitants of any company district to meet, and by ballot to nominate the persons aforesaid within the time herein before pointed out for such meeting; the executive department shall proceed to appoint the officers of such company district without any such nomination.

A. D. 1792.
No. 468.
Company officers, how appointed.

VI. *And be it further enacted,* That the captains and subalterns of companies so nominated and appointed shall, within twenty days after the notification of their appointments by his excellency the governor has taken place, meet and assemble at some convenient place within the battalion or regimental district, as the case may be, to which such officers belong, under the direction of any two or more of the captains so appointed, not being candidates, ten days notice being given of the meeting and its intention by them; and when so met, the said officers shall proceed to nominate, by ballot, one fit and proper person for each commission of lieutenant colonel of the regiment or major commandant of the battalion, as the case may be. *Provided,* That where the lieutenant colonel, when appointed, will command a regiment, consisting of two battalions, the officers of companies of both battalions shall assemble together in like manner at a conevnient place for each battalion, under the direction of two or more captains, one of which at least belonging to each respective battalion; and the captains so assembling, the said officers shall, within ten days after such nomination, certify the same, and the names of the persons so nominated, and send such certificate to the executive department, which shall within five days thereafter, appoint and commission the persons so nominated to fill such appointments of lieutenant colonel or major, as the case may be.

Lieut. cols and majors to be appointed by the company officers.

Proviso.

VII. *And be it also enacted,* That where a country will not permit its being formed into two battalions, the same shall compose a regiment to be commanded by a lieutenant colonel commandant.†
VIII.

Counties not containing two battalions, how to be commanded.

* See act of 1793, No. 494, sect. 8, pointing out the manner of certifying and returning such elections.
† To be commanded by a major if a county has not more than 4 companies.   See act of 1795, No. 534.

Digitized by Google

Pl.0480

A. D. 1792.
No. 468.
Officers, how to
take rank.

VIII. *And be it further enacted,* That where any officer now in commiſſion ſhall be nominated and appointed to fill the ſame commiſſion he before held, he ſhall take rank† from the date of the commiſſion he ſo before held, any thing herein contained to the contrary notwithſtanding, and the officers in commiſſion at the time of paſſing this act ſhall continue to act until the nomination or appointment of ſome other perſon to fill the ſame.

Enliſtments, how
to be made.
Perſons liable to
duty.

IX. *And be it enacted,* That the commanding officer of each company of militia ſhall enroll the names of all the male inhabitants (ſlaves excepted) above the age of eighteen and under the age of forty-five years, who ſhall have reſided therein for the ſpace of ten days, and ſhall cauſe the perſons ſo enroled to be ſummoned and duly noticed by a proper non-commiſſioned officer, to appear at ſuch times and places as he ſhall appoint for company muſters ; and the perſons ſo enrolled, ſhall be from thenceforth deemed and held to belong to ſuch company, and liable to appear at all its muſters, whether battalion or company, and on all other neceſſary occaſions, and to perform the whole duty of a militia man without any further notice whatſoever.

Accoutrements.

X. *And be it further enacted,* That every perſon ſo enrolled ſhall provide himſelf, agreeably to the act of congreſs, with a muſket or firelock, a ſufficient bayonet and belt, two ſpare flints, and a knapſack, a pouch with a box therein, to contain not leſs than twenty-four cartridges, ſuited to the bore of his muſket or firelock, each cartridge to contain a proper quantity of powder and ball ; or with a good rifle, knapſack, ſhot pouch and powder horn, twenty balls ſuited to the bore of his rifle, and a quarter of a pound of powder, and ſhall appear ſo armed, accoutred and provided, when called out to exerciſe or into ſervice ; except that when called out to exerciſe only on company days, he may appear without a knapſack.   And if any perſon ſo enrolled ſhall neglect to provide himſelf, or ſhall appear at muſters not properly accoutred as before expreſſed, or ſhall neglect or refuſe to appear at ſuch battalion or company muſters, or on any other neceſſary occaſion, at any time within nine months after the paſſing of this act, ſhall be fined in a ſum not exceeding two dollars for every ſuch offence ; and for every ſuch neglect after that time, the ſum not exceeding ſix dollars if a battalion muſter, and four dollars if a company muſter.

Fines of privates
for deficiencies
and non-attend-
ance.

Field and com-
pany officers
uniform, ſubject
to fine for deſi-
ciencies & non-
attendance.

XI. *And be it further enacted,* That every commiſſioned officer of the rank of captain and under, ſhall provide himſelf with a ſword or hanger, an eſpontoon, and a complete ſuit of uniform, to be determined on by the officer commanding the brigade he belongs to, and in caſe of any ſuch officer appearing at muſters, or on other neceſſary occaſions, not ſo provided, at any time within nine months after his appointment, every ſuch officer ſo offending, or who ſhall neglect or refuſe to appear at ſuch muſters ſhall be fined, if a captain, in a ſum not exceeding thirty dollars ; if a lieutenant, not exceeding twenty dollars ; and if an enſign, not exceeding fifteen dollars.   And every general and field officer ſhall in like manner appear, when on duty, in a complete uniform, and armed with a ſword or hanger ;—the uniform of the general officers to be determined by the commander in chief, and the uniform of

† See act of 1793, No. 494, ſect. 6, reſpecting the rank of lieutenant-colonels.

Digitized by Google

Pl.0481

of the field officers, by the officer commanding the brigade ; and in cafe of their
appearing at mufter, or on other neceffary occafions, not fo provided, every fuch
officer fhall forfeit and pay, if a major-general, a fum not exceeding two hundred
and fifty dollars ; if a brigadier, a fum not exceeding two hundred dollars ; and if
a field officer, a fum not exceeding one hundred dollars.

XII. *And be it further enacted,* That the faid militia fhall exercife in battalion
twice in each year, and in companies four times in every year ; and in cafe of neg-
lect thereof, if a battalion or regimental mufter, the commanding officer of fuch
regiment or battalion fhall be fined in a fum not exceeding one hundred dollars, to be
impofed by a court martial, to be ordered by the officer commanding the brigade ;
and if a company mufter, the officer commanding and fo neglecting fhall be fined
for every fuch neglect in a fum not exceeding thirty dollars, to be impofed by a
court martial, to be ordered by the officer commanding the regiment or battalion to
which fuch company fhall belong, and due notice fhall be given of fuch regimental,
battalion or company mufters, by the officers commanding the fame.

XIII. *And be it further enacted,* That every officer commanding a company fhall,
on the days appointed to exercife his men by company, have the fame formed under
arms by eleven o'clock in the forenoon, by which hour every perfon liable to militia
duty in fuch company fhall attend, and the faid officer fhall then have his roll called
over, and mark all defaulters, and fhall proceed to inftruct and exercife his men in
the evolutions and manual exercife pointed out and required by the before mentioned
act of congrefs, and in cafe of neglect of fuch inftructing and exercifing, the officer
fo commanding fhall be liable to a penalty not exceeding thirty dollars for every fuch
neglect.

XIV. *And be it further enacted,* That if any perfon liable to bear arms, at any
exercife or training, hereby appointed, fhall behave in a contemptuous or unfoldier-
like manner, at either battalion or company mufters whilft under arms, or fhall infult
or threaten his field, company or other officer commanding, after his difcharge, for
or on account of fuch officer's performing the duty hereby required of him whilft
fuch perfon was under arms, every fuch perfon fhall for every fuch offence forfeit and
pay a fum not exceeding four dollars : And if fuch offender fhall be a commiffioned
officer, and fhall be guilty of contemptuous or unfoldierlike behavior whilft on duty,
or fhall, after his difcharge from fuch duty, threaten or infult his fuperior officer for or
on account of the duty required of fuch officer by this act, every fuch commiffioned
officer fo offending fhall for every fuch offence forfeit and pay a fum not exceeding
twenty dollars or be cafhiered, at the option of a court martial.

XV. *And be it further enacted,* That any perfon interrupting the military exercifes
required by this act, may be committed by the officer commanding the body of militia
fo interrupted, to the neareft common gaol, for a fpace of time not exceeding five
days for every fuch offence.

XVI. *And be it further enacted,* That every mafter or other perfon who hath the
command, government or power over any indented man fervant, liable to do militia
duty by this act, fhall, at his or her own proper cofts and charge furnifh and provide
every

A. D. 1792,
No. 468.

Battalion or re-
gimental muf-
ters.

Company muf-
ters.

Officers and pri-
vates to be fined
or cafhiered by
court martial,
for mifbehavior
or difobedience
of orders.

Perfons inter-
rupting military
exercife may be
committed to
gaol.

Mafters of in-
dented fervants
to equip them,
&c. and fubject
to fine for neg-
lect.

Digitized by Google

Pl.0482

462                              DIGEST OF THE

A. D. 1792.  every such indented man servant during his servitude, with the arms, ammunition
No. 468.    and accoutrements directed by this act, and every such master or other person shall
            send such indented servant completely armed and furnished as is herein required, to
            all battalion, regimental or company musters, and on all other necessary occasions,
            which such indented servant would have been liable to attend were he not a bondsman;
            and in case such indented servant shall not appear thereat, or on appearance shall be
            defective in arms or accoutrements hereby required, such master or other person
            shall be liable to all the fines, penalties and forfeitures imposed in like cases on other
            persons liable to bear arms by this act.

Fines and for-     XVII. *And be it further enacted,* That the several fines, penalties and forfeitures
feitures, how to  to be inflicted by this act on persons liable to attend at company musters, may be im-
be imposed by     posed by a court consisting of a majority of the commissioned officers of such com-
courts martial.   pany; or in case of vacancies of two commissioned officers of the regiment or bat-
            talion such companies belong to.  *Provided,* one of the said officers be an officer of
            such company.  And the several fines, penalties and forfeitures to be inflicted on
            persons liable to attend battalion or regimental musters, shall be imposed by a court,
            to consist of at least seven commissioned officers of such battalion or regiment; and
            it is hereby made the duty of the officers appointed members of such courts martial,
            on being duly notified thereof, to attend the same; and in case of neglect or refu-
            sal of any such commissioned officer to attend, he shall be liable to the penalties herein
            pointed out for non-appearance at regimental or battalion orders; and ten days notice
            at least, in writing, shall be given defaulters and offenders to be tried at such com-
            pany, battalion or regimental courts martial, under the hand of the commanding
            officer of the company such offender or defaulter belongs to, who shall be served
            with the same personally, or be otherwise notified by a non-commissioned officer
            thereof, by such non-commissioned officer's leaving the same at such defaulter's or
            offender's usual place of abode, and proof of such service shall be made to such
            court, on oath, previous to its proceeding to the trial of such offender or defaulter.

Warrant there-    XVIII. *And be it further enacted,* That all warrants for fines, penalties and for-
for, how to be   feitures inflicted by this act shall, if in consequence of the sentence of a company
drawn & served   court martial, be under the hand and seal of the commanding officer of the com-
            pany; and if in consequence of the sentence of a regimental or battalion court
            martial, under the hand and seal of the commanding officer of such regiment or
            battalion; and every such warrant shall clearly express the offence, and recite the
            sentence of the court, and shall be directed to, and executed by a serjeant of the
            company the offender belongs to, or be directed to, and executed by any lawful con-
            stable of such district; and such non-commissioned officer or constable shall make
            return of such warrant within thirty days after his receiving the same; and if on
            such return it shall happen that such offender or defaulter has not wherewithal to be
            levied to satisfy the forfeiture or fine imposed by such court, it shall be the duty of
            such officer commanding, to renew the warrant, and thereby to commit the offender
            or defaulter to the common gaol of the county, or the nearest gaol thereto, if there
            shall be no such county gaol, for the space of one day for each dollar contained in
                                                                        such

Digitized by Google

Pl.0483

LAWS OF GEORGIA.                     463

fuch fine or forfeiture; and it is hereby made the duty of the keeper of fuch gaol to A. D. 1792.
receive fuch offender or defaulter, and to keep him in clofe cuftody for the term in No. 468.
fuch warrant expreffed, without bail or mainprize, and until fuch offender or defaulter
fhall have fatisfied fuch keeper for his fees on fuch confinement.   *Provided*, That no
gaoler fhall detain fuch perfon or perfons more than three days for his fees: *And
provided*, That where this act admits of perfons being committed to gaol in the firft
inftance, no return or renewal of fuch warrant fhall be neceffary.

XIX. *And be it further enacted*, That the non-commiffioned officers of the refpec-  Non-commiffi-
tive companies fhall be appointed in the following manner, that is to fay, the names oned officers, in
of all perfons liable to bear arms in each company diftrict fhall be placed in a box to be appointed—
be kept in the cuftody of the commanding officer of fuch company and have two par- to act twelve
titions, to be known by the numbers one and two, and the names in the firft inftance months.
fhall be put in the petition number one, and within one month after the refpective
companies fhall be organized, it fhall be the duty of the commiffioned officers thereof
to affemble and draw from the faid partition number one, the names of eight perfons
which fhall be thrown into the partition number two, and the eight perfons fo drawn
fhall be the non-commiffioned officers of the company and are hereby declared liable to
execute and perform all the duties of fuch ftation, and they fhall ferve as fuch for the
fpace of twelve months, and fhall not be liable to ferve again in that capacity until
all the names fhell be drawn from the partition number one; and in cafe of refufal to Subject to fine
act in fuch appointment, or to procure fome fit and proper perfon, to be approved of in cafe of refufal
by the officer commanding the company, to do the duty of a non-commiffioned offi- to act.
cer in his ftead, fuch perfon fo drawn and refufing to act or to procure fuch fit and
proper perfon, fhall forfeit and pay the fum of ten dollars, to be recovered by war-
rant of the officer commanding the company fuch perfon fhall belong to, and the
faid commiffioned officers fhall proceed to draw another perfon to fill the office of
fuch perfon fo refufing until the number of non-commiffioned officers fhall be com-
pleted; and the four firft perfons fo drawn as aforefaid, fhall be the ferjeants, and the
laft four fo drawn, the corporals of fuch company.   *Provided neverthelefs*, That if Provifo.
fit and proper perfons for non-commiffioned officers fhould be procured by the com-
miffioned officers of fuch company, the mode of drawing in this claufe contained
may be difpenfed with; but after fuch fit and proper perfons have accepted fuch offi-
ees, they fhall be liable to ferve in fuch ftation, at leaft for the term of twelve months,
as is herein before expreffed for perfons drawn to ferve in the fame; and in confidera-
tion of the duties in this act affigned to them, one half of the fines of fuch company
fhall be fet apart as a fund for defraying the expence of executing fuch duty, and
be divided to and among fuch non-commiffioned officers; but if any non-commiffion-
ed officer after accepting fuch office, fhall neglect or refufe to do the duty required
by this act, he fhall for every fuch offence, forfeit and pay a fum not exceeding five
dollars.

XX. *And be it further enacted*, That it fhall be the particular duty of the officers The patrol law,
commanding companies, to pay a due attention that the law for eftablifhing and re- how to be en-
gulating patrols in force in this State, paffed the eighteenth day of November, in the militia.
                                                        year

Digitized by Google

Pl.0484

464

DIGEST OF THE

A. D. 1792.
No. 468.

year of our Lord, one thousand seven hundred and sixty five, under the then pro-
vince of Georgia, be strictly executed, and in case of neglect or default of such exe-
cution, every officer commanding the company defaulting, and not punishing the
defaulters agreeable to the said act, shall be subject to a fine not exceeding fifty dollars
or be cashiered, at the option of a court martial.

Returns, to whom
and when to be
made.

XXI. *And be it further enacted,* That the officers commanding regiments or battal-
lions, shall once in every year, make proper and complete returns of their regiment
or battalion as the case may be, to the officer commanding the brigade to which they
respectively belong, and the officers commanding brigades, shall in like manner, make

Orders how to
be distributed
by the officers.

proper and complete returns of their brigades, to the officers commanding the division
to which they respectively belong, and the officers commanding divisions, shall re-
ceive and distribute all such orders to the brigades of their divisions as may from time
to time be issued from the commander in chief, or by his direction, from the adju-
tant general; and the officers commanding brigades, shall in like manner, receive and
distribute to and among the respective regiments and battalions of their respective
brigades, all such orders as may from time to time be issued to them by the officers
commanding divisions, by the commander in chief, or from his directions by the ad-
jutant general, and the officers commanding regiments or battalions shall cause to be
distributed to, and executed by the respective companies under their command all
such orders as they may from time to time receive from officers commanding divisions

Subject to fine
or may be cash-
iered, at discre-
tion of court
martial.

and brigades, or from the commander in chief, or the adjutant general; and in case
of neglect or refusal to perform such duty, every officer so offending shall, if a major
general, be fined in a sum not exceeding five hundred dollars, if a brigadier, in a
sum not exceeding three hundred dollars, and if a field officer, in a sum not exceed-
ing two hundred dollars or be cashiered at the option of a court martial to be or-
dered, if on a major general by the commander in chief, if on a brigadier by the
officer commanding the division, and if a field officer by the officer commanding the
brigade. *Provided,* That nothing in this clause contained, shall be construed to debar
the commander in chief from arresting and ordering courts martial for the trial of
any officer of the militia of this State, or to debar any officer commanding a division,
brigade, regiment or battalion from arresting and ordering courts martial for the trial
of any officer belonging to his division, brigade, regiment or battalion.

Courts martial
for the trial of
officers, how
constituted.

XXII. *And be it further enacted,* That a court* martial for the trial of a major-
general shall consist of at least one major-general, three brigadier generals and
five field officers; and for the trial of a brigadier general the court shall consist of at
least two brigadier generals and seven field officers; and for the trial of a field
officer it shall consist of at least one brigadier, three field officers, and five captains,
or of four field officers, and five captains; and a court martial for the trial of a cap-
tain or subaltern shall consist of at least seven commissioned officers, the president

Their sentence
subject to the
pleasure of the
commander in
chief.

thereof to be of superior rank to the officer tried; and every sentence of a court mar-
tial, where the officer shall be cashiered, shall be transmitted by the president of the
court through the adjutant-general to the commander in chief, who may approve
of, mitigate the sentence or pardon the offender as he may see fit: and in case of sen-
tences

* See act of 1793, No. 494, sect. 3, prescribing the manner of appointing courts martial.

Digitized by Google

Pl.0485

LAWS OF GEORGIA.

465

A. D. 1792.
No. 468.

tences merely pecuniary, the officer ordering the court may approve, difapprove or mitigate the fame.

XXIII. *And be it further enacted,* That from and after the organization of the militia as before pointed out, whenever any vacancy fhall happen in any captain's diftrict, battalion, regiment, brigade or divifion, by death, refignation or otherwife, the vacancies fhall be filled up by nominating a perfon or perfons to fill fuch vacancy or vacancies in the fame manner as before pointed out by this act.

Vacancies, how to be filled.

XXIV. *And be it further enacted,* That his excellency the governor be, and he is hereby empowered to affemble and embody fuch part of the militia of the State as he may from time to time think neceffary, to repel any invafion, infurrection or rebellion which may happen within the fame, and to order fuch officers to command the faid militia as he, fhall fee fit. *Provided,* That the officers of one company fhall not be placed to command another company, unlefs where the death, refignation or inability of fuch officer fhall make it neceffary. *And provided,* That nothing in this claufe contained fhall prevent part of fuch company from being detached, or piquet or otherwife under any officer.

The governor may embody the militia.

XXV. *And be it further enacted,* That where volunteer corps of artillery, horfe or infantry fhall be formed in purfuance of the aforementioned act of congrefs; the volunteers compofing the fame fhall not be permitted to leave fuch corps until he or they fhall have given two weeks notice of fuch intention, and fhall have produced a certificate from under the hand of the commanding officer of the company diftrict he belongs to, that his name is enrolled therein; and until the expiration of fuch notice fuch perfon fhall be liable to continue to do duty in fuch volunteer corps; and, in cafe of removal of refidence of any perfon liable to do militia duty from one diftrict to another, five days notice fhall be given to the officer of the company fuch perfon intends to remove from, and fhall produce a certificate from the officer of the company he intends to remove to, that his name is therein enrolled; and until fuch notice and certificate, fuch perfon fhall be liable to do militia duty in fuch company from which he fo intends to remove.

Members of volunteer corps of artillery, horfe &c. infantry, not to leave the fame without notice and certificate.

Militia men not to remove out of any diftrict without notice and like certificate.

XXVI. *And be it further enacted,* That any officer acting in an infamous or fcandalous manner unbecoming the officer, and which is likely to bring the militia fervice into difrepute, may be arrefted by order of the commander in chief, or the commanding officer of a divifion or brigade, on fufficient grounds appearing to them of fuch conduct, and on conviction thereof by a court martial, fuch officer may be cafhiered: And all diforders and neglects whilft on duty, or under orders which officers or privates may be guilty of to the prejudice of good order and difcipline, though not herein particularly provided for, may be noticed by a general, regimental or battalion court martial, and be punifhed by fine or forfeiture, not exceeding the penalties herein apportioned for other offences according to the rank of the offender.

All improper conduct of officers, diforders and neglect of duty, to be noticed by courts martial.

XXVII. *And be it further enacted,* That all fines* and forfeitures accruing by virtue of this act fhall, if arifing from default at regimental or battalion mufters, be paid into the hands of the major of fuch regiment or battalion for the exprefs purpofe of

Fines and forfeitures, how applied.

N n n

procuring,

* See act of 1795, No. 494, fect. 2, refpecting other fines.

Digitized by Google

Pl.0486

A. D. 1792.
No. 468.

procuring regimental and company colours: and all fines and forfeitures arising from defaults at company musters (except as herein excepted) shall be lodged in the hands of the captain thereof, to be applied in the purchase of drums and fifes; and such captain, after such purpose is attained, shall yearly account with, and pay to the major of such regiment or battalion, the overplus of such fines and forfeitures, who shall, after the expence of colours is deducted therefrom, pay the overplus of such regimental, battalion or company forfeitures into the public treasury, where all fines on general officers shall also be paid.

*Commanding officers of regiments have the sole appointment of the regimental staff.*

XXVIII. *And be it further enacted,* That the commanding officer of regiments shall have the sole appointment of the regimental staff as pointed out by the aforesaid act of congress, and that for the better understanding of this law as it has reference to the said act, the executive be empowered to direct a sufficient number of copies of that act to be struck off with this law, to be distributed one to each company of mi-

*The militia laws, to be publicly read to companies, regiments or battalions.*

litia within this State, and one to each field and general officer within the same: And it is declared to be the duty of each company officer to have the said act, together with this law, publicly read over at least twice in each year to his company whilst under arms; and it shall be the duty of the field officers to have the same once in every year, read to the respective regiments or battalions whilst under arms, to which they may respectively belong: And the executive department is also further empowered and required to have a like number of copies of the rules and articles of war, in force with the troops of the United States, to be distributed in like manner, that the militia be not ignorant thereof when called into actual service.

*Major generals, brigadiers and adjutant general, how appointed.*

XXIX. *And be it further enacted,* That the major generals, brigadier generals, and adjutant general created by this act, shall be nominated in the following manner: The senate and house of representatives shall concur in the nomination of one person as major general for the first division; one other person as major general for the second division; and one other person for the major general for the third division of the militia of this State; and shall also concur in the nomination of one other person for the brigadier general of the first brigade of the first division; one other person for the brigadier general for the second brigade of the said division; one other person for the brigadier general of the first brigade of the second division; one other person for the brigadier general for the second brigade of the said last mentioned division; one other person for the brigadier general for the first brigade of the third division; and one other person as a brigadier general for the second brigade for the third and last division; and shall also concur in the nomination of one other fit and proper person as adjutant general; and a list of the names of such persons as shall be nominated as aforesaid, shall be signed by the president of the senate and speaker of the house of representatives, and transmitted to the governor within two days after such nomination, for the purpose of appointing and commissioning each and every of such nominated persons within ten days after he shall receive such lists of names as aforesaid.

*Vacancies by removal.*

XXX. *And be it further enacted,* That in case any officer shall remove out of the district, battalion or regiment for which he shall be appointed, then and in that case his commission shall be void; and all officers of divisions, brigades, regiments, battalions and companies shall be residents of the divisions, brigades, regiments, battalions and companies to which they severally belong.     XXXI.

Digitized by Google

Pl.0487

**XXXI.** *And be it further enacted,* That the people called quakers, on producing a certificate from a quaker meeting of their being *bona fide* quakers, shall be exempt from all militia duty required by this act, and shall pay an extra tax of twenty-five *per centum* in addition to their general tax. *Provided,* That this act shall not extend to affect persons nor their estates who are herein exempt either from years, appointments or imbecility.

*A. D.* 1792.
No. 466.
Quakers exempt from militia duty, on payment of additional tax. Proviso.

**XXXII.** \**And be it further enacted,* That the members of the legislature for the time being, and their officers, all judicial and executive officers, all ministers in orders, practitioners of physic, all public printers, all ferrymen, millers, all tutors and students, all justices of the peace, registers of probates, the treasurers, the surveyor general and county surveyors, the secretary of the State, invalids, post riders, madmen and ideots,† shall be and they are exempted from any of the duties required by this act, in addition to those exempted therefrom by the act of the United States.

Certain other exemptions in addition to those mentioned in the act of the United States.

WILLIAM GIBBONS, *Speaker of the House of Representatives.*
BENJAMIN TALIAFERRO, *President of the Senate.*
EDWARD TELFAIR, GOVERNOR.

*December* 14, 1792.

\* So much of this sect. as exempts the "several officers" named, and all militia laws prior to this act, repealed by act of 1792, No. 494, sect. 15.

† See other exemptions by acts of 1794, No. 522, and 1795, No. 534.

## An Act for the more effectually preventing and punishing forgery.

No 469.

**I.** **B**E *it enacted by the senate and house of representatives of the State of Georgia in general assembly met,* That from and after the passing of this act, if any person or persons shall falsely make, forge, alter or counterfeit, or cause or procure to be falsely made, forged, altered or counterfeited, or willingly act or assist in the falsely making, forging, altering or counterfeiting any audited certificate, issued by the auditor general, or any order or warrant issued by his excellency the governor, or the honorable the president of the senate, or speaker of the house of representatives of this State, on the treasurer thereof, for any money or other thing, or any warrant for land issued by the justices of any land court within this State, or any certificate, draft, warrant or order from any of the public officers of this State, issued under or by virtue of any act or resolve of the general assembly, any deed, will, testament, bond, writing obligatory, bill of exchange, promissory note, or order for money or goods, or acquittance, or receipt for money or goods, or any endorsement or assignment of any bond, writing obligatory, bill of exchange, promissory note, or order for money or goods, with intent to defraud any person or persons whatsoever, or shall utter or publish as true, any false, forged, altered or counterfeited audited certificate, governors, presidents, speakers or other public officer's certificate, draft, warrant or order, so as aforesaid issued under or by virtue of any act, or resolve of the general assembly of this State, or any deed, will, testament bond, writing obligatory, bill of exchange,,

To forge audited certificates, governors, presidents, &c. &c.

Or to utter or publish the same as true.

Digitized by Google

Pl.0488

**Plaintiffs' Exhibit V**

Pl.0489



Content downloaded/printed from                    *HeinOnline*

Thu Oct  3 16:12:07 2019

Citations:

Bluebook 20th ed.
1793 [xxix] .

ALWD 6th ed.
1793 [xxix] .

Chicago 7th ed.
, "," Maryland - General Assembly, November Session : [xxix]-[xxxv]

OSCOLA 4th ed.
, " 1793 [xxix]

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
        *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Pl.0490

THOMAS SIM LEE, Esquire, Governor.   NOVEMBER.   1793.

ascertainment of such valuation or damages, and before they shall proceed to affect the lands and te- | C H A P. XLVIII.
nements of the person or persons concerned; provided, that the said road shall not go through any
houses, gardens, meadows or orchards, unless with the consent of the owner thereof.

### C H A P.   XLIX.

An ACT to authorise the register of the land-office to issue a patent to Salathiel Fitchett for lot | Passed 28th of Dec. 1793.
number six in Nanticoke manor. Lib. JG. No. 2. fol. 55. A Private Act.

### C H A P.   L.

An ACT to settle and pay the civil list and other expences of civil government. Lib. JG. No. 2.
fol. 55.

### C H A P.   LI.

## An ACT for the support of Rebecca Fowler.  Lib. JG. No. 2. fol. 56.

WHEREAS Juliana Fowler, of Queen-Anne's county, by her petition to this general assembly | Preamble.
hath set forth, that she has, amongst other children, a daughter, who is now a young woman,
who is blind, and also much afflicted with convulsion fits, which has in a great measure deprived her
of her senses, and that she, the said Juliana Fowler, mother of the said Rebecca, is not able to
maintain her, and prays that an act may pass to provide for the support of her said daughter, out of
the poor-house; and the facts stated in the said petition appearing true,

II. Be it enacted, *by the General Assembly of Maryland*, That the justices of Queen-Anne's coun- | Justices to levy money, &c.
ty shall and they are hereby empowered, at their levy courts annually, so long as they may see cause,
to assess and levy on said county a sum of money, not exceeding twenty pounds, for the support and
maintenance of the said Rebecca Fowler.

### C H A P.   LII.

A Supplement to an act, * entitled, An act to prevent the exportation of flour, staves and shingles, | * 1771, ch. 20.
not merchantable, from the town of Baltimore, in Baltimore county, and to regulate the weight
of hay and measure of grain, salt, flax-seed and firewood, within the said town, and to prevent
the exportation of flour, not merchantable, from Fell's Point, in the said county. Lib. JG.
No. 2. fol. 57.

See the note under the original act.

### C H A P.   LIII.

## An ACT to regulate and discipline the militia of this state. Lib. JG. No. 2. fol. 57.

### A Supplement 1798, ch. 100.

WHEREAS the congress of the United States, by their act, entitled, An act more effectually | Preamble.
to provide for the national defence, by establishing an uniform militia throughout the United
States, have enacted as follows, to wit: " Be it enacted, by the senate and house of representatives
of the United States of America in congress assembled, That each and every free able bodied white
male citizen of the respective states, resident therein, who is or shall be of the age of eighteen years,
and under the age of forty-five years, (except as is herein after excepted,) shall severally and re-
spectively be enrolled in the militia, by the captain or commanding officer of the company within
whose bounds such citizen shall reside, and that within twelve months after the passing of this act.
And it shall at all times hereafter be the duty of every such captain or commanding officer of a com-
pany, to enrol every such citizen as aforesaid, and also those who shall, from time to time, arrive at
the age of eighteen years, or being of the age of eighteen years and under the age of forty-five
years, (except as before excepted,) shall come to reside within his bounds; and shall, without delay,
notify such citizen of the said enrolment, by a proper non-commissioned officer of the company, by
whom such notice may be proved. That every citizen so enrolled and notified, shall, within six
months thereafter, provide himself with a good musket or firelock, a sufficient bayonet and belt, two
spare flints, and a knapsack; a pouch with a box therein, to contain not less than twenty-four car-
tridges suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of
powder and ball; or with a good rifle, knapsack, shot-pouch and powder-horn, twenty balls suited
to the bore of his rifle, and a quarter of a pound of powder, and shall appear so armed, accoutred
and provided, when called out to exercise or into service, except that when called out on company
days to exercise only, he may appear without a knapsack. That the commissioned officers shall seve-
rally

Pl.0491

C H A P.
LIII.

rally be armed with a fword or hanger, and efpontoon; and that from and after five years from the paffing of this act, all muskets for arming the militia as herein required, fhall be of bores fufficient for balls of the eighteenth part of a pound; and every citizen fo enrolled, and providing himfelf with the arms, ammunition and accoutrements, required as aforefaid, fhall hold the fame exempted from all fuits, diftreffes, executions or fales, for debt, or for the payment of taxes.  And be it further enacted, That the vice-prefident of the United States, the officers, judicial and executive, of the government of the United States, the members of both houfes of congrefs, and their refpective officers, all cuftom-houfe officers, with their clerks, all poft-officers, and ftage drivers who are employed in the care and conveyance of the mail of the poft-office of the United States, all ferrymen employed at any ferry on the poft-road, all infpectors of exports, all pilots, all mariners actually employed in the fea fervice of any citizen or merchant within the United States, and all perfons who now are or may hereafter be exempted by the laws of the refpective ftates, fhall be and are hereby exempted from militia duty, notwithftanding their being above the age of eighteen, and under the age of forty-five years.  And be it further enacted, That within one year after the paffing of this act, the militia of the refpective ftates fhall be arranged into divifions, brigades, regiments, battalions and companies, as the legiflature of each ftate fhall direct; and each divifion, brigade and regiment, fhall be numbered at the formation thereof, and a record made of fuch numbers in the adjutant-general's office in the ftate, and when in the field, or in fervice in the ftate, each divifion, brigade and regiment, fhall refpectively take rank according to their numbers, reckoning the firft or loweft number higheft in rank.  That if the fame be convenient, each brigade fhall confift of four regiments, each regiment of two battalions, each battalion of five companies, each company of fixty-four privates.  That the faid militia fhall be officered by the refpective ftates as follows:  To each divifion, one major-general, and two aids-de-camp with the rank of major; to each brigade, one brigadier-general, with one brigade infpector, to ferve alfo as brigade-major, with the rank of a major; to each regiment, one lieutenant-colonel commandant; and to each battalion, one major; to each company, one captain, one lieutenant, one enfign, four fergeants, four corporals, one drummer, and one fifer or bugler.  That there fhall be a regimental ftaff, to confift of one adjutant and one quartermafter, to rank as lieutenants; one paymafter, one furgeon, and one furgeon's mate; one fergeant-major, one drum-major, and one fife-major.  And be it further enacted, That out of the militia enrolled as is herein directed, there fhall be formed for each battalion at leaft one company of grenadiers, light infantry or riflemen; and that to each divifion there fhall be, at leaft, one company of artillery, and one troop of horfe: There fhall be to each company of artillery one captain, two lieutenants, four fergeants, four corporals, fix gunners, fix bombardiers, one drummer, and one fifer.  The officers to be armed with a fword or hanger, a fufee, bayonet and belt, with a cartridge box to contain twelve cartridges; and each private or matrofs fhall furnifh himfelf with all the equipments of a private in the infantry, until proper ordnance and field artillery is provided.  There fhall be to each troop of horfe, one captain, two lieutenants, one cornet, four fergeants, four corporals, one faddler, one farrier, and one trumpeter.  The commiffioned officers to furnifh themfelves with good horfes, of at leaft fourteen hands and an half high, and to be armed with a fword and pair of piftols, the holfters of which to be covered with bearfkin caps.  Each dragoon to furnifh himfelf with a ferviceable horfe, at leaft fourteen hands and an half high, a good faddle, bridle, mail pillion and valife, holfters, and a breaftplate and crupper, a pair of boots and fpurs, a pair of piftols, a fabre, and a cartouch box to contain twelve cartridges for piftols.  That each company of artillery and troop of horfe fhall be formed of volunteers from the brigade, at the difcretion of the commander in chief of the ftate, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry, and fhall be uniformly cloathed in regimentals, to be furnifhed at their own expence; the colour and fafhion to be determined by the brigadier commanding the brigade to which they belong.  And be it further enacted, That each battalion and regiment fhall be provided with the ftate and regimental colours by the field-officers, and each company with a drum and fife or bugle-horn, by the commiffioned officers of the company, in fuch manner as the legiflature of the refpective ftates fhall direct.  And be it further enacted, That there fhall be an adjutant-general appointed in each ftate, whofe duty it fhall be to diftribute all orders from the commander in chief of the ftate to the feveral corps; to attend all public reviews, when the commander in chief of the ftate fhall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the fyftem of military difcipline eftablifhed by this act; to furnifh blank forms of different returns that may be required, and to explain the principles on which they fhould be made; to receive from the feveral officers of the different corps throughout the ftate, returns of the militia under their command, reporting the actual fituation of their arms, accoutrements and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and difcipline; all which the feveral officers of the divifions, brigades, regiments and battalions are hereby required to make in the ufual manner, fo that the faid adjutant-general may be

duly

Pl.0492

duly furnished therewith; from all which returns he shall make proper abstracts, and lay the same annually before the commander in chief of the state. And be it further enacted, That the rules of discipline approved and established by congress in the resolution of the twenty-ninth of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout the United States, except such deviations from the said rules as may be rendered necessary by the requisitions of this act, or by some other unavoidable circumstances. It shall be the duty of the commanding officer at every muster, whether by battalion, regiment or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline. And be it further enacted, That all commissioned officers shall take rank according to the date of their commissions; and when two of the same grade bear an equal date, then their rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment. And be it further enacted, That if any person, whether officer or soldier, belonging to the militia of any state, and called out into the service of the United States, be wounded or disabled while in actual service, he shall be taken care of and provided for at the public expence. And be it further enacted, That it shall be the duty of the brigade inspector to attend the regimental and battalion meeting of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition and accoutrements, superintend their exercise and manoeuvres, and introduce the system of military discipline before described throughout the brigade, agreeable to law and such orders as they shall, from time to time, receive from the commander in chief of the state; to make returns to the adjutant-general of the state, at least once in every year, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements and ammunition, of the several corps, and every other thing which, in his judgment, may relate to their government and the general advancement of good order and military discipline; and the adjutant-general shall make a return of all the militia of the state to the commander in chief of the said state, and a duplicate of the same to the president of the United States. And, whereas sundry corps of artillery, cavalry and infantry, now exist in several of the said states, which, by the laws, customs, or usages thereof, have not been incorporated with or subject to the general regulations of the militia, Be it further enacted, That such corps retain their accustomed privileges, subject, nevertheless, to all other duties required by this act, in like manner with the other militia." Wherefore, and to carry the said act into effect,

II. Be it enacted, *by the General Assembly of Maryland,* That fit and proper persons in each county of this state be appointed by the governor and council to make true and exact lists of the names of all able bodied white male citizens between eighteen and forty-five years of age, (except as in the before recited act and as herein after excepted,) distinguishing in the said lists the quakers, menonists and tunkers, and persons conscientiously scrupulous of bearing arms, and the apprentices and their trade, and the name of the master to whom they are apprenticed, and cause the said lists to be completed on or before the tenth day of April next, and shall return the same to the commissioners of the tax of the several and respective counties of this state, on or before the said tenth day of April next.    *Persons to be appointed, &c.*

III. And be it enacted, That every person, so appointed to take the lists of names in the several counties aforesaid, shall be allowed for his trouble at the rate of two dollars and two thirds of a dollar for every hundred persons so listed, which sums shall be paid by the treasurer of the shore where they reside, and the governor and the council may, in their discretion, add to the sum to be allowed to the persons to be appointed in Allegany county, and diminish it in cases of appointments in Baltimore-town, as they may think just and necessary, so as to make the compensation equal to the service performed as nearly as may be.    *Who shall be allowed, &c.*

IV. And be it enacted, That if any free male white citizen, of the age of eighteen years and not under the age of forty-five years, when called on by any of the persons so to be appointed by the governor and the council, shall not give in his name to be listed, if unknown to the person requiring it, he shall forfeit and pay the sum of ten dollars for every such offence.    *Penalty for not giving in names, &c.*

V. And be it enacted, That if any such person, of the age of eighteen years and upwards, when called on as aforesaid, shall not inform the person so to be appointed, that he is of the age of eighteen years and upwards, and if any such person, under the age of forty-five years, when called on as aforesaid, shall inform the person so to be appointed, that he is of the age of forty-five years or upwards, every such person, so offending, shall forfeit and pay the sum of ten dollars for every such offence.    *And for not informing, &c.*

L l l                    VI. And

Pl.0493

Case 3:19-cv-01226-L-AHG Document 136-3 Filed 03/15/24 PageID.16796 Page 79 of 105

C H A-P.
LIII.
No free citizen
to be excused,
&c.

VI. AND BE IT ENACTED, That no free white male citizen, of the age of eighteen and under the age of forty-five years, fhall be excufed from militia duty on account of inability, unlefs he fhall obtain from the furgeon of the regiment to which he fhall belong, or fome reputable phyfician in his neighbourhood, a certificate that he is not of fufficient ability to perform militia duty.

Perfons ap-
pointed, to
make returns,
&c.

VII. AND BE IT ENACTED, That as foon as may be, and within fifteen days after the aforefaid tenth day of April next, all the perfons fo to be appointed by the governor and council in each and every county of this ftate, who fhall accept fuch appointment, fhall make true and exact returns of all the free white male citizens by them refpectively lifted as aforefaid to the governor and council, under the penalty of forty dollars for every neglect; and the governor and council fhall forthwith proceed to appoint the proper officers thereto, agreeably to the provifions of the before recited act; that thereupon each and every free white male citizen, who fhall be of the age of eighteen years and under the age of forty-five years, (except as before excepted,) fhall feverally and refpectively be en-rolled in the militia by the captain or commanding officer of the company within whofe bounds fuch citizen fhall refide, under the direction of the brigadier-general of the brigade, and that on or be-fore the twentieth day of June next; and it fhall at all times hereafter be the duty of every fuch captain or commanding officer of a company, to enrol every fuch citizen as aforefaid, and alfo thofe who fhall, from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years, (except as before excepted,) fhall come to refide within his bounds, and fhall, without delay, notify fuch citizen of the faid enrolment, by a proper non-commiffioned officer of the company, by whom fuch notice may be proved.

Governor, &c.
to arrange the
militia, &c.

VIII. AND BE IT ENACTED, That on or before the twentieth day of June next, the governor and council fhall arrange the militia of the ftate into divifions, brigades, regiments, battalions and com-panies, and fhall number each divifion, brigade and regiment, at the formation thereof, and a record fhall be made of fuch numbers in the adjutant-general's office; that if the fame be convenient, each brigade fhall confift of four regiments, each regiment of two battalions, each battalion of five com-panies, each company of fixty-four privates, four fergeants, four corporals, one drummer and one fifer or bugler.

Grenadiers to
be formed, &c.

IX. AND BE IT ENACTED, That out of the militia enrolled as aforefaid, there fhall be formed for each battalion at leaft one company of grenadiers, light infantry or riflemen; that to each divifion there fhall be a company of artillery and one troop of horfe, formed and officered according to the directions of the before recited act.

Officers to arm
themfelves, &c.

X. AND BE IT ENACTED, That all commiffioned officers, who fhall be appointed as aforefaid by the governor and council, and who fhall accept fuch appointment, fhall, on or before the tenth day of July next, arm, accoutre and provide themfelves, in the manner by the faid before recited act directed, under the penalty of twenty dollars for fuch neglect; and each non-commiffioned (a) officer and matrofs in the artillery, and each non-commiffioned officer and dragoon in the companies of horfe, fhall, on or before the firft day of Auguft next, arm, accoutre and provide himfelf, in like manner, under the penalty of fix dollars current money for fuch neglect.

(a) By 1798, ch. 100, the captains or commanding officers of companies are to appoint the non-commiffioned officers.

Minifters ex-
empt.

XI. AND BE IT ENACTED, That all minifters of the gofpel, regularly ordained or licenfed by any religious fociety, fhall be and are hereby exempted from militia duty.

Officers to take
an oath.

XII. AND BE IT ENACTED, That each and every officer, appointed and commiffioned by virtue of this act, fhall, previous to their entering on the execution of their refpective offices, take the following oath, or affirmation: " I, —— ——, do fwear, or affirm, (as the cafe may be,) that I will " be true and faithful to the ftate of Maryland."

Colours, &c. to
be provided,
&c.

XIII. AND BE IT ENACTED, That the ftate and regimental colours fhall be provided by the field-officers, and the drums and fifes, or bugle-horns, by the commiffioned officers of companies, who fhall contribute to the pay they would refpectively be entitled to receive if now called into actual fervice; and if the faid colours, drums, fifes or bugle-horns, fhall not be pro-vided on or before the firft day of Auguft next, in the manner herein directed, every officer who fhall have neglected to contribute his proportion fhall forfeit and pay one third of a month's pay to which fuch officers refpectively are entitled when called into actual fervice.

XIV. AND

Pl.0494

THOMAS SIM LEE, Esquire, Governor.    NOVEMBER.   1793.

XIV. AND BE IT ENACTED, That the whole of the militia, so enrolled as aforesaid, shall, after the first day of June next, be exercised under their respective officers, as followeth; that is to say, in companies on some day in August and November, and in battalion on some day in October, after the tenth day thereof; and after the year seventeen hundred and ninety-four, the said militia shall be exercised as aforesaid, in companies on some day in the months of April and November, in battalion on some day in August, and in regiment on some day in October, after the tenth day thereof; that the captains (a) of companies shall appoint the days and places of meeting in companies, the majors (b) shall appoint the days and places of meeting in battalion, and the lieutenant-colonels shall appoint the days and places of meeting in regiment; on each of which days every militia-man so enrolled shall duly attend with his arms and accoutrements in good order, (c) and the captain or commanding officer of each company is required to appoint a fit and proper person, who shall, at the end of one hour after the time appointed for the meeting of the company, battalion or regiment, call over the muster-roll of the company, noting those who are absent, and on that day shall make return in writing to the captain or commanding officer then present, of such absentees; and all the persons so absent at the time of calling over the roll, or who shall depart from the parade before duly discharged, shall be liable to the fines hereafter mentioned.

(a) By 1798, ch. 100, the captains, &c. are to give notice of every muster day to the non-commissioned officers, who are to give notice to the privates.

(b) By 1798, ch. 100, the brigadier-general is to appoint the days of meeting of each regiment, battalion and extra battalion.

(c) By 1798, ch. 100, non-commissioned officers or privates, who have muskets or guns, and appear without them, are subject to be fined.

Penalty on offi-
cers, &c. for
not attending,
&c.

XV. AND BE IT ENACTED, That if any commissioned officer shall refuse or neglect to attend on any of the days which shall be appointed for exercise, accoutred and equipped as aforesaid, (unless prevented by sickness, or some other unavoidable accident,) such commissioned officer shall forfeit and pay a sum not exceeding six dollars per day; (d) and any non-commissioned officer or matross in the artillery, and any non-commissioned officer or dragoon, who shall so refuse or neglect to attend on any of the said days, armed and accoutred as aforesaid, (except as before excepted,) shall forfeit a sum not exceeding two thirds of a dollar per day; and all other non-commissioned officers and privates, who shall so refuse or neglect to attend, armed and accoutred as herein before directed, (except as before excepted,) shall forfeit and pay one cent per day, unless excused for appearing without arms and accoutrements by the commanding officer of their respective companies for the day; and if they shall not attend on the several days of meeting, to be appointed as aforesaid, each and every person so neglecting shall forfeit and pay half a dollar per day, unless prevented by sickness, or other unavoidable accident; the names and surnames of all which persons, so incurring the said fines and penalties, (except such as may have paid the same into the hands of the captain or commanding officer of the company,) shall be duly and forthwith returned by the captain or commanding officer of each company, under his hand, together with such fines as he has received, to the lieutenant-colonel of the regiment to which he shall belong, who shall, immediately after the said returns are made to him, cause the same to be respectively recovered before some justice of the peace living near the place where the delinquents respectively reside, as in the case of small debts; and the said lieutenant-colonel shall, twice in every year, account with the treasurer of his shore for all monies so received, and pay the same over to such treasurer, to be subject to the future application of the general assembly.

(d) By 1798, ch. 100, officers, non-commissioned officers and privates, may be fined for non-attendance by courts martial, as therein directed.

XVI. AND BE IT ENACTED, That a duplicate of all returns made to the lieutenant-colonels as aforesaid, and an account of all money paid to them, shall be annually lodged by the respective persons making such returns or payments with the treasurer of their respective shores.

Militia on K.
Island not com-
pelled to meet,
&c.

XVII. AND, whereas the remote and detached situation of that part of the militia of Queen-Anne's county who reside on Kent Island, renders it impracticable for them to meet in battalion or regiment off the said island; therefore, BE IT ENACTED, That the militia residing on Kent island shall not be compelled to meet in battalion or regiment, but that the companies composed of the militia on said island shall nevertheless be subject to be called together to exercise twice a year on said island exclusive of company meetings, at such times and at such place as the commanding officer of the battalion to which they belong shall direct, and shall be subject to the same fines for not appearing at said meetings as others are for not meeting in battalion or regiment, any thing in this act to the contrary notwithstanding.

L l l 2                                XVIII. AND

Pl.0495

1793.  NOVEMBER.  L A W S  OF  M A R Y L A N D.

C H A P.
LIII.
Quakers, &c.
excufed, &c.

XVIII. AND BE IT ENACTED, That all thofe perfons called Quakers, Menonifts and Tunkers, and all other perfons confcientioufly fcrupulous of bearing arms, fhall be excufed from militia duty, (except when called into actual fervice,) on the payment of two dollars each on the firft day of September annually, to the lieutenant-colonel of the regiment to which they fhall refpectively belong; which faid fums fhall be collected in manner aforefaid, and be accounted for annually, on or before the firft day of December, and paid to the treafurer of the eaftern and weftern fhores refpectively, fubject to the future difpofition of the general affembly.

This fection is repealed by 1798, ch. 100, which provides that fuch perfons fo refufing fhall pay three dollars annually.

Mafters, &c.
accountable,
&c.

XIX. AND BE IT ENACTED, That the mafter or miftrefs of any apprentice, and the father, or mother or guardian of any minor, not a matrofs or dragoon, who fhall refufe or neglect to attend as aforefaid, being in the fervice of his father, or mother or guardian, mafter or miftrefs, fhall be accountable for the fine or fines fo incurred by fuch minor or apprentice.

Any perfon
draughted may
find a fubfti-
tute, &c.

XX. AND BE IT ENACTED, That when any part or parts of the militia fhall be draughted, or called out of the ftate into actual fervice, every perfon enrolled as aforefaid, who is not a commiffioned officer, fhall have it in his choice, either to ferve in perfon, or to find a fufficient perfon for a fubftitute, which faid fubftitute fhall be approved of by the lieutenant-colonel, or commanding officer of the battalion to which he fhall belong; but if any perfon, not being difabled by ficknefs, fhall neglect or refufe to ferve, or find fuch fufficient fubftitute in his place within ten days after notice given to him, the lieutenant-colonel, or commanding officer of the battalion to which fuch delinquent belongs, fhall, and he is hereby required to provide, hire or procure, on as reafonable terms as may be, a fubftitute for fuch perfon fo refufing or neglecting, and to charge fuch fum or fums, together with reafonable expences for procuring the fame, to fuch delinquent, to be recovered by diftrefs, and fale of his goods and chattels, lands or tenements, by warrant under the hands and feals of any two juftices of the peace of the county where fuch perfon refides; and in all cafes where it fhall be neceffary to recover any fine or forfeiture, or other money wherewith any perfon or perfons may become chargeable under and by virtue of this act, by diftrefs and fale, or execution, of the property of fuch perfon or perfons, it is hereby declared to be the duty of the fheriff, or perfon executing for the fame, to take fuch property as fhall be offered or fhewn to fuch fheriff, or perfon executing, amounting to fuch debt and coft, and if no property fhall be fhewn or offered, fuch fheriff, or perfon executing, fhall not take in execution any negro, or other valuable property, to fatisfy a fmall or trifling fine or fum, if property of fmall value can be found, but he fhall take fuch property, if any fuch can be found, as will pay the fum due, with the coft of levying the fame, and no more, as nearly as may be; and any perfon offending herein fhall forfeit and pay treble the fum fo levied, to be recovered by the party grieved by indictment or action in the county where the offence fhall happen; provided, that no lieutenant-colonel, or commanding officer of a battalion, fhall be obliged to provide a fubftitute for any delinquent, unlefs he is of opinion that fuch delinquent has fufficient property to pay the expences of procuring a fubftitute; and if fuch lieutenant-colonel or commanding officer fhall be of opinion, that any delinquent has not fufficient property to pay the expences of procuring a fubftitute, he fhall make application to a juftice of the peace of the county where fuch delinquent refides, who, upon fuch application, fhall iffue his warrant to the fheriff of the county to arreft the delinquent, and imprifon him in the common gaol, there to remain for a certain time, to be fpecified in the warrant, not exceeding twenty days, and the fheriff fhall be obliged to keep fuch delinquent in the common gaol, agreeable to the command of the faid warrant, unlefs he fhall agree to ferve, or find a fufficient fubftitute in his place; provided alfo, that no militia-man, having perfonally or by fubftitute ferved in the militia, fhall be obliged to ferve again until by rotation it comes to his turn.

Perfons ag-
grieved may
appeal, &c.

XXI. AND BE IT ENACTED, That if any perfon or perfons fhall think him, her or themfelves aggrieved in the feizure of his, her or their goods and chattels, lands or tenements, or by the executing his, her or their perfon or perfons, he, fhe or they, may enter an appeal before the juftices of the next county court, and on the party's giving fufficient fecurity within fix days next after any goods or chattels, lands or tenements, fhall be feized or diftrained as aforefaid, or his, her or their perfon or perfons executed as aforefaid, to profecute fuch appeal with effect, the juftices fhall receive the fame, and ftay further procefs; and the faid juftices fhall return every fuch appeal on the fecond day of the next term, and the court fhall direct a trial by jury of the county, as in other cafes of debt, whofe verdict fhall be final and conclufive, and, except in extraordinary cafes, of which the court fhall be judge, all fuch appeals fhall be tried at the term to which fuch returns fhall be made, any law, cuftom or ufage, to the contrary notwithftanding.

XXII. AND

Pl.0496

XXII. AND BE IT ENACTED, That no militia-man fhall leave the company to which he belongs, and join any other, under the penalty of ten dollars, unlefs by confent of the captain, or commanding officer of the company, or in cafe of removing to fome other diftrict within this or any other ftate, and in fuch cafe he fhall apply to the commander of fuch company, who fhall give him a certificate of his being difcharged, under the penalty of ten dollars, and if the faid militia-man had been in actual fervice, fhall alfo certify the time thereof, and how long he had continued therein, under the like penalty.

*C H A P. LIII. No militia-man to leave his company, &c.*

XXIII. AND BE IT ENACTED, That no perfon, ferving as a fubftitute for another, fhall thereby be excufed from ferving in his turn.

*Subftitutes not excufed, &c.*

XXIV. AND BE IT ENACTED, That no officer or private of the militia fhall be fubject to any arreft, either on mefne procefs or execution, or in any other manner, for any civil matter, in his attendance at, going to, or returning from, mufter.

*Officers, &c. not fubject to arreft, &c.*

XXV. AND BE IT ENACTED, That if any fuit or fuits fhall be brought or commenced againft any perfon or perfons for any thing done in purfuance of this act, the action fhall be laid in the county where the caufe or caufes of fuch action did arife, and not elfewhere, and the defendant or defendants may plead the general iffue, and give this act and the fpecial matter in evidence; and if the jury fhall find for the defendant or defendants in fuch action or actions, or if the plaintiff or plaintiffs fhall be nonfuited, or difcontinue his or their action or actions, after the defendant or defendants fhall have appeared, or if upon demurrer judgment fhall be given againft the plaintiff or plaintiffs, the defendant or defendants fhall have treble cofts, and have the like remedy for the fame as any defendant or defendants hath or have in other cafes to recover cofts by law.

*Action to be laid in the county, &c.*

XXVI. AND, whereas fundry companies of artillery, cavalry and infantry, now exift, or may exift, in the town of Baltimore, previous to the twentieth day of May next, BE IT ENACTED, That all fuch companies now formed, or that may be formed previous to the faid twentieth day of May next, fhall be and are hereby continued and confirmed, fubject neverthelefs to all duties, fines and penalties, to which the reft of the militia are fubjected by this act; provided, that the governor, with the advice and confent of the council, fhall have the appointment and commiffioning of the officers of the faid companies.

*Companies continued, &c.*

XXVII. AND BE IT ENACTED, That this act fhall continue and be in force for and during the continuance of the before recited act of congrefs.

*Duration,.*

The act of congrefs is not limitted in its duration.

C H A P. LIV.

## An ACT to open and lay out roads from Denton, the feat of juftice in Caroline county, to different parts of faid county, and the fame, when opened and laid out, to be the public roads of faid county. Lib. JG. No. 2. fol. 67.

*Paffed 28th of Dec. 1793.*

WHEREAS the inhabitants of Caroline county experience confiderable inconvenience for the want of public roads leading from Denton, their feat of juftice, to different parts of faid county, and as it is right and proper they fhould have the fame for their eafe and convenience; therefore,

*Preamble.*

II. BE IT ENACTED, by the General Affembly of Maryland, That Henry Downes, Jofeph Richardfon, Chriftopher Driver, William Robinfon and Robert Hardcaftle, be and they are hereby appointed commiffioners to open and lay out the following roads in Caroline county aforefaid, to wit: A road from the weft fide of Choptank river, oppofite to Denton, to interfect the road from Tuckahoe Bridge to Price's Landing; another road from the weft fide of Choptank river, oppofite to Denton, to Tuckahoe Bridge; another road from the weft fide of Choptank river, oppofite to Denton, to interfect the road from Greenfborough to Tuckahoe Bridge at or near the Deep Branches; a road from Denton, down Choptank river, to interfect the road leading from Greenfborough to Dover ferry between Rhodes's plantation and the mill commonly called and known by the name of Potter's Mill; another road from Denton to interfect the road from Greenfborough to Dover ferry between the Old Chapel. and the Three Bridges; and one other road from Denton, up Choptank river, to interfect the road from Greenfborough to Dover ferry at or near Matthew Driver's faw mill; and the faid commiffion-

*Commiffioners appointed, &c.*

ers,

Case 3:19-cv-01226-L-AHG Document 136-3 Filed 03/15/24 PageID.16799 Page 82 of 105

**Plaintiffs' Exhibit W**

Pl.0498



Content downloaded/printed from          *HeinOnline*

Thu Oct  3 17:05:02 2019

Citations:

Bluebook 20th ed.
1793 289 .

ALWD 6th ed.
1793 289 .

Chicago 7th ed.
, "," Massachusetts - Acts & Laws, May Session : 289-308

OSCOLA 4th ed.
, " 1793 289

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Pl.0499

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16802   Page 85 of 105



# Acts *and* Laws,

## Paffed by the GENERAL COURT of *Maffachufetts* :

Begun and held at Boston, in the County of Suf-
FOLK, on Wednefday the Twenty-ninth Day of
May, Anno Domini, 1793.

### C H A P.   I.

An Act for regulating and governing the Militia
of the Commonwealth of Maffachufetts, and for
repealing all Laws heretofore made for that Pur-
pofe ; excepting an Act, intitled "An Act for
eftablifhing Rules and Articles for governing the
Troops ftationed in Forts and Garrifons, within
this Commonwealth, and alfo the Militia, when
called into actual Service."

*W*HEREAS *the Laws for regulating and governing the Mili-
tia of this Commonwealth, have become too complicated for* Preamble.
*practical ufe, by reafon of the feveral alterations which have from
time to time been made therein :*        Therefore,

I.  *BE it enacted by the* Senate *and* House *of* Represen-
tatives *in General Court affembled, and by the authority of the* Laws repealed.
*fame,* That the feveral Laws heretofore made for governing and
regulating

Pl.0500

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16803   Page 86 of 105

*In the Year of our LORD*, 1793.

regulating the Militia, be, and hereby are repealed, except an Act, intitled " An Act for establishing Rules and Articles for governing the Troops stationed in Forts and Garrisons within this Commonwealth, and also the Militia when called into actual service."

*Proviso.*    *Provided nevertheless,* That all officers actually in commission, agreeably to the laws which are hereby repealed, and in grades which are established by this Act, shall continue in commission in the same manner, and in the same authority they would, in case the said laws were still in force ; and all actions depending in any Court by force of said laws, shall, and may be prosecuted to final judgment and execution.

Persons to be enrolled in the Militia.    II. *And be it enacted by the authority aforesaid,* That each and every free, able-bodied white male citizen, of this, or any other of the United States, residing within this Commonwealth, who is, or shall be of the age of eighteen years, and under the age of forty-five years (except as is herein after excepted) shall severally and respectively be subject to the requisitions of this Act, and shall be enrolled in the Militia, by the Captain or Commanding Officer of the company, within whose bounds such citizens shall reside, within three months from and after the passing this Act : And it shall be at all times hereafter the duty of the Commanding Officer of every such company; to enroll every such citizen as aforesaid ; and also those, who shall from time to time arrive at the age of eighteen years, or being of the age of eighteen years, and under the age of forty-five years, and not herein after excepted, shall come to reside within his bounds ; and shall without delay notify such citizen of the enrollment, by a non-commissioned officer or other person, duly authorized for that purpose, by whom such notice may be proved ; and in all cases of doubt respecting the age of any person enrolled, or intended to be enrolled, the party questioned, shall prove his age to the satisfaction of the Commanding Officer of the company within whose bounds he may reside.

To be notified.

Persons exempted from training.    III. *And be it further enacted by the authority aforesaid,* That the Vice-President of the United States ; Members of Congress, of both Houses, with their respective Officers ; Lieutenant-Governor ; Members of the Council, Senate and House of Representatives, with their Officers ; Secretary and Treasurer of the Commonwealth ; Officers, Judicial and Executive, of the Government of the United States ; Justices of the Supreme Judicial Court ; Justices of the Courts of Common Pleas ; Judges of Probate ; Registers of Probate ; County Registers ; Justices of the Peace ; Sheriffs ; Deputy-Sheriffs ; Coroners ; Constables ; Selectmen ; Ministers of the Gospel ; Elders and Deacons of Churches ; Church Wardens, and those of the religious denominations of Quakers and Shakers ; Masters of Arts ; Officers and Students at any College ; also such Physicians, Surgeons, stated School-Masters, Ferrymen and Millers, as the Selectmen of the towns to which they shall severally belong, shall by a writing under their hands, signify the expediency

of

Pl.0501

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16804   Page 87 of 105

of exempting; perfons who have by commiffion under any government or Congrefs, or by election in purfuance of the orders of any Congrefs of the United States, or either of them, held the office of a Subaltern or office of higher rank ; and all Mariners actually employed in any fea-fervice of any citizen within the United States, in any veffel of more than thirty tons burthen ; Cuftom-Houfe-Officers ; all Poft-Officers, Stage-Drivers, actually employed in the care and conveyance of the Mail ; and fuch perfons as did attain to the age of forty years before the eighth day of *May*, one thoufand feven hundred and ninety-three ; and alfo all fuch Manufacturers as are by any fpecial law of the Commonwealth now exempted, fhall be, and hereby are exempted from the faid enrollment.

IV. *And be it further enacted by the authority aforefaid,* That the Governor, by and with the advice of the Council, be, and hereby is authorized and empowered to form and arrange the Militia into divifions, brigades, regiments and companies; and from time to time to make fuch alterations therein as fhall be neceffary ; and if the fame be convenient, each brigade fhall confift of four regiments, each regiment of ten companies, and each company of fixty-four effective privates : *Provided notwithftanding,* That the prefent arrangement of the Militia fhall continue as it now is, until the Governor, with the advice of Council, fhall otherwife order ; and each new divifion, brigade and regiment fhall be numbered at the formation thereof, and a record made of fuch number in the Adjutant-General's office, and when in the field or in fervice, each divifion, brigade and regiment fhall refpectively take rank according to its number. {.sidenote Arrangement of the Militia.}{.sidenote Provifo.}

V. *And be it further enacted by the authority aforefaid,* That the Militia fhall be officered, as follows : To each divifion, one Major-General and two Aids-de-Camp, with the rank of Major : To each brigade, one Brigadier-General, with one Brigade-Infpector, to ferve alfo as Brigade-Major : To each regiment, one Colonel, one Lieutenant-Colonel, one Major. *Provided neverthelefs,* where any vacancy of Colonel now is, or fhall hereafter happen, then the field-officers of each regiment to confift of a Lieutenant-Colonel-Commandant, and two Majors : To each company of infantry, one Captain, one Lieutenant, and one Enfign, four Serjeants, four Corporals, one Drummer, one Fifer or Bugler : That there fhall be a Regimental Staff, to confift of one Adjutant, one Quarter-Mafter, to rank as Lieutenants, one Surgeon, and one Surgeon's Mate, to be appointed by the Commanding-Officer of the regiment, and commiffioned by the Governor, one Serjeant-Major one Quarter-Mafter-Serjeant, one Drum-Major, and one Fife-Major : That each company of artillery fhall confift of one Captain, two Lieutenants, four Serjeants, four Corporals, fix Gunners, fix Bombadiers, one Drummer, one Fifer, and {.sidenote Manner of officering the Militia.}

Pl.0502

*In the Year of our LORD, 1793.*

and thirty-two Privates or Matroffes : And each troop of cavalry fhall confift of one Captain, two Lieutenants, and one Cornet, four Serjeants, four Corporals, one Saddler, one Farrier, one Trumpeter, and thirty-two Privates : And there fhall be one Adjutant-General and one Quarter-Mafter-General for the whole Militia, to be appointed by the Governor.

VI. *And be it further enacted by the authority aforefaid,* That each and every Major-General be, and hereby is empowered, and **Major-General** it fhall be his duty, to give all fuch orders, as fhall from time to **empowered in** time be neceffary, confiftent with the law for electing Brigadier-**election of Of-** **ficers.** Generals, Field-Officers, Captains and Subalterns, in brigades, regiments and companies, within his refpective divifion, which have not been already commiffioned, and for filling up vacancies of fuch officers or any of them, where they now are or may hereafter happen. *Provided always,* That whenever a time fhall be appointed **Provifo.** for the election of any Officer or Officers, the electors fhall have ten days notice thereof, at leaft ; and all returns of elections, and neglects, or refufals to make choice of Officers, fhall be made to the Governor by the Major-General, in whofe divifion the election fhall be ordered ; and all commiffions fhall pafs through the hands of the Major-Generals to the officers in their refpective divifions, for whom they fhall be made out ; and every perfon who fhall be elected to any office in the faid Militia, and fhall not within ten days after he fhall have been notified of his election, (excepting a Major-General, who fhall be allowed thirty days after he fhall be notified by the Secretary of the Commonwealth) fignify his acceptance thereof, fhall be confidered as declining to ferve in fuch office ; and orders fhall be forthwith iffued for a new choice.

**All Officers to** VII. *And be it further enacted by the authority aforefaid,* That **fubfcribe the** every perfon who fhall be lawfully intitled to be commiffioned to **oath.** any office in the Militia of this Commonwealth, fhall at the time of receiving his commiffion, take and fubfcribe the oaths and declaration required by the Conftitution, before fome Juftice of the Peace, or fome General or Field-Officer, who fhall have previoufly taken and fubfcribed them himfelf, and who are hereby authorized to adminifter the fame ; and a certificate thereof fhall be made on the back of every commiffion, by the Juftice of the Peace, or General or Field-Officer, before whom the faid oaths and declaration fhall have been taken and fubfcribed.

VIII. *And be it further enacted by the authority aforefaid,* That the Commanding Officer of regiments, fhall appoint the non-com-**Non-commif-** miffioned Staff-Officers of their refpective regiments : The Com-**fioned Officers** manding Officers of Companies fhall appoint the non-commiffion-**by whom ap-** **pointed.** ed Officers, including the Clerks, of the refpective companies : All non-commiffioned Staff-Officers and Sergeants fhall receive warrants under the hand of the Commanding Officer of their refpective regiments or corps :—And the Adjutant fhall keep a record in a fuit-
able

Pl.0503

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16806   Page 89 of 105

able book, to be kept for that purpofe, of all warrants which fhall
be iffued :—And no non-commiffioned Officer fhall be deemed to *Refignations to be given in writing.*
have refigned his office, until he fhall have done it in writing to
the Commanding Officer of the regiment or corps to which he be-
longed ; and fhall have obtained his difcharge alfo in writing, from
fuchCommanding Officer :—And no non-commiffioned Officer or
Private, fhall be difenrolled from the Militia for difability, without
a certificate from the regimental Surgeon and Mate

IX. *And be it further enacted by the authority aforefaid,* That *Clerks to be appointed.*
every company fhall have a Clerk, who fhall be alfo one of the Ser-
geants, and he fhall be fworn to the faithful difcharge of his truft ; — *Their duty.*
and it fhall be his duty always to keep a fair and exact roll of the
company, together with the ftate of the arms and equipments be-
longing to each man, which roll he fhall annually revife and correct
in the month of *May,* as is herein after directed ; to regifter all
orders and proceedings of the company in an orderly book, which
fhall never be alienated from the company ; to keep exact details
of all detachments ; to call the roll whenever the company is affem-
bled ; to examine the equipments when thereto required, and to
note all delinquencies ; to fue for, recover and receive all fines and — *empowered to fue.*
forfeitures which are required by this Act tobe recovered, one half
to his own ufe for his trouble, and the other half to be paid to *Appropriations.*
the Commanding Officer of the company, in truft, for the ufe of the
company to which he belongs, excepting fuch cafes wherein other
provifion is made by this Act, for the recovery and appropriation
of fines and forfeitures.

*Provided neverthelefs,* That all commiffioned Officers now in *Provifo.*
command in the Militia, in any grade not eftablifhed by this Act,
fhall be continued in their command ; and the Clerks of companies,
now in office, fhall be continued in fuch office.

X. *And be it further enacted by the authority aforefaid,* That *Non-commiffioned Officers appointed in cafe.*
whenever a company fhall have neither commiffioned Officers nor
non-commiffioned Officers, the Commanding Officer of the regi-
ment or battalion to which fuch company belongs, fhall appoint
fuitable perfons within faid company to be non-commiffioned Offi-
cers and Clerk of the fame ; and fuch non-commiffioned Officers
and Clerk, fo appointed, fhall be authorized in the fame manner, and
have the fame power, and authority, as if they had been appointed
by a Captain duly qualified to command faid company.

XI. *And be it further enacted by the authority aforefaid,* That *Prohibition.*
no Officer of the Militia fhall be difcharged excepting by the Com-
mander in Chief, on the requeft of fuch Officer, in writing, or by
the Commander in Chief on the addrefs of both Houfes of the Le-
giflature ; or by being difbanded by a law of the Commonwealth,
or by a judgment of a Court-Martial, or by actual removal, (the
Major-General to be judge whether the diftance is fo great that he
cannot conveniently difcharge the duties of his office) or by twelve
B months

Pl.0504

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16807   Page 90 of 105

months abfence, without leave of fuch Officer, from the diftrict of his command : And no Officer fhall confider himfelf exempted from the duties of his ftation, until he fhall have been difcharged in one or other of the methods aforefaid : And if by the Commander in Chief, not until he fhall have received a certificate of fuch difcharge : No Officer fhall be allowed to refign his commiffion when under arreft ; and no General or Field-Officer fhall approve the refignation of any other Officer, until fuch Officer fhall have lodged in his hands all fuchMilitia laws and orderly books as he fhall have been furnifhed with by the Government ; and fuch General or Field-Officer fhall deliver the laws and orderly books which he fhall thus have received, to the next fucceeding Officer who fhall be commiffioned in the place of him who fhall have refigned.

XII. *And be it further enacted by the authority aforefaid,* That the Governor, with the advice of Council, be and hereby is authorized to complete the cavalry in each brigade of the Militia, *Cavalry organized.* to two full companies or troops ; and the cavalry in each brigade, when completed, fhall be formed into battalions or fquadrons; in thofe brigades where there are or may be two or three troops, they fhall form fquadrons, and each fquadron fhall be commanded by a Major ; in thofe brigades where there are already more than three troops, they fhall form battalions, and each battalion fhall be entitled to a Lieutenant-Colonel, Major, Adjutant and Quarter-Mafter : *Provided always,* That in thofe brigades where there are *Provifo's.* already two troops raifed, they fhall not be augmented ; and in thofe brigades where there are already more than two troops, they fhall not be reduced. *Provided alfo,* That the companies of cavalry which are by any former Act, annexed to any regiment, fhall continue to be fo attached to fuch regiment in which it is raifed. The Officers of cavalry fhall furnifh themfelves with good horfes, at leaft fourteen hands and a half high ; and fhall be armed with a pair of piftols, and a good fword, the holfters of which fhall be *Officers and men to furnifh themfelves complete with horfes and every other equipment.* covered with bearfkin caps : Each horfeman fhall furnifh himfelf with a ferviceable horfe, of at leaft fourteen hands and a half high ; a good faddle, bridle, mailpillion and valife; holfters, a breaftplate, and crupper ; a pair of boots and fpurs, a pair of piftols ; a fabre, and cartridge-box, to contain twelve cartridges for piftols. No man fhall be enlifted into any troop of cavalry, unlefs he fhall own and conftantly keep a fuitable horfe, and furniture, for that fervice ; and if any man who fhall belong to any troop of cavalry, fhall be deftitute of a fuitable horfe and furniture, for more than three months at one time, he fhall be difcharged from fuch corps, and enrolled in the ftanding company in which he refides. And whenever any draft or detachment fhall be made from a troop of cavalry, for actual fervice, the men thus drafted or detached, fhall march with their own horfes ; and before they march, the horfes fhall

Pl.0505

*In the Year of our LORD,* 1793.

| | Militia. | 295 |
|---|---|---|

ſhall be appraiſed, by three indifferent men, to be appointed by the Brigadier of the brigade, from which ſuch detachment ſhall be made.

XIII. *And be it further enacted by the authority aforeſaid,* That the Governor with the advice of Council, be, and hereby is authorized to compleat the artillery in each brigade of the Militia, to two full companies ; and when thus completed, ſhall form a battalion in each brigade, and be entitled to a Major, Adjutant and Quarter-Maſter. *Provided neverthelefs,* That in thoſe brigades, where there are already two companies raiſed, they ſhall not be augmented ; and in thoſe brigades where there are already more than two companies, they ſhall not be reduced. And each company of artillery, ſhall be provided with two good field-pieces, with carriages and apparatus compleat ; an ammunition cart ; forty round ſhot, and forty rounds of canniſter ſhot.—The Governor ſhall order to be iſſued to each company of artillery, annually, a quantity of powder, not exceeding one hundred pounds, which ſhall be expended on general muſter days, and in experimental gunnery. And the Quarter-Maſter-General ſhall provide for, and ſupply the artillery companies with all the carriages, tumbrils, harneſs apparatus, implements, larboratory and ordnance ſtores, which may, from time to time be neceſſary for their equipment. The Officers of artillery ſhall be armed with a ſword or hanger ; a fuſee, bayonet and belt, with a cartridge-box to contain twelve cartridges : And each non-commiſſioned Officer and Private or Matroſs, of thoſe companies which are unprovided with field-pieces, ſhall furniſh himſelf with all the equipments of a Private in the infantry, until proper ordnance and field artillery is provided. And the Commanding Officer of each company of artillery, ſhall be accountable for the careful preſervation of the pieces and apparatus, and the proper expenditure of the ammunition ſupplied by government. Each company of artillery, and troop of cavalry, ſhall be formed of volunteers from the brigade ; and together, they ſhall not exceed in number one eleventh part of the infantry of ſuch brigade ; and they ſhall be uniformly cloathed in regimentals, to be furniſhed at their own expence.

*Artillery organized.*

*Proviſo.*

*— to be provided with compleat apparatus,*

*Quarter-Maſter to furniſh.*

*Commanding Officer to be accountable.*

*Artillery and cavalry to be formed of volunteers.*

XIV. *And be it further enacted by the authority aforeſaid,* That at all regimental muſters, the companies commanded by the two eldeſt Captains, ſhall act as light-infantry companies, except where light-infantry companies have already been raiſed by voluntary enliſtment, and one or more ſhall be attached to ſuch regiment.

*Light-Infantry companies.*

XV. *And be it further enacted by the authority aforeſaid,* That if any non-commiſſioned Officer or Private of cavalry, artillery, light-infantry, or other corps raiſed at large, ſhall neglect for the term of three months, to keep himſelf provided with an uniform of the company to which he belongs, as is directed by

*Penalty.*

this

Pl.0506

this Act, he shall be discharged from such corps, by the Brigadier commanding the brigade, and enrolled in the standing company in which he resides. And no company of cavalry, artillery, light-infantry, or other corps which it may be lawful to raise at large, shall be raised within this Commonwealth, when any of the standing companies shall be reduced thereby, to a less number than sixty-four effective Privates ; and no Officer of any such corps, shall enlist any men belonging to a standing company, for the purpose of forming or recruiting such corps raised at large, when by means thereof, such standing company would be reduced to a less number than sixty-four effective Privates. And if any such corps, raised at large, shall at any time be destitute of commissioned Officers, and shall neglect to fill up such vacancies, for one whole year after being ordered to elect them, or if any such corps shall be reduced under twenty privates, and remain in that situation for one whole year without doing duty as the law directs ; then in either case as aforesaid, such corps raised at large shall be deemed disbanded, and the men which belonged to such delinquent corps, shall be enrolled in the standing company in which the individuals thereof shall respectively reside : And no such corps raised at large, shall at any time bear a greater number of men on their rolls, than the law allows necessary to constitute them ; and the Commanding Officer of every such corps shall annually, in the month of *April*, make out a list of all the men's names belonging to his corps, and deliver the same to the Commanding Officer of the regiment or battalion, in whose district such corps is or may be raised ; and all such corps raised at large, not annexed to any particular regiment, shall be subject to the orders of the Commanding Officer of the brigade in which they shall respectively be raised, and shall make their elections and returns in the same manner as other corps of the Militia.

*No corps to be raised at large which will reduce standing companies to a limited number.*

*— to be deemed disbanded in case.*

*— not to consist of a greater number than legal.*

And whereas the military company in *Boston*, commonly called the " *Ancient and Honorable Artillery Company*," being by ancient charter, custom and usage, exempted from the general regulations of the Militia : Therefore,

*Ancient and Honorable Artillery Company*

XVI. *Be it further enacted by the authority aforesaid,* That the said company, called the " *Ancient and Honorable Artillery Company*," shall retain its accustomed privileges, not being incompatible with the Constitution, but shall be subject to all other duties required by this Act, in like manner as other companies of Militia.

*— to retain privileges.*

XVII. *And be it further enacted by the authority aforesaid,* That every commissioned Officer of infantry, whose duty shall require him to serve on foot, shall be armed with a sword and an espontoon ; and every Officer whose duty requires him to be mounted, shall be armed with a sword and pair of pistols : And the uniform in every instance required by this Act, shall be a dark blue cloth coat, of such fashion, and with such facings, and under-clothes, as the Major-Generals or Brigadiers shall direct within their several commands. *And*

*Officers, how to be armed and uniformed.*

Pl.0507

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16810   Page 93 of 105

XVIII. *And be it further enacted by the authority aforesaid,*
That every non-commissioned Officer and Private of the infantry
shall constantly keep himself provided with a good musket, with
an iron or steel rod, a sufficient bayonet and belt, two spare flints, a
priming wire and brush, and a knapsack; a cartridge-box, or pouch
with a box therein, to contain not less than twenty-four cartridges, Necessary artiles of equipments.
suited to the bore of his musket; each cartridge to contain a proper
quantity of powder and ball; or with a good rifle, knapsack, shot-
pouch, powder-horn, twenty balls suited to the bore of his rifle,
and a quarter of a pound of powder : And shall appear so armed,
accoutred and provided, whenever called out, except that when
called out to exercise only, he may appear without a knapsack, and
without cartridges loaded with ball. *Provided always,* that when-
ever a man appears armed with a musket, all his equipments shall Proviso.
be suited to his musket; and whenever a man appears armed with
a rifle, all his equipments shall be suited to his rifle : And that
from and after five years from the passing of this Act, all muskets
for arming the Militia, as herein required, shall be of bores suffici-
ent for balls of the eighteenth part of a pound : And every citizen
enrolled and providing himself with arms ammunition and accou- Arms &c. to be exempted from
trements, required as aforesaid, shall hold the same exempted from suits.
all suits, distresses, executions or sales for debt, or for payment of
taxes.

XIX. *And be it further enacted by the authority aforesaid,* That
every non-commissioned Officer or Private of the infantry, who
shall neglect to keep himself armed and equipped as aforesaid, or
who shall on a muster-day, or at any other time of examination, Fine for ne-glect.
be destitute of, or appear unprovided with the arms and equip-
ments herein directed (except as before excepted) shall pay a fine
not exceeding *twenty shillings,* in proportion to the articles of which
he shall be deficient, at the discretion of the Justice of the Peace,
before whom trial shall be had : And all parents, masters and Parents and masters to equip
guardians shall furnish those of the said Militia who shall be under their children & servants.
their care and command, with the arms and equipments afore-
mentioned, under the like penalties for any neglect : And when-
ever the Selectmen of any town shall judge any inhabitant thereof,
belonging to the Militia, unable to arm and equip himself in man-
ner as aforesaid, they shall at the expence of the town provide for
and furnish such inhabitant with the aforesaid arms and equipments, Persons unable, to be furnished
which shall remain the property of the town at the expence of by the town.
which they shall be provided ; and if any soldier shall embezzle
or destroy the arms and equipments with which he shall be furnish-
ed, he shall, upon conviction before some Justice of the Peace, be Penalty, in case.
adjudged to replace the article or articles, which shall by him be
so embezzled or destroyed, and to pay the cost arising from the pro-
cess against him : And if he shall not perform the same within
fourteen days after such adjudication, it shall be in the power of
C                                                                the

Pl.0508

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16811   Page 94 of 105

*In the Year of our LORD,* 1793.

the Selectmen of the town to which he ſhall belong, to bind him out to ſervice or labour, for ſuch term of time as ſhall, at the diſcretion of the ſaid Juſtice, be ſufficient to procure a ſum of money equal to the value of the article or articles ſo embezzled or deſtroyed, and pay coſt ariſing as aforeſaid.

XX. *And be it further enacted by the authority aforeſaid,* That every perſon liable to do military duty, who being duly warned ſhall refuſe or neglect to appear at the time and place appointed,

*Penalty for not appearing on muſter days.* armed and equipped as by this act is directed, for any muſter, training, view of arms, or other military duty, ſhall pay as a fine for ſuch default, the ſum of *ten ſhillings :* And every perſon who ſhall appear at any muſter with his arms in an unfit condition, ſhall pay a fine of *three ſhillings* for each and every ſuch default :

*Proviſo.* *Provided neverthelefs,* It ſhall be lawful for the Commanding Officer of a company, at any time within eight days after any muſter, training, view of arms or other duty, to excuſe any perſon for non-appearance, on the delinquent's producing to him ſatisfactory evidence of his inability to appear as aforeſaid ; and the Commanding Officer of the company ſhall certify the ſame to the Clerk within the time abovementioned, and the Clerk ſhall not thereafter commence any proſecution againſt ſuch delinquent for his fine for non-appearance, as aforeſaid.

XXI. *And be it further enacted by the authority aforeſaid,* That whenever the Commanding Officer ſhall think proper to call his company together, or ſhall be ordered by his ſuperior Officer to do

*Clerk to notify.* it, he ſhall iſſue his orders therefor, to one or more of the non-commiſſioned Officers, if there be any, if not to one or more of the privates belonging to his company, directing him or them to notify and warn the ſaid company to appear at ſuch time and place as ſhall be appointed ; and every ſuch perſon or perſons, who ſhall receive ſuch orders, ſhall give notice of the time and place appointed for aſſembling ſaid company, to each and every perſon he or they ſhall be ſo ordered to warn, either by verbal information, or by leaving a written or printed notification thereof, at the uſual

*Manner of notification.* place of abode of the perſon thus to be notified and warned ; and no notice ſhall be deemed legal for muſters for the purpoſe of common and ordinary trainings, unleſs it ſhall be given four days at leaſt, previous to the time appointed therefor ; but in caſe of invaſion, inſurrection or other emergency, any time ſpecified in the orders ſhall be conſidered as legal ; and every non-commiſſioned Officer, or other perſon, who ſhall neglect to give the ſaid notice and warning, when ordered thereto by the Commanding Officer of the company to which he belongs, ſhall for ſuch offence forfeit and pay as a fine, a ſum not exceeding *forty ſhillings,* nor leſs than *twelve ſhillings,* at the diſcretion of the Juſtice of the Peace

*Penalty;* before whom trial ſhall be had ; and the teſtimony of any perſon under oath, who ſhall have received orders agreeable to law, for notifying

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16812   Page 95 of 105

notifying and warning any company, or part thereof, to appear
at a time and place appointed for any muster, view of arms, or other
military duty, shall be sufficient to prove due notice was given to
the party against whom complaint may be made, unless such testi-
mony shall be invalidated by other sufficient evidence: And when-
ever a company shall be destitute of commissioned Officers, and **Companies des-**
the Commanding Officer of the regiment or battalion to which **titute of com-**
such company belongs, shall think proper to call out such com- **cers, how warn-**
pany, he shall direct his orders to one or more of the non-com- **ed.**
missioned Officers of said company, who shall have full power and
authority to warn, assemble, lead, order, exercise and govern said
company, conformably to the orders which he or they shall thus
receive from their superior Officers for that purpose: *Provided* **Proviso.**
*always,* When in regiment or battalion, it shall be lawful for the
Commanding Officer present, to order a commissioned Officer to
command such company, while acting in conjunction with other
corps.

XXII. *And be it further enacted by the authority aforesaid,* That
every non-commissioned Officer and Private of the Militia, who **Penalty for dis-**
shall be disorderly or disobedient, or guilty of unmilitary conduct **orderly beha-**
on a muster or training day, or at any other time when on duty, **viour.**
shall be confined during the time of the said muster or training, at
the discretion of his Officers, and shall pay a fine not exceeding
*forty shillings,* nor less than *twelve shillings,* at the discretion of the
Justice of the Peace to whom complaint shall be made.

XXIII. *And be it further enacted by the authority aforesaid,*
That whenever any non-commissioned Officer or Private in the
Militia, shall forfeit any sum of money, set and affixed to any
default, or offence, by this Act, of the sum of *four pounds,* or un- **Fines, how re-**
der, the same shall be recovered in the manner following; that **covered.**
is to say: The Clerk of the company to which the offender be-
longs, shall, after the expiration of eight days, and within sixty days
after the offence shall have been committed, make complaint there-
of, and of all matters of substance, and material circumstances at-
tending the same, to some Justice of the Peace, in the county where
such offender shall live, who shall make record thereof, and shall
issue a summons to the party complained of, to be served seven days
at least, before the time appointed for the trial, in the form follow-
ing, *mutatis mutandis.*

—————— *ss.*

  TO the Sheriff of the said county, or his Deputy, or
*L. S.*   either of the Constables of the town of                *within*
the same county,             GREETING.

*In the name of the Commonwealth of Massachusetts, you are here-* **Form of the**
*by required to summon* C. D. *of            in the county of* **summons.**
*to appear before me* E. F. *one of the Justices of the Peace for the*
*county*

Pl.0510

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16813   Page 96 of 105

*county aforesaid, at           in           on           the
day of           at           of the clock, in the           noon, then and
there to shew cause, if any he has, why a warrant of distress shall not
issue against him.* [Here insert the complaint.] *Hereof fail not,
and make due return of this writ, and of your doings therein, unto
myself, at, or before the said           day of           .
    Dated at           aforesaid, the           day of           in the year of
our* LORD

E. F. <i>Justice of the Peace.</i>

And when the said party shall by himself, or his Attorney appear
accordingly, he may plead the general issue and give any special
matter in evidence ; and if the said party shall make default, or if
judgment shall be given against him, and he shall neglect for four
days thereafter, to satisfy the same with legal costs, then the Justice
of the Peace, before whom trial shall be had, shall issue his war-
rant of distress, under his hand and seal, in the form following :

———— <i>ss.</i>

*TO the Sheriff of the said county, or his Deputy, or
any or either of the Constables of the town of
within the same county,*           GREETING.

**Form of the warrant of distress.**

*Whereas* C. D. *of           upon the           day of           be-
ing a private Soldier in the Train-Band, (as the case may be) of the
company of foot, commanded by           in the regiment of Mi-
litia, in the said county of           commanded by           was
duly notified to appear upon the           day of           in the town
of           in the county aforesaid, with his arms and equipments, as
the law of this Commonwealth directs ; and the said* C. D. *in vio-
lation of the said Law, did unnecessarily neglect to appear, (or did
not appear armed and equipped, as the case may be) whereby he hath
forfeited, and ought to pay the sum of           shillings, to the uses di-
rected by law ; and the said* C. D. *having been duly summoned to ap-
pear before me* E. F. *one of the Justices of the Peace, for the coun-
ty aforesaid, to shew cause, if any he had, why a warrant of dis-
tress should not be issued for the same sum, did not appear, (or ap-
pearing, did not shew sufficient cause, why the same warrant should
not be issued, as the case may be;) In the name of the Commonwealth
of Massachusetts, you are therefore commanded forthwith, of the
goods or chattels of the said* C. D. *within your precinct, to levy by
distress and sale thereof, the aforesaid sum of           shillings, with
           for charges of suit, being in the whole, the sum of
and to pay the same to           Clerk of the aforesaid com-
pany ; and also of the goods or chattels of the said* C. D. *to levy
           for this writ, together with your own fees ; and for
want of such goods or chattels of the said* C. D. *to be by him shewn
to you, or found within your precinct, you are commanded to take
           the*

Pl.0511

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16814   Page 97 of 105

the body of the said C. D. and him commit to the common Gaol in
         in the county aforesaid ; and the Keeper thereof is hereby
commanded to receive the said C. D. into the said Gaol, and him
safely keep, until he shall pay the sum aforesaid, together with legal
fees and costs, or until he shall be otherwise discharged by order of law ;
and you are to make return of this warrant with your doings thereon,
unto myself, within twenty days next coming, for which this shall be
your sufficient warrant ; hereof fail not.
      Given under my hand and seal, the          day of
in the year of our LORD

                                  E. F. *Justice of the Peace.*

XXIV. *And be it further enacted by the authority aforesaid*
That every Captain or Commanding Officer of a company, shall
call his company together three days in each year for company
discipline ; and once on the first Tuesday of *May*, annually, for
the express purpose of examining and taking an exact account of
every man's arms and equipments ; at which time every article re-
quired by this act, shall be brought to the place of examination ; and
it shall be the duty of the Clerk, or in his absence, of some other
person to be appointed on the occasion, for the time only, by
the Commanding Officer, for that purpose, to make out an exact
roll of the company, and set against every man's name, the
arms and equipments which shall belong to him : And every Com-
manding Officer of a company, shall constantly keep by him a roll,
with the arms and equipments of every man annexed to his
name, as aforesaid, from which all detachments shall be regu-
larly detailed, and the annual return of the company made : And
the said roll shall be annually revised, corrected, and completed, on
the first Tuesday in *May* as aforesaid : And every person liable to do
duty in the Militia, who shall be absent at the examination or re-
view of arms, in the month of *May*, as aforesaid, and shall not send
his arms and equipments to be examined, at the time and place ap-
pointed, he shall be fined for every article required in this act,
not so brought or sent to be examined, as is herein before directed,
besides the sum of *ten shillings*, for non-appearance, as aforesaid.

XXV. *And be it further enacted by the authority aforesaid,* That
every Captain or Commanding Officer of a company, shall make
a return of the state of his company, comprehending every man
belonging to said company, with all the arms and equipments be-
longing to them, to the Commanding Officer of the regiment, in
the month of *May*, annually : Every Commanding Officer of a
regiment shall make a return of the state of his regiment, to the
Brigadier, in the month of *June*, annually : And every Com-
manding Officer of a brigade shall make out duplicate returns of
his brigade, one of which he shall transmit to the Major-General
of the division to which he belongs, and the other to the Adjutant-
General of the Commonwealth, in the month of *July*, annually.

E                                              *And*

*Marginal notes:*
Companies to be mustered at stated times for examination.

Commanding Officers to keep a roll.

Fines in case of neglect.

Commanding Officers to make regular returns annually.

Pl.0512

Case 3:19-cv-01226-L-AHG   Document 136-3   Filed 03/15/24   PageID.16815   Page 98 of 105

XXVI. *And be it further enacted by the authority aforesaid,*
That the Adjutant-General shall be commissioned with the rank
of Brigadier-General; and it shall be his duty to distribute all or-
ders from the Commander in Chief of the Militia, to the several
corps; to attend all public reviews when the Commander in
Chief shall review the Militia, or any part thereof; to obey all
orders from him relative to carrying into execution and perfecting
the system of Military Discipline, established by this Act; to su-
perintend the annual inspection of the Militia; to furnish blank
forms of the different returns that may be required, and to
explain the principles on which they should be made; to keep such
rosters and records as are proper to be kept in his office; to receive
from the several Officers of the different corps throughout the
State, returns of the Militia under their command, reporting the
actual situation of their corps, their arms, ammunition and accou-
trements, their delinquencies, and every other thing which relates
to the general advancement of good order and discipline: All
which the several Officers of the divisions, brigades, regiments,
battalions and companies are hereby required to make in the usual
manner, or as the Commander in Chief shall direct, so that the Ad-
jutant-General may be duly furnished therewith: From all which
returns, he shall make proper abstracts, and a general return of the
whole Militia of the Commonwealth, and lay the same before the
Governor or Commander in Chief and to forward a duplicate
thereof to the President of the United States.

*Rank and duty of Adj General.*

XXVII. *And be it further enacted by the authority aforesaid,*
That it shall be the duty of the Brigade-Inspector to attend the
regimental and battalion meetings of the Militia, composing the
several brigades, to which they belong, during the time of their
being under arms; to inspect their arms and equipments; to su-
perintend their exercise and manoeuvres, and introduce the system
of discipline, established by this Act; to obey all orders they may
from time to time receive from the Commander in Chief, or
others, their superior Officers; to make returns to the Adjutant-
General, at least, once in a year, and at such other times as shall
be required, of the Militia of the brigades to which they several-
ly belong, reporting therein the actual situation of the corps, their
arms, ammunition and accoutrements, and every other thing which
they may be required to report; or which in their judgment may
relate to their government, and the general advancement of good
order and military discipline.

*Duty of Brigade Inspector.*

XXVIII. *And be it further enacted by the authority aforesaid,*
That the rules of discipline approved and established by Congress,
in the resolutions of the twenty-ninth day of *March,* one thousand
seven hundred and seventy-nine, shall be the rules and regulations
of discipline, to be observed by the Militia of this Commonwealth;
except such deviations from said rules, as may be necessary by the
requisitions

*Rules and regu-
lations of disci-
pline for the
Militia.*

Pl.0513

*In the Year of our LORD,* 1793.

## Militia.

303

requisitions of this Act, or fome other unavoidable circumftances ;
and every Officer receiving a commiffion in the Militia, fhall im-
mediately provide himfelf with a book containing thofe rules.

XXIX. *And be it further enacted by the authority aforefaid,*
That every regiment of Militia of this Commonwealth, fhall be
affembled in regiment, once in two years, for review, infpection
and difcipline, on fuch days as the Commanding Officers of the
feveral divifions or brigades fhall order ; (the Commanding Offi-
cers of regiments to point out the place.)   And the Militia of ev-
ery town fhall be affembled together once in two years, (the year
it is not muftered in regiment) at fuch time and place as the Com-
manding Officer fhall order, and fhall be inftructed and difciplined
under the direction of a Field-Officer.   *Provided neverthelefs,*
in new fettlements, where the difperfed fituation of a regiment may
oblige men to march twenty miles or more, to the place of parade,
it fhall be at the difcretion of the Commanding Officer of the re-
giment, to mufter the Militia in fuch fettlements, either by re-
giment, by towns, or other convenient bodies.   And every non-
commiffioned Officer and Private fhall come to the place of pa-
rade, with neceffary refrefhment for faid day, at his own expence.
The cavalry and artillery, and other corps raifed at large, fhall alfo
be reviewed and infpected, once in every year, either with the
regiments and battalions, or by themfelves, as the Major-Generals,
or the Brigadiers fhall order, and at fuch times and places as they
fhall direct.   And each Commanding Officer of a Corps, when on
duty, fhall have full power and authority, to afcertain and fix certain
neceffary limits and bounds, to their refpective parades, (no road
in which people ufually travel, to be included) within which no
fpectator fhall have right to enter without liberty from faid Com-
manding Officer ; and in cafe any perfon fhall fo intrude within
the lines of the parade, after being once forbidden, he fhall be fub-
ject to be confined under guard, during the time of exercife, at the
difcretion of the Commanding Officer.   And whenever different
corps fhall be affembled together, the fenior Officer prefent, fhall
command without any regard to corps whatever.   And all Offi-
cers when on duty, fhall take rank according to the dates of their
commiffions ; and when two of the fame grade bear an equal date,
and former pretenfions ·of fome commiffion do not decide, then
their rank fhall be determined by lot, to be drawn by them, before
the Commanding Officer prefent; and when on Court-Martial
before the Prefident thereof.

XXX. *And be it further enacted by the authority aforefaid,*
That every Captain or Commanding Officer of a company, who
fhall neglect or refufe to call out his company, as often as the law
requires, for difcipline, and on the firft Tuefday of *May,* for a view
of arms, as directed by this Act, or at any other time, when thereto
required, by his fuperior Officer ; or who fhall at any time excufe
his

*[marginal notes:]* Time and man-
ner of mufter-
ing Militia.

Provifo.

Reviews of ca-
valry and artil-
lery.

Parades to be
cleared of fpec-
tators.

Senior Officer
to command, in
cafe—

Officers to rank
from date of
commiffions.

Pl.0514

*In the Year of our LORD*, 1793.

| 304 | Militia. |
|---|---|

his men, for unnecessary absence, or deficiency, shall be tried by a
Court-Martial; and if thereof convicted, he shall be reprimanded
in orders, or removed from office, at the discretion of said Court.

**Companies how to rank.** XXXI. *And be it further enacted by the authority aforesaid,*
That at any regimental muster, the several companies shall form in
regiment, according to the rank of the Officers, commanding
them; and the same rule shall apply whenever different corps are
assembled together; excepting so far as by custom, usage and ne-
cessity, cavalry, artillery and light-troops, may be detached from
the battalions.

**Penalty for not marching with detachments, when ordered.** XXXII. *And be it further enacted by the authority aforesaid,*
That whenever in case of threatened or actually invasion, insurrec-
tion, or other public danger or emergency, the Militia, or any part
thereof, shall be ordered out or detached, if any person who shall
be ordered out or detached, in obedience to such orders, being duly
notified thereof, and ordered to march to the place of rendezvous,
shall neglect or refuse to obey such orders, or shall not within
twenty-four hours, after he shall have been notified as aforesaid,
pay a fine of *ten pounds*, to the Commanding Officer of the com-
pany to which he belongs, or procure an able bodied man, in his
stead, such person shall be considered as a soldier in such detach-
ment, and be dealt with accordingly. *Provided always,* That
**Proviso.** whenever a detachment is made, the Officers, non-commissioned
Officers and Privates, being able of body, shall be detailed from
the rosters or rolls which shall be kept for that purpose; and any
**Punishment for absconding.** person who by absconding after being detached, as aforesaid, or by
deserting from such detachment, shall attempt to evade the punish-
ment by law provided for desertion, he shall pay a fine of *twelve
pounds*, to be sued for and recovered by the Clerk of the company,
to which such person belongs, any time within twelve months
after the discharge of such detachment; said fine to be disposed of
for the purpose of paying such men as shall be hired or drafted
**Delinquent offi-
cers, how punish-
ed.** into service: And any Officer holding a commission in the Militia,
who shall neglect or refuse to execute any orders he may receive
from his superior Officer, to make a detachment of the corps under
his command, it shall be the duty of the Officer who issued such
orders, immediately to arrest such delinquent Officer, bring him
to trial therefor, before a Court-Martial, and forthwith give in-
formation thereof to the Commander in Chief; and the Officer
who issued the order which shall not have been executed, as afore-
said, shall immediately after arresting the delinquent Officer, pro-
ceed by himself or some other Officer, under his command, to
make and complete the detachment, ordered as aforesaid. And
when any regiment or company shall not be organized, the Officer
issuing the orders for such detachment, shall by himself, or some
other Officer under him, proceed to make and complete the detach-
ment from any part of the Militia, of such unorganized corps.
*And*

Pl.0515

*In the Year of our LORD,* 1793.

---

Militia. 305

XXXIII. *And be it further enacted by the authority aforesaid,* That whenever the Militia, or any part thereof, of any town, shall be ordered to march for the immediate defence of this State, each Officer and Soldier shall provide and take with him three days provision, unless otherwise ordered ; and the Selectmen of such town shall cause carriages to attend them with farther supplies of provision and camp utensils, until notice shall be given them to desist, by the Commanding Officer of the Militia detached : And the Selectmen shall prefer their accounts for such supplies to the General Court for allowance and payment : And whenever the Selectmen of any town or district, from which a detachment shall be ordered, shall be notified by any Officer duly authorized thereto, and shall neglect or refuse to furnish such supplies and utensils, the town or districts to which such Selectmen belong, shall pay a fine not exceeding *fifty pounds,* to be sued for and recovered by any person who shall prosecute for the same ; one moiety to the prosecutor, and the other to the use of the Commonwealth ; and the Officer to whom such camp utensils shall be delivered, shall be accountable for the same, unless broken or lost by some unavoidable accident, not in his power to prevent.

*Militia to provide provisions when called out.*

*Selectmen to furnish carriages, &c.*

*Penalty in case.*

XXXIV. *Be it further enacted by the authority aforesaid,* That if any Officer, non-commissioned Officer or Private of the Militia, shall be killed or die of his wounds received in the service of this Commonwealth, his widow, child or children, shall be entitled to similar relief, and under the same regulations and restrictions as is provided by law in such cases for the relief of widows and orphans of persons killed or dying of wounds received in the service of the United States : And if any Officer, non-commissioned Officer or Private of the Militia, shall be wounded or otherwise disabled in the service of this Commonwealth, he shall be entitled to similar relief, and under the same regulations and restrictions, as is provided by law in such cases for the relief of persons wounded or disabled in the service of the United States.

*Widows and children of persons who may be killed or wounded in actual service to receive a pension.*

XXXV. *And be it further enacted by the authority aforesaid,* That the Governor or Commander in Chief, shall appoint Courts-Martial for the trial of all Officers above the rank of Captain : That the Major-Generals or Commanding-Officers of divisions, each within his own division, shall appoint Courts-Martial for the trial of Captains and all Officers under that rank : And it shall be the duty of every Officer who shall appoint a Court-Martial, as aforesaid, to approve or disapprove of every sentence of such Court-Martial by them appointed : And no Officer who shall appoint a Court-Martial, shall be President thereof, nor shall any sentence be put in execution until it shall have been approved of as aforesaid : No Court-Martial shall consist of a less number than thirteen commissioned Officers, the President of which shall not be under the rank of a Field Officer ; and no Field Of-

*Court-Martial how appointed, and by whom.*

F

ficer

Pl.0516

*In the Year of our LORD,* 1793.

ficer fhall be tried by any perfon under the degree of a Captain ; and all Officers fhall take rank by feniority of commiffion, without regard to corps : And the Officer who fhall appoint a Court-Martial, fhall at the fame time appoint a fuitable perfon for a Judge-Advocate, whofe duty it fhall be impartially to ftate the evidence, both for and againft the Officer under trial ; to take accurate minutes of the evidence, and all the proceedings of the Court ; all of which he fhall tranfmit, with the judgment of the Court thereon, under feal, to the Officer whofe duty it is to approve or difapprove of fuch judgment. Every Officer to be tried fhall have ten days notice given him of the time and place appointed for trial : And every Officer to be tried fhall be put in arreft, fo as to be fufpended from the exercife of his office, and fhall have a copy of the charges exhibited againft him ten days before the fitting of faid Court ; and in cafe any Officer, for the trial of whom a Court-Martial fhall be appointed, fhall neglect to appear and make defence, he fhall be deemed by faid Court guilty of the charge, and fhall be fentenced accordingly: In every Court-Martial held for the trial of an Officer, not lefs than two-thirds of the members muft agree in the fentence or judgment of faid Court, otherwife the perfon charged fhall be acquitted : All proceedings and trials by Court-Martial fhall be carried on in the day time ; and when the members fhall be required to give their votes on a queftion or decifion, they fhall begin with the youngeft in commiffion, firft : All perfons fhall be holden to appear and give evidence before any Court-Martial, under the fame penalties for neglect, as are by law provided for witneffes in other cafes, when thereunto fummoned by a Juftice of the Peace for fuch fervice : And all witneffes fhall be fworn by the Judge-Advocate before they give their evidence to the Court. Before any Court-Martial fhall proceed to the trial of any Officer, the Judge-Advocate fhall adminifter to the Prefident and each of the members, the following oath, viz.

*Judge-Advocate to be appointed — his duty.*

*Officers to be tried, to have due notice.*

*— to be arrefted.*

*Judgment of Court-Martial, — now determined.*

*Perfons to give evidence under penalties.*

*Judge-Advocate to adminifter the Oath.*

*YOU A. B. do fwear, that you will well and truly try the caufe now before you between this Commonwealth, and the perfon to be tried ; and you do further fwear that you will not divulge the fentence of this Court-Martial, until it fhall be approved or difapproved of ; and that you will not on any account, at any t.me whatever, difcover the vote or opinion of any member, unlefs required to give evidence thereof, as a witnefs by a Court of juftice, in a due courfe of law.*   *So help you GOD !*

And the Prefident fhall adminifter to the Judge-Advocate the following oath, viz.

*Oath adminiftered to the Judge-Advocate.*

*YOU A. B. do fwear, that you will not, on any account, at any time whatever, divulge the vote or opinion of any member of this Court-Martial, unlefs required to give evidence thereof, as a witnefs, by a Court of Juftice, in a due courfe of law.*

  *So help you GOD !*

   *And*

Pl.0517

*In the Year of our LORD,* 1793.

| Militia. | 307 |
|---|---|

XXXVI. *And be it further enacted by the authority aforesaid,* That every Officer holding a commission in the Militia, who shall be accused of any unmilitary conduct, neglect of duty or disobedience of orders ; or who shall when on duty, appear, or behave himself in an un-officer-like manner, or shall wilfully injure those who are under his command, he shall be liable to be tried by a Court-Martial, and if found guilty, to be sentenced by said Court, to be reprimanded in orders, or to be removed from Office : And whenever a Court-Martial shall sentence any Officer to be removed from office, the Court shall therein adjudge such Officer incapable of holding any military commission under this Commonwealth for life, or for years, according to the nature and aggravation of his offence ; and such sentence being duly approved of by the Officer appointing such Court-Martial, shall be published and remain in full force, unless reversed, so far as respects disqualification, by the General Court. *Officers guilty of unmilitary conduct, to be tried by a Court-Martial ; —and removed from office.*

XXXVII. *And be it further enacted by the authority aforesaid,* That every town within this Commonwealth, shall be constantly provided with sixty-four pounds of good gun-powder, one hundred pounds of musket-balls, one hundred flints, and three tin or iron camp-kettles, for every sixty-four soldiers in the Militia of such town, enrolled as aforesaid ; and the same proportion of each of the aforesaid articles for a greater or lesser number : And every town which shall neglect to keep constantly provided with the said articles, shall forfeit and pay, for the use of the Commonwealth, for every sixty-four men in such town which shall be unprovided with the said articles, the sum of *six pounds,* to be recovered by presentment in the Court of General Sessions of the Peace, in the county to which such town shall belong : And it shall be the duty of the Brigade-Inspector annually to inspect the magazines of each town, within the brigade to which he belongs, and to make complaint to the Grand Jury of the county against all towns, which shall neglect to keep constantly provided as aforesaid. *Town be provided with military articles. Penalty in case of neglect— how recovered. Brigade Inspector to inspect, &c.*

And whereas the good citizens of this Commonwealth are often injured by the discharge of single guns on a muster-day, Therefore,

XXXVIII. *Be it further enacted by the authority aforesaid,* That no non-commissioned Officer or Private, shall unnecessarily fire a musket or single gun, in any public road, or near any house or near the place of parade, on any day, or evening succeeding the same, on which any troop or company shall be ordered to assemble for military duty, unless embodied under the command of some Officer ; and if any non-commissioned Officer or Private shall fire a musket or gun, except as aforesaid, on the said day or evening succeeding, without being embodied as aforesaid, he shall forfeit and pay a fine of *five shillings,* for each and every offence aforesaid, to be sued for, recovered and disposed of in the same manner as fines for non-appearance on a muster-day, are recovered and disposed of. *And* *Penalty for firing on a muster-day, without orders, and disposed of.*

*In the Year of our LORD,* 1793.

308           *Salisbury* dividing line altered.

XXXIX. *And be it further enacted by the authority aforesaid,* That the Adjutant-General, the Quarter-Master-General, Brigade-Inspectors, and Adjutants of regiments, shall receive a reasonable consideration for their services ; to be allowed by the General Court. And all Officers serving on Military Boards, Courts of Inquiry, and Courts-Martial, shall receive pay, while necessarily employed therein, at the same rate as when in actual service : And the Adjutant-General, or Brigade-Majors, as the case may be, shall make up pay-rolls, of such Military Boards, Courts of Inquiry, and Courts-Martial, and lay the same before the General Court, for allowance ; and they shall receive payment at the Treasury, of the sums so allowed, and pay the same over to the Officers who performed the service.

*Certain officers to receive pay.*

*Pay rolls to be laid before the General Court.*

{This Act passed *June* 22, 1793.]

---

C H A P.    II.

An Act for repealing one Clause, and altering a dividing Line, described in an Act, intitled, "An Act for dividing the Town of *Salisbury,* in the County of *Essex,* into two Parishes."

*B*E *it enacted by the Senate and House of Representatives in General Court assembled, and by the authority of the same,* That the following clause, viz. " Excepting only that the contract made by the town, with the Minister of that part thereof, which now constitutes the West-Parish, shall, so far as it relates to his future support, be considered as devolving and binding upon the West-Parish only, and not upon the town," contained in an Act passed the last session of the last General Court, intitled, "An Act for dividing the town of *Salisbury,* in the county of *Essex,* into two parishes," be, and the same hereby is repealed.

*Clause in a former act repealed.*

*And be it further enacted,* That the first dividing line mentioned in said Act, beginning at the oak stump therein mentioned, " and thence running southerly by the western border of said *Titcomb's* land to *Merrimack River,*" be, and hereby is altered, and that said line shall run from said stump southerly by the eastern, instead of the western border of said *Titcomb's* land, to said *Merrimack-River,* so as to include the lands of said *Enoch, Joshua* and *Richard Titcomb,* within the bounds of said Western Parish, any thing in said Act to the contrary notwithstanding.

*Dividing line altered.*

[This Act passed *June* 6, 1793.]

---

C H A P.

**Plaintiffs' Exhibit X**

Pl.0520